

**FILED**
DEC -9 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>   Plaintiff,<br><br>   v.<br><br>**FACEBOOK, INC.**,<br><br>   Defendant. | Case: 1:20−cv−03590<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 12/9/2020<br>Description: Antitrust (A−DECK)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of Plaintiff Federal Trade Commission's ("FTC") Motion to File Complaint Temporarily Under Seal ("Motion"), it is hereby GRANTED; and it is further

**ORDERED**, that the Commission's unredacted Complaint in the above-captioned matter shall remain sealed until further Order of the Court;

**ORDERED**, the Clerk of the Court shall immediately place on the public docket the FTC's partially redacted Complaint in the above-captioned matter, attached as Exhibit 1 to the FTC's Motion;

**ORDERED**, that the FTC shall promptly provide a copy of this Order to representatives of Defendant Facebook, Inc.;

**ORDERED**, that within ten calendar days of the date of this Order, either the FTC or Defendant Facebook, Inc. shall provide to the United States District Judge to whom this case is assigned an updated proposal regarding sealing.

**SO ORDERED.**

Date: December 9, 2020

_____
BERYL A. HOWELL
Chief Judge