IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br><br>**Plaintiff,**<br><br>v.<br><br>**FACEBOOK, INC.**<br>1601 Willow Road<br>Menlo Park, CA 94025<br><br>**Defendant.** | **Case No. 1:20-cv-03590-CRC** |

**ERRATA – CORRECTION TO SIGNATURE PAGE OF PLAINTIFF'S COMPLAINT**

On December 9, 2020, Plaintiff filed its Complaint against Defendant Facebook, Inc. in the above-captioned matter. The signature page of Plaintiff's Complaint (page number 53) failed to identify all counsel representing the Federal Trade Commission in this matter. Plaintiff hereby submits a corrected copy of the signature page to its Complaint, attached as Exhibit 1 to this filing, and respectfully asks the Court to substitute it for the previously submitted signature page. Plaintiff has notified counsel for Defendant of the error and has provided to them a separate copy of the corrected signature page, and a copy of this filing.

Dated: December 11, 2020                                   Respectfully submitted,

/s/ Daniel Matheson
DANIEL J. MATHESON (D.C. Bar 502490)

*Attorney for Plaintiff*
*Federal Trade Commission*

1