AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590 |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 12/11/2020

/s/ Mark Silvia
*Attorney's signature*

Mark Silvia (MD Bar - No Number Assigned)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

msilvia@ftc.gov
*E-mail address*

(202) 326-3291
*Telephone number*

(202) 326-2655
*FAX number*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 11th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

              /s/ Mark Silvia
              Mark Silvia, Esq.
              *Attorney for Plaintiff*
              *Federal Trade Commission*