AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20−cv−03590 |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                                              .

Date:   12/11/2020                                                           /s/ Michael Smith
                                                                                      *Attorney's signature*

                                                                              Michael Smith (DC Bar - 996738)
                                                                                *Printed name and bar number*

                                                                                  Federal Trade Commission
                                                                                   Bureau of Competition
                                                                                    400 7th Street, SW
                                                                                   Washington, DC 20024
                                                                                          *Address*

                                                                                    msmith9@ftc.gov
                                                                                      *E-mail address*

                                                                                     (202) 326-2031
                                                                                    *Telephone number*

                                                                                     (202) 326-2655
                                                                                        *FAX number*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 11th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

                /s/ Michael Smith
                Michael Smith, Esq.
                *Attorney for Plaintiff*
                *Federal Trade Commission*