AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20−cv−03590 |
| FACEBOOK, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                                  .

Date:   12/11/2020                                             /s/ Sylvia Zhang
                                                            *Attorney's signature*

                                                Sylvia Zhang (CA Bar - 328003)
                                                *Printed name and bar number*

                                                Federal Trade Commission
                                                Bureau of Competition
                                                400 7th Street, SW
                                                Washington, DC 20024
                                                *Address*

                                                szhang@ftc.gov
                                                *E-mail address*

                                                (202) 326-3229
                                                *Telephone number*

                                                (202) 326-2655
                                                *FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

    /s/ Sylvia Zhang
Sylvia Zhang, Esq.
*Attorney for Plaintiff*
*Federal Trade Commission*