AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20−cv−03590 |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                          .

Date:  12/11/2020                                    /s/ Mary Alice Casale
                                                                *Attorney's signature*

                                                  Mary Alice Casale (DC Bar - 1044264)
                                                       *Printed name and bar number*

                                                         Federal Trade Commission
                                                           Bureau of Competition
                                                              400 7th Street, SW
                                                           Washington, DC 20024
                                                                    *Address*

                                                              mcasale@ftc.gov
                                                                *E-mail address*

                                                              (202) 326-2467
                                                              *Telephone number*

                                                              (202) 326-2655
                                                                 *FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

    /s/ Mary Alice Casale
Mary Alice Casale, Esq.
*Attorney for Plaintiff*
*Federal Trade Commission*