# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20−cv−03590 |
| FACEBOOK, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                          .

Date:   12/11/2020                                      /s/ Owen Masters
                                                         *Attorney's signature*

                                                Owen Masters (DC Bar - 242139)
                                                  *Printed name and bar number*

                                                   Federal Trade Commission
                                                     Bureau of Competition
                                                       400 7th Street, SW
                                                      Washington, DC 20024
                                                            *Address*

                                                       omasters@ftc.gov
                                                         *E-mail address*

                                                        (202) 326-2138
                                                       *Telephone number*

                                                        (202) 326-2655
                                                          *FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

   /s/ Owen Masters
Owen Masters
*Attorney for Plaintiff*
*Federal Trade Commission*