AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20−cv−03593 (ABJ) |
| THE PROCTER & GAMBLE COMPANY et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 12/14/2020

/s/ Brian Telpner
*Attorney's signature*

Brian Telpner (DC Bar - 462812)
*Printed name and bar number*
Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

btelpner@ftc.gov
*E-mail address*

(202) 326-2782
*Telephone number*

(202) 326-3383
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of December, 2020, I served the foregoing on the following counsel via email and the Court's CM/ECF system:

John Majoras
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-7652
jmmajoras@jonesday.com

*Counsel for The Procter & Gamble Company*

Eric Mahr
Freshfields Bruckhaus Deringer
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
(202) 777-4545
eric.mahr@freshfields.com

*Counsel for Billie, Inc.*

    /s/ Brian Telpner
Brian Telpner, Esq.
*Attorney for Plaintiff*
*Federal Trade Commission*