IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FACEBOOK, INC.,**<br><br>　　　　　Defendant. | Case No.: 1:20-cv-03590 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Brian Telpner hereby withdraws as attorney of record for counsel supporting the complaint in the above-captioned matter.

Dated: December 14, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Brian Telpner*
　　　　　　　　　　　　　　　　　　　Brian Telpner

　　　　　　　　　　　　　　　　　　　*s/ Daniel J. Matheson*
　　　　　　　　　　　　　　　　　　　Daniel J. Matheson

　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　Bureau of Competition
　　　　　　　　　　　　　　　　　　　400 7th Street, SW
　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　Telephone: (202) 326-2782
　　　　　　　　　　　　　　　　　　　Email: Btelpner@ftc.gov

　　　　　　　　　　　　　　　　　　　*Counsel Supporting the Complaint*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I filed the foregoing document electronically via ECF/PACER and served the foregoing via email to:

Mark Hansen,, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

By: *s/ Daniel J. Matheson*
Daniel J. Matheson

*Counsel Supporting the Complaint*