AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03590-CRC |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.                                                                                                      .

Date:      12/18/2020                                      /s/ Mark C. Hansen
                                                                 *Attorney's signature*

                                              Mark C. Hansen (D.C. Bar - 425930)
                                                        *Printed name and bar number*

                                         Kellogg, Hansen, Todd, Figel & Frederick, PLLC
                                                       1615 M Street NW, Suite 400
                                                         Washington, DC 20036

                                                                 *Address*

                                                  mhansen@kellogghansen.com
                                                            *E-mail address*

                                                          (202) 326-7900
                                                         *Telephone number*

                                                          (202) 326-7999
                                                             *FAX number*