IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br><br>**Plaintiff,**<br><br>v.<br><br>**FACEBOOK, INC.**<br>1601 Willow Road<br>Menlo Park, CA 94025<br><br>**Defendant.** | **Case No.:** 1:20-cv-03590-CRC |

## DEDENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY FEDERAL RULE 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Facebook, Inc. ("Facebook"), certify that to the best of my knowledge and belief, Facebook has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of the date of Facebook's April 10, 2020 Proxy Statement.

These representations are made in order that judges of this court may determine the need for recusal.

DATED:  December 18, 2020	Respectfully Submitted,

By:  s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG HANSEN TODD FIGEL &
 FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com

*Attorney for Defendant Facebook, Inc.*