# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:20-cv-03590-CRC |
| FACEBOOK, INC. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.                                                                                          .

Date:     12/18/2020

/s/ Geoffrey M. Klineberg
*Attorney's signature*

Geoffrey M. Klineberg (DC Bar - 444503)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036

*Address*

gklineberg@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*