AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:20-cv-03590-CRC |
| FACEBOOK, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.

Date:   12/18/2020

/s/ Silvija A. Strikis
*Attorney's signature*

Silvija A. Strikis (D.C. Bar - 470805)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
*Address*

sstrikis@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*