IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.**, <br><br> Defendant. | Case No. 1:20-cv-03590-CRC <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* FOR KEVIN B. HUFF** |

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Kevin B. Huff *pro hac vice* in the above-captioned matter as counsel for Defendant Facebook, Inc.

This motion is supported by the Declaration of Kevin B. Huff, filed herewith.  As set forth in Mr. Huff's declaration, he is admitted, practicing, and a member in good standing of the State Bars of the District of Columbia, and New York.  He is also admitted to the U.S. District Courts of Michigan, Eastern District and New York, Southern District, and the U.S. Court of Appeals for the D.C. Circuit, Third Circuit, Fourth Circuit, and Eleventh Circuit.  This motion is supported and signed by Kevin J. Miller, an active and sponsoring member of the Bar of this Court.

<table>
<tr><td>Dated:  December 18, 2020</td><td>Respectfully Submitted,<br><br>/s/ *Kevin J. Miller*<br>Kevin J. Miller (D.C. Bar No. 478154)<br>Kellogg, Hansen, Todd, Figel<br>  & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone:  (202) 326-7900<br>Fax:     (202) 326-7999<br>kmiller@kellogghansen.com</td></tr>
</table>