IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>          Plaintiff, <br><br>     v. <br><br> **FACEBOOK, INC.**, <br><br>          Defendant. | Case No. 1:20-cv-03590-CRC <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* FOR KEVIN B. HUFF** |

I, KEVIN B. HUFF, declare as follows:

1.   I am counsel for Defendant Facebook Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.   My full name is Kevin Brent Huff.

3.   I am an attorney with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. My office address is 1615 M St. NW, Suite 400, Washington, D.C. 20036. My telephone number is (202) 326-7991.

4.   I have been admitted to the District of Columbia state bar (#462043), the New York state bar (#2841880), the U.S. District Courts of Michigan, Eastern District and New York, Southern District, and the U.S. Court of Appeals for the D.C. Circuit, Third Circuit, Fourth Circuit, and Eleventh Circuit. I am a member in good standing of those bars and courts.

5.   I have never been disciplined by any bar.

6.   In the last two years, I have not been admitted *pro hac vice* in this Court.

7.   I engage in the practice of law from an office located in the District of Columbia, and I am a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of December, 2020 in Washington, DC.

Respectfully Submitted,

Dated: December 18, 2020

Kevin B. Huff