# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>    Plaintiff,<br>v.<br><br>**FACEBOOK, INC**.,<br><br>    Defendant. | Case No. 1:20-cv-03590-CRC<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* FOR KEVIN B. HUFF** |

At the District of Columbia this ____ day of December, 2020, having considered the Motion of Facebook, Inc. seeking the admission *pro hac vice* of Kevin B. Huff (ECF No. ___), and the Declaration of Kevin B. Huff submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____

Hon. Christopher R. Cooper