# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC**., <br><br> Defendant. | Case No. 1:20-cv-03590-CRC <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* **FOR LESLIE V. POPE** |

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Leslie V. Pope *pro hac vice* in the above-captioned matter as counsel for Defendant Facebook, Inc.

This motion is supported by the Declaration of Leslie V. Pope, filed herewith. As set forth in Ms. Pope's declaration, she is admitted, practicing, and a member in good standing of the State Bars of the District of Columbia and Virginia. She is also a member in good standing of the bars of the U.S. Court of Appeals for the D.C. Circuit and the U.S. Court of Appeals for the Tenth Circuit. She has not been disciplined by any bar.

This motion is supported and signed by Kevin J. Miller, an active and sponsoring member of the Bar of this Court.

Dated:  December 18, 2020    Respectfully Submitted,

/s/ *Kevin J. Miller*
Kevin J. Miller (DC Bar No. 478154)
Kellogg, Hansen, Todd, Figel
  & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone:  (202) 326-7900
Fax:     (202) 326-7999
kmiller@kellogghansen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

/s/ *Kevin J. Miller*

Kevin J. Miller