# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>      Plaintiff,<br><br>  v.<br><br>**FACEBOOK, INC.**,<br><br>      Defendant. | Case No. 1:20-cv-03590-CRC<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* **FOR LESLIE V. POPE** |

I, LESLIE V. POPE, declare as follows:

1. I am counsel for Defendant Facebook Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Leslie V. Pope.

3. I am an attorney with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. My office address is 1615 M St. NW, Suite 400, Washington, D.C. 20036. My telephone number is (202) 326-7973.

4. I have been admitted to the District of Columbia state bar (#1014920) and the Virginia state bar (#80816). I am a member in good standing of those bars. I am also a member in good standing of the bars of the U.S. Court of Appeals for the D.C. Circuit and the U.S. Court of Appeals for the Tenth Circuit.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I engage in the practice of law from an office located in the District of Columbia, and I am a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of December, 2020 in Washington, DC.

Respectfully Submitted,

Dated: December 18, 2020

_____
Leslie V. Pope