**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>       Plaintiff,<br>   v.<br><br>**FACEBOOK, INC**.,<br><br>       Defendant. | Case No. 1:20-cv-03590-CRC<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* FOR LESLIE V. POPE** |

At the District of Columbia this _____ day of December, 2020, having considered the Motion of Facebook, Inc. seeking the admission *pro hac vice* of Leslie V. Pope (ECF No. ____), and the Declaration of Leslie V. Pope submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____

Hon. Christopher R. Cooper