IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (CRC) |

## NOTICE OF FILING OF MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that the State of New York, *et al.*, pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 40.5(d), have moved to consolidate the instant case with *State of New York, et al. v. Facebook, Inc.*, 1:20−cv−03589 (JEB). *See* Local Civil Rule 40.5(d) ("Motions to consolidate cases assigned to different judges of this Court shall be heard and determined by the judge to whom the earlier-numbered case is assigned."). The motion is attached as Exhibit A to this Notice.

                                            Respectfully submitted,

| Dated: December 18, 2020 | By: /s/ Daniel J. Matheson |
|---|---|
| | Daniel J. Matheson |
| | (D.C. Bar 502490) |
| | Federal Trade Commission |
| | Bureau of Competition |
| | 400 Seventh Street, S.W. |
| | Washington, D.C. 20024 |
| | Telephone: (202) 326-2075 |
| | Email: dmatheson@ftc.gov |

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December 2020, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on the following counsel:

Mark Hansen
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

/s/ Daniel J. Matheson
Daniel J. Matheson
*Attorney for Plaintiff Federal Trade Commission*