IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant. | Case No. 1:20-cv-03590-CRC |

**UNOPPOSED MOTION AND MEMORANDUM TO FILE REVISED PARTIALLY REDACTED COMPLAINT AND UPDATED PROPOSAL REGARDING SEALING**

Pursuant to the Court's December 9, 2020 Order (ECF No. 2) to provide an updated proposal regarding sealing, Plaintiff Federal Trade Commission ("FTC") respectfully moves to file a revised partially redacted Complaint and requests that the unredacted Complaint remain temporarily under seal.

The FTC's revised partially redacted Complaint contains fewer redactions. The FTC has confirmed that confidential treatment is not necessary for third-party information that the FTC had previously redacted from its Complaint. Accordingly, the FTC's revised partially redacted Complaint now removes redactions for that third-party information.

Additionally, the FTC requests that the Court maintain the unredacted Complaint under seal until the parties can propose, and the Court can enter, an appropriate protective order. The unredacted Complaint contains information that the FTC obtained from Defendant Facebook, Inc. ("Facebook") during an FTC investigation, which Facebook has specifically identified as confidential and sensitive. As outlined in Plaintiff's December 9, 2020 *Ex Parte* Motion and

1

Memorandum to File Complaint Temporarily Under Seal (ECF No. 1), multiple factors support the temporary sealing of portions of the Complaint. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *Primas v. District of Columbia*, 719 F.3d 693, 698-700 (D.C. Cir. 2013).

The Complaint's continued temporary sealing will give the FTC and Defendant time to negotiate a protective order. The FTC has confirmed with Facebook's counsel that Facebook does not oppose either the FTC's filing of a revised partially redacted Complaint or the FTC's request to temporarily maintain the unredacted Complaint under seal. Plaintiff and counsel for Defendant intend to begin protective order discussions promptly.

For the foregoing reasons, the FTC respectfully proposes and requests that the Court: (1) immediately place on the public docket the FTC's revised partially redacted Complaint in the above-captioned matter, attached as Exhibit 1;[1] and (2) maintain under seal an unredacted version the Complaint pending entry of a protective order governing the treatment of confidential information, and (if necessary) further motion practice in accordance with the requirements of that protective order.

A proposed order is attached.

---

[1] The Complaint attached as Exhibit 1 corrects the signature page of the originally filed Complaint to include an inadvertently omitted FTC attorney, pursuant to the FTC's Notice of Errata, ECF No. 8.

Dated:  December 21, 2020

Respectfully submitted,

/s/ Daniel J. Matheson

_____
Daniel J. Matheson (D.C. Bar #502490)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
Telephone: (202) 325-2075
Email: dmatheson@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 21st day of December 2020, I served the foregoing on the following counsel via electronic mail:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
202-326-7904

*Counsel for Facebook, Inc.*

/s/ Daniel J. Matheson
_____
Daniel J. Matheson
*Attorney for Plaintiff Federal Trade Commission*