UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>**Plaintiff,**<br><br>v.<br><br>**FACEBOOK, INC.**<br><br>**Defendant.** | Case No. 1:20-cv-03590-CRC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Federal Trade Commission's ("FTC") Unopposed Motion to File Revised Partially Redacted Complaint and Updated Proposal Regarding Sealing ("Motion"), it is hereby GRANTED, and it is further

ORDERED, the Clerk of the Court shall immediately place on the public docket the FTC's revised partially redacted Complaint in the above-captioned matter, attached as Exhibit 1 to the FTC's Motion;

ORDERED, that the FTC shall promptly provide a copy of this Order to representatives of Defendant Facebook, Inc.;

ORDERED, that the Commission's unredacted Complaint in the above-captioned matter shall remain sealed until further Order of the Court.

ISSUED this _____ day of _____, 2020, at _____ a.m./p.m.

SO ORDERED

_____
Christopher R. Cooper
United States District Court Judge