## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**FACEBOOK, INC.,**<br><br>              **Defendant.** | Case No.: 1:20-cv-03590-CRC |

### NOTICE OF FILING OF RESPONSE TO MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that defendant Facebook, Inc. has filed a response to the State of New York, *et al.*'s Motion to Consolidate the instant action with *State of New York, et al. v. Facebook, Inc.*, 1:20-cv-03589-JEB.  Although Facebook does not oppose reassignment of this action to Judge Boasberg, pursuant to Local Rule 40.5(c)(2), Facebook objects to consolidation of both cases pursuant to Federal Rule of Civil Procedure 42 as premature and unnecessary at this initial stage of the proceedings.  Facebook's response is attached as Exhibit A to this Notice.

DATED:  January 4, 2021                    Respectfully Submitted,

   /s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

/s/ *Mark C. Hansen*

Mark C. Hansen
(D.C. Bar No. 425930)

*Counsel for Defendant Facebook, Inc.*