IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>        Plaintiff,<br><br>        v.<br><br>**FACEBOOK, INC.,**<br><br>        Defendant. | Case No.: 1:20-cv-03590 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Burke Kappler hereby withdraws as attorney of record for counsel supporting the Complaint in the above-captioned matter.

Dated: January 8, 2021

Respectfully submitted,

*s/Burke Kappler*
Burke Kappler

*s/ Daniel J. Matheson*
Daniel J. Matheson

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: (202) 326-2043
Email: Bkappler@ftc.gov

*Counsel Supporting the Complaint*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I filed the foregoing document electronically via ECF/PACER and served the foregoing via email to:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*

By:   *s/ Daniel J. Matheson*
         Daniel J. Matheson

*Counsel Supporting the Complaint*