Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION

    Plaintiff

    vs.

FACEBOOK INC.

    Defendant

Civil No.    20-3590    (JEB)

Category   A

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  1/12/2021  from  Judge Christopher R. Cooper  to  Judge James Boasberg  by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Christopher R. Cooper  & Courtroom Deputy
Judge James Boasberg  & Courtroom Deputy
Liaison, Calendar and Case Management Committee