IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>**Defendant.** | Case No.: 1:20-cv-03590-JEB |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND FOR MODIFICATION OF BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant requests that this Court extend the deadline for Defendant to file an answer or otherwise respond to Plaintiff's complaint to March 10, 2021; the deadline for filing an opposition to a motion to dismiss, if any, to April 7, 2021; and the deadline for filing a reply, if any, to April 21, 2021.  The parties have conferred, and Plaintiff agrees to the requested extensions.

1. Plaintiff filed its complaint on December 9, 2020.  Compl., ECF No. 3. Defendant waived service of a summons and a copy of the complaint after Plaintiff requested that waiver on December 9, 2020.  Waiver of the Service of Summons, ECF No. 40. Defendant's response to the complaint therefore is currently due on February 8, 2021.  Fed. R. Civ. P. 12(a)(1)(A)(ii).

2. Defendant requests that the Court extend the deadline for Defendant to file a response to the complaint by thirty days (to March 10, 2021), the time for Plaintiff to file an opposition to a motion to dismiss, if any, from 14 days to 28 days (to April 7, 2021), and the time for Defendant to file a reply, if any, from 7 days to 14 days (to April 21, 2021).

3. The parties conferred pursuant to Local Civil Rule 7(m). Plaintiff agrees to the requested extension of time and modifications to the briefing schedule.

4. In light of the holiday period that followed the filing of Plaintiff's complaint, there is good cause for the requested extension and modifications to the briefing schedule. Based on the foregoing, Defendant requests that the Court grant this motion.

DATED: January 12, 2021                             Respectfully Submitted,

    /s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Facebook, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

/s/ *Mark C. Hansen*

Mark C. Hansen
(D.C. Bar No. 425930)

*Counsel for Defendant Facebook, Inc.*