# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>**Defendant.** | Case No.: 1:20-cv-03590-JEB |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND FOR MODIFICATION OF BRIEFING SCHEDULE

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond to Complaint and for Modification of Briefing Schedule, the Consent Motion is GRANTED. Accordingly, (1) Defendant shall file its answer or otherwise respond to Plaintiff's complaint by March 10, 2021; (2) Plaintiff shall file its opposition to Defendant's motion to dismiss, if any, by April 7, 2021; and (3) Defendant shall file its reply, if any, by April 21, 2021.

IT IS SO ORDERED.

_____      _____
Date                                                                      Hon. James E. Boasberg
                                                                                   United States District Court Judge