AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| FACEBOOK, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.

Date: 01/20/2021

/s/ Kevin B. Huff
*Attorney's signature*

Kevin B. Huff (D.C. Bar - 462043)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel, & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036

*Address*

khuff@kellogghansen.com
*E-mail address*

(202) 326-7991
*Telephone number*

(202) 326-7999
*FAX number*