AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.

Date:   01/20/2021

/s/ Leslie V. Pope
*Attorney's signature*

Leslie V. Pope (D.C. Bar - 1014920)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
*Address*

lpope@kellogghansen.com
*E-mail address*

(202) 326-7973
*Telephone number*

(202) 326-7999
*FAX number*