IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>FACEBOOK, INC.,<br><br>      Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF
FACEBOOK, INC.'S MOTION TO DISMISS FTC'S COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Facebook, Inc. I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Facebook, Inc.'s ("Facebook") Motion To Dismiss the Federal Trade Commission's ("FTC") Complaint. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Facebook's Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for Fiscal Year 2019, which is referred to in paragraph 50 of the FTC's Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of the August 22, 2012 announcement on the FTC's public website titled "FTC Closes Its Investigation Into Facebook's Proposed Acquisition of Instagram Photo Sharing Program," https://www.ftc.gov/news-events/press-releases/2012/08/ftc-closes-its-investigation-facebooks-proposed-acquisition.

4. Attached hereto as Exhibit C is a true and correct copy of the FTC's Model Request for Additional Information and Documentary Material (Second Request), Revised June 2010, https://www.ftc.gov/sites/default/files/attachments/premerger-introductory-guides/guide3.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of the "Facebook Platform Policies" as of February 20, 2013, which is quoted in paragraph 143 of the FTC's Complaint and was previously produced by Facebook to the FTC bearing the Bates number FB_FTC_CID_01526767–FB_FTC_CID_01526770.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 10, 2021					By: /s/ *Mark C. Hansen*
							Mark C. Hansen (D.C. Bar No. 425930)
							KELLOGG HANSEN TODD FIGEL &
							   FREDERICK, P.L.L.C.
							1615 M Street, N.W., Suite 400
							Washington, DC 20036
							TEL: (202) 326-7900
							mhansen@kellogghansen.com

							*Attorney for Defendant Facebook, Inc.*