# Exhibit B



# FTC Closes Its Investigation Into Facebook's Proposed Acquisition of Instagram Photo Sharing Program

August 22, 2012

Share This Page

FOR YOUR INFORMATION

**TAGS:** Competition

The Federal Trade Commission has closed its nonpublic investigation of Facebook's proposed acquisition of Instagram, Inc., without taking any action. Accordingly, the deal may now proceed as proposed.

The Commission vote to close the investigation was 5-0. The closing letters to the companies can be found on the FTC's website and as a link to this press release. (FTC File No. 121-0121; the staff contact is Christina Perez, 202-326-2048)

The FTC's Bureau of Competition works with the Bureau of Economics to investigate alleged anticompetitive business practices and, when appropriate, recommends that the Commission take law enforcement action. To inform the Bureau about particular business practices, call 202-326-3300, send an e-mail to antitrust@ftc.gov, or write to the Office of Policy and Coordination, Bureau of Competition, Federal Trade Commission, 601 New Jersey Ave., Room 7117, Washington, DC 20580. To learn more about the Bureau of Competition, read Competition Counts. Like the FTC on Facebook, follow us on Twitter, and subscribe to press releases for the latest FTC news and resources.

(FYI 31.2012.wpd)

## Contact Information

MEDIA CONTACT:
*Office of Public Affairs*
202-326-2180

FTC Closes Its Investigation into Facebook's Proposed Acquisition of Instagram Photo Sharing Program | Federal Trade Commission



ftc.gov