UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S
MOTION TO DISMISS FTC'S COMPLAINT**

Upon consideration of Defendant Facebook, Inc.'s Motion To Dismiss the Federal Trade Commission's ("FTC") Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that the Motion To Dismiss FTC's Complaint be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the FTC's Complaint for Injunctive and Other Equitable Relief, ECF No. 51, be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____, 2021         _____
                                        Honorable James E. Boasberg
                                        United States District Judge