IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03589 (JEB) |

**DECLARATION OF DANIEL J. MATHESON IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S OPPOSITION TO DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Daniel J. Matheson, declare as follows:

1. I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I am Deputy Chief Trial Counsel of the Federal Trade Commission's ("FTC") Bureau of Competition. I submit this Declaration in Support of the Federal Trade Commission's Opposition to Facebook, Inc.'s Motion to Dismiss the FTC's Complaint, ECF No. 56 ("Motion"). I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Defendant Facebook, Inc. ("Facebook") filed a Memorandum in support of its Motion (ECF 56-1), supported by a Declaration from Mark C. Hansen (ECF 56-2) ("Hansen Declaration").

3. The Hansen Declaration attached, as Exhibit B, an August 22, 2012 press release available on the FTC's public website. *See* ECF 56-1 ¶ 3 (identifying press release titled "FTC Closes Its Investigation Into Facebook's Proposed Acquisition of Instagram Photo Sharing Program."). This press release referred to, and stated that it provided hyperlinks to, certain "closing letters" sent by the FTC to Facebook and Instagram. *See* ECF 56-4 ("The closing letters to the companies [hyperlink omitted] can be found on the FTC's website and as a link to this press release.").

4. Attached hereto as Exhibit A is a true and correct copy of Facebook's "closing letter," referred to in Exhibit B to the Hansen Declaration, sent to Facebook's then-counsel, Mr. Thomas O. Barnett. This closing letter is available on the FTC's public website, https://www.ftc.gov/sites/default/files/documents/closing_letters/facebook-inc./instagram-inc./120822barnettfacebookcltr.pdf.

1

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: April 7, 2021 | /s/ Daniel Matheson<br>Daniel Matheson, Esq. (D.C. Bar 502490)<br>Federal Trade Commission<br>Bureau of Competition<br>400 Seventh Street, S.W.<br>Washington, D.C. 20024<br>Telephone: (202) 326-2075<br>Email: dmatheson@ftc.gov |