UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03589 (JEB) |

**[Proposed] Order Denying Facebook, Inc.'s Motion to Dismiss**

Upon consideration of Defendant Facebook, Inc's Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"), it is hereby:

**ORDERED** that the Motion be, and hereby is, **DENIED** in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2021           _____
                                          Honorable James E. Boasberg
                                          United States District Judge

## ATTORNEYS TO BE NOTIFIED

| | |
|---|---|
| **Plaintiff** | Daniel J. Matheson (D.C. Bar No. 502490)<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Tel: 202-326-2075<br>dmatheson@ftc.gov |
| **Defendant** | Mark C. Hansen (D.C. Bar No. 425930)<br>Kellogg, Hansen, Todd,<br>  Figel & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br>mhansen@kellogghansen.com |