IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Case No.: 1:20-cv-03590 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Mary Casale hereby withdraws as attorney of record for counsel supporting the complaint in the above-captioned matter.

Dated: April 16, 2021

Respectfully submitted,

s/ *Mary Casale*
Mary Casale

s/ *Daniel J. Matheson*
Daniel J. Matheson

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: (202) 326-2467
Email: Mcasale@ftc.gov

*Counsel Supporting the Complaint*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I filed the foregoing document electronically via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  By:  *s/ Daniel J. Matheson*
                                                        Daniel J. Matheson

                                                *Counsel Supporting the Complaint*