IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

## FEDERAL TRADE COMMISSION'S MOTION TO COMPEL A RULE 26(f) CONFERENCE

For the reasons set forth in the accompanying memorandum, Plaintiff Federal Trade Commission hereby moves this Court for an order to compel the parties to confer no later than May 20, 2021, and to submit to the Court no later than June 3, 2021 a case management Report and Proposed Order.

DATED: April 22, 2021

Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*