## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                        Plaintiff<br><br>      v.<br><br>FACEBOOK, INC.<br><br>                        Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Federal Trade Commission's Motion to Compel a Rule 26(f) Conference ("Motion"), it is hereby GRANTED, and it is further

ORDERED that the parties, with plaintiffs in the related case before this Court, *State of New York, et al. v. Facebook, Inc.*, No. 1:20-cv-03589, shall meet and confer, pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(c), no later than May 20, 2021;

ORDERED that the parties' conference shall not trigger an obligation to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1);

ORDERED that the parties will submit to the Court no later than June 3, 2021 a case management Report and Proposed Order pursuant to Local Rule 16.3(d), which shall address an appropriate date to begin discovery, in addition to other relevant issues.

ISSUED this _____ day of _____, 2021, at _____ a.m./p.m.

So ORDERED

                                                        _____
                                                        Honorable James E. Boasberg
                                                        United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**

Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: 202-326-2075
dmatheson@ftc.gov

**Defendant**

Mark C. Hansen (D.C. Bar No. 425930)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com