IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF No. 64)**

Plaintiff Federal Trade Commission ("FTC") respectfully moves this Court for leave to file its Response to Defendant's Notice of Supplemental Authority (ECF No. 64) regarding *AMG Capital Management, LLC v. FTC*, No. 19-508 (U.S. Apr. 22, 2021). As outlined in the FTC's Response (attached as Ex. 1), Defendant's Notice misconstrues *AMG*, which addressed a narrow question regarding the FTC's ability to seek retrospective monetary relief. Plaintiff requests the opportunity to clarify how the supplemental authority of *AMG* intersects with the *prospective injunctive* relief sought by the FTC in this case. A Proposed Order is attached.

Defendant has authorized Plaintiff to state that this Motion is unopposed.

DATED: April 30, 2021            Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024

Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*

CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*