## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff<br><br>      v.<br><br>FACEBOOK, INC.<br><br>                    Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Federal Trade Commission's Unopposed Motion for Leave to File Response to Defendant's Notice of Supplemental Authority (ECF No. 64) ("Motion"), it is hereby GRANTED; and it is further

**ORDERED**, Plaintiff's Response, attached as Ex. 1 to its Motion, is deemed filed.

**IT IS SO ORDERED.**

DATED: _____, 2021

                                                                                   _____<br>
                                                                                   Honorable James E. Boasberg<br>
                                                                                   United States District Court Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**

Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: 202-326-2075
dmatheson@ftc.gov

**Defendant**

Mark C. Hansen (D.C. Bar No. 425930)
Kellogg, Hansen, Todd,
　Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com