UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER DENYING FEDERAL TRADE COMMISSION'S
MOTION TO COMPEL A RULE 26(f) CONFERENCE**

Upon consideration of Plaintiff Federal Trade Commission's Motion To Compel a Rule 26(f) Conference and Defendant Facebook, Inc.'s opposition, it is hereby:

**ORDERED** that the Motion To Compel a Rule 26(f) Conference be, and hereby is, **DENIED**.

**IT IS SO ORDERED**.

DATED: _____, 2021

_____
Honorable James E. Boasberg
United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**
Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2075
dmatheson@ftc.gov

**Defendant**
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com