IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

### FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY (ECF No. 69)

Plaintiff Federal Trade Commission ("FTC") respectfully moves this Court for leave to file its Response to Defendant's Notice of Supplemental Authority (ECF No. 69) regarding *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-003556-BLF, ECF No. 143 (N.D. Cal. May 13, 2021). As outlined in the FTC's Response (attached as Ex. 1), the *In re Google* decision is easily distinguished and adds no additional weight to the arguments Facebook has already made. A Proposed Order is attached.

Defendant has authorized Plaintiff to state that this Motion is unopposed.

DATED: May 21, 2021

Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov
*Attorney for Plaintiff*
*Federal Trade Commission*