UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>    Plaintiff,<br><br>        v.<br><br>**FACEBOOK, INC.,**<br><br>    Defendant. | Civil Action No. 20-3590 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Facebook's Motion to Dismiss is GRANTED;

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and

3. Plaintiff shall file any amended Complaint by July 29, 2021.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 28, 2021