UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

                Plaintiff,

    v.

**FACEBOOK, INC.**

                Defendant.

Civil Action No. 1:20-cv-03590 (JEB)

## [PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR AN EXTENSION OF TIME

Upon consideration of Plaintiff Federal Trade Commission's Motion for an Extension of Time to File an Amended Complaint, the consent motion is GRANTED.  Accordingly, (1) Plaintiff shall file an amended complaint by August 19, 2021; (2) Defendant shall file its answer or otherwise respond to Plaintiff's amended complaint by October 4, 2021; (3) Plaintiff shall file its opposition to Defendant's motion to dismiss, if any, by November 17, 2021; and (4) Defendant shall file its reply, if any, by December 1, 2021.

    IT IS SO ORDERED.


Dated: _____, 2021

                                                      _____
                                                      James E. Boasberg
                                                     United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**  Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: 202-326-2075
dmatheson@ftc.gov

**Defendant**  Mark C. Hansen (D.C. Bar No. 425930)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com