UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                                Plaintiff,<br><br>       v.<br><br>**FACEBOOK, INC.**<br><br>                                Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER DIRECTING THAT**
**THE FIRST AMENDED COMPLAINT BE FILED UNDER SEAL**

Upon consideration of Plaintiff Federal Trade Commission's ("FTC") Motion to File The First Amended Complaint Temporarily Under Seal, it is hereby GRANTED; and it is further

ORDERED, that the FTC's unredacted First Amended Complaint in the above-captioned matter shall remain sealed for ten calendar days from the date of this Order;

ORDERED, that any party or third party desiring confidential treatment of information contained in the FTC's First Amended Complaint in the above-captioned matter shall, within ten calendar days of the date of this Order, seek an appropriate order from the Court.

.

_____
Hon. JAMES E. BOASBERG
United States District Court Judge

Date: _____, 2021

**NAMES OF PERSONS TO BE SERVED**

Daniel Matheson, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*