IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION FOR EXTENSION OF TIME**[1]

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Facebook, Inc. ("Facebook") and Plaintiff Federal Trade Commission ("FTC") respectfully move for an extension of time to Tuesday, September 7, 2021, for any party or third-party to file a motion to maintain under seal confidential information in the First Amended Complaint ("FAC"), ECF No. 76-2. Pursuant to this Court's August 19, 2021, order granting Plaintiff's Motion to File the First Amended Complaint Temporarily Under Seal, such a motion would currently be due on Monday, August 30, 2021.

Good cause exists for this brief extension. *See* Fed. R. Civ. P. 6(b)(1)(A). The extension will provide the parties adequate time to negotiate the handful of disputes that remain between them regarding the redacting of confidential information in the FAC. The parties have been conferring in good faith about the necessity of continued redactions in order to narrow, or possibly eliminate, any dispute requiring the Court's attention. Those discussions have been

---

[1] The parties conferred pursuant to Local Civil Rule 7(m) and jointly request this extension.

fruitful, and only a handful of redactions remain in dispute.  The parties are continuing to meet and confer in good faith, and have a conference scheduled for tomorrow, August 30, 2021, at 10:00 a.m. to further narrow or eliminate altogether their remaining disagreements.  Because the parties have been diligently working to meet the current deadline, and because the requested extension may limit or obviate the need for court intervention, good cause exists.

Moreover, this brief extension will not impact any other case deadlines.  Currently, the only case deadline is Facebook's October 4, 2021, deadline to respond to the FAC.  The parties' negotiations will conclude well before that date.  And because both the FTC and Facebook's counsel have access to a fully unredacted version of the FAC, the requested extension will not hamper the parties' preparations for that response.  A brief extension of time is justified.

DATED: August 29, 2021                     Respectfully submitted,

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Facebook, Inc.*