IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the parties' Joint Motion for Extension of Time, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission's ("FTC") First Amended Complaint ("FAC"), ECF 76-2, shall remain sealed until September 7, 2021; and it is further

**ORDERED** that any party or third party desiring confidential treatment of information contained in the FTC's FAC shall, by September 7, 2021, seek an appropriate order from the Court.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable James E. Boasberg
United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**  Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: 202-326-2075
dmatheson@ftc.gov

**Defendant**  Mark C. Hansen (D.C. Bar No. 425930)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com