UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Filing and Motion Regarding Proposed Redactions to the Substitute Amended Complaint, it is hereby:

**ORDERED** that within one calendar day, the Federal Trade Commission ("FTC") file a redacted Substitute Amended Complaint; and it is further

**ORDERED** that the redacted Substitute Amended Complaint will not include redactions for the information previously redacted in paragraphs 7, 21, 31, 40, 43, 54, 55, 57, 59, 61, 70, 75, 104, 126, 150, 176, 177, 178, 181, 182, 184, 185, 186, 193, 194, 198, 199, 200, 201, 211, and 212 of the FTC's First Amended Complaint, ECF No. 75-1; and it is further

**ORDERED** that the redacted Substitute Amended Complaint redact information from paragraphs 2, 146, 206, 215, and 216, as indicated in the parties' Joint Filing and Motion Regarding Proposed Redactions to the Substitute Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable James E. Boasberg
United States District Judge

## NAMES OF PERSONS TO BE SERVED

Daniel Matheson, Esq.
Federal Trade Commission
Bureau of Competition
400 7th Street, S.W.
Washington, DC 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*