**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF FACEBOOK, INC.'S
MOTION TO DISMISS THE FTC'S AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1.  I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and counsel for Defendant Facebook, Inc. ("Facebook"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Facebook's Motion To Dismiss the FTC's Amended Complaint. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2.  Attached hereto as Exhibit A is a true and correct copy of Facebook's July 14, 2021 Petition for Recusal of Chair Lina M. Khan from Involvement in the Pending Antitrust Case Against Facebook, Inc., and the exhibits attached thereto, that Facebook filed before the Federal Trade Commission ("FTC").

3.  Attached hereto as Exhibit B is a true and correct copy of the August 17, 2021 Expert Declaration of Professor Daniel B. Rodriguez, and the exhibits attached thereto, that Facebook filed before the FTC in support of its July 14, 2021 Petition for Recusal.

4.  Attached hereto as Exhibit C is a true and correct copy of the August 19, 2021 Dissenting Statement of Commissioner Christine S. Wilson in *FTC v. Facebook, Inc.* (FTC Matter No. 191 0134), available on the FTC's public website, https://www.ftc.gov/system/files/documents/public_statements/1594737/facebook_-_dissenting_statement_-_first_amended_complaint_-_final.pdf.

5.  Attached hereto as Exhibit D is a true and correct copy of the August 9, 2021 Statement of Commissioner Christine S. Wilson Regarding the Announcement of Pre-Consummation Warning Letters, available on the FTC's public website, https://www.ftc.gov/system/files/documents/public_statements/1593969/pre-consummation_warning_letters_statement_v11.pdf.

6. Attached hereto as Exhibit E is a true and correct copy of the June 4, 2015 Memorandum in Support of Plaintiff Federal Trade Commission's Motion for Temporary Restraining Order and Preliminary Injunction in *FTC v. Steris Corp.*, No. 1:15-cv-01080-DAP, ECF No. 21 (N.D. Ohio).

7. Attached hereto as Exhibit F is a true and correct copy of the April 3, 2002 Order in *FTC v. Libbey, Inc.*, No. 1:02-cv-00060-RBW, ECF No. 76 (D.D.C.).

8. Attached hereto as Exhibit G is a true and correct copy of the August 19, 2021 email from April J. Tabor, Office of the Sec'y, FTC, to Geoffrey M. Klineberg of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C, counsel for Facebook.

9. Attached hereto as Exhibit H is a true and correct copy of the August 19, 2021 FTC press release titled "FTC Alleges Facebook Resorted to Illegal Buy-or-Bury Scheme to Crush Competition After String of Failed Attempts to Innovate," available on the FTC's public website, https://www.ftc.gov/news-events/press-releases/2021/08/ftc-alleges-facebook-resorted-illegal-buy-or-bury-scheme-crush.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 4, 2021

By: /s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
mhansen@kellogghansen.com

*Attorney for Defendant Facebook, Inc.*