# Exhibit G

to the Declaration of Mark C. Hansen in Support of Facebook, Inc.'s Motion to Dismiss the FTC's Amended Complaint in *Federal Trade Commission v. Facebook, Inc.* Case No. 1:20-cv-03590-JEB (D.D.C.)

| | |
|---|---|
| **From:** | Tabor, April |
| **To:** | Klineberg, Geoffrey M. |
| **Cc:** | Dolan, Reilly; Liu, Josephine; Tucci, Elizabeth |
| **Subject:** | [EXTERNAL] RE: Declaration in Support of Recusal |
| **Date:** | Thursday, August 19, 2021 3:13:09 PM |

Mr. Klineberg,

Thank you for the submission of recusal petition of Facebook, Inc. and the supporting expert declaration of Professor Daniel B. Rodriguez. Your recusal petition and the supporting declaration has been procedurally reviewed for filing purposes. Rule 4.17 provides that disqualification or recusal of a Commissioner may be sought in any adjudicative (under Part 3 of the Rules of Practice) or rulemaking proceedings. 16 C.F.R. § 4.17(a). As there are currently no adjudicative or rulemaking proceedings before the Commission in which Facebook, Inc. is a subject, target, or defendant/respondent, this petition is premature under the Rules. Accordingly, this document has been rejected from filing for failure to comply with the Commission's rules. 16 C.F.R. 4.2(g).

Regards,

April Tabor

_____

April J. Tabor, Esq.
**Federal Trade Commission**
**Office of the Secretary**
202.326.3310 | atabor@ftc.gov

**From:** Tabor, April
**Sent:** Tuesday, August 17, 2021 2:03 PM
**To:** Klineberg, Geoffrey M. ; Khan, Lina ; Phillips, Noah ; Chopra, Rohit ; Slaughter, Rebecca ; Wilson, Christine
**Subject:** RE: Declaration in Support of Recusal

Mr. Klineberg:

By way of this email, I am acknowledging receipt.

Regards,

April Tabor

**From:** Klineberg, Geoffrey M.
**Sent:** Tuesday, August 17, 2021 2:01 PM
**To:** Khan, Lina ; Phillips, Noah ; Chopra, Rohit ; Slaughter, Rebecca ; Wilson, Christine ; Tabor, April
**Subject:** Declaration in Support of Recusal

Dear Chair Khan, Commissioners, and Secretary Tabor:

On behalf of Facebook, Inc., I am submitting to you the attached Expert Declaration of Professor Daniel B. Rodriguez in support of Facebook's Petition for Recusal (dated July 14, 2021). Thank you.

_____

Geoffrey M. Klineberg

Kellogg, Hansen, Todd,

Figel & Frederick, P.L.L.C.

1615 M Street, NW, Suite 400

Washington, D.C. 20036

(202) 326-7928 (direct)

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or

the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.