# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

## [PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO DISMISS THE FTC'S AMENDED COMPLAINT

Upon consideration of Defendant Facebook, Inc.'s Motion To Dismiss the FTC's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that the Motion To Dismiss the FTC's Amended Complaint be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the FTC's Amended Complaint for Injunctive and Other Equitable Relief, ECF No. 82, be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED:_____

_____
Honorable James E. Boasberg
United States District Judge