UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>            Plaintiff,<br><br>    v.<br><br>**FACEBOOK, INC.**<br><br>            Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

### [PROPOSED] ORDER DENYING FACEBOOK, INC.'S MOTION TO DISMISS THE FTC'S AMENDED COMPLAINT

Upon consideration of Defendant Facebook, Inc's Motion to Dismiss the FTC's Amended Complaint (ECF No. 83) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"), it is hereby:

**ORDERED** that the Motion be, and hereby is, **DENIED** in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2021           _____
                                          Honorable James E. Boasberg
                                          United States District Judge

**NAMES OF PERSONS TO BE SERVED**

Daniel Matheson, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Facebook, Inc.*