UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Civil Action No. 20-3590 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is DENIED; and

2. Defendant shall file its Answer to Plaintiff's Amended Complaint by January 25, 2022.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 11, 2022

1