IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

      Plaintiff,

      v.

FACEBOOK, INC.,

      Defendant.

Case No. 1:20-cv-03590-JEB

**NOTICE OF CHANGE OF PARTY NAME**

      Defendant Facebook, Inc., hereby informs the Court and all parties that it has changed its name to Meta Platforms, Inc., effective October 28, 2021.

Respectfully submitted,

January 24, 2022

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.)*