IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No. 1:20-cv-03590-JEB |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT META PLATFORMS, INC. F/K/A FACEBOOK, INC.**

  I, the undersigned counsel of record for Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta"), certify that to the best of my knowledge and belief, Meta has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of its stock. Facebook, Inc. changed its name to Meta Platforms, Inc., effective October 28, 2021.

  These representations are made in order that judges of this Court may determine the need for recusal.

                  Respectfully submitted,

January 24, 2022        /s/ *Mark C. Hansen*
                  Mark C. Hansen (D.C. Bar No. 425930)
                  KELLOGG, HANSEN, TODD,
                    FIGEL & FREDERICK, P.L.L.C.
                  1615 M Street, N.W., Suite 400
                  Washington, D.C. 20036
                  Tel: (202) 326-7900
                  mhansen@kellogghansen.com

                  *Counsel for Defendant Meta Platforms, Inc.*
                  *(f/k/a Facebook, Inc.)*