IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

**DEFENDANT'S UNOPPOSED MOTION TO
AMEND CAPTION TO REFLECT NAME CHANGE**

Since the filing of this lawsuit, Defendant Facebook, Inc. has changed its name to Meta Platforms, Inc. To reflect that name change, Meta Platforms, Inc. hereby requests that the Court direct the clerk of the court to modify the caption of Case No. 1:20-cv-03590-JEB to read as follows: Federal Trade Commission, Plaintiff, v. Meta Platforms, Inc., Defendant. Defendant has conferred with counsel for Plaintiff who does not oppose this motion.

Respectfully submitted,

January 24, 2022

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*