IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO AMEND CAPTION TO REFLECT NAME CHANGE**

Upon consideration of the Defendant's unopposed motion to amend the caption of Case No. 1:20-cv-03590-JEB to reflect Defendant's name change from Facebook, Inc. to Meta Platforms, Inc., it is hereby **GRANTED**; and it is further:

**ORDERED** that the clerk of the court shall modify the caption of this case to read as follows:

Federal Trade Commission, Plaintiff, v. Meta Platforms, Inc., Defendant.

**IT IS SO ORDERED.**

DATED: _____, 2022      _____
                                  Honorable James E. Boasberg
                                  United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**

Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2075
dmatheson@ftc.gov

**Defendant**

Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com