AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

META PLATFORMS, INC.

Date: 02/17/2022

/s/ Michael Scheinkman
*Attorney's signature*

Michael Scheinkman  (D.C. Bar No. NY0381)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
*Address*

michael.scheinkman@davispolk.com
*E-mail address*

(212) 450-4754
*Telephone number*

(212) 701-5754
*FAX number*