AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

META PLATFORMS, INC.

Date: 02/18/2022

s/ David Z. Gringer
*Attorney's signature*

David Z. Gringer (D.C. Bar - 1001200)
*Printed name and bar number*

Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

david.gringer@wilmerhale.com
*E-mail address*

(212) 230-8800
*Telephone number*

(212) 230-8888
*FAX number*