IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Case No.  1:20-cv-03590-JEB |

### MOTION FOR ADMISSION OF SONAL N. MEHTA *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), David Z. Gringer, a member of the bar of this Court and counsel for defendant Meta Platforms, Inc., hereby moves that Sonal N. Mehta be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Meta Platforms, Inc.

In support of this motion, Movant states as follows:

1. Ms. Mehta's full name is Sonal Naresh Mehta.

2. Ms. Mehta is a licensed attorney practicing in the Palo Alto office of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, California, 94306, telephone number (650) 858-6000.

3. Ms. Mehta is a member in good standing of the California state bar, as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of Texas, U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Federal Circuit.

4. Ms. Mehta has not been disciplined by any bar and there are no pending disciplinary proceedings against her in any bar. She is not currently disbarred in any court, and she has not been denied admission to the courts of any state or any court of the United States.

5. Ms. Mehta has been admitted *pro hac vice* in this Court once within the last two years.

6. Ms. Mehta does not engage in the practice of law from an office located in the District of Columbia and is not a member of the District of Columbia state bar.

7. A declaration signed by Ms. Mehta, certifying the foregoing information, is annexed hereto.

WHEREFORE, Mr. Gringer requests that Sonal N. Mehta be granted leave to appear and practice *pro hac vice* on behalf of defendant in the above captioned matter.

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted, |
| | */s/ David Z. Gringer* |
| | DAVID Z. GRINGER |
| | |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | DAVID Z. GRINGER (D.C. Bar No. 1001200) |
| | David.Gringer@wilmerhale.com |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: (212) 230-8800 |
| | Facsimile: (212) 230-8888 |
| | |
| | *Counsel for Defendant, Meta Platforms, Inc.* |