IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Case No.  1:20-cv-03590-JEB |

**DECLARATION OF SONAL N. MEHTA
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Sonal N. Mehta, hereby declare and state as follows:

1. I submit this declaration in support of the motion of David Z. Gringer for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Sonal Naresh Mehta.  I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, California, 94306.  My telephone number is (650) 858-6000.

3. I am a member in good standing of the California state bar, as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of Texas, U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Federal Circuit.

4. I have never been disciplined by any bar, there are no proceedings against me in any bar.  I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted *pro hac vice* in this Court once within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of February, 2022 in Palo Alto, California.

Respectfully submitted,

DATED: February 18, 2022

SONAL N. MEHTA