IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY SONAL N. MEHTA *PRO HAC VICE***

This Court has reviewed the Defendant's Motion for Admission of Attorney Sonal N. Mehta *Pro Hac Vice*. Upon consideration of that motion, the Court grants Sonal N. Mehta *pro hac vice* admission to this Court.

SO ORDERED.

DATE: _____

_____
Hon. James E. Boasberg
United States District Judge