AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Meta Platforms, Inc.

Date: 02/22/2022

*Attorney's signature*

Sonal N. Mehta (CA SBN 222086)
*Printed name and bar number*
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
*Address*

Sonal.Mehta@wilmerhale.com
*E-mail address*

(650) 858-6000
*Telephone number*

(650) 858-6100
*FAX number*