AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590 (JEB) |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 03/01/2022

/s/ Nicholas A. Widnell
*Attorney's signature*

Nicholas A. Widnell (DC 439474)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

*Address*

nwidnell@ftc.gov
*E-mail address*

(202) 326-3027
*Telephone number*

(202) 326-2655
*FAX number*