AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Federal Trade Commission  )
        Plaintiff  )
        v.  )   Case No. 1:20-cv-03590 (JEB)
Meta Platforms, Inc.  )
        Defendant  )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 03/07/2022

/s/ Susan A. Musser
*Attorney's signature*

Susan A. Musser (D.C. Bar #1531486)
*Printed name and bar number*

400 7th SW, Washington D.C. 20024
*Address*

smusser@ftc.gov
*E-mail address*

(202) 326-2122
*Telephone number*

*FAX number*