# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                    Plaintiff,<br><br>          v.<br><br>**META PLATFORMS, INC.**<br><br>                    Defendant. | Civil Action No. 1:20-cv-03590-JEB |

## DECLARATION OF DANIEL MATHESON

I, Daniel J. Matheson, declare as follows:

1. I am an attorney for Plaintiff Federal Trade Commission ("FTC") in the above-captioned matter. I am admitted to practice law in the District of Columbia, the State of New York, and the United States District Court for the District of Columbia.

2. On February 12, 2021, I sent to counsel for Defendant ("Meta") a proposed protective order, on behalf of the FTC and the counsel for the States that filed a related complaint against Meta in this District (the "State Plaintiffs").

3. On March 31, 2021, I sent to counsel for Defendant a revised proposed protective order, on behalf of the FTC and the State Plaintiffs.

4. On April 14, 2021, the FTC and the State Plaintiffs met and conferred with counsel for Meta regarding the March 31, 2021 revised proposed Protective Order.

5. The FTC, the State Plaintiffs, and counsel for Meta exchanged correspondence in May 2021 regarding the protective order proposals made by the FTC and the State Plaintiffs.

1

6. On January 25, 2022, I sent to counsel for Meta a revised proposed protective order. The parties subsequently met and conferred and exchanged correspondence regarding the FTC's proposals.

7. On February 11, 2022, counsel for Meta sent to the FTC a proposed protective order, which is attached to this filing as Exhibit E. The parties met and conferred regarding these proposals. Meta subsequently provided a revised proposal regarding the definition of "Competitive Decision-Making." *See infra* Paragraph 9.

8. On March 2, 2022, the FTC sent to counsel for Meta a redline version proposing further revisions to the proposal the FTC provided on January 25, 2022. I have attached as Exhibit A to this filing the same protective order proposal that the FTC sent to counsel for Meta on March 2, 2022, with certain formatting changes applied. The parties subsequently met and conferred regarding the FTC's proposals, but were unable to reach agreement.

9. On March 4, 2022, counsel for Meta proposed that ""Competitive Decision-Making" means the action or process of making a business decision or resolving a non-legal question relating to a competitor, potential competitor, customer, or distribution partner regarding contracts, marketing, pricing, product, service development or design, product, or service offering, research and development, mergers and acquisitions, or licensing, acquisition, funding or enforcement of intellectual property. It does not include legal advice provided in connection with litigation, potential litigation, or regulatory matters, nor does it include work performed as part of a trial team or to keep management advised on the progress or status of litigation, potential litigation, or regulatory matters." The

3

parties met and conferred regarding this proposed definition, but were unable to reach agreement.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)

Executed on March 7, 2022 in Arlington, Virginia.