IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

## JOINT STATUS REPORT

Further to the Parties' Joint Rule 16.3 Report dated February 22, 2022 and in accordance with Court's Minute Order dated February 28, 2022, Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms, Inc. ("Meta") have further met and conferred, and resolved differences with respect to (1) a [Proposed] Stipulated Federal Rule of Evidence 502(d) Order ("Rule 502(d) Order"), and (2) a Stipulation and [Proposed] Order Regarding Discovery Procedure ("ESI Order"), and accordingly jointly request the Court enter these proposed orders, submitted herewith.  The Parties have also discussed and resolved the dispute with respect to contention interrogatories discussed with the Court on February 28, 2022, and therefore will not be submitting briefing on the issue.

1

DATED: March 7, 2022                                   Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson, Esq.
(D.C. Bar #502490)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, D.C. 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*


/s/ Mark Hansen
Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Meta Platforms, Inc.*