# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission<br>*Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc.<br>*Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 03/14/2022

/s/ Abby L. Dennis
*Attorney's signature*

Abby L. Dennis (Bar No. 994476)
*Printed name and bar number*

Constitution Center
400 7th St SW
Washington, DC 20024
*Address*

adennis@ftc.gov
*E-mail address*

(202) 326-2381
*Telephone number*

*FAX number*