AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590 (JEB) |
| META PLATFORMS, INC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 03/14/2022

*Attorney's signature*

Danica Noble (DC 489025)
*Printed name and bar number*

Federal Trade Commission
915 Second Ave., Room 2896
Seattle, WA 98174
*Address*

dnoble@ftc.gov
*E-mail address*

(206) 220-5006
*Telephone number*

*FAX number*