AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Federal Trade Commission.

Date: 03/14/2022

/s/ Michael White
*Attorney's signature*

Michael David White (DC Bar No. 493481)
*Printed name and bar number*

Federal Trade Commission
600 Pennsylvania Avenue, NW (CC-10232)
Washington, D.C. 20580
*Address*

mwhite1@ftc.gov
*E-mail address*

(202) 326-3196
*Telephone number*

(202) 326-3768
*FAX number*