IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, PETER J. MUCCHETTI, of the law firm CLIFFORD CHANCE US LLP, duly admitted to practice in this court, hereby appears as counsel for non-parties Snap Inc. and Pinterest, Inc. in the above-captioned matter.

Dated: March 16, 2022

      */s/ Peter J. Mucchetti*
Peter J. Mucchetti (D.C. Bar#: 463202)

CLIFFORD CHANCE US LLP
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 912-5053
Fax: (212) 912-6000
peter.mucchetti@cliffordchance.com

*Counsel for non-parties Snap Inc. and Pinterest, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                        */s/ Peter J. Mucchetti*
                                        Peter J. Mucchetti (D.C. Bar#: 463202)