IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

**NON-PARTIES' MOTION FOR LEAVE
TO FILE A POSITION STATEMENT ON THE PROTECTIVE ORDER**

Non-parties LinkedIn Corporation, Match Group, Inc., Oracle Corporation, Pinterest, Inc., Reddit, Inc., Snap Inc., and Twitter, Inc. (collectively, the "Non-Parties") respectfully move this Court for leave to file the attached Non-Parties' Position Statement on the Protective Order.

The Non-Parties are entities that have produced competitively sensitive information to the FTC during the investigatory phase of this matter and/or have received non-party subpoenas in this matter issued by Defendant Meta Platforms, Inc. ("Meta"). Meta's subpoenas to the Non-Parties seek large volumes of extremely sensitive information that are among the most competitively sensitive documents that the Non-Parties possess.

Given the enormous scope and sensitivity of the non-party discovery sought in this action, the Non-Parties seek to ensure that any competitively sensitive information they produce in this action will be protected by an appropriate protective order. Accordingly, the undersigned Non-Parties request this Court's leave to submit the attached Non-Parties' Position Statement on the Protective Order, which respectfully requests that the Court adopt Plaintiff's Protective Order proposals to: (1) prohibit Meta's in-house counsel from accessing Highly Confidential Information

unless Meta shows a particularized need; and (2) allow only four designated Meta in-house counsel access to Confidential Information, provided that they are not engaged in Competitive Decision-Making for two years after their access to Confidential Information. The Non-Parties also request that the Court clarify certain other provisions of the proposed Protective Order.

Pursuant to Local Rule 7(m), counsel for non-party Snap Inc. has contacted counsel for the FTC and Meta to confer on the Non-Parties' motion to file a Position Statement on the Protective Order. The FTC does not oppose this motion. Meta takes no position on this motion for leave to file, but requests an opportunity to respond if leave is granted.

Dated:     March 16, 2022

Respectfully submitted,

/s/ Peter J. Mucchetti
Peter J. Mucchetti (D.C. Bar#: 463202)
Abigail L. Cessna (D.C. Bar#: 1552622)
CLIFFORD CHANCE US LLP
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 912-5053
Fax: (202) 912-6000
peter.mucchetti@cliffordchance.com
abigail.cessna@cliffordchance.com

Minji Reem (*pro hac vice* forthcoming)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375
minji.reem@cliffordchance.com

*Counsel for non-party Snap Inc.*

/s/ Jonathan I. Gleklen
Jonathan Gleklen (D.C. Bar#: 443660)
Ryan Z. Watts (D.C. Bar#: 478395)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
jonathan.gleklen@arnoldporter.com
ryan.watts@arnoldporter.com

*Counsel for non-party LinkedIn Corporation*


/s/ Justin P. Hedge
Justin P. Hedge (D.C. Bar#: 979378)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
justin.hedge@arnoldporter.com

C. Scott Lent (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
Tel: (212) 836-8220
Fax: (212) 836-8689
scott.lent@arnoldporter.com

*Counsel for non-party Match Group, Inc.*


/s/ Craig A. Holman
Craig A. Holman (D.C. Bar#: 447852)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
craig.holman@arnoldporter.com

*Counsel for non-party Oracle Corporation*


/s/ Peter J. Mucchetti
Peter J. Mucchetti (D.C. Bar#: 463202)
CLIFFORD CHANCE US LLP
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 912-5053
Fax: (202) 912-6000
peter.mucchetti@cliffordchance.com

Minji Reem (*pro hac vice* forthcoming)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375
minji.reem@cliffordchance.com

*Counsel for non-party Pinterest, Inc.*


/s/ Edward D. Hassi
Edward D. Hassi (D.C. Bar#: 1026776)
Leah S. Martin (D.C. Bar#: 1029757)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for non-party Reddit, Inc.*


/s/ Kenneth R. O'Rourke
Kenneth R. O'Rourke (D.C. Bar#: 1613849)
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899
korourke@wsgr.com

*Counsel for non-party Twitter, Inc.*