IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

### **[PROPOSED] ORDER**

It is hereby ordered that the Non-Parties' Motion for Leave to File a Position Statement on the Protective Order is granted.

Dated: _____        _____
                                                                                    HON. JAMES E. BOASBERG
                                                                                    UNITED STATES DISTRICT JUDGE