**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                  */s/ Peter J. Mucchetti*
                                                  Peter J. Mucchetti (D.C. Bar#: 463202)