IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

## MOTION FOR ADMISSION *PRO HAC VICE* of MINJI REEM

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Minji Reem *pro hac vice* in the above-captioned action as counsel for non-parties Snap Inc. and Pinterest, Inc.

This motion is supported by the Declaration of Minji Reem, filed herewith. As set forth in Ms. Reem's declaration, she is admitted, practicing, and a member in good standing of the State Bar of New York. She is also admitted to the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S.C.A. for the Second Circuit. This motion is supported and signed by Peter J. Mucchetti, an active and sponsoring member of the Bar of this Court.

Dated: March 16, 2022

 */s/ Peter J. Mucchetti*
Peter J. Mucchetti (D.C. Bar#: 463202)

CLIFFORD CHANCE US LLP
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 912-5053
Fax: (212) 912-6000
peter.mucchetti@cliffordchance.com