# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MINJI REEM** |

I, MINJI REEM, declare as follows:

1. I am counsel for non-parties Snap Inc. and Pinterest, Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Minji Reem.

3. I am an attorney with the law firm of Clifford Chance US LLP. My office address is 31 West 52 Street, New York, NY 10019. My telephone number is (212) 878-8000; my fax number is (212) 878-8375; my email address is minji.reem@cliffordchance.com .

4. I have been admitted to the New York State Bar (No. 5391198), and I am a member in good standing of that bar. I am also admitted to the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S. Court of Appeals for the Second Circuit.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of March, 2022, in New York, NY.

*Minji Reem*
Minji Reem