# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

At the District of Columbia this _____ day of March, 2022, having considered the Motion of Snap Inc. and Pinterest, Inc. seeking the admission *pro hac vice* of Minji Reem (ECF No. _____), and the Declaration of Minji Reem submitted in support of the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. James E. Boasberg
United States District Judge