AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Match Group, Inc.

Date: 03/16/2022

/s/ Justin Hedge
*Attorney's signature*

Justin Hedge (DC Bar#: 979378)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
*Address*

justin.hedge@arnoldporter.com
*E-mail address*

(202) 942-6583
*Telephone number*

(202) 942-5999
*FAX number*