IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

**MOTION FOR ADMISSION *PRO HAC VICE* of ABIGAIL L. CESSNA**

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Abigail L. Cessna *pro hac vice* in the above-captioned action as counsel for non-party Snap Inc.

This motion is supported by the Declaration of Abigail L. Cessna, filed herewith. As set forth in Ms. Cessna's declaration, she is admitted, practicing, and a member in good standing of the District of Columbia Bar. This motion is supported and signed by Peter J. Mucchetti, an active and sponsoring member of the Bar of this Court.

Dated: March 16, 2022

                                                 */s/ Peter J. Mucchetti*
                                               Peter J. Mucchetti (D.C. Bar#: 463202)

                                               CLIFFORD CHANCE US LLP
                                               2001 K St. NW
                                               Washington, D.C. 20006
                                               Tel: (202) 912-5053
                                               Fax: (212) 912-6000
                                               peter.mucchetti@cliffordchance.com