IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    *Plaintiff*,<br><br>    - v. -<br><br>META PLATFORMS, INC.,<br><br>    *Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ABIGAIL L. CESSNA** |

   I, ABIGAIL L. CESSNA, declare as follows:

1. I am counsel for non-party Snap Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Abigail Lynn Cessna.

3. I am an attorney with the law firm of Clifford Chance US LLP. My office address is 2001 K Street, N.W., Washington, D.C. 20006. My telephone number is (202) 912-5452; my fax number is (202) 912-6000; my email address is abigail.cessna@cliffordchance.com.

4. I have been admitted to the District of Columbia Bar (No. 1552622), and I am a member in good standing of that bar.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I engage in the practice of law from an office located in the District of Columbia and I am a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of March, 2022, in Washington D.C.

*Abigail L. Cessna*
Abigail L. Cessna