# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, - v. - META PLATFORMS, INC., *Defendant*. | Case No. 1:20-cv-03590 (JEB) HON. JAMES E. BOASBERG **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

At the District of Columbia this ____ day of March, 2022, having considered the Motion of Snap Inc. seeking the admission *pro hac vice* of Abigail L. Cessna (ECF No. ____), and the Declaration of Abigail L. Cessna submitted in support of the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. James E. Boasberg
United States District Judge