AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Twitter, Inc.

Date:   03/16/2022

*/s/ Kenneth R. O'Rourke*
*Attorney's signature*

Kenneth R. O'Rourke (D.C. Bar No. 1613849)
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati PC
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
*Address*

korourke@wsgr.com
*E-mail address*

(202) 973-8889
*Telephone number*

(202) 973-8899
*FAX number*