AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-03590-JEB |
| META PLATFORMS, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party LinkedIn Corporation.

Date:  03/17/2022

/s/ Jonathan Ian Gleklen
*Attorney's signature*

Jonathan Ian Gleklen (D.C. Bar#: 443660)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001

*Address*

jonathan.gleklen@arnoldporter.com
*E-mail address*

(202) 942-5454
*Telephone number*

(202) 942-5999
*FAX number*