# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party LinkedIn Corporation.

Date: 03/17/2022

/s/ Ryan Z. Watts
*Attorney's signature*

Ryan Z. Watts (D.C. Bar#: 478395)
*Printed name and bar number*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001

*Address*

ryan.watts@arnoldporter.com
*E-mail address*

(202) 942-6609
*Telephone number*

(202) 942-5999
*FAX number*