AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 03/17/2022

/s/ Edward H. Takashima
*Attorney's signature*

Edward H. Takashima (DC Bar No. 1001641)
*Printed name and bar number*

400 7th Street SW
Washington, DC 20024
*Address*

etakashima@ftc.gov
*E-mail address*

(202) 326-2464
*Telephone number*

*FAX number*