AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Oracle Corporation.

Date:   03/17/2022

/s/ Craig A. Holman
*Attorney's signature*

Craig A. Holman, D.C. Bar No. 447852
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
*Address*

craig.holman@arnoldporter.com
*E-mail address*

(202) 942-5722
*Telephone number*

(202) 942-5999
*FAX number*