IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, MINJI REEM, of the law firm CLIFFORD CHANCE US LLP, duly admitted to practice in this court *pro hac vice*, hereby appears as counsel for non-parties Snap Inc. and Pinterest, Inc. in the above-captioned matter.

Dated: March 21, 2022

                                                             */s/ Minji Reem*
                                                             Minji Reem (*pro hac vice*)
                                                             NY Bar #: 5391198

                                                             CLIFFORD CHANCE US LLP
                                                             31 West 52nd St.
                                                             New York, NY 10019
                                                             Tel.: (212) 878-8000
                                                             Fax: (212) 878-8375
                                                             minji.reem@cliffordchance.com

                                                             *Counsel for non-parties Snap Inc. and*
                                                             *Pinterest, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                             */s/ Minji Reem*
                                                             Minji Reem (*pro hac vice*)
                                                             NY Bar #: 5391198