AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                          .

Date: 03/22/2022

/s/ Jessica Moy
*Attorney's signature*

Jessica Moy (CA Bar No. 272941)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

jmoy@ftc.gov
*E-mail address*

(202) 460-9366
*Telephone number*

*FAX number*