IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB)<br><br>HON. JAMES E. BOASBERG |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, ABIGAIL L. CESSNA, of the law firm CLIFFORD CHANCE US LLP, duly admitted to practice in this court *pro hac vice*, hereby appears as counsel for non-party Snap Inc. in the above-captioned matter.

Dated: March 22, 2022

                                                                   */s/ Abigail L. Cessna*
                                                                   Abigail L. Cessna (D.C. Bar#: 1552622)

                                                                   CLIFFORD CHANCE US LLP
                                                                   2001 K St. NW
                                                                   Washington, D.C. 20006
                                                                   Tel: (202) 912-5452
                                                                   Fax: (212) 912-6000
                                                                   abigail.cessna@cliffordchance.com

                                                                   *Counsel for non-party Snap Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 22, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                    */s/ Abigail L. Cessna*
                    Abigail L. Cessna (D.C. Bar#: 1552622)