# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

                Plaintiff,

v.

**META PLATFORMS, INC.,**

                Defendant.

Case No. 1:20-cv-03590-JEB

HON. JAMES E. BOASBERG

## MOTION FOR ADMISSION OF C. SCOTT LENT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, Justin Hedge, a sponsoring member of the bar of this Court, hereby moves that C. Scott Lent be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Match Group, Inc.

In support of this motion, Movant states as follows:

1. Mr. Lent's full name is Charles Scott Lent.

2. Mr. Lent is a licensed attorney practicing in the New York office of the law firm Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY, telephone number (212) 836-8220; fax number (212) 836-8689; and email scott.lent@arnoldporter.com.

3. Mr. Lent is a member in good standing of the New York state bar, as well as the bars of the U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S. Court of Appeals for the Second Circuit, and U.S. Court of Appeals for the Ninth Circuit.

4. Mr. Lent has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Lent has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Lent does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia state bar, and does not have an application for membership pending.

7. A declaration signed by Mr. Lent, certifying the foregoing information, is annexed hereto.

WHEREFORE, Mr. Hedge requests that C. Scott Lent be granted leave to appear and practice *pro hac vice* on behalf of defendant in the above-captioned matter.

Dated: March 30, 2022                Respectfully submitted,

*/s/ Justin Hedge*
Justin Hedge (DC Bar#: 979378)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-6583
Fax: (202) 942-5999
justin.hedge@arnoldporter.com