# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

                Plaintiff,

v.

**META PLATFORMS, INC.,**

                Defendant.

Case No. 1:20-cv-03590-JEB

HON. JAMES E. BOASBERG

### DECLARATION OF C. SCOTT LENT
### IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, C. Scott Lent, hereby declare and state as follows:

1. I am counsel for non-party Match Group, Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Charles Scott Lent. I am a licensed attorney practicing in the New York office of the law firm Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019. My telephone number is (212) 836-8220; my fax number is (212) 836-8689; my email is scott.lent@arnoldporter.com.

3. I am a member in good standing of the New York state bar (No. 3948718), as well as the bars of the U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S. Court of Appeals for the Second Circuit, and U.S. Court of Appeals for the Ninth Circuit.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia state bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of March, 2022 in New York, NY.

Dated: March 30, 2022                     Respectfully submitted,

                                          _____
                                          C. SCOTT LENT