# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. 1:20-cv-03590-JEB |
| Plaintiff, | HON. JAMES E. BOASBERG |
| v. | |
| **META PLATFORMS, INC.,** | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY C. SCOTT LENT *PRO HAC VICE*

At the District of Columbia this ___ day of March, 2022, having considered the Motion seeking the admission *pro hac vice* of C. Scott Lent, counsel for Match Group, Inc. (ECF No.__), and the Declaration of C. Scott Lent submitted in support of the motion:

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. James E. Boasberg
United States District Judge