AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Match Group, Inc.                                                                                                              .

Date:      03/30/2022

/s/ C. Scott Lent
*Attorney's signature*

C. Scott Lent (pro hac vice) (NY Bar #: 3948718)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710

*Address*

scott.lent@arnoldporter.com
*E-mail address*

(212) 836-8220
*Telephone number*

(212) 836-8689
*FAX number*