AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>*Plaintiff* )<br>v. )<br>META PLATFORMS, INC. )<br>*Defendant* ) | Case No. 1:20-cv-03590-JEB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 04/12/2022

*Christopher Harris*
*Attorney's signature*

Christopher Douglas Harris
*Printed name and bar number*

400 7th Street, SW
Washington, DC, 20024
*Address*

charris1@ftc.gov
*E-mail address*

(202) 326-2492
*Telephone number*

(202) 326-2655
*FAX number*