AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 04/15/2022

/s/ Jennifer E. Tarr
*Attorney's signature*

Jennifer E. Tarr (D.D.C. No. IL0028)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Avenue SW
Washington, DC 20024
*Address*

jtarr@ftc.gov
*E-mail address*

(202) 326-3346
*Telephone number*

(202) 326-2655
*FAX number*