AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 120-cv-03590-JEB |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 05/19/2022

/s/ W. Stuart Hirschfeld
*Attorney's signature*

W. Stuart Hirschfeld, Washington State Bar 23532
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

shirschfeld@ftc.gov
*E-mail address*

(202) 683-0595
*Telephone number*

(202) 326-2655
*FAX number*