AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 05/27/2022

/s/ Timothy J. Slattery
*Attorney's signature*

Timothy J. Slattery, D.C. Bar No. 1023445
*Printed name and bar number*

400 7th St. SW, Washington, DC 20024

*Address*

tslattery@ftc.gov
*E-mail address*

(202) 326-2471
*Telephone number*

*FAX number*