AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 05/31/2022

/s/ Karen V. Goff
*Attorney's signature*

Karen V. Goff (New York 4630901)
*Printed name and bar number*

Federal Trade Commission
90 7th Street
Suite 14-300
San Francisco, CA 94103
*Address*

kgoff@ftc.gov
*E-mail address*

(415) 848-5124
*Telephone number*

(415) 848-5184
*FAX number*