IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

### DEFENDANT'S NOTICE OF MOTION
### FOR ISSUANCE OF LETTERS OF REQUEST

Defendant Meta Platforms, Inc. ("Meta") respectfully requests that this Court execute, under its seal and signature, the attached letters of request for International Judicial Assistance under the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") to non-parties located in China and the British Virgin Islands. The requests seek documents and/or deposition testimony from three overseas entities:

ByteDance Ltd.
43 N 3rd Ring Rd W
ShuangYuShu, Haidan Qu
Beijing, China

Telegram
Vistra Corporate Services Centre
Wickhams Cay II, Road Town
Tortola, British Virgin Islands, VG 1110

Tencent
Tencent Binhai Building, No. 33
Haitian Second Road, Shenzhen, China

For the reasons set forth in more detail in the accompanying Memorandum of Points and Authorities, Meta respectfully requests that the Court grant this motion and execute the attached letters of request.

1

Pursuant to D.D.C. Local Rule 7(m), Meta hereby states that it conferred with the FTC about this motion and that the FTC does not oppose the motion.

Dated: June 16, 2022

Respectfully Submitted,

By: */s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendants Meta Platforms, Inc.*