IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S MOTION TO COMPEL
ANSWER TO INTERROGATORY NO. 10 REGARDING
THE FTC'S MARKET DEFINITION**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Meta Platforms, Inc., by and through its undersigned counsel, hereby moves this Court for an order compelling the FTC's answer to Meta Platform, Inc.'s interrogatory regarding the FTC's market definition.

Pursuant to Local Civil Rule 7(m), counsel for Meta Platforms, Inc. and the FTC conferred regarding this Motion to Compel. The FTC opposes the Motion to Compel.

Meta Platforms, Inc. respectfully requests oral argument on its motion pursuant to Local Civil Rule 7(f).

***

| | |
|---|---|
| DATED: June 30, 2022 | Respectfully submitted,<br><br>/s/ *Mark C. Hansen*<br>Mark C. Hansen (D.C. Bar No. 425930)<br>Kevin B. Huff (D.C. Bar No. 462043)<br>Kevin J. Miller (D.C. Bar No. 478154)<br>Kevin D. Horvitz (D.C. Bar No. 1521032)*<br>Hannah D. Carlin (D.C. Bar No. 1719743)<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br><br>*Counsel for Defendant Meta Platforms, Inc.*<br><br><br>* Application for Admission to the Bar of the U.S. District Court for the District of Columbia Pending |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/  *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*