IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S
MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 10 REGARDING THE
FTC'S MARKET DEFINITION**

Upon consideration of the Defendant's Motion To Compel Supplemental Answer To Interrogatory No. 10 Regarding The FTC's Market Definition, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission shall deliver the supplemental answer to the interrogatory to Defendant within 14 days of the date of this Order.

.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Honorable James E. Boasberg
United States District Judge

## ATTORNEYS TO BE NOTIFIED

**Plaintiff**

Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2075
dmatheson@ftc.gov

**Defendant**

Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com