IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF KEVIN J. MILLER IN SUPPORT OF
META PLATFORMS, INC.'S MOTION TO COMPEL
ANSWER TO INTERROGATORY NO. 10 REGARDING
THE FTC'S MARKET DEFINITION**

Pursuant to 28 U.S.C. § 1746, I, Kevin J. Miller, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Meta Platforms, Inc. ("Meta"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Meta's Motion To Compel Answer To Interrogatory No. 10 Regarding The FTC's Market Definition. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Pursuant to Local Civil Rules 5.2(b) and 26.2(d), attached hereto as Exhibit A is an accurate reproduction of Meta's Interrogatory No. 10 (served on March 30, 2022), the FTC's Initial Response to Interrogatory No. 10 (served on April 29, 2022), and the FTC's Supplemental Response to Interrogatory No. 10 (served on June 14, 2022). Meta has redacted certain confidential or highly confidential information from the public filing. Pursuant to the Protective Order and Local Civil Rule 5.1(h), Meta also submits a notice of filing an unredacted version of the exhibit under seal accompanied by the exhibit.

3. Attached hereto as Exhibit B is a true and correct copy of the May 10, 2022, Letter from Kevin B. Huff (Kellogg Hansen) to Daniel J. Matheson (FTC).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 1, 2022  By: _____
Kevin J. Miller (D.C. Bar No. 478154)
KELLOGG HANSEN TODD FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
TEL: (202) 326-7987
kmiller@kellogghansen.com

*Attorney for Defendant Meta Platforms, Inc.*