**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF**
**META PLATFORMS, INC.'S MOTION TO COMPEL**
**PRODUCTION OF 2012 AND 2014 FTC MEMORANDA**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Meta Platforms, Inc. ("Meta"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Meta's Motion To Compel Production of 2012 and 2014 FTC Memoranda. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Pursuant to Local Civil Rules 5.2(b) and 26.2(d), attached hereto as Exhibit A is an accurate reproduction of Meta's Request for Production No. 1 (served Mar. 9, 2022) and the FTC's Objections and Responses to Request for Production No. 1 (served Apr. 8, 2022).

3. Attached hereto as Exhibit B is a true and correct copy of the July 5, 2022 Declaration of M. Sean Royall.

4. Attached hereto as Exhibit C is a true and correct copy of the May 13, 2022 Letter from Daniel J. Matheson (FTC Counsel) to Kevin B. Huff (Meta Counsel).

5. Attached hereto as Exhibit D is a true and correct copy of the May 12, 2022 Letter from Daniel J. Matheson (FTC Counsel) to Kevin B. Huff (Meta Counsel).

6. Attached hereto as Exhibit E is a true and correct copy of the June 28, 2022 Declaration of Holly Vedova (FTC). Pursuant to the Protective Order and Local Rule 5.1(h), Meta submits a notice of filing the exhibit under seal accompanied by the exhibit.

7. Attached hereto as Exhibit F is a true and correct copy of the October 29, 2019 Letter from April J. Tabor (Acting Secretary of the Commission) to Reps. Jerold Nadler, et al. (House Judiciary Committee). Pursuant to the Protective Order and Local Rule 5.1(h), Meta submits a notice of filing the exhibit under seal accompanied by the exhibit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2022

Respectfully submitted,

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Kevin B. Huff (D.C. Bar No. 462043)
L. Vivian Dong (D.C. Bar No. 1722506)
KELLOGG, HANSEN, TODD,
　FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*Counsel for Defendant*
*Meta Platforms, Inc.*