# Exhibit A

Submitted Pursuant to Local Civil Rules 5.2(b) and 26.2(d)

**Meta's Request for Production No. 1 (served Mar. 9, 2022)**

All Documents (including, but not limited to, Communications) created, reviewed, or obtained by the Federal Trade Commission relating to this Action, the State Action, the Prior Instagram Investigation, the Prior WhatsApp Review, the Pre-Complaint Investigation, Meta's acquisition of Instagram, Meta's acquisition of WhatsApp, Meta's acquisition of any other company, or any other allegation in the Amended Complaint or the complaint in the State Action, the Private Advertiser Action, the Private Consumer Action, or any other antitrust action relating to Meta. This request includes, but is not limited to, Documents relating to any Communications (whether formal, written, or oral) between You and any Person, including, but not limited to, any Other Government Entity or Actor, or other non-parties such as customers or competitors of Meta, Instagram, WhatsApp, or trade groups or industry associations, or former Federal Trade Commission Commissioners or personnel, or former employees of Meta relating to these topics.

**FTC's Objections and Responses to Meta's Request for Production No. 1 (served Apr. 8, 2022)**

The FTC incorporates by reference its General Objections. The FTC specifically objects to this Request, including Meta's definitions incorporated therein, to the extent it seeks all documents "created, reviewed, or obtained" by the FTC on the grounds that it seeks information that is irrelevant to the claims and defenses in this litigation, is not proportional to the needs of the case, is unduly burdensome, and is protected from discovery by the attorney-client privilege, work product doctrine, deliberative process privilege, or other privileges or protections.

The FTC additionally objects to this Request to the extent it seeks all documents and all documents relating to communications between the FTC and any Other Government Entity or Actor, or former FTC Commissioners or personnel, on the grounds that it seeks information that is irrelevant to the claims and defenses in this litigation, is not proportional to the needs of the case, is unduly burdensome, is exempt from discovery under Paragraph 16 of the CMO, and is protected from discovery by the attorney-client privilege, work product doctrine, deliberative process privilege, or other privileges or protections. The FTC objects to this Request to the extent it seeks all documents related to the Prior Instagram Investigation and Prior WhatsApp Review on the grounds that it seeks information that is irrelevant to the claims and defenses in this litigation, is not proportional to the needs of the case, and is unduly burdensome. The FTC objects to this Request to the extent that it seeks information relating to the FTC's investigations of Meta's acquisitions of companies or conduct unrelated to the allegations in the Amended Complaint, and to the extent that it seeks information relating to allegations in other actions unrelated to those in the Amended Complaint, on the grounds that it seeks information that is irrelevant to the claims and defenses in this litigation, is not proportional to the needs of the case, and is unduly burdensome.

The FTC further objects to this Request to the extent it seeks discovery of publicly available materials that are already available to Defendant or materials originally produced by

Defendant, on the grounds that such materials are equally available to Defendant. The FTC additionally objects to the Request for "all Documents," "all . . . Communications," and "Documents relating to any Communications" as overly broad, not proportional to the needs of the case, and unduly burdensome. The FTC also objects to the extent this Request seeks materials outside its possession, custody, or control.

      Subject to and without waiving the foregoing General and Specific Objections, the FTC states that it previously produced to Meta responsive, non-privileged documents relating to the Pre-Complaint Investigation, and is willing to meet and confer regarding the remainder of the Request to discuss the parameters of a reasonable search for relevant, non-privileged, responsive documents, to the extent such documents exist and are within the FTC's possession, custody, or control.