IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S
MOTION TO COMPEL PRODUCTION OF 2012 AND 2014 FTC MEMORANDA**

Upon consideration of Defendant's Motion To Compel Production of 2012 and 2014 FTC Memoranda, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission shall deliver the requested documents to Defendant within 14 days of the date of this Order.

.

**IT IS SO ORDERED.**

DATED: _____, 2022           _____
                                              Honorable James E. Boasberg
                                              United States District Judge

## **ATTORNEYS TO BE NOTIFIED**

**Plaintiff**

Daniel J. Matheson (D.C. Bar No. 502490)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-2075
dmatheson@ftc.gov

**Defendant**

Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com