# Exhibit A

## Declaration of Daniel Matheson

I, Daniel Matheson declare as follows:

1. I am Chief Trial Counsel of the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am serving as the FTC's lead trial counsel in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.). I am admitted to practice in United States District Court for the District of Columbia.

2. I make this declaration in support of the FTC's Opposition to Meta's Motion to Compel Answer to Interrogatory No. 10 Regarding the FTC's Market Definition.

3. I am familiar with the issues raised in this action and have personal knowledge of the facts stated herein.

4. Defendant Meta Platforms, Inc. ("Meta") served its First Set of Interrogatories on the Federal Trade Commission ("FTC") on March 30, 2022. This included Interrogatory No. 10, a contention interrogatory, which asked "[f]or each feature or activity available to users on Facebook, Instagram, WhatsApp, or Facebook Messenger, specify whether the feature or activity is or is not within the definition of 'personal social networking' (*see* Amended Complaint ¶ 164)."

5. The FTC timely responded to Meta's Interrogatory No. 10 as written on April 29, 2022.

6. Counsel for Meta and the FTC met and conferred on May 6, 2022. During this meet and confer, Counsel for Meta clarified that they were asking the FTC to identify whether each "activity" in which a Meta user might engage constitutes use of personal social networking services as referenced in the FTC's Substitute Amended Complaint ¶ 202.

7. After the May 6, 2022 meet and confer, the FTC supplemented its response to Interrogatory No. 10 with nine pages of additional detail. In its response, the FTC explained that Interrogatory No. 10 "seeks information and evidence subject to ongoing fact discovery."

8. The FTC has outstanding discovery requests to Meta—for data, documents, and interrogatory responses—that seek information about the extent to which Meta's various features and activities are intertwined with its core use case, personal social networking services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on July 14, 2022 in Arlington, Virginia.

/s/ Daniel Matheson
Daniel Matheson
Chief Trial Counsel
FTC Bureau of Competition