# Exhibit B
# (Excerpt)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES
TO THE FEDERAL TRADE COMMISSION**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc., requests that the Federal Trade Commission serve a written response to this First Set of Interrogatories. The requested answers must be provided within thirty (30) days after service of these interrogatories or at such other time as may be directed by the Court or agreed to by the parties. Plaintiff shall answer the following interrogatories separately and fully in writing, under oath, and serve the answers at the offices of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., located at 1615 M Street, N.W., Suite 400, Washington, D.C. 20036.

**DEFINITIONS**

1. "Action" means the above-captioned action pending in this Court, including any related discovery, pretrial, trial, post-trial, or appellate proceedings.

2. "Amended Complaint" means the Substitute Amended Complaint for Injunctive and Other Equitable Relief filed in this Action by Plaintiff, the Federal Trade Commission on September 8, 2021.

**INTERROGATORY NO. 8:**

Identify all Persons employed by or affiliated with You (including employees, attorneys, economists, representatives, experts, agents, consultants, and contractors) who participated in Your Prior Instagram Investigation, and for each such Person, indicate whether he or she is still employed by or affiliated with You or acting on Your behalf.

**INTERROGATORY NO. 9:**

Identify all Persons employed by or affiliated with You (including employees, attorneys, economists, representatives, experts, agents, consultants, and contractors) who participated in Your Prior WhatsApp Review, and for each such Person, indicate whether he or she is still employed by or affiliated with You or acting on Your behalf.

**INTERROGATORY NO. 10:**

For each feature or activity available to users on Facebook, Instagram, WhatsApp, or Facebook Messenger, specify whether the feature or activity is or is not within the definition of "personal social networking" (*see* Amended Complaint ¶ 164).

**INTERROGATORY NO. 11:**

For each Product identified by You in response to Interrogatory No. 3, provide the total number of minutes spent by users on personal social network features or activities on that Product for each year from 2011 to the present (*see* Amended Complaint ¶ 202).

**INTERROGATORY NO. 12:**

State whether a user is engaging in personal social networking services when that user is not utilizing each of the "[t]hree key elements" of personal social networking (*see* Amended Complaint ¶¶ 166-169), and state the basis for your answer.