# Exhibit D

| | |
|---|---|
| **From:** | Huff, Kevin B. |
| **To:** | Matheson, Daniel; Fetterman, Kenneth M.; Cerilli, Krisha; Dimoscato, Maria; Dennis, Abby; Musser, Susan; Moy, Jessica; Steephen, Sunila; Wilson, Dominique |
| **Cc:** | Hansen, Mark C.; Miller, Kevin J.; Panner, Aaron M.; Strikis, Silvija A.; Horvitz, Kevin D.; Paul, Ana N.; "Mehta, Sonal"; "Gringer, David"; "Scheinkman, Michael"; Rouhandeh, James |
| **Subject:** | RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB |
| **Date:** | Monday, June 20, 2022 12:15:20 PM |

Dan,

We have reviewed your supplemental response to Meta's Interrogatory No. 10 and it continues to be insufficient for the same reasons we previously explained to you in our meet and confer and in our May 10, 2022 letter.

We intend to raise this issue with the Court in our conference this week. We continue to review your other responses and reserve all rights.

**Kevin B. Huff**

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M St. N.W., Suite 400

Washington, DC  20036

202.326.7991 (direct)

202.326.7999 (fax)

khuff@khhte.com

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Matheson, Daniel <dmatheson@ftc.gov>
**Sent:** Friday, June 17, 2022 3:33 PM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Dennis, Abby <adennis@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB

Counsel,
Please see the attached correspondence.
Regards,
Dan

---

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Thursday, June 16, 2022 11:50 PM
**To:** Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria mdimoscato@ftc.gov; Dennis, Abby adennis@ftc.gov; Musser, Susan smusser@ftc.gov; Moy, Jessica <jmoy@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB

Dan,

We are available to meet and confer on Tuesday.

We had already caught the error you identified in your separate email and removed that space before we did the test, so the numbers we provided reflect the corrected syntax.

The updated overall number, subject to all the caveats we previously identified is approximately 8,957,400 documents before threading, and subject to additions for additional shared files and other additional collections including an updated collection through June 30, 2022 for current custodians.

We agree to accept the terms as modified, for the 96 agreed upon custodians, with the understanding that we are still evaluating how precisely and most efficiently to conduct our review.  Separately, with respect to the collaborative work environments, we trust that the FTC is not suggesting that Meta needs to review all such environments untethered from the 96 agreed-upon custodians. As we have explained, we intend to investigate to the extent possible where each of these agreed-upon custodians stored files and whether each used a particular work environment to collaborate with colleagues, and we will search those environments for any responsive documents.  Please confirm that this is satisfactory.
Regards,
Ken

---

**From:** Matheson, Daniel <dmatheson@ftc.gov>
**Sent:** Thursday, June 16, 2022 2:54 PM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Dennis, Abby <adennis@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Wilson,

Dominique <dwilson1@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB

Counsel,
The FTC and Meta have both been apprised by Judge Boasberg's clerk that the Court is available on Wednesday or Thursday of next week to discuss the Joint Discovery Statement filed on May 31. We believe that the most efficient way for the parties to proceed is to meet and confer in advance of the teleconference with the Court. We are available this afternoon, any time tomorrow (6/17) and on Tuesday (6/21) or Wednesday (6/22). A meet and confer will be far more productive if Meta first provides us with the metrics we have requested regarding search term hits. When can Meta provide us with the metrics we have requested regarding search term hits?

Regards,
Dan