# FILED UNDER SEAL

# Exhibit E
# (Excerpt)