UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>               Plaintiff,<br><br>      v.<br><br>**META PLATFORMS, INC.**<br><br>               Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER DENYING DEFENDANT META PLATFORM INC.'S MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 10**

Upon consideration of Defendant Meta Platform Inc.'s Motion to Compel Answer to Interrogatory No. 10 Regarding The FTC's Market Definition ("Motion") and Plaintiff Federal Trade Commission's opposition regarding the same, Defendant's Motion is hereby **DENIED.**

IT IS SO ORDERED this _____ day of _____, 2022, at _____ a.m./p.m.

                                                                                                                                   _____

                                                                                                                               Hon. James E. Boasberg
                                                                                                                                United States District Court Judge

**NAMES OF PERSONS TO BE SERVED**

Daniel Matheson, Esq.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, DC 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Meta Platforms, Inc.*