AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 07/15/2022

/s/ James H. Weingarten
*Attorney's signature*

James H. Weingarten (DC - 985070)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

jweingarten@ftc.gov
*E-mail address*

(202) 326-3570
*Telephone number*

(202) 326-2655
*FAX number*