# Exhibit 3

JERROLD NADLER, New York
CHAIRMAN

JIM JORDAN, Ohio
RANKING MINORITY MEMBER

# U.S. House of Representatives
## Committee on the Judiciary
Washington, DC 20515-6216
One Hundred Sixteenth Congress

May 12, 2020

The Honorable Joe Simons
Chairman
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, D.C. 20580

Dear Chairman Simons:

We request that the Commission provide monthly updates on the matters for which the Commission previously provided information under item # 3 in the Schedule attached to the Committee's letter of September 13, 2019. For those identified matters, please continue to provide all recommendation packages that are forwarded to the Commission or any individual Commissioner, as well as recommendations submitted to the assistant director assigned to the matter. The Committee requests that the Commission provide these monthly updates for the remainder of the 116th Congress. Please provide any materials covered by the Committee's September 13, 2019 request but not yet provided to the Committee by May 26, 2020.

Thank you for your prompt attention to this request.

Sincerely,

Jerrold Nadler
Chairman
House Committee on the Judiciary

David N. Cicilline
Chairman
House Subcommittee on Antitrust,
Commercial and Administrative Law

Jim Jordan
Ranking Member
House Subcommittee on the Judiciary

James Sensenbrenner
Ranking Member
House Subcommittee on Antitrust,
Commercial and Administrative Law

FTC-PROD-00016420