# Exhibit B

**FEDERAL TRADE COMMISSION V. META PLATFORMS, INC.**
Case No. 1 20-CV-03590 (JEB)

**PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG**

**June 28, 2022**

*Abbreviations*

| | | |
|---|---|---|
| AC | Attorney Client Privilege | (attorneys are identified with an asterisk *) |
| DP | Deliberative Process Privilege | (factual material non-existent or inexorably intertwined with deliberative materials) |
| INV | Law Enforcement Investigatory Files Privilege | |
| WP | Attorney Work Product | |

*Appendix A* lists of individuals identified in this log and their titles.

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Perez, Christina* | Le bowitz, Jon* (Chairman) | | 1a, 1b, 1c, 1d, 1e | 5/17/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Commission assignment cover sheet for recommendation related to authorization of the use of compulsory process prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No.1210121; attaching Bureau of Competition and Bureau of Economics memoranda reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 1a | Feinstein, Richard A*. Levitas, Peter J.* | Commission | | | 5/17/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding the authorization of the use of compulsory process prepared for law enforcement purposes and in anticipation of litigation and reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 1b | Perez, Christina* O'Dea Brian* | Commission | | | 5/16/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the authorization of the use of compulsory process prepared for law enforcement purposes and in anticipation of litigation and reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

**PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG**

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1c | Perez, Christina R.* O'Dea Brian* | Commission | | | 5/17/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Competition merger screening memorandum related to staff's recommendation regarding authorization for the use of compulsory process and issuance of Second Requests, prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1210121.  The recommendation memorandum reflects attorney advice, case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 1d | Metcalf, Christopher | Commission | | | 5/15/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Economics merger screening memorandum prepared at the direction of the Chair and Commissioners and through coordination with the Bureau of Competition.  This memorandum is related to staff's recommendation regarding authorization for the use of compulsory process and issuance of Second Requests, prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1210121.  This memorandum was prepared to aid the provision of legal advice and analysis, and reflects case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 1e | Perez, Christina R.* O'Dea Brian* | Commission | | | 5/17/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Draft resolution regarding compulsory process in nonpublic investigation prepared for law enforcement purposes and reflecting the agency's deliberative process in advance of Commission decision regarding FTC Matter No. 201210121 | Withheld | N/A [WITHHELD] |
| 2 | Perez, Christina* | Leibowitz, Jon* (Chairman) | | 2a, 2b, 2c, 2d, 2e, 2f, 2g | 8/14/2012 | Proposed Acquisition of Instagram, Inc.by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Commission assignment cover sheet for recommendation with respect to closing the investigation, prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1210121; attaching Bureau of Competition and Bureau of Economics memoranda reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 2a | Feinstein, Richard A.* Levitas, Peter J.* | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation with respect to closing the investigation prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1210121.  This document reflects attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

**PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG**

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2b | Perez, Christina* Barnett, Michael* Gonen, David* O'Dea, Brian* Cafritz, Claire Nobel, David | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum with respect to closing the investigation, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 2c | Perez, Christina* Barnett, Michael* Gonen, David* O'Dea, Brian* Cafritz, Claire Nobel, David | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Draft letter for review by the Commission with respect to closing the investigation, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 2d | Perez, Christina* Barnett, Michael* Gonen, David* O'Dea, Brian* Cafritz, Claire Nobel, David | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Draft letter for review by the Commission with respect to closing the investigation prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 2e | Metcalf, Christopher | Commission | | | 7/26/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Bureau of Economics recommendation memorandum with respect to closing the investigation prepared at the direction of the Chair and Commissioners and through coordination with the Bureau of Competition.  This document was prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1210121.  This memorandum was prepared to aid the provision of legal advice and analysis, and reflects case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 2f | Perez, Christina* Barnett, Michael* Gonen, David* O'Dea, Brian* Cafritz, Claire Nobel, David | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Draft letter for review by the Commission with respect to closing the investigation, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

**PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG**

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2g | Perez, Christina* Barnett, Michael* Gonen, David* O'Dea, Brian* Cafritz, Claire Nobel, David | Commission | | | 8/14/2012 | Proposed Acquisition of Instagram, Inc. by Facebook, Inc., File No. 1210121 | AC, DP, INV, WP | Draft letter for review by the Commission with respect to closing the investigation prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1210121. | Withheld | N/A [WITHHELD] |
| 3 | Rosner, Jasmine* | | | | 3/20/2014 | Facebook/WhatsApp, File No. 1410103 | AC, DP, INV, WP | Investigative notes prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation relating to FTC Matter No. 20140677. | Withheld | N/A [WITHHELD] |
| 4 | BC Premerger Notification Office Staff Attorney* | Moiseyev. Michael* Broyles, Phillip* Perry, Jeffrey* | | | 3/14/2014 | Facebook/WhatsApp, File No. 1410103 | AC, DP, INV, WP | Investigative notes prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation relating to FTC Matter No. 20140677. | Withheld | N/A [WITHHELD] |
| 5 | Zuver, Robert* | Simons, Joseph J.* (Chairman) | | 5a, 5b, 5c, 5d, 5e | 8/26/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Commission assignment cover sheet for recommendation related to authorization of the use of compulsory process, prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No.1910134; attaching Bureau of Competition and Bureau of Economics memoranda reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Withheld | N/A [WITHHELD] |
| 5a | Hoffman, D. Bruce* Levine, Gail F.* Francis, Daniel* | Commission | | | 8/26/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to the Commission regarding staff's recommendation related to authorization for the use of compulsory process, prepared for law enforcement purposes and in anticipation of litigation and reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No. 1910134. | Withheld | N/A [WITHHELD] |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 5b | Zuver, Robert* DiMoscato, Maria* Bradley, Daniel S.* Casale, Mary* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Chen, Arianna Moran, Harry | Commission | | | 8/26/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum related to authorization for the use of compulsory process, prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1910134.  This document reflects attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Withheld | N/A [WITHHELD] |
| 5c | Kobayashi, Bruce | Commission | | | 8/26/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Economics cover memorandum regarding staff's recommendation related to authorization for the use of compulsory process, prepared at the direction of the Chair and Commissioners and through coordination with the Bureau of Competition.  This cover memorandum was prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1910134.  This cover memorandum was prepared to aid the provision of legal advice and analysis and is based on case analysis, case strategy, and agency deliberation in advance of Commission decision relating to FTC Matter No. 1910134. | Withheld | N/A [WITHHELD] |
| 5d | Sandford, Jeremy Panhans, Matthew | Commission | | | 8/26/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Economics recommendation memorandum to the Commission regarding staff's recommendation related to authorization for the use of compulsory process, prepared at the direction of the Chair and Commissioners and through coordination with the Bureau of Competition.  This recommendation memorandum was prepared for law enforcement purposes and in anticipation of litigation relating to FTC Matter No. 1910134.  Recommendation memorandum was prepared to aid the provision of legal advice and analysis, and reflects case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No. 1910134. | Withheld | N/A [WITHHELD] |
| 5e | Zuver, Robert* DiMoscato, Maria* Bradley, Daniel S.* Casale, Mary* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Chen, Arianna Moran, Harry | Commission | | | | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Draft resolution regarding compulsory process in a nonpublic investigation prepared for law enforcement purposes and reflecting the agency's deliberative process in advance of Commission decision relating to  FTC Matter No. 1910134. | Withheld | N/A [WITHHELD] |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC

Case No. 1 20-CV-03590 (JEB)

PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Conner, Ian R.* Levine, Gail F.* | Commission | | 6a (FTC-PROD-00016459 - FTC-PROD-00016463) | 4/8/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of a Civil Investigative Demand, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation to FTC Matter No. 1910134. | Redacted | FTC-PROD-00016458 |
| 6a | Zuver, Robert* Dimoscato, Maria* Bradley, Daniel S.* Casale, Mary* London, Mitchell* Owyang, David* Silvia, Mark* Smith, Michael* Weinstein, Rebecca* Boyle, Keaton Chen, Arianna | Commission | | | 4/8/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding issuance of a Civil Investigative Demand, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016459 - FTC-PROD-00016463 |
| 7 | Hoffman, D. Bruce* Levine, Gail F.* Francis, Daniel* | Commission | | 7a (FTC-PROD-00016500 - FTC-PROD-00016503) | 8/30/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuing Civil Investigative Demand, Subpoena Duces Tecum, and Subpoenas Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016499 |
| 7a | Zuver, Robert* Dimoscato, Maria* Bradley, Daniel S.* Casale, Mary* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Chen, Arianna Moran, Harry | Commission | | | 8/30/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of Civil Investigative Demand, Subpoena Duces Tecum, and Subpoenas Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016500 - FTC-PROD-00016503 |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

**PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG**

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Hoffman, D. Bruce* Levine, Gail F.* Francis, Daniel* | Commission | 8a (FTC-PROD-00016553 - FTC-PROD-00016555) | | 8/27/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of a Civil Investigative Demand, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No. 1910134. | Redacted | FTC-PROD-000165552 |
| 8a | Zuver, Robert* DiMoscato, Maria* Bradley, Daniel S.* Casale, Mary* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Chen, Arianna Moran, Harry | Commission | | | 8/27/2019 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of a Civil Investigative Demand, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016553 - FTC-PROD-00016555 |
| 9 | Conner, Ian R.* Levine, Gail F.* | Commission | 9a (FTC-PROD-00016592 - FTC-PROD-00016598) | | 5/28/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuing Civil Investigative Demands and Subpoenas Duces Tecum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016591 |
| 9a | Zuver, Robert* Dimoscato, Maria* Bradley, Daniel S.* Casale, Mary* Cochran, Eric* Kappler, Burke* London, Mitchell* Mikawa, M ke* Owyang, David* Silvia, Mark* Smith, Michael* Weinstein, Rebecca* Boyle, Keaton Chen, Arianna | Commission | | | 5/22/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of a Civil Investigative Demands and Subpoenas Duces Tecum prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00016592 - FTC-PROD-00016598 |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Conner, Ian R.* Levine, Gail F.* | Commission | 10a (FTC-PROD-00017171 - FTC-PROD-00017173) | | 7/27/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of a Subpoena Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No. 1910134. | Redacted | FTC-PROD-00017170 |
| 10a | Zuver, Robert* Dimoscato, Maria* Bradley, Daniel* Casale, Mary* Cochran, Eric* Kappler, Burke* London, Mitchell* Masters, Owen* Mikawa, Michael* Miller, Noel* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Boyle, Keaton Tran, Thuan Chen, Arianna | Commission | | | 7/27/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of a Subpoena Ad Testificandum prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00017171 - FTC-PROD-00017173 |
| 11 | Conner, Ian R.* Levine, Gail F.* | Commission | 11a (FTC-PROD-00017183 - FTC-PROD-00017185) | | 7/21/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of Subpoenas Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No. 1910134. | Redacted | FTC-PROD-00017182 |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 11a | Zuver, Robert*<br>Dimoscato, Maria*<br>Bradley, Daniel*<br>Casale, Mary*<br>Cochran, Eric*<br>Kappler, Burke*<br>London, Mitchell*<br>Masters, Owen*<br>Mikawa, Michael*<br>Miller, Noel*<br>Owyang, David*<br>Silvia, Mark*<br>Weinstein, Rebecca*<br>Boyle, Keaton<br>Tran, Thuan<br>Chen, Arianna | Commission | | | 7/21/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of Subpoenas Ad Testificandum prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00017183 - FTC-PROD-00017185 |
| 12 | Conner, Ian R.*<br>Levine, Gail F.* | Commission | 12a (FTC-PROD-00017287 - FTC-PROD-00017289) | | 9/18/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of Subpoenas Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No. 1910134. | Redacted | FTC-PROD-00017286 |
| 12a | Zuver, Robert*<br>Dimoscato, Maria*<br>Bradley, Daniel*<br>Casale, Mary*<br>Cochran, Eric*<br>Hauser, Henry*<br>Kappler, Burke*<br>London, Mitchell*<br>Masters, Owen*<br>Mikawa, Michael*<br>Miller, Noel*<br>Owyang, David*<br>Silvia, Mark*<br>Weinstein, Rebecca*<br>Boyle, Keaton<br>Chen, Arianna | Commission | | | 9/17/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of a Subpoenas Ad Testificandum prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00017287 - FTC-PROD-00017289 |

FEDERAL TRADE COMMISSION v. META PLATFORMS, INC
Case No. 1 20-CV-03590 (JEB)

