## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-03590-JEB |

## [PROPOSED] ORDER DENYING META PLATFORMS, INC.'S
## MOTION TO COMPEL PRODUCTION OF 2012 AND 2014 FTC MEMORANDA

Upon consideration of Defendant's Motion To Compel Production of 2012 and 2014 FTC Memoranda, it is hereby **DENIED.**

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
Honorable James E. Boasberg
United States District Judge