**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF
META PLATFORMS, INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL PRODUCTION OF 2012 AND 2014 FTC MEMORANDA
EVALUATING INSTAGRAM AND WHATSAPP ACQUISITIONS**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Meta Platforms, Inc. ("Meta"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Meta's Motion To Compel Production of 2012 and 2014 FTC Memoranda. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Pursuant to Local Civil Rules 5.2(b) and 26.2(d), attached hereto as Exhibit A is an accurate reproduction of *Subpoenaed Documents From Federal Trade Commissioner Terry Calvani: Hearing before the Subcomm. on Oversight and Investigations of the H. Comm. on Energy and Commerce*, 100th Cong. (Feb. 24, 1988).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2022

Respectfully submitted,

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*Counsel for Defendant
Meta Platforms, Inc.*