IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**META PLATFORMS, INC.**,

    Defendant.

Case No. 1:20-cv-03590-JEB

### MOTION FOR ADMISSION OF CATALINA J. VERGARA *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), Kevin B. Huff ("Movant"), a member of the bar of this Court and counsel for Defendant Meta Platforms, Inc., hereby moves that Catalina J. Vergara be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Meta Platforms, Inc.

In support of this motion, Movant states as follows:

1. Ms. Vergara's full name is Catalina Joos Vergara.

2. Ms. Vergara is a licensed attorney practicing in the Los Angeles office of the law firm O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California, 90071. Her telephone number is (213) 430-6000.

3. Ms. Vergara is a member in good standing of the California state bar (#223775), as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of California, U.S. Court of Appeals for the Third Circuit, and U.S. Court of Appeals for the Ninth Circuit.

4. Ms. Vergara has not been disciplined by any bar, and there are no proceedings against her in any bar. She is not currently disbarred in any court, and she has not been denied

admission to the courts of any state or any court of the United States.

5.      In the last two years, Ms. Vergara has not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6.      Ms. Vergara does not engage in the practice of law from an office located in the District of Columbia, she is not a member of the District of Columbia bar, nor does she have an application to the District of Columbia bar pending.

7.      A declaration signed by Ms. Vergara, certifying the foregoing information, is annexed hereto.

WHEREFORE, Movant requests that Catalina J. Vergara be granted leave to appear and practice *pro hac vice* on behalf of Defendant in the above-captioned matter.

Dated: August 1, 2022                              Respectfully submitted,

By: */s/ Kevin B. Huff*
Kevin B. Huff  (D.C. Bar No. 462043)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (2020 326-7900
khuff@kellogghansen.com

*Counsel for Defendant, Meta Platforms, Inc.*