### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.**,<br><br>　　　　Defendant. | Civil Action No. 1:20-cv-03590-JEB |

### DECLARATION OF CATALINA J. VERGARA
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Catalina J. Vergara, hereby declare and state as follows:

1.　I submit this declaration in support of the motion of Kevin B. Huff for my admission to practice *pro hac vice* in the above captioned matter.

2.　My full name is Catalina Joos Vergara.  I am a partner with the law firm of O'Melveny & Myers LLP.  My office address is 400 South Hope Street, 18th Floor, Los Angeles, California, 90071.  My telephone number is (213) 430-6000.

3.　I am a member in good standing of the California state bar (#223775), as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of California, U.S. Court of Appeals for the Third Circuit, and U.S. Court of Appeals for the Ninth Circuit.

4.　I have never been disciplined by any bar, and there are no proceedings against me in any bar.  I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5.　In the last two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia bar, nor do I have an application to the District of Columbia bar pending.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2022, in Los Angeles, California.

Dated: August 1, 2022

Respectfully submitted,

By: _____
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: cvergara@omm.com

*Attorneys for Defendant*
*Meta Platforms, Inc.*