# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Case No. 1:20-cv-03590-JEB |
| v. | |
| **META PLATFORMS, INC.**, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CATALINA J. VERGARA *PRO HAC VICE*

This Court has reviewed the Defendant's Motion for Admission of Attorney Catalina J. Vergara *Pro Hac Vice*. Upon consideration of that motion, the Court grants Catalina J. Vergara *pro hac vice* admission to this Court.

SO ORDERED.

DATE: _____     _____
                                    Hon. James E. Boasberg
                                    United States District Judge