AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Meta Platforms, Inc.

Date: 08/01/2022

*Attorney's signature*

Catalina J. Vergara (CA SBN 223775)
*Printed name and bar number*

O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California, 90071

*Address*

cvergara@omm.com
*E-mail address*

(213) 430-6000
*Telephone number*

(213) 430-6407
*FAX number*