**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 1:20-cv-03590-JEB |

**Declaration of Daniel Matheson in Support of Plaintiff Federal Trade Commission's**
***In Camera* Submission in Response to the Court's August 9, 2022 Minute Order**

I, Daniel Matheson, declare as follows:

1. I am Chief Trial Counsel of the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am serving as the FTC's lead trial counsel in FTC v. Meta Platforms, Inc., No. 1:20-cv-03590-JEB (D.D.C.). I am admitted to practice in the United States District Court for the District of Columbia.

2. Pursuant to the Court's August 9, 2022 Minute Order ("August 9 Minute Order"), on August 12, 2022, the FTC provided to the Court for *in camera* review documents identified in ECF 160-8. *See* ECF 160-8 (hereinafter "the FTC's June 28 Privilege Log"). These documents are identified below. Pursuant to instructions from the Court's chambers, the FTC submitted the documents in a password-protected electronic file sent to the Court's Chambers via electronic mail.

3. The Court's August 9, 2022 Minute Order instructs the FTC to provide *in camera* the documents relating to the following entries from the FTC's June 28 Privilege Log: 1 through 1(e), 2 through 2(g), 3, 4, and 5(e).

4. Submitted with this Declaration are true and correct copies of the documents corresponding to each of the Entries 1 through 1(e), 2 through 2(g), 3, 4, 5(e) in form that the documents were produced to the House Judiciary Committee:

    - Entry No. 1 describes Bates Number FTC-00000178.
    - Entry No. 1a describes Bates Number FTC-00000179.
    - Entry No. 1b describes Bates Number FTC-00000180-181.
    - Entry No. 1c describes Bates Number FTC-00000182-194.
    - Entry No. 1d describes Bates Number FTC-00000195-198.
    - Entry No. 1e describes Bates Number FTC-00000199.

- Entry No. 2 describes Bates Number FTC-00000200.
- Entry No. 2a describes Bates Number FTC-00000201.
- Entry No. 2b describes Bates Number FTC-00000202-213.
- Entry No. 2c describes Bates Number FTC-00000214.
- Entry No. 2d describes Bates Number FTC-00000215.
- Entry No. 2e describes Bates Number FTC-00000216-222.
- Entry No. 2f describes Bates Number FTC-00000223.
- Entry No. 2g describes Bates Number FTC-00000224.
- Entry No. 3 describes Bates Number FTC-00000623-624.
- Entry No. 4 describes Bates Number FTC-00000625.
- Entry No. 5e describes Bates Number FTC-00001323.

5. The Court's August 9, 2022 Minute Order further instructs the FTC to provide *in camera*, both in fully unredacted form and also in the redacted form produced to Meta in this litigation, the documents relating to the following entries from the FTC's June 28 Privilege Log: 6 & 6(a), 7 & 7(a), 8 & 8(a), 9 & 9(a), 10 & 10(a), 11 & 11(a), 12 & 12(a), 13 & 13(a).

6. Submitted with this Declaration are true and correct copies of the documents corresponding to each of the Entries 6 & 6(a), 7 & 7(a), 8 & 8(a), 9 & 9(a), 10 & 10(a), 11 & 11(a), 12 & 12(a), 13 & 13(a), in the redacted form that the documents were produced to Meta in this litigation:

- The document bearing Bates Number FTC-PROD-00016457 – 16497 was produced to Meta in this litigation.
    - Entry No. 6 describes Bates Number FTC-PROD-00016458.
    - Entry No. 6a describes Bates Number FTC-PROD-00016459-16463.

- The document bearing Bates Number FTC-PROD-00016498 – 16550 was produced to Meta in this litigation.
    - Entry No. 7 describes Bates Number FTC-PROD-00016499.
    - Entry No. 7a describes Bates Number FTC-PROD-00016500-16503.

- The document bearing Bates Number FTC-PROD-00016551 – 16589 was produced to Meta in this litigation.
    - Entry No. 8 describes Bates Number FTC-PROD-00016552.
    - Entry No. 8a describes Bates Number FTC-PROD-00016553-16555.

- The document bearing Bates Number FTC-PROD-00016590 – 17168 was produced to Meta in this litigation.
    - Entry No. 9 describes Bates Number FTC-PROD-00016591.
    - Entry No. 9a describes Bates Number FTC-PROD-00016592-16598.

- The document bearing Bates Number FTC-PROD-00017169 – 17181 was produced to Meta in this litigation.
    - Entry No. 10 describes Bates Number FTC-PROD-00017170.
    - Entry No. 10a describes Bates Number FTC-PROD-00017171-17173.

- The document bearing Bates Number FTC-PROD-00017182 – 17284 was produced to Meta in this litigation.
    - Entry No. 11 describes Bates Number FTC-PROD-00017182.
    - Entry No. 11a describes Bates Number FTC-PROD-00017183-17185.

- The document bearing Bates Number FTC-PROD-00017285 – 17295 was produced to Meta in this litigation.
    - Entry No. 12 describes Bates Number FTC-PROD-00017286.
    - Entry No. 12a describes Bates Number FTC-PROD-00017287-17289.

- The document bearing Bates Number FTC-PROD-00017296 – 17306 was produced to Meta in this litigation.
    - Entry No. 13 describes Bates Number FTC-PROD-00017297.
    - Entry No. 13a describes Bates Number FTC-PROD-00017298-17300.

7. Submitted with this Declaration are true and correct copies of the documents corresponding to each of the Entries 6 & 6(a), 7 & 7(a), 8 & 8(a), 9 & 9(a), 10 & 10(a), 11 & 11(a), 12 & 12(a), 13 & 13(a) in the form that the documents were produced to the House Judiciary Committee:

- The document bearing Bates Number FTC-0001788 – 1828 is a true and correct copy of a document provided to the House Judiciary Committee.
    - Entry No. 6 describes Bates Number FTC-0001789.

- o   Entry No. 6a describes Bates Number FTC-0001790-1794.

- The document bearing Bates Number FTC-0001920 – 1972 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 7 describes Bates Number FTC-0001921.
    - o   Entry No. 7a describes Bates Number FTC-0001922-1925 constitutes.

- The document bearing Bates Number FTC-0001973 – 2011 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 8 describes Bates Number FTC-0001974.
    - o   Entry No. 8a describes Bates Number FTC-0001975-1977.

- The document bearing Bates Number FTC-0002116 – 2694 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 9 describes Bates Number FTC-0002117.
    - o   Entry No. 9a describes Bates Number FTC-0002118-2124.

- The document bearing Bates Number FTC-0002695 – 2707 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 10 describes Bates Number FTC-0002696.
    - o   Entry No. 10a describes Bates Number FTC-0002697-2699.

- The document bearing Bates Number FTC-0002835 – 2937 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 11 describes Bates Number FTC-0002835.
    - o   Entry No. 11a describes Bates Number FTC-0002836-2838.

- The document bearing Bates Number FTC-0002938 – 2948 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 12 describes Bates Number FTC-0002939.
    - o   Entry No. 12a describes Bates Number FTC-0002940-2942.

- The document bearing Bates Number FTC-0002949 – 2959 is a true and correct copy of a document provided to the House Judiciary Committee.
    - o   Entry No. 13 describes Bates Number FTC-0002950.
    - o   Entry No. 13a describes Bates Number FTC-0002951-2953.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2022, in Arlington, Virginia.

Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)