AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-03590-JEB |
| META PLATFORMS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party TikTok Inc.

Date:   08/15/2022

/s/ Julia K. York
*Attorney's signature*

Julia K. York (D.C. Bar. No. 478001)
*Printed name and bar number*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, D.C. 20005

*Address*

Julia.York@skadden.com
*E-mail address*

(202) 371-7146
*Telephone number*

(202) 661-9126
*FAX number*