# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:20-cv-03590-JEB |
| v. ) | |
| ) | |
| META PLATFORMS, INC., ) | HON. JAMES E. BOASBERG |
| ) | |
| *Defendant.* ) | |

## [PROPOSED] ORDER DENYING DEFENDANT'S DESIGNATED IN-HOUSE COUNSELS ACCESS TO HIGHLY CONFIDENTIAL INFORMATION

UPON CONSIDERATION of the Motion of Non-Party TikTok Inc. to Deny Defendants' Designated In-House Counsels Access to Highly Confidential Information, it is this ___ day of _____, 2022, hereby:

ORDERED that the In-House Counsel designated by Defendant Meta Platforms, Inc. are denied access to Non-Party TikTok Inc.'s Highly Confidential Information under the Protective Order; and it is further

ORDERED that only outside counsel for Defendant Meta Platforms, Inc. may access Highly Confidential Information produced by Non-Party TikTok Inc. in the above-captioned matter.

_____
James E. Boasberg
United States District Judge