# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civil Action No. 1:20-cv-03590 (JEB) |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

## DECLARATION OF ERIC MEIRING IN ACCORDANCE WITH SECTION E(1) OF THE PROTECTIVE ORDER

1. My name is Eric Michael Meiring. I am over 21 years of age, and I am competent to make this declaration. The statements herein are true and are within my personal knowledge unless stated otherwise.

2. I make this declaration pursuant to Section E(1) of the Protective Order in the above-captioned matter.

3. I reside in Oak Hill, Virginia.

4. I am an attorney in good standing and licensed to practice law in Ohio and the District of Columbia.

5. I am Associate General Counsel of Litigation at Meta Platforms, Inc. ("Meta"). I joined Meta in January 2021, in my current role.

6. Before working at Meta, I was a Partner at the law firm Winston & Strawn LLP in the Antitrust, White Collar, and Litigation groups from 2018-2021. Before that, I worked in the Antitrust Division of the Department of Justice from 2008-2018, where I served as Trial Attorney, Assistant Chief, and Acting Chief.

7. In my current role as Associate General Counsel of Litigation at Meta, my primary job duties and responsibilities are managing litigation, regulatory investigations, and potential legal disputes and advising the company on litigation and regulatory risk. My primary day-to-day responsibilities involve managing or advising on the litigation listed below, including overseeing and managing the internal and external litigation teams working on those matters; managing non-public regulatory investigations, including overseeing and managing the internal and external teams working on those matters; responding to certain non-party litigation subpoenas; preparing witnesses for testimony; and advising on legal risk related to the litigation and regulatory investigation matters that I work on.

8. I anticipate that these will remain my primary job duties and responsibilities for the reasonably foreseeable future.

9. In my current role, I do not participate in competitive decision making at Meta, and I do not anticipate doing so in the reasonably foreseeable future. I do not participate in any decisions about formulating or implementing strategies to compete with our competitors or potential competitors. I do not participate in business decisions on competition-related issues that are the subjects of Confidential or Highly Confidential Information in this case, including decisions regarding contracts, marketing, pricing, product or service development or design, product or service offerings, research and development, mergers and acquisitions, or licensing, acquisition, or enforcement of intellectual property rights.

10. I currently participate in or advise on the following litigation on behalf of Meta:
- *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.) (filed Dec. 9, 2020).
- *State of New York v. Facebook, Inc.*, No. 1:20-cv-03589-JEB (D.D.C.) (filed Dec. 9, 2020), *appeal pending sub nom. State of New York v. Meta Platforms, Inc.*, No. 21-7078 (D.C. Cir.).
- *In re Google Digital Advert. Antitrust Litig.*, No. 1:21-md-03010-PKC (S.D.N.Y.) (filed Aug. 12, 2021).
- *Klein v. Facebook, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.) (filed Dec. 3, 2020).

- *Phhhoto, Inc. v. Meta Platforms, Inc.*, No. 1:21-cv-6159-KAM-RLM (E.D.N.Y.) (filed Nov. 4, 2021).
- *State of Texas v. Meta Platforms, Inc.*, No. 22-0121 (Harrison Cnty. Dist. Ct.) (filed Feb. 14, 2022).
- *Frasco v. Flo Health, Inc.*, No. 3:21-cv-00757-JD (N.D. Cal.) (filed Jan. 29, 2021).
- *Lag Shot, LLC, v. Facebook, Inc.*, No. 4:21-cv-01495-JST (N.D. Cal.) (filed Mar. 2, 2021).
- *Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc.*, No. 4:22-cv-01470-YGR (N.D. Cal.) (filed Mar. 8, 2022).
- *South Spanish Trail, LLC v. Globenet Cabos Submarinos America, Inc., Caribbean Crossings, Ltd., Inc., and John Does 1-100*, No. 50-2020-CA-2024, (15th Fla. Cir. Ct., Palm Beach Cnty.) (filed July 28, 2020).
- *Pass Herald Ltd. v. Google LLC*, No. T-589-22, (Fed. Ct. of Canada) (filed Mar. 16, 2022).

