IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DEFENDANT'S NOTICE OF MOTION FOR ISSUANCE OF
DISCOVERY ORDERS AND LETTERS ROGATORY**

Defendant Meta Platforms, Inc. ("Meta") respectfully requests that this Court:

(1) execute, under its seal and signature, the attached discovery orders to be served via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention") to non-parties located in Japan, and

(2) issue, under its seal and signature, the attached Letters Rogatory, which solicit assistance from the appropriate judicial authority of Japan. The discovery orders and Letters Rogatory seek documents and/or testimony from the two overseas entities below:

> Line Corp.
> Yotsuya Tower, 23rd Floor, 1-6-1 Yotsuya, Shinjuku-ku
> Tokyo, 160-0004 Japan
>
> Rakuten Group, Inc.
> Rakuten Crimson House, 1-14-1 Tamagawa, Setagaya-ku
> Tokyo, 158-0094 Japan

For the reasons set forth in more detail in the accompanying Memorandum in Support, Meta respectfully requests that the Court grant this Motion.

Pursuant to D.D.C. Local Rule 7(m), Meta hereby states that it conferred with the United States Federal Trade Commission ("FTC") about this Motion and the FTC does not oppose the

Motion, but represents that the FTC, informed by the U.S. Department of State and U.S. Department of Justice Office of Foreign Litigation, understands that serving evidence requests through the Hague Service Convention is an improper method of requesting evidence from non-parties in Japan. Instead, the FTC represents that it believes that the letters rogatory process should be used and has informed Meta that it intends to seek assistance from the Court in serving letters rogatory on Line Corp.

Dated: August 17, 2022

Respectfully submitted,

By: */s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*