IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Defendant Meta Platforms, Inc., hereby withdraws, without prejudice, its *Motion for Discovery for Issuance of Discovery Orders and Letters Rogatory*, filed August 17, 2022 [ECF No. 175].

Dated: August 18, 2022

Respectfully submitted,

By: /s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*