IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**META PLATFORMS, INC.**,

    Defendant.

Civil Action No. 20-cv-3590 (JEB)
Hon. James E. Boasberg

### DECLARATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION FOR CRAIG M. REISER

I, Craig M. Reiser, declare as follows:

1. I am counsel for Non-Party TikTok Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Craig Matthew Reiser.

3. I am an attorney with the law firm of Axinn, Veltrop & Harkrider LLP. My office address is 114 West 47th Street, New York, NY 10036. My telephone number is (212) 728-2218.

4. I am admitted to the Bar of the State of New York (#4886735), the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. Courts of Appeals for the Second, Third, Fifth, and Federal Circuits. I am a member in good standing of that bar and those courts.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7.      I engage in the practice of law from an office located in New York City, NY, and I am a member of the New York state bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of September, 2022 in New York, NY.

Dated:  September 1, 2022

Respectfully submitted,

_____
Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
144 West 47th Street
New York, New York 10036
T: 212.728.2218
E: creiser@axinn.com
F: 212.728.2201

*Counsel for Non-Party TikTok Inc.*