IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**META PLATFORMS, INC.**,

Defendant.

Civil Action No. 20-cv-3590 (JEB)
Hon. James E. Boasberg

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY CRAIG M. REISER PRO HAC VICE**

This Court has reviewed Non-Party TikTok Inc.'s Motion for Admission of Attorney Craig M. Reiser *Pro Hac Vice*. Upon consideration of that motion, the Court grants Craig M. Reiser *pro hac vice* admission to this Court.

SO ORDERED.


DATE: _____              _____
                                          Hon. James E. Boasberg
                                          United States District Judge