IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**META PLATFORMS, INC.**,

Defendant.

Civil Action No. 20-cv-3590 (JEB)
Hon. James E. Boasberg

## MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY ANGELA M. FARREN

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney, Angela M. Farren, *pro hac vice* in the above-captioned matter as counsel for Non-Party TikTok Inc. This motion is supported by the Declaration of Angela M. Farren, filed herewith. As set forth in Ms. Farren's declaration, she is admitted, practicing, and a member in good standing of the State Bar of New York. She is also admitted to the U.S. District Courts of New York, Eastern District and New York, Southern District; and the U.S. Courts of Appeals for the D.C. Circuit and the Ninth Circuit. This motion is supported and signed by Tiffany Rider Rohrbaugh, an active and sponsoring member of the Bar of this Court.

-2-

Dated:  September 1, 2022

Respectfully submitted,

    */s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, District of Columbia 20036
T: 202.912.4700
E: trider@axinn.com
F: 202.912.4701

*Attorney for Non-Party TikTok Inc.*