IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**META PLATFORMS, INC.**,

    Defendant.

Civil Action No. 20-cv-3590 (JEB)
Hon. James E. Boasberg

### DECLARATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION FOR ANGELA M. FARREN

I, Angela M. Farren, declare as follows:

1. I am counsel for Non-Party TikTok Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Angela Marie Farren.

3. I am an attorney with the law firm of Axinn, Veltrop & Harkrider LLP. My office address is 114 West 47th Street, New York, NY 10036. My telephone number is (212) 728-2204.

4. I am admitted to and a member in good standing of the Bar of the State of New York (#5620109), the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. Court of Appeals for the Ninth Circuit.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court. I was admitted *pro bono* to the U.S. District Court for the District of Columbia on October 26, 2021 in case No. 18-cv-768, *Warren R. Harris v. Muriel Bowser, et al.*

7. I engage in the practice of law from an office located in New York City, NY, and I am a member of the New York state bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of September, 2022 in New York, NY.

Dated: September 1, 2022

Respectfully submitted,

*Angela M. Farren*
Angela M. Farren
AXINN, VELTROP & HARKRIDER LLP
144 West 47th Street
New York, New York 10036
T: 212.728.2204
E: afarren@axinn.com
F: 212.728.2201

*Counsel for Non-Party TikTok Inc.*