**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Civil Action No. 20-cv-3590 (JEB) |
| v. | Hon. James E. Boasberg |
| **META PLATFORMS, INC.**, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION OF ATTORNEY ANGELA M. FARREN PRO HAC VICE**

This Court has reviewed Non-Party TikTok Inc.'s Motion for Admission of Attorney

Angela M. Farren *Pro Hac Vice*.  Upon consideration of that motion, the Court grants Angela M.

Farren *pro hac vice* admission to this Court.

SO ORDERED.

DATE: _____          _____

                                        Hon. James E. Boasberg
                                        United States District Judge