AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-3590 |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party TikTok Inc.

Date: 09/01/2022

/s/ Michael L. Keeley
*Attorney's signature*

Michael L. Keeley - 996801
*Printed name and bar number*
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, D.C. 20036

*Address*

mkeeley@axinn.com
*E-mail address*

(202) 912-4700
*Telephone number*

(202) 912-4701
*FAX number*