IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>META PLATFORMS, INC., )<br>)<br>*Defendant.* )<br>) | Case No. 1:20-cv-03590-JEB<br><br>HON. JAMES E. BOASBERG |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the appearance of Julia K. York for Non-Party TikTok Inc. is hereby withdrawn. Withdrawal is necessary because Skadden, Arps, Slate, Meagher & Flom LLP will no longer represent TikTok Inc. in this action. In connection with the withdrawal, the clerk is respectfully requested to remove my name from the CM/ECF service list for this matter.

TikTok Inc. will continue to be represented by Tiffany Rider Rohrbaugh, Craig M. Reiser, Angela M. Farren, and Michael L. Keeley of Axinn, Veltrop & Harkrider LLP. My withdrawal will not occasion a request for an extension of any deadlines in this case.

Dated September 2, 2022

                                    Respectfully submitted,

                                    */s/ Julia K. York*  
                                    Julia K. York (D.C. Bar No 478001)  
                                    SKADDEN, ARPS, SLATE  
                                     MEAGHER & FLOM LLP  
                                    1440 New York Avenue NW  
                                    Washington, DC 20005-2111  
                                    Phone: 202.371.7000

                                    *Attorney for TikTok Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the CM/ECF system.

> /s/ *Julia K. York*
> Julia K. York (D.C. Bar No 478001)