**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:20-cv-03590-JEB |
| v. ) | |
| ) | |
| META PLATFORMS, INC., ) | HON. JAMES E. BOASBERG |
| ) | |
| *Defendant.* ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the appearance of Steve Sunshine for Non-Party TikTok Inc. is hereby withdrawn. Withdrawal is necessary because Skadden, Arps, Slate, Meagher & Flom LLP will no longer represent TikTok Inc. in this action. In connection with the withdrawal, the clerk is respectfully requested to remove my name from the CM/ECF service list for this matter.

TikTok Inc. will continue to be represented by Tiffany Rider Rohrbaugh, Craig M. Reiser, Angela M. Farren, and Michael L. Keeley of Axinn, Veltrop & Harkrider LLP. My withdrawal will not occasion a request for an extension of any deadlines in this case.

Dated September 2, 2022

                           Respectfully submitted,

                           /s/ *Steve Sunshine*_____
                           Steve Sunshine (D.C. Bar No 450078)
                           SKADDEN, ARPS, SLATE
                            MEAGHER & FLOM LLP
                           1440 New York Avenue NW
                           Washington, DC 20005-2111
                           Phone: 202.371.7000

                           *Attorney for TikTok Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the CM/ECF system.

/s/ *Steve Sunshine*
Steve Sunshine (D.C. Bar No 450078)