**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:20-cv-03590-JEB |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., | ) | HON. JAMES E. BOASBERG |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the appearance of David Wales for Non-Party TikTok Inc. is hereby withdrawn. Withdrawal is necessary because Skadden, Arps, Slate, Meagher & Flom LLP will no longer represent TikTok Inc. in this action. In connection with the withdrawal, the clerk is respectfully requested to remove my name from the CM/ECF service list for this matter.

TikTok Inc. will continue to be represented by Tiffany Rider Rohrbaugh, Craig M. Reiser, Angela M. Farren, and Michael L. Keeley of Axinn, Veltrop & Harkrider LLP. My withdrawal will not occasion a request for an extension of any deadlines in this case.

Dated September 2, 2022

Respectfully submitted,

/s/ *David Wales*
David Wales (D.C. Bar No 456894)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005-2111
Phone: 202.371.7000

*Attorney for TikTok Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the CM/ECF system.

*/s/ David Wales*
David Wales (D.C. Bar No 456894)
