AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-3590 |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party TikTok Inc.

Date: 09/06/2022

/s/ Craig M. Reiser
*Attorney's signature*

Craig M. Reiser - pro hac vice   NY Bar 4886735
*Printed name and bar number*
Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, New York 10036

*Address*

creiser@axinn.com
*E-mail address*

(212) 728-2218
*Telephone number*

(212) 728-2201
*FAX number*