AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-3590 |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party TikTok Inc.

Date: 09/06/2022

/s/ Angela M. Farren
*Attorney's signature*

Angela M. Farren - pro hac vice    NY Bar 5620109
*Printed name and bar number*

Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, New York 10036
*Address*

afarren@axinn.com
*E-mail address*

(212) 728-2204
*Telephone number*

(212) 728-2201
*FAX number*