**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF GEOFFREY M. KLINEBERG IN SUPPORT OF
META PLATFORMS, INC.'S OPPOSITION TO THE FTC'S
<u>BRIEF SEEKING TO COMPEL HIT COUNT REPORTS</u>**

Pursuant to 28 U.S.C. § 1746, I, Geoffrey M. Klineberg, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel for Defendant Meta Platforms, Inc. I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration In Support Of Meta Platforms, Inc.'s Opposition To The FTC's Brief Seeking To Compel Hit Count Reports. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of an Order dated July 30, 2020, entered in *RTC Industries, Inc. v. Fasteners for Retail, Inc.*, No: 1:18-cv-00861 (N.D. Ill.), ECF No. 268.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2022

Respectfully submitted,

/s/ *Geoffrey M. Klineberg*
Geoffrey M. Klineberg (D.C. Bar No. 444503)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7928

*Counsel for Defendant
Meta Platforms, Inc.*