# Exhibit A

# Matheson, Daniel

| | |
|---|---|
| **From:** | Matheson, Daniel |
| **Sent:** | Thursday, June 16, 2022 2:54 PM |
| **To:** | Fetterman, Kenneth M.; Cerilli, Krisha; Dimoscato, Maria; Dennis, Abby; Musser, Susan; Moy, Jessica; Steephen, Sunila; Wilson, Dominique |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Miller, Kevin J.; Panner, Aaron M.; Strikis, Silvija A.; Horvitz, Kevin D.; Paul, Ana N.; 'Mehta, Sonal'; 'Gringer, David'; 'Scheinkman, Michael'; Rouhandeh, James |
| **Subject:** | RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB |

Counsel,

The FTC and Meta have both been apprised by Judge Boasberg's clerk that the Court is available on Wednesday or Thursday of next week to discuss the Joint Discovery Statement filed on May 31.  We believe that the most efficient way for the parties to proceed is to meet and confer in advance of the teleconference with the Court.  We are available this afternoon, any time tomorrow (6/17) and on Tuesday (6/21) or Wednesday (6/22).  A meet and confer will be far more productive if Meta first provides us with the metrics we have requested regarding search term hits.  When can Meta provide us with the metrics we have requested regarding search term hits?

Regards,
Dan