# Exhibit C

| | |
|---|---|
| **From:** | Matheson, Daniel |
| **To:** | Fetterman, Kenneth M.; Dimoscato, Maria; Cerilli, Krisha; Brenner, Nathan; Moy, Jessica; Dennis, Abby; Musser, Susan; Steephen, Sunila; Steinberg, Julia; Masters, Owen; Smith, Michael; Wilson, Dominique; Zuver, Robert |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Miller, Kevin J.; Klineberg, Geoffrey M.; Panner, Aaron M.; Strikis, Silvija A.; Horvitz, Kevin D.; Paul, Ana N.; Polavarapu, Aaseesh P.; "Mehta, Sonal"; "Gringer, David"; "Scheinkman, Michael"; Rouhandeh, James |
| **Bcc:** | 1067-FBCoreLitTeam-DL |
| **Subject:** | RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB - re: Status Reports |
| **Date:** | Tuesday, July 26, 2022 4:37:00 PM |

Counsel,

Thank you for the Meta portion of the draft statement. We provide our portion of the draft statement below, following Meta's.

We request that you provide us with the hit counts for each finally agreed-upon search string, after de-duplication against the documents determined by Meta to be non-responsive to the documents requests issued in the Investigation. We believe that this information would be helpful in assessing the reasonableness of Meta's proposed October 31, 2022 date for substantial completion. Moreover, as indicated below in the FTC's portion of the draft statement, we believe that this information will be useful in assessing whether certain RFPs can be feasibly responded to with an earlier rolling production on September 30, 2022.

We believe that there are a few outstanding issues on which we have not received a response. Per Susan Musser's email of July 19, we are awaiting your confirmation regarding the "go-gets" we have identified to you. See 6/22/2022 S. Musser Letter (identifying RFPs 18, 19, 20, 23(d), and 40). Your correspondence of July 6 identified certain documents responsive to RFP 40, but stated that Meta is "continuing to look into other subparts related to RFP 40." And we do not believe that the FTC has received confirmation regarding the other RFPs. We believe that there is no reason the production of those documents should wait until the completion of Meta's custodial production. As indicated below in the FTC's portion of the draft statement, we suggest August 31 as a date to complete the "go-get" productions.

Finally, the parties informed the Court on June 22 that Meta was considering its position with respect to the FTC's provision of information to

third parties.  Please provide Meta's position.

Regards,
Dan

    A.    **Meta's Statement**

Based on Meta's current understanding of the volume of documents and pace of review, Meta expects to substantially complete the document production in response to the FTC's first set of document requests by October 31, 2022, if not sooner, and to complete its privilege log and any potential privilege downgrades or redactions by December 15, 2022. Meta notes that the FTC recently served a second and third set of document requests, the objections to which are not due until August 11.  Meta's good-faith estimate of October 31, 2022, excludes any production in response to the second and third set of document requests. A good-faith estimate for those productions will depend on further analysis, as well as on negotiations with the FTC over additional custodians or search terms (if any).

    B.    **FTC's Statement**

The FTC's position is that substantial completion of Meta's custodial production responsive to the FTC's First Set of Requests for Production by October 31, 2022 is reasonable.  However, the FTC has identified to Meta on several occasions certain Requests for Production that can be satisfied without applying search terms to custodial documents: instead, these Requests can be satisfied through a reasonable production of specifically identified documents from non-custodial sources (for example, Requests 18 and 19 seek data originating with commercial sources regarding daily active users and other metrics).  Meta should complete its production of documents responsive to these Requests more promptly, as compliance with those requests for production does not require the application of search terms and a custodial review.  The FTC's position is that Meta should complete its production in response to these requests no later than August 31, 2022.

In addition, based on the information Meta has provided to date regarding "hit counts", with respect to certain Requests for Production the FTC believes that an earlier rolling

production can be easily accomplished.  The FTC proposes that Meta should produce documents responsive to RFPs that generated low "hit counts" no later than September 30, 2022, and that the parties should meet and confer to identify such Requests.

The FTC does not object to a date of December 15, 2022 for the production of a privilege log relating to documents responsive to all requests.  However, to minimize the possibility that a disproportionate number of documents will be produced on December 15, Meta should produce on a rolling basis responsive documents that it identifies as non-privileged during the course of its privilege review (i.e., between October 31 and December 15).

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Monday, July 25, 2022 6:08 PM
**To:** Matheson, Daniel <dmatheson@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Dennis, Abby <adennis@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Steinberg, Julia <jsteinberg@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB - re: Status Reports

Thanks, Dan.

