# Exhibit D

| | |
|---|---|
| **From:** | Matheson, Daniel |
| **To:** | Strikis, Silvija A.; Fetterman, Kenneth M.; Dimoscato, Maria; Cerilli, Krisha; Brenner, Nathan; Moy, Jessica; Dennis, Abby; Musser, Susan; Steephen, Sunila; Steinberg, Julia; Masters, Owen; Smith, Michael; Wilson, Dominique; Zuver, Robert |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Miller, Kevin J.; Klineberg, Geoffrey M.; Panner, Aaron M.; Horvitz, Kevin D.; Paul, Ana N.; Polavarapu, Aaseesh P.; "Mehta, Sonal"; "Gringer, David"; "Scheinkman, Michael"; Rouhandeh, James |
| **Subject:** | FTC v. Meta Platforms - 1:20-cv-03590-JEB - re: FTC First Set of Requests for Production |
| **Date:** | Monday, August 8, 2022 9:52:03 AM |

Counsel,

We appreciated your representation in the July 29 Joint Status Report that "Meta is open to discussing with the FTC potential ways to prioritize the production of specific categories of documents." To that end, as we have previously requested, please confirm that Meta will update the report that it provided on June 3 to show: (a) the number of hits for each search string to which the parties have agreed; and (b) the number of hits for each custodian. Please provide a date certain by which Meta will provide this report.

Regards,

Dan