UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.,**<br><br>Defendant. | Civil Action No. 20-3590 (JEB) |

## ORDER

Plaintiff Federal Trade Commission asks the Court to order Defendant Meta Platforms, Inc. to produce "hit-count reports" — *i.e.*, reports showing how many documents currently hit on each of the agreed-upon search-term strings and custodians. See ECF No. 190 (Pl. Memo.). The FTC argues that this is not burdensome and merely asks "Meta to update its prior reports to reflect the final collection that Meta is now reviewing." Id. at 1. Plaintiff believes that this will contribute to a more efficient discovery process.

Meta objects on the grounds that the FTC offers no legal support for its request, this procedure would offer inappropriate discovery into its document-production process, and hit counts would be a prelude to prioritization requests from the Commission that would interfere with Meta's ability to meet the "substantial completion" deadline for document production. See ECF No. 192 (Def. Opp.). As to the first, the facts and circumstances of this case appear different from the precedent cited. Second, the Commission is persuasive in explaining that its request requires only an update of hit counts that Meta has previously provided, and Meta makes no argument that it would be burdensome or expensive. Third, the Court is not automatically authorizing additional discovery at this point based on the hit-count reports. If, for example,

Meta does not organize its production in this manner, id. at 4, then further requests might be inappropriately burdensome. The Court leaves that for another day. At this point, however, it believes that discovery will be streamlined by a Meta response.

As a result, the Court ORDERS that by September 26, 2022, Meta shall produce: (i) the number of documents generated by each search string, and (ii) the total number of documents for each custodian that hit on the complete set of search terms.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  September 19, 2022