AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590, 1:22-mc-00088 |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Alpha Exploration Co. Inc. dba Clubhouse.

Date:   10/06/2022

/s/ Benjamin D. Margo
*Attorney's signature*

Benjamin D. Margo (Bar No. 110445)
*Printed name and bar number*
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

*Address*

bmargo@wsgr.com
*E-mail address*

(347) 756-0065
*Telephone number*

(212) 999-5801
*FAX number*