IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No.: 1:20-cv-03590-JEB |
| Plaintiff, | |
| v. | |
| **META PLATFORMS, INC.**, | |
| Defendant. | |

## MOTION FOR ADMISSION OF JORDAN R. JAFFE *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Benjamin D. Margo, a member of the bar of this Court and counsel for non-party respondent Alpha Exploration Co. Inc., hereby moves that Jordan R. Jaffe be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of non-party respondent Alpha Exploration Co. Inc.

In support of this motion, Movant states as follows:

1. Mr. Jaffe's full name is Jordan Ross Jaffe.

2. Mr. Jaffe is a licensed attorney practicing in the San Francisco office of the law firm Wilson Sonsini Goodrich & Rosati, P.C., One Market Plaza, Spear Tower, Suite 3300, San Francisco, California 94105, telephone number (415) 947-2000.

3. Mr. Jaffe is a member in good standing of the California state bar, as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of Texas, and U.S. Court of Appeals for the Federal Circuit.

4. Mr. Jaffe has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Jaffe has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Jaffe does not engage in the practice of law from an office located in the District of Columbia and is not a member of the District of Columbia state bar.

7. A declaration signed by Mr. Jaffe, certifying the foregoing information, is annexed hereto.

WHEREFORE, Mr. Margo requests that Jordan R. Jaffe be granted leave to appear and practice *pro hac vice* on behalf of non-party respondent Alpha Exploration Co. Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: October 11, 2022 | Respectfully submitted, |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Benjamin D. Margo*
Benjamin D. Margo (D.C. Bar No. 1035461)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bmargo@wsgr.com

*Counsel for Non-Party*
*Alpha Exploration Co. Inc. d/b/a Clubhouse*