IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Case No.: 1:20-cv-03590-JEB |

### DECLARATION OF JORDAN R. JAFFE
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Jordan R. Jaffe, hereby declare and state as follows:

1.  I submit this declaration in support of the motion of Benjamin D. Margo for my admission to practice *pro hac vice* in the above-captioned matter.

2.  My full name is Jordan Ross Jaffe. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., One Market Plaza, Spear Tower, Suite 3300, San Francisco, California 94105. My telephone number is (415) 947-2000.

3.  I am a member in good standing of the California state bar, as well as the bars of the U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of Texas, and U.S. Court of Appeals for the Federal Circuit.

4.  I have never been disciplined by any bar, there are no proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of October, 2022 in San Francisco, California.

Respectfully submitted,

_____
JORDAN R. JAFFE