AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Snap Inc.

Date: 10/17/2022

/s/ Justina Sessions
*Attorney's signature*

Justina Sessions (CA Bar No. 270914 per FRCP 45(f))
*Printed name and bar number*
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
*Address*

jsessions@wsgr.com
*E-mail address*

(415) 947-2197
*Telephone number*

(415) 947-2099
*FAX number*