AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20−cv−03590 |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                            .

Date:      10/24/2022

/s/ Njeri Mugure
*Attorney's signature*

Njeri Mugure - NY Bar 5395637
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

nmugure@ftc.gov
*E-mail address*

(202) 213-5442
*Telephone number*

(202) 326-2655
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of October, 2022, I served the foregoing on

the following counsel via email and the Court's CM/ECF system:

Mark Hansen, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Mhansen@kellogghansen.com
(202) 326-7904

*Counsel for Meta Platforms, Inc.*

/s/ Njeri Mugure
Njeri Mugure, Esq.
*Attorney for Plaintiff*
*Federal Trade Commission*