*Federal Trade Commission v. Meta Platforms, Inc.*, Case No. 1:20-cv-03590-JEB (D.D.C.)

Appendix A
to Pleading of Non-Party Snap
in Opposition to Meta's Motion to Compel

**Snap's Offer to Meta**

- Snap's public financial statements, which describe the competitive landscape in which Snap operates and include Snap's revenues (virtually all from advertising) and usage statistics.

- Presentations or summaries made to Snap executive leadership and/or Board of Directors regarding the state of competition and/or Snap's efforts to meet competition.

- Documents sufficient to show Snap's privacy policies and changes thereto.

- Documents sufficient to show how Snap sets pricing and any payment for posting or content.

- Documents sufficient to show the advertising products Snap offers.

- Presentations to executive leadership or the Board of Directors (if any) regarding Snap's 2018 decision to move to the Google Cloud infrastructure.

- "Project Voldemort" documents.

- Presentations or summaries made to executive leadership or the Board of Directors (if any) regarding Meta's acquisition offer.

- Updated advertising data including revenue, advertising revenue per user, and cost for every 1,000 views an ad receives by ad type.

- Updated user data showing Snap's daily average users, monthly average users, and average time spent per daily average users.