# *Federal Trade Commission v. Meta Platforms, Inc.*, Case No. 1:20-cv-03590-JEB (D.D.C.)

# Appendix B
# to Pleading of Non-Party Snap
# in Opposition to Meta's Motion to Compel

# FTC v. Meta, Inc.
# FTC Priority Document Categories for Snap, Inc.
# July 20, 2022

1. User surveys relating to how people use the Snapchat app.

2. Documents presented to the Snap Board of Directors and/or C-suite executives analyzing usage of, and user engagement with, Snapchat and third-party services.

3. Documents presented to the Snap Board of Directors and/or C-suite executives analyzing how people use the Snapchat app and various parts of it, including percentages of users and time spent with each feature or functionality (messaging, Stories, Snap Map, etc.).

4. Documents presented to the Snap Board of Directors and/or C-suite executives regarding the addition of Stories, including the rationale for adding Stories, the effects it had on monetization and user engagement, and any difficulties in growing or monetizing Stories.

5. Documents presented to the Snap Board of Directors and/or C-suite executives regarding:

    a. Snap Map; and

    b. Features or functionalities for locating and/or suggesting connections with other users, including how these features work and whether (and how) they utilize the social graph.

6. Documents presented to the Snap Board of Directors and/or C-suite executives regarding the competitive landscape for services Snap provides or has considered providing to users.

7. Documents presented to the Snap Board of Directors and/or C-suite executives regarding competition for advertising.

8. Documents analyzing or describing any effects of the Stop Hate for Profit campaign.

9. Documents analyzing or describing any effects of Apple's changes to its Identifier for Advertisers, including user opt-in/opt-out rates, the value of user tracking, impact on Snap's business and/or revenue, and any strategies or plans in reaction to the changes.