# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERAL TRADE COMMISSION,

        Plaintiff,

        v.

META PLATFORMS, INC.,

        Defendant.

Case No. 1:20-cv-03590-JEB

## META PLATFORMS, INC.'S LIST OF FEATURES OR ACTIVITIES FOR CLASSIFICATION BY THE FEDERAL TRADE COMMISSION

Pursuant to the Court's August 1, 2022 Order, the list below identifies features or activities that have been available to users on Facebook, Instagram, WhatsApp, or Facebook Messenger at some or all times since January 1, 2011 through the present "that Meta wishes the FTC to categorize as included or excluded from the definition of 'personal social networking[.]' . . . By September 12, 2022, the FTC shall inform Meta whether each such feature or activity is or is not within that definition[.]" ECF No. 165, at 2; *see* Meta's First Set of Interrogatories to the FTC at 8 (Mar. 30, 2022) (Instruction No. 15 stating, "the relevant time period for all interrogatories is from January 1, 2011 to the present").

Unless the FTC otherwise specifies, Meta will assume that the FTC's classification of the feature or activity applies for the entire time that feature or activity was or has been available to users since January 1, 2011. If the FTC's classification of a feature or activity is not the same throughout the period when the feature or activity was available, the FTC should specify in its response the time period when use of that feature or activity qualified as use of personal social networking and the time period when use of that feature or activity did not qualify as use of

1

personal social networking.  Pursuant to the Court's Order, "[i]f, at any point in the future, the FTC takes a different position on any such feature or activity, the FTC shall so supplement its response."  ECF No. 165, at 2.

For the avoidance of doubt, the list of features or activities below is not an exhaustive list of all features or activities that are or have been available on Facebook, Instagram, WhatsApp, and Messenger, but are a selection that "Meta wishes the FTC to categorize as included or excluded from the definition of 'personal social networking[.]'"  *Id.*  Meta reserves its right to seek further information from the FTC with respect to the FTC's classification of features or activities offered by Meta and other companies.

Meta's inclusion of certain activities on this list is not an indication that Meta believes that any feature or activity will or will not meet the FTC's alleged criteria to qualify as "personal social networking," nor is it an indication that Meta does or does not measure usage of or the level of engagement with that feature or activity in the ordinary course.

Meta includes citations to various publicly accessible sources describing certain features or activities as of a particular date.  Those citations are provided for clarification and should not be construed to limit the feature or activity to the functions described as of the particular date of the cited source or to limit the FTC's obligation to classify the feature or activity for the entire period that the listed feature or activity has been available to users since January 1, 2011.

|  | Location | Feature/Activity |
|---|---|---|
| | **FACEBOOK** | |
| 1. | Watch[1] | Viewing publicly accessible video(s) on the "For You," "Live," "Music," Gaming," "Following," "Saved," or "Shows" Tabs posted by a Page[2] User[3] follows. |
| 2. | Watch | Viewing publicly accessible video(s) on the "For You," "Live," "Music," Gaming," "Following," "Saved," or "Shows" Tabs posted by a person User follows that is not Facebook Friends[4] with User. |
| 3. | Watch | Viewing video(s) on the "For You," "Live," "Music," Gaming," "Following," "Saved," or "Shows" Tabs posted by an account that is Facebook Friends with User. |
| 4. | Watch | Viewing video(s) on the "For You," "Live," "Music," Gaming," "Saved," or "Shows" Tabs posted by a Page or person User does not follow. |
| 5. | Watch | Viewing advertisement(s). |
| 6. | Marketplace[5] | Viewing content of any form (such as Items for Sale) that was not posted by one of User's Facebook Friends. |
| 7. | Marketplace | Viewing content of any form (such as Items for Sale) that was posted by one of User's Facebook Friends. |
| 8. | Marketplace | Posting content of any form. |
| 9. | Reels[6] | Viewing Reel(s) posted by a Page User follows. |

---

[1] Facebook Watch: A description of Facebook Watch as of June 24, 2022 can be found at https://www.facebook.com/help/1041553655923544 [https://perma.cc/RRH3-DFXE].

[2] Pages: A description of Pages as of June 24, 2022 can be found at https://www.facebook.com/help/282489752085908 [https://perma.cc/W4ZR-BJFP].

[3] User: A hypothetical regular person that can or could access or engage in the listed features or activities on Meta's products.

[4] Friending: A description of Facebook Friending as of August 19, 2022 can be found at https://www.facebook.com/help/1540345696275090 [https://perma.cc/J2E3-EB7C].

[5] Facebook Marketplace: A description of Marketplace as of June 24, 2022 can be found at https://www.facebook.com/help/1713241952104830 [https://perma.cc/892J-5M9G].

[6] Facebook Reels: A description of Facebook Reels as of June 24, 2022 can be found at https://www.facebook.com/creators/reels-for-facebook [https://perma.cc/BC5Z-CG46].

| | Location | Feature/Activity |
|---|---|---|
| 10. | Reels | Viewing Reel(s) posted by a Public Figure[7] or other Personal Account[8] User follows that is not Facebook Friends with User. |
| 11. | Reels | Viewing Reel(s) posted by User's Facebook Friend. |
| 12. | Reels | Viewing Reel(s) posted by an account that is not a Facebook Friend of User or a person or Page User follows. |
| 13. | Reels | Viewing Reel(s) posted by User's Facebook Friend that User did not use the People You May Know ("PYMK")[9] feature to form a friendship with on the application. |
| 14. | Reels | Viewing advertisement(s). |
| 15. | Reels | Posting Reel(s) to a Public Audience.[10] |
| 16. | Reels | Posting Reel(s) to an audience limited exclusively to User's Facebook Friends. |
| 17. | Reels | Commenting on or reacting to Reel(s) not posted by User's Facebook Friend or a person or Page User follows. |
| 18. | Reels | Commenting on or reacting to Reel(s) posted by User's Facebook Friend. |
| 19. | Reels | Commenting on or reacting to Reel(s) posted by a Page User follows. |

---

[7] Public Figure: A description of Public Figure as of September 10, 2019 can be found at https://www.facebook.com/formedia/blog/new-features-for-public-figures [https://perma.cc/33ZF-AFQT].

