# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Civil Action No. 1:20-cv-03590 (JEB) |
| **META PLATFORMS, INC.**, | |
| Defendant. | |

### PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE TO META PLATFORMS, INC.'S LIST OF FEATURES OR ACTIVITIES

Pursuant to the Court's August 1, 2022 Order, ECF No. 165, and in response to Meta's August 22, 2022 List of Features or Activities for Classification ("Meta's List"), the Federal Trade Commission ("FTC") provides below its present position on whether each of the 322 features or activities identified in Meta's List is or is not within the definition of "personal social networking" alleged in the FTC's complaint. *E.g.*, Substitute Amended Complaint ("SAC") ¶¶ 166-169, ECF No. 81.

The FTC incorporates by reference all of its General and Specific Objections in its April 29, 2022 Objections and Responses to Defendant Meta Platforms, Inc.'s First Set of Interrogatories, as well as in its June 14, 2022 Supplemental Objections and Responses to Defendant Meta Platforms, Inc.'s First Set of Interrogatories ("Supplemental Response"). Moreover, the FTC responds here to the best of its present ability after a reasonably diligent inquiry and while discovery in this matter is ongoing, and thus the FTC reserves its right to supplement, revise, or correct any of its responses pursuant to Fed. R. Civ. P. 26(e). *See also*

ECF No. 165 at 2 ("If, at any point in the future, the FTC takes a different position on any such feature or activity, the FTC shall so supplement its response.").

In particular, the FTC is actively seeking documents, data, and testimony from Meta that will further inform the characteristics and usage of Meta's applications.  Moreover, such questions will likely be the subject of expert analysis as provided by the Court's Scheduling Order.  Scheduling Order at 1, ECF No. 103 (providing a deadline for expert discovery of January 5, 2024).  The FTC also reserves its right to revise its response if additional evidence and analysis shows that any features or activities have materially changed such that their classification varies depending on the time period assessed.

The table below reflects the FTC's item-by-item assessment and classification for each of the 322 features/activities identified by Meta on the Facebook, Instagram, Facebook Messenger, and WhatsApp applications at this time.

In sum, all of the features/activities identified by Meta for Facebook and Instagram are part of Meta's personal social networking offering, except Facebook Dating.  The FTC's classifications are driven in large part by the connection between the feature/activity and users' ability to share and experience each of the various features and activities with their social networks of friends, family, and personal connections in a shared social space—all built and maintained within the Facebook and Instagram applications—using Facebook's and Instagram's integrated and personalized social experiences.  *Cf.* SAC ¶ 166 (alleging "personal social networking services" are "online services that enable and are used by people to maintain personal relationships and share experiences with friends, family, and other personal connections in a shared social space"); *see also* Supplemental Response at 6-11 (describing how personal social networking is an integrated service that allows people to share personal updates and other

content with personal connections).  With the exception of Facebook Dating, the evidence presently available to the FTC suggests that the various features/activities identified by Meta for Facebook and Instagram are experienced and perceived by users, and/or are presented to users, as aspects of personal social networking, and users are engaging with that content along with their networks of friends, family, and personal connections, built and maintained within the respective applications, and using Facebook's and Instagram's integrated and personalized social experiences.  *See, e.g.*, Supplemental Response at 6-11 (discussing evidence of how Meta integrates various features of its apps, including with its "core social assets").

The FTC classifies Facebook Dating as outside of Meta's personal social networking offering because evidence suggests that Meta affirmatively cordons off Dating from Facebook's social networking service—that is, Facebook Dating is intentionally kept separate from users maintaining a personal network of friends, family, and other personal connections and sharing personal updates and other content with them.  *See, e.g.*, www.facebook.com/dating (last accessed September 12, 2022) ("A space just for Dating.  Your Facebook Dating profile and conversations won't be shared with anyone outside of Dating.").  The FTC has, however, also found evidence suggesting that Meta does offer the opportunity for users to use Facebook Dating as an experience shared with their personal network.  *See, e.g.*, FB_FTC_CID_05974730 (noting that, as of May 2019, Meta created a "Secret Crush" feature in Dating that allowed users to "create a private list of []Facebook friends that [the user] might be interested in").  This remains under evaluation and subject to further discovery by the FTC.

For Messenger and WhatsApp, by contrast, nearly all features/activities are outside the definition of personal social networking because both applications present a user experience dedicated to mobile messaging, rather than maintaining a network of friends, family, and

personal connections and sharing experiences with them in a shared social space.  Stories,

offered on Messenger, is the sole exception because it appears to be fully linked with Facebook's

personal social networking services (e.g., users automatically cross-post Stories between

Facebook and Messenger).  This, too, remains under evaluation and subject to further discovery

by the FTC.

The FTC's classifications are limited to the features/activities identified by Meta as they

are implemented on Facebook, Instagram, WhatsApp, and Messenger.  The FTC's classifications

have no implication for whether any specific feature or activity offered by a different product is

or is not within the definition of personal social networking.  For example, the FTC currently

classifies "Posting Original photo(s)" on Facebook's Feed as within the definition of "personal

social networking" in significant part because users engaged in that activity are doing so with

their network of friends, family, and personal connections, built and maintained within

Facebook, and using Facebook's integrated and personalized social experience.  Such

classification has no bearing on whether posting photos on any other website or product is within

or outside the definition of "personal social networking."

