IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-03590-JEB |

**MOTION FOR ADMISSION PRO HAC VICE FOR COLLIN R. WHITE**

　　　　Pursuant to Local Civil Rule 83.2(d), Geoffrey M. Klineberg, a member of the bar of this Court and counsel for Defendant Meta Platforms, Inc., respectfully moves for admission and appearance of attorney Collin R. White pro hac vice in the above-captioned matter as counsel for Defendant Meta Platforms, Inc.

　　　　In support of this motion, Movant states as follows:

　　　　1.　　Mr. White's full name is Collin Randall White.

　　　　2.　　Mr. White is a licensed attorney practicing at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., 1615 M Street N.W., Suite 400, Washington, D.C. 20036, telephone number (202) 326-7900.

　　　　3.　　Mr. White is a member in good standing of the State Bars of the District of Columbia and New York. He is also admitted to the U.S. Court of Appeals for the Sixth Circuit, Ninth Circuit, and Tenth Circuit.

　　　　4.　　Mr. White has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. His is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. White has not been admitted pro hac vice in this Court within the last two years.

6. Mr. White does engage in the practice of law from an office located in the District of Columbia and is a member of the District of Columbia state bar.

7. A declaration signed by Mr. White, certifying the foregoing information, is annexed hereto.

WHEREFORE, Mr. Geoffrey M. Klineberg requests that Collin R. White be granted leave to appear and practice pro hac vice on behalf of Defendant Meta Platforms, Inc. in the above-captioned matter.

Dated: November 3, 2022

Respectfully Submitted,

*/s/ Geoffrey M. Klineberg*
Geoffrey M. Klineberg (D.C. Bar No. 444503)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
gklineberg@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*