IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR COLLIN R. WHITE

I, COLLIN R. WHITE, declare as follows:

1. I am counsel for Defendant Meta Platforms, Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Collin Randall White.

3. I am an attorney with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. My office address is 1615 M St. NW, Suite 400, Washington, D.C. 20036. My telephone number is (202) 326-7925.

4. I have been admitted to the District of Columbia state bar (#1031005), the New York state bar (#5276654), the U.S. Court of Appeals for the Sixth Circuit, Ninth Circuit, and Tenth Circuit. I am a member in good standing of those bars and courts.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted pro hac vice in this Court.

7. I engage in the practice of law from an office located in the District of Columbia,

and I am a member of the District of Columbia state bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2022.

Respectfully Submitted,

/s/ 
Collin R. White (D.C. Bar No. 1031005)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7925
cwhite@kellogghansen.com