# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## [PROPOSED ORDER] GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR COLLIN R. WHITE

This Court has reviewed the Defendant Meta Platforms, Inc.'s Motion for Admission Pro Hac Vice for Collin R. White. Upon consideration of that motion, the Court grants Collin R. White admission pro hac vice to this Court.

SO ORDERED.

DATE:_____

_____
Hon. James E. Boasberg
United States District Judge