AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Federal Trade Commission )
Plaintiff )
v. ) Case No. 1:20-cv-03590
Meta Platform )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Movant Sequoia Capital Operations, LLC.

Date: 11/03/2022

/s/ Samer M. Musallam
*Attorney's signature*

Samer M. Musallam 986077
*Printed name and bar number*

2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
*Address*

samer.musallam@ropesgray.com
*E-mail address*

(202) 508-4600
*Telephone number*

(202) 508-4650
*FAX number*