```
                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
---------------------------X

FEDERAL TRADE COMMISSION,

           Plaintiff

               v.            Civil Action 20-3590 (JEB)

META PLATFORMS, INC.,

           Defendant

----------------------------X
                               Washington, D.C
                               Wednesday, June 22, 2022
                               11:00 a.m.

         TRANSCRIPT OF A VIDEO STATUS CONFERENCE
          BEFORE THE HONORABLE JAMES E. BOASBERG
             UNITED STATES DISTRICT JUDGE
APPEARANCES:

For the Plaintiff:   Abby L. Dennis, Esq.
                     Daniel John Matheson, Esq.
                     FEDERAL TRADE COMMISSION
                     Constitution Center
                     400 7th Street SW
                     Washington, DC 20024
                     (202) 326-2381


For the Defendant:   Mark Charles Hansen, Esq.
                     Geoffrey M. Klineberg, Esq.
                     Kevin J. Miller, Esq.
                     Kevin Huff, Esq.
                     KELLOGG, HANSEN, TODD,
                     FIGEL & FREDERICK, PLLC
                     1615 M Street, NW, Suite 400
                     Washington, DC 20036
                     (202) 326-7904




Court Reporter:      Lisa Walker Griffith, RPR
                     U.S. District Courthouse, Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247
```

**P R O C E E D I N G S**

THE COURTROOM DEPUTY:  This is civil action 20-3590. *FTC versus Meta Platforms, Inc.*

Beginning with counsel for the plaintiff, please identify yourselves for the record.

MS. DENNIS:  Good morning, Abby Dennis for the Federal Trade Commission, and with me on the phone, I believe, is my colleague Dan Matheson.

THE COURT:  Okay.  Good morning.

MS. DENNIS:  Good morning, Your Honor.

MR. HANSEN:  Good morning, Your Honor.  Mark Hansen, along with my partners, Jeff Klineberg, Kevin Huff, Kevin Miller and Ken Fetterman.  Also with us is Kristen Dubois (ph), the Director and Associate General Counsel, Litigation at Meta.

THE COURT:  Okay. Good morning to you folks.  We're here today.  I've gotten status reports.  There are a number of discovery disputes.  Good news is I think you folks have generally teed them up, and they're not too extensive.  So that's a plus.

So let's, why don't we go through these in order?  So let's start with Meta request to the FTC, and the first is document requests.  So, the main point here, Ms. Dennis, seems to be a privilege issue on eight documents.  Can you give me an update on whether you have produced any of the

1  eight or whether you intend to assert a privilege in regard

2  to at least parts of each of those documents?

3        MS. DENNIS:  Yes, Your Honor.  I'm happy to report

4  that the parties have made some progress here in providing a

5  path forward to resolution of the issues with the Court.

6        THE COURT:  Those are words I always like to hear.

7  So please continue.

8        MS. DENNIS:  So, yes, Your Honor.  We do intend to

9  assert privileges on the eight documents that we provided

10  Congress.  Stay the joint status report.  We will be

11  providing a privilege log to Meta on June 28, along with

12  supporting declaration.

13        At that time, Meta has agreed to review that

14  information and file its motion to compel, if any, on July

15  5th of a page limit of 30 pages, again, with Your Honor's

16  permission obviously.  The FTC will file its opposition with

17  a page limit of 30 pages on July 19th.  And Meta will file

18  its reply with a page limit of 15 pages on July 26, again,

19  with Your Honor's permission.

20        THE COURT:  Okay.  So that's how you folks will wish

21  to proceed on the privilege issue, Ms. Dennis; is that

22  correct?

23        MS. DENNIS:  That's correct, Your Honor.

24        THE COURT:  Okay.  Mr. Hansen, agree with that?

25        MR. HANSEN:  Yes, Your Honor.  We think that's the

1    most effective path forward.

2            THE COURT:  Okay.  Let's move to the

3    interrogatories.  So according to the status report, those

4    were expected to be produced June 14 -- I'm sorry.  They were

5    supposed to be responsive June 14th.  Did that in fact

6    happen, Ms. Dennis?

7            MS. DENNIS:  Yes, Your Honor.  We provided

8    supplemental responses to Interrogatories 10, 11 and 12 on

9    June 14th.  Meta informed us on June 20th that they still

10   find those deficient.  We had a brief meet and confer

11   yesterday.  We obviously did not believe they're deficient,

12   but the parties have agreed again on a path forward to

13   resolve this issue with the Court again with Your Honor's

14   permission.

