IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**NOTICE OF JOINT MOTION FOR ISSUANCE OF
<u>LETTERS OF REQUEST</u>**

Plaintiff, the United States Federal Trade Commission (the "FTC"), and Defendant, Meta Platforms, Inc. ("Meta" and, together with the FTC, the "Parties"), respectfully request that this Court execute, under its seal and signature, the attached letters of request for International Judicial Assistance under the Hague Convention on Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") to non-parties located in the Republic of Korea.  The requests seek documents from:

Kakao Corporation
242 Cheomdan-ro, Jeju-si
Jeju-do, 63309 Republic of Korea

The requests seek deposition testimony from employees affiliated with Kakao Corporation:

Mr. Chang-hee Park
Attn: Mr. Chang-hee Park, Chief Product Officer of KakaoTalk (former)
Kakao Enterprise Corp.
3/F 235 Pangyoyeok-ro
Bundang-gu
Seongnam, Gyeonggi
13494 Republic of Korea

Ms. Hyunjoo Chung
Attn: Ms. Hyunjoo Chung, Vice President
Kakao Corporation
242 Cheomdan-ro, Jeju-si
Jeju-do, 63309 Republic of Korea

For the reasons set forth in more detail in the accompanying Memorandum in support of this Motion, the Parties respectfully request that the Court grant this motion and execute the attached letters of requests.

Dated: November 8, 2022

Respectfully submitted,

By: */s/ Noel Miller*
Noel Miller (D.C. Bar 1026068)
Daniel Matheson (D.C. Bar 502490)
Jennifer Tarr
FEDERAL TRADE COMMISSION
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Tel: (202) 326-2075
nmiller2@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

By: */s/ Mark Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*