```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
---------------------------X

 FEDERAL TRADE COMMISSION,

            Plaintiff

                v.              Civil Action 20-3590 (JEB)

META PLATFORMS, INC.,

            Defendant

---------------------------X
                                  Washington, D.C
                                  Thursday, November 10, 2022
                                  10:00 a.m.

         TRANSCRIPT OF A REMOTE MOTION TO QUASH
         BEFORE THE HONORABLE JAMES E. BOASBERG
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiff: Owen Masters, Esq.
                   Nathan Brenner, Esq.
                   FEDERAL TRADE COMMISSION
                   Constitution Center
                   400 7th Street SW
                   Washington, DC 20024
                   (202) 326-3134

For Movant Sequoia    Samer Makram Musallam, Esq.
Capital Operations:   Glenn Dalakian, Esq.
                      Logan Hovie, Esq.
                      ROPES & GRAY LLP
                      2099 Pennsylvania Avenue, NW
                      Washington, DC 20006
                      (202) 508-4850

Court Reporter:    Lisa Walker Griffith, RPR
                   U.S. District Courthouse, Room 6507
                   Washington, D.C.  20001
                   (202) 354-3247

```
APPEARANCES:  (Cont'd.)

For Defendant:       Collin White, Esq.
                     DAVIS POLK & WARDWELL LLP
                     450 Lexington Avenue
                     New York, NY 10017
                     (212) 450-4000
```

**P R O C E E D I N G S**

1
2       THE COURTROOM DEPUTY: This is Civil Case 2020-3590,
3  Federal Trade Commission v. Meta Platforms, Inc.
4       Counsel, please introduce yourselves for the record,
5  beginning with the plaintiff.
6       MR. MASTERS: Hello. Owen Masters and Nathan
7  Brenner for the Federal Trade Commission.
8       THE COURT: Good morning.
9       MR. WHITE: Collin White for Meta Platforms, Inc.
10      THE COURT: Good morning.
11      MR. MUSALLAM: Good morning, Your Honor. Samuel
12 Musallam from Ropes and Gray, representing the movant,
13 Sequoia Capital Operations. And with me are my colleagues
14 Glenn Dalakian and and Logan Hovie.
15      THE COURT: Thanks so much. Good morning to you
16 folks.
17      This is on a motion to quash. Have you proposed a
18 time limit for the depositions, Mr. Masters and Mr. Brenner?
19      MR. MASTERS: Yes, Your Honor, we've offered to
20 discuss time limits with counsel. I think the sticking point
21 hasn't been accommodations. The sticking point up until now
22 has been whether there should be any deposition at all.
23      THE COURT: What is -- have you proffered a proposal
24 or would you offer me a proposal in terms of time limit?
25      MR. MASTERS: Your Honor, we would be happy to

1   discuss that with counsel.  I think we, with respect to
2   Mr. Botha, I think we hoped to be able to get done with his
3   deposition in under three hours.  With respect to Mr. Goetz,
4   there is a significantly longer time period we have to cover.
5   And Your Honor, we didn't know Mr. Musallam would be
6   representing Mr. Goetz until last Friday.  So we have had
7   substantive discussions around that timing.
8           THE COURT:  I'll tell you, Mr. Musallam, the motion,
9   it seems to me to amount largely to a 'we'd prefer not to.'
10  I have to say, I don't think this is a close call.  I know
11  there are a lot of close calls and hard calls in discovery in
12  this case, but I don't think this is one.  My feeling is you
13  should take whatever you can get in terms of hourly limits.
14  But I'm certainly not going to quash the subpoenas.  I think
15  they're entirely valid.
16          So do you want to propose times so we can see if we
17  can agree to it today or do you think it would be more
18  beneficial for you to directly chat with the FTC?
19          MR. MUSALLAM:  Thank you, Your Honor.  Understood.
20  I think it would probably be helpful to speak with the FTC.
21  Also understand from Meta's side how long they need as well.
22  I can see three hours, plus three hours being the full thing.
23  So, but understood and respect your decision, Your Honor.
24          THE COURT:  Okay.  You may have a good point, Mr.
25  Musallam.  I completely forgot that Meta would also want to

1      be deposing these folks.
2              So, Mr. White, didn't mean to preclude you from
3      doing any of that.
4              So I am going to deny the motion to quash.  If you
5      folk can't agree on times, which I hope you will be able to
6      to do, you can come back to me.  But I trust you will be able
7      to do so.  Anything else I need address today for the
8      government?
9              MR. MASTERS:  No, Your Honor, thank you.
10             THE COURT:  Meta?
11             MR. WHITE:  No, thank you.
12             THE COURT:  Mr. Musallam?
13             MR. MUSALLAM:  No, Your Honor.
14             THE COURT:  Thanks gentlemen, have a nice weekend.
15     I don't know if it will be a long one for you but it will be
16     for me.  So I'll talk to you soon.  Take care.
17             (Whereupon, at 10:05 a.m., the hearing concluded.)

CERTIFICATE OF REPORTER

              I, Lisa Walker Griffith, certify that the foregoing is a correct transcript from the record of the remotely reported proceedings in the above-entitled matter, and is subject to the technological limitations of court reporting remotely, including signal interference and other restrictions.

_____   11-14-22
Lisa Walker Griffith, RPR                    Date