IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT STATUS REPORT**

Pursuant to the Minute Order issued October 31, 2022, Meta Platforms, Inc. and Snap Inc. submit the following Joint Status Report.

The parties have resolved many of the issues set forth in their October 27, 2022 filings, and do not have any issues that require Court intervention at this time. If further assistance of the Court is required, the parties will contact Chambers in accordance with the procedures set forth in the Court's Scheduling Order.

Dated: November 21, 2022

Respectfully submitted,

By: */s/ Mark C. Hansen*
    Mark C. Hansen (D.C. Bar No. 425930)
    Kevin B. Huff (D.C. Bar No. 462043)
    Ana Nikolic Paul (D.C. Bar No. 1531904)
    Kevin D. Horvitz (D.C. Bar No. 1521032)
    KELLOGG, HANSEN, TODD,
     FIGEL & FREDERICK, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    Tel: (202) 326-7900
    mhansen@kellogghansen.com
    khuff@kellogghansen.com
    apaul@kellogghansen.com
    khorvitz@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

WILSON SONSINI GOODRICH & ROSATI, P.C.

*/s/ Justina K. Sessions*
Justina K. Sessions, California Bar No. 270914
(admitted per FRCP 45(f))
Email: jsessions@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099

*Counsel for Non-party Snap Inc.*