```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     FEDERAL TRADE COMMISSION,,
 3                                        Civil Action
                       Plaintiff(s),      No. 20-3590 (JEB)
 4            v.
                                          Washington, D.C.
 5   META PLATFORMS, INC.,,
                                          November 9, 2022
 6                   Defendant(s).

 7   --------------------------------------------------------

 8                  STATUS CONFERENCE HELD VIA ZOOM
                  BEFORE THE HONORABLE JAMES E. BOASBERG
 9                    UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Daniel J. Matheson, Esquire
                            Federal Trade Commission
12                          Bureau of Competition
                            400 Seventh Street Southwest
13                          Washington, D.C. 20024

14
     FOR THE DEFENDANT(S):  Geoffrey M. Klineberg, Esquire
15                          Kellogg, Hansen, Todd, Figel
                             & Fredrick, PLLC
16                          1615 M Street Northwest
                            Suite 400
17                          Washington, D.C. 20036

18

19   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
20                          333 Constitution Avenue NW
                            Washington, D.C. 20001
21                          tammy_nestor@dcd.uscourts.gov

22

23

24

25
```

1   The following proceedings began at 11:00 a.m.:

2           THE COURTROOM DEPUTY:  This Honorable Court is now in

3   session.  The Honorable Judge Boasberg is presiding.

4           THE COURT:  Good morning, everybody.

5           THE COURTROOM DEPUTY:  Good morning, Your Honor.  We

6   are here today for a status hearing in 20-3590, Federal Trade

7   Commission versus Meta Platforms, Inc., et al.  Beginning with

8   counsel for the plaintiff, please state your name for the

9   record.

10          MR. MATHESON:  Good morning, Your Honor.  This is

11  Daniel Matheson for the Federal Trade Commission.  I'm joined

12  today by my colleague Susan Musser.

13          THE COURT:  Yes.  Okay.  Good morning to both of you.

14          MR. KLINEBERG:  Good morning, Your Honor.  This is

15  Geoffrey Klineberg from Kellogg, Hansen on behalf of Meta

16  Platforms, Inc.

17          THE COURT:  Good morning, Mr. Klineberg.

18          MR. KLINEBERG:  Good morning.

19          THE COURT:  All right.  So thank you for the status

20  report.  And more importantly, I am glad to see that there

21  aren't too many disputes.  I am glad to see you folks narrowed

22  much of them at least for now.

23          Okay.  So the three issues that are essentially teed

24  up relate to the linked files, the collaborative work

25  environments, and the updating of initial disclosures.

 1          On the first, which is the linked files, I think that

 2    Meta has the better position on that one.  Mr. Matheson, I

 3    think that in some ways I feel it's similar to my August 1

 4    order in which Meta asked -- wanted you to list every feature

 5    or activity available.  And what I decided was that it was

 6    wiser for Meta to actually list them and then for you to

 7    indicate which were included or excluded from the definition of

 8    personal social networking.  And here I think it's somewhat

 9    similar.

10          I don't find it convincing that you can't identify,

11    for example, what are links and what are highlights.  I also

12    think it's wiser for you and more efficient for you to tell

13    Meta what links you want and then for Meta to go produce those

14    documents.

15          So for now I will also adopt Meta's proposal in terms

16    of number, which was 750 links in tranches of 150, and ask that

17    Meta respond within three weeks absent good cause.

18          And then, Mr. Matheson, if it turns out that you think

19    there are a lot more than the 750, I will let you talk to Meta,

20    and if you can't resolve it, come back to me.  But I think this

21    is a good basis to start.

22          MR. MATHESON:  Could I ask one question on that, Your

23    Honor?

24          THE COURT:  Sure.  Please.

25          MR. MATHESON:  It's my understanding of Meta's

1  proposal that they want to hold against us the links that

2  appear in documents we have already identified.  If that were

3  true, we would be receiving something like 400 links, which is

4  something like 60 total documents on average of six links per

5  document.

6         So did Your Honor mean 750 links going forward from

7  now to the end of fact discovery, or would it be held against

8  us for having identified links on a document -- or having

9  identified documents rather than having identified links

10  previously?

11         THE COURT:  So your point, just so I'm clear, is that

12  you didn't identify links previously, but documents you

13  identified had links, and you don't want the links in those

14  documents to count?

15         MR. MATHESON:  Precisely, Your Honor.

16         THE COURT:  Mr. Klineberg, your position?

17         MR. KLINEBERG:  I don't know why they shouldn't count.

18  I mean, we spent many, many hours trying to identify and

19  retrieve the links in these documents, and that took an

20  enormous effort.  And we are committing to make an enormous

21  effort going forward consistent with Your Honor's ruling, but I

22  don't know why they don't count or why they shouldn't count to

23  the total that you have identified.

24         THE COURT:  I guess maybe a reason, Mr. Matheson, is

25  that if you knew you were confined to 750, you wouldn't have

1   wasted some of your 750 on these; is that what you would say?

2          MR. MATHESON:  That's correct, Your Honor.  They

3   proposed that we should adopt exactly the process we adopted

4   during the investigation, which is we identified documents and

5   they identified links.  And I think it would be unreasonable

6   for them to have proposed we adopt the same process they agreed

7   was reasonable in the investigation that they proposed in the

8   Klein case and then to turn around and have a gotcha moment

9   because the process they proposed to us resulted in the

10  identification early in discovery of links that we might not

11  have identified had we known we would proceed on a link-by-link

12  basis.

13         THE COURT:  Can you give me -- maybe you just need to

14  repeat how many links you think, if I adopted their position,

15  how many links you think you would have then used and how many

16  remain, Mr. Matheson?

17         MR. MATHESON:  The parties agree it's approximately 6

18  links per the -- the 350 documents -- we identified 51

19  documents.  We withdrew one because it had an unreasonable

20  number of links.  I think the parties are in agreement there

21  are about 6 links per document in the 50 we have identified.

22         THE COURT:  I see.  So then you are talking about 300,

23  and 750, minus 300, would be 450.  Is that the math?

24         MR. MATHESON:  Exactly.  Your Honor, we think that's

25  disproportionate in light of what happened in Google, in light

 1    of what happened in Nume.

 2          THE COURT:  I am going to split the baby.  I'm going

 3    to give you 600 more.  So that's splitting between the 450 and

 4    750.  So I am going to give you 600 more links.  Again, if you

 5    think that's not enough, down the road after you have exhausted

 6    these, you think there are more and you can't agree with Meta,

 7    I will let you come back.  But I'm not promising I am going to

 8    give you more.  Part will be how judicious you are in the

 9    selection and how prejudiced you think you would be without

10    more.  So that's where I will go on that issue.

11          On the second issue, on the shared sources of

12    collaborative work environments, Meta says there's no dispute

13    here, and so I'm trying to find out is there or isn't there.

14    Mr. Matheson, do you want to tell me what you think is still a

15    problem here?

16          MR. MATHESON:  The problem, Your Honor, is that the

17    ESI agreement provides that the metadata should identify the

18    originating path from which a file originates.  They do not

19    provide that originating path information for some documents

20    that originate in collaborative work environments, and for

21    others, it doesn't provide any information other than the name

22    of the custodian and the name of the software application.

23    What they agreed to provide us in June was to identify, on a

24    production-by-production basis, not on a document-by-document

25    basis, the location --

```
1              THE COURT:  I'm going to stop you for a minute there
2    because this is, I think -- when you say that they agreed to do
3    this in June, so the June 22 status conference transcript,
4    actually, I don't think says that.  The status conference
5    actually says that -- I'm sorry, the transcript says that --
6    reflects you folks saying that Meta promised this, but it's a
7    little bit unclear, and I didn't infer from that transcript
8    that they did so promise.  So, you know, I think that's sort of
9    the threshold issue here, that if -- I obviously don't want
10   them to be going back on what they said without compelling
11   reason, but I didn't so infer from that transcript.  Do you
12   want to tell me a little bit more about that.
13             MR. MATHESON:  I think Ms. Dennis appeared for the FTC
14   and said they had agreed to identify locations.  I believe you
15   asked Mr. Hansen, is that an accurate statement, and he said
16   yes, that it is.
17             THE COURT:  But I think -- and I looked at it.  I
18   don't have it right in front of me, but I think is this an
19   accurate statement may have referred to more of what she said
20   than just that piece.  Do you have that transcript in front of
21   you by any chance?
22             Mr. Klineberg, do you?  I read it earlier, but I don't
23   have it.
24             MR. KLINEBERG:  No, Your Honor, I don't have it in
25   front of me either.
```

1              MR. MATHESON:  I guess, Your Honor, the question is,

2      the parties, we had a meet and confer just prior to the

3      conference with the Court in June.  And we thought it was

4      clear, and we sent them an email to clarify it, that they were

5      going to agree to provide us a list.  They say they are going

6      to provide us a list of applications, but that's obvious from

7      the originating path information.  So they are essentially

8      asking the Court to believe that they agreed to give us the

9      sleeves off their vest, that they agreed to give us absolutely

10     nothing more than we already would have had through the

11     originating path information.

12             That was not the dispute the parties had back in June.

13     Back in June we were unable to identify is there a sales and

14     marketing folder.  We couldn't interpret their originating path

15     information in a way that allowed us to put documents in

16     context and to use them effectively.  We wouldn't have had to

17     go back and forth with them 14 times if they were just agreeing

18     to give us the sleeves off their vest at the end of the day.

19     We would have said, fine, if all you are going to give us is

20     custodian and the originating path, they had to do that anyway

21     under of the ESI agreement.  We were --

22             THE COURT:  Let me stop you.

23             Mr. Klineberg, tell me your position on what you

24     believe you agreed to or didn't agree to back in June.

25             MR. KLINEBERG:  Sure, Your Honor.  Mr. Matheson is

correct, we did have conversations prior to the filing of the

joint status report, and we did agree to provide a list of

sources essentially from which the documents in each document

production were collected.  And we have now provided that

information to the FTC in an email last week setting out each

of the document productions and where the documents came from.

Now, the bulk of the productions so far have been from

emails and what are called workplace chats, which is the bulk

of the way Meta's employees communicate with one another.  And

that -- so there haven't been a whole lot of other sources for

those documents in the prior productions.

But we have provided, we think, exactly what we agreed

to provide.  And, you know, in Mr. Matheson's defense, that

email to them went out after the joint status report was filed.

And we haven't had an opportunity to talk about whether that is

satisfactory or whether there's more information they want us

to provide.  But that is where that stands as far as --

THE COURT:  So maybe, Mr. Matheson, the best way to do

this is for me to let you folks talk some more and see if you

can come to an agreement on this based on this later email that

Mr. Klineberg is referencing, because I will confess I'm just

not grasping what the dispute is and why there is a dispute.

It seems to me they are doing what you wanted them to do, and

I'm just not sure where I am missing.

So maybe the best way is for you folks to talk, and if

1  you've got -- if you can't resolve it still, you don't have to

2  wait until the next status report.  I will let you do a

3  follow-up joint report and explain it in a page or two each,

4  and then I will just resolve it.  Does that sound all right?

