# Exhibit A

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' NOTICE OF LODGING OF TIMELINES OF EVENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Judge: Hon. Vince Chhabra<br>Courtroom: 4, 17th Floor |

Pursuant to the Court's Order (ECF No. 1057), Plaintiffs hereby lodge the following timelines of events that were provided to the Court at the September 15, 2022 hearing on the motion for sanctions:

1. Timeline of Deposition Issues Related to Plaintiffs' March 1, 2022 30(b)(6) Deposition Notice;
2. Timeline of Issues Related to Financial Documents;
3. Timeline of Issues Related to Named Plaintiff Depositions;
4. Timeline of Document Production Issues Related to Privilege Overdesignation;
5. Timeline of Discovery Issues Related to Production of Quips;
6. Timeline of Issues Related to Named Plaintiff Data; and
7. Timeline of Issues Related to ADI Production.

Dated: September 20, 2022                                    Respectfully submitted,

KELLER ROHRBACK L.L.P.                                       BLEICHMAR FONTI & AULD LLP

By:   /s/ Derek W. Loeser                                    By:   /s/ Lesley E. Weaver
      Derek W. Loeser                                              Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                    Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)             Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                           Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                    Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                  Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                555 12th Street, Suite 1600
Seattle, WA 98101                                            Oakland, CA 94607
Tel.: (206) 623-1900                                         Tel.: (415) 445-4003
Fax: (206) 623-3384                                          Fax: (415) 445-4020
dloeser@kellerrohrback.com                                   lweaver@bfalaw.com
claufenberg@kellerrohrback.com                               adavis@bfalaw.com
dko@kellerrohrback.com                                       mmelamed@bfalaw.com
adaniel@kellerrohrback.com                                   aornelas@bfalaw.com
bgould@kellerrohrback.com                                    jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September 2022, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC

**TIMELINE OF DOCUMENT PRODUCTION ISSUES RELATED TO PRIVILEGE OVERDESIGNATION**

| Date | Description |
| --- | --- |
| Prior to Jan. 2022 | Fewer than 10,000 documents logged as privileged. Weaver Decl., ¶ 10. |
| Jan. 28, 2022 | 14,132 documents total on Facebook's 3rd Categorical Privilege Log. |
| Mar. 17, 2022 | 182,112 new documents added on Facebook's 4th Categorical Privilege Log. |
| Apr. 22, 2022 | The parties agree to a protocol for resolving disputes over Facebook's categorical privilege log (this protocol provides for sampling of certain categories of documents that Plaintiffs challenge). |
| Apr. 29, 2022 | Plaintiffs challenge 87,094 documents on Facebook's 4th Categorical Privilege Log. |
| May 2, 2022 | Facebook provides a statistically significant sample of documents that Plaintiffs challenged. |
| May 6, 2022 | Facebook informs Plaintiffs that it will produce 1938 of the 3062 sampled documents in full, another 331 with redactions, and revises its claims of privilege for another 17 documents (production rate of 74%). |
| May 11, 2022 | The parties agree that Facebook will re-review all documents on its 4th Categorical Privilege Log. |
| May – July 2022 | Rolling lists of documents Facebook "de-designates" as privileged, production of the same documents by Facebook. |
| June 24, 2022 | Facebook produces its 5th Amended Categorical Privilege Log, which "removes documents that Facebook determined should be removed from its 4th Categorical Privilege Log." |
| June 27, 2022 | Facebook produces its 6th Amended Categorical Privilege Log and provides an updated list of counsel referenced in the Log. |
| July 21, 2022 | Facebook provides a final revised cross-reference spreadsheet to Plaintiffs (allowing Plaintiffs to identify and confirm production of all de-designated documents). |