AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590 - JEB |
| Meta Platforms, Inc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                       .

Date:   12/13/2022

/s/ Anusha Sunkara
*Attorney's signature*

Anusha Sunkara (DC Bar -1736070)
*Printed name and bar number*

FEDERAL TRADE COMMISSION
400 7TH STREET, SW
WASHINGTON, DC 20024

*Address*

ASUNKARA@FTC.GOV
*E-mail address*

(202) 326-2431
*Telephone number*

*FAX number*