IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>- v. -<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No.<br>1:20-cv-03590 (JEB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, PETER J. MUCCHETTI, of the law firm CLIFFORD CHANCE US LLP, duly admitted to practice in this court, hereby appears as counsel for Twitter, Inc. in the above-captioned matter.

Dated: December 19, 2022

                                     */s/ Peter J. Mucchetti*
                                     Peter J. Mucchetti (D.C. Bar#: 463202)

                                     CLIFFORD CHANCE US LLP
                                     2001 K St. NW
                                     Washington, D.C. 20006
                                     Tel: (202) 912-5053
                                     Fax: (212) 912-6000
                                     peter.mucchetti@cliffordchance.com

                                     *Counsel for Twitter, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2022, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                                                      */s/ Peter J. Mucchetti*
                                                                                      Peter J. Mucchetti (D.C. Bar#: 463202)