AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:20-cv-03590-JEB |
| META PLATFORMS, INC., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

META PLATFORMS. INC.                                                                                          .

Date:     01/04/2023

/s/ Andrew E. Goldsmith.
*Attorney's signature*

Andrew E. Goldsmith (D.C. Bar - 1007074)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick
1615 M Street NW, Suite 400
Washington DC 20036

*Address*

agoldsmith@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*