IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. |
| *Plaintiff*, | 1:20-cv-03590 (JEB) |
| - v. - | |
| META PLATFORMS, INC., | |
| *Defendant*. | |

**MOTION TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER THEREON**

Kenneth R. O'Rourke of Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini"), former counsel for non-party Twitter Inc. ("Twitter"), respectfully moves the Court to permit him to withdraw as attorney of record for Twitter for all proceedings in this matter pursuant to Local Civil Rule 83.6.

## I. FACTUAL AND PROCEDURAL HISTORY

On March 16, 2022, Kenneth R. O'Rourke filed a notice of appearance as attorney of record for non-party Twitter. (Dkt. 123).

On December 19, 2022, Mr. Peter Joseph Mucchetti, Esq. of Clifford Chance U.S. LLP, filed a notice of appearance as attorney of record for non-party Twitter. (Dkt. 228).

## II. REQUEST FOR RELIEF

In light of Mr. Mucchetti's notice of appearance, and in the interest of ensuring that the Court has an accurate record of who is representing Twitter (since neither Mr. O'Rourke nor Wilson Sonsini continue to represent Twitter in this matter), Mr. O'Rourke respectfully moves the Court to grant permission to withdraw as attorney for Twitter for all proceedings herein and to

have the Clerk requested to remove Mr. O'Rourke's name from the CM/ECF service list for this matter.  Mr. O'Rourke's withdrawal will not occasion a request for an extension of deadlines in this case.

Dated: January 9, 2023                                              Respectfully Submitted,

By: */s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke (DC Bar No: 1613849)
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street NW, 5th Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: korourke@wsgr.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

    *Plaintiff*,

- v. -

META PLATFORMS, INC.,

    *Defendant*.

Case No.
1:20-cv-03590 (JEB)

## [PROPOSED] ORDER

BEFORE THE COURT is Petitioner's Motion to Withdraw as Counsel ("Motion"). The Court, having reviewed the Motion and good cause appearing therefore, finds that the motion is warranted and is hereby GRANTED. Mr. Kenneth R. O'Rourke of Wilson Sonsini Goodrich & Rosati is withdrawn as attorney of record for non-party Twitter Inc. in these proceedings. The Clerk is directed to enter this Order and remove Mr. O'Rourke from the CM/ECF service list for this case.

**IT IS HEREBY ORDERED.**

Date: January __, 2023

JAMES E. BOASBERG
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the CM/ECF system.

By: */s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke (DC Bar No: 1613849)