AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Federal Trade Commission.

Date: 01/13/2023

/s/ Stephen Pearson III
*Attorney's signature*

Stephen Pearson III (DC Bar No. 1765192)
*Printed name and bar number*

400 7th St SW
Washington, DC 20024

*Address*

spearson@ftc.gov
*E-mail address*

(202) 326-3323
*Telephone number*

*FAX number*