**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

**PLAINTIFF FEDERAL TRADE COMMISSION'S STATEMENT REGARDING THE
STATUS OF NON-PARTY DISCOVERY**

Pursuant to the Court's Minute Order of December 19, 2022, the Federal Trade Commission states that at the present time, the FTC has no ripe disputes with nonparties regarding discovery.

The FTC has served approximately 160 document subpoenas on non-parties: 130 of these are cross-notices on non-parties subpoenaed by Meta. The FTC has achieved substantial compliance with approximately 90% of its document subpoenas and does not anticipate document-related disputes with these non-parties. The FTC anticipates that it will be able to achieve compliance with most or all of the remaining approximately 10% of its document subpoenas without the Court's assistance. The only disputes that appear probable at the present time involve three key non-parties. The FTC continues to make progress in achieving these three non-parties' compliance, but may be required to seek relief from the Court in the coming weeks if negotiations stall over scope and timing of document productions.

The FTC continues to negotiate with a number of non-parties regarding its separate subpoenas seeking data, and at this time has no ripe data-related disputes with non-parties.

Dated: January 20, 2023

Respectfully submitted,

By: */s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria Dimoscato (D.C. Bar 489743)
Patricia Galvan
Owen Masters (D.C. Bar 242139)
Susan Musser (D.C. Bar 1531486)
Michael Smith (D.C. Bar 996738)
Mitchell London (D.C. Bar 1029408)
Jessica Moy
Nathan Brenner
Rebecca Weinstein

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*