AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

META PLATFORMS, INC.                                              .

Date:    01/25/2023                                 s/ Perry Lange
                                                    *Attorney's signature*

                                                    Perry Lange (D.C. Bar - 494339)
                                                    *Printed name and bar number*

                                                    Wilmer Cutler Pickering Hale & Dorr LLP
                                                    2100 Pennsylvania Avenue NW
                                                    Washington, DC 20037
                                                    *Address*

                                                    perry.lange@wilmerhale.com
                                                    *E-mail address*

                                                    (202) 663-6000
                                                    *Telephone number*

                                                    (202) 663-6363
                                                    *FAX number*