AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590 - JEB |
| Meta Platforms, Inc | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 01/31/2023

/s/ Justin Lorber
*Attorney's signature*

Justin Lorber (DC Bar - 90005184)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

jlorber@ftc.gov
*E-mail address*

(202) 326-2998
*Telephone number*

(202) 326-2655
*FAX number*