IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc. and Plaintiff Federal Trade Commission respectfully move for an extension of time to March 3, 2023, for the parties to bring any ripe disputes with third parties to the Court's attention for resolution in an omnibus hearing, via three-page briefs. There is good cause for this ten-day extension, as neither party anticipates having a ripe dispute with any third party by February 21, 2023. A modest extension will facilitate the parties' ongoing negotiations with third parties regarding document production and deposition scheduling, and will serve as a more effective deadline for reaching resolution of any potential disputes. Moreover, this extension will not impact any other case deadlines. A brief extension is therefore justified. The parties have conferred pursuant to Local Civil Rule 7(m) and jointly request this extension. This revised deadline shall not prejudice either party's ability to bring future disputes with third parties to the Court for resolution under the procedures set forth in the Scheduling Order.

Dated: February 17, 2023                               Respectfully submitted,


                                                       /s/ *Mark C. Hansen*
                                                       Mark C. Hansen (D.C. Bar No. 425930)
                                                       Geoffrey M. Klineberg (D.C. Bar No. 444503)
                                                       KELLOGG, HANSEN, TODD,
                                                         FIGEL & FREDERICK, P.L.L.C.
                                                       1615 M Street, N.W., Suite 400
                                                       Washington, D.C. 20036
                                                       Tel: (202) 326-7900
                                                       mhansen@kellogghansen.com
                                                       gklineberg@kellogghansen.com

                                                       *Counsel for Defendant Meta Platforms, Inc.*


                                                       /s/ *Daniel Matheson*
                                                       Daniel Matheson (D.C. Bar 502490)
                                                       Federal Trade Commission
                                                       Bureau of Competition
                                                       400 Seventh Street, S.W.
                                                       Washington, D.C. 20024
                                                       Telephone: (202) 326-2075
                                                       Email: dmatheson@ftc.gov

                                                       *Attorney for Plaintiff Federal Trade Commission*