# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-03590-JEB |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION

Upon consideration of the parties' Joint Motion for Extension of Time, and good cause appearing, the motion is hereby **GRANTED**; and it is further:

**ORDERED** that all disputes with third parties shall be brought to the Court's attention by March 3, 2023, via three-page briefs to be submitted by the party and the third party.

**ORDERED** that nothing in this order shall be construed as limiting either party's ability to bring future disputes with third parties to the Court for resolution under the procedures set forth in the Scheduling Order.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Honorable James E. Boasberg
United States District Judge