IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 13 AND 14 REGARDING THE FTC'S MARKET DEFINITION**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Meta Platforms, Inc. ("Meta"), by and through its undersigned counsel, hereby moves this Court for an order compelling the FTC's answer to Meta's Interrogatory Nos. 13 and 14 regarding the FTC's market definition.

Pursuant to Local Civil Rule 7(m), counsel for Meta and the FTC conferred regarding this Motion to Compel. Meta raised this issue to the Court in the parties' January 30, 2023 Joint Status Report, ECF No. 237, and the Court ordered the parties to provide written support for their positions.

Dated: February 24, 2023

Respectfully submitted,

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Aaron M. Panner (D.C. Bar No. 453608)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Kevin D. Horvitz (D.C. Bar No. 1521032)
Alex A. Parkinson (D.C. Bar No. 166695)
Hilary M. Weaver*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900

*Counsel for Defendant Meta Platforms, Inc.*

*Application to D.C. Bar Pending