# Exhibit D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S LIST OF FEATURES OR ACTIVITIES FOR EXPLANATION BY THE FEDERAL TRADE COMMISSION**

Pursuant to the agreement set forth in the parties' December 15, 2022 Joint Status Report, ECF No. 227, Meta Platforms, Inc., ("Meta") provides the attached list of 100 features and activities for explanation by the Federal Trade Commission ("FTC"). Per the terms of the parties' agreement, the FTC will provide "further elaboration of its position" within three weeks of service, and then, within five weeks of service, the FTC will explain why each feature or activity in Column E does—or does not—count as time spent using a "personal social networking service" ("PSNS"). *See id.* at 8. The FTC will also provide "any relevant facts supporting its explanation." *Id*. at 18.

The FTC's response should also address the particular feature or activity on Meta's product that is similar to the feature or activity on the other listed product. Specifically, Columns B-D identify a selection of features or activities on Meta's products that the FTC has previously indicated qualify as PSNS. *See* ECF No. 206, Ex. 1. Pursuant to the parties' agreement, the FTC's explanation should "include details and any relevant facts on why the FTC classifies" the feature or activity on Meta's product in Column D similarly or differently than the feature or activity on the

different product in the same row in Column E. *See* ECF No. 227 at 18. For example, if the activity in Column D is "viewing Reel(s) posted by a celebrity . . . User follows that does not follow User" on Instagram and the activity in Column E is "viewing videos posted on TikTok by a celebrity User follows that does not follow User," the FTC's response should explain why it classifies the former as PSNS and the latter as non-PSNS, and include any relevant facts supporting its explanation. In that example, those facts should explain why—in the FTC's view—engagement with the feature or activity on Instagram is a substitute for all engagement on other PSNS products but not for engagement with the similar feature or activity on TikTok.

For the avoidance of doubt, the listing of features or activities below should not be construed as any statement or admission by Meta. The features or activities below are not an exhaustive list of all features or activities that are or have been available on Meta's products or the other listed products, but merely a selection that Meta requests that the FTC address in its response. Moreover, the fact that two activities are listed as similar is not an indication that Meta views those activities as the most analogous among the many competitive offerings available. Additionally, the fact that Meta lists two similar features should not be construed to indicate that Meta believes that the listed feature competes only with the similar listed feature or that Meta believes that competition should be considered on a feature-by-feature basis.

Unless the FTC specifies otherwise, Meta will assume that the FTC's explanation relating to each feature or activity applies for the entire time the feature or activity has been available to users since January 1, 2011. If the FTC's explanation is not the same throughout the period when the feature or activity was available to users, then the FTC should say so in its response and explain when and why use of that feature or activity qualified as use of PSNS and when and why it did not.

If, at any point in the future, the FTC takes a different position on any feature or activity, the FTC should timely supplement its response. *See* Fed. R. Civ. P. 26(e); *see also* ECF No. 165, at 2.

Meta includes citations to various publicly accessible sources describing certain features or activities as of a particular date. Meta provides those citations for clarification, and they should not be construed to limit the feature or activity to the functions described as of the particular date of the cited source or to limit the FTC's obligation to address the feature or activity for the entire period that the listed feature or activity has been available to users since January 1, 2011.

Meta reserves its right to seek additional discovery from the FTC relating to any of these issues.

**Comparisons to Features or Activities on Facebook Blue**

| A | B | C | D | E |
|---|---|---|---|---|
| **No.** | **No. On First List**[1] | **Location on Facebook** | **Feature or Activity Classified as PSNS by the FTC on Facebook** | **Feature or Activity on Non-Meta Product** |
| 1 | 1 | Watch[2] | Viewing publicly accessible video(s) on the "For You" . . . Tab posted by a Page[3] User[4] follows. | Viewing publicly accessible video(s) on YouTube's "Home"[5] Tab, posted by an account User subscribes to. |
| 2 | 5 | Watch | Viewing advertisement(s) on Watch. | Viewing advertisement(s) on YouTube. |
| 3 | 6 | Marketplace[6] | Viewing [items for sale] that [were] not posted by one of User's Facebook Friends.[7] | Viewing item(s) for sale under the Shop Tab[8] from a Verified Merchant[9] on Pinterest. |
| 4 | 7 | Marketplace | Viewing [items for sale] posted by one of User's Facebook Friends. | Viewing items for sale posted by one of User's Nextdoor |

[1] *See* Meta Platform, Inc.'s List of Features or Activities for Classification by the Federal Trade Commission (Aug. 22, 2022); Pl. Federal Trade Commission's Resp. to Meta Platforms, Inc.'s List of Features or Activities (Sept. 12, 2022).

