IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORM'S, INC.'S
MOTION TO COMPEL ANSWER TO INTERROGATORY NOS. 13 AND 14
REGARDING THE FTC'S MARKET DEFINITION**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Compel Answer to Interrogatory Nos. 13 and 14 Regarding the FTC's Market Definition, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission ("FTC") shall provide a complete supplemental answer to Meta's Interrogatory No. 13, that provides the relevant facts in its possession as to why the features on alleged PSNS applications that are identified in Meta's List of Features or Activities for Explanation by the FTC (Dec. 20, 2022) (Exh. D), ECF No.__ ("Feature List For Explanation") are reasonable substitutes for the identified similar features on Facebook and Instagram or other features on Facebook and Instagram.

**ORDERED** that the FTC shall provide a complete supplemental answer to Meta's Interrogatory No. 14, that provides the relevant facts in its possession as to why the features on alleged non-PSNS applications that are identified in Meta's Feature List For Explanation are not reasonable substitutes for the identified identical or similar features on Facebook and Instagram.

**ORDERED** that the FTC shall deliver the supplemental answer to Interrogatory Nos. 13

and 14 to Meta within 10 days of the date of this Order.

DATED: _____, 2023

                                          Honorable James E. Boasberg
                                          United States District Judge