IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S
MOTION TO COMPEL THE NEW YORK TIMES COMPANY TO PRODUCE
DOCUMENTS**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Compel The New York Times Company to Produce Documents, it is hereby **GRANTED**; and it is further:

**ORDERED** that The New York Times Company shall produce to Meta the eleven documents it is withholding within 10 days of the date of this Order.

DATED: _____, 2023      _____
                                                                                  Honorable James E. Boasberg
                                                                                  United States District Judge