AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03590-JEB |
| META PLATFORMS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

META PLATFORMS, INC. .

Date:      03/10/2023

/s/ Daniel V. Dorris
*Attorney's signature*

Daniel V. Dorris (D.C. Bar - 1012305)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick
1615 M Street N.W., Suite 400
Washington D.C. 20036

*Address*

ddorris@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*