IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S MOTION TO COMPEL ANSWER TO
INTERROGATORY NO. 2 REGARDING FACTS NONPARTIES
PROVIDED THE FTC IN 2012 AND 2014**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Meta Platforms, Inc. ("Meta"), by and through its undersigned counsel, hereby moves this Court for an order compelling the FTC's answer to Meta's Interrogatory No. 2 by stating the facts in its possession that it obtained from nonparties in 2012 and 2014 regarding the Instagram and WhatsApp acquisitions.

Pursuant to Local Civil Rule 7(m), counsel for Meta and the FTC conferred regarding this Motion to Compel. Meta raised this issue during a joint call to Chambers on March 9, 2023, and the Court ordered the parties to provide written support for their positions. *See* 3/9/2023 Minute Order.

Dated: March 13, 2023                    Respectfully submitted,

/s/ *Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Kevin B. Huff (D.C. Bar No. 462043)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Kevin D. Horvitz (D.C. Bar No. 1521032)
Alex Treiger (D.C. Bar No. 1670925)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com
khuff@kellogghansen.com
agoldsmith@kellogghansen.com
khorvitz@kellogghansen.com
atreiger@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*