**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No.: 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | **FILED UNDER SEAL** |
| Defendant. | |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 2 REGARDING FACTS NONPARTIES PROVIDED THE FTC IN 2012 AND 2014**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Meta Platforms, Inc. ("Meta").  I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia.  I submit this Declaration in Support of Meta's Motion To Compel Answer to Interrogatory No. 2.  I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Pursuant to Local Civil Rules 5.2(b) and 26.2(d), attached hereto as Exhibit A is an accurate reproduction of Meta's Interrogatories Nos. 1 and 2 (served Mar. 30, 2022) and the FTC's Objections and Responses to Interrogatories Nos. 1 and 2 (served Apr. 29, May 27, and Oct. 7, 2022).

3. Attached hereto as Exhibit B is a true and correct copy of the April 27, 2022 Letter from Daniel J. Matheson (FTC Counsel) to Kevin B. Huff (Meta Counsel).

4. Attached hereto as Exhibit C is a true and correct copy of the May 10, 2022 Letter from Kevin B. Huff (Meta Counsel) to Daniel J. Matheson (FTC Counsel).

5. Attached hereto as Exhibit D is a true and correct copy of the May 13, 2022 Letter from Daniel J. Matheson (FTC Counsel) to Kevin B. Huff (Meta Counsel).

6. Attached hereto as Exhibit E is a true and correct copy of the September 22, 2022 Letter from Kevin B. Huff (Meta Counsel) to Daniel J. Matheson (FTC Counsel).

7. Attached hereto as Exhibit F is a true and correct copy of the March 13, 2023 Declaration of Alex P. Treiger detailing Meta's efforts to speak with the people the FTC interviewed in 2012 and 2014, as well as Meta's third-party discovery efforts.

8. Attached hereto as Exhibit G is a true and correct copy of the ████████ ████████.

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt of an email exchange ███████████████████████████████████████████████

███████████████████████████████████████████████████████████████

10. Attached hereto as Exhibit I is a true and correct copy of the deposition transcript of the ███████████████████████████████████████████

████████████████████████

11. Attached hereto as Exhibit J is a true and correct copy of the March 8, 2023 Letter from Jessica Moy (FTC Counsel) to Kevin B. Huff (Meta Counsel).

12. Attached hereto as Exhibit K is a true and correct copy of the May 4, 2022 Letter from Kevin B. Huff (Meta Counsel) to Daniel J. Matheson (FTC Counsel).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2023

Respectfully submitted,

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No.425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant*
*Meta Platforms, Inc.*