# Exhibit A

**SUBMITTED PURSUANT TO LOCAL CIVIL RULES 5.2(b) AND 26.2(d)**

**FILED UNDER SEAL**

### Meta's Interrogatory General Instructions (served Mar. 9, 2022)

13. For each interrogatory requesting that You identify an action, event, occurrence, meeting, or Communication, separately state for each responsive action, event, occurrence, meeting, or Communication the Persons involved in the action, event, occurrence, meeting, or Communication, their position and employer (or other relevant affiliation), the date of the action, event, occurrence, meeting, or Communication, the medium of the action, event, occurrence, meeting, or Communication (e.g., phone, in-person, email, letter, twitter, press conference, etc.), and identify all Documents (by Bates number) memorializing or constituting the action, event, occurrence, meeting, or Communication, and a description of the facts conveyed in the action, event, occurrence, meeting, or Communication to the extent they are not memorialized in a Document produced in this Action. If such Documents or information are withheld on the basis of a privilege, provide all information required for a privilege log, as described in these instructions.

### Meta's Interrogatory No. 1 (served Mar. 9, 2022)

**INTERROGATORY NO. 1:**

Identify all Persons You communicated with relating to Your Prior Instagram Investigation, Prior WhatsApp Review, Pre-Complaint Investigation, or any allegation in the Complaint or Amended Complaint.

### FTC's Supplemental Objections and Responses to Meta's First Set of Interrogatories (served Oct. 07, 2022)

[redacted]





███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

    █████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████

    █████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████

██



████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████













## Meta's Interrogatory No. 2 (served Mar. 9, 2022)

**INTERROGATORY NO. 2:**

Identify all Communications between You and any other Person relating to the Prior Instagram Investigation, Prior WhatsApp Review, Pre-Complaint Investigation, or any allegation in the Complaint or Amended Complaint.

## FTC's Supplemental Objections and Responses to Meta's First Set of Interrogatories (served May. 27, 2022)

[redacted]



