# Exhibit H

## EXCERPT OF SEPTEMBER 12, 2020 EMAIL THREAD

## FILED UNDER SEAL