IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S
MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 2
REGARDING FACTS NONPARTIES PROVIDED THE FTC IN 2012 AND 2014**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Compel Answer to Interrogatory No. 2 Regarding Facts Nonparties Provided the FTC in 2012 and 2014, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission ("FTC") shall provide a complete supplemental answer to Meta's Interrogatory No. 2 stating the facts in its possession that it obtained from nonparties in 2012 and 2014 regarding the Instagram and WhatsApp acquisitions.

**ORDERED** that the FTC shall deliver the supplemental answer to Interrogatory No. 2 to Meta within 10 days of the date of this Order.

DATED: _____, 2023        _____
                                                                                    Honorable James E. Boasberg
                                                                                    United States District Judge