IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Defendant Meta Platforms, Inc. has reached an agreement with The New York Times Company to resolve its motion to compel, and hereby withdraws its *Motion to Compel The New York Times Company to Produce Documents*, filed, March 3, 2023 [ECF No. 246].

Dated:  March 14, 2023

Respectfully submitted,

 /s/ *Michael Scheinkman*
James P. Rouhandeh (D.C. Bar No. NY0390)
Michael Scheinkman (D.C. Bar No.  NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754

Mark C. Hansen (D.C. Bar No. 425930)
Kevin B. Huff (D.C. Bar No. 462043)
Andrew E. Goldsmith (D.C. Bar No. 1007074)

1

        Kevin D. Horvitz (D.C. Bar No. 1521032)
        Alex P. Treiger (D.C. Bar No. 1670925)
        KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
        Tel: (202) 326-7900
        (202) 326-7900
        mhansen@kellogghansen.com
        khuff@kellogghansen.com
        agoldsmith@kellogghansen.com
        khorvitz@kellogghansen.com
        atreiger@kellogghansen.com

        *Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record

      /s/ Michael Scheinkman
Michael Scheinkman (D.C. Bar No. NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
michael.scheinkman@davispolk.com

*Counsel for Defendant Meta Platforms, Inc.*