# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

            Plaintiff,

    v.                                     Civil Action No. 1:20-cv-03590 (JEB)

**META PLATFORMS, INC.**,

            Defendant.

**PLAINTIFF FEDERAL TRADE COMMISSION'S SEVENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT META PLATFORMS, INC.**

      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission ("FTC") requests that Defendant Meta Platforms, Inc. ("Meta") produce the documents requested in this Seventh Set of Requests for Production ("Requests") for inspection, examination, and production.  The documents requested herein should be sent to Daniel J. Matheson, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580, or to another designee that shall be mutually agreed upon between counsel for Meta and the FTC.  The production of documents shall be in accordance with the Instructions and Definitions set forth below, Federal Rule of Civil Procedure 34, and the provisions of the Case Management Order and any other relevant orders governing the production of documents and electronic information the Court shall enter in the above-captioned action.  The Requests are continuing in nature and shall be supplemented in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

**REQUESTS**

101.     For the Company's employees and former employees that the FTC has already or subsequently does subpoena for a deposition in this matter, all documents and data relating to those individuals' performance reviews or evaluations, as well as any performance review or evaluation those individuals authored or approved.

[redacted]