# FILED UNDER SEAL
EXHIBIT L