# FILED UNDER SEAL
## EXHIBIT N