# FILED UNDER SEAL
## EXHIBIT Q