## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-03590-JEB |

### [PROPOSED] ORDER DENYING META PLATFORMS, INC.'S MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 2

Upon consideration of Defendant's Motion To Compel Answer to Interrogatory No. 2, it is hereby **DENIED.**

**IT IS SO ORDERED.**

DATED: _____, 2023      _____

Honorable James E. Boasberg
United States District Judge