IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>      Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF META PLATFORMS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 2 REGARDING FACTS <u>NONPARTIES PROVIDED THE FTC IN 2012 AND 2014</u>**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendant Meta Platforms, Inc. ("Meta"). I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in support of Meta's Reply In Support of Its Motion to Compel Answer to Interrogatory No 2. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct excerpted copy of the █████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 24, 2023

Respectfully submitted,

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No.425930)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant
Meta Platforms, Inc.*

1