# Exhibit A

**EXCERPT OF TRANSCRIPT**

**FILED UNDER SEAL**