# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                      Plaintiff,<br><br>      v.<br><br>**META PLATFORMS, INC.**<br><br>                      Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 10, 11, AND 12 REGARDING DEFENDANT META PLATFORMS, INC.'S ASSERTED PROCOMPETITIVE JUSTIFICATIONS**

      Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Plaintiff Federal Trade Commission ("FTC") hereby moves this Court for an order compelling Meta Platforms, Inc.'s answer to the FTC's Interrogatory Nos. 10, 11, and 12. If Meta has no further support for its purported procompetitive justifications beyond what it has presented in its current interrogatory responses, Meta should certify to that effect.

      Pursuant to Local Civil Rule 7(m), counsel for the FTC and Meta conferred regarding this Motion to Compel.

Dated: March 31, 2023                                   Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson, Esq. (D.C. Bar #502490)
Krisha Cerilli (D.C. Bar 983281)
Patricia Galvan
Maria Dimoscato (D.C. Bar 489743)
Susan Musser (D.C. Bar 1531486)
David Owyang
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 31st day of March 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Daniel Matheson
Daniel Matheson, Esq. (D.C. Bar 502490)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, DC 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*