UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                Plaintiff,<br><br>                v.<br><br>**META PLATFORMS, INC.**<br><br>                Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 10, 11, AND 12**

Upon consideration of Plaintiff Federal Trade Commission's Motion to Compel Answers to Interrogatory Nos. 10, 11, and 12, Plaintiff's Motion is hereby **GRANTED**, and it is further:

**ORDERED** that Defendant Meta Platforms, Inc. ("Meta") shall provide a complete supplemental answer to the FTC's Interrogatory Nos. 10, 11, and 12, including:

(1) for each claimed procompetitive justification, a complete response to Interrogatory 10(a)-(f) that either (a) provides relevant facts and supporting evidence or (b) certifies that Meta has no further information;

(2) a complete response to Interrogatory 11; and

(3) for each procompetitive benefit, a complete response to Interrogatory 12 that either (a) provides relevant facts about the monetary, technological, and personnel resources that contributed to each claimed benefit or (b) certifies that Meta has no further information.

**ORDERED** that Meta shall deliver the supplemental answer to Interrogatory Nos. 10, 11, and 12 to the FTC no later than April 28, 2023.

                                                                                             _____
                                                                                             JAMES E. BOASBERG
                                                                                             Chief Judge

DATE: _____, 2023