AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-03590 - JEB |
| Meta Platforms, Inc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission                                                                                         .

Date:  04/07/2023

/s/ June Im
*Attorney's signature*

June Im 477297
*Printed name and bar number*
Federal Trade Commission
400 7th Street, SW
Washington, D.C. 20024

*Address*

jim@ftc.gov
*E-mail address*

(202) 326-2279
*Telephone number*

*FAX number*