Case 1:20-cv-03590-JEB   Document 271-5   Filed 04/11/23   Page 1 of 5

# Exhibit E

# Exhibit E

# Exhibit E



Meta

# Strengthening Our Efforts Against the Spread of Non-Consensual Intimate Images

December 2, 2021

By Antigone Davis, Global Head of Safety



- **Together with more than 50 non-governmental organization partners around the world, Meta is supporting UK Revenge Porn Helpline's launch of <u>StopNCII.org</u> to help stop the non-consensual sharing of intimate images (NCII) on the internet.**

- **This platform empowers people around the globe to proactively thwart the non-consensual sharing of their intimate images on participating tech companies' platforms, giving victims more control and security over their images.**

- **StopNCII.org has been built with safety, security and privacy at the forefront of every step of the process. The platform uses technology that hashes images and videos directly on a person's device, so those images or videos never have to leave a person's possession.**

The non-consensual sharing of intimate images (NCII) — sometimes unfortunately referred to as "revenge porn" — can have a devastating impact on a person's life. We do not allow this content on our apps, and today, we're building on our industry-leading efforts to combat the spread of NCII on our platforms and beyond.

Today, Meta and Facebook Ireland are supporting the launch of StopNCII.org with the UK Revenge Porn Helpline and more than 50 organizations across the world. This platform is the first global initiative of its kind to safely and securely help people who are concerned their intimate images (photos or videos of a person which feature nudity or are sexual in nature) may be shared without their consent. The UK Revenge Porn Helpline, in consultation with Meta, has developed this platform with privacy and security at every step thanks to extensive input from victims, survivors, experts, advocates and other tech partners.

## The Security and Privacy Behind StopNCII.org

When someone is concerned their intimate images have been posted or might be posted to online platforms like Facebook or Instagram, they can create a case through StopNCII.org to proactively detect them.

The tool features hash-generating technology that assigns a unique hash value (a numerical code) to an image, creating a secure digital fingerprint. Tech companies participating in StopNCII.org receive the hash and can use that hash to detect if someone has shared or is trying to share those images on their platforms.

While participating companies use the hash they receive from StopNCII.org to identify images that someone has shared or is trying to share on their platforms, the original image never leaves the person's device. Only hashes, not the images themselves, are shared with StopNCII.org and participating tech platforms. This feature prevents further circulation of that NCII content and keeps those images securely in the possession of the owner.

StopNCII.org is for adults over 18 years old who think an intimate image of them may be shared, or has already been shared, without their consent. For people who are under 18, there are other resources and organizations that can offer support, including the National Center for Missing & Exploited Children (NCMEC).

## Global-Serving Footprint

StopNCII.org is available to people all over the world. It will be operated by the UK Revenge Porn Helpline, an organization that has helped thousands of NCII survivors and removed over 90% of the content reported to it since its founding in 2015. International NGO partners are critical to expanding the fight against this abuse and supporting victims wherever they are, and there are more than 50 joining us today. These organizations will now utilize StopNCII.org to help local victims take back control of their intimate images online.

> "StopNCII.org represents a sea-change in the way those affected by intimate image abuse can protect themselves. At the heart of the work developing this tool have been the needs of victims and survivors by putting them in control without having to compromise their privacy. StopNCII.org has been designed to be simple and easy to use, with detailed signposting to additional support and advice, giving back agency at a time when someone may feel utterly powerless. The team at the Revenge Porn Helpline have brought their years of experience working with victims in the UK to the development of StopNCII.org and we are very grateful for the support of Meta in funding and technical expertise to support this new platform. We are looking forward to welcoming new partners to the platform and seeing it evolve, ensuring that for millions around the world, what was intended to be private, stays private." – Sophie Mortimer, Revenge Porn Helpline Manager, SWGfL

StopNCII.org builds on technology developed by Facebook and Instagram's NCII Pilot, which began in 2018 to help victims proactively stop the proliferation of their intimate images — not just remove them after the fact. For years, we've been using photo- and video-matching technology to remove intimate images shared without consent, encouraging people who use our services to report this type of behavior or content, and offering resources to better support victims. Throughout this time, we've heard from victims and experts about the need for a stronger platform adopted across the tech industry that puts the victim first. By allowing potential victims to access the hashing technology directly, StopNCII.org gives them more agency, protects the privacy of their images and opens the door for other companies to participate in this effort. This new platform features even greater safety, privacy and security to help victims take back control.

> "At Bumble, we believe the internet should be safe and empowering for all people. Meta's initiative and support for NGOs on the frontlines in the fight against intimate image abuse is a concrete step toward that goal." – Lisa Roman, Vice President of Public Policy, Bumble **(Updated on December 6, 2021 at 1:10PM PT to include additional third-party support.)**

We will continue to build on these tools to address user feedback and work with partners to ensure the effectiveness of this technology and approach. To learn more, visit StopNCII.org.

Categories:
Data and Privacy, Integrity and Security, Meta, Public Policy, Safety and Expression

  

Tags: Safety