**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No.: 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER DENYING TO THE FTC'S MOTION TO COMPEL ANSWERS
TO INTEROGATORY NOS. 10, 11, 12 REGARDING DEFENDANT META
PLATFORMS, INC'S ASSERTED PROCOMPETIVE JUSTIFICATIONS**

Upon consideration of Plaintiff Federal Trade Commission's Motion to Compel Answers

to Interrogatory Nos. 10, 11, and 12, Plaintiff's Motion is hereby **DENIED**.

DATED: _____, 2023          _____

                                        Honorable James E. Boasberg
                                        United States District Judge