IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER DENYING THE FTC'S REQUEST FOR DOCUMENTS
IN RESPONSE TO THE FTC'S FIRST RFPS AFTER JUNE 30, 2022
AND FTC RFP 105**

Upon consideration of the brief filed by the Federal Trade Commission ("FTC") regarding its First Set of Requests for Production of Documents ("First RFPs") and RFP 105, and Defendant Meta Platforms, Inc.'s Opposition to the FTC's Informal Demand for a Refresh of Meta's First RFP Productions and FTC RFP 105, the FTC's requests that Meta produce documents (1) in response to the FTC's First RFPs after June 30, 2022, and (2) in response to FTC RFP 105 are **DENIED**.

It is **SO ORDERED.**


DATED: _____, 2023          _____
                                              Honorable James E. Boasberg
                                              United States District Chief Judge