# EXHIBIT A



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Daniel J. Matheson
Bureau of Competition
Phone: (202) 326-2075
Email: dmatheson@ftc.gov

April 5, 2023

**By Electronic Mail**

Kenneth M. Fetterman, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, D.C. 20036

      **RE:**    **Plaintiff's First Set of Requests for Production of Documents,** *FTC v. Meta Platforms, Inc.*, **Civ. Action No. 1:20-cv-03590 (JEB) (D.D.C.)**

Dear Ken:

      I write regarding an appropriate refresh production responsive to the FTC's First Set of Requests for Production of Documents ("First RFPs") served on Defendant ("Meta") on February 15, 2022.  It is the FTC's understanding that Meta agreed to collect custodial documents through June 30, 2022.  In addition, Meta has produced certain documents that post-date this cutoff.  Considering the lapse of time from June 30, 2022, the FTC believes that the parties will benefit from a limited production refresh that updates Meta's custodial collection through April 1, 2023.

      Specifically, the FTC asks Meta to pull "go-get" documents that are likely to be particularly relevant, and to run select search terms over the files of a subset of the previously agreed upon custodians, from June 30, 2022 through April 1, 2023.

      **"Go-get" documents**:  The FTC believes that Meta should produce, regardless of the custodians' files in which the documents are located, the following categories of documents:

- Documents representing H2 2022 Reviews, H2'22 Goals, H1 2023 Goals, and any H1 2023 Reviews, H2 2023 Goals, or first-quarter 2023 Reviews relating to: the Instagram application; the Facebook application; the WhatsApp application; Reels; and the Consumer Product Strategy & Insight Group.  *See, e.g.*, FTC-META-003251492 (H1 2022 review relating to Facebook application); FTC-META-003594293 (H2 2021 Goals relating to Instagram ads revenue); FTC-META-006298344 (H1 2022 Goals relating to Instagram revenue).

Letter to Ken Fetterman
April 5, 2023
Page 2

- IG Ecosystems Monthly Updates, and any equivalent monthly updates relating to H2 and/or H1 Review or Plan relating to the Facebook application, the WhatsApp application, or Reels.
- Monthly Reviews and/or HPMs relating to the Instagram, Facebook, and WhatsApp applications; and any equivalent Monthly Review or other periodic report relating to Reels.
- All Consumer Product Strategy & Insight Group newsletters.
- All documents prepared for or reviewed by the Board of Directors.
- All documents relating to draft and final talking points and Q&A preparation materials prepared in connection with earnings calls, investor presentations, or Board of Directors meetings.
- All presentations, advocacy, and documents submitted to the European Commission.

**Custodial Searches**: The FTC believes that Meta should refresh its production responsive to the FTC's Requests for Production by running the search terms identified below over the subset of custodians identified below, and producing, no later than May 1, 2023, any documents that hit on the search terms that are responsive to any of the FTC's Requests for Production. Per the Joint Scheduling Order, Meta should provide any applicable privilege log no later than 45 days after May 1, 2023.

**Custodians**: Tom Allison, Will Cathcart, Stan Chudnovsky, Chris Cox, Adam Mosseri, Javier Olivan, Keval Patel, Sheryl Sandberg, Mike Schroepfer, Alex Schultz, Mark Zuckerberg.

**Search terms**: Attachment A identifies the search terms the FTC proposes. We believe that this set of search terms should be non-controversial, and easily run by Meta. With five exceptions, these are a subset of the search terms that the parties previously agreed to, drawn from the search term hit report that Meta provided on September 26, 2022. We eliminated a significant number of search strings entirely, in some cases because Meta's September 2022 hit count report indicated that the terms generated a relatively significant number of "hits." In addition, we have narrowed a number of strings by eliminating particular search terms that do not appear particularly likely to lead to important documents in the June 30, 2022-April 1, 2023 time period. The eliminated terms are identified in comments in rows 7, 15, 16, 18, 19, and 34.





Sincerely,

/s/ Daniel Matheson

_____

Daniel J. Matheson
*Counsel for Plaintiff Federal Trade Commission*