# EXHIBIT B



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Nathan Brenner
Bureau of Competition
Phone: (202) 326-2314
Email: nbrenner@ftc.gov

October 6, 2022

**By Electronic Mail**

Joseph S. Hall, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, D.C. 20036

Dear Joseph:

     I write in response to certain issues raised in your letter of September 29, 2022 regarding the FTC's Third Set of Requests for Production of Documents ("RFP") served July 12, 2022. This letter addresses each RFP in turn.

**RFP No. 84** (and Meta's RFP No. 1): Regarding unsigned draft declarations that have been transmitted to a nonparty, the FTC proposes that if a draft declaration is not signed within 30 days after being provided to the potential declarant, the draft and any related correspondence must then be produced at that time. Please let us know if Meta agrees with this proposal.

**RFP No. 87**: Initially, we do not understand Meta's reference to the possibility that one of Meta's documents might "become[] available to the parties in the days before a hearing or trial." Meta originally proposed an end collection date for Meta's custodial documents of December 9, 2020, and later revised its proposed cutoff to February 28, 2022. 4/1/22 Fetterman Ltr. to Matheson. It was only at the FTC's insistence that Meta eventually agreed to a document collection cutoff of June 30, 2022. *See* 4/5/22 Matheson Ltr. to Fetterman; 4/27/22 Matheson Ltr. to Fetterman; 5/5/22 Matheson Ltr. to Strikis; 5/10/22 Strikis Ltr. to Matheson. Does Meta now contemplate relying on Meta documents that were created after June 30, 2022? If so, what is the basis for that position? Does Meta seek to revise the agreed upon document production cut-off? Please let us know Meta's position on this issue.

Further, in the FTC's view the parties are at impasse over Meta's compliance with RFP No. 87. Meta has proposed that documents must be produced at least 48 hours before they are cited or otherwise used in a hearing or motion. The FTC provided a counter-proposal that such documents

be produced at least 6 weeks before they are cited or otherwise used. Meta has rejected the FTC's proposal and not offered any counter-proposal. If Meta disagrees that the parties are at impasse and intends to provide a proposal, please provide it no later than October 14, 2022.

**RFP Nos. 88-93**: In the FTC's view, the parties are at impasse over Meta's plan to comply with RFP Nos. 88-93. RFP Nos. 88-93 were served nearly three months ago. Meta continues to decline to provide the date by which it intends to substantially complete production of responsive documents. Meta has also declined to describe what steps it is taking to identify responsive documents, including details about any custodians or work environments from which Meta is searching for responsive documents. If Meta disagrees that the parties are at impasse and intends to provide a proposal, please provide it no later than October 14, 2022.

\* \* \*

Please notify us by October 10, 2022, if we have misunderstood Meta's position on any of the above-referenced matters. Thank you for your prompt consideration and response.

/s/ Nathan Brenner
Nathan Brenner