UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>        Plaintiff,<br><br>     v.<br><br>**META PLATFORMS, INC.**<br><br>        Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL DEFENDANT META PLATFORMS, INC.'S PRODUCTION OF DOCUMENTS**

Upon consideration of Plaintiff Federal Trade Commission's Motion to Compel Production of Documents, Plaintiff's Motion is hereby **GRANTED**, and it is further:

**ORDERED** that Defendant Meta Platforms, Inc. ("Meta") shall conduct a reasonable search for, and produce, the following documents created, sent, or received between June 30, 2022 and April 1, 2023 (inclusive of both dates):

- Documents representing H2 2022 Reviews, H2'22 Goals, H1 2023 Goals, and any H1 2023 Reviews, H2 2023 Goals, or first-quarter 2023 Reviews relating to: the Instagram application; the Facebook application; the WhatsApp application; Reels; and the Consumer Product Strategy & Insight Group.

- IG Ecosystems Monthly Updates, and any equivalent monthly updates relating to H2 and/or H1 Review or Plan relating to the Facebook application, the WhatsApp application, or Reels. Monthly Reviews and/or HPMs relating to the Instagram, Facebook, and WhatsApp applications; and any equivalent Monthly Review or other periodic report relating to Reels.

- All Consumer Product Strategy & Insight Group newsletters.

- All documents prepared for or reviewed by the Board of Directors.

- All documents relating to draft and final talking points and Q&A preparation materials prepared in connection with earnings calls, investor presentations, or Board of Directors meetings.

- All presentations, advocacy, and documents submitted to the European Commission.

- Documents from within the files accessed in the ordinary course of business by Tom Allison, Will Cathcart, Stan Chudnovsky, Chris Cox, Adam Mosseri, Javier Olivan, Keval Patel, Sheryl Sandberg, Mike Schroepfer, Alex Schultz, Mark Zuckerberg that are responsive to any of the Federal Trade Commission's First Set of Requests for Production, and hit on the search terms identified in Exhibit A to the Federal Trade Commission's April 21, 2023 Motion to Compel Defendant Meta Platform, Inc.'s Production of Documents.

**ORDERED** that Meta shall conduct a reasonable search for the "Ugly Truth" memo and communications or reactions to that memo.

DATED: _____, 2023

_____

Honorable James E. Boasberg
United States District Court Judge