UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiff's Motion to Compel is GRANTED IN PART and DENIED IN PART.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: April 26, 2023

1