**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

      **v.**                          **Civil Action No. 20-3590 (JEB)**

**META PLATFORMS, INC.,**

    **Defendant.**

## ORDER

In the parties' latest discovery dispute, Plaintiff Federal Trade Commission asks the Court to compel Defendant Meta Platforms, Inc. to complete two tasks: refresh certain productions and further respond to a particular document request. The Court grants the FTC's Motion but with limitations.

As to the first, with the exceptions discussed below, Meta shall refresh its production through April 1, 2023, of the "go-get" documents listed in the FTC's April 5, 2023, letter. See ECF No. 279-2 (Letter) at 1–2. As to the category of "earnings calls, investor presentations, or Board of Directors meetings," Meta need only provide the "draft and final talking points and Q&A preparation materials," not documents "relating to them." Id. at 2. In addition, Meta need not produce documents listed in this letter that it cannot identify based on the FTC's description. As to documents from the eleven named custodians, Meta shall produce records using the FTC's search terms and limited to June 30, 2022, through April 1, 2023.

As to the second, Meta shall search the email folders of Bosworth and anyone above him in his direct chain of command for responsive documents in the two months following the 2016 post.

The Court, accordingly, ORDERS that the FTC's [278] Motion to Compel is GRANTED

IN PART and DENIED IN PART.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  April 27, 2023