# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Federal Trade Commission )
_____ )
Plaintiff(s) )
)
vs. ) Case Number: 20-cv-3590-JEB
Meta Platforms, Inc. )
_____ )
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: **Crystal Danielle Dudding Irvine**

2. State bar membership number: **State of New York: 5982590**

3. Business address, telephone and fax numbers:
**Axinn, Veltrop & Harkrider LLP, 114 West 47th St, NY NY 10036; T: 212-728-2217; F: 212-728-2201**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
**See attached list.**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐  No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  Yes ☐  No ☑

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **0**

(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? **No**

9. Do you have a pending application for admission into USDC for the District of Columbia? **No**

      **In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 04/27/2023 | _[signature]_ |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |