## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Civil Action No. 20-cv-3590 (JEB) |
| v. | Hon. James E. Boasberg |
| **META PLATFORMS, INC.**, | |
| Defendant. | |

## ATTACHMENT TO DECLARATION FOR PRO HAC VICE ADMISSION
## OF CRYSTAL DANIELLE DUDDING IRVINE

Below please find a complete list of all state and federal courts in which Crystal Danielle

Dudding Irvine is a member "in good standing" to practice law:

| State Bar or Federal Court | Date | Bar No. (if applicable) |
|---|---|---|
| State of New York | 11/21/2022 | 5982590 |
| State of Tennessee | 11/2016 | 035192 |
| United States Court of Appeals for the Sixth Circuit | 10/02/2020 | |
| Western District of Tennessee | 01/18/2018 | |
| Middle District of Tennessee | 05/24/2021 | |
| Eastern District of Tennessee | 12/18/2020 | |

*/s/ Crystal Danielle Dudding Irvine*
Crystal Danielle Dudding Irvine