IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Civil Action No. 20-cv-3590 (JEB) <br> Hon. James E. Boasberg |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
ATTORNEY CRYSTAL DANIELLE DUDDING IRVINE
PRO HAC VICE**

This Court has reviewed Non-Party TikTok Inc.'s Motion for *Pro Hac Vice* Admission of Attorney Crystal Danielle Dudding Irvine. Upon consideration of that motion, the Court grants Crystal Danielle Dudding Irvine *pro hac vice* admission to this Court.

SO ORDERED.


DATE: _____  _____
Hon. James E. Boasberg
United States District Judge