# FILED UNDER SEAL
## EXHIBIT F
## (Excerpt)