# FILED UNDER SEAL
# EXHIBIT I
# (Excerpt)