# EXHIBIT P

| | |
|---|---|
| **From:** | Moy, Jessica |
| **To:** | Horvitz, Kevin D.; Musser, Susan; Hansen, Mark C.; Huff, Kevin B.; Miller, Kevin J.; Panner, Aaron M.; Paul, Ana N.; "Mehta, Sonal"; "Gringer, David"; "Scheinkman, Michael"; Rouhandeh, James; Strikis, Silvija A.; Fetterman, Kenneth M.; gklineberg-contact; Polavarapu, Aaseesh P. |
| **Cc:** | Smith, Michael; Steephen, Sunila; Zuver, Robert; Brenner, Nathan; Galvan, Patricia V.; Matheson, Daniel; Cerilli, Krisha; Dimoscato, Maria; Masters, Owen; Wilson, Dominique; Canning, Jillian; Williams, Artdesha; Meyer, Connor; Vitenson, Oren |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB |
| **Date:** | Wednesday, March 15, 2023 4:01:00 PM |

Thank you Kevin.  Per our prior emails below, the FTC will move forward with its assessment of the first three items in your March 14 12:51am email below.  With the understanding that we are continuing to assess the extent to which your requests implicate privileged materials, the FTC agrees to endeavor to promptly provide information sought in category 1 and produce by April 4 the and non-privileged responsive materials described in categories 2 and 3.

Jessica

**From:** Horvitz, Kevin D. <khorvitz@kellogghansen.com>
**Sent:** Wednesday, March 15, 2023 2:33 PM
**To:** Moy, Jessica <jmoy@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Jessica:

Although we continue to believe that the additional documents called for by Meta's Second Set of Requests For Production are relevant and proportional to the needs of the case, we agree to remove the dispute from this JSR, if the FTC agrees to the first three conditions set forth in my email on March 14, 2023 at 12:51 AM.  We understand based on your email on Tuesday, March 14, 2023 at 11:31 AM ET that the FTC has said it would agree to those conditions, and that we have agreement.

We look forward to the FTC promptly providing the information sought in category 1 and its production by April 4, 2023 of documents responsive to categories 2 and 3.

Best,

Kevin


**Kevin D. Horvitz**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7909 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Horvitz, Kevin D.
**Sent:** Wednesday, March 15, 2023 12:31 PM
**To:** 'Moy, Jessica' <jmoy@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Hi Jessica,

We need to confer with our client on the FTC's position, and will get back to you soon, though it may be after 1:00 PM ET.

Best,

Kevin


**Kevin D. Horvitz**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**

1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7909 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Moy, Jessica <jmoy@ftc.gov>
**Sent:** Wednesday, March 15, 2023 10:02 AM
**To:** Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Kevin:

As we are still in the process of assessing Meta's latest requests, we are not able to provide the additional commitments that Meta seeks.  To make such commitments, the FTC needs to investigate the availability of these documents and privilege issues.  But on their face, your additional demands appear disproportionate to the needs of the case.

Please let us know by 1pm ET today if the FTC should move forward with its assessment of the first three items in your March 14 12:51am email below and if Meta will remove this item from the joint status report.  In the event that the parties do not have an agreement at that time, the FTC withdraws its prior offers to compromise related to the additional requested materials.

Regards, Jessica

**From:** Horvitz, Kevin D. <khorvitz@kellogghansen.com>
**Sent:** Tuesday, March 14, 2023 3:16 PM
**To:** Moy, Jessica <jmoy@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J.

<kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Jessica:

Thanks for your response. We do not think the FTC's limitation on our fourth condition is reasonable for all the reasons we have mentioned. In the interest of compromise, we are willing to remove the issue from the upcoming JSR in accordance with the terms you lay out in your email (which agrees to the first three conditions set forth in my email), if you confirm that (a) you will provide a privilege log (and if necessary, a declaration) identifying your basis for withholding or redacting any documents that you withhold or redact, and (b) you produce the emails transmitting the Social Media Reports to "senior level management" and any replies to those emails. This second piece is narrower than condition four and will not require you to conduct a custodial search using keyword searches, but merely a targeted collection of emails that appear to be transmitted on a regular weekly basis. We do not think the reports will be complete if they do not include the emails transmitting them, and how senior level management responds to those reports is directly relevant to the FTC's view on how the agency uses Facebook and competing services and how it perceives other users to be employing those services.

