# EXHIBIT Q



UNITED STATES OF AMERICA
# FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Jessica Moy
Bureau of Competition
(202) 460-9366
jmoy@ftc.gov

April 4, 2023

**Via Electronic Mail**
Kenneth M. Fetterman, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, D.C. 20036

    Re:   *Federal Trade Commission v. Meta Platforms, Inc.*
           *Civil Action No. 1:20-cv-03590*

Dear Counsel:

    Enclosed please find a production of documents bearing Bates numbers FTC-PROD-00018850 to FTC-PROD-00018906.  This production contains non-privileged responsive documents related to Meta's Second Set of Request for Production ("Requests").  Additionally, the FTC provides the following information related to Meta's Requests: Nicole Drayton has held the role of Social Media Strategist since 2016.  Prior to Ms. Drayton, Maya Owens held this position for around four months between 2015 to 2016, and Cheryl Warner held this position from 2012 to 2015.  If Meta has any questions, we are available to meet and confer.

    These documents are being produced under the Protective Order in this matter, ECF No. 134, and includes documents designated as Confidential under that Order.  By this production, the FTC does not intend to waive, and is not waiving, any claim of privilege or immunity from discovery to which it is entitled.  Accordingly, any inadvertent production of a privileged document does not preclude the subsequent assertion of a claim of attorney-client privilege, deliberative process privilege, common interest privilege, work product, or any other applicable privilege or protection in the future with respect to the document or the subject matter of the document.

    We plan to send you this set of materials via Accellion.  If you have any questions, please contact me at jmoy@ftc.gov or (202) 460-9366.

                                    Best regards,

                                    /s/ Jessica Moy

                                  Jessica Moy