# EXHIBIT S

| | |
|---|---|
| **From:** | Matheson, Daniel |
| **To:** | Skaras, Andrew P.; Brenner, Nathan; Strikis, Silvija A.; Polavarapu, Aaseesh P.; Musser, Susan; Cerilli, Krisha; Dimoscato, Maria; Weinstein, Rebecca; Meyer, Connor; Williams, Artdesha; Canning, Jillian; Masters, Owen; Wilson, Dominique; Moy, Jessica |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; gklineberg-contact; Fetterman, Kenneth M.; Panner, Aaron M.; Miller, Kevin J.; Hall, Joseph S.; Dorris, Daniel V.; Horvitz, Kevin D.; Smith, Lillian V.; Mehta, Sonal; Gringer, David; michael.scheinkman@davispolk.com; Rouhandeh, James; Block, Geoffrey J.H.; Gillespie, Nataliia |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB |
| **Date:** | Friday, April 28, 2023 1:03:23 PM |

Counsel,

We write with respect to the FTC's Social Media reports. We continue to believe that this issue is not ripe for inclusion in the JSR, as the FTC is not obligated to produce a privilege log regarding these documents until May 19, at the earliest. However, in an effort to avoid disputes, the FTC is willing to agree to accelerate its production of its privilege log, and its corresponding production of redacted documents and related documents. Our production of the privilege log will provide Meta with the Social Media reports at issue: as we have previously informed Meta, the relevant Social Media reports are portions of a broader OPA Weekly report, and we have now determined that we are willing to produce those portions of the OPA Weekly reports in unredacted form.

We anticipate that we can provide our privilege log and corresponding production on May 8; if we run into complications that may delay the production into later that week, we will let you know in advance. The FTC believes that this compromise offer would provide Meta with the Social Media Reports at issue sufficiently in advance of the upcoming 30(b)(6) deposition to allow Meta to use those documents (if it chooses) during that deposition.

This offer is contingent on Meta agreeing that the FTC's production, in unredacted form, of the portion of the OPA Weekly reports at issue that represent the Social Media Reports, would satisfy the FTC's production obligations related to Meta's Second Set of Requests for Production. Meta would remain free to, if it chose, challenge any assertion of privilege over the redacted portions of the OPA Weekly reports, and any assertion of privilege over withheld or redacted documents attached to the Social Media reports. (Although, obviously, the FTC does not agree that there would be any basis for Meta to do so.)

Please let us know if we have an agreement, and can remove this issue from the JSR.

Regards,
Dan