# Exhibit 4

| | |
|---|---|
| **From:** | Dorris, Daniel V. |
| **To:** | "Matheson, Daniel"; Skaras, Andrew P.; Brenner, Nathan; Strikis, Silvija A.; Polavarapu, Aaseesh P.; Musser, Susan; Cerilli, Krisha; Dimoscato, Maria; Weinstein, Rebecca; Meyer, Connor; Williams, Artdesha; Canning, Jillian; Masters, Owen; Wilson, Dominique; Moy, Jessica |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Klineberg, Geoffrey M.; Fetterman, Kenneth M.; Panner, Aaron M.; Miller, Kevin J.; Hall, Joseph S.; Horvitz, Kevin D.; Smith, Lillian V.; Mehta, Sonal; Gringer, David; michael.scheinkman@davispolk.com; Rouhandeh, James; Block, Geoffrey J.H.; Gillespie, Nataliia |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB |
| **Date:** | Friday, April 28, 2023 10:04:11 PM |

Dan:

The FTC previously made a similar promise to produce the Social Media Reports by April 4 to avoid the dispute being presented to the Court in the last JSR, and then the FTC decided that it would not produce them. The FTC's current "anticipat[ion]" that it can produce the reports by May 8 – while staking out a right to delay production until May 19 – is not acceptable under these circumstances. We will seek a Court order that the FTC must produce them by May 5, which is necessary given that these documents are a topic in the Rule 30(b)(6) deposition scheduled for May 19.

Moreover, we do not agree that the Social Media Reports will resolve the Second Set of Requests for Production. To date, the FTC has produced just seven documents in response to those requests, and has overly delayed producing documents that it now (for the second time) promises to produce. We do not know what the Social Media Reports will show, and whether any additional production would be appropriate.

Finally, we seek clarification from the FTC about its intentions. It appears the FTC intends to produce only the Social Media Report portions of the OPA Weekly Reports and to redact everything else, regardless of privilege. Is it the FTC's position that the parties may redact non-privileged material that a party believes is irrelevant or "confidential"?

Best,

Dan

**From:** Matheson, Daniel <dmatheson@ftc.gov>
**Sent:** Friday, April 28, 2023 1:03 PM
**To:** Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Musser, Susan <smusser@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Weinstein, Rebecca <rweinstein@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Mehta, Sonal <sonal.mehta@wilmerhale.com>; Gringer, David <david.gringer@wilmerhale.com>; michael.scheinkman@davispolk.com; Rouhandeh, James <rouhandeh@davispolk.com>; Block, Geoffrey J.H. <gblock@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB

Counsel,

We write with respect to the FTC's Social Media reports. We continue to believe that this issue is not ripe for inclusion in the JSR, as the FTC is not obligated to produce a privilege log regarding these documents until May 19, at the earliest. However, in an effort to avoid disputes, the FTC is willing to agree to accelerate its production of its privilege log, and its corresponding production of redacted documents and related documents. Our production of the privilege log will provide Meta with the Social Media reports at issue: as we have previously informed Meta, the relevant Social Media reports are portions of a broader OPA Weekly report, and we have now determined that we are willing to produce those portions of the OPA Weekly reports in unredacted form.

      We anticipate that we can provide our privilege log and corresponding production on May 8; if we run into complications that may delay the production into later that week, we will let you know in advance. The FTC believes that this compromise offer would provide Meta with the Social Media Reports at issue sufficiently in advance of the upcoming 30(b)(6) deposition to allow Meta to use those documents (if it chooses) during that deposition.

      This offer is contingent on Meta agreeing that the FTC's production, in unredacted form, of the portion of the OPA Weekly reports at issue that represent the Social Media Reports, would satisfy the FTC's production obligations related to Meta's Second Set of Requests for Production. Meta would remain free to, if it chose, challenge any assertion of privilege over the redacted portions of the OPA Weekly reports, and any assertion of privilege over withheld or redacted documents attached to the Social Media reports. (Although, obviously, the FTC does not agree that there would be any basis for Meta to do so.)

      Please let us know if we have an agreement, and can remove this issue from the JSR.

Regards,
Dan