# Exhibit 16

| | |
|---|---|
| **From:** | Paul, Ana N. |
| **To:** | Mugure, Njeri; Redlingshafer, Catherine M. (Cassie); Weaver, Hilary M. |
| **Cc:** | Wilson, Dominique; Ihnat, Melissa |
| **Subject:** | RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena |
| **Date:** | Wednesday, April 12, 2023 9:42:00 PM |

Njeri,

We believe the FTC should reconsider its eagerness to involve Judge Boasberg rather then proceed with the deposition as scheduled. As a reminder: Santosh Janardhan replaced David Mortenson as VP, Infrastructure. On February 28th, Meta added Mr. Janardhan to the initial disclosures so that the current Meta employee with the job title VP, Infrastructure was reflected in the initial disclosures. On March 7th, the FTC noticed Mr. Janardhan's deposition, but did not make any request for Meta to produce additional documents. Instead, the FTC waited until April 11th, 3 days before his scheduled deposition, to request additional documents. The FTC has documents from the custodial files of the two predecessors to Mr. Janardhan, both of whom the FTC already deposed, which unsurprisingly contain many documents from Mr. Janardhan. By Meta's calculation, Meta has produced over 8,000 documents between the investigation and litigation regarding Mr. Janardhan that the FTC can ask him about. If the FTC still believes these facts warrant a call to the Court, we are happy to propose a time.

Thank you,
Ana


**From:** Mugure, Njeri <nmugure@ftc.gov>
**Sent:** Wednesday, April 12, 2023 4:53 PM
**To:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Wilson, Dominique <dwilson1@ftc.gov>; Ihnat, Melissa <mihnat@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena

Cassie:

As you know, Meta added Mr. Janardhan to its Initial Disclosures nearly a year *after* custodians were negotiated in this case. By adding Mr. Janardhan to its Initial Disclosures, Meta has injected Mr. Janardhan into these proceedings and indicated that he may be a trial witness or otherwise substantively relied upon in this proceeding. Despite this, Meta did not identify him as a potential custodian during negotiations and only produced an incidental number of emails. Given Meta's late disclosure, the FTC needs additional documents to understand his role at Meta and what relevance, if any, Mr. Janardhan has to the issues in this case. Without this context, we are hamstringed in our ability to take an effective deposition of Mr. Janardhan. Unless Meta is willing to remove him from its Initial Disclosure, we reiterate our ask for a custodial production of Mr. Janardhan's deposition. If Meta's position is that Mr. Janardhan both remains on its Initial Disclosures and that it refuses to produce additional documents then we are at an impasse and ask Meta to provide times tomorrow it can call the Court.

We are happy to discuss any of the above at your convenience.

Best,
Njeri

**Njeri Mugure** (she/her)
*Attorney*, Technology Enforcement Division
O: (202) 326-2247 | C: (202) 213-5442

---

**From:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>
**Sent:** Wednesday, April 12, 2023 1:33 PM
**To:** Mugure, Njeri <nmugure@ftc.gov>; Paul, Ana N. <apaul@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Wilson, Dominique <dwilson1@ftc.gov>; Ihnat, Melissa <mihnat@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena

Hi Njeri,

Mr. Janardhan made himself available for deposition on the date originally requested by the FTC – April 14, 2023, just two days from now.   Meta does not agree to move Mr. Janardhan's deposition at the last minute, as doing so would unnecessarily burden the witness and is unwarranted.

The FTC appears to be requesting Meta add Mr. Janardhan as a custodian.  As you know, the parties negotiated for months over custodians, and Mr. Janardhan was not on the final agreed-upon custodians list.  The FTC has long been aware of this fact, including since the outset of depositions when the FTC asked about Mr. Janardhan's role, *see* Gupta Dep. Tr. (Jan. 9, 2023) at 55:11-56:1, 158:5-13, and when it noticed Mr. Janardhan's deposition over a month ago on March 7, 2023.  It is inappropriate to attempt to now renegotiate the agreed upon custodians when fact discovery is now coming to a close.  To be clear, Meta will not agree to add additional custodians at this late juncture.

Please let us know as soon as possible whether the FTC (1) intends to proceed with Mr. Janardhan's deposition on April 14, 2023 or (2) intends to withdraw the deposition subpoena.

Best,
Cassie

---

**From:** Mugure, Njeri <nmugure@ftc.gov>
**Sent:** Tuesday, April 11, 2023 5:00 PM
**To:** Paul, Ana N. <apaul@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>; Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>
**Cc:** Wilson, Dominique <dwilson1@ftc.gov>; Ihnat, Melissa <mihnat@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena

Ana,

We seek to defer the deposition of Santosh Janardhan, currently scheduled for Friday, April 14, 2023. Meta added Mr. Janardhan to its initial disclosures on February 28, 2023, a year after initial disclosures were due. We have conducted an exhaustive review of Meta's document production in advance of the deposition, and have determined that Meta's production does not provide the FTC with sufficient information to prepare for his deposition.

We therefore request that Meta produce all documents responsive to the FTC's RFPs (a) with respect to which Mr. Janardhan is an author, addressee, recipient, or custodian; and (b) are contained in a shared filing location or other electronic or physical repository that Mr. Janardhan accessed in the ordinary course of business, as required under the JSO. We further request that Meta substantially produce all of the documents at least 14 calendar days prior to the date scheduled for the deposition. *See* JSO Para. 14(b).

We are generally available the week of May 15th to re-schedule the deposition, with the understanding that Meta will have produced Mr. Janardhan's documents two weeks in advance of the scheduled date.

Best,
Njeri

**Njeri Mugure** (she/her)
*Attorney*, Technology Enforcement Division
O: (202) 326-2247 | C: (202) 213-5442

---

**From:** Paul, Ana N. <apaul@kellogghansen.com>
**Sent:** Friday, March 17, 2023 10:11 PM
**To:** Mugure, Njeri <nmugure@ftc.gov>; Weaver, Hilary M. <hweaver@kellogghansen.com>; Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; Rouhandeh, James <rouhandeh@davispolk.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Silvia, Mark

<msilvia@ftc.gov>; Martin, Teresa <TMARTIN@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Allen, Devon <dallen1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Subject:** Re: FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena

Njeri,

Please see the attached correspondence.

Thanks,
Ana

---

**From:** Mugure, Njeri <nmugure@ftc.gov>
**Sent:** Tuesday, March 7, 2023 8:04:14 AM
**To:** Paul, Ana N. <apaul@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>; Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; Rouhandeh, James <rouhandeh@davispolk.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Silvia, Mark <msilvia@ftc.gov>; Martin, Teresa <TMARTIN@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Allen, Devon <dallen1@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms - 1:20-cv-03590-JEB: Janardhan Deposition Subpoena

Counsel,

Attached is the notice and subpoena for the deposition of Santosh Janardhan. Please confirm whether Meta will accept service of the subpoena on behalf of Mr. Janardhan and provide alternative deposition dates if Mr. Janardhan is not available on the date listed on the subpoena.


Best,
Njeri


**Njeri Mugure** (she/her)
*Attorney*
Federal Trade Commission | Bureau of Competition
Technology Enforcement Division

Office: (202) 326-2247 | Cell: (202) 213-5442
nmugure@ftc.gov