AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-3590 |
| Meta Platforms, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party TikTok Inc.

Date:   05/03/2023

/s/ Danielle D. Irvine
*Attorney's signature*

Danielle D. Irvine; Bar No. 5982590
*Printed name and bar number*
Axinn, Veltrop & Harkrider LLP
114 West 47th Street
New York, NY 10036

*Address*

dirvine@axinn.com
*E-mail address*

(212) 728-2200
*Telephone number*

(212) 728-2201
*FAX number*