IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S MOTION TO COMPEL ANSWER TO INTERROGATORY NOS. 16, 20, 21, 22, 23**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Meta Platforms, Inc. ("Meta"), by and through its undersigned counsel, hereby moves this Court for an order compelling the FTC's answer to Meta's Interrogatory Nos. 16, 20, 21, 22, and 23.

Pursuant to Local Civil Rule 7(m), counsel for Meta and the FTC conferred regarding this Motion to Compel. Meta raised this issue during a joint call to Chambers on May 5, 2023, and the Court ordered the parties to provide written support for their positions. *See* 5/5/2023 Minute Order.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted,<br><br>/s/ *Mark C. Hansen*<br>Mark C. Hansen (D.C. Bar No. 425930)<br>Kevin B. Huff (D.C. Bar No. 462043)<br>Daniel V. Dorris (D.C. Bar No. 1012305)<br>Kevin D. Horvitz (D.C. Bar No. 1521032)<br>Alex P. Treiger (D.C. Bar No. 1670925)<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br>mhansen@kellogghansen.com<br>khuff@kellogghansen.com<br>ddorris@kellogghansen.com<br>khorvitz@kellogghansen.com<br>atreiger@kellogghansen.com<br><br>*Counsel for Defendant Meta Platforms, Inc.* |