# Exhibit B

| | |
|---|---|
| **From:** | Dorris, Daniel V. |
| **To:** | Musser, Susan; Hansen, Mark C.; Huff, Kevin B.; Fetterman, Kenneth M.; Klineberg, Geoffrey M.; Panner, Aaron M.; Miller, Kevin J.; Strikis, Silvija A.; Hall, Joseph S.; Horvitz, Kevin D.; Parkinson, Alex A.; Paul, Ana N.; "Mehta, Sonal"; "Gringer, David"; "michael.scheinkman@davispolk.com"; Rouhandeh, James; Polavarapu, Aaseesh P. |
| **Cc:** | Matheson, Daniel; Brenner, Nathan; Moy, Jessica; Cerilli, Krisha; Dimoscato, Maria; Wilson, Dominique; Canning, Jillian; Williams, Artdesha; Meyer, Connor |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs |
| **Date:** | Monday, May 8, 2023 1:02:00 PM |

Susan:

We are asking the FTC to make the same certification the Court ordered Meta to make, as we have stated twice with citations to the Court's order.  *See* ECF No. 281, at 4.  The FTC's additional reservations and caveats appear to be an attempt to give the FTC additional leeway to modify its interrogatory answers.  We object to that approach.

Thanks,
Dan

**From:** Musser, Susan <smusser@ftc.gov>
**Sent:** Friday, May 5, 2023 5:32 PM
**To:** Dorris, Daniel V. <ddorris@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Dan –

I am not sure what you are asking us to certify to.  However, without prejudice to the FTC's ability to rely on different documents or evidence (including but not limited to expert testimony) that supports the same or a similar proposition, to use evidence identified in its Response to support a different factual proposition, or to supplement its Responses to include additional evidence and facts of which the FTC is not presently aware, the FTC can represent the following: FTC has undertaken a reasonably diligent review of the evidence available to it and – based upon that review – provided "a full and complete" response to Interrogatory No. 16.

As noted below, we will not and do not waive our objections and reservations in our Responses and Objections to Meta's Third Set of Interrogatories.

Susan

---

**From:** Dorris, Daniel V. <ddorris@kellogghansen.com>
**Sent:** Friday, May 5, 2023 1:04 PM
**To:** Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Susan:

We will ask the Court for simultaneous briefing at 5 p.m. on Monday, or alternatively, at 5 p.m. on Tuesday. For Interrogatory No. 16, our understanding is that the FTC refuses to certify that its answer is "full and complete to the best of its knowledge and belief," ECF No. 281, at 4, and so we will seek that relief from the Court. We do not intend to get into that level of detail in our call to chambers. Please let us know if our understanding is incorrect.

I will call you at the number below at 1:30 p.m.

Thanks,
Dan

---

**From:** Musser, Susan <smusser@ftc.gov>
**Sent:** Friday, May 5, 2023 10:17 AM
**To:** Dorris, Daniel V. <ddorris@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>;

Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Counsel:

We cannot do a Monday briefing deadline.  However, if Meta would like to file its position on Monday (with our response due by 5:00 on Tuesday) we would have no objection.  If Meta does not agree, we can just ask the Court for its preference during our call.  We can agree to a 5 page briefing limit.

On the substance of your email, we disagree with your characterization of the posture of this dispute.  As promised, we have provided a fulsome substantive response to the Third Set of Interrogatories.  Regarding ROG 16, the FTC will not agree to waive our objections on page 8 through 10.  Please let me know whether Meta intends to bring this dispute to the Court.

1:30 works to call the Court.  Do you want to call me at 202-326-2122 and you can patch the Court in?

Best,

Susan

**From:** Dorris, Daniel V. <ddorris@kellogghansen.com>
**Sent:** Friday, May 5, 2023 9:23 AM
**To:** Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha

<awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Susan:  We are also available to call chambers at 1:30 p.m.  Thank you, Dan

---

**From:** Dorris, Daniel V.
**Sent:** Friday, May 5, 2023 12:31 AM
**To:** Musser, Susan <smusser@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Susan:

Thank you for your email.  On the briefing, we propose simultaneous five-page briefs submitted on Monday.  Please let us know if that works for the FTC.

We intend to seek an order that the FTC respond to Interrogatory Nos. 20-23.  To be clear, we fully reviewed the FTC's responses to those interrogatories before conferring with the FTC.  We also do not ask the FTC to waive its privilege and work product objections.  We seek only non-privileged information.  Finally, there is no reason to meet-and-confer further.  The FTC previously stated that it would provide substantive responses to these interrogatories, then objected to providing any response, and we disagree with that position.

For Interrogatory No. 16, we will not seek relief if the FTC will withdraw its objections and reservations on pages 8-10 of the responses and will certify that the FTC's responses are "full and complete to the best of its knowledge and belief," just as the Court ordered Meta to do. ECF No. 281, at 4.  If the FTC is unwilling to do that, we will seek that relief.

Thanks,
Dan

---

**From:** Musser, Susan <smusser@ftc.gov>
**Sent:** Thursday, May 4, 2023 6:03 PM
**To:** Dorris, Daniel V. <ddorris@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth

M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Matheson, Daniel <dmatheson@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Moy, Jessica <jmoy@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Canning, Jillian <jcanning@ftc.gov>; Williams, Artdesha <awilliams4@ftc.gov>; Meyer, Connor <cmeyer@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB, MC on 3rd Set of ROGs

Counsel:

On today's meet and confer, Meta's represented that it has only looked through "two salient examples" out of the hundreds of documents cited in the FTC's Responses and Objections to Interrogatory No. 16.  Nonetheless, Meta has already determined (apparently before the meet and confer even started) that it wanted to call the Court to raise a dispute in advance of Wednesday's hearing on Interrogatories 20-23.  Meta offered no compromise or limitation to any of these four ROGs but merely stated the FTC had to either agree not to raise certain positions (e.g., rely on the Brown Shoe factors) or it must waive all objections to the relevant Interrogatories, which include, among others, objections regarding attorney-client privilege, work product, numerosity, and the burden of Meta's disproportionate requests.  Further, Meta suggested that it "may" also bring a dispute regarding Interrogatory No. 16 and that – while it had nothing to raise on Interrogatory Nos. 17-19 at this time – it may raise deficiencies regarding these interrogatories at a later time.   After due consideration, it is the FTC's position is that it is premature to ask for a briefing schedule on Interrogatories 20-23 given that (a) there has not been a meaningful opportunity to meet and confer given that – by its own admission – Meta has not fully reviewed the FTC's interrogatory responses; and (b) given where we are in discovery, the Court should hear Meta's position regarding the FTC's response to its Third Set of Interrogatories collectively versus *ad seriatim*.

If Meta insists upon calling the Court tomorrow, the FTC proposes a 3 page brief to be filed by 5:00 on Tuesday.  We are available to call the Court from 1:00-2:00; 3:00-5:00.

Thanks,

Susan