IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORM'S, INC.'S
MOTION TO COMPEL ANSWER TO INTERROGATORY NO. 16, 20, 21, 22, 23**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Compel Answer to Interrogatory Nos. 16, 20, 21, 22, 23, it is hereby **GRANTED**; and it is further:

**ORDERED** that the Federal Trade Commission ("FTC") shall provide a complete answer to Meta's Interrogatories 20, 21, 22, and 23; and

**ORDERED** that the FTC shall certify that its response is full and complete to the best of its knowledge and belief.


DATED: _____, 2023      _____
                                            Honorable James E. Boasberg
                                            United States District Judge