UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

### ORDER

As discussed at today's status hearing re: the latest [294] JSR, the Court ORDERS that:

1. The parties shall file their final JSR on fact discovery by May 31, 2023;

2. Expert reports shall be due on the last business day of every other month starting in July;

3. As to category I, the FTC and Meta shall agree on which specific documents that assert attorney-client privilege over non-child documents that lack an attorney shall be re-reviewed;

4. As to category II, the FTC and Meta shall agree on a refresh of certain narrowed search terms for Mr. Janardhan only from the time he became infrastructure head;

5. As to category III, Meta shall produce documents from the 2019 and 2022 audits and the other documents it proposed to produce;

6. As to category IV, the Court accepts Meta's proposal;

7. As to category V, the Court denies the FTC's request;

8. As to category VI, Meta shall produce deposition and hearing transcripts and exhibits thereto;

9. As to category VII, Meta shall produce actual blacklists, but not documents "sufficient to show";

10. As to category VIII, Meta shall answer the interrogatory as it relates to public filings, not any actual presentation;

11. As to category IX, Meta need not answer the interrogatory;

12. As to category X, Meta need not answer the interrogatory;

13. As to category XI, Meta shall answer 23(a) and (j) and search for documents responsive to (c)-(f); and

14. As to category XII, if the parties have not resolved the matter, they shall submit their respective proposals by May 16, 2023, at 12:00 noon.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  May 10, 2023