AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Federal Trade Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Alphabet Inc. .

Date:   05/15/2023

/s/ Evan Miller
*Attorney's signature*

Evan Miller (D.C. Bar No. 219310)
*Printed name and bar number*
Vinson & Elkins LLP
2200 Pennsylvania Ave NW
Suite 500 West
Washington, DC 20037
*Address*

emiller@velaw.com
*E-mail address*

(202) 639-6605
*Telephone number*

(202) 879-8811
*FAX number*