# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Civil Action No. 1:20-cv-3590 (JEB) <br> Hon. James E. Boasberg |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF ATTORNEY JOHN I. KARIN

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney John I. Karin *pro hac vice* in the above-captioned matter as counsel for Non-Party Snap Inc. This motion is supported by the Declaration of John I. Karin, filed herewith. As set forth in Mr. Karin's declaration, he is admitted, practicing, and a member in good standing of the Bar of the State of New York. He is also admitted to the U.S. District Courts of for the Eastern District of New York and Southern District of New York; and the U.S. Courts of Appeals for the Seventh Circuit and Ninth Circuit. This motion is supported and signed by Robin S. Crauthers, an active and sponsoring member of the Bar of this Court.

Dated:  May 23, 2023

*/s/ Robin S. Crauthers*
Robin S. Crauthers (D.C. Bar No. 1659397)
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Phone:  (202) 973-8839
Fax:  (866) 974-7329
Email:  rcrauthers@wsgr.com

*Attorney for Non-Party Snap Inc.*