UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.**, <br><br> Defendant. | Civil Action No. 1:20-cv-3590 (JEB) <br> Hon. James E. Boasberg |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY JOHN I. KARIN *PRO HAC VICE***

This Court has reviewed Non-Party Snap Inc.'s Motion for Admission of Attorney John I. Karin *Pro Hac Vice*. Upon consideration of that motion, the Court grants John I. Karin *pro hac vice* admission to this Court.

SO ORDERED.


Date: _____          _____
                                  Hon. James E. Boasberg
                                  United States District Judge