AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-3590 (JEB) |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Snap Inc. .

Date:      05/26/2023

/s/ John I. Karin
*Attorney's signature*

John I. Karin (NY Bar No. 5362090)
*Printed name and bar number*
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
New York, New York 10019

*Address*

jkarin@wsgr.com
*E-mail address*

(212) 999-5800
*Telephone number*

(866) 974-7329
*FAX number*