AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>*Plaintiff* )<br>v. )<br>META PLATFORMS, INC. )<br>*Defendant* ) | Case No. 1:20-cv-03590-JEB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission .

Date: 05/30/2023

/s/ David Brunfeld
*Attorney's signature*

David Brunfeld 1672059
*Printed name and bar number*

400 7th Street, S.W.
Washington, D.C. 20580

*Address*

dbrunfeld@ftc.gov
*E-mail address*

(202) 326-2938
*Telephone number*

*FAX number*