IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**Declaration of Mark Silvia in Support of
Plaintiff Federal Trade Commission's May 31, 2023 Joint Status Report**

I, Mark Silvia, declare as follows:

1. I am an Attorney for the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am counsel for the FTC in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.). I am admitted to practice in Maryland.

2. I make this declaration in support of Plaintiff Federal Trade Commission's May 31, 2023 Joint Status Report.

3. Attached as Exhibit 1 is a true and correct copy of the FTC 30(b)(6) subpoena *ad testificandum* to Meta Platforms, Inc. ("Meta"), issued on April 3, 2023, seeking corporate testimony on topics relating to advertising load ("ad load") on Facebook and Instagram.

4. Attached as Exhibit 2 is a true and correct copy of Defendant Meta Platforms, Inc.'s Objections and Responses to Plaintiff Federal Trade Commission's Notice of Deposition Pursuant to Rule 30(b)(6).

5. The FTC met and conferred with Meta on Friday, April 21, during which the FTC proposed a narrower range of topics. Later that same day, the FTC emailed Meta a list of relevant documents related to certain topics of interest. Attached as Exhibit 3 is a true and correct copy of the April 21, 2023 Email from M. Silvia (FTC Counsel) to N. Gillespie (Meta Counsel).

6. The FTC and Meta subsequently conferred by phone twice and exchanged letters that narrowed and summarized the topics to be covered in the deposition.

    a. Attached as Exhibit 4 is a true and correct copy of the May 4, 2023 Letter from N. Gillespie (Meta Counsel) to M. Silvia (FTC Counsel), outlining certain of the topics to be covered in the deposition. *See id.* ("Meta currently plans to designate a corporate representative (or representatives) who will be prepared to testify as set forth in this letter.").

    b. Attached as Exhibit 5 is a true and correct copy of the May 8, 2023 Letter from M. Silvia (FTC Counsel) to N. Gillespie (Meta's Counsel), setting out the FTC's understanding of what "high level" coverage of a topic would entail, and requesting additional topics.

    c. Attached as Exhibit 6 is a true and correct copy of the May 15, 2023 Letter from S. Strikis (Meta Counsel) to M. Silvia (FTC Counsel), outlining additional topics to be covered in the deposition. *See id.* ("[T]he deponent for the FTC's Rule 30(b)(6) deposition regarding ad load will be prepared to testify regarding the topics as set forth in our letter of May 4, 2023, and the following information….").

    d. Attached as Exhibit 7 is a true and correct copy of the May 16, 2023 Email from M. Silvia (FTC Counsel) to N. Gillespie (Meta Counsel), reiterating the FTC's understanding of the term "high level" and noting, among other things, that while the witness need not discuss specific dates or times, the FTC would expect the witness to testify as to approximate dates ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

7. Meta did not respond to or directly acknowledge the FTC's final pre-deposition email of May 16, 2023.

8. On May 17, 2023, pursuant to Paragraph 45 of the Remote Deposition Protocol, which calls for the parties to produce materials used to prepare a corporate designee in advance of a 30(b)(6) deposition, should the designee wish to have those materials available during the deposition, Meta produced a single document Bates numbered FTC-META-012336818. Attached as Exhibit 8 is a true and correct copy of the May 17, 2023 Email from N. Gillespie (Meta Counsel) to M. Silvia (FTC Counsel), and attached letter, transmitting this production.

9. Attached as Exhibit 9 are true and correct copies of the following excerpts from the transcript of the deposition of Meta's corporate representative, ▮▮▮▮▮▮▮, on May 19, 2023. This deposition testimony has been designated Highly Confidential pursuant to the Protective Order.

a. Tr. at 90:7-91:18 (█████████████████████)

b. Tr. at 96:5-97:13 (█████████████████████)

c. Tr. at 98:20-99:2 (█████████████████████)

d. Tr. at 99:3-100:21 (█████████████)

e. Tr. at 101:22-102:17 (█████████████████████████)

f. Tr. at 103:4-15 (█████████████████████████████)

g. Tr. at 103:23-104:11 (█████████████████████)

h. Tr. 119:9-120:3 ████████████████████████████

i. Tr. at 129:8-130:12 (███████████████)

j. Tr. at 139:3-141:13 ████████████████████████████

k. Tr. at 146:7-18 (████████████████████████)

l. Tr. at 151:2-157:10 (██████████████████████)

m. Tr. at 215:15-216:25 ███████████████████████

n. Tr. 228:19-230:15 (████████████████████████)

4

    o. Tr. 238:3-13

    p. Tr. at 263:9-268:20

10. Attached as Exhibit 10 is a true and correct copy of FB_FTC_CID_06204829 with portions highlighted.  This document has been designated Highly Confidential pursuant to the Protective Order.

11. Attached as Exhibit 11 is a true and correct copy of Meta's September 30, 2019 Response to Specification 13 of the FTC's CID.  This document has been designated Highly Confidential pursuant to the Protective Order.

12. Attached as Exhibit 12 is a true and correct copy of FB_FTC_CID_12175837 with portions highlighted.  This document has been designated Highly Confidential pursuant to the Protective Order.

13. Attached as Exhibit 13 is a true and correct copy of FTC-META-011921360 with portions highlighted.  This document has been designated Highly Confidential pursuant to the Protective Order.

14. Attached as Exhibit 14 is a true and correct copy of excerpts from the April 12, 2023 deposition of ▉▉▉.  This deposition testimony has been designated Confidential or Highly Confidential pursuant to the Protective Order.

    a. Tr. at 38:1-10

    b. Tr. at 133:19-134:6

  c. Tr. at 136:25-138:11 ███████████████████████████
████████████████████ )

15. Attached as Exhibit 15 is a true and correct copy of excerpts from the May 10, 2012 deposition of ███████████. This deposition testimony has been designated Confidential or Highly Confidential pursuant to the Protective Order.

  a. Tr. at 187:3-188:17 ███████████████████████████
███████████████████████████

  b. Tr. at 189:19-191:14 ███████████████████████████
███████████████████████████ )

  c. Tr. at 211:2-213:11 ███████████████████████████
███████████

16. Attached as Exhibit 16 is a true and correct copy of excerpts from the March 29, 2012 deposition of ███████████. This deposition testimony has been designated Confidential or Highly Confidential pursuant to the Protective Order.

  a. Tr. 281:11-283:10 ███████████████████████████
████████████████████ )

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of May, 2023, in Potomac, Maryland

                Respectfully submitted,

                */s/ Mark Silvia*

                _____

                Mark Silvia