# EXHIBIT 17

| **From:** | Matheson, Daniel |
| **To:** | Skaras, Andrew P.; Brenner, Nathan; Strikis, Silvija A.; Polavarapu, Aaseesh P.; Musser, Susan; Cerilli, Krisha; Dimoscato, Maria; Weinstein, Rebecca; Meyer, Connor; Williams, Artdesha; Canning, Jillian; Masters, Owen; Wilson, Dominique; Moy, Jessica |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; gklineberg-contact; Fetterman, Kenneth M.; Panner, Aaron M.; Miller, Kevin J.; Hall, Joseph S.; Dorris, Daniel V.; Horvitz, Kevin D.; Smith, Lillian V.; Mehta, Sonal; Gringer, David; michael.scheinkman@davispolk.com; Rouhandeh, James; Block, Geoffrey J.H.; Gillespie, Nataliia |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB |
| **Date:** | Friday, April 28, 2023 2:21:49 PM |

Counsel,

The parties discussed certain offers of compromise during our April 26 meet and confer.  I write to provide an update on the FTC's position.

With respect to the FTC's Interrogatory 19, it is our understanding that Meta has offered to respond if the FTC identifies five stand-alone applications.  This is acceptable to the FTC.  The five stand-alone applications are:

1. IG/TV
2. Groups
3. Rooms
4. Lasso
5. Slingshot

With respect to the FTC's Eleventh Set of Requests for Production:

- You asked whether we would accept a search for a more limited set of documents in satisfaction of RFP No. 132.  The FTC would be willing to accept documents relating to the specific analyses (including planned analyses) that are referred to in the cited document: FTC-META-007049467.  If the parties can reach agreement that Meta will conduct a search for documents relating to the specific analyses (and planned analyses) referred to in FTC-META-007049467, the FTC would also be willing to withdraw RFP No. 133, in the interests of avoiding disputes.

Please confirm that the parties have an agreement on FTC Interrogatory 19 and RFP No. 132.

Regards,
Dan

