IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT INDEX OF EXHIBITS ATTACHED TO**
**MAY 31, 2023 JOINT STATUS REPORT**

| JSR Exhibit No. | Description | Public ECF No. | Sealed ECF No. |
|---|---|---|---|
| - | Declaration of Mark Silvia | 301-1 | 302-02 |
| 1 | Silvia Decl. Ex. 1: FTC Notice of Rule 30(b)(6) Deposition to Meta (April 3, 2023) | 301-2 | 302-03 |
| 2 | Silvia Decl. Ex. 2: Meta Objections and Responses to FTC Notice of Rule 30(b)(6) Deposition to Meta (April 13, 2023) | 301-3 | 302-04 |
| 3 | Silvia Decl. Ex. 3: M. Silvia Email to N. Gillespie, et al. (April 21, 2023) | 301-4 | 302-05 |
| 4 | Silvia Decl. Ex. 4: N. Gillespie Ltr. to M. Silvia (May 4, 2023) | 301-5 | 302-06 |
| 5 | Silvia Decl. Ex. 5: M. Silvia Ltr. to N. Gillespie (May 8, 2023) | 301-6 | 302-07 |
| 6 | Silvia Decl. Ex. 6: S. Strikis Ltr. to M. Silvia (May 15, 2023) | 301-7 | 302-08 |
| 7 | Silvia Decl. Ex. 7: M. Silvia Email to N. Gillespie, et al. (May 16, 2023) | 301-8 | 302-09 |
| 8 | Silvia Decl. Ex. 8: N. Gillespie Email to M. Silvia (May 17, 2023) | 301-9 | 302-10 |
| 9 | Silvia Decl. Ex. 9: Excerpts from Transcript of Deposition of Meta Rule 30(b)(6) Designee Nipoon Malhotra (May 19, 2023) | 301-10 | 302-11 |
| 10 | Silvia Decl. Ex. 10: FB_FTC_CID_06204829 (highlighting added by FTC) | 301-11 | 302-12 |

| JSR Exhibit No. | Description | Public ECF No. | Sealed ECF No. |
|---|---|---|---|
| 11 | Silvia Decl. Ex. 11: Meta Response to Specification 13 of FTC Civil Investigative Demand (Sept. 30, 2019) | 301-12 | 302-13 |
| 12 | Silvia Decl. Ex. 12: FB_FTC_CID_12175835 (highlighting added by FTC) | 301-13 | 302-14 |
| 13 | Silvia Decl. Ex. 13: FTC-META-011921360 (highlighting added by FTC) | 301-14 | 302-15 |
| 14 | Silvia Decl. Ex. 14: Excerpts from Transcript of Deposition of Susan Li (April 12, 2023) | 301-15 | 302-16 |
| 15 | Silvia Decl. Ex. 15: Excerpts from Transcript of Deposition of Kevin Systrom (May 10, 2023) | 301-16 | 302-17 |
| 16 | Silvia Decl. Ex. 16: Excerpts from Transcript of Deposition of Adam Mosseri (March 29, 2023) | 301-17 | 302-18 |
| 17 | D. Matheson Email to A. Skaras, et al. (April 28, 2023) | 301-18 | - |
| 18 | Meta's Notice of Rule 30(b)(6) Deposition to FTC (April 3, 2023) | 301-19 | - |
| 19 | Standing Rule of Hon. John F. Kness (N.D. Ill.), *available at* https://www.ilnd.uscourts.gov/judge-info.aspx?Iu9/vqz23r5X7AkWx/nLtg== | 301-20 | - |
| 20 | FTC Supplemental Responses and Objections to Meta Interrogatories 13 and 14 (Jan. 24, 2023) | 301-21 | 302-19 |
| 21 | FTC Objections and Responses to Meta's Third Set of Interrogatories (May 3, 2023) | 301-22 | 302-20 |
| 22 | Transcript of Deposition of FTC Rule 30(b)(6) Designee Edward Takashima (May 22, 2023) | 301-23 | 302-21 |
| 23 | Transcript of Proceedings, *Federal Trade Commission v. Meta Platforms, Inc.* (May 15, 2023) | 301-24 | - |
| 24 | FTC Response to Meta's List of Features and Activities (Sept. 12, 2022) | 301-25 | - |
| 25 | D. Dorris Ltr. to S. Musser (May 25, 2023) | 301-26 | - |
| 26 | FTC Objections and Responses to Meta's Notice of Rule 30(b)(6) Deposition to FTC (April 13, 2023) | 301-27 | - |
| A | Excerpts from Transcript of Deposition of Vanessa Pappas (May 11, 2023) | 301-28 | 302-22 |
| B | Excerpts from Transcript of Deposition of Eric Morrison (May 26, 2023) | 301-29 | 302-23 |
| C | FB_FTC_CID_07784244 | 301-30 | 302-24 |
| D | D. Dorris Ltr. to S. Musser Regarding Meta's Rule 30(b)(6) Deposition Notice to the FTC (May 24, 2023) | 301-31 | 302-25 |
| E | Transcript of Deposition of FTC Rule 30(b)(6) Designee Edward Takashima(May 22, 2023) | 301-32 | 302-26 |
| F | Rule 30(b)(6) Transcript of Deposition of Meta Rule 30(b)(6) Designee Nipoon Malhotra for Meta (May 19, 2023) | 301-33 | 302-27 |

| JSR Exhibit No. | Description | Public ECF No. | Sealed ECF No. |
|---|---|---|---|
| G | Meta's Supplemental Objections and Responses to Pl. FTC's Interrogatory No. 3 (Feb. 21, 2023) | 301-34 | 302-28 |

Dated: June 6, 2023                                 Respectfully submitted,

By: /s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Owen Masters (D.C. Bar 242139)
Susan Musser (D.C. Bar 1531486)
Michael Smith (D.C. Bar 996738)
Mitchell London (D.C. Bar 1029408)
Jessica Moy
Nathan Brenner
Rebecca Weinstein

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Mark Hansen
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Kenneth M. Fetterman (D.C. Bar No. 474220)
Daniel V. Dorris (D.C. Bar No. 1012305)
Kevin D. Horvitz (D.C. Bar No. 1521032)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

gklineberg@kellogghansen.com
kfetterman@kellogghansen.com
ddorris@kellogghansen.com
khorvitz@kellogghansen.com
apolavarapu@kellogghansen.com

James P. Rouhandeh (D.D.C. Bar No. NY0390)
Michael Scheinkman (D.D.C. Bar No. NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
james.rouhandeh@davispolk.com
michael.scheinkman@davispolk.com

Sonal N. Mehta (CA SBN 222086)
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
Sonal.Mehta@wilmerhale.com

David Z. Gringer (D.C. Bar No. 1001200)
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
David.gringer@wilmerhale.com

*Counsel for Defendant Meta Platforms, Inc.*