UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

        v.                                     Civil Action No. 20-3590 (JEB)

META PLATFORMS, INC.,

    Defendant.

## ORDER

In regard to the parties' disputes set forth in their latest [302-1] Joint Status Report, the Court ORDERS that:

1. The FTC's request for additional "ad load" deposition time is GRANTED IN PART; the Malhotra deposition shall be reopened for up to two hours; and the FTC shall pre-disclose its intended exhibits to make the deposition move more quickly and ensure that the witness is fully conversant with any specific tests or simulations;

2. As to RFP 132, Meta's proposal to produce the studies, the data they rely upon, and the presentation regarding a 4th study (unpublished) is ADOPTED, and the FTC's requests for (a) custodial searches and (b) all documents "relating" to the Stage 3 studies is DENIED; and

3. As to Meta's 30(b)(6) deposition of the FTC on market definition, its request for written supplementation as to Questions 1-3 is DENIED because the FTC's supplemental responses to the prior interrogatories concerning use of features/platforms are sufficient, and the questions ask about "contentions" that the FTC does not make and thus need not have "factual support." Meta's request for written supplementation on Questions 4-5 is

GRANTED.  The FTC shall serve such supplemented responses by July 6, 2023, with the caveat that such responses not cross-reference the expert reports (*i.e.*, they must be "standalone" answers).

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 7, 2023