IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

        Plaintiff,

    v.

META PLATFORMS, INC.,

        Defendant.

Case No. 1:20-cv-03590-JEB

**JOINT REQUEST FOR EXTENSION TO THE EXPERT DISCOVERY SCHEDULE**

The FTC and Meta Platforms, Inc., jointly respectfully ask the Court to revise the schedule for expert discovery as follows:

- FTC Opening Reports on July 24, 2023, rather than July 3, 2023 (three-week extension to the FTC's time to prepare opening reports);
- Meta Reports on October 3, 2023 (one additional week added to Meta's time to prepare reports);
- FTC Rebuttal Reports on December 5, 2023 (no change to the time provided for FTC rebuttal reports);
- Close of expert discovery on February 20, 2024, rather than January 5, 2024 (17 days added to the time provided for expert depositions).

The Court may "modify the scheduling order at any time upon a showing of good cause." LCvR 16.4(b); Fed. R. Civ. P. 16(b)(4). Here, the parties agree that good cause exists to extend the time for the parties to prepare expert reports, and that good cause exists to extend the time for the parties to conduct expert depositions.

Dated: June 7, 2023                           Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Peter Taylor
Mitchell London (D.C. Bar 1029408)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*


/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Kevin J. Miller (D.C. Bar No. 478154)
Kenneth M. Fetterman (D.C. Bar No. 474220)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

James P. Rouhandeh (NY0390)
Michael Scheinkman (NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
james.rouhandeh@davispolk.com

Sonal N. Mehta (CA SBN 222086)
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
Sonal.Mehta@wilmerhale.com

2

        David Z. Gringer (D.C. Bar No. 1001200)
        Wilmer Cutler Pickering Hale & Dorr LLP
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        Tel: (212) 230-8800
        David.gringer@wilmerhale.com

*Counsel for Defendant Meta Platforms, Inc.*