IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 1:20-cv-03590-JEB <br><br> HON. JAMES E. BOASBERG |

### SNAP INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Justina K. Sessions is no longer affiliated with the law firm Wilson Sonsini Goodrich & Rosati, P.C. Pursuant to Local Rule 83.6, Non-Party Snap Inc. ("Snap") hereby withdraws her appearance in this matter as counsel for Snap.

Snap will continue to be represented by John I. Karin and Robin S. Crauthers from Wilson Sonsini Goodrich & Rosati, P.C. Ms. Sessions' withdrawal will not occasion a request for an extension of any deadlines in this case.

Dated: June 23, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *John I. Karin*
John I. Karin (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

Robin S. Crauthers (D.C. Bar No. 1659397)
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: rcrauthers@wsgr.com

*Counsel for Non-Party Snap Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2023, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court of the District of Columbia, using the CM/ECF System.

      /s/ *John I. Karin*
John I. Karin (admitted *pro hac vice*)

*Counsel for Non-Party Snap Inc.*