## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 1:20-cv-03590-JEB<br><br>HON. JAMES E. BOASBERG |

### SNAP INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the appearance of Justina K. Sessions for Non-Party Snap Inc. ("Snap") is hereby withdrawn. Ms. Sessions no longer represents Snap in the above-captioned action and is no longer affiliated with the law firm Wilson Sonsini Goodrich & Rosati, P.C.

Snap will continue to be represented by John I. Karin and Robin S. Crauthers from Wilson Sonsini Goodrich & Rosati, P.C. Ms. Sessions' withdrawal will not occasion a request for an extension of any deadlines in this case.

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully submitted, |

/s/ Justina K. Sessions
Justina K. Sessions (admitted per Rule 45(f))
Freshfields Bruckhaus Deringer US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com

*Former counsel for Non-Party Snap Inc.*


/s/ John I. Karin

John I. Karin (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

Robin S. Crauthers (D.C. Bar No. 1659397)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: rcrauthers@wsgr.com

*Counsel for Non-Party Snap Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2023, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court of the District of Columbia, using the CM/ECF System.

      *Justina K. Sessions*
Justina K. Sessions

*Former counsel for Non-Party Snap Inc.*