IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         *Plaintiff*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>         *Defendant*. | Case No. 1:20-cv-03590-JEB |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the appearance of Catalina J. Vergara from the law firm of O'Melveny & Myers LLP admitted *pro hac vice* on behalf of defendant Meta Platforms, Inc. is hereby withdrawn. Meta Platforms, Inc. will continue to be represented by other counsel of record.

In connection with the withdrawal, the clerk is respectfully requested to remove my name from the CM/ECF service list for this matter. My withdrawal will not occasion a request for an extension of any deadlines in this case.

Dated:  July 21, 2023                                          Respectfully submitted,

/s/ *Catalina J. Vergara*
Catalina J. Vergara (*admitted pro hac vice*)
cvergara@omm.com
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407

*Counsel for Defendant Meta Platforms, Inc.*