IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.,**<br><br>Defendant. | Case No.: 1:20-cv-03590 |

NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that David Owyang hereby withdraws as attorney of record for counsel supporting the complaint in the above-captioned matter.

Dated: September 29, 2023

Respectfully submitted,

*/s/ David Owyang*
David Owyang

*/s/ Daniel J. Matheson*
Daniel J. Matheson

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: 202-326-3013
Email: dowyang@ftc.gov

*Counsel Supporting the Complaint*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I filed the foregoing document electronically via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ David Owyang*
David Owyang

*Counsel Supporting the Complaint*