AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FEDERAL TRADE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 01/04/2024

/s/Elan Weinberger
*Attorney's signature*

Elan Weinberger, 5958905 (NY)
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

eweinberger@ftc.gov
*E-mail address*

(202) 326-3243
*Telephone number*

(202) 326-2655
*FAX number*