# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Federal Trade Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03590-JEB |
| Meta Platforms, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 11/08/2023

/s/ Ben Rashkovich
*Attorney's signature*

Ben Rashkovich, NY Bar 5972724
*Printed name and bar number*

600 Pennsylvania Avenue N.W.
Washington, DC 20580

*Address*

brashkovich@ftc.gov
*E-mail address*

(202) 326-3137
*Telephone number*

*FAX number*