IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 30, 2023, the parties submit the following Joint Status Report summarizing the parties' joint proposal with respect to summary judgment briefing, and the parties' respective positions regarding trial scheduling.

**I.** **The Parties' Joint Proposal Regarding Summary Judgment Briefing**

The parties have agreed that each side shall file no more than one motion for summary judgment. The parties jointly request that the Court set the following briefing schedule related to motions for summary judgment:

| Filing | Deadline |
|---|---|
| File motions for summary judgment | No later than Friday, April 5 |
| File oppositions to motions for summary judgment | No later than Tuesday, June 4 |
| File replies in support of motions for summary judgment | No later than Tuesday, July 2 |

Further, the parties request that the Court order that opening briefs be limited to 50 pages, opposition briefs be limited to 50 pages, and reply briefs be limited to 35 pages.

## II.     The FTC's Statement Related to Trial Scheduling

The FTC respectfully suggests that a 2024 trial date in this matter is both practicable and consistent with the strong public interest in resolving promptly the FTC's claims that Meta is engaged in ongoing monopoly maintenance that is currently harming competition and consumers.  Accordingly, the FTC hopes that the agreed-upon briefing schedule proposed by the parties will be conducive to a 2024 trial date, unless all issues are resolved on summary judgment.  However, based on the FTC's understanding that the Court prefers to resolve summary judgment motions before determining trial dates or/and setting interim pre-trial deadlines, the FTC is not requesting at this time a concrete trial date or pretrial schedule.

While the FTC is not requesting a concrete schedule at this time, it is the FTC's view that the parties are capable of planning and preparing for trial while summary judgment motions are pending, and should do so in the interests of judicial efficiency.  Accordingly, the FTC is eager to discuss with Meta, promptly after summary judgment briefing is completed, a schedule for the exchange of exhibit lists, witness lists, and the filing of pretrial motions.  The FTC hopes that such discussions between the parties, coupled with the proposed summary judgment briefing schedule set out above, will facilitate a trial date prior to the close of 2024.

## III.    Meta's Statement Related to Trial Scheduling

Meta expects this case to be resolved at summary judgment.  Regardless, Meta respectfully submits that it is unlikely that a case of this size and complexity can be prepared for trial by the end of 2024.  If any issues remain to be tried after the Court's summary judgment

ruling, Meta will promptly discuss a schedule with the FTC.  It makes no sense to engage in such discussions before the parties even know if a trial will take place, or what it will involve.

**SIGNATURES**

Dated: February 21, 2024

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*


*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Ana Nikolic Paul (D.C. Bar No. 1531904)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

James P. Rouhandeh (NY0390)
Michael Scheinkman (NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
james.rouhandeh@davispolk.com

3

Sonal N. Mehta (CA SBN 222086)
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
Sonal.Mehta@wilmerhale.com

David Z. Gringer (D.C. Bar No. 1001200)
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
David.gringer@wilmerhale.com

*Counsel for Defendant Meta Platforms, Inc.*