IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's direction at the status conference held on February 23, 2024, the parties submit this Joint Status Report setting forth their revised proposal with respect to summary judgment briefing. The parties jointly request that the Court set the following schedule and page limits related to summary judgment briefing:

| Filing | Deadline | Page Limit |
|---|---|---|
| Meta's Motion for Summary Judgment | Friday, April 5, 2024 | No more than 50 pages |
| FTC's Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment | Friday, May 24, 2024 | No more than 100 pages |
| Meta's Reply in Support of Meta's Motion for Summary Judgment and Opposition to FTC's Cross-Motion for Partial Summary Judgment | Friday, July 12, 2024 | No more than 85 pages |
| FTC's Reply in Support of Its Cross-Motion for Partial Summary Judgment | Friday, August 9, 2024 | No more than 35 pages |

Dated: February 26, 2024

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)
Owen Masters (D.C. Bar 242139)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Ana Nikolic Paul (D.C. Bar No. 1531904)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

James P. Rouhandeh (NY0390)
Michael Scheinkman (NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
james.rouhandeh@davispolk.com

Sonal N. Mehta (CA SBN 222086)
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

Sonal.Mehta@wilmerhale.com

David Z. Gringer (D.C. Bar No. 1001200)
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
David.gringer@wilmerhale.com

*Counsel for Defendant Meta Platforms, Inc.*