IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h) of the Local Rules of the United States District Court for the District of Columbia, Defendant Meta Platforms, Inc. respectfully moves the Court for summary judgment against the Plaintiff Federal Trade Commission in *Federal Trade Commission v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB.  Meta's Motion is supported by the concurrently filed Memorandum of Points and Authorities in Support of Meta's Motion for Summary Judgment, the Statement of Material Facts as to which there is no genuine issue in support of Meta's Motion for Summary Judgment, and the accompanying exhibits.  Meta respectfully requests oral argument on its Motion pursuant to Local Civil Rule 7(f).

Dated: April 5, 2024                    Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*