# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

       Plaintiff,

       v.

META PLATFORMS, INC.,

       Defendant.

Case No. 1:20-cv-03590-JEB

**EXHIBIT INDEX AND DEPONENT INDEX TO RULE 7(H) STATEMENT IN SUPPORT OF META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT INDEX**

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|:---:|:---:|:---:|:---:|
| 1 | 1 |  | UNDER SEAL |
| 2 | 1 |  | UNDER SEAL |
| 3 | 1 |  | UNDER SEAL |
| 4 | 1 |  | UNDER SEAL |
| 5 | 1 |  | UNDER SEAL |
| 6 | 1 |  | UNDER SEAL |
| 7 | 1 |  | UNDER SEAL |
| 8 | 2 |  | UNDER SEAL |
| 9 | 2 |  | UNDER SEAL |
| 10 | 2 |  | UNDER SEAL |
| 11 | 2 |  | UNDER SEAL |
| 12 | 2 |  | UNDER SEAL |
| 13 | 2 |  | UNDER SEAL |
| 14 | 2 |  | UNDER SEAL |
| 15 | 2 |  | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 16 | 2 | █████████████████ | UNDER SEAL |
| 17 | 3 | ███████████████████ | UNDER SEAL |
| 18 | 3 | ████████████████████ | UNDER SEAL |
| 19 | 3 | █████████████████████ | UNDER SEAL |
| 20 | 3 | ██████████████████ | UNDER SEAL |
| 21 | 3 | ███████████████████ | UNDER SEAL |
| 22 | 3 | ████████████████████ | UNDER SEAL |
| 23 | 3 | ████████████████████ | UNDER SEAL |
| 24 | 4 | ██████████████████ | UNDER SEAL |
| 25 | 4 | ████████████████████ | UNDER SEAL |
| 26 | 4 | ███████████ | UNDER SEAL |
| 27 | 4 | ███████████████ | UNDER SEAL |
| 28 | 4 | ██████████████████ | UNDER SEAL |
| 29 | 4 | ████████████████ | UNDER SEAL |
| 30 | 4 | ███████████████ | UNDER SEAL |
| 31 | 4 | █████████████████████ | UNDER SEAL |
| 32 | 4 | █████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 33 | 4 | | UNDER SEAL |
| 34 | 4 | | UNDER SEAL |
| 35 | 4 | | UNDER SEAL |
| 36 | 4 | | UNDER SEAL |
| 37 | 4 | | UNDER SEAL |
| 38 | 4 | | UNDER SEAL |
| 39 | 5 | | UNDER SEAL |
| 40 | 5 | | UNDER SEAL |
| 41 | 5 | | UNDER SEAL |
| 42 | 5 | | UNDER SEAL |
| 43 | 5 | | UNDER SEAL |
| 44 | 5 | | UNDER SEAL |
| 45 | 5 | | UNDER SEAL |
| 46 | 5 | | UNDER SEAL |
| 47 | 5 | | UNDER SEAL |
| 48 | 5 | | UNDER SEAL |
| 49 | 5 | | UNDER SEAL |
| 50 | 5 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 51 | 5 | █████████████████████████████ | UNDER SEAL |
| 52 | 5 | █████████████████████████████ | UNDER SEAL |
| 53 | 5 | █████████████████████████████ | UNDER SEAL |
| 54 | 5 | █████████████████████████████ | UNDER SEAL |
| 55 | 5 | █████████████████████████████ | UNDER SEAL |
| 56 | 5 | █████████████████████████████ | UNDER SEAL |
| 57 | 5 | █████████████████████████████ | UNDER SEAL |
| 58 | 5 | █████████████████████████████ | UNDER SEAL |
| 59 | 5 | █████████████████████████████ | UNDER SEAL |
| 60 | 5 | █████████████████████████████ | UNDER SEAL |
| 61 | 5 | █████████████████████████████ | UNDER SEAL |
| 62 | 5 | █████████████████████████████ | UNDER SEAL |
| 63 | 6 | █████████████████████████████ | UNDER SEAL |
| 64 | 6 | █████████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|:---:|:---:|:---:|:---:|
| 65 | 6 | █████████████████████████ | UNDER SEAL |
| 66 | 6 | █████████████████████████ | UNDER SEAL |
| 67 | 6 | █████████████████████████ | UNDER SEAL |
| 68 | 6 | █████████████████████████ | UNDER SEAL |
| 69 | 6 | █████████████████████████ | UNDER SEAL |
| 70 | 6 | █████████████████████████ | UNDER SEAL |
| 71 | 6 | █████████████████████████ | UNDER SEAL |
| 72 | 6 | █████████████████████████ | UNDER SEAL |
| 73 | 6 | █████████████████████████ | UNDER SEAL |
| 74 | 6 | █████████████████████████ | UNDER SEAL |
| 75 | 6 | █████████████████████████ | UNDER SEAL |
| 76 | 7 | █████████████████████████ | UNDER SEAL |
| 77 | 7 | █████████████████████████ | UNDER SEAL |
| 78 | 7 | █████████████████████████ | UNDER SEAL |
| 79 | 7 | █████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 80 | 7 | | UNDER SEAL |
| 81 | 7 | | UNDER SEAL |
| 82 | 7 | | UNDER SEAL |
| 83 | 7 | | UNDER SEAL |
| 84 | 7 | | UNDER SEAL |
| 85 | 7 | | UNDER SEAL |
| 86 | 7 | | UNDER SEAL |
| 87 | 7 | | UNDER SEAL |
| 88 | 7 | | UNDER SEAL |
| 89 | 7 | | UNDER SEAL |
| 90 | 7 | | UNDER SEAL |
| 91 | 7 | | UNDER SEAL |
| 92 | 7 | | UNDER SEAL |
| 93 | 7 | | UNDER SEAL |
| 94 | 7 | | UNDER SEAL |
| 95 | 8 | | UNDER SEAL |
| 96 | 8 | | UNDER SEAL |
| 97 | 8 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 98 | 8 | █████████████████████ | UNDER SEAL |
| 99 | 8 | █████████████████████ | UNDER SEAL |
| 100 | 8 | █████████████████████ | UNDER SEAL |
| 101 | 8 | █████████████████████ | UNDER SEAL |
| 102 | 8 | █████████████████████ | UNDER SEAL |
| 103 | 8 | █████████████████████ | UNDER SEAL |
| 104 | 8 | █████████████████████ | UNDER SEAL |
