# Volume 1: Exhibits 1-7

**FILED UNDER SEAL**

# Exhibit 1

**FILED UNDER SEAL**

# Exhibit 2

**FILED UNDER SEAL**

# Exhibit 3

**FILED UNDER SEAL**

# Exhibit 4

**FILED UNDER SEAL**

# Exhibit 5

**FILED UNDER SEAL**

# Exhibit 6

**FILED UNDER SEAL**

# Exhibit 7

**FILED UNDER SEAL**