# Volume 2: Exhibits 8-16

## FILED UNDER SEAL

# Exhibit 8

**FILED UNDER SEAL**

# Exhibit 9

## FILED UNDER SEAL

# Exhibit 10

**FILED UNDER SEAL**

# Exhibit 11

**FILED UNDER SEAL**

# Exhibit 12

## FILED UNDER SEAL

# Exhibit 13

## FILED UNDER SEAL

# Exhibit 14

**FILED UNDER SEAL**

# Exhibit 15

**FILED UNDER SEAL**

# Exhibit 16

## FILED UNDER SEAL