# Volume 3: Exhibits 17-23

## FILED UNDER SEAL

# Exhibit 17

**FILED UNDER SEAL**

# Exhibit 18

**FILED UNDER SEAL**

# Exhibit 19

**FILED UNDER SEAL**

# Exhibit 20

**FILED UNDER SEAL**

# Exhibit 21

**FILED UNDER SEAL**

# Exhibit 22

**FILED UNDER SEAL**

# Exhibit 23

**FILED UNDER SEAL**