# Volume 4: Exhibits 24-38

## FILED UNDER SEAL

# Exhibit 24

## FILED UNDER SEAL

# Exhibit 25

**FILED UNDER SEAL**

# Exhibit 26

## FILED UNDER SEAL

# Exhibit 27

## FILED UNDER SEAL

# Exhibit 28

## FILED UNDER SEAL

# Exhibit 29

## FILED UNDER SEAL

# Exhibit 30

## FILED UNDER SEAL

# Exhibit 31

## FILED UNDER SEAL

# Exhibit 32

## FILED UNDER SEAL

# Exhibit 33

## FILED UNDER SEAL

# Exhibit 34

## FILED UNDER SEAL

# Exhibit 35

## FILED UNDER SEAL

# Exhibit 36

**FILED UNDER SEAL**

# Exhibit 37

**FILED UNDER SEAL**

# Exhibit 38

## FILED UNDER SEAL