# Volume 5: Exhibits 39-62

## FILED UNDER SEAL

# Exhibit 39

**FILED UNDER SEAL**

# Exhibit 40

## FILED UNDER SEAL

# Exhibit 41

**FILED UNDER SEAL**

# Exhibit 42

**FILED UNDER SEAL**

# Exhibit 43

**FILED UNDER SEAL**

# Exhibit 44

**FILED UNDER SEAL**

# Exhibit 45

## FILED UNDER SEAL

# Exhibit 46

## FILED UNDER SEAL

# Exhibit 47

## FILED UNDER SEAL

# Exhibit 48

**FILED UNDER SEAL**

# Exhibit 49

**FILED UNDER SEAL**

# Exhibit 50

## FILED UNDER SEAL

# Exhibit 51

## FILED UNDER SEAL

# Exhibit 52

## FILED UNDER SEAL

# Exhibit 53

## FILED UNDER SEAL

# Exhibit 54

**FILED UNDER SEAL**

# Exhibit 55

## FILED UNDER SEAL

# Exhibit 56

**FILED UNDER SEAL**

# Exhibit 57

**FILED UNDER SEAL**

# Exhibit 58

**FILED UNDER SEAL**

# Exhibit 59

## FILED UNDER SEAL

# Exhibit 60

## FILED UNDER SEAL

# Exhibit 61

## FILED UNDER SEAL

# Exhibit 62

**FILED UNDER SEAL**