# Volume 6: Exhibits 63-75

**FILED UNDER SEAL**

No. 1:20-CV-03590-JEB

# Exhibit 63

**FILED UNDER SEAL**

# Exhibit 64

**FILED UNDER SEAL**

# Exhibit 65

**FILED UNDER SEAL**

# Exhibit 66

**FILED UNDER SEAL**

# Exhibit 67

**FILED UNDER SEAL**

# Exhibit 68

**FILED UNDER SEAL**

# Exhibit 69

**FILED UNDER SEAL**

# Exhibit 70

**FILED UNDER SEAL**

# Exhibit 71

**FILED UNDER SEAL**

# Exhibit 72

**FILED UNDER SEAL**

# Exhibit 73

**FILED UNDER SEAL**

# Exhibit 74

**FILED UNDER SEAL**

# Exhibit 75

**FILED UNDER SEAL**