# Volume 7: Exhibits 76-94

## FILED UNDER SEAL

# Exhibit 76

**FILED UNDER SEAL**

# Exhibit 77

## FILED UNDER SEAL

# Exhibit 78

## FILED UNDER SEAL

# Exhibit 79

## FILED UNDER SEAL

# Exhibit 80

**FILED UNDER SEAL**

# Exhibit 81

## FILED UNDER SEAL

# Exhibit 82

## FILED UNDER SEAL

# Exhibit 83

## FILED UNDER SEAL

# Exhibit 84

**FILED UNDER SEAL**

# Exhibit 85

**FILED UNDER SEAL**

# Exhibit 86

## FILED UNDER SEAL

# Exhibit 87

**FILED UNDER SEAL**

# Exhibit 88

## FILED UNDER SEAL

# Exhibit 89

**FILED UNDER SEAL**

# Exhibit 90

## FILED UNDER SEAL

# Exhibit 91

**FILED UNDER SEAL**

# Exhibit 92

**FILED UNDER SEAL**

# Exhibit 93

**FILED UNDER SEAL**

# Exhibit 94

## FILED UNDER SEAL