# Volume 8: Exhibits 95-105

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 95

**FILED UNDER SEAL**

# Exhibit 96

**FILED UNDER SEAL**

# Exhibit 97

**FILED UNDER SEAL**

# Exhibit 98

**FILED UNDER SEAL**

# Exhibit 99

**FILED UNDER SEAL**

# Exhibit 100

**FILED UNDER SEAL**

# Exhibit 101

**FILED UNDER SEAL**

# Exhibit 102

**FILED UNDER SEAL**

# Exhibit 103

**FILED UNDER SEAL**

# Exhibit 104

**FILED UNDER SEAL**

# Exhibit 105

**FILED UNDER SEAL**