# Volume 9: Exhibits 106-113

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 106

**FILED UNDER SEAL**

# Exhibit 107

**FILED UNDER SEAL**

# Exhibit 108

**FILED UNDER SEAL**

# Exhibit 109

**FILED UNDER SEAL**

# Exhibit 110

**FILED UNDER SEAL**

# Exhibit 111

**FILED UNDER SEAL**

# Exhibit 112

**FILED UNDER SEAL**

# Exhibit 113

**FILED UNDER SEAL**