# Volume 10: Exhibits 114-120

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 114

**FILED UNDER SEAL**

# Exhibit 115

**FILED UNDER SEAL**

# Exhibit 116

**FILED UNDER SEAL**

# Exhibit 117

**FILED UNDER SEAL**

# Exhibit 118

**FILED UNDER SEAL**

# Exhibit 119

**FILED UNDER SEAL**

# Exhibit 120

**FILED UNDER SEAL**