# Volume 11: Exhibits 121-124

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 121

**FILED UNDER SEAL**

# Exhibit 122

**FILED UNDER SEAL**

# Exhibit 123

**FILED UNDER SEAL**

# Exhibit 124

**FILED UNDER SEAL**