# Volume 12: Exhibits 125-128

## FILED UNDER SEAL

# Exhibit 125

**FILED UNDER SEAL**

# Exhibit 126

## FILED UNDER SEAL

# Exhibit 127

## FILED UNDER SEAL

# Exhibit 128

**FILED UNDER SEAL**