# Volume 13: Exhibits 129-138

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 129

**FILED UNDER SEAL**

# Exhibit 130

**FILED UNDER SEAL**

# Exhibit 131

**FILED UNDER SEAL**

# Exhibit 132

**FILED UNDER SEAL**

# Exhibit 133

**FILED UNDER SEAL**

# Exhibit 134

**FILED UNDER SEAL**

# Exhibit 135

**FILED UNDER SEAL**

# Exhibit 136

**FILED UNDER SEAL**

# Exhibit 137

**FILED UNDER SEAL**

# Exhibit 138

**FILED UNDER SEAL**