# Volume 14: Exhibits 139-172

## FILED UNDER SEAL

# Exhibit 139

**FILED UNDER SEAL**

# Exhibit 140

## FILED UNDER SEAL

# Exhibit 141

**FILED UNDER SEAL**

# Exhibit 142

## FILED UNDER SEAL

# Exhibit 143

**FILED UNDER SEAL**

# Exhibit 144

## FILED UNDER SEAL

# Exhibit 145

## FILED UNDER SEAL

# Exhibit 146

**FILED UNDER SEAL**

# Exhibit 147

**FILED UNDER SEAL**

# Exhibit 148

**FILED UNDER SEAL**

# Exhibit 149

## FILED UNDER SEAL

# Exhibit 150

## FILED UNDER SEAL

# Exhibit 151

**FILED UNDER SEAL**

# Exhibit 152

## FILED UNDER SEAL

# Exhibit 153

## FILED UNDER SEAL

# Exhibit 154

## FILED UNDER SEAL

# Exhibit 155

## FILED UNDER SEAL

# Exhibit 156

## FILED UNDER SEAL

# Exhibit 157

**FILED UNDER SEAL**

# Exhibit 158

## FILED UNDER SEAL

# Exhibit 159

**FILED UNDER SEAL**

# Exhibit 160

## FILED UNDER SEAL

# Exhibit 161

**FILED UNDER SEAL**

# Exhibit 162

## FILED UNDER SEAL

# Exhibit 163

## FILED UNDER SEAL

# Exhibit 164

## FILED UNDER SEAL

# Exhibit 165

**FILED UNDER SEAL**

# Exhibit 166

**FILED UNDER SEAL**

# Exhibit 167

## FILED UNDER SEAL

# Exhibit 168

## FILED UNDER SEAL

# Exhibit 169

**FILED UNDER SEAL**

# Exhibit 170

**FILED UNDER SEAL**

# Exhibit 171

**FILED UNDER SEAL**

# Exhibit 172

## FILED UNDER SEAL