# Volume 15: Exhibits 173-215

## FILED UNDER SEAL

# Exhibit 173

## FILED UNDER SEAL

# Exhibit 174

**FILED UNDER SEAL**

# Exhibit 175

## FILED UNDER SEAL

# Exhibit 176

## FILED UNDER SEAL

# Exhibit 177

## FILED UNDER SEAL

# Exhibit 178

## FILED UNDER SEAL

# Exhibit 179

## FILED UNDER SEAL

# Exhibit 180

## FILED UNDER SEAL

# Exhibit 181

## FILED UNDER SEAL

# Exhibit 182

## FILED UNDER SEAL

# Exhibit 183

## FILED UNDER SEAL

# Exhibit 184

## FILED UNDER SEAL

# Exhibit 185

## FILED UNDER SEAL

# Exhibit 186

## FILED UNDER SEAL

# Exhibit 187

## FILED UNDER SEAL

# Exhibit 188

## FILED UNDER SEAL

# Exhibit 189

**FILED UNDER SEAL**

# Exhibit 190

## FILED UNDER SEAL

# Exhibit 191

## FILED UNDER SEAL

# Exhibit 192

**FILED UNDER SEAL**

# Exhibit 193

## FILED UNDER SEAL

# Exhibit 194

## FILED UNDER SEAL

# Exhibit 195

## FILED UNDER SEAL

# Exhibit 196

## FILED UNDER SEAL

# Exhibit 197

**FILED UNDER SEAL**

# Exhibit 198

## FILED UNDER SEAL

# Exhibit 199

**FILED UNDER SEAL**

# Exhibit 200

**FILED UNDER SEAL**

# Exhibit 201

## FILED UNDER SEAL

# Exhibit 202

## FILED UNDER SEAL

# Exhibit 203

## FILED UNDER SEAL

# Exhibit 204

## FILED UNDER SEAL

# Exhibit 205

## FILED UNDER SEAL

# Exhibit 206

## FILED UNDER SEAL

# Exhibit 207

**FILED UNDER SEAL**

# Exhibit 208

**FILED UNDER SEAL**

# Exhibit 209

**FILED UNDER SEAL**

# Exhibit 210

**FILED UNDER SEAL**

# Exhibit 211

**FILED UNDER SEAL**

# Exhibit 212

## FILED UNDER SEAL

# Exhibit 213

## FILED UNDER SEAL

# Exhibit 214

## FILED UNDER SEAL

# Exhibit 215

**FILED UNDER SEAL**