# Volume 16: Exhibits 216-222

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 216

**FILED UNDER SEAL**

# Exhibit 217

**FILED UNDER SEAL**

# Exhibit 218

**FILED UNDER SEAL**

# Exhibit 219

**FILED UNDER SEAL**

# Exhibit 220

**FILED UNDER SEAL**

# Exhibit 221

**FILED UNDER SEAL**

# Exhibit 222

**FILED UNDER SEAL**