# Volume 17: Exhibits 223-244

## FILED UNDER SEAL

# Exhibit 223

## FILED UNDER SEAL

# Exhibit 224

## FILED UNDER SEAL

# Exhibit 225

**FILED UNDER SEAL**

# Exhibit 226

## FILED UNDER SEAL

# Exhibit 227

## FILED UNDER SEAL

# Exhibit 228

## FILED UNDER SEAL

# Exhibit 229

## FILED UNDER SEAL

# Exhibit 230

## FILED UNDER SEAL

# Exhibit 231

## FILED UNDER SEAL

# Exhibit 232

## FILED UNDER SEAL

# Exhibit 233

## FILED UNDER SEAL

# Exhibit 234

## FILED UNDER SEAL

# Exhibit 235

## FILED UNDER SEAL

# Exhibit 236

## FILED UNDER SEAL

# Exhibit 237

**FILED UNDER SEAL**

# Exhibit 238

## FILED UNDER SEAL

# Exhibit 239

## FILED UNDER SEAL

# Exhibit 240

## FILED UNDER SEAL

# Exhibit 241

**FILED UNDER SEAL**

# Exhibit 242

## FILED UNDER SEAL

# Exhibit 243

## FILED UNDER SEAL

# Exhibit 244

## FILED UNDER SEAL