# Volume 18: Exhibits 245-253

## FILED UNDER SEAL

# Exhibit 245

**FILED UNDER SEAL**

# Exhibit 246

## FILED UNDER SEAL

# Exhibit 247

## FILED UNDER SEAL

# Exhibit 248

## FILED UNDER SEAL

# Exhibit 249

**FILED UNDER SEAL**

# Exhibit 250

## FILED UNDER SEAL

# Exhibit 251

## FILED UNDER SEAL

# Exhibit 252

## FILED UNDER SEAL

# Exhibit 253

## FILED UNDER SEAL