# Volume 19: Exhibits 254-263

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 254

**FILED UNDER SEAL**

# Exhibit 255

## FILED UNDER SEAL

# Exhibit 256

**FILED UNDER SEAL**

# Exhibit 257

## FILED UNDER SEAL

# Exhibit 258

**FILED UNDER SEAL**

# Exhibit 259

## FILED UNDER SEAL

# Exhibit 260

**FILED UNDER SEAL**

# Exhibit 261

**FILED UNDER SEAL**

# Exhibit 262

## FILED UNDER SEAL

# Exhibit 263

## FILED UNDER SEAL