# Volume 20: Exhibits 264-272

## FILED UNDER SEAL

# Exhibit 264

## FILED UNDER SEAL

# Exhibit 265

## FILED UNDER SEAL

# Exhibit 266

## FILED UNDER SEAL

# Exhibit 267

## FILED UNDER SEAL

# Exhibit 268

## FILED UNDER SEAL

# Exhibit 269

## FILED UNDER SEAL

# Exhibit 270

## FILED UNDER SEAL

# Exhibit 271

## FILED UNDER SEAL

# Exhibit 272

## FILED UNDER SEAL