# Volume 21: Exhibits 273-278

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 273

## FILED UNDER SEAL

# Exhibit 274

## FILED UNDER SEAL

# Exhibit 275

## FILED UNDER SEAL

# Exhibit 276

## FILED UNDER SEAL

# Exhibit 277

**FILED UNDER SEAL**

# Exhibit 278

## FILED UNDER SEAL