# Volume 22: Exhibits 279-301

## FILED UNDER SEAL

# Exhibit 279

## FILED UNDER SEAL

# Exhibit 280

## FILED UNDER SEAL

# Exhibit 281

## FILED UNDER SEAL

# Exhibit 282

## FILED UNDER SEAL

# Exhibit 283

## FILED UNDER SEAL

# Exhibit 284

**FILED UNDER SEAL**

# Exhibit 285

## FILED UNDER SEAL

# Exhibit 286

## FILED UNDER SEAL

# Exhibit 287

## FILED UNDER SEAL

# Exhibit 288

## FILED UNDER SEAL

# Exhibit 289

## FILED UNDER SEAL

# Exhibit 290

## FILED UNDER SEAL

# Exhibit 291

## FILED UNDER SEAL

# Exhibit 292

## FILED UNDER SEAL

# Exhibit 293

## FILED UNDER SEAL

# Exhibit 294

## FILED UNDER SEAL

# Exhibit 295

## FILED UNDER SEAL

# Exhibit 296

**FILED UNDER SEAL**

# Exhibit 297

## FILED UNDER SEAL

# Exhibit 298

## FILED UNDER SEAL

# Exhibit 299

## FILED UNDER SEAL

# Exhibit 300

## FILED UNDER SEAL

# Exhibit 301

## FILED UNDER SEAL