# Volume 23: Exhibits 302-323

## SEALED IN PART

# Exhibit 302

## FILED UNDER SEAL

# Exhibit 303

## FILED UNDER SEAL

# Exhibit 304

## FILED UNDER SEAL

# Exhibit 305

## FILED UNDER SEAL

# Exhibit 306

**FILED UNDER SEAL**

# Exhibit 307

## FILED UNDER SEAL

# Exhibit 308

## FILED UNDER SEAL

# Exhibit 309

**FILED UNDER SEAL**

# Exhibit 310

## FILED UNDER SEAL

# Exhibit 311

**FILED UNDER SEAL**

# Exhibit 312

## FILED UNDER SEAL

# Exhibit 313

## FILED UNDER SEAL

# Exhibit 314

**FILED UNDER SEAL**

# Exhibit 315

## FILED UNDER SEAL

# Exhibit 316

**FILED UNDER SEAL**

# Exhibit 317

**FILED UNDER SEAL**

# Exhibit 318

**FILED UNDER SEAL**

# Exhibit 319

## FILED UNDER SEAL

# Exhibit 320

**FILED UNDER SEAL**

# Exhibit 321

## FILED UNDER SEAL

# Exhibit 322

## FILED UNDER SEAL

# Exhibit 323

**SEALED IN PART**

Message
_____

| | |
|---|---|
| **From:** | Amy Cole [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AMYCOLE4B6] |
| **Sent:** | 3/18/2012 5:14:08 AM |
| **To:** | Suzie Ryu [▮▮▮@artistswanted.org] |
| **Subject:** | Re: Artists Wanted |
| **Attachments:** | TIPS + EXAMPLES.pdf; Untitled attachment 77770.htm |

Hi Suzie,

You can use our API to pul in photos and create visual displays.  Here are a couple of links to more information (one with examples, and one that's more technical):

Getting Started with the API
API Developer Resources

I've also attached a few tips for getting started on Instagram and some examples of how brands have used the API.  You can also find more examples here:
Instagram for Businesses

Let me know if you have any questions!  Happy to help talk through ideas or provide technical support.  Also, keep me posted on the plans and we can try to find a good way to include the information in the blog.

Thanks!
Amy

**Exhibit**

**PX10556**

## ACCOUNTS 

PRIMARY WAYS TO USE YOUR INSTAGRAM ACCOUNT:

• Instagram Account - Brands and organizations use their Instagram account as a way to connect with their fans. They typically post pictures that allow fans to see behind the scenes, get updates on exciting new things the organization is working on, show what the brand is doing… anything that helps fans understand who you are and what you're about. Curating your Instagram account is the most effective way to use Instagram - it puts the focus on the brand (rather than a specific campaign) and allows you to manage how followers view your brand.
• Content Sourcing - Brands ask fans to contribute pictures (usually via a #hashtag or location tag) and use the photos for various events, promotional material, websites, displays, etc.
• Contests - Similar to content sourcing, but brands will ask for photos and offer prizes (ie. tickets to Fashion Week, photos featured on site/publication, etc.) for the best submissions.

TIPS FOR MANAGING YOUR INSTAGRAM ACCOUNT:

• Keep your brand messaging consistent across all social media channels
• SHOW your brand personality - Instagram provides a unique opportunity to show your brand story rather than telling it. Because pictures are visual, they're more emotional than words. Followers make connections to a brand.
• Follow other accounts to get a feel for how often to post, what types of photos are visually compelling, etc. (examples below)
• Post often enough to keep followers engaged, but not so often that they get sick of seeing you in their feed. Be thoughtful about what you post.
• Generate compelling content. You want followers to look forward to seeing pictures from your account. You can utilize content that you already have - show sneak peaks/behind the scenes shots to pre-empt blog posts or articles, post pictures used on the blog/website, in catalogs, etc.
• Link your Instagram account to your Twitter, Facebook, Foursquare, etc. accounts and post to multiple platforms when appropriate
• When possible, use the same username/handle across all social media channels. Instagram allows for @mentions and comments, and it
• Engage with your followers. The best way to find them is often by clicking on your brand's hashtags or geotags and viewing the photos posted.
• You can delete photos you've posted, comments you've made, or comments on any of your photos as needed. Instructions for doing so can be found here.

