UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion for Summary Judgment dated April 5, 2024, together with the papers and arguments submitted in support of and in opposition to that Motion, it is hereby:

**ORDERED** that Defendant's Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that judgment is ENTERED in favor of Defendant.

**IT IS SO ORDERED**.

DATED: _____                    _____
                                         Honorable James E. Boasberg
                                         United States District Court Chief Judge