IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**PLAINTIFF FEDERAL TRADE COMMISSION'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Federal Trade Commission ("FTC") respectfully moves for partial summary judgment in its favor as to the issues raised in Meta's Fourth and Fifth Affirmative defenses, and to order that Meta may not rely on the justifications set forth in those Affirmative Defenses—as detailed in Meta's Interrogatory Responses, PX10092 at -014-26—or present evidence about them at trial. The accompanying Memorandum, Rule 7(h) Counterstatement of Material Facts, and related exhibits set forth the grounds for this motion. A proposed order is attached.

The FTC requests an oral hearing on this Motion.

Dated: May 24, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Daniel Matheson
　　　　　　　　　　　　　　　　　　　Daniel J. Matheson (D.C. Bar 502490)
　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　Bureau of Competition
　　　　　　　　　　　　　　　　　　　400 7th Street, SW
　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　Telephone: (202) 326-2017
　　　　　　　　　　　　　　　　　　　Email: dmatheson@ftc.gov
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Federal Trade Commission*