Case 1:20-cv-03590-JEB   Document 327-1   Filed 05/24/24   Page 1 of 1

# Plaintiff Federal Trade Commission's Memorandum of Law in Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment

# Filed Under Seal