# Plaintiff Federal Trade Commission's Rule 7(H) Statement of Genuine Issues

## Filed Under Seal