# Federal Trade Commission's Counterstatement of Material Facts in Support of Federal Trade Commission's Motion for Partial Summary Judgment and in Opposition to Meta Platforms, Inc.'s Motion for Summary Judgment

# Filed Under Seal