IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER DENYING META PLATFORMS, INC.'S MOTION FOR SUMMARY JUDGMENT AND GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion for Summary Judgment dated April 5, 2024, and Plaintiff Federal Trade Commission's Motion for Partial Summary Judgment dated May 24, 2024, and together with the papers and arguments submitted in support of and in opposition to those motions, it is hereby **ORDERED** that:

Defendant's Motion for Summary Judgment is DENIED;

Plaintiff's Motion for Partial Summary Judgment is GRANTED;

Defendant's Fourth and Fifth Affirmative Defenses are STRICKEN; and

Defendant shall not be permitted to rely on the justifications set forth in those Affirmative Defenses—as detailed in Meta's Interrogatory Responses, PX10092 at -014-26—or present evidence about them at trial.

**IT IS SO ORDERED.**

DATED: _____, 2024                    _____
                                                JAMES E. BOASBERG
                                                Chief Judge