# PX0590

# review articles



DOI:10.1145/3462671

**The recent progress and ongoing problems of keeping online platforms and their users safe from malicious activities.**

BY ALON HALEVY, CRISTIAN CANTON-FERRER, HAO MA, UMUT OZERTEM, PATRICK PANTEL, MARZIEH SAEIDI, FABRIZIO SILVESTRI, AND VES STOYANOV

# Preserving Integrity in Online Social Networks



THE GOAL OF online social networks is to help create connections between people (online and offline), to connect people to communities of interest, and to provide a forum for advancing culture. Social networks advance these causes by providing a platform for free expression by anyone, whether they are well-known figures or your next-door neighbor. Unfortunately, open platforms for free expression can be used for malicious purposes. People and organizations can distribute misinformation and hate speech and can use the platform to commit crimes such as selling illegal drugs, coordinating sex trafficking, or child exploitation.

All these violations existed much before the advent of social networks, but social networks exacerbate the scale and sophistication with which these activities can be carried out.

Naturally, fighting these violations, which we collectively refer to as the problem of preserving integrity in online networks (or simply, integrity), has become a huge priority for the companies running them and for society at large. The challenges in preserving integrity fall into two general

» **key insights**

- Designing policies for allowable content on social networks requires a balance between free expression and protecting users from harm.

- Detecting violating content with AI is an ongoing challenge because of the cultural, linguistic, subjective, and context subtleties.

- Effective techniques for enforcing integrity require advances in multimodal content analysis.

PX0590-001



IMAGE BY ANDRIJ BORYS ASSOCIATES, USING SHUTTERSTOCK

categories: policy and technical. Setting policies for what content and behavior are allowed on social networks is an area fraught with debate because it involves striking a balance between free expression and removing offending content. In addition, the policies must be sensitive to a variety of cultures and political climates all over the world. While we touch on the policy backdrop, this survey focuses on the technical challenges that arise in enforcing the policies. The technical challenges arise because deciding whether a post is violating can be extremely subtle and depends on deep understanding of the cultural context. To make things worse, content is created at unprecedented scale, in over 100 languages, and in very differing norms of social expression. In addition, preserving integrity is a problem with an adversarial nature—as the actors learn the techniques used to remove violating content, they find ways to bypass the safeguards.

The academic community has been actively researching integrity problems for the past few years and several surveys have been written about specific aspects of the general problem of integrity (for example, Pierri et al.[28] and Sharma et al.[33]). This survey comes from the perspective of having to combat a broad spectrum of integrity violations at Facebook/Meta.[a] The problems that Meta has had to tackle have also been experienced on other social networks to varying degrees.[b] The breadth of the services that Meta offers, the variety of the content it supports and the sheer size of its user base have likely attracted a widest set of integrity violations, and in many cases, the fiercest. This survey (and its associated longer version[11]) identifies a few sets of techniques that together form a general framework for addressing a broad spectrum of integrity violations and highlight the most useful techniques in each category.

a  We refer to both Facebook and Meta in this article. Facebook refers to the application that is offered by the company, Meta.

b  While this survey is based on our experience at Meta, it is not meant to be a description of how Facebook tackles integrity or Meta's stance on integrity issues. When we use examples of policies or systems used at Meta, we call them out explicitly.

**Problem Definition**

This article considers mainly integrity violations that occur on social media posts, whether posted by individuals, groups, or paid advertisements. Messaging services that are offered by social networks have also been used as a vehicle for violating content policies, such as grooming children for future exploitation. As messaging services move toward end-to-end encryption, social networks need to find the right balance between privacy offered by the encryption and safety that can be further violated when messages are private. We touch on this issue briefly later.

**Policies.** The problem of preserv-

PX0590-002

review articles



**Figure 1. Enforcing integrity at Facebook.**

ing integrity on social networks is defined by the community policies published by these networks that describe what is allowed on their platforms. While the final formulation of the policies is determined by the companies themselves, they are based on significant input from the community (for example, the European Commission) and local laws. The challenge in setting these policies is to balance free expression with the desire to keep the platform safe. For example, posting a bloody body is likely not allowed. However, if the context is a birth scene, then it could be allowed, if it's not showing private body parts. As another example, it is illegal to sell firearms or illegal drugs on Facebook, but users are allowed to debate the laws governing sales of these items. These subtleties make it even more difficult for an algorithm to decide whether a post is violating or not. It is also important to note these policies are not static. The policies and enforcement guidelines are updated as online discourse changes and new nefarious uses of social networks arise. For example, when a new type of misinformation surfaced that may result in physical harm (for example, bogus treatments against COVID-19), reviewer guidance was updated to be clear, a policy to remove content leading to imminent physical harm applied to this content.

*Enforcing integrity.* Figure 1 illustrates the flow of integrity enforcement at Facebook, which is similar in spirit to other social networks. Potential violations of integrity are detected in two main ways: reports from users who see the violating content and AI systems that inspect the content as it is uploaded. Content that the AI system deems violating with very high confidence may be immediately removed. When content is flagged, it may get demoted by the network to limit its virality while it is being verified. Demotion is done by downranking the content on users' stream so fewer people see it.

Potential violations are checked in two avenues depending on whether they are community standard violations or misinformation. In the former case, the content is sent to a large pool of paid content reviewers who are trained in the details of the violations prohibited by social network. Violating content will be removed if multiple reviewers agree that it is violating. In some cases, the reviewers are guided through a specific list of questions about the post that helps them make a justified recommendation.

Misinformation is treated differently because the social media companies do not feel they should decide what is true and false in the world.[c] Suspected misinformation violations are sent to third-party content reviewers. For example, in Meta's case,

these reviewers are certified by an independent body—the International Fact-Checking Network. They review and rate content via primary and secondary research to find evidence that corroborates or does not corroborate a statement of fact. Because of the deeper nature of the research involved and because the number of third-party fact-checkers is much fewer, the throughput of the review pipeline is significantly smaller. In practice, many misinformation posts are small variations of previously debunked posts, and therefore significant effort has been devoted to finding semantically similar posts and to mapping new posts to previously debunked claims. When the machine learning model detects false content identical to content already rated by fact-checkers, it will apply fact-checks directly to the duplicate.

In addition to removing content, social networks can also reduce the distribution of content. In particular, the network can downrank content in users' news feeds or make it harder to re-share certain content, thereby reducing its distribution. Another method for protecting users is to make certain searches harder to conduct. For example, inappropriate interactions with children and selling of illegal goods often begin with bad actors searching for vulnerable individuals or users searching for products for sale.

**Measurement.** To assess the efficacy of the techniques for identifying violating content, we need a set of metrics we can track. Unlike many other machine learning applications, the adversarial nature of integrity and the fact that some violations happen with extremely low frequency, makes it tricky to design meaningful metrics. Meta publishes reports on its enforcement of integrity every three months based on several metrics.[8]

Prevalence is one of the key metrics of interest and is measured as a percentage of all content on the network. It refers to the amount of content on the social network and was not caught by the enforcement mechanisms. Prevalence, like recall of Web documents, can be tricky to measure, so it is typically done with respect to some sample. The simplest way to calculate prevalence is to count the

---

c Some misinformation, for example misinformation that contributes to the risk of imminent violence or physical harm, are covered by our Community Standards, and are not handled by this workflow.

PX0590-003

number of distinct posts on the network. However, since some posts are viewed more than others, it is more meaningful to measure the prevalence of bad experiences, which is the number of times violating posts have been seen by users. Experience prevalence can also be refined to take into consideration the severity of the violation. For example, a completely nude photo of a person would be considered a more severe violation than a photo that has only a partial view of a naked body. Of course, considering severity requires there is a method to attach a severity measure to each post for each type of violation. In addition to the different forms of prevalence, other metrics that are tracked include: proactive rate, the percentage of violations that was detected by AI systems before users reported them; auto-deletion, the percent of posts that were deleted without human review; and appeals rate, that percent of posts that were deemed violating and the decision was appealed (and the appeal outcome).

### Methods for Enforcing Integrity

We now describe methods for enforcing integrity. Rather than considering each violation type in turn, we identify the key aspects of the social-media ecosystem, each of which is common to a wide variety violation types. We focus particularly on analyzing the content of a post and on the interactions between users that ensued. Each of these topics represents an area for research and development, and the innovations that are found can be applied widely.

**Text understanding.** Semantic understanding of the text plays a key role in classifying whether a post is violating or not. Recent advances in self-supervised training[6,27,39] have shown great promise in addressing the thorny issues we encounter in social media posts, such as frequent misspellings, orthographic variations and colloquial expressions and the fact that the context of the words is important.

BERT[6] has become the standard architecture for accurate text understanding. Its recent refinements, such as RoBERTa,[19] ALBERT,[16] and T5,[30] have improved the training recipes and scaled to more data and parameters, thereby pushing the state of the art further. These approaches are especially helpful for difficult tasks like identifying hate speech because of the nuanced understanding of language that is required.

The multilingual challenge has been addressed as the problem of Cross-Lingual Understanding. In this setting, a model is trained to perform a task using data in one or more languages and is then asked to perform the task on data in other languages that are either not present or are underrepresented in the training data.

Self-supervised methods have been successful at tackling the multilingual challenge starting with multilingual BERT (mBERT).[6] mBert uses a single shared encoder to train a large amount of multilingual data. Further refinements, such as XLM[15] and XLM-R,[5] have closed the gap between in-language performance and performance on languages unseen during training data. XLM-R, in particular, has demonstrated that a multilingual model trained for 100 languages loses only a little in terms of accuracy (1.5% on average) when compared to a model specialized for a particular language on a variety of tasks. When applied to detecting integrity violations, these pretrained models are fine-tuned with training examples of individual violation types. Cross-lingual models such as XLM have been successfully used for problems like hate speech classification across languages.[1] In particular, some patterns that are used in hate speech posts do transfer across languages.

*Nuances in text.* A recent body of work considers whether how the content is conveyed can provide an important signal about the intent of the author.[31] For example, if the language used in a post involves emotions with high arousal (for example, anger), then that might indicate a more pronounced intention to hurt or mislead the reader. Other types of style analysis have also been used to detect fake news.[12,21]

**Computer vision.** Advances in computer vision have pushed the state of the art in supervised learning to a point where it is feasible to do image and video understanding with a high degree of accuracy. Figure 2 illustrates an example where current computer vision systems can distinguish between benign content (fried broccoli) and violating content (marijuana), where it would be arguably tricky for humans to do the same.

Analyzing video is a more challenging task since it requires understanding the semantics not only spatially, but also temporally and to consider audio when available. Often, videos are analyzed as 3D volumes (image+time) yielding compelling results.[35] However, the computational cost of analyzing 3D volumes has proven to be prohibitive and therefore researchers have developed techniques that factorize them into separate 2D convolutions (for images) and 1D convolutions (for time), while still achieving state-of-the-art accuracy.[35]

*Manipulated media.* Images, audio, and video shared across social media



Figure 2. Visual similarity between benign and violating content. One of the images is of marijuana and the other is of fried broccoli. The reader is encouraged to try to decide for themselves which of the images is the violating one. The correct answer can be found in the section "Emerging Topics and Challenges."

**Computer vision: broccoli vs. marijuana (sometimes better than humans!)**

PX0590-004

review articles

are rarely posted without some level of editing. With the recent progress in computer vision and speech processing and the advent of generative adversarial networks, manipulated media has leaped a significant step forward. These advances have unleashed potential for harmful applications, known as DeepFakes, such as face puppeteering,[23,40] speech manipulation,[29] face transfer,[34] and full body manipulation.[4] Many of these manipulations can be used to impersonate others, spread false information, or just introduce bias in the observer.

Accordingly, research on detecting media manipulation has become a prominent topic.[7,36] To date, two main techniques have emerged in this field. The first is based on learning the traces that media modification methods leave in the resulting footage[10,18] of the media. Different generation methods introduce subtle artifacts in the media derived from interpolation, inaccuracies of the generation process or the post-processing, usually hardly perceivable to the naked eye. Although these methods improve every year, such subtle artifacts are still one of main ways to attack detection of deepfakes. The second set of methods is based on analyzing physiological cues associated with human faces. Here, manipulated or full synthetic images lack some subtle cues like blood flow[25] or eye blinking,[17] which can be detected by computer vision methods.

**Multimodal reasoning.** Detecting many types of integrity viola- tions, such as misinformation or hate speech, is often subtle because it is the combination of modalities that provides the real meaning of the content. As we illustrate with the memes in Figure 3, the text and the image in isolation can be benign, but when they are combined, their meaning changes and the content can become objectionable. For humans, understanding memes is easy, but for a machine it becomes harder than understanding each of the modalities alone. Unfortunately, in practice, many hateful posts are based on memes.

The current state of multimodal understanding is still in its infancy compared to our ability to understand each of the individual modalities. Hence, the field of integrity is an important impetus to pushing the state of the art on multimodal reasoning.

Recent research on the topic has started favoring classifiers based on early fusion over those based on late fusion. A late-fusion classifier uses existing unimodal classifiers and fuses them at the last layer. While they are simpler to build, they are ineffective at understanding content that combines multiple modalities in subtle ways. In contrast, early fusion classifiers feed the raw data into a fusion classifier before any predictions are made. One of the challenges in training classifiers that consider multiple modalities is that they are prone to overfitting to one of the modalities (for example, because that modality dominates the content).

Advances in representation learning also offer benefits to multimodal reasoning. The multimodal bitransformer[13] uses pretrained unimodal representations (BERT and ResNet-152) and then fine tunes them together for the task at hand. VilBERT (short for Vision-and-Language BERT),[20] on the other hand, pretrains the model using both text and image data, extending self-supervised methods so the system can learn early how text refers to parts of an image and vice versa. The multimodal bitransformer advances the more nuanced understanding at the category level, such as flagging entire classes of content about drugs or other harmful content. In contrast, VilBERT pushes the accuracy of multimodal understanding of object-specific tasks like question answering.

Based on these ideas, the Whole Post Integrity Embeddings System (WPIE) used in production at Facebook,[1] combines multiple sources of information in analyzing a post. WPIE is pre-trained across multiple modalities, multiple integrity violations, and over time. In a sense, just as cross-lingual pretraining can improve a classifier's overall performance, WPIE learns across dozens of violation types to develop a much deeper understanding of content.

**Analyzing network behaviors.** The analysis of network features plays a key role in recognizing violating content. In a sense, this should come as no surprise since the network is the medium used to disseminate and amplify the content and sometimes to modify the intent of the original post.

There are two aspects to analyzing network effects. The first is understanding user interactions with a post after it is published. Users interact with content through several mechanisms: reaction emojis (for example, like, ha-ha, angry, sad), commenting on a post, and resharing a post with their own network. As a result, content (violating or not) generates some reaction in the real world, and the nature of this reaction provides an important signal as to whether the content is violating. The second type of insights concerns understanding of the actors on the network (that is, users, groups, organizations) and relationships between them. For example, some actors may have been involved in

**Figure 3. In each of the three memes, both the text and the images, taken alone, are benign, but the combination results in an ill-intended meme.**



Hateful Memes Dataset

▸ Do we need external knowledge to understand multi-modal content?
▸ Do we need new types of representations?

PX0590-005

violations in other places and times on the network or may belong to communities prone to creating or even coordinating violating content.

Techniques for analyzing network behaviors are based on graph representations of the social network. The nodes in the graph correspond to users and to content, and the edges represent behavior in response to posts (for example, share, comments, reactions) and relationships between pairs of actors on the network. Some of the most effective works have considered automatically extracting user embeddings, by running graph learning algorithms such as Node2Vec[9] on those networks. Those embeddings are then used in downstream tasks such as that of detecting misinformation or abusive language detection[22,38] or hate speech. In a system that was used in practice in several integrity tasks at Facebook, Noorshams et al.[24] built a model that enriches the user embeddings with a temporal model of reactions to a post.

*Coordinated action.* Coordinated actions among multiple actors have become a common strategy to promote integrity violating content with possibly severe consequences. Coordinated behaviors refer to sets of actors that to either try to ensure a post gets wider distribution and appears more authoritative. For example, actors may band together to spread misinformation that election polling locations have closed earlier to prevent people from voting. Often, these coordinated actions are achieved through social bots.[2,32,37] Pacheco et al.[26] describe one method for exploiting the network structure to uncover coordinated activities within a social network, that is based on the surprising lack of independence of actions by users and exploiting this analysis to cluster together users that are likely to coordinate against some targets.

## Emerging Topics and Challenges
Here, we briefly touch upon several emerging challenges.[d]

*Integrity while maintaining privacy.* In response to user sentiment about privacy, most messaging applications



**Advances in computer vision have pushed the state of the art in supervised learning to a point where it is feasible to do image and video understanding with a high degree of accuracy.**

are moving to be encrypted from end to end. Consequently, since the content of the messages is no longer visible to the service provider, any analysis for integrity violations would need to be performed on the device itself. The machine learning model that is used for the inference would need to be trained offline on publicly available datasets and then shipped to devices. On-device inference is limited by the memory and processing power of the device as well as potentially having an adverse effect on its battery life. On-device inference also poses a challenge to measurement—the effectiveness of a model trained offline and shipped to clients will typically degrade over time, and if its performance cannot be measured it would be difficult to know when it needs to be fixed.

*External knowledge can be extremely useful for detecting violations.* As a simple example, in the context of misinformation, a system can try to decide whether a claim being made in a post is similar to one that has already been validated or debunked. Building on this idea, we believe that an interesting avenue for research is to endow integrity algorithms with broader knowledge about the real world and its subtleties. Indeed, deciding whether a post is violating often requires knowledge about current events, long-standing conflicts and troubled relationships in the world and sensitivities of certain populations.

*Management of human content review workforce.* One of the critical steps in enforcing integrity is inspection of content by human content reviewers who recognize violations. These reviewers receive content from either the enforcement systems or from users reporting violations, and the labels they produce are crucial to training the machine learning models that are used by the enforcement systems. In parallel, there is a set of content reviewers who work for third-party organizations and fact-check content suspected to be misinformation.

One challenge with operating such a workforce is the high volume of content that needs to pass their judgment. In addition, we need to be able to adapt and respond to scenarios when there is a sudden drop in workforce availability, as has happened during the COVID-19

---

d  In Figure 2, the image on the left is fried broccoli and the image on the right is marijuana.

PX0590-006

pandemic. The well-being of the content reviewers is a critical concern–the content can be graphic or otherwise objectionable. Operators of content moderation work forces may put several resources in place, such as providing access to licensed counselors, providing group therapy sessions, and screening applicants for suitability for the role as part of the recruiting process.

## Conclusion

The prominence of social media as a medium for sharing news and information, as well as connecting people with friends and family, has grown in recent years. As a result, social media companies must balance between different goals: promoting engagement with the platform, creating meaningful interactions between users,[3] and protecting the integrity of online content. As this article has shown, from the technological perspective, preserving integrity presents a challenge that pushes on the boundaries of many aspects of artificial intelligence and its adjoining fields.

An important issue that integrity will soon grapple with is the boundary between content that obviously violates the policy and borderline content that may offend a wide audience. Social media platforms strive to minimize the number of negative experiences their users experience, and borderline content is a major source of such negative experiences. However, determining whether a piece of content will lead to a negative experience for a user is a highly subjective call and may be perceived as too much interference by the social media platform. Treading this fine line in a healthy fashion will surely be an important challenge in the upcoming years.

Admittedly, integrity is a tricky area for collaboration between industry and academia. Sharing datasets is problematic because of concerns regarding confidential user data, but also because some data is simply illegal to share (for example, a dataset of child exploitation imagery). Furthermore, some of the methods used to preserve integrity must be kept confidential, otherwise they can be weaponized by bad actors. Companies have invested significant effort to create datasets that can be used for research purposes, such as the

Deepfake Detection Challenge[10] and the Hateful Memes Dataset.[14] We hope this article sparks ideas for more areas of possible collaboration. ∎

### References
1. AI Advances to Better Detect Hate Speech, 2020; https://ai.facebook.com/blog/ai-advances-to-better-detect-hatespeech/.
2. Bovet, A. and Makse, H.A. Influence of fake news in Twitter during the 2016 US presidential election. *Nature Communications 10* (Jan. 2019).
3. Bringing people closer together, 2020; https://www.facebook.com/business/news/news-feed-fyi-bringing-people-closer-together.
4. Chan, C., Ginosar, S., Zhou, T., and Efros, A.A. Everybody dance now. In Proceedings of 2019 IEEE Intern. Conf. Computer Vision.
5. Conneau, A. et al. Unsupervised cross-lingual representation learning at scale. (2019); arXiv:1911.02116.
6. Devlin, J., Chang, M-W, Lee, K., and Toutanova, K. Bert: Pre-training of deep bidirectional transformers for language understanding. (2018); arXiv:1810.04805.
7. Dolhansky, B., Bitton, J., Pflaum, B., Lu, J., Howes, R., Wang, M., and Ferrer, C.C. The DeepFake detection challenge dataset. (2020); ArXiv:abs/2006.07397.
8. Facebook Community Standards Enforcement Report, 2020; https://transparency.facebook.com/community-standardsenforcement.
9. Grover, A. and Leskovec, J. Node2vec: Scalable feature learning for networks. In *Proceedings of the 22nd ACM SIGKDD Intern. Conf. on Knowledge Discovery and Data Mining* (San Francisco, CA, USA, 2016). ACM, New York, NY, USA, 855–864; https://doi.org/10.1145/2939672.2939754
10. Güera, D. and Delp, E. Deepfake video detection using recurrent neural networks. In *2018 15th IEEE Intern. Conf. Advanced Video and Signal Based Surveillance.* IEEE, 1–6.
11. Halevy, A.Y., Canton-Ferrer, C., Ma, H., Ozertem, U., Pantel, P., Saeidi, M., Silvestri, F., and Stoyanov, V. Preserving Integrity in Online Social Networks. (2020); https://arxiv.org/abs/2009.10311
12. Jeronimo, C., Marinho, L., Campelo, C., Veloso, A., and Sales da Costa Melo, A. Fake news classification based on subjective language. In *Proceedings of the 21st Intern. Conf. on Information Integration and Web-based Applications & Services*, 2019, 15–24.
13. Kiela, D., Bhooshan, S., Firooz, H., and Testuggine, D. Supervised multimodal bitransformers for classifying images and text. (2019); http://arxiv.org/abs/1909.02950
14. Kiela, D., et al. The hateful memes challenge: Detecting hate speech in multimodal memes. (2020); arXiv:2005.04790.
15. Lample, G. and Conneau, A. Cross-lingual language model pretraining. (2019); arXiv:1901.07291.
16. Lan, Z., Chen, M., Goodman, S., Gimpel, K., Sharma, P., and Soricut, R. ALBERT: A lite BERT for self-supervised learning of language representations. In *Proceedings of the 2020 Intern. Conf. Learning Representations.*
17. Li, Y., Chang, M., and Lyu, S. In ictu oculi: Exposing AI created fake videos by detecting eye blinking. In *Proceedings of the 2018 IEEE Intern. Workshop on Information Forensics and Security*. IEEE, 1–7.
18. Li, Y. and Lyu, S. Exposing deepfake videos by detecting face warping artifacts. (2018); arXiv:1811.00656 (2018).
19. Liu, Y., et al. Roberta: A robustly optimized BERT pretraining approach. (2019); arXiv:1907.11692.
20. Lu, J., Batra, D., Parikh, D., and Lee, S. ViLBERT: Pretraining task-agnostic visiolinguistic representations for vision-and-language tasks. In *Proceedings of Advances in Neural Information Processing Systems 32* Annual Conf. Neural Information Processing Systems. (Vancouver, BC, Canada, Dec. 8–14, 2019), 13–23; http://papers.nips.cc/paper/8297-vilbert-pretraining-task-agnostic-visiolinguistic-representations-for-visionand-language-tasks
21. Mihalcea, R. and Strapparava, C. The lie detector: Explorations in the automatic recognition of deceptive language. In *Proceedings of the ACL-IJCNLP 2009 Conf. Short Papers*. Assoc. Computational Linguistics, 309–312.
22. Mishra, P., Tredici, M., Yannakoudakis, H., and Shutova, E. Author profiling for abuse detection. In *Proceedings*

of the 27th Intern. Conf. Computational Linguistics, 2018, 1088–1098.
23. Nirkin, Y., Keller, Y., and Hassner, T. FSGAN: Subject agnostic face swapping and reenactment. In *Proceedings of the 2019 IEEE Intern. Conf. Computer Vision.*
24. Noorshams, N., Verma, S., and Hofleitner, A. TIES: Temporal interaction embeddings for enhancing social media integrity at Facebook. (2020); arXiv:2002.07917.
25. Oh, T., et al. Learning-based video motion magnification. (2018); arXiv:1804.02684.
26. Pacheco, D., Hui, P., Torres-Lugo, C., Truong, B., Flammini, A., and Menczer, F. Uncovering coordinated networks on social media. (2020); arXiv:2001.05658.
27. Peters, M., et al. Deep contextualized word representations. (2018); http://arxiv.org/abs/1802.05365.
28. Pierri, F. and Ceri, S. False news on social media: A data-driven survey. (2019); http://arxiv.org/abs/1902.07539
29. Polyak, A., Wolf, L., and Taigman, Y. TTS skins: Speaker conversion via ASR. (2019); ArXiv abs/1904.08983.
30. Raffel, C., et al. Exploring the limits of transfer learning with a unified text-to-text transformer. (2019); arXiv:1910.10683.
31. Rajamanickam, S., Mishra, P., Yannakoudakis, H., and Shutova, E. Joint modelling of emotion and abusive language detection. In *Proceedings of the Annual Meeting of the Association for Computational Linguistics*. ACL, 2020.
32. Shao, C., Ciampaglia, G., Varol, O., Yang, K., Flammini, A., and Menczer, F. The spread of low-credibility content by social bots. *Nature Commun. 9* (2018).
33. Sharma, K., Qian, F., Jiang, H., Ruchansky, N., Zhang, M., and Liu, Y. Combating fake news: A survey on identification and mitigation techniques. *ACM Trans. Intell. Syst. Technol. 10*, 3 (2019), 21:1–21:42; https://doi.org/10.1145/3305260
34. Thies, J., Zollhöfer, M., and Nießner, M. Deferred neural rendering: Image synthesis using neural textures. *ACM Trans. on Graphics* (2019).
35. Tran, D., Wang, H., Torresani, L., and Feiszli, M. Video classification with channel-separated convolutional networks. In *Proceedings of the The IEEE Intern. Conf. Computer Vision.*
36. Verdoliva, L. Media forensics and DeepFakes: An overview. (2020); ArXiv abs/2001.06564.
37. Vosoughi, S., Roy, D., and Aral, S. The spread of true and false news online. *Science 359* (2018).
38. Wu, L. and Liu, H. Tracing fake-news footprints: Characterizing social media messages by how they propagate. In *Proceedings of the 11th ACM Intern. Conf. Web Search and Data Mining*, 2018, 637–645.
39. Yang, Z., Dai, Z., Yang, Y., Carbonell, J., Salakhutdinov, R., and Le, Q. Xlnet: Generalized autoregressive pretraining for language understanding. *Advances in Neural Information Processing Systems*, 2019, 5754–5764.
40. Zeng, X., Pan, Y., Wang, M., Zhang, J., and Liu, Y. Realistic face reenactment via self-supervised disentangling of identity and pose. (2020); ArXiv abs/2003.12957.

**Alon Halevy** is Director at Meta AI, Menlo Park, CA, USA.

**Cristian Canton-Ferrer** is Research Manager at Meta AI, Seattle, WA, USA.

**Hao Ma** is Director at Meta AI, Seattle, WA, USA.

**Umut Ozertem** is Senior Staff Software Engineer at Google, San Francisco, CA, USA.

**Patrick Pantel** is Director at Meta AI, Seattle, WA, USA.

**Marzieh Saeidi** is a Research Scientist at Meta AI, London, U.K.

**Fabrizio Silvestri** is a professor at Sapienza University, Rome, Italy.

**Ves Stoyanov** is Applied Research Manager at Meta AI, Menlo Park, CA, USA.

Copyright held by authors/owners.

 This work is licensed under a http://creativecommons.org/licenses/by/4.0/

PX0590-007

# PX0591



A report from

cdt | Research



# Lost in Translation

## Large Language Models in Non-English Content Analysis

**Gabriel Nicholas**
**Aliya Bhatia**
May 2023

PX0591-001



The Center for Democracy & Technology (CDT) is the leading nonpartisan, nonprofit organization fighting to advance civil rights and civil liberties in the digital age. We shape technology policy, governance, and design with a focus on equity and democratic values. Established in 1996, CDT has been a trusted advocate for digital rights since the earliest days of the internet. The organization is headquartered in Washington, D.C., and has a Europe Office in Brussels, Belgium.

---

**GABRIEL NICHOLAS**

Research Fellow at the Center for Democracy & Technology.

**ALIYA BHATIA**

Policy Analyst, Free Expression Project at the Center for Democracy & Technology.

A report from



# Lost in Translation

## Large Language Models in Non-English Content Analysis

### Gabriel Nicholas and Aliya Bhatia

**WITH CONTRIBUTIONS BY**

Samir Jain, Mallory Knodel, Emma Llansó, Michal Luria, Nathalie Maréchal, Dhanaraj Thakur, and Caitlin Vogus.

**ACKNOWLEDGMENTS**

We thank Pratik Joshi, Sebastin Santy, and Aniket Kesari for their invaluable feedback on the technical aspects of this report. We also thank Jacqueline Rowe, Damini Satija, and Ángel Díaz for their insightful comments and suggestions. The translation of our executive summary is made possible by Global Voices Translations and with the help of Iverna McGowan, Maria Villamar, Ophélie Stockhem, and Tomás Pomar. All views in this report are those of CDT.

This work is made possible through a grant from the John S. and James L. Knight Foundation.

**Suggested Citation:** Nicholas, G. and Bhatia, A. (2023) Lost in Translation: Large Language Models in Non-English Content Analysis. Center for Democracy & Technology. https://cdt.org/insights/lost-in-translation-large-language-models-in-non-english-content-analysis/

References in this report include original links and links archived and shortened by the Perma.cc service. The Perma.cc links also contain information on the date of retrieval and archive.



This report is licensed under a Creative Commons Attribution 4.0 International License.

PX0591-003

# Contents

**Executive Summary**                                                              **5**

**Introduction**                                                                   **8**

**I.  Background**                                                                  **12**

    A. How Large Language Models Work                                           12

    B. The Resourcedness Gap: Why the Largest Language
       Models are in English                                              15

    C. Multilingual Language Models: Efforts to Bridge the
       Resourcedness Gap                                                  19

**II.  Limitations of Language Models in English and
Non-English Contexts**                                                             **23**

    A. Concerns with Building and Deploying Large
       Language Models                                                    23

    B. Limitations of Multilingual Language Models                           25

**III. Recommendations**                                                           **31**

    A. Companies                                                             31

    B. Researchers and Funders                                               33

    C. Governments                                                           36

**Works Cited**                                                                    **39**

# Executive Summary



The internet is the primary source of information, economic opportunity, and community for many around the world. However, the automated systems that increasingly mediate our interactions online — such as chatbots, content moderation systems, and search engines — are primarily designed for and work far more effectively in English than in the world's other 7,000 languages.

In recent years, large language models have become the dominant approach for building AI systems to analyze and generate language online, but again, they have been built primarily for the English language. A large language model (e.g., Open AI's GPT-4, Meta's LLaMa, Google's PaLM) is a machine learning algorithm that scans enormous volumes of text to learn which words and sentences frequently appear near one another and in what context. Large language models can be adapted to perform a wide range of tasks across different domains. They are most known for being used to build chatbots, such as ChatGPT, but researchers and technology companies also use them for content analysis tasks, such as sentiment analysis, text summarization, and hate speech detection. Google, Meta, Microsoft, and other companies have already incorporated large language models into their core product functions, such as content moderation and search. Other vendors soon may incorporate them into automated decision-making systems, such as resume scanners.

Recently though, researchers and technology companies have attempted to extend the capabilities of large language models into languages other than English by building what are called *multilingual language models*. Instead of being trained on text from only one language, multilingual language models are trained on text from dozens or hundreds of languages at once. Researchers posit that multilingual language models infer connections between languages, allowing them to apply word associations and underlying grammatical rules learned from languages with more text data available to train on (in particular English) to those with less. In some applications, multilingual language models outperform models trained on only one language — for instance, a model trained on lots of text from lots of languages, including Hindi, might perform better in Hindi contexts than a model just trained on Hindi text.

Multilingual language models give technology companies a way to scale their AI systems to many languages at once, and some have already begun to integrate them into their products. Online service providers in particular have deployed multilingual language models to moderate

PX0591-005

content: Meta uses a multilingual language model to detect harmful content on its platforms in over 100 languages; Alphabet's Perspective API uses one to detect toxic content in eighteen different languages; Bumble uses one to detect and take action on unwanted sexual messages around the world.

Multilingual language models allow technologists to attempt to build models in languages for which they otherwise might not have enough digitized text. Languages vary widely in *resourcedness*, or the volume, quality, and diversity of text data they have available to train language models on. English is the highest resourced language by multiple orders of magnitude, but Spanish, Chinese, German, and a handful of other languages are sufficiently high resource enough to build language models in. Medium resource languages, with fewer but still high-quality data sets, such as Russian, Hebrew, and Vietnamese, and low resource languages, with almost no training data sets, such as Amharic, Cherokee, and Haitian Creole, have too little text for training their own large language models. Language data in low resource languages is also often of particularly poor quality: either it is mistranslated or even nonsensical language scraped from the internet, or is limited to sources with narrow domains, such as religious texts and Wikipedia. This gap in data availability between languages is known as the *resourcedness gap*.

Multilingual language models are designed to address these gaps in data availability by inferring semantic and grammatical connections between higher- and lower-resource languages, allowing the former to bootstrap the latter. However, this architecture raises its own concerns. Multilingual language models are still usually trained disproportionately on English language text and thus end up transferring values and assumptions encoded in English into other language contexts where they may not belong. For example, a multilingual model might associate the word "dove" in all languages with "peace" even though the Basque word for dove ("uso") can be an insult. The disparity in available data also means multilingual language models work far better in higher resource languages and languages similar to them than lower resource ones. Model developers will sometimes try to fill in these gaps with machine-translated text, but translation errors may further compound language misrepresentation. And when multilingual language models do fail, their unintuitive connections between languages can make those problems harder to identify, diagnose, and fix.

Large language models' general use in content analysis raises further concerns. Computational linguists argue that large language models are limited in their capacity to analyze forms of expression not included in their training data, meaning they may struggle to perform in new contexts. They may also reproduce any biases present in their training data. Often, this text is scraped from the internet, meaning that large language models may encode and reinforce dominant views expressed online.

Companies, researchers, and governments each have a role to play in protecting the public from the potential dangers of multilingual language model content analysis systems. To ensure better public accountability, companies that deploy large language models should always be transparent about how they use them and in which languages. Companies should deploy language models with narrow remits and adequate channels for human review.

Researchers and research funders meanwhile should invest in efforts to improve the use and performance of language models in languages other than English, in particular, to reduce failures that disparately impact speakers of lower-resourced languages. The best way to do this is by supporting language-specific research communities, who can promote the virtuous cycle of collecting data, curating datasets, training language models, publishing, and building applications. Local language speakers and context experts need to be part of each step of this process and also be curating the data and assessing the language models deployed by large, global online services.

Finally, governments need to be careful about how they use or encourage the use of large language models. Large language models should never power systems used to make high-stakes decisions without oversight, such as decisions about immigration status or healthcare, nor should governments mandate or inadvertently require by law the use of large language model-powered systems to moderate content from online services. Instead, governments should convene different stakeholders to align on what norms and guardrails should be around developing and deploying large language models.

Large language models in general and multilingual language models in particular have the potential to create new economic opportunities and improve the web for all. However, mis- or over-application of these technologies poses real threats to individuals' rights, such as undermining their right to free expression by inaccurately taking down a person's post on social media or their right to be free of discrimination by misinterpreting an individual's job or visa application. Multilingual language models specifically can inadvertently further entrench the Anglocentrism they are intended to address. In light of these limitations, technology companies, researchers, and governments must consider potential human and civil rights risks when studying, procuring, developing, or using multilingual language models to power systems, in particular when they are used to make critical information available or play a role in decisions affecting people's access to economic opportunities, liberty, or other important interests or rights.

# Introduction



Despite the modern internet's power to mobilize and connect people around the world, the web still does not reflect the linguistic diversity of its users. In particular, the automated systems that increasingly mediate our interactions online — such as chatbots, search engines, and content moderation systems — are built using and perform far better on English-language text than the world's other 7,000 languages (Kornai, 2013; Sengupta, 2022). Individuals speaking languages other than English face barriers to expressing themselves freely online and may face greater challenges when it comes to accessing critical information, public services, and even asylum and safety (Torbati, 2019).

In the last few years, however, there have been rapid advancements in developing machine learning tools that can analyze content in a wide variety of languages and across different domains. *Large language models*, machine learning tools trained on enormous amounts of text to recognize patterns in language, power many of these systems. Large language models already underlie translation apps, search autocomplete, and chatbots such as ChatGPT. They are known for being adaptable to many different language tasks, and today, researchers and technologists are constantly on the lookout for new applications and contexts in which to deploy them. Since the late 2010s, major U.S.-based technology companies have mostly invested in building large language models that work primarily for English, such as Open AI's GPT-4, Meta's LLaMa, and Google's PaLM.

Recently, companies and researchers have begun building and researching *multilingual language models*, large language models trained on text data from several different languages at once. Meta's XLM-RoBERTa (XLM-R) for instance is trained on text from 100 languages (Meta AI, 2019) at once. Google's mBERT, a multilingual version of its popular BERT model, is trained on 104 languages. Researchers claim that these models extend the multifaceted capabilities of large language models to languages other than English, even to languages for which there is little or no text data for the model to learn from (Artetxe & Schwenk, 2019; Wu & Dredze, 2019).

Technology companies have their own interests in improving how well large language models work in different languages. Some may want to make their products available in multiple languages to gain a competitive edge in emerging and populous markets. Online services

that host user-generated content may especially be interested in using multilingual language models to detect and take action on hate speech, disinformation, and other content that violates their policies or the law (Dulhanty et al., 2019). This is top of mind for services after facing criticism for not taking more aggressive action against content that incited violence and genocide in Ethiopia, Nigeria, and Myanmar, among others. Services have begun to deploy multilingual language models into their content moderation systems: Meta claims their XLM-R model can detect harmful content in all 100 languages it is trained on (Meta AI, 2021); Alphabet's Perspective API uses a large language model to detect toxic content in eighteen different languages (Lees et al., 2022); Bumble uses one to detect rude and abusive messages in at least fifteen languages (Belloni, 2021). Technology companies are also repurposing these models to make health care information available and soon may reach into other domains as well (Lunden, 2023).

In the future, governments could also seek to use automated systems built using large language models to make information available, answer questions in languages spoken by their constituents (in the form of chatbots) or, more dangerously, analyze information to make critical decisions such as benefits allocation or refugee status determinations (Kinchin & Mougouei, 2022).

Still, studies show that even multilingual language models struggle to deal with the wide disparities between different languages in how much text data they have available to train and test language models. English has, by multiple orders of magnitude, more text data available than any other language and commands most of the attention of the natural language processing research community. The abundance of English language data stems from its position as the official or de facto language of international business, politics, and media, itself a legacy of British colonialism and American neocolonialism and the subsequent erasure of regional and indigenous languages. American technology companies have further entrenched English as the predominant language of the internet by rolling out early standards, coding languages, and social media platforms in English long before other languages.

The hegemony of English data means that most large language models, even multilingual ones, are built predominantly using Standard English language text and work best in Standard English language contexts. Spanish, Chinese, Arabic, and a few other "high resource" languages also have significant amounts of text data available, but many "medium resource" languages, such as Hindi and Portuguese, and "low resource" languages, such as Haitian Creole and Swahili, have hardly any data available at all, and multilingual language models perform much worse in those languages. This skewed emphasis fails to reflect the diversity of languages spoken by the world's internet users and further perpetuates the dominance of the English language.

Despite being deployed in real-world systems, multilingual language models have largely been absent from public discourse, particularly about digital rights and public policy, and have instead been relegated to computer science academia and tech company public relations. This paper seeks to address this gap by offering several resources to bolster policy discussions. Part I provides a simple technical explanation of how large language models work in general, why there is a gap in available data between English and other languages, and how multilingual language models attempt to bridge that gap. Part II accounts for the challenges of doing content analysis with large language models in general and multilingual language models in particular, namely:

1.  Multilingual language models often rely on machine-translated text that can contain errors or terms native language speakers don't actually use.

2.  When multilingual language models fail, their problems are hard to identify, diagnose, and fix.

3.  Multilingual language models do not and cannot work equally well in all languages.

4.  Multilingual language models fail to account for the contexts of local language speakers.

Finally, Part III provides recommendations for companies, researchers, and policymakers to keep in mind when considering studying, developing, and deploying large and multilingual language models to do content analysis. These recommendations offer guidance concerning when large language models should or should not be deployed, how to improve their performance in non-English languages, and how to ensure better accountability and transparency to local language stakeholders.

Before proceeding, two notes on the terminology used in this primer. First, this paper focuses specifically on one category of applications for large language models: *content analysis*, or, the inference and extraction of information, themes, and concepts from text. The Center for Democracy & Technology (CDT) has written many times about the limitations of automated content analysis systems (Duarte et al., 2017; Shenkman et al., 2021) and the civil liberty risks they can pose, particularly in areas such as content moderation, student activity monitoring, hiring and more (Grant-Chapman et al., 2021; Nicholas, 2022; Vallee & Duarte, 2019). Large language models are already deeply integrated into many of these technical systems, particularly content moderation, and will soon become part of many more. Public discourse about large language models has so far disproportionately focused on text generation, an important area but not the only one. Many of the shortcomings of large language models presented in this report also apply to text generation. As such, this report can be read as a primer on some of the limits of generative AI systems as well. However, we choose to focus on content analysis for this report because of the potential dangers associated with using these models to host and make information available and the impacts on free expression rights.

Second, this paper focuses on how multilingual language models perform in languages other than English. We use the shorthand of "non-English languages" for easy reading and because it is the terminology used in the machine learning and policy literature. We recognize the irony that this term centers the English language and misleadingly implies all other languages are a monolith. Where possible, we elaborate upon the types of languages we are writing about and make distinct references to specific languages and cultural contexts that will elude models trained primarily in English. In some instances, we think the term "non-English" captures the sheer Anglocentrism of many of these models well by articulating the limited scope in which they are trained and tested.



Large Language Models in Non-English Content Analysis

PX0591-011

# I. Background



## A. How Large Language Models Work

Natural language processing (NLP) is a subfield of artificial intelligence and linguistics concerned with building computer systems that can process and analyze language. NLP underlies many technologies we encounter every day — spellcheck, voice assistants like Siri or Alexa, resume scanners, language translators, and automated hate speech detection tools, to name a few. Until only a few years ago, when technologists wanted to teach a computer to perform a given NLP task, they would build a system specifically tailored to that task. To create a spam detection system for instance, a technologist might gather many emails, mark which ones are and are not spam, use some of those emails to train an algorithm and use others to test how well that algorithm works.

Today though, the field has fundamentally reoriented itself around repurposing *large language models* to solve nearly every problem. A *language model* is a mathematical function trained to solve a text prediction task like the following, "Given a sequence of words, predict what word will likely come next." For example, a language model might be given the phrase "I was a bad student, I used to skip ____," and generate as an output that there is a high percent chance the missing word is "class," a low percent it is "rope," and a near zero percent it is "clamoring."

The distribution of language that the model learns in the process can easily be repurposed to many different language tasks. The most often discussed application is text generation: conversational agents like ChatGPT can repurpose this text prediction task to answer questions, summarize text, and generate overall "human"-sounding speech. However, chatbots are just one application of large language models. Once a large language model is built, it can be further trained on a smaller dataset to improve its performance in a specific task, a process called *fine-tuning*. Today, for example, a developer building a spam detection system might take a general large language model already built by someone else — say Google's BERT — and fine-tune it to the specific task of spam detection using a handful of emails already labeled spam or not spam. By building it on top of a language model, the spam detection system will do a better job of detecting spam that doesn't perfectly match the language available in the email dataset.

Language models are not new. Computational linguists have used statistical models to try to infer rules about language since the 1980s (Nadkarni et al., 2011) and have used "neural networks" (an algorithm loosely modeled on how neurons connect in the brain) to do so since the early 2010s (Mikolov et al., 2013). What is new though is their

**CDT Research**

largeness. Early language models could not be trained on as much data, since they had to read text in sequence, a process that could not be sped up by using more computing power. These early language models struggled to analyze words within the broader context of a sentence or document: for instance, one fine-tuned to detect suicidal ideation might have difficulty distinguishing between expressions of self-harm ("I just wish I was dead") and humor ("omg I'm dead"). But in 2017, Google researchers released a paper on a new architecture called *transformers*, which allowed language models to train on lots of data at the same time, in parallel rather than in sequence (Vaswani et al., 2017). These transformer-based language models could ingest so much data simultaneously that they could learn associations between entire sequences of words, not just individual words. Instead of being shown just {"dead"}, the model would see a word in its entire context, {"dead", ["omg", "I'm", "_____"]}, thus creating a much richer representation of language. Today, the only limit on the size of a language model — how much data it ingests and how many connections it makes between different sequences of words (i.e. *parameters*) — is how much data one can find and how much developers are willing to spend on processing power.

The output a language model produces is called a representation space, a map of the sequences of words that commonly appear near one another in the training text. For example, the phrases "It's so cold outside!" and "I better wear a jacket" may be near one another in a language model's representation space, since those sentences often appear close to one another in writing. This kind of proximity can lead to language models inferring patterns within language that can then help them conduct tasks that it is not explicitly trained in. In this case, sentences about cold weather being mapped near each other mean the large language model could be trained to detect whether a given phrase is about temperature.

With enough data, a large language model may have such a rich and multifaceted representation of a language that it can learn to do new tasks with only a few, or even zero examples to fine-tune on. For instance, the spam detection system described earlier could be built with little to no spam to fine-tune on. This capability is called "few-shot" or "zero-shot learning" and is one of the greatest promises of large language models, so much so that the original GPT-3 white paper is entitled "Language Models are Few-Shot Learners" (Brown et al., 2020).

Importantly though, large language models only learn the distribution of language, not its meaning (Bender & Koller, 2020). In the previous "cold" example, the model has not learned that when one is cold, one puts on a jacket or anything about the deeper meanings of "cold" and "jacket," only that the words often appear near one another. If one of the documents a large language model trains on is a humorous blogpost about the best shorts to wear in cold temperatures, the model could just as easily learn that "shorts" and "cold" are related. Similarly, if a model is trained only on very formal language data, it may never learn that "nippy" or "brick" (New York City slang) can refer to cold as well.



▲ **Figure 1. Language model representation space.** A language model's represention space, collapsed into two dimensions. In reality, these models often have thousands or tens of thousands of dimensions.

Source: (Amer, 2022)

Technologists often try to address these shortcomings by training language models on more and more data. If a model is exposed to more data, the idea is that it will be familiar with more contexts, and outliers like the ironic cold-weather shorts blogpost will be outweighed by more representative data. This has led to ballooning in the size of large language models. BERT, a popular open-source model built by Google in 2018, was trained on 800 million words from free books and 2.5 billion words from English Wikipedia (Devlin et al., 2019). Two years later, OpenAI released its closed source GPT-3, which was trained on half a trillion mostly-English words crawled from the internet (Brown et al., 2020). Google's PaLM, released in 2022, trained on 780 billion words, mostly from English-language websites and social media conversations (Chowdhery et al., 2022). As models have grown in size, so have the computation costs of training them. While BERT costs a few thousand dollars in computing power to train from scratch and is often trained by academics to build new topic- or language-specific models (Izsak et al., 2021), GPT-3 and PaLM-sized models cost millions or tens of millions of dollars to train (Sharir et al., 2020). Future models will only be more expensive, leaving only the most well-off companies able to afford to build them (Bommasani et al., 2021).

Models are expensive to initially train, but once built, their representations are relatively cheap to use and be fine-tuned for different tasks. Thus, many technologists simply use pretrained large language models built by others (usually large companies, with the expertise and resources) instead of paying to create their own. The few big pretrained models that exist have thus become a sort of infrastructure, known as "foundation models" (Bommasani et al., 2021). This gives many technologists access to the state of the art capabilities, but it also creates a single point of failure for the sector as a whole: if a foundation model has a problem, it will persist across many applications. And these models are so large and complicated that even when they are open source, researchers cannot understand the underlying logic they use to come up with individual decisions.

Many of the largest and most advanced of these foundation models — such as OpenAI's GPT-4, Google's PaLM, and Meta's LLaMa — are trained primarily on English language data. In the next section, we explore one reason why that may be: the resourcedness gap.

## B. The Resourcedness Gap: Why the Largest Language Models are in English

English is the closest thing there is to a global lingua franca. It is the dominant language in science, popular culture, higher education, international politics, and global capitalism; it has the most total speakers and the third-most first-language speakers (Ethnologue, 2023b). It is the primary language spoken on the internet, accounting for 63.7% of websites, despite being spoken by only 16% of the world's population (Richter, n.d.). This dominance does not stem from any sort of inherent linguistic superiority: rather it is the colonial and neocolonial legacy of nearly three hundred years of the preeminent global superpower speaking English — first Great Britain, then the United States. The British government prioritized the English language through official language policies to facilitate trade and in an attempt to "modernize" its colonies, and as British, and later American trade became globally dominant, so too did English (Corradi, 2017; Phillipson, 1992). Prioritization of the English language came at the expense of other regional and indigenous languages and accelerated language endangerment and economic marginalization, which still impedes digital investment into these languages worldwide (Rowe, 2022; S. Zhang et al., 2022). American companies continue to perpetuate the dominance of the English language in a new more insidious form, by making online services available to global users without comparable investment into the languages they speak (Amrute et al., 2022; Kupfer & Muyumba, 2022).

As a result of these forces, English also dominates the field of natural language processing, and there is vastly more raw text data available in English than in any other language by orders of magnitude (Joshi et al., 2020). English has the most digitized books and patents, the largest Wikipedia, and the biggest internet presence. English is also by far the language paid the most attention by the global NLP research community. It is so hegemonic within the field that NLP papers about the English language typically do not even mention the language in the title or abstract (Bender, 2019). As Figure 2 shows, even among NLP papers that do mention a language in the abstract, English is mentioned over ten times as often as the next most mentioned language, German (*ACL Rolling Review Dashboard*, 2022).

This wealth of data and research makes it significantly easier to build large language models in English than in any other language. More raw text data, also known as *unlabeled data*, means more data for the model to be trained on; more research means that there are more datasets annotated with information, also known as *labeled data*, that can be used to test how well models complete different types of language tasks. This creates a virtuous cycle for English-language NLP — more labeled and unlabeled data leads to more research attention, which leads to increased demand for labeled and unlabeled data, and so on.

English is the prime example of a *high resource language*, a language for which a lot of high-quality data resources exist. Though it has the most data available of any language (English could be called an "extremely" high resource language), there are six other languages that could be considered high resource — the official UN languages list, minus Russian, plus Japanese (see Table 1). There are also a few dozen medium resource languages, such as Urdu, Italian, and Tagalog, with another one or two orders of magnitude less data, or about one hundredth or one-thousandth of available English data. The rest of the world's 6,000 plus languages can be considered low resource or extremely low resource, with only small amounts of written text available (Joshi et al., 2020).

Resourcedness can vary within languages as well. Languages such as Arabic and Spanish differ so much between dialects that many are mutually incomprehensible, even if they mostly use the same written form. Languages can also have different sociolects, varying across different social groups, identity groups, and contexts (e.g. formal versus informal). Regional dialects and sociolects can vary in degrees of difference from having different vocabulary and grammatical structures (e.g. Australian English or African American English versus Standard American English) to make extensive use of borrowed words from other languages (e.g. Nigerian English, Indian English), to fully hybrid bilingual dialects (e.g. Spanglish, Hinglish). However, the available digitized text of language often doesn't reflect the full spectrum of variation that exists within a language. (Bergman & Diab, 2022). Data scraped from the internet in particular over-indexes Standard English spoken by younger people in developed countries (Luccioni & Viviano, 2021). Other languages have just as much dialectical diversity as English and also likely over-index on certain dialects.



▲ **Figure 2. Languages mentioned in paper abstracts.** Top most mentioned languages in abstracts of papers published by the Association for Computational Linguistics, May 2022-January 2023.

Source: (Santy et al., 2023)

Languages with less data available also often have lower quality data available, either because it is mislabeled or otherwise not representative of how people actually speak the language. This is particularly true with web-crawled data, a key data source for large language models (Khan & Hanna, 2023). Non-English language data scraped from the internet is more often machine translated, scanned from an image, or both, and each of those processes introduces opportunities for error (Dodge et al., 2021). Low- and medium-resource language data on the internet is more often pornographic, nonsensical, or non-linguistic content (Kreutzer et al., 2022). It is also often labeled as the incorrect language – around 95% of the time for many low resource languages – because automatic language identification works much more poorly with insufficient data, thus creating a circular problem (Caswell et al., 2020). Languages with the worst quality web data are disproportionately those written in non-Latin scripts (e.g. Urdu, Japanese, Arabic) and those spoken in the Global South (e.g. African languages, minority languages in the Middle East, non-Mandarin Chinese languages) (Kreutzer et al., 2022).

**Large Language Models in Non-English Content Analysis**

| Resourcedness | Languages | Number of Languages | Number of Speakers |
|---|---|---|---|
| Extremely High Resource | English | 1 | 1.1B |
| High Resource | Arabic, French, Japanese, German, Spanish, Mandarin | 6 | 2.7B |
| Medium Resource | Dutch, Vietnamese, Korean, Portuguese, Hindi, Slovak, Hebrew, Indonesian, Afrikaans, Bengali, etc. | Dozens | 2.7B |
| Low Resource | Haitian Creole, Tigrinya, Swahili, Bavarian, Cherokee, Zulu, Burmese, Telugu, Maltese, Amharic, etc. | Hundreds | 0.5B |
| Extremely Low Resource | Dahalo, Warlpiri, Popoloca, Wallisian, Bora, etc. | Thousands | 1.1B |

▲ **Table 1. Categories of language resourcedness.** Languages divided into different levels of resourcedness, according to labeled and unlabeled datasets available as of 2020.

Source: (Joshi et al., 2020)

Low resource languages also tend to have data that comes from a less diverse set of sources. The clean data that does exist often comes from places such as Wikipedia, the Bible, and parliamentary proceedings, particularly in large language models that depend on drawing parallels between low and high resource languages (see III.B and III.C) (Nekoto et al., 2020). None of these data sources is representative of a language as a whole. For example, there is a significant gender gap when it comes to who contributes to Wikipedia, with studies finding that the percentage of women who edit Wikipedia articles remains "dismally low" (Callahan & Herring, 2011; Vitulli, 2018), and it doesn't reflect a more casual style of speech. Some text on Wikipedia is also machine-translated — Cebuano, Swedish, and Waray for instance are some of the Wikipedia languages with the most articles, but most are translated by the same bot (Lokhov, 2021). The Bible is similarly its own unique domain, unrepresentative of language at large, but is overrepresented in the training data for non-English large language models. This can lead to errors in the tone and substance of language. For example, for a period of time, running a word repeated enough times through Google translate produced a religious-sounding text: the word "dog" pasted two dozen times and translated from Maori to English produced text about Jesus' return at the end of days (Christian, 2018).

The resourcedness of a language is often out of sync with the number of speakers or internet users that language has. Hindi, Bengali, and Indonesian are medium-resource languages yet each has hundreds of millions of speakers (Joshi et al., 2020). Guaraní, an Indigenous language spoken by most of the ~7 million-person population of Paraguay, hardly has any data resources at all (Góngora et al., 2021). Fula, a language spoken by tens of millions of West Africans, also has few data sets (Nguer et al., 2020). Despite over 600 million internet users across the African continent, nearly all African languages remain low-resourced.

Many scholars have worked to try to close this resourcedness gap between high and low resource languages. Individual NLP communities have formed around many languages in order to kickstart and perpetuate the virtuous cycle of research attention and benchmark development, including collectives such as IndoNLP for languages spoken in Indonesia and Masakhane for African languages (Cahyawijaya et al., 2022; Nekoto et al., 2020; Orife et al., 2020), and conferences such as the Association for Computational Linguistics' low resource language track, and AmericasNLP for indigenous languages (ACL, 2021; AmericasNLP, 2022; Masakhane, n.d.). Tech companies have also sought to expand the number of language models their models work in, in part by creating more data sets, including with projects like Facebook's No Language Left Behind project and Google's 1000 Languages Initiative (NLLB Team et al., 2022; Vincent, 2022). DARPA even funded the Low Resource Languages for Emergent Incidents (LORELEI) program in 2014 to improve translation about emergency incidents into low resource languages (Corvey, 2014). But the gaps between English, other high resource languages, and low resource languages remain large and are growing exponentially greater by the day, at least in terms of available, raw digitized data.

The response by the NLP community has not just been to collect more language data but also to employ technical tricks to help language models squeeze the most performance out of the little data they have. In the next section, we discuss the primary technical architecture developers use to do this: multilingual language models.

## C. Multilingual Language Models: Efforts to Bridge the Resourcedness Gap

In English, most large language models are *monolingual*, meaning that they train mostly on data from one language. Researchers have also built monolingual models in non-English languages: for instance, the architecture for Google's BERT model — one of the most popular and cheapest to train — has been utilized for French (CamemBERT), Italian (AlBERTo), Arabic (AraBERT), Dutch (BERTje), Basque (BERTeus), Maltese (BERTu), and Swahili (SwahBERT), to name a few (Agerri et al., 2020; Antoun et al., 2020; de Vries et al., 2019; G. Martin et al., 2022; L. Martin et al., 2020; Micallef et al., 2022; Polignano et al., 2019). However, in general, these monolingual models perform worse in their respective languages than the best English models do in English because they don't have as much data to train on.

This lack of data manifests in different ways depending on the specific task a model is fine-tuned to perform. Some language model capabilities — usually ones that depend on fact retrieval — improve linearly with size. For instance, the more data a language model is exposed to, the better it is at answering trivia questions or reformatting data (Srivastava et al., 2022). Other capabilities — usually ones with multiple steps

or components — exhibit a "breakthrough" behavior, where once a model reaches a certain size, it improves sharply at the task. For instance, language models typically are unable to write code or add three digit numbers until they train on a certain amount of data, at which point their performance improves dramatically (Ganguli et al., 2022). Low and extremely low resource languages often do not have enough data to train a large language model at all, but medium and even high resource languages may not have the hundreds of millions, or billions of words of text data necessary to achieve the breakthroughs that English can (Y. Zhang et al., 2021).

Besides technical limitations, companies may not be interested in deploying a different monolingual model for every language their product is available in for business reasons as well. Maintaining and debugging one large language model for each language introduces costs that scale per language introduced, introducing complexity and additional overhead costs. Companies that seek to expand into new global markets will likely try to keep their costs fixed by reusing as much infrastructure as possible, including language models.

Therefore, instead of using monolingual models to do NLP tasks in non-English languages, researchers and developers most often use *multilingual language models*, such as Google's mBERT and Meta's XLM-R, which are trained on texts from many different languages at once. Like their monolingual counterparts, multilingual language models are trained on a fill-in-the-blank task. However, by training on text from several different languages, multilingual language models can, at least in theory, infer connections between languages, acting as a sort of bridge between high and low resource languages, allowing the former to bootstrap the latter.

For instance, imagine that an Indian climate change researcher wants to use a language model to collect all Hindi-language tweets about the weather. A monolingual language model trained on just Hindi text may not have enough data to have seen the words "thaand" ("cold" in Hindi) and "shaal" or ("shawl" in Hindi) appear near one another in text, so it may miss that tweets to the effect of "Main Agast mein shaal pahanta hoon" ("I put a shawl on in August") is a sentence about cold weather.[1] A multilingual model, trained on data from English, Hindi, and many other languages may have seen text where "thaand" appears near "cold," "shaal" appears near "shawl," and "cold" appears near "shawl," thereby allowing the model to infer that "thaand" and "shaal" are interrelated terms.

Multilingual language models are usually not trained on equal volumes of data from each language: mBERT for instance is trained on 15.5 GB of English text but as little as 10 MB of Yoruba text (Wu & Dredze, 2020). Even BLOOM, a popular multilingual model by BigScience with a particular focus on language representation, has 30% of its

---

1   Transliterated into Roman script for ease of reading for an English-language reader.

**Monolingual model**

The tree is green.

I like to sing.

It is cold today.

I put on a shawl.

**Multlingual model**

The tree is green.
El árbol es verde.

I like to sing.
J'aime chanter.

Aaj bohut thaand hai.
It is cold today.

Main ek shaal pahanta hoon.
I put on a shawl.

▲ **Figure 3. Monolingual vs multilingual language model representation space.** A visualization of a monolingual and a multilingual language model's representation space, collapsed into three dimensions.

Source: (Schwenk, 2019)

training text in English (BigScience Workshop et al., 2023). In large part, this is because of the lack of available data in these languages, which come disproportionately from Wikipedia and religious texts, as discussed earlier (see Part I.C).

Just as a monolingual language model can be fine-tuned to work better on an individual task, a multilingual language model can be fine-tuned to work better in an individual language. Imagine for instance a developer who wants to use a multilingual language model to detect Indonesian election disinformation on social media. One way they could do it is by using an out-of-the-box multilingual model, such as BLOOM, and fine-tuning it by showing examples of false narratives circulated in Indonesian related to the local election. This likely would not work very well though, since BLOOM has only been exposed to a limited amount of data on Indonesian text — only 1.2% of its training data is in Indonesian (BigScience Workshop et al., 2023). Another better way to do it, if the developer has access to more Indonesian language data, would be first to fine-tune the model on additional Indonesian text (essentially, continuing to learn the fill-in-the-missing-word task, but this time just in Indonesian) and then further fine-tuning it on the task election disinfo detection using that dataset.

Model developers though do not always have enough text data to sufficiently fine-tune a multilingual model to work in a specific language. To make up for this, they often use imperfect machine-translated text. The two main methods of incorporating translated text are called *translate-train* or *translate-test* methods. With translate-train, a multilingual language model is fine-tuned on data that has been translated from (usually) English into a desired lower resource language (Conneau & Lample, 2019). With translate-test, a (usually) English monolingual language model is fine-tuned on data translated from the desired language into English, and all testing data gets translated into English as well (Artetxe, Labaka, et al., 2020).

Imagine, for example, a developer building a language model to detect terrorist content in the Basque language with a handful of examples of terrorist content in Basque but not enough Basque text data to properly fine-tune a language model. With the translate-train approach, a developer would take a large volume of English text data, machine translate it into Basque, use that data to fine-tune a pretrained multilingual language model, and then further fine-tune it to the task of terrorist content detection using the native Basque data. With translate-test, a developer would fine-tune a pretrained *English* language model on data translated from Basque to English, and then further fine-tune it by translating the terrorist content data they have into English. Subsequently, to analyze Basque text, it would first have to be translated into English before being evaluated by the model. Reliance on translated data raises many concerns, as discussed in Part II.C.1.

However, translated texts can help multilingual language models learn connections between languages. By feeding a model parallel texts — for instance, explicitly informing it that "baahar bohut thand hai" and "It's so cold outside" have the same meaning — it can better extrapolate other language parallels as well (e.g. NLLB Team et al., 2022; Reid & Artetxe, 2022). Multilingual language models can learn connections between languages without explicit labeling, instead inferring relationships between languages on its own through borrowed words, numbers, and URLs (Pires et al., 2019).

In general, NLP researchers understand little about why it is that multilingual language models can be effectively fine-tuned to work in languages that they have relatively little data for (Conneau, Khandelwal, et al., 2020; Pires et al., 2019; Wu & Dredze, 2019). Some argue that it is because multilingual language models have inferred language-agnostic concepts and universal rules that can be applied to any language (Artetxe, Ruder, et al., 2020; Chi et al., 2020; Conneau, Wu, et al., 2020; Tsvetkov et al., 2016). Others say that multilingual language models are just effective imitators (Bender et al., 2021; Lauscher et al., 2020). The debate is impossible to fully resolve because of the overall complexity and opacity of large language models, but so far evidence suggests that at best, the linguistic universals they learn are limited to narrow semantic and syntactic domains (Libovický et al., 2019; Wu & Dredze, 2019), such as learning plural/singular verb agreement across multiple languages (de Varda & Marelli, 2023). But even if a model can infer syntactic or semantic commonalities between languages, such inferences will not necessarily help it manage more complex, context-dependent tasks (Choi et al., 2021). For instance, in some languages, multilingual language models do no better than random guessing at detecting hate speech (Lin et al., 2022). As will be discussed in the next section, these are hardly the only limits of multilingual language models.

# II. Limitations of Language Models in English and Non-English Contexts

The press, technology companies, and social media are abuzz about the potential of large language models. In this section, however, we discuss the shortcomings of these models, particularly as they operate in non-English language contexts. In the first section, we discuss general concerns with building and deploying large language models. These concerns apply both to the English and non-English contexts. In the second section, we look at the problems more specifically raised by multilingual language models.

## A. Concerns with Building and Deploying Large Language Models

### 1. LARGE LANGUAGE MODELS ARE BOUND BY LANGUAGE THEY HAVE SEEN BEFORE AND STRUGGLE TO PERFORM IN NEW CONTEXTS.



A large language model does not understand language; instead, it makes probabilistic inferences about text based on the distribution of language within the data it is trained on. Bender and Koller argue that this means language models are limited to contexts they have encountered before and struggle greatly in those they have not (2020). NLP researchers have already proven this is the case in generative AI by demonstrating several unintuitive outcomes: for instance, language models are better able to perform mathematical operations with numbers that appear frequently in written language (e.g., multiplying numbers by 24), than numbers that appear infrequently (e.g. multiplying numbers by 23) (Razeghi et al., 2022). Large language models may exhibit similar limitations in content analysis as well. For instance, if a large language model was used to analyze a candidate's resume, it may struggle to account for lesser-known companies or newer skill sets without up-to-date, domain-specific data to fine-tune on. These tasks are reliant on in-context knowledge and without domain-specific training, i.e. training an off-the-shelf large language model with text relevant to the task at hand, these models are likely to perform poorly and their purported domain-agnostic abilities should garner skepticism (Duarte et al., 2017).

## 2. LARGE LANGUAGE MODELS REPRODUCE THE BIASES, VALUES, AND HARMS OF THE DATA THEY TRAIN ON.

Large language models are built using vast quantities of text scraped from the internet and exhibit all the biases and limitations of their data source (Okerlund et al., 2022). Some commonly used datasets, such as Common Crawl, include large volumes of hate speech and sexually explicit content (Luccioni & Viviano, 2021). Other problems are more nefarious. For example, researchers found that when GPT-3 generated completions for the prompt "Two Muslims walked into a____," 66% of completions included violent language, three times more than for other religious groups (Abid et al., 2021). Others have found similar entrenched biases against people with disabilities, for example inferring negative sentiment from sentences that include disability-related terms (Hutchinson et al., 2020).

Though technologists often try to pull out explicitly harmful data from training sets, models can still reify harms, such as referring to "women doctors" or calling undocumented immigrants "illegals" (Bender et al., 2021). Removing these instances of harmful data from training datasets, which are disproportionately outsourced to underpaid staff around the world, also imposes labor and psychological burdens (Williams et al., 2022).

Even if datasets are rid of specific examples of harmful text, they will nonetheless contain values and assumptions that are encoded into the language we speak and the dominant perspectives that exist in many pieces of written text, particularly government documents or state-run media pieces that may make up the bulk of text available for low resource languages (Bender et al., 2021). Many machine learning researchers fail to consider these problems in their work — one study found that 98% of machine learning papers mention no negative potential of the technologies they are describing (Birhane et al., 2022). Yet the risks are very real: as Birhane & Prabhu put it, "Feeding AI systems on the world's beauty, ugliness, and cruelty, but expecting it to reflect only the beauty is a fantasy" (2021). When these problems exist in any particularly popular foundation model, they proliferate across many different applications built on top of that model.

## 3. THE DATA LARGE LANGUAGE MODELS TRAIN ON RAISE COPYRIGHT AND PRIVACY CONCERNS.

Legal experts also raise concerns about copyright and ownership of text that make up the vast quantities of data that train and distinguish large models (Ebers et al., 2022; Okerlund et al., 2022). Getty Images has sued the creators of Stable Diffusion, an AI tool that creates images based on written prompts, claiming that the tool scraped Getty's databases of proprietary images and photos without permission (Vincent, 2023a). Legal questions about ownership of text and whether scraping proprietary text is lawful (e.g., because it constitutes fair use) or not remain unanswered (Kublik, n.d.).

Some datasets that large language models train on are likely to capture examples of language from sites such as social media, raising personal data privacy concerns. There is a high possibility that in gathering exchanges from social media networks, training datasets inadvertently contain private and even sensitive information, which increases the risk of models leaking details like names, phone numbers, or addresses from the data on which they're trained (Carlini et al., 2021, 2023).

**4. TRAINING LARGE LANGUAGE MODELS COULD HAVE A SIGNIFICANT ENVIRONMENTAL IMPACT.**

Finally, there are increasing concerns about the environmental cost of producing large language models. Scholars and advocates have raised concerns about the environmental impact of training these models, particularly the largest ones with billions of parameters, due to their intense computation requirements (Crawford, 2021; Okerlund et al., 2022). There is preliminary research attempting to quantify the energy impacts of computation at this scale (Kaack et al., 2022), but some early estimates suggest that training a single BERT model, one that serves as the foundation for some multilingual language models, requires as much energy as a trans-American flight (Strubell et al., 2019). Large language models, like GPT-3, require thousands of times more (Heikkilä, 2022). Png writes that these costs may be concentrated in poorer countries, where server farms and raw materials required to build necessary infrastructure are often located (2022).

# B. Limitations of Multilingual Language Models

## 1. MULTILINGUAL LANGUAGE MODELS OFTEN RELY ON MACHINE-TRANSLATED TEXT THAT CAN CONTAIN ERRORS OR TERMS NATIVE LANGUAGE SPEAKERS DON'T ACTUALLY USE.

Incorporating machine-translated data into the training and fine-tuning of multilingual language models creates various opportunities for the model to malfunction. Multilingual language models that depend on translation may struggle to build accurate representations of words or concepts which have different connotations in different languages. For instance, in English, "dove" is a term associated with peace, but its equivalent in Basque, "uso," is an emasculating insult. A translation-based cross-lingual model that does not train on the word "uso" used in its native context could potentially fail to see it used in a call for violence since the English mapping is so closely associated with "peace."

Another issue is what NLP practitioners call the "translationese" problem (Yu et al., 2022) — that is, machine-translated language materially differs from how human native speakers naturally use language (Bizzoni et al., 2020; Teich, 2003). In generative AI, translationese can result in mono- or multilingual language models simplifying or overcomplicating sentences, producing repeated words, using too common or too uncommon words, borrowing too much or too little from the original language, and other patterns of speech native speakers would not use (Volansky et al., 2015). These mistakes are not consistent between languages or systems, so it would be difficult for models to be able to systematically root them out, though some argue that it is possible (Yu et al., 2022).

The problems of machine translation spread beyond models that intentionally train on it. The web is filled with machine-translated text, and models that train on web-scraped data will inadvertently encounter a lot of it, particularly in low resource languages (Kreutzer et al., 2022). For instance, a lot of the Catalan data that exists on the web, particularly on websites using the .cat top-level domain, is translated using Google Translate, even on official government websites (Pym et al., 2022). Even benchmarks to test how well multilingual language models work in high and low resource languages are often translated from another language, leaving researchers with less of a sense of how well these models work on language as spoken by native speakers. For instance, OpenAI tested GPT-4's capabilities in 26 languages, but using only benchmarks translated from English (OpenAI, 2023).

## 2. MULTILINGUAL LANGUAGE MODELS FAIL TO ACCOUNT FOR THE CONTEXTS OF LOCAL LANGUAGE SPEAKERS.

As discussed earlier, large language models only work well in contexts similar to contexts of the data they are trained on. A language model trained on legal texts, for instance, will perform much better on law-related tasks than medical tasks or interpreting the Quran (Koehn & Knowles, 2017). This poses a problem for multilingual language models, which, particularly in low resource languages, are trained on text that is translated from other language contexts or comes from a few distinctive contexts, such as Wikipedia and the Bible. Multilingual language models that are not trained on large volumes of text from native speakers of a given language will more often fail at tasks that require knowledge of an individual speaker's local context, such as hate speech detection and resume scanning (Lin et al., 2022).

Imagine, for example, a multilingual language model fine-tuned to detect anti-Muslim content in Assamese, a low-resource language with fifteen million speakers, predominantly in northeast India (Ethnologue, 2023a). Assamese and Bengali are both medium resource languages, so a multilingual model may draw connections between the two. However, anti-Muslim hate speech is very closely tied to historical events and the specific political conditions of Assam. For instance, the term "Bangladeshi Muslim,"



▲ **Figure 4. Google Translate from Hungarian to English.** A screenshot of Google Translate, circa 2020, showing how the multilingual language models project gender onto genderless languages.

Source: (Prates et al., 2020)

neutral in many other languages and contexts, is a hate speech dog whistle in Assamese because it casts Assamese Muslims as foreigners (a concept that is itself closely tied to the Indian government's repatriation efforts) (Avaaz, 2019). A multilingual model neither trained on extensive native Assamese text nor explicitly trained by a language expert would likely not be able to capture this hyperlocal distinction.

Multilingual language models work by transferring between language contexts, but that transfer often means simply that the context of higher resource languages overwrites lower resource ones. Spanish, for instance, tends to use more adjectives and analogies describing extreme situations than English, so a sentiment detection algorithm that transfers linguistic properties over from English may mischaracterize Spanish text as having a stronger emotional valence than it would to a native speaker (Stadthagen-Gonzalez et al., 2017). This structure transfer can also bring the biases of a source language into a target language (Savoldi et al., 2021). For instance, if a language without gender pronouns, such as Hungarian or Yoruba, is mapped onto a language with gendered third-person pronouns, such as English or French, the language model could force gender associations and biases of the gendered language onto the non-gendered one, as often occurs in translation (Prates et al., 2020) (see Figure 4).

## 3. MULTILINGUAL LANGUAGE MODELS DO NOT AND CANNOT WORK EQUALLY WELL IN ALL LANGUAGES.

Multilingual language models not only do not work equally well in all languages but they cannot, since the more languages a multilingual model is trained on, the less it can capture unique traits of any specific languages. This problem is called the *curse of multilinguality* (Lauscher et al., 2020). Large language model developers are thus forced to trade off performance between disparate languages; making a model work better in Hindi for example, may come at a cost to its performance in English. In practice, when technology companies must choose which languages to deprioritize within their multilingual language models, they may be incentivized to have them be languages where speakers tend to be less wealthy, have less political power, or live outside of the company's priority markets, thus exacerbating the resourcedness gap they are designed to address.

In general, semantic and syntactic similarity to a high resource language protects from the curse of multilinguality (Eronen et al., 2023). For instance, Muller et al. tested mBERT on languages it had not explicitly trained on before and found that it worked better in Swiss German (related to German, a high resource language), than it did in Estonian (a Uralic language, like medium resource languages Hungarian and Finnish), than it does Uyghur (a Turkic language, distant from any high or medium resource language, with four alphabets) (2021). In general, multilingual language models struggle with languages written in non-Latin scripts (Pires et al., 2019; Ruder et al., 2021), language isolates (languages etymologically distinct from all other languages, such as Basque), and families of languages less connected to those of high resource languages. This threatens to create a poor-get-poorer dynamic for languages that are only similar to other low resource languages, as is the case with many widely spoken African languages including Swahili, Amharic, and Kabyle (Joshi et al., 2020). This dynamic further strengthens the post-colonial structural inequality discussed throughout this report.

Multilingual language models are also forced to trade off between languages in the vocabulary they use. Large language models train on the problem of predicting the next word in a sentence. If a model is trying to guess the word to fill in "Today I feel ___," it will have a harder time doing so if it has to choose between ten million possible words from any language instead of just a few hundred thousand English words. The total number of words a language model has to choose from is called its vocabulary size. The larger a model's vocabulary size, the more different possible words it can generate and recognize, but also the more computational resources it takes to train. Multilingual language models use all kinds of shortcuts to get their vocabulary size down. For instance,

they will often transliterate languages into Latin scripts or train the model to guess the next subword (e.g. breaking "tasks" into "ta" and "##sks") or letter instead of the full word, thus collapsing the barrier between languages (Tay et al., 2022; C. Wang et al., 2020). These shortcuts cut down on costs, but they also reduce a model's ability to capture semantic relationships between words, thus degrading its performance overall.

Vocabulary is often decided by how frequently different words, subwords, and letters appear in a model's training text, and since multilingual language models are trained mostly on English data, their vocabularies will skew towards English as well. A multilingual model may have a relatively obscure word like "riposte" in its English vocabulary, but be may missing common words in other high resource languages (e.g., "escritorio" in Spanish), common subwords in medium resource languages, (e.g., "tzv" in Hebrew), and entire letters in low resource languages (e.g., a character that appears in Tigrinya but not other Ge'ez-based scripts). This inferior representation makes models perform worse in a variety of tasks, and makes content analysis systems far easier to trick by doing things like changing white space, using typos, or in the case of toxic content detection, adding common, positive words like "love" (Gröndahl et al., 2018; Lees et al., 2022).

## 4. WHEN MULTILINGUAL LANGUAGE MODELS FAIL, THEIR PROBLEMS ARE HARD TO IDENTIFY, DIAGNOSE, AND FIX.

NLP practitioners depend on benchmarks to determine both how well a language model performs at specific tasks and how close it is in general to achieving "natural language understanding" (Bender & Koller, 2020). This latter type of benchmarking is very difficult in all languages, since it is hard to generalize about a language model's capabilities from only a handful of disparate tests (Raji et al., 2021). However, the challenges of both types of benchmarks are exacerbated in the multilingual context. The disparities in NLP research attention and labeled data between languages mean that there are far more benchmarks and tasks that can be used to test models in English than in other languages, particularly low resource ones. Models developed to operate in non-English contexts are still usually tested with benchmarks translated from English which, as discussed earlier, is often markedly different from the target language.

The alternative to translation is hiring people local to the contexts a model is being applied to and paying them to create data sets and develop benchmarks. This works particularly well for models built to do a specific task in a specific language (Nguyen, 2020; Tattle, n.d.), but is very expensive and resource intensive to scale up for models meant to work in many languages and contexts. It also raises challenging questions for detecting bias in language models (Talat et al., 2022) and performing inherently

political tasks, such as content moderation. For instance, a social media company trying to create a dataset of inflammatory content posted in Bosnia and Herzegovina needs people who are experts in multiple ethnic conflicts and languages (Bosnian, Serbian, Montenegrin, and Macedonian) but also unbiased in those conflicts, all in a country that lacks media pluralism or a strong civil society sector (Article 19, 2022). Scaling this to every geopolitical problem discussed in all languages on a given online service is a daunting, if not impossible, task.

When problems with multilingual language models can be found, it is often difficult to determine why they are occurring. Large language models are already opaque, even to those who develop them — neural networks, the core technology underlying large language models, are known for being particularly obtuse and for representing language in a way that doesn't map cleanly onto human-understandable concepts (Nicholas, 2020). However, multilingual language models are particularly opaque because they make unintuitive, hard-to-trace connections between languages. Take for instance, this case from an NLP paper: the Google researchers behind the Perspective API, a model for detecting "toxic" content, found that their model flagged tweets that used the Italian word "sfiga" (which roughly translates to "bad luck") as hate speech because two of the three examples included in the training dataset that contained the subword "sfiga" were labeled as hate speech ("sfigati" is an insult meaning "loser") (Lees et al., 2020). If this were a multilingual model that had mapped Italian learnings onto Turkish analysis, perhaps sentences with the equivalent Turkish word for "unlucky" ("şanssız") would also be flagged as hate speech. Even if researchers had access to all the data used to train that multilingual model, it would be extremely difficult to locate and fix this bug without knowing Italian or understanding how the model had mapped these relationships.



CDT Research

# III. Recommendations



Efforts to improve language models' performance in various languages and contexts are exciting, as they may boost connectivity and information exchange for billions of users around the world. However, language models are limited in their capabilities, and employing them too widely, without safeguards, or for the wrong kinds of tasks has the potential to raise civil liberties concerns and erect new barriers (Maundu, 2023). Unthinking deployment of large language models may impede peoples' ability to access information, employment, and public benefits, with disparate impacts for individuals in the Global South where many of the low resource languages are spoken. We should be cautious about the rapid adoption of these technologies, especially as building blocks for other types of automation in high-stakes arenas like content moderation, employment software, and resource allocation.

In this section, we offer recommendations for companies, researchers, and governments to take into consideration as they build, study, and regulate large language models, particularly in non-English language contexts.

## A. Companies

### TECHNOLOGY COMPANIES SHOULD DISCLOSE WHEN, HOW, AND IN WHAT LANGUAGES THEY USE LARGE LANGUAGE MODELS.

To better understand the problems and challenges with deploying large language models in different languages, researchers and the public need to know where to look. Companies that incorporate language models into their technical systems should always disclose how they are using them, which languages they are using them in, and what languages they have been trained on. Currently, the approach of many companies to AI transparency consists of trumpeting the capabilities of their AI systems in blog posts and press releases, and, for a few larger firms, releasing research versions of their language models that still differ from the ones they use in production. Despite publishing on AI and pushing the field forward, technology companies tend to hold information about their production AI systems, even basic information about what languages they are used in, close to the chest.

Academics and civil society have written extensively about how technology companies, particularly online service providers, could offer better transparency and accountability for their AI systems, including language models. The Santa Clara Principles, a set of principles developed and revised by global civil society groups, provides examples of the types of disclosures companies can make about their content moderation policies and processes (2021). Groups like BigScience also pave the way, exemplifying the type of documentation other model-developers can publish about their content analysis systems, including model cards, transparency reports, and other avenues to disclose more information about the linguistic makeup of a model's training data (e.g. what languages it has trained on, how much data from each language, where those datasets come from). Better transparency creates opportunities for external actors to more immediately identify potential risks and impacts on users and for technology companies to mitigate the potential dangers of deploying large language models in English and non-English contexts.

## WHEN DEPLOYED, LARGE LANGUAGE MODELS SHOULD BE ACCOMPANIED BY ADEQUATE REMEDIAL CHANNELS AND MECHANISMS THAT ENSURE INDIVIDUALS CAN APPEAL OUTCOMES AND DECISIONS MADE BY THESE SYSTEMS.

Because of the complexities of human speech and the error-prone nature of automated tools, decision-making systems built on top of large language models should be used within narrow remits and with adequate remedial channels for users encountering them. Those remedial channels and processes should have human reviewers with the same language proficiencies that their systems are deployed in. Language- and context-specific remedial channels are particularly important for allowing users to appeal decisions made by online services, especially when those decisions either restrict their expression or access to information or fundamentally determine their access to economic or social rights like the right to housing, education, and social security (United Nations Human Rights Office of the High Commissioner, n.d.).

Technology companies can also offer accountability at a system level, not just the level of individual decisions. One way to do this is to conduct and publish human rights impact assessments at the different phases of the language model's life cycle — development, testing, deployment, and evaluation (Prabhakaran et al., 2022). Publishing human rights impact assessments will also aid in other actors' decisions when procuring these systems to conduct tasks in different domains and contexts. In particular, these human rights impact assessments should consider the disparate risks to different language speakers in advance of a model being deployed in those languages. Online service providers can provide transparency by disclosing the systems and languages they use large language models in.

## COMPANIES SHOULD INVEST IN IMPROVING LANGUAGE MODEL PERFORMANCE IN INDIVIDUAL LANGUAGES BY BRINGING IN LANGUAGE AND CONTEXT EXPERTS.

Recently, an arms race has begun between Google and Meta to see who can include more languages in their multilingual language model. Meta's "No Language Left Behind" initiative trained a model on over 200 languages (NLLB Team et al., 2022); months later, Google one upped Meta with its "1,000 Languages Initiative" (Vincent, 2022). This race puts a premium on the number of languages the model trains on, rather than how well it works in each language. In particular, it is unclear how these models will handle the "curse of multilinguality," where, as explained in II.B.3, the more languages a model trains on, the less it can capture the idiosyncrasies of each language. It is also unclear how these companies define a model "working" in any of these languages.

Companies building large language models should not just focus on the number of languages their model is trained on but the quality of its performance in each language. In part, that means better benchmarks, but benchmarks can only go so far. To evaluate the full range of potential applications and pitfalls that could come with applying a language model in a specific language context, it is necessary to involve language experts, civil society, local experts, heritage and language preservation advocates, linguists, and human rights experts. These actors are crucial to ensuring that labeled training datasets adequately capture the nuances and variations of a given language. Many organizations are already doing this type of work. Uli is an example of this, where two India-based nonprofit organizations — Tattle and Centre for Internet & Society — convened a range of gender, gender-based violence, communal violence, and other language experts to annotate training datasets in Indian English, Tamil, and Hindi to build a tool capable of parsing sentiment and toxicity on Twitter. Other researchers have also pointed to using annotators to label training datasets as a way to equip models with the ability to parse variations in the speech of a certain language (Bergman & Diab, 2022; Nkemelu et al., 2022).

# B. Researchers and Funders

## RESEARCH FUNDERS SHOULD INVEST IN SPECIFIC NLP LANGUAGE COMMUNITIES TO KICKSTART THE VIRTUOUS CYCLE OF DEVELOPMENT.

Developing NLP capabilities in any language is a cyclical process, and for high resource languages — particularly English — that cycle is virtuous. When a language has lots of clean, human-annotated datasets, researchers and developers are better equipped to build models and benchmarks to test models in that language. More models and

benchmarks lead to more publications, conferences, and real-world use cases. And finally, increased demand for research and software in a language drives demand for more datasets. For low resource languages, however, the virtuous cycle is hard to kickstart. Without tools, annotators, and financial investment earmarked for different language communities, NLP researchers cannot create the datasets needed to build models or benchmarks, and even if they could, they face difficulties publishing or getting attention for their work in popular journals and conferences. The most prestigious NLP publications focus disproportionately on English; languages without their own self-sustaining NLP communities end up to a handful of specialized outlets.

Investments into non-English NLP should particularly focus on creating self-sustaining scholarly NLP communities, and doing this requires investing in all levels at once. The groups that are best set up to properly allocate these investments are the language- and geography-specific NLP research communities that have cropped up over the years, such as such as Masakhane, AmericasNLP, ARBML, and others who can convene practitioners around common goals to advance the field (Alyafeai & Al-Shaibani, 2020; AmericasNLP, 2022; Orife et al., 2020). These communities know what kind of data sets should be built, which community actors are needed to properly vet them, and what kind of competitions and conferences should be run to keep the virtuous cycles going. One model for how this can work is exemplified by EVALITA, an event hosted by the Italian Association for Computational Linguistics. In it, researchers first submit data sets for new language tasks, such as identifying misogyny or dating documents. Then, researchers compete to train models to perform those tasks the best. Finally, those results get published, thus generating interest and attention toward Italian NLP and ensuring researchers continue to build tools for the language (Basile et al., 2020).

Private companies can contribute not only by financially supporting these efforts but by sharing more of the non-English datasets they use to train their large language models, both for transparency and to support research. Large tech companies have already shared the code for training many of their multilingual language models — Meta's XLM-R and Google's mBERT are the subjects of most multilingual model research in publication — and disclosed the data they train them on — CommonCrawl, and Wikipedia and BooksCorpus, respectively. However, the models that Google, Meta, OpenAI, and other large companies use in their products train on other, proprietary, language data. Companies should share more of their training data, both for public accountability and to bolster research.

Large language models have by and large been built by private companies, but private incentives may be at odds with developing these models in safe and equitable ways. Government investment into non-English large language model research could lead to improvements in areas private companies may be underinvesting in (Mazzucato, 2014). DARPA's late 2010's LORELEI project, aimed at spurring research into low

resource languages to improve translation for humanitarian efforts, is a good first step, but further government incentives could help assure that NLP researchers invest in a broad range of approaches and languages, rather than focus disproportionately on English. BigScience's BLOOM is a good example of how large language models can be developed in the open and with public support. The French government is one of many funders which has allowed BLOOM to remain open to inquiry by other NLP practitioners. The multilingual language model was trained using ROOTs, a 1.6TB multilingual dataset that is clearly documented and available for NLP practitioners to analyze (Laurençon et al., 2022).

## RESEARCHERS SHOULD FOCUS ON MEASURING AND ADDRESSING THE IMPACTS OF LARGE LANGUAGE MODELS.

Technologists understand little about the internal logic of how large language models operate and therefore have a difficult time predicting when they make mistakes, what the effects of these mistakes will be, and how to fix them. Multilinguality only exacerbates this problem. Better tools are needed to interrogate large language models, particularly multilingual language models, about why they make the decisions and mistakes they do, and how to fix them.

In particular, the increased use of multilingual language models has the potential to help and harm language communities. Enabling greater digital participation amongst a language community raises something that researchers call the "Janus-face nature of digital participation" (NLLB Team et al., 2022): it allows more to participate and benefit from the digital economy, however, it may also expose more people to the harms present online, often without their consultation and consent (Hao, 2022; Toyama, 2015). More research on the effects and externalities of the increased use of language models and specifically multilingual language models must grapple with the impacts these tools have on different linguistic communities, linguistic preservation and diversity efforts, and access to opportunity for all.

Different actors have different roles to play here. Civil society has a role in documenting the impacts of these models and imagining what these "better" models should look like. There are many open questions around the types of problems that need automated solutions, what more representative datasets might look like, how to manage the tradeoffs between languages, how large language models affect linguistic preservation efforts, and what the rights implications are of using large language models, among other things. Academics and corporate researchers have a role in better defining the contexts and tasks these models hope to address, and developing quantitative and qualitative methods to evaluate these desired normative values. And companies that deploy language models can provide researchers more transparency into how their models work, what data they are trained on, and in what situations they use them so researchers can better tailor their research to reflect what is happening in real-world systems.

# C. Governments

## GOVERNMENTS SHOULD CAUTION AGAINST USING AUTOMATED DECISION-MAKING SYSTEMS THAT RELY ON LARGE LANGUAGE MODELS TO MAKE HIGH-STAKES DECISIONS.

Many governments have deployed or are considering deploying systems that use natural language processing technology as part of AI systems to make high-impact decisions, such as determining immigration status or selecting judicial cases to try (Patel et al., 2020; Rionda & Mejia, 2021). Vendors who build these systems may soon follow the larger industry trend of incorporating large language models since they are relatively cheap to build and easy to adapt as requirements change. However, as discussed throughout this paper, large language models are a relatively novel technology that has technical limitations. These tools pose serious civil liberty concerns that are magnified in non-English contexts and when used to make decisions that may affect a person's livelihood. For instance, if a large language model is used as the basis of an algorithm to evaluate affordable housing applications and the text that large language model was trained on exhibits anti-Muslim bias, the resulting affordable housing algorithm may disproportionately deny Muslims' applications. Relying on large language models to make high-stakes decisions can have outsized, negative impacts on individuals' lives, impeding safety and access to economic opportunities.

Governments should therefore never rely solely on automated systems that incorporate large language models to make high-risk decision-making areas, such as pretrial risk assessment, allocation of social services, and immigration status. Policymakers should consider the impact on rights and access to services when procuring new tools and vendors to build these systems and conduct and disclose any assessments conducted on these systems. They should also be cautious when adopting these systems for information sharing services, such as chatbots about social services or that provide healthcare information, and test them extensively in every language in which they are deployed, and never use them to entirely replace human intermediaries.

## GOVERNMENTS SHOULD NOT MANDATE OR INADVERTENTLY REQUIRE BY LAW THE USE OF AUTOMATED CONTENT ANALYSIS SYSTEMS TO DETECT OR REMOVE CONTENT IN ANY LANGUAGE.

Governments around the world are increasingly pressuring online service providers to limit content they find to be inaccurate or harmful, such as misinformation related to health care, or preemptively monitor online speech which may incite violence. Given the scale of content available on social media and other services, this has driven an interest amongst governments to mandate that online service providers use automated content analysis systems to detect or remove content they deem as "illegal" or harmful to their constituents.

This is ill-advised. Mandating the use of automated content moderation technologies or requiring companies to take down content in a limited time period (effectively requiring the use of automated technologies) opens the door for the overbroad removal of speech. Large language models, especially in non-English language contexts, are not a magical technology that can perfectly distinguish between "good" and "bad" speech. At best, they are an imprecise technology that fails to understand the context of speech — for instance, when an individual uses a slur versus when a journalist documents the use of a slur by that individual. At worst, they are tools that can be appropriated by governments to squash dissent and freedom of expression. Efforts to persuade tech companies to improve their automated systems, clarify their policies, introduce more accountability, and promote parity between languages are all welcome, but requiring companies to adopt certain technologies is not an effective way to achieve those ends.

**INTERNATIONAL AND MULTILATERAL STANDARDS BODIES, REGULATORY AGENCIES, AND OTHERS SHOULD CONVENE MULTI-STAKEHOLDER DISCUSSIONS ABOUT STANDARDS AND GUARDRAILS FOR THE DEVELOPMENT AND USE OF LARGE LANGUAGE MODELS.**

The norms around when and how multilingual language models should be deployed are very much in flux. Those norms so far have mostly been established implicitly by technology companies in the ways they build and deploy these models, but trends in these norms may be at odds with the public interest. For instance, OpenAI revealed some information about the training data they used for GPT-3 but almost nothing about GPT-4; Open AI co-founder Ilya Sutskever described having shared information about GPT-3's training data as "just not wise" and something the company would unlikely do again (Vincent, 2023b).

Companies should not have a monopoly on the norms around language models. Governmental and nongovernmental convening bodies need to organize and push back to establish counter-norms that better serve the public's interests. This field is early on enough that these bodies should discuss what positive outcomes even look like. Users affected by the deployment of large language models need to be at the table for those conversations. Government agencies and multilateral organizations (e.g. the Internet Engineering Task Force, United Nations) can play a coordinating role to get together the relevant stakeholders to come up with such standards.

There are also larger questions to reckon with when it comes to the use of large language models in non-English contexts. At once, companies are increasingly deploying multilingual language models to bridge the gap between the functionality in English and other languages across a myriad of tasks, such as harmful content detection, sentiment analysis, and content scanning. However, as we show in this paper, these multilingual systems are relatively new and perform inconsistently across languages.

If deployed prematurely and without guardrails, these models pose real risks to individuals around the world and in particular their ability to express themselves freely. These risks have the potential to compound existing challenges in the information environment for individuals in Western democracies where there are real vacuums of available information in languages other than English and in countries in the Global South where there are already real threats to the free expression and exchange of information posed by majoritarian and institutional powers (Golebiewski & boyd, 2018). Alternatively, companies may decide to only roll out systems that have been fine-tuned for English and wait until there is enough data and tooling available for non-English language tools — something that will take an enormous amount of financial investment, time, effort, and rare consensus — further entrenching the digital divide and Anglocentrism present online. Both scenarios are lose-lose for all speakers on the web. This is a wicked problem and the current incentives are at play to build bigger models, and with more languages. Multi-stakeholder bodies are much better positioned than companies to determine when the risks associated with building larger, more multilingual language models are worth taking.



# Works Cited

Abid, A., Farooqi, M., & Zou, J. (2021). Large language models associate Muslims with violence. *Nature Machine Intelligence*, 3(6), Article 6. [perma.cc/HK4B-3AAQ]

ACL. (2021, August 3). *ACL 2022 Theme Track: "Language Diversity: from Low-Resource to Endangered Languages."* ACL. [perma.cc/F2YW-QZBP]

*ACL Rolling Review Dashboard*. (2022). Papers Mentioning >0 Languages. [perma.cc/EQU9-5CWQ]

Agerri, R., Vicente, I. S., Campos, J. A., Barrena, A., Saralegi, X., Soroa, A., & Agirre, E. (2020). Give your Text Representation Models some Love: The Case for Basque. *Proceedings of the 12th Conference on Language Resources and Evaluation*, 4781–4788. [perma.cc/R2DA-GGQZ]

Alyafeai, Z., & Al-Shaibani, M. (2020). ARBML: Democratizing Arabic Natural Language Processing Tools. *Proceedings of Second Workshop for NLP Open Source Software (NLP-OSS)*, 8–13. [perma.cc/4TFY-E9EJ]

Amer, M. (2022, July 13). *Large Language Models and Where to Use Them: Part 2*. Cohere. [perma.cc/CRT5-HDX8]

AmericasNLP. (2022, December 7). *Second Workshop on NLP for Indigenous Languages of the Americas (AmericasNLP)*. [perma.cc/SC88-9WGF]

Amrute, S., Singh, R., & Guzmán, R. L. (2022). *A Primer on AI in/from the Majority World*. Data & Society. [perma.cc/SR8B-J2L9]

Antoun, W., Baly, F., & Hajj, H. (2020). AraBERT: Transformer-based Model for Arabic Language Understanding. *Proceedings of the 4th Workshop on Open-Source Arabic Corpora and Processing Tools, with a Shared Task on Offensive Language Detection*, 9–15. [perma.cc/X5VJ-JKXQ]

Artetxe, M., Labaka, G., & Agirre, E. (2020). Translation Artifacts in Cross-lingual Transfer Learning. *Proceedings of the 2020 Conference on Empirical Methods in Natural Language Processing (EMNLP)*, 7674–7684. [perma.cc/MZY5-DL83]

Artetxe, M., Ruder, S., & Yogatama, D. (2020). On the Cross-lingual Transferability of Monolingual Representations. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 4623–4637. [perma.cc/7WMN-5QPR]

Artetxe, M., & Schwenk, H. (2019). Massively Multilingual Sentence Embeddings for Zero-Shot Cross-Lingual Transfer and Beyond. *Transactions of the Association for Computational Linguistics*, 7, 597–610. [perma.cc/LB6R-GH9K]

Article 19. (2022). *Bridging the Gap: Local voices in content moderation. Bosnia and Herzegovina*. [perma.cc/ASU5-ST4N]

Avaaz. (2019). *Megaphone for Hate: Disinformation and Hate Speech on Facebook During Assam's Citizenship Count*. Avaaz. [perma.cc/5MXS-7P7N]

Basile, V., Maro, M. D., Croce, D., & Passaro, L. (2020, December 17). _EVALITA 2020: Overview of the 7th Evaluation Campaign of Natural Language Processing and Speech Tools for Italian_. Seventh Evaluation Campaign of Natural Language Processing and Speech Tools for Italian, Online. [perma.cc/76EK-EJQ8]

Belloni, M. (2021, December 8). Multilingual message content moderation at scale. _Bumble Tech_. [perma.cc/RL2A-L2BD]

Bender, E. (2019, September 15). _The #BenderRule: On Naming the Languages We Study and Why It Matters_. The Gradient. [perma.cc/J3ZM-A5UP]

Bender, E., Gebru, T., McMillan-Major, A., & Shmitchell, S. (2021). On the Dangers of Stochastic Parrots: Can Language Models Be Too Big? . _Proceedings of the 2021 ACM Conference on Fairness, Accountability, and Transparency_, 610–623. [perma.cc/3KLC-TBUY]

Bender, E., & Koller, A. (2020). Climbing towards NLU: On Meaning, Form, and Understanding in the Age of Data. _Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics_, 5185–5198. [perma.cc/TN3W-5NTC]

Bergman, A., & Diab, M. (2022). Towards Responsible Natural Language Annotation for the Varieties of Arabic. _Findings of the Association for Computational Linguistics: ACL 2022_, 364–371. [perma.cc/Q37M-8F2Y]

BigScience Workshop, Scao, T. L., Fan, A., Akiki, C., Pavlick, E., Ilić, S., Hesslow, D., Castagné, R., Luccioni, A. S., Yvon, F., Gallé, M., Tow, J., Rush, A. M., Biderman, S., Webson, A., Ammanamanchi, P. S., Wang, T., Sagot, B., Muennighoff, N., ... Wolf, T. (2023). _BLOOM: A 176B-Parameter Open-Access Multilingual Language Model_ (arXiv:2211.05100). arXiv. [perma.cc/2K4Z-F5U7]

Birhane, A., Kalluri, P., Card, D., Agnew, W., Dotan, R., & Bao, M. (2022). The Values Encoded in Machine Learning Research. _2022 ACM Conference on Fairness, Accountability, and Transparency_, 173–184. [perma.cc/9GNB-JHQ5]

Birhane, A., & Prabhu, V. U. (2021). Large image datasets: A pyrrhic win for computer vision? _2021 IEEE Winter Conference on Applications of Computer Vision_, 1536–1546. [perma.cc/Q8LP-THYK]

Bizzoni, Y., Juzek, T. S., España-Bonet, C., Dutta Chowdhury, K., van Genabith, J., & Teich, E. (2020). How Human is Machine Translationese? Comparing Human and Machine Translations of Text and Speech. _Proceedings of the 17th International Conference on Spoken Language Translation_, 280–290. [perma.cc/4DTZ-DVKC]

Bommasani, R., Hudson, D. A., Adeli, E., Altman, R., Arora, S., von Arx, S., Bernstein, M. S., Bohg, J., Bosselut, A., Brunskill, E., Brynjolfsson, E., Buch, S., Card, D., Castellon, R., Chatterji, N., Chen, A., Creel, K., Davis, J. Q., Demszky, D., ... Liang, P. (2021). _On the Opportunities and Risks of Foundation Models. Stanford Center for Research on Foundation Models_. [perma.cc/3TKJ-UM2F]

Brown, T., Mann, B., Ryder, N., Subbiah, M., Kaplan, J. D., Dhariwal, P., Neelakantan, A., Shyam, P., Sastry, G., Askell, A., Agarwal, S., Herbert-Voss, A., Krueger, G., Henighan, T., Child, R., Ramesh, A., Ziegler, D., Wu, J., Winter, C., ... Amodei, D. (2020). Language Models are Few-Shot Learners. _Advances in Neural Information Processing Systems_, 33, 1877–1901. [perma.cc/7EES-WDAB]

Cahyawijaya, S., Lovenia, H., Aji, A. F., Winata, G. I., Wilie, B., Mahendra, R., Wibisono, C., Romadhony, A., Vincentio, K., Koto, F., Santoso, J., Moeljadi, D., Wirawan, C., Hudi, F., Parmonangan, I. H., Alfina, I., Wicaksono, M. S., Putra, I. F., Rahmadani, S., ... Purwarianti, A. (2022). _NusaCrowd: Open Source Initiative for Indonesian NLP Resources_ (arXiv:2212.09648). arXiv. [perma.cc/UQ3Y-4LKW]

Callahan, E. S., & Herring, S. C. (2011). Cultural bias in Wikipedia content on famous persons. *Journal of the American Society for Information Science and Technology*, 62(10), 1899–1915. [perma.cc/2S8K-YEJK]

Carlini, N., Ippolito, D., Jagielski, M., Lee, K., Tramer, F., & Zhang, C. (2023, February 1). *Quantifying Memorization Across Neural Language Models*. The Eleventh International Conference on Learning Representations. [perma.cc/678U-9PAQ]

Carlini, N., Tramer, F., Wallace, E., Jagielski, M., Herbert-Voss, A., Lee, K., Roberts, A., Brown, T., Song, D., Erlingsson, U., Oprea, A., & Raffel, C. (2021). *Extracting Training Data from Large Language Models* (arXiv:2012.07805). arXiv. [perma.cc/58MA-VWRZ]

Caswell, I., Breiner, T., van Esch, D., & Bapna, A. (2020). Language ID in the Wild: Unexpected Challenges on the Path to a Thousand-Language Web Text Corpus. *Proceedings of the 28th International Conference on Computational Linguistics*, 6588–6608. [perma.cc/8RFD-DTUK]

Chi, E. A., Hewitt, J., & Manning, C. D. (2020). Finding Universal Grammatical Relations in Multilingual BERT. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 5564–5577. [perma.cc/8LNR-VNY9]

Choi, H., Kim, J., Joe, S., Min, S., & Gwon, Y. (2021). *Analyzing Zero-shot Cross-lingual Transfer in Supervised NLP Tasks* (arXiv:2101.10649). arXiv. [perma.cc/NEB9-8THZ]

Chowdhery, A., Narang, S., Devlin, J., Bosma, M., Mishra, G., Roberts, A., Barham, P., Chung, H. W., Sutton, C., Gehrmann, S., Schuh, P., Shi, K., Tsvyashchenko, S., Maynez, J., Rao, A., Barnes, P., Tay, Y., Shazeer, N., Prabhakaran, V., ... Fiedel, N. (2022). *PaLM: Scaling Language Modeling with Pathways*. Google Research. [perma.cc/NZ7N-6GPB]

Christian, J. (2018, July 20). Why Is Google Translate Spitting Out Sinister Religious Prophecies? *Vice*. [perma.cc/8YQU-NUFM]

Conneau, A., Khandelwal, K., Goyal, N., Chaudhary, V., Wenzek, G., Guzmán, F., Grave, E., Ott, M., Zettlemoyer, L., & Stoyanov, V. (2020). Unsupervised Cross-lingual Representation Learning at Scale. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 8440–8451. [perma.cc/2MP6-9W3J]

Conneau, A., & Lample, G. (2019). Cross-lingual Language Model Pretraining. *Advances in Neural Information Processing Systems*, 32. [perma.cc/N7EE-JM83]

Conneau, A., Wu, S., Li, H., Zettlemoyer, L., & Stoyanov, V. (2020). Emerging Cross-lingual Structure in Pretrained Language Models. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 6022–6034. [perma.cc/3NHR-G7Y4]

Corradi, A. (2017, April 25). *The Linguistic Colonialism of English*. Brown Political Review. [perma.cc/5M3M-9EMN]

Corvey, W. (2014). *Low Resource Languages for Emergent Incidents*. Defense Advanced Research Projects Agency. [perma.cc/4FDR-M3YC]

Crawford, K. (2021). *Atlas of AI: Power, politics, and the planetary costs of artificial intelligence*. Yale University Press.

de Varda, A. G., & Marelli, M. (2023). Data-driven Cross-lingual Syntax: An Agreement Study with Massively Multilingual Models. *Computational Linguistics*, 1–39. [perma.cc/7LQP-EEBQ]

de Vries, W., van Cranenburgh, A., Bisazza, A., Caselli, T., van Noord, G., & Nissim, M. (2019). *BERTje: A Dutch BERT Model* (arXiv:1912.09582). arXiv. [perma.cc/MGU3-WPXR]

Devlin, J., Chang, M.-W., Lee, K., & Toutanova, K. (2019). BERT: Pre-training of Deep Bidirectional Transformers for Language Understanding. *Proceedings of the 2019 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies, Volume 1 (Long and Short Papers)*, 4171–4186. [perma.cc/E46R-UYDE]

Dodge, J., Sap, M., Marasović, A., Agnew, W., Ilharco, G., Groeneveld, D., Mitchell, M., & Gardner, M. (2021). Documenting Large Webtext Corpora: A Case Study on the Colossal Clean Crawled Corpus. *Proceedings of the 2021 Conference on Empirical Methods in Natural Language Processing*, 1286–1305. [perma.cc/3GC6-UEWJ]

Duarte, N., Llansó, E., & Loup, A. C. (2017). *Mixed Messages? The Limits of Automated Social Media Content Analysis*. Center for Democracy & Technology. [perma.cc/9BRH-5ZZN]

Dulhanty, C., Deglint, J. L., Daya, I. B., & Wong, A. (2019, November 26). *Taking a Stance on Fake News: Towards Automatic Disinformation Assessment via Deep Bidirectional Transformer Language Models for Stance Detection*. NeurIPS 2019, Vancouver. [perma.cc/P5JD-5AD9]

Ebers, M., Poncibò, C., & Zou, M. (Eds.). (2022). *Contracting and Contract Law in the Age of Artificial Intelligence*. Hart Publishing. [perma.cc/G4XR-VYNL]

Eronen, J., Ptaszynski, M., & Masui, F. (2023). Zero-shot cross-lingual transfer language selection using linguistic similarity. *Information Processing & Management*, 60(3), 103250. [perma.cc/S78N-C9MR]

Ethnologue. (2023a). *Assamese*. Ethnologue, Languages of the World. [perma.cc/BE78-H3PN]

Ethnologue. (2023b). *Statistics*. Ethnologue, Languages of the World. [perma.cc/H27U-44TK]

Ganguli, D., Hernandez, D., Lovitt, L., DasSarma, N., Henighan, T., Jones, A., Joseph, N., Kernion, J., Mann, B., Askell, A., Bai, Y., Chen, A., Conerly, T., Drain, D., Elhage, N., Showk, S. E., Fort, S., Hatfield-Dodds, Z., Johnston, S., ... Clark, J. (2022). Predictability and Surprise in Large Generative Models. *2022 ACM Conference on Fairness, Accountability, and Transparency*, 1747–1764. [perma.cc/C8YH-6LMA]

Golebiewski, M., & boyd, danah. (2018). *Data Voids: Where Missing Data Can Easily Be Exploited*. Data & Society. [perma.cc/HE5A-7QTJ]

Góngora, S., Giossa, N., & Chiruzzo, L. (2021). Experiments on a Guarani Corpus of News and Social Media. *Proceedings of the First Workshop on Natural Language Processing for Indigenous Languages of the Americas*, 153–158. [perma.cc/N6S5-4PGN]

Grant-Chapman, H., Laird, E., & Venzke, C. (2021). *Student Activity Monitoring Software Research Insights and Recommendations*. Center for Democracy & Technology. [perma.cc/FY8G-WC2P]

Gröndahl, T., Pajola, L., Juuti, M., Conti, M., & Asokan, N. (2018). All You Need is "Love": Evading Hate Speech Detection. *Proceedings of the 11th ACM Workshop on Artificial Intelligence and Security*, 2–12. [perma.cc/T6P5-FRX5]

Hao, K. (2022, April 22). *A new vision of artificial intelligence for the people*. MIT Technology Review. [perma.cc/54U3-KU5C]

Heikkilä, M. (2022, November 14). *We're getting a better idea of AI's true carbon footprint*. MIT Technology Review. [perma.cc/8PWZ-ESJK]

Hutchinson, B., Prabhakaran, V., Denton, E., Webster, K., Zhong, Y., & Denuyl, S. (2020). Social Biases in NLP Models as Barriers for Persons with Disabilities. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 5491–5501. [perma.cc/8FGR-P3FA]

Izsak, P., Berchansky, M., & Levy, O. (2021). How to Train BERT with an Academic Budget. *Proceedings of the 2021 Conference on Empirical Methods in Natural Language Processing*, 10644–10652. [perma.cc/8MPG-W2QE]

Joshi, P., Santy, S., Budhiraja, A., Bali, K., & Choudhury, M. (2020). The State and Fate of Linguistic Diversity and Inclusion in the NLP World. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 6282–6293. [perma.cc/82HQ-EH65]

Kaack, L. H., Donti, P. L., Strubell, E., Kamiya, G., Creutzig, F., & Rolnick, D. (2022). Aligning artificial intelligence with climate change mitigation. *Nature Climate Change*, 12(6), Article 6. [perma.cc/7C4S-X2LH]

Khan, M., & Hanna, A. (2023). The Subjects and Stages of AI Dataset Development: A Framework for Dataset Accountability. *Ohio State Technology Law Journal*, 19. [perma.cc/XLG3-AP2J]

Kinchin, N., & Mougouei, D. (2022). What Can Artificial Intelligence Do for Refugee Status Determination? A Proposal for Removing Subjective Fear. *International Journal of Refugee Law*. [perma.cc/3KER-DZ5R]

Koehn, P., & Knowles, R. (2017). Six Challenges for Neural Machine Translation. *Proceedings of the First Workshop on Neural Machine Translation*, 28–39. [perma.cc/9WSQ-HQJY]

Kornai, A. (2013). Digital Language Death. PLOS ONE, 8(10), e77056. [perma.cc/MMZ8-C9VH]

Kreutzer, J., Caswell, I., Wang, L., Wahab, A., van Esch, D., Ulzii-Orshikh, N., Tapo, A., Subramani, N., Sokolov, A., Sikasote, C., Setyawan, M., Sarin, S., Samb, S., Sagot, B., Rivera, C., Rios, A., Papadimitriou, I., Osei, S., Suarez, P. O., ... Adeyemi, M. (2022). Quality at a Glance: An Audit of Web-Crawled Multilingual Datasets. *Transactions of the Association for Computational Linguistics*, 10, 50–72. [perma.cc/YZ7B-Q7PN]

Kublik, V. (n.d.). *EU/US Copyright Law and Implications on ML Training Data*. Valohai. [perma.cc/LD3Z-RVW7]

Kupfer, M., & Muyumba, J. (2022). *Language & Coloniality: Non-Dominant Languages in the Digital Landscape*. Pollicy. [perma.cc/PM8N-Y9YW]

Laurençon, H., Saulnier, L., Wang, T., Akiki, C., Moral, A. V. del, Scao, T. L., Werra, L. V., Mou, C., Ponferrada, E. G., Nguyen, H., Frohberg, J., Šaško, M., Lhoest, Q., McMillan-Major, A., Dupont, G., Biderman, S., Rogers, A., Allal, L. B., Toni, F. D., ... Jernite, Y. (2022, October 31). *The BigScience ROOTS Corpus: A 1.6TB Composite Multilingual Dataset*. Thirty-sixth Conference on Neural Information Processing Systems Datasets and Benchmarks Track. [perma.cc/QS7B-YNYU]

Lauscher, A., Ravishankar, V., Vulić, I., & Glavaš, G. (2020). From Zero to Hero: On the Limitations of Zero-Shot Language Transfer with Multilingual Transformers. *Proceedings of the 2020 Conference on Empirical Methods in Natural Language Processing (EMNLP)*, 4483–4499. [perma.cc/ZJ3R-95JM]

Lees, A., Sorensen, J., & Kivlichan, I. (2020). Jigsaw @ AMI and HaSpeeDe2: Fine-Tuning a Pre-Trained Comment-Domain BERT Model. In V. Basile, D. Croce, M. Maro, & L. C. Passaro (Eds.), *EVALITA Evaluation of NLP and Speech Tools for Italian—December 17th, 2020* (pp. 40–47). Accademia University Press. [perma.cc/9D4M-RSCL]

Lees, A., Tran, V. Q., Tay, Y., Sorensen, J., Gupta, J., Metzler, D., & Vasserman, L. (2022). A New Generation of Perspective API: Efficient Multilingual Character-level Transformers. *Proceedings of the 28th ACM SIGKDD Conference on Knowledge Discovery and Data Mining*, 3197–3207. [perma.cc/5K82-WG8J]

Libovický, J., Rosa, R., & Fraser, A. (2019). How Language-Neutral is Multilingual BERT? (arXiv:1911.03310). arXiv. [perma.cc/96RW-WXBL]

Lin, X. V., Mihaylov, T., Artetxe, M., Wang, T., Chen, S., Simig, D., Ott, M., Goyal, N., Bhosale, S., Du, J., Pasunuru, R., Shleifer, S., Koura, P. S., Chaudhary, V., O'Horo, B., Wang, J., Zettlemoyer, L., Kozareva, Z., Diab, M., … Li, X. (2022). Few-shot Learning with Multilingual Generative Language Models. *Proceedings of the 2022 Conference on Empirical Methods in Natural Language Processing*, 9019–9052. [perma.cc/5QY9-97G5]

Lokhov, I. (2021, January 28). *Why are there so many Wikipedia articles in Swedish and Cebuano?* Datawrapper Blog. [perma.cc/WDL2-TF53]

Luccioni, A., & Viviano, J. (2021). What's in the Box? An Analysis of Undesirable Content in the Common Crawl Corpus. *Proceedings of the 59th Annual Meeting of the Association for Computational Linguistics and the 11th International Joint Conference on Natural Language Processing (Volume 2: Short Papers)*, 182–189. [perma.cc/2QQU-NRPB]

Lunden, I. (2023, March 14). Nabla, a digital health startup, launches Copilot, using GPT-3 to turn patient conversations into action. *TechCrunch*. [perma.cc/MK55-SV54]

Martin, G., Mswahili, M. E., Jeong, Y.-S., & Woo, J. (2022). SwahBERT: Language Model of Swahili. *Proceedings of the 2022 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies*, 303–313. [perma.cc/3ZP6-V6AJ]

Martin, L., Muller, B., Suárez, P. J. O., Dupont, Y., Romary, L., de la Clergerie, É. V., Seddah, D., & Sagot, B. (2020). CamemBERT: A Tasty French Language Model. *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics*, 7203–7219. [perma.cc/76EU-4LTM]

Masakhane. (n.d.). *Masakhane*. Retrieved December 21, 2022. [perma.cc/A7SA-ALPM]

Maundu, C. (2023, February 21). *How language denies people access to public information*. Nation. [perma.cc/8C4B-JS3Y]

Mazzucato, M. (2014). *The entrepreneurial state: Debunking public vs. private sector myths* (Revised edition). Anthem Press.

Meta AI. (2019, November 7). XLM-R: State-of-the-art cross-lingual understanding through self-supervision. Meta AI. [perma.cc/J55N-4MV5]

Micallef, K., Gatt, A., Tanti, M., van der Plas, L., & Borg, C. (2022). Pre-training Data Quality and Quantity for a Low-Resource Language: New Corpus and BERT Models for Maltese. *Proceedings of the Third Workshop on Deep Learning for Low-Resource Natural Language Processing*, 90–101. [perma.cc/QY8V-9Q6H]

Mikolov, T., Chen, K., Corrado, G., & Dean, J. (2013, September 6). *Efficient Estimation of Word Representations in Vector Space*. International Conference on Learning Representations. [perma.cc/T869-PDX4]

Muller, B., Anastasopoulos, A., Sagot, B., & Seddah, D. (2021). When Being Unseen from mBERT is just the Beginning: Handling New Languages With Multilingual Language Models. *Proceedings of the 2021 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies*, 448–462. [perma.cc/J5MH-QDW3]

Nadkarni, P. M., Ohno-Machado, L., & Chapman, W. W. (2011). Natural language processing: An introduction. *Journal of the American Medical Informatics Association : JAMIA*, 18(5), 544–551. [perma.cc/72PK-UGK9]

Nekoto, W., Marivate, V., Matsila, T., Fasubaa, T., Fagbohungbe, T., Akinola, S. O., Muhammad, S., Kabongo Kabenamualu, S., Osei, S., Sackey, F., Niyongabo, R. A., Macharm, R., Ogayo, P., Ahia, O., Berhe, M. M., Adeyemi, M., Mokgesi-Selinga, M., Okegbemi, L., Martinus, L., ... Bashir, A. (2020). Participatory Research for Low-resourced Machine Translation: A Case Study in African Languages. *Findings of the Association for Computational Linguistics: EMNLP 2020*, 2144–2160. [perma.cc/5BVM-LUMM]

Nguer, E. M., Lo, A., Dione, C. M. B., Ba, S. O., & Lo, M. (2020). SENCORPUS: A French-Wolof Parallel Corpus. *Proceedings of the Twelfth Language Resources and Evaluation Conference*, 2803–2811. [perma.cc/NBE7-QCZW]

Nguyen, T. (2020, November 27). *Why fake news is so hard to combat in Asian American communities*. Vox. [perma.cc/45GF-UUEC]

Nicholas, G. (2020). Explaining Algorithmic Decisions. *Georgetown Law Technology Review*, 4(711), 20. [perma.cc/UD7D-HF6F]

Nicholas, G. (2022). Shedding Light on Shadowbanning. *Center for Democracy & Technology*. [perma.cc/D2TS-Y92D]

Nkemelu, D., Shah, H., Essa, I., & Best, M. L. (2023). *Tackling Hate Speech in Low-resource Languages with Context Experts*. International Conference on Information & Communication Technologies and Development, Washington, USA. [perma.cc/5QK7-GTMR]

NLLB Team, Costa-jussà, M. R., Cross, J., Çelebi, O., Elbayad, M., Heafield, K., Heffernan, K., Kalbassi, E., Lam, J., Licht, D., Maillard, J., Sun, A., Wang, S., Wenzek, G., Youngblood, A., Akula, B., Barrault, L., Gonzalez, G. M., Hansanti, P., ... Wang, J. (2022). *No Language Left Behind: Scaling Human-Centered Machine Translation* (arXiv:2207.04672). arXiv. [perma.cc/LZH5-DMUA]

Okerlund, J., Klasky, E., Middha, A., Kim, S., Rosenfeld, H., Kleinman, M., & Parthasarathy, S. (2022). *What's in the Chatterbox? Large Language Models, Why They Matter, and What We Should Do About Them*. University of Michigan. [perma.cc/8SXE-RSYE]

OpenAI. (2023). *GPT-4 Technical Report* (arXiv:2303.08774). arXiv. [perma.cc/6ACB-LZYC]

Orife, I., Kreutzer, J., Sibanda, B., Whitenack, D., Siminyu, K., Martinus, L., Ali, J. T., Abbott, J., Marivate, V., Kabongo, S., Meressa, M., Murhabazi, E., Ahia, O., van Biljon, E., Ramkilowan, A., Akinfaderin, A., Öktem, A., Akin, W., Kioko, G., ... Bashir, A. (2020). *Masakhane—Machine Translation For Africa* (arXiv:2003.11529). arXiv. [perma.cc/84Z4-S7AZ]

Patel, F., Levinson-Waldman, R., Koreh, R., & DenUyl, S. (2020). *Social Media Monitoring*. Brennan Center for Justice. [perma.cc/N5LF-ZKP2]

Phillipson, R. (1992). *Linguistic Imperialism*. Oxford University Press.

Pires, T., Schlinger, E., & Garrette, D. (2019). How Multilingual is Multilingual BERT? *Proceedings of the 57th Annual Meeting of the Association for Computational Linguistics*, 4996–5001. [perma.cc/4DPF-LWWX]

Png, M.-T. (2022). At the Tensions of South and North: Critical Roles of Global South Stakeholders in AI Governance. *2022 ACM Conference on Fairness, Accountability, and Transparency*, 1434–1445. [perma.cc/Z7HD-3T4A]

Polignano, M., Basile, P., Degemmis, M., Semeraro, G., & Basile, V. (2019). *AlBERTo: Italian BERT Language Understanding Model for NLP Challenging Tasks Based on Tweets*. Sixth Italian Conference on Computational Linguistics, Bari, Italy. [perma.cc/RBY9-4JHJ]

Prabhakaran, V., Mitchell, M., Gebru, T., & Gabriel, I. (2022). *A Human Rights-Based Approach to Responsible AI* (arXiv:2210.02667). arXiv. [perma.cc/R97H-WQSK]

Prates, M., Avelar, P., & Lamb, L. (2020). Assessing gender bias in machine translation: A case study with Google Translate. *Neural Computing and Applications*, 32. [perma.cc/CGK2-NMU2]

Pym, A., Ayvazyan, N., & Prioleau, J. M. (2022). Should raw machine translation be used for public-health information? Suggestions for a multilingual communication policy in Catalonia. *Just. Journal of Language Rights & Minorities, Revista de Drets Lingüístics i Minories*, 1(1–2), 71–99. [perma.cc/HSA8-TB3F]

Raji, D., Denton, E., Bender, E. M., Hanna, A., & Paullada, A. (2021). AI and the Everything in the Whole Wide World Benchmark. *Proceedings of the Neural Information Processing Systems Track on Datasets and Benchmarks*, 1. [perma.cc/EX84-X9BQ]

Razeghi, Y., Logan IV, R. L., Gardner, M., & Singh, S. (2022). Impact of Pretraining Term Frequencies on Few-Shot Numerical Reasoning. *Findings of the Association for Computational Linguistics: EMNLP 2022*, 840–854. [perma.cc/SMG9-BSKV]

Reid, M., & Artetxe, M. (2022). *On the Role of Parallel Data in Cross-lingual Transfer Learning* (arXiv:2212.10173). arXiv. [perma.cc/83GW-CVXX]

Richter, F. (n.d.). *English Is the Internet's Universal Language*. Statista Infographics. Retrieved December 14, 2022, from [perma.cc/WW7B-7X37]

Rionda, V. P. S., & Mejia, J. C. U. (2021). *PretorIA y la automatización del procesamiento de causas de derechos humanos*. Derechos Digitales and Dejusticia. [perma.cc/65MQ-X484]

Rowe, J. (2022, March 2). *Marginalised languages and the content moderation challenge*. Global Partners Digital. [perma.cc/GU4K-5HBE]

Ruder, S., Constant, N., Botha, J., Siddhant, A., Firat, O., Fu, J., Liu, P., Hu, J., Garrette, D., Neubig, G., & Johnson, M. (2021). *XTREME-R: Towards More Challenging and Nuanced Multilingual Evaluation*. *Proceedings of the 2021 Conference on Empirical Methods in Natural Language Processing*, 10215–10245. [perma.cc/W4TJ-SGTB]

Santa Clara Principles. (2021). *Santa Clara Principles on Transparency and Accountability in Content Moderation*. Santa Clara Principles. [perma.cc/T623-AVW6]

Santy, S., Kummerfeld, J., & Rubio, H. (2023). *Languages mentioned in Paper Abstracts*. ACL Rolling Review. [perma.cc/EQU9-5CWQ]

Savoldi, B., Gaido, M., Bentivogli, L., Negri, M., & Turchi, M. (2021). *Gender Bias in Machine Translation*. *Transactions of the Association for Computational Linguistics*, 9, 845–874. [perma.cc/9K3F-5VBZ]

Schwenk, H. (2019, January 22). *LASER natural language processing toolkit—Engineering at Meta*. Meta AI. [perma.cc/46JG-AZ4T]

Sengupta, P. B., Claudia Pozo, Anasuya. (2022, March 31). *Does the internet speak your language? Launching the first-ever State of the Internet's Languages report*. *Whose Knowledge?* [https://perma.cc/9KCX-M863]

Sharir, O., Peleg, B., & Shoham, Y. (2020). *The Cost of Training NLP Models: A Concise Overview* (arXiv:2004.08900). arXiv. [perma.cc/8KVV-C6P2]

Shenkman, C., Thakur, D., & Llansó, E. (2021). *Do You See What I See? Capabilities and Limits of Automated Multimedia Content Analysis*. Center for Democracy & Technology. [perma.cc/W85T-HQQF]

Srivastava, A., Rastogi, A., Rao, A., Shoeb, A. A. M., Abid, A., Fisch, A., Brown, A. R., Santoro, A., Gupta, A., Garriga-Alonso, A., Kluska, A., Lewkowycz, A., Agarwal, A., Power, A., Ray, A., Warstadt, A., Kocurek, A. W., Safaya, A., Tazarv, A., ... Wu, Z. (2022). *Beyond the Imitation Game: Quantifying and extrapolating the capabilities of language models* (arXiv:2206.04615). arXiv. [perma.cc/278S-ZJV9]

Stadthagen-Gonzalez, H., Imbault, C., Pérez Sánchez, M. A., & Brysbaert, M. (2017). *Norms of valence and arousal for 14,031 Spanish words*. *Behavior Research Methods*, 49(1), 111–123. [perma.cc/7FWX-Z3JD]

Strubell, E., Ganesh, A., & McCallum, A. (2019). *Energy and Policy Considerations for Deep Learning in NLP*. *Proceedings of the 57th Annual Meeting of the Association for Computational Linguistics*, 3645–3650. [perma.cc/9P4Y-J4HT]

Talat, Z., Névéol, A., Biderman, S., Clinciu, M., Dey, M., Longpre, S., Luccioni, S., Masoud, M., Mitchell, M., Radev, D., Sharma, S., Subramonian, A., Tae, J., Tan, S., Tunuguntla, D., & Wal, O. van der. (2022). *You reap what you sow: On the Challenges of Bias Evaluation Under Multilingual Settings*. *Proceedings of BigScience Episode #5*, 26–41. [perma.cc/3ECR-4E7U]

Tattle. (n.d.). *Uli*. [perma.cc/4AB2-D4GX]

Tay, Y., Tran, V. Q., Ruder, S., Gupta, J., Chung, H. W., Bahri, D., Qin, Z., Baumgartner, S., Yu, C., & Metzler, D. (2022, February 23). *Charformer: Fast Character Transformers via Gradient-based Subword Tokenization*. International Conference on Learning Representations 2022. [perma.cc/YRL4-E7DT]

Teich, E. (2003). *Cross-Linguistic Variation in System and Text: A Methodology for the Investigation of Translations and Comparable Texts*. In *Cross-Linguistic Variation in System and Text*. De Gruyter Mouton. [perma.cc/L8A8-RH8B]

Torbati, Y. (2019, September 26). *Google Says Google Translate Can't Replace Human Translators. Immigration Officials Have Used It to Vet Refugees*. ProPublica. [perma.cc/ZUN6-LHA5]

Toyama, K. (2015). *Geek heresy: Rescuing social change from the cult of technology*. PublicAffairs.

Tsvetkov, Y., Sitaram, S., Faruqui, M., Lample, G., Littell, P., Mortensen, D., Black, A. W., Levin, L., & Dyer, C. (2016). Polyglot Neural Language Models: A Case Study in Cross-Lingual Phonetic Representation Learning. *Proceedings of the 2016 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies*, 1357–1366. [perma.cc/4RES-KFNM]

United Nations Human Rights Office of the High Commissioner. (n.d.). *Economic, social and cultural rights*. OHCHR. [perma.cc/Y6MK-SZZ4]

Vallee, H. Q. la, & Duarte, N. (2019). Algorithmic Systems in Education: Incorporating Equity and Fairness When Using Student Data. *Center for Democracy and Technology*. [perma.cc/CC89-ZVNV]

Vaswani, A., Shazeer, N., Parmar, N., Uszkoreit, J., Jones, L., Gomez, A. N., Kaiser, L., & Polosukhin, I. (2017, December 5). *Attention Is All You Need. Advances in Neural Information Processing Systems*. [perma.cc/2ZDX-Z796]

Vincent, J. (2022, November 2). *Google plans giant AI language model supporting world's 1,000 most spoken languages*. The Verge. [perma.cc/3Y48-X7WV]

Vincent, J. (2023a, January 17). *Getty Images is suing the creators of AI art tool Stable Diffusion for scraping its content*. The Verge. [perma.cc/4CXS-3WNN]

Vincent, J. (2023b, March 15). *OpenAI co-founder on company's past approach to openly sharing research: "We were wrong."* The Verge. [perma.cc/DPL6-4PD2]

Vitulli, M. A. (2018). Writing Women in Mathematics Into Wikipedia. *Notices of the American Mathematical Society*, 65(03), 330–334. [perma.cc/X73F-AZPM]

Volansky, V., Ordan, N., & Wintner, S. (2015). On the features of translationese. *Digital Scholarship in the Humanities*, 30(1), 98–118. [perma.cc/7F8S-3YXK]

Wang, C., Cho, K., & Gu, J. (2020). Neural Machine Translation with Byte-Level Subwords. *Proceedings of the AAAI Conference on Artificial Intelligence*, 34(05), Article 05. [perma.cc/5DL7-XSSP]

Wang, Z., K, K., Mayhew, S., & Roth, D. (2020). Extending Multilingual BERT to Low-Resource Languages. *Findings of the Association for Computational Linguistics: EMNLP 2020*, 2649–2656. [perma.cc/ZNC8-C9E7]

Williams, A., Miceli, M., & Gebru, T. (2022). The Exploited Labor Behind Artificial Intelligence. *Noēma*. [perma.cc/GE8H-7SUN]

Wu, S., & Dredze, M. (2019). Beto, Bentz, Becas: The Surprising Cross-Lingual Effectiveness of BERT. *Proceedings of the 2019 Conference on Empirical Methods in Natural Language Processing and the 9th International Joint Conference on Natural Language Processing (EMNLP-IJCNLP)*, 833–844. [perma.cc/EJ3G-MFYN]

Wu, S., & Dredze, M. (2020). Are All Languages Created Equal in Multilingual BERT? *Proceedings of the 5th Workshop on Representation Learning for NLP*, 120–130. [perma.cc/5E6X-NNAA]

Yu, S., Sun, Q., Zhang, H., & Jiang, J. (2022). Translate-Train Embracing Translationese Artifacts. *Proceedings of the 60th Annual Meeting of the Association for Computational Linguistics (Volume 2: Short Papers)*, 362–370. [perma.cc/7F8C-EYM6]

Zhang, S., Frey, B., & Bansal, M. (2022, April 25). How can NLP Help Revitalize Endangered Languages? A Case Study and Roadmap for the Cherokee Language. *Proceedings of the 60th Annual Meeting of the Association for Computational Linguistics (Volume 1: Long Papers)*. ACL 2022, Dublin, Ireland. [perma.cc/2XF2-2GDC]

Zhang, Y., Warstadt, A., Li, X., & Bowman, S. R. (2021). When Do You Need Billions of Words of Pretraining Data? *Proceedings of the 59th Annual Meeting of the Association for Computational Linguistics and the 11th International Joint Conference on Natural Language Processing (Volume 1: Long Papers)*, 1112–1125. [perma.cc/43ZK-2ZXC]

cdt.org

cdt.org/contact

**Center for Democracy & Technology**
1401 K Street NW, Suite 200
Washington, D.C. 20005

202-637-9800

@CenDemTech



# PX0592

5/15/24, 11:22 PM                                    Multimodal AI | Google Cloud

**Google** Cloud       🔍        Doc    Suppo       🌐 English  ▾        Sign in        Start
                                  s      rt                                             free

                                                              Contact Us        Start free

┌─────────────────────────────────────────────────────────────────────┐
│  Page Contents                                                    ⌄   │
└─────────────────────────────────────────────────────────────────────┘

**Try Gemini 1.5 models,** our newest multimodal models in Vertex AI, and see what you can
build with a 1M token context window

Mutimodal AI

# Generate text, code, video, audio, and images from virtually any content type

Multimodal models can process a wide variety of inputs, including text,
images, and audio, as prompts and convert those prompts into various
outputs, not just the source type.

**New customers get up to $300 in free credits** to try multimodal
models in Vertex AI and other Google Cloud products.

Try Vertex AI free       ┌──────────────────────────────────┐
                         │   Learn about multimodal models  │
                         └──────────────────────────────────┘

Highlights

○   **How multimodal AI works**

○   **What is multimodal AI?**

○   **Generate text with an image prompt**

PX0592-001



OVERVIEW

# What is an example of multimodal AI?

A multimodal model is a ML (machine learning) model that is capable of processing information from different modalities, including images, videos, and text. For example, Google's multimodal model, Gemini, can receive a photo of a plate of cookies and generate a written recipe as a response and vice versa.

# What is the different between generative AI and multimodal AI?

Generative AI is an umbrella term for the use of ML models to create new content, like text, images, music, audio, and videos typically from a prompt of a single type. Multimodal AI expands on these generative capabilities, processing information from multiple modalities, including images, videos, and text. Multimodality can be thought of as giving AI the ability to process and understand different sensory modes. Practically this means users are not limited to one input and one output type and can prompt a model with virtually any input to generate virtually any content type.

# What is an AI that can use images as a prompt?

Gemini is a multimodal model from the team at Google DeepMind that can be prompted with not only images, but also text, code, and video. Gemini was designed from the ground up to reason seamlessly across text, images, video, audio, and code. Gemini on Vertex AI can even use prompts to extract text from

PX0592-002



## What is the future of multimodal AI and why is it important?

Multimodal AI and multimodal models represent a leap forward in how developers build and expand the functionality of AI in the next generation of applications. For example, Gemini can understand, explain and generate high-quality code in the world's most popular programming languages, like Python, Java, C++, and Go—freeing developers to work on building more feature filled applications. Multimodal AI's potential also bring the world closer to AI that's less like smart software and more like an expert helper or assistant.

## What are the benefits of multimodal models and multimodal AI?

The benefits of multimodal AI is that it offers developers and users an AI with more advanced reasoning, problem-solving, and generation capabilities. These advancements offer endless possibilities for how next generation applications can change the way we work and live. For developers looking to start building, Vertex AI Gemini API offers features such as enterprise security, data residency, performance, and technical support. Existing Google Cloud customers can start prompting with Gemini in Vertex AI right now.

HOW IT WORKS

A multimodal model is capable of understanding and processing virtually any input, combining different types of information, and generating almost any output. For instance,

PX0592-003



View documentation

| Prompt | Response |
|---|---|
| Give me a recipe for these cookies.  | **INGREDIENTS**<br>- 1 c. (2 sticks) unsalted butter, softened<br>- 3/4 c. granulated sugar<br>- 3/4 c. brown sugar, packed<br>- 1 tsp . vanilla extract<br>- 2 large eggs<br>- 2 1/4 c. all-purpose flour<br>- 1 tsp. baking soda<br>- 1 tsp. salt<br>... |

COMMON USES

## Try multimodal prompts

🔧 How-tos                                                                              ⌄

## Use multimodal models

PX0592-004



Google Cloud

🔍     Docs     Support     🌐 English ▼     Sign in     Start free

Contact Us     Start free

## Start your proof of concept

New customers get up to $300 in free credits to try multimodal models in Vertex AI

Get started for free

Try a sample prompt to test Gemini's multimodal capabilities

**Browse prompts**



Design multimodal prompts

**Read documentation**



Explore generative AI in Vertex AI

**Go to Vertex AI Studio**



Try the Vertex AI Gemini API

PX0592-005



Sign in

Start

free

Contact Us          Start free

## Why Google

Choosing Google Cloud

Trust and security

Open cloud

Multicloud

Global infrastructure

Customers and case studies

Analyst reports

Whitepapers

Blog

## Products and pricing

Google Cloud pricing

Google Workspace pricing

See all products

## Solutions

Infrastructure modernization

Databases

Application modernization

Smart analytics

Artificial Intelligence

Security

Productivity & work transformation

Industry solutions

DevOps solutions

Small business solutions

See all solutions

## Resources

Google Cloud documentation

Google Cloud quickstarts

Google Cloud Marketplace

Learn about cloud computing

Support

Code samples

Cloud Architecture Center

Training

Certifications

Google for Developers

Google Cloud for Startups

System status

Release Notes

## Engage

Contact sales

Find a Partner

Become a Partner

Events

Podcasts

Developer Center

Press Corner

Google Cloud on YouTube

Google Cloud Tech on YouTube

Follow on X

Join User Research

We're hiring. Join Google Cloud!

Google Cloud Community

About Google  |  Privacy  |  Site terms  |  Google Cloud terms

Our third decade of climate action: join us

Sign up for the Google Cloud newsletter          Subscribe

English

PX0592-006

# PX0593





UPCOMING EVENT MAY 22, 2024    DATA @SCALE

UPCOMING EVENT

# DATA @SCALE 2024

Data @Scale is a technical conference for engineers who are interested in building, operating, and using data systems at scale. Companies across the industry use data and underlying infrastructure to build products with user empathy...

REGISTER NOW

○ ○ ○ ○ ○ ○ ○ ○ ○

# FIND YOUR TOPIC

**@Scale is a series of technical conferences for engineers**
working with systems that are designed for scale in the following categories

DATA, SYSTEMS AND NETWORKING

DEV TOOLS AND OPS, PRIVACY, SUSTAINABILITY AND PERFORMANCE

FIGHTING ABUSE AND SECURITY

MACHINE LEARNING AND AI

MOBILE, VIDEO AND WEB

PX0593-001

@Scale | At Scale Conferences



SYSTEMS @SCALE

UPCOMING EVENT

# LESSONS LEARNED FROM SCALING INFRASTRUCTURE AS CODE

WATCH NOW  »

# VOICES

@Scale highlights the voices of engineers leading their respective fields in developing solutions at scale.









NITIN KHANDELWAL
META

MICHELLE MUNSON
ELUVIO

MOHSEN AGSEN
META

APARNA RAMANI
META

# LATEST NOTES

@Scale engineers pencil blogs, articles, and academic papers to further inform and inspire the engineering community.

RELIABILITY @SCALE

SYSTEMS @SCALE

09/26/2023

07/11/2023

PX0593-002



**WHY IS A CULTURAL ANTHROPOLOGIST ON A RELIABILITY ENGINEERING TEAM?**

For many of its formative years, Facebook subscribed to the motto "Move fast and break things." Move fast did work...

READ MORE »

**SERVICEROUTER: HYPERSCALE SERVICE MESH AT META**

The increasing need for complex integration and delivery in data center... to its widespread adoption...

READ MORE »

UPCOMING EVENT (( ))

PRODUCT @SCALE

08/16/2023

**HOW META'S REELS APIS IS EMPOWERING THE PASSION ECONOMY**

In recent years, the influencer market has experienced remarkable growth, ballooning from a $1.7 billion industry in 2016 to a...

READ MORE »

SYSTEMS @SCALE

07/11/2023

**THE META THRIFT JOURNEY**

Thrift is a framework consisting of Codegen, Serialization, and RPC (remote procedure call) for service communication. Here's a diagram that...

READ MORE »

## FINDING SOLUTIONS

We welcome your comments and questions about @Scale. Please contact us through our Facebook page!

JOIN FACEBOOK

**TERMS OF USE**   **PRIVACY POLICY**

**COMMUNITY STANDARDS**

2024 @SCALE. ALL RIGHTS RESERVED

## JOIN THE @SCALE MAILING LIST AND GET THE LATEST NEWS & EVENT INFO

EMAIL ADDRESS

SUBMIT





PX0593-003

# PX0594

# Document Placeholder

This document was produced in native format

YouTube: Gregg Stefancik, Engineering Director at Meta,
Presentation at Spam Fighting @Scale
May 14, 2015
https://youtu.be/pLUZIHzorgY
8:07-8:59

PX0594-001

# PX0595

**EPISODE 62**

# Building Threads for Web



**KEVIN C.**



**PASCAL H.**



**ALLY C.**

## Meta Tech Podcast

∞ Meta

CORE INFRA

Behind the scenes of Threads for web



AI RESEARCH

Building new custom silicon for Meta's AI workloads

PX0595-001



CULTURE

Building an infrastructure for AI's future

The Latest



AI RESEARCH                                                                      APR 10, 2024

Introducing the next-gen Meta Training and Inference Accelerator

PX0595-002



**EPISODE 61**

# Image Quality Improvements at Scale

ZUZANNA M.

PASCAL H.

**Meta Tech Podcast**

∞ Meta

ANDROID                                                                                    MAR 26, 2024

Bringing HDR photo support to Instagram and Threads



NETWORKING & TRAFFIC                                                                       MAR 21, 2024

Threads has entered the fediverse

PX0595-003

Engineering at Meta - Engineering at Meta Blog



ML APPLICATIONS                                                                                           MAR 20, 2024

Optimizing RTC bandwidth estimation with machine learning



VIDEO ENGINEERING                                                                                         MAR 20, 2024

Better video for mobile RTC with AV1 and HD

PX0595-004



DATA INFRASTRUCTURE                                          MAR 18, 2024

Logarithm: A logging engine for AI training workflows and services



AI RESEARCH                                                 MAR 12, 2024

Building Meta's GenAI Infrastructure

PX0595-005

5/15/24, 11:24 PM                                      Engineering at Meta - Engineering at Meta Blog



SECURITY                                                                                MAR 6, 2024

Making messaging interoperability with third parties safe for users in Europe






CULTURE                                                                                 FEB 26, 2024

How DotSlash makes executable deployment simpler


Load More

## Available Positions

Software Engineer (Leadership) - Sensitive Data Team

## Technology at Meta

## Open Source

Meta believes in building community through open source technology. Explore our latest projects in Artificial Intelligence,

PX0595-006

5/15/24, 11:24 PM                                    Engineering at Meta - Engineering at Meta Blog

LONDON, UK
Developer Relations Engineer - Horizon
Worlds
BURLINGAME, US
Software Engineer, Product
TEL AVIV, ISRAEL
Software Engineer - Product (Technical
Leadership)
MENLO PARK, US
Software Engineer - Product (Technical
Leadership)
SEATTLE, US

See All Jobs

Engineering at Meta - X

Follow



AI at Meta

Read



Meta Quest Blog

Read



Meta for Developers

Read



Meta Bug Bounty

Learn more



RSS

Subscribe

Data Infrastructure, Development Tools,
Front End, Languages, Platforms, Security,
Virtual Reality, and more.


ANDROID


iOS


WEB


BACKEND

HARDWARE

Learn More

## Meta

Engineering at Meta is a technical news resource for engineers interested in how we solve large-scale technical challenges
at Meta.

Home

Company Info

Careers

© 2024 Meta

TermsPrivacyCookiesHelp

PX0595-007

# PX0596

∞ Meta 

# Publications

Filters (0)

Publication

February 21, 2024

**INTEGRITY | NLP**

## Watermarking Makes Language Models Radioactive

This paper investigates the radioactivity of LLM-generated texts, i.e. whether it is possible to detect that such input was used as training data. Conventional methods like membership inference can carry out this detection with some level of accuracy. We show that watermarked training data leaves traces easier to detect and much…

Tom Sander, Pierre Fernandez, Alain Durmus, Matthijs Douze, Teddy Furon

Read the Paper

Publication

December 20, 2023

**INTEGRITY**

## An efficient algorithm for integer lattice reduction

PX0596-001

 Meta

combinations are also integers. Lattice reduction refers to the problem of finding a set of vectors in a given lattice such that the collection of all integer linear...

François Charton, Kristin Lauter, Cathy Li, Mark Tygert

Read the Paper

Publication

September 30, 2023

**INTEGRITY | COMPUTER VISION**

## The Stable Signature: Rooting Watermarks in Latent Diffusion Models

Generative image modeling enables a wide range of applications but raises ethical concerns about responsible deployment. We introduce an active content tracing method combining image watermarking and Latent Diffusion Models. The goal is for all generated images to conceal an invisible watermark allowing for future...

Pierre Fernandez, Guillaume Couairon, Hervé Jegou, Matthijs Douze, Teddy Furon

Read the Paper

Publication

February 20, 2023

**INTEGRITY | NLP**

## UNIREX: A Unified Learning Framework for Language Model Rationale Extraction

PX0596-002

∞ Meta                                           

rationale extraction should be faithful (reflective of LM's actual behavior) and plausible (convincing to humans), without compromising the LM's (i.e., task…

Maziar Sanjabi, Aaron Chan, Hamed Firooz, Lambert Mathias, Liang Tan, Shaoliang Nie, Xiaochang Peng, Xiang Ren

Read the Paper

Publication

December 6, 2021

**INTEGRITY | CORE MACHINE LEARNING**

## BulletTrain: Accelerating Robust Neural Network Training via Boundary Example Mining

Neural network robustness has become a central topic in machine learning in recent years. Most training algorithms that improve the model's robustness to adversarial and common corruptions also introduce a large computational overhead, requiring as many as ten times the number of forward and backward passes in order to…

Weizhe Hua, Yichi Zhang, Chuan Guo, Zhiru Zhang, Edward Suh

Read the Paper

Publication

May 14, 2021

**INTEGRITY | NLP**

PX0596-003



∞ Meta

This work addresses the challenge of hate speech detection in Internet memes, and attempts using visual information to automatically detect hate speech, unlike any previous work of our knowledge. Memes are pixel–based multimedia documents that contain photos or illustrations together with phrases which, when combined,...

Benet Oriol, Cristian Canton Ferrer, Xavier Giro-i-Nieto

Read the Paper

Publication

November 9, 2020

**INTEGRITY |
COMPUTER VISION**

## One-Shot Domain Adaptation For Face Generation

In this paper, we propose a framework capable of generating face images that fall into the same distribution as that of a given one–shot example. We leverage a pre-trained StyleGAN model that already learned the generic face distribution. Given the one–shot target, we develop an iterative optimization scheme that rapidly...

Harry Yang, Ser-Nam Lim

Read the Paper

Publication

April 8, 2021

**RESPONSIBLE AI |
RESEARCH**

PX0596-004

∞ Meta                                                                    

---

This paper introduces a novel dataset to help researchers evaluate their computer vision and audio models for accuracy across a diverse set of age, genders, apparent skin tones and ambient lighting conditions

Caner Hazirbas, Joanna Bitton, Brian Dolhansky, Jacqueline Pan, Albert Gordo, Cristian Canton Ferrer

Read the Paper

Publication

April 21, 2021

**N L P | I N T E G R I T Y**

## Semantic Audio-Visual Navigation

Recent work on audio-visual navigation assumes a constantly-sounding target and restricts the role of audio to signaling the target's position ...

Changan Chen, Ziad Al-Halah, Kristen Grauman

Read the Paper

Publication

February 7, 2020

**R E S E A R C H | I N T E G R I T Y**

## Generate, Segment and Refine: Towards Generic Manipulation Segmentation | Facebook AI Research

PX0596-005

 Meta

editing software have resulted in a large quantities of manipulated images being shared…

Peng Zhou, Bor-Chun Chen, Xintong Han, Mahyar Najibi, Abhinav Shrivastava, Ser-Nam Lim, Larry S. Davis

Read the Paper

Publication

February 24, 2018

**SPEECH & AUDIO |
COMPUTER VISION**

## Applied Machine Learning at Facebook: A Datacenter Infrastructure Perspective | Facebook AI Research

Machine learning sits at the core of many essential products and services at Facebook. This paper describes the hardware and software infrastructure that supports machine learning at global scale. Facebook's machine learning workloads are…

Kim Hazelwood, Sarah Bird, David Brooks, Soumith Chintala, Utku Diril, Dmytro Dzhulgakov, Mohamed Fawzy, Bill Jia, Yangqing Jia, Aditya Kalro, James Law, Kevin Lee, Jason Lu, Pieter Noordhuis, Misha Smelyanskiy, Liang Xiong, Xiaodong Wang

Read the Paper

Publication

April 30, 2018

PX0596-006

∞ Meta                                              

---

## Countering Adversarial Images Using Input Transformations | Facebook AI Research

This paper investigates strategies that defend against adversarial-example attacks on image-classification systems by transforming the inputs before feeding them to the system. Specifically, we study applying image transformations such as...

Chuan Guo, Mayank Rana, Moustapha Cisse, Laurens van der Maaten

Read the Paper

Publication

November 2, 2019

**N L P | S P E E C H & A U D I O**

## Build it Break it Fix it for Dialogue Safety: Robustness from Adversarial Human Attack | Facebook AI Research

The detection of offensive language in the context of a dialogue has become an increasingly important application of natural language processing. The detection of trolls in public forums (Galan-García et al., 2016), and the deployment of...

Emily Dinan, Samuel Humeau, Bharath Chintagunta, Jason Weston

Read the Paper

Publication

May 31, 2019

PX0596-007

Meta

# Abusive Language Detection with Graph Convolutional Networks | Facebook AI Research

Abuse on the Internet represents a significant societal problem of our time. Previous research on automated abusive language detection in Twitter has shown that community-based profiling of users is a promising technique for this task. However,...

Pushkar Mishra, Marco Del Tredici, Helen Yannakoudakis, Ekaterina Shutova

Read the Paper

Publication

June 15, 2019

**RESEARCH |**
**COMPUTER VISION**

# Feature Denoising for Improving Adversarial Robustness | Facebook AI Research

Adversarial attacks to image classification systems present challenges to convolutional networks and opportunities for understanding them. This study suggests that adversarial perturbations on images lead to noise in the features constructed by...

Kaiming He, Yuxin Wu, Laurens van der Maaten, Alan Yuille, Cihang Xie

Read the Paper

Publication

PX0596-008



**INTEGRITY**

## One-Shot Domain Adaptation For Face Generation

In this paper, we propose a framework capable of generating face images that fall into the same distribution as that of a given one-shot example...

Chao Yang, Ser-nam Lim

Read the Paper

1 2

Search AI content 🔍

PX0596-009

∞ Meta                                                          ≡

_____

Research

Product experiences

Latest news

Foundational models

Privacy Policy                              Meta © 2024
Terms
Cookies                                 

# PX0597

# Deep Entity Classification: Abusive Account Detection for Online Social Networks

Teng Xu[^]     Gerard Goossen[^]     Huseyin Kerem Cevahir[^]     Sara Khodeir[^]     Yingyezhe Jin[^]

Frank Li[🐝]     Shawn Shan[🎓]     Sagar Patel[^]     David Freeman[^]     Paul Pearce[^,🐝]

[^]*Facebook, Inc*     [🎓]*University of Chicago*     [🐝]*Georgia Institute of Technology*

## Abstract

Online social networks (OSNs) attract attackers that use *abusive accounts* to conduct malicious activities for economic, political, and personal gain. In response, OSNs often deploy abusive account classifiers using machine learning (ML) approaches. However, a practical, effective ML-based defense requires carefully engineering features that are robust to adversarial manipulation, obtaining enough ground truth labeled data for model training, and designing a system that can scale to all active accounts on an OSN (potentially in the billions).

To address these challenges we present *Deep Entity Classification (DEC)*, an ML framework that detects abusive accounts in OSNs that have evaded other, traditional abuse detection systems. We leverage the insight that while accounts in isolation may be difficult to classify, their embeddings in the social graph—the network structure, properties, and behaviors of themselves and those around them—are fundamentally difficult for attackers to replicate or manipulate *at scale*. Our system:

- Extracts "deep features" of accounts by aggregating properties and behavioral features from their direct and indirect neighbors in the social graph.
- Employs a "multi-stage multi-task learning" (MS-MTL) paradigm that leverages imprecise ground truth data by consuming, in separate stages, both a small number of high-precision human-labeled samples and a large amount of lower-precision automated labels. This architecture results in a single model that provides high-precision classification for multiple types of abusive accounts.
- Scales to billions of users through various sampling and reclassification strategies that reduce system load.

DEC has been deployed at Facebook, where it classifies all users continuously, resulting in an estimated reduction of abusive accounts on the network by 27% beyond those already detected by other, traditional methods.

## 1 Introduction

Online Social Networks (OSNs) connect billions of users around the globe. The largest social network, Facebook, has more than two billion active users sharing content each month [45]. The vast scale of these networks in turn attracts adversaries that seek to exploit the platforms for economic, political, and personal gain. While most OSN activity comes from legitimate users, attackers invest significant resources in signing up fake accounts (i.e., accounts not representative of a real person), creating accounts that impersonate real people, or compromising the accounts of real users. These *abusive accounts* are used to drive a range of negative behaviors including spam, fake engagement, pornography, violence, and terrorism—all actions which violate community norms [12] and are widely studied forms of abuse [1].

A core challenge faced by OSNs is how to identify and remediate abusive accounts in such a way that is *scalable* and *precise*. Scalability requires approaches that can operate on billions of users and tens of billions of daily actions to detect dozens of different abuse types. Systems that prioritize precision are necessary because abusive accounts are relatively rare [44, 45] and thus a drop in precision would lead to the OSN taking errant actions against a large number of benign users.

OSNs use a broad set of techniques ranging from rule-based heuristics [49] to modern machine-learning algorithms [26, 48] to classify and remediate abusive accounts at scale. Rule-based heuristics act as a first line of defense [4], identifying basic or common attacker tools, techniques, and resources. These heuristics however lack power: they focus on precision rather than recall, they often do not capture the complexity of account *behaviors*, and they are by definition *reactive* [25]. Machine learning systems overcome some of these problems: they generalize from past labeled data in order to improve recall, and they can be iterated on over time to adapt to adversarial evolution [8]. However, precise machine learning systems require a large amount of high-quality labeled ground truth data, can be costly to deploy (in both engineering effort and computational resources), and can be evaded by adversaries who learn how to mimic the appearance of real accounts [17]. Rule-based heuristics and traditional machine learning systems can identify and remediate

PX0597-001

the vast majority of abuse [4], but identifying the remaining hard-to-classify accounts—those that closely resemble real users and/or evade OSN defenses—requires fundamentally different and more complex solutions.

A critical insight is that while attackers can produce abusive accounts that appear legitimate *in isolation*, those accounts' embedding in and engagement with the social graph are fundamentally difficult to forge. For example, the number of friend requests sent by a given user is easy for an attacker to control, but the number of friend requests sent by all of that user's friends is outside of the attacker's control.[1] Although attackers can attempt to camouflage their accounts by connecting to legitimate nodes in the graph, this strategy not only is prohibitive to implement at scale, but also creates side effects (e.g., large numbers of rejected friend requests) that are detectable by traditional means.

Leveraging this insight, we develop *Deep Entity Classification (DEC)*,[2] a method and supporting system for OSN abusive account detection. Instead of classifying accounts based on "direct" features and behaviors, DEC leverages social network structure, extracting more than 20,000 features for each account, by operating across the graph. These features are used to train supervised machine learning models that *classify accounts across many different kinds of abuse.* The DEC system consists of label generation and feature extraction, as well as model training, deployment, and updating. Ultimately DEC produces per-account abusive classification results that are robust to adversarial iteration (Section 7).

The large number of features generated by DEC's graph traversal imposes two challenges in terms of model training. First, if applied naïvely, the large feature space could dramatically increase the underlying model complexity, resulting in poor generalization and degraded performance. Second, obtaining proper generalization across so many features would require a prohibitively large training set in a problem space where high-quality human-labeled data is difficult to obtain at billion-user scale.

The second key DEC insight is that in addition to small-scale, high-quality human-labeled data, we can utilize the results of rule-based heuristics as additional "approximate labels." The classifications from such rules are not human reviewed and thus have lower precision than human-reviewed data, but the absolute quantity is much higher.

Building on this insight, we design a "multi-stage multi-task learning" (MS-MTL) framework. Our framework extracts low-dimensional transferable representations via a deep neural network trained using the high-volume approximate labels, then fine-tunes dedicated models given the learned representations and the high-quality human-labeled data.

Model training occurs in two separate stages. The first stage trains a *multi-task* deep neural network [6] on the collected features using the large number of lower-precision approximate labels. Since accounts identified by these lower-precision signals exhibit a multitude of different abuse types (e.g., spam, objectionable content, or malware), we formulate a learning "task" for each abuse type. We then extract the penultimate layer of the neural network as a low-dimensional feature vector [22]. This vector is input to the second stage of the model, which is trained using *per-task* high-precision human-labeled data with a standard binary classifier.

MS-MTL allows DEC to learn the underlying common representations of different abuse types in the first model stage, and then to distinguish different abuse types using high-precision data with separate models in the second stage, resulting in a score for each abuse type for each account. In this way we can use a single model to label as "abusive" accounts exhibiting any of a multitude of abuse types (e.g., scams, spam, adult content, etc.).

Our DEC design is deployed at Facebook, where it has run in production for more than two years. During that time DEC led to the identification and remediation of hundreds of millions of abusive accounts. By comparing the number of accounts actioned by DEC with an unbiased estimate of the number of abusive accounts remaining on the platform, we infer that DEC is responsible for reducing the volume of abusive accounts by approximately 27%.

In summary, our contributions include:

- The algorithmic design, system architecture, and implementation of DEC. Extracting more than 20,000 features per entity, across multiple hops, for billions of active users, presents a unique set of systems challenges (Section 4).
- A novel feature extraction process that produces "deep features" (Section 5) that, over our evaluation, showed no signs of adversarial adaptation (Section 7.4).
- The MS-MTL classification paradigm, which allows us to use a single model architecture to produce high-precision classifiers for each abuse class (Section 6).
- A quantitative evaluation of DEC and MS-MTL vs. other approaches, as well as a qualitative assessment of the impact DEC has had on the overall state of abusive accounts not caught by other systems (i.e., those hardest to classify) at Facebook (Section 7).
- A discussion of the lessons learned from two years of production deployment at Facebook (Section 8).

## 2   Background

Here we present an overview of abusive accounts on OSNs, existing defenses, and relevant machine learning terminology.

### 2.1   Abusive Accounts

We define an *abusive account* to be any account that violates the written policies of a given OSN (e.g., [12]). Attackers use abusive accounts for various reasons, including for financially motivated schemes (e.g., spreading spam, scams, objection-

---

[1]See Section 8.4 for consideration of the case where attacker creates groups of abusive accounts that are connected to each other.

[2] In this context "deep" refers to the features generated via network fanout from each account, not neural network structure.

able content, or phishing links [13–15]) and for causing user harm (e.g., online harassment or terrorism [16]). Abusive accounts can be broadly broken down along two dimensions:

1. **Account Provenance.** An abusive account can be *fake*, where the account does not represent an actual person or organization, or *real*, where it is a legitimate user account, though potentially hijacked by an attacker.[3]

2. **Abusive Behavior.** An abusive account can be characterized by the type of abuse it conducts, such as spreading *scams* or *spam*.

## 2.2    Defenses

There are multiple types of defenses against abusive accounts on OSNs. Rule-based heuristics, such as rate limits on particular user actions, are straightforward, easy to design and evaluate, and can be quite powerful in practice. However, they are often reactive, permitting some amount of abuse before a threshold is crossed and a rule is triggered. In addition, they conservatively focus on precision rather than recall to avoid false positives.

Another large-scale detection technique is machine learning-based classification, which affords increased complexity of the detection algorithm through digesting more features. However, adversaries can adapt (sometimes quickly) in response to classifier actions [10], making it challenging to properly design features that are difficult for adversaries to discover and evade. Another challenge of this approach is to collect enough high-precision training data. Human labeling is typically the most reliable source but can be expensive in terms of time, money, and human effort.

Rule-based heuristics and typical machine-learning based classifiers are able to identify the vast majority of abusive activity in online services [4]. Identifying those accounts that are able to evade the primary detection systems presents a especially difficult challenge, as they represent the *hardest* to classify accounts. For example, such accounts may be those that adversaries have iterated on while adapting to OSN defenses, or they may very closely resemble real users. The system we present in this paper is designed to mitigate these issues by employing sparse aggregated features on the social graph that should be difficult for attackers to manipulate, and by using a multi-stage training framework.

## 2.3    Machine Learning Terminology

In this section we describe the machine learning terminology relevant to DEC.

### 2.3.1    Deep Neural Networks

The first stage of DEC uses a deep neural network (DNN) architecture [31]. It is a cascade of multiple layers of nonlinear processing units for feature extraction and transformation.

Each successive layer uses the output from the previous layer as input. In deep learning, each layer learns to transform its input data into a slightly more abstract and composite representation, with the last layer outputting a single score.

### 2.3.2    Embeddings

In the context of neural networks, *embeddings* are low-dimensional, continuous, learned vector representations of a discrete feature vector. Neural network embeddings are useful because they can reduce the dimensionality of categorical variables and meaningfully represent categories in the transformed space [28]. A common usage of embeddings is to serve as input features for machine learning models. In each layer of a deep neural network, a low-dimensional vector can be extracted as the embedding of the layer.

### 2.3.3    Gradient Boosted Decision Trees

The embedding of the last layer of deep neural network in DEC's first stage is used as the input feature vector for the second stage of DEC training, which uses a model of gradient boosted decision trees (GBDTs). GBDTs are a machine learning approach that iteratively constructs an ensemble of weak decision tree learners through boosting. It is a widely used algorithm in classification and regression [20].

## 3    Related Work

The problem of detecting abusive accounts in OSNs has received a great deal of attention in the literature. We split the published efforts into three categories based on technique, and also describe the relevant machine learning literature.

## 3.1    Detecting Abusive Accounts

Several works have explored using graph structure and the features of neighboring nodes to detect abuse. Yang et al. examined the effectiveness of graph and neighbor-based features to identify spammers on Twitter [58]. Their work formalized 24 detection features—including four graph-based and three direct neighbor properties—showing how these features could identify spammers better than prior state-of-the-art solutions [32, 49, 53]. Our work creates a generalized machine-learning framework (utilizing these features among many others) based on graph, direct, and indirect neighbor features (the "deep entity") which scales to billions of social network users.

Other work has focused exclusively on graph structure, with the goal of identifying groups or connected components. Stringhini et al. produced EVILCOHORT, a system designed to identify accounts with common networking resources (e.g., IP addresses) and ultimately generate groups of malicious actors [50]. Earlier, Zhao et al. created BotGraph, which creates an activity graph from user actions and uses that graph to identify tightly connected components indicative of abuse [64]. Instead of focusing on the structure of the graph, Nilizadeh et al. observed how spam moved through the graph to identify common propagation patterns [38]. Compared to these works, we

---

[3]Real user accounts that violate OSN policies *without* having been compromised are outside the scope of this work, as they are relatively small in volume and are actioned on by other systems.

focus on a generalized framework which leverages such features, as well as a scalable machine learning approach which is utilized continuously at Facebook.

An alternative approach uses "honeypot" accounts to ultimately yield features which could be used for detection. Stringhini et al. used honeypot Twitter accounts to collect direct account, behavior, and content signals which could be used to identify spammers [49]. Similarly, Lee et al. also used honeypot Twitter and myspace accounts to collect direct account, content, and timing signals, also identifying abuse [32]. The features from both these works were later formalized and further analyzed (along with other features) by Yang et al. [58].

## 3.2    Sybil Accounts

A *Sybil attack* refers to an attack where individual malicious users join the OSN multiple times under multiple fake identities. Many algorithms and systems have been proposed to defend against Sybil attacks.

Yu [61] conduct a comprehensive study comparing various Sybil defenses on social networks as of 2011. A typical graph theory-based Sybil defense systems is SybilGuard [63]. The protocol is based on the social graph among user identities, where an edge between two identities indicates a human-established trust relationship. The key observation is that malicious users can create many identities but few trust relationships. Thus there is a disproportionally small "cut" in the graph between the sybil nodes and the honest nodes. However, there are two downsides of SybilGuard: it can allow a large number of sybil nodes to be accepted, and it assumes that social networks are fast mixing, which has not been confirmed in the real world. Yu et al. [62] propose a SybilLimit protocol that leverages the same insight as SybilGuard but offers near-optimal guarantees. Yang et al. claim that sybils do not form tight knit communities, as other work has explored [59]; instead, linkages are formed between sybils and normal users "accidentally" and therefore tight linkage-based defenses in isolation are problematic.

SybilInfer, proposed by Danezis and Mittal [9], is another sybil detection system. It uses a probabilistic model of honest social networks and a Bayesian inference engine that returns potential regions of dishonest nodes. SybilRank [5] is a detection framework that has been deployed in Tuenti's operation center. It relies on social graph properties to rank users according to their perceived likelihood of being fake, and has been shown to be computationally efficient and scalable. Wang et al. [54] take a different appproach, instead focusing on user actions as a stream and making the observation that the stream of actions for some types of attacks will be different than that of regular users.

While most Sybil defense algorithms and systems focus on exploring connections inside the social graph, this approach may fail to detect some types of abuse such as compromised accounts since they are not distinguishable on the social graph. DEC instead operates by combining information from the social graph with direct user features to conduct general abuse classification, irrespective of Sybil properties.

## 3.3    User Footprint

A "user footprint" is a signal that can be used to identify the behaviors of a same user across different OSNs. Malhotra et al. [37] propose the use of publicly available information to create a digital footprint of any user using social media services. This footprint can be used to detect malicious behaviors across different OSN platforms. Xiangnan et al. [29] study the problem of inferring anchor links across multiple heterogeneous social networks to detect users with multiple accounts. The key idea is that if a user is abusive on one platform, they are likely to be abusive on other platforms. However, the user footprint is not helpful when a user is only dedicated to spreading abuse in a single platform, which is the focus of DEC.

## 3.4    Machine Learning

In this section we describe the relevant machine learning works that DEC draws inspiration from.

### 3.4.1    ML for Abuse Detection

Machine learning-based classification is widely used in abuse detection. Stein et al. [48] proposed one of the first machine learning frameworks for abuse detection, applied to Facebook in 2011. The system extracts users' behavioral features and trains a machine learning model for classification. A similar spam detection system using content attributes and user behavior attributes has been deployed on Twitter as described by Benevenuto et al. [3]. These efforts laid the groundwork for our "behavioral" model described in Section 7.2.

Fire et al. [18] propose the use of topological anomalies on the social graph to identify spammers and fake profiles. Their approach uses only four features per user, all of which are related to the degree of graph connection of the user and their friends. The approach is proven to be useful in various OSNs. For DEC we employed a similar approach for feature extraction, however with a greatly expanded feature space.

In terms of classification algorithms, Tan et al. [51] designed an unsupervised spam detection scheme, called UNIK. Instead of detecting spammers directly, UNIK works by deliberately removing non-spammers from the network, leveraging both the social graph and the user-link graph. In the context of supervised learning, Lin et al. [35] conducted experiments on a Twitter dataset to compare the performance of a wide range of mainstream machine learning algorithms, aiming to identify the ones offering satisfactory detection performance and stability based on a large amount of ground truth data.

### 3.4.2    Other Relevant ML Work

Recent advances in machine learning, especially in graph learning, transfer learning, and online learning, can also be applied to ML-based abusive account detection.

PX0597-004

*Graph learning* seeks to learn a node embedding or make predictions using relations in the graph. Variants of the techniques have been applied to modeling social networks [40], object interactions [24], citation networks [27], and abstract data structures in program verification [34]. Perozzi et al. [40] proposed an unsupervised graph learning technique to learn node embeddings using random walks in the local graph. Recent works on graph neural networks (GNNs) [27, 33, 55] extend convolutional neural networks to perform node classifications. However, none of the existing graph learning approaches has been shown to scale to billions of nodes as in a typical OSN social graph. We are actively experimenting with GNNs for DEC and have encountered numerous technical challenges in getting the system to work on a graph as large and diverse as that of an OSN. Our exploratory work does suggest potential improvements in model performance, but at a much higher computational cost for training.

*Transfer learning* uses existing pre-trained models or embeddings as a basis for training models for new tasks. The technique is commonly used to improve the performance of ML models (e.g., facial recognition or image segmentation [39, 60]), especially in cases where little labeled training data is available. In DEC, we leverage transfer learning to boost our model performance by training the first-stage embedding on a second set of labels.

*Online learning*, first proposed by Saad et al. [43], is a technique to tune existing ML classifiers in real time using newly available training data. Classified samples are sent for labeling, which updates the training set to better capture potential adaptive behaviors; retraining then strengthens the classifier against such behaviors [2]. In theory DEC could be adapted to incorporate online learning; however, our human labels are expensive and take a long time to collect, so the benefit of online learning over our current approach of regular offline retraining would be minimal.

*Active learning* [7, 46], similar to online learning, is a technique to retrain the model with new data. In active learning, only the data points in which the model has low confidence are assigned to human labellers for review. This approach is intended to achieve maximum model performance improvement with limited labeling resource. In our work we select accounts *at random* for expert labelling. While active learning is a potential avenue for improvement, we have been unable to test it because of labeling constraints: random-sample labeling is used not only for training DEC but also for other applications across Facebook, so any active learning experiments would require additional labellers.

# 4   DEC System Overview

DEC extracts features from active Facebook accounts, classifies them, and then takes actions on the classified abusive accounts. In order to deploy such a system in a scalable way, we need to address multiple challenges, including scalability, latency, variety of abuse types, and false positives. DEC



Figure 1: DEC system overview. When an user action occurs on Facebook, the online component will, concurrent with user activity, classify and potentially begin remediation on the user and/or action. Meanwhile, the extracted features from the online component, together with the training data, are used by the offline component to train new models.

uses multiple components in order to handle these challenges separately.

Figure 1 shows the DEC architecture. At the highest level, we break down DEC into online and offline components, discussed subsequently.

## 4.1   Online Component

DEC is triggered by Facebook user actions. When an action occurs, DEC may, based on heuristics (see Section 5.2), schedule a task concurrent with the user activity to start extracting the raw features for the target node and sampled neighboring nodes. For an average account on Facebook, DEC needs to extract hundreds of features for each of hundreds of neighboring nodes, resulting in tens of thousands of raw features to be extracted. Such queries are computationally expensive, and thus the whole process is done asynchronously offline without influencing the user's normal site activity. After feature extraction, DEC aggregates the raw features to form numerical sparse features (further discussed in Section 6). DEC then generates the classification result for the account based on the aggregated features and the in-production model. If the account is classified as abusive, DEC exercises enforcement on the account.

## 4.2   Offline Component

The offline component of DEC includes model training, and feedback handling.

To classify multiple types of abuse, DEC maintains multiple models, where each model handles a different type of abuse. Each dedicated model is trained on the learned low-dimensional embeddings from the raw features collected as part of the concurrent feature extraction (online component). DEC uses the MS-MTL training framework to simultaneously

train and maintain models for different abuse types (further discussed in Section 6).

As part of our implementation within Facebook, DEC has integrated both human labeling as well as user feedback into the training and enforcement process. Facebook uses a dedicated team of specialists who can label whether an account is abusive. These specialists label accounts both proactively (based on features) and reactively (based on user feedback). For proactive labeling, human labellers check accounts surfaced by various detection signals, take samples, label them, and then take actions accordingly. For the reactive labeling, the process begins when a user appeals an enforcement action (as surfaced through the Facebook product). A human reviewer then investigates the account and either accepts the appeal (false positive from DEC's perspective) or rejects the appeal (true positive). Both proactive and reactive human label results are fed into DEC model training as labeled data. Offline model training uses the human labeled data combined with the extracted features from the online component. After repeated offline and online testing, updated models are deployed into production. DEC is regularly retrained by Facebook to leverage the most recent abuse patterns and signals.

To summarize, DEC:

1. Extracts "deep features" across all active accounts on Facebook to allow classification.
2. Uses classification to predict the level of abusiveness for all active accounts, keeping up-to-date classification results for all users actively engaging with the network.
3. Incorporates user and labeler feedback to iterate classifier models.

## 5    Methods: Deep Feature Extraction

Feature extraction is a core part of DEC. Compared to traditional abuse detection systems, DEC uses the process of aggregate feature calculations which aims to extract deep features of a "target" account.

### 5.1    Deep features

In the context of DEC, "deep" refers to the process of fanning out in the social graph. This graph consists of not only users but all *entities* that the platform supports, such as groups, posts, and more. A *direct feature* is a feature that is a function of a particular entity only, such as account age or group size. A *deep feature* is a feature that is a function of the direct features of entities linked to the entity in question. For example, "average age of an account's friends" is a deep feature for the account. Deep features can be defined recursively, as aggregations of deep features on linked accounts; for example, a deep feature on a photo could be "average number of groups joined by friends of people tagged in the photo."

Deep features are useful for classification because they reveal the position of target node in social graph by looking at neighboring nodes. For instance, in the detection of fake accounts, a common pattern that can be revealed by deep fea-

Table 1: Types of entities with their example direct features and example deep entities in DEC.

| Entity Type | Direct Features | Deep Entities |
|---|---|---|
| User | age, gender | entities administered, posts |
| Group | member count, age | admins, group members |
| Device | operating system | users sharing the device |
| Photo | like count, hash value | users in the photo |
| Status Update | like count, age | groups it shared to |
| Group Post | has a link? | users commenting on post |
| Share | number of times shared | original creator |
| IP Address | country, reputation | registered accounts |

tures is the batch creation of fake accounts. When classifying fake accounts, deep features include the features from the IP address that registers the account, as well as all the other accounts created from the IP address. When classifying using the above features, the scripted activity of batch account registration can be easily detected.

A key insight is that deep features not only give additional information about an account, but also are difficult for adversaries to manipulate. Most direct features can easily be changed by the person controlling the entity. For example, account age is controlled by the account owner, and group membership is controlled by the group admin. In contrast, aggregated features that are generated from entities associated with the target account are much more difficult to change. For example, if we consider the age of all of a user's friends, the mean value would be much more difficult to alter by that user, especially when the number of friends is large. Eventually, we can even take a step further by scrutinizing all the friends of friends, and it becomes almost impossible for an adversary to completely change such information.

Table 1 lists some of the entity types considered by DEC, including user, group, device, photo, status update, and group post. For each entity type, we list a few examples of direct features and deep (or fan-out) entities. For direct features, we use features effectively leveraged by other ML classifiers, as well as those found useful during manual investigations.

Figure 2 illustrates an example deep feature. This feature is based on neighboring nodes within two hops from an example account (center, color orange). An edge between two nodes represents the relation of mutual friends. This 2-hop deep feature has exponentially more dependent values comprising the feature than a direct feature.

### 5.2    Implementation

To extend the above examples to work in production, we have three issues to address: (a) What kind of neighboring nodes do we look at? (b) How can we generate the deep features meaningfully? and (c) How do we keep the computational cost from exploding as we fan out?

The complex and varied nature of OSN products requires us to build our system as generically as possible, allowing us to incorporate a wide variety of entities and edges between them. We also want to be able to add new types of entities or edges as

PX0597-006



Figure 2: Visualization of the level-2 social graph for a single "target" account in DEC. The centered orange node is the target node to classify. The blue nodes are the neighboring nodes from the first fan-out level. The red nodes are from the second fan-out level. An edge between two nodes represents the relation of mutual friends. For each node visualized in this graph, hundreds of features are extracted and aggregated for classification.

new features and products appear on Facebook. In the social graph, even a single pair of entities can be connected with multiple types of edges. For example, a user can be connected to a group by being the admin of the group. They can also be connected through membership, which is a weaker connection. Even further, a user can be connected by commenting on a post from the group.

To define deep features, we apply aggregation techniques on the set of direct features of nodes, following the lead of Xiao et al. [57], who effectively leveraged aggregated features across clusters of accounts to identify fake ones. As shown in Table 2, we use different aggregation methods for numerical features and categorical features. To aggregate numerical features such as age, we calculate statistics on their distribution such as mean and percentiles. On the other hand, for categorical features such as home country, our strategy is to aggregate them statistically into numerical features. Lastly, we also jointly aggregate numeric features with categorical features by observing the distribution of the numeric features for a given categorical feature. For example, a feature can be the number of accounts that logged in from the same device as the target account, given the device uses the Android operating system.

The use of aggregation has two advantages: first, it produces a dense feature vector, reducing the dimensionality of the model. Second, it helps the model resist adversarial adaptation as discussed in Section 5.1 above. Note that we do not need to define each deep feature explicitly: we can define var-

Table 2: Example aggregation methods for deep features. Here $p25$ and $p75$ refer to the 25th and 75th percentiles, respectively.

| Feature Type | Aggregation Method |
| --- | --- |
| Numeric | min, max, mean, variance, $p25$, $p75$ |
| Categorical | percentage of the most common category, percentage of empty values, entropy of the category values, number of distinct categories |
| Both Numeric & Categorical | max of numeric A from category B, $p75$ of numeric A from most common category |

ious graph traversal steps (e.g., user → user, or user → group → photo) and automatically apply all aggregation methods to all the direct features of the target entity. In practice, this method produces thousands of distinct deep features.

Ideally, we would trigger a new feature extraction and classification *every* time a user action happens on Facebook. This is not possible at billion-user scale given the necessary computational resources. DEC relies on heuristics to decide when to begin the process of feature extraction and (re-)classification. The core idea is the use of a "cool-down period" between reclassifications, where the length of the cool-down period increases as the account spends more time active on the platform. Our motivating intuition is that accounts that have been active for longer have gone through many previous checks and are generally less likely to be abusive, while newly registered accounts are more likely to be created to abuse.

While (re-)classification is triggered in production in real time, feature extraction and aggregation are computed asynchronously without interfering with an account's experience on Facebook. Given the expense of extracting all deep features, especially for an account with many connections in the social graph, we restrict the amount of computational resources used per account. Specifically, we place a limit on the number of neighboring nodes used to compute a deep feature, and sample randomly if the number is over the limit. The random sample is different on each reclassification; our goal is to capture the position of the entity in the graph from many different angles. This sampling procedure allows us to limit computational cost without reducing the diversity of features.[4]

## 5.3 Feature selection

We only use deep features of a target account, and not direct features, for classification in DEC. The primary motivation for this choice is that we observed that direct target account features are extremely likely to become dominant features in the model. This undesired dominance is caused by the bias inherent in our training data. For example, one of our

---

[4]In our implementation, we use up to 50 neighboring nodes to compute a deep feature, downsampling if the number of neighboring nodes exceeds that threshold. On average, two fan-out levels of neighboring entities are used for feature computations.

experimental spam detection models used whether a user posts a URL as a feature; it turns out that this feature easily becomes the dominant one in the model because spammers are much more likely to include URLs in their posts than benign users. However, it creates a huge number of false positives as it classifies almost all users posting URLs as abusive. In addition, direct features are easy for the attacker to manipulate; once the attacker learns that "has posted URL" is a feature, they can switch from directly posting URLs to putting URLs as overlay in a photo in order to avoid detection.

## 5.4   Feature modification

As adversaries adapt and as we gain new insights about their behavior, we will wish to add new features to DEC and/or retire poorly performing features to save computation cost. There are two issues to consider when modifying features. The first is the influence on the current detection model. Once we add or remove any feature, the classification result from the original DEC model will be influenced as the model is still trained using the original list of features. Our solution is to split the feature logging into two pipelines: experimental features and production features. We can log (or not log) newly added (or removed) features into the experimental group, from which we can train a new model. Meanwhile, the production classifier still uses the production list of features. When the new model is pushed to production, we switch the experimental feature set into the production pipeline.

A second problem with adding features is the computational cost of re-computing across the entire graph. When we add a new direct feature to an entity $A$, it not only influences $A$, but also all the connected entities because they use features from $A$ to calculate their own deep features. Conversely, most direct features have multiple dependent deep features, and multiple levels of fan-out can easily require the re-computation of the whole feature space when a single feature is added. For example, DEC needs to extract new_feature from all of the friends of friends in order to compute 75th percentile, $p75$(friends.friends.new_feature). Traversing through other features along with friends ultimately results in re-extracting features of any active entity. To limit the impact of the re-computation overhead, we define isolated *universes of features*. The old and new versions of features will run in parallel universes, with existing models using the old universe of features, until feature generation for the new universe is complete. At that point the functionality of the old universe is subsumed, and it can be discarded as new models will be trained using the new universe of features.

Again referring to Figure 2, we see the potential computational impact of feature changes. In this example a change or addition of a new direct feature with dependent deep features has exponentially more dependent computations than the direct feature.



Figure 3: MS-MTL model training flow. Stage 1 uses the raw deep features with low precision labels to train a multi-task deep neural network. By extracting the embedding from the last hidden layer of the deep neural network, we train dedicated GBDT models for each task in stage 2 with human labeled data.

## 6   Methods: Multi-Stage Multi-Task Learning

Multi-task learning [6] (MTL) is a type of transfer learning [41] used to improve model generalization. MTL trains multiple related "tasks" in parallel using a single neural network model. The core idea is that what the model learns for each task can boost the performance of other tasks. In our context of abusive account classification, we define "task" and "label" as follows:

- A *task* refers to the classification of a specific category of abusive accounts on an OSN (e.g., fake accounts, spamming accounts).
- A *label* of a training sample is a boolean value indicating whether or not the sample falls into an abusive account category. Each training example has multiple labels, one for each task. This *multi-label* is represented by a vector of boolean values.

As a concrete example, if we take four tasks in DEC model training to be classifying fake, compromised, spamming, and scamming accounts, the label vector of one account might be $[1, 0, 0, 1]$. This vector indicates the account was identified as fake and carrying out scams, but is not identified as compromised or spreading spam.

PX0597-008

## 6.1   Motivation

We employ a multi-stage framework to detect abusive accounts on Facebook. Our framework addresses three key challenges in abusive account classification: simultaneously supporting a variety of abuse types, leveraging a high-dimensional feature space, and overcoming a shortage (relative to billions of accounts) of high quality human labels.

First, since there are many different ways in which an account can be abusive, we use different tasks to represent different sub-types of abuse, and multi-task learning to increase the amount of information encoded in the model. The underlying assumption is that the features distinguishing abusive accounts from benign ones are correlated between abuse types. As a result, the knowledge learned for one abuse type can be beneficial for determining other abuse types because an account exhibiting one abuse type is more likely to show other abusive behaviors. As compared with splitting labeled data based on abuse types and training a separate model for each type, multi-task training gives us a full picture of the account by collectively looking at all associated abusive behavior. We expect that this knowledge sharing across tasks will allow us to achieve better prediction accuracy using multi-task learning, especially for smaller tasks.

Second, the multi-stage framework addresses the "curse of dimensionality" [23] by reducing the high-dimensional raw feature vector to a low-dimensional representation. Specifically, our two stages of training reduce the number of features from more than $10^4$ (raw deep feature space) to around $10^2$ (learned low-dimensional representation space). We achieve this reduction by using the embedding from the last hidden layer of the multi-task deep neural network as input features for the second stage of training.

Finally, a practical engineering problem is that human labeled data is very expensive, and particularly so in the domain of account labeling. In order to label an account as abusive or benign, a human reviewer needs to look at many aspects of the account and consider multiple factors when making a decision. On the other hand, we have a large amount of lower-confidence labeled data in the form of machine-generated labels. This scenario is ideal for multi-task leaning as it has proven to be successful to extract useful information from noisily labeled data [52].

## 6.2   Training Data Collection

We have two sources of data labels on abusive accounts in DEC. The first consists of human reviewers, who are shown hundreds of signals from each account and asked to provide a judgment on whether the account is abusive. Labels provided in this manner have high accuracy, but are also computationally expensive, and therefore can only be obtained in low volume (relative to the billions of accounts on Facebook).

The second label source consists of automated (non-DEC) algorithms designed to detect abusive accounts, as well as user reported abusive accounts. These algorithms may be focused

on a specific attack or abuse type, or may be previous versions of global abuse detection models. We consider the accounts identified by these algorithms to be *approximately labeled* abusive accounts. We then split the labels into different tasks based on the type of abuse per each account. To obtain approximately labeled non-abusive accounts, we randomly sample accounts that have not been actioned on. Our approximate labels have lower precision than human reviewed data, but are much cheaper to obtain and can be obtained in high volume. For example, in our evaluation the training dataset has over 30 million approximate labels and only 240,000 human labels (Table 3).

While 30 million labels may seem significant, it represents less than 2% of the billions of accounts on Facebook. Thus, any adversary attempting a poisoning attack [21, 36, 47] on the training data would need to create thousands of accounts in order to ensure that some of them were sampled for our training set as negative examples (and tens of thousands if trying to poison the second stage). On the other hand, the fact that there are millions of negative samples implies that any one account cannot have outsize influence on the model, thus increasing the required attack size even further. Such large attacks are easy for both rule-based systems and human reviewers to detect and label, and thus the adversary's intention of poisioning the training set will be foiled. Furthermore, even if somehow the adversary obtains enough accounts to poison the training process, they will need to manipulate the features on these accounts to produce very specific values, which (as discussed in Section 5.1) is difficult to achieve with our "deep feature" architecture.

To provide insight into the reliability of this approach, we took a random sample of approximately labeled accounts and sent them through the manual review process described previously. In those experiments the approximate labeling precision varied between 90% and 95%, indicating that the approximate labels still provide significant discerning power.

## 6.3   Model Training Flow

Figure 3 shows the two stage training flow of the MS-MTL framework. The first stage, trained on a large volume of low precision data, learns the embedding of the raw features. We then apply a transfer learning techique and use the embedding along with high precision labels to train the second stage model. The classification results are generated as the outputs from the second stage.

### 6.3.1   First Stage: Low Precision Training

The objective of the first training stage is to reduce the high-dimensional vector of aggregated raw deep features to a low-dimensional embedding vector. This dimensionality reduction is done through the training of a multi-task deep neural network model [6] using our approximate label data. Each sample in the training data has a vector of labels where each label corresponds to a task, and each task corresponds to classifica-

PX0597-009

tion of a sub-type of abusive accounts on Facebook. After the training has converged, we take the outputs of the last hidden layer of the neural network as the learned low-dimensional embeddings.

For our implementation, we use a neural network model with 3 fully connected hidden layers having 512, 64, and 32 neurons respectively. For each task, the model outputs a probability using a sigmoid activation function. The inputs are normalized using a Box-Cox transformation. We trained the model using PyTorch [42] for an epoch using per-task binary cross entropy and an Adagrad optimizer [11], with a learning rate of 0.01.

### 6.3.2   Second Stage: High Precision Training

We leverage a technique from transfer learning [41] and extract the last hidden layer's output from the first stage model as the input for the second stage. We train the second stage (GBDT model) with high precision human-labeled data to classify abusive accounts regardless of the sub-types of violations. The scores output by the GBDT model are the final DEC classification scores.

Our implementation of the GBDT model uses an ensemble of 7 trees with a maximum depth of 4. We trained the model with a company-internal gradient boosting framework similar to XGBoost [56], using penalized stochastic gradient boosting, with a learning rate of 0.03 and a feature sampling rate of 0.2.

## 7   Evaluation

In this section we evaluate the performance of our MS-MTL approach and the DEC system as a whole. Specifically we analyze three abusive account models:

1. A behavioral-only model, which represents traditional detection techniques employed by OSNs;
2. DEC as a single multi-task neural network ("Single Stage," SS), and
3. DEC with MS-MTL.

We performed our evaluation on *active* accounts on Facebook. These accounts have already gone through multiple early-stage security systems such as registration or login-time actioning, but have not yet gone through full behavioral (i.e., activity- and content-based) detection. We also investigate adversarial adaptation, in particular looking at the stability of DEC's precision and recall over time.

### 7.1   Datasets

Table 3 summarizes the dataset used for our experiments and evaluation of DEC.

**Training Data.** We test DEC's performance on production Facebook data. We consider four types of abusive accounts (tasks) in our MS-MTL implementation: fake, compromised, spam, and scam. We split the abuse types into these four different categories for two reasons. First, they are violating different policies of Facebook, which causes the detected accounts

Table 3: Datasets: Number and composition of labels used for our training and evaluation. The longitudinal dataset is measured in # of samples per day.

| Training Dataset | Label Type | Training Stage | # Samples |
|---|---|---|---|
| Fake | Approximate | First | $3.0 \times 10^7$ |
| Comp. | Approximate | First | $7.8 \times 10^5$ |
| Spam | Approximate | First | $6.2 \times 10^5$ |
| Scam | Approximate | First | $6.2 \times 10^5$ |
| Benign | Approximate | First | $2.6 \times 10^8$ |
| Abusive | Human | Second | $1.2 \times 10^5$ |
| Benign | Human | Second | $1.2 \times 10^5$ |

| Evaluation Dataset | Label Type | Evaluation Mechanism | # Samples |
|---|---|---|---|
| Abusive | Human | Offline | $3.0 \times 10^4$ |
| Benign | Human | Offline | $3.0 \times 10^4$ |
| Longitudinal | Human | Online | $2.0 \times 10^4$/day |

to be actioned on by separate enforcement systems, each employing distinct appeals flows. Second, the positive samples of different abuse types are not homogeneous by nature. For example, fake accounts are largely driven by scripted creation, while compromised accounts usually result from malware or phishing. The behavioral patterns and social connections of these accounts are distinctive for each abuse type, lending themselves well to different "tasks" in our formulation.

We maintain separate datasets of approximate (lower-precision) and human labels. The quantity of approximate labels is significantly larger than human labels. The first training stage uses four approximate datasets of abusive accounts and one of benign accounts, while the second stage requires only human-reviewed accounts labeled as abusive or benign. The approximately labeled data comes from three sources:

1. **User reports**: Users on Facebook can report other users as abusive. This source is noisy [19], but appropriate as low-precision labels for the first stage of training.

2. **Rule-based systems**: Outside of DEC, there are other existing enforcement rules on Facebook. We take users caught by these enforcements, categorized by the type of abuse, as an additional approximate label source. Some examples of users labeled by rule-based systems include:
   - Users sending friend requests too quickly;
   - Users with multiple items of content deleted by spam-detection systems;
   - Users distributing links to known phishing domains.
   In total, rule-based systems account for more than half of our abusive account labels.

3. **Discovered attacks**: It's common to have "waves" of scripted attacks on OSNs, such as malware or phishing attacks. When Facebook notices such a wave they can identify a "signature" for the accounts involved and use the signature as an approximate label for our first stage. These discovered attacks comprise approximately 10% of our abusive account labels.

All of the above sources provide noisy, low-precision abuse data. While inappropriate for full system training, they are apt

for the first stage of training. For the first stage, we construct a set of benign users by randomly sampling active users and excluding those contained in approximate abuse dataset.

In contrast, we generate training data for the second stage by having human labellers employed by Facebook manually review randomly sampled users on the platform. Accounts labeled as abusive are used as positive samples for training, and accounts labeled as benign are negative samples.

**Evaluation Data.** To evaluate DEC's performance, we create an evaluation dataset of accounts by sampling *active* users from Facebook. These are users that have already passed through several early-stage abuse detection systems, and as such contain the *hardest* abusive accounts to classify. We perform manual human labeling of a large number of randomly selected accounts using the same methodology and process that Facebook uses for ground truth measurement. We then randomly select $3 \times 10^4$ accounts labeled abusive and $3 \times 10^4$ accounts labeled benign for offline evaluation.

## 7.2   Model Evaluation

We use three different models to evaluate the performance of our DEC approach (single stage and with MS-MTL) both in isolation, and in comparison to traditional techniques. Note that the objective of DEC is to identify accounts committing a wide spectrum of abuse types. This approach goes beyond traditional Sybil defense techniques which primarily focus on detecting fake accounts.

A summary of these models, their training data, and their evaluation data can be found in Table 4. The three models we compare are:

1. **Behavioral**: This GBDT model classifies accounts based only on the direct behavioral features of each account (e.g., number of friends), and outputs whether the account is abusive (regardless of the specific abuse type). Thus, this model does not use deep features and is not multi-task. Since the number of behavioral features is relatively small, we train the model with the human labeled dataset. This model is representative of traditional ML based detection techniques used in OSNs, similar to the system described by Stein et al. [48]. By operating on an evaluation dataset drawn from active accounts on Facebook that have already undergone early-stage remediation, adding this behavioral (later-stage) system is representative of an end-to-end solution. We employ a GBDT architecture with an ensemble of 200 trees of depth of 16, each with 32 leaf nodes.

2. **DEC-SS**: This model uses the DEC approach outlined in this paper to extract deep features, but does not leverage the MS-MTL learning approach. A single deep neural network model is trained by combining all the approximate data across multiple tasks. If a user is identified as violating by any one of the included tasks, we consider this as a positive sample. Because of the huge number of features extracted by DEC, the quantity of human labeled data is too small to be used for training.



Figure 4: Comparison of ROC curves for different models on evaluation data. Both DEC models (single stage and with MS-MTL) perform significantly better than the behavioral model at all points in the curve.

3. **DEC-MS-MTL**: This is is the complete end-to-end framework and model described in Section 6. It combines the DEC-only approach with MS-MTL.

Outside of this evaluation section, references to DEC without a MS-MTL or SS qualifier refer to DEC MS-MTL.

## 7.3   Performance Comparisons

We compare various metrics based on the results of above three models.

### 7.3.1   ROC Curves

Figure 4 examines the ROC performance of all three models. ROC curves capture the trade-off in a classifier between false positives and false negatives. For all operating points on the curve, the DEC models (both MS-MTL and SS) perform significantly better than a behavioral-only approach—by as much as 20%, depending on the operating point. From a ROC perspective, both DEC models perform similarly.

While ROC curves are important measures of the effectiveness of models, they are inherently *scaleless*, as the $x$-axis considers only ground-truth negatives and the $y$-axis considers only ground-truth positives. If the dataset is being classified is imbalanced, as is the case with abusive accounts (there are significantly more benign accounts than abusive accounts), ROC curves may not capture the actual operating performance of classification systems—particularly precision, a critical measure in accessing abuse detection systems.

### 7.3.2   Precision and Recall

Figure 5 compares the precision and recall of the models. We find the behavioral model is unable to obtain precision above 0.95 and has very poor recall throughout the precision range. Both DEC models perform significantly better than the behavioral model, being able to achieve a higher precision and have significantly higher recall at all relevant operating

Table 4: Comparisons of the three evaluation models' type, training features, training data, and evaluation data.

| Name | Model | Training Features | Training Data | Evaluation Data |
|---|---|---|---|---|
| Behaviorial | GBDT | Account behavior features ($\sim 10^2$) | Human labels | Human labels |
| DEC- SS | Multi-Task DNN | DEC deep features ($\sim 10^4$) | Approximate labels | Human labels |
| DEC- MS-MTL | Multi-Task DNN + GBDT | DEC deep features ($\sim 10^4$) | Approximate labels+human labels | Human labels |



Figure 5: Comparison of precision vs recall curves for different models on our evaluation data. Both DEC models perform significantly better than the behavioral model, and the DEC-MS-MTL has higher recall across the entire operating space. This evaluation is over accounts that have already gone through several stages of security evaluation, and as such this population represents the hardest accounts to classify. Given the difficult classification nature of this sub-population, such recall performance is considered excellent by Facebook.

regions. DEC with MS-MTL significantly improves the system recall over single stage DEC at high precision operating points, improving by as much as 30%.

We note that this evaluation is over accounts that have already gone through other security classifications such as registration time or login-time remediation (i.e., the *hardest* to classify accounts). As such, the overall recall level is expected to be lower than that of a system which operates on all active accounts (Section 7.4).

DEC with MS-MTL's improvement in recall over behavioral models makes it particularly attractive in a real world operating environment where recall over hard to classify accounts is an important operating characteristic.

### 7.3.3 Quantiative Assessment: Area Under the (AUC) Curve and Precision / Recall

Table 5 shows a comparison of precision, recall, and ROC performance between the three models. ROC performance is calculated as the total area under the curve (AUC). Precision is fixed at 0.95, a common operating point for assessing performance. The behavioral model is unable to achieve a precision of 0.95 at any recall, and is excluded. We find that while

Table 5: Comparison of the area under the curve (AUC) and recall at precision 0.95 for different models on evaluation data. The DEC with MS-MTL model achieves the best result by a significant margin, a nearly 30% absolute improvement. The behavioral model is unable to obtain precision 0.95.

| Model | AUC | Recall @ Precision 0.95 |
|---|---|---|
| Behavioral | 0.81 | NA |
| DEC- SS | 0.89 | 0.22 |
| DEC- MS-MTL | 0.90 | 0.50 |

DEC both single stage and with MS-MTL have similar AUC performance, adding MS-MTL more than doubles the model recall, increasing it from 22% to 50%. This increased performance, both over behavioral and over DEC without MS-MTL, enables significantly better real-world impact when deployed in production.

### 7.4   Results In Production Environment

Building on our design and evaluation of DEC (with MS-MTL), we deployed the system into production at Facebook. The system not only identified abusive accounts, but also triggered user-facing systems to take action on the accounts identified. To assess the model's real-world impact and longevity, we evaluate our system in production by looking at the stability of precision and recall over time.

**Precision Over Time.** Figure 6 examines the 3-day moving average of the precision of our DEC with MS-MTL system in production at Facebook. As with our prior evaluation, we obtain ground truth for our measurements by relying on manual human labeling of a random sample of accounts classified as abusive by DEC. We find that the precision of the system is stable, with the precision never dropping below 0.97, and frequently being higher than 0.98.

**Recall Over Time.** We examine the stability of our production DEC-MS-MTL model's recall by considering its false negative rate (FNR), where FNR = 1 − recall. Using a longitudinal sample of $2 \times 10^4$ users randomly chosen and manually labeled each day, we compute an unbiased FNR statistical measure of the volume of abusive accounts on Facebook, regardless of direct detection. This measure is denoted as the "prevalence" of abusive accounts and can be thought of as the false negative rate of all abusive account detection systems (including DEC) combined. If we add to the prevalence measurement the number of abusive accounts caught by DEC



Figure 6: Precision over time: 3-day moving average of deployed (DEC-MS-MTL) model precision on live Facebook production data, spanning one month. Precision is stable, never decreasing below 0.97. The *y*-axis is truncated.



Figure 7: Recall over time: DEC defense over a 30-day window, using 3-day moving averages. The green line is the observed volume (as a percent) of abusive accounts on Facebook, and the red marked line is the volume of accounts taken down by DEC. The blue line is the sum of the other two and estimates what the volume of abusive accounts would have been in the absence of DEC; the gray shaded area thus represents the inferred impact of DEC.

specifically (and not other detection systems), we obtain an estimate of what the prevalence of abusive accounts *would have been* in the absence of DEC.

Figure 7 plots the observed prevalence of abusive accounts (with DEC deployed) and inferred prevalence without DEC, over the period of a month. A loss in DEC's recall (equivalently, an increase in DEC's FNR) would manifest as either an increase in overall abusive account prevalence, or a decrease in the power of DEC compared to non-DEC methods (a decrease in the difference between the two measures). We observed neither of these phenomena over our one-month experiment, indicating that DEC's recall did not meaningfully shift during this period and suggesting that there was not adversarial adaptation to DEC.

Before DEC's launch, Facebook reported instances of adversaries adapting within hours to new detection systems; since the advent of DEC there have been no such reports. Our hypothesis is that the "deep feature" architecture of DEC makes the system more resistant to adversarial adaptation than other abusive account detection systems. As discussed in Section 5.1, an adversary wishing to manipulate a user feature aggregated through the graph must control that feature on *all* of the relevant entities connected to the original user. When we apply this reasoning to the multitude of different entity associations — including but not limited to user friendship, group membership, device ownership, and IP address appearance — we are drawn to the conclusion that manipulating many such features would be far more expensive for an attacker than manipulating "direct" user features such as country, age, or friend count.

Since deployment, DEC has become one of the key abusive account detection systems on Facebook, where it has been responsible for the identification and deactivation of hundreds of millions of accounts. Over our evaluation period the average estimated prevalence without DEC would have been 5.2%, while the average observed volume of abusive accounts

Table 6: Area under the curve (AUC) and recall at precisions 0.95 and 0.99 for DEC over a random sample of all accounts on Facebook.

| Population | AUC | Recall @ Prec. 0.95 | Recall @ Prec. 0.99 |
|---|---|---|---|
| All accts. | 0.981 | 0.981 | 0.955 |

on Facebook was 3.8%— an improvement of 27%.

**DEC Over All Accounts.** Our evaluation of DEC thus far has focused on the *hardest* types of abuse to classify—accounts that were not identified by other production abuse detection systems. A separate question is how effective could DEC be at identifying *all* abusive accounts, including those caught by these other systems. To answer this question we evaluated DEC over $1.6 \times 10^4$ active accounts sampled at random from the entire population of accounts on Facebook, including those that had been detected as abusive by other systems. These accounts were definitively labeled by expert human labellers and used as ground truth for our evaluation. Table 6 shows the performance of DEC across this population of all accounts. DEC performs well over this population, with an AUC of 0.981, recall at precision 0.95 of 0.981 and recall at precision 0.99 of 0.955. As expected, both the AUC and recall at fixed precision are significantly higher on the full population than on the sub-population of accounts not detected by other systems (Table 5).

# 8   Discussion and Lessons Learned

After more than two years of deployment at Facebook, we have learned multiple lessons and identified several limitations from developing and using DEC.

PX0597-013

## 8.1   Reducing Computational & Human Load

It is computationally expensive to extract graph features for all active users at the scale of Facebook. Given our current implementation of feature extraction within two hops from the target node in graph, for each user we might need to reach out to hundreds or thousands of neighboring nodes in order to extract all of their information and aggregate it back to the target node. To mitigate this problem we have developed caching strategies that reuse previous feature extraction results as much as possible. However, because many features have time sensitivity, we still need to update and re-extract a considerable amount of them at each reclassification.

The computational load of DEC is high—equivalent to 0.7% of global CPU resources of Facebook. However, the deployment of DEC actually **reduced** global CPU usage of Facebook. DEC achieved this counter-intuitive result by identifying and removing such a large volume of abusive accounts that the combined CPU usage of those abusive accounts more than accounted for the computation required for feature extraction, training, and deployment of DEC.

DEC also greatly reduced human costs, in terms of human review resources that would have been needed to evaluate and take down abusive accounts manually. DEC's deployment reduced the total review resources needed for abusive account detection by between 15% and 20%.

## 8.2   Segmentation and Fairness

One key finding is that a single-task classifier performs differently across different segments within the task. For example, if we segment accounts by the self-reported age of their owners, an abusive account classifier might show a higher false positive rate on one age segment than others. Similarly, the performance might vary over different geographies, as we are building a single model to fit a global product that may be used differently across different cultures. Such variation, which can be expected across such a large and heterogeneous user base, may be interpreted as the model treating some groups of people unfairly relative to others.[5] In the data set used for this paper we were not able to find any segments on which classifier performance differed to a statistically significant extent, but it is possible that with retraining and/or different segmentation such unfairness may arise. As a result, we have proactively considered several measures to reduce variation across different segments.

Our key insight is that segmentation effects are highly correlated with bias in the training data. Suppose for example that we use the account owner's age as a feature, and that the owners of abusive samples in the training data are younger on average the owners of non-abusive samples. In this case, if we do not adjust the proportions of different segments in our training data, the classifier may reach the conclusion that accounts

owned by young people are more likely to be abusive.

As a first step towards preventing such bias, we have removed from the model all "direct" user demographic features, including age, gender, and country. While these features could be helpful in predicting abuse, they could easily introduce unfairness in the model as in the age example above — we don't want to penalize younger benign users just because attackers usually choose to set their fake accounts to have a young age.

The next approach we considered is to sample the labeled data in order to create a training set that reflects overall OSN distributions as closely as possible. In ongoing work, we are experimenting with training DEC using stratified sampling based on attack clustering, in particular downsampling large clusters so as to minimize the influence of a single attack on the ultimate model. This approach would make sure that a large attack from a given user demographic does not teach the model that most users from that demographic are abusive. However, stratified sampling becomes prohibitively costly as we try to match the distribution of more and more segments. In addition, as we add more dimensions the segments get smaller, and statistical noise soon introduces enough error to outweigh the precision gains from sampling.

A final approach is to split particular segments out and create dedicated tasks in the MS-MTL framework for them; however, this approach requires us to collect sufficient training data for each segment, and the maintenance cost increases with the number of models trained. Instead of training and maintaining multiple models, Facebook has chosen to monitor specific high-profile segments for false positive spikes and address any issues by tuning the overall model to reduce segment-specific false positives.

## 8.3   Measuring in an Adversarial Setting

Since abuse detection systems inherently operate in an adversarial environment, measuring the impact of system changes is a particularly difficult problem. A common adversarial iteration looks like:

1. The attacker finds a successful method to abuse Facebook.
2. Facebook adjusts its detection system and mitigates the attack.
3. The attacker iterates until they either achieve (1) again, or the resource cost becomes too high and they stop.

Assuming constant effort on the part of the attacker and Facebook, the above cycle eventually settles on an equilibrium. Because of this cycle, it is difficult to properly measure the effect of our models using A/B tests during deployment. If our experiment group is too small, we never reach step 3 because the attacker has no incentive to change. Our metrics might look good in the experiment group, but we will hit step 3 when we launch more broadly and performance will decline.

One way to mitigate this problem is to add a "holdout group" to feature launches. The holdout group is a random sample of users that are predicted by the model to be abusive.

---

[5]Note that the assessment of "fairness" will depend on the metric used, and one may get different results when using, for example, accuracy vs. precision vs. false positive rate.

Instead of acting to block these accounts immediately upon detection, we stand back and confirm the abuse happened as expected before enforcing on these users. Such holdouts help us to more accurately measure the precision of our classifier, but must be carefully weighed against the potential impact, as holdouts can lead to further abuse. For this reason, holdouts are not used for all types of abuse.

## 8.4   Adversarial Attacks on DEC

An attacker may attempt to *poison* the first stage of low-quality labels by creating numerous colluding accounts that seek to be labelled benign by the rule-based detection systems. Given the scope of DEC's training data and the relatively low sample rate, it would be extremely difficult for attackers to generate such accounts at a scale that would significantly impact the trained model (Section 6.2), especially given that other (non-DEC) systems exist specifically to limit the creation of fake accounts at massive scale.

An attacker may attempt to *evade* the classifier by creating large groups of fake accounts connected to each other so that they can control all of the deep features. This subgraph would have to either be isolated from the rest of the friend graph (which is itself suspicious) or have a reasonable number of connections to the main graph. In the latter case, since DEC operates on second-order connections, almost all of the DEC features would include data from real accounts outside the adversary's control. In addition, while the adversary controls the fake accounts' behavior, they don't know how a similar set of connected *legitimate users* behaves, and the coordinated activity of the fake accounts would be detected as anomalous by DEC.

An attacker could also attempt to *trick* DEC into misclassifying a benign user as abusive, based on features of its neighbors that the victim has no control over. For example, an attacker could create a subgraph of abusive accounts as above and attempt to friend a victim using these accounts. If the victim accepts one or more friend requests, they embed themselves in the abusive sub-graph, which could cause DEC to incorrectly act on the victim. This "forced-embedding" attack is also challenging to execute. First, "attempted" links between entities (e.g., unresolved or denied friend requests) are not features in DEC. Second, a single bad edge between the victim and an abusive sub-graph is insufficient to cause a false classification. A victim would need to be deceived numerous times for there to be a risk of misclassification. Finally, DEC-identified accounts are given the opportunity to complete challenges or request human review as a fail-safe to guard against incorrect classification [30].

## 8.5   Limitations and Future Directions

While DEC has been highly effective at detecting abusive accounts in practice, its design offers several opportunities for improvement:

- DEC is computationally expensive, particularly due to its use of deep features. However, in Section 8.1 we discussed how this high computational cost is actually balanced by resource savings from identifying more abusive accounts. Reducing the computational cost further is an active area of work that is receiving at least as much attention as improving model quality.

- Intuitively, DEC's classifications are based on an account's position and connections within the Facebook graph. Accounts that exhibit low levels of activity or connections provide fewer signals for DEC to leverage for inference, limiting its effectiveness. However, even if such accounts are abusive, they inherently have less impact on Facebook and its users. We are currently exploring approaches to include features that better capture these low-signal accounts.

- DEC's machine learning model lacks interpretability, as it relies on a DNN to reduce the high-dimensional space of deep features into the low-dimension embedding used for classification decisions. This characteristic makes it difficult to debug and understand the reasoning behind DEC's decisions. Making the model interpretable is an active area of research.

- DEC's approach of aggregating data from many users to produce features for classification is less sensitive to outliers than an approach of using direct features. As a consequence, DEC may be less discriminative of extreme feature values than other model families. We have taken a "defense-in-depth" approach to address this challenge, as extreme outliers can be captured quite effectively by manual rules. It still remains an open question to address such outliers within the DEC framework.

- DEC, like other supervised or semi-supervised machine learning systems, is heavily dependent on the quality of its training data labels. Adversaries that manage to induce inaccurate human labeling at scale may be able to manipulate or interfere with DEC's classifications. We are constantly working to improve our labeling process to address any observed or potential limitations.

Even with these limitations, our evaluation on production data at Facebook indicates that DEC offers better performance than traditional detection approaches.

## 9   Conclusion

We have presented Deep Entity Classification (DEC), a machine learning framework developed to detect abusive accounts in OSNs. Our framework addresses two problems in the existing abuse detection systems: First, its "deep feature" extraction method creates features that are powerful for classification and (thus far) show no signs of the adversarial adaptation typical for account or behavioral features. Second, it uses a novel machine learning training framework to leverage both high-quantity, low-precision and low-quantity, high-precision training data to improve model performance.

Our evaluation on production data at Facebook indicates that DEC offers better performance than traditional detection

approaches. Moreover, DEC's performance is stable over time, suggesting that it is robust to adversarial adaptation. During DEC's deployment for more than two years at Facebook, it has detected hundreds of millions of abusive accounts. We estimate that DEC is responsible for a 27% reduction in the volume of active abusive accounts on the platform.

## 10    Acknowledgements

Many individuals at Facebook contributed to the development of DEC and to this publication. Among them we would like to thank Daniel Bernhardt, Scott Renfro, Vishwanath Sarang, and Gregg Stefancik.

We would also like to thank the anonymous reviewers for their valuable feedback that substantially improved this work's quality.

## References

[1]  Leman Akoglu, Hanghang Tong, and Danai Koutra. Graph based anomaly detection and description: A survey. In *Data mining and knowledge discovery*, volume 29, pages 626–688, 2015.

[2]  Raman Arora, Ofer Dekel, and Ambuj Tewari. Online bandit learning against an adaptive adversary: From regret to policy regret. *arXiv preprint arXiv:1206.6400*, 2012.

[3]  Fabricio Benevenuto, Gabriel Magno, Tiago Rodrigues, and Virgilio Almeida. Detecting spammers on Twitter. In *Collaboration, electronic messaging, anti-abuse and spam conference (CEAS)*, volume 6, page 12, 2010.

[4]  Elie Bursztein.    How to successfully harness AI to combat fraud and abuse.    https://elie.net/talk/how-to-successfully-harness-ai-to-combat-fraud-and-abuse/, 2018. RSA.

[5]  Qiang Cao, Michael Sirivianos, Xiaowei Yang, and Tiago Pregueiro. Aiding the detection of fake accounts in large scale social online services. In *USENIX NSDI*, pages 15–15, 2012.

[6]  Rich Caruana. Multitask learning. In *Machine learning*, volume 28, pages 41–75. Springer, 1997.

[7]  David A Cohn, Zoubin Ghahramani, and Michael I Jordan. Active learning with statistical models. *Journal of artificial intelligence research*, 4:129–145, 1996.

[8]  Nilesh Dalvi, Pedro Domingos, Sumit Sanghai, Deepak Verma, et al. Adversarial classification. In *SIGKDD conference on knowledge discovery and data mining (KDD)*, pages 99–108. ACM, 2004.

[9]  George Danezis and Prateek Mittal. Sybilinfer: Detecting sybil nodes using social networks. In *NDSS*, pages 1–15, 2009.

[10]  Louis DeKoven, Trevor Pottinger, Stefan Savage, Geoffrey Voelker, and Nektarios Leontiadis. Following their footsteps: Characterizing account automation abuse and defenses. In *Internet Measurement Conference (IMC)*, pages 43–55. ACM, 2018.

[11]  John Duchi, Elad Hazan, and Yoram Singer. Adaptive subgradient methods for online learning and stochastic optimization. *Journal of machine learning research*, 12(Jul):2121–2159, 2011.

[12]  Facebook.com.    https://www.facebook.com/communitystandards/, 2019.

[13]  Facebook.com.  https://www.facebook.com/help/287137088110949, 2019.

[14]  Facebook.com.  https://www.facebook.com/help/166863010078512?helpref=faq_content, 2019.

[15]  Facebook.com.    https://www.facebook.com/communitystandards/objectionable_content, 2019.

[16]  Facebook.com.    https://www.facebook.com/communitystandards/safety, 2019.

[17]  Alhussein Fawzi, Omar Fawzi, and Pascal Frossard. Analysis of classifiers' robustness to adversarial perturbations. In *Machine learning*, volume 107, pages 481–508. Springer, 2018.

[18]  Michael Fire, Gilad Katz, and Yuval Elovici. Strangers intrusion detection: Detecting spammers and fake profiles in social networks based on topology anomalies. In *Human journal*, volume 1, pages 26–39, 2012.

[19]  David Mandell Freeman. Can you spot the fakes?: On the limitations of user feedback in online social networks. In *Proceedings of the 26th International Conference on World Wide Web*, pages 1093–1102, 2017.

[20]  Jerome H Friedman. Greedy function approximation: A gradient boosting machine. *Annals of statistics*, pages 1189–1232, 2001.

[21]  Tianyu Gu, Brendan Dolan-Gavitt, and Siddharth Garg. Badnets: Identifying vulnerabilities in the machine learning model supply chain.  *arXiv preprint arXiv:1708.06733*, 2017.

[22]  Geoffrey E Hinton and Ruslan R Salakhutdinov. Reducing the dimensionality of data with neural networks. In *Science*, volume 313, pages 504–507, 2006.

[23] Piotr Indyk and Rajeev Motwani. Approximate nearest neighbors: Towards removing the curse of dimensionality. In *ACM symposium on theory of computing*, pages 604–613. ACM, 1998.

[24] Ashesh Jain, Amir R Zamir, Silvio Savarese, and Ashutosh Saxena. Structural-RNN: Deep learning on spatio-temporal graphs. In *Proceedings of the IEEE conference on computer vision and pattern recognition*, pages 5308–5317, 2016.

[25] Meng Jiang, Peng Cui, and Christos Faloutsos. Suspicious behavior detection: Current trends and future directions. In *IEEE intelligent systems*, volume 31, pages 31–39. IEEE, 2016.

[26] Xin Jin, C Lin, Jiebo Luo, and Jiawei Han. A data mining-based spam detection system for social media networks. In *Proceedings of the VLDB endowment*, volume 4, pages 1458–1461, 2011.

[27] Thomas N Kipf and Max Welling. Semi-supervised classification with graph convolutional networks. *arXiv preprint arXiv:1609.02907*, 2016.

[28] W. Koehrsen. Embeddings in neural network. https://towardsdatascience.com/neural-network-embeddings-explained-4d028e6f0526, 2018.

[29] Xiangnan Kong, Jiawei Zhang, and Philip S Yu. Inferring anchor links across multiple heterogeneous social networks. In *International conference on information & knowledge management*, pages 179–188. ACM, 2013.

[30] Fedor Kozlov, Isabella Yuen, Jakub Kowalczy, Daniel Bernhardt, David Freeman, Paul Pearce, and Ivan Ivanov. A method for evaluating changes to fake account verification systems. In *RAID*, 2020.

[31] Yann LeCun, Yoshua Bengio, and Geoffrey Hinton. Deep learning. In *Nature*, volume 521, page 436, 2015.

[32] Kyumin Lee, James Caverlee, and Steve Webb. Uncovering social spammers: Social honeypots + machine learning. In *Conference on Research and Development in Information Retrieval (SIGIR)*, 2010.

[33] Qimai Li, Zhichao Han, and Xiao-Ming Wu. Deeper insights into graph convolutional networks for semi-supervised learning. In *Thirty-Second AAAI Conference on Artificial Intelligence*, 2018.

[34] Yujia Li, Daniel Tarlow, Marc Brockschmidt, and Richard Zemel. Gated graph sequence neural networks. *arXiv preprint arXiv:1511.05493*, 2015.

[35] Guanjun Lin, Nan Sun, Surya Nepal, Jun Zhang, Yang Xiang, and Houcine Hassan. Statistical Twitter spam detection demystified: Performance, stability and scalability. In *IEEE access*, volume 5, pages 11142–11154. IEEE, 2017.

[36] Yingqi Liu, Shiqing Ma, Yousra Aafer, Wen-Chuan Lee, Juan Zhai, Weihang Wang, and Xiangyu Zhang. Trojaning attack on neural networks. In *NDSS*, 2017.

[37] Anshu Malhotra, Luam Totti, Wagner Meira Jr, Ponnurangam Kumaraguru, and Virgilio Almeida. Studying user footprints in different online social networks. In *International conference on advances in social networks analysis and mining (ASONAM)*, pages 1065–1070. IEEE Computer Society, 2012.

[38] Shirin Nilizadeh, Francois Labrèche, Alireza Sedighian, Ali Zand, José Fernandez, Christopher Kruegel, Gianluca Stringhini, and Giovanni Vigna. Poised: Spotting Twitter spam off the beaten paths. In *CCS*, 2017.

[39] Sinno Jialin Pan and Qiang Yang. A survey on transfer learning. *IEEE Transactions on knowledge and data engineering*, 22(10):1345–1359, 2009.

[40] Bryan Perozzi, Rami Al-Rfou, and Steven Skiena. Deepwalk: Online learning of social representations. In *Proceedings of the 20th ACM SIGKDD international conference on Knowledge discovery and data mining*, pages 701–710, 2014.

[41] Lorien Y Pratt. Discriminability-based transfer between neural networks. In *Advances in neural information processing systems*, pages 204–211, 1993.

[42] PyTorch. https://pytorch.org/.

[43] David Saad. Online algorithms and stochastic approximations. *Online Learning*, 5:6–3, 1998.

[44] United States Securities and Exchange Commission. Facebook archive form 10-q. https://www.sec.gov/Archives/edgar/data/1326801/000132680117000007/fb-12312016x10k.htm, 2016.

[45] United States Securities and Exchange Commission. Facebook archive form 10-q. https://www.sec.gov/Archives/edgar/data/1326801/000132680118000067/fb-09302018x10q.htm, 2018.

[46] Burr Settles. Active learning literature survey. Technical report, University of Wisconsin-Madison Department of Computer Sciences, 2009.

[47] Ali Shafahi, W Ronny Huang, Mahyar Najibi, Octavian Suciu, Christoph Studer, Tudor Dumitras, and Tom Goldstein. Poison frogs! targeted clean-label poisoning attacks on neural networks. In *Advances in Neural Information Processing Systems*, pages 6103–6113, 2018.

PX0597-017

[48] Tao Stein, Erdong Chen, and Karan Mangla. Facebook immune system. In *Workshop on social network systems*, page 8. ACM, 2011.

[49] Gianluca Stringhini, Christopher Kruegel, and Giovanni Vigna. Detecting spammers on social networks. In *Annual Computer Security Applications Conference (AC-SAC)*, 2010.

[50] Gianluca Stringhini, Pierre Mourlanne, Gregoire Jacob, Manuel Egele, Christopher Kruegel, and Giovanni Vigna. EVILCOHORT: Detecting communities of malicious accounts on online services. In *USENIX Security*, 2015.

[51] Enhua Tan, Lei Guo, Songqing Chen, Xiaodong Zhang, and Yihong Zhao. UNIK: Unsupervised social network spam detection. In *International conference on information & knowledge management*, pages 479–488. ACM, 2013.

[52] Andreas Veit, Neil Alldrin, Gal Chechik, Ivan Krasin, Abhinav Gupta, and Serge J Belongie. Learning from noisy large-scale datasets with minimal supervision. In *CVPR*, pages 6575–6583, 2017.

[53] A. H. Wang. Don't follow me: Spam detection in Twitter. In *Conference on Security and Cryptography (SE-CRYPT)*, 2010.

[54] Gang Wang, Tristan Konolige, Christo Wilson, Xiao Wang, Haitao Zheng, and Ben Y. Zhao. You are how you click: Clickstream analysis for sybil detection. In *USENIX Security*, 2013.

[55] Felix Wu, Tianyi Zhang, Amauri Holanda de Souza Jr, Christopher Fifty, Tao Yu, and Kilian Q Weinberger. Simplifying graph convolutional networks. *arXiv preprint arXiv:1902.07153*, 2019.

[56] XGBoost. https://xgboost.ai/.

[57] Cao Xiao, David Mandell Freeman, and Theodore Hwa. Detecting clusters of fake accounts in online social networks. In *Workshop on artificial intelligence and security*, pages 91–101. ACM, 2015.

[58] Chao Yang, Robert Chandler Harkreader, and Guofei Gu. Die free or live hard? empirical evaluation and new design for fighting evolving Twitter spammers. In *Conference on Recent Advances in Intrusion Detection (RAID)*, 2011.

[59] Zhi Yang, Christo Wilson, Xiao Wang, Tingting Gao, Ben Y. Zhao, and Yafei Dai. Uncovering social network sybils in the wild. In *Internet Measurement Conference (IMC)*, 2011.

[60] Jason Yosinski, Jeff Clune, Yoshua Bengio, and Hod Lipson. How transferable are features in deep neural networks? In *Proceedings of the Conference on Neural Information Processing Systems*, 2014.

[61] Haifeng Yu. Sybil defenses via social networks: A tutorial and survey. In *ACM SIGACT news*, volume 42, pages 80–101. ACM, 2011.

[62] Haifeng Yu, Phillip B Gibbons, Michael Kaminsky, and Feng Xiao. Sybillimit: A near-optimal social network defense against sybil attacks. In *Symposium on security and privacy*, pages 3–17. IEEE, 2008.

[63] Haifeng Yu, Michael Kaminsky, Phillip B Gibbons, and Abraham Flaxman. Sybilguard: Defending against sybil attacks via social networks. In *ACM SIGCOMM computer communication review*, volume 36, pages 267–278. ACM, 2006.

[64] Yao Zhao, Yinglian Xie, Fang Yu, Qifa Ke, Yuan Yu, Yan Chen, and Eliot Gillum. Botgraph: Large scale spamming botnet detection. In *USENIX NSDI*, 2009.

# PX0598

AI advances to better detect hate speech

**ML Applications Integrity**

# AI advances to better detect hate speech

May 12, 2020

PX0598-001

5/15/24, 11:27 PM                                   AI advances to better detect hate speech

We have a responsibility to keep the people on our platforms safe, and dealing with hate speech is one of the most complex and important components of this work. To better protect people, we have AI tools to quickly — and often proactively — detect this content. As noted in the Community Standards Enforcement Report released today, AI now proactively detects 88.8 percent of the hate speech content we remove, up from 80.2 percent the previous quarter. In the first quarter of 2020, we took action on 9.6 million pieces of content for violating our hate speech policies — an increase of 3.9 million.

This progress is due in large part to our recent AI advances in two key areas:

- Developing a deeper semantic understanding of language, so our systems detect more subtle and complex meanings.

- Broadening how our tools understand content, so that our systems look at the image, text, comments, and other elements holistically.

For semantic understanding of language, we've recently deployed new technologies such as XLM , Facebook AI's method of self-supervised pretraining across multiple languages. Further, we are working to advance these systems by leveraging new state-of-the-art models such as XLM-R , which incorporates RoBERTa , Facebook AI's state-of-the-art self-supervised pretraining method.

To broaden how our tools understand content, we have also built a pre-trained universal representation of content for integrity problems. This whole entity understanding system is now used at scale to analyze content to help determine whether it contains hate speech. More recently, we have further improved the whole entity understanding system by using post-level, self-supervised learning.

These challenges are far from solved, and our systems will never be perfect. But by breaking new ground in research, we hope to make further progress in using AI to detect hate speech, remove it quickly, and keep people safe on our platforms.

PX0598-002

AI advances to better detect hate speech

We've expanded both the breadth and depth of our content understanding systems, which
has helped us improve detection of hate speech and other harmful content.

# The challenge of teaching machines to recognize hate speech effectively

Facebook has established <u>clear rules on what constitutes hate speech</u>    , but it
is challenging to detect hate speech in all its forms; across hundreds of
languages, regions, and countries; and in cases where people are deliberately
trying to avoid being caught. Context and subtle distinctions of language are
key. Idioms and nuances can vary widely across cultures, languages, and
regions. Even expert human reviewers can sometimes struggle to distinguish a
cruel remark from something that falls under the definition of hate speech or
miss an idiom that isn't widely used. What's more, hate speech can come in any
language and virtually any medium, such as a post, an image, a photo caption,
or a video. We have found that a substantial percentage of hate speech on
Facebook globally occurs in photos or videos. As with other content, hate
speech also can be multimodal: A meme might use text and image together to
attack a particular group of people, for example.

PX0598-003

5/15/24, 11:27 PM                                           AI advances to better detect hate speech



This example illustrates how hate speech can be multimodal. The text alone is ambiguous. But when it's combined with the image, the statement takes on another meaning.

What's more, people sharing hate speech often try to elude detection by modifying their content. This sort of adversarial behavior ranges from intentionally misspelling words or avoiding certain phrases to modifying images and videos.

As we improve our systems to address these challenges, it's crucial to get it right. Mistakenly classifying content as hate speech can mean preventing people from expressing themselves and engaging with others. Counterspeech — a response to hate speech that may include the same offensive terms — is particularly challenging to classify correctly because it can look so similar to the hate speech itself.

Finally, the relative scarcity of examples of these violations poses an additional challenge for training our tools. To build models that understand linguistic and cultural nuances across the many languages on our platform, we need to be able to understand and learn from not only the limited set of violating content but also from the billions of examples of non-violating content on our platform.

## Progress in using AI to detect hate speech

Over the last several years, we've invested in building proactive detection tools for hate speech, so we can remove this content before people report it to us —

PX0598-004

AI advances to better detect hate speech

and in some cases before anyone even sees it. Our detection techniques include text and image matching, which means we're identifying images and strings of text that are identical to content that's already been removed as hate speech. We also use machine-learning classifiers that look at things like the text in a post, as well as the reactions and comments, to assess how closely it matches common phrases, patterns, and attacks.

When we first deployed these systems to proactively detect potential hate speech violations, we relied on our content review teams to decide whether to take action. But by last spring, our systems  were accurate enough to be used to remove posts automatically in some limited cases.

We've continued to improve our contextual classifiers for hate speech by incorporating a new bi-transformer text model and whole entity understanding as features and by using bias sampling to capture more false negatives, among other recent updates.

We created our whole entity understanding system as a single, generalized pretrained representation of content that can help address many different integrity problems. It works by understanding content across modalities, violation types, and even time in order to provide a more holistic understanding of a particular post or comment, for example. Our latest version is trained on more violations. The system improves performance across modalities by using focal loss, which prevents easy-to-classify examples from overwhelming the detector during training, along with gradient blending, which computes an optimal blend of modalities based on their overfitting behavior.



# Pushing the state of the art with XLM-R

Earlier this year, we published our work on a new model called XLM-R , which uses self-supervised training techniques to achieve state-of-the-art performance in understanding text across multiple languages. We are working toward using XLM-R to help human reviewers analyze potential hate speech.

Our XLM-R model builds on one of the most important recent advances in self-supervised learning, the revolutionary Bidirectional Encoder Representations from Transformers (BERT) technique. BERT models are trained by taking sentences, blanking out words at random, and having the model learn to predict the most likely words to fill in the blanks. This process is known as self-supervised pretraining.



This graphic shows how our model is first pretrained by learning to predict blanked-out words.

XLM-R advances this method in two important ways:

PX0598-006

- We've developed a new pretraining recipe, RoBERTa, to train efficiently on orders of magnitude more data and for a longer amount of time.

- We also have created NLP models that improve performance by learning across multiple languages. This method, called XLM, uses a single, shared encoder to train a large amount of multilingual data, generating sentence embeddings that work across a range of languages, and transfers knowledge effectively between them.

XLM-R incorporates the strengths of both XLM and RoBERTa to achieve the best results to date on four cross-lingual understanding benchmarks and outperform traditional monolingual baselines under some conditions.

Once the model is pretrained, we then fine-tune our model by using a much smaller amount of labeled data for the specific task.

Since XLM-R is primarily trained in a self-supervised way, we are able to train on large amounts of unlabeled data for languages for which it is hard to build a labeled dataset. Further, our research on cross-lingual models has also revealed language-universal structures , in which text with the same meaning in different languages is represented similarly internally by the model. This allows models like XLM-R to learn in a language-agnostic fashion, taking advantage of transfer learning to learn from data in one language (e.g., Hindi) and use it in other languages (e.g., Spanish and Bulgarian).



This graphic illustrates how hate speech in different languages is represented in a single, shared embedding space.

An additional advantage is that a single multilingual classifier can produce predictions for text in multiple languages, which simplifies the process of shipping and maintaining classifiers and allows us to iterate and improve more quickly.

PX0598-007

AI advances to better detect hate speech

# Self-supervised models that understand content across languages, modalities, and tasks

To help reduce the prevalence of hate speech and scale to other areas, we need to further invest in deep content semantic understanding with multimodal learning. One promising direction we are exploring is post-level self-supervision, which combines the benefits of both whole post understanding and state-of-the-art self-supervised and weakly supervised pretraining techniques. By devising tasks and pretraining objectives that are specifically tailored toward the unique characteristics of the posts, we can achieve deeper post-level semantic understanding. This allows us to learn from many more examples, both of hate speech and benign content, unlocking the value of unlabeled data.



To advance in content understanding and keep our platform safe, we rely more on systems trained across multiple modalities using large amounts of unlabeled data.

By using transfer learning and cross-lingual models, we'll also be able to leverage performance gains in one language or on one task and improve performance with many others. It also allows us to respond quickly to emerging problems by building on top of the self-supervised models.

PX0598-008

We're also launching new open initiatives like the
<u>Hateful Memes Challenge and accompanying dataset</u>        . These efforts will
spur the broader AI research community to test new methods, compare their
work, and benchmark their results in order to accelerate work on detecting
multimodal hate speech. As with other open benchmarks and datasets, we
believe we'll all make faster progress collectively by comparing our techniques
and results with those of others.

While AI isn't the only answer to the challenge of hate speech and other harmful
content, we are encouraged by the progress we've made and eager to do more.

# Written By

## Ryan Dansby
Data Scientist

## Han Fang
Data Scientist

## Hao Ma
Research Scientist Manager

## Chris Moghbel
Product Manager

## Umut Ozertem
Research Scientist Manager

## Xiaochang Peng
Research Scientist

## Ves Stoyanov
Applied Research Manager

## Sinong Wang
Research Scientist

## Fan Yang

## Kevin Zhang

5/15/24, 11:27 PM                                    AI advances to better detect hate speech

Research Scientist                                          Software Engineer

PX0598-010

# PX0599

Spam Fighting 2016 | At Scale Conferences



UPCOMING EVENT

TOPIC: FIGHTING ABUSE AND SECURITY

# SPAM FIGHTING 2016

NOVEMBER 03, 2016 @ 10:00 AM PDT - 6:00 PM PDT

Fighting Abuse @Scale brings together engineers, data scientists, product managers, and others fighting fraud, spam, and abuse on the internet at scale.

RSVPS CLOSED     AGENDA ⌄     SPEAKERS ⌄



# ABOUT EVENT

**Engineering better abuse detection:** Spam Fighting@Scale is an invitation-only technical conference for engineers working on large-scale management and analytics solutions for platform abuse. Building applications and services that scale presents a complex set of engineering challenges.

Join engineers from Facebook, LinkedIn, Snapchat, and WhatsApp for discussions on fighting malicious apps, measuring spam, leveraging user-generated input, detecting fake accounts, and more!

# EVENT AGENDA

Event times below are displayed in PT.

|  | NOVEMBER 3 |  |
|---|---|---|
| 10:00 AM - 10:15 AM | WELCOME | ⌄ |
| 10:15 AM - 12:15 PM | HOW TO UTILIZE USER-GENERATED FEEDBACK TO FIGHT SPAM | ⌄ |
| 10:15 AM - 12:15 PM | DEFENDING NETFLIX AND ITS MEMBERS FROM ABUSE | ⌄ |
| 10:15 AM - 12:15 PM | USING WEIGHTED SAMPLING TO UNDERSTAND THE PREVALENCE OF SPAM | ⌄ |

PX0599-001



| 10:15 AM - 12:15 PM | CATCH ME IF YOU CAN - FIGHTING UNOFFICIAL APPS | ⌄ |
| 12:15 PM - 01:30 PM | LUNCH | UPCOMING EVENT |
| 01:30 PM - 03:30 PM | THE ECONOMICS OF MODERN SPAM | ⌄ |
| 01:30 PM - 03:30 PM | MEASURING PERFORMANCE OF FAKE ACCOUNT DETECTION AND REMEDIATION | ⌄ |
| 01:30 PM - 03:30 PM | FINDING CLUSTERS OF FAKE ACCOUNTS AT SCALE | ⌄ |
| 01:30 AM - 03:30 PM | HOW WHATSAPP REDUCED SPAM WHILE LAUNCHING END-TO-END ENCRYPTION | ⌄ |
| 03:30 PM - 04:00 PM | BREAK | ⌄ |
| 04:00 PM - 05:00 PM | DETECTING FAKE INVENTORY ON AIRBNB | ⌄ |
| 04:00 PM - 05:00 PM | ANTI-SPAM BY DESIGN: BUILDING A COMPANY OF SPAM-FIGHTERS | ⌄ |
| 05:00 PM - 06:00 PM | HAPPY HOUR | ⌄ |

# SPEAKERS AND MODERATORS



WENDY ROBERTS
FACEBOOK

JOSH KRIVOSHEIN
FACEBOOK

JASON CHAN
NETFLIX

DAVID RADBURN-SMITH
FACEBOOK

EMANUEL STRAUSS
FACEBOOK

CHAD DEPUE
SNAPCHAT

PX0599-002

**KIRILL LEVCHENKO**
UNIVERSITY OF
CALIFORNIA, SAN
DIEGO

**HUSEYIN KEREM CEVAHIR**
FACEBOOK

**JENELLE BRAY**
LINKEDIN

UPCOMING EVENT

**DAVID FREEMAN**
LINKEDIN

**MATT JONES**
LINKEDIN

**DMITRY ALEXEENKO**
AIRBNB

**ANGIE HUANG**
AIRBNB

**GUY MORDECAI**
FACEBOOK

UPCOMING EVENT MAY 22, 2024    DATA @SCALE

# DATA @SCALE 2024

Data @Scale is a technical conference for engineers who are interested in building, operating, and using data systems at scale. Companies across the industry use data and underlying infrastructure to build products with user empathy....

REGISTER NOW

## FIND @SCALE TOPICS

## EXPLORE OTHER SERIES

DATA, SYSTEMS AND NETWORKING

PX0599-003



**DEV TOOLS AND OPS, PRIVACY, SUSTAINABILITY AND PERFORMANCE**

**MACHINE LEARNING AND AI**

**MOBILE, VIDEO AND WEB**

**FIGHTING ABUSE @SCALE**   »

UPCOMING EVENT

## FINDING SOLUTIONS

We welcome your comments and questions about @Scale. Please contact us through our Facebook page!

JOIN FACEBOOK

**TERMS OF USE    PRIVACY POLICY**

**COMMUNITY STANDARDS**

2024 @SCALE. ALL RIGHTS RESERVED

## JOIN THE @SCALE MAILING LIST AND GET THE LATEST NEWS & EVENT INFO

EMAIL ADDRESS                           SUBMIT

PX0599-004

# PX0600

POSTED ON NOVEMBER 18, 2016 TO <u>SECURITY</u>

# Spam Fighting @Scale 2016



By <u>Hervé Robert</u>                                      

On November 3rd, hundreds of people working to defend their companies from spam and abuse met at Facebook HQ for the second Spam Fighting @Scale conference. Once again, it was clear that this community was happy to connect with one another, meet people doing similar work, and hear more about what other companies do to solve common spam and abuse problems.

The event featured talks from experts representing Airbnb, Facebook, LinkedIn, Netflix, Snapchat, UC San Diego, and WhatsApp. Across the talks, a number of key points emerged:

- Effective measurement is critical to making progress and reducing the impact of spam on online services. User feedback is a relatively straightforward way to measure spam, and more elaborate solutions like weighted sampling can provide better estimates.
- Spam fighting is primarily seen as an engineering problem by technology companies, but going through the payment providers used by spammers can also be a productive strategy.
- The security field often emphasizes perfect, academic solutions. In the world of spam fighting, though, defenses that aren't perfect can still be acceptable, as long as they raise the costs for spammers enough to deter abuse.
- Fake accounts are a common vector of abuse across multiple platforms.
- Clustering is a powerful tool to detect abuse, whether it appears in the form of accounts, images, or text.
- Aligning incentives between anti-spam teams and surrounding functions at a company can yield more powerful results.
- It is possible to fight spam effectively without having access to content, making it possible to support end-to-end encrypted platforms and still combat abuse.

PX0600-001

Videos of the talks that were recorded during the event are available below.

### Welcome to Spam Fighting @Scale

Vlad Gorelik, an engineering manager at Facebook, kicked off the event describing his work supporting teams that work on fighting spam and related issues. He discussed how spam-fighting techniques and approaches are similar across different products and technologies, and pointed out that anti-spam teams face a difficult challenge that is adversarial and asymmetric. Finally, he reiterated Facebook's commitment to sharing spam-fighting technology, and called all companies present to find new ways to collaborate and share information that can help everyone get rid of spam more systematically.



Share

Facebook Watch

### How to Utilize User-Generated Feedback to Fight Spam

Wendy Roberts and Josh Krivoshein are data scientists on Facebook's Protect and Care team and focus on better understanding spam and abuse on Facebook. They started this first talk by describing what spam can look like on Facebook. Then, they introduced different ways user feedback can be useful in helping to measure spam, including answering the question, "How much spam is there?"



Share

Facebook Watch

### Defending Netflix and its Members from Abuse

In his talk, Jason Chan, who works on Netflix's security team, presented the unique challenges Netflix faces around account takeover and payments fraud. He also covered techniques for understanding and disrupting the financial motivations and methods bad actors use to monetize abuse.

PX0600-002



Facebook Watch

## Using Weighted Sampling to Understand the Prevalence of Spam

David Radburn-Smith, a data scientist on Facebook's Protect and Care team, and Emanuel Strauss, a software engineer on the Business Integrity team, presented their work on weighted sampling and how they used this technique to deepen the understanding of Facebook's measurements of spam.



Facebook Watch

## The Economics of Modern Spam

Kirill Levchenko, a researcher at UC San Diego, presented his work on how spammers monetize and alternatives to engineering solutions for fighting spam. Specifically, he pointed out that payments providers are the weakest link in the chain of services used by spammers to make their operations profitable, and he explained how they could be disrupted. Indeed, technology companies often treat spam detection as an engineering problem, while Kirill said it was possible to achieve great impact by "following the money."

## Measuring Performance of Fake Account Detection and Remediation

PX0600-003

H. Kerem Cevahir, a software engineer on Facebook's Site Integrity team, shared his extensive experience on keeping fake accounts off of Facebook. He explained ways to measure abuse related to fake accounts, and introduced a hierarchy of priorities to keep in mind when working on fake accounts: Focus on precision, then remediation, and then detection.

### Finding Clusters of Fake Accounts at Scale

In this talk, Jenelle Bray and David Freeman, from the security data science team at LinkedIn, presented their work on detecting fake accounts through clustering. They explained how to make clusters of related accounts and how to classify these clusters. They also explained tradeoffs between online and offline clustering.

### How WhatsApp Reduced Spam while Launching End-to-End Encryption

WhatsApp went through two major projects recently as a company: Completing end-to-end encryption, while also ramping up anti-spam efforts. Observers familiar with spam fighting might worry that end-to-end encryption – by making content inaccessible to spam fighters – would make the task a lot harder. Matt Jones, a software engineer at WhatsApp, proved otherwise by explaining how it is possible to fight spam successfully without ever accessing content shared on the platform.

PX0600-004

## Detecting Fake Inventory on Airbnb

Airbnb is built on trust, according to Dmitry Alexeenko, engineering manager, and Angie Huang, software engineer, but bad actors can break this trust. Dmitry and Angie went over the measures Airbnb took to detect fake inventory on their platform and touched on several techniques, from machine learning to image similarity.

## Anti-Spam by Design: Building a Company of Spam-Fighters

Guy Mordecai, a product manager for spam at Facebook, closed the event by explaining how spam-fighting efforts at technology companies can be connected to a company's larger goals. He shared both technical and organizational solutions to help make this happen and better align incentives between product teams and anti-spam teams for greater impact.

TAGS:    @SCALE

Like    Share    Sign Up to see what your friends like.



◂ **Prev**
Open population datasets and open challenges

**Next** ▸
Keyframes: Delivering scalable, high-quality animations to mobile clients



PX0600-005

# Read More in Security

View All ▶



MAR 6, 2024

Making messaging interoperability with third parties safe for users in Europe



DEC 6, 2023

Building end-to-end security for Messenger

PX0600-006



NOV 8, 2023

Enhancing the security of WhatsApp calls



SEP 12, 2023

Meta Quest 2: Defense through offense

Spam Fighting @Scale 2016 - Engineering at Meta



AUG 29, 2023

Scheduling Jupyter Notebooks at Meta



AUG 8, 2023

How Meta is improving password security and preserving privacy

## Related Posts

## Related Positions

Integrity Compliance Manager
**DUBLIN, IRELAND**

Integrity Compliance Manager

PX0600-008

**LONDON, UK**

**GRC Integrity Program Manager**
**DUBLIN, IRELAND**

**GRC Integrity Program Manager**
**LONDON, UK**

**Security Engineer, Anti Scraping**
**MENLO PARK, US**

See All Jobs

## Available Positions

Integrity Compliance Manager
DUBLIN, IRELAND
Integrity Compliance Manager
LONDON, UK
GRC Integrity Program Manager
DUBLIN, IRELAND
GRC Integrity Program Manager
LONDON, UK
Security Engineer, Anti Scraping
MENLO PARK, US

See All Jobs

## Technology at Meta



Engineering at Meta - X

Follow



AI at Meta

Read



Meta Quest Blog

Read



Meta for Developers

Read



Meta Bug Bounty

Learn more



RSS

Subscribe

## Open Source

Meta believes in building community through open source technology. Explore our latest projects in Artificial Intelligence, Data Infrastructure, Development Tools, Front End, Languages, Platforms, Security, Virtual Reality, and more.



ANDROID



iOS



WEB



BACKEND



HARDWARE

Learn More

 Meta

Engineering at Meta is a technical news resource for engineers interested in how we solve large-scale technical challenges at Meta.

Home

Company Info

Careers

---

© 2024 Meta

TermsPrivacyCookiesHelp

PX0600-010

# PX0601

5/15/24, 11:30 PM                                    Fighting Abuse @Scale 2018 | At Scale Conferences



TOPIC: FIGHTING ABUSE AND SECURITY

# FIGHTING ABUSE @SCALE 2018

APRIL 25, 2018 @ 8:30 AM PDT - 6:00 PM PDT

Fighting Abuse @Scale brings together engineers, data scientists, product managers, and others fighting fraud, spam, and abuse on the internet at scale.

RSVPS CLOSED        AGENDA  ⌄        SPEAKERS  ⌄



⌄

# ABOUT EVENT

Fighting Abuse @Scale brings together engineers, data scientists, product managers, operations specialists, and others fighting fraud, spam, and abuse on the internet at massive scale. At this one-day conference, practitioners will hear presentations on state-of-the art technologies used to protect people on the internet and have the opportunity to discuss abuse fighting with like-minded people from around the industry.

The conference builds on the successful Spam Fighting @Scale conferences of **MAY 2015** and **NOVEMBER 2016**, and will feature speakers from Facebook, LinkedIn, Airbnb, Microsoft, and others, talking about recent advances in stopping bad guys on the internet. In this iteration we will focus particularly on techniques and experiences with artificial intelligence and machine learning in abuse fighting.

The invitation-only event will feature invited talks, a happy hour, and a "birds-of-a-feather" lunch where attendees can join organized discussions around a particular subtopic of abuse fighting.

# EVENT AGENDA

Event times below are displayed in PT.

|                    | APRIL 25 |   |
| --- | --- | --- |
| 08:30 AM - 10:00 AM | **REGISTRATION & BREAKFAST** | ⌄ |
| 10:00 AM - 10:15 AM | **WELCOME AND OPEN REMARKS** | ⌄ |
| 10:45 AM - 11:15 AM | **SESSION 1: COMBATING MISINFORMATION AT FACEBOOK** | ⌄ |

PX0601-001

5/15/24, 11:30 PM                                  Fighting Abuse @Scale 2018 | At Scale Conferences



| 10:15 AM - 10:45 AM | SESSION 2: PREVENTING ABUSE ACCOUNT CREATIONS USING MACHINE LEARNING | ∨ |
| 11:15 AM - 11:45 AM | SESSION 3: ON THE EFFECTS OF CIVIL INTERVENTIONS | UPCOMING EVENT |
| 11:45 AM - 01:30 PM | LUNCH, WITH "BIRDS OF A FEATHER" TABLES | ∨ |
| 01:30 PM - 02:00 PM | SESSION 4: MEASURING THE PERFORMANCE OF FAKE ACCOUNT MODELS | ∨ |
| 02:00 PM - 02:30 PM | SESSION 5: DISRUPTING ADVERSARIAL INFRASTRUCTURES WITH HONEYPOTS | ∨ |
| 02:30 PM - 03:00 PM | SESSION 6: HOW TO SUCCESSFULLY HARNESS MACHINE LEARNING TO COMBAT FRAUD AND ABUSE | ∨ |
| 03:00 PM - 03:30 PM | BREAK | ∨ |
| 03:30 PM - 04:00 PM | SESSION 7: THE STORY OF A URL | ∨ |
| 04:00 PM - 04:30 PM | SESSION 8: FIGHTING FINANCIAL FRAUD WITH TARGETED FRICTION | ∨ |
| 04:30 PM - 05:00 PM | SESSION 9: JUDGING ADS & POSTS BY THEIR NEIGHBOURS: LABEL PROPAGATION THROUGH SEMANTIC IMAGE CLUSTERING WITH BILLIONS OF IMAGES | ∨ |
| 05:00 PM - 06:00 PM | HAPPY HOUR | ∨ |

# SPEAKERS AND MODERATORS









CARLOS BAUM
LINKEDIN

NEKTARIOS
LEONTIADIS
FACEBOOK

ELIE BURZSTEIN
GOOGLE



UPCOMING EVENT









MICHELLE GANBAUM
FACEBOOK

BENJAMIN BRAUN
FACEBOOK

NATHAN HURST
FACEBOOK

AIRBNB



UPCOMING EVENT  MAY 22, 2024    DATA @SCALE

DATA @SCALE 2024

Data @Scale is a technical conference for engineers who are interested in building, operating, and using data systems at scale. Companies across the industry use data and underlying infrastructure to build products with user empathy....

REGISTER NOW »

FIND @SCALE TOPICS                    EXPLORE OTHER SERIES

PX0601-003



## FINDING SOLUTIONS

We welcome your comments and questions about @Scale. Please contact us through our Facebook page!

JOIN FACEBOOK

**TERMS OF USE**   **PRIVACY POLICY**

**COMMUNITY STANDARDS**

2024 @SCALE. ALL RIGHTS RESERVED

## JOIN THE @SCALE MAILING LIST AND GET THE LATEST NEWS & EVENT INFO

EMAIL ADDRESS                              SUBMIT

PX0601-004

# PX0602

POSTED ON SEPTEMBER 17, 2018 TO AI RESEARCH, ANDROID, CORE INFRA, DATA INFRASTRUCTURE, DEVINFRA, IOS, ML APPLICATIONS, NETWORKING & TRAFFIC, OPEN SOURCE, PRODUCTION ENGINEERING, SECURITY

# 2018 @Scale Conference recap



*2018 @Scale Conference*

  

The @Scale Conference is an invitation-only technical event for engineers who work on large-scale platforms and technologies. This year's event took place on September 13 at the San Jose Convention Center, where more than 2,500 attendees gathered to discuss how to build applications and services that scale to millions or even billions of people. The conference featured technical deep dives from engineers at a multitude of scale companies, including **Adobe, Amazon, Cloudera, Cockroach Labs, Facebook, Google, Microsoft, NASA, NVIDIA, Pinterest, and Uber**.

Below are summaries and videos of the three @Scale 2018 keynote addresses and other presentations.

If you're interested in attending the next event, visit the @Scale website and join the @Scale community.

## Keynote addresses

**Inside NVIDIA's AI infrastructure for self-driving cars**
**Clément Farabet, VP of AI Infrastructure, NVIDIA**

PX0602-001



@Scale 2018 Keynote: Inside NVIDIA's AI infrastructure for self-...

At Scale · Follow

Share

Facebook Watch

With the race to bring self-driving cars to market, deep learning is crucial to the automotive industry. In his keynote address, Clément discusses in-depth for the first time NVIDIA's production-level, end-to-end infrastructure and workflows to develop AI for self-driving cars.

Building autonomous vehicles creates scale challenges across multiple areas in the development process and the infrastructure stack. Given the high-risk and costly nature of testing autonomous vehicles in the real-world, billions of simulated and millions of real driving miles are needed to ensure safety requirements are met. However, more than the miles themselves, what matters is training and testing across all possible use cases and scenarios, including 100 different environmental conditions, 100 different transients or variations, and 100 different fault injections.

Clément discusses how NVIDIA's team is building an AI platform that can support simulation and validation with hardware-in-the-loop at this extreme scale, from the rack-level design optimized for AI and the server design improvements made to minimize bottlenecks in storage, network, and compute. NVIDIA's supercomputing infrastructure is able to support continuous data ingest from multiple cars (each producing terabytes of data per hour) and enables autonomous AI designers to iterate training new neural network designs across thousands of GPU systems and validate their behavior over multi-petabyte-scale datasets.

The obstacles faced by self-driving cars aren't limited to the world of autonomous driving. Clément shares how the problems NVIDIA has solved in building this infrastructure for training and inference are applicable to others deploying AI-based services, including innovations in NVIDIA's inference platform that are pushing the boundaries of what's possible at scale.

**Glow: A community-driven approach to AI infrastructure**
**Jason Taylor, Vice President of Infrastructure, Facebook**

PX0602-002



Facebook Watch

In this keynote address, Jason announces the next steps in Facebook's efforts to build a [hardware ecosystem for machine learning (ML) through partner support of the Glow compiler](). Cadence, Esperanto, Intel, Marvell, and Qualcomm Technologies Inc., a subsidiary of Qualcomm Incorporated, have committed to supporting Glow in future silicon products and technologies.

The rise of AI and machine learning has created a new set of bottlenecks for the network as workloads increase exponentially in size and scale. The traditional models for performance scaling are no longer enough to deal with these new sets of challenges. With an open source framework designed to be community driven, Glow allows partners to more rapidly design and optimize new silicon products for AI and ML processing by leveraging highly optimized compiler software.

**A golden age for computer architecture**
**David Patterson, Distinguished Engineer, Google, and Professor, UC Berkeley**



Facebook Watch

The end of Dennard scaling and Moore's law are not problems that must be solved but facts that, if accepted, offer breathtaking opportunities. In his @Scale Conference keynote, David discusses how high-level, domain-specific languages and architectures aided by open source ecosystems and agilely developed chips will accelerate progress in machine learning. He envisions a new golden age for computer architecture in the next decade.

PX0602-003

## @Scale 2018: Data

### Presto: Fast SQL on everything
### Vaughn Washington, Software Engineering Manager, Facebook



@Scale 2018: Presto: Fast SQL on everything
At Scale · Follow

Share

Facebook Watch

Presto is an open source, high-performing, distributed relational database system targeted at making SQL analytics over big data fast and easy at Facebook. It provides rich SQL language capabilities for data engineers, data scientists, and business analysts to quickly and interactively process terabytes to petabytes of data. Presto is widely used within at Facebook for interactive analytics with thousands of active users.

Facebook is using Presto to accelerate a massive batch pipeline workload in our Hive Warehouse. Presto is also used to support custom analytics workloads with low-latency and high-throughput requirements. As an open source project, Presto has been adopted externally by many companies, including Comcast, LinkedIn, Netflix, Walmart, and others. In addition, Presto is being offered as a managed service by multiple vendors, including Amazon, Qubole, and Starburst Data. In this talk, Vaughn outlines a selection of use cases that Presto supports at Facebook, describe its architecture, and discuss several features that enable it to support these use cases.

### Run your database like a CDN
### Peter Mattis, VP of Engineering, Cockroach Labs



@Scale 2018: Run your database like a CDN
At Scale · Follow

Share

Facebook Watch

Modern businesses serve customers around the globe, but few manage to avoid sending far-flung customer requests across an ocean (or two!) to application servers colocated with a centralized database. This presents two significant problems: high latencies and conflicts with evolving data sovereignty regulations. CockroachDB is a distributed SQL database that

PX0602-004

solves the problem of global scale using a combination of features including geo-replication, geo-partitioning, and data interleaving, which together allow a customer's data to stay in proximity while still enjoying strong, single-copy consistency.

Peter's talk briefly introduces CockroachDB and then explores how it is able to achieve low latency and precise data domiciling in an example global use case.

**Scaled machine learning platform at Uber**
**Jeremy Hermann, Head of Machine Learning Platform, Uber**

In this talk, Jeremy discusses Michelangelo, Uber's machine learning platform. The purpose of Michelangelo is to enable data scientists and engineers to easily build, deploy, and operate machine learning solutions at scale. It is designed to be ML-as-a-service, covering the end-to-end machine learning workflow: manage data, train models, evaluate models, deploy models, make predictions, and monitor predictions. Michelangelo supports traditional ML models, time series forecasting, and deep learning.

Jeremy covers some of the key ML use cases at Uber, the main Michelangelo components and workflows, and newer areas that his team is developing.

**Resource management at scale for SQL analytics**
**Tim Armstrong, Software Engineer, Cloudera**



@Scale 2018: Resource management at scale for SQL analytics
At Scale · Follow                                              Share

Facebook Watch

Apache Impala is a highly popular open source SQL interface built for large-scale data warehouses. Impala has been deployed in production at more than 800 enterprise customers as part of Cloudera Enterprise, managing warehouses up to 40 PB in size. Hadoop Distributed File System (HDFS), cloud object stores, and scalable columnar storage engines make it cheap and easy to store large volumes of data in one place rather than spread across many silos. This data attracts queries, and, soon enough, contention for resources arises between different queries, workloads, and organizations. Without resource management policies and enforcement, critical queries can't run and users can't interactively query the data. In this talk, Tim discusses the challenges in making resource management work at scale for SQL analytics and how his team is tackling them in Apache Impala.

**Goku: Pinterest's in-house time-series database**
**Tian-Ying Chang, Senior Staff Engineer and Manager of the Storage and Caching Team, Pinterest**
**Jinghan Xu, Software Engineer, Pinterest**

PX0602-005


At Scale · Follow

Share

Facebook Watch

In this presentation, Tian-Ying and Jinghan discuss Goku, a highly scalable, cost-effective, and high-performant online time series database service. It stores and serves massive amount of time series data without losing granularity. Goku can write tens of millions of data points per second and retrieve millions of data points within tens of milliseconds. It supports high compression ratio, downsampling, interpolation, and multidimensional aggregation. It can be used in a wide range of monitoring tasks, including production safety, and IoT. It can also be used for real-time analytics that make use of time series data.

**Amazon Aurora: Design considerations for high throughput cloud-native relational databases**
**Sailesh Krishnamurthy, General Manager, Amazon Web Services**


At Scale · Follow

Share

Facebook Watch

Amazon Aurora is a relational database service for online transaction processing (OLTP) workloads offered as part of Amazon Web Services. In this talk, Sailesh describes the architecture of Aurora and the design considerations leading to that architecture. Sailesh discusses how the central constraint in high throughput data processing has moved from compute and storage to the network.

Aurora brings a novel architecture to the relational database to address this constraint, most notably by pushing redo processing to a multi-tenant scale-out storage service, purpose-built for Aurora. Sailesh describes how this not only reduces network traffic but also allows for fast crash recovery, failovers to replicas without loss of data, and fault-tolerant, self-healing storage. Traditional implementations that leverage distributed storage would use distributed consensus algorithms for commits, reads, replication, and membership changes, and amplify the cost of underlying storage. Sailesh describes how Aurora avoids distributed consensus under most circumstances by establishing invariants and leveraging local transient state. These techniques improve performance, reduce variability, and lower costs.

PX0602-006

## @Scale 2018: Machine learning

**Applied machine learning at Facebook: An infrastructure perspective**
**Kim Hazelwood, Engineering Manager, Facebook**



Facebook Watch

Machine learning sits at the core of many essential products and services at Facebook. Kim's talk describes the hardware and software infrastructure that supports machine learning at global scale. Facebook machine learning workloads are extremely diverse: services require many different types of models in practice. This diversity has implications at all layers in the system stack. In addition, a sizable fraction of all data stored at Facebook flows through machine learning pipelines, presenting significant challenges in delivering data to high-performance distributed training flows. Computational requirements are also intense, leveraging both GPU and CPU platforms for training and abundant CPU capacity for real-time inference. Addressing these and other emerging challenges continues to require diverse efforts that span machine learning algorithms, software, and hardware design.

**Computer vision at scale as cloud services**
**Cha Zhang, Principal Researcher, Microsoft Cloud & AI**



Facebook Watch

In this talk, Cha describes how, as computer vision matures and becomes ready for real-world applications, Microsoft's team has set a mission to scale and democratize it via cloud services. Starting by integrating some of the latest computer vision work from Microsoft Research, we quickly learned that building such a service at scale requires not only state-of-the-art algorithms but also deep care of customer demands. In this talk, Cha walks through some of the challenges, including data privacy, deep customization, and bias correction, and discusses solutions they have built to tackle these challenges.

PX0602-007

**Accelerate machine learning at scale using Amazon SageMaker**
**Vlad Zhukov, Head of Engineering, Amazon SageMaker**



Facebook Watch

Organizations are using machine learning to address a series of business challenges, ranging from product recommendations, demand forecasting, customer churn, medical research, and many more. The ML process includes framing the problem statement, collecting and preparing data, training and tuning, and deploying the models. In this session, Vlad talks about how Amazon SageMaker removes the barriers and complexity associated with building, training, and deploying ML models at scale to address a wide range of use cases.

**Distributed AI with Ray**
**Ion Stoica, Professor, UC Berkeley**



Facebook Watch

Over the past decade, the bulk synchronous processing (BSP) model proved highly effective for processing large amounts of data. Today, however, we are witnessing the emergence of a new class of applications — AI workloads. These applications exhibit new requirements, such as nested parallelism and highly heterogeneous computations.

In this talk, Ion discusses how his team developed Ray, a distributed system that provides both task-parallel and actor abstractions. Ray is highly scalable, employing an in-memory storage system and a distributed scheduler. Ion discusses some design decisions as well as early experiences using Ray to implement a variety of applications.

**Artificial intelligence at Orbital Insight**
**Adam Kraft, Computer Vision Machine Learning Lead, Orbital Insight**

PX0602-008



Share

Facebook Watch

Orbital Insight is a geospatial big data company leveraging the rapidly growing availability of satellite, UAV, and other geospatial data sources to understand and characterize socio-economic trends at global, regional, and hyperlocal scales. In this talk, Adam discusses the satellite imagery domain, how it's evolving, and the various advantages and challenges of working with such imagery. He shares several example applications, demonstrating how machine learning is disrupting this space.

**MLPerf: A suite of benchmarks for machine learning**
**Cliff Young, Software Engineer, Google**



Share

Facebook Watch

The MLPerf effort aims to build a common set of benchmarks that enables the machine learning field to measure system performance for both training and inference from mobile devices to cloud services. In this presentation, Cliff discusses how a widely accepted benchmark suite will benefit the entire community, including researchers, developers, builders of machine learning frameworks, cloud service providers, hardware manufacturers, application providers, and end users.

**Friends don't let friends deploy black-box models: The importance of intelligibility in machine learning**
**Rich Caruana, Principal Researcher, Microsoft**

PX0602-009

2018 @Scale Conference recap - Engineering at Meta



@Scale 2018: Friends don't let friends deploy black-box model…
At Scale · Follow
Share

Facebook Watch

In machine learning, a trade-off often must be made between accuracy and intelligibility. The most accurate models usually are not very intelligible (e.g., deep nets), and the most intelligible models usually are less accurate (e.g., linear regression). Frequently, this trade-off limits the accuracy of models that can safely be deployed in mission-critical applications such as health care, where being able to understand, validate, edit, and ultimately trust a learned model is important.

In this talk, Rich discusses developing a learning method based on generalized additive models (GAMs) that is often as accurate as full complexity models but even more intelligible than linear models. This makes it easy to understand what a model has learned, and also makes it easier to edit the model when it learns inappropriate things because of unanticipated problems with the data. Making it possible for experts to understand a model and repair it is critical, because most data has unanticipated land mines.

Rich presents a case study in which these high-accuracy GAMs discover surprising patterns in data that would have made deploying a black-box model risky. He also briefly shows how these models are used to detect bias in domains where fairness and transparency are paramount.

### @Scale 2018: Developer tools

**One World: Scalable resource management**
**Evan Snyder, Production Engineer, Facebook**

@Scale 2018: One World: Scalable resource management
At Scale · Follow
Share

Facebook Watch

As Facebook's user base and family of applications grows, it's important to ensure correctness and performance across many hardware and software platforms. Managing all these combinations for testing would be an operational impossibility for small teams focused on a

PX0602-010

particular service or feature. To make testing scalable and reliable, Evan discusses how Facebook built a resource management system called One World to allow teams to dependably request the platforms required via a unified API, no matter its type or location.

**Automated fault-finding with Sapienz**
**Ke Mao, Software Engineer, Facebook**



Facebook Watch

Sapienz designs system tests that simulate user interactions with mobile apps. It automatically finds apps' crashes, and localizes them, tracks them, and triages them to developers. In his talk, Ke covers how Sapienz is deployed at a large scale at Facebook, including continuous integration with Facebook's development process, fault signals boosted by Infer's static analysis, and cross-platform testing on both Android and iOS.

**Machine learning testing at scale**
**Manasi Joshi, Director of Software Engineering, Google**



Facebook Watch

Machine learning is infused in all walks of life — and in a lot of Google products, including Google Home, Search, Gmail, and more, and in systems such as those used by self-driving cars and fraud detection. A tremendous amount of effort is being made to improve people's experiences using products throughout the industry, where products are powered by ML and AI. However, developing and deploying high-quality, robust ML systems at Google's scale is hard. This can be due to many factors, including distributed ownership, training serving skew, maintaining privacy and proper data access controls, model freshness, and compatibility.

In her @Scale talk, Manasi discusses how Google started an ML productivity effort to empower developers to move quickly and launch with confidence. This effort encompasses building infrastructure for reliability and reusability of software, as well as the extraction of

PX0602-011

critical ML metrics that can be monitored to make informed decisions throughout the ML life cycle.

**Regression testing against real traffic on a Big Data reporting system**
**Trenton Davies, Principal Scientist, Adobe**



Adobe Analytics' underlying query API handles thousands of complex reporting queries per second across a user base of hundreds of thousands. In his @Scale talk, Trenton discusses how the Adobe engineering team has significantly increased the quality and frequency of releases over the past few years by mirroring production API traffic to its test builds and running regression analysis that compares the API responses of its production and test builds. Adobe's novel approach allows its engineers to test millions of API permutations using real traffic, without mocking any portion of the system and without affecting the availability of Adobe's production systems.

**Scaling concurrency bug detection with the Infer static analyzer**
**Nikos Gorogiannis, Software Engineer, Facebook**



Concurrency is hard, and inevitable, given the evolution of computing hardware. Helping programmers avoid the exotic and messy bugs that come with parallelism can be a productivity multiplier but is also elusive. Implementing such a service via static analysis and at the scale of Facebook may sound too good to be true. In this talk, Nikos discusses Facebook's efforts to catch data races, deadlocks, and other concurrency pitfalls by deploying two analyzers based on Facebook Infer that comment at code review time, giving programmers early feedback.

PX0602-012

2018 @Scale Conference recap - Engineering at Meta

**Integrated Symbolic Execution for Space-Time Analysis of Code: Scalability challenges**
**Corina Pasareanu, Associate Research Professor, NASA**



Facebook Watch

Attacks relying on the space-time complexity of algorithms implemented by software systems are gaining prominence. Software systems are vulnerable to such attacks if an adversary can inexpensively generate inputs that cause the system to consume an impractically large amount of time or space to process those inputs, thus denying service to benign users or disabling the system. The adversary can also use the same inputs to mount side-channel attacks that aim to infer some secret from the observed space-time system behavior.

In her talk, Corina discusses ISSTAC: Integrated Symbolic Execution for Space-Time Analysis of Code. The project has developed automated analysis techniques and implemented them in an industrial-strength tool that allows the efficient analysis of software (in the form of Java bytecode) with respect to space-time complexity vulnerabilities. The analysis is based on symbolic execution, a well-known analysis technique that systematically explores program execution paths and also generates inputs that trigger those paths. Corina gives an overview of the project, highlighting scalability challenges and how they were addressed.

**Testing strategy with multi-app orchestration**
**Leslie Lei, Software Engineer, Uber**



Facebook Watch

Uber's dual-app experience introduces an interesting challenge for mobile functional testing. In this talk, Leslie introduces methods of doing mobile E2E testing while orchestrating multiple apps. Leslie discusses the pros and cons of each method and how her team has scaled them to run with speed and stability.

PX0602-013

5/15/24, 11:31 PM                                                                 2018 @Scale Conference recap - Engineering at Meta

Like    Share    One person likes this. Sign Up to see what your friends like.

 ◄ **Prev**
**Efficient tuning of online systems using Bayesian optimization**

**Next** ►
**Open-sourcing LogDevice: A distributed data store for sequential data** 

## Read More in AI Research

View All ►



APR 11, 2024

**Building new custom silicon for Meta's AI workloads**



APR 10, 2024

<u>Introducing the next-gen Meta Training and Inference Accelerator</u>



MAR 12, 2024

<u>Building Meta's GenAI Infrastructure</u>

PX0602-015

2018 @Scale Conference recap - Engineering at Meta



DEVI P.



PASCAL H.

EPISODE 58

# Advancing GenAI at Meta

**Meta Tech Podcast**                                                    ∞ Meta

JAN 11, 2024

How Meta is advancing GenAI



OCT 18, 2023

How Meta is creating custom silicon for AI

PX0602-016



AUG 24, 2023

Code Llama: Meta's state-of-the-art LLM for coding

# Related Posts



Sep 13, 2018

Glow: A community-driven approach to AI infrastructure



Sep 13, 2018

Finding and fixing software bugs automatically with SapFix and Sapienz

PX0602-017



Jun 20, 2018
2018 Networking @Scale recap

## Related Positions

Applied Research Scientist, Speech
**MENLO PARK, US**

Applied Research Scientist, Speech
**SEATTLE, US**

Applied Research Scientist, Speech
**NEW YORK, US**

Research Engineer – Reality Labs
**NEW YORK, US**

Visiting Research Engineer, FAIR (London or Paris)
**PARIS, FRANCE**

See All Jobs

## Available Positions

Applied Research Scientist, Speech
MENLO PARK, US
Applied Research Scientist, Speech
SEATTLE, US
Applied Research Scientist, Speech
NEW YORK, US
Research Engineer – Reality Labs
NEW YORK, US
Visiting Research Engineer, FAIR (London or Paris)
PARIS, FRANCE

See All Jobs

## Technology at Meta



Engineering at Meta – X
Follow



AI at Meta
Read



Meta Quest Blog
Read

## Open Source

Meta believes in building community through open source technology. Explore our latest projects in Artificial Intelligence, Data Infrastructure, Development Tools, Front End, Languages, Platforms, Security, Virtual Reality, and more.



ANDROID

iOS

WEB

PX0602-018

BACKEND



HARDWARE


Learn More



Meta for Developers

Read



Meta Bug Bounty

Learn more



RSS

Subscribe

 Meta

Engineering at Meta is a technical news resource for engineers interested in how we solve large-scale technical challenges at Meta.

Home

Company Info

Careers

---

© 2024 Meta

Terms Privacy Cookies Help

# PX0603



UPCOMING EVENT

TOPIC: FIGHTING ABUSE AND SECURITY

# FIGHTING ABUSE @SCALE 2019

NOVEMBER 01, 2019 @ 8:30 AM PDT - 5:30 PM PDT

Fighting Abuse @Scale brings together engineers, data scientists, product managers, and others fighting fraud, spam, and abuse on the internet at scale.

RSVPS CLOSED      AGENDA  ⌄      SPEAKERS  ⌄



⌄

# ABOUT EVENT

Fighting Abuse @Scale brings together engineers, data scientists, product managers, operations specialists, and others fighting fraud, spam, and abuse on the internet at massive scale. At this one-day conference, practitioners will hear presentations on state-of-the-art technologies used to protect people on the internet and have the opportunity to discuss abuse fighting with like-minded people from around the industry.

The invitation-only event will feature invited talks, a happy hour, and a "birds-of-a-feather" lunch where attendees can join organized discussions around a particular subtopic of abuse fighting.

# EVENT AGENDA

Event times below are displayed in PT.

| NOVEMBER 1 | |
|---|---|
| 08:30 AM - 10:00 AM   **REGISTRATION & BREAKFAST** | ⌄ |
| 08:30 AM - 10:00 AM   **WOMEN IN ENGINEERING BREAKFAST REGISTRATION & NETWORKING** | ⌄ |
| 10:00 AM - 10:15 AM   **WELCOME & OPENING REMARKS** | ⌄ |
| 10:15 AM - 10:45 AM   **TWO SIDES OF THE ABUSE COIN** | ⌄ |

PX0603-001



| 10:45 AM - 11:15 AM | CITIZEN LAB: DETECTING AND THWARTING TARGETED SPYWARE ABUSE AT INTERNET SCALE | ⌄ |
| 11:15 AM - 11:45 AM | BUILDING AND SCALING HUMAN REVIEW SYSTEMS | UPCOMING EVENT ((•)) |
| 11:45 AM - 01:00 PM | LUNCH | ⌄ |
| 01:00 PM - 01:30 PM | SELECTIVE EXPOSURE: COUNTERING NON-COMMERCIAL ENGAGEMENT FRAUD | ⌄ |
| 01:30 PM - 02:00 PM | DETECTING AND DEFLECTING INTERNATIONAL REVENUE SHARE FRAUD WITH A LITTLE HELP FROM OUR FRIENDS | ⌄ |
| 02:00 PM - 02:30 PM | DEEP ENTITY CLASSIFICATION: AN ABUSIVE ACCOUNT DETECTION FRAMEWORK | ⌄ |
| 02:30 PM - 03:00 PM | BREAK | ⌄ |
| 03:00 PM - 03:30 PM | PREVENTING ABUSE USING UNSUPERVISED LEARNING | ⌄ |
| 03:30 PM - 04:00 PM | TEMPORAL INTERACTION EMBEDDINGS: INCORPORATING CONTEXT FOR FINDING ABUSE AT SCALE | ⌄ |
| 04:00 PM - 04:30 PM | PREVENTING PAYMENT FRAUD WITH HUMAN AND MACHINE INTELLIGENCE | ⌄ |
| 04:30 PM - 05:30 PM | NETWORKING HAPPY HOUR | ⌄ |

# SPEAKERS AND MODERATORS



GUY ROSEN
FACEBOOK

JENNIFER LIN
FACEBOOK

JEFF PIPER
GOOGLE

BILL MARCZAK
UC BERKELEY

DANIELLE MARLOW
FACEBOOK

LAURIE CHARPENTIER
YOUTUBE

PX0603-002



**FIND @SCALE TOPICS**                          **EXPLORE OTHER SERIES**



DATA, SYSTEMS AND NETWORKING

DEV TOOLS AND OPS, PRIVACY,
SUSTAINABILITY AND PERFORMANCE

MACHINE LEARNING AND AI

MOBILE, VIDEO AND WEB

UPCOMING EVENT

## FINDING SOLUTIONS

We welcome your comments and questions
about @Scale. **Please contact us through our
Facebook page!**

JOIN FACEBOOK

**TERMS OF USE**   **PRIVACY POLICY**

**COMMUNITY STANDARDS**

2024 @SCALE. ALL RIGHTS RESERVED

## JOIN THE @SCALE MAILING LIST AND GET THE LATEST NEWS & EVENT INFO

EMAIL ADDRESS

SUBMIT

PX0603-004

# PX0604

POSTED ON DECEMBER 13, 2019 TO **ML APPLICATIONS**, **SECURITY**

# Fighting Abuse @Scale 2019 recap



  

Fighting abuse presents unique challenges for large-scale organizations working to keep the people on their platforms safe. At Fighting Abuse @Scale 2019, engineers, data scientists, product managers, and operations specialists gathered in Menlo Park for a day of technical talks focused on state-of-the art technologies to fight fraud, spam, and abuse on platforms that serve millions or even billions of people. Speakers from Facebook, Google, LinkedIn, Microsoft, and YouTube discussed review systems, detection, mitigation, and more.

If you missed the event, you can view recordings of the presentations below. If you are interested in future events, visit the @Scale website or join the @Scale community.

## Welcome and opening remarks

*Guy Rosen, Vice President of Integrity, Facebook*

PX0604-001

Fighting Abuse @Scale 2019 recap - Engineering at Meta



Facebook Watch

In his opening remarks, Guy explains that the challenges we face in fighting online abuse are only getting bigger as bad actors become more sophisticated. The goal of these events is to learn how we can tackle and solve these issues together as an industry. He also shares our thinking about these issues at Facebook, our multiyear roadmap, and the progress we've made so far.

### Detecting and thwarting targeted spyware abuse at internet scale

*Bill Marczak, Research Scientist, International Computer Science Institute, UC Berkeley*



Facebook Watch

Nation states and other well-resourced attackers increasingly abuse powerful commercial hacking and spyware tools to covertly surveil and invisibly sabotage entities they deem to be threats, including investigative journalists, human rights activists, and lawyers. Spear-phishing messages that convince targets to open malicious links or attachments have traditionally been a popular vector for this sort of compromise. In these cases, potential targets can be instructed to forward suspicious messages to researchers for analysis. Where researchers can publicly attribute specific cases of spyware abuse to specific governments or corporations, this can be a powerful deterrent against future misuse. However, a new trend towards so-called zero-click exploits, such as infecting targets through disappearing WhatsApp missed calls, or network injection, may rob targets of the opportunity to notice the surveillance and alert researchers. Fortunately, we still have several powerful methods to detect the use and abuse of these tools. Bill describes how Citizen Lab maps out — and in some cases identifies — spyware victims by using server fingerprinting, Internet scanning, and DNS cache probing.

### Building and scaling human review systems

*Danielle Marlow, Product Manager, Facebook*

PX0604-002



Facebook Watch

Human labeling of content is used in the anti-abuse space for three main purposes: measuring abuse, producing training data for machine learning (ML) models, and determining enforcement actions. Ensuring that a human labeling system produces high-quality data can be a difficult task, especially when operating at a scale of hundreds or thousands of reviewers. Danielle discusses aspects of a successful human review system, key considerations for each of the above use cases, and effective ways to represent information to reviewers for evaluation. She also covers the trade-offs between cost, accuracy, and quality measurement, and details steps to better understand content review systems.

## Deep Entity Classification: An abusive account detection framework

*Sara Khodeir, Software Engineer, Facebook*



Facebook Watch

Facebook uses machine learning (ML) to classify accounts as authentic or fake. However, when ML is classifying at scale, adversaries can reverse engineer features, which limits the amount of ground truth data that can be obtained. Sara introduces deep entity classification (DEC), an ML framework designed to detect abusive accounts. She demonstrates that while accounts in isolation may be difficult to classify, their embeddings in the social graph are difficult for attackers to replicate or evade at scale. Sara shares how Facebook has solved the problem of limited labels by employing a multistage, multitask-learning paradigm that leverages a large number of medium-precision, automated labels and a small number of high-precision, human-labeled samples. The DEC system is responsible for the removal of hundreds of millions of fake accounts.

## Preventing abuse using unsupervised learning

*Grace Tang, Senior Staff Machine Learning Engineer, LinkedIn*
*James Verbus, Staff Machine Learning Engineer, LinkedIn*

PX0604-003

Fighting Abuse @Scale 2019 recap - Engineering at Meta



**Fighting Abuse @Scale 2019: Preventing Abuse Using Unsuper…**
At Scale · Follow
                                                                              Share

Facebook Watch

Detection of abusive activity on a large social network is an adversarial challenge with quickly evolving behavior patterns and imperfect ground truth labels. Additionally, there is often negligible signal from an individual fake account before it is used for abuse. These characteristics limit the use of supervised learning techniques but can be overcome using unsupervised methods. Grace and James describe how LinkedIn used unsupervised outlier detection and behavioral clustering to detect fake and compromised accounts as well as abusive automation.

### Temporal interaction embeddings: Incorporating context for finding abuse at scale

*Aude Hofleitner, Manager and Research Scientist, Facebook*



**Fighting Abuse @Scale 2019: Temporal Interaction Embedding…**
At Scale · Follow
                                                                              Share

Facebook Watch

Machine learning (ML) models for detecting integrity issues have made significant progress, thanks to research in natural language processing and computer vision. However, using content alone may not always be sufficient (or even available) for accurate predictions, and these algorithms need to be complemented by hand-engineered features aiming to capture user behavior. Producing these features is labor-intensive, requires deep domain expertise, and may not capture all the important information about the entity being classified. Aude presents an alternative approach: Instead of relying on content alone or handcrafting features, Facebook extracts the entire sequence of interactions involving the entity into a low-dimensional feature vector (or embedding) that can be input into a classifier for any prediction task. The algorithm used, temporal interaction embeddings (TIEs), is a supervised deep learning model that captures static features around each interaction source and target, as well as temporal features of the interaction sequence.

## Working together to fight abuse: How sharing platforms and hosting platforms can help each other

*Jennifer Lin, Software Engineer Manager, Facebook*
*Jeff Piper, Program Manager, Google*

Video not available

Hate and violent extremist views aren't shared only on the dark web. Malevolent actors often use the same websites and platforms we do to spread abusive content. Therefore, understanding how extremists use these platforms will go a long way toward helping us remove that content. Jennifer and Jeff propose a breakdown of internet services into sharing platforms that are used to spread ideas and concepts, and hosting platforms that provide storage for the core assets containing these ideas. Our key insight is that sharing patterns can help hosting platforms identify abusive content, while hosting platforms can help sharing platforms prevent the spread of abusive content. In response, they're leading a collaboration between Facebook and Google to identify and remove terrorist content from the companies' platforms. Results demonstrate that working together as an industry can strengthen the capacity to more quickly find abusive content and remove it from the internet.

## Selective exposure: Countering noncommercial engagement fraud

*Laurie Charpentier, Software Engineer, YouTube*

Video not available

When the internet became a big deal, videos of cute cats falling down stairs were trending alongside the divisive topics that we used to avoid talking about with strangers. Internet points went from being a fun niche currency to an important measure of popular opinion. Suddenly, manipulating numbers on a webpage wasn't just another way to make money; it was a way to pick and choose what stories the world believed. Laurie covers key differences between economically motivated and ideologically motivated engagement fraud, as well as how these challenge historical assumptions, and she details strategies for detection and mitigation.

## Detecting and deflecting International Revenue Share Fraud with a little help from our friends

*Tim Larson, Program Manager, Microsoft*
*Kevin Qi, Data Scientist, Microsoft*

Video not available

International Revenue Share Fraud (IRSF) is one of the most common fraud attacks in the telecom industry. Fraudsters abuse international phone numbers, drive fake telephony traffic, and receive shared revenue with number providers. IRSF attacks are often conducted through SMS/voice spam, Wangiri, second-factor authentication, and account takeovers. Since it's easy for fraudsters to obtain international numbers and the cost-benefit ratio is extremely high, IRSF is hard to detect and prevent. IRSF has been a major fraud vector in the industry for some time. Tim and Kevin explain how Microsoft Identity converted investigation insights into a heuristic-based detection algorithm. They also share how Microsoft built an ML-based phone reputation system that prevented IRSF both in real time and offline.

## Preventing payment fraud with human and machine intelligence

*Baoshi Yan, Engineer Manager, Uber*

PX0604-005

**Video not available**

Tackling payment fraud is incredibly important for a company's financial bottom line and extremely challenging due to great financial incentives for fraudsters. This is further complicated by Uber's various product lines, its global operations, and its support of several payment methods across countries and regions. Baoshi gives an overview of Uber's payment fraud prevention system. He touches upon how machine learning is applied to various phases of Uber's system, including feature engineering, fraud assessment, and potential actions taken against fraud. He further covers how they mitigate some of the limitations of ML with an efficient framework leveraging human intelligence. The combination of human and machine intelligence enables an effective solution that has greatly lowered payment fraud on Uber over the past few years.



◀ **Prev**

[Data Transfer Project: Enabling portability of photos and videos between services](#)

**Next** ▶

[Systems @Scale Tel Aviv 2019 recap](#)

# Read More in Security

View All ▶



MAR 6, 2024

[Making messaging interoperability with third parties safe for users in Europe](#)



DEC 6, 2023

Building end-to-end security for Messenger



NOV 8, 2023

Enhancing the security of WhatsApp calls

Fighting Abuse @Scale 2019 recap - Engineering at Meta



SEP 12, 2023

Meta Quest 2: Defense through offense



AUG 29, 2023

Scheduling Jupyter Notebooks at Meta

PX0604-008



AUG 8, 2023

How Meta is improving password security and preserving privacy

## Related Posts



Dec 02, 2019

Data Transfer Project: Enabling portability of photos and videos between services



Aug 15, 2019

Zoncolan: How Facebook uses static analysis to detect and prevent security issues

PX0604-009



Oct 25, 2019

2019 @Scale Conference recap

## Related Positions

Software Engineer (Leadership) - Sensitive Data Team

**LONDON, UK**

Developer Relations Engineer - Horizon Worlds

**BURLINGAME, US**

Software Engineer, Product

**TEL AVIV, ISRAEL**

Software Engineer - Product (Technical Leadership)

**MENLO PARK, US**

Software Engineer - Product (Technical Leadership)

**SEATTLE, US**

See All Jobs

## Available Positions

Software Engineer (Leadership) - Sensitive Data Team
LONDON, UK

Developer Relations Engineer - Horizon Worlds
BURLINGAME, US

Software Engineer, Product
TEL AVIV, ISRAEL

Software Engineer - Product (Technical Leadership)
MENLO PARK, US

Software Engineer - Product (Technical Leadership)
SEATTLE, US

See All Jobs

## Technology at Meta



Engineering at Meta - X

Follow



AI at Meta

Read



Meta Quest Blog

Read

## Open Source

Meta believes in building community through open source technology. Explore our latest projects in Artificial Intelligence, Data Infrastructure, Development Tools, Front End, Languages, Platforms, Security, Virtual Reality, and more.



ANDROID

iOS

WEB

Fighting Abuse @Scale 2019 recap - Engineering at Meta



## Meta for Developers

Read



BACKEND

HARDWARE

Learn More



## Meta Bug Bounty

Learn more



## RSS

Subscribe

 Meta

Engineering at Meta is a technical news resource for engineers interested in how we solve large-scale technical challenges at Meta.

Home

Company Info

Careers

---

© 2024 Meta
TermsPrivacyCookiesHelp

PX0604-011

# PX0605

Google Research

Who we are ▾    Research areas ▾    Our work ▾    Programs & events ▾    Careers    Blog

# Publications

Our teams aspire to make discoveries that impact everyone, and core to our approach is sharing our research and tools to fuel progress in the field.



FILTER BY:

| Year ▾ |
| Team ▾ |
| Research Area ▲ |

☐ Algorithms and Theory 1227
☐ Climate and Sustainability 10
☐ Data Management 167
☐ Data Mining and Modeling 355
☐ Distributed Systems and Parallel Computing 344
☐ Economics and Electronic Commerce 340
☐ Education Innovation 70
☐ General Science 330
☐ Hardware and Architecture 146
☐ Health & Bioscience 348
☐ Human-Computer Interaction and Visualization 898
☐ Information Retrieval and the Web 439
☐ Machine Intelligence 3825
☐ Machine Perception 1469
☐ Machine Translation 146
☐ Mobile Systems 107
☐ Natural Language Processing 1076
☐ Networking 398
☐ Quantum Computing 136
☐ Responsible AI 224
☐ Robotics 198
☐ Security, Privacy and Abuse Prevention 496
☐ Software Engineering 203
☐ Software Systems 450
☐ Speech Processing 949

Sort By ▾

Search 🔍        1 - 15 of 15678 publications

### Network Flow Problems with Electric Vehicles
Haripriya Pulyassary · Kostas Kollias · Aaron Schild · David Shmoys · Manxi Wu · IPCO (2024)

### Hierarchical Text Spotter for Joint Text Spotting and Layout Analysis
Shangbang Long · Siyang Qin · Yasuhisa Fujii · Alessandro Bissacco · Michalis Raptis · Winter Conference on Applications of Computer Vision 2024 (2024) (to appear)

### Dynamic Inference of Likely Symbolic Tensor Shapes in Python Machine Learning Programs
Koushik Sen · Dan Zheng · International Conference on Software Engineering: Software Engineering in Practice (ICSE-SEIP) (2024) (to appear)

### First Passage Percolation with Queried Hints
Sreenivas Gollapudi · Kritikorn Karnitklam · Kostas Kollias · Aaron Schild · Yiheng Shen · Ali Sinop · AISTATS (2024)

### SPHEAR: Spherical Head Registration for Complete Statistical 3D Modeling
Eduard Gabriel Bazavan · Andrei Zanfir · Teodor Szente · Mihai Zanfir · Thiemo Alldieck · Cristian Sminchisescu · International Conference on 3D Vision (2024)

### Artificial Intelligence in Healthcare: A Perspective from Google
Lily Peng · Lisa Lehmann · Vivek Natarajan · Artificial Intelligence in Healthcare, Elsevier (2024)

### Large Scale Self-Supervised Pretraining for Active Speaker Detection
Alice Chuang · Keith Johnson · Olivier Siohan · Otavio Braga · Tony (Tuấn) Nguyễn · Wei Xia · Yunfan Ye · ICASSP 2024 (2024) (to appear)

### Binaural Angular Separation Network
Yang Yang · George Sung · Shao-Fu Shih · Hakan Erdogan · Kevin Lee · Matthias Grundmann · ICASSP 2024 (2024)

### Deep Learning-Based Alternative Route Computation
Alex Zhai · Dee Guo · Kostas Kollias · Sreenivas Gollapudi · Daniel Delling · AISTATS (2024)

### Learning model uncertainty as variance-minimizing instance weights
Nishant Jain · Karthikeyan Shanmugam · Pradeep Shenoy · ICLR 2024 (2024) (to appear)

### Delphic Offline Reinforcement Learning under Nonidentifiable Hidden Confounding
Alizée Pace · Hugo Yèche · Bernhard Schölkopf · Gunnar Rätsch · Guy Tennenholtz · The Twelfth International Conference on Learning Representations (2024)

### Locality-Aware Graph Rewiring in GNNs
Federico Barbero · Ameya Velingker · Amin Saberi · Michael Bronstein · Francesco Di Giovanni · ICLR 2024

### PhoMoH: Implicit Photo-realistic 3D Models of Human Heads
Mihai Zanfir · Thiemo Alldieck · Cristian Sminchisescu · International Conference on 3D Vision (2024)

### Using Early Readouts to Mediate Featural Bias in Distillation
Rishabh Tiwari · Durga Sivasubramanian · Anmol Mekala · Ganesh Ramakrishnan · Pradeep Shenoy · WACV 2024 (2024)

### Multimodal Language Identification
Shikhar Bharadwaj · Min Ma · Shikhar Vashishth · Ankur Bapna · Sriram (Sri) Ganapathy · Vera Axelrod · Sid Dalmia · Wei Han · Yu Zhang · Daan van Esch · Sandy Ritchie · Partha Talukdar · Jason Riesa · Proceedings of 2024 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP 2024) (2024)

|← ‹ 1 2 3 … › ›|    1 of 1046 pages

# Learn more about how we conduct our research

We maintain a portfolio of research projects, providing individuals and teams the freedom to emphasize specific types of work.

Our research philosophy



Follow us   𝕏  in  ▶  ⌂

Google        About Google    Google Products    Privacy    Terms        ⊙ Help    Submit feedback



# PX0606

5/15/24, 11:35 PM                                        Engineering Blog

 **Engineering Blog**                                                

# Engineering Blog

Technology that sparks innovation to ignite growth



**Generative AI**

# Musings on Building A GAI Product

Juan Pablo Bottaro

# Recent Innovations

PX0606-001

5/15/24, 11:35 PM                                                    Engineering Blog

**in** **Engineering Blog**                                                    ☰



**Responsible AI**

# Responsible AI update: Testing how we measure bias in the U.S.

Osonde Ope Osoba  |  May 9, 2024



**Analytics**

# GrafLI - An out-of-the-box Azure monitoring and visualization ...

Prateek Singh  |  Mar 28, 2024

PX0606-002

 **Engineering Blog**                                    



## Finding AI-generated (deepfake) faces in the wild

**Gonzalo Aniano Porcile, PhD**  |  Mar 21, 2024

## Check out what's happening at LinkedIn Engineering

Learn More

# Career Stories

PX0606-003

 Engineering Blog 

Career stories: The math-music connection in data science

Oct 2, 2023

Culture

Career stories: Influencing engineering growth at LinkedIn

Sep 20, 2023

PX0606-004

Engineering Blog

 **Engineering Blog**                                              

Culture

## Career Stories: Learning and growing through mentorship and co...

Sep 13, 2023

# Explore popular topics

### AI

- Musings on building a Generative AI product

- Finding AI-generated (deepfake) faces in the wild

- How LinkedIn's platform strategy helps us innovate with speed and scale in this ...

### Infrastructure

- GrafLI - An out-of-the-box Azure monitoring and visualization platform

- Federated Anti-Abuse Defense Ecosystem using AI Migration from Monolithic Infras...

- The Evolution of Enforcing our Professional Community Policies at Scale

### Data Streaming/Processing

PX0606-005

 **Engineering Blog**

☰

- **Revolutionizing Real-Time Streaming Processing: 4 Trillion Events Daily at LinkedIn**



# Explore all Engineering posts

Responsible AI

## Responsible AI update: Testing how we measure bias in the U.S.

**Osonde Ope Osoba** | May 9, 2024

PX0606-006

5/15/24, 11:35 PM                                  Engineering Blog

 **Engineering Blog**                                      ☰

Analytics

## GrafLI - An out-of-the-box Azure monitoring and visualization ...

**Prateek Singh**  |  Mar 28, 2024

## Finding AI-generated (deepfake) faces in the wild

**Gonzalo Aniano Porcile, PhD**  |  Mar 21, 2024

PX0606-007

5/15/24, 11:35 PM                                    Engineering Blog

 **Engineering Blog**                                              

# Upleveling Collaborative Articles' Match Game

**Ankan Saha**  |  Mar 14, 2024

Data Management

# Scalable Automated Config-Driven Data Validation with ValiData

**Bharadwaj Jayaraman**  |  Mar 7, 2024

PX0606-008

5/15/24, 11:35 PM                                    Engineering Blog

 Engineering Blog                                                    

Data

# Evaluating the success of consumer generative AI products

Bonnie Barrilleaux  |  Mar 6, 2024

Open Source

# Open Sourcing OpenHouse: A Control Plane for Managing Tables i...

Sumedh Sakdeo  |  Mar 4, 2024

PX0606-009

5/15/24, 11:35 PM                                           Engineering Blog

 Engineering Blog                                        ☰

Leadership

## Why Representation Matters in Shaping The Future of Engineering

**Sabry Tozin**  |  Feb 23, 2024

Generative AI

## How LinkedIn's platform strategy helps us innovate with speed …

**Erran Berger**  |  Feb 22, 2024

PX0606-010

 Engineering Blog                                            ☰

Groups

# Building Public Groups on LinkedIn

Richa Singh  |  Feb 16, 2024

Open Source

# Open Sourcing FlyteInteractive: Saving thousands of AI enginee...

Byron (Pin-Lun) Hsu  |  Feb 15, 2024

PX0606-011

5/15/24, 11:35 PM                                                    Engineering Blog

 Engineering Blog                                                              

## Federated Anti-Abuse Defense Ecosystem using AI Migration from...

**Bing Wang**  |  Feb 13, 2024

❮ Previous          1    2    3    4    5    6    7    8    9    ...    82          Next ❯

© 2024                                 About

Accessibility                          User Agreement

Privacy Policy                         Cookie Policy

Copyright Policy                       Brand Policy

Guest Controls                         Community Guidelines

Language

PX0606-012

# **PX0607**

 **Engineering Blog** 

# Leveraging behavior analytic computation for anti-abuse defenses

 [Yi-Wei Lin](#)
Tech Lead @ LinkedIn
February 11, 2021

LinkedIn is committed to providing a trusted environment to keep our nearly 740 million members safe. Part of that commitment involves protecting against various types of abuse on the platform. Fighting abuse presents many challenges; one example is when bad actors use bots for large-scale attacks, while another is when attack signals constantly evolve to adapt to existing defenses. In these scenarios, the adaptability of the adversary can limit the effectiveness of our existing anti-abuse models over time, which is why it's important to have both high-quality features and a faster response time to enhance our defense resilience.

Behavior analytic computation is a newer concept that utilizes simple arithmetic and logarithmic operations on one or a few existing raw features to capture the key anomalous patterns from bot-driven attacks. It can extract more robust features with well-preserved automation behavior, which improves defense resilience against fast-changing attack signals. Due to the lightweight computation, the extracted signatures can be used directly as the label to defend against large-scale attacks and provide fast defense turnaround. At LinkedIn, behavior analytic computation has not only been used to create various robust features, enhancing machine learning models to detect bots, but has also brought significant improvement in response time and defense coverage on sudden and new abuse attacks.

In this blog post, we will first review the challenges and limitations of applying machine learning in the anti-abuse domain. Then, we will introduce the concept

PX0607-001

Leveraging behavior analytic computation for anti-abuse defenses

 Engineering Blog



# Label and feature limitations

Machine learning has been an important technique to tackle various types of large-scale internet abuse at LinkedIn. Supervised machine learning approaches are commonly used, as abuse behaviors unperceived by humans can be learned from the given labelled data. However, because abuse is determined by both intention and behavior, the ground truth is difficult to obtain in many abuse scenarios, and normally only partial abuse data can be labeled, which could lead to biased or underperforming models.

As the labeled abuse data is limited and more unsupervised approaches are explored, the feature quality becomes the key for machine learning models to succeed. The features used by models normally belong within two categories: 1) value features and 2) counting features. Value features are the most common category; they directly use the value of raw features, such as IP address, name, email, etc. Some abuse patterns can be found by finding identical or similar feature values among massive requests/users (e.g., clustering); some abuse patterns can be found by identifying different feature values from the same entity (e.g., account takeover). Counting features are based on the feature counting numbers within a certain time period, which are commonly used for large-scale abuse prevention. Various machine learning approaches (supervised/unsupervised) basically try to find the complex relationship between these features.

When abusers start to change their signals once anti-abuse defenses are applied, we often see both value features and counting features are subject to be compromised. Rules and models based on value features often need to adjust parameters or retrain if feature values are changed/spoofed. Counting features will lose the visibility to differentiate bot and human traffic once abusers lower their request rate. The fact that features are constantly altered or changed can significantly degrade the performance of rules and models.

PX0607-002

Leveraging behavior analytic computation for anti-abuse defenses

 Engineering Blog

Higher quality features to capture more insights and provide higher resistance to attack variability are essential for successful anti-abuse defense. There are other technologies that could serve the purpose, but they often require collecting additional user information.

# Behavior analytic computation

Behavior analytic computation, on the other hand, can provide high quality features for bot-driven attacks without collecting extra user data. The idea of behavior analytic computation is to capture the key bot/automation signatures hidden among the existing feature values or numbers—these signatures can be preserved even if the features are constantly changed. It intelligently utilizes simple arithmetic and logarithmic operations to transform existing features into more robust ones in constant time. Two key operations of behavior analytic computation are ratio and logarithm. Ratio can capture the relative change of numbers instead of absolute numbers; logarithm can amplify particular ratio values that differentiate bot/automation traffic and human traffic patterns.

Here are some examples to demonstrate the concept of behavior analytic computation:

*Fig. 1. Request distribution of top values of Y feature when a certain value of X feature is selected*

When two features are independent of each other, statistically we will see some kinds of natural distributions between them. Assuming X and Y are two feature types, $x_i$ and $y_i$ are values of the feature, respectively. When a particular value $x_1$ is selected and the request numbers from top values of Y within a certain time

Leveraging behavior analytic computation for anti-abuse defenses

 Engineering Blog

Y, which normally indicates the selected $x_1$ is a legitimate one used by humans, as it is independent to the values of Y used. On the other hand, if we see the distribution like Fig. 1(b) where one Y value, $y_1$, dominates the majority of the traffic, it indicates $x_1$ and $y_1$ are highly correlated and it is possibly from bots. Fig. 1(c) shows another distribution where several $y_i$ counts are abnormally similar, which is an evidence of potential bots uniformly iterating over requests with multiple Y values.

Behavior analytic computation captures such a distribution signature into a single score by applying several arithmetic and logarithmic operations on those $y_i$ counts. More natural distributions (Fig. 1(a)) will have lower scores, and abnormal ones (Figs. 1(b) and (c)) will have higher scores. When bad actors change the X or Y values/numbers, the automation behavior presented by the distributions can still be captured by the extracted distribution scores. The lightweight computation on any arbitrary time period makes such distribution signature scores powerful as both features and labels. At LinkedIn, these types of extracted distribution signatures have improved our defense response time for large-scale bot-driven attacks by more than an order of magnitude.

*Fig. 2. Request temporal plots of two different users*

Another example where behavior analytic computation can contribute is by improving the quality of counters. Counters are commonly used against large-scale abuse, as higher counter values typically reflect the likelihood of automation-driven abuse. However, certain behavioral and structural information that is not captured by counters will also be missed by models if only typical counters are used as the features. Fig. 2 shows two examples of the requests from a single user within one hour where the x-axis is time and y-axis

PX0607-004

Leveraging behavior analytic computation for anti-abuse defenses

 **Engineering Blog**                                          ☰

found on Fig. 2(a), the requests on Fig. 2(b) contain certain regular patterns indicating automation behind the scenes.

Behavior analytic computation again captures such a plot signature into a single automation score where more human-like plots (Fig. 2(a)) have lower scores and automation-like plots (Fig. 2(b)) have higher scores. The extracted score is able to capture the key automation pattern even if users constantly adjust different regularities within the same time period. The same lightweight computation continues to provide speed and flexibility to the defense. More importantly, the extracted automation score is able to fill the gap where typical counters fail to differentiate between human requests or bot-driven automation requests at low counting numbers. Due to its capability to detect low-frequency automation, this extracted automation score has almost doubled our machine learning model recall on detecting automation-driven abuse at LinkedIn.

Overall, we are able to leverage behavior analytic computation for our anti-abuse defense from three different aspects:

## Robust features
Behavior analytic computation can capture automation signatures as robust features, thus improving model and rule resilience against fast-changing attacks. When defending against an actual dynamic attack, the extracted feature can bring significant robustness improvements - greatly extending the time of protection by more than two orders of magnitude.

## Label expansion
The other key merit of behavior analytic computation is the ability to expand abuse labels. The typical anti-abuse defense is based on supervised models. However, for many bot-driven abuse types, such as scraping or account takeover, often only a small portion of all abusive requests/users are labeled, which limits the effectiveness of the models. Behavior analytic computation provides an unsupervised approach where each extracted automation signature

PX0607-005

Leveraging behavior analytic computation for anti-abuse defenses

 **Engineering Blog**                                                    

___

in many abuse verticals at LinkedIn.

**Prompt response**

As bad actors can persistently adapt to penetrate existing defenses and additional applications on the platform can provide entry points for new abuse scenarios, anti-abuse defense inevitably needs to continually handle new abuse scenarios and behaviors. Quick turnaround to the new abuse activities becomes critical to properly contain the overall damage. Unlike other robust features, such as browser or device fingerprinting, which often require longer engineering time and higher cost to onboard, behavior analytic computation can provide a prompt response to evolving attack signals to mitigate the threat. When facing new abuse scenarios where early assessment of existing features is critical to define anti-abuse strategy, behavior analytic computation's lightweight extraction can also offer fast offline analysis and quick preliminary defense onboarding.

## Conclusions

Bad actors will always continue to change and evolve their behaviors, so resilience of the defense and fast turnaround are essential to ensure long lasting anti-abuse success. Behavior analytic computation is a newer concept that offers a lightweight and quick defense onboarding based on existing features, while preserving member privacy. The extracted automation signatures can not only enrich the feature set, enhancing defense robustness, but also provide expanded abuse labels to significantly improve incident response time and coverage for large-scale bot-driven attacks.

## Acknowledgements

Fighting abuse at LinkedIn is an ongoing effort requiring extensive collaboration between multiple teams. I would like to acknowledge our partners from the following teams, without whom this would not have been possible:

PX0607-006

5/15/24, 11:36 PM                          Leveraging behavior analytic computation for anti-abuse defenses

 Engineering Blog                                                                    ☰

Topics:  Security

## Related articles

Security

### How LinkedIn Elevated Its Risk and Compliance Platform To Impr...

**Eric Stoll, CISA**  |  Oct 13, 2023

PX0607-007

5/15/24, 11:36 PM                    Leveraging behavior analytic computation for anti-abuse defenses

 Engineering Blog                                      

Security

Building Resilience in the Face of Disruption: LinkedIn's Jour...

Chau Vu  |  Oct 6, 2023

Security

Enhancing Security and Developer Productivity: LinkedIn's Jour...

Aug 31, 2023

PX0607-008

5/15/24, 11:36 PM                              Leveraging behavior analytic computation for anti-abuse defenses



Accessibility                                    User Agreement

Privacy Policy                                   Cookie Policy

Copyright Policy                                 Brand Policy

Guest Controls                                   Community Guidelines

Language

PX0607-009

# PX0608

5/15/24, 11:37 PM                                   Engineering

Engineering
Back

## Insights

# How we rolled out security keys at Twitter (https://blog.x.com/engineering/en_us/topics/insights/2021/how-we-rolled-out-security-keys-at-twitter)

By
Nick Fohs
and
Nupur Gholap

on Wednesday, 27 October 2021

PX0608-001

5/15/24, 11:37 PM                                        Engineering





Link copied successfully

Latest posts

Open source Twitter's Recommendation Algorithm
(https://blog.x.com/engineering/en_us/topics/open-source/2023/twitter-recommendation-algorithm)
By
Twitter
on Friday, 31 March 2023
Infrastructure Twitter's Blobstore Hardware Lifecycle Monitoring and Reporting
Service (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/twitters-blobstore-hardware-
lifecycle-monitoring-and-reporting-service)
By
Taylor Olson
on Thursday, 23 February 2023

PX0608-002

5/15/24, 11:37 PM                                          Engineering

Infrastructure How we scaled Reads On the Twitter Users Database (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/how-we-scaled-reads-on-the-twitter-users-database)

By

Doyel Mitra Sinha

on Thursday, 23 February 2023

Infrastructure Kerberizing Hadoop Clusters at Twitter (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/kerberizing-hadoop-clusters-at-twitter)

By

Twitter

on Thursday, 23 February 2023

Infrastructure The data platform cluster operator service for Hadoop cluster management (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/the-data-platform-cluster-operator-service-for-hadoop-cluster-management)

By

Twitter

on Wednesday, 8 February 2023

Infrastructure Constraint Management for cluster operation safety and reliability at Twitter (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/constraint-management-for-cluster-operation-safety-and-reliability-at-twitter)

By

Ashwin Poojary

on Thursday, 19 January 2023

Infrastructure How Twitter uses rasdaemon for hardware reliability (https://blog.x.com/engineering/en_us/topics/infrastructure/2023/how-twitter-uses-rasdaemon-for-hardware-reliability)

By

Ashwin Poojary

on Friday, 6 January 2023

Insights Measuring the impact of Twitter network latency with CausalImpact (https://blog.x.com/engineering/en_us/topics/insights/2022/measuring-the-impact-of-twitter-network-latency-with-causalimpac)

By

Widya Salim

on Friday, 21 October 2022

Infrastructure Stability and scalability for search (https://blog.x.com/engineering/en_us/topics/infrastructure/2022/stability-and-scalability-for-search)

By

Shelby Cohen

on Friday, 14 October 2022

PX0608-003

Engineering

Infrastructure Data Quality Automation at Twitter
(https://blog.x.com/engineering/en_us/topics/infrastructure/2022/data-quality-automation-at-twitter)

By
Eduardo Luiz Ohe
on Thursday, 15 September 2022
See more
Popular tags


infrastructure (https://blog.x.com/engineering/en_us/tags.eng--infrastructure), machine learning
(https://blog.x.com/engineering/en_us/tags.eng--machine-learning), Cortex
(https://blog.x.com/engineering/en_us/tags.eng--cortex), data
(https://blog.x.com/engineering/en_us/tags.eng--data), open source
(https://blog.x.com/engineering/en_us/tags.eng--open-source), scale
(https://blog.x.com/engineering/en_us/tags.eng--scale), optimization
(https://blog.x.com/engineering/en_us/tags.eng--optimization), ads
(https://blog.x.com/engineering/en_us/tags.eng--ads), analytics
(https://blog.x.com/engineering/en_us/tags.eng--analytics), web
(https://blog.x.com/engineering/en_us/tags.eng--web), realtime
(https://blog.x.com/engineering/en_us/tags.eng--realtime), Hadoop
(https://blog.x.com/engineering/en_us/tags.eng--hadoop)

PX0608-004

# PX0609

# What is reCAPTCHA?

## Easy to add, advanced security

(https://developers.google.com/recaptcha/intro)

reCAPTCHA is a free service that protects your site from spam and abuse. It uses advanced risk analysis techniques to tell humans and bots apart.

Get started...

(https://developers.google.com/recaptcha/intro)

Introducing reCAPTCHA v3



## Introducing reCAPTCHA v3

reCAPTCHA v3 helps you detect abusive traffic on your website without user interaction. Instead of showing a CAPTCHA challenge, reCAPTCHA v3 returns a score so you can choose the most appropriate action for your website.

PX0609-001

# PX0610

**Document Placeholder**

This document was produced in native format

https://youtu.be/vgoctV4AcNw

PX0610-001

**Transcript**

0:00
clearly there's one topic that we have
0:03
to start with it's been on everybody's
0:05
lips for the last week or so
0:07
you bought WhatsApp for 19 billion
0:09
dollars why did you do it and what does
0:11
it mean
0:13
well WhatsApp is a great company and
0:15
it's a and it's a great fit for us
0:17
already almost half a billion people uh
0:21
love using WhatsApp for for messaging
0:23
and it's the most engaging app that that
0:27
we've ever seen exist on mobile uh by
0:30
far about 70 percent of people who use
0:32
WhatsApp use it every day which kind of
0:34
blows away everything else that's out
0:36
there but you paid 19 billion dollars
0:38
for it I just trying to put myself in
0:40
the head of your board here right you
0:43
know they they do probably agree with
0:45
you that long-term making the world more
0:48
connected and open is a great thing but
0:50
then there are numbers people a lot of
0:52

them there's two pieces I think to think
0:54
about the first is it is a company by
0:57
itself and what it's going to be worth
0:58
and then there's the Strategic value and
1:01
what we can do together and I actually
1:03
just think that by itself it's worth
1:05
more than 19 billion dollars I mean it's
1:07
it's hard to exactly make that case
1:08
today because they have so little
1:11
Revenue compared to that number but I
1:13
mean the reality is there are very few
1:14
services that reach a billion people in
1:16
the world they're all incredibly
1:18
valuable much more valuable than that so
1:20
I mean there's a chance to play there
1:21
already I could be wrong I mean it's
1:22
like there is some chance that this is
1:24
you know the one service that gets to a
1:26
billion people and ends up not being
1:28
that valuable I don't think I am
1:30
um I I and you know you can look at
1:32
other messaging apps that are out there
1:33
you know whether it's cacao or line or
1:35

WeChat that already are monetizing at a
1:38
level of two to three dollars per person
1:39
with pretty early efforts and I think
1:41
that that shows that if if we can do a
1:43
pretty good job of helping WhatsApp to
1:45
grow that this is just going to be a
1:46
huge business right so even just
1:48
independently um I think it's it's quite
1:50
a good bet now then the question is why
1:53
why were we excited to do this together
1:55
um so I was excited and Yan was um
1:58
because of the internet.org vision and
2:00
helping to connect everyone in the world
2:01
which I think clearly we can do we get a
2:03
lot of Leverage from working together on
2:04
that
2:05
um the other piece is that by being a
2:07
part of Facebook it um it makes it that
2:10
they can focus for the next five years
2:12
or so purely on connecting more people

# PX0611

5/15/24, 9:41 PM          Migrating from AWS to AWS. In an earlier blog post, we gave a high… | by Instagram Engineering | Instagram Engineering

Open in app ↗                                                              Sign up    Sign in

◉◉ Medium          🔍 Search                          ✍ Write   ◯

# Migrating from AWS to AWS



Instagram Engineering · Follow
Published in **Instagram Engineering** · 10 min read · Oct 23, 2014

👏 --        💬 2                                        🔖⁺   ▶   ⬆

In an <u>earlier blog post</u>, we gave a high level description of our migration from AWS to FB data centers. What follows is an in-depth analysis of how we migrated thousands of running <u>AWS EC2</u> instances into Amazon's <u>Virtual Private Cloud (VPC)</u> in the span of 3 weeks with no downtime. It was extremely meticulous work, and it required the development of custom virtual networking software to make it happen. It was, as far as we are aware, the fastest and one of the largest EC2 to VPC migrations to date.

## Investigating Direct Connect

<u>Direct Connect</u> is a product offered by AWS that allows a customer to establish peering links between Amazon's data centers and a third party. Using it, we figured that we could link to Facebook's infrastructure over

multiple redundant 10Gbps links. It was during this research when we found the main blocker:

*We have no control over IP addressing in EC2.*

While this hadn't been an issue before, it was impassable if we were to establish links with Facebook, as their internal IP space intersected with that of EC2. After much deliberation, we began to understand that we had one option: migrate to VPC first.

VPC launched in mid 2009 as a companion product to the existing EC2 offering, though it quickly became considered to be EC2 2.0, as it <u>remedied</u> many of the commonly accepted EC2 downfalls. At face value, the migration didn't seem conceptually difficult, as VPC was just another software abstraction on top of the same hardware, yet it was much more complex, with a few main issues:

- You cannot migrate a running instance.

- AWS offers no migration plan.

- EC2 and VPC do not share security groups.

This last point lingered in our heads as we tried to come up with a solution. What would it take to make EC2 and VPC talk to each other as if the security groups could negotiate? It seemed insurmountable: we had thousands of running instances in EC2 and we could not take any downtime. We were looking for a solution that would allow us to migrate at our own pace, moving partial and full tiers as needed, with secure communication between both sides.

PX0611-002

So, we created <u>Neti</u>, a dynamic iptables-based firewall manipulation daemon, written in Python, and backed by <u>Zookeeper</u>.

## Design and Implementation of Neti

Neti is the name of the Sumerian gatekeeper to the Underworld. The name seemed fitting, as we needed an all-knowing gatekeeper that would control access to and from both EC2 and VPC. We had several requirements during the design process:

- **Security**: Neti must keep unauthorized traffic off of our instances on both sides.

- **Abstraction**: Neti must allow the instances on both sides to communicate seamlessly, without knowledge at the application layer about where each instance was located.

- **Automation**: We have too many instances to curate access lists, so Neti must be fully aware of any instance changes in either network. It also must be deployable and upgradeable using configuration management software.

- **Performance**: All of this must occur without any significant increases in latency.

Due to the lack of integration options between EC2 and VPC, the only route for communication is over the instances' public interfaces. Using EC2 security groups, each group would need to be aware of the public IP of every instance with which it communicated. If we had tens of instances (or even hundreds), this might have been manageable. Yet, with thousands of instances on each side, trying to control the security group access lists would

PX0611-003

be unwieldy. Also, security groups in EC2 tend to negatively affect network performance as the number of rules increases.

So, we looked towards iptables to provide the security we needed. Iptables is the standard for Linux packet filtering, and can scale much better than EC2 security groups. Each instance has its own iptables firewall, and Neti manipulates the iptables rules as needed. Once the instances are locked down with iptables, the EC2 and VPC security groups get opened up to allow all traffic from any public AWS IP range.

Additionally, iptables helps to provide a mechanism for achieving our desired abstraction layer. Neti assigns each instance an "overlay" IP address which is used at the application layer for communication. This IP is configured as a DNAT record, pointing at the instance's IP. This way, the application sees the same IP regardless of the instance's location in EC2 or VPC.

All of this is coordinated by Zookeeper, which keeps all of the registration information about every running instances.

## Architecture

There are three components to the system: the Neti daemon, a Zookeeper cluster, and a set of Zookeeper proxies.

*Neti Daemon:* The Neti software must be run on each instance.

*Zookeeper Cluster:* You must run a Zookeeper cluster within VPC, configured with its own security group.

PX0611-004

*Zookeeper Proxies:* As we'll need instances in both EC2 and VPC to communicate with Zookeeper, there must be EC2 instances set up in an identical arrangement to the VPC cluster, placed within their own security group, and set up to proxy all requests to the VPC cluster. This security group, as well as that of the VPC cluster, must allow all Zookeeper traffic between them on their public instances. For ease of instance replacement, it's a good practice to attach Elastic IPs to these. These are the only instances that will not run Neti, as Neti relies on these clusters to operate.

**Neti Instance Lifecycle**



Let's say we have three instances: Hudson, Sierra, and Walden. Hudson and Sierra live in EC2, and Walden has already been migrated to VPC.

As the Neti daemon starts on Hudson, it begins the registration:

1. Neti contacts Zookeeper1-proxy, and, using its instance ID, inquires if it has ever been registered. If found, it gets the same overlay IP as before. If not, it randomly chooses an available overlay IP and locks it to this instance ID.

PX0611-005

2. Neti sends up the IP information and network location to Zookeeper to complete registration.

3. Neti downloads the current list of running instances from Zookeeper, including all of their public, private, and overlay IPs, as well as the network they live in.

4. The list is parsed, and iptables filter and DNAT rules are generated for each of the entries.

5. Neti sets a watch on the Zookeeper instance list.

Concurrently, as soon as step 2 finishes, all the rest of the registered instances get their Zookeeper watches triggered with the new set of instance data, and their iptables configs get updated automatically.

Once this dance is complete, all of the instances have full access to each other, and are successfully blocking any unauthorized traffic. If another instance spins up, this process starts again; if any instance dies, Zookeeper notifies all of the Neti daemons of the change and rules are updated within seconds across the entire fleet.

## Overlay IPs and you

The overlay IP makes all instances agnostic to the location of the target instance. For example, let's say that both Walden and Sierra are frontend instances and Hudson is a database server. Due to latency and security, you do not want Walden to communicate with Hudson over public IPs. Yet, you need Sierra to access Hudson over public IPs, as Hudson is still in EC2. With overlay IPs you do not have to build two different DB configs for each side, continuously updating and shipping the changes as you migrate servers to

PX0611-006

VPC. You simply use the overlay IP, and Neti handles choosing the optimal path.

## Performance issues, or how I learned to stop restoring ip lists and love ipset

In v1 of the design, we were purely using iptables to manage all of the NAT and filter rules, leveraging the built-in iptables-save and iptables-restore tools. However, as we tested larger numbers of rules in iptables we started to hit performance issues. The problem occurs because every single request must do a $O(n)$ lookup on the iptables filter to determine if it may proceed. Testing 8000 rules on one of our Memcached instances caused the network throughput to drop by an order of magnitude.

Clearly, we couldn't continue if this was the case, so we looked elsewhere. After finding an article on iptables performance, we switched to using ipset for the implementation. It had a few major benefits:

1. It stored the list of IPs in a hash table in memory, offering $O(1)$ membership checks

2. The set of IPs could be updated on the fly with simple command line tools.

3. It provided more peace of mind about the system, because we did not have to reload the entire iptables filter each and every time a host changed.

With ipset in place, we tested well over 8000 rules without any degradation of network throughput.

PX0611-007

## The Migration

For a migration like this, we knew that preparation was key. There were going to be parts of the system on either side of the "gap" at all times, with different timelines, strategies, and requirements for each tier. A quick stop/start forklift of the tiers would not work without downtime, so the entire migration had to be a finesse game, with the end-to-end process mapped out, analyzed, monitored, and executed.

### Inventory

First, we had to take stock of everything. *Everything*. We spent a good deal of time cataloging every system in the fleet (remember spreadsheets?), along with their individual migration strategies and the potential problems that they may have. This effort had a three-pronged benefit:

- We established confidence that each system could be migrated after planning out each step.

- We constructed a high level view of our infrastructure and understood the weak points in terms of failover scenarios.

- We found many systems that were either unnecessary or suitable for consolidation.

This migration (and the one to follow) allowed us to distill our infrastructure into a core set of critical systems, greatly easing migration and management going forward.

### Tag all the things!

PX0611-008

With the sheer number of instances we had to migrate, we relied on the underlined instance-tagging feature of EC2. Most of our instance reporting and lookup tools were already built upon tags, tracking instance name, role, and some chef attributes, so adding some new metadata was simple. We used tags to track the installed Neti version, the overlay IP, and various Neti state information.

Tags also became useful in monitoring the process. We could run ad hoc reports to see how many instances have been migrated, how many were running old versions of Neti, and if any weren't running Neti at all. We built some of these scripts into Sensu checks as well, so that we could be alerted to any issues. Having an arsenal of scripts to constantly watch the progress and status was essential to a smooth migration.

With Neti distributed throughout our infrastructure, we proceeded to flip on all access to public traffic into the AWS security groups. At this point, Neti controlled all access into these systems, and we could begin moving server tiers. Thanks to Neti, the entire infrastructure appeared to be operating on one large, flat network, simplifying the migration strategy.

Most tiers were migrated by bringing up identical tiers in VPC and cutting traffic over. For example:

- **Django**: Our frontend tiers were stateless, so this was a simple matter of bringing up new hosts in VPC, and shutting down the old ones.

- **PostgreSQL**: Using the streaming replication built into version 9.2, we were able to bring up master/slave replica sets in VPC, and cut to them with application-level controls. With this method, two of us cut over our entire DB fleet to VPC in less than 2 hours once the tiers were online and replicating.

PX0611-009

- **Cassandra**: The VPC hosts were brought online as members of another datacenter with respect to Cassandra configs, so replication and migration was simple.

- **Redis**: New master/slave replica sets were synced to the current production slave (to avoid BGSAVE on the master) and the configs were cut over.

**Hiccups**

All in all, we had fewer issues than we had expected, especially considering this complex migration strategy. One problem was with conntrack. I can hear the groans already. Conntrack was a necessary evil in this scenario so that iptables did not need to be parsed on every connection. Here's what happened: The instances did not have conntrack enabled, so when Neti was started, it built and loaded the iptables rules, which in turn enabled conntrack. On an instance with a lot of traffic, for example a Memcached instance, it takes a matter of seconds to overwhelm the default max of conntrack entries (65536). Then, new connections are denied, making the instance rather useless.

Mitigating this issue was rather simple. We forced chef to run a modprobe conntrack and set the nf_conntrack_max to a much higher limit before installing and starting Neti.

## Conclusion

It took just less than 3 weeks to migrate everything to VPC. In the end, we built a large set of skills and guidelines that would help our next migration go just as smoothly. The main takeaways were:

PX0611-010

- **Document everything**. A well-documented infrastructure ensures that you will not forget any dependencies during the migration, and well thought out migration plans for each tier minimizes the roadblocks that you will hit. During the migration, you'll be running in a heterogeneous environment, and you don't want to get stuck there while you figure out the next steps.

- **Tooling can make or break a project**. Investing time in Neti and expanding our tools to track the Neti rollout and audit the migration status were key to the migration being successful. Your tooling deserves love.

- **Don't fear the low-level**. Getting down and dirty with Iptables enabled this migration. This meant spending a lot of development time much closer to the kernel than normal, but this feat would not have been possible otherwise.

We have open sourced <u>Neti</u> and it's companion <u>Neti-cookbook</u> for Chef. We hope that many people can benefit from our work on the problem and that it will ease their migration into VPC.

*By Nick Shortway, Instagram infrastructure engineer*

AWS     Cloud Computing     Instagram

PX0611-011



## Written by Instagram Engineering



26K Followers   ·   Editor for Instagram Engineering

PX0611-012

# PX0612



Menu +

**TL ; DR**

**Meet the L-Team, the most powerful group in Google** / Reuters reports on members of the Google inner circle called the "L Team" responsible for setting the company's strategic direction.

By **Thomas Ricker**, a deputy editor and Verge co-founder with a passion for human-centric cities, e-bikes, and life as a digital nomad. He's been a tech journalist for almost 20 years.
Source **Reuters**

Dec 17, 2011, 5:16 AM EST

   | **0** **Comments (0 New)**



L - Team

Under Eric Schmidt the operating committee, or "OC," set the strategic direction for Google. That all changed when Larry Page took over as CEO nine months ago and placed key product groups under his direct control with a plan to make the

PX0612-001

company more nimble and competitive. In doing so, Page replaced the OC with the "L-Team," an elite group of Google executives that signs off on all major decisions, according to sources speaking to *Reuters*.

Notable L-Team members include the head of Google's social business Vic Gundotra, Android chief Andy Rubin, and YouTube head Salar Kamangar. The team also includes a few of the original OC members like CFO Patrick Pichette, Chief Business Officer Nikesh Arora, and Chief Legal Officer David Drummond. Others members of the disbanded operating committee like Rachel Whetstone, head of communications and public policy; Marissa Mayer, head of Google Location and Local Services; and Shana Brown, head of Google's philanthropic arm, are now on the outside of the inner circle. *Reuter's* sources say it's "unclear" whether Schmidt and co-founder Sergey Brin have formal roles in the L-Team, as neither is regularly involved in the day-to-day business activity of Google.

    💬 0 COMMENTS (0 NEW)

**FEATURED VIDEOS FROM THE VERGE**

## Which M2 is right for you? (Apple 2023 buying guide)

PX0612-002

5/16/24, 8:21 AM                                     Meet the L-Team, the most powerful group in Google - The Verge



00:00                                                                    17:18

More from **Google**

## Android 15's first developer preview has arrived

PX0612-003

## The OnePlus 12R is a $500 phone with flagship tendencies

## Google offers non-Pixel owners a way to avoid waiting on hold with latest test

## How to make the most of Google Keep

SPONSORED CONTENT

Forget Gabapentin, Use This New...
Health Insight Journal

1-2 Days - All It Takes To Replace Your...
MetalRoofNation
Learn More

This Secret IRS Loophole Could Change Your...
Goldco

The Average Walk-In Shower Cost in 2024
KohlerSafeShowers....

Windows Users Didn't Know This Simple...
Safe Tech Tips
Read more



Locate Almost Anyone Online In Minutes
BeenVerified



TERMS OF USE  /  PRIVACY NOTICE  /  COOKIE POLICY  /  DO NOT SELL OR SHARE MY PERSONAL INFO  /  LICENSING FAQ

/  ACCESSIBILITY  /  PLATFORM STATUS  /  HOW WE RATE AND REVIEW PRODUCTS

CONTACT  /  TIP US  /  COMMUNITY GUIDELINES  /  ABOUT  /  ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US  /  JOBS @ VOX MEDIA

© 2024 VOX MEDIA, LLC. ALL RIGHTS RESERVED

PX0612-005

# PX0613

5/16/24, 9:00 AM                                                      Neil Shen



**F** PROFILE

# Neil Shen

Founding And Managing Partner,
Sequoia China

## $3.8B
▲ $26M (0.68%)

**Real Time Net Worth**
as of 5/16/24
#846 in the world today

---

**About Neil Shen**

- Neil Shen is the founding and managing partner of Hongshan, formerly Sequoia China, the Chinese arm of the U.S. venture capital giant.

- The investor in Meituan, Pinduoduo and TikTok parent ByteDance topped the

**ALSO ON FORBES**

**One Of Kiss' Biggest Hit Singles Reaches A New Chart Peak**

**Weak EV Sales Spur Europe ICE, Plugin Hybrids, Undermine CO2 Rules**

PX0613-001

Neil Shen

Midas List for the fourth time in 2023 - his twelfth appearance overall.

- Shen was a successful entrepreneur himself earlier on in his career, cofounding travel site Ctrip.com before joining Sequoia.

- Shen had previously worked as an investment banker at Deutsche Bank Hong Kong, Chemical Bank, Lehman Brothers and Citibank.

- As an investor, Shen has increasingly focused on consumer and biotech companies including Innovent (IPO 2018) and Zai Lab (IPO 2017).

**If Tom Doak Is The Neil Young Of Golf Course Design, Pinehurst No. 10 Is His 'Cowgirl In The Sand'**

### Wealth History
HOVER TO REVEAL NET WORTH BY YEAR



2015    2018    2021    2024

---

**Forbes Lists**

---

**#920    Billionaires** (2024)

---

**#98    China Rich List** (2023)

---

More Lists

PX0613-002

**Personal Stats**

**Age**   56

**Source of Wealth**   Venture capital, Self Made

**Residence**   Hong Kong, Hong Kong

**Citizenship**   Hong Kong

**Marital Status**   Married

**Education**   Bachelor of Arts/Science, Shanghai Jiaotong University; Master of Arts, Yale University

**Related People & Companies**

 **Alfred Lin**    View Profile →

 **Meituan**
Holds stake in Meituan    View Profile →

 **Yale University**
Attended the school    View Profile →

 **Roelof Botha**    View Profile →

 **PDD Holdings**
Holds stake in PDD Holdings    View Profile →

PX0613-003

5/16/24, 9:00 AM                                                    Neil Shen

See More

---

**More on Forbes**

---

30 minutes ago

## One Of Kiss' Biggest Hit Singles Reaches A New Chart Peak



By **Hugh McIntyre**
Senior Contributor

<

---

May 14, 2024

## Weak EV Sales Spur Europe ICE, Plugin Hybrids, Undermine CO2 Rules



By **Neil Winton**
Senior Contributor

<

---

May 13, 2024

## If Tom Doak Is The Neil Young Of Golf Course Design, Pinehurst No. 10 Is His 'Cowgirl In The Sand'



By **Mike Dojc**   Contributor

---

PX0613-004

5/16/24, 9:00 AM                                                    Neil Shen

May 10, 2024

## Mixing Tradition With Technology: The Emergence Of AI In Bartending



By **Neil Sahota**  Contributor

May 9, 2024

## Hybrids Allow Toyota To Exploit Electric Pause, But Big EV Spend Looms



By **Neil Winton**
Senior Contributor

May 8, 2024

## The Future Of Oratory: AI Enhanced Public Speaking



By **Neil Sahota**  Contributor

May 8, 2024



PX0613-005

5/16/24, 9:00 AM                                                                Neil Shen

## Hyundai Ioniq 6 Let Down By Battery Capacity, Fast Lane Range Anxiety



By **Neil Winton**
Senior Contributor

<

May 6, 2024

## AI Says 'I Do': Revolutionizing Wedding Planning With AI



By **Neil Sahota**   Contributor

<

May 2, 2024

## Aston Martin Loss Batters Shares But Long-Term Goals Intact



By **Neil Winton**
Senior Contributor

<

Apr 30, 2024

## The Magic Of Tomorrow: How AI Is Transforming Amusement Parks



PX0613-006

5/16/24, 9:00 AM                                                Neil Shen

By **Neil Sahota** Contributor

More Articles

# Forbes

© 2024 Forbes Media LLC. All Rights Reserved.

AdChoices        Privacy Statement        Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information        Privacy Preferences        Terms of Service
Digital Terms of Sale        Contact Us        Send Us Feedback        Report a Security Issue        Jobs At Forbes
Reprints & Permissions        Forbes Press Room        Advertise        Investors

PX0613-007

# PX0614

5/16/24, 9:19 AM                                                         Ma Huateng



**About Ma Huateng**

- Ma Huateng (also known as Pony Ma) chairs Chinese internet giant Tencent Holdings.

- Tencent's popular social messaging app WeChat has 1.3 billion users.

- Tencent, which owns a stake in U.S. videogame company Epic Games, is one

**ALSO ON FORBES**

**Jordan Collaborator A Ma Maniére And The Whitaker Group Design Luxury Home**

**Billionaire Pony Ma's Almost $8 Billion Wealth Gain Has Room To Grow**

PX0614-001

of the largest videogame publishers in the world.

- It has stakes in electric car maker Tesla and music-streaming service Spotify, which in turn has a stake in its Tencent Music.

- Ma led research and development of Internet paging system development at China Motion Telecom Development before starting Tencent in 1998.

**FC Barcelona Outcast Vitor Roque Will Ask To Be Sold If Club Forces Loan, Reports Mas Que Pelotas**

## Wealth History

HOVER TO REVEAL NET WORTH BY YEAR



2015  2017  2019  2021  2023

---

**Forbes Lists**

**#57**    **Billionaires** (2024)

**#4**    **China Rich List** (2023)

[ **More Lists** ]

---

**Personal Stats**

**Age**    52

PX0614-002

| **Source of Wealth** | Online games, Self Made |

| **Residence** | Shenzhen, China |

| **Citizenship** | China |

| **Marital Status** | Married |

| **Education** | Bachelor of Arts/Science, Shenzhen University |

**Related People & Companies**

**Neil Shen**
Related by financial asset: Meituan Dianping
[ View Profile → ]

**Tencent Holdings**
Holds stake in Tencent Holdings
[ View Profile → ]

**China**
Citizen of China
[ View Profile → ]

**Zhang Zhidong**
Related by financial asset: Tencent
[ View Profile → ]

**JD.com**
Holds stake in JD.com
[ View Profile → ]

[ See More ]

**More on Forbes**

PX0614-003

May 15, 2024



## Jordan Collaborator A Ma Maniére And The Whitaker Group Design Luxury Home

By **Cassell Ferere**  Contributor



---

May 15, 2024



## Billionaire Pony Ma's Almost $8 Billion Wealth Gain Has Room To Grow

By **Yue Wang**  Senior Contributor

---

May 2, 2024



## FC Barcelona Outcast Vitor Roque Will Ask To Be Sold If Club Forces Loan, Reports Mas Que Pelotas

By **Tom Sanderson**
Senior Contributor



---

Apr 30, 2024



PX0614-004

5/16/24, 9:19 AM                                          Ma Huateng

**Mastercard Stock Gained 20% In The Last 6 Months. Here's What To Expect From Q1 Results**



By **Trefis Team**   Contributor

<

---

Apr 25, 2024

**U.S. Outlook Remains Bright Despite Weak Q1 GDP, Says BMO's Yung-Yu Ma**



By **Rosemarie Miller**
Forbes Staff

<

---

Apr 10, 2024

**Alibaba Billionaire Jack Ma Returns To Spotlight, Praises Company Leaders Amid Massive Restructuring**

By **Robert Hart**   Forbes Staff

<

---

Apr 5, 2024



PX0614-005

5/16/24, 9:19 AM                                                                                          Ma Huateng

## How Jorge Mas Signed Lionel Messi And Transformed Inter Miami



By **Jonathan Palmer**
Forbes Staff

Apr 5, 2024

## Jorge Mas 1



By **Jonathan Palmer**
Forbes Staff



Apr 4, 2024

## Jorge Mas Cover v3



By **Philip Smith**   Forbes Staff



Apr 4, 2024

## Jorge Mas v2



By **Philip Smith**   Forbes Staff

**More Articles**

# Forbes

PX0614-006

© 2024 Forbes Media LLC. All Rights Reserved.

AdChoices        Privacy Statement        Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information        Privacy Preferences        Terms of Service
Digital Terms of Sale        Contact Us        Send Us Feedback        Report a Security Issue        Jobs At Forbes
Reprints & Permissions        Forbes Press Room        Advertise        Investors

PX0614-007

# PX0615

 **Meta**

Language ▾

Transparency Center

Home  →  Policies  →  How Meta improves

# Sharing results: Community Standards Enforcement Report

**UPDATED**  JAN 19, 2022

The Community Standards Enforcement Report measures how Meta is enforcing the Facebook Community Standards and Instagram Community Guidelines. Published quarterly, the report details our content enforcement from one quarter to another. It also showcases rising trends across various content and policy areas.

## ˄ Why we publish the Community Standards Enforcement Report—and how it keeps us accountable

A variety of teams at Meta contribute to the publication of the report each quarter, including Content Policy, Integrity and Global Operations. This report is an important piece of our collective efforts toward transparency for a number of reasons:

- It tracks our progress.
- It keeps us accountable.

PX0615-001

- It pushes us to improve more quickly.

- It offers people visibility into how we enforce our policies.

- It gives people access to the same data we use to measure our progress internally.

The Community Standards Enforcement Report is a type of data transparency reporting that allows people, both inside and outside of Meta, to review our enforcement decisions and judge our performance. This includes how well our enforcement technology can detect and take action on violating content and the fairness and accuracy of review team decisions.

The report also demonstrates how we continually invest in technology and people to reduce harm and promote safety—all while balancing freedom of expression. Over time, we've added more categories and subsets of data that we share with the public, and we'll continue to do so moving forward.

## ∧ What the Community Standards Enforcement Report measures

We use 5 metrics to tell the story of what we're doing to uphold our Community Standards and Community Guidelines. They include:

### ∧ Prevalence

Estimates the percentage of times people see violating content on the Facebook app and Instagram.

### ∨ Content actioned

### ∨ Proactive rate

PX0615-002

⌄  **Appealed content**

⌄  **Restored content**

**Read the latest Community Standards Enforcement Report**



---

**NEXT**

How Meta works with other organizations to enforce our policies

---

**PREVIOUS**

How Meta reviews content enforcement issues



PX0615-003

**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

Privacy Policy    Terms of Service    Cookies

PX0615-004

# PX0616

5/16/24, 10:48 AM                                          Content actioned | Transparency Center

 **Meta**                                                              Language ▾

**Transparency Center**

Home  →  Policies  →  How Meta improves

# Content actioned

**UPDATED**  NOV 7, 2023

We measure the number of pieces of content (such as posts, photos, videos or comments) or accounts we take action on for going against our standards. This metric shows the scale of our enforcement activity. Taking action could include removing a piece of content from Facebook or Instagram, covering photos or videos that may be disturbing to some audiences with a warning, or disabling accounts. In the event we escalate content to law enforcement, we don't additionally count that.

It might be tempting to read our content actioned metric as an indicator of how effectively we find violations or the impact of those violations on our community. However, the volume of content we take action on is only part of the story. It doesn't reflect how long it took to detect a violation or how many times users saw that violation while it was on Facebook or Instagram.

This metric can go up or down due to external factors that are out of our control. As an example, consider a cyberattack during which spammers share 10 million posts featuring the same malicious URL. After we detect the URL, we remove the 10 million posts. Content actioned would report 10 million pieces of content acted on, an enormous spike. But this number doesn't necessarily reflect that we got better at acting on spam; it reflects more that spammers decided that month to attack Facebook with unsophisticated spam that was easy to detect. Content actioned also doesn't indicate how much of that spam actually affected users: people might have seen it a few times, or a few hundred or thousand times. (That

PX0616-001

information is captured in prevalence.) After the cyberattack, content actioned might decrease dramatically, even if our detection moving forward improves.

  

A piece of content can be any number of things including a post, photo, video or comment.

## How we count content and actions

How we count individual pieces of content can be complex and has evolved over time. In July 2018, we updated our methodology to clarify how many discrete pieces of content we've taken action on for violating our policies, and we will continue to mature and improve our methodology as part of our commitment to providing the most accurate and meaningful metrics. Overall, our intention is to provide an accurate representation of the total number of content items we take action on for violating our policies.

There are some differences in how we count content on Facebook versus Instagram.

On Facebook, a post with no photo or video or a single photo or video counts as one piece of content. That means all of the following, if removed, would be counted as one piece of content actioned: a post with one photo, which is violating; a post with text, which is violating; and a post with text and one photo, one or both of which is violating.

PX0616-002

When a Facebook post has multiple photos or videos, we count each photo or video as a piece of content. For example, if we remove two violating photos from a Facebook post with four photos, we would count this as two pieces of content actioned: one for each photo removed. If we remove the entire post, then we count the post as well. So for example, if we remove a Facebook post with four photos, we would count this as five pieces of content actioned: one for each photo and one for the post. If we only remove some of the attached photos and videos from a post, we only count those pieces of content.

On Instagram, we remove the whole post if it contains violating content, and we count this as one piece of content actioned, regardless of how many photos or videos there are in the post.

At times, a piece of content will be found to violate multiple standards. For the purpose of measuring, we attribute the action to only one primary violation. Typically this will be the violation of the most severe standard. In other cases, we ask the reviewer to make a decision about the primary reason for violation.

---

## How we label violations

Every time we take action on a piece of content, we label the content with the policy it violated. When reviewers look at reports, they first select whether the material violates our policies or not. If they select yes, they then label with the violation type.

In the past, we didn't require our reviewers to label the violations when they made decisions. Instead, we relied on information that users gave us when they submitted reports. In 2017, we upgraded our review process to record more granular information about why reviewers removed a piece of content, which allowed us to establish more accurate metrics. We also updated our detection technology so it labels violations as they're found, flagged or removed using the same labels as our reviewer decisions.

PX0616-003



To count the content acted on for a specific standard violation, we must label the violation each time we take an action.

---

## Accounts actioned on Facebook for being fake

For fake accounts, we report "accounts actioned" as opposed to "content actioned." "Accounts actioned" is the number of accounts we disable for being fake.

---

## Caveats

Content actioned and accounts actioned don't include instances where we block content or accounts from being created in the first place, as we do when we detect spammers attempting to post with high frequency or the creation of a fake account. If we included these blocks, it would dramatically increase the numbers (likely by millions a day) for fake accounts disabled and spam content removed.

PX0616-004

When we enforce on URLs, we remove any current or future content that contains those links. We measure how much content we actioned based on if a user attempts to display this content on Facebook.

---

# How we measure actions on accounts, Pages, Groups and Events

Large volumes of content can live within user accounts, Pages, Groups or events on Facebook. One of these objects as a whole can violate our policies, based on content or behavior within it. We can usually determine that an account, Page, Group or event violates standards without reviewing all the content within it. If we disable an account, Page, Group or event, all the content within it automatically becomes inaccessible to users.

In the metrics included in the Community Standards Enforcement Report, we only count the content in accounts, Pages, Groups or events that we determined to be violating during our reviews of those objects and that we explicitly took action on. We don't count any content automatically removed upon disabling the account, Page, Group or event that contained that content.

Except for fake accounts on Facebook, this report does not currently include any metrics related to accounts for any violations. This report also does not report any metrics for Pages, Groups or events we took action on for any violation —just content within those objects.

## View the latest Community Standards Enforcement Report



PX0616-005

**NEXT**

## Proactive rate

---

**PREVIOUS**

## Prevalence

 Meta

**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

Privacy Policy    Terms of Service    Cookies

PX0616-006

# PX0617



Getty Images

TECHNOLOGY

# Zuckerberg: The Recode interview

Everything was on the table — and after Facebook's wildest year yet, that's a really big table.

By Kara Swisher | @karaswisher | Updated Oct 8, 2018, 2:21pm EDT

Yesterday, I motored my Ford Fiesta down to Facebook's headquarters in Menlo Park, Calif., to interview CEO and founder Mark Zuckerberg.

I had not done a formal interview with Zuckerberg since he appeared at our **D: All Things Digital conference in 2010**, when the company was in its early days. Now, Zuckerberg was ensconced in a massive building with a garden on the roof, part of an even larger campus that sprawled all over and was still growing.

Also growing? Increased scrutiny and criticism of the social network Zuckerberg had built into a behemoth.

It's well deserved given the sloppy way the company has handled a range of issues of late, including not monitoring how **user data was abused by Cambridge Analytica**, not stopping the Russians from manipulating the platform in the 2016 elections and allowing false news from suspect publishers like Infowars to be distributed on the platform.

The controversies have landed Zuckerberg and Facebook in hearings here and in Europe and have tarnished his nerd-god image.

PX0617-001

In this 90-minute interview we talked about a range of things, from news to data to privacy to China to his political ambitions. As you will hear, Zuckerberg can cling closely to talking points, but he also did reveal more than he has about this *annus horribilis* for him and, well, the rest of us.

While many are justifiably angry at him and at Facebook, I decided to not strafe the billionaire entrepreneur. I tried instead to engage him in a conversation about how he has mishandled his growing power and responsibility and what he planned to do about it.

I think the interview gives a picture of an earnest and canny tech leader who is also grappling with the darker side of his creation. At one point, I asked him who was to blame and who should pay the price for the Cambridge Analytica controversy and he rightly named himself, as the person who invented Facebook. "Do you want me to fire myself on this podcast?" Zuckerberg joked. Spoiler alert: He did not.

Unfortunately, we did not get to every topic. We did not touch on the important issues of diversity, tech addiction and other issues that I hope to get to discuss with him in our next interview.

You can listen to our entire conversation right now in the audio player below. If you prefer to listen on your phone, **Recode Decode** is available wherever you listen to podcasts — including **Apple Podcasts**, **Spotify**, **Pocket Casts** and **Overcast.**



Decoder with Nilay Patel
Recode Decode: Facebook CEO Mark Zuckerberg

01:22:00

SHARE   SUBSCRIBE   COOKIE POLICY

What follows is a condensed, lightly edited version of the conversation. You can read a **full transcript of the interview here.**

---

**Kara Swisher: I'm gonna start off with the news of the day. You saw the Putin/Trump press conference, essentially.**

I saw the news about it.

**Tell me what you think about his idea that there is no evidence that the Russians used social media and did different things during the election.**

Well, the evidence that we've seen is quite clear, that the Russians did try to interfere with the election.

We've tried to cooperate with the government and the different investigations that are going on — they obviously have much more context than this. But what we saw, before the election, was this Russian hacking group, part of Russian military intelligence, that I guess our government calls APT28. They were trying to do more traditional methods of hacking: Phishing people's accounts, just getting access to people's accounts that way.

We identified this, actually, in the middle of 2015 and notified the FBI. When we saw similar activity through the campaign in 2016, that they were trying to phish people's accounts in both the DNC and RNC, we notified some of the people over there as well, [who] we thought were at risk.

We, around the time of the election, had given this context to the FBI. They've clearly gone much further now, at this point, in terms of putting the whole story together. You could see that in the indictments that Mueller just issued over the last week or so. That's the part that I actually think we got, and were on top of.

Now, there's a whole other area of election interference that we were slower to identify. That's around the coordinated information operations that they were trying to run, and that was a different group. Instead of APT28, that was this group, IRA, the Internet Research Agency, which basically was just setting up a network of fake accounts, in order to spread divisive information.

**Disinformation.**

Yeah. Misinformation. Divisive information.

Once we became aware of this — which we think we were too slow to being on top of that, but once we became aware of this — we developed this whole roadmap and set of techniques to go and handle that type of security threat in addition to the type of phishing and more traditional cyber attacks that we had seen before. That takes us through all the elections that we have seen since then. There's the French presidential election, the German election, the Alabama special election, the Mexican election recently, and there were elections all around the world.

Now the playbook is: We build AI tools to go find these fake accounts, find coordinated networks of inauthentic activity and take them down; we make it much harder for anyone to

advertise in ways that they shouldn't be. A lot of tools around ad transparency, to make it so that anyone who is advertising, especially around political issue ads, will have a lot of the information, a very high standard of transparency. Higher than what you have in TV or print, or other kinds of ads there.

**What took you so long? I think, as you know, many people feel disappointed with Facebook's behavior and the slowness, given the power that you have, or the power over the market you have. I don't wanna say what's your excuse, but that's kind of the question. What was the problem?**

We just weren't looking for these kind of information operations. We have a big security operation. We were focused on traditional types of hacking. We found that and notified both the government and the people who were at risk, but there's no doubt we were too slow to identify this new kind of attack, which was a coordinated online information operation.

You can bet that that's now a big focus of the security effort that we have here. We're very focused on making sure that we get this right, not just broadly, but in all the elections that are coming up. 2018 is an incredibly important election year, not just with the important midterms here in the U.S., but you just had the Mexican elections. You have Brazil. You have India coming up at the beginning of next year. There's an assortment of elections around the EU. We're very serious about this. We know that we need to get this right. We take that responsibility very seriously.

**I know you say that, but I do wanna get at, do you reflect on what it was within 'cause you're the leader here, you're the head of this, that you didn't see it? That you don't see that side of humanity? Or, that you don't understand your responsibility?**

In retrospect, I do think it's fair to say that we were overly idealistic and focused on more of the good parts of what connecting people and giving people a voice can bring. I think now we understand that, given where we are, both the centrality of Facebook, but also, frankly, we're a profitable enough company to have 20,000 people go work on reviewing content, so I think that means that we have a responsibility to go do that. That's a different position than we were in five or six years ago, or even when we went public and were a meaningfully smaller company at that point.

I do think it's fair to say that we were probably... we were too focused on just the positives and not focused enough on some of the negatives. That said, I don't want to leave the impression that we didn't care about security or didn't have thousands of people working on it *before* then. This was a new thing.

I think we have a lot of responsibility. The community, more than two billion people use our products, and we get that with that, a lot of people are using that for a lot of good, but we also

have a responsibility to mitigate the darker things that people are gonna try to do.

**When we first met many years ago, one of the things that you did tell me that was striking was you called Facebook a utility. Do you remember that?**

Yeah, I called it that for a while.

**At the time you meant it was a useful system. What do you call Facebook now?**

I think that that is still a good description. In general, we're a social network. I prefer that because I think it is focused on the people part of it — as opposed to some people call it social media, which I think focuses more on the content. For me, it's always been about the people, and the reason why I called it a utility was because a lot of people used to think of it as a fad. What I was trying to communicate was, no, building a network and building relationships is one of the most core things that people do, and that is an enduring utility that people need, that is not a fad. The company shouldn't be run to try to build something that is cool, it should be run to build something that is useful and enduring. And I still believe that.

When I think about what social networking should be... now you've mapped out all of the people who a person cares about. What are all the useful things that you can do for people on top of that? So I think about things like Marketplace, that we're doing, that now people can have trust through their network and can basically go and buy and sell things more easily than they would be able to on other services.

Other examples are things like Safety Check. There are disasters that happen — Hurricane Harvey came up, and you had people self-organizing through the community and getting in boats and driving around rescuing people coordinated ad hoc through this network. That's not a media function. That's a social network of people coming together ad hoc to provide safety infrastructure that the world needs, so that's kind of more how I think about what we're doing.

**Let's talk about news.**

**This has been, everyday seems to be a new thing of people asking you to make determinations about what news is. The power you have over distribution is very clear — to publishers, to citizens and everyone else. How do you look at your role? Right now as we're doing this interview, there's a Congressional hearing going on. In that case, conservatives think that you don't give a voice to conservatives.**

**Yesterday, I wrote a story, which I think you read, about other publications think you give *too* much voice to those. "You shouldn't have InfoWars on here." Let's talk about**

**InfoWars. Let's use them as the example. Make the case for keeping them, and make the case for not allowing them to be distributed by you.**

There are really two core principles at play here. There's giving people a voice, so that people can express their opinions. Then, there's keeping the community safe, which I think is really important. We're not gonna let people plan violence or attack each other or do bad things. Within this, those principles have real trade-offs and real tug on each other. In this case, we feel like our responsibility is to prevent hoaxes from going viral and being widely distributed.

The approach that we've taken to false news is not to say, you can't say something wrong on the internet. I think that that would be too extreme. Everyone gets things wrong, and if we were taking down people's accounts when they got a few things wrong, then that would be a hard world for giving people a voice and saying that you care about that. But at the same time, I think that we have a responsibility to, when you look at... if you look at the top hundred things that are going viral or getting distribution on Facebook within any given day, I do think we have a responsibility to make sure that those aren't hoaxes and blatant misinformation.

That's the approach that we've taken. We look at the things that are getting the most distribution. If people have flag them as potential hoaxes, we send those to fact-checkers who are all well reputable and have followed standard principles for fact checking, and if those fact checkers say that it is provably false, then we will significantly reduce the distribution of that content, and if someone-

**So, you move them down the line rather than get rid of them?**

Yeah, in News Feed.

**Why don't you wanna just say "get off our platform?"**

Look, as abhorrent as some of this content can be, I do think that it gets down to this principle of giving people a voice.

Let me give you an example of where we would take it down. In Myanmar or Sri Lanka, where there's a history of sectarian violence, similar to the tradition in the U.S. where you can't go into a movie theater and yell "Fire!" because that creates an imminent harm.

The principles that we have on what we remove from the service are: If it's going to result in real harm, real physical harm, or if you're attacking individuals, then that content shouldn't be on the platform. There's a lot of categories of that that we can get into, but then there's broad debate.

**Okay. "Sandy Hook didn't happen" is not a debate. It is false. You can't just take that down?**

I agree that it is false.

I also think that going to someone who is a victim of Sandy Hook and telling them, "Hey, no, you're a liar" — that is harassment, and we actually will take that down. But overall, let's take this whole closer to home...

I'm Jewish, and there's a set of people who deny that the Holocaust happened.

I find that deeply offensive. But at the end of the day, I don't believe that our platform should take that down because I think there are things that different people get wrong. I don't think that they're *intentionally* getting it wrong, but I think-

**In the case of the Holocaust deniers, they might be, but go ahead.**

It's hard to impugn intent and to understand the intent. I just think, as abhorrent as some of those examples are, I think the reality is also that I get things wrong when I speak publicly. I'm sure you do. I'm sure a lot of leaders and public figures we respect do too, and I just don't think that it is the right thing to say, "We're going to take someone off the platform if they get things wrong, even multiple times." (Update: **Mark has clarified these remarks here**: "I personally find Holocaust denial deeply offensive, and I absolutely didn't intend to defend the intent of people who deny that.")

What we will do is we'll say, "Okay, you have your page, and if you're not trying to organize harm against someone, or attacking someone, then you can put up that content on your page, even if people might disagree with it or find it offensive." But that doesn't mean that we have a responsibility to make it widely distributed in News Feed. I think we, actually, to the contrary-

**So you move them down? Versus, in Myanmar, where you remove it?**

Yes.

**Can I ask you that, specifically about Myanmar? How did you feel about those killings and the blame that some people put on Facebook? Do you feel responsible for those deaths?**

I think that we have a responsibility to be doing more there.

**I want to know how *you* felt.**

Yes, I think that there's a terrible situation where there's underlying sectarian violence and intention. It is clearly the responsibility of all of the players who were involved there. So, the government, civil society, the different folks who were involved, and I think that we have an

important role, given the platform, that we play, so we need to make sure that we do what we need to. We've significantly ramped up the investment in people who speak Burmese. It's often hard, from where we sit, to identify who are the figures who are promoting hate and what is going to... which is the content that is going to incite violence? So it's important that we build relationships with civil society and folks there who can help us identify that.

I want make sure that our products are used for good. At the end of the day, other people blaming us or not is actually not the thing that matters to me. It's not that every single thing that happens on Facebook is gonna be good. This is humanity. People use tools for good and bad, but I think that we have a clear responsibility to make sure that the good is amplified and to do everything we can to mitigate the bad.

Let me give you another example. When Live came up, one of the terrible use cases where people were using ... There were a small number of uses of this, but people were using it to ... show themselves [doing] self-harm, or there were even a few cases of suicide. We looked at this, we're like, "This is terrible. This is not what we want the product to be. This is terrible, and if this is happening and we can help prevent it, then we have a responsibility to."

So, what did we do? We took the time to build AI tools and to hire a team of 3,000 people to be able to respond to those live videos within 10 minutes. Most content on Facebook, we try to get to within hours or within a day, if it comes up, and obviously, if someone's gonna harm themselves, you don't have a day or hours. You have to get to that quickly. With all the millions of videos that are posted, we had to build this combination of an AI system that could flag content that our reviewers should look at, and then hire a specific team trained and dedicated to that, so that way they could review all the things very quickly and have a very low latency.

In the last six months, we've been able to help first responders get to more than a thousand people who needed help quickly because of that effort.

**I want to finish up on news by talking about sort of what's going on today with conservatives versus liberals. Why won't you make choices there, or do you feel like you just don't want to make any, in terms of media and what should be ... How do you respond when conservatives say, "You don't have enough conservative stuff on the platform?" You guys have responded and some people think you over-responded. How do you think you've done?**

Well, I think it gets back to the core principles: Giving people a voice on the one hand, and keeping the community and people safe on the other hand. Our bias tends to be to want to give people a voice and let people express a wide range of opinions. I don't think that's a liberal or conservative thing; those are the words in the U.S.

**What are your political leanings? Do you have them?**

I care about specific issues very deeply and I'm not sure that aligns with any kind of specific thing. So I mean, I'm very outspoken on immigration reform. In 2013, I helped start with a number of entrepreneurs **FWD.us**, which is a group working on immigration reform that I think recognizes that we need to secure the border and enforce laws, but that also understands that the benefits of immigration, both to the country and the economy and as a humane civil rights issue for the 11 million people who are undocumented here, is incredibly important. I mean, I've-

**How did you feel about the border separations as a citizen?**

It was terrible. Terrible.

**What did you do? Did you do anything besides donate money or stuff like …**

Yeah, well I mean, the good news here is because we've been working on FWD for so long, it has established a lot of the infrastructure that now … When a crisis comes up, you can't just spin this stuff up immediately. So they're in there and they're able to help out.

But I mean, talking about social utility, one of the really proud moments recently of working at this company was the fact that a couple of people could-

**The Willners. I had them on the podcast. Yeah, they're great.**

… start a fundraiser to raise $1500, enough to bail one person out, and they ended up raising more than $20 million. And this thing just went viral, and I think it's a great example of when you give people a voice what positive things can happen, both substantively in terms of the fundraiser and just the widespread show of support, I think, is also really meaningful. And I think a combination of that and a number of other things like that may have been what led the administration to backtrack on the policy there.

**Yeah, possibly. Possibly.**

**So let's get into the idea of privacy and data. How do you assess your performance in front of Congress? It was a low bar, Mark; they didn't do a very good job. That's my opinion.**

You thought *I* didn't do a very good job?

**I thought *you* did, but I only thought it's because they did such a bad job.**

Well look, I think a lot of people think about this from a gamesmanship perspective of like, someone's winning and someone's losing.

PX0617-009

I'm there as a witness who hopefully understands some relevant context on an issue of importance to the nation, and I view my responsibility as making sure that they can get as much information as they need to in order to inform what they need to go do.

Like you saw with the Mueller indictments recently, I think some of that context probably initially came from us, but then they had to go build on that for years in terms of putting together the whole story and do very significant work on top of that. But if we can help out in ways like that, then I feel good about our contribution.

**Okay. Back to the hearings, one of the things I think ... I'm not saying it's a win/lose thing; I think they did not press you very hard on certain issues.**

**One is what you guys do with the data; one was the part related to Cambridge Analytica, which is what happened there, which I think is still ... You're still investigating, it's still being investigated by authorities in how it happened. And in that case, your defense was, "We didn't see it, but once we saw it, we did something about it."**

**What I would've asked is, "Why didn't you see it?" What's the problem in that with this data that you did not see it being misused? Because I was at your 2009 or 2008 ... I remember when you were talking about this idea.**

Yeah, so the principles at play here are, on the one hand, you want people to have control over their information and be able to bring it out of Facebook to other different apps, because we're not going to build all of the social experiences and it should be easy for people to use their data anywhere. But on the other hand, if they have that information in Facebook and the developer has some relationship with us, then we also have a responsibility to protect people and keep people safe.

And what happened here was a developer built a quiz app, and then they turned around and sold the data that people gave them to someone else. And that is clearly against all of the policies that we have. I mean, that's terrible, right? We don't sell data, we don't allow anyone to sell data. Because it was on their servers, we don't necessarily see that transaction or whatever they're doing.

**But you have, in the past, caught people doing this and been much more rigorous in that.**

We do a number of things. One is, we do ongoing audits and we have built technical systems to see if a developer is requesting information in weird ways. We do spot checks where we can audit developers' servers. But a lot of the stuff comes from flags that either people in the community or law enforcement or different folks send us, and that was actually similar here

too. I think it was The Guardian who initially pointed out to us, "Hey, we think that this developer, Alexander Kogan, has sold information." And when we learned about that, we immediately shut down the app, took away his profile, and demanded certification that the data was deleted.

Now the thing that I think, in retrospect, that we really messed up here is that we believed the certification. Now normally, I don't know about you, but when someone writes a legal certification, my inclination is to believe that. But in retrospect, I think it's very clear …

**No.**

You don't?

**No, I don't believe anybody.**

All right, well that's …

**There's an expression in journalism, "If your mother says she loves you, check it." But go ahead.**

All right, that's fair. I tend to have more faith in the rule of law, but-

**And I think the links between Peter [Thiel] on your board and [Steve] Bannon and … It creates a really bad situation for you all, or suspect. It at least leads to people wondering what was happening there. Easily.**

All right. Well I don't think that there's any suggestion that that stuff was connected here, but I do think-

**No, but I'm just saying. It just creates a, "What the heck was going on here?"**

Yeah. I think in retrospect … You know, we didn't know what Cambridge Analytica was there, it didn't strike us as a sketchy thing. We just had no history with them. Knowing what I know now, we obviously would not have just taken their certification at its word and would've gone in and done an audit then.

Now our policy is, we are not just going to take developers at their word when they say that they aren't misusing information; we're going to go and audit every single developer who had a large amount of access to people's information before we significantly lock down the amount of access that developers could get starting back in 2014.

**Should someone have been fired for this?**

You know-

**I asked Sheryl this, so I'm just curious what you think.**

Well, I think it's a big issue. But look, I designed the platform, so if someone's going to get fired for this, it should be me. And I think that the important thing going forward is to make sure that we get this right. In this case, the most important steps, in terms of, to prevent this from happening again, we'd already taken in 2014 when we had changed dramatically the way that the platform worked.

But overall, I mean, this is an important situation, and I think again it's ... This to me is an example of, you get judged by how you deal with an issue when it comes up. And I think on this one, we've done the right things, and many of them I think we'd actually done years ago to prevent this kind of situation from happening again.

**But to be clear, you're not gonna fire yourself right now? Is that right?**

Not on this podcast right now.

**Okay, all right. Well that would be fantastic. I mean, I think you'll do okay.**

**So let's get to the privacy and data part of it. One of the things you kept saying in Congress, which really drove me crazy because you said it like ... I counted it.**

Do you really want me to fire myself right now?

**Sure. It's fine.**

Just for the news?

**Yeah, why not? Whatever, Mark. Whatever works for you. No.**

I think we should do what's gonna be right for the community.

**All right, okay. All right. Well I'll get to regulation in a second, but two more sections and then you'll be out of here.**

**One is, you kept saying, "Senator, we don't sell your data. Senator, we don't sell your data." You *kind* of sell people's data in a different way by marrying it with other data, you sell insights into that data, you sell ... Your whole business is predicated on using data to make money. Why did you keep saying that? I mean technically, you're correct, but ...**

Well I think facts do matter.

**Yes, I know, but you don't *technically* sell your data, but you use their data to sell advertising. So you are in essence ... What are you doing with people's data? How would *you* describe it?**

Well look, it bothers me when reputable news outlets make claims like saying that we sell data because it is just-

**Like to Procter & Gamble. You don't-**

It's just not true.

**Right, okay.**

We *don't* sell data. Now, I understand what you're saying, that the business model works basically in two ways; one is people have attention from being on the service, which is no different from the ads you'll run during this podcast or traditional TV ads for the last 50 years. But there is an element of targeting which is that, because we understand what you're interested in, we can show you more relevant ads to you. And people, overall, people want to know that their information is secure, and that if they give it to you, they want you to use it to make their experience good, but they don't want you to give it to other people.

So while it may seem like a small difference to you, this distinction on "selling data," I actually think to people it's like the whole game, right? So we don't sell data, we don't give the data to anyone else, but overwhelmingly people do tell us that if they're going to see ads on Facebook, they want the ads to be relevant; they don't want bad ads.

**Do you think people understand how much information you have on them? It's a different factor that ever before in history, how much information you know about people.**

Maybe. Although I think most people actually, on a service like Facebook or Instagram, probably have a greater awareness of the information that's there than on a lot of other services, because in our case, you actually put it there, right? You told us that you like that thing, or you posted that photo, or said that. So I actually think people generally have an awareness and feel like, "Wow, these networks have a lot of information."

The areas that I would actually worry about more for consumers are places where they don't realize that services are collecting a lot of information about them, but actually are. So that's a whole different thing.

**Regulation, how much do you think is coming from if the Democrats get back in power? They've gotten rather hostile towards you and Google, it seems.**

Well, I think you're too focused on the U.S.

**Okay, across the world. Do you see regulation being ... Obviously, Europe is a place where there's much more regulation happening and more activity. Do you see it-**

The area that I think is most likely is content. So the U.S. has a very rich tradition of free speech; it is written into the Constitution, free speech, so here, we have a very strong allergic reaction to trying to regulate that. But in almost every other country in the world, while people generally want as much expression as possible, there's some notion that something else might be more important than speech; so preventing hate or-

**In Germany or wherever.**

... terrorism or just different things. So you're already starting to see this; I mean, there was the hate speech law in Germany. I think that there will be additional laws creating responsibility for social networking, and social companies, and Internet companies overall to be more proactive in policing terrorism, or bullying, or hate speech, or different kinds of content.

And overall, I think that there are good and bad ways to do that, but my general take is that a lot of that stuff can be pretty reasonable. I mean, I think we're not kids in a dorm room anymore, right?

We're at a point now where we've built AI tools to detect when terrorists are trying to spread content, and 99 percent of the terrorist content that we take down, our systems flag before any human sees them or flags them for us. And we can afford, at this point, to have 20,000 people reviewing the content.

So I think the point where you have that kind of AI technology and you have the resources to be able to employ people to do that kind of content review, I kinda think you have a responsibility to do it.

**Okay. So you can handle regulation. What about the call ... There's been some calls to break up some companies like Facebook or Amazon that become too big. Are you in fear of that in any way?**

You know, I think that there's ... It's a very interesting debate overall. If you actually get down to why we're big, it's not ... In the traditional sense, we're not big because we're so big in the United States, although we are and a lot of people use our products here. If we weren't an international company, if you said, "Okay, you have to shut down all of your services outside of the U.S.," we actually would not be very profitable at all; we actually would probably be unprofitable.

PX0617-014

So I think you have this question from a policy perspective, which is, do we want American companies to be exporting across the world? We grew up here, I think we share a lot of values that I think people hold very dear here, and I think it's generally very good that we're doing this, both for security reasons and from a values perspective.

Because I think that the alternative, frankly, is going to be the Chinese companies. If we adopt a stance which is that, "Okay, we're gonna, as a country, decide that we wanna clip the wings of these companies and make it so that it's harder for them to operate in different places, where they have to be smaller," then there are plenty of other companies out that are willing and able to take the place of the work that we're doing.

**Specifically the Chinese companies.**

Yeah. And they do not share the values that we have. I think you can bet that if the government hears word that it's election interference or terrorism, I don't think Chinese companies are going to wanna cooperate as much and try to aid the national interest there.

**What is your situation in China now?**

I mean, we're blocked.

**And are you working on moving Facebook products in there?**

Over the long term. I think it's hard to have a mission of wanting to bring the whole world closer together and leave out the biggest country.

**What will that take?**

I don't know.

**Where are you with China?**

I mean, we're, I think, a long time away from doing anything.

At some point, I think that we need to figure it out, but we need to figure out a solution that is in line with our principles and what we want to do, and in line with the laws there, or else it's not going to happen. Right now, there isn't an intersection.

**All right. I wanna finish up just talking about you. This is an issue I've talked about a lot is Silicon Valley responsibility, and taking responsibility. And taking responsibility of your dark things, and not being quite as optimistic, and a lot of people here have a problem with looking at that. How do you look at your responsibility, as a leader? As a leader of a massive company with enormous power? Do you think you grok that at this point? Sometimes I don't think you do. I really don't.**

Well, I think we have a responsibility to build the things that give people a voice and help people connect and help people build community, which ultimately is the unique thing that we do in the world. That, I think is one important piece of it.

But then on the other hand, I think we also have a responsibility to recognize that the tools won't always be used for good things and we need to be there and be ready to mitigate all the negative uses, so whether that's terrorism, or people thinking about self-harm or suicide who we need to go make sure they get help quickly, or bullying, or election interference, or fake news.

The list goes on, and there's a lot of these things. There are very specific pieces of work that we have to do on each. I mean, just take terrorism for example. We have a team of more than 200 people working on counterterrorism. I mean, that's pretty intense. That's not like what people think about what Facebook is.

**No, I'm sure when you were an engineer you weren't thinking this was your ...**

I do think that there will be things that we get wrong in the future, too, but I think to say that we don't care about what's going on, or mitigating any of the downsides of what people do, I don't think is right. I think to say that that is the only thing that we should be focused on, I think also is not quite right because I think that what most people out there want is the ability to stay connected with the people that they love, and to be able to join communities because that's an important part of people's lives. If we're not making progress on that and advancing the ball forward there too, then I also don't think we're doing our job.

**What about the image of Facebook? It's not great right now. Would you agree with that?**

It's not as good as it's been.

**Yeah. How does that feel personally?**

I mean, personally, my take on this is that for the last 10 or 15 years, we have gotten mostly glowing and adoring attention from people, and if people wanna focus on some real issues for a couple of years, I'm fine with it.

Frankly, I think that the news industry is critically important because it points out things and surfaces truths that can often be uncomfortable. I think that that's working, and the spotlight has been pointed on things that we have a responsibility to do better, and I accept that.

While it may not be the most fun period of running the company, I think we take the responsibility really seriously and get that in the grand scheme of things, I don't think people are being unfair to us. I think people have been very positive and are focused on all the good

PX0617-016

that come with the technology for a long period of time. To have a period where people focus on some of the negative uses, to make sure that we fully understand that, I think is completely reasonable.

If there's going to be a period of two years where we frankly didn't handle a bunch of things as well as we should've and need to get back on top of it, then I mean, you're not going to cry about that. You're gonna do what you need to make it good.

**What's your goal this year? You have these goals. This year is fix Facebook. You did the Visit Every Cow In America Tour last year. What is your personal goal this year? Away from fixing Facebook?**

I mean, I think that the feeling this year is that ... I've done these personal challenges because I think running a company can be an all-consuming thing. I think in order to have a broader perspective, you wanna do things outside of that too. Whether that's running, or learning Mandarin, or visiting different places, or coding an AI to run my home, I think that those are all good things.

But this year, I think we have a number of issues that we need to deal with and it didn't feel right to me to focus on something else outside. I think that this is, and interesting enough, this is an important challenge that I think we need to dedicate every fiber of what we're doing to making sure that we get this right.

**How long does that last?**

I think it'll take about three years to fully retool everything at Facebook to be on top of all the content issues and security issues. But the good news is we're about a year and a half in. I do think that by the end of this year, we'll have significantly turned the corner on a lot of these issues. I don't think we're gonna be as good as we would like to next year, either, but I think it'll be close.

**Do you have any political goals? I know people thought when you did your grand tour of the United States that was what you were doing with your team of videographers, et cetera.**

I mean, I care about helping to address these problems of social cohesion and understanding what economic problems people think exist. I tend to think that we all get support from three basic places: Our friends and family, the communities we're a part of, and then, ultimately, the government with its safety net. I think as a society, we spend the vast majority of our time talking about what the government should do in the political debates.

PX0617-017

I think we spend not enough time talking about how important community is. So you go around... I mean I saw, sit with ministers in places, and they talk about not just the religious role that they play as a religious organization, but as a community organization. One minister told me that he knew that when a factory closed down in town, he was gonna be seeing more couples for couples counseling a few weeks later because of the tension. All right. That's a real piece of social infrastructure that needs to exist.

If people aren't a part of those kind of organizations, then there's a core need that people have that is not being fulfilled.

I sat down with kids in Chicago, a school where a lot of kids were in gangs. I mean, they told me the reason why people were in gangs is not because they wanted to be in a gang, they understood that it was dangerous, but because they needed a sense of community, and in a dangerous environment, they wanted to know that someone was looking after them.

**Who do you look up to? Do you look up to other internet people? Elon Musk, Jeff Bezos, or is it there's like an ultra male competition between and among you? Who was your mentor, would you say?**

Well, I think that there are a couple. Bill Gates has always been a mentor and inspiration for me even before I knew him. Just growing up, I admired how Microsoft was mission-focused. It was a company that had a clear social goal, or that it wanted to make ... They thought that computers were gonna be valuable, and having that become ubiquitous. It was like an Apollo-like goal to me that always struck me as really nice.

Then, I think his second act of going and being one of the world's best philanthropists has absolutely influenced me. Not only to try to follow in his footsteps and do something hopefully one day that will be as impactful as what he has done, but his lesson there that you have to start early to practice. Like anything that you want to get good at, you don't just show up and effectively and efficiently give money away. The notion that if I want be really good at this 10 or 15 years from now, then Priscilla and I really need to be starting to work on this now. He has had, he and Melinda, and Melinda has increasingly really been a role model for us as well, just have really deeply influenced the way that I think about both work and philanthropy.

But one of the things that I'd say that I'm really lucky is that a lot of the people who I look up to the most, I get to work with every day. I mean, I think Sheryl is amazing. A lot of what I know about business and building organizations and leadership come from working with her. A lot of the other folks who I get to work with every day, Chris Cox is just an amazing person. I always tell people that you should only hire people to be on your team if you would work for them. But in an alternate universe, I would be honored to work for any of these people. I think that that is, I don't know, that is greater gift than having some external mentors who I get to talk to once a quarter.

PX0617-018

**Okay. My very last question. Very briefly, what do you think the most exciting product area is right now? Let's finish up on that.**

Longer term, as a technologist, one of things that just excites me is there are always new computing platforms. Every 10 or 15 years a new one comes along. They're always more native, they capture your human experience more. Immersively, you share more naturally what you're experiencing. I just think that VR and AR are going to be a really big deal.

You can just see this trajectory from early internet, when the technology and connections were slow, most of the internet was text. Text is great, but it can be sometimes hard to capture what's going on. Then, we all got phones with cameras on them and the internet got good enough to be primarily images. Now the networks are getting good enough that it's primarily video. At each step along the way, we're able to capture the human experience with greater fidelity and richness, and I think that that's great.

Now, I do think that we're gonna move towards this world where eventually you'll be able to capture a whole experience that you're in and be able to send that to someone. I think that that's just gonna be an amazing technology for perspective taking and putting yourself in other people's shoes, for being able to feeling like you're really physically there with someone even when you're not. One of the criticisms of technology today is you're sitting and looking at your phone, and we could be sitting together but we're actually fragmented.

**No, I agree with you on VR. I've just been doing some recent VR stuff that's really promising.**

Yeah. I mean, there's a few technology leaps that still need to be made, but the initial use is amazing. I just think that's a really important technology.

**I'm not sure you an give people empathy though. You can see people, the world through people's eyes, but you can't understand their experience, necessarily.**

Yes. Although, I think there's also an economic … We've talked a lot about the social aspects of all of this, but I think one of the biggest issues economically today is that opportunity isn't evenly distributed. You get all these people have to move to cities, and then the cities get to be way too expensive, and if you have a technology like VR where you can be present anywhere but live where you choose to, then I think that that can be really profound.

There're really only a few solutions to this. Historically, cities have grown to be bigger by building better physical infrastructure. There'll be some amount of that. I mean, I think things like hyperloops and things like that can extend the suburbs, could be quite interesting, but I have to believe that, we're here in 2018, it's much cheaper and easier to move bits around than it is atoms. It strikes me that something like VR or AR, or even video conferencing on the

path to that, has to be a more likely part of the solution than just building a ton of physical infrastructure.

**All right. Now you have one chance. What would you like to say to your giant nation state of Facebook right now? What is the one thing? Like, "I'm sorry for this-"**

Well, we've talking about this for a while.

**I know. but what's the one thing they're getting wrong about you right now? I'm gonna give you a nice out.**

That's tough. It's always hard to say what is the one thing. I don't know. I think that the main thing that I've tried to internalize this year is we get that there's a big responsibility and a lot of things that we need to do better than we are. We are working on it, and I think a lot of them, we're doing better already, and for the rest, we're committed to getting to where we need to be for the community. At the same time, we also feel a responsibility to keep on moving forward on giving people tools to share their experience and connect and come together in new ways. Ultimately, that's the unique thing that Facebook was put on this Earth to do. I think if we don't push forward on that, we will be missing our responsibility for advancing the ball there. That's what I care about, and we're just very serious about making sure that we do both of those things.

*This article originally appeared on Recode.net.*

*You've read 1 article in the last 30 days.*

**Will you support Vox today?**

We believe that everyone deserves to understand the world that they live in. That kind of knowledge helps create better citizens, neighbors, friends, parents, and stewards of this planet. Producing deeply researched, explanatory journalism takes resources. **You can support this mission by making a financial gift to Vox today. Will you join us?**

| One-Time | Monthly | Annual |
| --- | --- | --- |

○ **$5/month**     ○ $10/month
○ $25/month     ○ $50/month
○ Other

**Yes, I'll give $5/month**

We accept credit card, Apple Pay, and Google Pay. You can also contribute via
**P** *PayPal*

FEATURED VIDEOS FROM VOX

# Why everything you buy is worse now

00:00                                                                    07:34

From clothes to tech, why is everything so poorly made?

BUSINESS & FINANCE              MONEY                      TIKTOK

**Meme stocks like**          **The GameStop**          **How TikTok Shop**
**GameStop are**              **stock frenzy,**          **ads turned an**
**soaring like it's**         **explained**              **obscure,**
**2021**                                                 **inaccurate book**
                                                         **into a bestseller**

View all stories in Technology

**Today, Explained**                    Email (required)

                                        [                    ]     SUBSCRIBE

Understand the world with a daily explainer plus
the most compelling stories of the day.

By submitting your email, you agree to our Terms and Privacy
Notice. You can opt out at any time. This site is protected by
reCAPTCHA and the Google Privacy Policy and Terms of Service
apply. For more newsletters, check out our newsletters page.

PX0617-022

# PX0618



Transparency Center

Home → Policies → Facebook Community Standards

# Child Sexual Exploitation, Abuse, and Nudity

## Policy details

Change log                                                              ⌄

### Policy Rationale

We do not allow content or activity that sexually exploits or endangers
children. When we become aware of apparent child exploitation, we
report it to the National Center for Missing and Exploited Children
(NCMEC), in compliance with applicable law. We know that sometimes
people share nude images of their own children with good intentions;
however, we generally remove these images because of the potential for
abuse by others and to help avoid the possibility of other people reusing
or misappropriating the images.

We also work with external experts, including the Facebook Safety
Advisory Board, to discuss and improve our policies and enforcement

around online safety issues, especially with regard to children. Learn more about the technology we're using to fight against child exploitation.

Do not post:

**Child sexual exploitation**

Content, activity, or interactions that threaten, depict, praise, support, provide instructions for, make statements of intent, admit participation in, or share links of the sexual exploitation of children (including real minors, toddlers, or babies, or non-real depictions with a human likeness, such as in art, AI-generated content, fictional characters, dolls, etc). This includes but is not limited to:

- Sexual intercourse
  - Explicit sexual intercourse or oral sex, defined as mouth or genitals entering or in contact with another person's genitals or anus, when at least one person's genitals or anus is visible.
  - Implied sexual intercourse or oral sex, including when contact is imminent or not directly visible.
  - Stimulation of genitals or anus, including when activity is imminent or not directly visible.
  - Any of the above involving an animal.
- Children with sexual elements, including but not limited to:
  - Restraints
  - Signs of arousal
  - Focus on genitals or anus
  - Presence of aroused adult

PX0618-002

- Presence of sex toys or use of any object for sexual stimulation, gratification, or sexual abuse
- Sexualized costume
- Stripping
- Staged environment (for example, on a bed) or professionally shot (quality/focus/angles)
- Open-mouth kissing
- Stimulation of human nipples or squeezing of female breast (EXCEPT in the context of breastfeeding)
- Presence of by-products of sexual activity
- Content involving children in a sexual fetish context
- Content that supports, promotes, advocates or encourages participation in pedophilia unless it is discussed neutrally in a health context
- Content that identifies or mocks alleged victims of child sexual exploitation by name or image

**Solicitation**

Content that solicits sexual content or activity depicting or involving children, defined as:

- Child Sexual Abuse Material (CSAM)
- Nude imagery of real or non-real children
- Sexualized imagery of real or non-real children

Content that solicits sexual encounters with children

**Inappropriate interactions with children**

Content that constitutes or facilitates inappropriate interactions with children, such as:

- Arranging or planning real-world sexual encounters with children
- Purposefully exposing children to sexually explicit language or sexual material

PX0618-003

- Engaging in implicitly sexual conversations in private messages with children
- Obtaining or requesting sexual material from children in private messages

**Exploitative intimate imagery and sextortion**

Content that attempts to exploit real children by:

- Coercing money, favors or intimate imagery with threats to expose intimate imagery or information
- Sharing, threatening, or stating an intent to share private sexual conversations or intimate imagery

**Sexualization of children**

- Content (including photos, videos, real-world art, digital content, and verbal depictions) that sexualizes real or non-real children
- Groups, Pages, and profiles dedicated to sexualizing real or non-real children

**Child nudity**

Content that depicts real or non-real child nudity where nudity is defined as:

- Close-ups of real or non-real children's genitalia
- Real or non-real nude toddlers, showing:
  - Visible genitalia, even when covered or obscured by transparent clothing
  - Visible anus and/or fully nude close-up of buttocks
- Real or non-real nude minors, showing:
  - Visible genitalia (including genitalia obscured only by pubic hair or transparent clothing)
  - Visible anus and/or fully nude close-up of buttocks
  - Uncovered female nipples

PX0618-004

- No clothes from neck to knee - even if no genitalia or female nipples are showing
- Unless the non-real imagery is for health purposes or is a non-sexual depiction of child nudity in real-word art

**Non-sexual child abuse**

Videos or photos that depict real or non-real non-sexual child abuse regardless of sharing intent, unless the imagery is from real-world art, cartoons, movies or video games

Content that praises, supports, promotes, advocates for, provides instructions for or encourages participation in non-sexual child abuse

---

For the following content, we include a warning screen so that people are aware the content may be disturbing and limit the ability to view the content to adults ages eighteen and older:

- Videos or photos that depict police officers or military personnel committing non-sexual child abuse
- Videos or photos of non-sexual child abuse, when law enforcement, child protection agencies, or trusted safety partners request that we leave the content on the platform for the express purpose of bringing a child back to safety

---

PX0618-005

For the following content, we include a sensitivity screen so that people are aware the content may be upsetting to some:

- Videos or photos of violent immersion of a child in water in the context of religious rituals

---

For the following Community Standards, we require additional information and/or context to enforce:

For the following content, we include a warning label so that people are aware that the content may be sensitive:

- Imagery posted by a news agency that depicts child nudity in the context of famine, genocide, war crimes, or crimes against humanity, unless accompanied by a violating caption or shared in a violating context, in which case the content is removed

We may remove imagery depicting the aftermath of non-sexual child abuse when reported by news media partners, NGOs, or other trusted safety partners.

We may remove content that identifies alleged victims of child sexual exploitation through means other than name or image if content includes information that is likely to lead to the identification of the individual.

We may remove content created for the purpose of identifying a private minor if there is a risk to the minor's safety, when requested by

PX0618-006

Law Enforcement, Government, Trusted Partner, or the content is self-reported by the minor or the minor's parent/legal guardian

Read less

---

## ^ User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

---

**USER EXPERIENCE**
### Reporting



---

**USER EXPERIENCE**
### Post-report communication

PX0618-007



**USER EXPERIENCE**
## Takedown experience



**USER EXPERIENCE**
## Warning screens



---

## ⌃ Data

---

⌄ **Prevalence**

Percentage of times people saw violating content

**PREVALENCE**

# How prevalent were child endangerment violations?



PX0618-008

We are working on estimating prevalence for child endangerment violations. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

---

⌃  **Content actioned**

Number of pieces of violating content we took action on

CONTENT ACTIONED

## How much child endangerment content did we take action on?





🟦 Child Nudity and Sexual Exploitation        ⬤ Child Nudity and Physical Abuse

🔺 Child Sexual Exploitation

PX0618-009

**How we calculate it** ⓘ **Read about this data**

---

∧   **Proactive rate**

Percentage of violating content we found before people reported it

PROACTIVE RATE

## Of the violating content we actioned for child endangerment, how much did we find and action before people reported it?



■ Found and actioned by us      ◆ Reported by users

**How we calculate it** ⓘ **Read about this data**

---

∧   **Appealed content**

PX0618-010

Number of pieces of content people appealed after we took action on it

APPEALED CONTENT

# How much of the content we actioned for child endangerment did people appeal?



- Child Nudity and Sexual Exploitation
- Child Nudity and Physical Abuse
- Child Sexual Exploitation

**How we calculate it**  ⓘ **Read about this data**

---

∧  **Restored content**

Number of pieces of content we restored after we originally took action on it

RESTORED CONTENT

# How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse ⌄

Restored without appeal    ◆ Restored after appeal    ▬ Total

**How we calculate it** ⓘ **Read about this data**

PX0618-012

## Enforcement

We have the same policies around the world, for everyone on Facebook.

## Review teams

Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

## Stakeholder engagement

Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

---

⌃ # Get help with child sexual exploitation, abuse and nudity

Learn what you can do if you see something on Facebook that goes against our Community Standards.

PX0618-013

## Visit our Help Center



---

**NEXT**

# Adult Sexual Exploitation

---

**PREVIOUS**

# Suicide and Self-Injury

∞ Meta

**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

PX0618-014

Child Sexual Exploitation, Abuse, and Nudity | Transparency Center

Privacy Policy    Terms of Service    Cookies

PX0618-015

# PX0619

 ∞ Meta

Back to Newsroom

Meta

# Community Standards Enforcement Report, Second Quarter 2022

August 25, 2022
By Monika Bickert, VP of Policy



PX0619-001

# Takeaways

- We continue to make progress on the prevalence of bullying and harassment content, which is now 0.08%-0.09% or eight to nine views per 10,000 on Facebook and 0.04-0.05% or four to five views per 10,000 on Instagram.

- The Q2 Oversight Board Quarterly Update shows that Meta has responded to every single recommendation of the Board publicly and that we are committing to implement or explore the feasibility of implementing 73% of the recommendations they've made to date.

- We have built the largest industry-leading fact-checking network and now partner with more than 90 organizations around the world who review and rate viral misinformation.

Today, we're sharing highlights of our integrity work for the second quarter of 2022, which can all be found in the Transparency Center. This update includes:

- The Community Standards Enforcement Report (CSER) for the second quarter of 2022;

- The Widely Viewed Content Report (WVCR) for the second quarter of 2022;

- The Oversight Board Quarterly Update for the second quarter of 2022;

- Updates on our work to protect safety and expression and

- New data on our third-party fact checker program.

Earlier this month we also released our Quarterly Adversarial Threat Report, which provides an in-depth, qualitative view into the different types of adversarial threats we tackle globally as well as our approach to the upcoming elections in Brazil and the United States.

PX0619-002

# Community Standards Enforcement Report Highlights

We continue to make steady progress on a number of areas, including bullying and harassment. As we continue to improve our AI technology, the proactive detection rate of bullying and harassment content on Facebook increased from 67% in Q1 2022 to 76.8% in Q2 2022 and on Instagram from 83.8% in Q1 2022 to 87.4% in Q2 2022.

On Facebook in Q2:

- **Bullying and Harassment:** Prevalence was 0.08-0.09%, from 0.09% in Q1. We took action on 8.2 million pieces of it in Q2, from 9.5 million in Q1.

- **Hate Speech:** Prevalence remained at 0.02% or two views per 10,000. We took action on 13.5 million pieces of it in Q2, from 15.1 million pieces in Q1.

- **Violence and Incitement:** Prevalence remained 0.03% or three views per 10,000. We took action on 19.3 million pieces of it in Q2, from 21.7 million pieces in Q1.

On Instagram in Q2:

- **Bullying and Harassment:** Prevalence was 0.04-0.05%, from 0.05-0.06% in Q1. We took action on 6.1 million pieces of it, from seven million in Q1.

- **Hate Speech:** Prevalence was 0.01-0.02% or one to two views per 10,000, from 0.02% in Q1. We took action on 3.8 million pieces of it in Q2, from 3.4 million pieces in Q1.

- **Violence and Incitement:** Prevalence remained 0.01-0.02% or two views per 10,000. We took action on 3.7 million pieces of it in Q2, from 2.7 million pieces in Q1.



As part of our work to constantly improve the metrics we share in this report, we have updated our appeals methodology to account for all instances where content was submitted for additional review, including times when people told us they

PX0619-003

disagreed with our decision.

As new regulations continue to roll out around the globe, we are focused on the obligations they create for us and how those obligations might affect our ability to keep prevalence of violating content on our apps low, minimize enforcement mistakes and conduct sufficient due-diligence as part of our safety and security processes.

## Oversight Board Highlights

**Expansion of the Board's Scope:** The board will soon issue a new type of binding judgment on cases: whether or not we should apply a warning screen to some pieces of content. While the board has already been able to apply binding decisions on whether to take down or leave up pieces of content, this expansion will empower them further by giving them more input on how content appears and is distributed to people across our platforms.

**Newsworthiness:** As a result of a recommendation from the Oversight Board, we're releasing data on the number of newsworthy allowances we made over a calendar year. We're committing to release these numbers on a regular basis moving forward. From June 2021 to June 2022, we documented 68 newsworthiness allowances, of which, 13 (~20%) of those were issued for posts by politicians. This data, along with examples of and details on these allowances, are now available in our Transparency Center.

**Crisis Policy Protocol:** During crises, we assess on and off-platform risks of imminent harm and respond with specific policy and product actions. Based on a recommendation from the Oversight Board — and to strengthen our existing work — we are publishing our Crisis Policy Protocol (CPP) to codify our content policy response to crises. This framework helps to assess crisis situations that may require a new or unique policy response. The CPP guides our use of targeted crisis policy interventions in a timely manner that is consistent with observed risks and past interventions. As a result, this helps our crisis policy response to be more calibrated and sustainable, as we seek to balance a consistent global response with adapting to quickly changing conditions. Protocol development included original research,

consultations with over 50 global external experts in national security, conflict prevention, hate speech, humanitarian response and human rights. Learn more <u>here</u> and <u>here</u>.

## Empowering Expression and Protecting Safety

We are always refining our policies and enforcement so that we're both supporting people's ability to express themselves and protecting safety across our platforms. We know we don't always get it right, and we're looking into ways we can improve our proactive enforcement, like through applying <u>AI technology</u>.

We found that using <u>warning screens</u> to discourage hate speech or bullying and harassment content prevented some of this content — which could have violated our community standards — from being posted.

We're also expanding a test of <u>Flagged by Facebook</u>, which allows some group admins to better shape their group culture and take context into account by keeping some content in their groups that might otherwise be flagged for bullying and harassment. For example, through this test an admin for a group of fish tank enthusiasts allowed a flagged comment that called a fish "fatty," which was not intended to be offensive.

## Fact-Checking and Helpful Comments

We have built the largest <u>global fact-checking network</u> of any platform, with more than 90 fact-checking partners around the world who review and rate viral misinformation. In Q2, we displayed warnings on over 200 million distinct pieces of content on Facebook (including re-shares) globally based on over 130,000 debunking articles written by our fact-checking partners.

In the US, we partner with 10 fact-checking organizations, five of which cover content in Spanish. We're adding TelevisaUnivision as another US partner to cover Spanish language content.

We've also launched a pilot program on Facebook that aims to show people more reliable information and empower them to decide what to read, trust and share. A small group of our US third-party fact-checking partners has the ability to comment

in English and Spanish to provide more information on public Facebook posts that they determine could benefit from more context. This effort is separate from our third-party fact-checking program. The comments aren't fact-check ratings. They won't result in any enforcement penalties for content owners, nor will they impact a post's distribution or the overall status of a Page. Also, unlike fact-checks, these comments will appear on Facebook posts that may not be verifiably false but that people may find misleading.



Downloads

Meta Q2 2022 Quarterly Update on the Oversight Board

Meta Q2 2022 Integrity Update

Key Highlights — Meta's Q2 2022 Quarterly Update on the Oversight Board

Press Call Transcript

August 25 Press Call Audio

Categories:
Facebook, Instagram, Meta, Public Policy,
Safety and Expression

Tags:
Combating Hate Speech, Community
Standards and Enforcement, Community
Standards Enforcement Report, Oversight
Board

   

**RELATED NEWS**

Meta

## Integrity and Transparency Reports, Fourth Quarter 2022

We're releasing our fourth quarter reports that provide an update on our progress across multiple integrity efforts.

February 23, 2023

Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

## Featured News

## Meta

How Companies Are Using Meta Llama

May 7, 2024

PX0619-008

## Instagram

New Stickers in Instagram Stories

May 3, 2024



Follow Us



## Virtual reality

## Smart glasses

About us ⌄

Our community ⌄

Our actions ⌄

Support ⌄

© 2024 Meta        Community Standards        Data Policy        Terms        Cookie policy        United States (English) ⌄

# PX0620

 **Meta**

Language ▾

**Transparency Center**

Home  →  How Meta enforces its policies  →  Detecting violations

# Reviewing high-impact content accurately via our cross-check system

**UPDATED**  APR 29, 2024

*On December 6, 2022, the Oversight Board published its PAO on Meta's Cross Check policies. To fully address the number of recommendations, we've agreed with the board to review and respond within 90 days. To learn more about the cross-check system, visit our Transparency Center post.*

**Overview of Cross-Check**

Facebook and Instagram users create billions of pieces of content each day. Moderating content at this scale presents challenges, including tradeoffs between important values and goals. We seek to quickly review potentially violating content, and remove it if it violates our policies. But we must balance this goal against the risk of "false positives" (erroneous removal of non-violating content) to protect users' voice. (Here, we refer to the "removal" of content, which we are using to describe integrity actions more generally. These can also include, for example, the use of warning screens or removal of pages.)

To balance these considerations, Meta implemented the cross-check system to identify content that presents a greater risk of false positives and provide additional levels of review to mitigate that risk. Cross-check provides additional levels of review for certain content that our internal systems flag as violating (via automation or human review), with the goal of preventing or minimizing the highest-risk false-positive moderation errors that might otherwise occur due to various factors such as the need to understand nuance or context. (Here, we refer

PX0620-001

to "content" that is reviewed through our cross-check system. We also use cross-check to review other actions such as removing a page or profile.) While cross-check provides additional levels of review, reviewers apply the same Community Standards that apply to all other content on Facebook. (Cross-check also applies to Instagram. Where we reference "Community Standards" in this webpage, it is meant to include the Instagram Community Guidelines as well.)

The cross-check system plays a crucial function in helping to protect human rights. For instance, the cross-check system includes entities and posts from journalists reporting from conflict zones and community leaders raising awareness of instances of hate or violence. Cross-check reviews take into account the context that is helpful to action this content correctly. Cross-check reviews may also apply to civic entities, where users have a heightened interest in seeing what their leaders are saying.

In addition, cross-check serves an important role in managing Meta's relationships with many of our business partners. Incorrectly removing content posted by a page or profile with a large following, for instance, can result in negative experiences for both Meta's business partners and the significant number of users who follow them. We also apply cross-check to some very large Groups, where an error can impact hundreds of thousands or millions of users. Cross-check does not exempt Meta's business partners or Groups from our content policies, but it does sometimes provide additional levels of review to ensure those policies are applied accurately.

Facebook and Instagram users post billions of pieces of content each day. Even with thousands of dedicated reviewers around the world, it is not possible to manually review every piece of content that potentially violates our Community Standards. The vast majority of violating content that we remove is proactively detected by our technology before anyone reports it. When someone posts on Facebook or Instagram, our technology checks to see if the content may violate the Community Standards. In many cases, identification is a simple matter. The post either clearly violates our policies or it doesn't. But in other cases, the content is escalated to a human reviewer for further evaluation.

Our primary review systems use technology to prioritize high-severity content, which includes "viral" content that spreads quickly. When the systems flag content for escalation, our reviewers make difficult and often nuanced judgment calls about whether content should remain on the platform. While we always aim

PX0620-002

to make the right decisions, we recognize that false positives do occur and some content is set for removal for violating Meta's policies when it actually does not. Meta has therefore invested in mistake prevention to further review false positives and mitigate them. Cross-check is one of these mistake-prevention strategies.

Cross-check is a system used to help ensure that enforcement decisions are made accurately and with additional levels of human review. If during cross-check a reviewer confirms that content violates our Community Standards, we enforce those policies and address the violating content accordingly. Depending on the complexity of the content, we may apply multiple levels of review, including in rare instances review by leadership. If the final reviewer determines that the content at issue does not violate our Community Standards, the reviewer can "overturn" the initial action and leave the content on the platform.

## Historical Cross-Check Practices

We first implemented the system now known as cross-check in 2013. The details of the system have evolved over the years and, where possible, we have provided dates and date ranges explaining when these changes occurred.

To determine what content or entities received cross-check review, our teams identified and compiled lists of users or entities perceived to have higher associated risk with false positive actions against them. "False positive risk" refers to the risk of incorrect enforcement against content or entities that do not actually violate our Community Standards. To determine which users and entities were associated with a higher false positive risk, our teams applied a variety of criteria, including the type of user or entity (e.g., an elected official, journalist, significant business partner, human rights organization), the number of followers, and the subject matter of the entity. (Entity is a general term for where content could originate or appear, such as a user account, page, or group.)

When users or entities identified on those lists posted content or took actions that our systems flagged as potentially violating our policies, we would add the content or entity to a queue for cross-check review.

Beginning in 2020, we made changes so that most content in the queue was prioritized using a risk framework, which assigned a level of false-positive risk that could result if Meta incorrectly removed that content. This risk framework

PX0620-003

generally relied on three factors: (1) the sensitivity of the entity, (2) the severity of the alleged violation, and (3) the severity of the potential enforcement action.

**Current Cross-Check Practices**

As with all of our policies and processes, we continually look for ways to improve and we are constantly making changes. Earlier this year, we identified additional opportunities to improve the cross-check system. One structural change we made is that the cross-check system is now made up of two components: General Secondary Review (GSR) and Sensitive Entity Secondary Review (SSR). While we will continue to use the list-based approach described above for inclusion in SSR for a percentage of certain users and entities, with GSR, we are in the process of ensuring content from all users and entities on Facebook and Instagram are eligible for cross-check review based on a dynamic prioritization system called "cross-check ranker."

GSR involves contract reviewers and people from our regions team who perform a secondary review of content and entities that may violate our policies before an enforcement action is taken. This review does not rely solely on the identity of a user or entity to determine what content receives cross-check review. The cross-check ranker ranks content based on false positive risk using criteria such as topic sensitivity (how trending/sensitive the topic is), enforcement severity (the severity of the potential enforcement action), false positive probability, predicted reach, and entity sensitivity (based largely on the compiled lists, described above). The cross-check ranker is already used for the majority of cross-check reviews today.

SSR is similar to the legacy cross-check system. To determine which content or entities receive SSR, we continue to maintain lists of users and entities whose enforcements receive additional cross-check review if flagged as potentially violating the Community Standards. We have, however, added controls to that process of compiling and revising these lists. Prior to September 2020, most employees had the ability to add a user or entity to the cross-check list. After September 2020, while any employee can request that a user or entity be added to cross-check lists, only a designated group of employees have the authority to make additions to the list.

Governance responsibilities for the SSR list currently sit within our Global Operations organization, with support from our Legal and Partnerships teams with their specialized knowledge and experience. While the reporting structure of

our Global Operations team is separate from Meta's Public Policy team, the Public Policy team is consulted for input in cross-check decisions—as they are in many areas of content moderation across the company. In these instances, our Operations team may leverage expertise from Meta's Public Policy team, in combination with our regional experts and language-agnostic specialized reviewers, to enhance local and cultural perspectives. The separate reporting structures help to ensure review is independent from political or economic influence. In order to maintain lists that are relevant and appropriate, we have also developed a diligent annual review process to audit entities on SSR lists for continued eligibility, which we will continue to refine over time.

In recent months, Meta reviews an average of several thousand cross-checked jobs per day, with a large majority completed in GSR. (Relative to the millions of pieces of content being flagged and actioned for violating our Community Standards daily, this is a small proportion.) SSR now makes up the minority of these daily reviews. We anticipate a continued shift in the number of cross-check review jobs being the result of GSR prioritization through the end of 2021 and into 2022.

If a piece of content is from an individual or entity that is included as part of SSR, it is typically first reviewed by the regions team. The escalations team will then review to confirm whether the content is violating. In general, if the regions team finds that the content does not violate our policies, the escalations team will not review. If a piece of content is from an individual or entity that is prioritized by the cross-check ranker, contractors or the regions team typically review it, unless there is additional escalations team capacity to review. As with legacy cross-check, high complexity issues may receive additional review, including in rare instances review by leadership. If the final review finds that it violates our Community Standards, we remove it. If our reviews find that it does not violate, we leave it up.

As of October 16, 2021, approximately 660,000 users and entities have actions that require some form of SSR based on inclusion on the lists described above. This number regularly changes as we add or remove users and entities to the lists described above based on evolving criteria for inclusion. Examples of users and entities eligible for SSR include, but are not limited to:

- **Entities related to escalation responses or high-risk events.** Currently, there is an informal process in place where teams preparing for a high-risk event identify entities at high risk of over-enforcement. For instance, if a user's

controversial content is going viral (e.g., live video of police violence), we may identify that user for SSR to prevent erroneous removal.

- **Entities included for legal compliance purposes.** We use SSR in certain instances to comply with legal or regulatory requirements.

- **High-visibility public figures and publishers.** We identify entities for SSR because over-enforcement may result in a negative experience for a large segment of users.

- **Marginalized populations.** We identify human rights defenders, political dissidents, and others who we believe may be targeted by state-sponsored or other adversarial harassment, brigading, or mass reporting in order to protect against these attacks.

- **Civic Entities.** We follow objective criteria and the expertise of our in-region policy teams to identify politicians, government officials, institutions, organizations, advocacy groups, and civic influencers. We include these entities for SSR in order to prevent mistakes that would limit non-violating political speech and inadvertently impact discussion of civic topics like elections, public policy, and social issues. We aim to ensure parity across a country's civic entities—for example, if we include a national cabinet ministry in SSR, we would include all ministries in that country's government in SSR.

- **Businesses.** We identify advertisers of high value, as well as those who have experienced over-enforcement, to protect revenue and build long-term trust in our platform.

We are currently reviewing how to improve the criteria for identifying entities who should receive SSR. For instance, we are exploring evolving our criteria in areas such as the number of followers, the number of previous false positive enforcements, legal/regulatory requirements, as well important political/societal issues.

In addition to the two components of the cross-check system, we also have an internal mistake-prevention system called Dynamic Multi Review (DMR). This is a system that enables us to send reviewed cases back for re-review to get a majority vote on a decision (e.g., If a majority of reviewers agree on the decision, the case is closed), so that we have a higher confidence of correctness. We use this system to improve the quality and accuracy of human review and mitigate the risk of incorrect decisions by adjusting the number of reviews we require for final decision based on a number of different factors such as virality, number of

PX0620-006

views, and potential to contribute to harm (e.g. potential violations of our policies on Sexual Exploitation or Dangerous Individuals and Organizations).

**Future Cross-Check Transparency Interventions**

In response to the Oversight Board's [December 2022 decision](#) on the cross-check policy advisory opinion referral, we have also committed to a series of mistake prevention transparency interventions. These interventions include:

- Structured and robust engagement with our internal Human and Civil Rights teams, our Trusted Partners, and other external civil society organizations to explore ways to inform the criteria we use to identify public interest entities for cross-check lists.

- Exploring a more formal cross-check list nomination process from global, regional, and local civil society groups.

- Investing in quality review and training resources as we move to staff all cross-check decisions with reviewers who speak the language and have regional expertise wherever possible.

- Implementing robust Service-Level Agreements (SLAs) for review decisions across our mistake-prevention systems, allowing us to optimize our current reviewer staffing model for the quickest in-language review possible.

Although we have made significant improvements to the cross-check system, we are still exploring ways to further ensure that this system appropriately balances our goals of removing content that violates our Community Standards while ensuring that we minimize our enforcement mistakes that have the greatest impact.

**NEXT**

# How we assess and prepare for global risks

PX0620-007

**PREVIOUS**

# Helping reviewers make the right calls



**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

Privacy Policy    Terms of Service    Cookies

PX0620-008

# PX0621

 Meta

Transparency Center

Home → Policies → How Meta improves

# Prevalence

**UPDATED** NOV 18, 2022

Our goal is to minimize the impact caused by violations of our policies on people using our services. We measure the prevalence of violating content to gauge how we're performing against that goal.

## What is prevalence

Prevalence considers all the views of content on Facebook or Instagram and measures the estimated percentage of those views that were of violating content. (Learn more about how we define views in "Why we measure the prevalence of views.") This metric assumes that the impact caused by violating content is proportional to the number of times that content is viewed.

Another way to think of prevalence is how many views of violating content we didn't prevent — either because we haven't caught the violations early enough or we missed them altogether.

PX0621-001

# How we measure prevalence

Prevalence of violating content is estimated using samples of content views from across Facebook or Instagram. We calculate it as: the estimated number of views that showed violating content, divided by the estimated number of total content views on Facebook or Instagram. If the prevalence of adult nudity and sexual activity was 0.18% to 0.20%, that would mean of every 10,000 content views, 18 to 20 on average were of content that violated our standards for adult nudity and sexual activity.

1 DOT = 10 VIEWS

10,000 TOTAL VIEWS

20 VIOLATING CONTENT VIEWS



If prevalence was 0.20%, that means for every 10,000 views, 20 views were of violating content. While numbers can be very low, even the smallest number can cause significant impact to people.

PX0621-002

Some types of violations occur very infrequently on our services. The likelihood that people view content that violate them is very low, and we remove much of that content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies. For example, if the upper limit for terrorist propaganda was 0.04%, that means that out of every 10,000 views on Facebook or Instagram in that time period, we estimate that no more than 4 of those views contained content that violated our terrorist propaganda policy.

It's important to note that when the prevalence of a violation type is so low that we can only provide upper limits, this limit may change by a few hundredths of a percentage point between reporting periods. However, changes this small may not be statistically significant; in such cases, these small changes do not indicate an actual difference in the prevalence of this violating content on the service.

## Why we measure the prevalence of views

We estimate how often content is seen rather than the amount of content posted because we want to determine how much that content affected people on Facebook or Instagram. A piece of violating content could be published once but seen 1,000 times, 1 million times or not at all. Measuring views of violating content rather than the amount of violating content published better reflects the impact on the community. A small prevalence number can still correspond to a large amount of impact on our services, due to the large number of overall views of content on our services.

We record a content view when a piece of content appears on a user's screen. Specifically, a view happens when someone:

- Views a post – even if there are multiple pieces of content in that post, the view is assigned to the post

- Clicks to enlarge a photo or video player – the view is assigned to the photo or video

PX0621-003

# How we use sampling to estimate prevalence

We estimate prevalence by sampling content views on Facebook or Instagram.

To do this, we manually review samples of views and the content shown in them. Then we label the samples as violating or not violating according to our policies. The teams who do this sampling review the entire post for violations, even if the sampled view didn't expose all the content in the post.

Using the portion of these samples that were of violating content, we estimate the percentage of all views that were of violating content. Note that we do not sample from every part of Facebook or Instagram for every violation type.

For certain violation types, we use stratified sampling, which increases the sample rate if the context indicates the content view is more likely to contain a violation. For example, if violations were viewed more frequently in Groups than in Feed, we would sample views in Groups with a higher probability than we sample views in Feed. One reason we do this is to reduce the uncertainty due to sampling. We express this uncertainty by quoting a range of values, for example by saying 18 to 20 out of every 10,000 views are on violations for adult nudity and sexual activity. This range reflects a 95% confidence window. This means that if we performed this measurement 100 times using different samples each time, we expect the true number to lie within the range 95 out of the 100 times.

For violation types that are viewed very infrequently, sampling requires a very large number of content samples to estimate a precise prevalence measure. In these cases, we can only estimate the upper limit — meaning, we are confident that the prevalence of violating views is below that limit, but we cannot precisely say how far below. Our confidence window for these upper limits is also 95%. A piece of violating content could be published once but seen 1,000 times, 1 million times or not at all. Measuring views of violating content rather than the amount of violating content published better reflects the impact on the community. A small prevalence number can still correspond to a large amount of impact on our services, due to the large number of overall views of content on our services.

PX0621-004

# Caveats

- The people who apply labels to our samples sometimes make mistakes, including labeling violations as non-violating or vice versa. The relative rate of these mistakes could impact the prevalence measurement. For this reason, we have two people review every sample to ensure accuracy in our labeling, and if there is ever a disagreement, we have a third person act as the tiebreaker.

- For areas such as violent and graphic content, where content can be marked as disturbing, our prevalence calculation accounts for views of that content before the cover was added.

- The current prevalence measurement covers surfaces that contribute to more than 90% of all views on Facebook and Instagram and does not include private conversations on Messenger or Instagram Direct.

- To generate a representative measurement of global prevalence, we sample and label content in the multiple languages for Facebook and Instagram and are confident this approach provides a representative global estimate and are continually working to expand coverage of the metric.

- Our overall content enforcement, through both reviewers and technology, expands to many more languages.

# Prevalence for fake accounts on Facebook

Prevalence for fake accounts on Facebook is an estimate of the percentage of monthly active Facebook accounts that were fake. Unlike prevalence for content violations, fake accounts prevalence assumes the impact on users is proportional to the number of active fake accounts on Facebook, even if people don't ever see or experience these accounts.

PX0621-005

Prevalence | Transparency Center

To estimate the prevalence of fake accounts, we sample monthly active users and label them as fake or not. We define a monthly active user (MAU) as a registered Facebook user who logged in and visited Facebook through our website or a mobile device, or used our Messenger application (and is also a registered Facebook user), in the last 30 days as of the date of measurement.

**Learn more about how Meta measures fake accounts**



**View the latest Community Standards Enforcement Report**

**NEXT**

## Content actioned

PX0621-006

**PREVIOUS**

# The Community Standards Enforcement Report



**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

Privacy Policy    Terms of Service    Cookies

PX0621-007

# PX0622




Articles


People


Learning


Jobs


Get the app



# The Future of LinkedIn and the Economic Graph





**Jeff Weiner**
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
Published Dec 10, 2012

+ Follow

 Like           Comment           Share           1,784 · 442 Comments

PX0622-001

5/16/24, 3:21 PM
Case 1:20-cv-03590-JEB   Document 344-1   Filed 05/24/24   Page 333 of 501
The Future of LinkedIn and the Economic Graph



One of the questions I'm most frequently asked these days is what the future holds for LinkedIn. The answer depends greatly on the time horizon.

Over the next few years, you'll continue to see us innovate across our core value propositions for members in the areas of **professional identity** (e.g. the LinkedIn Profile, Search, and Contacts); **professional insights** (e.g. the Home Page, Slideshare, LinkedIn Today, Groups and Influencers), and ensuring we work wherever our members work -- **everywhere** (e.g. mobile and API development).

However, if you start to extend our timetable out to a decade or more, the scope of the answer shifts materially.

**Our ultimate dream is to develop the world's first economic graph**. In other words, we want to digitally map the global economy, identifying the connections between people, jobs, skills, companies, and professional knowledge    and spot in real  time the trends pointing to economic opportunities. It's a big vision, but we believe we're in a unique position to make it happen.

Before getting into the specifics, I wanted to first provide a bit of historical context.

Facebook CEO Mark Zuckerberg popularized the concept of the social graph to describe his approach to mapping the world's social relationships, in the process unlocking untold value for people by digitizing their social networks.

Reid Hoffman and the other founders of LinkedIn initially created a platform to help people tap the value of their professional networks, and developed an infrastructure that could map those relationships up to three degrees. In doing so, they provided the foundation for what would eventually become the world's largest professional graph.

Our current long-term vision at LinkedIn is to extend this professional graph into an economic graph by digitally manifesting every economic opportunity in the world (full time and temporary); the skills required to obtain those opportunities; the profiles for every company in the world offering those opportunities; the professional profiles for every one of the roughly 3.3 billion people in the global workforce; and subsequently overlay the professional knowledge of those individuals and companies onto the graph.

Once realized, we then want to get out of the way and allow all of the nodes on this network to connect seamlessly by removing as much friction as possible and allowing all forms of capital, e.g. working capital, intellectual capital, and human capital, to flow to where it can best be leveraged. In doing so, we believe we'll be able to help lift the global economy.

Imagine the possibilities.

Recently, the Wall Street Journal wrote about the fact that the city of Fort Wayne, Ind. has many jobs available, but over 14,000 people are still looking for work. The problem is one faced by a growing number of cities in the U.S. and around the world:

PX0622-003

There is a widening skills gap where the existing workforce has been educated and trained to obtain the jobs of yesterday and not the jobs of today and tomorrow.

With the existence of an economic graph, we could look at where the jobs are in any given locality, identify the fastest growing jobs in that area, the skills required to obtain those jobs, the skills of the existing aggregate workforce there, and then quantify the size of the gap. Even more importantly, we could then provide a feed of that data to local vocational training facilities, junior colleges, etc. so they could develop a just in time curriculum that provides local job seekers the skills they need to obtain the jobs that are and will be, and not just the jobs that once were.

Separately, we could provide current college students the ability to see the career paths of all of their school's alumni by company, geography, and functional role. These students, among the hardest hit by current macro-economic conditions, would then be in a position to reach out to former graduates to learn more about how they developed their careers, identify mentors, and help get their foot in the door of companies providing future opportunities. Realize, this isn't science fiction, it already exists. Perhaps even more exciting, since this functionality is being developed as an extensible platform, the same approach could be applied beyond universities to all vocational segments and industries, e.g. returning veterans, welders in Detroit, and the existing and former employees of every company in the world.

Despite the truly world class talent we've assembled at LinkedIn, no one company could ever realize every conceivable application that an economic graph of this scope would generate. In success, we would look forward to the day when developers, data scientists, and forward thinking economists could conduct research that was previously implausible at this scale. Combined with our own internal efforts, together we could subsequently unlock unprecedented insight into the world's collective understanding on how to move the needle of the global economy.

At LinkedIn, we draw a clear distinction between vision and mission, where the former represents our collective dream and inspiration while the latter is a measurable, realizable overarching objective. Developing the economic graph is a vision. That said, with over 187 million members (growing at roughly two per second), 2.8 million active company profiles, 1 million professionally oriented groups, and a wide array of other valuable assets in place and still to come, this is one dream we're working hard towards making a reality.

PX0622-004

**Omer Alvie**                                                                7y

UAE, Pakistan, Startups        Coaching & Mentoring

It shall exist for a while and like all things created eventually perish ...

   Like ·    Reply

**Peter van Dommelen**                                                        7y

MAVO/MEAO/Defensie/SVB ICT/Microsoft Database/spreadsheet Office 365/IFDN/MBTI/UWV Nederland

What is youre experience with or without Facebook and Hyves, how do official goverment sites for
employees or carreerbuilders get along next to or even with youre commercial linked in profiles. I
really can't pay for youre official part of the linked in site in my situation as a devorced and fired 55
years old man in my country

   Like ·    Reply

**monalisa baruah**                                                           7y

Graphic Designer at free lance

Great vision...

   Like ·    Reply

See more comments

---

To view or add a comment, **sign in**

## More articles by this author

**Reskilling the Workforce on**  **I Am Because We Are**    **It's Time for My Next Play**
**the Road to Economic...**     May 29, 2020       **and LinkedIn's New CEO**
Jun 30, 2020                                          Feb 5, 2020

                                                              **See all**

# Sign in

PX0622-005



Stay updated on your professional world

Sign in

By clicking Continue to join or sign in, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

G   Continue with Google

# Insights from the community

Research and Development (R&D)

You want to get ahead in R&D. What's the best way to use social media?

Social Media

What do you do if your social media career is being disrupted by constant change?

Social Media Marketing

What do you do if your social media success is overshadowing your personal life?

Emergency Management

How can social media be used to build community resilience?

Social Media

How can you effectively communicate community guidelines?

Search Engines

How can you advance your career in Search Engines with social skills?

PX0622-006

Show more

# Others also viewed

### The Battle of Social Titans: Reddit vs LinkedIn
Slavica King · 1y

### Linkedin Using Members Without Their Knowledge to Pursue Profits
Michael M. · 1y

### No, LinkedIn is not approaching a billion active users...
Xavier degrauX · 7mo

### What a $26.2 Billion Business Deal Could Mean for LinkedIn
Maria Marchewka · 7y

### How is your "digital confidence"?
Trine Kolbjørnsen · 8y

### 10 Things You're Doing Wrong on LinkedIn. #thisisnotfb
Jay Hall · 7y

Show more

# Explore topics

Sales

Marketing

Business Administration

HR Management

Content Management

Engineering

PX0622-007

Soft Skills

See All

© 2024                                    About

Accessibility                            User Agreement

Privacy Policy                           Your California Privacy Choices

Cookie Policy                            Copyright Policy

Brand Policy                             Guest Controls

Community Guidelines                     Language

PX0622-008

# PX0623



# INSIGHTS
## 2019

**App & social
media usage**

US
UK
Germany
Denmark
Sweden
Norway
Finland

AudienceProject

PX0623-001



PX0623-002

# CONTENTS

**05** Editorial

**07** Apps

**39** Social media

**87** About the study

PX0623-003

4 | AudienceProject Insights 2019

PX0623-004

**EDITORIAL**

# Facebook loses while winning big

## While the big blue mothership has sprung a leak, Facebook's offspring continue to flourish

It has almost been a sport to predict the downfall of Facebook. But now our research shows that there might be some meat on the bone. In all markets, Facebook is seeing drops through the last two years and has been tumbled from its position as the most important app in almost all markets. Especially young people are turning away from Facebook and on to new social media platforms.

To make matters worse, we see that Facebook is also the social media that most existing users are considering quitting. But the upside for Facebook is that people are migrating to the Facebook-owned WhatsApp Messenger and Instagram, which more than compensates for the lost ground.

In other news, financial apps including payment apps continue to be prominent in the Nordics but hardly registering in the other countries in the study. In turn, shopping apps are finding their way to the top lists in the US and Germany, while it is only in the UK and Norway a news app makes it to the list of the top 10 apps.

**Rune Werliin**
Chief Product Officer @ AudienceProject

PX0623-005

PX0623-006

# APPS

In the US and Norway, Facebook is the app that most people can least do without, while in the UK, Germany and Finland, it is in fact WhatsApp Messenger that is cited as being the most indispensable app. In Denmark and Sweden, it is not social media apps but the financial apps MobilePay and BankID säkerhetsapp that are considered to be the most crucial apps.

PX0623-007

## People generally have around 20 apps installed on their mobile

[ How many apps have people installed on their mobile? ]



| | | apps in average |
|---|---|---|
| US | | 20 apps in average |
| UK | | 19 apps in average |
| Germany | | 19 apps in average |
| Denmark | | 21 apps in average |
| Sweden | | 22 apps in average |
| Norway | | 22 apps in average |
| Finland | | 17 apps in average |

Legend: 0 | 1-10 | 11-20 | 21-30 | 31+ | Don't know

**Note:** Excluding pre-installed apps

PX0623-008

# Social media apps are the biggest 'time robbers'

[ Which types of apps do people spend most time on on their mobile? ]

**Note:** The figures represent how many that name the following types of apps as one of the three types of apps they spend most time on

| | Social media / Chat | Mail | Browsers | News | Music / Radio | Finance / Bank | Games | Weather | TV / Series / Movies | Shopping | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 49% | 36% | 42% | 17% | 25% | 14% | 26% | 15% | 11% | 15% | 4% | 8% |
| UK | 57% | 37% | 45% | 25% | 22% | 16% | 19% | 13% | 8% | 11% | 6% | 8% |
| Germany | 52% | 48% | 43% | 26% | 17% | 13% | 17% | 28% | 6% | 9% | 3% | 7% |
| Denmark | 46% | 42% | 37% | 26% | 24% | 18% | 18% | 17% | 8% | 3% | 5% | 8% |
| Sweden | 46% | 48% | 47% | 22% | 23% | 35% | 15% | 17% | 8% | 3% | 3% | 6% |
| Norway | 56% | 45% | 42% | 28% | 25% | 15% | 20% | 16% | 8% | 4% | 4% | 6% |
| Finland | 50% | 54% | 51% | 25% | 19% | 25% | 10% | 20% | 9% | 3% | 2% | 4% |

PX0623-009

## Facebook is by far the favourite app among Americans

[ Which apps can Americans least do without on their mobile? ]



| App | Percentage |
|-----|-----------|
| Facebook | 21% |
| Instagram | 11% |
| Gmail | 8% |
| YouTube | 8% |
| Snapchat | 6% |
| Messenger | 6% |
| Twitter | 6% |
| Google Maps | 6% |
| Google | 5% |
| Amazon | 4% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



PX0623-010

# Facebook retains its leading position

[ Which apps can Americans least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

| 2017 (Q2) | | |
|---|---|---|
| 1 | Facebook | 26% |
| 2 | Amazon | 11% |
| 3 | YouTube | 11% |
| 4 | Instagram | 10% |
| 5 | Twitter | 8% |
| 6 | Google Maps | 6% |
| 7 | Snapchat | 6% |
| 8 | Chrome | 5% |
| 9 | The Weather Channel | 5% |
| 10 | Gmail | 5% |

| 2018 (Q4) | | |
|---|---|---|
| 1 | Facebook | 21% |
| 2 | Instagram | 11% |
| 3 | Gmail | 8% |
| 4 | Twitter | 7% |
| 5 | Google Maps | 7% |
| 6 | YouTube | 7% |
| 7 | Messenger | 6% |
| 8 | Snapchat | 5% |
| 9 | Chrome | 5% |
| 10 | Google | 4% |

| 2019 (Q3) | | |
|---|---|---|
| 1 | Facebook | 21% |
| 2 | Instagram | 11% |
| 3 | Gmail | 8% |
| 4 | YouTube | 8% |
| 5 | Snapchat | 6% |
| 6 | Messenger | 6% |
| 7 | Twitter | 6% |
| 8 | Google Maps | 6% |
| 9 | Google | 5% |
| 10 | Amazon | 4% |



AudienceProject Insights 2019 | 11

PX0623-011



| | | | |
|---|---|---|---|
| 1 | | Facebook | 17% |
| 2 | | YouTube | 11% |
| 3 | M | Gmail | 10% |
| 4 | | Instagram | 8% |
| 5 | | Messenger | 7% |
| 6 | | Google Maps | 7% |
| 7 | | Twitter | 6% |
| 8 | | Snapchat | 6% |
| 9 | G | Google | 5% |
| 10 | | Chrome | 5% |



## YouTube comes second among American men

[ Which apps can American men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| | | | |
|---|---|---|---|
| 1 | | Facebook | 26% |
| 2 | | Instagram | 14% |
| 3 | | Snapchat | 7% |
| 4 | M | Gmail | 6% |
| 5 | | Twitter | 6% |
| 6 | G | Google | 5% |
| 7 | | YouTube | 5% |
| 8 | amazon | Amazon | 4% |
| 9 | | Messenger | 4% |
| 10 | | Google Maps | 4% |

PX0623-012

# Instagram beats Facebook as the most essential app among young Americans

[ Which apps can different age groups of Americans least do without on their mobile? ]

**15-25**

| 1 | Instagram | 26% |
|---|-----------|-----|
| 2 | YouTube | 20% |
| 3 | Snapchat | 20% |
| 4 | Facebook | 18% |
| 5 | Twitter | 8% |

**26-35**

| 1 | Facebook | 29% |
|---|-----------|-----|
| 2 | Instagram | 16% |
| 3 | Gmail | 12% |
| 4 | YouTube | 8% |
| 5 | Messenger | 7% |

**36-45**

| 1 | Facebook | 22% |
|---|-----------|-----|
| 2 | Instagram | 9% |
| 3 | Gmail | 9% |
| 4 | Messenger | 8% |
| 5 | Twitter | 8% |

**46-55**

| 1 | Facebook | 19% |
|---|-------------|-----|
| 2 | Google Maps | 8% |
| 3 | Google | 8% |
| 4 | Amazon | 7% |
| 5 | Waze | 6% |

**56+**

| 1 | Facebook | 19% |
|---|-------------|-----|
| 2 | Gmail | 9% |
| 3 | Google | 8% |
| 4 | Google Maps | 6% |
| 5 | Chrome | 4% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-013

## WhatsApp Messenger tops the list of the most indispensable apps among Britons

[ Which apps can Britons least do without on their mobile? ]





**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-014

# WhatsApp Messenger is ahead of Facebook for the first time

[ Which apps can Britons least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

| 2017 (Q2) | | |
|---|---|---|
| 1 | Facebook | 32% |
| 2 | WhatsApp Messenger | 18% |
| 3 | Messenger | 11% |
| 4 | Twitter | 10% |
| 5 | Instagram | 9% |
| 6 | Google Maps | 8% |
| 7 | Snapchat | 6% |
| 8 | YouTube | 6% |
| 9 | Amazon | 6% |
| 10 | eBay | 5% |

| 2018 (Q4) | | |
|---|---|---|
| 1 | Facebook | 24% |
| 2 | WhatsApp Messenger | 23% |
| 3 | Instagram | 12% |
| 4 | Messenger | 8% |
| 5 | Twitter | 8% |
| 6 | Gmail | 7% |
| 7 | Google Maps | 7% |
| 8 | Spotify | 6% |
| 9 | BBC News | 5% |
| 10 | Snapchat | 5% |

| 2019 (Q3) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 27% |
| 2 | Facebook | 23% |
| 3 | Instagram | 12% |
| 4 | Messenger | 10% |
| 5 | Gmail | 7% |
| 6 | Twitter | 7% |
| 7 | Spotify | 7% |
| 8 | Google Maps | 7% |
| 9 | BBC News | 6% |
| 10 | Chrome | 5% |



AudienceProject Insights 2019     15

PX0623-015



| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 25% |
| 2 | | Facebook | 20% |
| 3 | | Messenger | 10% |
| 4 | | Twitter | 9% |
| 5 | | Gmail | 9% |
| 6 | | Instagram | 8% |
| 7 | | Spotify | 8% |
| 8 | | BBC News | 8% |
| 9 | | Google Maps | 8% |
| 10 | | YouTube | 6% |



**WhatsApp Messenger is both the favourite app among British men and women**

[ Which apps can British men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 29% |
| 2 | | Facebook | 27% |
| 3 | | Instagram | 15% |
| 4 | | Messenger | 10% |
| 5 | | Spotify | 6% |
| 6 | | Google Maps | 6% |
| 7 | | Gmail | 6% |
| 8 | | Twitter | 5% |
| 9 | | Snapchat | 5% |
| 10 | | Google | 4% |

PX0623-016

# Both young and old consider WhatsApp Messenger to be the most essential app

[ Which apps can different age groups of Britons least do without on their mobile? ]

**15-25**

| 1 | WhatsApp Messenger | 27% |
| 2 | Messenger | 22% |
| 3 | Instagram | 20% |
| 4 | Snapchat | 16% |
| 5 | Facebook | 16% |

**26-35**

| 1 | WhatsApp Messenger | 36% |
| 2 | Facebook | 29% |
| 3 | Instagram | 17% |
| 4 | Gmail | 10% |
| 5 | Spotify | 9% |

**36-45**

| 1 | Facebook | 30% |
| 2 | WhatsApp Messenger | 28% |
| 3 | Instagram | 11% |
| 4 | Twitter | 10% |
| 5 | Gmail | 8% |

**46-55**

| 1 | Facebook | 26% |
| 2 | WhatsApp Messenger | 23% |
| 3 | BBC News | 9% |
| 4 | Instagram | 7% |
| 5 | Gmail | 7% |

**56+**

| 1 | WhatsApp Messenger | 21% |
| 2 | Facebook | 19% |
| 3 | BBC News | 9% |
| 4 | Google | 8% |
| 5 | Google Maps | 7% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-017

## WhatsApp Messenger is by far the favourite app among Germans

[ Which apps can Germans least do without on their mobile? ]





**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-018

# WhatsApp Messenger retains its leading position

[ Which apps can Germans least do without on their mobile? ]



| 2018 (Q4) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 19% |
| 2 | Facebook | 11% |
| 3 | Instagram | 5% |
| 4 | Google | 3% |
| 5 | Google Play Music | 3% |
| 6 | DB Navigator | 3% |
| 7 | Wish | 2% |
| 8 | Amazon | 2% |
| 9 | Messenger | 2% |
| 10 | eBay Kleinanzeigen | 2% |

| 2019 (Q3) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 18% |
| 2 | Facebook | 9% |
| 3 | Instagram | 5% |
| 4 | eBay Kleinanzeigen | 4% |
| 5 | Google | 3% |
| 6 | Amazon | 3% |
| 7 | Messenger | 2% |
| 8 | YouTube | 2% |
| 9 | Google Maps | 2% |
| 10 | PAYBACK | 2% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

AudienceProject Insights 2019        19

PX0623-019



1  WhatsApp Messenger  19%

2  Facebook  10%

3  Instagram  6%

4  Messenger  3%

5  Google  3%

6  eBay Kleinanzeigen  3%

7  Amazon  3%

8  Google Maps  3%

9  Hangouts  2%

10  YouTube  2%



eBay Kleinanzeigen and Amazon are both in the top 5 among German women

[ Which apps can German men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



1  WhatsApp Messenger  16%

2  Facebook  9%

3  Instagram  5%

4  eBay Kleinanzeigen  4%

5  Amazon  3%

6  Google  3%

7  PAYBACK  3%

8  YouTube  3%

9  McDonald's  2%

10  Google Maps  2%

PX0623-020

# WhatsApp Messenger is considered the most essential app among all age groups

[ Which apps can different age groups of Germans least do without on their mobile? ]

**15-25**

| | | | |
|---|---|---|---|
| 1 | WhatsApp Messenger | 14% | |
| 2 | Instagram | 8% | |
| 3 | Facebook | 6% | |
| 4 | Messenger | 5% | |
| 5 | Snapchat | 4% | |

**26-35**

| | | | |
|---|---|---|---|
| 1 | WhatsApp Messenger | 20% | |
| 2 | Facebook | 13% | |
| 3 | Instagram | 8% | |
| 4 | eBay Kleinanzeigen | 5% | |
| 5 | Google | 5% | |

**36-45**

| | | | |
|---|---|---|---|
| 1 | WhatsApp Messenger | 9% | |
| 2 | Facebook | 8% | |
| 3 | PAYBACK | 4% | |
| 4 | Amazon | 4% | |
| 5 | Google | 4% | |

**46-55**

| | | | |
|---|---|---|---|
| 1 | WhatsApp Messenger | 16% | |
| 2 | Facebook | 12% | |
| 3 | YouTube | 5% | |
| 4 | Instagram | 5% | |
| 5 | eBay Kleinanzeigen | 5% | |

**56+**

| | | | |
|---|---|---|---|
| 1 | WhatsApp Messenger | 27% | |
| 2 | Facebook | 7% | |
| 3 | PAYBACK | 4% | |
| 4 | Amazon | 4% | |
| 5 | Google | 4% | |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-021

## MobilePay is considered more indispensable than Facebook among Danes

[ Which apps can Danes least do without on their mobile? ]





**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-022

# MobilePay is ahead of Facebook for the first time

[ Which apps can Danes least do without on their mobile? ]

Note: The figures represent how
many that name the following
apps as one of the three apps
they least can do without

| | 2016 (Q4) | |
|---|---|---|
| 1 | Facebook | 32% |
| 2 | MobilePay | 24% |
| 3 | Messenger | 10% |
| 4 | Google Maps | 9% |
| 5 | Gmail | 7% |
| 6 | Instagram | 7% |
| 7 | Spotify | 7% |
| 8 | Rejseplanen | 6% |
| 9 | Snapchat | 6% |
| 10 | Danske Bank | 6% |

| | 2017 (Q2) | |
|---|---|---|
| 1 | Facebook | 30% |
| 2 | MobilePay | 24% |
| 3 | Messenger | 11% |
| 4 | Rejseplanen | 8% |
| 5 | Spotify | 7% |
| 6 | Gmail | 7% |
| 7 | Snapchat | 7% |
| 8 | DMI Vejr | 6% |
| 9 | Google Maps | 6% |
| 10 | Instagram | 6% |

| | 2018 (Q4) | |
|---|---|---|
| 1 | Facebook | 26% |
| 2 | MobilePay | 26% |
| 3 | Messenger | 12% |
| 4 | Instagram | 11% |
| 5 | Snapchat | 7% |
| 6 | e-Boks | 7% |
| 7 | Rejseplanen | 7% |
| 8 | Google | 5% |
| 9 | Gmail | 5% |
| 10 | Google Maps | 4% |

| | 2019 (Q3) | |
|---|---|---|
| 1 | MobilePay | 25% |
| 2 | Facebook | 24% |
| 3 | Messenger | 15% |
| 4 | Instagram | 13% |
| 5 | Snapchat | 8% |
| 6 | Rejseplanen | 6% |
| 7 | Google Maps | 6% |
| 8 | Gmail | 5% |
| 9 | e-Boks | 5% |
| 10 | YouTube | 4% |

PX0623-023



| | | | |
|---|---|---|---|
| 1 | | MobilePay | 23% |
| 2 | | Facebook | 22% |
| 3 | | Messenger | 11% |
| 4 | | Google Maps | 7% |
| 5 | | Snapchat | 7% |
| 6 | | YouTube | 6% |
| 7 | | Chrome | 6% |
| 8 | | Rejseplanen | 6% |
| 9 | | Gmail | 5% |
| 10 | | Instagram | 5% |



**MobilePay is both the favourite app among Danish men and women**

[ Which apps can Danish men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| | | | |
|---|---|---|---|
| 1 | | MobilePay | 27% |
| 2 | | Facebook | 26% |
| 3 | | Instagram | 20% |
| 4 | | Messenger | 19% |
| 5 | | Snapchat | 9% |
| 6 | | Rejseplanen | 7% |
| 7 | | e-Boks | 5% |
| 8 | | Coop | 5% |
| 9 | | Google Maps | 5% |
| 10 | | Gmail | 5% |

PX0623-024

# Mainly the older Danes consider MobilePay to be essential

[ Which apps can different age groups of Danes least do without on their mobile? ]

**15-25**

| 1 | Messenger | 40% |
| 2 | Facebook | 37% |
| 3 | Snapchat | 34% |
| 4 | Instagram | 31% |
| 5 | MobilePay | 14% |

**26-35**

| 1 | Facebook | 28% |
| 2 | Instagram | 24% |
| 3 | MobilePay | 21% |
| 4 | Messenger | 19% |
| 5 | Snapchat | 9% |

**36-45**

| 1 | Facebook | 29% |
| 2 | MobilePay | 21% |
| 3 | Messenger | 13% |
| 4 | Instagram | 11% |
| 5 | e-Boks | 6% |

**46-55**

| 1 | MobilePay | 30% |
| 2 | Facebook | 19% |
| 3 | Messenger | 11% |
| 4 | Rejseplanen | 9% |
| 5 | Google Maps | 7% |

**56+**

| 1 | MobilePay | 33% |
| 2 | Facebook | 15% |
| 3 | Coop | 9% |
| 4 | Google | 7% |
| 5 | DMI Vejr | 6% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

AudienceProject Insights 2019   |   25

PX0623-025

## Two financial apps top the list of the most indispensable apps among Swedes

[ Which apps can Swedes least do without on their mobile? ]



**BankID säkerhetsapp** — 29%
**Swish payments** — 17%
**Instagram** — 14%
**Facebook** — 13%
**Messenger** — 10%
**Spotify** — 10%
**Swedbank privat** — 7%
**Snapchat** — 6%
**WhatsApp Messenger** — 4%
**Nordea Mobile** — 4%

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



PX0623-026

___

# BankID säkerhetsapp retains its leading position

[ Which apps can Swedes least do without on their mobile? ]

Note: The figures represent how
many that name the following
apps as one of the three apps
they least can do without

| 2016 (Q4) | 2017 (Q2) | 2018 (Q4) | 2019 (Q3) |
|---|---|---|---|
| 1 Facebook — 22% | 1 BankID säkerhetsapp — 23% | 1 BankID säkerhetsapp — 29% | 1 BankID säkerhetsapp — 29% |
| 2 BankID säkerhetsapp — 21% | 2 Facebook — 22% | 2 Instagram — 19% | 2 Swish payments — 17% |
| 3 Spotify — 19% | 3 Instagram — 15% | 3 Facebook — 17% | 3 Instagram — 14% |
| 4 Instagram — 15% | 4 Spotify — 15% | 4 Swish payments — 17% | 4 Facebook — 13% |
| 5 Swish payments — 12% | 5 Swish payments — 11% | 5 Spotify — 11% | 5 Messenger — 10% |
| 6 Messenger — 8% | 6 Swedbank privat — 8% | 6 Messenger — 11% | 6 Spotify — 10% |
| 7 Swedbank privat — 7% | 7 Snapchat — 7% | 7 Swedbank privat — 7% | 7 Swedbank privat — 7% |
| 8 Snapchat — 6% | 8 Messenger — 7% | 8 Snapchat — 7% | 8 Snapchat — 6% |
| 9 Google Maps — 6% | 9 Gmail — 5% | 9 WhatsApp Messenger — 4% | 9 WhatsApp Messenger — 4% |
| 10 Gmail — 5% | 10 SMHI Väder — 5% | 10 YouTube — 4% | 10 Nordea Mobile — 4% |

AudienceProject Insights 2019  |  27

PX0623-027



| 1 | | BankID säkerhetsapp | 29% |
| 2 | | Swish payments | 11% |
| 3 | | Facebook | 10% |
| 4 | | Spotify | 10% |
| 5 | | Instagram | 9% |
| 6 | | Messenger | 7% |
| 7 | | Chrome | 6% |
| 8 | | Swedbank privat | 5% |
| 9 | | Snapchat | 5% |
| 10 | | YouTube | 5% |



**Swish payments comes second both among Swedish men and women**

[ Which apps can Swedish men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| 1 | | BankID säkerhetsapp | 29% |
| 2 | | Swish payments | 22% |
| 3 | | Instagram | 18% |
| 4 | | Facebook | 15% |
| 5 | | Messenger | 13% |
| 6 | | Spotify | 10% |
| 7 | | Swedbank privat | 8% |
| 8 | | Snapchat | 8% |
| 9 | | WhatsApp Messenger | 5% |
| 10 | | Nordea Mobile | 4% |

PX0623-028

# Snapchat beats BankID säkerhetsapp as the most essential app among young Swedes

[ Which apps can different age groups of Swedes least do without on their mobile? ]



**15-25**

| | | | |
|---|---|---|---|
| 1 | | Snapchat | 30% |
| 2 | | Instagram | 29% |
| 3 | | Spotify | 27% |
| 4 | | BankID säkerhetsapp | 19% |
| 5 | | Swish payments | 17% |

**26-35**

| | | | |
|---|---|---|---|
| 1 | | BankID säkerhetsapp | 37% |
| 2 | | Instagram | 18% |
| 3 | | Swish payments | 17% |
| 4 | | Messenger | 16% |
| 5 | | Facebook | 13% |

**36-45**

| | | | |
|---|---|---|---|
| 1 | | BankID säkerhetsapp | 33% |
| 2 | | Facebook | 18% |
| 3 | | Swish payments | 14% |
| 4 | | Instagram | 12% |
| 5 | | Messenger | 11% |

**46-55**

| | | | |
|---|---|---|---|
| 1 | | BankID säkerhetsapp | 27% |
| 2 | | Swish payments | 19% |
| 3 | | Facebook | 16% |
| 4 | | Instagram | 9% |
| 5 | | Messenger | 9% |

**56+**

| | | | |
|---|---|---|---|
| 1 | | BankID säkerhetsapp | 28% |
| 2 | | Swish payments | 16% |
| 3 | | Facebook | 12% |
| 4 | | Google | 7% |
| 5 | | Instagram | 6% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-029

## Facebook is just ahead of Snapchat as the favourite app among Norwegians

[ Which apps can Norwegians least do without on their mobile? ]



Facebook — 21%
Snapchat — 20%
Instagram — 17%
Messenger — 15%
Spotify — 10%
Vipps — 9%
Yr — 7%
RuterBillett — 5%
Chrome — 4%
VG — 3%

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



PX0623-030

# Facebook regains its leading position from Snapchat

[ Which apps can Norwegians least do without on their mobile? ]

Note: The figures represent how many that name the following apps as one of the three apps they least can do without

| 2016 (Q4) | | |
|---|---|---|
| 1 | Facebook | 36% |
| 2 | Snapchat | 20% |
| 3 | Spotify | 18% |
| 4 | Messenger | 13% |
| 5 | Instagram | 13% |
| 6 | Yr | 7% |
| 7 | RuterBillett | 6% |
| 8 | DNB Mobile Bank | 5% |
| 9 | Gmail | 5% |
| 10 | Google Maps | 5% |

| 2017 (Q2) | | |
|---|---|---|
| 1 | Facebook | 32% |
| 2 | Snapchat | 23% |
| 3 | Spotify | 15% |
| 4 | Instagram | 14% |
| 5 | Messenger | 13% |
| 6 | Yr | 8% |
| 7 | Vipps | 8% |
| 8 | VG | 7% |
| 9 | Gmail | 5% |
| 10 | YouTube | 4% |

| 2018 (Q4) | | |
|---|---|---|
| 1 | Snapchat | 21% |
| 2 | Facebook | 21% |
| 3 | Messenger | 14% |
| 4 | Instagram | 12% |
| 5 | Spotify | 10% |
| 6 | Vipps | 10% |
| 7 | Yr | 7% |
| 8 | Chrome | 4% |
| 9 | RuterBillett | 4% |
| 10 | Gmail | 4% |

| 2019 (Q3) | | |
|---|---|---|
| 1 | Facebook | 21% |
| 2 | Snapchat | 20% |
| 3 | Instagram | 17% |
| 4 | Messenger | 15% |
| 5 | Spotify | 10% |
| 6 | Vipps | 9% |
| 7 | Yr | 7% |
| 8 | RuterBillett | 5% |
| 9 | Chrome | 4% |
| 10 | VG | 3% |

PX0623-031



| | | | |
|---|---|---|---|
| 1 |  | Facebook | 19% |
| 2 | | Snapchat | 19% |
| 3 | | Messenger | 14% |
| 4 | | Instagram | 12% |
| 5 | | Spotify | 11% |
| 6 | | Vipps | 9% |
| 7 | | Yr | 8% |
| 8 | | Chrome | 7% |
| 9 | | Gmail | 5% |
| 10 | | YouTube | 5% |



**Instagram is level pegging with Facebook among Norwegian women**

[ Which apps can Norwegian men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| | | | |
|---|---|---|---|
| 1 | | Facebook | 22% |
| 2 | | Instagram | 22% |
| 3 | | Snapchat | 20% |
| 4 | | Messenger | 15% |
| 5 | | Vipps | 9% |
| 6 | | Spotify | 8% |
| 7 | | Yr | 6% |
| 8 | | RuterBillett | 6% |
| 9 | | Candy Crush Saga | 4% |
| 10 | | DNB Mobile Bank | 3% |

PX0623-032

# Snapchat beats Facebook as the most essential app among young Norwegians

[ Which apps can different age groups of Norwegians least do without on their mobile? ]

**15-25**
| 1 | Snapchat | 45% |
| 2 | Instagram | 34% |
| 3 | Messenger | 25% |
| 4 | Facebook | 20% |
| 5 | Spotify | 18% |

**26-35**
| 1 | Facebook | 25% |
| 2 | Messenger | 22% |
| 3 | Instagram | 21% |
| 4 | Snapchat | 21% |
| 5 | Vipps | 11% |

**36-45**
| 1 | Facebook | 21% |
| 2 | Instagram | 13% |
| 3 | Snapchat | 12% |
| 4 | Vipps | 9% |
| 5 | Spotify | 9% |

**46-55**
| 1 | Facebook | 20% |
| 2 | Vipps | 11% |
| 3 | Snapchat | 9% |
| 4 | Yr | 9% |
| 5 | Messenger | 8% |

**56+**
| 1 | Facebook | 17% |
| 2 | Yr | 15% |
| 3 | Vipps | 13% |
| 4 | RuterBillett | 8% |
| 5 | Messenger | 7% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-033

## WhatsApp Messenger is by far the favourite app among Finns

[ Which apps can Finns least do without on their mobile? ]





**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-034

# WhatsApp Messenger considered even more indispensable than earlier

[ Which apps can Finns least do without on their mobile? ]

Note: The figures represent how many that name the following apps as one of the three apps they least can do without

| 2016 (Q4) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 37% |
| 2 | Facebook | 25% |
| 3 | Spotify | 12% |
| 4 | Instagram | 10% |
| 5 | Google Maps | 6% |
| 6 | Gmail | 5% |
| 7 | Messenger | 5% |
| 8 | Snapchat | 5% |
| 9 | YouTube | 5% |
| 10 | Ilta-Sanomat | 4% |

| 2017 (Q2) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 39% |
| 2 | Facebook | 30% |
| 3 | Spotify | 16% |
| 4 | Instagram | 14% |
| 5 | YouTube | 9% |
| 6 | Google Maps | 7% |
| 7 | Gmail | 6% |
| 8 | Messenger | 6% |
| 9 | Snapchat | 6% |
| 10 | YLE Areena | 6% |

| 2018 (Q4) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 49% |
| 2 | Facebook | 24% |
| 3 | Instagram | 21% |
| 4 | Spotify | 10% |
| 5 | Snapchat | 9% |
| 6 | YouTube | 7% |
| 7 | Gmail | 6% |
| 8 | Messenger | 6% |
| 9 | OP-mobiili | 6% |
| 10 | Google Maps | 5% |

| 2019 (Q3) | | |
|---|---|---|
| 1 | WhatsApp Messenger | 53% |
| 2 | Facebook | 23% |
| 3 | Instagram | 23% |
| 4 | Spotify | 10% |
| 5 | Snapchat | 8% |
| 6 | Gmail | 8% |
| 7 | OP-Mobiili | 7% |
| 8 | YouTube | 6% |
| 9 | Messenger | 6% |
| 10 | Nordea Mobile | 5% |

PX0623-035



| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 46% |
| 2 | | Facebook | 15% |
| 3 | | Instagram | 14% |
| 4 | | Spotify | 9% |
| 5 | | YouTube | 8% |
| 6 | | OP-Mobiili | 8% |
| 7 | | Gmail | 7% |
| 8 | | Nordea Mobile | 7% |
| 9 | | S-mobiili | 6% |
| 10 | | Messenger | 6% |



## Instagram comes second among Finnish women

[ Which apps can Finnish men and women least do without on their mobile? ]

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without



| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 60% |
| 2 | | Instagram | 31% |
| 3 | | Facebook | 30% |
| 4 | | Spotify | 11% |
| 5 | | Snapchat | 10% |
| 6 | | Gmail | 8% |
| 7 | | OP-mobiili | 6% |
| 8 | | Messenger | 5% |
| 9 | | YouTube | 4% |
| 10 | | Google Maps | 4% |

PX0623-036

# WhatsApp Messenger is considered the most essential app among all age groups

[ Which apps can different age groups of Finns least do without on their mobile? ]

**15-25**

| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 70% |
| 2 | | Instagram | 48% |
| 3 | | Snapchat | 32% |
| 4 | | Spotify | 21% |
| 5 | | Facebook | 14% |

**26-35**

| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 59% |
| 2 | | Instagram | 27% |
| 3 | | Facebook | 21% |
| 4 | | Spotify | 11% |
| 5 | | OP-Mobiili | 10% |

**36-45**

| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 49% |
| 2 | | Facebook | 29% |
| 3 | | Instagram | 16% |
| 4 | | Spotify | 9% |
| 5 | | Google Maps | 7% |

**46-55**

| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 44% |
| 2 | | Facebook | 30% |
| 3 | | Instagram | 11% |
| 4 | | Gmail | 9% |
| 5 | | S-mobiili | 8% |

**56+**

| | | | |
|---|---|---|---|
| 1 | | WhatsApp Messenger | 42% |
| 2 | | Facebook | 22% |
| 3 | | Google | 9% |
| 4 | | Gmail | 9% |
| 5 | | Instagram | 8% |

**Note:** The figures represent how many that name the following apps as one of the three apps they least can do without

PX0623-037

PX0623-038

# SOCIAL MEDIA

Facebook is still the social media used by most people. Only in Germany and Finland are more people using WhatsApp Messenger rather than Facebook. However, it is to a lesser extent the young people who would miss Facebook. At the same time, it is particularly the younger audiences who have considered stopping using Facebook altogether.

PX0623-039

## YouTube is closing in on Facebook in the US

[ How many Americans use the following social media? ]



PX0623-040

# Half of American women use Pinterest

[ How many American men and women use the following social media? ]



PX0623-041

# Instagram continues to grow in the UK

[ How many Britons use the following social media? ]



■ 2017 (Q2)
■ 2018 (Q4)
■ 2019 (Q3)

PX0623-042

# Three quarters of British women use WhatsApp Messenger

[ How many British men and women use the following social media? ]



PX0623-043

# WhatsApp Messenger is the clear favourite in Germany

[ How many Germans use the following social media? ]



PX0623-044

# YouTube is more popular than Facebook among German men

[ How many German men and women use the following social media? ]



PX0623-045



## Facebook's lead narrows, but is still at the top in Denmark

[ How many Danes use the following social media? ]



PX0623-046

# 4 out of 10 Danish men use LinkedIn

[ How many Danish men and women use the following social media? ]



PX0623-047

## Instagram is just behind YouTube in Sweden

[ How many Swedes use the following social media? ]



Legend:
- 2016 (Q1)
- 2016 (Q4)
- 2017 (Q2)
- 2018 (Q4)
- 2019 (Q3)

PX0623-048

# Three quarters of Swedish women use Instagram

[ How many Swedish men and women use the following social media? ]



PX0623-049

# Instagram is closing in on Snapchat and YouTube in Norway

[ How many Norwegians use the following social media? ]



PX0623-050

# Instagram is more popular than Snapchat among Norwegian women

[ How many Norwegian men and women use the following social media? ]



PX0623-051

## WhatsApp Messenger remains the most used social media in Finland

[ How many Finns use the following social media? ]

2016 (Q1)
2016 (Q4)
2017 (Q2)
2018 (Q4)
2019 (Q3)



PX0623-052

# 9 out of 10 Finnish women use WhatsApp Messenger

[ How many Finnish men and women use the following social media? ]



PX0623-053

# In most countries, people say they can least do without Facebook

[ Which social media can people least do without? ]

Note: The figures represent how many of the ones using the following social media that name the social media as the ones they least can do without

| | Facebook | WhatsApp Messenger | YouTube | Instagram | Snapchat | Twitter | LinkedIn | Pinterest | Reddit | Tumblr | Xing | Periscope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 29% | 5% | 23% | 11% | 6% | 11% | 7% | 7% | 4% | 2% | N/A | 0% |
| UK | 28% | 27% | 15% | 9% | 4% | 10% | 4% | 4% | 2% | 1% | N/A | 0% |
| Germany | 17% | 57% | 15% | 9% | 1% | 3% | 1% | 3% | 1% | 0% | 2% | 0% |
| Denmark | 47% | 5% | 25% | 17% | 10% | 3% | 9% | 4% | 2% | 0% | N/A | 0% |
| Sweden | 38% | 8% | 18% | 23% | 8% | 4% | 4% | 2% | 1% | 0% | N/A | 0% |
| Norway | 45% | 5% | 21% | 17% | 23% | 3% | 2% | 2% | 2% | 1% | N/A | 0% |
| Finland | 25% | 56% | 20% | 12% | 5% | 3% | 2% | 2% | 2% | 0% | N/A | 0% |

PX0623-054



# It is especially those who are older than 25 who would miss Facebook

[ How many can least do without Facebook? ]



- US
- UK
- Germany
- Denmark
- Sweden
- Norway
- Finland



**15-25**: 19%, 24%, 9%, N/A, 22%, 39%, 20%
**26-35**: 32%, 25%, 14%, N/A, 37%, 49%, 24%
**36-45**: 32%, 29%, 17%, 47%, 37%, 46%, 27%
**46-55**: 30%, 31%, 17%, 42%, 43%, 47%, 27%
**56+**: 32%, 28%, 21%, 42%, 46%, 45%, 26%



PX0623-055

# Up to one third have considered leaving Facebook

[ Which social media have people considered to stop using? ]

**Note:** The figures represent how many of the ones using the following social media that have considered to stop using the social media

| | Facebook | Instagram | Twitter | Snapchat | LinkedIn | Pinterest | YouTube | WhatsApp Messenger | Tumblr | Reddit | Xing | Periscope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 29% | 12% | 11% | 9% | 7% | 6% | 5% | 3% | 3% | 3% | N/A | 1% |
| UK | 34% | 11% | 12% | 7% | 7% | 6% | 5% | 5% | 2% | 2% | N/A | 0% |
| Germany | 25% | 7% | 6% | 4% | 4% | 4% | 4% | 6% | 2% | 1% | 5% | 0% |
| Denmark | 10% | 2% | 0% | 1% | 0% | 0% | 1% | 0% | 0% | 0% | N/A | 0% |
| Sweden | 28% | 11% | 4% | 8% | 3% | 3% | 4% | 3% | 1% | 1% | N/A | 1% |
| Norway | 11% | 2% | 1% | 2% | 0% | 0% | 1% | 0% | 0% | 0% | N/A | 0% |
| Finland | 27% | 7% | 4% | 5% | 3% | 3% | 3% | 2% | 1% | 1% | N/A | 0% |

PX0623-056

# It is especially the young people who have considered stopping using Facebook

[ How many have considered to stop using Facebook? ]



■ US
■ UK
■ Germany
■ Denmark
■ Sweden
■ Norway
■ Finland



**15-25:** 22%, 37%, 38%, N/A, 31%, 16%, 29%
**26-35:** 37%, 45%, 36%, N/A, 35%, 15%, 38%
**36-45:** 32%, 39%, 28%, 8%, 31%, 12%, 31%
**46-55:** 29%, 30%, 20%, 8%, 24%, 8%, 22%
**56+:** 29%, 24%, 16%, 6%, 21%, 4%, 17%



AudienceProject Insights 2019    |    57

PX0623-057

# Devices used for social media by Americans

[ On which devices do Americans use the following social media? ]

Note: The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 60% | 32% | 76% | 32% | 59% | 62% | 12% | 48% | 49% | 16% | 69% |
| Tablet | 31% | 24% | 25% | 35% | 36% | 28% | 13% | 33% | 29% | 12% | 41% |
| Mobile | 76% | 83% | 54% | 70% | 66% | 67% | 87% | 59% | 75% | 88% | 74% |
| TV | 2% | 2% | 1% | 0% | 1% | 1% | 2% | 1% | 2% | 2% | 25% |
| Connected TV box | 2% | 1% | 1% | 0% | 1% | 1% | 0% | 2% | 1% | 2% | 17% |
| Video game console | 2% | 1% | 1% | 0% | 0% | 2% | 1% | 1% | 2% | 0% | 13% |
| Smartwatch | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 3% | 3% | 3% | 1% |

PX0623-058

# Devices used for social media by Britons

[ On which devices do Britons use the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 50% | 19% | 64% | N/A | 42% | 18% | 3% | 52% | 41% | 14% | 61% |
| Tablet | 35% | 20% | 22% | N/A | 36% | 20% | 8% | 22% | 28% | 10% | 46% |
| Mobile | 83% | 92% | 63% | N/A | 68% | 76% | 97% | 72% | 84% | 96% | 73% |
| TV | 2% | 1% | 1% | N/A | 0% | 2% | 1% | 2% | 1% | 1% | 25% |
| Connected TV box | 1% | 0% | 0% | N/A | 0% | 0% | 1% | 2% | 0% | 1% | 16% |
| Video game console | 1% | 1% | 0% | N/A | 1% | 1% | 1% | 1% | 0% | 0% | 12% |
| Smartwatch | 1% | 1% | 0% | N/A | 0% | 0% | 1% | 2% | 0% | 2% | 0% |

PX0623-059

# Devices used for social media by Germans

[ On which devices do Germans use the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that use the social media on the following devices

|  | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube | Xing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 60% | 25% | 67% | N/A | 48% | 60% | 3% | 59% | 46% | 21% | 65% | 78% |
| Tablet | 30% | 23% | 25% | N/A | 33% | 13% | 6% | 26% | 23% | 10% | 41% | 24% |
| Mobile | 75% | 89% | 49% | N/A | 71% | 74% | 97% | 55% | 74% | 96% | 74% | 52% |
| TV | 1% | 1% | 0% | N/A | 2% | 0% | 1% | 0% | 1% | 1% | 23% | 0% |
| Connected TV box | 1% | 1% | 0% | N/A | 1% | 0% | 1% | 0% | 1% | 0% | 11% | 0% |
| Video game console | 1% | 1% | 0% | N/A | 1% | 4% | 1% | 0% | 1% | 0% | 7% | 0% |
| Smartwatch | 1% | 1% | 0% | N/A | 1% | 0% | 1% | 0% | 2% | 2% | 1% | 0% |

PX0623-060

# Devices used for social media by Danes

[ On which devices do Danes use the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 61% | 17% | 74% | N/A | 44% | 83% | 2% | 56% | 39% | 10% | 68% |
| Tablet | 30% | 18% | 16% | N/A | 33% | 16% | 4% | 21% | 27% | 4% | 38% |
| Mobile | 82% | 94% | 59% | N/A | 71% | 85% | 99% | 77% | 87% | 97% | 67% |
| TV | 1% | 1% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 16% |
| Connected TV box | 1% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 14% |
| Video game console | 0% | 1% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 4% |
| Smartwatch | 1% | 0% | 0% | N/A | 0% | 0% | 1% | 0% | 0% | 0% | 0% |

PX0623-061

# Devices used for social media by Swedes

[ On which devices do Swedes use the following social media? ]

Note: The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 51% | 15% | 63% | N/A | 38% | 72% | 2% | 50% | 43% | 8% | 63% |
| Tablet | 25% | 17% | 19% | N/A | 31% | 14% | 6% | 7% | 19% | 6% | 37% |
| Mobile | 88% | 96% | 67% | N/A | 80% | 68% | 99% | 70% | 87% | 97% | 75% |
| TV | 1% | 1% | 1% | N/A | 1% | 4% | 1% | 6% | 2% | 1% | 16% |
| Connected TV box | 1% | 1% | 1% | N/A | 1% | 4% | 1% | 6% | 1% | 1% | 18% |
| Video game console | 0% | 1% | 1% | N/A | 1% | 4% | 1% | 10% | 1% | 1% | 6% |
| Smartwatch | 1% | 1% | 1% | N/A | 1% | 4% | 1% | 6% | 1% | 2% | 1% |

PX0623-062

# Devices used for social media by Norwegians

[ On which devices do Norwegians use the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 57% | 13% | 65% | N/A | 43% | 60% | 5% | 61% | 37% | 12% | 66% |
| Tablet | 30% | 16% | 17% | N/A | 25% | 17% | 7% | 21% | 18% | 7% | 39% |
| Mobile | 86% | 95% | 61% | N/A | 77% | 78% | 97% | 79% | 85% | 95% | 70% |
| TV | 1% | 0% | 0% | N/A | 1% | 0% | 0% | 0% | 0% | 1% | 21% |
| Connected TV box | 1% | 0% | 1% | N/A | 1% | 0% | 0% | 4% | 1% | 0% | 16% |
| Video game console | 0% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 7% |
| Smartwatch | 1% | 1% | 1% | N/A | 1% | 0% | 1% | 4% | 1% | 0% | 0% |

PX0623-063

# Devices used for social media by Finns

[ On which devices do Finns use the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that use the social media on the following devices

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer | 63% | 24% | 72% | N/A | 52% | 79% | 3% | 69% | 51% | 20% | 74% |
| Tablet | 25% | 16% | 21% | N/A | 26% | 8% | 2% | 11% | 22% | 7% | 33% |
| Mobile | 80% | 93% | 61% | N/A | 69% | 80% | 99% | 70% | 79% | 98% | 74% |
| TV | 1% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 17% |
| Connected TV box | 0% | 0% | 0% | N/A | 0% | 0% | 0% | 3% | 0% | 0% | 7% |
| Video game console | 0% | 0% | 0% | N/A | 0% | 0% | 0% | 0% | 0% | 0% | 5% |
| Smartwatch | 0% | 0% | 0% | N/A | 0% | 0% | 1% | 0% | 0% | 1% | 0% |

PX0623-064



AudienceProject Insights 2019     65

PX0623-065

# Three quarters of the American Facebook users are daily users

**Note:** The figures represent how often the ones using the following social media are using the social media

[ How often do Americans use the following social media? ]



| | Several times a day | Daily | Several times a week | Weekly | Several times a month | Monthly | Less often | Don't know |
|---|---|---|---|---|---|---|---|---|
| Facebook | 52 | 21 | 15 | 4 | 3 | 2 | 3 | 0 |
| YouTube | 38 | 25 | 24 | 6 | 6 | 1 | 1 | 0 |
| Instagram | 37 | 22 | 20 | 9 | 5 | 3 | 4 | 0 |
| Snapchat | 32 | 21 | 19 | 11 | 8 | 4 | 6 | 1 |
| WhatsApp Messenger | 32 | 21 | 18 | 7 | 9 | 5 | 8 | 1 |
| Twitter | 29 | 20 | 22 | 11 | 8 | 5 | 7 | 0 |
| Reddit | 27 | 20 | 22 | 10 | 11 | 4 | 5 | 0 |
| Tumblr | 13 | 17 | 21 | 17 | 10 | 6 | 14 | 2 |
| Pinterest | 13 | 15 | 30 | 14 | 12 | 7 | 8 | 1 |
| LinkedIn | 9 | 12 | 23 | 18 | 14 | 10 | 13 | 0 |
| Periscope | 6 | 6 | 27 | 15 | 9 | 12 | 18 | 6 |

PX0623-066

# 8 out of 10 British Facebook users are daily users

[ How often do Britons use the following social media? ]

**Note:** The figures represent how often the ones using the following social media are using the social media



Legend: Several times a day · Daily · Several times a week · Weekly · Several times a month · Monthly · Less often · Don't know

PX0623-067

## 9 out of 10 German WhatsApp Messenger users are daily users

[ How often do Germans use the following social media? ]

Note: The figures represent how often the ones using the following social media are using the social media



PX0623-068

# 8 out of 10 Danish Facebook users are daily users

[ How often do Danes use the following social media? ]

**Note:** The figures represent how often the ones using the following social media are using the social media



Legend:
- Several times a day
- Daily
- Several times a week
- Weekly
- Several times a month
- Monthly
- Less often
- Don't know

PX0623-069

# 8 out of 10 Swedish Facebook users are daily users

[ How often do Swedes use the following social media? ]

Note: The figures represent how often the ones using the following social media are using the social media



PX0623-070

# 8 out of 10 Norwegian Facebook users are daily users

[ How often do Norwegians use the following social media? ]

**Note:** The figures represent how often the ones using the following social media are using the social media



| | Several times a day | Daily | Several times a week | Weekly | Several times a month | Monthly | Less often | Don't know |
|---|---|---|---|---|---|---|---|---|
| Facebook | 54 | 28 | 12 | 3 | 1 | 1 | 1 | 0 |
| Snapchat | 53 | 22 | 15 | 3 | 3 | 1 | 1 | 1 |
| Instagram | 44 | 26 | 18 | 6 | 3 | 2 | 1 | 1 |
| Reddit | 28 | 21 | 24 | 10 | 6 | 5 | 4 | 3 |
| YouTube | 21 | 18 | 31 | 12 | 11 | 4 | 2 | 1 |
| Twitter | 21 | 16 | 21 | 13 | 10 | 6 | 12 | 2 |
| WhatsApp Messenger | 16 | 17 | 24 | 13 | 15 | 5 | 10 | 0 |
| Tumblr | 14 | 16 | 23 | 5 | 7 | 9 | 21 | 7 |
| Pinterest | 6 | 14 | 28 | 16 | 15 | 12 | 8 | 1 |
| LinkedIn | 4 | 13 | 23 | 21 | 17 | 11 | 10 | 1 |
| Periscope | N/A | | | | | | | |

PX0623-071

## 8 out of 10 Finnish WhatsApp Messenger users are daily users

**Note:** The figures represent how often the ones using the following social media are using the social media

[ How often do Finns use the following social media? ]



PX0623-072



AudienceProject Insights 2019 | 73

PX0623-073

# Up to half of Facebook users post content weekly

[ How many people are weekly posting content on the following social media? ]

Note: The figures represent how many of the ones using the following social media that weekly post content on the social media

|  | WhatsApp Messenger | Snapchat | Facebook | Instagram | Twitter | Tumblr | Reddit | Pinterest | LinkedIn | YouTube | Periscope | Xing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 59% | 48% | 53% | 36% | 46% | 39% | 27% | 24% | 17% | 16% | 25% | N/A |
| UK | 72% | 43% | 42% | 29% | 37% | 28% | 16% | 17% | 10% | 6% | N/A | N/A |
| Germany | 77% | 54% | 35% | 29% | 28% | 19% | 14% | 15% | 10% | 9% | N/A | 10% |
| Denmark | 28% | 47% | 16% | 14% | 10% | 7% | 3% | 5% | 3% | 3% | N/A | N/A |
| Sweden | 43% | 50% | 27% | 29% | 18% | 23% | 13% | 11% | 9% | 10% | N/A | N/A |
| Norway | 46% | 68% | 24% | 18% | 11% | 30% | 10% | 10% | 5% | 4% | N/A | N/A |
| Finland | 83% | 66% | 30% | 26% | 24% | 19% | 12% | 7% | 6% | 3% | N/A | N/A |

PX0623-074

# Up to one third of Facebook users claim to click on ads weekly

[ How many people are weekly clicking on ads on the following social media? ]

**Note:** The figures represent how many of the ones using the following social media that weekly click on ads on the social media

| | Facebook | Instagram | YouTube | Snapchat | WhatsApp Messenger | Pinterest | Reddit | Tumblr | Twitter | LinkedIn | Periscope | Xing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 25% | 21% | 19% | 19% | 19% | 13% | 12% | 19% | 16% | 12% | 32% | N/A |
| UK | 16% | 14% | 8% | 9% | 3% | 6% | 5% | 4% | 7% | 6% | N/A | N/A |
| Germany | 35% | 36% | 21% | 17% | 24% | 23% | 14% | 8% | 15% | 9% | N/A | 11% |
| Denmark | 11% | 13% | 5% | 5% | 1% | 3% | 3% | 3% | 2% | 2% | N/A | N/A |
| Sweden | 16% | 15% | 8% | 5% | 4% | 6% | 9% | 13% | 5% | 6% | N/A | N/A |
| Norway | 18% | 15% | 10% | 10% | 5% | 7% | 10% | 7% | 6% | 5% | N/A | N/A |
| Finland | 19% | 18% | 8% | 8% | 4% | 3% | 8% | 5% | 7% | 5% | N/A | N/A |

PX0623-075

## Purposes of using social media among Americans

[ For what purposes do Americans use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 88% | 67% | 15% | 6% | 9% | 5% | 74% | 12% | 34% | 82% | 8% |
| To strengthen professional network | 11% | 13% | 84% | 5% | 8% | 8% | 7% | 12% | 14% | 13% | 7% |
| To get news | 23% | 15% | 11% | 36% | 8% | 43% | 12% | 17% | 48% | 7% | 23% |
| To follow brands / companies | 17% | 34% | 20% | 17% | 32% | 17% | 10% | 15% | 33% | 4% | 18% |
| To get entertainment | 33% | 47% | 3% | 49% | 49% | 72% | 42% | 60% | 48% | 10% | 82% |
| Other purposes | 6% | 6% | 6% | 8% | 40% | 17% | 6% | 21% | 12% | 4% | 13% |

PX0623-076

## Purposes of using social media among Britons

[ For what purposes do Britons use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 90% | 68% | 5% | N/A | 4% | 3% | 82% | 10% | 28% | 95% | 4% |
| To strengthen professional network | 8% | 9% | 88% | N/A | 8% | 2% | 1% | 1% | 17% | 6% | 2% |
| To get news | 25% | 12% | 13% | N/A | 7% | 48% | 10% | 7% | 55% | 4% | 15% |
| To follow brands / companies | 15% | 40% | 16% | N/A | 28% | 9% | 6% | 3% | 32% | 1% | 9% |
| To get entertainment | 33% | 46% | 1% | N/A | 41% | 79% | 37% | 82% | 41% | 5% | 87% |
| Other purposes | 6% | 9% | 8% | N/A | 41% | 10% | 6% | 14% | 12% | 3% | 12% |

PX0623-077

## Purposes of using social media among Germans

[ For what purposes do Germans use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube | Xing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 74% | 56% | 11% | N/A | 6% | 3% | 76% | 8% | 17% | 94% | 5% | 10% |
| To strengthen professional network | 9% | 15% | 69% | N/A | 7% | 3% | 6% | 4% | 15% | 7% | 4% | 78% |
| To get news | 34% | 23% | 17% | N/A | 12% | 36% | 23% | 5% | 51% | 28% | 16% | 16% |
| To follow brands / companies | 17% | 31% | 26% | N/A | 15% | 18% | 8% | 10% | 24% | 2% | 10% | 21% |
| To get entertainment | 42% | 58% | 4% | N/A | 63% | 77% | 44% | 76% | 41% | 14% | 83% | 5% |
| Other purposes | 7% | 9% | 9% | N/A | 28% | 10% | 10% | 23% | 12% | 3% | 12% | 8% |

PX0623-078

# Purposes of using social media among Danes

[ For what purposes do Danes use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 86% | 58% | 6% | N/A | 1% | 0% | 82% | 0% | 7% | 85% | 2% |
| To strengthen professional network | 12% | 9% | 90% | N/A | 1% | 0% | 1% | 0% | 12% | 16% | 1% |
| To get news | 27% | 11% | 16% | N/A | 8% | 62% | 1% | 0% | 55% | 0% | 11% |
| To follow brands / companies | 20% | 42% | 33% | N/A | 16% | 10% | 2% | 10% | 31% | 0% | 11% |
| To get entertainment | 43% | 58% | 3% | N/A | 72% | 87% | 41% | 87% | 47% | 4% | 90% |
| Other purposes | 9% | 7% | 5% | N/A | 29% | 14% | 3% | 20% | 14% | 9% | 14% |

PX0623-079

## Purposes of using social media among Swedes

[ For what purposes do Swedes use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 85% | 73% | 7% | N/A | 2% | 8% | 89% | 10% | 13% | 91% | 4% |
| To strengthen professional network | 10% | 9% | 82% | N/A | 7% | 10% | 1% | 9% | 16% | 4% | 3% |
| To get news | 23% | 15% | 19% | N/A | 16% | 38% | 2% | 19% | 60% | 3% | 18% |
| To follow brands / companies | 13% | 26% | 30% | N/A | 16% | 12% | 4% | 12% | 30% | 3% | 12% |
| To get entertainment | 35% | 51% | 4% | N/A | 71% | 82% | 34% | 77% | 52% | 5% | 90% |
| Other purposes | 10% | 10% | 9% | N/A | 27% | 29% | 5% | 33% | 16% | 6% | 10% |

 AudienceProject Insights 2019

PX0623-080

# Purposes of using social media among Norwegians

[ For what purposes do Norwegians use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 80% | 54% | 8% | N/A | 1% | 6% | 89% | 7% | 9% | 86% | 2% |
| To strengthen professional network | 23% | 26% | 56% | N/A | 4% | 3% | 18% | 8% | 13% | 6% | 3% |
| To get news | 18% | 7% | 12% | N/A | 20% | 36% | 4% | 9% | 45% | 2% | 13% |
| To follow brands / companies | 16% | 30% | 35% | N/A | 24% | 10% | 5% | 1% | 27% | 1% | 8% |
| To get entertainment | 43% | 59% | 7% | N/A | 69% | 80% | 33% | 65% | 48% | 4% | 91% |
| Other purposes | 9% | 7% | 21% | N/A | 21% | 12% | 2% | 24% | 12% | 8% | 9% |

PX0623-081

## Purposes of using social media among Finns

[ For what purposes do Finns use the following social media? ]

| | Facebook | Instagram | LinkedIn | Periscope | Pinterest | Reddit | Snapchat | Tumblr | Twitter | WhatsApp Messenger | YouTube |
|---|---|---|---|---|---|---|---|---|---|---|---|
| To keep contact with friends and family | 80% | 61% | 6% | N/A | 3% | 3% | 85% | 8% | 13% | 97% | 3% |
| To strengthen professional network | 16% | 11% | 87% | N/A | 7% | 7% | 2% | 1% | 20% | 10% | 5% |
| To get news | 24% | 10% | 15% | N/A | 0% | 43% | 1% | 9% | 48% | 2% | 11% |
| To follow brands / companies | 27% | 40% | 29% | N/A | 20% | 8% | 5% | 13% | 35% | 1% | 12% |
| To get entertainment | 43% | 62% | 3% | N/A | 74% | 84% | 43% | 76% | 48% | 9% | 92% |
| Other purposes | 7% | 6% | 5% | N/A | 22% | 15% | 6% | 21% | 9% | 2% | 7% |

PX0623-082



AudienceProject Insights 2019      83

PX0623-083

## Up to half consider social media to be important to them

[ How important are social media to people? ]



PX0623-084

## Only a minority believes that social media has a negative impact on their lives

[ What impact do people think social media have on their life? ]



PX0623-085

PX0623-086

# ABOUT THE STUDY

## Methodology

The study is a part of AudienceProject Insights 2019. Data is collected through online surveys done in Q3 2019. The respondents have been selected from our Nordic, German, UK and US panels consisting of more than 1.5 million panelists and weighed to achieve representativity on the more than 13.000 respondents who completed the survey.

**Editor & Data**
Rune Werliin
rw@audienceproject.com
+45 60 17 77 76

**Text & Design**
Martin Kokholm
mk@audienceproject.com
+45 25 61 32 19

**Contact**
hello@audienceproject.com

**Website**
www.audienceproject.com

**Twitter**
@Audience_P
#apinsights2019

**About AudienceProject**

AudienceProject is a technology-based market research company founded in Denmark and operational worldwide that helps publishers, agencies and advertisers identify, build, reach and measure audiences.

AudienceProject empowers publishers, agencies and advertisers to collect and activate their own audience data, so they can create unique data offerings and show advertisers the true value of omnichannel marketing.

PX0623-087



PX0623-088

# PX0627

## Contact

www.linkedin.com/in/ashish-b
(LinkedIn)
ashishb.net (Blog)

## Top Skills

Kubernetes
PostgreSQL
Android

## Languages

Hindi (Native or Bilingual)
English (Native or Bilingual)
Spanish (Elementary)
Punjabi (Native or Bilingual)

## Honors-Awards

Certificate of Merit for Academic
Excellence
CBSE AIEE scholarship
Runner up - IIT Kanpur Golden
Jubilee 10 K race
Certificate of Excellence
Peer bonus(x4)

## Patents

Detecting pirated applications
Automated generation of
suggestions for personalized
reactions in a social network
Automated generation of
suggestions for personalized
reactions in a social network
Methods and systems for handling
recovery messages

# Ashish Bhatia

Software Engineer (ex-WhatsApp, ex-Google) || Technical Advisory
Board Member (4 startups)
San Francisco Bay Area

## Summary

Ashish is a technical leader with hands-on experience in building
software (backend, frontend, mobile apps, cryptocurrencies).  His
open-source work can be seen at https://github.com/ashishb.

Ashish has worked as the CTO of Center (NFT APIs-as-a-service)
and Software Engineer at Celo (in cryptocurrencies), Facebook
& WhatsApp (Android), and as a founding engineer on Google's
Android app scanning product, called Google Bouncer (backend
engineering). Ashish was a part of the Morta Security team that was
acquired by Palo Alto Networks.

Ashish currently holds technical advisory roles at multiple startups,
including Outdefine, Hood, Elucidate, and Stylework. He is an
investor in 40+ startups with 9 exits. More of his technology work and
blog posts can be seen at https://ashishb.net/about

———

## Experience

**Various Startups**
10 years 2 months

Technical Advisor (Advisory board member)
March 2019 - Present (5 years 3 months)
San Francisco Bay Area

Active roles
1. Outdefine – Decentralized platform for finding engineering talent
2. Woddle Baby - AI-powered smart baby change pad
3. Hood – pseudonymous social network
4. Stylework – Tech startup that aggregates coworking spaces across India

Past roles
1. Joveo – programmatic job advertisement platform
2. Replai – video highlight generator

PX0627-001

3. Delightree – Tech backend for physical businesses like restaurants and retail chains

4. Elucidate – Financial crime rating, risk, and compliance

5. Upview - growth and monetization for video creators

## Angel Investor
April 2014 - Present (10 years 2 months)
San Francisco Bay Area

Invested in several startups of which Cirrosecure, Authy, Minjar, MakeLeaps, Strikedeck, Verbling, and IntelliVision have been acquired

More info: https://angel.co/ashishb

## Center Pixel, Inc
CTO
2022 - 2023 (1 year)
San Francisco Bay Area

- Hands-on CTO for Center Pixel (center.dev & center.app)
- Organize and index every NFT on every chain
- Engineering stack: Go, GraphQL, gRPC, Redis, Postgres, Python, Typescript, and ReactJS
- Deployment stack: Docker, GitHub Actions, Google Cloud, and Kubernetes.
- Built and deployed NFT indexers to index 13 major blockchains including Ethereum, Polygon, and Solana
- Built and deployed Center's API backend https://api.center.dev. Its usage is documented at https://docs.center.dev
- Built and deployed Center's GraphQL backend that powers https://center.app
- Led a small team of a senior backend engineer, a frontend engineer, and an engineering intern
Demo here: https://docs.center.dev/

## Celo
Software Engineer
August 2018 - October 2019 (1 year 3 months)
San Francisco Bay Area

I worked on various parts of the stack ranging from the core blockchain (a fork of go-etherum), Typescript-based SDK, and the mobile app.

Mobile
- Build an infura-like web3-signing based setup for the low connectivity conditions

PX0627-002

- Create a React native library to use Android Keystore to store private key encryption password securely https://github.com/celo-org/react-native-confirm-device-credentials

- Implement custom setup for properly catching Golang crashes
- Implement monitoring of running node and workarounds to prevent chain data corruption
from pausing the sync
- Implement error logging and reporting for customer support

Blockchain (Ethereum-based)
- Build an IBFT-compatible ultralight sync mode for running the Ethereum node on Android
- Add ability to pay gas fees in non-native currencies like Celo Dollar

Backend Infrastructure
- Build "celotool," an all-encompassing tool for fast deployment of Celo's Etherum-based testnet on Google Cloud
- Build Docker images for internal production deployments as well as for the external users

Operations
- Add end-to-end tests to perform the testing of the full-stack to reduce bugs at the interface
- Implement custom multi-repository tests on Circle CI for end-to-end testing
- Add incremental testing to speed up the testing of PRs in a mono-repository setup
- Deploy mergify and then bulldozer for auto merging PRs

WhatsApp Inc.
Software Engineer
March 2014 - August 2018 (4 years 6 months)
San Francisco Bay Area

Build Android for emerging markets.

1. WhatsApp Android app - Designed and integrated Google Drive backup of user content which is being used by 40% of all users. My work was presented at Google I/O 2016.
2. WhatsApp Android app - Built an on-device SQLite repair mechanism to recover user messages which has a success rate of 99%.

PX0627-003

3. Messenger Lite (100M+ installs) - Developed several Android infrastructure components including disk-based network caching layer, crash reporting, push service integration, and performance logging.

4. FBLearner - Implemented FBLearner's Machine Learning API on Android to fetch &train Machine learning models and perform offline as well as online predictions.

5. Instagram Lite - worked on the first version of Instagram Lite. Emerging markets-focused Android app launched in Mexico.

## Palo Alto Networks
### Senior Staff Software Engineer (Morta Security - acquired by Palo Alto Networks)
July 2013 - March 2014 (9 months)
San Francisco Bay Area

Part of the 10 members team acquired by Palo Alto Networks. Morta Security was a startup that developed a new paradigm to counter advanced network threats.

- Created a stable, reliable, and high-performance network-based APT infection detection system, capable of finding Zeus, ZeroAccess, et. al.
- Developed a server-side platform for automation of monitoring, updating, and secure log extraction of client's logs and log analysis looking for malware signals

## Google
### Software Engineer
October 2010 - July 2013 (2 years 10 months)
San Francisco Bay Area

Worked on the Google Safe Browsing team on various aspects of computer security.

- Founding engineer on the Android app scanning product, called Google Bouncer for Google Play.

-Built a virtualized environment for executing Android apps - security-hardened, feature-rich environment for running apps on Google's cloud infrastructure - part of "Google Bouncer" [http://googlemobile.blogspot.com/2012/02/android-and-security.html]

PX0627-004

- Working closely with the incident response team working on malicious apps reported in Google Play and implementing regressions for preventing them from happening in the future. This involved reverse engineering of Android apps.

- Machine Learning for detecting malicious and spammy apps

- Making Safe browsing malware list generation faster
Since the distribution domains are now being rotated at a much faster pace than earlier.
"The median lifespan of malware-distributing domains decreased from one month in 2007 to a mere two hours by 2010." [http://googleonlinesecurity.blogspot.com/2011/08/four-years-of-web-malware.html]

- A couple of security code audits of Android libraries (owned by Google) before they were released publicly.

Intellecap
Intern
August 2010 - September 2010 (2 months)

Worked as a software engineer on MOSTFIT, a micro finance information management tool.
Designed and developed Business Rules Engine (frontend + backend).
Backend implementation was done in Ruby. Frontend was developed in Javascript(using jQuery framework)
MOSTFIT is open source project available at http://mostfit.in/

Indian Institute of Technology, Kanpur
Webmaster - EE department
January 2010 - May 2010 (5 months)

Indian Institute of Technology, Kanpur
Teaching Assistant – Digital Electronics and Microprocessors
August 2009 - November 2009 (4 months)

Assisted course instructor in overhauling the course by introducing SPICE and Verilog
Prepared and gave lectures on SPICE and Verilog to batch of 90 students.

Indian Institute of Technology, Kanpur
2 months

PX0627-005

Instructor – ACA Summer Course on C++ and Web Programming
May 2009 - June 2009 (2 months)

Designed syllabus for first ACA summer course on C++ and Web
Programming in a organization team of ten instructors (I was one of the two
non-Computer Science majors).
Taught 12 lectures on C++ in the course.
I used blackboard for almost all lectures, the slides were made only for two
lectures.

Instructor – EE Summer Camp 2009
May 2009 - June 2009 (2 months)
Kanpur Area, India

Revitalized EE Summer Camp (in a team of 12 students) which was held after
a gap of 2 years
Taught Computer Networks, Digital Design and Verilog in the same.

Google
Intern
May 2008 - July 2008 (3 months)

Worked on Memory testing algorithm in assembly to test DIMM. Project open-
sourced and available at http://code.google.com/p/stressapptest/

KritiKal Solutions
Intern
December 2007 - December 2007 (1 month)

KritiKal Solutions
Intern
May 2007 - July 2007 (3 months)

Design and implemented Quality-of-service features in in-house [network]
router platform being developed.

———

## Education

Indian Institute of Technology, Kanpur
Dual Degree(Bachelor+Master of Technology), Electrical
Engineering · (2005 - 2010)

Stanford University
Non-degree SCPD student, Computer Science · (2012)

PX0627-006



PX0627-007

# PX0628

## Contact

www.linkedin.com/in/aydins
(LinkedIn)
www.felicis.com (Company)
www.felicis.com/blog/ (Blog)
www.felicis.com/portfolio-featured/
(Portfolio)

## Top Skills

Start-ups
Entrepreneurship
Venture Capital

## Languages

French (Limited Working)
Portuguese (Elementary)
English (Native or Bilingual)
Turkish (Native or Bilingual)
German (Professional Working)

## Honors-Awards

Forbes Midas List - 2014
Forbes Midas List - 2015
Forbes Midas List - 2016
NY Times World's Top 20 VCs - 2016
NY Times World's Top 20 VCs - 2017

## Publications

Loan Prepayment Modeling (Co-author)

# Aydin Senkut

Founder @ Felicis | Active Investor | 9 IPOs on investments | 10x Forbes Midas | 4x NY Times Top 20 VC | Wharton Graduate Board | Semper Porro
San Francisco Bay Area

## Summary

Aydin is the Founder and Managing Partner of Felicis Ventures. An original "super-angel" investor, he was named to Forbes' Midas Lists, 10 years in a row 2014-2023. He was also named among the New York Times' Top 20 Venture Capital investors in 2016, 2017, 2018 & 2019. Aydin is well-known as an early backer of a number of iconic companies including Adyen, Shopify, Pluralsight, Credit Karma, Fitbit, Rovio, Meraki, Guardant Health and Soundhound. He was the first Product Manager at Google before starting Felicis Ventures.

More recent focus areas include HR, security, longevity, mental health & AI powered vertical solutions.

He's an avid pilot, skier and tennis player.

Specialties: Angel Investing, Early Stage Funding Syndication, Product Management, International Sales & Business Development, Venture Capital, Strategy

———

## Experience

**poolside**
Investor (Lead - Series A)
August 2023 - Present (10 months)
San Francisco Bay Area

**Felicis**
Founder and Managing Partner
December 2005 - Present (18 years 6 months)
Felicis Ventures is a leading boutique venture fund investing iconic companies reinventing core markets and creating frontier ones.

**Semgrep**

PX0628-001

Investor & Board Observer
April 2021 - Present (3 years 2 months)
San Francisco Bay Area

Runway
Investor @ Board Observer
December 2022 - Present (1 year 6 months)

Notion
Investor
April 2013 - Present (11 years 2 months)

Guideline
Investor and Board Member
July 2017 - Present (6 years 11 months)
San Mateo

Dedrone
7 years 4 months

Investor (Ser B lead) & Board Member
February 2017 - Present (7 years 4 months)

Investor and Board Member
February 2017 - Present (7 years 4 months)
San Francisco Bay Area

Supabase
Investor & Board Observer
April 2022 - Present (2 years 2 months)

Tines
Investor & Board Observer
August 2022 - Present (1 year 10 months)

n8n
Investor & Board Member
July 2021 - Present (2 years 11 months)

Voiceflow
Investor & Board Member
June 2021 - Present (3 years)

PX0628-002

Adyen
Investor
2013 - Present (11 years)

Shopify
Investor
2010 - Present (14 years)

Diffbot
Investor & Board Observer
December 2015 - Present (8 years 6 months)
Palo Alto, California

Vicarious.com
Early Investor & Board Observer
2010 - April 2022 (12 years)

Rovio Entertainment Ltd.
Investor
March 2011 - December 2017 (6 years 10 months)

Google, Inc.
6 years

Senior Manager, Websearch & Syndication
June 2001 - October 2005 (4 years 5 months)

Responsible for Asia Pacific Syndication Sales and Account Management

Sales Manager, Strategic Accounts
July 2000 - June 2001 (1 year)

Responsible for International Business Development

Product Manager
November 1999 - June 2000 (8 months)

Launched Google's first 10 international sites

Completed first product plan for all licensing products

Negotiated key outsourcing contracts for Google#s translation service and first
safesearch filter.

Closed Google#s first wireless search contract with Omnisky

Silicon Graphics, Inc.

PX0628-003

3 years 5 months

**Product Manager**
December 1997 - November 1999 (2 years)

Responsible for all product marketing, business development, public relations, and strategic development with respect to MineSet, Silicon Graphics# flagship data mining and visualization solution

Winner, Western Area Field Excellence Award

**Business Development Manager**
July 1996 - November 1997 (1 year 5 months)

Responsible for strategic alliances with key system integrators and application vendors in the electronic commerce and data mining areas focusing on the financial services market

———

## Education

**University of Pennsylvania / SAIS**
MA, International Studies, Portuguese · (May 1994 - June 1996)

**The Wharton School**
MBA, Marketing · (1994 - 1996)

**Boston University**
BS, Business Administration, Finance · (1988 - 1992)

**Deutsche Schule Istanbul / Alman Lisesi**
High School Diploma  · (August 1980 - June 1988)

PX0628-004

# PX0629

Economic Graph  ☰

# Data for Impact
A Partnership for Economic Opportunity

# Data for Impact
A Partnership for Economic Opportunity

# About Data for Impact

Workforce data and research
Partnership program
Blog
Research Institute
About

Follow

Economic Graph

≡

The data we make available to partners for research and development purposes comes from LinkedIn's Economic Graph — a real-time, granular representation of the global economy composed of the activity of more than 1 billion professionals. Because protecting our members' privacy is our first priority, our data menu contains only anonymized, aggregated datasets that meet strict data quality thresholds, and have been validated by public partners.



While LinkedIn's Economic Graph is expansive and growing, we know it is not yet representative of the full global workforce. Therefore, we encourage partners to use our data to supplement, never replace, existing data sources. Moreover, we work with government and multilateral partners to test and validate our data (see examples from the World Bank, the European Central Bank, and German Statistical Authority Destatis).

Workforce data and research
Partnership program
Blog
Research Institute
About

Follow

PX0629-002

Economic Graph                                                          

Learn more ⌄

---

## Our process

We currently prioritize proposals from governments, multilaterals organizations, as well as data requests under EU DSA Art 40(12). If you seek data related to your organization's workforce or hiring decisions, find out how **LinkedIn Talent Insights** can help here. If you seek data for another purpose, we encourage you to review **our research** for insights relevant to your work.

**Governments**

---

Learn more ⌄

---

## Partner organizations



**Workforce data and research**
**Partnership program**
**Blog**
**Research Institute**
**About**

**Follow**

PX0629-003

Economic Graph







Workforce data and research

Partnership program

Blog

Research Institute

About

Follow

Economic Graph ☰







Workforce data and research
Partnership program
Blog
Research Institute
About

Follow

PX0629-005

 Economic Graph



# Follow the Economic Graph team on LinkedIn

Discover our latest content and never miss a report.

Follow          **Subscribe to our newsletter**

# Follow the Economic Graph team on LinkedIn

Discover our latest content and never miss a report.

Follow          **Subscribe to our newsletter**

# Follow the Economic Graph team on LinkedIn

Discover our latest content and never miss a report.

**Subscribe to our newsletter**          Follow

About

Cookie Policy

Privacy Policy

Your California Privacy Choices

User Agreement

Accessibility

**Linked** in © LinkedIn Corporation 2024

# PX0630

**Harvard Business Review**

**Analytics And Data Science**

# The Next Great Digital Advantage

by Vijay Govindarajan and Venkat Venkatraman

From the Magazine (May–June 2022)



Artem Matyushkin

**Summary.**   We've all seen the signs in front of McDonald's announcing "Over X
Billion Served" and have watched the number rise over the years. But tracking how
many burgers are sold every day, month, or year is a relic of the past. Today ask: Do
we know where each consumer buys her burgers? At what time? What does she

PX0630-001

**Of the 4,000 products Amazon** sells every minute, approximately 50% are presented to customers by its personalized recommendation engine. When you visit the site, its algorithms select an assortment of products from about 353 million items and arrange them for you according to what they predict you will want at that precise moment. These recommendations are powered by Amazon's ever-evolving purchase graph, which is a digital representation of real-world "entities"—anything about which it stores information, such as customers, products, purchases, events, and places—and the relationships and interrelationships among them. Amazon's purchase graph connects purchase history with browsing data on the site, viewing data on Prime Video, listening data on Amazon Music, and data from Alexa-enabled devices. Its algorithms use collaborative filtering—incorporating factors such as diversity (how dissimilar the recommended items are); serendipity (how surprising they are); and novelty (how new they are)—to generate some of the most sophisticated recommendations on the planet. Thanks to its rich data and industry-leading personalization, Amazon now owns 40% of the U.S. e-commerce market; its closest rival, Walmart, has a market share of only 7%.

A version of this article appeared in the May–June 2022 issue of *Harvard Business Review.*

**Vijay Govindarajan** is the Coxe Distinguished Professor at Dartmouth College's Tuck School of Business, an executive fellow at Harvard Business School, and faculty partner at the Silicon Valley incubator Mach 49. He is a New York Times and Wall Street Journal bestselling author. His latest book is *Fusion Strategy: How Real-Time Data and AI Will Power the Industrial Future* . His Harvard Business Review articles "Engineering Reverse Innovations" and "Stop the Innovation Wars" won McKinsey Awards for best article

published in HBR. His HBR articles "How GE Is Disrupting Itself" and "The CEO's Role in Business Model Reinvention" are HBR all-time top-50 bestsellers. Follow him on LinkedIn.

𝕏  @vgovindarajan

**Venkat Venkatraman** is the David J. McGrath Professor at Boston University's Questrom School of Business, where he is a member of both the information systems and strategy and innovation departments. His current research focuses on how companies develop winning digital strategies. His latest book is *Fusion Strategy: How Real-Time Data and AI Will Power the Industrial Future.*  Follow him on LinkedIn.

𝕏  @NVenkatraman

PX0630-003

# PX0631

   How can we help?                                                                🔍

# Connecting With Other Members – Best Practices

Last updated: 2 years ago

LinkedIn is built on the foundation of people connecting to other professionals they know and trust. We want you to build a valuable network and make meaningful connections that will have a positive impact on your career. To get the most out of LinkedIn and your network, we require members to connect to others who they trust enough with their personal contact information. In addition to your email address, your connections can view your employment history, your recommendations and endorsements, and see your network updates that include Top Voices and Groups you're following. By connecting to only those who you know and trust, you'll better ensure you're protecting your employment information and sharing it with people who will find it relevant. We'd like to share some tips for inviting others to join your network. Utilizing these tips can significantly decrease the chances of your invitations being declined:

- Add a personal note to your invitations to help jog the recipient's memory. Briefly explain how you know them and why you'd like to add them to your network.

**Note:** The personal note option isn't available when you import your address book or add email addresses from the Add Connections feature.

- Making sure you have an updated profile photo is a great way to help someone identify you.

- You always have the ability to **withdraw any invitations** if you believe that particular people are likely to respond as not knowing who you are.

**Invitation Restrictions**

LinkedIn has policies in place to stop behavior that other people may find abusive. If you're required to enter an email address before sending an invitation, we've determined that your account is in violation of our User Agreement when sending invitations. The most common reason for an invitation restriction is sending too many invitations to people you don't know or sending too many in a short period of time. We may lift the restriction automatically if we deem your account to be no longer suspicious or abusive. However, if you receive further invitation restrictions after your first time, your account may be **permanently** required to enter the recipient's email address for all future invitations.

Tips to prevent restrictions:

- Only invite people that you personally know and who know you.

- Only invite those you'd recommend to others.

PX0631-001

- Personalize your invitation message. Be sure to explain how you know them or why you want to connect.

- Add a current picture of yourself to your profile so people recognize you.

- Use an InMail if you don't know someone's email address.

- Use the Ignore button for invitations from someone you know but choose not to connect with.

- Only use the **I Don't Know** option when you truly don't know the member.

---

## Was this answer helpful?

Yes      No

---

**Linked** in

**Contact us**

English (English)

About     Transparency Center     Privacy and Terms ▼     LinkedIn Corporation © 2024

PX0631-002

# PX0632

 **in**   How can we help?                                                      🔍

# Build your professional network

Last updated: 1 year ago

---

Your professional network is essentially a professional directory specific to each LinkedIn member, made up of the number of professionals they personally know. You can begin building your professional network by connecting with professional contacts that you know and trust.

**Note**: To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections.

To start building your network, consider these tools:

- **Invitations:** You can send an invitation to a LinkedIn member to ask them to join your network. If they accept your invitation, they'll become a 1st-degree connection. **Note:** You may need to enter an email address to send invitations.

- **InMail Messages:** InMail messages is a premium feature, and it allows you to directly message another LinkedIn member that you're not connected to. If you have a Basic (free) account, then you can only directly message LinkedIn members that you're connected to.

- **Follow**: Following someone on LinkedIn allows you to see the person's posts and articles on your homepage without being connected to them.

**Related tasks**

- **Various ways to connect with people on LinkedIn**

- **Send an InMail Message**

**Learn more**

- **Find people you know on LinkedIn**

- **Use Follow and Connect on LinkedIn**

- **Network size limit**

Was this answer helpful?

| Yes | No |
|-----|-----|

**Tagged in**

Networking    Connections

## Related articles

📄 InMail message credits and renewal process

📄 People Also Viewed feature

📄 View your connections

---

**Linked**in

**Contact us**

English (English)

About        Transparency Center        Privacy and Terms ▼        LinkedIn Corporation © 2024

# PX0633

 How can we help?                                                              🔍

# Various ways to connect with people on LinkedIn

Last updated: 2 years ago

---

Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation.

First-degree connections are given access to any information you've displayed on your profile. To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections.

There are several ways to connect with people on LinkedIn:

- **Member's profile** - Click or tap the Connect button on their profile page.

- **Search results page** - Click Connect to the right of the member's information.

- **Grow Your Network page** - Import contacts using their email address.

- **My Network page** - Accept pending invitations.

- **People you may know** - Click or tap the Connect button below the member's name.

- **Leverage Connections** - Ask a mutual connection to help you connect. Send a message to your existing network asking who can help you connect to a 2nd-degree connection.

**Notes:**

- Your LinkedIn account may be temporarily restricted from sending invitations if members report invites as spam.

- You will be asked **How do you know [member name]?** when you send a connection request. And if you select the option, **We don't know each other**, you'll be prompted to send them a message first, to establish a relationship. This could even mean sending them an InMail message based on their messaging settings.

Learn more

- [Personalizing your invitation](#)

- [Your network and degrees of connection](#)

- [Building your professional network](#)

PX0633-001

- [Share a member's profile with connections and coworkers](#)

---

## Was this answer helpful?

[ Yes ] [ No ]

## Tagged in

[ Invitations ] [ Basics ] [ Connections ] [ Networking ]

## Related articles

📄 [Difference between free LinkedIn and Premium LinkedIn accounts](#)

📄 [InMail message credits and renewal process](#)

📄 [Differences between InMail Messages and personalized invitations](#)

---

**Linked** in

**Contact us**

English (English)

About     Transparency Center     Privacy and Terms ▼     LinkedIn Corporation © 2024

PX0633-002

# PX0634

 How can we help?                                                          🔍

# Edit your profile

Last updated: 1 year ago

You can edit individual sections of your LinkedIn profile to best reflect your professional experience.

**Important to know**
Currently, not all sections are editable on mobile browser. You can only edit the photo, name, headline, location, summary, experience, education, skills, accomplishments, and contact sections.

**Desktop**    Mobile    Mobile Browser

To edit sections on your profile:

1   Click the 👤 **Me** icon at the top of your LinkedIn homepage, then click **View Profile**.

2   Click the ✏️ **Edit** icon to the right of the section you'd like to make changes to.

3   Make changes in the fields provided.

4   Click **Save**.

**Learn more**

- Accept or dismiss recommendations

- Display order of skills

- Share profile updates with your network

- How Do I Create a Good LinkedIn Profile?

Was this answer helpful?

[ Yes ]    [ No ]

## Tagged in

Your Profile     Basics

## Related articles

📄 Difference between free LinkedIn and Premium LinkedIn accounts

📄 Add or remove a custom button from your profile

📄 Manage your Open Profile settings as a Premium subscriber

---

**Linked**in

Contact us

English (English)

About     Transparency Center     Privacy and Terms ▼     LinkedIn Corporation © 2024

PX0634-002

# PX0635

 How can we help?                                                 🔍

# Your Profile level meter

Last updated: 10 months ago

---

**Important to know**
Once all the recommended sections are added, you'll receive an All-star profile rating, and the profile level meter will no longer be displayed on your profile.

The profile level meter shows you how complete your profile is. The completeness level of your profile will increase as you add more suggested sections. This helps improve the discoverability of your profile in search results, and to increase profile search appearances.

Your profile level is only visible to you. The profile level meter is displayed on both desktop and the LinkedIn mobile app.

All members start off as a **Beginner,** and upon completion of four sections will advance to **Intermediate,** thereafter on adding the remaining recommended sections (a total of seven) will achieve an **All-star** profile.

After starting off as a Beginner, you can add the following recommended sections to achieve an All-star profile:

- Profile Photo
- Location
- Industry
- Education
- Position
- Skills
- Summary

**Desktop**     Mobile

---

To view your Profile level meter:

1   Click the 🔘 **Me** icon at the top of your LinkedIn homepage.

2   Select **View Profile**.

3   Your Profile level will be displayed under the **Suggested for you** section.

PX0635-001

4     Follow the prompts below the meter to move to the next level by adding recommended sections to your profile.

**Related tasks**

-    **Add sections to your profile**

Was this answer helpful?

[ Yes ]   [ No ]

**Tagged in**

( Basics ) ( Your Profile )

## Related articles

📄 Difference between free LinkedIn and Premium LinkedIn accounts

📄 Add or remove a custom button from your profile

📄 Manage your Open Profile settings as a Premium subscriber

**Linked**in

**Contact us**

English (English)

About    Transparency Center    Privacy and Terms ▼    LinkedIn Corporation © 2024

PX0635-002

# PX0636

 How can we help?                                                      Q

# Use LinkedIn reactions

Last updated: 2 months ago

---

LinkedIn reactions are a set of expressions that offer members a way to more easily participate in conversations and communicate with their network.

**Important**: This feature isn't currently available for mobile users in China.

To react to a post or a comment, from a mobile device, tap and hold the 👍 **Like** icon. If you're using a desktop, move your cursor over the 👍 **Like** icon to select your reaction to a post or a comment.

Check out the reactions you can use:



**Celebrate** – Expresses that you're celebrating an announcement, congratulating a personal or professional milestone, or praising an accomplishment. For example:

- Welcoming a new team member.

- Securing a speaking opportunity, getting promoted, or landing a new job.

- Completing a successful project launch on time or fun team offsite to end a strong quarter.

**Support** – Expresses that you empathize with someone's experience or support them during a challenging time. For example:

- Demonstrating you're there for a connection who was vulnerable about their journey in finding a new job.

- Encouraging a coworker who is finding work from home difficult to manage.

PX0636-001

**Love** – Expresses that the post is heartwarming, resonates with you, or makes you feel an overall sense of appreciation or happiness. For example:

- When your child visits you at work and thinks you have the greatest job in the world.

- Posts about the importance of work-life balance.

- Witnessing a colleague achieve a goal.

- Thanking your past mentors who helped you get to where you are today.

**Insightful** – Expresses that you thought the post made a great point, offered a new idea, or shared helpful insights or advice. For example:

- When your company encourages you to take a day off each month to work on a project that you're passionate about.

- Posts about tips and tricks.

**Funny** – Expresses that the post made you laugh, felt humorous, or offered light-hearted fun in a professional context.

For example:

- Laughing along with a coworker who shared a funny virtual meeting mistake while working from home.

- Sharing an inside joke relevant to your role or industry.

- Heartwarming humor that shows vulnerability.

**Learn more**

- **Like, unlike, and react to posts or comments**



Was this answer helpful?

Yes    No

**Tagged in**

Post

**Related articles**

📄 LinkedIn Newsletter access criteria

PX0636-002

📄 Post analytics for your content

📄 LinkedIn Newsletters

---

**Linked** in

Contact us

English (English)

About      Transparency Center      Privacy and Terms ▼      LinkedIn Corporation © 2024

PX0636-003

# PX0637



Facebook Business     |     September 12, 2017

# Introducing the Updated Ads Manager

We're combining the best of Power Editor and Ads Manager into one powerful new tool

We're always looking for ways to make advertising on Facebook easier for businesses, which is why we're combining the powerful ad creation and editing features of Power Editor with the ease of use and familiarity advertisers love in Ads Manager, all in one tool. Starting later this week, advertisers will begin to see an updated Ads Manager interface where they previously found Ads Manager or Power Editor. The updated Ads Manager interface is designed to feel familiar without sacrificing any capabilities advertisers enjoyed from the old Power Editor or Ads Manager.

### Creation flows that work best for each advertiser

We are committed to supporting users who preferred Power Editor's quick creation[1] as well as those who liked Ads Manager's guided creation,[2] which is why in the updated Ads Manager, people will automatically be opted in to the workflow they used in the past. And everyone will have the option to change their preferred workflow at anytime using a button in the top right of the ad creation window.

### Working with drafts

Automatic drafts were a popular element of Power Editor, so we made sure to bring draft features to the updated Ads Manager. While advertisers build campaigns, ad sets and ads, their work will be automatically saved on Facebook's servers as a draft. Drafts provide the flexibility to set up ad components and publish them at a later date. However, advertisers will now need to review and publish their changes. If an advertiser leaves the updated Ads Manager with unreviewed changes, a reminder will appear inviting them to review and publish their changes.

### A single source for reports

The updated Ads Manager combines the comprehensive charts and activity history of Power Editor with the breakdowns, summary rows, date benchmarks, exported insights reports and the ability to customize columns from Ads Manager. Now advertisers can create, manage and view results in one easy to use interface.

By focusing our efforts on improving a single platform, we hope to bring greater efficiency to our advertisers. The updated Ads Manager will continue to evolve as we release more improvements.

For more information about the updated Ads Manager, visit the Advertiser Help Center.

*February 27, 2018 Update: The updated Ads Manager is now available to all advertisers.*

Tags



Was this page helpful?
Yes   No

## Related Content

Facebook Ads Manager: Ads Management for Facebook, Instagram →

Meta Business Help Centre: Help, Support & Troubleshooting →

Meta ads – Reach customers online with ads on Facebook, Instagram, Messenger and WhatsApp →

Facebook Ads Ecosystem: Data Privacy & More →

Meta Blueprint: Free online training for advertising on Facebook →

Meta Business Suite: Manage Facebook and Instagram in one place →



Every connection is an opportunity.
It's Your World.

∞ Meta

**Meta Technologies**
Facebook
Instagram
Messenger
WhatsApp
Audience Network
Meta Quest ↗
Workplace ↗
Meta for Work ↗

**Tools**
Free Tools
Facebook Pages
Instagram Profiles
Stories
Shops
Meta Business Suite
Facebook Ads
Messenger Ads
Instagram Ads
Video Ads
Ads Manager

**Goals**
Set Up a Facebook Page
Build Brand Awareness
Promote Your Local Business
Grow Online Sales
Promote Your App
Generate Leads
Measure and Optimize Ads
Retarget Existing Customers
View All Goals

**Business Types**
Small Business
Large Business
Agency
Media and Publisher ↗
Creator ↗
Developer ↗
Startup ↗
Business Partner

**Industries**
Automotive
B2B
Consumer Packaged Goods
Ecommerce
Education
Entertainment and Media
Financial Services
Gaming
Real Estate
Restaurants
Retail
Technology and Telecom
Travel

**Inspiration**
Meta Foresight
Campaign Guidance
Business News
Case Studies
Video
Events
Creative Hub

**Skills and Training**
Online Learning
Certification Programs
Webinars

**Guides and Resources**
Ads Guide
Safety and Integrity
Business Equity
Find a Business Partner
Sitemap

**Business Help Center**
Create and Manage Accounts
Publish and Distribute Content
Advertise
Sell on Facebook and Instagram
Monetize Your Content or App
View All Articles

© 2024 Meta

About
Developers
Careers
Privacy
Cookies
Terms
Help Center

English (US)
Português (Brasil)
Deutsch
日本語
한국어
中文(简体)
More languages ›

PX0637-002

# PX0638

 **Help center(/)**
*(http:*

Log in                

Search for help

# About Nextdoor Connections

Nextdoor Connections is a new feature that allows neighbors to form "connections" on Nextdoor with neighbors they know (or want to know) better. Once two neighbors connect on Nextdoor, they will see each others' messages highlighted in the newsfeed and in notifications. In addition, neighbors who are connected can view each other's connections, see who they know in common, and @mention or "tag" each other in messages. Below is a list of frequently asked questions about this new feature.



### FAQ

1. [How do I connect with a neighbor?](#)
2. [How do I accept a connection request?](#)
3. [What if I don't want to connect with a neighbor who has sent me a connection request?](#)
4. [Will a neighbor be notified if I block or ignore their connection request to me?](#)
5. [Is there a way to NOT be findable on Nextdoor in search or NOT be included in Neighbors you may know?](#)
6. [What is Neighbors You May Know?](#)
7. [Will Neighbors be able to see my home address if I accept their Connection request?](#)
8. [Can Neighbors that I've blocked send me a Connection request?](#)
9. [Can Neighbors I've muted send me a Connection request?](#)
10. [How is connecting on Nextdoor different than other social media sites?](#)
11. [How do I remove a connection?](#)

### 1. How do I connect with a neighbor?

1. Navigate to a neighbor's profile by clicking on their name or profile image.
2. Click the **Connect** button.

That's it. Of course, your neighbor will need to accept your connection request before you are actually connected.

> **QUICK TIP**
> You can also connect with neighbors through the "Neighbors you may know" feature. More on that feature below.

### 2. How do I accept a connection request?

1. From your [profile page (https://nextdoor.com/profile)](https://nextdoor.com/profile), click the **Requests** link which will bring you to the [Pending Connections (https://nextdoor.com/profile/connections?tab=pending)](https://nextdoor.com/profile/connections?tab=pending) page.
2. Click **Accept** to become connected to a neighbor.

### 3. What if I don't want to connect with a neighbor who has sent me a connection request?
If you don't want to connect with a neighbor who sent you a request, you have two choices:

1. Click on the three dot menu and choose **Ignore request**.
2. Click on the three dot menu and choose **Block**. *(This leaves the request in pending and won't alert the neighbor that you've blocked them.)*

We'd like your feedback   ∧

PX0638-001

**PLEASE NOTE**

Blocking a neighbor prevents them from direct messaging you or sending further connection requests. To unblock a profile, you can visit their profile and click Unblock.

If you click Ignore, their request will be seen as pending on their end but no longer visible on yours. You can visit their profile and click Accept Connection if you accidentally clicked Ignore.

### 4. Will a neighbor be notified if I block or ignore their connection request to me?

No. We do not notify neighbors when their requests to connect are blocked or ignored.

### 5. What is Neighbors You May Know?

Neighbors You May Know (NYMK) is a feature that suggests neighbors you may know in real life and want to connect with on Nextdoor. NYMK suggestions can be based on a range of possible factors that include having someone in your contact list (or you appearing in theirs), having a shared connection, being members of the same group, or interacting with someone on Nextdoor.

A link to the Neighbors You May Know page (https://nextdoor.com/profile/connections/suggestions) can be found on the Connections Page (https://nextdoor.com/profile/connections?tab=connections) on your profile. Just click Connect to send a request to connect to a neighbor.

### 6. Is there a way to NOT be findable on Nextdoor in search or NOT be included in Neighbors you may know?

Yes. You have control of your privacy and information. Navigate to the Privacy tab in Settings (https://nextdoor.com/settings/privacy/). Under the Discoverability options, choose Do not show me in search results (or choose to limit who can discover you to your neighborhood or nearby neighborhoods).

### 7. Will Neighbors be able to see my home address if I accept their Connection request?

No, we never share your home address. Accepted Connections will be able to see your full profile which includes your full name, profile photo, location, common interests, shared connections and posts with visibility of 'Anyone' (regardless of where your connections live).

### 8. Can Neighbors that I've blocked send me a Connection request?

Neighbors cannot send Connection requests to anyone they have blocked (you'll receive notice that you'll need to unblock them first), and you will not receive Connection requests from people you have blocked. Neighbors you've blocked may send you a connection request since they don't know you've blocked them but Nextdoor will not deliver it and it won't show up in their pending requests either so the sender will not be able to tell.

### 9. Can Neighbors I've muted send me a Connection request?

Yes, Neighbors you've muted can send you a Connection request (since they don't know you've muted them), but you can reject it and they won't know.

### 10. How is connecting on Nextdoor different than other social medial sites?

On other social sites you connect with friends and family, people you know professionally, or folks with shared interests, but geography usually isn't a factor.

On Nextdoor, however, the idea is to connect with neighbors who live in your area, who you know in real life or who you may want to know better because you have shared interests or you think they have interesting things to say about your community. On Nextdoor, the purpose of the connections feature is to make your experience on Nextdoor more relevant and to build local community.

Neighbors you may want to connect with on Nextdoor include friends, fellow parents from your child's school, someone you feel has a lot in common from one of your groups, or the person in your community who has really interesting perspectives and whose posts you never want to miss.

On Nextdoor, you will get no prizes for having the most connections, but your experience will be better if you connect with the people locally who matter most to you.

### 11. How do I remove a connection?

1. Navigate to your profile and click **Manage Contact and Connections** (https://nextdoor.com/profile/connections/?init_source=profile&tab=connections) beneath your bio section

We'd like your feedback ⌃

PX0638-002

2. Select the connection you would like to remove.

3. Select the three dots icon on your connection's profile.

4. Select **Remove connection** at the bottom of the list.

**Did this article help you?**          Yes          No

Can't find what you are looking for?

Contact us (/s/authcontactus?language=en_US&article=https://help.nextdoor.com/s/article/About-Nextdoor-Connections?language=e

## Categories

**Getting started**                                                                           ⌄

**Using Nextdoor**                                                                             ⌃

      Email & notifications

      Posting & messaging

      Newsfeed

      Business & recommendations

      Safety

      Public agency

**Guidelines & policies**                                                                     ⌄

## Related articles

Nextdoor's 2023 Rewind
(/s/article/About-Nextdoor-Rewind)

About Nextdoor Experts
(/s/article/About-Nextdoor-Experts)

What is Nextdoor?
(/s/article/what-is-nextdoor)

About Nextdoor Leads
(/s/article/About-Nextdoor-Leads)

Nextdoor Loneliness Toolkit
(/s/article/Nextdoor-Loneliness-Toolkit)

**Nextdoor**
About (/about_us/)
News (/press/)
Media Assets (https://about.nextdoor.com/us-media/)
Investor Relations (https://investors.nextdoor.com/)
Blog (https://blog.nextdoor.com/)
Careers (/jobs/)
Help (/help/)

**Neighbors**
Get Started (/choose_address/)
Events (/events/calendar/)
Neighborhoods (/find-neighborhood/)
Guidelines (/neighborhood_guidelines/#guidelines)
2023 Neighborhood Faves (/favorites)
Anti-Racism Resources (https://about.nextdoor.com/anti-racism/)
Crisis Hub (https://about.nextdoor.com/us/crisis-hub/)

**Business and Organizations**
Small Business (https://business.nextdoor.com/en-us/small-business)
Brands & Agencies (https://business.nextdoor.com/enterprise)
Public Agency (https://business.nextdoor.com/en-us/public-agency)
Business on Nextdoor (/directories/)
Neighborhood Faves (https://business.nextdoor.com/en-us/small-business/neighborhood-faves)
Self-Service Ad Terms (/self-service-advertising-terms-of-service/)
For Developers (https://developer.nextdoor.com/)

**Industries**
Home & Garden (https://business.nextdoor.com/en-us/small-business/industry/home-garden)
Real Estate (https://business.nextdoor.com/en-us/small-business/industry/real-estate)
Professional Services (https://business.nextdoor.com/en-us/small-business/industry/professional-services)
Food & Entertainment (https://business.nextdoor.com/en-us/small-business/industry/food-and-beverage)
Shopping & Retail (https://business.nextdoor.com/en-us/small-business/industry/retail)

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our advertising and analytics partners. **Cookie policy (https://nextdoor.com/cookie_policy)**.

Do Not Sell or Share My Personal Data

Accept Cookies

We'd like your feedback ^

PX0638-004

# PX0639



 

Tech > Mobile

# Nextdoor Wants You to Connect With Neighbors You May Know

The social network for neighborhoods unveils new features and a new product strategy.

 **Queenie Wong**
Feb. 15, 2022 5:30 a.m. PT

3 min read  



Nextdoor says 1 in 3 households use the app in the US.

Getty Images

Nextdoor, a social media platform for neighborhoods, hasn't changed much over the past few years but that could start to shift.

On Tuesday, the company unveiled new features, including the ability for users to send requests to connect with neighbors so that posts, comments and reactions from their connections are highlighted in the app's news feed. Nextdoor users will also be able to mention their neighbors they connect with in their comments and posts. The app will recommend neighbors you may know.

Nextdoor users can greet new neighbors with reactions and virtual gifts such as cookies and flower emojis. A redesigned profile will encourage users to add a short bio, chosen pronouns and a photo of themselves.

The company is also redesigning the platform's layout so it's easier to search the app and repetitive and outdated links are removed. The revamped layout and a more relevant feed are currently being tested and will roll out globally in the coming months.

PX0639-002





Nextdoor will recommend neighbors you may know so users can request to connect with them.
Nextdoor

Nextdoor's Head of Product Kiran Prasad said in an interview the updates are part of the company's new product strategy to help neighbors and organizations build a community where they exchange valuable information, goods and services. The creation of what Nextdoor calls an "active valued community" underscores how the social network views itself differently from apps such as Facebook, Twitter and short-form video app TikTok. Apps like Facebook, Prasad said, are platforms where people come to be entertained while Nextdoor is a place where users get tasks accomplished such as finding a local electrician or a lost pet.

Still, the release of Nextdoor's latest updates also show that the social network has been slower to experiment with more dramatic changes compared to its competitors. Facebook, which renamed itself Meta, has been focusing on short-form video and building virtual worlds where people can work, play and socialize. Facebook first rolled out a tool that showed people you might know in 2008, recommendations that some users find creepy. In May, Facebook started

to test a new tool called Neighborhoods aimed at helping people get to know their neighbors and local communities, taking on Nextdoor. Social media apps such as Twitter have been releasing ways to share live audio and even showcase digital assets known as nonfungible tokens.

Prasad said that when the company is creating new products, Nextdoor looks at whether a tool aligns with the platform's purpose "to cultivate a kinder world where everyone has a neighborhood they can rely on." If a new feature does that, the company is open to exploring the idea. Nextdoor users, for example, like to chat about cooking so a video product could help people share a recipe but neighbors might also want to come together to do that activity in person, he said.

On Nextdoor, users post about a variety of topics including free items, stolen packages and coyote sightings. People have used Nextdoor during the coronavirus pandemic and natural disasters to offer their neighbors help. Like other social networks, though, the company has also dealt with racist posts, shaming and coronavirus misinformation on its platform. Prasad said that while Nextdoor wants people to talk about what's happening in the world, the social network also wants conversation to stay civil. In April, the company rolled out an anti-racism notification that encourages users to edit comments or posts that include certain phrases such as "All Lives Matter" or "Blue Lives Matter." Nextdoor also reminds users to be kind if they're about to post a potentially offensive or hurtful remark.

Founded in 2008, Nextdoor is used in 285,000 neighborhoods and 11 countries. About 33 million people log onto the platform every week.

# PX0640



PX0640-001



Explore our best features:


TRACK


CONNECT


DISCOVER



Track and analyze every aspect of your activity.

PX0640-002



## It all starts with the world's best tracking.

Strava turns every iPhone and Android into a sophisticated running and cycling computer (and we work with your GPS watches and head units, too). Start

PX0640-003

Strava before an activity and you can track your favorite performance stats, and afterwards, dive deep into your data.

 

Love your GPS device? Strava is compatible with a continually growing list of popular devices. If you can export or record your activities, you're most likely compatible with Strava. View compatible devices.



## Measure your performance.

Strava syncs with most devices - your phone, GPS watch or
head unit, heart rate monitor or power meter - and records just
about any performance metric you can imagine, plus a few
exclusive to Strava.

PX0640-005

exclusive to Strava.



PX0640-006



# Strava is the social network for athletes.

Record an activity and it goes to your Strava feed, where your friends and followers can share their own races and workouts, give kudos to great performances and leave comments on each other's activities.



PX0640-007



PX0640-008



## Hundreds of thousands of clubs – and counting.

All kinds of groups form clubs on Strava to organize activities and build communities - friends, teams, brands, gear shops and more.

## Beacon: Peace of mind for athletes and their loved ones.

Turn on Beacon and you can share your location in real time with your friend, partner, parent, coach, butler, therapist, highly intelligent dog - anyone cool enough to have your back in an emergency.



PX0640-009



11:04 am     02:43:56     76%
STARTED      TIME ACTIVE   BATTERY

PX0640-010

## Don't just track your adventure - *show it*.

Strava athletes go amazing places. You can attach as many photos and captions to an activity as you like and show your friends the story of your adventure.





PX0640-012



## Barton Hill

| 3.2 Km | 224 m | 57,326 |
|---|---|---|
| DISTANCE | ELEV GAIN | ATTEMPTS |

## Course Records

| | | Alfie Thompson | 4:59 | Apr 26, 2016 |
|---|---|---|---|---|
| | | KOM | TIME | DATE |
| | | Charlotte Rose | 5:36 | Dec 7, 2015 |
| | | QOM | TIME | DATE |

## Segments changed the game.

There are two eras of endurance sport history: before
segments, and after segments. Created by the millions of Strava
athletes, segments mark popular stretches of road or trail (like

PX0640-013

your favorite local climb) and create a leaderboard of times set
by every Strava athlete who has been there before.

# The world's largest route and trail resource.

If it's been run or ridden, it's on Strava. With millions of
athletes all over the world, Strava's road and trail
network is unmatched. If you're looking for an adventure
or want to make a route of your own, we can find you a
place to go - and you can upload that route to your
phone or GPS device for easier navigation.



PX0640-014



| Run | 6.7 Km | 156 m | 00:53:39 | | |
|-----|--------|-------|----------|---|---|
| ROUTE TYPE | DISTANCE | ELEV GAIN | EST. MOVING TIME | | |

## Use Popularity

You can use Strava to build a route of your own, or get inspired by a friend's activity and send their route to your phone or GPS device.

PX0640-015