PLAINTIFF FEDERAL TRADE COMMISSION'S PRIVILEGE LOG

| No. | Author/From | To/Recipient | CC/BCC | Logged Attachments | Date | Subject | Privilege/ Reason | Description | Withheld/Redacted | Meta Litigation Bates No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Conner, Ian R.* Francis, Daniel* | Commission | 13a (FTC-PROD-00017298 - FTC-PROD-00017300) | | 9/8/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition cover memorandum to staff's recommendation regarding issuance of Subpoenas Ad Testificandum, prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice based on case analysis, case strategy, investigative techniques and process, and agency del beration in advance of Commission decision relating to FTC Matter No. 1910134. | Redacted | FTC-PROD-00017297 |
| 13a | Zuver, Robert* Dimoscato, Maria* Casale, Mary* Cochran, Eric* Hauser, Henry* Kappler, Burke* London, Mitchell* Masters, Owen* Mikawa, Michael* Miller, Noel* Owyang, David* Silvia, Mark* Weinstein, Rebecca* Boyle, Keaton Chen, Arianna | Commission | | | 9/8/2020 | Facebook, Inc., File No. 1910134 | AC, DP, INV, WP | Bureau of Competition recommendation memorandum regarding the issuance of Subpoenas Ad Testificandum prepared for law enforcement purposes and in anticipation of litigation reflecting attorney advice, case analysis, case strategy, investigative techniques and process, and agency deliberation in advance of Commission decision relating to FTC Matter No.1910134. | Redacted | FTC-PROD-00017298 - FTC-PROD-00017300 |

**FEDERAL TRADE COMMISSION v. META PLATFORMS, INC.**
Case No. 1:20-CV-03590 (JEB)

**APPENDIX A**
PLA NTIFF FEDERAL TRADE COMMISSION'S PRIV LEGE LOG NAME INDEX

**Federal Trade Commission**

Michael Barnett, Staff Attorney, Mergers I, Division, Bureau of Competition

Keaton Boyle, Technologist, Bureau of Competition

Daniel S. Bradley, Staff Attorney,Technology Enforcement Division, Bureau of Competition

Phillip Broyles, Assistant Director, Mergers III, Bureau of Competition

Claire Cafritz, Honors Paralegal, Bureau of Competition

Mary Casale,  Staff Attorney, Technology Enforcement Division, Bureau of Competition

Arianna Chen, Honors Paralegal, Bureau of Competition

Eric Cochran, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Ian R. Conner, Director, Bureau of Competition

Maria DiMoscato, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Richard A. Feinstein, Director, Bureau of Competition

Daniel Francis, Deputy Director, Bureau of Competition

David Gonen, Staff Attorney, Mergers I, Division, Bureau of Competition

Henry Hauser, Staff Attorney, Technology Enforcement Division, Bureau of Competition

D. Bruce Hoffman, Director, Bureau of Competition

Burke Kappler, Chief of Staff, Office of General Counsel (detailed to Technology Enforcement Division, Bureau of Competition - 1/2020-1/2021)

Bruce Kobayashi, Director, Bureau of Economics

Jon Leibowitz, Chairman, Federal Trade Commission

Gail F. Levine, Deputy Director, Bureau of Competition

Peter J. Levitas, Deputy Director, Bureau of Competition

Mitchell London, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Owen Masters, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Christopher Metcalf, Staff Economist, Bureau of Economics

Michael Mikawa, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Noel Miller, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Michael Moiseyev, Assistant Director, Mergers I, Bureau of Competition

Harry Moran, Honors Paralegal, Bureau of Competition

David Nobel, Honors Paralegal Intern, Bureau of Competition

Brian O'Dea, Staff Attorney, Mergers I Division, Bureau of Competition

David Owyang, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Matthew Panhans, Staff Economist, Bureau of Economics

Christina Perez, Staff Attorney, Mergers I Division, Bureau of Competition

Jeffrey Perry, Assistant Director, Mergers IV, Bureau of Competition

Jasmine Rosner, Staff Attorney, Mergers I Division, Bureau of Competition

Jeremy Sandford, Staff Economist, Bureau of Economics

Joseph J. Simons, Chairman, Federal Trade Commission

Mark Silvia,  Staff Attorney, Technology Enforcement Division, Bureau of Competition

Michael Smith, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Thuan Tran, Legal Intern, Bureau of Competition

Rebecca Weinstein, Staff Attorney, Technology Enforcement Division, Bureau of Competition

Robert Zuver, Staff Attorney, Technology Enforcement Division, Bureau of Competition