I also currently participate in or advise Meta on certain non-public regulatory investigations and its response to certain non-party subpoenas. I do not participate in or advise on litigation or legal actions on behalf of any other employer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2022, in Oak Hill, VA.

_____
ERIC MEIRING

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

## DECLARATION OF CHRISTEN DUBOIS IN ACCORDANCE WITH SECTION E(1) OF THE PROTECTIVE ORDER

　　1.　　My name is Christen Dubois. I am over 21 years of age, and I am competent to make this declaration. The statements herein are true and are within my personal knowledge unless stated otherwise.

　　2.　　I make this declaration pursuant to Section E(1) of the Protective Order in the above-captioned matter.

　　3.　　I reside in Redwood City, CA.

　　4.　　I am an attorney in good standing and licensed to practice law in California.

　　5.　　I am Director and Associate General Counsel, Litigation at Meta Platforms, Inc. ("Meta"). I have held that position since September 2020.[1]

　　6.　　I first joined Meta as a full time employee in April 2011 as Intellectual Property ("IP") Counsel. In August 2012, I became Lead Counsel, IP. In August 2013, I became Associate General Counsel, IP.[2] In August 2015, I became Director and Associate General

---

　[1] I began performing the work for this position in September 2020, but my title did not change until October 2020.

　[2] I was promoted to Associate General Counsel in August 2013, but my title did not change until September 2013.

1

Counsel, IP. In approximately June 2016, I became Director and Associate General Counsel, IP Litigation.

7. Before coming to work at Meta, I was an Associate from September 2006 to March 2011 at the law firm Cooley LLP. During my time at Cooley, I was a member of the Intellectual Property Litigation and Trademark, Copyright and Advertising practice groups. In 2010, I had an approximately six-month secondment to Facebook, during which I worked primarily on trademark matters.

8. In my current role as Director and Associate General Counsel, Litigation, my primary job duties and responsibilities are managing government antitrust litigation and regulatory and internal investigations and advising the company on litigation and regulatory risk. My primary day-to-day responsibilities involve managing the FTC and state Attorneys General litigation listed below, including overseeing and managing the internal and external litigation teams working on those matters; advising on the *Phhhoto* and *Klein* actions listed below; managing non-public regulatory and internal investigations, including overseeing and managing the internal and external teams working on those matters; assessing and advising on legal risk related to the litigation and regulatory and internal investigation matters that I work on; and working on internal and external communications relating to the legal matters that I oversee.

9. I anticipate that these will remain my primary job duties and responsibilities for the reasonably foreseeable future.

10. In my prior roles at Meta, my primary job duties and responsibilities were managing IP litigation and advising the company on litigation risks and strategy, including enforcement, related to IP issues.

11. In my current role, I do not participate in competitive decision making at Meta, and I do not anticipate doing so in the reasonably foreseeable future. I do not participate in any decisions about formulating or implementing strategies to compete with our competitors or potential competitors. I do not participate in business decisions on competition-related issues that are the subjects of Confidential or Highly Confidential Information in this case, including

decisions regarding contracts, marketing, pricing, product or service development or design, product or service offerings, research and development, mergers and acquisitions, or licensing, acquisition, or enforcement of intellectual property rights.

    12.    I currently participate in or advise on the following litigation on behalf of Meta:

- *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.) (filed Dec. 9, 2020).
- *State of New York v. Facebook, Inc.*, No. 1:20-cv-03589-JEB (D.D.C.) (filed Dec. 9, 2020), *appeal pending sub nom. State of New York v. Meta Platforms, Inc.*, No. 21-7078 (D.C. Cir.).
- *Klein v. Facebook, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.) (filed Dec. 3, 2020).
- *Phhhoto, Inc. v. Meta Platforms, Inc.*, No. 1:21-cv-6159-KAM-RLM (E.D.N.Y.) (filed Nov. 4, 2021).

I also currently participate in or advise Meta on certain non-public regulatory and internal investigations. I do not participate in or advise on litigation or legal actions on behalf of any other employer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2022, in ___Napa, CA___.

                                                           CHRISTEN DUBOIS