Here is Meta's draft statement.
Regards,
Ken

    A.    **Meta's Statement**

Based on Meta's current understanding of the volume of documents and pace of review, Meta expects to substantially complete the document production in response to the

FTC's first set of document requests by October 31, 2022, if not sooner, and to complete its privilege log and any potential privilege downgrades or redactions by December 15, 2022. Meta notes that the FTC recently served a second and third set of document requests, the objections to which are not due until August 11. Meta's good-faith estimate of October 31, 2022, excludes any production in response to the second and third set of document requests. A good-faith estimate for those productions will depend on further analysis, as well as on negotiations with the FTC over additional custodians or search terms (if any).

---

**From:** Matheson, Daniel <dmatheson@ftc.gov>
**Sent:** Monday, July 25, 2022 3:18 PM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Dimoscato, Maria <mdimoscato@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Dennis, Abby <adennis@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Steinberg, Julia <jsteinberg@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB - re: Status Reports

Counsel,
The proposal regarding the July 29 report seems fine to us. We look forward to receiving your draft status report this afternoon.

Regarding the August 31 report: we look forward to receiving this week your proposal regarding a witness or witnesses who can, in a timely fashion, testify to the topics responsive to the FTC's 30b6 notice served June 28. As we have made clear, we believe that the week of August 8 is an appropriate time to conduct that deposition, but we can agree to postpone the deposition somewhat if necessary to facilitate witness preparation. As we discussed, we believe that it is appropriate to conduct the deposition sufficiently in advance of the August 31 report to address any disputes in the parties' joint submission. Given your proposal that all issues must be raised in the August 22 drafts the parties will exchange, the 30b6 deposition should take place sufficiently in advance of the August 22 drafts to allow the FTC to determine if the parties have a dispute on that issue that should be raised to the Court on August 31.

Regards,
Dan

---

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Thursday, July 21, 2022 9:24 AM
**To:** Dimoscato, Maria <mdimoscato@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Dennis, Abby <adennis@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Steinberg, Julia <jsteinberg@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>
**Subject:** RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB - re: Status Reports

Counsel,

As a follow-up to our prior discussions regarding the process and submission of joint status reports, and our agreed upon goal to improve the process, please see below a proposal for the status report due on July 29, and the quarterly reports going forward – starting with the next quarterly report due on August 31.

Please let us know your thoughts regarding this proposal.

<u>July 29 (Status Update – limited to good faith estimate on timing of completion of Meta's document production responsive to the FTC's first set of RFPs)</u>

- **Monday, July 25 at 5pm ET**: Meta provides draft joint status report with its position on its good faith estimate of completion of document production responsive to the FTC's first set of RFPs.
- **Tuesday, July 26 at 5 pm ET**: FTC adds its position to draft joint status report - limited to timing of completion of document production responsive to the FTC's first set of RFPs.
- **Wednesday, July 27**: Parties meet and confer to try and narrow any disputes related to the limited update and good faith estimate of timing of completion of document production responsive to the FTC's first set of RFPs.
- **Thursday, July 28 at 5pm ET**: Simultaneously, each party sends a redline to the other side showing any changes to its position on any remaining issue related to the limited update and good faith estimate of timing of completion of document production.

Redlines may not include points that have not been previously raised.
- **Friday, July 29**:
    - 11am ET: Meta sends FTC draft of status report incorporating both parties' redline changes.
    - No additional changes may be made on this date *unless* the parties mutually agree that additional narrowing/elimination of disputes is possible.
    - 5pm ET: FTC files joint status report.

August 31 (next required Joint Status Report due)

- **Monday, August 22 at 5pm ET**: Parties simultaneously exchange positions on issues they affirmatively want to raise or seek relief.
- **Friday, August 26 at 5pm ET**: Parties simultaneously exchange positions on the issues that were raised in the Monday, August 22 drafts. No party may affirmatively raise a new issue.
- **Monday, August 29**: Parties meet and confer to try and narrow disputes and to agree whether issues can be removed from the joint status report.
- **Tuesday, August 30 at 5pm ET**: Simultaneously, each party sends a redline to the other side showing any changes to its position on any remaining issue. Redlines may not include points that have not been previously raised.
- **Wednesday, August 31**:
    - 11am ET: Meta sends FTC draft of final status report incorporating both parties' redline changes.
    - No additional changes may be made on this date *unless* the parties mutually agree that additional narrowing/elimination of disputes is possible.
    - 5pm ET:  FTC files joint status report.

Regards,
Ken