[8] "Personal Account," when used in the context of the Facebook section of this chart, refers to any user's account on Facebook that is utilized by an individual rather than a business or other entity.  "Personal Account," when used in the context of the Instagram section of this chart, refers to any user's account on Instagram that is utilized by an individual rather than a business or other entity.

[9] People You May Know (PYMK): A description of PYMK as of August 19, 2022 can be found at https://www.facebook.com/help/1163341187771886 [https://perma.cc/8MWK-GVXB].

[10] Public Audience: A description of the audiences available, including "Public" as of August 22, 2022 can be found at https://www.facebook.com/help/211513702214269?helpref=faq_content [https://perma.cc/7JFV-66QR].

| | Location | Feature/Activity |
|---|---|---|
| 20. | Groups[11] | Viewing or posting content in a Group User joined based on the User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group.[12] |
| 21. | Groups | Viewing or posting content in a Group of any size where 0-15% of pairs of members of the Group are Facebook Friends. |
| 22. | Groups | Viewing or posting content in a Group of any size where 16-50% of pairs of members of the Group are Facebook Friends. |
| 23. | Groups | Viewing or posting content in a Group of any size where more than 50% of pairs of members of the Group are Facebook Friends. |
| 24. | Groups | Viewing or posting content in a Group that contains more than 10,000 members. |
| 25. | Groups | Viewing or posting content in a Group that contains between 1,001 and 10,000 members. |
| 26. | Groups | Viewing or posting content in a Group that contains between 250 and 1,000 members. |
| 27. | Groups | Viewing or posting content in a Group that contains fewer than 250 members. |
| 28. | Groups | Viewing or posting content in a Group of any size regarding buying, selling, trading, or giving away items. |
| 29. | Groups | Viewing or posting content in a Group focused on a geographic community, such as a neighborhood or city. |
| 30. | Fundraisers & Donations[13] | Donating to or creating fundraiser(s). |
| 31. | Pages | Viewing or posting content on a Page. |
| 32. | Games/Gaming[14] | Playing game(s). |
| 33. | Games/Gaming | Watching gaming video(s) or live stream gaming. |
| 34. | Stories[15] | Viewing Story(ies) posted by Facebook Friend. |

---

[11] Groups: A description of Groups as of June 24, 2022 can be found at https://www.facebook.com/help/1629740080681586 [https://perma.cc/MB9L-XNDU].

[12] The "Slow Cooker/Instant Pot Recipes" Group as of August 19, 2022 can be found at https://www.facebook.com/groups/887806611311727/ [https://perma.cc/K8E7-ZYLP].

[13] Fundraisers and Donations: A description of Fundraisers and Donations as of August 17, 2022 can be found at https://www.facebook.com/help/833144153745643 [https://perma.cc/EF2F-Z78S].

[14] Gaming: A description of Gaming as of August 17, 2022 can be found at https://www.facebook.com/help/2402655169966967?helpref=hc_fnav [https://perma.cc/9WZ7-FFUZ].

[15] Facebook Stories: A description of Facebook Stories as of June 24, 2022 can be found at https://www.facebook.com/business/learn/lessons/facebook-stories-creators [https://perma.cc/F8F4-TN7K].

| | Location | Feature/Activity |
|---|---|---|
| 35. | Stories | Viewing Sponsored Story(ies). |
| 36. | Stories | Viewing Story(ies) posted by a Page User follows. |
| 37. | Stories | Viewing Story(ies) posted by a Public Figure or other Personal Account User follows that is not Facebook Friends with User. |
| 38. | Stories | Posting Story(ies). |
| 39. | Live[16] | Viewing Live video(s) posted by an account User follows that is not Facebook Friends with User. |
| 40. | Live | Viewing Live video(s) posted by an account that is Facebook Friends with User. |
| 41. | Live | Viewing Live video(s) posted by a Page or account User does not follow. |
| 42. | Feed[17] | Viewing advertisement(s). |
| 43. | Feed | Posting to all of User's Facebook Friends encouraging them to attend an industry-networking event hosted by User's employer. |
| 44. | Feed | Posting to User's Facebook Friends to promote User's small business. |
| 45. | Feed | Posting to a limited audience of User's Facebook Friends who are exclusively User's work colleagues. |
| 46. | Feed | Viewing post(s) to all of poster's Facebook Friends encouraging them to attend an industry-networking event hosted by the poster's employer. |
| 47. | Feed | Viewing content posted by User's Facebook Friend that User has never met in person, or spoken to individually. |
| 48. | Feed | Posting content to a limited audience of five or fewer Facebook Friends whose mobile telephone number User possessed prior to joining Facebook. |
| 49. | Feed | Viewing content that was posted to a limited audience of five or fewer Facebook Friends whose mobile telephone number the User possessed prior to joining Facebook. |
| 50. | Feed | Viewing Original[18] content that was posted by User's Facebook Friend that User did not use the PYMK feature to form a friendship with on the application. |

[16] Facebook Live: A description of Facebook Live as of June 24, 2022 can be found at https://www.facebook.com/formedia/tools/facebook-live [https://perma.cc/5H2H-BAY6].

[17] Facebook Feed: A description of Facebook Feed as of June 24, 2022 can be found at https://www.facebook.com/help/1155510281178725 [https://perma.cc/CZ8R-9LCL].  Feed was formerly called "News Feed" and was launched on or around September 5, 2006.