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 1 | Watch | Viewing publicly accessible video(s) on the "For You," "Live," "Music," "Gaming," "Following," "Saved," or "Shows" Tabs posted by a Page User follows. | Yes |
| **Facebook** | 2 | Watch | Viewing publicly accessible video(s) on the "For You," "Live," "Music," "Gaming," "Following," "Saved," or "Shows" Tabs posted by a person User follows that is not Facebook Friends with User. | Yes |
| **Facebook** | 3 | Watch | Viewing video(s) on the "For You," "Live," "Music," "Gaming," "Following," "Saved," or "Shows" Tabs posted by an account that is Facebook Friends with User. | Yes |
| **Facebook** | 4 | Watch | Viewing video(s) on the "For You," "Live," "Music," "Gaming," "Saved," or "Shows" Tabs posted by a Page or person User does not follow. | Yes |
| **Facebook** | 5 | Watch | Viewing advertisement(s). | Yes |
| **Facebook** | 6 | Marketplace | Viewing content of any form (such as Items for Sale) that was not posted by one of User's Facebook Friends. | Yes |
| **Facebook** | 7 | Marketplace | Viewing content of any form (such as Items for Sale) that was posted by one of User's Facebook Friends. | Yes |
| **Facebook** | 8 | Marketplace | Posting content of any form. | Yes |
| **Facebook** | 9 | Reels | Viewing Reel(s) posted by a Page User follows. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 10 | Reels | Viewing Reel(s) posted by a Public Figure or other Personal Account User follows that is not Facebook Friends with User. | Yes |
| **Facebook** | 11 | Reels | Viewing Reel(s) posted by User's Facebook Friend. | Yes |
| **Facebook** | 12 | Reels | Viewing Reel(s) posted by an account that is not a Facebook Friend of User or a person or Page User follows. | Yes |
| **Facebook** | 13 | Reels | Viewing Reel(s) posted by User's Facebook Friend that User did not use the People You May Know ("PYMK") feature to form a friendship with on the application. | Yes |
| **Facebook** | 14 | Reels | Viewing advertisement(s). | Yes |
| **Facebook** | 15 | Reels | Posting Reel(s) to a Public Audience. | Yes |
| **Facebook** | 16 | Reels | Posting Reel(s) to an audience limited exclusively to User's Facebook Friends. | Yes |
| **Facebook** | 17 | Reels | Commenting on or reacting to Reel(s) not posted by User's Facebook Friend or a person or Page User follows. | Yes |
| **Facebook** | 18 | Reels | Commenting on or reacting to Reel(s) posted by User's Facebook Friend. | Yes |
| **Facebook** | 19 | Reels | Commenting on or reacting to Reel(s) posted by a Page User follows. | Yes |
| **Facebook** | 20 | Groups | Viewing or posting content in a Group User joined based on the User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 21 | Groups | Viewing or posting content in a Group of any size where 0-15% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 22 | Groups | Viewing or posting content in a Group of any size where 16-50% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 23 | Groups | Viewing or posting content in a Group of any size where more than 50% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 24 | Groups | Viewing or posting content in a Group that contains more than 10,000 members. | Yes |
| **Facebook** | 25 | Groups | Viewing or posting content in a Group that contains between 1,001 and 10,000 members. | Yes |
| **Facebook** | 26 | Groups | Viewing or posting content in a Group that contains between 250 and 1,000 members. | Yes |
| **Facebook** | 27 | Groups | Viewing or posting content in a Group that contains fewer than 250 members. | Yes |
| **Facebook** | 28 | Groups | Viewing or posting content in a Group of any size regarding buying, selling, trading, or giving away items. | Yes |
| **Facebook** | 29 | Groups | Viewing or posting content in a Group focused on a geographic community, such as a neighborhood or city. | Yes |
| **Facebook** | 30 | Fundraisers & Donations | Donating to or creating fundraiser(s). | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 31 | Pages | Viewing or posting content on a Page. | Yes |
| Facebook | 32 | Games/Gaming | Playing game(s). | Yes |
| Facebook | 33 | Games/Gaming | Watching gaming video(s) or live stream gaming. | Yes |
| Facebook | 34 | Stories | Viewing Story(ies) posted by Facebook Friend. | Yes |
| Facebook | 35 | Stories | Viewing Sponsored Story(ies). | Yes |
| Facebook | 36 | Stories | Viewing Story(ies) posted by a Page User follows. | Yes |
| Facebook | 37 | Stories | Viewing Story(ies) posted by a Public Figure or other Personal Account User follows that is not Facebook Friends with User. | Yes |
| Facebook | 38 | Stories | Posting Story(ies). | Yes |
| Facebook | 39 | Live | Viewing Live video(s) posted by an account User follows that is not Facebook Friends with User. | Yes |
| Facebook | 40 | Live | Viewing Live video(s) posted by an account that is Facebook Friends with User. | Yes |
| Facebook | 41 | Live | Viewing Live video(s) posted by a Page or account User does not follow. | Yes |
| Facebook | 42 | Feed | Viewing advertisement(s). | Yes |
| Facebook | 43 | Feed | Posting to all of User's Facebook Friends encouraging them to attend an industry-networking event hosted by User's employer. | Yes |
| Facebook | 44 | Feed | Posting to User's Facebook Friends to promote User's small business. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 45 | Feed | Posting to a limited audience of User's Facebook Friends who are exclusively User's work colleagues. | Yes |
| Facebook | 46 | Feed | Viewing post(s) to all of poster's Facebook Friends encouraging them to attend an industry-networking event hosted by the poster's employer. | Yes |
| Facebook | 47 | Feed | Viewing content posted by User's Facebook Friend that User has never met in person, or spoken to individually. | Yes |