15           Meta will file any motion to compel with a page

16   limit of 20 pages on June 30th.  The FTC will file its

17   opposition with a page limit of 20 pages on July 14th.  And

18   Meta will file its reply with a page limit of 10 pages on

19   July 21st, again, with the Court's permission.

20           THE COURT:  Okay.  Again, I'm particularly thorny on

21   legal issues, and privilege may be one of them.  I agree that

22   briefing is helpful to me.  I'm certainly not looking to have

23   briefing and then written opinions on every discovery

24   dispute.  So, again, I may rule orally on some of that.  I'll

25   have to think about that.

1    Those also are getting teed up very shortly before
2    vacation, August vacation I'm taking. So again, that may not
3    be optimal in terms of quick resolution. But okay, I'll
4    accept that.
5    So the third then is non party discovery. And the
6    FTC wants a concrete deadline for the exchange of non party
7    productions.
8    Mr. Hansen, where does Meta stand on that?
9    MR. HANSEN: I'll defer to Ms. Dennis, but I don't
10   believe we have that issue at this point, Your Honor.
11   THE COURT: Okay. Ms. Dennis.
12   MS. DENNIS: That's correct, Your Honor. The
13   parties have agreed to hold that issue in abeyance and see
14   how the schedule that Meta has proposed as far as rolling
15   productions of third parties within a, I think, it's five or
16   ten business days after production of those documents occur
17   and see if that works out. If not, we might need to raise
18   the issue again. But we'll see how that goes.
19   THE COURT: Okay. There was also the issue about
20   parties filing a list of non -- the parties filing a list of
21   non parties that have received Rule 45 subpoenas.
22   Ms. Dennis, where do you folks stand on that now?
23   MS. DENNIS: Your Honor, the FTC has agreed that we
24   won't file that on the docket. We thought it would assist
25   Your Honor. Meta, I believe, is taking it back to their

1  client to determine how best to proceed with third party
2  requests regarding -- you know, certain third parties had
3  asked for that information from the FTC.  We hope to get it
4  back shortly, but right now there's no present dispute for
5  the Court.
6           THE COURT:  Okay.  So as my review of the status
7  report, those were the three categories of issues, document
8  requests, interrogatories, non party discovery for Meta
9  requests to the FTC.
10          Ms. Dennis, do you agree that that resolves the
11 disputed issues in Meta's requests?
12          MS. DENNIS:  That's correct.
13          THE COURT:  Mr. Hansen?
14          MR. HANSEN:  Yes, Your Honor.
15          THE COURT:  Okay.  Let's move then to the flip side,
16 which is FTC's request to Meta.  Now, let's go to document
17 requests and the big issue was that FTC wanted Meta to begin
18 production, and at least a rolling production as well as
19 identifying share drives and other shared resources from
20 which it will collect documents.
21          Now there was supposed to be an update on June 30th
22 is what you folks proposed in your last status report.  And
23 obviously, were having the status before that could have
24 occurred.
25          But, Ms. Dennis, do you want to tell me where

1   negotiations on those two issues stand?
2           MS. DENNIS:  Yes, Your Honor.  I'm happy to report
3   progress on those fronts as well.  With respect to the first
4   issue regarding Meta rolling document productions, on June
5   16th the parties finally reached agreement on the scope of
6   Meta's custodial searches in response to the FTC's first RFPs
7   which were served in February.
8           Meta has represented to us that they are in the
9   process of loading those documents for review now.  We have
10  asked for Meta to provide a date certain by which they will
11  complete production of those documents.  And we think that's
12  important for moving discovery along, so we can begin
13  depositions in earnest and keep to the fact discovery
14  deadline Your Honor set for May of 2023.
15          Meta has agreed to provide us that information in
16  mid to late July.  The parties thus agreed that the June 30th
17  proposed report is no longer necessary.  But in lieu of that
18  report, we'd like to submit something briefly on July 29th
19  that gives Your Honor an update as to Meta document
20  productions and information on when Meta believes they will
21  be completing the custodial production.
22          THE COURT:  So this would be a joint status report
23  July 29th regarding Meta production?
24          MS. DENNIS:  Correct.  And the parties -- I don't
25  want to speak for Mr. Hansen, but the FTC is hoping that can

1  be very brief.
2           THE COURT: Okay. And that relates to both of the
3  principle issues that you raised in the status report?
4           MS. DENNIS: No, Your Honor. The second issue with
5  the collaborative work space environment, we have further met
6  and conferred, and we think we have a resolution on that
7  front. Meta has agreed to provide a list of those locations
8  of shared sources and collaborative work environments from
9  which it has produced documents on a rolling basis as it
10 completes production. With that agreement, the parties have
11 no present dispute for this Court on this issue.
12          THE COURT: Okay.
13          Mr. Hansen, do you agree on both -- you don't need
14 to say whether the joint status report will be brief or not,
15 but that there will be a joint status report July 29th on
16 Meta production, and that's the only -- that's all that I
17 need to address in terms of FTC requests to you folks?
18          MR. HANSEN: Yes, Your Honor. Just a slight
19 qualification. We agreed to provide and the best estimate of
20 completion of production, but obviously, that's going to be
21 an estimate. We're still collecting documents. But the FTC
22 has asked for documents going through June 30th. So
23 obviously, anything at this point can only be an estimate,
24 not a commitment.
25          THE COURT: Okay. All right. Well, I'm impressed