5          MR. MATHESON:  Yes.  Thank you, Your Honor.

6          THE COURT:  All right.  So the third is the disclosure

7  list of potential relevant nonparties.  So I want to make sure

8  I understand.

9          So, Mr. Klineberg, you have got 290 potentially

10  relevant nonparties whom you have listed.  You then issued

11  subpoenas to a little bit more than half of them.  And so the

12  question is, when are you going to decide whether to subpoena

13  the rest?  You agree that's the issue?

14          MR. KLINEBERG:  I think that's largely the issue.

15  Until we sort of have decided precisely which of the remaining

16  ones we will wish to pursue, that's right.

17          THE COURT:  Now, will you also agree that, because

18  fact scheduling ends, I think, May 22 and you need 30 days for

19  compliance with a Rule 35 subpoena, that you are going to be

20  making these decisions -- you've got to make these decisions

21  really by mid April at the latest.

22          MR. KLINEBERG:  I think that's right, Your Honor.  I

23  haven't looked at the calendar, but I think that sounds about

24  right.

25          THE COURT:  Do you have a sense, maybe it's just too

1    hard to tell, when you will be making such decisions or at

2    least with regard to certain of these folks?  I mean, I imagine

3    it's not going to be mid April, but that you say, all right,

4    now we have decided we are going to do these 50 and not these

5    other 80 or 90.

6         MR. KLINEBERG:  Right.  And as you can imagine, Your

7    Honor, in pursuing certain third party discovery, we may learn

8    about the relevance or lack of relevance of others.  And so

9    we -- you know, our view is that, you know, third party

10   discovery is absolutely critical in this case, and we intend to

11   pursue it.  But we feel like we are bound by the federal rules

12   and Rule 26 and the need to supplement if appropriate, but that

13   really should be our guide rather than --

14        THE COURT:  Mr. Matheson, under Rule 26, what's their

15   duty -- I certainly have endeavored throughout and will

16   continue to endeavor to streamline discovery and to keep you

17   folks on a path and also keep lengthy disputes to a minimum.

18   But, I guess, what's their requirement under the rules that

19   they -- in other words, it seems that you are asking them to

20   give you information of exclusion earlier than they are

21   required under the rules.  And I am trying to understand,

22   what's your basis?  Aside from you would like to know, you

23   don't really have any basis under the rules for asking them to

24   tell you which people that they aren't going to subpoena before

25   they issue these in mid April, right?

1          MR. MATHESON:  Your Honor, we are just trying to be

2     pragmatic.  Rule 26(e) says they must supplement if their

3     disclosures are inaccurate or as may be ordered by the Court.

4     We think it would be pragmatic to require them to start

5     identifying individuals.  They haven't identified a single

6     individual or noticed a single deposition.  They just identify

7     entities.

8          The FTC, with all respect, I hate to plead poverty,

9     but if they are going to wait until the middle of April to tell

10    us the individuals that they may seek discovery from or they

11    may seek information from at trial, the idea we are going to be

12    able to get out document subpoenas, get responses to those

13    subpoenas, and depose potentially hundreds or thousands of

14    individuals who are employed by these companies between the

15    middle of April and the close of fact discovery is just not

16    realistic.  We are just trying to --

17         THE COURT:  Let me make sure I understand here.  So

18    you're not complaining that they aren't -- or are you

19    complaining that they aren't telling you before they issue

20    subpoenas who they are going to seek?

21         MR. MATHESON:  No, that is not our complaint, Your

22    Honor.

23         THE COURT:  Okay.  So the complaint is that of listing

24    people, what, who have relevant information who they may call

25    at trial even though they aren't going to be deposing or

1    subpoenaing the people?

2          MR. MATHESON:  They haven't listed anybody.  We need

3    to depose these people to understand the trial testimony.  They

4    haven't disclosed a single person whom we can go to and get

5    trial testimony.  They've identified Apple or a corporate

6    representative of Apple.  We have no ability to understand what

7    they intend to do at trial if they won't tell us who we need to

8    seek discovery from.

9          THE COURT:  Right.  But again, just so I'm clear, they

10   wouldn't have testimony from them either, right?  In other

11   words, if they subpoena them, you will know that and you can --

12   if they seek their depositions, you can depose them also, so

13   it's people who they are not seeking to depose that you want to

14   know about?

15         MR. MATHESON:  Yes, Your Honor.  It's terrifying to

16   think that we are going to have a list of trial witnesses who

17   have not been deposed at all in the case because Meta is going

18   to update their initial disclosures in the middle April and

19   there won't be a deposition.  We need to understand what to do,

20   and they haven't identified --

21         THE COURT:  Hold on.  They won't have their deposition

22   either, though, right?

23         MR. MATHESON:  But they can put them on at trial, Your

24   Honor.

25         THE COURT:  We are talking about nonparties, not their

1    own witnesses, right?

2          MR. MATHESON:  Their own witnesses, we have already

3    noticed 22 of their own witnesses, and we intend to go see what

4    information they know.  If they will identify individual

5    nonparties, as they should, on their additional disclosures, we

6    will go seek those depositions as appropriate, seek the

7    discovery that's appropriate, and figure out what they know.

8          What we cannot tolerate is a situation where they

9    haven't told us anyone at any third party who they intend to

10   use to support their claims or defenses and they tell us in the

11   middle of April.  We just won't be able to get discovery done

12   in an orderly fashion if that's what they are planning to do.

13         THE COURT:  Okay.  And how about you, have you folks

14   identified individuals whom you plan to call at trial?

15         MR. MATHESON:  Yes.  Well, our original -- it's --

16         THE COURT:  I'm sorry.  Excuse me, I mean only third

17   party.

18         MR. MATHESON:  So our initial disclosures identified

19   seven individuals, and where we didn't have the individual

20   information at the companies, we identified the companies.  We

21   are currently in the process of negotiating with the third

22   party recipients of document subpoenas for who the appropriate

23   witnesses would be to provide deposition testimony.

24         We would expect that by December we are going to be

25   able to supplement our initial disclosures as we have already

```
 1    done on two different occasions in order to provide more
 2    specificity about the individuals we intend to seek depositions
 3    from, the individuals we might use at trial to support our
 4    claims.
 5           THE COURT:  I guess I'm back to my same question.  If
 6    they are going to do the same thing and identify individuals
 7    for deposition, you are going to know about those people and
 8    you are going to be able to depose them just as the people whom
 9    you identify they will be able to depose.
10           I guess I'm still not clear.  It seems like the issue
11    is people -- it seems what you are worried about is people they
12    might call as witnesses whom they don't seek to depose, right?
13           MR. MATHESON:  We are worried about that, or seek to
14    disclose.  If they don't disclose them at all and they show up
15    on their witness list, that's obviously a problem.  And to the
16    extent they do identify individuals at some point in the
17    spring, we are just concerned we are not going to be able to
18    move quickly enough to get document productions and depositions
19    done by the end of May.  So we just think --
20           THE COURT:  All right.  Hold on.  Hold on.
21           MR. MATHESON:  -- need to start moving forward.
22           THE COURT:  Hold on.
23           Mr. Klineberg, what is the remedy?  Why shouldn't
24    Mr. Matheson be so concerned?
25           MR. KLINEBERG:  Well, Your Honor, we are engaged in
```

```
 1    the same practice that the FTC just described.  In other words,

 2    we are also subpoenaing third parties and learning through that

 3    process who the individual witnesses might be, and we are

 4    completely committed to supplementing our initial disclosures

 5    under the rules as appropriate.  And as we learn individuals

 6    and pursue those depositions, we will be supplementing our

 7    initial disclosures.

 8          I think the thing that we are objecting to is sort of

 9    an artificial deadline to force us to, you know, essentially

10    disclose what is essentially work product, our current thinking

11    about what we are doing even if it's still -- you know, even if

12    it still could be supplemented afterwards.  And we just don't

13    see any reason to require that kind of interim deadline.

14          We have no interest in jamming the FTC or in forcing

15    us, you know, all to scramble in the last month of fact

16    discovery.  I mean, we certainly hope we can avoid that, but

17    that's not our intent here.

18          MR. MATHESON:  Could I respond to that, Your Honor?

19          THE COURT:  Sure.

20          MR. MATHESON:  He claims it's work product.  Rule 26

21    says they must disclose individuals from whom they may seek

22    discovery.  To the extent they have somebody in mind, they have

23    a duty to supplement.  And Your Honor has the -- you know,

24    obviously controls discovery.  There is nothing magic about the

25    date we proposed.  We asked them if any date in the world would
```

1  be acceptable for the parties to supplement in good faith, and

2  they said no.

3          All we want to do is start to narrow the funnel

4  earlier in the process than late spring.  And so there's

5  nothing magic about the date we requested --

6          THE COURT:  I think -- all right.  I see your point.

7  I am surely not prepared to tell them December 5 -- I think

8  that was your date -- yeah, December 5 that they've got to do

9  this.  You can raise it again in the next status report, and I

10  will keep an eye on it and be chatting about it.  But I'm

11  just -- I just don't think it's appropriate at this juncture.

12          Again, I would -- if it turns out that they dump a

13  whole lot of folks on you at the end and you claim that this

14  put you in an unfair position, I may be sympathetic to

15  extension of discovery for the limited purpose of your taking

16  certain depositions.

17          But I just don't think that this is consistent with

18  the rules and appropriate for me to do at this juncture.  I

19  just think it's too stringent a requirement to impose on them

20  at this point, so I'm not going to do it.

21          Again, I'll hear -- you know, come January, February,

22  I will be more sympathetic, but not at this point.

23          Okay.  So I think that covers the three issues that

24  were teed up for today.

25          Mr. Matheson, was there anything else that -- we've

1    got our hearing tomorrow with Sequoia, but was there anything

2    else that you wanted a ruling on today?

3            MR. MATHESON:  Well, the other issue that has arisen

4    since we filed the joint status report, Your Honor, we flagged

5    in the joint status report that we had identified certain

6    documents to them on August 4 that were withheld under claims

7    of privilege.  They had provided us at the end of October a

8    production of those documents, and we noted we might seek the

9    Court's assistance.

10           We have now analyzed that.  We have met and conferred

11   with Meta.  And we think that the parties should either reach a

12   resolution on how to move forward by November 16 or file

13   ten-page simultaneous statements of position on how to address

14   what the FTC believes is an unacceptably high set of errors and

15   inadequate descriptions on their privilege log.

16           It's not teed up concretely because we just got the

17   information shortly before we filed the joint status report.

18   But we think if the parties can't reach resolution by a week

19   from today, we should bring this issue to the Court because

20   there are a large number of documents at issue and we need to

21   get this process moving if we are going to get the documents

22   that were wrongfully withheld during the investigation prior to

23   the onset of fact witness depositions.

24           We have noticed their employees or employees and

25   former employees for depositions beginning December 12

1    continuing through December 22, and we think we need to move

2    this forward with some urgency if we are going to get a

3    resolution.  That's why we are suggesting a week from today if

4    the parties can't reach agreement.  If we can reach agreement,

5    then we can simply tell the Court there's no dispute.

6         THE COURT:  Okay.  So I probably wouldn't have

7    simultaneous filing.  I would probably have you file first.

8    Sometimes I have simultaneous on particular issues.  Sometimes

9    if it's more difficult, I don't want the risk of people talking

10   past each other.  I want people to address each other's

11   arguments.