[2] Facebook Watch: A description of Facebook Watch as of June 24, 2022 can be found at https://www.facebook.com/help/1041553655923544 [https://perma.cc/RRH3-DFXE].

[3] Pages: A description of Pages as of June 24, 2022 can be found at https://www.facebook.com/help/282489752085908 [https://perma.cc/W4ZR-BJFP].

[4] User: A hypothetical regular person that can or could access or engage in the listed features or activities on Meta's products and the other identified products.

[5] "Home" Tab. A description of the Home Tab as of August 31, 2017 can be found at https://www.youtube.com/watch?v=69tpVNunQEU [https://perma.cc/9PFE-MJ9J].

[6] Facebook Marketplace: A description of Marketplace as of June 24, 2022 can be found at https://www.facebook.com/help/1713241952104830 [https://perma.cc/892J-5M9G].

[7] Friending: A description of Facebook Friending as of August 19, 2022 can be found at https://www.facebook.com/help/1540345696275090 [https://perma.cc/J2E3-EB7C].

[8] Shop Tab: A description of Pinterest's "Shop" Tab as of December 17, 2022 can be found at https://help.pinterest.com/en/business/article/create-a-shop [https://perma.cc/X9ZN-JHV3].

[9] Verified Merchants: A description of Verified Merchants on Pinterest as of December 17, 2022 can be found at https://help.pinterest.com/en/business/article/verified-merchant-program [https://perma.cc/X9Z9-MXX9].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | | Connections[10] on the "For Sale and Free"[11] Tab. |
| 5 | 9 | Reels[12] | Viewing Reel(s) posted by a Page User follows. | Viewing video(s) posted by a Business Account[13] User follows on TikTok. |
| 6 | 11 | Reels | Viewing Reel(s) posted by User's Facebook Friend. | Viewing video(s) on TikTok posted by User's TikTok Friend.[14] |
| 7 | 12 | Reels | Viewing Reel(s) posted by an account that is not a Facebook Friend of User . . . . | Viewing video(s) on TikTok posted by an account that is not a TikTok Friend of User. |
| 8 | 12 | Reels | Viewing Reel(s) posted by an account that is not a Facebook Friend of User . . . . | Viewing video(s) on Snapchat Spotlight[15] posted by an account that User does not subscribe to, and that does not subscribe to User. |
| 9 | 16 | Reels | Posting Reel(s) to an audience limited exclusively to User's Facebook Friends. | Posting TikTok video(s) to an audience limited exclusively to User's TikTok Friends. |
| 10 | 19 | Reels | Commenting on . . . Reel(s) | Commenting on YouTube |

[10] Nextdoor Connections: A description of Nextdoor Connections as of December 17, 2022 can be found at https://help.nextdoor.com/s/article/About-Nextdoor-Connections?language=en_US [https://perma.cc/YPH8-MWEV?type=image].

[11] "For Sale & Free" Tab: A description of the "For Sale & Free" Tab as of December 17, 2022 can be found at https://help.nextdoor.com/s/article/Best-practices-For-Sale-Free?language=en_US [https://perma.cc/EQH6-VCN5?type=image].

[12] Facebook Reels: A description of Facebook Reels as of June 24, 2022 can be found at https://www.facebook.com/creators/reels-for-facebook [https://perma.cc/BC5Z-CG46].

[13] Business Account: A description of Business Account as of December 17, 2022 can be found at https://support.tiktok.com/en/using-tiktok/growing-your-audience/switching-to-a-creator-or-business-account [https://perma.cc/2UJZ-62K4].

[14] A "Friend" on TikTok refers to accounts the User follows that follow the User back. A description of "Friends" as of December 17, 2022 can be found at https://support.tiktok.com/en/using-tiktok/creating-videos/duets [https://perma.cc/E5JD-VDWZ].