Can you please let us know if the FTC agrees to these terms as soon as possible?

Best,

Kevin


**Kevin D. Horvitz**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7909 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Moy, Jessica <jmoy@ftc.gov>
**Sent:** Tuesday, March 14, 2023 11:31 AM
**To:** Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Kevin: If it would obviate the need to include this dispute in the joint status report, the first three conditions you identify are acceptable. Subject to the caveat that we are continuing to assess the extent to which your requests implicate privileged materials, the FTC would agree to endeavor to produce by April 4 non-privileged materials described in points 2 and 3, if our commitment to do so would eliminate a dispute. Your fourth condition is disproportionate to the needs of the case in light of the lack of relevance of the materials sought.

Regards, Jessica

**From:** Horvitz, Kevin D. <khorvitz@kellogghansen.com>
**Sent:** Tuesday, March 14, 2023 12:51 AM
**To:** Moy, Jessica <jmoy@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>

**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Counsel:

We disagree with your characterization of the dispute, and believe that the full scope of documents requested are relevant and proportional to the needs of the case for all the reasons we have mentioned.

In the interest of compromise, we are open to removing the issue from JSR under the following conditions:

1. The FTC identify how long Nicole Drayton has held the role of Social Media Strategist and identify any predecessors to her in that role;
2. The FTC commit to producing by April 4 any earlier versions of the policies and guides that the FTC previously produced to Meta along with any similar policies and guides, including any drafts of those policies or guides;
3. The FTC commit to producing by April 4 the Social Media Reports that can be identified through a reasonable search; and
4. The FTC commit to producing by April 4, Ms. Drayton's and her predecessors' correspondence with "senior level management" referenced in FTC-PROD-00018778 relating to the policies or guides or Social Media Reports.

If the FTC does not commit to these conditions, Meta reserves its right to seek all documents responsive to its requests in the JSR, including from a broader set of custodians that are highly likely to have information responsive to Meta's requests.  Please let us know your position by **Noon ET** tomorrow, so we can update our section of the JSR accordingly or remove it.

Regards,

Kevin


**Kevin D. Horvitz**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7909 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Moy, Jessica <jmoy@ftc.gov>
**Sent:** Monday, March 13, 2023 6:37 PM
**To:** Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron

M. <apanner@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Smith, Michael <msmith9@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Vitenson, Oren <ovitenson@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Counsel:

As the FTC informed Meta during our meet and confers, as well as through our responses and objections to Meta's Second Set of Requests for Production ("Requests"), the information that Meta requests in its Requests are not relevant to an assessment of a relevant market in this matter.  As we have explained, publicly available information and information already in Meta's possession is responsive to the information Meta is seeking.  Despite that, as a compromise, FTC has produced additional internal policies and guides related to the FTC's use of its social accounts.  The information available to Meta (both publicly and in its own possession) as well as the additional information that the FTC has produced fully explains how and why the FTC uses its social accounts.

Given the tenuous relevance of these Requests to this matter, the disproportional burden of investigating and searching for additional documents clearly outweighs any claimed relevance.  However, as a further compromise related to the additional items that Meta identified in its March 8 letter, the FTC agrees to provide Meta with the name of its social media strategist: Nicole Drayton.  If Meta agrees to remove the Requests from the joint status report, the FTC agrees to investigate the availability of prior versions of the policies and guides that the FTC previously produced to Meta and social media weekly reports.  To the extent that the FTC finds that non-privileged responsive documents exist after conducting a reasonable search, the FTC agrees to produce those documents.

Regards, Jessica