| 105 | 8 | █████████████████████ | UNDER SEAL |
| 106 | 9 | █████████████████████ | UNDER SEAL |
| 107 | 9 | █████████████████████ | UNDER SEAL |
| 108 | 9 | █████████████████████ | UNDER SEAL |
| 109 | 9 | █████████████████████ | UNDER SEAL |
| 110 | 9 | █████████████████████ | UNDER SEAL |
| 111 | 9 | █████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 112 | 9 | ███ | UNDER SEAL |
| 113 | 9 | ███ | UNDER SEAL |
| 114 | 10 | ███ | UNDER SEAL |
| 115 | 10 | ███ | UNDER SEAL |
| 116 | 10 | ███ | UNDER SEAL |
| 117 | 10 | ███ | UNDER SEAL |
| 118 | 10 | ███ | UNDER SEAL |
| 119 | 10 | ███ | UNDER SEAL |
| 120 | 10 | ███ | UNDER SEAL |
| 121 | 11 | ███ | UNDER SEAL |
| 122 | 11 | ███ | UNDER SEAL |
| 123 | 11 | ███ | UNDER SEAL |
| 124 | 11 | ███ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 125 | 12 |  | UNDER SEAL |
| 126 | 12 |  | UNDER SEAL |
| 127 | 12 |  | UNDER SEAL |
| 128 | 12 |  | UNDER SEAL |
| 129 | 13 |  | UNDER SEAL |
| 130 | 13 |  | UNDER SEAL |
| 131 | 13 |  | UNDER SEAL |
| 132 | 13 |  | UNDER SEAL |
| 133 | 13 |  | UNDER SEAL |
| 134 | 13 |  | UNDER SEAL |
| 135 | 13 |  | UNDER SEAL |
| 136 | 13 |  | UNDER SEAL |
| 137 | 13 |  | UNDER SEAL |
| 138 | 13 |  | UNDER SEAL |
| 139 | 14 |  | UNDER SEAL |
| 140 | 14 |  | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 141 | 14 | ███████████████████ | UNDER SEAL |
| 142 | 14 | ████████████████████████ | UNDER SEAL |
| 143 | 14 | ████████████████████████ | UNDER SEAL |
| 144 | 14 | ███████████████████████ | UNDER SEAL |
| 145 | 14 | ████████████████████████ | UNDER SEAL |
| 146 | 14 | ███████████████████ | UNDER SEAL |
| 147 | 14 | █████████████████████████ | UNDER SEAL |
| 148 | 14 | █████████████████ | UNDER SEAL |
| 149 | 14 | ████████████████ | UNDER SEAL |
| 150 | 14 | ██████████████████ | UNDER SEAL |
| 151 | 14 | █████████████████████████ | UNDER SEAL |
| 152 | 14 | █████████████████ | UNDER SEAL |
| 153 | 14 | ███████████████████████ | UNDER SEAL |
| 154 | 14 | ████████████████████████ | UNDER SEAL |
| 155 | 14 | ███████████████████████ | UNDER SEAL |
| 156 | 14 | ████████████████████████ | UNDER SEAL |
| 157 | 14 | ████████████████ | UNDER SEAL |
| 158 | 14 | ████████████████ | UNDER SEAL |
| 159 | 14 | ██████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 160 | 14 | ███████████████████████ | UNDER SEAL |
| 161 | 14 | ██████████████████████ | UNDER SEAL |
| 162 | 14 | ██████████████████████ | UNDER SEAL |
| 163 | 14 | ██████████████████████ | UNDER SEAL |
| 164 | 14 | ████████████████████ | UNDER SEAL |
| 165 | 14 | ███████████████████████ | UNDER SEAL |
| 166 | 14 | ██████████████████████ | UNDER SEAL |
| 167 | 14 | █████████████████████████████ | UNDER SEAL |
| 168 | 14 | ███████████████████████████████ | UNDER SEAL |
| 169 | 14 | ██████████████████████████████ | UNDER SEAL |
| 170 | 14 | █████████████████████████████ | UNDER SEAL |
| 171 | 14 | ██████████████████████████████████ | UNDER SEAL |
| 172 | 14 | █████████████████████████████ | UNDER SEAL |
| 173 | 15 | ██████████████████████████████████ | UNDER SEAL |
| 174 | 15 | ███████████████████████████████ | UNDER SEAL |
| 175 | 15 | ██████████████████████████████████ | UNDER SEAL |
| 176 | 15 | ████████████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 177 | 15 | █████████████████████████████ | UNDER SEAL |
| 178 | 15 | █████████████████████████████ | UNDER SEAL |
| 179 | 15 | █████████████████████████████ | UNDER SEAL |
| 180 | 15 | █████████████████████████████ | UNDER SEAL |
| 181 | 15 | ███████████████████████ | UNDER SEAL |
| 182 | 15 | ██████████████████████████ | UNDER SEAL |
| 183 | 15 | ██████████████████████████ | UNDER SEAL |
| 184 | 15 | █████████████████████████████ | UNDER SEAL |
| 185 | 15 | █████████████████████████████ | UNDER SEAL |
| 186 | 15 | █████████████████████████████ | UNDER SEAL |
| 187 | 15 | █████████████████████████████ | UNDER SEAL |
| 188 | 15 | ████████████████████████████ | UNDER SEAL |
| 189 | 15 | █████████████████████████████ | UNDER SEAL |
| 190 | 15 | █████████████████████████████ | UNDER SEAL |
| 191 | 15 | █████████████████████████████ | UNDER SEAL |
| 192 | 15 | ████████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 193 | 15 | | UNDER SEAL |
| 194 | 15 | | UNDER SEAL |
| 195 | 15 | | UNDER SEAL |
| 196 | 15 | | UNDER SEAL |
| 197 | 15 | | UNDER SEAL |
| 198 | 15 | | UNDER SEAL |
| 199 | 15 | | UNDER SEAL |
| 200 | 15 | | UNDER SEAL |
| 201 | 15 | | UNDER SEAL |
| 202 | 15 | | UNDER SEAL |
| 203 | 15 | | UNDER SEAL |
| 204 | 15 | | UNDER SEAL |
| 205 | 15 | | UNDER SEAL |
| 206 | 15 | | UNDER SEAL |
| 207 | 15 | | UNDER SEAL |



| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 208 | 15 | | UNDER SEAL |
| 209 | 15 | | UNDER SEAL |
| 210 | 15 | | UNDER SEAL |
| 211 | 15 | | UNDER SEAL |
| 212 | 15 | | UNDER SEAL |
| 213 | 15 | | UNDER SEAL |
| 214 | 15 | | UNDER SEAL |
| 215 | 15 | | UNDER SEAL |
| 216 | 16 | | UNDER SEAL |
| 217 | 16 | | UNDER SEAL |
| 218 | 16 | | UNDER SEAL |
| 219 | 16 | | UNDER SEAL |
| 220 | 16 | | UNDER SEAL |
| 221 | 16 | | UNDER SEAL |
| 222 | 16 | | UNDER SEAL |



14

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 223 | 17 | | UNDER SEAL |
| 224 | 17 | | UNDER SEAL |
| 225 | 17 | | UNDER SEAL |
| 226 | 17 | | UNDER SEAL |
| 227 | 17 | | UNDER SEAL |
| 228 | 17 | | UNDER SEAL |
| 229 | 17 | | UNDER SEAL |
| 230 | 17 | | UNDER SEAL |
| 231 | 17 | | UNDER SEAL |
| 232 | 17 | | UNDER SEAL |
| 233 | 17 | | UNDER SEAL |
| 234 | 17 | | UNDER SEAL |
| 235 | 17 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 236 | 17 | █████████████████████████ | UNDER SEAL |
| 237 | 17 | █████████████████████████ | UNDER SEAL |
| 238 | 17 | █████████████████████████ | UNDER SEAL |
| 239 | 17 | █████████████████████████ | UNDER SEAL |
| 240 | 17 | █████████████████████████ | UNDER SEAL |
| 241 | 17 | █████████████████████████ | UNDER SEAL |
| 242 | 17 | █████████████████████████ | UNDER SEAL |
| 243 | 17 | █████████████████████████ | UNDER SEAL |
| 244 | 17 | █████████████████████████ | UNDER SEAL |
| 245 | 18 | █████████████████████████ | UNDER SEAL |
| 246 | 18 | █████████████████████████ | UNDER SEAL |
| 247 | 18 | █████████████████████████ | UNDER SEAL |
| 248 | 18 | █████████████████████████ | UNDER SEAL |
| 249 | 18 | █████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 250 | 18 | | UNDER SEAL |
| 251 | 18 | | UNDER SEAL |
| 252 | 18 | | UNDER SEAL |
| 253 | 18 | | UNDER SEAL |
| 254 | 19 | | UNDER SEAL |
| 255 | 19 | | UNDER SEAL |
| 256 | 19 | | UNDER SEAL |
| 257 | 19 | | UNDER SEAL |
| 258 | 19 | | UNDER SEAL |
| 259 | 19 | | UNDER SEAL |
| 260 | 19 | | UNDER SEAL |
| 261 | 19 | | UNDER SEAL |
| 262 | 19 | | UNDER SEAL |
| 263 | 19 | | UNDER SEAL |



| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 264 | 20 | | UNDER SEAL |
| 265 | 20 | | UNDER SEAL |
| 266 | 20 | | UNDER SEAL |
| 267 | 20 | | UNDER SEAL |
| 268 | 20 | | UNDER SEAL |
| 269 | 20 | | UNDER SEAL |
| 270 | 20 | | UNDER SEAL |
| 271 | 20 | | UNDER SEAL |
| 272 | 20 | | UNDER SEAL |
| 273 | 21 | | UNDER SEAL |
| 274 | 21 | | UNDER SEAL |
| 275 | 21 | | UNDER SEAL |
| 276 | 21 | | UNDER SEAL |
| 277 | 21 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 278 | 21 | | UNDER SEAL |
| 279 | 22 | | UNDER SEAL |
| 280 | 22 | | UNDER SEAL |
| 281 | 22 | | UNDER SEAL |
| 282 | 22 | | UNDER SEAL |
| 283 | 22 | | UNDER SEAL |
| 284 | 22 | | UNDER SEAL |
| 285 | 22 | | UNDER SEAL |
| 286 | 22 | | UNDER SEAL |
| 287 | 22 | | UNDER SEAL |
| 288 | 22 | | UNDER SEAL |
| 289 | 22 | | UNDER SEAL |
| 290 | 22 | | UNDER SEAL |
| 291 | 22 | | UNDER SEAL |
| 292 | 22 | | UNDER SEAL |
| 293 | 22 | | UNDER SEAL |
| 294 | 22 | | UNDER SEAL |
| 295 | 22 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 296 | 22 | ███████████████████ | UNDER SEAL |
| 297 | 22 | ███████████████████ | UNDER SEAL |
| 298 | 22 | ███████████████████ | UNDER SEAL |
| 299 | 22 | ███████████████████ | UNDER SEAL |
| 300 | 22 | ███████████████████ | UNDER SEAL |
| 301 | 22 | ███████████████████ | UNDER SEAL |
| 302 | 23 | ███████████████████ | UNDER SEAL |
| 303 | 23 | ███████████████████ | UNDER SEAL |
| 304 | 23 | ███████████████████ | UNDER SEAL |
| 305 | 23 | ███████████████████ | UNDER SEAL |
| 306 | 23 | ███████████████████ | UNDER SEAL |
| 307 | 23 | ███████████████████ | UNDER SEAL |
| 308 | 23 | ███████████████████ | UNDER SEAL |
| 309 | 23 | ███████████████████ | UNDER SEAL |
| 310 | 23 | ███████████████████ | UNDER SEAL |
| 311 | 23 | ███████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 312 | 23 | | UNDER SEAL |
| 313 | 23 | | UNDER SEAL |
| 314 | 23 | | UNDER SEAL |
| 315 | 23 | | UNDER SEAL |
| 316 | 23 | | UNDER SEAL |
| 317 | 23 | | UNDER SEAL |
| 318 | 23 | | UNDER SEAL |
| 319 | 23 | | UNDER SEAL |
| 320 | 23 | | UNDER SEAL |
| 321 | 23 | | UNDER SEAL |
| 322 | 23 | | UNDER SEAL |
| 323 | 23 | Email from Amy Cole to Suzie Ryu re Artists Wanted with attachments (Mar. 18, 2012), PX10556, FTC-META-000018842 | SEALED IN PART |
| 324 | 24 | Meta's Suppl. Objs. & Resps. to FTC's Interrog. No. 2 (Sept. 9, 2022) | PUBLIC |
| 325 | 24 | Meta Platforms, Inc., 2023 Annual Report (Form 10-K) (Feb. 1, 2024) | PUBLIC |
| 326 | 24 | Facebook, *Pages*, https://perma.cc/W4ZR-BJFP | PUBLIC |
| 327 | 24 | Meta, *Groups*, https://perma.cc/8HD4-X8SJ?type=image | PUBLIC |
| 328 | 24 | Facebook, *Marketplace*, https://perma.cc/892J-5M9G | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 329 | 24 | Facebook, *Facebook Stories:  An Introduction for Content Creators*, https://perma.cc/F8F4-TN7K | PUBLIC |
| 330 | 24 | Facebook Newsroom, *Video on Facebook Keeps Getting Better* (July 17, 2023), https://perma.cc/L46D-LYHD | PUBLIC |
| 331 | 24 | Meta Platforms, Inc., Fourth Quarter 2023 Results Conference Call (Feb. 1, 2024) | PUBLIC |
| 332 | 24 | Facebook, *Facebook Dating*, https://perma.cc/QU76-56FN | PUBLIC |
| 333 | 24 | Meta, *Unlock Your Creativity with Reels on Facebook* (Sept. 29, 2021), https://perma.cc/BC5Z-CG46 | PUBLIC |
| 334 | 24 | Tweet, @clifflampe (Apr. 19, 2018), MetaFTC-DX-1152 | PUBLIC |
| 335 | 24 | Instagram, *How Instagram Feed Works*, https://perma.cc/C86D-U9ZV | PUBLIC |
| 336 | 24 | Instagram, *Instagram Group Chat Size Limits*, https://help.instagram.com/411911025604515 | PUBLIC |
| 337 | 24 | Instagram, *Share Your Everyday Moments*, https://perma.cc/G9UG-HWHB | PUBLIC |
| 338 | 24 | Instagram, *Live*, https://help.instagram.com/272122157758915 | PUBLIC |
| 339 | 24 | Instagram, *Shop*, https://help.instagram.com/194353285783006 | PUBLIC |
| 340 | 24 | Instagram, *Reels*, https://help.instagram.com/270447560766967 | PUBLIC |
| 341 | 24 | Instagram, *Who Can Share and See Your Reels on Instagram*, https://help.instagram.com/1392551434468488 | PUBLIC |
| 342 | 24 | Meta, *Introducing Threads:  A New Way to Share With Text* (July 5, 2023), https://about.fb.com/news/2023/07/introducing-threads-new-app-text-sharing/ | PUBLIC |
| 343 | 24 | Emil Protalinski, ZDNET, *Facebook Launches Facebook Messenger App for Android, iPhone* (Aug. 9, 2011), https://perma.cc/TKN5-HP2Q | PUBLIC |
| 344 | 24 | Meta, *Send a Photo, Video, Sticker or Voice Message on Messenger*, https://perma.cc/2MFA-QQPP?type=image | PUBLIC |
| 345 | 24 | Meta, *Group Chats*, https://perma.cc/AD28-MVNS?type=image | PUBLIC |
| 346 | 24 | Messenger, *What End-to-End Encryption on Messenger Means and How It Works*, https://perma.cc/8B2J-B6A5?type=image | PUBLIC |