USEFUL LINKS:

Getting Started with Instagram
Instagram for Businesses
Getting Started with the API
API Developer Information
API Developers Forum

THIRD PARTY WEB-BASED VIEWERS:

GramFeed
Webstagram
Statigram
Ink361

API                                                                              

## RECENT CAMPAIGN EXAMPLES:

GE Instagrapher Campaign
  General Electric (@generalelectric) - Ran a great photo campaign about the "ways GE works".  You can
  view details here and see their photo gallery here.  Also posting photos to their account to give a behind the
  scenes look into GE  http://web.stagram.com/n/generalelectric

Nike #makeitcount Campaign
  Nike launched their Instagram and Twitter accounts at the end of December.  They're running the #makeitcount
  campaign across Instagram and Twitter (and allowing users to submit via their website)
  http://instagr.am/p/dBrJr/
  http://www.nike.com/en_us/makeitcount
  https://twitter.com/#!/Nike/status/152807634418941954

PUMA Volvo Ocean Race Coverage
  Puma sent 7-9 bloggers and 2 dedicated Instagram photographers to Abu Dhabi to cover the Volvo Ocean
  Race and their race team, Mar Mostro.  Bloggers are given free reign to document the event in their own way,
  and will be posting the photos/media to their own blog/account (with various tags... #marmostro, #abudhabi,
  #sailing)
  Mashable article
  Mar Mostro's Instagram feed

Tiffany & Co. What Makes Love True Campaign
  Instagram integration is part of a larger campaign.  They've created an iphone app that has a few custom filters,
  a gallery of photos, etc.  They're also displaying the photos on a microsite.


## RECENT EVENT EXAMPLES:

Sundance Film Festival - Maintaining their own account as well as posting blog posts each day featuring
Instagram photos from the event
The GRAMMYs - Using Instagram to run contests for GRAMMYs prize packs, making performance
announcements, etc.
Way Out West Festival - Using Instagram to make artist announcements leading up to the festival and will be
doing live displays during the event
Fashion's Night Out - Created a microsite to showcase photos during the event


## WEBSITE/LIVE DISPLAY EXAMPLES:

- Washington Post is using hashtags to call for photos from the election campaigns (#2012unfiltered) and the
  general state of the economy (#econdebate)
- WSJ put up a live blog during Hurricane Irene.  The blog featured a twitter feed as well as an Instagram feed of
  photos and an interactive map of where the photos were being posted
- The Vaccines (@thevaccines) - Created a music video for their song "Wetsuit" almost entirely from
  Instagram photos.  They asked fans to post their own festival photos on Instagram with the tag
  #vaccinesvideo.  The Vaccines received over 2,500 photos.  Here are links to the submission website and
  the actual video.
- Moby - Asked fans to tag photos of their city at 2am with the tag #destroyed (in correlation with the Destroyed
  album).  They displayed the photos on an interactive map showing the location/photo.
- Bergdorf Goodman created an interactive map showing "shoes about town".  They asked users to geotag
  photos of shoes around Manhattan and showed thumbnails of the shoes on the map.
- Marc Jacobs (@marcjacobsintl) - asked followers to tag holiday photos with #marcfam, displaying them here.

## ACCOUNT EXAMPLES                                    *Instagram*

### MUSIC-RELATED ACCOUNTS ON INSTAGRAM:

Young the Giant (youngthegiant)          The Fader (thefacer)
Jason Mraz (jason_mraz)                  Gym Class Heroes (gymclassheroes)
Bon Iver (boniver)                       Red Foo (redfoo)
Chromeo (chromeo)                        Matt and Kim (mattandkim)
Linkin Park (linkinpark)                 Grouplove (grouplove)
Wallpaper (wallpaper)                    Roc Nation (rocnation)
MTV (mtv)                                Jay Electronica (jayelectronica)
Billboard (billboard)                    Pandora (pandora)
VH1 (vh1)                                The Shins (theshins)
Def Tones Band (deftonesband)            Justin Bieber (justinbieber)
Foo Fighters (foofighters)               Selena Gomez (selenagomez)
The National (ntnl)                      Taylor Swift (taylorswift)
Snoop Dogg (snoopdogg)                   Atlantic Records (atlanticrecords)
The Vaccines (thevaccines)