[18] Original here means created by the poster, as opposed to the poster resharing content created by another user.

|     | Location | Feature/Activity |
| --- | --- | --- |
| 51. | Feed | Posting Original content that encourages users that reside in close physical proximity to one another to attend a local social event. |
| 52. | Feed | Viewing Original photo(s) posted by a Facebook Friend. |
| 53. | Feed | Posting Original photo(s). |
| 54. | Feed | Viewing Original video(s) posted by a Facebook Friend. |
| 55. | Feed | Posting Original video(s). |
| 56. | Feed | Viewing comments or reactions to Original post(s) by a Facebook Friend. |
| 57. | Feed | Viewing content (e.g., The New York Times ("NYT") article or 20 minute comedy routine from a famous comedian that was posted on YouTube) that was linked in a Facebook Friend's post. |
| 58. | Feed | Viewing content that User's Facebook Friend reshared that was posted by a Page that Facebook Friend followed. |
| 59. | Feed | Viewing content that User's Facebook Friend reshared that was posted in a Group that Facebook Friend joined or a Page that Facebook Friend followed. |
| 60. | Feed | Viewing content that was posted by a Facebook Friend of one of User's Facebook Friends (who is not Facebook Friends with User) and reshared by User's Facebook Friend. |
| 61. | Feed | Viewing content posted by a Public Figure or other Personal Account User follows or subscribes[19] to on Facebook but is not Facebook Friends with. |
| 62. | Feed | Viewing content without a link posted by a Page User follows on Facebook. |
| 63. | Feed | Viewing content linked in a post (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Page User follows on Facebook. |
| 64. | Feed | Viewing content posted in a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. |
| 65. | Feed | Viewing linked content (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. |

---

[19] During the relevant time period, Facebook changed certain terminology from "subscribe" to "follow."

| | Location | Feature/Activity |
|---|---|---|
| 66. | Feed | Viewing content posted from a Group of any size where 0-15% of pairs of members of the Group are Facebook Friends. |
| 67. | Feed | Viewing content posted from a Group of any size where 16-50% of pairs of members of the Group are Facebook Friends. |
| 68. | Feed | Viewing content posted from a Group of any size where more than 50% of pairs of members of the Group are Facebook Friends. |
| 69. | Feed | Viewing content posted from a Group that contains more than 10,000 members. |
| 70. | Feed | Viewing content posted from a Group that contains between 1,001 and 10,000 members. |
| 71. | Feed | Viewing content posted from a Group that contains between 250 and 1,000 members. |
| 72. | Feed | Viewing content posted from a Group that contains fewer than 250 members. |
| 73. | Feed | Viewing content posted from a Group of any size regarding buying, selling, trading, or giving away items. |
| 74. | Feed | Viewing content posted from a Group focused on a geographic community, such as a neighborhood or city. |
| 75. | Feed | Viewing comments or reactions to post(s) by a person User follows or subscribes to on Facebook but is not Facebook Friends with. |
| 76. | Feed | Viewing comments or reactions to post(s) by a Page User follows. |
| 77. | Feed | Viewing comments or reactions to a post(s) from a Group User has joined. |
| 78. | Feed | Viewing Recommended[20] video content that does not originate from people or Pages User follows or Groups User has joined. |
| 79. | Feed | Viewing Recommended user-generated non-video content that does not originate from User's Facebook Friends, or people or Pages User follows or subscribes to or Groups User has joined. |
| 80. | Feed | Viewing PYMK content. |

---

[20] A description of Recommended content as of August 19, 2022 can be found at https://transparency.fb.com/data/widely-viewed-content-report/ [https://perma.cc/FN5A-7H2W] (explaining that "[r]ecommended content is unconnected").

| | Location | Feature/Activity |
|---|---|---|
| 81. | Memories[21] | Viewing content posted on Memories. |
| 82. | Dating[22] | Posting or viewing content on Facebook Dating. |
| 83. | Photos[23] | Viewing User's own library of photos User took. |
| 84. | Timeline/Profile/Wall[24] | Viewing photos of User posted on User's Timeline/Profile/Wall. |
| 85. | Timeline/Profile/Wall | Viewing content from a Page that User's Facebook Friend reshared. |
| 86. | Timeline/Profile/Wall | Viewing content that User's Facebook Friend reshared that was posted in a Group that a Facebook Friend joined. |
| 87. | Timeline/Profile/Wall | Viewing content on a Timeline/Profile/Wall of User's Facebook Friend. |
| 88. | Timeline/Profile/Wall | Viewing content on a Timeline/Profile/Wall of an account that User is not Facebook Friends with. |
| 89. | Notifications[25] | Viewing Notifications based on activity from User's Facebook Friends. |
| 90. | Notifications | Viewing Notifications based on activity from any source other than User's Facebook Friends. |
| 91. | Messaging/Facebook Chat[26] | Sending or viewing message(s) sent to one other Facebook Friend. |
| 92. | Messaging/Facebook Chat | Sending or viewing message(s) sent to one other user who is not Facebook Friends with User. |

---

[21] Memories: A description of Memories as of August 17, 2022 can be found at https://www.facebook.com/help/1056848067697293/?helpref=hc_fnav [https://perma.cc/TU33-ME2P].

[22] Facebook Dating: A description of Facebook Dating as of August 17, 2022 can be found at https://www.facebook.com/help/312959615934334/?helpref=hc_fnav [https://perma.cc/559K-4RGL].

[23] Your Photos: A description of Your Photos and Videos as of August 17, 2022 can be found at https://www.facebook.com/help/1069521513115444/?helpref=hc_fnav [https://perma.cc/GHM3-BMNA].

[24] Profile: A description of Profiles as of August 22, 2022 can be found at https://www.facebook.com/help/327202558928776 [https://perma.cc/9VGE-RZNS].

[25] Notifications: A description of Notifications as of August 22, 2022 can be found at https://www.facebook.com/help/notifications [https://perma.cc/L3FP-CT2F].