| Facebook | 48 | Feed | Posting content to a limited audience of five or fewer Facebook Friends whose mobile telephone number User possessed prior to joining Facebook. | Yes |
| Facebook | 49 | Feed | Viewing content that was posted to a limited audience of five or fewer Facebook Friends whose mobile telephone number the User possessed prior to joining Facebook. | Yes |
| Facebook | 50 | Feed | Viewing Original content that was posted by User's Facebook Friend that User did not use the PYMK feature to form a friendship with on the application. | Yes |
| Facebook | 51 | Feed | Posting Original content that encourages users that reside in close physical proximity to one another to attend a local social event. | Yes |
| Facebook | 52 | Feed | Viewing Original photo(s) posted by a Facebook Friend. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 53 | Feed | Posting Original photo(s). | Yes |
| Facebook | 54 | Feed | Viewing Original video(s) posted by a Facebook Friend. | Yes |
| Facebook | 55 | Feed | Posting Original video(s). | Yes |
| Facebook | 56 | Feed | Viewing comments or reactions to Original post(s) by a Facebook Friend. | Yes |
| Facebook | 57 | Feed | Viewing content (e.g., The New York Times ("NYT") article or 20 minute comedy routine from a famous comedian that was posted on YouTube) that was linked in a Facebook Friend's post. | Yes |
| Facebook | 58 | Feed | Viewing content that User's Facebook Friend reshared that was posted by a Page that Facebook Friend followed. | Yes |
| Facebook | 59 | Feed | Viewing content that User's Facebook Friend reshared that was posted in a Group that Facebook Friend joined or a Page that Facebook Friend followed. | Yes |
| Facebook | 60 | Feed | Viewing content that was posted by a Facebook Friend of one of User's Facebook Friends (who is not Facebook Friends with User) and reshared by User's Facebook Friend. | Yes |
| Facebook | 61 | Feed | Viewing content posted by a Public Figure or other Personal Account User follows or subscribes to on Facebook but is not Facebook Friends with. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 62 | Feed | Viewing content without a link posted by a Page User follows on Facebook. | Yes |
| **Facebook** | 63 | Feed | Viewing content linked in a post (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Page User follows on Facebook. | Yes |
| **Facebook** | 64 | Feed | Viewing content posted in a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. | Yes |
| **Facebook** | 65 | Feed | Viewing linked content (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. | Yes |
| **Facebook** | 66 | Feed | Viewing content posted from a Group of any size where 0-15% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 67 | Feed | Viewing content posted from a Group of any size where 16-50% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 68 | Feed | Viewing content posted from a Group of any size where more than 50% of pairs of members of the Group are Facebook Friends. | Yes |
| **Facebook** | 69 | Feed | Viewing content posted from a Group that contains more than 10,000 members. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 70 | Feed | Viewing content posted from a Group that contains between 1,001 and 10,000 members. | Yes |
| Facebook | 71 | Feed | Viewing content posted from a Group that contains between 250 and 1,000 members. | Yes |
| Facebook | 72 | Feed | Viewing content posted from a Group that contains fewer than 250 members. | Yes |
| Facebook | 73 | Feed | Viewing content posted from a Group of any size regarding buying, selling, trading, or giving away items. | Yes |
| Facebook | 74 | Feed | Viewing content posted from a Group focused on a geographic community, such as a neighborhood or city. | Yes |
| Facebook | 75 | Feed | Viewing comments or reactions to post(s) by a person User follows or subscribes to on Facebook but is not Facebook Friends with. | Yes |
| Facebook | 76 | Feed | Viewing comments or reactions to post(s) by a Page User follows. | Yes |
| Facebook | 77 | Feed | Viewing comments or reactions to a post(s) from a Group User has joined. | Yes |
| Facebook | 78 | Feed | Viewing Recommended video content that does not originate from people or Pages User follows or Groups User has joined. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 79 | Feed | Viewing Recommended user-generated non-video content that does not originate from User's Facebook Friends, or people or Pages User follows or subscribes to or Groups User has joined. | Yes |
| Facebook | 80 | Feed | Viewing PYMK content. | Yes |
| Facebook | 81 | Memories | Viewing content posted on Memories. | Yes |
| Facebook | 82 | Dating | Posting or viewing content on Facebook Dating. | No |
| Facebook | 83 | Photos | Viewing User's own library of photos User took. | Yes |
| Facebook | 84 | Timeline/Profile/Wall | Viewing photos of User posted on User's Timeline/Profile/Wall. | Yes |
| Facebook | 85 | Timeline/Profile/Wall | Viewing content from a Page that User's Facebook Friend reshared. | Yes |
| Facebook | 86 | Timeline/Profile/Wall | Viewing content that User's Facebook Friend reshared that was posted in a Group that a Facebook Friend joined. | Yes |
| Facebook | 87 | Timeline/Profile/Wall | Viewing content on a Timeline/Profile/Wall of User's Facebook Friend. | Yes |
| Facebook | 88 | Timeline/Profile/Wall | Viewing content on a Timeline/Profile/Wall of an account that User is not Facebook Friends with. | Yes |
| Facebook | 89 | Notifications | Viewing Notifications based on activity from User's Facebook Friends. | Yes |
| Facebook | 90 | Notifications | Viewing Notifications based on activity from any source other than User's Facebook Friends. | Yes |