1  that you folks have made substantial progress in cooperation
2  and that I'm not here resolving too many conflicts.  That's,
3  seems to me, progress from the last time around.
4         I also, Mr. Hansen, you filed a motion for the
5  issuance of letters of request for international judicial
6  assistance.  I believe the FTC doesn't oppose that.
7  Ms. Dennis, is that correct?
8         MS. DENNIS:  That's correct, Your Honor.
9         THE COURT:  All right.  So, Mr. Hansen, I'll issue a
10 minute order granting that motion today.
11        Anything else on that, Mr. Hansen?
12        MR. HANSEN:  No, Your Honor.
13        THE COURT:  Okay.  I believe then that that covers
14 everything.  Do we want to -- I'm happy to set a further
15 status down the road, or you folks can just adhere to what we
16 talked about in the initial scheduling order which relates to
17 periodic reports.
18        Ms. Dennis, any reason why we need to set anything
19 now?
20        MS. DENNIS:  No, Your Honor.  I think the next one
21 is August 31st, and that works for the FTC, provided again we
22 can have the small (inaudible) on the 29th of July regarding
23 Meta's document production.
24        THE COURT:  Right.  Again, I will try to issue
25 opinions or rule orally on these, the discovery issues

1    regarding Meta requests to the FTC.  Timing may be a little
2    bit tricky, but I'll do what I can on that.
3           So then any other issues that the FTC wishes to
4    raise today?
5           MS. DENNIS:  No, Your Honor.
6           THE COURT:  All right.  Just so it's clear, I'll
7    issue a minute order that memorializes what we've talked
8    about just in terms of next steps.  I'm not going to
9    memorialize agreements that you folks have reached.  You
10   folks can do that as you wish.
11          But just confirming, Mr. Hansen, that on the
12   interrogatories, it's going to be Meta that's filing its
13   opening brief on June 30th?  Is that correct?  Just as Meta
14   is going to file the opening brief regarding the privilege
15   issue on July 5th?
16          MR. HANSEN:  Yes, Your Honor.
17          THE COURT:  All right.  Then, Mr. Hansen, same
18   issues for you, namely any reason we need to set any kind of
19   hearing prior or in addition to what we've already gotten in
20   the scheduling order?
21          MR. HANSEN:  No, Your Honor.  I would just say we
22   really appreciate the Court's patience in hearing us on these
23   two issues.  We've tried to not bring the ticky tacky issues
24   to be resolved formally to the Court.  But on the two issues
25   that both sides agree should be briefed, Your Honor, these

1   are really fundamental legal issues in the case.

2           We really do think it's most fair to the Court to

3   give you a written record on those because both parties have

4   very strongly held positions on.  So we apologize for

5   burdening the Court, but we have tried to (inaudible) without

6   bringing a whole bunch of ticky tacky disputes to you.

7           THE COURT:  Thank you.  And any other issues that

8   you want to raise this morning?

9           MR. HANSEN:  No, Your Honor.  We appreciate your

10  giving us time this morning.

11          THE COURT:  Again, as I said before, my hope is to

12  handle all of these discovery disputes in a streamlined and

13  efficient way as possible, not to refer them to magistrate

14  judges, not to let them languish.  I hope that everybody

15  wants rulings to keep the case moving.

16          And to the extent that you folks continue to

17  collaborate and meet and confer, and narrow issues for me, I

18  think that will be to everybody's benefit.  So I appreciate

19  the fact that you made progress in the week since you even

20  filed your status report.  I will issue a minute order

21  memorializing what we have stated today.  And I look forward

22  to receiving your briefs over the next few weeks.  Okay.

23  Thanks so much, everyone.

24          MR. HANSEN:  Thank you.

25          MS. DENNIS:  Thank you, Your Honor.

```
 1                  (Proceedings concluded at 11:18 a.m.)
 2
 3
 4                                  oo0oo
 5
 6
 7                          CERTIFICATE OF REPORTER
 8                      I, Lisa Walker Griffith, certify that
 9   the foregoing is a correct transcript from the record of
10   the remotely reported proceedings in the above-entitled
11   matter, and is subject to the technological limitations of
12   court reporting remotely.
13
14
15
16   _____  7-11-2022
     Lisa Walker Griffith, RPR                Date
17
```