12        So if you can't reach agreement, when would you be

13   prepared to file a brief, Mr. Matheson?

14        MR. MATHESON:  We could file on November 14, Your

15   Honor.  It would give us less time obviously to come to an

16   agreement given Veterans Day, but we could file on the 14th or

17   on the 16th.  We would like to get this resolved before

18   Thanksgiving, but that may not be possible if we are going to

19   submit --

20        THE COURT:  Okay.  Mr. Klineberg, do you agree that it

21   makes sense to at least tee this up for potential briefing in

22   the event you can't reach agreement?

23        MR. KLINEBERG:  Well, Your Honor, we really didn't

24   expect this issue to be raised today, and we actually think

25   that this whole effort by the FTC to effectively require us to

1  rereview a privilege log that has 330,000 entries is just

2  completely untenable and unreasonable.

3          I should say we are working very hard in good faith to

4  respond to a list of log entries that is about 2,000 log

5  entries long that we will complete, we have committed to

6  completing, by November 23.  And we certainly don't think

7  there's any basis to have briefing or further discussions about

8  what more we need to do on this privilege log until we have at

9  least finished the rereview of the log entries they have

10  already identified, which as I said, would be November 23.  So

11  we think any briefing should happen at the very least after

12  that date.

13          THE COURT:  Mr. Matheson?

14          MR. MATHESON:  Your Honor, the ones -- the log entries

15  we identified on August 4 fall into several distinct

16  categories.  We have a dispute about some of the categories in

17  which the reversal rates are 70 percent, 60 percent.

18          The entries they are currently considering that they

19  are going to respond on the 23rd, those are different

20  categories.  Those are principally a category that actually

21  isn't at issue.

22          So we think certainly if they have just as high a

23  reversal rate in that category of documents that's principally

24  focused on that category, we might have a dispute about that as

25  well.

1    But certainly for the categories that related to the

2  August 4 identification, which they didn't respond to until the

3  end of October, we think we need to move forward a lot more

4  quickly than that if we are actually going to get these

5  documents, and we think we should go ahead and brief this issue

6  with respect to the categories that are currently in dispute.

7    And if there's an additional dispute about different

8  categories of documents based on their November 23 production,

9  I hope there is not, but if there is, we would have to raise

10 that at some future time.

11    THE COURT:  Mr. Klineberg, do you agree that these

12 2,000 log entries relate to different privilege issues than --

13 I should say segregate those from other privilege issues that

14 Mr. Matheson claims won't be affected by that?

15    MR. KLINEBERG:  I don't think that's right, Your

16 Honor.  At least I -- you know, these are challenges to

17 individual log entries.  There are different reasons why they

18 might be challenged, and they are being reviewed in good faith

19 in an attempt to resolve it.

20    I should also say that this 50 percent reversal rate,

21 I just want to point out that that's really misleading.  I

22 mean, it's like saying that football referees are bad at their

23 jobs because half of the calls that teams challenge get

24 reversed, right?  The selection bias in the sample is

25 overwhelming, undermining any ability, I think, to make

1   assumptions about what the broader log is like.

2          So they keep talking about this reversal rate, but

3   they have selected specific log entries that, you know, appear

4   to be problematic.  And, of course, we are reviewing those in

5   good faith, as we are required to do.

6          So I don't think this is a crisis.  I don't think this

7   is something that needs to be expedited beyond, as I say, what

8   we are trying to do on the --

9          THE COURT:  Also, I mean, again, according to your own

10  language, Mr. Matheson, you say the FTC intends to meet and

11  confer and approach the Court for assistance in the coming

12  weeks, if necessary, on this.  I'm certainly not ready to say

13  okay, fine, brief this by next week.

14         So I will let you folks talk.  Again, if you can't

15  reach agreement, you can have a -- we can set either a quick

16  hearing to discuss a briefing schedule -- since it sounds like

17  something I'm not going to be able to resolve just in a quick

18  hearing, there likely will be briefing, but I'm not ready to

19  set a briefing schedule on that yet.

20         Other issues for the government?

21         MR. MATHESON:  Nothing for us, Your Honor.

22         THE COURT:  Defense?

23         MR. KLINEBERG:  Yes, Your Honor.  I do have one issue

24  that I wanted to raise which has to do with your August 10

25  minute order setting November 16 as the deadline for our

1    substantial completion of document production for the first set

2    of requests.

3            THE COURT:  Right.

4            MR. KLINEBERG:  We are here to request that the Court

5    modify that order and that deadline by three weeks to extend it

6    to December 7, 2022.  That's still over five months, of course,

7    before the end of fact discovery.

8            I just wanted to give you a little bit of context.  We

9    have already produced more than a million documents comprising

10   more than 4 million pages in response to this first request for

11   production.  That's on top of 3 million documents and more than

12   12 million pages that we produced as part of the pre-complaint

13   investigation.

14           We produce files on a rolling basis.  We put 200,000

15   last week.  We have about 330,000 coming next week.  But we

16   have an enormous number of documents that are, you know, that

17   are potentially relevant that we have been reviewing and still

18   have to review.  And we think that given the number that we

19   still have, which is about a million documents, that we are

20   sort of in the pipeline where our reviewers -- we have hundreds

21   and hundreds of staff attorneys reviewing these documents, but

22   we just don't think we can make the current deadline.  And we

23   would be requesting, therefore, an extension of three weeks

24   until December 7.  We think that by then we can get through

25   this last large set of documents and be substantially complete

1    by that date.

2            THE COURT:  When you say 330,000 next week, is that

3    then a third of the million, or are you going to have a million

4    over the 330?

5            MR. KLINEBERG:  Actually, it's a million over

6    that 330.  Now, when I say a million, that's a very rough

7    approximation.  And, of course, those are ones that the -- you

8    know, only some of which have hit on the search terms, many of

9    which have not yet hit on the search terms.  I was trying to

10   give you a sense of the total volume that we are facing in the

11   next several weeks.  And that's --

12           THE COURT:  And would you be producing -- would they

13   give you rolling production?  In other words, it's not going to

14   be 330 next week and then nothing for three weeks?  It will be

15   continued rolling production in those three weeks?

16           MR. KLINEBERG:  Your Honor, I'm not entirely sure what

17   the schedule is.  We have multiple vendors who are involved,

18   but we will certainly -- I can certainly take that back and see

19   if we can make an interim production between the one next week

20   and the final one, but I can't be sure yet whether that's

21   something that's possible.

22           THE COURT:  Mr. Matheson?

23           MR. MATHESON:  Your Honor, I don't how to respond

24   other than to say that their failure to abide by the Court's

25   deadline indicates why we need more pragmatic guardrail

1    approaches if we are going to get to the Court's fact discovery

2    deadline.  We take that deadline seriously.  We think the

3    process of negotiation over these search terms and custodians

4    was far too extended and that their claim that they couldn't

5    meet the Court's deadline, they can only do what they can do,

6    but I think this is -- we are seriously concerned that the

7    Court's deadline for the cutoff of fact discovery is threatened

8    by their dilatory production and their inability to identify

9    the individuals whom they intend to seek discovery.

10           (The court reporter lost the Zoom connection at

11   11:35 a.m.  The hearing concluded at 11:37 a.m.)

12                              - - -

13                       C E R T I F I C A T E

14

15           I hereby certify that the foregoing is an

16   accurate transcription of the proceedings in the

17   above-entitled matter.

18           Please note: This hearing occurred during the

19   COVID-19 pandemic and is therefore subject to the technological

20   limitations of reporting remotely.

21

22   11/21/22                s/ Tammy Nestor
                             Tammy Nestor, RMR, CRR
23                           Official Court Reporter
                             400 North Miami Avenue
24                           Miami, Florida 33128
                             tammy_nestor@flsd.uscourts

25

MR. KLINEBERG: [15] 2/14
2/18 4/17 7/24 8/25 10/14
10/22 11/6 15/25 19/23
21/15 22/23 23/4 24/5 24/16
MR. MATHESON: [28] 2/10
3/22 3/25 4/15 5/2 5/17 5/24
6/16 7/13 8/1 10/5 12/1
12/21 13/2 13/15 13/24 14/2
14/15 14/18 15/13 15/21
16/18 16/20 18/3 19/14
20/14 22/21 24/23
THE COURT: [41] 2/4 2/13
2/17 2/19 3/24 4/11 4/16
4/24 5/13 5/22 6/2 7/1 7/17
8/22 9/18 10/6 10/17 10/25
11/14 12/17 12/23 13/9
13/21 13/25 14/13 14/16
15/5 15/20 15/22 16/19 17/6
19/6 19/20 20/13 21/11 22/9
22/22 23/3 24/2 24/12 24/22
THE COURTROOM
DEPUTY: [2]  2/2 2/5

## 1

10 [1]  22/24
11/21/22 [1]  25/22
11:00 [1]  2/1
11:35 a.m [1]  25/11
11:37 [1]  25/11
12 [1]  18/25
12 million [1]  23/12
14 [2]  8/17 19/14
14th [1]  19/16
150 [1]  3/16
16 [2]  18/12 22/25
1615 [1]  1/16
16th [1]  19/17
19 [1]  25/19

## 2

2,000 [2]  20/4 21/12
20-3590 [2]  1/3 2/6
200,000 [1]  23/14
20001 [1]  1/20
20024 [1]  1/13
20036 [1]  1/17
2022 [2]  1/5 23/6
22 [5]  7/3 10/18 14/3 19/1
25/22
23 [3]  20/6 20/10 21/8
23rd [1]  20/19
26 [4]  11/12 11/14 12/2
16/20
290 [1]  10/9

## 3

3 million [1]  23/11
30 [1]  10/18
300 [2]  5/22 5/23
330 [3]  24/4 24/6 24/14
330,000 [3]  20/1 23/15 24/2
33128 [1]  25/24
333 [1]  1/20
35 [1]  10/19
350 [1]  5/18
3590 [2]  1/3 2/6

## 4

4 million [1]  23/10
400 [4]  1/12 1/16 4/3 25/23
450 [2]  5/23 6/3

## 5

50 [2]  5/21 11/4
50 percent [1]  21/20
51 [1]  5/18

## 6

60 [1]  4/4
60 percent [1]  20/17
600 [2]  6/3 6/4

## 7

70 [1]  20/17
750 [7]  3/16 3/19 4/6 4/25
5/1 5/23 6/4

## 8

80 [1]  11/5

## 9

90 [1]  11/5

## A

a.m [3]  2/1 25/11 25/11
abide [1]  24/24
ability [2]  13/6 21/25
able [7]  12/12 14/11 14/25
15/8 15/9 15/17 22/17
about [26]  5/21 5/22 7/12
9/15 10/23 11/8 13/14 13/25
14/13 15/2 15/7 15/11 15/13
16/11 16/24 17/5 17/10 20/4
20/7 20/16 20/24 21/7 22/1
22/2 23/15 23/19
above [1]  25/17
above-entitled [1]  25/17
absent [1]  3/17
absolutely [2]  8/9 11/10
acceptable [1]  17/1
according [1]  22/9
accurate [3]  7/15 7/19 25/16
Action [1]  1/3
activity [1]  3/5
actually [7]  3/6 7/4 7/5 19/24
20/20 21/4 24/5
additional [2]  14/5 21/7
address [2]  18/13 19/10
adopt [3]  3/15 5/3 5/6
adopted [2]  5/3 5/14
affected [1]  21/14
after [3]  6/5 9/14 20/11
afterwards [1]  16/12
again [6]  6/4 13/9 17/9 17/12
17/21 22/9 22/14
against [2]  4/1 4/7
agree [9]  5/17 6/6 8/5 8/24
9/2 10/13 10/17 19/20 21/11
agreed [8]  5/6 6/23 7/2 7/14
8/8 8/9 8/24 9/12
agreeing [1]  8/17
agreement [10]  5/20 6/17
8/21 9/20 19/4 19/4 19/12
19/16 19/22 22/15
ahead [1]  21/5
al [1]  2/7