[15] Snapchat Spotlight: A description of Snapchat Spotlight as of December 17, 2022 can be found at https://support.snapchat.com/en-GB/a/spotlight [https://perma.cc/Q4F8-R6DU].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | posted by a Page User follows. | Shorts[16] posted by an account User subscribes to. |
| 11 | 20 | Groups[17] | [P]osting content in a Group User joined based on the User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group.[18] | Posting content in a Community on Reddit User joined based on the User's interests, such as the "Instant Pot" Community.[19] |
| 12 | 20 | Groups | Viewing or posting content in a Group User joined based on the User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group.[20] | Viewing or posting content in a Community[21] User joined on Google+ based on the User's interests. |
| 13 | 21 | Groups | Viewing . . . content in a Group of any size where 0-15% of . . . members of the Group are Facebook Friends. | Viewing content in a Reddit Community of any size where 0-15% of the members of the community are User's friends or family members. |
| 14 | 23 | Groups | Viewing . . . content in a Group [containing 20 Users that are all User's family members]. | Viewing content in an iMessage group chat containing 20 Users that are all User's family members. |
| 15 | 29 | Groups | Viewing . . . content in a Group focused on a | Using Nextdoor's |

[16] YouTube Shorts: A description of YouTube Shorts as of December 17, 2022 can be found at https://support.google.com/youtube/answer/10059070?hl=en [https://perma.cc/4D72-X267].

[17] Groups: A description of Groups as of June 24, 2022 can be found at https://www.facebook.com/help/1629740080681586 [https://perma.cc/MB9L-XNDU].

[18] The "Slow Cooker/Instant Pot Recipes" Group as of August 19, 2022 can be found at https://www.facebook.com/groups/887806611311727/ [https://perma.cc/K8E7-ZYLP].

[19] Communities: A description of Reddit Communities, also known as "Subreddits," as of December 17, 2022 can be found at https://reddit.zendesk.com/hc/en-us/articles/204533569-What-are-communities-or-subreddits- [https://perma.cc/WJG2-3ZH2].

[20] The "Slow Cooker/Instant Pot Recipes" Group as of August 19, 2022 can be found at https://www.facebook.com/groups/887806611311727/ [https://perma.cc/K8E7-ZYLP].

[21] Communities: A description of Google Communities as of December 17, 2022 can be found at https://support.google.com/googlecurrents/answer/6320394?hl=en&co=GENIE.Platform%3DDesktop [https://perma.cc/HHX2-WYUC].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | geographic community, such as a neighborhood or city. | "Neighborhood Name"[22] Tab to view content in User's immediate neighborhood only. |
| 16 | 33 | Games/ Gaming[23] | Watching . . . live-stream gaming. | Watching live-stream gaming videos on YouTube Live.[24] |
| 17 | 34 | Stories[25] | Viewing Story(ies) posted by User's Facebook Friend. | Viewing Story(ies) posted by User's Connection[26] on LinkedIn. |
| 18 | 34 | Stories | Viewing Story(ies) posted by User's Facebook Friend. | Viewing Story(ies) posted by User's Friend[27] on Snapchat. |
| 19 | 40 | Live[28] | Viewing Live video(s) posted by an account that is Facebook Friends with User. | Viewing video(s) on YouTube Live posted by an account that is a friend or family member of the User. |
| 20 | 43 | Feed[29] | Posting to all of User's | Posting to all of User's |

[22] Neighborhood Name: A description of the Neighborhood Name Tab as of December 17, 2022 can be found at https://help.nextdoor.com/s/article/About-Nearby-Neighborhoods?language=en_US [https://perma.cc/69US-WNQ5?type=image].

[23] Gaming: A description of Gaming as of August 17, 2022 can be found at https://www.facebook.com/help/2402655169966967?helpref=hc_fnav [https://perma.cc/9WZ7-FFUZ].

[24] YouTube Live: A description of YouTube Live as of December 17, 2022 can be found at https://www.youtube.com/howyoutubeworks/product-features/live/#youtube-live [https://perma.cc/9QVP-BZY4].

[25] Facebook Stories: A description of Facebook Stories as of June 24, 2022 can be found at https://www.facebook.com/business/learn/lessons/facebook-stories-creators [https://perma.cc/F8F4-TN7K].

[26] Connection: A description of Connections on LinkedIn as of December 17, 2022 can be found at https://www.linkedin.com/help/linkedin/answer/a563052/connections-overview?lang=en [https://perma.cc/SH95-37Z2].

[27] Friend: A description of Friend within the context of Snapchat as of December 17, 2022 can be found at https://support.snapchat.com/en-GB/article/add-friends [https://perma.cc/6ERJ-JGQP].

[28] Facebook Live: A description of Facebook Live as of June 24, 2022 can be found at https://www.facebook.com/formedia/tools/facebook-live [https://perma.cc/5H2H-BAY6].