| 347 | 24 | Instagram, *Messenger Rooms*, https://perma.cc/S4E4-NCFC | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 348 | 25 | Meta, *Introducing Community Chats: Connecting Your Community in Real Time on Messenger and Facebook* (Sept. 13, 2022), https://about.fb.com/news/2022/09/community-chats-on-messenger-and-facebook/ | PUBLIC |
| 349 | 25 | *WhatsApp Features*, https://perma.cc/92S4-YF8F | PUBLIC |
| 350 | 25 | WhatsApp Business, *Built With the Small Business Owner in Mind*, https://perma.cc/GS5T-L9EV | PUBLIC |
| 351 | 25 | WhatsApp Blog, *Introducing WhatsApp Channels. A Private Way to Follow What Matters* (June 8, 2023), https://perma.cc/XBV5-3E6Q | PUBLIC |
| 352 | 25 | Facebook, Inc., 2019 Annual Report (Form 10-K) (Jan. 29, 2020) | PUBLIC |
| 353 | 25 | Meta Platforms, Inc., 2022 Annual Report (Form 10-K) (Feb. 1, 2023) | PUBLIC |
| 354 | 25 | Sinan Aral, *The Hype Machine* (2020), MetaFTC-DX-1157 (excerpt) | PUBLIC |
| 355 | 25 | YouTube Help, *Post & Interact with Comments*, https://perma.cc/JJU2-4JNK | PUBLIC |
| 356 | 25 | YouTube Help, *Share Videos and Channels, Computer*, https://perma.cc/YS55-6NDB | PUBLIC |
| 357 | 25 | Alphabet, Q2 2023 Earnings Call (July 25, 2023) | PUBLIC |
| 358 | 25 | Alphabet Q4 2023 Earnings Call (Jan. 30, 2024) | PUBLIC |
| 359 | 25 | YouTube Help, *Upload YouTube Videos, Computer*, https://support.google.com/youtube/answer/57407?hl=en&ref_topic=9257439&sjid=3763756096647810856-NA#zippy=%2Cdetails | PUBLIC |
| 360 | 25 | YouTube Help, *Upload Videos Longer Than 15 Minutes*, https://support.google.com/youtube/answer/71673?hl=en&ref_topic=9257439&sjid=3763756096647810856-NA | PUBLIC |
| 361 | 25 | YouTube Help, *Upload YouTube Videos, Android*, https://perma.cc/H6RB-AHFV | PUBLIC |
| 362 | 25 | Instagram Blog, *Introducing Instagram Reels* (Aug. 5, 2020), https://perma.cc/B5VL-UWXW | PUBLIC |
| 363 | 25 | YouTube Help, Shorts Editing Tips, https://perma.cc/S4JP-KFWZ | PUBLIC |
| 364 | 25 | Meta Platforms, Inc., 2021 Annual Report (Form 10-K) (Feb. 2, 2022) | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 365 | 25 | Alphabet Inc., 2021 Annual Report (Form 10-K) (Feb. 1, 2022), MetaFTC-Klein-DX-50, GOOG-META-00041245 | PUBLIC |
| 366 | 25 | Declaration of Vanessa Pappas, *TikTok Inc. v. Trump*, No. 20-cv-2658-CJN (D.D.C. Sept. 23, 2020), ECF No. 15-3, MetaFTC-Klein-DX-761 | PUBLIC |
| 367 | 25 | TikTok, *TikTok's Response to the ACCC's Report on Social Media Services Issues Paper* (Sept. 29, 2022), MetaFTC-Klein-DX-116 | PUBLIC |
| 368 | 25 | TikTok, *For You*, https://perma.cc/NY9U-D9K6 | PUBLIC |
| 369 | 25 | TikTok, *Suggested Accounts*, https://perma.cc/28N6-UJQ4 | PUBLIC |
| 370 | 25 | TikTok, *TikTok Stories:  What It Is and How to Use It*, https://perma.cc/P99G-46H6 | PUBLIC |
| 371 | 25 | TikTok, *Camera Tools*, https://perma.cc/4AYV-JHZE | PUBLIC |
| 372 | 25 | TikTok, *Video Privacy*, https://perma.cc/NTM5-3JUJ | PUBLIC |
| 373 | 25 | TikTok, *Changing Your Nickname*, https://perma.cc/2DKN-TMV4 | PUBLIC |
| 374 | 25 | TikTok, *Choosing Between a Private or Public Account*, https://perma.cc/9PF8-QAK7 | PUBLIC |
| 375 | 25 | TikTok, *Direct Messages*, https://perma.cc/V8Y2-TB5M | PUBLIC |
| 376 | 25 | Walmart Inc., Current Report (Form 8-K) (Sept. 21, 2020), MetaFTC-DX-120 | PUBLIC |
| 377 | 25 | Twitter, Inc., Registration Statement (Form S-1) (Oct. 3, 2013) | PUBLIC |
| 378 | 26 | Twitter, *New User FAQ* (2003), MetaFTC-DX-469 | PUBLIC |
| 379 | 26 | Ryan Mac and Tiffany Hsu, *From Twitter to X:  Elon Musk Begins Erasing an Iconic Internet Brand*, N.Y. Times, July 24, 2023, https://www.nytimes.com/2023/07/24/technology/twitter-x-elon-musk.html | PUBLIC |
| 380 | 26 | Twitter, Inc., 2021 Annual Report (Form 10-K) (Feb. 16, 2022) | PUBLIC |
| 381 | 26 | Twitter, *New Video Products Make It Easier to Watch What's Happening on Twitter* (Sept. 29, 2022), https://blog.twitter.com/en_us/topics/product/2022/new-video-products-make-easier-watch-what-happening-twitter, MetaFTC-DX-467 | PUBLIC |
| 382 | 26 | X Blog, *X's Vertical Video Revolution:  Expanded Brand Safety Controls for Advertisers* (Jan. 8, 2024), https://perma.cc/8WRL-2D8M | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 383 | 26 | X Business, *Advertising X Ad Formats, Vertical Video Ads*, https://perma.cc/4PP5-9ASE | PUBLIC |
| 384 | 26 | X Help Center, *About Replies and Mentions*, https://perma.cc/3Q6Q-3SMZ | PUBLIC |
| 385 | 26 | X Help Center, *About Your Email and Phone Number Discoverability Privacy Settings*, https://perma.cc/7XT2-NT26 | PUBLIC |
| 386 | 26 | X Privacy Policy (Sept. 29, 2023), https://perma.cc/X3V9-G5MG | PUBLIC |
| 387 | 26 | X Help Center, *Audio and Video Calls*, https://perma.cc/4UW7-8XD3 | PUBLIC |
| 388 | 26 | X Help Center, *How to Create Live Videos on X*, https://perma.cc/G246-SG7Q | PUBLIC |