### MEDIA/ENTERTAINMENT ACCOUNTS ON INSTAGRAM:

Washington Post (washingtonpost)         Rolling Stone (rolling stone)
NBC News (nbcnews)                       The New Yorker (newyorkermag)
ABC World News (abcworldnews)            US Weekly (us weekly)
USA Today (usatoday)                     Mens Journal (mensjournal)
CNN iReport (cnnireport)                 National Geographic (natgeo)
NPR (npr)                                Bravo TV (bravotv)
Meet the Press (meetthepress)            Playboy (playboy)
Good Morning America (goodmorningameria) Random House (atrandom)
The Daily (thedailyphotos)               Say Media (saymedia)
Paramount Pictures (paramountpics)       The FADER (thefader)
Nylon Magazine (nylonmag)                Teen Vogue (teenvogue)
Vanity Fair Agenda (vfagenda)            Wired (wired)
GeekSugar (geeksugar)                    Mashable (mashable)
Time Magazine (time magazine)            Foursquare (foursquare)
Huffington Post (huffingtonpost)

### FASHION ACCOUNTS ON INSTAGRAM:

Tiffany & Co (tiffanyandco)              Saks 5th Avenue (s5a)
Burberry (burberry)                      Louis Vuitton (louis_vuitton)
Kate Spade (katespadeny)                 Dolce & Gabana (dolcegabanaofficial)
Michael Kors (michaelkors)               Theory (theory_)
Gucci (gucci)                            American Eagle (americaneagle)
Oscar de la Renta (oscarprgirl)          Levi's (levis)
Banana Republic (bananarepublic)         Victorias Secret (victoriassecret)
Bergdorf Goodman (bergdorfs)             netaporter (netaporter)
Club Monaco (clubmonaco)                 Nylon Magazine (nylonmag)
Marc Jacobs (marcjacobsintl)             NY Times Fashion (nytimesfashion)
Hayden-Harnett (haydenharnett)           Vanity Fair (vfagenda)
Anthropologie (anthropologiecom)         The New Yorker (newyorkermag)
Gap (gap)                                Refinery 29 (refinery29)
Donna Karan NY (donakarandkny)           The Zoe Report (thezoereport)
Bloomingdales (bloomingdales)            New York Times Fashion (nytimesfashion)

CONFIDENTIAL

*Instagram*

**SPORTS-RELATED ACCOUNTS ON INSTAGRAM:**

PUMA (puma)
Mar Mostro (marmostro)
Nike (nike)
Converse(converse)
Converse Brasil (converse_br)
Adidas (adidasoriginals)
The North Face (thenorthface)
Lululemon (lululemon_athletica)
ESPN Front Row (espnfrontrow)
Sunday Night Football (snfonnbc)
Sports Illustrated
NHL (nhl)
Winnipeg Jets (nhljets)
Tampa Bay Lightning (tblightning)

UFC (ufc)
NBA (nba)
Boston Celtics (Celtics)
LA Lakers (lakers)
Oklahoma City Thunder (okcthunder)
Dallas Mavericks (dallasmavs)
Milwaukee Bucks (miluakeebucks)
Chicago Bulls (chicagobulls)
New England Patriots (patriots)
Pittsburg Steelers (pittsburgsteelers)
Philadelphia Eagles (philadelphiaeagles)
Kansas City Chiefs (kcchiefs)
San Francisco 49ers (49ers)

**TRAVEL/HOSPITALITY ACCOUNTS ON INSTAGRAM:**

GAP Adventures (gadventures)
Australia (seeaustralia)
Gilt City (giltcity)
Southwest Air (southwestair)
Bmibaby (bmibaby)
Travel Channel (travelchannel)

Virgin America (virginamerica)
Hilton (hiltonhotels)
El Dorado Resorts (eldoradoresorts)
Azul Hotels (azulhotels)
Jetsetter (Jetsetterdotcom)

**OTHER ACCOUNTS ON INSTAGRAM:**

Barack Obama (barackobama)
Starbucks (starbucks)
Red Bull (redbull)
Ben and Jerry's (benandjerrys)
Jamie Oliver (jamieoliver)
Chobani (chobani)
Diet Coke (dietcoke)
Charity: water (charitywater)
Foursquare (foursquare)
Intel      (Intel)
NASA Goddard (nasagoddard)
Yelp (yelp)
YouTube (youtube)
AOL (aol)
Wired (wired)
Grooveshark (grooveshark)

Pandora (pandoraradio)
IDEO (ideo)
GE (generalelectric)
American Express (americanexpress)
Mission Bicycle (missionbicycle)
Gilt Groupe (giltgroupe)
Daily Candy (dailycandynyc)
Lamborghini (Lamborghini)
Audi (audi)
Audi Brasil (audibr)
Ford Europe (fordeu)
Old Spice (oldspice)
Brisk (brisk)
Pepsi Max (pepsimax)

CONFIDENTIAL

On Mar 9, 2012, at 10:21 AM, Suzie Ryu wrote:

Thanks Amy, where would I find information about using the Instagram photo submission/display?