[26] The "Messaging" functionality that is being referred to in this "Facebook" section of the chart is referring to the Messaging functionality that is and has been available through the Facebook application, rather than through the stand-alone Messenger application.

| | Location | Feature/Activity |
|---|---|---|
| 93. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 2-5 other users. [27] |
| 94. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 6-10 other users. |
| 95. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 11-20 other users. |
| 96. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 21-30 other users. |
| 97. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 31-50 other users. |
| 98. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 51-100 other users. |
| 99. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 101-199 other users. |
| 100. | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 200 or more other users. |
| 101. | Messaging/Facebook Chat | Sending or viewing content that was posted elsewhere on Facebook (such as on Feed) by User's Facebook Friend. |
| 102. | Messaging/Facebook Chat | Sending or viewing unconnected content that was posted elsewhere on Facebook (such as on Feed or on a Page). |
| 103. | Messaging/Facebook Chat | Sending or viewing message(s) to or from a contact that User connected with using PYMK. |
| 104. | Messaging/Facebook Chat | Sending or viewing a message to or from a contact that User did not connect with using PYMK. |
| 105. | Messaging/Facebook Chat | Sending or viewing a message containing a link (e.g., to a YouTube video or a NYT article). |
| 106. | Messaging/Facebook Chat | Sending or viewing message(s) containing sender's Original photo(s). |
| 107. | Messaging/Facebook Chat | Sending or viewing message(s) containing reshared photo(s). |
| 108. | Messaging/Facebook Chat | Sending or viewing message(s) containing sender's Original video(s). |
| 109. | Messaging/Facebook Chat | Sending or viewing message(s) containing reshared video(s). |
| 110. | Messaging/ Facebook Chat Rooms | Voice calling with one other user. |
| 111. | Messaging/Facebook Chat Rooms | Voice calling with more than one other user. |
| 112. | Messaging/ Facebook Chat | Video calling with one other user. |

---

[27] The terminology "group" in this and the following rows relating to "Messaging/Facebook Chat" does not imply a "Facebook Group."

|      | Location | Feature/Activity |
|------|----------|------------------|
| 113. | Messaging/Facebook Chat Rooms | Video calling with more than one other user. |
| 114. | Pay[28] | Paying or requesting or receiving payment from one of User's Facebook Friends. |
| 115. | Pay | Paying or requesting or receiving payment from someone that User is not Facebook Friends with. |
| 116. | Search[29] | Using the Search feature to find Page(s) or Group(s) User is interested in. |
| 117. | Events[30] | Viewing event(s) not posted by one of User's Facebook Friends. |
| 118. | Events | Viewing event(s) posted by one of User's Facebook Friends. |
| 119. | Questions[31] | Posting or viewing content in Questions. |
| 120. | Feedback[32] | Posting or viewing content in Feedback. |
| 121. | Places[33] | Posting or viewing content in Places. |
| 122. | Podcasts | Listening to Podcast(s) or Live Audio Room(s).[34] |
| 123. | News[35] | Viewing content in News. |

---

[28] Meta Pay: A description of Meta Pay as of August 19, 2022 can be found at https://pay.facebook.com/faqs [https://perma.cc/V4HA-FURP].

[29] Search: A description of how to use Search as of August 19, 2022 can be found at https://www.facebook.com/help/103764609715185 [https://perma.cc/LZ52-88U8].

[30] Events: A description of Events as of August 17, 2022 can be found at https://www.facebook.com/help/1076296042409786/?helpref=hc_fnav [https://perma.cc/AB3D-4AB8].

[31] Questions: An article describing Questions can be found at *Searching for Answers? Ask Facebook Questions*, Facebook (July 28, 2010), https://web.archive.org/web/201008 20171709/http://blog.facebook.com/blog.php?post=411795942130.

[32] Feedback: A description of Reporting a Problem with Facebook: Give Us Feedback as of August 17, 2022 can be found at https://www.facebook.com/help/1126628984024935/?helpref=hc_fnav [https://perma.cc/7SU9-XJ66].

[33] Places: A link to Facebook Places as of August 22, 2022 can be found at https://www.facebook.com/places/ [https://perma.cc/76UL-SHKF].

[34] Podcasts and Live Audio Rooms: A description of Podcasts and Live Audio Rooms as of June 21, 2021 can be found at https://about.fb.com/news/2021/06/live-audio-rooms-and-podcasts-on-facebook/ [https://perma.cc/97C7-MDTH].

[35] News: A description of how News works as of August 19, 2022 can be found at https://www.facebook.com/news/howitworks [https://perma.cc/RXK5-2NBM].

|  | Location | Feature/Activity |
|---|---|---|
| **INSTAGRAM** | | |
| 1. | Reels[36] | Viewing Reel(s) posted by an account that User follows that does not follow User.[37] |
| 2. | Reels | Viewing Reel(s) posted by an account for a business, non-profit, or other organization that User follows that does not follow User.[38] |
| 3. | Reels | Viewing Reel(s) posted by an Instagram Creator Account[39] that User follows that does not follow User. |
| 4. | Reels | Viewing Reel(s) posted by any Personal Account with under 100 followers that User follows that does not follow User. |
| 5. | Reels | Viewing Reel(s) posted by any Personal Account with between 100 and 999 followers that User follows that does not follow User. |
| 6. | Reels | Viewing Reel(s) posted by any Personal Account with between 1,000 and 1,999 followers that User follows that does not follow User. |
| 7. | Reels | Viewing Reel(s) posted by any Personal Account that has between 2,000 and 10,000 followers that User follows that does not follow User. |
| 8. | Reels | Viewing Reel(s) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. |
| 9. | Reels | Viewing Reel(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. |
| 10. | Reels | Viewing Reel(s) posted by a celebrity or influencer that User follows that does not follow User. |
| 11. | Reels | Viewing Reel(s) posted by any Personal Account User follows that does not follow User, where User has never met |

---

[36] Instagram Reels: A description of Reels as of June 24, 2022 can be found at https://about.instagram.com/features/reels [https://perma.cc/F29V-LYF6].

[37] The type of follow described in this row is a non-reciprocal follow.  *See* FTC's Second Set of Requests for Production of Documents at 4 (No. 49(c)), *FTC v. Meta Platforms, Inc.*, 1:20-cv-03590-JEB (D.D.C. July 12, 2022) (asking about content that was not posted or shared by a "reciprocal follow" and describing such content as "unconnected content").