13

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 91 | Messaging/Facebook Chat | Sending or viewing message(s) sent to one other Facebook Friend. | Yes |
| **Facebook** | 92 | Messaging/Facebook Chat | Sending or viewing message(s) sent to one other user who is not Facebook Friends with User. | Yes |
| **Facebook** | 93 | Messaging/Facebook Chat | Sending or viewing message(s)sent to a group of 2-5 other users. | Yes |
| **Facebook** | 94 | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 6-10 other users. | Yes |
| **Facebook** | 95 | Messaging/Facebook Chat | Sending or viewing message(s)sent to a group of 11-20 other users. | Yes |
| **Facebook** | 96 | Messaging/Facebook Chat | Sending or viewing message(s)sent to a group of 21-30 other users. | Yes |
| **Facebook** | 97 | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 31-50 other users. | Yes |
| **Facebook** | 98 | Messaging/Facebook Chat | Sending or viewing message(s) sent to a group of 51-100 other users. | Yes |
| **Facebook** | 99 | Messaging/Facebook Chat | Sending or viewing message(s)sent to a group of 101-199 other users. | Yes |
| **Facebook** | 100 | Messaging/Facebook Chat | Sending or viewing message(s)sent to a group of 200 or more other users. | Yes |
| **Facebook** | 101 | Messaging/Facebook Chat | Sending or viewing content that was posted elsewhere on Facebook (such as on Feed) by User's Facebook Friend. | Yes |
| **Facebook** | 102 | Messaging/Facebook Chat | Sending or viewing unconnected content that was posted elsewhere on Facebook (such as on Feed or on a Page). | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Facebook | 103 | Messaging/Facebook Chat | Sending or viewing message(s) to or from a contact that User connected with using PYMK. | Yes |
| Facebook | 104 | Messaging/Facebook Chat | Sending or viewing a message to or from a contact that User did not connect with using PYMK. | Yes |
| Facebook | 105 | Messaging/Facebook Chat | Sending or viewing a message containing a link (e.g., to a YouTube video or a NYT article). | Yes |
| Facebook | 106 | Messaging/Facebook Chat | Sending or viewing message(s) containing sender's Original photo(s). | Yes |
| Facebook | 107 | Messaging/Facebook Chat | Sending or viewing message(s) containing reshared photo(s). | Yes |
| Facebook | 108 | Messaging/Facebook Chat | Sending or viewing message(s) containing sender's Original video(s). | Yes |
| Facebook | 109 | Messaging/Facebook Chat | Sending or viewing message(s) containing reshared video(s). | Yes |
| Facebook | 110 | Messaging/Facebook Chat Rooms | Voice calling with one other user. | Yes |
| Facebook | 111 | Messaging/Facebook Chat Rooms | Voice calling with more than one other user. | Yes |
| Facebook | 112 | Messaging/Facebook Chat | Video calling with one other user. | Yes |
| Facebook | 113 | Messaging/Facebook Chat Rooms | Video calling with more than one other user. | Yes |
| Facebook | 114 | Pay | Paying or requesting or receiving payment from one of User's Facebook Friends. | Yes |
| Facebook | 115 | Pay | Paying or requesting or receiving payment from someone that User is not Facebook Friends with. | Yes |
| Facebook | 116 | Search | Using the Search feature to find Page(s) or Group(s) User is interested in. | Yes |