## A

all [5]  7/9 8/19 18/11 19/1
11/3 12/8 13/17 15/14 15/20
16/15 17/3 17/6
allowed [1]  8/15
already [6]  4/2 8/10 14/2
14/25 20/10 23/9
also [8]  3/11 3/15 10/17
11/17 13/12 16/2 21/20 22/9
am [8]  2/20 2/21 6/2 6/4 6/7
9/24 11/21 17/7
analyzed [1]  18/10
another [1]  9/9
any [9]  6/21 7/21 11/23 14/9
16/13 16/25 20/7 20/11
21/25
anybody [1]  13/2
anyone [1]  14/9
anything [2]  17/25 18/1
anyway [1]  8/20
appear [2]  4/2 22/3
APPEARANCES [1]  1/10
appeared [1]  7/13
Apple [2]  13/5 13/6
application [1]  6/22
applications [1]  8/6
approach [1]  22/11
approaches [1]  25/1
appropriate [7]  11/12 14/6
14/7 14/22 16/5 17/11 17/18
approximately [1]  5/17
approximation [1]  24/7
April [7]  10/21 11/3 11/25
12/9 12/15 13/18 14/11
are [78]  2/6 2/23 3/11 3/11
3/19 4/20 5/20 5/21 5/22 6/6
6/8 8/5 8/7 8/19 9/8 9/23
10/12 10/19 11/4 11/11
11/19 11/20 12/1 12/3 12/9
12/11 12/14 12/16 12/18
12/20 13/13 13/16 13/25
14/12 14/21 14/24 15/6 15/7
15/8 15/11 15/13 15/17
15/17 15/25 16/2 16/3 16/8
16/11 18/20 18/21 19/2 19/3
19/18 20/3 20/17 20/18
20/19 20/19 20/20 21/4 21/6
21/16 21/17 21/18 21/22
22/4 22/5 22/8 23/4 23/16
23/17 23/19 24/3 24/7 24/10
24/17 25/1 25/6
aren't [5]  2/21 11/24 12/18
12/19 12/25
arguments [1]  19/11
arisen [1]  18/3
around [1]  5/8
artificial [1]  16/9
as [18]  9/17 9/17 11/6 12/3
14/5 14/6 14/25 15/8 15/12
16/5 16/5 20/10 20/22 20/24
22/5 22/7 22/25 23/12
Aside [1]  11/22
ask [2]  3/16 3/22
asked [3]  3/4 7/15 16/25
asking [1]  8/8 11/19 11/23
assistance [2]  18/9 22/11
assumptions [1]  22/1
attempt [1]  21/19
attorneys [1]  23/21
August [5]  3/3 18/6 20/15

## A

August 1 [1]  3/3
August 10 [1]  22/24
August 4 [2]  18/6 21/2
available [1]  3/5
Avenue [2]  1/20 25/23
average [1]  4/4
avoid [1]  16/16

## B

baby [1]  6/2
back [9]  3/20 6/7 7/10 8/12
8/13 8/17 8/24 15/5 24/18
bad [1]  21/22
based [2]  9/20 21/8
basis [8]  5/5 5/12 6/24 6/25
11/22 11/23 20/7 23/14
be [47]  4/3 4/7 5/5 5/23 6/8
6/9 7/10 10/19 11/1 11/3
11/13 12/1 12/3 12/4 12/11
12/25 13/19 14/11 14/23
14/24 15/8 15/9 15/17 15/24
16/3 16/6 16/12 17/1 17/10
17/14 17/22 19/12 19/18
19/24 20/10 21/4 21/18
22/4 22/7 22/17 22/18 23/23
23/24 24/12 24/14 24/14
24/20
because [9]  5/9 5/19 7/2
9/21 10/17 13/17 18/16
18/19 21/23
been [4]  9/7 9/10 13/17
23/17
before [6]  1/8 11/24 12/19
18/17 19/17 23/7
began [1]  2/1
beginning [2]  2/7 18/25
behalf [1]  2/15
being [1]  21/18
believe [3]  7/14 8/8 8/24
believes [1]  18/14
best [2]  9/18 9/25
better [1]  3/2
between [3]  6/3 12/14 24/19
beyond [1]  22/7
bias [1]  21/24
bit [4]  7/7 7/12 10/11 23/8
BOASBERG [2]  1/8 2/3
both [1]  2/13
bound [1]  11/11
brief [3]  19/13 21/5 22/13
briefing [6]  19/21 20/7 20/11
22/16 22/18 22/19
bring [1]  18/19
broader [1]  22/1
bulk [2]  9/7 9/8
Bureau [1]  1/12

## C

calendar [1]  10/23
call [3]  12/24 14/14 15/12
called [1]  9/8
calls [1]  21/23
came [1]  9/6
can [19]  5/13 9/20 11/6 13/4
13/11 13/12 13/23 16/16
17/9 19/4 19/5 22/15 22/15
23/22 23/24 24/18 24/19
25/5 25/5
can't [10]  3/10 3/20 6/6 10/1

**C**

can't... [6]  18/18 19/4 19/12
19/22 22/14 24/20
cannot [1]  14/8
case [3]  5/8 11/10 13/17
categories [6]  20/16 20/16
20/20 21/1 21/6 21/8
category [3]  20/20 20/23
20/24
cause [1]  3/17
certain [4]  11/2 11/7 17/16
18/5
certainly [8]  11/15 16/16 20/6
20/22 21/1 22/12 24/18
24/18
certify [1]  25/15
challenge [1]  21/23
challenged [1]  21/18
challenges [1]  21/16
chance [1]  7/21
chats [1]  9/8
chatting [1]  17/10
Civil [1]  1/3
claim [2]  17/13 25/4
claims [5]  14/10 15/4 16/20
18/6 21/14
clarify [1]  8/4
clear [4]  4/11 8/4 13/9 15/10
close [1]  12/15
collaborative [3]  2/24 6/12
6/20
colleague [1]  2/12
collected [1]  9/4
COLUMBIA [1]  1/1
come [5]  3/20 6/7 9/20 17/21
19/15
coming [2]  22/11 23/15
COMMISSION [4]  1/2 1/11
2/7 2/11
committed [1]  16/4 20/5
committing [1]  4/20
communicate [1]  9/9
companies [3]  12/14 14/20
14/20
compelling [1]  7/10
Competition [1]  1/12
complaining [2]  12/18 12/19
complaint [3]  12/21 12/23
23/12
complete [2]  20/5 23/25
completely [2]  16/4 20/2
completing [1]  4/6
completion [1]  23/1
compliance [1]  10/19
comprising [1]  23/9
concerned [3]  15/17 15/24
25/6
concluded [1]  25/11
concretely [1]  18/16
confer [2]  8/2 22/11
conference [4]  1/8 7/3 7/4
8/3
conferred [1]  18/10
confess [1]  9/21
confined [1]  4/25
connection [1]  20/18
considering [1]  20/18
consistent [2]  4/21 17/17
Constitution [1]  1/20

continue [1]  11/16
continued [1]  24/15
continuing [1]  19/1
controls [1]  16/24
conversations [1]  9/1
convincing [1]  3/10
corporate [1]  13/5
correct [2]  5/2 9/1
could [5]  3/22 16/12 16/18
19/14 19/16
couldn't [2]  8/14 25/4
counsel [1]  2/8
count [4]  4/14 4/17 4/22 4/22
course [3]  22/4 23/6 24/7
court [12]  1/1 1/19 2/2 8/3
8/8 12/3 18/19 19/5 22/11
23/4 25/10 25/23
Court's [5]  18/9 24/24 25/1
25/5 25/7
covers [1]  17/23
COVID [1]  25/19
COVID-19 [1]  25/19
crisis [1]  22/6
critical [1]  11/10
CRR [2]  1/19 25/22
current [2]  16/10 23/22
currently [3]  14/21 20/18
21/6
custodian [2]  6/22 8/20
custodians [1]  25/3
cutoff [1]  25/7

**D**

D.C [4]  1/4 1/13 1/17 1/20
Daniel [2]  1/11 2/11
date [6]  16/25 16/25 17/5
17/8 20/12 24/1
day [2]  8/18 19/16
days [1]  18/19
dcd.uscourts.gov [1]  1/21
deadline [10]  16/9 16/13
22/25 23/5 23/22 24/25 25/2
25/2 25/5 25/7
December [7]  14/24 17/7
17/8 18/25 19/1 23/6 23/24
December 12 [1]  18/25
December 22 [1]  19/1
December 5 [1]  17/7
December 7 [2]  23/6 23/24
decide [1]  10/12
decided [3]  3/5 10/15 11/4
decisions [3]  10/20 10/20
11/1
Defendant [2]  1/6 1/14
defense [2]  9/13 22/22
defenses [1]  14/10
definition [1]  3/7
Dennis [1]  7/13
depose [2]  12/13 13/3 13/12
13/13 15/8 15/9 15/12
deposed [1]  13/17
deposing [1]  12/25
deposition [5]  12/6 13/19
13/21 14/23 15/7
depositions [8]  13/12 14/6
15/2 15/18 16/6 17/16 18/23
18/25
described [1]  16/1
descriptions [1]  18/15

didn't [7]  4/12 7/7 7/11 8/24
14/19 19/23 21/2
different [5]  15/1 20/19 21/7
21/12 21/17
difficult [1]  19/9
dilatory [1]  25/8
disclose [4]  15/14 15/14
16/10 16/21
disclosed [1]  13/4
disclosure [1]  10/6
disclosures [8]  2/25 12/3
13/18 14/5 14/18 14/25 16/4
16/7
discovery [18]  4/7 5/10 11/7
11/10 11/16 12/10 12/15
13/8 14/7 14/11 16/16 16/22
16/24 17/15 23/7 25/1 25/7
25/9
discuss [1]  22/16
discussions [1]  20/7
disproportionate [1]  5/25
dispute [6]  6/12 8/12 9/22
9/22 19/5 20/16 20/24 21/6
21/7
disputes [2]  2/21 11/17
distinct [1]  20/15
DISTRICT [3]  1/1 1/1 1/9
do [30]  6/14 6/18 7/2 7/11
7/20 7/22 8/20 9/18 9/23
10/2 10/25 11/4 13/7 13/19
14/12 15/6 15/16 17/3 17/8
17/18 17/20 19/20 20/8
21/11 22/5 22/8 22/23 22/24
25/5 25/5
document [11]  4/5 4/8 5/21
6/24 6/24 9/3 9/6 12/12
14/22 15/18 23/1
documents [28]  3/14 4/2 4/4
4/9 4/12 4/14 4/19 5/4 5/18
5/19 6/19 8/15 9/3 9/6 9/11
18/6 18/8 18/20 18/21 20/23
21/5 21/8 23/9 23/11 23/16
23/19 23/21 23/25
Does [1]  10/4
doesn't [1]  6/21
doing [2]  9/23 16/11
don't [24]  3/10 4/13 4/17
4/22 4/22 7/4 7/9 7/18 7/22
7/24 10/1 11/23 15/12 15/14
16/12 17/11 17/17 19/9 20/6
21/15 22/6 22/6 23/22 24/23
done [3]  14/11 15/1 15/19
down [1]  6/5
dump [1]  17/12
during [3]  5/4 18/22 25/18
duty [2]  11/15 16/23