[29] Facebook Feed: A description of Facebook Feed as of June 24, 2022 can be found at https://www.facebook.com/help/1155510281178725 [https://perma.cc/CZ8R-9LCL]. Feed was

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | Facebook Friends, encouraging them to attend an industry-networking event hosted by User's employer. | Followers on Google+, encouraging them to attend an industry-networking event hosted by User's employer. |
| 21 | 44 | Feed | Posting to User's Facebook Friends to promote User's small business. | Posting to User's LinkedIn Connections to promote User's small business. |
| 22 | 48 | Feed | Posting content to a limited audience of five or fewer Facebook Friends whose mobile telephone number User possessed prior to joining Facebook. | Posting content on iMessage to a limited audience of five or fewer of User's friends or family members whose mobile telephone number User possesses. |
| 23 | 51 | Feed | Posting Original[30] content that encourages users that reside in close physical proximity to one another to attend a local social event. | Posting Original content on Strava, encouraging User's personal friends that reside in close physical proximity to one another to attend a local social event. |
| 24 | 52 | Feed | Viewing Original photo(s) posted by a Facebook Friend. | Viewing Original photo(s) on Twitter posted by a person who User follows and who also follows User. |
| 25 | 52 | Feed | Viewing Original photo(s) posted by a Facebook Friend. | Viewing Original photo(s) on Twitter posted by User's friend or family member. |
| 26 | 52 | Feed | Viewing Original photo(s) posted by a Facebook Friend. | Viewing Original photo(s) on Pinterest posted by User's family member. |
| 27 | 53 | Feed | Posting Original photo(s) [about a highly personal milestone (such as a health event)]. | Posting Original photo(s) about a highly personal milestone (such as a health event) on LinkedIn. |
| 28 | 53 | Feed | Posting Original photo(s). | Posting Original photos in a Tweet on Twitter. |
| 29 | 54 | Feed | Viewing Original video(s) | Viewing Original video(s) |

formerly called "News Feed" and was launched on or around September 5, 2006.

[30] Original here means created by the poster, as opposed to the poster re-sharing content created by another user.

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | posted by User's Facebook Friend [showing their child's first steps]. | posted by a User's friend or family member on YouTube showing their child's first steps. |
| 30 | 56 | Feed | Viewing comments . . . to Original post(s) by a Facebook Friend. | Viewing comments to Original post(s) by a User's Nextdoor Connection. |
| 31 | 57 | Feed | Viewing content (e.g., The New York Times ("NYT") article or 20 minute comedy routine from a famous comedian that was posted on YouTube) . . . linked in a Facebook Friend's post. | Viewing content (e.g. a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) linked in a Tweet by an individual who User follows and who also follows User on Twitter. |
| 32 | 60 | Feed | Viewing content that was posted by a Facebook Friend of one of User's Facebook Friends (who is not Facebook Friends with User) and reshared by User's Facebook Friend. | Viewing a Retweet[31] posted by a person who User follows and who also follows User when the Original tweet was posted by an account User does not follow. |
| 33 | 61 | Feed | Viewing content posted by a Public Figure[32] . . . User follows or subscribes[33] to on Facebook but is not Facebook Friends with. | Viewing content posted by a public figure User subscribes to on YouTube but that does not subscribe to User. |
| 34 | 61 | Feed | Viewing content posted by a Public Figure . . . User follows or subscribes to on Facebook but is not Facebook Friends with. | Viewing content posted by a public figure User follows on Google+ but that does not follow User. |

[31] Retweet: A description of a Retweet as of December 17, 2022 can be found at https://help.twitter.com/en/using-twitter/how-to-retweet [https://perma.cc/H2ZE-7XH4].

[32] Public Figure: A description of Public Figure as of September 10, 2019 can be found at https://www.facebook.com/formedia/blog/new-features-for-public-figures [https://perma.cc/33ZF-AFQT].

[33] During the relevant period, Facebook changed certain terminology from "subscribe" to "follow."

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 35 | 61 | Feed | Viewing content posted by a Public Figure[34] . . . User follows or subscribes[35] to on Facebook but is not Facebook Friends with. | Viewing content posted by a public figure User follows on MeWe but that does not follow User. |
| 36 | 62 | Feed | Viewing content without a link posted by a Page User follows on Facebook. | Viewing content without a link posted by a Professional Account User follows on Twitter. |
| 37 | 64 | Feed | Viewing content posted in a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. | Viewing content posted in a Community User joined on Reddit based on User's interests, such as the "Instant Pot" Community. |
| 38 | 64 | Feed | Viewing content posted in a Group User joined based on User's interests . . . . | Viewing content posted in a LinkedIn Group[36] User joined based on User's interests. |
| 39 | 65 | Feed | Viewing linked content (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Group User joined based on User's interests, such as the "Slow Cooker/Instant Pot Recipes" Group. | Viewing linked content (e.g., a NYT article or 20 minute comedy routine from a famous comedian that was posted on YouTube) from a Community User joined on Reddit based on User's interests, such as the "Instant Pot" community. |
| 40 | 69 | Feed | Viewing content posted from a Group that contains more than 10,000 members. | Viewing content posted in a Reddit Community that contains more than 10,000 members. |
| 41 | 74 | Feed | Viewing content posted | Viewing content posted on |

[34] Public Figure: A description of Public Figure as of September 10, 2019 can be found at https://www.facebook.com/formedia/blog/new-features-for-public-figures [https://perma.cc/33ZF-AFQT].