| 389 | 26 | X Help Center, *Glossary*, https://perma.cc/PVB7-9D5V | PUBLIC |
| 390 | 26 | X Help Center, *How to Use X Lists*, https://perma.cc/8MQQ-NUEV | PUBLIC |
| 391 | 26 | X Help Center, *Communities on X*, https://perma.cc/WJP2-G7VK | PUBLIC |
| 392 | 26 | X Help Center, *Identifying Information for a Post, Moment, List, X Space, Community or Product*, https://perma.cc/U7FT-SY9X | PUBLIC |
| 393 | 26 | Twitter, Inc., 2014 Annual Report (Form 10-K) (Mar. 2, 2015) | PUBLIC |
| 394 | 26 | Twitter, Inc., 2013 Annual Report (Form 10-K) (Mar. 6, 2014) | PUBLIC |
| 395 | 26 | Pinterest, Inc., Registration Statement (Form S-1) (Mar. 22, 2019) | PUBLIC |
| 396 | 26 | Pinterest, Inc., 2023 Annual Report (Form 10-K) (Feb. 8, 2024) | PUBLIC |
| 397 | 26 | Pinterest Help Center, *Edit Your Profile*, https://perma.cc/UJ3M-PLRK | PUBLIC |
| 398 | 26 | Pinterest Help Center, *Make Your Profile Private or Public*, https://perma.cc/2Z8J-SSMK | PUBLIC |
| 399 | 27 | Pinterest Help Center, *Guide to Creating Pins*, https://perma.cc/WM5H-VPZ9 | PUBLIC |
| 400 | 27 | Nextdoor Holdings, Inc., 2023 Annual Report (Form 10-K) (Feb. 27, 2024) | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 401 | 27 | Strava App, MetaFTC-DX-15 | PUBLIC |
| 402 | 27 | Facebook, Inc., Fourth Quarter 2020 Results Conference Call (Jan. 27, 2021) | PUBLIC |
| 403 | 27 | Facebook, Inc., Third Quarter 2021 Results Conference Call (Oct. 25, 2021) | PUBLIC |
| 404 | 27 | Nicole B. Ellison et al., *Connection Strategies: Social Capital Implications of Facebook-Enabled Communication Practices, New Media & Society* (May 17, 2016), MetaFTC-DX-1136 | PUBLIC |
| 405 | 27 | FTC's Resp. to Meta's List of Features or Activities (Sept. 12, 2022), MetaFTC-DX-997 | PUBLIC |
| 406 | 27 | Snap Inc., 2022 Annual Report (Form 10-K) (Jan. 31, 2023) | PUBLIC |
| 407 | 27 | Order to File a Special Report, FTC Matter No. P205402 (Dec. 11, 2020), MetaFTC-DX-1001 | PUBLIC |
| 408 | 27 | Snapchat, *Snapchat 101*, https://perma.cc/5MFJ-G7FX | PUBLIC |
| 409 | 27 | Snap Inc., 2020 Annual Report (Form 10-K) (Feb. 4, 2021) | PUBLIC |
| 410 | 27 | Business Insider, *How to Get a Snap Show to Make Money as an Influencer: Talent Manager* (May 2, 2023), https://www.businessinsider.com/snap-show-top-strategies-pitching-snapchat-influencer-manager-content-video-2023-4 | PUBLIC |
| 411 | 28 | Sarah Anderson, *What is Snapchat – A Marketers Guide for 2024*, Social Champ Blog (Dec. 12, 2023), https://perma.cc/2LMT-8BSZ | PUBLIC |
| 412 | 28 | Snapchat Newsroom, *Introducing Spotlight on Snapchat* (Nov. 23, 2020), https://newsroom.snap.com/introducing-spotlight | PUBLIC |
| 413 | 28 | Georgia Wells, *Snap Counters TikTok with Spotlight Video-Sharing Feature*, Wall Street Journal (Nov. 23, 2020), https://www.wsj.com/articles/snap-counters-tiktok-with-spotlight-video-sharing-feature-11606140000 | PUBLIC |
| 414 | 28 | Shona Ghosh, *Snapchat Is Launching a TikTok-Like Tab Called Spotlight*, Business Insider (Nov. 23, 2020), https://www.businessinsider.com/snap-tiktok-like-feed-spotlight-2020-11 | PUBLIC |
| 415 | 28 | Ashley Carman, *Snapchat Officially Launches In-App TikTok Competitor Called Spotlight*, The Verge (Nov. 23, 2020), https://perma.cc/W3QQ-6JQ9 | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 416 | 28 | Sarah Perez, *Snapchat Launches a TikTok-Like Feed Called Spotlight*, TechCrunch (Nov. 23, 2020), https://techcrunch.com/2020/11/23/snapchat-launches-a-tiktok-like-feed-called-spotlight-kick-started-by-paying-creators/ | PUBLIC |
| 417 | 28 | Snap Inc., 2021 Annual Report (Form 10-K) (Feb. 3, 2022) | PUBLIC |
| 418 | 28 | Snap Inc., 2023 Annual Report (Form 10-K) (Feb. 6, 2024) | PUBLIC |
| 419 | 28 | webwise, *Explained:  What is MeWe?* | PUBLIC |
| 420 | 28 | Meta's List of Features or Activities for Classification by the FTC (Aug. 22, 2022), MetaFTC-DX-996 | PUBLIC |
| 421 | 28 | Meta's Second Set of Interrogs. to FTC (Oct. 17, 2022) | PUBLIC |
| 422 | 28 | Meta's List of Features or Activities for Explanation by the FTC (Dec. 20, 2022), ECF No. 237-4 | PUBLIC |
| 423 | 28 | Tr. of Proceedings Before the Honorable James E. Boasberg (May 15, 2023), ECF No. 297 | PUBLIC |
| 424 | 28 | Meta's Notice of Rule 30(b)(6) Dep. of FTC (Apr. 3, 2023) | PUBLIC |
| 425 | 28 | Andrew D. Smock et al., *Facebook as a Toolkit:  A Uses and Gratification Approach to Unbundling Feature Use*, 27 Computers in Human Behavior 2322 (2011), MetaFTC-DX-1151 | PUBLIC |
| 426 | 28 | Office of Fair Trading, *Anticipated Acquisition by Facebook Inc. of Instagram Inc.*, Case No. ME/5525/12 (Aug. 22, 2012) | PUBLIC |
| 427 | 28 | InfoQ, *How a Small Team Scales Instagram*, https://perma.cc/P2AZ-RTVL (video) | PUBLIC |