If possible, it would be fantastic to share the opportunity through an Instagram blog post, just let me know if/when you need any info from me.

Best,
Suzie

On Wed, Mar 7, 2012 at 11:19 PM, Amy Cole <███@instagram.com> wrote:
Hi Suzie,

Thanks for the additional information.  I'll give you a little bit of background on our policies around partnerships and we can try to figure out what makes sense.

We're still a very small company (only 11 people), so we don't have the capacity to take on partnerships at this time.  Because of this, we don't promote specific brands/events/contests on our platform.

That being said, we love having brands and organizations using the platform and we're happy to help however we can.  We can provide technical support if you have any questions with using the API and I'm happy to talk through any best practices or examples I've seen from previous campaigns and competitions.  We also use our blog to tell interesting user stories and keep them updated about community-related events, so we may be able to work something in to a larger blog post.  It sounds like a great event that we'd love to tell our users about, but I can't make any guarantees at this time.

Hope that makes sense.  Let me know if you want to talk through any of our policies around partnerships or about ideas for how to use Instagram for photo submission/display (if you do choose to integrate Instagram).

Thanks,
Amy


On Mar 5, 2012, at 7:06 AM, Suzie Ryu wrote:

Hi Amy

Thanks for getting back to me, glad to hear you're interested.

I'd love to offer the Instagram community the opportunity to participate in Art Takes Times Square, how does a cross promo exchange sound to you?

We would be able to provide:

- Promo in our newsletter to 192K subscribers
- 2 social media posts (Twitter/FB, respectively)
- Logo inclusion in press and promo materials (5MM expected impressions)
- Logo inclusion on all contest submissions (3MM expected impressions)

We can adjust according to what you're comfortable with, let me know what would work on your end!

Best,
Suzie


On Sun, Mar 4, 2012 at 5:00 PM, Instagram Support <support@instagram.com> wrote:

Please type your reply at the top of the email...

**The Instagram Team**
MAR 06, 2012 | 02:00PM PST

Hi Suzie,

Thanks for reaching out to us! I handle business operations and work with many of the brands and organizations on Instagram.

The competition sounds great and I'd love to see us involved in some way. We aren't entering into formal partnerships or extending sponsorships at this time, but if you'd like to talk through other ways for Instagram to be involved with either the photo

submissions or the visualization, please let me know! You can follow up with me directly at ██ @instagram.com.

Thanks,
Amy

The Instagram Team

---

Original message
Feb 27, 2012 | 01:57PM PST

Hi there

My name is Suzie Ryu and I'm the Marketing Director at ArtistsWanted.org. I'm reaching out to offer you an exciting media partnership opportunity!

We've been given a number of billboards in Times Square, including two of the most iconic signs (NASDAQ and Reuters) to produce a massive display of art starting this summer on June 18th. The art will be sourced through an international art competition; participation will be completely free.

Attached are some details about the event, including images of the signs themselves. You'll also notice that we'll be hosting a launch party on the opening night with Questlove and Okayplayer.

I'd love to get Instagram involved in some way. Let me know what you think.

Best,
Suzie Ryu

Director of Marketing
ArtistsWanted.org
██ @artistswanted.org

http://www.twitter.com/ArtistsWanted
http://www.facebook.com/ArtistsWanted
http://www.vimeo.com/ArtistsWanted

---

For your reference this is Case #: 82593

Support powered by Assistly

--
Suzie Ryu

Director of Marketing
ArtistsWanted.org
██ @artistswanted.org

http://www.twitter.com/ArtistsWanted
http://www.facebook.com/ArtistsWanted
http://www.vimeo.com/ArtistsWanted

--
Suzie Ryu

Director of Marketing
ArtistsWanted.org
██ @artistswanted.org

http://www.twitter.com/ArtistsWanted
http://www.facebook.com/ArtistsWanted
http://www.vimeo.com/ArtistsWanted

FTC-META-000018848

PX10556-007