[38] This activity includes accounts for businesses, non-profits, and other organizations, even if they are not actually using a business profile.  *See* https://business.instagram.com/getting-started [https://perma.cc/K3PF-KMPL] (describing business accounts).

[39] Instagram Creator Account: A description of Instagram Creator Accounts as of August 17, 2022 can be found at https://creators.instagram.com/ [https://perma.cc/7R32-2BVA].

|     | Location | Feature/Activity |
| --- | --- | --- |
|     |     | the owner of the account in person or spoken to them individually. |
| 12. | Reels | Viewing Reel(s) posted by an account for a business, non-profit, or other organization that User follows and that follows User.[40] |
| 13. | Reels | Viewing Reel(s) posted by an Instagram Creator Account that follows User and that User follows. |
| 14. | Reels | Viewing Reel(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. |
| 15. | Reels | Viewing Reel(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. |
| 16. | Reels | Viewing Reel(s) posted by an account that User does not follow, and that does not follow User. |
| 17. | Reels | Viewing advertisement(s). |
| 18. | Reels | Viewing branded content in Reel(s). |
| 19. | Reels | Posting Reel(s) to an audience limited to User's followers. |
| 20. | Reels | Posting Reel(s) to a Public Audience. |
| 21. | Reels | Viewing comments or reactions to Reel(s) posted by an account that User does not follow. |
| 22. | Reels | Commenting on or reacting to Reel(s) posted by an account User follows that does not follow User. |
| 23. | Reels | Viewing comments or reactions to Reel(s) posted by an account that User follows that does not follow User. |
| 24. | Reels | Commenting on or reacting to Reel(s) posted by an account User follows and that follows User. |
| 25. | Reels | Commenting on or reacting to Reel(s) posted by an account that User does not follow, and that does not follow User. |
| 26. | Reels | Viewing comments or reactions in response to Reel(s) posted by an Instagram Creator Account that User follows that does not follow User. |
| 27. | Reels | Commenting on or reacting to Reel(s) posted by an Instagram Creator Account that User follows that does not follow User. |

[40] This is a reciprocal follow (meaning that User follows an account, and that account follows User's account). *See* FTC's Second Set of Requests for Production of Documents at 4 (No. 49(b)), *FTC v. Meta Platforms, Inc.*, 1:20-c-v-03590-JEB (D.D.C. July 12, 2022) (asking about content shared or posted by "reciprocal follows"). A non-reciprocal follow occurs when User follows an account that does not follow User's account.

| | Location | Feature/Activity |
|---|---|---|
| 28. | Stories[41] | Viewing Story(ies) posted by an account that User follows that does not follow User. |
| 29. | Stories | Viewing Story(ies) posted by an account for a business, non-profit, or other organization that User follows that does not follow User. |
| 30. | Stories | Viewing Story(ies) posted by an Instagram Creator Account that User follows that does not follow User. |
| 31. | Stories | Viewing Story(ies) by a Personal Account with under 100 followers that User follows that does not follow User. |
| 32. | Stories | Viewing Story(ies) posted by any Personal Account that has between 100 and 999 followers that User follows that does not follow User. |
| 33. | Stories | Viewing Story(ies) posted by any Personal Account that has between 1,000 and 2,000 followers that User follows that does not follow User. |
| 34. | Stories | Viewing Story(ies) posted by any Personal Account that has between 2,001 and 10,000 followers that User follows that does not follow User. |
| 35. | Stories | Viewing Story(ies) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. |
| 36. | Stories | Viewing Story(ies) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. |
| 37. | Stories | Viewing Story(ies) posted by a celebrity or influencer that User follows that does not follow User. |
| 38. | Stories | Viewing Story(ies) posted by any Personal Account User follows that does not follow User, where User has never met the owner of the account in person or spoken to them individually. |
| 39. | Stories | Viewing Story(ies) posted by an account for a business, non-profit, or other organization that User follows and that follows User. |
| 40. | Stories | Viewing Story(ies) posted by an Instagram Creator Account that follows User and that User follows. |
| 41. | Stories | Viewing Story(ies) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. |

[41] Instagram Stories: A description of Instagram Stories as of June 24, 2022 can be found at https://about.instagram.com/features/stories [https://perma.cc/G9UG-HWHB].

14

| | Location | Feature/Activity |
|---|---|---|
| 42. | Stories | Viewing Story(ies) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. |
| 43. | Stories | Viewing Story(ies) posted by an account that User does not follow, and that does not follow User. |
| 44. | Stories | Viewing Story(ies) posted by a celebrity or influencer that User follows that does not follow User. |
| 45. | Stories | Viewing Sponsored Story(ies). |
| 46. | Stories | Reacting to or messaging in response to Story(ies) posted by an account User follows but that does not follow User. |
| 47. | Stories | Reacting to or messaging in response to Story(ies) posted by an account User follows and that follows User. |
| 48. | Stories | Reacting to or messaging in response to Story(ies) posted by an account that User does not follow, and that does not follow User. |
| 49. | Stories | Reacting to or messaging in response to Story(ies) posted by a celebrity or influencer that User follows that does not follow User. |
| 50. | Stories | Messaging in response to Sponsored Story(ies). |
| 51. | Live[42] | Viewing Live video(s) posted by an account User follows that does not follow User. |
| 52. | Live | Viewing Live video(s) posted by an account that User does not follow and that does not follow User. |
| 53. | Live | Viewing Live video(s) posted by an account User follows that follows User. |
| 54. | Shop[43] | Viewing content on Shops User does not follow. |
| 55. | Shop | Viewing content on Shops User follows. |
| 56. | Shop | Viewing content on Shops for You. |
| 57. | Explore/Popular | Viewing content from the Explore or Popular Page posted by an account that User does not follow. |
| 58. | Explore/Popular | Viewing content on the Explore or Popular Page posted by a celebrity or influencer that the User follows. |
| 59. | IGTV[44] | Watching video(s) on IGTV. |

[42] Instagram Live: A description of Live as of August 17, 2022 can be found at https://help.instagram.com/272122157758915 [https://perma.cc/7L6W-QMQA].