15

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Facebook** | 117 | Events | Viewing event(s) not posted by one of User's Facebook Friends. | Yes |
| **Facebook** | 118 | Events | Viewing event(s) posted by one of User's Facebook Friends. | Yes |
| **Facebook** | 119 | Questions | Posting or viewing content in Questions. | Yes |
| **Facebook** | 120 | Feedback | Pos tin g or vie wing content in Feedback. | Yes |
| **Facebook** | 121 | Places | Posting or viewing content in Places. | Yes |
| **Facebook** | 122 | Podcasts | Listening to Podcast(s) or Live Audio Room(s). | Yes |
| **Facebook** | 123 | News | Viewing content in News. | Yes |
| **Instagram** | 1 | Reels | Viewing Reel(s) posted by an account that User follows that does not follow User. | Yes |
| **Instagram** | 2 | Reels | Viewing Reel(s) posted by an account for a business, non-profit, or other organization that User follows that does not follow User. | Yes |
| **Instagram** | 3 | Reels | Viewing Reel(s) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| **Instagram** | 4 | Reels | Viewing Reel(s) posted by any Personal Account with under 100 followers that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 5 | Reels | Viewing Reel(s) posted by any Personal Account with between 100 and 999 followers that User follows that does not follow User. | Yes |
| Instagram | 6 | Reels | Viewing Reel(s) posted by any Personal Account with between 1,000 and 1,999 followers that User follows that does not follow User. | Yes |
| Instagram | 7 | Reels | Viewing Reel(s) posted by any Personal Account that has between 2,000 and 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 8 | Reels | Viewing Reel(s) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 9 | Reels | Viewing Reel(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. | Yes |
| Instagram | 10 | Reels | Viewing Reel(s) posted by a celebrity or influencer that User follows that does not follow User. | Yes |
| Instagram | 11 | Reels | Viewing Reel(s) posted by any Personal Account User follows that does not follow User, where User has never met the owner of the account in person or spoken to them individually. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 12 | Reels | Viewing Reel(s) posted by an account for a business, non- profit, or other organization that User follows and that follows User. | Yes |
| Instagram | 13 | Reels | Viewing Reel(s) posted by an Instagram Creator Account that follows User and that User follows. | Yes |
| Instagram | 14 | Reels | Viewing Reel(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 15 | Reels | Viewing Reel(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 16 | Reels | Viewing Reel(s) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 17 | Reels | Viewing advertisement(s). | Yes |
| Instagram | 18 | Reels | Viewing branded content in Reel(s). | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Instagram** | 19 | Reels | Posting Reel(s) to an audience limited to User's followers. | Yes |
| **Instagram** | 20 | Reels | Posting Reel(s) to a Public Audience. | Yes |
| **Instagram** | 21 | Reels | Viewing comments or reactions to Reel(s) posted by an account that User does not follow. | Yes |
| **Instagram** | 22 | Reels | Commenting on or reacting to Reel(s) posted by an account User follows that does not follow User. | Yes |
| **Instagram** | 23 | Reels | Viewing comments or reactions to Reel(s) posted by an account that User follows that does not follow User. | Yes |
| **Instagram** | 24 | Reels | Commenting on or reacting to Reel(s) posted by an account User follows and that follows User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 25 | Reels | Commenting on or reacting to Reel(s) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 26 | Reels | Viewing comments or reactions in response to Reel(s) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| Instagram | 27 | Reels | Commenting on or reacting to Reel(s) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| Instagram | 28 | Stories | Viewing Story(ies) posted by an account that User follows that does not follow User. | Yes |
| Instagram | 29 | Stories | Viewing Story(ies) posted by an account for a business, non- profit, or other organization that User follows that does not follow User. | Yes |
| Instagram | 30 | Stories | Viewing Story(ies) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| Instagram | 31 | Stories | Viewing Story(ies) by a Personal Account with under 100 followers that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 32 | Stories | Viewing Story(ies) posted by any Personal Account that has between 100 and 999 followers that User follows that does not follow User. | Yes |
| Instagram | 33 | Stories | Viewing Story(ies) posted by any Personal Account that has between 1,000 and 2,000 followers that User follows that does not follow User. | Yes |
| Instagram | 34 | Stories | Viewing Story(ies) posted by any Personal Account that has between 2,001 and 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 35 | Stories | Viewing Story(ies) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 36 | Stories | Viewing Story(ies) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. | Yes |
| Instagram | 37 | Stories | Viewing Story(ies) posted by a celebrity or influencer that User follows that does not follow User. | Yes |
| Instagram | 38 | Stories | Viewing Story(ies) posted by any Personal Account User follows that does not follow User, where User has never met the owner of the account in person or spoken to them individually. | Yes |

21

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 39 | Stories | Viewing Story(ies) posted by an account for a business, non- profit, or other organization that User follows and that follows User. | Yes |
| Instagram | 40 | Stories | Viewing Story(ies) posted by an Instagram Creator Account that follows User and that User follows. | Yes |
| Instagram | 41 | Stories | Viewing Story(ies) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 42 | Stories | Viewing Story(ies) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 43 | Stories | Viewing Story(ies) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 44 | Stories | Viewing Story(ies) posted by a celebrity or influencer that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 45 | Stories | Viewing Sponsored Story(ies). | Yes |
| Instagram | 46 | Stories | Reacting to or messaging in response to Story(ies) posted by an account User follows but that does not follow User. | Yes |
| Instagram | 47 | Stories | Reacting to or messaging in response to Story(ies) posted by an account User follows and that follows User. | Yes |
| Instagram | 48 | Stories | Reacting to or messaging in response to Story(ies) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 49 | Stories | Reacting to or messaging in response to Story(ies) posted by a celebrity or influencer that User follows that does not follow User. | Yes |
| Instagram | 50 | Stories | Messaging in response to Sponsored Story(ies). | Yes |

23

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Instagram** | 51 | Live | Viewing Live video(s) posted by an account User follows that does not follow User. | Yes |
| **Instagram** | 52 | Live | Viewing Live video(s) posted by an account that User does not follow and that does not follow User. | Yes |
| **Instagram** | 53 | Live | Viewing Live video(s) posted by an account User follows that follows User. | Yes |
| **Instagram** | 54 | Shop | Viewing content on Shops User does not follow. | Yes |
| **Instagram** | 55 | Shop | Viewing content on Shops User follows. | Yes |
| **Instagram** | 56 | Shop | Viewing content on Shops for You. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Instagram** | 57 | Explore/Popular | Viewing content from the Explore or Popular Page posted by an account that User does not follow. | Yes |
| **Instagram** | 58 | Explore/Popular | Viewing content on the Explore or Popular Page posted by a celebrity or influencer that the User follows. | Yes |
| **Instagram** | 59 | IGTV | Watching video(s) on IGTV. | Yes |
| **Instagram** | 60 | IGTV/Feed | Viewing preview(s) of IGTV video(s) on Feed. | Yes |
| **Instagram** | 61 | Feed | Viewing Sponsored post(s). | Yes |
| **Instagram** | 62 | Feed | Viewing content posted by an account that User follows that does not follow User. | Yes |
| **Instagram** | 63 | Feed | Posting to all of User's followers, encouraging them to attend an industry-networking event hosted by User's employer. | Yes |