**E**

each [5]  9/3 9/5 10/3 19/10
19/10
earlier [3]  7/22 11/20 17/4
early [1]  5/10
effectively [2]  8/16 19/25
efficient [1]  3/12
effort [3]  4/20 4/21 19/25
either [5]  7/25 13/10 13/22
18/11 22/15
else [2]  17/25 18/2
email [4]  8/4 9/5 9/14 9/20

employed [1]  12/14
employees [4]  9/9 18/24
18/24 18/25
end [7]  4/7 8/18 15/19 17/13
18/7 21/3 23/7
endeavor [1]  11/16
endeavored [1]  11/15
ends [1]  10/18
engaged [1]  15/25
enormous [3]  4/20 4/20
23/16
enough [2]  6/5 15/18
entirely [1]  24/16
entities [1]  12/7
entitled [1]  25/17
entries [9]  20/1 20/4 20/5
20/9 20/14 20/18 21/12
21/17 22/3
environments [3]  2/25 6/12
6/20
errors [1]  18/14
ESI [2]  6/17 8/21
Esquire [2]  1/11 1/14
essentially [5]  2/23 8/7 9/3
16/9 16/10
et [1]  2/7
et al [1]  2/7
even [3]  12/25 16/11 16/11
event [1]  19/22
every [1]  3/4
everybody [1]  2/4
exactly [3]  5/3 5/24 9/12
example [1]  7/1
excluded [1]  3/7
exclusion [1]  11/20
Excuse [1]  14/16
exhausted [1]  6/5
expect [2]  14/24 19/24
expedited [1]  22/7
explain [1]  10/3
extend [1]  23/5
extended [1]  25/4
extension [2]  17/15 23/23
extent [2]  15/16 16/22
eye [1]  17/10

**F**

facing [1]  24/10
fact [8]  4/7 10/18 12/15
16/15 18/23 23/7 25/1 25/7
failure [1]  24/24
faith [4]  17/1 20/3 21/18 22/5
fall [1]  20/15
far [3]  9/7 9/17 25/4
fashion [1]  14/12
feature [1]  3/4
February [1]  17/21
federal [5]  1/2 1/11 2/6 2/11
11/11
feel [2]  3/3 11/11
Figel [1]  1/15
figure [1]  14/7
file [6]  6/18 18/12 19/7 19/13
19/14 19/16
filed [3]  9/14 18/4 18/17
files [3]  2/24 3/1 23/14
filing [2]  9/1 19/7
final [1]  24/20
find [2]  3/10 6/13

## F

fine [2]  8/19 22/13
finished [1]  20/9
first [4]  3/1 19/7 23/1 23/10
five [1]  23/6
flagged [1]  18/4
Florida [1]  25/24
flsd.uscourts [1]  25/24
focused [1]  20/24
folder [1]  8/14
folks [9]  2/21 7/6 9/19 9/25
11/2 11/17 14/13 17/13
22/14
follow [1]  10/3
follow-up [1]  10/3
following [1]  2/1
football [1]  21/22
force [1]  16/9
forcing [1]  16/14
foregoing [1]  25/15
former [1]  18/25
forth [1]  8/17
forward [6]  4/6 4/21 15/21
18/12 19/2 21/3
Fredrick [1]  1/15
front [3]  7/18 7/20 7/25
FTC [8]  7/13 9/5 12/8 16/1
16/14 18/14 19/25 22/10
funnel [1]  17/3
further [1]  20/7
future [1]  21/10

## G

Geoffrey [2]  1/14 2/15
get [13]  12/12 12/12 13/4
14/11 15/18 18/21 18/21
19/2 19/17 21/4 21/23 23/24
25/1
give [13]  5/13 6/3 6/4 6/8 8/8
8/9 8/18 8/19 11/20 19/15
23/8 24/10 24/13
given [2]  19/16 23/18
glad [2]  2/20 2/21
go [7]  3/13 6/10 8/17 13/4
14/3 14/6 21/5
going [37]  4/6 4/21 6/2 6/2
6/4 6/7 7/1 7/10 8/5 8/5 8/19
10/12 10/19 11/3 11/4 11/24
12/9 12/11 12/20 12/25
13/16 13/17 14/24 15/6 15/7
15/8 15/17 17/20 18/21 19/2
19/18 20/19 21/4 22/17 24/3
24/13 25/1
good [13]  2/4 2/5 2/10 2/13
2/14 2/17 2/18 3/17 3/21
17/1 20/3 21/18 22/5
Google [1]  5/25
got [6]  10/1 10/9 10/20 17/8
18/1 18/16
gotcha [1]  5/8
government [1]  22/20
grasping [1]  9/22
guardrail [1]  24/25
guess [5]  4/24 8/1 11/18
15/5 15/10
guide [1]  11/13

## H

had [12]  4/13 5/11 5/19 7/14

---

18/5 18/7
half [2]  10/11 21/23
Hansen [3]  1/15 2/15 7/15
happen [1]  20/11
happened [2]  5/25 6/1
hard [2]  11/1 20/3
has [5]  3/2 16/23 18/3 20/1
22/24
hate [1]  12/8
have [70]  4/2 4/23 4/25 5/6
5/8 5/11 5/15 5/21 6/5 7/18
7/19 7/20 7/23 7/24 8/10
8/16 8/19 9/1 9/4 9/7 9/12
10/1 10/9 10/10 10/15 10/25
11/4 11/15 11/23 12/24 13/6
13/10 13/16 13/17 13/21
14/2 14/13 14/19 14/25
16/14 16/22 16/22 18/10
18/10 18/24 19/6 19/7 19/8
20/5 20/7 20/8 20/9 20/16
20/22 20/24 21/9 22/3 22/15
22/23 23/9 23/15 23/16
23/17 23/18 23/19 23/20
24/3 24/8 24/9 24/17
haven't [8]  9/10 9/15 10/23
12/5 13/2 13/4 13/20 14/9
having [3]  4/8 4/8 4/9
he [2]  7/15 16/20
hear [1]  17/21
hearing [6]  2/6 18/1 22/16
22/18 25/11 25/18
held [2]  1/8 4/7
here [8]  2/6 3/8 6/13 6/15 7/9
12/17 16/17 23/4
hereby [1]  25/15
high [2]  18/14 20/22
highlights [1]  3/11
hit [2]  24/8 24/9
hold [5]  4/1 13/21 15/20
15/20 15/22
Honor [31]  2/5 2/10 2/14
3/23 4/6 4/15 5/2 5/24 6/16
7/24 8/1 8/25 10/5 10/22
11/7 12/1 12/22 13/15 13/24
15/25 16/18 16/23 18/4
19/15 19/23 20/14 21/16
22/21 22/23 24/16 24/23
Honor's [1]  4/21
HONORABLE [3]  1/8 2/2 2/3
hope [2]  16/16 21/9
hours [1]  4/18
how [9]  5/14 5/15 5/15 6/8
6/9 14/13 18/12 18/13 24/23
hundreds [3]  12/13 23/20
23/21

## I

I'll [1]  17/21
I'm [19]  2/11 4/11 6/2 6/7
6/13 7/1 7/5 9/21 9/24 13/9
14/16 15/5 15/10 17/10
17/20 22/12 22/17 22/18
24/16
idea [1]  12/11
identification [2]  5/10 21/2
identified [20]  4/2 4/8 4/9 4/9
4/13 4/23 5/4 5/5 5/11 5/18
5/21 12/5 13/5 13/20 14/14
14/18 14/20 18/5 20/10

---

identify [13]  3/10 4/12 4/18
6/17 6/23 7/14 8/13 12/6
14/4 15/6 15/9 15/16 25/8
identifying [1]  12/5
imagine [2]  11/2 11/6
importantly [1]  2/20
impose [1]  17/19
inability [1]  25/8
inaccurate [1]  12/3
inadequate [1]  18/15
INC [3]  1/5 2/7 2/16
included [1]  3/7
indicate [1]  3/7
indicates [1]  24/25
individual [5]  12/6 14/4 14/19
16/3 21/17
individuals [12]  12/5 12/10
12/14 14/14 14/19 15/2 15/3
15/6 15/16 16/5 16/21 25/9
infer [2]  7/7 7/11
information [13]  6/19 6/21
8/7 8/11 8/15 9/5 9/16 11/20
12/11 12/24 14/4 14/20
18/17
initial [6]  2/25 13/18 14/18
14/25 16/4 16/7
intend [6]  11/10 13/7 14/3
14/9 15/2 25/9
intends [1]  22/10
intent [1]  16/17
interest [1]  16/14
interim [2]  16/13 24/19
interpret [1]  8/14
investigation [4]  5/4 5/7
18/22 23/13
involved [1]  24/17
is [64]  2/2 2/3 2/10 2/14 3/1
3/21 4/3 4/11 4/24 5/1 5/4
5/23 6/13 6/14 6/16 7/2 7/15
7/16 7/18 8/1 8/13 8/19 8/25
9/8 9/15 9/17 9/19 9/21 9/22
9/22 9/25 10/6 10/12 11/9
11/10 12/15 12/21 12/23
13/17 14/18 15/11 15/11
15/23 16/8 16/10 16/24 17/3
17/17 18/14 20/1 20/4 21/9
21/9 21/24 22/1 22/6 22/7
23/19 24/2 24/17 25/6 25/7
25/15 25/19
isn't [2]  6/13 20/21
issue [15]  6/10 6/11 7/9
10/13 10/14 11/25 12/19
15/10 18/3 18/19 18/20
19/24 20/21 21/5 22/23
issued [1]  10/10
issues [6]  2/23 17/23 19/8
21/12 21/13 22/20
it [37]  3/5 3/10 3/18 3/20 4/7
5/5 5/19 6/21 7/16 7/17 7/18
7/22 7/23 7/24 8/3 8/4 9/23
10/1 10/3 10/4 11/11 11/19
12/4 15/10 15/11 16/12 17/9
17/10 17/10 17/12 17/20
19/15 19/20 21/19 22/16
23/5 24/14
it's [20]  3/3 3/8 3/12 3/25
3/15 7/4 10/25 11/3 13/13
13/15 14/15 16/11 16/20