[35] During the relevant period, Facebook changed certain terminology from "subscribe" to "follow."

[36] LinkedIn Group: A description of LinkedIn Groups as of December 17, 2022 can be found at https://www.linkedin.com/help/linkedin/answer/a540824/linkedin-groups-membership-overview [https://perma.cc/K96F-BBQE].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | from a Group focused on a geographic community, such as a neighborhood . . . . | Nextdoor in one's immediate neighborhood only by selecting the Tab with User's Neighborhood Name. |
| 42 | 75 | Feed | Viewing comments . . . to post(s) by a person User follows or subscribes to on Facebook but is not Facebook Friends with. | Viewing comments to Tweets posted by a person User follows on Twitter that does not follow User back. |
| 43 | 78 | Feed | Viewing Recommended[37] video content that does not originate from people or Pages User follows or Groups User has joined. | Viewing Suggested video content that does not originate from accounts User subscribes to on YouTube. |
| 44 | 78 | Feed | Viewing Recommended video content that does not originate from people or Pages User follows or Groups User has joined. | Viewing suggested video content on TikTok's "For You" Feed that does not originate from people or accounts User follows. |
| 45 | 78 | Feed | Viewing Recommended video content that does not originate from people or Pages User follows or Groups User has joined. | Viewing recommended Idea Pins[38] on Pinterest's Watch Tab that do not originate from people or Boards User follows. |
| 46 | 78 | Feed | Viewing Recommended video content that does not originate from people or Pages User follows or Groups User has joined. | Viewing recommended video(s) on Netflix. |
| 47 | 78 | Feed | Viewing Recommended video content that does not originate from people or Pages User follows or Groups User has joined. | Viewing recommended video(s) on Myspace that does not originate from User's friends or connections. |

[37] A description of Recommended content as of August 19, 2022 can be found at https://transparency.fb.com/data/widely-viewed-content-report/ [https://perma.cc/FN5A-7H2W] (explaining that "[r]ecommended content is unconnected").

[38] Idea Pins: A description of Idea Pins as of December 17, 2022 can be found at https://help.pinterest.com/en/article/story-pins [https://perma.cc/NQ5R-R346].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 48 | 89 | Notifications[39] | Viewing Notifications based on activity from User's Facebook Friends. | Viewing Notifications[40] when User's Nextdoor Connection mentions them in a comment. |
| 49 | 91 | Messaging/ Facebook Chat[41] | Sending . . . message(s) . . . to one other Facebook Friend. | Sending message(s) to one other friend or family member on iMessage. |
| 50 | 91 | Messaging/ Facebook Chat | Sending . . . message(s) . . . to one other Facebook Friend. | Sending message(s) to one other Snapchat Friend. |
| 51 | 91 | Messaging/ Facebook Chat | Sending . . . message(s) . . . to one other Facebook Friend [to wish him a happy birthday]. | Sending message(s) on LinkedIn to a friend or family member to wish him a happy birthday. |
| 52 | 96 | Messaging/ Facebook Chat | Sending . . . message(s) . . . to a group[42] of 21-30 other users. | Sending message(s) to a group of 21-30 other users on iMessage. |
| 53 | 106 | Messaging/ Facebook Chat | Sending . . . message(s) containing sender's Original photo(s). | Using iMessage to send an album of Original photo(s) from iCloud Photos to a group of User's friends or family members.[43] |
| 54 | 110 | Messaging/ Facebook Chat Rooms | Voice calling with one other User. | Voice calling with one friend or family member using iMessage/FaceTime Audio. |
| 55 | 112 | Messaging/ | Video calling with one other | Video calling with one friend |

[39] Notifications: A description of Notifications as of August 22, 2022 can be found at https://www.facebook.com/help/notifications [https://perma.cc/L3FP-CT2F].

[40] Notifications: A description of Notifications on Nextdoor as of December 17, 2022 can be found at https://help.nextdoor.com/s/article/How-to-change-your-mobile-notifications?language=en_US [https://perma.cc/FJV3-VVDP?type=image].