| 428 | 29 | Jemima Kiss, *Instagram CEO Kevin Systrom:  'We're Working on Time Travel,'* The Guardian (Oct. 2, 2015), MetaFTC-DX-684 | PUBLIC |
| 429 | 29 | Letter from A. Tabor, FTC Acting Secretary, to T. Barnett, Counsel for Facebook, Inc., re Proposed Acquisition of Instagram, Inc. by Facebook, Inc. File No. 121-0121 (Aug. 22, 2012) | PUBLIC |
| 430 | 29 | FTC's Objs. & Resps. to Meta's First Set of Req. for Admis. (May 4, 2023) | PUBLIC |
| 431 | 29 | Instagram Blog, *Introducing Instagram Direct Message* (Dec. 12, 2013), https://perma.cc/G25M-EUAH | PUBLIC |
| 432 | 29 | Instagram Blog, *Introducing Improvements to Instagram Direct* (Sept. 1, 2015), https://about.instagram.com/blog/announcements/introducing-instagram-direct-improvements | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 433 | 29 | Instagram Blog, *See Posts You Care About First in Your Feed* (Mar. 15, 2016), https://about.instagram.com/blog/announcements/see-posts-you-care-about-first-in-your-feed | PUBLIC |
| 434 | 29 | Connor Hayes, *Facebook:  More Ways to Share with the Facebook Camera*, Meta (updated Aug. 15, 2017), https://perma.cc/76CG-7DDF | PUBLIC |
| 435 | 29 | Instagram Blog, *Introducing Instagram Stories* (Aug. 2, 2016), https://perma.cc/P4WV-K3FT | PUBLIC |
| 436 | 29 | Eddie Ruvinsky, *Engineering the Instagram Stories Team*, Instagram Engineering (Dec. 2, 2016), MetaFTC-DX-923 | PUBLIC |
| 437 | 29 | Instagram Blog, *Curate Instagram Stories for Close Friends Only* (Nov. 30, 2018), https://about.instagram.com/blog/announcements/curate-instagram-stories-for-close-friends-only | PUBLIC |
| 438 | 29 | Will Bailey, *A Year of Stories:  Launching Is the Easy Part*, Instagram Engineering (Dec. 20, 2017), MetaFTC-DX-922 | PUBLIC |
| 439 | 29 | Instagram Blog*, Doubling Up on Instagram Live with Live Rooms* (Mar. 2, 2021), https://about.instagram.com/blog/announcements/doubling-up-on-instagram-live-with-live-rooms | PUBLIC |
| 440 | 29 | Instagram Blog, *New:  Save Your Live Video to Your Phone* (Mar. 20, 2017), https://about.instagram.com/blog/announcements/new-save-your-live-video-to-your-phone | PUBLIC |
| 441 | 30 | Josh Constine, *Instagram Launches Disappearing Live Video and Messages*, TechCrunch (Nov. 21, 2016), https://perma.cc/8ZH7-UZQ5 | PUBLIC |
| 442 | 30 | Instagram, *Go Live on Instagram with a Friend* (Oct. 24, 2017), https://about.instagram.com/blog/announcements/go-instagram-live-with-a-friend | PUBLIC |
| 443 | 30 | Meta, *Launching Reels on Facebook in the US* (Sept. 29, 2021), https://perma.cc/Y5DU-G4MG | PUBLIC |
| 444 | 30 | Simon Marlow, *Fighting Spam with Haskell*, Engineering at Meta (June 26, 2015), https://perma.cc/A3T6-XKNJ | PUBLIC |
| 445 | 30 | Teng Xu et al., *Deep Entity Classification:  Abusive Account Detection for Online Social Networks*, Meta (Nov. 11, 2020) | PUBLIC |
| 446 | 30 | Medium, *Migrating from AWS to FB* (June 25, 2014), https://perma.cc/HBX3-TUBR | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 447 | 30 | Kakao Investor Relations, 4th Quarter and FY2015 Results (Feb. 5, 2016), MetaFTC-DX-1174 | PUBLIC |
| 448 | 30 | Sequoia Capital, Handwritten Notes, MetaFTC-DX-420 | PUBLIC |
| 449 | 30 | Rosa Jiménez Cano, *We Don't Want to Be a Social Network or a Gaming Platform*, El País (May 19, 2013), MetaFTC-DX-423 | PUBLIC |
| 450 | 30 | Federal Trade Commission, *Premerger Notification and the Merger Review Process*, https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/mergers/premerger-notification-merger-review-process | PUBLIC |
| 451 | 30 | European Commission, Case No COMP/M.7217 – Facebook/WhatsApp, Regulation (EC) No 139/2004 Merger Procedure (Oct. 3, 2014), MetaFTC-DX-1082 | PUBLIC |
| 452 | 30 | Facebook, Inc., Current Report (Form 8-K) (Oct. 6, 2014) | PUBLIC |
| 453 | 30 | Meta Platforms, Inc., Third Quarter 2022 Results Conference Call (Oct. 26, 2022) | PUBLIC |
| 454 | 30 | Discord, *Create Space for Everyone to Find Belonging*, https://perma.cc/XW3T-4H7Q | PUBLIC |
| 455 | 30 | WhatsApp Blog, *Improved Calling on WhatsApp* (Dec. 14, 2022), https://blog.whatsapp.com/improved-calling-on-whatsapp | PUBLIC |
| 456 | 30 | WhatsApp Blog, *New Features for More Privacy, More Protection, More Control* (Aug. 9, 2022), https://perma.cc/Z62R-CLZ9 | PUBLIC |
| 457 | 30 | WhatsApp Blog, *New Security Features:  Account Protect, Device Verification, Automatic Security Codes* (Apr. 13, 2023), https://perma.cc/T4PA-T5WK | PUBLIC |
| 458 | 30 | WhatsApp Blog, *Chat Lock:  Making Your Most Intimate Conversations Even More Private* (May 15, 2023), https://blog.whatsapp.com/chat-lock-making-your-most-intimate-conversations-even-more-private | PUBLIC |
| 459 | 30 | Meta Transparency Center, *Our Approach to Facebook Feed Ranking* (updated Nov. 28, 2023), https://transparency.fb.com/features/ranking-and-content/ | PUBLIC |