[43] Instagram Shop: A description of Shop as of June 24, 2022 can be found at https://help.instagram.com/194355285783006 [https://perma.cc/BF3X-7Y6W].

[44] IGTV: A description of IGTV dated June 20, 2018 can be found at https://about.instagram.com/blog/announcements/welcome-to-igtv [https://perma.cc/563M-GN9B].

| | Location | Feature/Activity |
|---|---|---|
| 60. | IGTV/Feed | Viewing preview(s) of IGTV video(s) on Feed. |
| 61. | Feed[45] | Viewing Sponsored post(s). |
| 62. | Feed | Viewing content posted by an account that User follows that does not follow User. |
| 63. | Feed | Posting to all of User's followers, encouraging them to attend an industry-networking event hosted by User's employer. |
| 64. | Feed | Viewing post(s) by an account User follows encouraging people to attend an industry-networking event hosted by the account's employer. |
| 65. | Feed | Posting content to a limited audience of five or fewer followers whose mobile telephone number User possessed prior to joining Instagram. |
| 66. | Feed | Viewing content that was posted to a limited audience of five or fewer followers whose mobile telephone number the User possessed prior to joining Instagram. |
| 67. | Feed | Posting Original content that encourages Users that reside in close physical proximity to one another to attend a local social event. |
| 68. | Feed | Viewing Original photo(s) posted by an account that User follows and that follows User, where neither follow was based on Suggested for you accounts.[46] |
| 69. | Feed | Viewing Original photo(s) posted by an account that User follows and that follows User, where either follow was based on Suggested for you accounts. |
| 70. | Feed | Viewing Original photo(s) posted by an account that User does not follow, and that does not follow User. |
| 71. | Feed | Viewing Original photo(s) posted by an account for a business, non-profit, or other organization that User follows but does not follow User. |
| 72. | Feed | Viewing Original photo(s) posted by an Instagram Creator Account that User follows but does not follow User. |
| 73. | Feed | Viewing Original photo(s) posted by any Personal Account with under 25 followers that User follows that does not follow User. |
| 74. | Feed | Viewing Original photo(s) posted by any Personal Account with 25-99 followers that User follows that does not follow User. |

[45] Instagram Feed: A description of Instagram Feed as of June 24, 2022 can be found at https://help.instagram.com/1986234648360433 [https://perma.cc/C86D-U9ZV].

[46] Suggestions For You: A description of suggestions as of August 22, 2022 can be found at https://help.instagram.com/530450580417848 [https://perma.cc/56DA-6BM6].

16

| | Location | Feature/Activity |
|---|---|---|
| 75. | Feed | Viewing Original photo(s) posted by any Personal Account with 100 to 999 followers that User follows that does not follow User. |
| 76. | Feed | Viewing Original photo(s) posted by any Personal Account with 1,000 to 1,999 followers that User follows that does not follow User. |
| 77. | Feed | Viewing Original photo(s) posted by any Personal Account that has between 2,000 and 10,000 followers that User follows that does not follow User. |
| 78. | Feed | Viewing Original photo(s) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. |
| 79. | Feed | Viewing Original photo(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. |
| 80. | Feed | Viewing Original photo(s) posted by a celebrity or influencer that User follows but does not follow User. |
| 81. | Feed | Viewing Original photo(s) posted by any account User follows that does not follow User, where User has never met the owner of the account in person or spoken to the owner individually. |
| 82. | Feed | Viewing Original photo(s) posted by an account for a business, non-profit, or other organization that User follows, and that follows User. |
| 83. | Feed | Viewing Original photo(s) posted by an Instagram Creator Account that follows User and that User follows. |
| 84. | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. |
| 85. | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. |
| 86. | Feed | Viewing a Paid partnership post[47] posted by an account User follows. |
| 87. | Feed | Viewing comments or reactions to content posted by an account User follows that does not follow User. |

---

[47] Branded Content on Instagram: A description of Branded Content on Instagram – Creators, Public Figures and Publishers as of August 17, 2022 can be found at https://help.instagram.com/116947042301556 [https://perma.cc/DTZ2-S2B3]. *E.g.*, Simone Biles and Athleta jointly post Biles wearing Athleta clothing.

17

|      | Location | Feature/Activity |
|------|----------|------------------|
| 88.  | Feed     | Viewing comments or reactions to content posted by an Instagram Creator Account that User follows that does not follow User. |
| 89.  | Feed     | Viewing comments or reactions to a post of Original photo(s) by a celebrity or influencer that User follows but does not follow User. |
| 90.  | Feed     | Viewing comments or reactions to Original photo(s) by an account User follows that has more followers than 99% of all accounts on Instagram. |
| 91.  | Feed     | Commenting on or reacting to Original photo(s) posted by an account User follows that follows User. |
| 92.  | Feed     | Commenting on or reacting to Original photo(s) posted by an account that User does not follow, but that follows User. |
| 93.  | Feed     | Commenting on or reacting to Original photo(s) posted by an account that User does not follow, and that does not follow User. |
| 94.  | Feed     | Commenting on or reacting to Paid partnership post(s) posted by an account User follows. |
| 95.  | Feed     | Commenting on or reacting to Original photo(s) posted by an account User follows that does not follow User. |
| 96.  | Feed     | Commenting on or reacting to Original photo(s) posted by a business, non-profit, or other organization that User follows that does not follow User. |
| 97.  | Feed     | Commenting on or reacting to Original photo(s) posted by an Instagram Creator Account that User follows that does not follow User. |
| 98.  | Feed     | Commenting on or reacting to Original photo(s) posted by a celebrity or influencer that User follows that does not follow User. |
| 99.  | Feed     | Commenting on or reacting to Original photo(s) by an account User follows that has more followers than 99% of all accounts on Instagram. |
| 100. | Feed     | Viewing Original video(s) posted by an account that User follows and that follows User, where neither follow was based on Suggested for you accounts. |
| 101. | Feed     | Viewing Original videos(s) posted by an account that User follows and that follows User, where either follow was based on Suggested for you accounts. |
| 102. | Feed     | Viewing Original video(s) posted by an account that User does not follow, and that does not follow User. |
| 103. | Feed     | Viewing Original video(s) posted by an account for a business, non-profit, or other organization that User follows that does not follow User. |