25

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 64 | Feed | Viewing post(s) by an account User follows encouraging people to attend an industry-networking event hosted by the account's employer. | Yes |
| Instagram | 65 | Feed | Posting content to a limited audience of five or fewer followers whose mobile telephone number User possessed prior to joining Instagram. | Yes |
| Instagram | 66 | Feed | Viewing content that was posted to a limited audience of five or fewer followers whose mobile telephone number the User possessed prior to joining Instagram. | Yes |
| Instagram | 67 | Feed | Posting Original content that encourages Users that reside in close physical proximity to one another to attend a local social event. | Yes |
| Instagram | 68 | Feed | Viewing Original photo(s) posted by an account that User follows and that follows User, where neither follow was based on Suggested for you accounts. | Yes |
| Instagram | 69 | Feed | Viewing Original photo(s) posted by an account that User follows and that follows User, where either follow was based on Suggested for you accounts. | Yes |
| Instagram | 70 | Feed | Viewing Original photo(s) posted by an account that User does not follow, and that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 71 | Feed | Viewing Original photo(s) posted by an account for a business, non-profit, or other organization that User follows but does not follow User. | Yes |
| Instagram | 72 | Feed | Viewing Original photo(s) posted by an Instagram Creator Account that User follows but does not follow User. | Yes |
| Instagram | 73 | Feed | Viewing Original photo(s) posted by any Personal Account with under 25 followers that User follows that does not follow User. | Yes |
| Instagram | 74 | Feed | Viewing Original photo(s) posted by any Personal Account with 25-99 followers that User follows that does not follow User. | Yes |
| Instagram | 75 | Feed | Viewing Original photo(s) posted by any Personal Account with 100 to 999 followers that User follows that does not follow User. | Yes |
| Instagram | 76 | Feed | Viewing Original photo(s) posted by any Personal Account with 1,000 to 1,999 followers that User follows that does not follow User. | Yes |
| Instagram | 77 | Feed | Viewing Original photo(s) posted by any Personal Account that has between 2,000 and 10,000 followers that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 78 | Feed | Viewing Original photo(s) posted by any Personal Account that has over 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 79 | Feed | Viewing Original photo(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. | Yes |
| Instagram | 80 | Feed | Viewing Original photo(s) posted by a celebrity or influencer that User follows but does not follow User. | Yes |
| Instagram | 81 | Feed | Viewing Original photo(s) posted by any account User follows that does not follow User, where User has never met the owner of the account in person or spoken to the owner individually. | Yes |
| Instagram | 82 | Feed | Viewing Original photo(s) posted by an account for a business, non-profit, or other organization that User follows, and that follows User. | Yes |
| Instagram | 83 | Feed | Viewing Original photo(s) posted by an Instagram Creator Account that follows User and that User follows. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 84 | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 85 | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 86 | Feed | Viewing a Paid partnership post posted by an account User follows. | Yes |
| Instagram | 87 | Feed | Viewing comments or reactions to content posted by an account User follows that does not follow User. | Yes |
| Instagram | 88 | Feed | Viewing comments or reactions to content posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| Instagram | 89 | Feed | Viewing comments or reactions to a post of Original photo(s) by a celebrity or influencer that User follows but does not follow User. | Yes |
| Instagram | 90 | Feed | Viewing comments or reactions to Original photo(s) by an account User follows that has more followers than 99% of all accounts on Instagram. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 91 | Feed | Commenting on or reacting to Original photo(s) posted by an account User follows that follows User. | Yes |
| Instagram | 92 | Feed | Commenting on or reacting to Original photo(s) posted by an account that User does not follow, but that follows User. | Yes |
| Instagram | 93 | Feed | Commenting on or reacting to Original photo(s) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 94 | Feed | Commenting on or reacting to Paid partnership post(s) posted by an account User follows. | Yes |
| Instagram | 95 | Feed | Commenting on or reacting to Original photo(s) posted by an account User follows that does not follow User. | Yes |
| Instagram | 96 | Feed | Commenting on or reacting to Original photo(s) posted by a business, non-profit, or other organization that User follows that does not follow User. | Yes |
| Instagram | 97 | Feed | Commenting on or reacting to Original photo(s) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |
| Instagram | 98 | Feed | Commenting on or reacting to Original photo(s) posted by a celebrity or influencer that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 99 | Feed | Commenting on or reacting to Original photo(s) by an account User follows that has more followers than 99% of all accounts on Instagram. | Yes |
| Instagram | 100 | Feed | Viewing Original video(s) posted by an account that User follows and that follows User, where neither follow was based on Suggested for you accounts. | Yes |
| Instagram | 101 | Feed | Viewing Original videos(s) posted by an account that User follows and that follows User, where either follow was based on Suggested for you accounts. | Yes |
| Instagram | 102 | Feed | Viewing Original video(s) posted by an account that User does not follow, and that does not follow User. | Yes |
| Instagram | 103 | Feed | Viewing Original video(s) posted by an account for a business, non-profit, or other organization that User follows that does not follow User. | Yes |
| Instagram | 104 | Feed | Viewing Original video(s) posted by an Instagram Creator Account that User follows that does not follow User. | Yes |