---

## J

JAMES [1]  1/8
jamming [1]  16/14
January [1]  17/21
JEB [1]  1/3
jobs [1]  21/23
joined [1]  2/11
joint [6]  9/2 9/14 10/3 18/4
18/5 18/17
JUDGE [1]  1/9 2/3
judicious [1]  6/8
juncture [2]  17/11 17/18
June [7]  6/23 7/3 7/3 8/3
8/12 8/13 8/24
June 22 [1]  7/3
just [31]  4/11 5/13 7/20 8/2
8/17 9/21 9/24 10/4 10/25
12/1 12/6 12/15 12/16 13/9
14/11 15/8 15/17 15/19 16/1
16/12 17/11 17/11 17/17
17/19 18/16 20/1 20/22
21/21 22/17 23/8 23/22

## K

keep [4]  11/16 11/17 17/10
22/2
Kellogg [2]  1/15 2/15
kind [1]  16/13
Klein [1]  5/8
Klineberg [11]  1/14 2/15 2/17
4/16 7/22 8/23 9/21 10/9
15/23 19/20 21/11
knew [1]  4/25
know [21]  4/17 4/22 7/8 9/13
11/9 11/9 11/22 13/11 13/14
14/4 14/7 15/7 16/9 16/11
16/15 16/23 17/21 21/16
22/3 23/16 24/8
known [1]  5/11

## L

lack [1]  11/8
language [1]  22/10
large [2]  18/20 23/25
largely [1]  10/14
last [4]  9/5 16/15 23/15
23/25
late [1]  17/4
later [1]  9/20
latest [1]  10/21
learn [2]  11/7 16/5
learning [1]  16/2
least [6]  2/22 11/2 19/21
20/9 20/11 21/16
lengthy [1]  11/17
less [1]  19/15
let [7]  3/19 6/7 8/22 9/19
10/2 12/17 22/14
light [2]  5/25 5/25
like [9]  4/3 4/4 11/11 11/22
15/10 19/17 21/22 22/1
22/16
likely [1]  22/18
limitations [1]  25/20
limited [1]  17/15
link [2]  5/11 5/11
linked [2]  2/24 3/1

**L**

links [21]  3/11 3/13 3/16 4/1
4/3 4/4 4/6 4/8 4/9 4/12 4/13
4/13 4/19 5/5 5/14 5/15
5/18 5/20 5/21 6/4
list [9]  3/4 3/6 8/5 8/6 9/2
10/7 13/16 15/15 20/4
listed [2]  10/10 13/2
listing [1]  12/23
little [4]  7/7 7/12 10/11 23/8
location [1]  6/25
locations [1]  7/14
log [11]  18/15 20/1 20/4 20/4
20/8 20/9 20/14 21/12 21/17
22/1 22/3
long [1]  20/5
looked [2]  7/17 10/23
lost [1]  25/10
lot [4]  3/19 9/10 17/13 21/3

**M**

magic [2]  16/24 17/5
make [7]  4/20 10/7 12/20
12/17 21/25 23/22 24/19
makes [1]  19/21
making [2]  10/20 11/1
many [7]  2/21 4/18 4/18 5/14
5/15 5/15 24/8
marketing [1]  8/14
math [1]  5/23
Matheson [17]  1/11 2/11 3/2
3/18 4/24 5/16 6/14 8/25
9/18 11/14 15/24 17/25
19/13 20/13 21/14 22/10
24/22
Matheson's [1]  9/13
matter [1]  25/17
may [11]  7/19 10/18 11/7
12/3 12/10 12/11 12/24
15/19 16/21 17/14 19/18
May 22 [1]  10/18
maybe [5]  4/24 5/13 9/18
9/25 10/25
me [13]  3/20 5/3 6/14 7/12
7/18 7/25 8/22 8/23 9/19
9/23 12/17 14/16 17/18
mean [7]  4/6 4/18 11/2 14/16
16/16 21/22 22/9
meet [3]  8/2 22/10 25/5
met [1]  18/10
META [15]  1/5 2/7 2/15 3/2
3/4 3/6 3/13 3/13 3/17 3/19
6/6 6/12 7/6 13/17 18/11
Meta's [3]  3/15 3/25 9/9
metadata [1]  6/17
Miami [2]  25/23 25/24
mid [3]  10/21 11/3 11/25
middle [4]  12/9 12/15 13/18
14/11
might [7]  5/10 15/3 15/12
16/3 18/8 20/24 21/18
million [9]  23/9 23/10 23/11
23/12 23/19 24/3 24/3 24/5
24/6
mind [1]  16/22
minimum [1]  11/17
minus [1]  5/23
minute [2]  7/1 22/25
misleading [1]  21/21

modify [1]  23/5
moment [1]  5/8
month [1]  16/15
months [1]  23/6
more [23]  2/20 3/12 3/19 6/3
6/4 6/6 6/8 6/10 7/12 7/19
8/10 9/16 9/19 10/11 15/1
17/22 19/9 20/8 21/3 23/9
23/10 23/11 24/25
morning [7]  2/4 2/5 2/10 2/13
2/14 2/17 2/18
move [4]  15/18 18/12 19/1
21/3
moving [2]  15/21 18/21
Mr [1]  17/25
Mr. [25]  2/17 3/2 3/18 4/16
4/24 5/16 6/14 7/15 7/22
8/23 8/25 9/13 9/18 9/21
10/9 11/14 15/24 17/25
19/13 19/20 20/13 21/11
21/14 22/10 24/22
Mr. Hansen [1]  7/15
Mr. Klineberg [9]  2/17 4/16
7/22 8/23 9/21 10/9 15/23
19/20 21/11
Mr. Matheson [14]  3/2 3/18
4/24 5/16 6/14 8/25 9/18
11/14 15/24 19/13 20/13
21/14 22/10 24/22
Mr. Matheson's [1]  9/13
Ms. [1]  7/13
Ms. Dennis [1]  7/13
much [1]  2/22
multiple [1]  24/17
Musser [1]  2/12
must [2]  12/2 16/21
my [4]  2/12 3/3 3/25 15/5

**N**

name [3]  2/8 6/21 6/22
narrow [1]  17/3
narrowed [1]  2/21
necessary [1]  22/12
need [12]  5/13 10/18 11/12
13/2 13/7 13/15 18/21 18/20
19/1 20/8 21/3 24/25
needs [1]  22/7
negotiating [1]  14/21
negotiation [1]  25/3
nestor [5]  1/19 1/21 25/22
25/22 25/24
networking [1]  3/8
next [8]  10/2 17/9 22/13
23/15 24/2 24/11 24/14
24/19
no [8]  1/3 6/12 7/24 12/21
13/6 16/14 17/2 19/5
nonparties [4]  10/7 10/10
13/25 14/5
North [1]  25/23
Northwest [1]  1/16
not [31]  5/10 6/5 6/6 7/8 6/18
6/24 8/12 9/22 9/24 11/3
11/4 12/15 12/18 12/21
13/13 13/17 13/25 15/10
15/17 16/17 17/7 17/20
17/22 18/16 19/18 21/9
22/12 22/17 22/18 24/9
24/13 24/16

noted [1]  18/8
nothing [5]  8/10 16/24 17/5
22/21 24/14
noticed [3]  12/6 14/3 18/24
November [7]  1/5 18/12
19/14 20/6 20/10 21/8 22/25
November 14 [1]  19/14
November 16 [2]  18/12 22/25
November 23 [3]  20/6 20/10
21/8
now [10]  2/2 2/22 3/15 4/7
9/4 9/7 10/17 11/4 18/10
24/6
number [5]  3/16 5/20 18/20
23/16 23/18
Nume [1]  6/1
NW [1]  1/20

**O**

objecting [1]  16/8
obvious [1]  8/6
obviously [4]  7/9 15/15 16/24
19/15
occasions [1]  15/1
occurred [1]  25/18
October [2]  18/7 21/3
off [2]  8/9 8/18
Official [2]  1/19 25/23
okay [8]  2/13 2/23 12/23
14/13 17/23 19/6 19/20
22/13
one [7]  3/2 3/22 5/19 9/9
22/23 24/19 24/24
ones [3]  10/16 20/14 24/7
only [3]  14/16 24/8 25/5
onset [1]  18/23
opportunity [1]  9/15
order [4]  3/4 15/1 22/25 23/5
ordered [1]  12/3
orderly [1]  14/12
original [1]  14/15
originate [1]  6/20
originates [1]  6/18
originating [6]  6/18 6/19 8/7
8/11 8/14 8/20
other [12]  6/21 9/10 11/5
11/19 13/10 16/1 18/3 19/10
21/13 22/20 24/13 24/24
other's [1]  19/10
others [2]  6/21 11/8
our [14]  11/9 11/13 12/21
14/15 14/18 14/25 15/3 16/4
16/6 16/10 16/17 18/1 22/25
23/20
out [8]  3/18 6/13 9/5 9/14
12/12 14/7 17/12 21/21
over [4]  23/6 24/4 24/5 25/3
overwhelming [1]  21/25
own [4]  14/1 14/2 14/3 22/9

**P**

page [2]  10/3 18/13
pages [2]  23/10 23/12
pandemic [1]  25/19
part [2]  6/8 23/12
particular [1]  19/8
parties [9]  5/17 5/20 8/2 8/12
16/2 17/1 18/11 18/18 19/4
party [5]  11/7 11/9 14/9

past [1]  19/10
path [7]  6/18 6/19 8/7 8/11
8/14 8/20 11/17
people [11]  11/24 12/24 13/1
13/3 13/13 15/7 15/8 15/11
15/11 19/9 19/10
per [3]  4/4 5/18 5/21
percent [3]  20/17 20/17
21/20
person [1]  13/4
personal [1]  3/8
piece [1]  7/20
pipeline [1]  23/20
plaintiff [3]  1/3 1/11 2/8
plan [1]  14/14
planning [1]  14/12
PLATFORMS [3]  1/5 2/7
2/16
plead [1]  12/8
please [3]  2/8 3/24 25/18
PLLC [1]  1/15
point [6]  4/11 15/16 17/6
17/20 17/22 21/21
position [5]  3/2 4/16 5/14
8/23 17/14 18/13
possible [2]  19/18 24/21
potential [2]  10/7 19/21
potentially [3]  10/9 12/13
23/17
poverty [1]  12/8
practice [1]  16/1
pragmatic [3]  12/2 12/4
24/25
pre [1]  23/12
pre-complaint [1]  23/12
precisely [2]  4/15 10/15
prejudiced [1]  6/9
prepared [2]  17/7 19/13
presiding [1]  2/3
previously [2]  4/10 4/12
principally [2]  20/20 20/23
prior [4]  8/2 9/1 9/11 18/22
privilege [6]  18/7 18/15 20/1
20/8 21/12 21/13
probably [2]  19/6 19/7
problem [3]  6/15 6/16 15/15
problematic [1]  22/4
proceed [1]  5/11
proceedings [2]  2/1 25/16
process [8]  5/3 5/6 5/9 14/21
16/3 17/4 18/21 25/3
produce [2]  3/13 23/14
produced [2]  23/9 23/12
producing [1]  24/12
product [2]  16/10 16/20
production [11]  6/24 6/24 9/4
18/8 21/8 23/1 23/11 24/13
24/15 24/19 25/8
productions [4]  9/6 9/7 9/11
15/18
promise [1]  7/8
promised [1]  7/6
promising [1]  6/7
proposal [2]  3/15 4/1
proposed [5]  5/3 5/6 5/7 5/9
16/25
provide [10]  6/19 6/21 6/23
8/5 8/6 9/2 9/13 9/17 14/23