[41] The "Messaging" functionality that is being referred to in this "Facebook" section of the chart is referring to the Messaging functionality that is and has been available through the Facebook application, rather than through the stand-alone Messenger application.

[42] The terminology "group" in this and the following rows relating to "Messaging/Facebook Chat" does not imply a "Facebook Group."

[43] iCloud Photos: A description of iCloud Photos as of December 17, 2022 can be found at https://www.apple.com/icloud/ [https://perma.cc/7LNZ-A5WW].

| No. | No. On First List[1] | Location on Facebook | Feature or Activity Classified as PSNS by the FTC on Facebook | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | Facebook Chat | User. | or family member using iMessage/FaceTime Video. |
| 56 | 113 | Messaging/ Facebook Chat Rooms | Video calling with more than one other User. | Video calling with more than one friend or family member using iMessage/FaceTime Video. |
| 57 | 116. | Search[44] | Using the Search feature to find Page(s) . . . User is interested in. | Using the search feature on Reddit to find Communities User is interested in. |
| 58 | 122. | Podcasts | Listening to Podcast(s) or Live Audio Room(s).[45] | Listening to live audio in a Space[46] on Twitter. |
| 59 | 122. | Podcasts | Listening to Podcast(s) or Live Audio Room(s). | Listening to Podcast(s) on Spotify. |

**Comparisons to Features or Activities on Instagram**

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 60 | 10 | Reels[47] | Viewing Reel(s) posted by a celebrity . . . User follows that does not follow User. | Viewing videos posted on TikTok by a celebrity User follows that does not follow User. |
| 61 | 10 | Reels | Viewing Reel(s) posted by a celebrity . . . User follows that does not follow User. | Viewing YouTube Shorts posted by a celebrity User subscribes to who does not subscribe to User. |
| 62 | 15 | Reels | Viewing Reel(s) posted by any Personal Account[48] that | Viewing video(s) on TikTok posted by any Personal |

[44] Search: A description of how to use Search as of August 19, 2022 can be found at https://www.facebook.com/help/103764609715185 [https://perma.cc/LZ52-88U8].

[45] Podcasts and Live Audio Rooms: A description of Podcasts and Live Audio Rooms as of June 21, 2021 can be found at https://about.fb.com/news/2021/06/live-audio-rooms-and-podcasts-on-facebook/ [https://perma.cc/97C7-MDTH].

[46] Twitter Spaces: A description of Spaces as of December 17, 2022 can be found at https://help.twitter.com/en/using-twitter/spaces [https://perma.cc/5APP-2U5P].

[47] Instagram Reels: A description of Reels as of June 24, 2022 can be found at https://about.instagram.com/features/reels [https://perma.cc/F29V-LYF6].

[48] "Personal Account," when used in the context of the Instagram section of this chart, refers

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | User follows and that follows User where User has met the owner of the account . . . . | Account that is User's TikTok Friend where User has met the owner of the account. |
| 63 | 15 | Reels | Viewing Reel(s) posted by any Personal Account that User follows and that follows User where User has met the owner of the account . . . . | Viewing video(s) using Twitter's immersive media viewer[49] posted by any Personal Account that User follows and that follows User where User has met the owner of the account. |
| 64 | 16 | Reels | Viewing Reel(s) posted by an account that User does not follow, and that does not follow User. | Viewing video(s) on TikTok posted by an account that User does not follow, and that does not follow User. |
| 65 | 16 | Reels | Viewing Reel(s) posted by an account that User does not follow, and that does not follow User. | Viewing video(s) on Snapchat Spotlight posted by an account that User does not follow, and that does not follow User. |
| 66 | 18 | Reels | Viewing branded content in Reel(s). | Viewing branded content on YouTube. |
| 67 | 19 | Reels | Posting Reel(s) to an audience limited to User's followers. | Posting video(s) to TikTok using the "Friends Only" setting. |
| 68 | 20 | Reels | Posting Reel(s) to a Public Audience. | Posting video(s) to Snapchat Spotlight to a public audience. |
| 69 | 20 | Reels | Posting Reel(s) to a Public Audience. | Posting video(s) to a public audience on TikTok. |
| 70 | 20 | Reels | Posting Reel(s) to a Public Audience. | Posting Idea Pins to User's public Pinterest Board. |
| 71 | 22 | Reels | Commenting on . . . Reel(s) posted by an account User follows that does not follow | Commenting on YouTube Shorts posted by an account User subscribes to that does |

to any user's account on Instagram that is utilized by an individual rather than a business or other entity.