**DEPONENT INDEX**

| Deponent | Company |
|----------|---------|
| ███████ | ████████████████ |
| █████ | ███ |
| █████ | ███ |
| ████████ | ███ |
| ████████ | ███ |
| ██████ | ███ |
| ███████ | ███ |
| ██████ | ████████ |
| █████████ | ███ |
| ██████ | ███ |
| ████████ | ██████ |
| ███████ | ██████ |
| ████████ | ███████████ |
| ████ | ███ |
| ████████ | ██████ |
| █████████ | ██████ |
| ████████ | ████████ |
| ████████ | ██████ |
| ██████ | ██████ |
| ███████ | ███ |
| █████ | ██████ |
| ██████ | ██████████ |
| ████████ | ██████████ |
| ██████ | ███ |
| █████ | ██████ |
| ███████ | ██████ |
| ███████ | ██████ |

| Deponent | Company |
|----------|---------|
| ███████ | ████████████████ |
| ███████ | ████████████████ |
| ████████ | ██████ |
| ████████ | █ |
| ██████ | ██████ |
| ███████ | █ |
| ██████ | █ |
| ████████ | ███████ |
| ██████ | █ |
| ███████ | █ |
| █████████ | ██████ |
| █████ | █ |
| ██████████ | ███████ |
| ███████ | ██████ |
| ███████ | ██████ |
| █████████ | ██████ |
| ███████ | ███████ |
| █████ | █ |
| ███████ | █ |
| ██████ | █ |
| ███████ | ███████ |
| ████████ | ████████ |
| ██████ | █ |
| █████████ | █ |
| ███████████ | █ |
| ██████████ | ██████ |
| ██████ | █ |
| ███████ | ██████ |

| Deponent | Company |
|---|---|
| ███████ | █████████████ |
| ██████████ | █ |
| █████ | █████ |
| ████████ | █ |
| ██████ | █ |
| █████████ | ██████ |
| ████████ | █████ |
| ██████ | ███████ |
| █████████ | █ |

Dated: April 5, 2024

Respectfully submitted,

/s/ *Mark C. Hansen*

Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*