|      | **Location** | **Feature/Activity** |
|------|----------|------------------|
| 104. | Feed | Viewing Original video(s) posted by an Instagram Creator Account that User follows that does not follow User. |
| 105. | Feed | Viewing Original video(s) posted by any Personal Account with under 25 followers that User follows that does not follow User. |
| 106. | Feed | Viewing Original video(s) posted by any Personal Account with 25-99 followers that does not follow User. |
| 107. | Feed | Viewing Original video(s) posted by any Personal Account with 100 to 999 followers that does not follow User. |
| 108. | Feed | Viewing Original video(s) posted by any Personal Account with 1,000 to 1,999 followers that User follows that does not follow User. |
| 109. | Feed | Viewing Original video(s) posted by any Personal Account with between 2,000 and 10,000 followers that User follows that does not follow User. |
| 110. | Feed | Viewing Original video(s) posted by any Personal Account with over 10,000 followers that User follows that does not follow User. |
| 111. | Feed | Viewing Original video(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. |
| 112. | Feed | Viewing Original video(s) posted by a celebrity or influencer that User follows that does not follow User. |
| 113. | Feed | Viewing Original video(s) posted by any account User follows that does not follow User, where User has never met the owner of the account in person or spoken to them individually. |
| 114. | Feed | Viewing Original video(s) posted by an account for a business, non-profit, or other organization that User follows and that follows User. |
| 115. | Feed | Viewing Original video(s) posted by an Instagram Creator Account that follows User and that User follows. |
| 116. | Feed | Viewing Original video(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. |
| 117. | Feed | Viewing Original video(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. |
| 118. | Feed | Viewing Original video(s) posted by an account that User follows and that follows User. |
| 119. | Feed | Posting Original video(s). |
| 120. | Profile | Viewing User's own posts of Original photos. |

|  | Location | Feature/Activity |
|---|---|---|
| 121. | Profile | Viewing photo(s) in which User is tagged. |
| 122. | Profile | Viewing content on a profile of a Personal Account that User follows and that follows User. |
| 123. | Profile | Viewing content on a profile of a business, non-profit, or other organization that User follows and that follows User. |
| 124. | Profile | Viewing content on a profile of an account that User follows but does not follow User. |
| 125. | Profile | Viewing content on a profile of an Instagram Creator Account that User follows but does not follow User. |
| 126. | Profile | Viewing content on a profile of any Personal Account that User follows where User has never met the owner of the account in person or spoken to the owner individually. |
| 127. | Profile | Viewing posts on profile of account that User does not follow and that does not follow User. |
| 128. | Instagram Direct[48] | Sending or viewing message(s) to or from an account User follows that does not follow User. |
| 129. | Instagram Direct | Sending or viewing message(s) to or from an account User does not follow and that does not follow User. |
| 130. | Instagram Direct | Sending or viewing message(s) sent to a group of 2-5 other users. |
| 131. | Instagram Direct | Sending or viewing message(s) sent to a group of 6-10 other users. |
| 132. | Instagram Direct | Sending or viewing message(s) sent to a group of 11-20 other users. |
| 133. | Instagram Direct | Sending or viewing message(s) sent to a group of 21-30 other users. |
| 134. | Instagram Direct | Sending or viewing message(s) sent to a group of 31-50 other users. |
| 135. | Instagram Direct | Sending or viewing message(s) sent to a group of 51-100 other users. |
| 136. | Instagram Direct | Sending or viewing message(s) sent to a group of 101-199 other users. |
| 137. | Instagram Direct | Sending or viewing message(s) sent to a group of 200 or more other users. |
| 138. | Instagram Direct | Sending or viewing message(s) containing sender's Original photo(s). |
| 139. | Instagram Direct | Sending or viewing message(s) containing sender's Original videos(s). |

[48] An explanation of users sending a post they see on Instagram as a direct message as of August 22, 2022 can be found at https://help.instagram.com/1209246439090858 [https://perma.cc/2ETQ-2EDD].

|      | Location | Feature/Activity |
|------|----------|------------------|
| 140. | Instagram Direct | Sending or viewing message(s) containing content posted by an account User does not follow on Instagram. |
| 141. | Instagram Direct | Sending or viewing message(s) containing content posted by an account User follows that does not follow User. |
| 142. | Instagram Direct | Sending or viewing disappearing message(s). |
| 143. | Instagram Direct | Voice calling with one other user. |
| 144. | Instagram Direct | Voice calling with more than one other user. |
| 145. | Instagram Direct | Video calling with one other user. |
| 146. | Instagram Direct | Video calling with more than one other user. |

| | Location | Feature/Activity |
|---|---|---|
| | | **WHATSAPP** |
| 1. | WhatsApp | Posting or viewing Status(es).[49] |
| 2. | WhatsApp | Posting or viewing profile photo(s). |
| 3. | WhatsApp | Voice Calling[50] with one other user. |
| 4. | WhatsApp | Voice Calling with more than one other user. |
| 5. | WhatsApp | Video Calling[51] with one other user. |
| 6. | WhatsApp | Video Calling with a more than other user. |
| 7. | WhatsApp | Sending or viewing message(s) sent to one other user. |
| 8. | WhatsApp | Sending or viewing message(s) sent to a group of 2-5 other users. |
| 9. | WhatsApp | Sending or viewing message(s) sent to a group of 6-10 other users. |
| 10. | WhatsApp | Sending or viewing message(s) sent to a group of 11-20 other users. |
| 11. | WhatsApp | Sending or viewing message(s) sent to a group of 21-30 other users. |
| 12. | WhatsApp | Sending or viewing message(s) sent to a group of 31-50 other users. |
| 13. | WhatsApp | Sending or viewing message(s) sent to a group of 51-100 other users. |
| 14. | WhatsApp | Sending or viewing message(s) sent to a group of 100-199 other users. |
| 15. | WhatsApp | Sending or viewing message(s) sent to a group of more than 200 other users. |
| 16. | WhatsApp | Sending or viewing message(s) sent to a group that contains 2-5 people whose contact information (number *and* name) User does not possess. |
| 17. | WhatsApp | Sending or viewing message(s) sent to a group that contains 6-10 people whose contact information (number *and* name) User does not possess. |

[49] WhatsApp Status: A description of how to use WhatsApp Status as of August 19, 2022 can be found at https://faq.whatsapp.com/2538892862990242/?locale=en_US [https://perma.cc/G9T3-KV8Q].