31

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 105 | Feed | Viewing Original video(s) posted by any Personal Account with under 25 followers that User follows that does not follow User. | Yes |
| Instagram | 106 | Feed | Viewing Original video(s) posted by any Personal Account with 25-99 followers that does not follow User. | Yes |
| Instagram | 107 | Feed | Viewing Original video(s) posted by any Personal Account with 100 to 999 followers that does not follow User. | Yes |
| Instagram | 108 | Feed | Viewing Original video(s) posted by any Personal Account with 1,000 to 1,999 followers that User follows that does not follow User. | Yes |
| Instagram | 109 | Feed | Viewing Original video(s) posted by any Personal Account with between 2,000 and 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 110 | Feed | Viewing Original video(s) posted by any Personal Account with over 10,000 followers that User follows that does not follow User. | Yes |
| Instagram | 111 | Feed | Viewing Original video(s) posted by any Personal Account that has more followers than 99% of all other accounts, that User follows that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 112 | Feed | Viewing Original video(s) posted by a celebrity or influencer that User follows that does not follow User. | Yes |
| Instagram | 113 | Feed | Viewing Original video(s) posted by any account User follows that does not follow User, where User has never met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 114 | Feed | Viewing Original video(s) posted by an account for a business, non-profit, or other organization that User follows and that follows User. | Yes |
| Instagram | 115 | Feed | Viewing Original video(s) posted by an Instagram Creator Account that follows User and that User follows. | Yes |
| Instagram | 116 | Feed | Viewing Original video(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person or spoken to them individually. | Yes |
| Instagram | 117 | Feed | Viewing Original video(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account in person or spoken to them individually. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 118 | Feed | Viewing Original video(s) posted by an account that User follows and that follows User. | Yes |
| Instagram | 119 | Feed | Posting Original video(s). | Yes |
| Instagram | 120 | Profile | Viewing User's own posts of Original photos. | Yes |
| Instagram | 121 | Profile | Viewing photo(s) in which User is tagged. | Yes |
| Instagram | 122 | Profile | Viewing content on a profile of a Personal Account that User follows and that follows User. | Yes |
| Instagram | 123 | Profile | Viewing content on a profile of a business, non-profit, or other organization that User follows and that follows User. | Yes |
| Instagram | 124 | Profile | Viewing content on a profile of an account that User follows but does not follow User. | Yes |
| Instagram | 125 | Profile | Viewing content on a profile of an Instagram Creator Account that User follows but does not follow User. | Yes |
| Instagram | 126 | Profile | Viewing content on a profile of any Personal Account that User follows where User has never met the owner of the account in person or spoken to the owner individually, | Yes |
| Instagram | 127 | Profile | Viewing posts on profile of account that User does not follow and that does not follow User. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| Instagram | 128 | Instagram Direct | Sending or viewing message(s)to or from an account User follows that does not follow User. | Yes |
| Instagram | 129 | Instagram Direct | Sending or viewing message(s)to or from an account User does not follow and that does not follow User. | Yes |
| Instagram | 130 | Instagram Direct | Sending or viewing message(s)sent to a group of 2-5 other users. | Yes |
| Instagram | 131 | Instagram Direct | Sending or viewing message(s)sent to a group of 6-10 other users. | Yes |
| Instagram | 132 | Instagram Direct | Sending or viewing message(s)sent to a group of 11-20 other users. | Yes |
| Instagram | 133 | Instagram Direct | Sending or viewing message(s)sent to a group of 21-30 other users. | Yes |
| Instagram | 134 | Instagram Direct | Sending or viewing message(s)sent to a group of 31-50 other users. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Instagram** | 135 | Instagram Direct | Sending or viewing message(s)sent to a group of 51-100 other users. | Yes |
| **Instagram** | 136 | Instagram Direct | Sending or viewing message(s)sent to a group of 101-199 other users. | Yes |
| **Instagram** | 137 | Instagram Direct | Sending or viewing message(s)sent to a group of 200 or more other users. | Yes |
| **Instagram** | 138 | Instagram Direct | Sending or viewing message(s) containing sender's Original photo(s). | Yes |
| **Instagram** | 139 | Instagram Direct | Sending or viewing message(s) containing sender's Original videos(s). | Yes |
| **Instagram** | 140 | Instagram Direct | Sending or viewing message(s) containing content posted by an account User does not follow on Instagram. | Yes |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Instagram** | 141 | Instagram Direct | Sending or viewing message(s) containing content posted by an account User follows that does not follow User. | Yes |
| **Instagram** | 142 | Instagram Direct | Sending or viewing disappearing message(s). | Yes |
| **Instagram** | 143 | Instagram Direct | Voice calling with one other user. | Yes |
| **Instagram** | 144 | Instagram Direct | Voice calling with more than one other user. | Yes |
| **Instagram** | 145 | Instagram Direct | Video calling with one other user. | Yes |
| **Instagram** | 146 | Instagram Direct | Video calling with more than one other user. | Yes |
| **WhatsApp** | 1 | WhatsApp | Posting or viewing Status(es). | No |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **WhatsApp** | 2 | WhatsApp | Posting or viewing profile photo(s). | No |
| **WhatsApp** | 3 | WhatsApp | Voice Calling with one other user. | No |
| **WhatsApp** | 4 | WhatsApp | Voice Calling with more than one other user. | No |
| **WhatsApp** | 5 | WhatsApp | Video Calling with one other user. | No |
| **WhatsApp** | 6 | WhatsApp | Video Calling with a more than other user. | No |
| **WhatsApp** | 7 | WhatsApp | Sending or viewing message(s) sent to one other user. | No |
| **WhatsApp** | 8 | WhatsApp | Sending or viewing message(s)sent to a group of 2-5 other users. | No |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **WhatsApp** | 9 | WhatsApp | Sending or viewing message(s)sent to a group of 6-10 other users. | No |
| **WhatsApp** | 10 | WhatsApp | Sending or viewing message(s)sent to a group of 11-20 other users. | No |
| **WhatsApp** | 11 | WhatsApp | Sending or viewing message(s)sent to a group of 21-30 other users. | No |
| **WhatsApp** | 12 | WhatsApp | Sending or viewing message(s)sent to a group of 31-50 other users. | No |
| **WhatsApp** | 13 | WhatsApp | Sending or viewing message(s)sent to a group of 51-100 other users. | No |
| **WhatsApp** | 14 | WhatsApp | Sending or viewing message(s)sent to a group of 100-199 other users. | No |
| **WhatsApp** | 15 | WhatsApp | Sending or viewing message(s)sent to a group of more than 200 other users. | No |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **WhatsApp** | 16 | WhatsApp | Sending or viewing message(s)sent to a group that contains 2-5 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 17 | WhatsApp | Sending or viewing message(s)sent to a group that contains 6-10 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 18 | WhatsApp | Sending or viewing message(s)sent to a group that contains 11-20 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 19 | WhatsApp | Sending or viewing message(s)sent to a group that contains 21-30 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 20 | WhatsApp | Sending or viewing message(s)sent to a group that contains 31-50 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 21 | WhatsApp | Sending or viewing message(s)sent to a group that contains 51-100 people whose contact information (number *and* name) User does not possess. | No |
| **WhatsApp** | 22 | WhatsApp | Sending or viewing message(s)sent to a group that contains 100+ people whose contact info1mation (number *and* name) User does not possess. | No |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **WhatsApp** | 23 | WhatsApp | Sending or viewing disappearing message(s). | No |
| **WhatsApp** | 24 | WhatsApp | Sending or viewing message(s) containing link(s) (e.g., to a YouTube video or a NYT article). | No |
| **WhatsApp** | 25 | WhatsApp | Sending or viewing message(s) containing sender's Original photo(s). | No |
| **WhatsApp** | 26 | WhatsApp | Sending or viewing message(s) containing reshared photo(s). | No |
| **WhatsApp** | 27 | WhatsApp | Sending or viewing message(s) containing sender's Original video(s). | No |
| **WhatsApp** | 28 | WhatsApp | Sending or viewing message(s) containing reshared video(s). | No |
| **Messenger** | 1 | Messenger | Posting Story(ies). | Yes |
| **Messenger** | 2 | Messenger | Voice Calling with one other user. | No |
| **Messenger** | 3 | Messenger | Voice Calling with more than one other user. | No |