**P**

provide... [1] 15/1
provided [3] 9/4 9/12 18/7
provides [1] 6/17
purpose [1] 17/15
pursue [3] 10/16 11/11 16/6
pursuing [1] 11/7
put [4] 8/15 13/23 17/14
23/14

**Q**

question [4] 3/22 8/1 10/12
15/5
quick [1] 22/15 22/17
quickly [1] 15/18 21/4

**R**

raise [3] 17/9 21/9 22/24
raised [1] 19/24
rate [3] 20/23 21/20 22/2
rates [1] 20/17
rather [2] 4/9 11/13
reach [7] 18/11 18/18 19/4
19/4 19/12 19/22 22/15
read [1] 7/22
ready [2] 22/12 22/18
realistic [1] 12/16
really [5] 10/21 11/13 11/23
19/23 21/21
reason [3] 4/24 7/11 16/13
reasonable [1] 5/7
reasons [1] 21/17
receiving [1] 4/3
recipients [1] 14/22
record [1] 2/9
referees [1] 21/22
referencing [1] 9/21
referred [1] 7/19
reflects [1] 7/6
regard [1] 11/2
relate [2] 2/24 21/12
related [1] 21/1
relevance [2] 11/8 11/8
relevant [4] 10/7 10/10 12/24
23/17
remain [1] 5/16
remaining [1] 10/15
remedy [1] 15/23
remotely [1] 25/20
repeat [1] 5/14
report [9] 2/20 9/2 9/14 10/2
10/3 17/9 18/4 18/5 18/17
REPORTED [1] 1/19
reporter [3] 1/19 25/10 25/23
reporting [1] 25/20
representative [1] 13/6
request [2] 23/4 23/10
requested [1] 17/5
requesting [1] 23/23
requests [1] 23/2
require [3] 12/4 16/13 19/25
required [2] 11/21 22/5
requirement [2] 11/18 17/19
rereview [2] 20/1 20/9
resolution [3] 18/12 18/18
19/3
resolve [5] 3/20 10/1 10/4
21/19 22/17
resolved [1] 19/17

respond [6] 3/17 16/18 20/4
20/19 21/2 24/23
response [1] 23/10
responses [1] 12/12
rest [1] 10/13
resulted [1] 5/9
retrieve [1] 4/19
reversal [4] 20/17 20/23
21/20 22/2
reversed [1] 21/24
review [1] 23/18
reviewed [1] 21/18
reviewers [1] 23/20
reviewing [3] 22/4 23/17
23/21
right [20] 2/19 7/18 10/4 10/6
10/16 10/22 10/24 11/3 11/6
11/25 13/9 13/10 13/22 14/1
15/12 15/20 17/6 21/15
21/24 23/3
risk [1] 19/9
RMR [2] 1/19 25/22
road [1] 6/5
rolling [3] 23/14 24/13 24/15
rough [1] 24/6
Rule [5] 10/19 11/12 11/14
12/2 16/20
rules [6] 11/11 11/18 11/21
11/23 16/5 17/18
ruling [2] 4/21 18/2

**S**

said [7] 7/10 7/14 7/15 7/19
8/19 17/2 20/10
sales [1] 8/13
same [4] 5/6 15/5 15/6 16/1
sample [1] 21/24
satisfactory [1] 9/16
say [13] 5/1 7/2 8/5 11/3 20/3
21/13 21/20 22/7 22/10
22/12 24/2 24/6 24/24
saying [2] 7/6 21/22
says [6] 6/12 7/4 7/5 7/5 12/2
16/21
schedule [3] 22/16 22/19
24/17
scheduling [1] 10/18
scramble [1] 16/15
search [3] 24/8 24/9 25/3
second [1] 6/11
see [8] 2/20 2/21 5/22 9/19
14/3 16/13 17/6 24/10
seek [13] 12/10 12/11 12/20
13/8 13/12 14/6 14/6 15/2
15/12 15/13 16/21 18/8 25/9
seeking [1] 13/13
seems [4] 9/23 11/19 15/10
15/11
segregate [1] 21/13
selected [1] 22/3
selection [2] 6/9 21/24
sense [3] 10/25 19/21 24/10
sent [1] 8/4
Sequoia [1] 18/1
seriously [2] 25/2 25/6
session [1] 2/3
set [5] 18/14 22/15 22/19
23/1 23/25
setting [1] 9/5 22/25

Seventh [1] 1/12
several [2] 20/15 24/11
shared [1] 6/11
she [1] 7/19
shortly [1] 18/17
should [11] 5/3 6/17 11/13
14/5 18/11 18/19 20/3 20/11
21/5 21/13 21/20
shouldn't [3] 4/17 4/22 15/23
show [1] 15/14
similar [2] 3/3 3/9
simply [1] 19/5
simultaneous [3] 18/13 19/7
19/8
since [2] 18/4 22/16
single [3] 12/5 12/6 13/4
situation [1] 14/8
six [1] 4/4
sleeves [2] 8/9 8/18
so [42] 2/19 2/23 3/15 4/6
4/11 4/11 5/22 6/3 6/4 6/10
6/13 7/3 7/8 7/8 7/11 8/7 9/7
9/10 9/18 9/25 10/6 10/7
10/9 10/11 11/8 12/17 12/23
13/9 13/12 14/18 15/19
15/24 17/4 17/20 17/23 19/6
19/12 20/10 20/22 22/2 22/6
22/14
social [1] 3/8
software [1] 6/22
some [9] 3/3 5/1 6/19 9/19
15/16 19/2 20/16 21/10 24/8
somebody [1] 16/22
something [5] 4/3 4/4 22/7
22/17 24/21
Sometimes [2] 19/8 19/8
somewhat [1] 3/8
sorry [2] 7/5 14/16
sort [4] 7/8 10/15 16/8 23/20
sound [1] 10/4
sounds [2] 10/23 22/16
sources [3] 6/11 9/3 9/10
Southwest [1] 1/12
specific [1] 22/3
specificity [1] 15/2
spent [1] 4/18
split [1] 6/2
splitting [1] 6/3
spring [2] 15/17 17/4
staff [1] 23/21
stands [1] 9/17
start [4] 3/21 12/4 15/21 17/3
state [1] 2/8
statement [2] 7/15 7/19
statements [1] 18/13
STATES [2] 1/1 1/9
status [12] 1/8 2/6 2/19 7/3
7/4 9/2 9/14 10/2 17/9 18/4
18/5 18/17
still [6] 6/14 10/1 15/10 16/11
16/12 23/6 23/17 23/19
stop [2] 7/1 8/22
streamline [1] 11/16
Street [2] 1/12 1/16
stringent [1] 17/19
subject [1] 25/19
submit [1] 19/19
subpoena [4] 10/12 10/19

subpoenaing [2] 13/1 16/2
subpoenas [5] 10/11 12/12
12/13 12/20 14/22
substantial [1] 21/23
substantially [1] 23/25
such [1] 11/1
suggesting [1] 19/3
Suite [1] 1/16
supplement [5] 11/12 12/2
14/25 16/23 17/1
supplemented [1] 16/12
supplementing [2] 16/4 16/6
support [2] 14/10 15/3
sure [8] 3/24 8/25 9/24 10/7
12/17 16/19 24/16 24/20
surely [1] 17/7
Susan [1] 2/12
sympathetic [2] 17/14 17/22

**T**

take [2] 24/18 25/2
taking [1] 17/15
talk [5] 3/19 9/15 9/19 9/25
22/14
talking [4] 5/22 13/25 19/9
22/2
tammy [5] 1/19 1/21 25/22
25/22 25/24
teams [1] 21/23
technological [1] 25/19
tee [1] 19/21
teed [3] 2/23 17/24 18/16
tell [11] 3/12 6/14 7/12 8/23
11/1 11/24 12/9 13/7 14/10
17/7 19/5
telling [1] 12/19
ten [1] 18/13
ten-page [1] 18/13
terms [4] 3/15 24/8 24/9 25/3
terrifying [1] 13/15
testimony [4] 13/3 13/5 13/10
14/23
than [15] 3/19 4/9 6/21 7/20
8/10 10/11 11/13 11/20 17/4
21/4 21/12 23/9 23/10 23/11
24/24
thank [2] 2/19 10/5
Thanksgiving [1] 19/18
that [145] 2/20 2/23 3/1 3/2
3/3 3/5 3/10 3/16 3/18 3/22
4/1 4/1 4/2 4/11 4/19 4/23
4/25 5/1 5/3 5/7 5/10 5/23
6/10 6/16 6/17 6/19 6/20 7/2
7/4 7/5 7/5 7/6 7/7 7/8 7/9
7/11 7/12 7/15 7/16 7/20
7/20 8/4 8/8 8/9 8/12 8/15
8/20 9/4 9/10 9/13 9/15 9/17
9/17 9/20 10/4 10/17 10/19
10/23 11/3 11/9 11/12 11/18
11/19 11/24 12/10 12/18
12/19 12/21 12/23 13/11
13/13 13/16 14/24 15/13
16/1 16/2 16/8 16/13 16/16
16/18 17/8 17/8 17/12 17/13
17/17 17/23 17/23 17/25
18/2 18/3 18/5 18/6 18/10
18/11 18/22 19/18 19/20
19/25 20/1 20/4 20/5 20/12
20/18 20/20 20/23 20/24

**T**

that... [39]  20/24 21/1 21/4
21/6 21/10 21/11 21/13
21/14 21/20 21/21 21/22
21/23 22/3 22/7 22/19 22/24
23/4 23/5 23/5 23/12 23/16
23/16 23/17 23/18 23/18
23/19 23/24 24/1 24/2 24/6
24/7 24/10 24/18 24/24 25/2
25/4 25/4 25/6 25/15
that 330 [1]  24/6
that's [25]  5/2 5/24 6/3 6/5
6/10 7/8 8/6 10/13 10/14
10/16 10/22 14/7 14/12
15/15 16/17 19/3 20/23
21/15 21/21 23/6 23/11 24/6
24/11 24/20 24/21
their [24]  5/14 8/9 8/14 8/18
11/14 11/18 12/2 13/12
13/18 13/21 13/25 14/2 14/3
14/5 14/10 15/15 18/15
18/24 21/8 21/22 24/24 25/4
25/8 25/8
them [23]  2/22 3/6 5/6 7/10
8/4 8/16 8/17 9/14 9/23
10/11 11/19 11/23 12/4
13/10 13/11 13/12 13/23
15/8 15/14 16/25 17/7 17/19
18/6
then [12]  3/6 3/13 3/18 5/8
5/15 5/22 10/4 10/10 19/5
23/24 24/3 24/14
there [19]  2/20 3/19 5/20 6/6
6/13 6/13 7/1 8/13 9/10 9/22
13/19 16/24 17/25 18/1
18/20 21/9 21/9 21/17 22/18
there's [6]  6/12 9/16 17/4
19/5 20/7 21/7
therefore [2]  23/23 25/19
these [16]  4/19 5/1 6/6 10/20
10/20 11/2 11/4 11/4 11/25
12/14 13/3 21/4 21/11 21/16
23/21 25/3
they [88]  4/1 4/17 4/22 4/22
5/2 5/5 5/6 5/7 5/9 6/18 6/23
7/2 7/8 7/10 7/14 8/4 8/5 8/5
8/7 8/8 8/9 8/17 8/20 9/16
9/23 11/19 11/20 11/24
11/25 12/2 12/5 12/6 12/9
12/10 12/10 12/18 12/19
12/19 12/20 12/24 12/25
13/2 13/3 13/7 13/7 13/9
13/11 13/12 13/13 13/20
13/21 13/23 14/4 14/4 14/5
14/7 14/8 14/9 14/10 14/12
15/6 15/9 15/11 15/12 15/14
15/14 15/16 16/21 16/21
16/22 16/22 17/2 17/12 18/7
20/9 20/18 20/18 20/22 21/2
21/17 21/18 22/2 22/3 24/12
25/4 25/5 25/5 25/9
they've [2]  13/5 17/8
thing [1]  15/6 16/8
think [54]  3/1 3/3 3/8 3/12
3/18 3/20 5/5 5/14 5/15 5/20
5/24 6/5 6/6 6/9 6/14 7/2 7/4
7/8 7/13 7/17 7/18 9/12
10/14 10/18 10/22 10/23
12/4 13/16 15/19 16/8 17/6