[49] Immersive Media Viewer: A description of Twitter's Immersive Media Viewer as of September 29, 2022 can be found at https://blog.twitter.com/en_us/topics/product/2022/new-video-products-make-easier-watch-what-happening-twitter [https://perma.cc/HVP7-36UW].

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | User. | not subscribe to User. |
| 72 | 24 | Reels | Commenting on . . . Reel(s) posted by an account User follows and that follows User. | Commenting on videos on TikTok's Friends Tab[50] posted by User's TikTok Friend. |
| 73 | 28 | Stories[51] | Viewing Story(ies) posted by an account that User follows that does not follow User. | Viewing Story(ies) on Snapchat Discover[52] posted by an account that User subscribes to that does not subscribe to User. |
| 74 | 29 | Stories | Viewing Story(ies) posted by an account for a business . . . User follows that does not follow User. | Viewing Story(ies) on Snapchat Discover posted by an account for a business User subscribes to that does not subscribe to User. |
| 75 | 38 | Stories | Viewing Story(ies) posted by any Personal Account User follows that does not follow User, where User has never met the owner of the account . . . . | Viewing Story(ies) posted on Snapchat by any Personal Account User subscribes to that does not subscribe to User, where User has never met the owner of the account. |
| 76 | 42 | Stories | Viewing Story(ies) posted by [User's personal friend or family member.] | Viewing TikTok Story(ies) posted by User's personal friend or family member. |
| 77 | 47 | Stories | Reacting to . . . Story(ies) posted by an account User follows and that follows User. | Reacting to Story Pins on Pinterest posted by an account User follows and that follows User. |
| 78 | 53 | Live[53] | Viewing Live video(s) | Viewing live video(s) on |

[50] Friends Tab: A description of TikTok's Friends Tab as of December 17, 2022 can be found at https://support.tiktok.com/en/using-tiktok/exploring-videos/friends-tab [https://perma.cc/4C2X-C92V].

[51] Instagram Stories: A description of Instagram Stories as of June 24, 2022 can be found at https://about.instagram.com/features/stories [https://perma.cc/G9UG-HWHB].

[52] Snapchat Discover: A description of Snapchat Discover as of December 17, 2022 can be found at https://support.snapchat.com/en-US/article/how-we-rank-content-discover [https://perma.cc/E22G-YT85].

[53] Instagram Live: A description of Live as of August 17, 2022 can be found at https://hel60p.instagram.com/272122157758915 [https://perma.cc/7L6W-QMQA].

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| | | | posted by an account User follows that follows User. | TikTok posted by User's TikTok Friend. |
| 79 | 53 | Live | Viewing Live video(s) posted by an account User follows that follows User. | Viewing live video(s) on Twitter posted by User's friend or family member. |
| 80 | 56 | Shop[54] | Viewing content on Shops for You. | Viewing Product Pins on Pinterest's Shop Tab. |
| 81 | 59 | IGTV[55] | Watching video(s) on IGTV. | Watching video(s) on Pinterest TV. |
| 82 | 59 | IGTV | Watching video(s) on IGTV. | Watching a movie trailer on YouTube |
| 83 | 59 | IGTV | Watching video(s) on IGTV. | Watching video(s) on Hulu. |
| 84 | 62 | Feed | Viewing content posted by an account that User follows that does not follow User. | Viewing content on YouTube posted by account that User subscribes to that does not subscribe to User. |
| 85 | 62 | Feed[56] | Viewing content posted by an account that User follows that does not follow User. | Viewing content on User's Home timeline on Twitter posted by an account that User follows that does not follow User. |
| 86 | 62 | Feed | Viewing content posted by an account that User follows that does not follow User. | Viewing content on TikTok posted by account that User follows that does not follow User. |
| 87 | 66 | Feed | Viewing content that was posted to a limited audience of five or fewer followers whose mobile telephone number the User possessed prior to joining Instagram. | Viewing content that was posted to a Twitter Circle[57] with five or fewer members whose mobile telephone number User possessed prior to joining Twitter. |

[54] Instagram Shop: A description of Shop as of June 24, 2022 can be found at https://help.instagram.com/194353285783006 [https://perma.cc/BF3X-7Y6W].

[55] IGTV: A description of IGTV dated June 20, 2018 can be found at https://about.instagram.com/blog/announcements/welcome-to-igtv [https://perma.cc/563M-GN9B].

[56] Instagram Feed: A description of Instagram Feed as of June 24, 2022 can be found at https://help.instagram.com/1986234648360433 [https://perma.cc/C86D-U9ZV].