[50] WhatsApp Voice Calling: A description of how to make a WhatsApp voice call as of August 19, 2022 can be found at https://faq.whatsapp.com/1576927845844091/?locale=en_US [https://perma.cc/888Z-2HRP].

[51] WhatsApp Video Calling: A description of how to make a WhatsApp Video Call as of August 19, 2022 can be found at https://faq.whatsapp.com/785056755306362/?locale=en_US [https://perma.cc/PF73-LARR].

|     | Location | Feature/Activity |
| --- | --- | --- |
| 18. | WhatsApp | Sending or viewing message(s) sent to a group that contains 11-20 people whose contact information (number *and* name) User does not possess. |
| 19. | WhatsApp | Sending or viewing message(s) sent to a group that contains 21-30 people whose contact information (number *and* name) User does not possess. |
| 20. | WhatsApp | Sending or viewing message(s) sent to a group that contains 31-50 people whose contact information (number *and* name) User does not possess. |
| 21. | WhatsApp | Sending or viewing message(s) sent to a group that contains 51-100 people whose contact information (number *and* name) User does not possess. |
| 22. | WhatsApp | Sending or viewing message(s) sent to a group that contains 100+ people whose contact information (number *and* name) User does not possess. |
| 23. | WhatsApp | Sending or viewing disappearing message(s). |
| 24. | WhatsApp | Sending or viewing message(s) containing link(s) (e.g., to a YouTube video or a NYT article). |
| 25. | WhatsApp | Sending or viewing message(s) containing sender's Original photo(s). |
| 26. | WhatsApp | Sending or viewing message(s) containing reshared photo(s). |
| 27. | WhatsApp | Sending or viewing message(s) containing sender's Original video(s). |
| 28. | WhatsApp | Sending or viewing message(s) containing reshared video(s). |

|  | Location | Feature/Activity |
|---|---|---|
| **MESSENGER** | | |
| 1. | Messenger | Posting Story(ies). |
| 2. | Messenger | Voice Calling[52] with one other user. |
| 3. | Messenger | Voice Calling with more than one other user. |
| 4. | Messenger | Video Calling with one other user. |
| 5. | Messenger | Video Calling[53] with more than one other user. |
| 6. | Messenger | Sending or viewing message(s) sent to one other user. |
| 7. | Messenger | Sending or viewing message(s) sent to a group of 2-5 other users. |
| 8. | Messenger | Sending or viewing message(s) sent to a group of 6-10 other users. |
| 9. | Messenger | Sending or viewing message(s) sent to group of 11-20 other users. |
| 10. | Messenger | Sending or viewing message(s) sent to a group of 21-30 other users. |
| 11. | Messenger | Sending or viewing message(s) sent to a group of 31-50 other users. |
| 12. | Messenger | Sending or viewing message(s) sent to a group of 51-100 other users. |
| 13. | Messenger | Sending or viewing message(s) sent to a group of 100-199 other users. |
| 14. | Messenger | Sending or viewing message(s) sent to a group of more than 200 other users. |
| 15. | Messenger | Viewing Stories. |
| 16. | Messenger | Sending or viewing message(s) to or from a contact that User is not Facebook Friends with. |
| 17. | Messenger | Sending or viewing message(s) to or from a contact that User connected with using PYMK. |
| 18. | Messenger | Sending or viewing a message to or from a contact that User did not connect with using PYMK. |
| 19. | Messenger | Sending or viewing disappearing message(s). |
| 20. | Messenger | Sending or viewing a message containing a link (e.g., to a YouTube video or a NYT article). |
| 21. | Messenger | Sending or viewing message(s) containing sender's Original photo(s). |

---

[52] Voice Calling: A description of how to Voice Call on Messenger as of August 19, 2022 can be found at https://www.facebook.com/help/messenger-app/1106443359454049 [https://perma.cc/C4A2-HZY5].

[53] Video Calling: A description of how to Video Call on Messenger as of August 19, 2022 can be found at https://www.facebook.com/help/messenger-app/1414800065460231/?helpref=related_articles [https://perma.cc/5JAP-596M].

|     | Location  | Feature/Activity |
|-----|-----------|------------------|
| 22. | Messenger | Sending or viewing message(s) containing reshared photo(s). |
| 23. | Messenger | Sending or viewing message(s) containing sender's Original video(s). |
| 24. | Messenger | Sending or viewing message(s) containing reshared video(s). |
| 25. | Messenger | Playing games on Play Together.[54] |

Dated: August 22, 2022                      Respectfully submitted,

                                         */s/ Mark C. Hansen*
                                         Mark C. Hansen (D.C. Bar No. 425930)
                                         KELLOGG, HANSEN, TODD,
                                           FIGEL & FREDERICK, P.L.L.C.
                                         1615 M Street, N.W., Suite 400
                                         Washington, D.C. 20036 (202) 623-7900
                                         mhansen@kellogghansen.com

                                         *Counsel for Defendant Meta Platforms, Inc.*

---

[54] Play Together: A description of Play Together as of August 22, 2022 can be found at https://www.facebook.com/help/messenger-app/549253825739224 [https://perma.cc/LF68-JVVG].