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Messenger** | 4 | Messenger | Video Calling with one other user. | No |
| **Messenger** | 5 | Messenger | Video Calling with more than one other user. | No |
| **Messenger** | 6 | Messenger | Sending or viewing message(s) sent to one other user. | No |
| **Messenger** | 7 | Messenger | Sending or viewing message(s)sent to a group of 2-5 other users. | No |
| **Messenger** | 8 | Messenger | Sending or viewing message(s)sent to a group of 6-10 other users. | No |
| **Messenger** | 9 | Messenger | Sending or viewing message(s)sent to group of 11-20 other users. | No |
| **Messenger** | 10 | Messenger | Sending or viewing message(s)sent to a group of 21-30 other users. | No |
| **Messenger** | 11 | Messenger | Sending or viewing message(s)sent to a group of 31-50 other users. | No |
| **Messenger** | 12 | Messenger | Sending or viewing message(s)sent to a group of 51-100 other users. | No |
| **Messenger** | 13 | Messenger | Sending or viewing message(s)sent to a group of 100-199 other users. | No |
| **Messenger** | 14 | Messenger | Sending or viewing message(s)sent to a group of more than 200 other users. | No |
| **Messenger** | 15 | Messenger | Viewing Stories. | Yes |
| **Messenger** | 16 | Messenger | Sending or viewing message(s)to or from a contact that User is not Facebook Friends with. | No |
| **Messenger** | 17 | Messenger | Sending or viewing message(s)to or from a contact that User connected with using PYMK. | No |

42

| Application | Number | Location | Feature/Activity | Included in "personal social networking"? |
|---|---|---|---|---|
| **Messenger** | 18 | Messenger | Sending or viewing a message to or from a contact that User did not connect with using PYMK. | No |
| **Messenger** | 19 | Messenger | Sending or viewing disappearing message(s). | No |
| **Messenger** | 20 | Messenger | Sending or viewing a message containing a link (e.g., to a YouTube video or a NYT article). | No |
| **Messenger** | 21 | Messenger | Sending or viewing message(s) containing sender's Original photo(s). | No |
| **Messenger** | 22 | Messenger | Sending or viewing message(s) containing reshared photo(s). | No |
| **Messenger** | 23 | Messenger | Sending or viewing message(s) containing sender's Original video(s). | No |
| **Messenger** | 24 | Messenger | Sending or viewing message(s) containing reshared video(s). | No |
| **Messenger** | 25 | Messenger | Playing games on Play Together. | No |