17/23 18/11 18/18 19/1
19/24 20/6 20/11 20/22 21/3
21/5 21/15 21/25 22/6 22/6
23/18 23/22 23/24 25/2 25/6
thinking [1]  16/10
third [8]  10/6 11/7 11/9 14/9
14/16 14/21 16/2 24/3
this [38]  2/2 2/10 2/14 3/20
7/2 7/3 7/6 7/18 9/19 9/20
9/20 11/10 17/9 17/11 17/13
17/17 17/18 17/20 17/22
18/19 18/21 19/2 19/17
19/21 19/24 19/25 20/8 21/5
21/20 22/2 22/6 22/6 22/12
22/13 23/10 23/25 25/6
25/10
those [14]  3/13 4/13 9/11
12/12 14/6 15/7 16/6 18/8
20/19 20/20 21/13 22/4 24/7
24/15
though [2]  12/25 13/22
thought [1]  8/3
thousands [1]  12/13
threatened [1]  25/7
three [7]  2/23 3/17 17/23
23/5 23/23 24/14 24/15
threshold [1]  7/9
through [4]  8/10 16/2 19/1
23/24
throughout [1]  11/15
time [2]  19/15 21/10
times [1]  8/17
today [7]  2/6 2/12 17/24 18/2
18/19 19/3 19/24
Todd [1]  1/15
told [1]  14/9
tolerate [1]  14/8
tomorrow [1]  18/1
too [4]  2/21 10/25 17/19 25/4
took [1]  4/19
top [1]  23/11
total [3]  4/4 4/23 24/10
TRADE [4]  1/2 1/11 2/6 2/11
tranches [1]  3/16
transcript [5]  7/3 7/5 7/7 7/11
7/20
transcription [1]  25/16
trial [9]  12/11 12/25 13/3
13/5 13/7 13/16 13/23 14/14
15/3
true [1]  4/3
trying [7]  4/18 6/13 11/21
12/1 12/16 22/8 24/9
turn [1]  5/8
turns [2]  3/18 17/12
two [2]  10/3 15/1

**U**

unable [1]  8/13
unacceptably [1]  18/14
unclear [1]  7/7
under [7]  8/21 11/14 11/18
11/21 11/23 16/5 18/6
undermining [1]  21/25
understand [6]  10/8 11/21
12/17 13/3 13/6 13/19
understanding [1]  3/25
unfair [1]  17/14
UNITED [2]  1/1 1/9

unreasonable [2]  12/25 18/2
20/2
untenable [1]  20/2
until [6]  10/2 10/15 12/9 20/8
21/2 23/24
up [6]  2/24 10/3 15/14 17/24
18/16 19/21
update [1]  13/18
updating [1]  2/25
urgency [1]  19/2
us [22]  4/1 4/8 5/9 6/23 8/5
8/6 8/8 8/9 8/15 8/18 8/19
9/16 12/10 13/7 14/9 14/10
16/9 16/15 18/7 19/15 19/25
22/21
use [3]  8/16 14/10 15/3
used [1]  5/15

**V**

vendors [1]  24/17
versus [1]  2/7
very [3]  20/3 20/11 24/6
vest [2]  8/9 8/18
Veterans [1]  19/16
VIA [1]  1/8
view [1]  11/9
volume [1]  24/10

**W**

wait [2]  10/2 12/9
want [13]  3/13 4/1 4/13 6/14
7/9 7/12 9/16 10/7 13/13
17/3 19/9 19/10 21/21
wanted [5]  3/4 9/23 18/2
22/24 23/8
was [13]  3/5 3/5 3/16 5/7
6/23 8/3 8/12 9/14 17/8
17/25 18/1 24/9 25/4
Washington [4]  1/4 1/13 1/17
1/20
wasted [1]  5/7
way [4]  8/15 9/9 9/18 9/25
ways [1]  3/3
we [158]  2/5 4/2 4/3 4/18
4/20 5/3 5/3 5/4 5/6 5/10
5/11 5/11 5/18 5/19 5/21
5/24 8/2 8/3 8/4 8/10 8/13
8/14 8/16 8/19 8/21 9/1 9/2
9/4 9/12 9/12 9/12 9/15
10/15 10/16 11/4 11/4 11/7
11/9 11/10 11/11 11/11 12/1
12/4 12/11 12/16 13/2 13/4
13/6 13/7 13/16 13/19 13/25
14/2 14/3 14/5 14/8 14/11
14/19 14/20 14/20 14/24
14/24 14/25 15/2 15/3 15/13
15/17 15/17 15/19 15/25
16/2 16/5 16/5 16/6 16/8
16/11 16/12 16/14 16/16
16/16 16/25 16/25 17/7 17/5
18/4 18/4 18/5 18/8 18/8
18/10 18/10 18/11 18/16
18/21 18/24 19/1 19/1 19/2
19/3 19/4 19/15 19/14 19/16
19/17 19/18 19/23 19/24
20/3 20/5 20/5 20/6 20/8
20/8 20/11 20/15 20/16
20/22 20/24 21/3 21/3 21/4
21/5 21/5 21/9 22/4 22/5

23/14 23/14 23/15 23/15
23/17 23/18 23/18 23/19
23/20 23/22 23/22 23/22
23/24 23/24 24/10 24/17
24/18 24/19 24/25 25/1 25/2
25/2 25/6
we've [1]  17/25
week [9]  9/5 18/18 19/3
22/13 23/15 23/15 24/2
24/14 24/19
weeks [7]  3/17 22/12 23/5
23/23 24/11 24/14 24/15
well [5]  14/15 15/25 18/3
19/23 20/25
went [1]  9/14
were [11]  3/7 4/2 4/25 8/4
8/13 8/17 8/21 9/4 17/24
18/6 18/22
what [33]  3/5 3/11 3/11 3/13
5/1 5/25 6/1 6/14 6/23 7/10
7/19 8/23 9/8 9/12 9/22 9/23
12/24 13/6 13/19 14/3 14/7
14/8 14/12 15/11 15/23
16/10 16/11 18/14 20/8 22/1
22/7 24/16 25/5
what's [3]  11/14 11/18 11/22
when [6]  7/2 10/12 11/1
19/12 24/2 24/20
where [7]  6/10 9/6 9/17 9/24
14/8 14/19 23/20
whether [4]  9/15 9/16 10/12
24/20
which [18]  3/1 3/4 3/7 3/16
4/3 5/4 6/18 9/3 9/8 10/15
11/24 20/10 20/17 21/2
22/24 23/19 24/8 24/9
who [11]  12/14 12/20 12/24
12/24 13/7 13/13 13/16 14/9
14/22 16/3 24/17
whole [3]  9/10 17/13 19/25
whom [7]  10/10 13/4 14/14
15/8 15/12 16/21 25/9
why [8]  4/17 4/22 4/22 9/22
15/23 19/3 21/17 24/25
will [24]  3/15 3/19 6/7 6/8
6/10 9/21 10/2 10/4 10/16
10/17 11/1 11/15 13/11 14/4
14/6 15/9 16/6 17/10 17/22
20/5 22/14 22/18 24/14
24/18
wiser [2]  3/6 3/12
wish [1]  10/16
withdrew [1]  5/19
withheld [2]  18/6 18/22
within [1]  3/17
without [2]  6/9 7/10
witness [2]  15/15 18/23
witnesses [7]  13/16 14/1
14/3 14/3 14/23 15/12 16/3
won't [5]  13/7 13/19 13/21
14/11 21/14
words [4]  11/19 13/11 16/1
24/13
work [5]  2/24 6/12 6/20
16/10 16/20
working [1]  20/3
workplace [1]  9/8
world [1]  16/25

## W

worried [2]  15/11 15/13
would [25]  4/3 4/7 5/1 5/5
5/11 5/15 5/23 6/9 8/10 8/19
11/22 12/4 14/23 14/24
16/25 17/12 19/7 19/12
19/15 19/17 20/10 21/9
23/23 24/12 24/12
wouldn't [4]  4/25 8/16 13/10
19/6
wrongfully [1]  18/22

## Y

yeah [1]  17/8
yes [6]  2/13 7/16 10/5 13/15
14/15 22/23
yet [3]  22/19 24/9 24/20
you [124]  2/13 2/19 2/21 3/4
3/6 3/10 3/12 3/12 3/13 3/18
3/19 3/20 4/12 4/12 4/13
4/23 4/25 4/25 4/25 5/1 5/13
5/13 5/14 5/15 5/15 5/22 6/3
6/4 6/4 6/5 6/6 6/6 6/7 6/8
6/8 6/9 6/9 6/14 6/14 7/1 7/2
7/6 7/8 7/11 7/14 7/20 7/21
7/22 8/19 8/22 8/23 8/24
9/13 9/19 9/19 9/23 9/25
10/1 10/1 10/2 10/5 10/9
10/10 10/10 10/12 10/13
10/17 10/18 10/19 10/25
11/1 11/3 11/6 11/9 11/9
11/16 11/19 11/20 11/22
11/22 11/24 12/18 12/19
13/11 13/11 13/12 13/13
14/13 14/13 14/14 15/7 15/8
15/9 15/11 16/9 16/11 16/15
16/23 17/9 17/13 17/13
17/14 17/21 18/2 19/7 19/12
19/12 19/20 19/22 21/11
21/16 22/3 22/10 22/14
22/14 22/15 23/8 23/16 24/2
24/3 24/7 24/10 24/12 24/13
you're [1]  12/18
you've [2]  10/1 10/20
your [43]  2/5 2/8 2/10 2/14
3/22 4/6 4/11 4/15 4/16 4/21
5/1 5/2 5/24 6/16 7/24 8/1
8/23 8/25 10/5 10/22 11/6
11/22 12/1 12/21 13/15
13/23 15/25 16/18 16/23
17/6 17/8 17/15 18/4 19/14
19/23 20/14 21/15 22/9
22/21 22/23 22/24 24/16
24/23

## Z

ZOOM [2]  1/8 25/10