[57] Twitter Circle: A description of Twitter Circle as of December 17, 2022 can be found at https://help.twitter.com/en/using-twitter/twitter-circle [https://perma.cc/RX4S-Z7UF].

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 88 | 67 | Feed | Posting Original content that encourages Users that reside in close physical proximity . . . to attend a local social event. | Tweeting Original content that encourages Users that reside in close physical proximity to attend a local social event. |
| 89 | 68 | Feed | Viewing Original photo(s) posted by an account that User follows and that follows User, where neither follow was based on Suggested for you accounts.[58] | Viewing Original photo(s) posted by a Nextdoor Connection, when User was friends with Connection before connecting online. |
| 90 | 84 | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person . . . . | Viewing Original photo(s) posted by a Personal Account on Friendster's Bulletin Board, where User has never met the owner of the account in person. |
| 91 | 84 | Feed | Viewing Original photo(s) posted by any Personal Account that User follows and that follows User where User has never met the owner of the account in person . . . . | Viewing Original photo(s) posted by an individual on Orkut, where User has never the met the owner of the account in person. |
| 92 | 91 | Feed | Commenting on . . . Original photo(s) posted by an account User follows that follows User. | Commenting on Original Static Pin(s)[59] on Pinterest posted by User's friend or family member. |
| 93 | 119 | Feed | Posting Original video(s) [to a public audience]. | Using Path Social to promote User's Original videos to a public audience. |
| 94 | 122 | Profile | Viewing content on a profile of a Personal Account that User follows and that follows User. | Viewing content on a LinkedIn profile of a Personal Account that is a Connection with User. |

[58] Suggestions For You: A description of suggestions as of August 22, 2022 can be found at https://help.instagram.com/530450580417848 [https://perma.cc/56DA-6BM6].

[59] Static Pins: A description of Static Pins as of December 17, 2022 can be found at https://help.pinterest.com/en/business/article/pinterest-product-specs [https://perma.cc/ARD4-43DP].

| No. | No. On First List | Location on Instagram | Feature or Activity Classified as PSNS by the FTC on Instagram | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 95 | 123 | Profile | Viewing content on a profile of a business . . . User follows and that follows User. | Viewing content on a Twitter profile of a business User follows and that follows User. |
| 96 | 124 | Profile | Viewing content on a profile of an account that User follows [that] does not follow User. | Viewing content on a TikTok profile of an account that User follows that does not follow User. |
| 97 | 128 | Instagram Direct[60] | Sending . . . message(s) to . . . an account User follows that does not follow User. | Sending or viewing message(s) on Pinterest to an account User follows that does not follow User. |
| 98 | 140 | Instagram Direct | Sending . . . message(s) containing content posted by an account User does not follow on Instagram. | Sending message(s) containing content posted by an account User does not follow on TikTok. |
| 99 | 142 | Instagram Direct | Sending . . . disappearing message(s). | Sending disappearing message(s) on Snapchat. |

**Comparison to Feature or Activity on Messenger**

| No. | No. On First List | Location on Messenger | Feature or Activity Classified as PSNS by the FTC on Messenger | Feature or Activity on Non-Meta Product |
|---|---|---|---|---|
| 100 | 1 | Messenger | Viewing Stories. | Viewing Twitter Fleets[61] posted by an account that follows User, who user also follows. |

[60] An explanation of users sending a post they see on Instagram as a direct message as of August 22, 2022 can be found at https://help.instagram.com/1209246439090858 [https://perma.cc/2ETQ-2EDD].

[61] Twitter Fleets: A description of Twitter Fleets as of May 18, 2021 can be found at https://blog.hubspot.com/marketing/twitter-fleets [https://perma.cc/KA5V-DJ4U].

Dated: December 20, 2022

Respectfully submitted,

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

/s/ *Kevin B. Huff*
Kevin B. Huff (D.C. Bar No. 462043)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 623-7900
khuff@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 20, 2022, I caused the foregoing to be served on FTC counsel via electronic mail.

Daniel Matheson
Owen Masters
Michael Smith
Krisha Cerilli
Robert Zuver
Maggie DiMoscato
Sunila Steephen
Dominique Wilson
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Tel: 202-326-2075
dmatheson@ftc.gov
omasters@ftc.gov
msmith9@ftc.gov
kcerilli@ftc.gov
rzuver@ftc.gov
mdimoscato@ftc.gov
ssteephen@ftc.gov
dwilson1@ftc.gov

*/s/ Kevin B. Huff*
Kevin B. Huff (D.C. Bar No. 462043)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
khuff@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*