# PX0002

## *Q2 2012 Facebook Earnings Conference Call - Final*

FD (Fair Disclosure) Wire

July 26, 2012 Thursday

Copyright 2012 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2012  CCBN, Inc.

**Length:** 11283 words

# Body

Corporate Participants

* Deborah Crawford

Facebook, Inc. - Director - IR

* Mark Zuckerberg

Facebook, Inc. - Chairman, CEO

* Sheryl Sandberg

Facebook, Inc. - COO

* David Ebersman

Facebook, Inc. - CFO

Conference Call Participants

* Spencer Wang

Credit Suisse - Analyst

* Mark Mahaney

Citigroup - Analyst

* Jason Maynard

Wells Fargo Securities - Analyst

* Doug Anmuth

JPMorgan - Analyst

* Herman Leung

SIG - Analyst

Q2 2012 Facebook Earnings Conference Call - Final

* Scott Devitt

Morgan Stanley - Analyst

* Anthony DiClemente

Barclays Capital - Analyst

* Heather Bellini

Goldman Sachs - Analyst

* Laura Martin

Needham & Company - Analyst

* Ken Sena

Evercore Partners - Analyst

* Ben Schachter

Macquarie Research Equities - Analyst

* Dan Salmon

BMO Capital Markets - Analyst

Presentation

OPERATOR: Good afternoon. My name is Mike, and I will be your conference operator today. At this time, I would like to welcome everyone to the Facebook second-quarter 2012 earnings conference call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session.

(Operator Instructions)

Ms. Crawford, you may begin your conference call.

DEBORAH CRAWFORD, DIRECTOR - IR, FACEBOOK, INC.: Thank you. Good afternoon, and welcome Facebook's first earnings conference call. Joining me today to talk about our second-quarter results are Mark Zuckerberg, CEO; Sheryl Sandberg, COO; and David Ebersman, CFO.

Before we get started, I'd like to take this opportunity to remind you that during the course of this call, we will make forward-looking statements regarding future events and the future financial performance of the Company. We caution you to consider the important risk factors that could cause actual results to differ materially from those in the forward-looking statements, in the press release, and this conference call.

These risk factors are described in our press release and are more fully detailed under the caption Risk Factors in our final prospectus filed with the SEC on May 18, 2012. Additionally, please note that the date of this conference call is July 26, 2012, and any forward-looking statements that we make today are based on assumptions as of this date. We undertake no obligation to update these statements as a result of new information or future events.

During this call, we will present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. This call is being broadcast on the Internet and is available on the Investor Relations section of the Facebook website, at Investor. FB.com. A rebroadcast of the call will be available after 6.00 PM Pacific Time today.

Q2 2012 Facebook Earnings Conference Call - Final

The earnings press release and accompanying investor presentation are also available on our website. After management's remarks, we will host a Q&A session. And now, I'd like to turn the call over to Mark.

MARK ZUCKERBERG, CHAIRMAN, CEO, FACEBOOK, INC.: Thank you, Deborah, and thanks to everyone listening for joining Facebook's first earnings call as a public Company. We appreciate having the opportunity to speak directly to all of you, and to share our perspective on how we're doing in fulfilling our mission of making the world more open and connected. Hopefully you'll come away from today's call with a clearer sense of the investments we're making to create value over the long term by making Facebook even more useful for all of the people who use our services worldwide.

We ended June with 955 million monthly active users, over half of whom used Facebook on a daily basis, and over half of whom used Facebook from mobile devices. We saw more people using our services at the end of June than at the end of March across all key countries, including 3 million more people in the US. Growing the network of people who use Facebook and expanding the social experiences available to them remains the foundation of our efforts, and the key to our future success.

I'm going to focus the rest of my comments today on our top priorities across our product areas for 2012. Specifically, mobile, platform and social ads. Let's start with mobile. Mobile is a huge opportunity for Facebook. Our goal is to connect everyone in the world, and over the next five years, we expect 4 billion or 5 billion people to have smartphones. That's more than twice as many people that have computers today. So building great services for these devices is essential for us to help people connect.

We also think that people are inherently social, and having a device with you wherever you are creates more opportunities for sharing and connecting. We're finding that people are quickly adopting our mobile services. As of the end of June, 543 million people were actively using our mobile services every month -- each month. That's 67% more people than the 325 million who were using our mobile services just a year ago.

We've also found that people who use our mobile services are more active Facebook users than people who only use our desktop services. On average, mobile users are around 20% more likely to use Facebook on any given day. Mobile not only gives us the potential to connect more people with our services, but it also gives us the ability to provide more value and a more deeply engaging experience.

We don't just want to have the most widely used mobile apps, though. We want to build the best apps, and we also want to build experiences that are as deeply integrated as possible into every device and mobile app that people use. We are investing very heavily in improving our mobile apps, primarily across iOS, Android, and the mobile web.

This involves building out world-class teams with competencies in different technical stacks, making significant investments, and improving the technical foundation of our apps, and designing new products, and integrating into these mobile systems as deeply as we can.

We made some good progress in the past quarter as we released our camera app, shipped new releases of Messenger, shipped two releases of our Android app, agreed to acquire Instagram, and worked with Apple to integrate Facebook into their upcoming release of iOS. Going forward, you should expect to see a frequency of improvements to each of these mobile experiences.

Finally, we're also beginning to demonstrate that we can advertise effectively within the mobile experience. I'll discuss social ads more in a minute, but at a high level, our Sponsored Stories, which we launched in mobile News Feed earlier this year, have grown quickly and demonstrated early success.

Now let's shift to platform. We believe one of the biggest opportunities we have is to create the identity and social layers that all new apps and websites can be built on top of. We think almost every product is better when you can experience it with the people you care about. Over time, we expect almost all of these products should naturally become social.

Q2 2012 Facebook Earnings Conference Call - Final

Since there's no way we could ever build all of these ourselves, we're focused on building a successful platform, which enables developers to build great social experiences into their own apps by integrating with and exchanging information with Facebook. Our platform strategy enables millions of developers to build better products and helps us provide a lot of value to the people who use Facebook.

We've already seen how social dynamics can transform industries like gaming, and we believe other industries like music are starting to follow as well. Our goal is to make it easy for developers to build these social apps. We do this in two ways. First, by enabling people to sign into apps using Facebook, and thereby bringing their real identities, friends and other information to the apps, so that the apps can offer a more personalized experience.

And second, by enabling people to share what they're doing in these apps with their friends back on Facebook. These apps can get access to our distribution, and they can scale and grow quickly. Today you can download Spotify, log in with Facebook, and immediately see your music player light up with songs your friends are listening to and recommending.

We can imagine a day when you can buy a new car, and by logging into the car's computer with Facebook, you can similarly have it immediately light up with music, addresses, restaurants, stores and other destinations targeted specifically for you, based on your friends and your interests. We believe social products like this will provide better experiences. If we're right, then Facebook is in a unique place to enable these experiences to get built.

It's worth calling out that our vision for platform is bigger than what most people perceive. We believe our platform is about bringing social context to apps and providing distribution for apps, regardless of what environment they're built in, including mobile apps, websites, or inside our own campus on our own website.

When many people think about our platform, they think only about games that are built inside of the Facebook website directly, and not all of the other kinds of apps that developers can build. Our Open Graph platform is what we call the tools we launched last year that enable developers to easily integrate more kinds of actions and experiences with Facebook.

Open Graph has already been adopted by many of the most popular websites and mobile apps. Many of the top apps in the iOS and Android App stores are integrated with Facebook. Apps like Spotify, Netflix, Pinterest, foursquare, Instagram, Airbnb, Tumblr, [Vide], Nike+, SongPop and thousands more have integrated with Open Graph to provide better social experiences and grow their user bases.

Already, people are sharing nearly 1 billion pieces of content each day using Open Graph. These Open Graph integrations enable Facebook users to share more of the content they want with their friends. This helps to make our service more engaging overall, since there's more content to consume. Additionally, we found that our largest developers also tend to become our largest advertisers, as they look to further boost the distribution they're getting from us.

We're still in the early days of our Open Graph efforts, and we're continually working to improve how it works. A big focus for us right now is giving people more tools to control how they share their information using these integrations. We're also working on improving the distribution that these apps get in exchange for the content they help people share. These are some complex problems that will take time to work out, but you should expect us to make steady progress towards building out this ecosystem.

Finally, I'd like to discuss our social ads initiatives. The basic idea here is that the best type of advertising is a message from a friend. Facebook wants to offer advertisers the best tools to create ads that are social. We believe that the more our advertising includes interesting content from people you care about, the more marketers will be able to create advertising that adds value to people's experience on Facebook.

Advertising on Facebook today is already delivering a compelling ROI, even though most advertising on Facebook today isn't social. We believe the experience can be better and more social. For example, if I like a restaurant, then my friends might see that I like that place and that's likely a more convincing ad than anything the restaurant would produce on its own. That's an example of aligning social activity and ads.

Q2 2012 Facebook Earnings Conference Call - Final

One important aspect of social ads is that since they're based on social activity, they fit into our News Feed product on both the mobile and desktop. This is important because mobile users already spend so much time reading their News Feed, so these social ads and News Feed give us a clear path to building a strong business on mobile.

I mentioned earlier that we recently began to roll out our Sponsored Stories in both desktop and mobile News Feed. By the end of June, Sponsored Stories in News Feed was at a run rate of over $1 million per day in revenue, and about half of that is coming from mobile. This is an encouraging start in our effort to generate revenue from the mobile use of Facebook. We know that social ads perform much better than non-social ads so our job over the next few years is to increase the percentage of ads that are social and engaging.

Overall, I hope my comments here give you a good sense of our priorities around mobile, platform and social ads. We have a lot of interesting things going on here. There are a lot of challenges, and these are the types of problems that we like to work on. We're working hard to staff up across the Company, especially in the technical groups, to make sure that we make progress against these goals.

We just announced we've begun recruiting engineers to work in our London office to help us access talent across the Europe. We're pleased that the Company and culture are centered around building great products, and around our mission to make the world more open and connected. Thanks again for taking the time to be on the call with us today. And now I'd like to hand it over to Sheryl.

SHERYL SANDBERG, COO, FACEBOOK, INC.: Thanks, Mark. I'm going to focus today on Facebook opportunities in the advertising market, and the progress we've made in the past quarter. Our total second-quarter revenue of $1.18 billion, $992 million came from advertising. This represents a 32% year-over-year increase overall, and a 28% increase for advertising.

Facebook's power to change the way people and businesses influence each other creates unique advertising opportunities. We offer marketers the ability to reach a mass or a targeted audience, and establish real and ongoing relationships directly with their customers. Marketers have always known that a recommendation from a friend is one of the most powerful ways to sell their products.

Marketing on Facebook is fundamentally different than other mediums, because messages can be shared from friend to friend. This is word of mouth marketing at an unprecedented scale. In an increasingly crowded world, this is essential for the world's largest global companies, as well as the small business around the corner.

We believe we are very well-positioned to compete for advertising dollars throughout the entire marketing funnel, from the very top, where companies focus on generating demand, to the bottom, where the focus is on fulfilling demand. The majority of the advertising spend that has migrated online to date has been for demand fulfillment, which happens when a customer already has intent to purchase. Search advertising has been the primary driver of this migration.

Facebook is also effective at the bottom of the funnel, with gaming being a primary example. We believe that Facebook also helps marketers build brands and generate demand. This is important because the majority of the $600 billion of global advertising market is spent on demand generation.

Over the past quarter, we have made important progress in our monetization efforts in three areas. First, rolling out new ad products. Second, demonstrating the ROI of Facebook ad spend. And third, making it easier for businesses to advertise with us. I'll start with the new products we introduced.

Earlier this year, we launched Sponsored Stories in Facebook News Feed. Sponsored Stories are regular stories that people see in their News Feeds already, updates like comments posted to Facebook every day, that a marketer pays to highlight. For example, if I post a positive review of a product I purchased at Walmart, about 20% of my friends would see the post, depending on things like when they check their News Feed. Using Sponsored Stories, Walmart can pay to increase distribution of this post so a larger percentage of my friends see it.

PX0002-005

Q2 2012 Facebook Earnings Conference Call - Final

Delivering social messages in Facebook's News Feed is an extraordinary opportunity for marketers. On the web, people spend more time using Facebook than any other service, by far. We believe this is true in mobile devices as well. Moreover, Facebook users spend a large percentage of their time on News Feeds. Sponsored Stories enable marketers to interact with their customers where their customers are spending their time.

Our early results are encouraging. As measured by click-through rates, Sponsored Stories in News Feeds perform multiple times better on both desktop and mobile than ads in the right-hand column.

Sponsored Stories in News Feed are the cornerstone of our mobile monetization strategy. News Feed functions in exactly the same way, whether you're on the desktop or phone. This is important, because we avoid the dilemma faced by other industry players, where to put ads on the smaller screen.

With News Feed, marketing is incorporated seamlessly into the user experience on mobile devices. We recently enabled our advertisers to buy ads exclusively in mobile News Feed. We're seeing strong interest, particularly from our clients who know mobile is critical to reaching new customers, especially in emerging markets.

As always at Facebook, the user experience is paramount. We have been deliberate in introducing Sponsored Stories in a way that maintains the experience users have with our service. As we continue to roll out Sponsored Stories in News Feed, we are carefully monitoring user engagement and sentiment, and we're pleased with the results to date.

We believe Sponsored Stories in News Feed has the potential to be among the most relevant ad formats for marketers. As Mark mentioned, in the short amount of time since launch, by the end of Q2, we were already generating more than $1 million a day from this product, with approximately half of this generated in mobile.

In Q2, we also began testing another new ad product. The Facebook ad exchange, or FEX, allows marketers to bid in real time for ad impressions on Facebook. Real-time bidding is a standard industry practice to help advertisers reach the right customer at the right time, and it will help us deliver more relevant ads to users. We're in an early alpha test with FEX, but advertiser interest is strong. eMarketer estimates this market to be approximately $2 billion in the US alone.

The second area of progress this quarter has come from our efforts to better demonstrate the effectiveness of ad spend on Facebook. Today, nearly every one of the Global Ad Age 100 advertisers spends with us every quarter, but to date most only allocate a small size of their budget to Facebook, even though their customers spend large amounts of time using our service. This imbalance represents a substantial opportunity for us, if we can educate the market about the ROI our ads deliver.

We have partnered with Nielsen to demonstrate that Facebook ads are not just seen but remembered. Studies of over 500 ad campaigns show that on average Facebook ads drive 98% better ad recall and 31% higher brand awareness in non-Facebook online ad campaigns.

Independent research has also demonstrated that social context significantly increases both ad recall and brand awareness of Facebook ads. This is not surprising, since people are more likely to remember a message that comes from a friend. We recognize that ad recall is important, but it's only the first step in delivering results for marketers. Marketers' ROI is generated when a cash register rings.

We're making great progress measuring our ability to help marketers generate sales. Independent analysis of more than 60 campaigns, 45 of which were completed in the first half of this year, show that 70% of those campaigns delivered a return on ad spend of 3 times or better, and 49% of those campaigns delivered a return of 5 times or better.

I'd like to share a few examples. Electronic Arts recently spent $2.75 million promoting Battlefield 3 on Facebook. They attributed $12.1 million of their sales to these ads, translating to a 4.4 times return on their Facebook marketing spend.

Q2 2012 Facebook Earnings Conference Call - Final

Barclay Card purchased Facebook ads as a part of a direct response strategy to promote NFL team-branded credit cards. They targeted the ads to people, based on specific teams that people like. Their Facebook ads generated a 40% higher conversion rate than any other online ad platforms they used in the campaign. This made their cost per acquisition 48% lower on Facebook than from other online ad buys. In total, 60% of the approved credit card applications from the campaign came from Facebook.

Wooga, an international games developer, used mobile News Feed to drive installs of its Diamond Dash game. They increased downloads by 26% in the US, 29% in Germany, and 37% in France, all at attractive costs per app installs. This is just the beginning of our important effort to educate the market about the ROI Facebook ads deliver. We will continue to work account by account and campaign by campaign to demonstrate the value we provide.

Finally, our third area of progress has been to make it easier for small and medium size businesses to advertise on Facebook. Local business advertising is considered by many to be the holy grail of Internet advertising, since the market opportunity is so great. This has proven difficult, however, because small business owners often lack the time or ability to adopt new technology.

Facebook is uniquely accessible to them, as they typically learn to use Facebook by setting up personal profiles or Timelines. They then discover the value our service can provide them as business owners. Many of the world's approximately 60 million business owners are already Facebook users. Over 11 million businesses already have pages on Facebook. Over 7 million of these pages are actively used each and every month.

In addition, hundreds of thousands of small businesses advertise with us. By making it easier to create a business page and run ads, we believe we can increase the number of small and local businesses who use our tools. In the last quarter, we began testing simpler ads and easier purchase loads. For example, page owners can now turn a post into an ad campaign with just a few clicks.

We're still in the early days of building our monetization engine. For the rest of 2012, we plan to focus on the same priorities I have discussed. In particular, the ramp-up of Sponsored Stories in News Feed. If we are successful working with advertisers to increase the amount of content they generate that is social and engaging enough to promote a news feed, we believe we should be able to increase our revenue on both PCs and mobile devices. In 2012 and beyond, we will also continue to invest in developing new products, particularly in mobile, and in educating the market on the value we deliver.

We believe the world is becoming increasingly social and personal and the future of marketing depends upon building word of mouth at scale. We offer the best tools for marketers to not just participate in, but to shape this evolution. Facebook closed the gap between the audience we deliver, and our share of advertising budget. Now, I'm happy to turn it over to David to walk you through our financial results for the quarter.

DAVID EBERSMAN, CFO, FACEBOOK, INC.: Thank you, Sheryl, and good afternoon everyone. Thanks for joining us on the call today. I'm going to walk you through our Q2 progress against our key financial metrics related to revenue, users and expenses. As Sheryl mentioned, revenue in the second quarter was up 32% from last year. The strengthening of the dollar cost us a few percentage points of revenue growth, which would have been 36% with constant exchange rates.

Ads revenue was up 28%, driven by an 18% increase in the number of ads delivered, and a 9% increase in the average price per ad. The increase in ads delivered was primarily due to user growth, and also benefited from the net effect of product changes that increased the average number of ads per page, relative to last year. Ad impressions continued the recent trend of growing more slowly than users, as more of our usage is on mobile devices. This trend is particularly true in markets such as the US, where smartphone use is expanding rapidly.

The overall number of ads delivered in the US this quarter decreased 2% year-over-year, despite a 10% increase in daily users, and despite the increase in ads per page from the product changes I mentioned earlier as daily web users in the US declined in favor of mobile users, and we're seeing similar trends in other developed markets.

Q2 2012 Facebook Earnings Conference Call - Final

The 9% increase in price per ad was driven primarily by the United States, where CPMs increased by over 20%, due in large part to the ramp-up of Sponsored Stories in News Feed on both PCs and mobile devices. Sponsored Stories in News Feed are displayed where the user's primary attention is, and are stories that we believe users will find engaging, based on their interests and connections. That makes Sponsored Stories in Feed more relevant, resulting in stronger click-through rates and higher prices.

Price per ad also increased significantly in Asia and the rest of world markets. These markets are growing more rapidly in terms of users, and therefore are receiving a growing share of our ad impressions each quarter, so we're pleased to see continued improvement in pricing.

The relatively faster volume growth in Asia and rest of world does have the effect of reducing our worldwide average price per ad, due to the relatively lower pricing in those markets. In Europe, price per ad decreased a few percentage points compared to last year, similar to what we saw in Q1, and we believe due in large part to the overall macro environment there.

Over the long term, we continue to believe that we have a significant opportunity to increase CPMs. There are a number of potential drivers, including increasing the number of Sponsored Stories delivered in News Feed across desktop and mobile, improvements in our ad products, including better targeting capabilities, increased advertising demand as we continue to demonstrate ROI, and as our clients get better at creating social and engaging ads, and overall growth and development of online ad markets globally.

Payments revenue for Q2 was $192 million. For the past three sequential quarters, payments revenue has been essentially flat. We believe this trend is due to the fact that gaming in general has been growing mainly on mobile devices, where our payment system is generally not utilized. We're continuing to invest in the gaming ecosystem on Facebook.com. For example, with our new Facebook App Center, which is designed to help people discover new games and other types of apps as well.

In terms of revenue per user, ARPU increased by double-digit rates in North America, Asia and rest of world and by 8% in Europe, and worldwide ARPU was $1.28 in the quarter. Our higher user growth in geographies with relatively lower revenue works to weigh down worldwide ARPU, and the global growth rate.

Staying with user metrics for a minute, we ended June with 955 million monthly users, up 29% from 12 months earlier. On average in June, 552 million people accessed Facebook each day, up 32% from a year ago. Relative to last quarter, Brazil, India and Japan were key contributors to our growth in daily users.

58% of our monthly users were active daily users of the product which we view as a positive measure of user engagement, and in addition, engagement patterns remained steady or grew across user groups, as measured by the percentage of people creating content or providing feedback such as likes and comments, and by the amount of content and feedback created per person.

We're encouraged that growth and engagement have remained strong as our network has expanded and as we have added later adopters to the service. We view this strong engagement as a sign of the utility of the service and the network, and as the foundation for everything we're trying to accomplish.

A couple of points on user metrics. First, we reviewed our methodology for estimating users by geography, and as a result have made small adjustments to the geographic distribution of users as of the March 31 measurement date. Second, we also refined and improved our methodology for recognizing what we call duplicate or false accounts.

These refinements resulted in an increase in our estimate of duplicate or false accounts, relative to our earlier global estimate, primarily driven by emerging markets such as Turkey and Indonesia. Please see slides 18 and 19 for more detail. Since authentic identity is so important to the Facebook experience, we'll continue to try to improve our user measurement techniques with the goal of ensuring that every account on Facebook represents an authentic, unique individual.

Q2 2012 Facebook Earnings Conference Call - Final

Turning now to expenses, in Q2, our GAAP expenses were $1.93 billion. As planned and described in our prospectus, the biggest expense item was stock-based compensation, including associated payroll tax, which totaled $1.3 billion in the quarter, driven by the completion of our IPO, and the recognition of expense for RSUs granted between 2007 and 2011, which had a vesting condition tied to the IPO. Please take a look at slide 9 for more information on the past and expected future flow of stock comp expense.

Excluding the effect of stock comp, our remaining expenses increased 60% to $669 million, driven by headcount growth and infrastructure. Headcount at the end of the quarter was just under 4,000, a year-over-year increase of about 50%. While we will seek to remain disciplined in our spend across the Company, hiring top talent remains a key priority, enabling us to aggressively pursue the opportunities in mobile, platform and monetization that Mark and Sheryl discussed earlier.

In the second half of 2012, we expect our operating expenses, excluding stock comp, to continue to increase significantly relative to our spend in the second half of last year, probably at a slightly higher growth rate than we observed in Q2. While we ultimately believe Facebook's business model should support attractive operating margins, at this early stage of our growth, investment is a top priority as opposed to managing for a target margin. Therefore, you can expect us to continue an aggressive pace of investment in R&D and infrastructure in particular.

We had a GAAP operating loss of $743 million in the second quarter. Excluding the effect of stock comp, our operating income would have been $515 million, representing a 43% operating margin. Our effective tax rate for Q2 was 79%, driven by the fact that a portion of our stock comp expense is not tax deductible. Excluding the effect of stock comp, our tax rate would have been approximately 40%. We expect that over the long run, our tax rate will be similar to the rates of other US technology companies, that have a similar mix of business inside and outside the US.

The future reduction in our tax rate will occur gradually over several years. As described in our prospectus, the amount of cash tax we pay in 2012 and thereafter will be significantly different from the tax provision we report on our P&L, due to the deductions we expect to get from vesting of RSUs and exercise of options. At today's stock price, we estimate we will have a tax deduction of around $13 billion that would reduce our cash taxes for several years.

Our net loss for Q2 was $157 million or $0.08 per share on a GAAP basis. Excluding stock comp, net income in Q2 was $295 million or $0.12 per share, compared to $285 million or $0.12 per share in Q2 last year. We purchased $413 million of property and equipment in Q2, and acquired another $52 million of equipment financed through capital leases.

As noted in our prospectus, for 2012 we expect to invest approximately $1.6 billion to $1.8 billion in capital expenditures, including equipment purchased through capital leases. And we ended Q2 with $10.2 billion in cash and investments on our balance sheet.

As we look to the second half of 2012, we're encouraged that the network of people using Facebook continues to grow, and that engagement is strong. We remain focused on building out better and deeper social experiences for the people who use Facebook, while at the same time, executing on the monetization strategies and initiatives outlined today.

Thank you for giving us the opportunity to discuss our progress. We're committed to providing you with balanced and thorough disclosure, and we welcome your feedback today and in the future in terms of how we can make our communications most helpful to you.

On a related note, I want to welcome Deborah Crawford, our new Director of Investor Relations, who you heard from at the beginning of the call. Deborah's been with us for three weeks now, and we're thrilled to have her leading our IR efforts. Now, we'd like to open the call for questions.

Questions and Answers

Q2 2012 Facebook Earnings Conference Call - Final

OPERATOR: (Operator Instructions). Your first question comes from the line of Spencer Wang from Credit Suisse. Your line is open.

SPENCER WANG, ANALYST, CREDIT SUISSE: I guess maybe for Sheryl, I was wondering with respect to the Facebook Advertising Exchange, based on some of the initial tests, could you talk about how that may impact monetization as you roll that out? And then the second question is on the Yahoo patent deal, beyond the IP, can you talk about, or provide any details on the advertising partnership or the expanded distribution agreement part of it? Thank you.

SHERYL SANDBERG: Sure. Facebook Ad Exchange is a real-time offer, which lets advertisers getting real time on a specific ad impression. The goal of this is to show people more relevant ads, this is something third parties have been doing across the web for a while. For us, right now, we're at a very early alpha stage test so we don't have more information to share. We're really encouraged by how interested our advertisers and cost customers are, because this gives them an opportunity to connect our users that they're trying to reach, to other things they do across the web.

On the Yahoo deal, the Yahoo deal had two parts. The first part was a cross license of all the patents, and the second part was a partnership where we work with Yahoo on tent pole anchor events, such as the Olympics. We were really pleased to sign the Yahoo deal, because it really extended the platform relationship we've had, and really brought us back to what was a very good relationship we have had historically with an important client. And I think we would also like to take the opportunity to congratulate Marisa on her new job at Yahoo.

OPERATOR: Your next question comes from the line of Mark Mahaney from Citigroup. Your line is open.

MARK MAHANEY, ANALYST, CITIGROUP: Two questions for Mark. You talked about the engagement. Have you seen any trends in terms of engagement with the younger cohorts, anything that indicates decline in engagement? Broadly, how do you think about the size of the Company, Facebook, relative to other leaders in the technology space? Runs pretty thin. I think you have tried to have a pretty lean organization as you think about the three elements or the three broad growth areas of the Company in the future, do you think -- is there any change in your thinking about how big the Company physically needs to be? Thanks.

MARK ZUCKERBERG: Sure. So just to take the first one first. I think what we're seeing is pretty steady growth in engagement in all these cohorts, including the younger ones, so really nothing out of line with the overall metrics there. On your second question, about the overall size of the Company, we've always been significantly smaller per employee, compared to the number of people who we serve in the world, so it's really baked into the Company that we have to build systems and software that take into account the leverage that employees here have, and that's actually one of the reasons why a lot of people love working here, and one of the biggest reasons why people cite for wanting to join the Company and staying here.

It's also affected the strategy. I mentioned, we believe that all these consumer products and maybe even more than consumer products that people use will become social over time, but we can't build all those things ourselves, so we focused on building this platform. Over time, it might make sense for us to build more of these things ourselves but because of the scale that we're at, we really focus on the three things that I laid out today. This shift towards mobile is incredibly important, building the highest-quality applications and product is really critical, building a platform so that the million and more developers who use Facebook can build this product is the highest leveraged thing we can do

We can bet social ads are going to monetize much better than non-social ads as we increase the percent of our overall advertising that has social context in it. That's kind of where we are. We're basically growing by trying to find as many talented engineers as we can, for the most part. But I think for the foreseeable future we're just going to be way smaller than other companies that address significant or comparable-sized user bases.

OPERATOR: Your next question comes from the line of Jason Maynard from Wells Fargo. Your line is open.

Q2 2012 Facebook Earnings Conference Call - Final

JASON MAYNARD, ANALYST, WELLS FARGO SECURITIES: One of the questions, I'm curious on the mobile front, is when you look at monetization, I think there's a lot of different views on how this will play out over the next couple of years. And I'm curious, just philosophically, do you think it's important to own the entire experience, IE integrated device, versus being, if you will, purely an application, or do you think it's a, if you will, a federated view of kind of a platform feeding into many applications? How do you think about the different scenarios in that front, and how that could potentially work for Facebook?

MARK ZUCKERBERG: Well, Facebook is the most used app on basically every mobile platform. So when we think about what we want to do, right now, we want to increase the depth of the experience in addition to just growing users. We thought a lot about this question of -- and I even talked about it in my opening remarks today. We want to not just have apps that people use but also be kind of as deeply integrated into these systems as possible. We want to support a development ecosystem where other apps can build on top of Facebook, so that's why you'll see us do things like support Apple and the iOS integration that they wanted to do.

There are lots of things that you can build in other operating systems as well, that aren't really taking -- that aren't really like building out a whole phone, which I think wouldn't really make much sense for us to do. I think there's a big opportunity for us here. The amount of time that people spend in the apps is greater. People come to the apps and use Facebook more when they have mobile phones. I think we're really much closer to the beginning here than the end, in terms of what we can do. If you use the apps today, they're relatively basic compared to what I think anyone can imagine they would want from their Facebook experience on a phone.

OPERATOR: Your next question comes from the line of Doug Anmuth from JPMorgan. Your line is open.

DOUG ANMUTH, ANALYST, JPMORGAN: Just wanted to ask two things. First, Sheryl, you provided some color on click through rates on Sponsored Stories relative to the ads on the right hand rail. Was hoping you could provide a little bit of color on what you're seeing in pricing here on a relative basis, early on. And then David, perhaps if you could talk a little bit more about the potential for margin expansion going forward, how you're thinking about that potentially for the back half of the year and 2013? Thanks.

DAVID EBERSMAN: Sure. Thanks for your question, Doug, this is David, I'll start on the pricing and then Sheryl can chime in. So we're very pleased by what we've seen in the early ramp-up of sponsored stories in Feed in both desktop and mobile, but it's important to note that it's early. So we have a relatively limited amount of volume that we put into the system at this point. I think the test over the second half of the year that we're excited to see happen is working with advertisers to increase demand for sponsored stories and feed, creating better social content that we can put in feed, without having a deleterious effect on the user experience, and seeing where that takes us in terms of clicks and prices, and things along those nature. So while the early data is quite positive, it is at low volume, so we just have to be careful about extrapolating from it.

In terms of margins, not a lot to add to what I said earlier in the call. At this point in time, we are growing the business, really focused on the opportunities that we see to invest in, and the importance that they could have and should have for the long-term business that we can build. And so, we're more focused on making sure that we're positioned to capitalize on what we're trying to do in mobile and platform and social ads, and not trying to optimize for a short-term margin target. In the long run, I think we have the kind of business that because we have such a large network and so much value, comes from the content that is created and distributed by the members of the network, to have a business that works really efficiently.

SHERYL SANDBERG: I'll just add one thing, which is, while we're not commenting on pricing specifically, because it's early, it's really worth noting that higher click-through rates lead to higher CPMs over time, even without pricing changes.

OPERATOR: Your next question comes from the line of Herman Leung from SIG. Your line is open.

HERMAN LEUNG, ANALYST, SIG: Wondering if we can talk about some of the penetration of some of the social ads that -- hold on one second. The social ads that you guys have on the platform, wondering the level of penetration of social ads that you have today on the site, and the opportunity -- and I have a quick follow-up.

Q2 2012 Facebook Earnings Conference Call - Final

SHERYL SANDBERG: So fewer than half of our ads are social, it can increase. We're very focused on increasing the percentage of our ads which are social in nature. We know from a large number of studies, and working with advertisers, that the ads that are social have higher engagement rates from users, much higher ROI for advertisers, and driving that percentage up is really important to us. It also feeds into the Sponsored Stories in News Feed strategy that I spent most of my remarks talking about, which is that we put things in News Feed that are most relevant. So the more social context the ads have, and the more relevant they are to our users, the more we'll be able to drive up the percentage of our ads that go into News Feed.

DAVID EBERSMAN: Just to make sure that we're communicating this clearly, a very small percentage of our ads are Sponsored Stories in News Feed at this point. We just started with that product recently, and we're being very careful in terms of the volume that we put into News Feed, because it's such a core part of user experience.

OPERATOR: Your next question comes from the line of Scott Devitt from Morgan Stanley. Your line is open.

SCOTT DEVITT, ANALYST, MORGAN STANLEY: Thanks for taking my questions. I have two, please. Given the various testing that you always seem to be doing around products and monetization, you've talked a lot today about the success of Sponsored Stories. Was wondering if there are other areas that are looking promising to you based on recent testing? Secondly, from our calculation, the DAU to MAU ratio declined moderately sequentially, both in North America and Europe, and was wondering what you would attribute that to, is it seasonality? And what are you doing to drive engagement in those regions? Thanks.

SHERYL SANDBERG: I can take the first part. Yes, the sponsored stories have shown really good results, and we are also seeing good results from other ads on the site that have social context. As we rolled out more ways to make your ads social, we see increasing engagement, increasing ROI from those ads. FEX is early, but our initial testing showed very promising results for advertisers, and they are able to connect what they're doing elsewhere across. It's also worth noting how optimistic we are around our early testing around mobile. Mobile for itself is an inherently social experience, and our service is inherently social, and what people are doing on their mobile devices is consuming their News Feed and sharing. Really the big accomplishment we've had in ads over the last quarter or two, as we have rolled Sponsored Stories into News Feed and on mobile has been very promising for us because the results show that users engage with those ads, and advertisers get a higher ROI from them.

DAVID EBERSMAN: In terms of that DAU relative to MAU comparison, we remain pleased with the percentage of our monthly users who come back every day. We sort of assumed earlier on in our history that as we further penetrated the market of people in the world and got into late adopters, that number would go down and we've seen that just consistently go up, which I think speaks to the value of the network effects. The more people that use Facebook, the more interesting it is. The number doesn't tend to move dramatically from quarter to quarter. It's a slow moving number. It did decline fractionally from Q1 to Q2, as you noted.

I think, two things there. One is that we did make some changes to what we've described earlier as background pinging or I think we called it automatic background activity in the prospectus, which is when phones contact our servers without there being a user active on the other end, just to download information, we see that on several of the mobile services, it helps you to have more information from Facebook when you do check your phones. We try and understand what that looks like, in terms of technically, so we don't count that as usage, and we continually make some changes. That had some impact on the apples-to-apples nature of the DAU comparison, June versus March. You asked about seasonality. I don't know that we have a great handle on the seasonality effects, as it relates to by month. We tend to see things like holidays, there would be some drop in daily level of engagement. Depends on what month holidays and other things happen in.

OPERATOR: Your next question comes from the line of Anthony DiClemente from Barclays. Your line is open.

ANTHONY DICLEMENTE , ANALYST, BARCLAYS CAPITAL: One for Mark, and one for David. Mark, wondering if you can give us an update on your acquisition of Instagram. I know it's early, but would be curious to hear how the integration of the acquisition is helping your efforts on mobile and monetization, and if there are others out there, other acquisitions like Instagram out there that you see as potentially desirable, other acquisitions like that one?

Q2 2012 Facebook Earnings Conference Call - Final

And then David, just wondering on the outlook, most of the models have 2Q as the lowest quarter of the year in terms of year-over-year growth in revenue. Can you, I guess, can you validate or confirm that? Is it 2Q the lowest quarter of the year in terms of year-over-year growth? Thanks.

MARK ZUCKERBERG: Sure, so to the first one, the acquisition hasn't closed. So there's been no integration or anything like that. There will be an update when that happens. In terms of what else we might acquire, our strategy has primarily been to buy companies for talent. We have this very entrepreneurial culture where we want the type of people inside the Company to take risks and be the type of people who would want to build out whole companies on their own. So often, the best way to find a lot of those people is to find people who are building companies, who maybe are working on a problem where they think they'd have more leverage if they joined Facebook. So ex those of Instagram, most of the acquisitions that we've done fit that category, and that will continue to be the approach going forward.

DAVID EBERSMAN: To your second question, I mean, if you sort of start by looking backwards a little bit in terms of how revenue has grown to get us to where we are today, a couple years ago, we had $200 million in revenue. Obviously, it has grown a lot. It's sort of a combination of I would say two things, a series of ongoing optimizations that we make every day in trying to make the business work better, increase advertiser demand, better ad formats et cetera, and then on top of that, major changes that we make, like the introduction of payments, which really started impacting the business late last year, or fundamental changes to the product, and how we advertise on it. And so when we look forward to the second half of this year, I think we'll continue to make the kinds of optimizations we're always making, to try and drive more advertiser demand, better targeting of ads, et cetera.

The big priority and the big opportunity for us is what we're doing with Sponsored Stories in News Feed. I think it's just difficult to forecast what that's going to look like, because we're still early into it. We started putting Sponsored Stories into Feed earlier this year, but really didn't ramp that up substantially until really June of this year, is when the numbers -- we started putting more volume in, and thus far, we feel like we're in a really good position because as we ramped up to where we are today, we see high levels of advertiser demand and good levels of user engagement. The forecasting part is difficult, because we're going to proceed slowly with this. We want to be sure the biggest mistake I think we could make is to move too quickly, and to find ourselves in a situation where we're having an impact on user engagement that we didn't anticipate, or it's hard for us to manage. So I think as we continue to ramp up, we will learn from each change we make, and see how quickly, what kind of speed of ramp-up makes the most sense for us, but I think right now, trying to forecast that is difficult.

OPERATOR: Your next question comes from the line of Heather Bellini from Goldman Sachs. Your line is open.

HEATHER BELLINI, ANALYST, GOLDMAN SACHS: I just had a follow up on that, David. In terms of how fast -- how do you gauge how often to show Sponsored Stories? I mean, what type of feedback are you looking for from people to know maybe you're showing them too many in News Feed, or that you have the ability to maybe put the foot on the gas pedal a little bit more? I also wanted to know if these are rolled out globally at this point, so to everybody, and then I guess the last question may be for Mark would be, or Sheryl, how do you see local fitting into the mobile experience, and where do you see advertisers in terms of leveraging what Facebook can offer there?

SHERYL SANDBERG: So for Sponsored Stories, in terms of rolling it out, what we're doing is, we're looking at two things very carefully. We're looking at the social context, to make sure it's really relevant. The better stories we can generate, where people are interacting with things that are monetizable, the more sponsored stories we can roll out. We're also looking really clearly at user reaction. It's easy for us to measure user reaction, because we can see if users are sharing, clicking, liking, commenting, if they're engaging with the story and we can look at how much they're engaging with those stories relative to others.

We've also been pretty careful even when both of those metrics are high, at just limiting the number of sponsored stories as we roll out. We've been fairly cautious on only rolling out a certain amount, and we intend to be continually cautious as we really work on user demand, on the user perception. We have not rolled out Sponsored Stories in News Feed across all countries. There are certain countries that we're still working out some issues, so it's not entirely globally rolled out.

Q2 2012 Facebook Earnings Conference Call - Final

And with apologies, I'm trying to remember, local, I knew there was a third part of the question. Local is huge. We've always talked about it. I think I mentioned it in my remarks. Local is the holy grail of the Internet. Everyone is about to get people into local, and this is something, certainly in my history, working in this industry, I've spent a lot of time on. The problem is that local businesses are just not very tech savvy.

If you look at local businesses in the United States, obviously one of the more developed markets, something like more than 40% of them have no web presence at all. They don't adopt things that are really, in our view, might be something that we would think they would obviously adopt. This is where I think Facebook has a huge competitive advantage. Because those same local business owners are using Facebook as users. So while they won't adopt something for their products they've set up their profiles and their time lines, and when they use the product, they start to see messages from other businesses, and then they start thinking, wow, this could work for my business as well.

The product we want them to use, which is Pages is also incredibly similar to their timeline or profile. And so the leap the small business owner needs to make is just smaller here than we think it is with anyone else, and the numbers bear that out. We have so many, as I mentioned before, 7 million small businesses that are using their pages on a monthly basis, which is something we've done without any really targeted marketing effort to them at all. And then hundreds of thousands of those get upsold into becoming advertisers. Our push, which I mentioned in my remarks, to make it easier for them to advertise. So the thing we rolled out last quarter, which is, you can just take a post you're doing on your page and make its super easy to advertise. I think those things will make a really big difference in accelerating this even further.

OPERATOR: Your next question comes from the line of Laura Martin from Needham & Company. Your line is open.

LAURA MARTIN, ANALYST, NEEDHAM & COMPANY: Hi, there. Thanks for taking the question. A couple for Mark. So Mark, we've been writing a lot about the optionality or the option value of the Facebook platform globally, and I guess I'm really interested, outside the visibility restraints, which today are payments and advertising, could you talk through how you're thinking about commerce on this platform and also video, because video is one of the most shared things, as you know. We think about over the next three to five years other revenue streams how do you think philosophically about what Facebook could become, over a longer period of time, in terms of revenue streams?

MARK ZUCKERBERG: Sure. Well, the basic approach that we have for now is, we're building out this platform and other companies can build on top of that. You can view our business as and advertising and payments business, or you can view it as there will be these companies that help to transform these industries, and we will get some portion of those, the value that comes from that, that we're helping to provide. So in gaming, for example, we think that we're helping to provide a lot of the value, so we end up getting a relatively high percentage of the revenue that comes into those companies. Whereas something like music, or some of the media companies that are now getting built using Open Graph, I think we aren't providing quite as much of the percentage of the value as with games, so the overall amount of the revenue that comes to Facebook through whatever the breakdown of ads and payments is, I think will be somewhat less. But a lot of people will do that stuff too.

I think the real way to think about this is that, over time, more and more nuanced experiences will become social. Gaming is such a basic thing that people want to do with their friends, even with a relatively basic platform, people could build that ecosystem out. Some of the media stuff required more nuance. I think commerce will require a little more, and so on. As these things get built out, I think we'll build out the tools to both enable those products to get built, and to be able to capture some percentage of the value that we're helping to create. I don't really have any more plans that I'm going to share with you today about our product road map or anything like that.

SHERYL SANDBERG: One thing to think about in the commerce area or in other areas like video, is that our view of the world is things become increasingly social, and that takes time, gaming was obviously first. But people are informed when they purchase things by their friends, and the commerce companies that are really adapting social are seeing good responses. Fab is one of them. Fab is very early on in its history, but it's a truly social shopping experience, and they're seeing 20% to 40% of their traffic from Facebook on a daily basis. As well as a very good

Q2 2012 Facebook Earnings Conference Call - Final

return on their investment on ads, that their CEO has been talking about publicly. We look out at what people's shopping behaviors are. So much of those shopping behaviors really are social, that we think there's a big opportunity for the social context that we offer to be a major part of how people discover products.

DEBORAH CRAWFORD: Operator, next question, please?

OPERATOR: Your next question comes from the line of Ken Sena from Evercore Partners. Your line is open.

KEN SENA, ANALYST, EVERCORE PARTNERS: We hear from marketers a lot that the platform is relatively complicated still, in terms of the ad products offered and services. How long, or how quickly can marketers expect to see that simplified? In terms of the App Center, can you give us any sense of the economics behind that arrangement, and is there a rev share, and if so, how does that compare to your standard 30% on your platform for payments, and then finally, if you could look back over the last few months in terms of going public is there anything that you would redo? Thank you.

SHERYL SANDBERG: I'll take the first two, and hand off the third. When you think about the advertising experience on Facebook, it is complicated today. That's mainly because we're a completely new kind of marketing. We're not TV. We're not search. We are a third medium. That presents a challenge, because the messages that talk at consumers on other platforms need to really be adapted and changed to be more inclusive.

The right ad on TV or on search is the wrong ad for Facebook. Facebook marketers need to learn how to make their ads really a two-way dialogue with consumers. We also have a measurement challenge. When you see an ad on Facebook, you don't go and click to a purchase right there, but you're more likely to search later on and buy a product, or to walk into a store and buy a product. So we have the challenge of teaching marketers how to develop social marketing, and then working with them so that we can tie a consumer experience of seeing a Facebook ad and acting with that brand to a purchase that happens later on. And that's why we're so focused on the market education.

With our clients, who have done a lot with us, I think they're learning a lot on those trajectories and seeing very positive returns, but it took a long time for the TV market and advertising to be truly understood. It took a long time for search. I think we're still in that learning curve with a lot of our clients. The good news is that our results are so strong. The ROI results I talked about in my remarks, where we've now done 60 campaigns, if you talk to CMOs, those ROI results of getting to 3 times their ad spend or 5 times their ad spend or better are truly good, compared very favorably with anything else marketers do. And so our view is that if our ads work, and we continue to make our ads work, and they work for advertisers and our users, we'll be able to educate the market over time. How quickly that will happen will depend, but we feel like we're on a good part of our growth trajectory.

In terms of the App Center, the goal behind the App Center is that we believe social discovery will lead to app installs. You are more likely to want to use an app your friends are using than you are one that the generic population represents. Right now, we are not offering paid apps, so the revenue share, as you were talking about, is not something we have a product to deal with right now.

MARK ZUCKERBERG: Ken, you asked about lessons learned looking backwards. Obviously, we're disappointed about how the stock has traded, but I think the important thing for us is to stay focused on the fact that we are the same Company now that we were before. We've got the same opportunity in front of us to build something really important and valuable over time, and if we stay focused on building great products, we expect and we want to be judged based on the quality of the experiences we build, and the value we can create over the long term.

OPERATOR: Your next question comes from the line of Ben Schachter from Macquarie. Your line is open.

BEN SCHACHTER, ANALYST, MACQUARIE RESEARCH EQUITIES: One question for Mark and one for David. David, when you're thinking about visibility into the back half of the year and how quickly ad revenue is ramping, how does that look versus sort of expectations that were earlier in the quarter pre-IPO. A similar question on the OpEx growth. Do you have more visibility, less visibility? How do things look now versus where they were just before the IPO? And then Mark, on the topic of sort of information in the News Feed, that a user did not specifically

Q2 2012 Facebook Earnings Conference Call - Final

ask for, trending stories or trending video and certainly Sponsored Stories, beyond click through rate, how do you think about measuring and understanding that user experience, so you know not to go over the edge and degrade the user experience? Thanks.

MARK ZUCKERBERG: Sure. In terms of the methodology for building News Feed, at any given point, we have a lot of different tests of different algorithms running, and we measure engagement of everything downstream from News Feed in the whole system. Obviously clicks and engagement and feedback in News Feed, how many people want to share, but also how many page views, how much time people spend on Facebook overall, ad performance, everything, down to all of the different tweaks that we do in News Feed. And user sentiment as well. So I think we have pretty robust systems that are built out around this, and one of the things that I think is pretty interesting is what we've seen is that, we can put in good sponsored content and have it not degrade those metrics. So that's really what we're trying to do, is we're rolling some of these Sponsored Stories out more conservatively, because we want to make sure that the quality is very high, and we're basically continuing to run those tests to make sure that we are producing the best product that we can.

DAVID EBERSMAN: So, Ben, thanks for your question on the looking forward part. I think the two things you asked are pretty different, at least from my standpoint. Trying to project operating expenses is, while not easy or precise, we have a fair amount of understanding of how things are trending, and what we expect to spend in the second half of the year. So it's why we provided a little bit more specifics in my opening remarks or my prepared remarks, about what we expect in terms of operating expense growth.

I think revenue growth is just harder to predict, and it's particularly harder to predict when you're really focusing on a new product that you're in the early stages of launching, as we are with Sponsored Stories in News Feed. So as I said, we're pleased with where we are, where we were at the end of June, where we are now and that's going to make, we hope, a sizable impact on what kinds of performance we can deliver. Not just in the second half of the year, but over a longer term horizon because we think this can be fundamentally a really important marketing product.

DEBORAH CRAWFORD: Operator, we have time for one last question.

OPERATOR: Your last question comes from the line of Dan Salmon from BMO Capital Markets. Your line is open.

DAN SALMON, ANALYST, BMO CAPITAL MARKETS: My question was on the Preferred Marketer Developer program, where I think you're up to around 330 formal partners today, with a great many of them qualified for apps. But around 50 or so, and I think around 20 -- 50 for ads, 20 for insights, and just wanted to see what your expectations are, to see those numbers, both the total number of PMD developers growing and in those two categories in particular?

SHERYL SANDBERG: I think we're very optimistic about our platform partners. Our goal is to take everything people do, or at least close to everything people do, and make it social. And what we do is provide technology for our platform partners to do that. How many people go into specific programs is not a thing we most focus on. We focus a lot on how many developers out there are using our tools. How many of the apps that are growing quickly, how many of the services people are growing quickly are using tools like Open Graph as well as ads so that we can build an ecosystem.

Mark said in his remarks that we really believe that we're going to provide the identity and the social layer for everything that happens across web, across mobile. Given the size of our Graph this engagement people have with us, which even as we grow, is not just staying flat, but in many ways increasing, we're very optimistic that if you were choosing to develop a service, you would choose to do it with us. We really consider ourselves a partnership company. That means that we want to take social companies and make them big, and big companies and make them social. Because we think bringing what Facebook provides, which is your friends, makes every service better.

OPERATOR: I will now turn the call back over to management.

Q2 2012 Facebook Earnings Conference Call - Final

MARK ZUCKERBERG: All right. Thank you very much. We're grateful to all of you for joining us today, and we look forward to speaking with you again next time.

OPERATOR: This concludes today's conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** August 18, 2012

---

End of Document

# PX0026

# *Q2 2018 Facebook Inc Earnings Call - Final*

FD (Fair Disclosure) Wire

July 25, 2018 Wednesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 10556 words

# Body

Corporate Participants

* David M. Wehner

Facebook, Inc. - CFO

* Deborah T. Crawford

Facebook, Inc. - VP of IR

* Mark Elliot Zuckerberg

Facebook, Inc. - Founder, Chairman & CEO

* Sheryl Kara Sandberg

Facebook, Inc. - COO & Director

Conference Call Participants

* Anthony Joseph DiClemente

Evercore ISI Institutional Equities, Research Division - Senior MD & Fundamental Research Analyst

* Brent John Thill

Jefferies LLC, Research Division - Equity Analyst

* Brian Thomas Nowak

Morgan Stanley, Research Division - Research Analyst

* Colin Alan Sebastian

Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst

* Douglas Till Anmuth

JP Morgan Chase & Co, Research Division - MD

Q2 2018 Facebook Inc Earnings Call - Final

* Eric James Sheridan

UBS Investment Bank, Research Division - MD and Equity Research Internet Analyst

* Heather Anne Bellini

Goldman Sachs Group Inc., Research Division - MD & Analyst

* John Ryan Blackledge

Cowen and Company, LLC, Research Division - Head of Internet Research, MD and Senior Research Analyst

* Justin Post

BofA Merrill Lynch, Research Division - MD

* Mark Alan May

Citigroup Inc, Research Division - Director and Senior Analyst

* Mark Stephen F. Mahaney

RBC Capital Markets, LLC, Research Division - MD and Analyst

* Peter Coleman Stabler

Wells Fargo Securities, LLC, Research Division - Director & Senior Analyst

* Richard Scott Greenfield

BTIG, LLC, Research Division - Co-Head of Research, MD and Media & Technology Analyst

* Ross Adam Sandler

Barclays Bank PLC, Research Division - MD of Americas Equity Research & Senior Internet Analyst

Presentation

OPERATOR: Good afternoon. My name is Mike, and I will be your conference operator today. At this time, I would like to welcome everyone to the Facebook Second Quarter 2018 Earnings Call. (Operator Instructions) This call will be recorded. Thank you very much. Ms. Deborah Crawford, Facebook's Vice President of Investor Relations, you may begin.

DEBORAH T. CRAWFORD, VP OF IR, FACEBOOK, INC.: Thank you. Good afternoon, and welcome to Facebook's Second Quarter 2018 Earnings Conference Call. Joining me today to discuss our results are Mark Zuckerberg, CEO; Sheryl Sandberg, COO; and Dave Wehner, CFO.

Before we get started, I would like to take this opportunity to remind you that our remarks today will include forward-looking statements. Actual results may differ materially from those contemplated by these forward-looking statements. Factors that could cause these results to differ materially are set forth in today's press release and in our quarterly report on Form 10-Q filed with the SEC. Any forward-looking statements that we make on this call are based on assumptions as of today, and we undertake no obligation to update these statements as a result of new information or future events.

During this call, we may present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. The press release and an accompanying investor presentation are available on our website at investor.fb.com.

Q2 2018 Facebook Inc Earnings Call - Final

And now I'd like to turn the call over to Mark.

MARK ELLIOT ZUCKERBERG, FOUNDER, CHAIRMAN & CEO, FACEBOOK, INC.: Thanks, Deborah, and thanks, everyone, for joining us today. We had another solid quarter. Revenue grew 42% year-over-year to $13.2 billion, and Facebook now has more than 2.2 billion monthly actives with almost 1.5 billion actives using it every day.

For the first time today, we're also releasing how many people use at least one of our apps, Facebook, WhatsApp, Instagram or Messenger, and that's 2.5 billion people each month. This number better reflects our community for a couple of reasons. First, it refers to individual people rather than active accounts, so it excludes when people have multiple active accounts on a single app. And second, it reflects that many people use more than one of our services, and Dave will explain this in a little more detail later.

I want to start by talking about all the investments we've made over the last 6 months to improve safety, security and privacy across our services. This has been a lot of hard work, and it's starting to pay off. We recently launched 2 important ad transparency tools: one to let anyone see the ads any page is running even if the ads aren't targeted to you; and the other, an archive of ads with political or issue content that's starting in the U.S. ready for the midterm elections. These ads are now labeled so you can clearly see who's paying for them. And within the archive, you can see the budget associated with each ad, how many people saw it and search all ads with political or issue content that an advertiser has run for up to 7 years. This level of transparency will mean increased accountability and responsibility for advertisers globally.

Over the next 18 months, there are important elections beyond the U.S. in Brazil, India and the EU, and these will all be real tests for Facebook. But I'm confident that we will get this right given our results during last year's French and German elections, the Alabama special election as well as this month's presidential election in Mexico, where our systems found and removed thousands of fake accounts, pages and groups that had violated our policies. Of course, security is not a problem that you ever fully solve. We face sophisticated well-funded adversaries who are constantly evolving, but during each election, we learn and improve, too.

We're also making progress in the fight against misinformation. We're getting rid of the financial incentives for spammers to create fake news, much of which is economically motivated. We stop pages that repeatedly spread false information from buying ads. And we also used AI to prevent fake accounts that generate a lot of the problematic content from ever being created in the first place. Our investments in AI mean that we can now remove more bad content quickly because we don't have to wait until after it's reported. It frees our viewers to work on cases where human expertise is needed to understand the context or nuance of a situation.

In Q1, for example, almost 90% of graphic violence content that we removed or added a warning label to was identified using AI. This shift from reactive to proactive detection is a big change, and it will make Facebook safer for everyone.

I also want to talk about privacy. GDPR was an important moment for our industry. We did see a decline in monthly actives in Europe, down by about 1 million people as a result. And at the same time, it was encouraging to see the vast majority of people affirm that they want us to use context, including from websites they visit, to make their ads more relevant and improve their overall product experience.

Looking ahead, we will continue to invest heavily in security and privacy because we have a responsibility to keep people safe. But as I've said on past calls, we're investing so much in security that it will significantly impact our profitability. We're starting to see that this quarter. But in addition to this, we also have a responsibility to keep building services that bring people closer together in new ways as well. Now in light of increased investment in security, we could choose to decrease our investments in new product areas, but we're not going to because that wouldn't be the right way to serve our community and because we run this company for the long term, not for the next quarter. And Dave will talk about this in a few minutes.

Now perhaps one of the most important things we have done this year to bring people closer together is to shift News Feed to encourage connection with friends and family over passive consumption of content. We've launched

Q2 2018 Facebook Inc Earnings Call - Final

multiple changes over the last half to News Feed that encouraged more direction and engagement between people, and we plan to keep launching more like this.

Now of course, connecting isn't limited to News Feed. Now there are more than 200 million people are members of meaningful groups on Facebook, and these are communities that upon joining they become the most important part of your Facebook experience and a big part of your real-world social infrastructure. These are groups for new parents, for people with rare diseases, for volunteering, for military families deployed to a new base and more. We believe there is a community for everyone on Facebook, and these meaningful communities often span online and off-line and bring people together in person.

We found that every great community has an engaged leader, but running a group can take a lot of time. So we have a road map to make this easier. That will enable more meaningful groups to get formed, which will help us find relevant ones to recommend to you and eventually achieve our 5-year goal of helping 1 billion people be a part of meaningful communities.

Now since the 1970s, there's been this long decline in people joining physical groups around the world, and that has contributed to a broad feeling of loneliness and isolation. But if we can help 1 billion people be a part of something meaningful, then that can help reverse this trend.

Talking about being a part of something meaningful, it's been inspiring to see how people are using our fund-raising tools to make a difference. Last month, a campaign to raise $1,500 for undocumented children separated from their families at the border ended up going viral and raising more than $20 million from more than 0.5 million donors all around the world. This quarter, we added the ability for Pages to create and donate to fundraisers for causes that they care about, too.

This quarter, we also reached a milestone with now more than 1 billion actives on Instagram, and this is a moment to reflect on how this acquisition has been an amazing success. When Instagram joined us, the team had only 16 people, and since then, Kevin and the team have built Stories, Direct and now IGTV. This has been a story of great innovation and product execution, and it's also a story of how effective the integration has been. We believe Instagram has been able to use Facebook's infrastructure to grow more than twice as quickly as it would have on its own. So a big congratulations to the Instagram team and to all the teams across our company that have contributed to this success.

So I'm really excited about video, too. And this quarter, we launched IGTV. People are watching less TV but more video, but most video is not yet optimized for mobile. IGTV will help solve that problem. It's designed specifically for mobile and makes watching long-form vertical video from creators easy. There's a stand-alone IGTV app, but you can also watch within the Instagram app. So that means the entire Instagram community has been able to use it from the start.

We're also seeing Watch start to grow more quickly on Facebook, too. Our teams are focused on building new experiences that help people connect and start conversations. We recently rolled out Watch Party to all groups, so you can watch and chat with friends at the same time. And we're seeing some real traction with some of the original programs from the talk show Red Table Talk featuring Jada Pinkett Smith to Skam, an interactive series that started in Norway and features a new style of storytelling, where the characters have accounts on Facebook and Instagram, and key parts of the story are told not just through video but through posts on their pages.

Stories continue to be a big part of the future of sharing too, and they're growing quickly across WhatsApp, Instagram, Facebook and Messenger. While we started off just implementing the basic Stories format, we've now moved well beyond it and have built lots of new features like polls, questions and collaborative stories in groups and events. And we're also making progress developing Stories into a great format for ads. We've made the most progress here on Instagram, but this quarter, we started testing Stories ads on Facebook, too.

The other major trend we're seeing is the shift to more private messaging. There's a lot to build here. We've been testing Payments on WhatsApp in India, and it gives people a really simple way to send money to each other and contribute to greater financial inclusion. And of the people who have tested this, the feedback and usage have been

Q2 2018 Facebook Inc Earnings Call - Final

very strong. All signs point to a lot of people wanting to use this when the government gives us the green light. And in the meantime, we've broadened our focus to building this for other countries, so we can give more people this ability faster. Over the next 5 years, we're focused on building out the business ecosystem around messaging on WhatsApp and Messenger.

More broadly, our strategy is to use Facebook's computing infrastructure, business platforms and security systems to serve people across all of our apps. For example, we made the decision a decade ago to build our own data centers, and we opened our first custom-built data center in 2011. Today, we have 6 data centers around the world, and we're working on building 8 more. We're using AI systems in our global community operations team to fight spam, harassment, hate speech and terrorism across all of our apps to keep people safe. And this is incredibly useful for apps like WhatsApp and Instagram as it helps us manage the challenges of hyper growth there more effectively.

Beyond apps and looking at the next 10 years, we're making a lot of progress with virtual reality. Our goal is to create that feeling of presence that you're right there with people you care about even if you might be halfway around the world. The Oculus Go is off to a good start, and at $199, it's going to be how a lot of people experience virtual reality for the first time.

Overall, this is a critical year for Facebook. We've made progress preventing abuse, forged ahead with new innovations and are adapting our services to the new trends of messaging, stories, videos and groups. As always, thank you for being a part of this journey, and I'm looking forward to making more progress together.

And now here is Sheryl to talk about our business.

SHERYL KARA SANDBERG, COO & DIRECTOR, FACEBOOK, INC.: Hi, everyone. It was a good second quarter with ad revenue growing 42% year-over-year. Mobile ad revenue was $11.9 billion, a 50% increase year-over-year, making up approximately 91% of total ad revenue. Our growth again was broad based across regions, marketer segments and verticals.

We are working to ensure that Facebook is a safe place for people and businesses. We've taken strong steps to address a number of issues, including election integrity, fake news and protecting people's information. One of the most important things we can do to affect change is to increase transparency because transparency leads to greater accountability. For example, when anyone can see any ad on Facebook, advertisers have to stand behind the ads they run. Transparency also allows us to get more input from our community and from experts around the world so that we can find and fix problems. We wish we could find everything ourselves, but we never will, so we're building tools to make it easier for people to report issues to us.

As Mark mentioned, this quarter, we took major steps to make advertising in pages more transparent. Now anyone can see all the ads a page is running across Facebook, Instagram, Messenger and Audience Network. You can also learn more about pages even if they don't advertise. You can see when a page was created and if they've changed their name.

For political and issue ads, we're going even further. Advertisers placing ads with political content are now required to verify their identity and location. These ads will be labeled with a disclosure about who paid for them and saved in a searchable archive. The vast majority of ads on Facebook are run by legitimate organizations, from small businesses looking for new customers to advocacy groups raising money for their causes. But we've seen that bad actors can misuse our products, too, so we're erring on the side of transparency. We're being intentionally broad in our interpretation of political and issue ads. This includes ads for books about politicians and brand campaigns that touch on national issues. Given our commitment to transparency, we think it's important to apply this policy to more ads rather than fewer -- rather than fewer. These steps are just a start. We'll keep looking for ways to improve, and we hope these tools become standard across the industry.

As we make these investments in transparency and accountability, we remain focused on our key priorities: helping businesses leverage the power of mobile, developing innovative ad products and making our ads more relevant and effective. First, leveraging the power of mobile. For businesses, winning on mobile now means winning on video.

Q2 2018 Facebook Inc Earnings Call - Final

Globally, people are creating and wanting more video, especially on mobile devices. According to eMarketer, neither -- nearly 1/4 of the world's population will watch video on a mobile phone this year. We see this trend toward video across all of our apps, from people sharing more video with their friends on Facebook to watching more video from creators on Instagram to having more video calls on WhatsApp and Messenger. Marketers are making more video of their own. We're seeing healthy growth in video ads amongst all advertiser segments.

M&M's UK recently used mobile optimized 5-second video ads on Facebook and Instagram to introduce M&M's Mix, a bag of 3 kinds of M&Ms in 1. Their campaign worked, driving results not just for their new product but for the brand overall. Their sales increased by over 10%, and 80% of that came from households that had not bought M&M's in the previous 26 weeks.

Second, developing new ad products. We know that creating video can be more difficult for small businesses that have fewer resources, so we've launched new tools on Facebook to help anyone make videos that work well on mobile. Last quarter, we released ads animator, a simple way to create eye-catching video ads using photos and other content that's already on a company's Facebook page. We're also testing Video Creation Kit, which gives advertisers easy-to-use video templates for different marketing objectives. By learning what performs best across our platform, we can help other businesses succeed.

We're also making it easier to run ads on Instagram and in Stories. Ads in Stories are an immersive engaging way for people to interact with businesses. When online retailer Overstock wanted to gain new customers and increase furniture sales, they ran video ads in Instagram Stories with a Shop Now button. They saw an 18% increase in return on ad spend and a 20% decrease in cost per acquisition.

This quarter, we made it easier for more advertisers to adopt the Stories format. When an advertiser uploads video in a square or horizontal format for feed, we can automatically transform it into the full-screen vertical format of Stories.

Third, making our ads more relevant and effective. We're building new products and improving existing ones to ensure advertisers can reach the right audience. For example, automatic placements help advertisers get better results by showing ads across our platform wherever they'll perform best and at the lowest cost. SumUp, a German payment startup that helps small businesses accept debit and credit cards, switched from manual to automatic placements and increased sales by 34% in 1 week.

Advertisers of all size -- sizes want to know if their ads are working and how to make them better, but smaller businesses don't always have this capability. We're changing that. Last year, we introduced Test and Learn, a way for advertisers to run variations of their ads and measure the results in just a few steps. We started with tools for direct response advertisers to figure out what drives conversions. In Q2, we added a way for companies to understand the effect of their ads on brand perception. We plan to roll this out to all advertisers, big and small so they can easily experiment with different strategies and find the ones that work best.

As always, I'm grateful to our teams around the world. Their work over the past several months has helped millions of businesses grow and created new levels of transparency in advertising. I'd also like to thank our partners and the businesses of all sizes who turn to us to reach their customers and give us the feedback that helps make us better.

Thank you. And now here's Dave.

DAVID M. WEHNER, CFO, FACEBOOK, INC.: Thanks, Sheryl, and good afternoon, everyone. Let's start with our community metrics. Daily active users on Facebook reached 1.47 billion, up 11% compared to last year led by growth in India, Indonesia and the Philippines. This number represents approximately 66% of the 2.23 billion monthly active users in Q2. MAUs were up 228 million or 11% compared to last year. It's worth noting that MAU and DAU in Europe were both down slightly quarter-over-quarter due to the GDPR rollout, consistent with the outlook we gave on the Q1 call.

As Mark mentioned, we're also introducing a family-wide audience metric. 2.5 billion people worldwide used one of our applications in June. This is our best estimate of our deduplicated audience across the Facebook, Instagram,

Q2 2018 Facebook Inc Earnings Call - Final

Messenger and WhatsApp. We believe this number better reflects the size of our community and the fact that many people are using more than one of these services.

Note that for comparison purposes Facebook MAU does count multiple accounts for a single user when such accounts exist. And we estimate those represent approximately 10% of our Facebook MAU as previously disclosed in the Limitation of Key Metrics section in our SEC filings. The family audience metric only counts a single user in these instances.

Turning now to the financials. All comparisons are on a year-over-year basis unless otherwise noted. Q2 total revenue was $13.2 billion, up 42% or 38% on a constant currency basis. Foreign exchange tailwinds contributed approximately $370 million of revenue in Q2.

Q2 ad revenue was $13 billion, up 42% or 38% on a constant currency basis. In terms of ad revenue by region, Europe and Asia Pacific both grew fastest at 47% each and benefited from foreign exchange tailwinds. I'd note that European ad revenue growth decelerated more quickly than other regions and was impacted primarily by reduced currency tailwinds and, to a lesser extent, the rollout of GDPR. Mobile ad revenue was $11.9 billion, up 50% and represents approximately 91% of ad revenue. In Q2, the average price per ad increased 17%, and the number of ad impressions served across our services increased 21%, driven primarily by ads in feed on Instagram and Facebook. Payments and other fees revenue was $193 million, up 23%.

Turning now to expenses. Total expenses were $7.4 billion, up 50%. We ended Q2 with over 30,000 full-time employees, up 47% compared to last year.

Operating income was $5.9 billion, representing a 44% operating margin. Our effective tax rate in the quarter was 13%. Net income was $5.1 billion or $1.74 per share. Capital expenditures were $3.5 billion, driven by investments in data centers, servers, network infrastructure and office facilities.

In Q2, we generated $2.8 billion of free cash flow and ended the quarter with approximately $42 billion in cash and investments. And in the second quarter, we bought back approximately $3.2 billion of our Class A common stock.

Turning now to the revenue outlook. Our total revenue growth rates decelerated approximately 7 percentage points in Q2 compared to Q1. Our total revenue growth rates will continue to decelerate in the second half of 2018, and we expect our revenue growth rates to decline by high single-digit percentages from prior quarters sequentially in both Q3 and Q4. There are several factors contributing to that deceleration. For example, we expect currency to be a slight headwind in the second half versus the tailwinds we have experienced over the last several quarters. We plan to grow and promote certain engaging experiences like Stories that currently have lower levels of monetization, and we are also giving people who use our services more choices around data privacy, which may have an impact on our revenue growth.

Turning now to expenses. We continue to expect that full year 2018 total expenses will grow in the range of 50% to 60% compared to last year. In addition to increases in core product development and infrastructure, this growth is driven by increasing investment in areas like safety and security, AR/VR, marketing and content acquisition.

Looking beyond 2018, we anticipate that total expense growth will exceed revenue growth in 2019. Over the next several years, we would anticipate that our operating margins will trend towards the mid-30s on a percentage basis.

We expect full year 2018 capital expenditures will be approximately $15 billion, driven by investments in data centers, servers, network infrastructure and office facilities. We plan to continue to grow capital expenditures beyond 2018 to support global growth and our ongoing product needs.

Turning now to tax. At current stock prices, we expect our full year 2018 tax rate will be in the mid-teens but that our Q3 tax rate will be 25% to 30% due to a onetime charge related to a recent court ruling in the IRS versus Altera case. As a reminder, fluctuations in our stock price will impact our tax rate.

Q2 2018 Facebook Inc Earnings Call - Final

In summary, our community and business growth remains solid. Our financial strength has enabled us to invest heavily to improve our ability to serve our global community through our existing family of apps as well as to prepare us for the future.

With that, operator, let's open up the call for questions.

Questions and Answers

OPERATOR: (Operator Instructions) Your first question comes from the line of Brian Nowak from Morgan Stanley.

BRIAN THOMAS NOWAK, RESEARCH ANALYST, MORGAN STANLEY, RESEARCH DIVISION: I've got 2. Just the first one on monetization of Facebook core versus Instagram. Just talk a little bit about how you think about monetization levels and the key drivers currently and going forward when we think about ad load, pricing and the importance of ad improvements across the 2 platforms over the next, call it, year or so? And the second one on Instagram TV. Maybe just talk about how you look and think about the core consumer offering, how it varies from Facebook Watch and philosophically how you think about investing in premium content or sports content across the 2 products?

DAVID M. WEHNER: Brian, I'll take the first one. In terms of Facebook versus Instagram, they're obviously both contributing to revenue growth. Instagram is growing more quickly and making an increasing contribution to growth, and we've been pleased with how Instagram is growing. Facebook and Instagram are really one ads ecosystem, I think, from a supply perspective, both now, from a feed perspective, have similar ad loads. Instagram has more heavy usage of Stories, so that's an area of continued growth opportunity because the effective levels of monetization in Stories are lower. On the demand side, we see good traction across both platforms, and we're rolling out more ability for advertisers to leverage ads in Stories with more formats and the like. So that's, again, an important opportunity for growth, it's just continuing to build out more products on the demand side for Stories.

MARK ELLIOT ZUCKERBERG: And I can take the second part of the question about the -- what we're trying to do with IGTV and Watch at the same time. The IGTV product approach is very focused on helping people connect with creators in a mobile-native vertical video format and helping people not only see content that they love from people that they want to follow but build a community around those creators, which is what we see people are trying to do. And creators now uniquely have the ability to both reach a large audience and connect and engage the community through the social network on Instagram at the same time. With Watch, a lot of what we're trying to do is make it so the video content that's on Facebook and some of the content that we're acquiring through original programming that people can come together with their friends to watch that content through things like Watch Party and engage and build community that way. So there's a big space here in terms of helping people have real connections and interactions around video. These are sort of 2 different takes on this. Overall, what you're going to see from us on video is not just try to optimize for overall watch time but to optimize for building products that help bring people together and help facilitate real interaction between people.

OPERATOR: Your next question comes from the line of Eric Sheridan from UBS.

ERIC JAMES SHERIDAN, MD AND EQUITY RESEARCH INTERNET ANALYST, UBS INVESTMENT BANK, RESEARCH DIVISION: Maybe going back to the OpEx and your comments, Dave, looking out sort of medium to longer term. Just want to understand if we can get a little bit more color on some of the drivers of that. How much of it could be video in support of where you want to take the business over the medium and long term versus things that maybe don't necessarily have a revenue component to them like the security and the protection of the ecosystem that the whole team's been talking about since the end of last year?

DAVID M. WEHNER: Yes. Eric, it's going to be a combination of those factors. I would say, we're going to continue to invest in core product development and infrastructure, and so you've seen that already in terms of the ramp that we have in capital expenditures. We're continuing to build out features and functionality for the community across a wide range of different products, whether it be the ad products that Sheryl talked about or IGTV and the like. In addition to those core developments, we're also making the significant long-term investments in safety and security. Those investments are in the billions of dollars per year. Those will have a negative impact on margins. We think

Q2 2018 Facebook Inc Earnings Call - Final

that's the right thing to do for the business in terms of ensuring the community's safety and security and the durability of the franchise. So those are important investments from an ROI perspective, but they don't have obviously immediate translation into revenue dollars. Secondly, we're continuing to make big investments in innovation. Those, we believe, are attractive long-term investments. The things that I would point to are things like AI as well as our investments in AR and VR. Those are things that will play out, AI in the nearer term, but the investments in AR and VR are really about building the next generation of computing. And that's got a longer-term return window, so attractive investments, we believe, but ones that will take longer term to pay off and those would have a dilutive effect on margins in the near term. Those are the 2 factors that I would point to. In addition, on the CapEx side, we're continuing to invest heavily on the capital -- on capital expenditures, first, to just get ahead of user growth and engagements and then also to make sure that we've got the compute available to support the growth of a number of the key drivers of our business around feed ranking and ads ranking. So I think those are the things that I would point to all factoring into the margin guidance that I gave.

OPERATOR: Your next question comes from the line of Ross Sandler from Barclays.

ROSS ADAM SANDLER, MD OF AMERICAS EQUITY RESEARCH & SENIOR INTERNET ANALYST, BARCLAYS BANK PLC, RESEARCH DIVISION: Can you hear me? Can you guys hear me?

MARK ELLIOT ZUCKERBERG: Yes.

SHERYL KARA SANDBERG: Yes.

ROSS ADAM SANDLER: Okay, sorry. Dave, I think you said that the quarter-on-quarter growth rates are going to be high single digits lower than the prior year quarter-on-quarter growth rates versus 3Q and 4Q. That would imply around a 20% year-on-year growth rate exiting fourth quarter. So I just want to clarify, is that what you actually said? And if so, what's driving this fairly dramatic deceleration of revenue growth?

DAVID M. WEHNER: Ross, so yes, we grew at 42% in the current quarter, and we would expect decel in the high single digits for the next couple quarters. In terms of what is driving the deceleration, I -- it's a combination of factors, and I think I outlined those in my commentary. First of all, there's the currency, which is going from being a tailwind to being a modest headwind, we expect. Secondly, we're going to be focusing on growing engaging new experiences like Stories and promoting those, and that's going to have a negative impact on revenue growth. And then finally, we're giving people who use service -- the services more choice around privacy. And that's coming both in terms of impacts that could be ongoing from things like GDPR as well as other product options that we're providing that could have an impact on revenue growth. So it's a combination of all those factors that is leading to the deceleration of revenue growth in the second half.

OPERATOR: Your next question comes from the line of Doug Anmuth from JPMorgan.

DOUGLAS TILL ANMUTH, MD, JP MORGAN CHASE & CO, RESEARCH DIVISION: A question for Mark. I was hoping you could talk about the company's focus on meaningful social interactions. Several months into some of those changes, do you think behavior on the platform has shifted at all? And would you expect the improvements in the experience to ultimately drive a rebound in core Facebook engagement?

MARK ELLIOT ZUCKERBERG: Sure. So we've launched a number of changes that are focused towards trying to encourage more interaction at the expense of some passive consumption on the network, and we found that these have generally encouraged more interaction. They're positive, so we're going to keep on moving in this direction. We're doing this for a number of reasons. One is that we just started getting a lot of feedback from people in the community that they wanted Facebook to be more about connecting with people, which is really the core of what it's always been, less so about viral videos or news content and just passive consumption. So that's one. Another big driver is we've focused on trying to make sure that we understand the effect of using our services on people's well-being. I think that that's important for all companies. And the research there is very clear that when people are using the Internet and including our services to interact with other people, that's associated with all the positive elements of well-being that you'd expect: feeling more connected, feeling less lonely, feeling happier and long-term measures of health. But when you're simply using the Internet to passively consume content, then that isn't necessarily

Q2 2018 Facebook Inc Earnings Call - Final

associated with positive improvements to well-being. So both because of the feedback that we were getting and the research, we felt like this was really the right direction to go in. We're seeing positive signs in terms of how it's encouraging people to interact more. Of the usage on the platform, we do think that, that is the most valuable usage. But that's why we're going in that direction, and everything that we've seen so far suggests to us that we should continue moving in that direction more.

OPERATOR: Your next question comes from the line of Heather Bellini from Goldman Sachs.

HEATHER ANNE BELLINI, MD & ANALYST, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: I was just wondering if you could share with us, as you look ahead over the next 12 to 24 months and you think of assets that you have that you aren't currently monetizing in material ways, which of those do you think about when you think about kind of layering on the next leg of the stool, if you will, which one of those would you expect us or would you expect to see start to contribute in a more meaningful way over the next couple of years? How would you kind of rank order those assets that are not currently being monetized in a significant way at this point?

SHERYL KARA SANDBERG: I'll take it. So obviously, we started with ads in Facebook, and that was something we have grown and they continue to grow. The ads have expanded quite nicely to Instagram. And Instagram represents a very healthy part of the growth, and we expect that to continue as well. When you think about things that are further out, I think you then start talking about our messaging apps. We are furthest ahead in Messenger, but it's still very early days. We're quite happy with consumer engagement with 1.3 billion monthly actives on the platform, and we continue to see a lot of organic connections between businesses and consumers on the messaging platform. We now have over 8 billion messages sent between people and businesses per month, which includes automated messages. We're being very slow and deliberate with monetization. It's still in early days. But I think we've launched some things that people are excited about and interested in, like click-to-Messenger ads. We also have some early nice results we can share from clients. One of them recently was LEGO. They launched a Messenger bot to help with gift recommendations, and they created a click-to-Messenger ad that linked to a LEGO bot, which helped provide product and gift recommendations. They reached people over 25 years old in the U.S., U.K., France and Germany and targeted people who are interested in LEGO toys and shopping. And they found a 3.4x higher return on ad spend for click-to-Messenger ads versus those that just linked to the LEGO website. And I share that case because it shows what we're excited about. We're excited about a new surface where businesses can interact with consumers but also really a new functionality. If you go further out, you would then start thinking about WhatsApp. We are very focused there on the user experience, but we're also focused, even earlier stages, on growing our business ecosystem. The WhatsApp Business app has launched, and we now have more than 3 million people actively using it to test business solutions. So that's further out, but we think it has potential as well.

OPERATOR: Your next question comes from the line of Mark Mahaney from RBC Capital Markets.

MARK STEPHEN F. MAHANEY, MD AND ANALYST, RBC CAPITAL MARKETS, LLC, RESEARCH DIVISION: Two questions please, a near-term one and a long-term one. The near-term one is can you just comment on what you're seeing in terms of MAU recovery growth trends in Europe? You have -- you gave us a -- what turned out to be a pretty accurate read into the June quarter. So would you have a read into whether things have paced out and started to improve again post-GDPR implementation? And then I know, Sheryl, you just talked about this. But can I just ask you just a quick -- maybe comment a little bit more on Facebook Messenger? I've just seen the ad units there. There seem to be -- it seemed like there's been a pickup recently in implementation of ads there that seemed to me to be highly effective and reasonably well targeted. So any learnings just from those, the basic ad units that you put in there, beyond the kind of the business metrics you just reported on?

DAVID M. WEHNER: Mark, it's Dave. On Europe, yes, we don't have any update on trends. We had indicated in the first quarter that we would expect to see a decline. We're not providing any guidance on MAU and DAU in Europe on this call.

SHERYL KARA SANDBERG: In terms of number two, we have an ad model where we're able to use the targeting capabilities for Facebook, but when we put ads into a new surface, we obviously learn and evolve. So one example of some of the things that we're excited about, again, are the click-to-Messenger ads. That's something we can put

Q2 2018 Facebook Inc Earnings Call - Final

in News Feed in Instagram and Messenger, and it both grows the ecosystem and creates a new opportunity for interaction. We also have inbox ad where we -- inbox ads where we're enabling advertisers to extend their reach to people in Messenger, which is still really early. And we're also in the early days of sponsored messages, which enable businesses to reengage people once a conversation has started. And so when we think about the format of Messenger, we think about the direct correspondence between a person, either an existing or a potential client, or with a business, and we think there are many times in kind of a life cycle of interacting with the business where that's a very attractive opportunity.

OPERATOR: Your next question comes from the line of John Blackledge from Cowen.

JOHN RYAN BLACKLEDGE, HEAD OF INTERNET RESEARCH, MD AND SENIOR RESEARCH ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: Mark or Sheryl, could you discuss your view about the importance of Instagram as a discovery platform for new and/or emerging brands and merchants? And then over time, as these merchants and brands mature, how do you view Instagram's ability to monetize? And then just a quick one on North American ad revenue, it was a bit lower than we expected in the second quarter. Don't know if you guys have any color there.

SHERYL KARA SANDBERG: On the first, when we think about Instagram, we think we have a great opportunity: 25 million Instagram business profiles, 2 million advertisers. We're growing quite nicely across brands and DR and with 1 billion active people on the platform. I think Instagram is definitely both a direct response opportunity but an opportunity for discovery. Part of it's the format. The format is so visually appealing, and people are telling stories with pictures. So we see both anecdotally and in the data that this is a great place for people to become aware of a product in the first place. And we see a lot of small businesses really able to do things on the platform. I'll share a recent example. We just launched a shopping experience that was just expanded in Q2 to all consumers in an additional 45 countries. DefShop is an e-commerce fashion brand in Germany. They were an early tester for IG shopping. And what they did in that test is tagged each article of clothing. They had 56 more website visitors and a 64% increase in sales for tagged products. And I think a lot of those were discovered and purchased right through that advertising funnel.

DAVID M. WEHNER: John, it's Dave. Just on the North American deceleration in ad revenue growth, kind of consistent with the trends we've seen, so nothing there notable. I would say we're pleased at the growth that we're seeing at the scale at which we're operating. When you look at the deceleration, the one that I called out was really Europe where you saw the currency impact as well as, to a lesser extent, GDPR causing sort of faster deceleration than in the other regions. I would say North America was more kind of within kind of what we were seeing across the rest of the business.

OPERATOR: Your next question comes from the line of Justin Post from Bank of America Merrill Lynch.

JUSTIN POST, MD, BOFA MERRILL LYNCH, RESEARCH DIVISION: The guidance for the deceleration might raise some questions just on Facebook engagement. So just wondering how you're seeing activity within just core Facebook right now? Is it growing at a healthy rate? And then secondly, you have had a couple of months now with GDPR. Just wondering how you're thinking about how that will impact your ad targeting over the next year.

DAVID M. WEHNER: Sure, Justin. I'll take that. So we're continuing to see good growth in the Facebook ecosystem with 11% DAU growth, and obviously, we've got broader family growth as well. In terms of -- I guess, going to the GDPR question, we've talked about -- oh, sorry, Sheryl, were you going to take the GDPR question?

SHERYL KARA SANDBERG: Yes, I can talk about GDPR. GDPR has not had a significant revenue impact, but we also recognize it wasn't fully rolled out this quarter. It was very encouraging for us to see that the vast majority of these people affirmed that they want us to use information, including from the websites they visit, to make their ads more relevant. But as we look further out, we recognize that there's still risk, and we're going to watch closely. Advertisers are still adapting to the changes, so it's early to know the longer-term impact. And things like GDPR and other privacy changes that may happen from us or may happen with regulation could make ads more relevant. One thing that we know that's not going to change is that advertisers are always looking for the highest ROI opportunity,

Q2 2018 Facebook Inc Earnings Call - Final

and what's most important in winning budgets is our relative performance in the industry. And we believe we'll continue to do very well on that.

DAVID M. WEHNER: I'd just give a little bit more color, sorry. I wanted to give a little bit more color on some of the different regional trends we're seeing on Facebook DAU. U.S. and Canada, sort of consistent with past quarters, has been flat at about 185 million, and we'd expect that to continue to be -- continue to bounce around. Europe, we saw the decline that we anticipated from GDPR, and I would say, there, really those impacts were purely due to the GDPR impact, not other engagement trends. So I would point to that. Otherwise, I think feeling good about Europe. Worldwide, we've got kind of different puts and takes. Indonesia had a SIM card registration requirement that caused a little bit of a headwind in APAC. And then rest of world, we saw some countries come back online, like Ethiopia came back online, so some different puts and takes but overall still seeing regional growth across all regions with the exception of the U.S., Canada being flat.

OPERATOR: Your next question comes from the line of Mark May from Citi.

MARK ALAN MAY, DIRECTOR AND SENIOR ANALYST, CITIGROUP INC, RESEARCH DIVISION: Just following up on the comments. Sheryl mentioned that there's really no meaningful impact on GDPR to the ad business, at least as of now. But then, Dave, I think you mentioned that because you're giving people more control over their privacy and data that this is one of the reasons why you're expecting the meaningful decel in the second half. So just trying to reconcile those 2 things. Maybe the questions have been too specific around the impact of GDPR and should be more broad around data and privacy. And I guess, ultimately, the question is what impact, if any, is these greater controls that you're giving users having on ad revenue growth and monetization?

DAVID M. WEHNER: Sure, Mark. Let me take that. So GDPR didn't have a significant impact in Q2 partially because of its implementation date. So you're just seeing effectively 1 month of it. In terms of revenue, we do think that there will be some modest impact. And I don't want to overplay these factors, but you've got a couple things going on. You've got the impact of the opt-outs. And while we're very pleased with the vast majority of people opting into the third-party data use, some did not. So that'll have a small impact on revenue growth. And then we're also seeing some impact from how advertisers are using their own data for targeting, so again, that'll have a modest impact on growth. And then in addition, we're continuing to focus our product development around putting privacy first, and that's going to, we believe, have some impact on revenue growth. So it's really a combination of kind of how we're approaching privacy as well as GDPR and the like. So I think all of those factors together are one of the factors that we're talking about, the other being obviously the currency flip.

OPERATOR: Your next question comes from the line of Rich Greenfield from BTIG.

RICHARD SCOTT GREENFIELD, CO-HEAD OF RESEARCH, MD AND MEDIA & TECHNOLOGY ANALYST, BTIG, LLC, RESEARCH DIVISION: So I guess, one of the things as you look at, you talked about the growth you're seeing in users overseas or basically everywhere but the U.S. and Canada. But when you look at ARPU, your ARPU outside, even in Europe, is still only a real tiny fraction of where you are in the U.S. and obviously in Asia and rest of world, an infinitesimal fraction of where you are in the U.S. How does that factor into as you think about your long-term guidance that you just talked about, especially with margins moving towards the mid-30s just given how early you are in those non-U. S. markets and how much headroom they have to grow as those ad markets mature? How do you have confidence that you -- in that type of deceleration when you look at how much upside there is in that ARPU?

DAVID M. WEHNER: Yes. I guess, you've got a couple of different factors going on there. You've got the opportunity, I think, for ARPU growth in those regions, and that's going to depend on the mix of countries in those regions and the GDP per capita in those countries as well as the relative size of the ad markets. And that correlates very strongly to our opportunity and our potential ARPU. And I think you've got upside growth potential in the long run in those markets. As it relates to margin profile, you also just have the factor that your increasing growth -- the increasing mix of the business is shifting towards Asia and towards what are currently lower ARPU markets. And so while those are very attractive, we believe to serve both in the near and in the long run, they're going to have a

Q2 2018 Facebook Inc Earnings Call - Final

different impact on margin because the cost to support those users relative to the revenue they bring in does have an impact on margins in the medium term.

OPERATOR: Your next question comes from the line of Anthony DiClemente from Evercore.

ANTHONY JOSEPH DICLEMENTE, SENIOR MD & FUNDAMENTAL RESEARCH ANALYST, EVERCORE ISI INSTITUTIONAL EQUITIES, RESEARCH DIVISION: I have 2. One for Sheryl and one for Mark. Sheryl, you just -- in Dave's comments and the comments about the business impact of engagement shifting to Stories versus Feed products, I just -- if you could spell out for us, I guess, the real -- the specific reasons why Stories monetization is not as strong as Feed today, and in the context perhaps of what needs to happen in the future for Stories monetization to rebound to, let's say, parity to where Feed is today and sort of get through that negative impact. And then for Mark, I think perhaps Heather was getting at this in her question, but the company's investing so much into owned data centers. You talked about that, I think, in your prepared remarks. Are there ways to improve the return on investment of those investments in data center servers, network infrastructure? And what I'm thinking is, in order to perhaps service third parties, to maybe just improve those returns in a way that other tech and Internet companies have in terms of investments in infrastructure.

SHERYL KARA SANDBERG: So on Stories, we've seen great progress of Stories as a format for people to share on our platform. We have 400 million people sharing with Instagram Stories, 450 million with WhatsApp status. Facebook is newer, but we're seeing good progress there. The question is will this monetize at the same rate as News Feed. And we honestly don't know. We'll have to see what happens. There are good reasons to be very optimistic about the monetization. The opportunity, full screen, authentic, very engaging, different formats than Feed, gives us an opportunity to grow. We also don't have all of our advertisers yet creating story ads. So obviously, as more and more advertisers come in and do that, the more and the better ads we'll have. I think getting that ramp will take a while because Stories is a new format, and we definitely see that it takes a while for advertisers to adopt new formats. I think one of the other things we feel good about over the long run, not really the short run, is that since we have so many different places where you have Stories formats in Instagram and WhatsApp and Facebook, as volume increases of the opportunity, advertisers get more interested. But we won't know for a while if it's going to monetize at the same rate. We do feel very good about a new and very engaging opportunity for ads.

MARK ELLIOT ZUCKERBERG: And I can quickly answer the second part around data centers. I mean, the quick answer is that we're not planning on going into the cloud services. We're not planning on doing that. We have to build out all this capacity to serve our community. It's a very computationally and resource intensive set of services that we provide, and we need to build that out. We are very optimistic. I'm very optimistic about AI overall and being able to use more computing resources to be able to crunch more data to be able to rank News Feed and ads and search and friend suggestions and all the important things that we use our AI systems to do in addition to the integrity and security work. Part of the advance in AI technology now allows us to use more compute to use all the data that's in the system to provide better results. So we certainly plan on doing that.

OPERATOR: Your next question comes from the line of Peter Stabler from Wells Fargo Securities.

PETER COLEMAN STABLER, DIRECTOR & SENIOR ANALYST, WELLS FARGO SECURITIES, LLC, RESEARCH DIVISION: One for Sheryl and then one for Dave. Sheryl, just on the SMB side, wondering if you could give us any color by region if possible. And then secondly on the go-to-market strategy, to what extent is Facebook dependent upon or leveraging resellers versus small businesses discovering the ad platform on their own? How key is that reseller channel for you on the small business side? And then for Dave, given that you've given us some relatively specific guidance on the revenue growth decel through the remainder of the year, wondering if you could give us some color on what that embeds from an FX expectation at this point.

SHERYL KARA SANDBERG: So SMBs are very core to our business, and with over 80 million SMB pages that are using Facebook on a monthly basis, we know they're core to theirs. Our 6 million advertisers come from those pages, and so the fact that we have so much room to grow is exciting for us. We don't break this out by region, but we do see very strong SMB participation across the board and around the world, particularly as SMBs come online,

Q2 2018 Facebook Inc Earnings Call - Final

the more -- as SMBs come online the more. So you can imagine that some of it goes with Internet penetration and Internet use. In terms of resellers, we think it's a big opportunity. We don't break that out either, but obviously some of our ads are sold directly and bought directly through our online interfaces. We also have third parties that sell our ads, and we welcome that as well.

DAVID M. WEHNER: Peter, it's Dave. Just on the FX, we're just looking at current rates and just rolling those forward, not predicting what the rates will be but rather looking at current rates and thus, what the impact would be if rates stay the same on the second half.

OPERATOR: Your next question comes from the line of Brent Thill from Jefferies.

BRENT JOHN THILL, EQUITY ANALYST, JEFFERIES LLC, RESEARCH DIVISION: Dave, I want to go back to the magnitude of the deceleration. I think many investors are having a hard time reconciling that type of deceleration, considering how good the advertising -- advertiser feedback is on your platform. And I realize you've outlined FX and Stories and the other factors. But is there something that you're hearing now from advertisers that are -- is giving you more confidence that they're saying something different about what we're all hearing right now? It just seems like the magnitude is beyond anything we've seen, especially across a number of tech names we all cover.

DAVID M. WEHNER: Yes. Brent, I'll take that, and if Sheryl wants to add color, she should step in as well. The -- this is -- I mean, we consistently have seen over the last 8 quarters constant currency deceleration, so there's a continuation of this trend. I don't think there's anything beyond that in the factors that I outlined. I would note, we've been benefiting from continued growth across Instagram. Instagram ad load in Feed is the same level as Facebook, so that would be -- that's certainly been helpful in our recent quarters. So I think when you look at the factors going forward, I would say we've got the currency impacts. We've got some of the impacts around privacy and the like, but we continue to get good advertiser feedback on ROI. We continue to believe we're delivering great ROI for advertisers. So I don't think there's anything from the advertiser perspective that's necessarily playing out differently than expectations. Sheryl can add any color there.

SHERYL KARA SANDBERG: Yes, I'd add there. I mean, even at decreasing growth rates, we are still growing and predicting growth at very healthy rates, and that's based on returning for advertisers. We're very focused on helping advertisers meet their ultimate goals, looking at their ROI, looking at the return they get on ringing the cash register, whether that cash register rings online or offline. And we hear from them and we continue to see in our results that we continue to deliver strong results. So we have a lot of opportunity ahead of us. We're going to continue to invest in that opportunity, and what we're hearing from advertisers all over the world is that they want to continue to grow and invest with us as well.

OPERATOR: The last question comes from the line of Colin Sebastian from Robert W. Baird.

COLIN ALAN SEBASTIAN, SENIOR RESEARCH ANALYST, ROBERT W. BAIRD & CO. INCORPORATED, RESEARCH DIVISION: Just a couple of follow-ups for me. First off, Dave, maybe I missed this. But what time frame are you referring to in terms of getting down to the mid-30s operating margin? And does that outlook assume any meaningful contribution from any of the new areas of innovation that you highlighted on the call? Just trying to figure out how much of that might be conservatism. And then on the nearer-term trends and the midterm elections in the U.S., given the amount of scrutiny that will exist in your platform, how should we think about your level of preparation, on one hand, to manage content? And then on the other hand, is this part of the potential impact on monetization of revenue growth in the back half of the year that you're taking into consideration?

DAVID M. WEHNER: Sure, Colin. Let me take a crack at that. So in terms of the guidance, I had given guidance. This is several years, so more than 2 but less than many. So it's over a time frame more than 2 years is our expectation. And then in terms of does that have any meaningful contribution from areas of innovation, we talked about some of the areas that we are investing in. Obviously on the safety and security side, that -- those are costs that are layering in that we think are the right thing to do for the business but don't necessarily have a revenue impact, so certainly takes those into account. It also takes into account the ongoing investments we're making in the longer-term innovation work, which I don't think will necessarily have any meaningful revenue relative to the size of

Q2 2018 Facebook Inc Earnings Call - Final

the business in those time frame. We're also investing in things like video, Watch and the like, which have the potential to contribute on the revenue side but still relatively small when -- in perspective of the overall business.

MARK ELLIOT ZUCKERBERG: All right. And I can take the question on the midterm elections. So yes, the short answer is we're much more confident that we're going to get this right for the elections in 2018, which include the U.S. midterms but also elections in Brazil and upcoming elections in early 2019 in India and the EU. And the reason why we're confident that we can get this right is because there have been several elections since the 2016 ones that have had much better results, including the French presidential election, the German election, the Alabama special election and the Mexican election about a month ago. And in each of these -- I mean, going back to 2016, we were -- we have a very big security team that was focused on security around even the 2016 election, and we found hacking and phishing attacks that the Russian government was trying to do, and we notified the right people about those. But 2016 was really the first time that we saw this kind of coordinated information operation. And since then, we've built a playbook out that has included building AI tools to identify thousands of fake accounts and groups and pages that violate the policies. It's included growing the security and content review teams to 20,000 people to be able to handle the volume of work that we need to do. And it includes a lot of the transparency work around advertising in general but also the political and issue ads archive and verifying all advertisers who are trying to run political and issue ads. There are a number of other things that we're doing, too, including creating an external program for independent academics to study how the impact of social media and how foreign governments do try to interfere in elections, and that will have a longer-term impact as well. But the short answer here is we've been very focused on this. 2018 is a big year. And because of the successful results that we've seen in a number of elections recently, we feel like our road map and our level of preparation is much higher now than it has been, and we feel relatively confident going into these elections.

DEBORAH T. CRAWFORD: Great. Thank you. Thank you for joining us today. We appreciate your time, and we look forward to speaking with you again.

OPERATOR: Ladies and gentlemen, this concludes today's conference call. Thank you for joining us. You may now disconnect your lines.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** July 29, 2018

Q2 2018 Facebook Inc Earnings Call - Final

**End of Document**

PX0026-016

# PX0048

**FACEBOOK**                                                                                    🔍

Back to Newsroom

<u>Facebook app</u>

# Building a Better News Feed for You

June 29, 2016

*By Adam Mosseri, VP, Product Management, News Feed*

The goal of News Feed is to show people the stories that are most relevant to them. Today, we're announcing an update to News Feed that helps you see more posts from your friends and family. We explain this change in more detail <u>here</u>.

When we launched News Feed in 2006, it was hard to imagine the challenge we now face: far too much information for any one person to consume. In the decade since, more than a billion people have joined Facebook, and today they share a flood of stories every day. That's why stories in News Feed are ranked — so that people can see what they care about first, and don't miss important stuff from their friends. If the ranking is off, people don't engage, and leave dissatisfied. So one of our most important jobs is getting this ranking right.

As part of that process, we often make improvements to News Feed, and when we do, we rely on a set of core values. <u>These values</u> — which we've been using for years — guide our thinking, and help us keep the central experience of News Feed intact as it evolves. In our continued efforts to be transparent about how we think about News Feed, we want to share those values with you.

## News Feed Values

Our success is built on getting people the stories that matter to them most. If you could look through thousands of stories every day and choose the 10 that were most important to you, which would they be? The answer should be your News Feed. It is subjective, personal, and unique — and defines the spirit of what we hope to achieve.

PX0048-001

**FRIENDS AND FAMILY COME FIRST**

Facebook was built on the idea of connecting people with their friends and family. That is still the driving principle of News Feed today. Our top priority is keeping you connected to the people, places and things you want to be connected to — starting with the people you are friends with on Facebook. That's why if it's from your friends, it's in your feed, period — you just have to scroll down. To help make sure you don't miss the friends and family posts you are likely to care about, we put those posts toward the top of your News Feed. We learn from you and adapt over time. For example, if you tend to like photos from your sister, we'll start putting her posts closer to the top of your feed so you won't miss what she posted while you were away.

Our research has also shown us that, after friends and family, people have two other strong expectations when they come to News Feed:

- **Your feed should inform.** People expect the stories in their feed to be meaningful to them — and we have learned over time that people value stories that they consider informative. Something that one person finds informative or interesting may be different from what another person finds informative or interesting — this could be a post about a current event, a story about your favorite celebrity, a piece of local news, or a recipe. We're always working to better understand what is interesting and informative to you personally, so those stories appear higher up in your feed.

- **Your feed should entertain.** We've also found that people enjoy their feeds as a source of entertainment. For some people, that's following a celebrity or athlete; for others it's watching Live videos and sharing funny photos with their friends. We work hard to try to understand and predict what posts on Facebook you find entertaining to make sure you don't miss out on those.

**A PLATFORM FOR ALL IDEAS**

We are not in the business of picking which issues the world should read about. We *are* in the business of connecting people and ideas — and matching people with the stories they find most meaningful. Our integrity depends on being inclusive of all perspectives and view points, and using ranking to connect people with the stories and sources they find the most meaningful and engaging.

We don't favor specific kinds of sources — or ideas. Our aim is to deliver the types of stories we've gotten feedback that an individual person most wants to see. We do this not only because we believe it's the right thing but also because it's good for our business. When people see content they are interested in, they are more likely to spend time on News Feed and enjoy their experience.

It's important to note that while we welcome a multitude of viewpoints, we also believe strongly that people should feel — and be — safe when they use Facebook, and we therefore have Community Standards that define the behavior that we think is out-of-bounds on the platform. We think it's possible to be inclusive without making Facebook a place where people are subjected to attacks, hate, or other harmful behavior.

**AUTHENTIC COMMUNICATION**

The strength of our community depends on authentic communication. The feedback we've gotten tells us that authentic stories are the ones that resonate most. That's why we work hard to understand what type of stories and posts people consider genuine — so we can show more of them in News Feed. And we work to understand what kinds of stories people find misleading, sensational and spammy, to make sure people see those less.

**YOU CONTROL YOUR EXPERIENCE**

Ultimately, you know what's most meaningful to you — and that's why we've developed controls so you can customize what you see. Features such as "unfollow," "hide" and "see first" help you design your own experience — and when you use them, we take your actions as feedback to help us better understand what content is most important to you. For example, if you hide a story from someone, that signals that you're less interested in hearing from that person in the future. As News Feed evolves, we'll continue building easy-to-use and powerful tools to give you the most personalized experience.

**CONSTANT ITERATION**

We view our work as only 1 percent finished — and are dedicated to improving along the way. As we look for ways to get better, we will continue soliciting feedback. We will be as open as we can — providing explanations in News Feed FYI wherever possible and looking for opportunities to share how we work.

Categories:
Facebook app, News Feed FYI, Product News

Like    Share    Tweet    ✉ **Email**

Tags:News Feed

**RELATED NEWS**

Facebook app

## Prioritizing Original News Reporting on Facebook

We're updating the way news stories are ranked in News Feed to prioritize original reporting and stories with transparent authorship.

June 30, 2020

**FACEBOOK**

PX0048-003

Building a Better News Feed for You - About Facebook                    Page 4 of 4

Follow Us

**Company**

Newsroom

Company Info

Careers

For Investors

Brand Resources

**Facebook Policies**

Community Standards

Data Policy

Cookie Policy

Terms of Service

**Technologies**

Facebook app

Messenger

Instagram

WhatsApp

Oculus

Workplace

Portal

Novi

**Help Center**

Facebook app Help Center

Messenger Help Center

Instagram Help Center

WhatsApp Help Center

Oculus Support

Workplace Help Center

Portal Help Center

© 2020 FACEBOOK

United States (English) ▼    Sitemap

# PX0064

# Developer News

 by **Bret Taylor**
April 21, 2010

**Developer News**

Ads News

Instant Articles News

Archive

2020

2019

2018

2017

2016

2015

2014

Developer News RSS Feed

Subscribe to Developer News

## The Next Evolution of Facebook Platform

We're hosting our third f8 conference in San Francisco today. There are two important themes behind everything we're delivering today. First, the Web is moving to a model based on the connections between people and all the things they care about. Second, this connections-based Web is well on its way to being built and providing value to both users and developers — the underlying graph of connections just needs to be mapped in a way that makes it easy to use and interoperable.

PX0064-001

Today we are introducing three new components of Facebook Platform to make the connections-based Web more real: social plugins, the Open Graph protocol, and the Graph API.

## Social Plugins

*Instantly engaging social experiences with just one line of HTML*

Social plugins are the easiest way to integrate the social graph into your site and provide an instantly personalized experience to your users. The most important plugin is the Like button, available with one line of HTML. On Facebook and now anywhere, the Like button offers users a lightweight and consistent way to share the things and topics that interest them. With the Like button in place, you can leverage the other Facebook social plugins to personalize your site and drive traffic and engagement. The Activity Feed plugin shows users what their friends have liked on your site; the Recommendations plugin gives content suggestions from your site. The Facepile plugin shows profile pictures of the user's friends who have already signed up for your site. As with the Like button, these social plugins are simple to use: via a line of HTML, or XFBML tags if you choose to use our new, faster — and opened-sourced — JavaScript SDK.

## Open Graph Protocol

*Any webpage can now easily become part of the social graph*

On Facebook, users build their profiles through connections to what they care about — be it their friends or their favorite sports teams, bottles of wine, or celebrities. The Open Graph protocol opens up the social graph and lets your pages become objects that users can add to their profiles. When a user establishes this connection by clicking Like on one of your Open Graph-enabled pages, you gain the lasting capabilities of Facebook Pages: a link from the user's profile, ability to publish to the user's News Feed, inclusion in search on Facebook, and analytics through our revamped Insights product.

In summary, by giving your users better, simpler ways to connect with the content on your site, you can then use those connections to provide more personalized,

relevant experiences. And the product only gets better over time. The more people that come back to your site, the more connections that are made, the better your service becomes.

## Graph API

*A drastically simplified way for developers to use Facebook Platform*

We are excited to introduce the Graph API, a redesign of our core API that reflects the structure of the graph. This new API is a simple, consistent representation of data in the graph, so that all objects and APIs can be accessed via URLs.

We've also made it much easier to integrate with Facebook by using a simplified, standards-based method for authentication and authorization.We've adopted OAuth 2.0, a standard we've co-authored with the open community, including representatives from Google, Twitter, Yahoo, and others.

The Graph API is not only simpler, it is more powerful. We've enabled a search feature which lets you search over objects like people and events, and over the stream — both public stream updates and personalized ones for your users. In addition, the graph is ever-changing, so we're launching real-time updates to let you subscribe to updates to user data. We'll continue to support our old REST API, but will focus future improvements on the Graph API.

## Hacking the Graph

People make meaningful connections everywhere, on every site they visit, on every device they use. As we open the graph, developers can use these connections to create a smarter, more personalized Web that gets better with every action taken.

We're excited that more than 75 sites are launching today with social plugins, many with Open Graph-enabled pages. In the first 24 hours, these sites will serve over 1 billion Like buttons. We've also announced special partnerships with Microsoft, Pandora, and Yelp to build experiences where people can seamlessly transition between Facebook and other services. These unique partnerships help users discover how bringing friends along makes their Web experience better.

PX0064-003

Through Facebook's new tools and technologies, every developer — new and existing, big and small, novice and advanced — can engage users, build businesses, and revolutionize industries. This year's f8 is about hacking the graph; we hope you'll join us.

Learn more about these launches on our new developer site at developers.facebook.com.

*Bret Taylor, head of Facebook Platform products, is stoked that f8 is today.*

---

Show Comments

PX0064-004

# PX0081

# FACEBOOK                                                  🔍

Back to Newsroom

## Facebook app

# Facebook Unveils Platform for Developers of Social Applications

May 24, 2007

**SAN FRANCISCO — Facebook f8 Event, May 24, 2007 —** Facebook founder and CEO Mark Zuckerberg today unveiled Facebook Platform, calling on all developers to build the next-generation of applications with deep integration into Facebook, distribution across its "social graph" and an opportunity to build new businesses.

"Until now, social networks have been closed platforms. Today, we're going to end that," Zuckerberg told an audience of more than 750 developers and partners. "With this evolution of Facebook Platform, any developer worldwide can build full social applications on top of the social graph, inside of Facebook."

PX0081-001

The keynote opened the Facebook f8 event, named to reflect the developer hackathon that ends 8 hours after the address during which new applications will be created for Facebook. Today, Facebook Platform launched with more than 65 developer partners and 85 applications and with the introduction of an example application called Video.

Video allows for the simple sharing of personal videos between friends within Facebook, as well as the creation and sending of video messages directly to and from the Facebook Inbox. To allow users to better share the increasing amount of video being shot from mobile devices, Video supports mobile uploading of video directly into the application.

**Deep Integration Into Facebook Website** Zuckerberg detailed how any developer can build an application that is as integrated into the site's information flow and connections of relationships as Facebook's own applications. Facebook users decide which applications to add and can control their order and appearance within their profiles, all with the familiar Facebook design. Users can always remove applications, including those built by Facebook, and will have their granular privacy controls maintained across applications.

Facebook introduced a new markup language, Facebook Markup, which along with its previously released APIs allows developers to build applications fully integrated into the site. Facebook Markup includes features, such as dynamic information tags, conditional privacy tags, image caching and Flash. Developers can build anything they want in full, unlimited application pages on Facebook, called the "canvas pages," and applications also can have a box in users' profiles and navigation.

PX0081-002

**Mass Distribution through the Social Graph** Applications will gain distribution through what Zuckerberg called the "social graph," the network of real connections through which people communicate and share information. Facebook and all social networks have two core elements: the social graph and the applications that run on it. Because of the efficient spreading of information through the social graph, existing Facebook applications, such as Photos, have grown to leaders in their categories. "The social graph is the changing the way the world works," Zuckerberg said. "We are at a time in history when more information is available and people are more connected than they ever have been before, and the social graph is at the center of that."

As with existing applications on Facebook, new third-party applications will be able to notify users about relevant information through News Feed and profile Mini Feeds, helping to spur mass distribution. For example, a friend adding an application could lead to a notification in a user's News Feed. Within profiles, applications will have an "Add" button so any user can easily install the application for themselves.

"The social graph is our base, and we've built a framework that is completely optimized for developing social applications within our environment," Zuckerberg added. "We believe that there is more value for everyone in letting other people develop applications on top of the base we've built than we could ever possibly provide on our own."

**New Business Opportunity** As users benefit from new choices in the applications available through Facebook, developers can build their business at the same time. Applications within profiles will remain free of advertising, but Facebook is allowing developers to make money within their canvas pages, through advertising, or transactions that they control.

PX0081-003

"This is good for us because if developers build great applications then they're providing a service to our users and strengthening the social graph," Zuckerberg said. "This is a big opportunity. We provide the integration and distribution and developers provide the applications. We help users share more information and together we benefit."

Categories:
Company News, Facebook app, Product News

Tags:Platform

Like    Share    Tweet    ✉ Email

## RELATED NEWS

Facebook

## Introducing the New Facebook Reality Labs

We're renaming our AR/VR team — Facebook Reality Labs — to encompass the expansive work we're doing to build the next computing platform and help people feel together, even when they're apart.

August 25, 2020

## FACEBOOK

**Company**

Newsroom

Company Info

**Technologies**

Facebook app

Messenger

**Help Center**

Facebook app Help Center

PX0081-004

Facebook Unveils Platform for Developers of Social Applications - About Facebook        Page 5 of 5

Follow Us

Careers

For Investors

Brand Resources

## Facebook Policies

Community Standards

Data Policy

Cookie Policy

Terms of Service

Instagram

WhatsApp

Oculus

Workplace

Portal

Novi

Messenger Help Center

Instagram Help Center

WhatsApp Help Center

Oculus Support

Workplace Help Center

Portal Help Center

© 2020 FACEBOOK                     United States (English) ▼        Sitemap

PX0081-005

# PX0122

Case 1:20-cv-03590-JEB   Document 347-1   Filed 05/24/24   Page 53 of 444

Path raising $30M round led by Redpoint. No, it won't be the next Instagram. (updated)   Page 1 of 3

**Beat**

# Path raising $30M round led by Redpoint. No, it won't be the next Instagram. (updated)

**Sienrak**                                                          **Mobile**

April 16, 2012 4:52 PM







*Updated 4:52 pm* with confirmed funding amount, full list of investors, and quote from Satish Dharmaraj.

Rumors about Path's new round of funding have circulated for some time, but they are now being reported as hard numbers. Path confirmed to VentureBeat today that it had closed a Series B round for "more than $30 million." Earlier, AllThingsD had reported that it had "confirmed" a [$40 million round of funding led by RedPoint Ventures](#) that would value the company at $250 million.

Redpoint Ventures led the round. Other investors included Greylock Ventures, Jerry Murdock, Virgin founder Richard Branson, Kleiner Perkins Caulfield & Byers, Index Ventures, Zynga founder Mark Pincus, DST Capital founder Yuri Milner, and Allen & Company.

"We led an investment in Path because we are strong believers in a social network that focuses on privacy and mobility," said Redpoint managing director Satish Dharmaraj, in a statement. "This investment is a bet on [Path founder] Dave Morin as much as it is in our shared vision for a private, mobile-focused social network."

Path launched with a focus on creating a very small, intimate social network, but [pivoted to become a personal journaling app](#) — basically, a mobile photo sharing app with some fancy bells and whistles. Since that relaunch the site doubled its user base from one to two million.

Everyone is talking about how [Path is a hot acquisition target](#) in the wake of Facebook's $1 billion purchase of the mobile photo sharing app Instagram. Path certainly has a lot of hype around it, but when you stop to break down the numbers, an acquisition makes a lot less sense.

Path may have 2 million registered users, but how many of them are active? According to AppData, which measures activity on Facebook, and is a strong proxy for measuring user activity, Instagram counts over 12 million monthly active users. Path has less than 500,000. As it stands, Instagram is adding around 1 million users per day. To be fair, Path is doing far better by this calculus than some other Instagram-like also-rans like Hipstamatic and PicPlz.

Instagram also had wide appeal among celebrities and brands, strengths that Facebook's advertising team will be able to leverage into serious dollars. Path is a niche social network with a renewed focus on photo sharing used mostly by the technorati.

It wouldn't be inconceivable that if Path manages to double its user base again this year, someone like Google or Twitter would swoop in and buy it a premium. But to buy it now would be a mistake. Once the dust settles from all the hot air around the Instagram purchase, it will be clear that Path is its own animal, and should be valued according to its own growth statistics, not by its superficial similarities to Instagram.

*Image from Flickr user Joi*

**VentureBeat RSS**

**Search jobs and find your dream job today.**

**Subscribe**

**Get Hired**



# PX0224

**The New York Times**    https://www.nytimes.com/2019/03/06/technology/facebook-privacy-blog.html

# Read Mark Zuckerberg's Blog Post on His 'Privacy-Focused Vision' for Facebook

Mr. Zuckerberg detailed plans to integrate Instagram, WhatsApp and Messenger so that people can communicate privately and directly across networks. The shift follows years of scandal for Facebook, which has been criticized over its handling of user data and the spread of disinformation.

March 6, 2019

**Sign up for the It Happened Online newsletter, for Times subscribers only.**  Madison Malone Kircher breaks down the internet stories that have your timelines, feeds and group chats buzzing. Try the It Happened Online newsletter for 4 weeks.

*[Read our analysis of Mr. Zuckerberg's post.]*

## A Privacy-Focused Vision for Social Networking

*My focus for the last couple of years has been understanding and addressing the biggest challenges facing Facebook. This means taking positions on important issues concerning the future of the internet. In this note, I'll outline our vision and principles around building a privacy-focused messaging and social networking platform. There's a lot to do here, and we're committed to working openly and consulting with experts across society as we develop this.*

●●●

Over the last 15 years, Facebook and Instagram have helped people connect with friends, communities, and interests in the digital equivalent of a town square. But people increasingly also want to connect privately in the digital equivalent of the living room. As I think about the future of the internet, I believe a privacy-focused communications platform will become even more important than today's open platforms. Privacy gives people the freedom to be themselves and connect more naturally, which is why we build social networks.

PX0224-001

Today we already see that private messaging, ephemeral stories, and small groups are by far the fastest growing areas of online communication. There are a number of reasons for this. Many people prefer the intimacy of communicating one-on-one or with just a few friends. People are more cautious of having a permanent record of what they've shared. And we all expect to be able to do things like payments privately and securely.

Public social networks will continue to be very important in people's lives — for connecting with everyone you know, discovering new people, ideas and content, and giving people a voice more broadly. People find these valuable every day, and there are still a lot of useful services to build on top of them. But now, with all the ways people also want to interact privately, there's also an opportunity to build a simpler platform that's focused on privacy first.

I understand that many people don't think Facebook can or would even want to build this kind of privacy-focused platform — because frankly we don't currently have a strong reputation for building privacy protective services, and we've historically focused on tools for more open sharing. But we've repeatedly shown that we can evolve to build the services that people really want, including in private messaging and stories.

I believe the future of communication will increasingly shift to private, encrypted services where people can be confident what they say to each other stays secure and their messages and content won't stick around forever. This is the future I hope we will help bring about.

We plan to build this the way we've developed WhatsApp: focus on the most fundamental and private use case — messaging — make it as secure as possible, and then build more ways for people to interact on top of that, including calls, video chats, groups, stories, businesses, payments, commerce, and ultimately a platform for many other kinds of private services.

This privacy-focused platform will be built around several principles:

**Private interactions**. People should have simple, intimate places where they have clear control over who can communicate with them and confidence that no one else can access what they share.

**Encryption**. People's private communications should be secure. End-to-end encryption prevents anyone — including us — from seeing what people share on our services.

**Reducing Permanence**. People should be comfortable being themselves, and should not have to worry about what they share coming back to hurt them later. So we won't keep messages or stories around for longer than necessary to deliver the service or longer than people want them.

PX0224-002

**Safety**. People should expect that we will do everything we can to keep them safe on our services within the limits of what's possible in an encrypted service.

**Interoperability**. People should be able to use any of our apps to reach their friends, and they should be able to communicate across networks easily and securely.

**Secure data storage**. People should expect that we won't store sensitive data in countries with weak records on human rights like privacy and freedom of expression in order to protect data from being improperly accessed.

Over the next few years, we plan to rebuild more of our services around these ideas. The decisions we'll face along the way will mean taking positions on important issues concerning the future of the internet. We understand there are a lot of tradeoffs to get right, and we're committed to consulting with experts and discussing the best way forward. This will take some time, but we're not going to develop this major change in our direction behind closed doors. We're going to do this as openly and collaboratively as we can because many of these issues affect different parts of society.

### Private Interactions as a Foundation

For a service to feel private, there must never be any doubt about who you are communicating with. We've worked hard to build privacy into all our products, including those for public sharing. But one great property of messaging services is that even as your contacts list grows, your individual threads and groups remain private. As your friends evolve over time, messaging services evolve gracefully and remain intimate.

This is different from broader social networks, where people can accumulate friends or followers until the services feel more public. This is well-suited to many important uses — telling all your friends about something, using your voice on important topics, finding communities of people with similar interests, following creators and media, buying and selling things, organizing fundraisers, growing businesses, or many other things that benefit from having everyone you know in one place. Still, when you see all these experiences together, it feels more like a town square than a more intimate space like a living room.

There is an opportunity to build a platform that focuses on all of the ways people want to interact privately. This sense of privacy and intimacy is not just about technical features — it is designed deeply into the feel of the service overall. In WhatsApp, for example, our team is obsessed with creating an intimate environment in every aspect of the product. Even where we've built features that allow for broader sharing, it's still a less public experience. When the team built groups, they put in a size limit to make sure every interaction felt

PX0224-003

private. When we shipped stories on WhatsApp, we limited public content because we worried it might erode the feeling of privacy to see lots of public content — even if it didn't actually change who you're sharing with.

In a few years, I expect future versions of Messenger and WhatsApp to become the main ways people communicate on the Facebook network. We're focused on making both of these apps faster, simpler, more private and more secure, including with end-to-end encryption. We then plan to add more ways to interact privately with your friends, groups, and businesses. If this evolution is successful, interacting with your friends and family across the Facebook network will become a fundamentally more private experience.

**Encryption and Safety**

People expect their private communications to be secure and to only be seen by the people they've sent them to — not hackers, criminals, over-reaching governments, or even the people operating the services they're using.

There is a growing awareness that the more entities that have access to your data, the more vulnerabilities there are for someone to misuse it or for a cyber attack to expose it. There is also a growing concern among some that technology may be centralizing power in the hands of governments and companies like ours. And some people worry that our services could access their messages and use them for advertising or in other ways they don't expect.

End-to-end encryption is an important tool in developing a privacy-focused social network. Encryption is decentralizing — it limits services like ours from seeing the content flowing through them and makes it much harder for anyone else to access your information. This is why encryption is an increasingly important part of our online lives, from banking to healthcare services. It's also why we built end-to-end encryption into WhatsApp after we acquired it.

In the last year, I've spoken with dissidents who've told me encryption is the reason they are free, or even alive. Governments often make unlawful demands for data, and while we push back and fight these requests in court, there's always a risk we'll lose a case — and if the information isn't encrypted we'd either have to turn over the data or risk our employees being arrested if we failed to comply. This may seem extreme, but we've had a case where one of our employees was actually jailed for not providing access to someone's private information even though we couldn't access it since it was encrypted.

At the same time, there are real safety concerns to address before we can implement end-to-end encryption across all of our messaging services. Encryption is a powerful tool for privacy, but that includes the privacy of people doing bad things. When billions of people use

PX0224-004

a service to connect, some of them are going to misuse it for truly terrible things like child exploitation, terrorism, and extortion. We have a responsibility to work with law enforcement and to help prevent these wherever we can. We are working to improve our ability to identify and stop bad actors across our apps by detecting patterns of activity or through other means, even when we can't see the content of the messages, and we will continue to invest in this work. But we face an inherent tradeoff because we will never find all of the potential harm we do today when our security systems can see the messages themselves.

Finding the right ways to protect both privacy and safety is something societies have historically grappled with. There are still many open questions here and we'll consult with safety experts, law enforcement and governments on the best ways to implement safety measures. We'll also need to work together with other platforms to make sure that as an industry we get this right. The more we can create a common approach, the better.

On balance, I believe working towards implementing end-to-end encryption for all private communications is the right thing to do. Messages and calls are some of the most sensitive private conversations people have, and in a world of increasing cyber security threats and heavy-handed government intervention in many countries, people want us to take the extra step to secure their most private data. That seems right to me, as long as we take the time to build the appropriate safety systems that stop bad actors as much as we possibly can within the limits of an encrypted service. We've started working on these safety systems building on the work we've done in WhatsApp, and we'll discuss them with experts through 2019 and beyond before fully implementing end-to-end encryption. As we learn more from those experts, we'll finalize how to roll out these systems.

**Reducing Permanence**

We increasingly believe it's important to keep information around for shorter periods of time. People want to know that what they share won't come back to hurt them later, and reducing the length of time their information is stored and accessible will help.

One challenge in building social tools is the "permanence problem". As we build up large collections of messages and photos over time, they can become a liability as well as an asset. For example, many people who have been on Facebook for a long time have photos from when they were younger that could be embarrassing. But people also really love keeping a record of their lives. And if all posts on Facebook and Instagram disappeared, people would lose access to a lot of valuable knowledge and experiences others have shared.

PX0224-005

I believe there's an opportunity to set a new standard for private communication platforms — where content automatically expires or is archived over time. Stories already expire after 24 hours unless you archive them, and that gives people the comfort to share more naturally. This philosophy could be extended to all private content.

For example, messages could be deleted after a month or a year by default. This would reduce the risk of your messages resurfacing and embarrassing you later. Of course you'd have the ability to change the timeframe or turn off auto-deletion for your threads if you wanted. And we could also provide an option for you to set individual messages to expire after a few seconds or minutes if you wanted.

It also makes sense to limit the amount of time we store messaging metadata. We use this data to run our spam and safety systems, but we don't always need to keep it around for a long time. An important part of the solution is to collect less personal data in the first place, which is the way WhatsApp was built from the outset.

**Interoperability**

People want to be able to choose which service they use to communicate with people. However, today if you want to message people on Facebook you have to use Messenger, on Instagram you have to use Direct, and on WhatsApp you have to use WhatsApp. We want to give people a choice so they can reach their friends across these networks from whichever app they prefer.

We plan to start by making it possible for you to send messages to your contacts using any of our services, and then to extend that interoperability to SMS too. Of course, this would be opt-in and you will be able to keep your accounts separate if you'd like.

There are privacy and security advantages to interoperability. For example, many people use Messenger on Android to send and receive SMS texts. Those texts can't be end-to-end encrypted because the SMS protocol is not encrypted. With the ability to message across our services, however, you'd be able to send an encrypted message to someone's phone number in WhatsApp from Messenger.

This could also improve convenience in many experiences where people use Facebook or Instagram as their social network and WhatsApp as their preferred messaging service. For example, lots of people selling items on Marketplace list their phone number so people can message them about buying it. That's not ideal, because you're giving strangers your phone number. With interoperability, you'd be able to use WhatsApp to receive messages sent to your Facebook account without sharing your phone number — and the buyer wouldn't have to worry about whether you prefer to be messaged on one network or the other.

PX0224-006

Read Mark Zuckerberg's Blog Post on His 'Privacy-Focused Vision' for Facebook - The New York Times

You can imagine many simple experiences like this — a person discovers a business on Instagram and easily transitions to their preferred messaging app for secure payments and customer support; another person wants to catch up with a friend and can send them a message that goes to their preferred app without having to think about where that person prefers to be reached; or you simply post a story from your day across both Facebook and Instagram and can get all the replies from your friends in one place.

You can already send and receive SMS texts through Messenger on Android today, and we'd like to extend this further in the future, perhaps including the new telecom RCS standard. However, there are several issues we'll need to work through before this will be possible. First, Apple doesn't allow apps to interoperate with SMS on their devices, so we'd only be able to do this on Android. Second, we'd need to make sure interoperability doesn't compromise the expectation of encryption that people already have using WhatsApp. Finally, it would create safety and spam vulnerabilities in an encrypted system to let people send messages from unknown apps where our safety and security systems couldn't see the patterns of activity.

These are significant challenges and there are many questions here that require further consultation and discussion. But if we can implement this, we can give people more choice to use their preferred service to securely reach the people they want.

**Secure Data Storage**

People want to know their data is stored securely in places they trust. Looking at the future of the internet and privacy, I believe one of the most important decisions we'll make is where we'll build data centers and store people's sensitive data.

There's an important difference between providing a service in a country and storing people's data there. As we build our infrastructure around the world, we've chosen not to build data centers in countries that have a track record of violating human rights like privacy or freedom of expression. If we build data centers and store sensitive data in these countries, rather than just caching non-sensitive data, it could make it easier for those governments to take people's information.

Upholding this principle may mean that our services will get blocked in some countries, or that we won't be able to enter others anytime soon. That's a tradeoff we're willing to make. We do not believe storing people's data in some countries is a secure enough foundation to build such important internet infrastructure on.

Of course, the best way to protect the most sensitive data is not to store it at all, which is why WhatsApp doesn't store any encryption keys and we plan to do the same with our other services going forward.

PX0224-007

But storing data in more countries also establishes a precedent that emboldens other governments to seek greater access to their citizen's data and therefore weakens privacy and security protections for people around the world. I think it's important for the future of the internet and privacy that our industry continues to hold firm against storing people's data in places where it won't be secure.

**Next Steps**

Over the next year and beyond, there are a lot more details and tradeoffs to work through related to each of these principles. A lot of this work is in the early stages, and we are committed to consulting with experts, advocates, industry partners, and governments — including law enforcement and regulators — around the world to get these decisions right.

At the same time, working through these principles is only the first step in building out a privacy-focused social platform. Beyond that, significant thought needs to go into all of the services we build on top of that foundation — from how people do payments and financial transactions, to the role of businesses and advertising, to how we can offer a platform for other private services.

But these initial questions are critical to get right. If we do this well, we can create platforms for private sharing that could be even more important to people than the platforms we've already built to help people share and connect more openly.

Doing this means taking positions on some of the most important issues facing the future of the internet. As a society, we have an opportunity to set out where we stand, to decide how we value private communications, and who gets to decide how long and where data should be stored.

I believe we should be working towards a world where people can speak privately and live freely knowing that their information will only be seen by who they want to see it and won't all stick around forever. If we can help move the world in this direction, I will be proud of the difference we've made.

PX0224-008

# PX0242

**facebook**
Annual Report 2012

PX0242-001

PX0242-002

This has been an exciting and challenging year for Facebook. We connected one billion people, we transformed our products and business to be primarily focused on mobile, and we transitioned to being a public company.

Our guiding compass is our mission: to give people the power to share and make the world more open and connected. This is why we are here. We try to help you stay connected with everyone you care about, give you a voice to share what's important to you, and hopefully make the world a little smaller as a result.

Each step in our journey brings new opportunities to serve the world in new ways. Over the next few years, our focus on our mission will lead us to work on a few of the world's greatest opportunities.

We can help redefine the relationship we all have with our phones and technology so it's more about people and less about apps and features. We process the world through interacting with other people. Our technology should be personal and work in the same way. It's natural and it's how we're wired. The work we're doing on Home is the start of this effort.

We can help connect the next five billion people. Over the next five to ten years, most people with feature phones will get smart phones. Some of them will get smart phones just so they can use Facebook to stay connected with family and friends. We feel it is a great opportunity—as well as our responsibility—to help everyone in the world get connected and join the modern knowledge economy.

We can establish Facebook as one of the great economic engines of our time. Small businesses will be able to acquire new customers and build deeper relationships than ever before. Great brands will be better able to tell their stories and build meaningful connections with consumers. E-commerce services will be able to sell products inline as millions of people discuss them. Developers will have the tools to remake every product category and deliver new experiences to people everywhere.

When I think about the world today, the thing that amazes me most is how many people's lives are getting better every day by just getting online and joining the knowledge economy. As we all connect with the people we care about, with our communities, with businesses and with governments, we are all empowered. Together, we are about to see the most empowered generation in history. If Facebook can help enable this future, in the process we will build a global platform that creates lasting value for people everywhere and a strong lasting company as well.

These are technology problems and they are also social problems. This is the kind of work that Facebook, our culture and our community are uniquely built to do.

I want to thank everyone at Facebook and in our community for helping us get so far.

Our journey is 1% done. I'm excited to build something great together.

Mark Zuckerberg
Chairman and Chief Executive Officer

PX0242-004

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

## FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

#### For the fiscal year ended December 31, 2012
#### or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

#### For the transition period from _____ to _____
#### Commission File Number: 001-35551

# FACEBOOK, INC.
#### (Exact name of registrant as specified in its charter)

| Delaware | 20-1665019 |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

#### 1601 Willow Road, Menlo Park, California 94025
#### (Address of principal executive offices and Zip Code)

#### (650) 308-7300
#### (Registrant's telephone number, including area code)

#### Securities registered pursuant to Section 12(b) of the Act:

| Class A Common Stock, $0.000006 par value | The NASDAQ Stock Market LLC |
|---|---|
| **(Title of each class)** | **(Name of each exchange on which registered)** |

#### Securities registered pursuant to Section 12(g) of the Act:
#### None
#### (Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (Exchange Act) during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☒  (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The aggregate market value of the voting and non-voting stock held by non-affiliates of the registrant as of June 29, 2012, the last business day of the registrant's most recently completed second fiscal quarter, was $47,206,114,899 based upon the closing price reported for such date on the NASDAQ Global Select Market.

On January 29, 2013 the registrant had 1,684,185,170 shares of Class A common stock and 697,948,924 shares of Class B common stock outstanding.

#### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2013 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2012.

**FACEBOOK, INC.**
**FORM 10-K**
**TABLE OF CONTENTS**

Note About Forward-Looking Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Limitations of Key Metrics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**PART I**

Item 1.      Business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Item 1A.     Risk Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Item 1B.     Unresolved Staff Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Item 2.      Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Item 3.      Legal Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Item 4.      Mine Safety Disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

**PART II**

Item 5.      Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of
             Equity Securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Item 6.      Selected Financial Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Item 7.      Management's Discussion and Analysis of Financial Condition and Results of Operations . . . . 43

Item 7A.     Quantitative and Qualitative Disclosures About Market Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

Item 8.      Financial Statements and Supplementary Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

Item 9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure . . . . 101

Item 9A.     Controls and Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

Item 9B.     Other Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

**PART III**

Item 10.     Directors, Executive Officers and Corporate Governance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

Item 11.     Executive Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

Item 12.     Security Ownership of Certain Beneficial Owners and Management and Related Stockholder
             Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

Item 13.     Certain Relationships and Related Transactions, and Director Independence . . . . . . . . . . . . . . . 102

Item 14.     Principal Accounting Fees and Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

**PART IV**

Item 15.     Exhibits, Financial Statement Schedules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

Signatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

PX0242-006

### NOTE ABOUT FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this Annual Report on Form 10-K other than statements of historical fact, including statements regarding our future results of operations and financial position, our business strategy and plans, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described in Part I, Item 1A, "Risk Factors" in this Annual Report on Form 10-K. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the future events and trends discussed in this Annual Report on Form 10-K may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements.

We undertake no obligation to revise or publicly release the results of any revision to these forward-looking statements, except as required by law. Given these risks and uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements.

Unless expressly indicated or the context requires otherwise, the terms "Facebook," "company," "we," "us," and "our" in this document refer to Facebook, Inc., a Delaware corporation, and, where appropriate, its wholly owned subsidiaries. The term "Facebook" may also refer to our products, regardless of the manner in which they are accessed.

PX0242-007

## LIMITATIONS OF KEY METRICS

The numbers of our monthly active users (MAUs), daily active users (DAUs), mobile MAUs, and average revenue per user (ARPU) are calculated using internal company data based on the activity of user accounts. While these numbers are based on what we believe to be reasonable estimates of our user base for the applicable period of measurement, there are inherent challenges in measuring usage of our products across large online and mobile populations around the world. For example, there may be individuals who maintain one or more Facebook accounts in violation of our terms of service. We estimate, for example, that "duplicate" accounts (an account that a user maintains in addition to his or her principal account) may have represented approximately 5.0% of our worldwide MAUs as of December 31, 2012. We also seek to identify "false" accounts, which we divide into two categories: (1) user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service); and (2) undesirable accounts, which represent user profiles that we determine are intended to be used for purposes that violate our terms of service, such as spamming. As of December 31, 2012, for example, we estimate user-misclassified accounts may have represented approximately 1.3% of our worldwide MAUs and undesirable accounts may have represented approximately 0.9% of our worldwide MAUs. We believe the percentage of accounts that are duplicate or false is meaningfully lower in developed markets such as the United States or Australia and higher in developing markets such as Indonesia and Turkey. However, these estimates are based on an internal review of a limited sample of accounts and we apply significant judgment in making this determination, such as identifying names that appear to be fake or other behavior that appears inauthentic to the reviewers. As such, our estimation of duplicate or false accounts may not accurately represent the actual number of such accounts. We are continually seeking to improve our ability to identify duplicate or false accounts and estimate the total number of such accounts, and such estimates may change due to improvements or changes in our methodology.

Some of our historical metrics through the second quarter of 2012 have also been affected by applications on certain mobile devices that automatically contact our servers for regular updates with no user action involved, and this activity can cause our system to count the user associated with such a device as an active user on the day such contact occurs. For example, we estimate that less than 5% of our estimated worldwide DAUs as of December 31, 2011 and 2010 resulted from this type of automatic mobile activity, and that this type of activity had a substantially smaller effect on our estimate of worldwide MAUs and mobile MAUs. The impact of this automatic activity on our metrics varies by geography because mobile usage varies in different regions of the world. In addition, our data regarding the geographic location of our users is estimated based on a number of factors, such as the user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a mobile-only user may appear to be accessing Facebook from the location of the proxy server that the user connects to rather than from the user's actual location. The methodologies used to measure user metrics may also be susceptible to algorithm or other technical errors. For example, in early June 2012, we discovered an error in the algorithm we used to estimate the geographic location of our users that affected our attribution of certain user locations for the period ended March 31, 2012. While this issue did not affect our overall worldwide MAU number, it did affect our attribution of users to different geographic regions. We estimate that the number of MAUs as of March 31, 2012 for the United States & Canada region was overstated as a result of the error by approximately 3% and these overstatements were offset by understatements in other regions. Our estimates for revenue by user location and revenue by user device are also affected by these factors. We regularly review and may adjust our processes for calculating these metrics to improve their accuracy. In addition, our MAU and DAU estimates will differ from estimates published by third parties due to differences in methodology. For example, some third parties are not able to accurately measure mobile users or do not count mobile users for certain user groups or at all in their analyses.

The numbers of MAUs, DAUs, and mobile MAUs discussed in this Annual Report on Form 10-K, as well as ARPU, do not include users of Instagram unless such users would otherwise qualify as MAUs, DAUs, and mobile MAUs, respectively, based on activity that is shared back to Facebook. In addition, our other user engagement metrics, such as friend connections, do not include Instagram unless otherwise specifically stated.

4

**PART I**

**Item 1.   Business**

**Overview**

Our mission is to make the world more open and connected.

Millions of people come to Facebook every day to stay connected with their friends and family, to discover what is going on in the world around them, and to share and express what matters to them to the people they care about.

Developers can use the Facebook Platform to build applications (apps) and websites that integrate with Facebook to reach our global network of users and to build products that are more personalized and social.

Marketers can engage with more than one billion monthly active users on Facebook or subsets of our users based on information people have chosen to share with us such as their age, location, gender, or interests. We offer marketers a unique combination of reach, relevance, social context, and engagement to enhance the value of their ads.

We believe that we are at the forefront of enabling faster, easier, and richer communication between people and that Facebook has become an integral part of many of our users' daily lives.

**2012 Highlights**

- We had 1.06 billion monthly active users (MAUs) as of December 31, 2012, an increase of 25% as compared to 845 million MAUs as of December 31, 2011.

- We had 618 million daily active users (DAUs) on average in December 2012, an increase of 28% as compared to 483 million DAUs in December 2011.

- We had 680 million MAUs who used Facebook mobile products in December 2012, an increase of 57% as compared to 432 million MAUs who used Facebook mobile products in December 2011.

- There were more than 150 billion friend connections on Facebook as of December 31, 2012.

- On average more than 350 million photos per day were uploaded to Facebook in the fourth quarter of 2012. Over 240 billion photos have been shared on Facebook.

- As of December 31, 2012, there were more than 50 million Pages with ten or more Likes.

- In August 2012, we acquired Instagram, a photo-sharing service with over 100 million registered users.

- In 2012, we released a number of new Facebook apps for iPhone, iPad, and Android devices. These releases were built to improve the speed and quality of our mobile product offerings.

- In 2012, we introduced features that give marketers new ways to reach people who use Facebook. These include ads in News Feed on both desktop and mobile devices and Custom Audiences, a feature that allows marketers to find their offline customers among Facebook users, and Facebook Exchange (FBX), a real-time bidded ad exchange.

**How We Create Value for Users**

Our top priority is to build useful and engaging products that enable you to:

- ***Connect and Share with Your Friends.*** With more than one billion MAUs worldwide, Facebook users are increasingly able to find and stay connected with their friends, family, and colleagues on Facebook.

- ***Discover and Learn.*** We believe that people come to Facebook to discover and learn more about what is going on in the world around them, particularly in the lives of their friends and family and with

5

public figures and organizations that interest them. Each person's experience on Facebook is unique based on the content shared by his or her friends and connections. This content is personalized for each user in our products such as News Feed and Timeline.

- *Express Yourself.* We enable people to share and publish their opinions, ideas, photos, and activities to audiences ranging from their closest friends to our one billion users, giving everyone a voice within the Facebook community. Through Facebook's privacy and sharing settings, people can control what they share and with whom they share it.

- *Stay Connected Everywhere.* People can access Facebook through our website, mobile sites, smartphone apps, and feature phone products. Through apps and websites built by developers using the Facebook Platform, people can interact with their Facebook friends while playing games, listening to music, watching movies, reading news, and engaging in other activities across the web and on mobile devices.

Our product development approach is centered on building the most useful tools that enable people to connect, share, discover, and communicate with each other on mobile devices and computers.

- *Timeline.* Timeline allows people to organize and display the events and activities that matter most to them, enabling them to curate their memories in a searchable personal narrative that is organized chronologically. People choose what information to share on their Timeline, such as their interests, photos, education, work history, relationship status, and contact information, and people can control with whom each piece of content is shared on their Timeline.

- *News Feed.* The Facebook News Feed is the core feature of a person's homepage and is a regularly updating list of stories from friends, Pages, and other entities to which the person is connected on Facebook. It includes posts, photos, event updates, group memberships, app updates, and other activities. Each person's News Feed is personalized based on his or her interests and the sharing activity of his or her friends. Stories in a user's News Feed are prioritized based on several factors, including how many friends have Liked or Commented on a certain piece of content, who posted the content, and what type of content it is.

- *Photos and Videos.* Facebook is the most popular photo uploading service on the web. People can upload an unlimited number of high resolution photos, create photo albums, and share them with their friends or any audience they choose. Users can also upload and share videos. People can set specific privacy settings for each of their photo albums and videos, making them visible to everyone, or only to certain friends. In addition, in 2012, we acquired Instagram, a mobile phone-based photo-sharing service, to enhance our photos product offerings and to enable users to increase their levels of mobile engagement and photo sharing.

- *Messages.* Our messaging products include email, chat, and text messaging. The delivery of messages is optimized for the device through which the person is accessing Facebook. We aim to be the fastest and most reliable way for users to communicate through:

  - *Email*. Users can set up a free @facebook.com address.

  - *Chat.* Users can send messages to their friends in an instant message format.

  - *Text Messaging*. Users can activate text messaging on Facebook, allowing the texts they exchange with friends to be incorporated into their respective conversations along with their message and chat history.

**How We Create Value for Developers Through the Facebook Platform**

The Facebook Platform is a set of development tools and application programming interfaces (APIs) that enables developers to easily integrate with Facebook to create social apps and websites and to reach our more

6

than one billion users. More than 10 million apps and websites were integrated with Facebook as of December 31, 2012. We are focused on providing Platform developers with unique opportunities to increase their growth, engagement, and monetization, while offering users new ways to connect with their friends through things like games, music, fitness and video apps.

Facebook offers tools and APIs that enable developers to increase growth, engagement and monetization.

- *Growth.* We enable Platform developers to reach our global user base and use our distribution channels like News Feed and App Center to increase traffic to their apps and websites.

- *Engagement.* We enable Platform developers to create better products that are personalized and social and that offer new ways for our users to engage with friends and share experiences across mobile devices and on the web.

- *Monetization.* We provide an online payments infrastructure that enables Platform developers to receive payments from our users in an easy-to-use, secure, and trusted environment. In 2012, our Platform developers received more than $1.96 billion from transactions enabled by our Payments infrastructure.

Key elements of the Facebook Platform include:

- *Open Graph.* Our underlying Platform is a set of APIs that developers can use to build apps and websites that enable users to share their activities with friends on Facebook. As Open Graph connected apps and websites become an important part of how users express themselves, activities such as the books people are reading, the movies people want to watch and the songs they are listening to are more prominently displayed throughout Facebook's Timeline and News Feed. This enables developer apps and websites to become a key part of the Facebook experience for users and can increase growth and engagement for developers.

- *Social Plugins.* Social plugins, such as the Like button, are social features that developers can easily integrate with their websites by incorporating a few lines of HTML code. Social Plugins enable developers to provide engaging and personalized social experiences to their users.

- *Payments.* Facebook provides an online payments infrastructure that enables developers to receive payments from users through an efficient and secure system. Our Payments infrastructure enables users on personal computers to purchase virtual or digital goods from developers and third-party websites by using debit and credit cards, PayPal, mobile phone payments, gift cards or other methods. Currently, substantially all of our Payments revenue is from users' purchases of virtual goods used in social games. We receive a fee of up to 30% when users make such purchases from our Platform developers using our Payments infrastructure. Mobile applications integrated with our Platform do not utilize our Payments infrastructure.

**How We Create Value for Marketers**

We focus on providing value for all kinds of marketers, including brand marketers, direct marketers, small and medium-sized businesses, and developers by offering a unique combination of reach, relevance, social context, and engagement:

- *Reach.* With over one billion MAUs, Facebook offers marketers the ability to reach a vast consumer audience.

- *Relevance*. Marketers can target users on Facebook based on demographic factors such as age, location, gender, education, work history, and specific interests that users have chosen to share with us on Facebook. In addition, marketers may choose to match their own data or third-party data with ours, so they can find their customers – or those who look like them – directly on Facebook. We believe that users have a better experience when ads are effectively tailored and, therefore, more relevant to them.

7

PX0242-011

- *Social Context*. We believe that the recommendations of friends have a powerful influence on consumer interest and purchase decisions. We offer marketers the ability to include "social context" with their marketing messages. Social context is information that highlights a friend's connections with a particular brand or business.

- *Engagement.* We believe that the shift to a more social web creates new opportunities for businesses to engage with interested customers. Many of our ad products offer new and innovative ways for our marketers to interact with our users, such as ads that encourage comments, include polls, invite people to an event or help users discover and install mobile applications.

   Any brand or business can have a presence on Facebook by creating a Facebook Page. Through Pages, we give brands the opportunity to form direct and ongoing relationships with their existing and prospective customers, with the potential to turn them into valuable advocates. When a Facebook user "Likes" a Page, the Page owner has the opportunity to publish stories to the person's News Feed on an ongoing basis. We believe that this ongoing connection provides businesses with a significant advantage as compared to advertising on traditional websites. In addition, businesses can use Pages to drive awareness, traffic to their e-commerce websites or physical stores, sales, and ultimately customer loyalty. We do not charge businesses for their Pages, nor do we charge for the resulting organic distribution of their content. However, Page owners can use Facebook ads to reach a larger audience or utilize our Promoted Posts feature, which enables businesses to pay a fixed fee to boost the distribution of posts that they care about to people who have "Liked" the Page, to gain more prominent distribution.

Facebook offers products and tools that enable marketers to leverage our unique combination of reach, relevance, social context, and engagement.

- *Facebook Ads.* Our ads, including sponsored stories, offer businesses the opportunity to direct a user to specific content, a destination web page or a Facebook Page if the user clicks on the ad. Our ads provide our users with a consistent ad experience and enable marketers to deploy and adjust campaigns rapidly.

   Currently, ads can appear in multiple locations including in the right-hand side of most page types on personal computers, and in the News Feed on personal computers and mobile devices. Ads with social context allow marketers to highlight the interactions of a user's friends with a brand and product, such as Liking or Commenting on the marketer's Facebook Page. Ads with social context respect users' privacy settings and may be shown only to the people users have already shared their activity with on Facebook.

- *Facebook Ad System.* When marketers create an ad campaign on Facebook, they specify the types of users they want to reach based on information that users chose to share. In addition, marketers can use other products such as FBX and Custom Audiences to more precisely target their desired audience. Marketers indicate the maximum price they are willing to pay for their ad, per click (CPC) or per thousand impressions (CPM), and their maximum budget. Our system also supports guaranteed delivery of a fixed number of ad impressions for a fixed price. Facebook's ad serving technology dynamically determines the best available ad to show each person based on the combination of the person's unique attributes and the real-time comparison of bids from eligible ads.

- *Ad Analytics and Facebook Insights.* Marketers can use our analytics platform to track and optimize the performance of their campaigns. Facebook Ad Analytics enable marketers to gain insights into which ads were displayed and clicked on. These analytics help marketers make modifications to their ad campaigns to maximize results.

   For marketers with Facebook Pages, Facebook Insights provides timely information about the performance of their Page and related posts. The data include the number of users who Liked and Commented on the Page and a metric, "People Talking About This," which shows how many stories about the marketer's brand are being created and shared, among other aggregated and anonymized engagement data.

8

**Our Strategy**

We are in the early stages of pursuing our mission to make the world more open and connected. We believe we have a significant opportunity to further enhance the value we deliver to users, developers, and marketers. Key elements of our strategy are:

- ***Expand Our Global User Community.*** There are more than 1.5 billion internet users on personal computers, and more than three billion mobile users worldwide according to GSMA Wireless Intelligence, and we aspire to someday connect all of these people. As of December 31, 2012, we had 1.06 billion MAUs globally with approximately 84% accessing Facebook from outside the United States. We continue to focus on increasing the number of people using Facebook across all geographies, including relatively less-penetrated, large markets such as Brazil, India, Mexico and Japan. We intend to increase the size of our network by continuing our marketing and user acquisition efforts and enhancing our products, including mobile apps, in order to make Facebook more accessible, useful and engaging.

- ***Build Great Social Products to Increase Engagement and Provide the Most Compelling User Experience.*** We prioritize product development investments that we believe will create engaging interactions between our users, developers, and marketers. We continue to invest significantly in improving our core products such as News Feed, Timeline, and Photos, developing new products, and enabling new Platform apps and website integrations. To provide the most compelling user experience, we continue to develop products and technologies focused on optimizing our social distribution channels to deliver the most useful content to each user by analyzing and organizing vast amounts of information in real time.

- ***Make our Mobile Products Engaging and Easily Available.*** We are devoting substantial resources to developing mobile products and experiences for a wide range of platforms, including smartphones and feature phones. In addition, we are working across the mobile industry with operators, hardware manufacturers, operating system providers, and developers to improve the Facebook experience on mobile devices and make Facebook available to more people around the world. We had 680 million MAUs who used Facebook mobile products in December 2012. In August 2012, we acquired Instagram, Inc., which has built a mobile phone-based photo-sharing service that enables people to increase their levels of mobile engagement and sharing. We believe that mobile usage of Facebook is critical to user growth and engagement over the long term, and accordingly are prioritizing mobile product development.

- ***Enable Developers to Build Great Social Products Using the Facebook Platform***. The success of Platform developers and the vibrancy of our Platform ecosystem are part of our strategy to increase user engagement. Social games have achieved significant levels of adoption by people using Facebook, and we are also focused on working with leading app developers in categories such as news, movies, books, fitness and music. Engagement with our Platform developers' apps and websites can create value for Facebook in multiple ways: our Platform supports our advertising business because apps on Facebook create engagement that enables us to show ads; our Platform developers may purchase advertising on Facebook to drive traffic to their apps and websites; Platform developers use our Payment infrastructure to facilitate transactions with users on personal computers; Platform apps share content with Facebook that makes our products more engaging; and engagement with Platform apps and websites contributes to our understanding of people's interests and preferences, improving our ability to personalize content. We continue to invest in tools and APIs that enhance the ability of Platform developers to deliver products that are more social and personalized and better engage people on Facebook, on mobile devices and across the web.

- ***Improve Ad Products for Marketers and Users.*** We are investing to improve our ad products in order to attract more marketers to work with Facebook, to create more value for our marketers, and to enhance their ability to make their advertising more relevant for users. Our advertising strategy centers on the belief that ad products that are social, relevant, and well-integrated with other content on

9

Facebook can enhance the user experience while providing an attractive return for marketers. We intend to invest in additional products for our marketers, such as ads in News Feeds on personal computers and mobile devices, while continuing to balance our monetization objectives with our commitment to optimizing the user experience. We will continue to work to develop new tools such as Custom Audiences that help marketers to target their ads most effectively and thereby increases their return on ad spend. We also continue to focus on analytics and measurement tools to evaluate, demonstrate, and improve the effectiveness of ad campaigns on Facebook.

- ***Build a Scalable Infrastructure to Provide the Most Compelling, Robust, and Reliable Product Experience.*** We are investing in software and hardware infrastructure that enables us to provide a unique, personalized experience to each of our users around the world. We believe the speed and reliability of our products are important competitive advantages.

**Building and Maintaining User Trust**

Trust is a cornerstone of our business. We dedicate significant resources to the goal of building user trust through developing and implementing programs designed to protect user privacy, promote a safe environment, and assure the security of user data. The resources we dedicate to this goal include engineers, analysts, lawyers, policy experts, and operations specialists, as well as hardware and software from leading vendors and solutions we have designed and built.

- ***Privacy and Sharing.*** People come to Facebook to connect and share. Protecting user privacy is an important part of our product development process. Our objective is to give users choice over what they share and with whom they share it. This effort is fundamental to our business and focuses on control, transparency, and accountability.

    - ***Control.*** We believe that by providing our users with clear and easy-to-use controls, we will continue to promote trust in our products. For example, when a user posts a status update or uploads a photo to Facebook, our in-line controls allow the user to select his or her audience at the same time that he or she is publishing the post. In addition, we provide other data management tools. "Activity Log" is a unified tool that people can use to review and manage the content they have posted and the actions they have taken on Facebook. When using the Activity Log, a user can view his or her activity with a particular app, delete a specific post, change who can see a photo, or remove an app completely. Additionally, our "Download Your Information" tool enables users to remove or store their personal information off of Facebook.

    - ***Transparency.*** Our Data Use Policy describes in plain language our data use practices and how privacy works on Facebook. We also offer a number of tools and features that provide users with transparency about their information on Facebook. Our application settings feature enables users to view each of the apps they have chosen to use, the information needed by each app, and the audience with whom the user has chosen to share his or her interactions with each app. We believe that this transparency enables people to make more informed decisions about their activities on Facebook.

    - ***Accountability.*** We continue to build new procedural safeguards as part of our comprehensive privacy program. These include a dedicated team of privacy professionals who are involved in new product and feature development from design through launch; ongoing review and monitoring of the way data is handled by existing features and apps; and rigorous data security practices. We regularly work with online privacy and safety experts and regulators around the world. In August 2012, the Federal Trade Commission formally approved a 20-year agreement to enhance our privacy program. We made a clear and formal long-term commitment to giving users tools to control how they share on Facebook. We also have undergone two audits by the Office of the Irish Data Protection Commissioner. The audits comprehensively reviewed our compliance with Irish data protection law, which is grounded in European data protection principles. As part of the audit process, we agreed to enhance various data protection and privacy practices to ensure compliance with the law and adherence to industry best practices.

10

PX0242-014

- *Safety.* We design our products to include safety tools. These tools are coupled with educational resources and partnerships with online safety experts to offer protections for all users, particularly teenagers. We take into account the unique needs of teenagers who use our service and employ age-appropriate settings that restrict their visibility, limit the audience with whom they can share, and help prevent unwanted contact from strangers.

  Our abuse reporting infrastructure allows anyone on Facebook to report inappropriate, offensive, or dangerous content through "report" links found throughout our site. We have enhanced this reporting system to include "Social Reporting," which gives users the option to report content to us, to report content to a trusted friend, or to block the person who posted the content with one easy-to-use tool. Our Safety Advisory Board, comprised of five leading online safety organizations from around the world, advises us on product design and helps us to create comprehensive safety resources for everyone who uses our service. These resources are located in our multimedia Family Safety Center on our website, which also offers special information for parents, educators, teenagers, and members of the law enforcement community. Additionally, we work with law enforcement to help promote the safety of our users as required by law.

- *Security.* We invest in technology, processes, and people as part of our commitment to safeguarding our users' information. We use a variety of techniques to protect the data that we are entrusted with, and we rely on multiple layers of network segregation using firewalls to protect against attacks or unauthorized access. We also employ proprietary technologies to protect our users. For example, if we suspect that a user's account may have been compromised, we may use a process that we refer to as "social authentication" to validate that the person accessing the account is the actual account holder. The process of social authentication may include asking the person accessing the account to identify photos of the account holder's friends. Our security team actively scans for security vulnerabilities using commercial tools, penetration tests, code security reviews, and internal and external audits. We also have a network of geographically distributed single-tenant data centers, and we take measures to protect the information stored in these data centers.

## Competition

Our business is characterized by innovation, rapid change, and disruptive technologies. We face significant competition in every aspect of our business, including from companies that provide tools to facilitate the sharing of information, that enable marketers to display personalized advertising and that provide development platforms for application- developers. We compete with the following:

- Companies that offer full-featured products that replicate the range of communications and related capabilities we provide. These offerings include, for example, Google+, which Google has integrated with certain of its products, including search and Android, as well as other, largely regional, social networks that have strong positions in particular countries, such as Mixi in Japan and vKontakte and Odnoklassniki in Russia.

- Companies that develop applications, particularly mobile applications, that replicate discrete capabilities we provide, such as photo-sharing, messaging, and micro-blogging.

- Companies that provide web- and mobile-based information and entertainment products and services that are designed to engage users.

- Companies that offer platforms for game developers to reach broad audiences with free-to-play games including Apple's iOS and Google's Android mobile platforms.

- Traditional and online businesses that provide media for marketers to reach their audiences and/or develop tools and systems for managing and optimizing advertising campaigns.

We compete to attract, engage, and retain users, to attract and retain marketers, to attract and retain developers to build compelling apps and websites that integrate with Facebook, and to attract and retain highly talented individuals, especially software engineers, designers, and product managers.

PX0242-015

As we introduce new products, as our existing products evolve, or as other companies introduce new products and services, we may become subject to additional competition.

## Technology

We have assembled a team of highly skilled engineers and computer scientists whose expertise spans a broad range of technical areas. We make significant investments in product and feature development, data management and personalization technologies, large-scale systems and scalable infrastructure, mobile technologies, and advertising technologies, including:

- *Product and Feature Development.* We aim to improve our existing products continuously and to develop new products for our users, developers, and marketers. Our product development philosophy is centered on continuous innovation in creating products that are social by design, which means that our products are designed to place people and their social interactions at the core of the product experience.

- *Data Management and Personalization Technologies.* To provide each user with a personalized Facebook experience, we must process and analyze a vast and growing amount of content shared by our users, developers, and marketers and surface the most relevant content in real time. As such, we invest extensively in developing technologies and analytics in areas including content optimization and delivery, graph query, media storage and serving, large-scale data management, and software performance.

- *Large-Scale Systems and Scalable Infrastructure.* Our products are built on a shared computing infrastructure. We use a combination of off-the-shelf and custom software running on clusters of commodity computers to amass substantial computing capability. Our infrastructure has enabled the storage and processing of large datasets and facilitated the deployment of our products on a global scale. As our user base grows, and the level of engagement and sharing from our users continues to increase, our computing needs continue to expand. We aim to provide our products rapidly and reliably to all users around the world, including in countries where we do not expect significant short-term monetization. As the number of international users increases we are investing in extending our infrastructure to be closer to our users wherever they are in the world. We are currently building our first major custom international datacenter presence in Lulea, Sweden, which is expected to be operational in the first half of 2013.

- *Mobile Technologies.* In order to providing a high-quality experience on a wide variety of mobile devices and operating systems, we invest in developing novel techniques and technologies including: custom graphics rendering, operating system customizations, development tools, systems for customizing the user experience based on a variety of factors, and systems for monitoring the behavior of the applications in the field.

- *Advertising Technologies.* We invest extensively in advertising technology capable of serving billions of ad impressions every day while maximizing the relevance of each impression to selected users based upon the information that users have chosen to share. Our system manages our entire set of ads, the selected audiences, and the marketers' bids to determine which ads to show each person and how to display them for every page on Facebook. We use an advanced click prediction system that weighs many real-time updated features using automated learning techniques. Our technology incorporates the estimated click-through rate with both the marketer's bid and a user relevancy signal to select the optimal ads to show.

Our research and development expenses were $1.4 billion, $388 million and $144 million in 2012, 2011, and 2010, respectively. For information about our research and development expenses, see Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations – Results of Operations – Research and development" of this Annual Report on Form 10-K.

PX0242-016

**Sales and Operations**

The majority of our marketers use our self-service ad platform to establish accounts and to launch and manage their advertising campaigns. We work directly with advertisers, through traditional advertising agencies and with an ecosystem of agencies that have a specialized focus on Facebook advertising. We also have a global sales force that is focused on attracting and retaining marketers and providing support to them throughout the stages of the advertising campaign cycle from pre-purchase decision making to real-time optimizations to post-campaign analytics. We currently operate more than 30 sales offices around the globe.

We have operations teams to provide support for our users, developers, and marketers in five regional centers located in Menlo Park, California; Austin, Texas; Dublin, Ireland; Hyderabad, India; and Singapore. We also invest in and rely on self-service tools to provide direct customer support to our users, developers, and marketers.

**Marketing**

To date, the Facebook user community has grown virally with users inviting their friends to connect with them, supported by internal efforts to stimulate user awareness and interest. In addition we have invested and will continue to invest in marketing our services to build our brand and user base around the world. We leverage the utility of our products and our social distribution channels as our most effective marketing tools. In addition, we undertake various user acquisition efforts and regularly host events and conferences to engage with developers and marketers.

**Intellectual Property**

To establish and protect our proprietary rights, we rely on a combination of patents, patent applications, trademarks, copyrights, trade secrets, including know-how, license agreements, confidentiality procedures, non-disclosure agreements with third parties, employee disclosure and invention assignment agreements, and other contractual rights. In addition, to further protect our proprietary rights, from time to time we have purchased patents and patent applications from third parties. We do not believe that our proprietary technology is dependent on any single patent or copyright or groups of related patents or copyrights. We believe the duration of our patents is adequate relative to the expected lives of our products.

**Government Regulation**

We are subject to a number of U.S. federal and state, and foreign laws and regulations that affect companies conducting business on the Internet, many of which are still evolving and being tested in courts, and could be interpreted in ways that could harm our business. These may involve user privacy, rights of publicity, data protection, content, intellectual property, distribution, electronic contracts and other communications, competition, protection of minors, consumer protection, taxation and online payment services. In particular, we are subject to federal, state, and foreign laws regarding privacy and protection of user data. Foreign data protection, privacy, and other laws and regulations are often more restrictive than those in the United States. U.S. federal and state and foreign laws and regulations are constantly evolving and can be subject to significant change. In addition, the application and interpretation of these laws and regulations are often uncertain, particularly in the new and rapidly-evolving industry in which we operate. There are also a number of legislative proposals pending before the U.S. Congress, various state legislative bodies, and foreign governments concerning data protection which could affect us. For example, a revision to the 1995 European Union Data Protection Directive is currently being considered by legislative bodies that may include more stringent operational requirements for data processors and significant penalties for non-compliance.

In August 2012, the FTC approved a settlement agreement with us to resolve an investigation into various practices, that, among other things, requires us to establish and refine certain practices with respect to treatment of user data and privacy settings and also requires we complete bi-annual independent privacy assessments.

13

Violation of existing or future regulatory orders or consent decrees could subject us to substantial monetary fines and other penalties that could negatively affect our financial condition and results of operations.

Various laws and regulations in the United States and abroad, such as the Bank Secrecy Act, the Dodd-Frank Act, the USA PATRIOT Act, and the Credit CARD Act, impose certain anti-money laundering requirements on companies that are financial institutions or that provide financial products and services. Under these laws and regulations, financial institutions are broadly defined to include money services businesses such as money transmitters, check cashers, and sellers or issuers of stored value. Requirements imposed on financial institutions under these laws include customer identification and verification programs, record retention policies and procedures, and transaction reporting. To increase flexibility in how our use of Payments may evolve and to mitigate regulatory uncertainty, we have applied through subsidiaries for certain money transmitter licenses in the United States and similar licenses in certain foreign countries, which will generally require us to show compliance with many domestic and foreign laws relating to money transmission, gift cards and other prepaid access instruments, electronic funds transfers, anti-money laundering, counter-terrorist financing, gambling, banking and lending, and import and export restrictions.

## Employees

As of December 31, 2012, we had 4,619 employees.

## Corporate Information

We were incorporated in Delaware in July 2004. We completed our initial public offering in May 2012 and our Class A common stock is listed on The Nasdaq Global Select Market under the symbol "FB." Our principal executive offices are located at 1601 Willow Road, Menlo Park, California 94025, and our telephone number is (650) 308-7300.

Facebook, the Facebook logo, FB, the Like Button, Instagram and our other registered or common law trademarks, service marks, or trade names appearing in this Annual Report on Form 10-K are the property of Facebook, Inc. or its affiliates. Other trademarks, service marks, or trade names appearing in this Annual Report on Form 10-K are the property of their respective owners.

## Information about Segment and Geographic Revenue

Information about segment and geographic revenue is set forth in Notes 1 and 14 of our Notes to Consolidated Financial Statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

## Available Information

Our website address is www.facebook.com. Our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to reports filed pursuant to Sections 13(a) and 15(d) of the Securities Exchange Act of 1934, as amended (Exchange Act), are filed with the U.S. Securities and Exchange Commission (SEC). We are subject to the informational requirements of the Exchange Act and file or furnish reports, proxy statements, and other information with the SEC. Such reports and other information filed by the Company with the SEC are available free of charge on our website at investor.fb.com when such reports are available on the SEC's website. We use our investor.fb.com website as a means of disclosing material non-public information and for complying with our disclosure obligations under Regulation FD. Accordingly, investors should monitor such portions of investor.fb.com, in addition to following press releases, SEC filings and public conference calls and webcasts.

The public may read and copy any materials filed by Facebook with the SEC at the SEC's Public Reference Room at 100 F Street, NE, Room 1580, Washington, DC 20549. The public may obtain information on the

14

operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC maintains an Internet site that contains reports, proxy and information statements and other information regarding issuers that file electronically with the SEC at www.sec.gov.

The contents of the websites referred to above are not incorporated into this filing. Further, our references to the URLs for these websites are intended to be inactive textual references only.

PX0242-019

## Item 1A.  Risk Factors

*Certain factors may have a material adverse effect on our business, financial condition and results of operations. You should consider carefully the risks and uncertainties described below, in addition to other information contained in this Annual Report on Form 10-K, including our consolidated financial statements and related notes. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties that we are unaware of, or that we currently believe are not material, may also become important factors that adversely affect our business. If any of the following risks actually occurs, our business, financial condition, results of operations, and future prospects could be materially and adversely affected. In that event, the trading price of our Class A common stock could decline, and you could lose part or all of your investment.*

### Risks Related to Our Business and Industry

#### *If we fail to retain existing users or add new users, or if our users decrease their level of engagement with Facebook, our revenue, financial results, and business may be significantly harmed.*

The size of our user base and our users' level of engagement are critical to our success. We had 1.06 billion monthly active users (MAUs) as of December 31, 2012. Our financial performance has been and will continue to be significantly determined by our success in adding, retaining, and engaging active users. We anticipate that our active user growth rate will decline over time as the size of our active user base increases, and as we achieve higher market penetration rates. To the extent our active user growth rate slows, our business performance will become increasingly dependent on our ability to increase levels of user engagement and monetization. If people do not perceive our products to be useful, reliable, and trustworthy, we may not be able to attract or retain users or otherwise maintain or increase the frequency and duration of their engagement. A number of other social networking companies that achieved early popularity have since seen their active user bases or levels of engagement decline, in some cases precipitously. There is no guarantee that we will not experience a similar erosion of our active user base or engagement levels. Our user engagement patterns have changed over time and can be difficult to measure, particularly as users engage increasingly via mobile devices and as we introduce new and different services. Any decrease in user retention, growth, or engagement could render Facebook less attractive to developers and marketers, which may have a material and adverse impact on our revenue, business, financial condition, and results of operations. Any number of factors could potentially negatively affect user retention, growth, and engagement, including if:

- users increasingly engage with other products or activities;

- we fail to introduce new and improved products or if we introduce new products or services that are not favorably received;

- users feel that their Facebook experience is diminished as a result of the decisions we make with respect to the frequency, prominence, and size of ads that we display;

- we are unable to continue to develop products for mobile devices that users find engaging, that work with a variety of mobile operating systems and networks, and that achieve a high level of market acceptance;

- there are changes in user sentiment about the quality or usefulness of our products or concerns related to privacy and sharing, safety, security, or other factors;

- we are unable to manage and prioritize information to ensure users are presented with content that is interesting, useful, and relevant to them;

- users adopt new technologies where Facebook may not be featured or otherwise available;

- there are adverse changes in our products that are mandated by legislation, regulatory authorities, or litigation, including settlements or consent decrees;

- technical or other problems prevent us from delivering our products in a rapid and reliable manner or otherwise affect the user experience, such as any failure to prevent spam or similar content;

16

PX0242-020

- we adopt policies or procedures related to areas such as sharing or user data that are perceived negatively by our users or the general public;

- we fail to provide adequate customer service to users, developers, or marketers;

- we, our Platform developers, or other companies in our industry are the subject of adverse media reports or other negative publicity; or

- our current or future products, such as the Facebook Platform, reduce user activity on Facebook by making it easier for our users to interact and share on third-party websites.

If we are unable to maintain and increase our user base and user engagement, our revenue and financial results may be adversely affected.

***We generate a substantial majority of our revenue from advertising. The loss of marketers, or reduction in spending by marketers with Facebook, could seriously harm our business.***

The substantial majority of our revenue is currently generated from third parties advertising on Facebook. For 2012, 2011, and 2010, advertising accounted for 84%, 85% and 95%, respectively, of our revenue. As is common in the industry, our marketers do not have long-term advertising commitments with us. Many of our marketers spend only a relatively small portion of their overall advertising budget with us. In addition, marketers may view some of our products as experimental and unproven. Marketers will not continue to do business with us, or they will reduce the prices they are willing to pay to advertise with us, if we do not deliver ads in an effective manner, or if they do not believe that their investment in advertising with us will generate a competitive return relative to other alternatives. Our advertising revenue could be adversely affected by a number of other factors, including:

- decreases in user engagement, including time spent on Facebook;

- increased user access to and engagement with Facebook through our mobile products or other new devices in the future, where our ability to monetize is less proven than it is from use on personal computers;

- product changes or inventory management decisions we may make that reduce the size, frequency, or relative prominence of ads displayed on Facebook;

- our inability to increase advertiser demand, which affects pricing;

- our inability to increase the quality of ads shown to users, particularly on mobile devices;

- the accuracy of our analytics and measurement solutions that demonstrate the value of our ads, or our ability to further improve such tools;

- decisions by marketers to use our free products, such as Facebook Pages, instead of advertising on Facebook;

- loss of advertising market share to our competitors, including if such competitors offer more integrated products;

- adverse legal developments relating to advertising, including legislative and regulatory developments and developments in litigation;

- adverse media reports or other negative publicity involving us, our Platform developers, or other companies in our industry;

- our inability to create new products that sustain or increase the value of our ads;

- the degree to which users opt out of social ads;

- the degree to which users cease or reduce the number of times they click on our ads;

- changes in the way online advertising is priced;

17

- the impact of new technologies that could block or obscure the display of our ads; and

- the impact of macroeconomic conditions and conditions in the advertising industry in general.

The occurrence of any of these or other factors could result in a reduction in demand for our ads, which may reduce the prices we receive for our ads, or cause marketers to stop advertising with us altogether, either of which would negatively affect our revenue and financial results.

### *Growth in the use of Facebook through our mobile products as a substitute for use on personal computers may negatively affect our revenue and financial results.*

We had 680 million mobile MAUs in December 2012. While most of our mobile users also access Facebook through personal computers, we anticipate that the rate of growth in mobile usage will exceed the growth in usage through personal computers for the foreseeable future and that the usage through personal computers may decline or continue to decline in certain markets, in part due to our focus on developing mobile products to encourage mobile usage of Facebook. For example, during the fourth quarter of 2012, the number of daily active users (DAUs) using personal computers declined modestly compared to the third quarter of 2012, including declines in key markets such as the United States, while mobile DAUs continued to increase. While we began showing ads in users' mobile News Feeds in early 2012, we have generated only a small portion of our revenue from the use of Facebook mobile products to date. In addition, we do not currently offer our Payments infrastructure to applications on mobile devices. If users increasingly access Facebook mobile products as a substitute for access through personal computers, and if we are unable to continue to grow mobile revenues, or if we incur excessive expenses in this effort, our financial performance and ability to grow revenue would be negatively affected.

### *Facebook user growth and engagement on mobile devices depend upon effective operation with mobile operating systems, networks, and standards that we do not control.*

There is no guarantee that popular mobile devices will continue to feature Facebook, or that mobile device users will continue to use Facebook rather than competing products. We are dependent on the interoperability of Facebook with popular mobile operating systems that we do not control, such as Android and iOS, and any changes in such systems that degrade our products' functionality or give preferential treatment to competitive products could adversely affect Facebook usage on mobile devices. Additionally, in order to deliver high quality mobile products, it is important that our products work well with a range of mobile technologies, systems, networks, and standards that we do not control. We may not be successful in developing relationships with key participants in the mobile industry or in developing products that operate effectively with these technologies, systems, networks, or standards. In the event that it is more difficult for our users to access and use Facebook on their mobile devices, or if our users choose not to access or use Facebook on their mobile devices or use mobile products that do not offer access to Facebook, our user growth and user engagement could be harmed.

### *Our business is highly competitive. Competition presents an ongoing threat to the success of our business.*

We face significant competition in every aspect of our business, including from companies that provide tools to facilitate the sharing of information, companies that enable marketers to display personalized advertising and companies that provide development platforms for applications developers. We compete with companies that offer full-featured products that replicate the range of communications and related capabilities we provide. These offerings include, for example, Google+, which Google has integrated with certain of its products, including search and Android, as well as other, largely regional, social networks that have strong positions in particular countries, such as Mixi in Japan and vKontakte and Odnoklassniki in Russia. We also complete with companies that develop applications, particularly mobile applications, that replicate discrete capabilities we provide, such as photo-sharing, messaging, and micro-blogging, and companies that provide web- and mobile-based information and entertainment products and services that are designed to engage users and capture time spent online and on

18

mobile devices. In addition, we face competition from traditional and online businesses that provide media for marketers to reach their audiences and/or develop tools and systems for managing and optimizing advertising campaigns.

Some of our current and potential competitors may have significantly greater resources or better competitive positions in certain product segments, geographic regions or user demographics than we do. These factors may allow our competitors to respond more effectively than us to new or emerging technologies and changes in market conditions. We believe that some of our users, particularly our younger users, are aware of and actively engaging with other products and services similar to, or as a substitute for, Facebook. For example, we believe that some of our users have reduced their engagement with Facebook in favor of increased engagement with other products and services such as Instagram. In the event that our users increasingly engage with other products and services, we may experience a decline in user engagement and our business could be harmed.

Our competitors may develop products, features, or services that are similar to ours or that achieve greater acceptance, may undertake more far-reaching and successful product development efforts or marketing campaigns, or may adopt more aggressive pricing policies. In addition, Platform partners may use information shared by our users through the Facebook Platform in order to develop products or features that compete with us. Certain competitors, including Google, could use strong or dominant positions in one or more markets to gain competitive advantage against us in areas where we operate including: by integrating competing social networking platforms or features into products they control such as search engines, web browsers, or mobile device operating systems; by making acquisitions; or by making access to Facebook more difficult. As a result, our competitors may acquire and engage users at the expense of the growth or engagement of our user base, which may negatively affect our business and financial results.

We believe that our ability to compete effectively depends upon many factors both within and beyond our control, including:

- the popularity, usefulness, ease of use, performance, and reliability of our products compared to our competitors;

- the size and composition of our user base;

- the engagement of our users with our products;

- the timing and market acceptance of products, including developments and enhancements to our or our competitors' products;

- our ability to monetize our products, including our ability to successfully monetize mobile usage;

- the frequency, size, and relative prominence of the ads displayed by us or our competitors;

- customer service and support efforts;

- marketing and selling efforts;

- our ability to establish and maintain developers' interest in building on the Facebook Platform;

- changes mandated by legislation, regulatory authorities, or litigation, including settlements and consent decrees, some of which may have a disproportionate effect on us;

- acquisitions or consolidation within our industry, which may result in more formidable competitors;

- our ability to attract, retain, and motivate talented employees, particularly software engineers;

- our ability to cost-effectively manage and grow our operations; and

- our reputation and brand strength relative to our competitors.

If we are not able to compete effectively, our user base and level of user engagement may decrease, which could make us less attractive to developers and marketers and materially and adversely affect our revenue and results of operations.

19

***We may not be successful in our efforts to grow usage of and engagement with the Facebook Platform.***

We have made and are continuing to make investments to enable developers to build applications (apps) and websites that integrate with the Facebook Platform. Existing and prospective Platform developers may not be successful in building apps or websites that create and maintain user engagement. Additionally, developers may choose to build on other platforms, including mobile platforms controlled by third parties, rather than building on the Facebook Platform. We are continuously seeking to balance the distribution objectives of our Platform developers with our desire to provide an optimal user experience, and we may not be successful in achieving a balance that continues to attract and retain Platform developers. From time to time, we have taken actions to reduce the volume of communications from Platform developers to users on Facebook with the objective of enhancing the user experience, and such actions have reduced distribution from, user engagement with, and our monetization opportunities from, Facebook-integrated apps and websites. In some instances, these actions have adversely affected our relationships with Platform developers. If we are not successful in our efforts to grow our Platform or if we are unable to build and maintain good relations with Platform developers, our user growth and user engagement and our financial results may be adversely affected.

***We may not be successful in our efforts to further monetize the Facebook Platform.***

We currently monetize the Facebook Platform in several ways, including ads on pages generated by apps on Facebook, direct advertising on Facebook purchased by Platform developers to drive traffic to their apps and websites, and fees from our Platform developers' use of our Payments infrastructure to sell virtual and digital goods to users accessing Facebook via personal computers. Apps built by developers of social games are currently responsible for substantially all of our revenue derived from Payments. While we have expanded the number of developers using our Payments infrastructure, our overall Payments revenue may decrease or stay flat in future periods. In addition, a relatively small percentage of our users have transacted with Facebook Payments. For example, for the fiscal year ended December 31, 2012, approximately 27 million users purchased virtual goods using Facebook Payments. If the Platform apps that currently generate revenue fail to grow or maintain their users and engagement, if Platform developers do not continue to introduce new apps that attract users and create engagement, if Platform developers reduce their advertising on Facebook, if we fail to maintain good relationships with Platform developers or attract new developers, or if Platform apps outside of social games do not gain popularity and generate significant revenue for us, our financial performance and ability to grow revenue could be adversely affected.

Additionally, we are actively supporting Platform developers' efforts to develop their own mobile apps and websites that integrate with Facebook. Unlike apps that run within the Facebook website which enable us to show ads and offer Payments, we generally do not directly monetize from Platform developers' integrating their own mobile apps and websites with Facebook. Therefore, our Platform developers' efforts to prioritize Facebook integrations with their own mobile apps or websites may reduce or slow the growth of our user activity that generates advertising and Payments opportunities, which could negatively affect our revenue. Although we believe that there are significant long-term benefits to Facebook resulting from increased engagement on Facebook-integrated websites and mobile apps, these benefits may not offset the possible loss of revenue, in which case our business could be harmed.

***Action by governments to restrict access to Facebook in their countries could substantially harm our business and financial results.***

It is possible that governments of one or more countries may seek to censor content available on Facebook in their country, restrict access to Facebook from their country entirely, or impose other restrictions that may affect the accessibility of Facebook in their country for an extended period of time or indefinitely. For example, access to Facebook has been or is currently restricted in whole or in part in China, Iran, North Korea, and Syria. In addition, governments in other countries may seek to restrict access to Facebook if they consider us to be in violation of their laws. In the event that access to Facebook is restricted, in whole or in part, in one or more

20

countries or our competitors are able to successfully penetrate geographic markets that we cannot access, our ability to retain or increase our user base and user engagement may be adversely affected, we may not be able to maintain or grow our revenue as anticipated, and our financial results could be adversely affected.

***Our new products and changes to existing products could fail to attract or retain users or generate revenue.***

Our ability to retain, increase, and engage our user base and to increase our revenue will depend heavily on our ability to create successful new products, both independently and in conjunction with Platform developers or other third parties. We may introduce significant changes to our existing products or develop and introduce new and unproven products, including using technologies with which we have little or no prior development or operating experience. If new or enhanced products fail to engage users, developers, or marketers, we may fail to attract or retain users or to generate sufficient revenue, operating margin, or other value to justify our investments, and our business may be adversely affected. In the future, we may invest in new products and initiatives to generate revenue, but there is no guarantee these approaches will be successful. For example, in 2012, we launched our Gifts product that enables users to send physical or digital gifts to friends. We may not be successful in generating meaningful revenue from this product. If we are not successful with new approaches to monetization, we may not be able to maintain or grow our revenue as anticipated or recover any associated development costs, and our financial results could be adversely affected.

***Our culture emphasizes rapid innovation and prioritizes user engagement over short-term financial results.***

We have a culture that encourages employees to quickly develop and launch new and innovative products. As our business grows and becomes more complex, our cultural emphasis on moving quickly may result in unintended outcomes or decisions that are poorly received by users, developers, or marketers. Our culture also prioritizes user engagement over short-term financial results, and we frequently make product decisions that may reduce our short-term revenue or profitability if we believe that the decisions are consistent with our mission and benefit the aggregate user experience and will thereby improve our financial performance over the long term. These decisions may not produce the long-term benefits that we expect, in which case our user growth and engagement, our relationships with developers and marketers, and our business and results of operations could be harmed.

***If we are not able to maintain and enhance our brand, or if events occur that damage our reputation and brand, our ability to expand our base of users, developers, and marketers may be impaired, and our business and financial results may be harmed.***

We believe that the Facebook brand has significantly contributed to the success of our business. We also believe that maintaining and enhancing our brand is critical to expanding our base of users, developers, and marketers. Many of our new users are referred by existing users. Maintaining and enhancing our brand will depend largely on our ability to continue to provide useful, reliable, trustworthy, and innovative products, which we may not do successfully. We may introduce new products or terms of service that users do not like, which may negatively affect our brand. Additionally, the actions of our Platform developers may affect our brand if users do not have a positive experience using third-party apps and websites integrated with Facebook. We have in the past experienced, and we expect that in the future we will continue to experience, media, legislative, or regulatory scrutiny of our decisions regarding user privacy or other issues, which may adversely affect our reputation and brand. We also may fail to provide adequate customer service, which could erode confidence in our brand. Our brand may also be negatively affected by the actions of users that are deemed to be hostile or inappropriate to other users, or by users acting under false or inauthentic identities. Maintaining and enhancing our brand may require us to make substantial investments and these investments may not be successful. If we fail to successfully promote and maintain the Facebook brand or if we incur excessive expenses in this effort, our business and financial results may be adversely affected.

21

***Improper access to or disclosure of our users' information, or violation of our terms of service or policies, could harm our reputation and adversely affect our business.***

Our efforts to protect the information that our users have chosen to share using Facebook may be unsuccessful due to the actions of third parties, software bugs or other technical malfunctions, employee error or malfeasance, or other factors. In addition, third parties may attempt to fraudulently induce employees or users to disclose information in order to gain access to our data or our users' data. If any of these events occur, our users' information could be accessed or disclosed improperly. Our Data Use Policy governs the use of information that users have chosen to share using Facebook and how that information may be used by us and third parties. Some Platform developers may store information provided by our users through apps on the Facebook Platform or websites integrated with Facebook. If these third parties or Platform developers fail to adopt or adhere to adequate data security practices or fail to comply with our terms and policies, or in the event of a breach of their networks, our users' data may be improperly accessed or disclosed.

Any incidents involving unauthorized access to or improper use of the information of our users or incidents involving violation of our terms of service or policies, including our Data Use Policy, could damage our reputation and our brand and diminish our competitive position. In addition, the affected users or government authorities could initiate legal or regulatory action against us in connection with such incidents, which could cause us to incur significant expense and liability or result in orders or consent decrees forcing us to modify our business practices. Any of these events could have a material and adverse effect on our business, reputation, or financial results.

***Unfavorable media coverage could negatively affect our business.***

We receive a high degree of media coverage around the world. Unfavorable publicity regarding, for example, our privacy practices, product changes, product quality, litigation or regulatory activity, or the actions of our Platform developers or our users, could adversely affect our reputation. Such negative publicity also could have an adverse effect on the size, engagement, and loyalty of our user base and result in decreased revenue, which could adversely affect our business and financial results.

***Our financial results will fluctuate from quarter to quarter and are difficult to predict.***

Our quarterly financial results have fluctuated in the past and will fluctuate in the future. Additionally, we have a limited operating history with the current scale of our business, which makes it difficult to forecast our future results. As a result, you should not rely upon our past quarterly financial results as indicators of future performance. You should take into account the risks and uncertainties frequently encountered by companies in rapidly evolving markets. Our financial results in any given quarter can be influenced by numerous factors, many of which we are unable to predict or are outside of our control, including:

- our ability to maintain and grow our user base and user engagement;
- our ability to attract and retain marketers in a particular period;
- fluctuations in spending by our marketers due to seasonality, such as historically strong spending in the fourth quarter of each year, or other factors;
- the number of ads shown to users;
- the pricing of our ads and other products;
- the rate of growth in mobile usage compared to usage through personal computers, and our ability to monetize through our mobile products;
- our ability to maintain or increase Payments and other fees revenue;
- the diversification and growth of revenue sources beyond advertising and Payments;
- the development and introduction of new products or services by us or our competitors;

22

- increases in marketing, sales, and other operating expenses that we may incur to grow and expand our operations and to remain competitive;

- our ability to maintain gross margins and operating margins;

- costs related to the acquisition of businesses, talent, technologies or intellectual property, including potentially significant amortization costs;

- our ability to obtain equipment and components for our data centers and other technical infrastructure in a timely and cost-effective manner;

- system failures which could prevent us from serving ads for any period of time, or breaches of security or privacy, and the costs associated with remediating any such failures or breaches;

- inaccessibility of Facebook due to third-party actions;

- share-based compensation expense;

- adverse litigation judgments, settlements, or other litigation-related costs;

- changes in the legislative or regulatory environment, including with respect to privacy, or enforcement by government regulators, including fines, orders, or consent decrees;

- the overall tax rate for our business, which may be affected by the financial results of our international subsidiaries;

- fluctuations in currency exchange rates and changes in the proportion of our revenue and expenses denominated in foreign currencies;

- fluctuations in the market values of our portfolio investments and in interest rates;

- changes in U.S. generally accepted accounting principles; and

- changes in global business or macroeconomic conditions.

### *We expect our rates of growth will decline in the future.*

We believe that our rates of user and revenue growth will decline over time. For example, our revenue grew 37% from 2011 to 2012, 88% from 2010 to 2011 and 154% from 2009 year to 2010. Historically, our user growth has been a primary driver of growth in our revenue. While our periodic rates of growth may be flat or increase from time to time, we expect that our user growth and revenue growth rates will decline over time as the size of our active user base increases and as we achieve higher market penetration rates. As our growth rates decline, investors' perceptions of our business may be adversely affected and the trading price of our Class A common stock could decline.

### *Our costs are continuing to grow, which could harm our business and profitability.*

Providing our products to our users is costly and we expect our expenses to continue to increase in the future as we broaden our user base, as users increase the number of connections and amount of data they share with us, as we develop and implement new product features that require more computing infrastructure. Historically, our costs have increased each year due to these factors and we expect to continue to incur increasing costs, in particular for servers, storage, power, and data centers, to support our anticipated future growth. We expect to continue to invest in our global infrastructure in order to provide our products rapidly and reliably to all users around the world, including in countries where we do not expect significant short-term monetization. In addition, our costs may increase as we hire additional employees, particularly as a result of the significant competition that we face to attract and retain technical talent. Our expenses may continue to grow faster than our revenue over time. Our expenses may be greater than we anticipate, and our investments may not be successful. In addition, we may increase marketing, sales, and other operating expenses in order to grow and expand our operations and to remain competitive. Increases in our costs may adversely affect our business and profitability.

23

***Our business is subject to complex and evolving U.S. and foreign laws and regulations regarding privacy, data protection, and other matters. Many of these laws and regulations are subject to change and uncertain interpretation, and could result in claims, changes to our business practices, monetary penalties, increased cost of operations, or declines in user growth or engagement, or otherwise harm our business.***

We are subject to a variety of laws and regulations in the United States and abroad that involve matters central to our business, including user privacy, rights of publicity, data protection, content, intellectual property, distribution, electronic contracts and other communications, competition, protection of minors, consumer protection, taxation, securities law compliance, and online payment services. The introduction of new products may subject us to additional laws and regulations. For example, depending on how our new Gifts product evolves, we may be subject to laws and regulations governing returns, taxability of purchases, purchase of restricted products such as alcohol, product liability, and international import and export restrictions. In addition, foreign data protection, privacy, and other laws and regulations are often more restrictive than those in the United States. These U.S. federal and state and foreign laws and regulations, which can be enforced by private parties or government entities, are constantly evolving and can be subject to significant change. In addition, the application and interpretation of these laws and regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate. For example, the interpretation of some laws and regulations that govern the use of names and likenesses in connection with advertising and marketing activities is unsettled and developments in this area could affect the manner in which we design our products, as well as our terms of use. A number of proposals are pending before federal, state, and foreign legislative and regulatory bodies that could significantly affect our business. For example, a revision to the 1995 European Union Data Protection Directive is currently being considered by European legislative bodies that may include more stringent operational requirements for data processors and significant penalties for non-compliance. Similarly, there have been a number of recent legislative proposals in the United States, at both the federal and state level, that would impose new obligations in areas such as privacy and liability for copyright infringement by third parties. These existing and proposed laws and regulations can be costly to comply with and can delay or impede the development of new products, result in negative publicity, increase our operating costs, require significant management time and attention, and subject us to inquiries or investigations, claims or other remedies, including fines or demands that we modify or cease existing business practices.

***We have been subject to regulatory investigations and settlements and we expect to continue to be subject to such proceedings in the future, which could cause us to incur substantial costs or require us to change our business practices in a manner materially adverse to our business.***

From time to time, we receive inquiries from regulators regarding our compliance with laws and other matters. For example, in 2012, the Federal Trade Commission approved a settlement agreement with us that, among other things, requires us to establish and refine certain practices with respect to treatment of user data and privacy settings and also requires that we complete bi-annual independent privacy assessments. As another example, in 2011 and 2012, the Irish Data Protection Commissioner audited the data, security, and privacy practices and policies of Facebook Ireland. We expect to continue to be the subject of regulatory investigations and audits in the future by these and other regulators throughout the world.

It is possible that a regulatory inquiry might result in changes to our policies or practices. Violation of existing or future regulatory orders or consent decrees could subject us to substantial monetary fines and other penalties that could negatively affect our financial condition and results of operations. In addition, it is possible that future orders issued by, or enforcement actions initiated by, regulatory authorities could cause us to incur substantial costs or require us to change our business practices in a manner materially adverse to our business.

***If we are unable to protect our intellectual property, the value of our brand and other intangible assets may be diminished, and our business may be adversely affected.***

We rely and expect to continue to rely on a combination of confidentiality and license agreements with our employees, consultants, and third parties with whom we have relationships, as well as trademark, copyright,

24

patent, trade secret, and domain name protection laws, to protect our proprietary rights. In the United States and internationally, we have filed various applications for protection of certain aspects of our intellectual property, and we currently hold a number of issued patents in multiple jurisdictions and have acquired patents and patent applications from third parties. In addition, in the future we may acquire additional patents or patent portfolios, which could require significant cash expenditures. Third parties may knowingly or unknowingly infringe our proprietary rights, third parties may challenge proprietary rights held by us, and pending and future trademark and patent applications may not be approved. In addition, effective intellectual property protection may not be available in every country in which we operate or intend to operate our business. In any or all of these cases, we may be required to expend significant time and expense in order to prevent infringement or to enforce our rights. Although we have taken measures to protect our proprietary rights, there can be no assurance that others will not offer products or concepts that are substantially similar to ours and compete with our business. In addition, we regularly contribute software source code under open source licenses and have made other technology we developed available under other open licenses, and we include open source software in our products. For example, we have contributed certain specifications and designs related to our data center equipment to the Open Compute Project Foundation, a non-profit entity that shares and develops such information with the technology community, under the Open Web Foundation License. As a result of our open source contributions and the use of open source in our products, we may license or be required to license innovations that turn out to be material to our business and may also be exposed to increased litigation risk. If the protection of our proprietary rights is inadequate to prevent unauthorized use or appropriation by third parties, the value of our brand and other intangible assets may be diminished and competitors may be able to more effectively mimic our service and methods of operations. Any of these events could have an adverse effect on our business and financial results.

***We are currently, and expect to be in the future, party to patent lawsuits and other intellectual property rights claims that are expensive and time consuming, and, if resolved adversely, could have a significant impact on our business, financial condition, or results of operations.***

Companies in the Internet, technology, and media industries own large numbers of patents, copyrights, trademarks, and trade secrets, and frequently enter into litigation based on allegations of infringement, misappropriation, or other violations of intellectual property or other rights. In addition, various "non-practicing entities" that own patents and other intellectual property rights often attempt to aggressively assert their rights in order to extract value from technology companies. Furthermore, from time to time we may introduce new products, including in areas where we currently do not compete, which could increase our exposure to patent and other intellectual property claims from competitors and non-practicing entities.

From time to time, we receive notice letters from patent holders alleging that certain of our products and services infringe their patent rights. We presently are involved in a number of intellectual property lawsuits, and as we face increasing competition and gain an increasingly high profile, we expect the number of patent and other intellectual property claims against us to grow. Defending patent and other intellectual property litigation is costly and can impose a significant burden on management and employees, and there can be no assurances that favorable final outcomes will be obtained in all cases. In addition, plaintiffs may seek, and we may become subject to, preliminary or provisional rulings in the course of any such litigation, including potential preliminary injunctions requiring us to cease some or all of our operations. We may decide to settle such lawsuits and disputes on terms that are unfavorable to us. Similarly, if any litigation to which we are a party is resolved adversely, we may be subject to an unfavorable judgment that may not be reversed upon appeal. The terms of such a settlement or judgment may require us to cease some or all of our operations or pay substantial amounts to the other party. In addition, we may have to seek a license to continue practices found to be in violation of a third party's rights, which may not be available on reasonable terms, or at all, and may significantly increase our operating costs and expenses. As a result, we may also be required to develop alternative non-infringing technology or practices or discontinue the practices. The development of alternative non-infringing technology or practices could require significant effort and expense or may not be feasible. Our business, financial condition, and results of operations could be adversely affected as a result of an unfavorable resolution of the disputes and litigation referred to above.

25

PX0242-029

***We are involved in numerous class action lawsuits and other litigation matters that are expensive and time consuming, and, if resolved adversely, could harm our business, financial condition, or results of operations.***

In addition to intellectual property claims, we are also involved in numerous other lawsuits, including putative class action lawsuits brought by users and marketers, many of which claim statutory damages, and we anticipate that we will continue to be a target for numerous lawsuits in the future. Because we have over a billion users, the plaintiffs in class action cases filed against us typically claim enormous monetary damages even if the alleged per-user harm is small or non-existent. Any negative outcome from such lawsuits could result in payments of substantial monetary damages or fines, or changes to our products or business practices, and accordingly our business, financial condition, or results of operations could be materially and adversely affected. Although the results of such lawsuits and claims cannot be predicted with certainty, we do not believe that the final outcome of those matters relating to our products that we currently face will have a material adverse effect on our business, financial condition, or results of operations. In addition, following our initial public offering (IPO), we became the subject of stockholder class action suits. We believe these lawsuits are without merit and are vigorously defending these lawsuits.

There can be no assurances that a favorable final outcome will be obtained in all our cases, and defending any lawsuit is costly and can impose a significant burden on management and employees. Any litigation to which we are a party may result in an onerous or unfavorable judgment that may not be reversed upon appeal or in payments of substantial monetary damages or fines, or we may decide to settle lawsuits on similarly unfavorable terms, which could adversely affect our business, financial conditions, or results of operations.

***Our CEO has control over key decision making as a result of his control of a majority of our voting stock.***

As a result of voting agreements with certain stockholders, together with the shares he holds, Mark Zuckerberg, our founder, Chairman, and CEO, is able to exercise voting rights with respect to a majority of the voting power of our outstanding capital stock as of December 31, 2012. Mr. Zuckerberg therefore has the ability to control the outcome of matters submitted to our stockholders for approval, including the election of directors and any merger, consolidation, or sale of all or substantially all of our assets. This concentrated control could delay, defer, or prevent a change of control, merger, consolidation, or sale of all or substantially all of our assets that our other stockholders support, or conversely this concentrated control could result in the consummation of such a transaction that our other stockholders do not support. This concentrated control could also discourage a potential investor from acquiring our Class A common stock due to the limited voting power of such stock relative to the Class B common stock and might harm the trading price of our Class A common stock. In addition, Mr. Zuckerberg has the ability to control the management and major strategic investments of our company as a result of his position as our CEO and his ability to control the election or replacement of our directors. In the event of his death, the shares of our capital stock that Mr. Zuckerberg owns will be transferred to the persons or entities that he designates. As a board member and officer, Mr. Zuckerberg owes a fiduciary duty to our stockholders and must act in good faith in a manner he reasonably believes to be in the best interests of our stockholders. As a stockholder, even a controlling stockholder, Mr. Zuckerberg is entitled to vote his shares, and shares over which he has voting control as a result of voting agreements, in his own interests, which may not always be in the interests of our stockholders generally.

***We plan to continue to make acquisitions, which could require significant management attention, disrupt our business, result in dilution to our stockholders, and adversely affect our financial results.***

As part of our business strategy, we have made and intend to make acquisitions to add specialized employees, complementary companies, products, or technologies. Our ability to acquire and integrate larger or more complex companies, products, or technologies in a successful manner is unproven. In the future, we may not be able to find other suitable acquisition candidates, and we may not be able to complete acquisitions on favorable terms, if at all. Any future acquisitions we complete could be viewed negatively by users, developers, marketers, or investors, and our acquisitions may not achieve our goals. For example, in August 2012, we acquired Instagram, but we are still focused on user growth and the users' experience and do not yet derive any

26

direct revenue from Instagram. In addition, if we fail to successfully close or integrate any acquisitions, integrate the products or technologies associated with such acquisitions into our company, or identify and address liabilities associated with the acquired business or assets, our business, revenue, and operating results could be adversely affected. Any integration process may require significant time and resources, and we may not be able to manage the process successfully. We may not successfully evaluate or utilize the acquired products, technology, or personnel, or accurately forecast the financial impact of an acquisition transaction, including accounting charges. In addition, our ability to conduct due diligence with respect to acquisitions, and our ability to evaluate the results of such due diligence, is dependent upon the accuracy and completeness of statements and disclosures made or actions taken by the companies we acquire or their representatives. Despite our efforts, there could be significant liabilities or deficiencies associated with the business, assets, products, financial condition or accounting practices related to the assets or companies we acquire. In addition, we may have to pay cash, incur debt, or issue equity securities to pay for acquisitions, any of which could adversely affect our financial results. The sale of equity or issuance of debt to finance any such acquisitions could result in dilution to our stockholders. The incurrence of indebtedness would result in increased fixed obligations and could also include covenants or other restrictions that would impede our ability to manage our operations.

***Our business is dependent on our ability to maintain and scale our technical infrastructure, and any significant disruption in our service could damage our reputation, result in a potential loss of users and engagement, and adversely affect our financial results.***

Our reputation and ability to attract, retain, and serve our users is dependent upon the reliable performance of Facebook and our underlying technical infrastructure. Our systems may not be adequately designed with the necessary reliability and redundancy to avoid performance delays or outages that could be harmful to our business. If Facebook is unavailable when users attempt to access it, or if it does not load as quickly as they expect, users may not return to our website as often in the future, or at all. As our user base and the amount and types of information shared on Facebook continue to grow, we will need an increasing amount of technical infrastructure, including network capacity, and computing power, to continue to satisfy the needs of our users. It is possible that we may fail to effectively scale and grow our technical infrastructure to accommodate these increased demands. In addition, our business is subject to interruptions, delays, or failures resulting from earthquakes, adverse weather conditions, other natural disasters, power loss, terrorism, or other catastrophic events.

A substantial portion of our network infrastructure is provided by third parties. Any disruption or failure in the services we receive from these providers could harm our ability to handle existing or increased traffic and could significantly harm our business. Any financial or other difficulties these providers face may adversely affect our business, and we exercise little control over these providers, which increases our vulnerability to problems with the services they provide.

***We could experience unforeseen difficulties in building and operating key portions of our technical infrastructure.***

We have designed and built our own data centers and key portions of our technical infrastructure through which we serve our products, and we plan to continue to significantly expand the size of our infrastructure primarily through data centers and other projects. The infrastructure expansion we are undertaking is complex, and unanticipated delays in the completion of these projects or availability of components may lead to increased project costs, operational inefficiencies, or interruptions in the delivery or degradation of the quality of our products. In addition, there may be issues related to this infrastructure that are not identified during the testing phases of design and implementation, which may only become evident after we have started to fully utilize the underlying equipment, that could further degrade the user experience or increase our costs.

***Our software is highly technical, and if it contains undetected errors, our business could be adversely affected.***

Our products incorporate software that is highly technical and complex. Our software has contained, and may now or in the future contain, undetected errors, bugs, or vulnerabilities. Some errors in our software code

27

may only be discovered after the code has been released. Any errors, bugs, or vulnerabilities discovered in our code after release could result in damage to our reputation, loss of users, loss of revenue, or liability for damages, any of which could adversely affect our business and financial results.

***Certain of our user metrics are subject to inherent challenges in measurement, and real or perceived inaccuracies in such metrics may harm our reputation and negatively affect our business.***

The numbers of our MAUs, DAUs, and mobile MAUs and average revenue per user (ARPU) are calculated using internal company data based on the activity of user accounts. While these numbers are based on what we believe to be reasonable estimates of our user base for the applicable period of measurement, there are inherent challenges in measuring usage of our products across large online and mobile populations around the world. For example, there may be individuals who maintain one or more Facebook accounts in violation of our terms of service. We estimate, for example, that "duplicate" accounts (an account that a user maintains in addition to his or her principal account) may have represented approximately 5.0% of our worldwide MAUs as of December 31, 2012. We also seek to identify "false" accounts, which we divide into two categories: (1) user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service); and (2) undesirable accounts, which represent user profiles that we determine are intended to be used for purposes that violate our terms of service, such as spamming. As of December 31, 2012, for example, we estimate user-misclassified accounts may have represented approximately 1.3% of our worldwide MAUs and undesirable accounts may have represented approximately 0.9% of our worldwide MAUs. We believe the percentage of accounts that are duplicate or false is meaningfully lower in developed markets such as the United States or Australia and higher in developing markets such as Indonesia and Turkey. However, these estimates are based on an internal review of a limited sample of accounts and we apply significant judgment in making this determination, such as identifying names that appear to be fake or other behavior that appears inauthentic to the reviewers. As such, our estimation of duplicate or false accounts may not accurately represent the actual number of such accounts. We are continually seeking to improve our ability to identify duplicate or false accounts and estimate the total number of such accounts, and such estimates may change due to improvements or changes in our methodology.

Some of our historical metrics through the second quarter of 2012 have also been affected by applications on certain mobile devices that automatically contact our servers for regular updates with no user action involved, and this activity can cause our system to count the user associated with such a device as an active user on the day such contact occurs. For example, we estimate that less than 5% of our estimated worldwide DAUs as of December 31, 2011 and 2010 resulted from this type of automatic mobile activity, and that this type of activity had a substantially smaller effect on our estimate of worldwide MAUs and mobile MAUs. The impact of this automatic activity on our metrics varied by geography because mobile usage varies in different regions of the world. In addition, our data regarding the geographic location of our users is estimated based on a number of factors, such as the user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a mobile-only user may appear to be accessing Facebook from the location of the proxy server that the user connects to rather than from the user's actual location. The methodologies used to measure user metrics may also be susceptible to algorithm or other technical errors. For example, in early June 2012, we discovered an error in the algorithm we use to estimate the geographic location of our users that affected our attribution of certain user locations for the period ended March 31, 2012. While this issue did not affect our overall worldwide MAU and DAU numbers, it did affect our attribution of users across different geographic regions. We estimate that the number of MAUs as of March 31, 2012 for the United States & Canada region was overstated as a result of the error by approximately 3% and this overstatement was offset by understatements in other regions. Our estimates for revenue by user location and revenue by user device are also affected by these factors. We regularly review and may adjust our processes for calculating these metrics to improve their accuracy. In addition, our MAU and DAU estimates will differ from estimates published by third parties due to differences in methodology. For example, some third parties are not able to accurately measure mobile users or do not count mobile users for certain user groups or at all in their analyses. If marketers,

28

developers, or investors do not perceive our user metrics to be accurate representations of our user base, or if we discover material inaccuracies in our user metrics, our reputation may be harmed and marketers and developers may be less willing to allocate their budgets or resources to Facebook, which could negatively affect our business and financial results.

### *We cannot assure you that we will effectively manage our growth.*

Our employee headcount and the scope and complexity of our business have increased significantly, with the number of employees increasing to 4,619 as of December 31, 2012 from 3,200 as of December 31, 2011, and we expect headcount growth to continue for the foreseeable future. The growth and expansion of our business and products create significant challenges for our management, operational, and financial resources, including managing multiple relations with users, marketers, Platform developers, and other third parties. In the event of continued growth of our operations or in the number of our third-party relationships, our information technology systems or our internal controls and procedures may not be adequate to support our operations. In addition, some members of our management do not have significant experience managing a large global business operation, so our management may not be able to manage such growth effectively. To effectively manage our growth, we must continue to improve our operational, financial, and management processes and systems and to effectively expand, train, and manage our employee base. As our organization continues to grow, and we are required to implement more complex organizational management structures, we may find it increasingly difficult to maintain the benefits of our corporate culture, including our ability to quickly develop and launch new and innovative products. This could negatively affect our business performance.

### *The loss of one or more of our key personnel, or our failure to attract and retain other highly qualified personnel in the future, could harm our business.*

We currently depend on the continued services and performance of our key personnel, including Mark Zuckerberg and Sheryl K. Sandberg. Although we have entered into employment agreements with Mr. Zuckerberg and Ms. Sandberg, the agreements have no specific duration and constitute at-will employment. In addition, many of our key technologies and systems are custom-made for our business by our personnel. The loss of key personnel, including members of management as well as key engineering, product development, marketing, and sales personnel, could disrupt our operations and have an adverse effect on our business.

As we continue to grow, we cannot guarantee we will continue to attract the personnel we need to maintain our competitive position. In particular, we intend to hire a significant number of technical personnel in 2013, and we expect to face significant competition from other companies in hiring such personnel, particularly in the San Francisco Bay Area. As we mature, the incentives to attract, retain, and motivate employees provided by our equity awards or by future arrangements may not be as effective as in the past, and if we issue significant equity to attract additional employees, the ownership of our existing stockholders may be further diluted. Additionally, we have a number of current employees whose equity ownership in our company gives them a substantial amount of personal wealth, which could affect their decisions about whether or not to continue to work for us. As a result of these factors, it may be difficult for us to continue to retain and motivate our employees. If we do not succeed in attracting, hiring, and integrating excellent personnel, or retaining and motivating existing personnel, we may be unable to grow effectively.

### *We may incur liability as a result of information retrieved from or transmitted over the Internet or posted to Facebook and claims related to our products.*

We have faced, currently face, and will continue to face claims relating to information that is published or made available on Facebook. In particular, the nature of our business exposes us to claims related to defamation, intellectual property rights, rights of publicity and privacy, and personal injury torts. This risk is enhanced in certain jurisdictions outside the United States where our protection from liability for third-party actions may be unclear and where we may be less protected under local laws than we are in the United States. We could incur

29

significant costs investigating and defending such claims and, if we are found liable, significant damages. If any of these events occur, our business and financial results could be adversely affected.

***Computer malware, viruses, hacking and phishing attacks, and spamming could harm our business and results of operations.***

Computer malware, viruses, and computer hacking and phishing attacks have become more prevalent in our industry, have occurred on our systems in the past, and may occur on our systems in the future. Because of our prominence, we believe that we are a particularly attractive target for such attacks. Though it is difficult to determine what, if any, harm may directly result from any specific interruption or attack, any failure to maintain performance, reliability, security, and availability of our products and technical infrastructure. Any such failure may harm our reputation and our ability to retain existing users and attract new users.

In addition, spammers attempt to use our products to send targeted and untargeted spam messages to users, which may embarrass or annoy users and make Facebook less user-friendly. We cannot be certain that the technologies and employees that we have to attempt to defeat spamming attacks will be able to eliminate all spam messages from being sent on our platform. As a result of spamming activities, our users may use Facebook less or stop using our products altogether.

***Payment transactions on the Facebook Platform may subject us to additional regulatory requirements and other risks that could be costly and difficult to comply with or that could harm our business.***

Our users can use the Facebook Platform to purchase virtual and digital goods from our Platform developers using our Payments infrastructure. Depending on how our Payments product evolves, we may be subject to a variety of laws and regulations in the United States, Europe, and elsewhere, including those governing money transmission, gift cards and other prepaid access instruments, electronic funds transfers, anti-money laundering, counter-terrorist financing, gambling, banking and lending, and import and export restrictions. In some jurisdictions, the application or interpretation of these laws and regulations is not clear. To increase flexibility in how our use of Payments may evolve and to mitigate regulatory uncertainty, we have applied for and received certain money transmitter licenses in the United States and expect to apply for certain regulatory licenses in Europe, which will generally require us to demonstrate compliance with many domestic and foreign laws in these areas. Our efforts to comply with these laws and regulations could be costly and result in diversion of management time and effort and may still not guarantee compliance. In the event that we are found to be in violation of any such legal or regulatory requirements, we may be subject to monetary fines or other penalties such as a cease and desist order, or we may be required to make product changes, any of which could have an adverse effect on our business and financial results.

In addition, we may be subject to a variety of additional risks as a result of Payments on the Facebook Platform, including:

- increased costs and diversion of management time and effort and other resources to deal with bad transactions or customer disputes;
- potential fraudulent or otherwise illegal activity by users, developers, employees, or third parties;
- restrictions on the investment of consumer funds used to transact Payments; and
- additional disclosure and reporting requirements.

***We plan to continue expanding our operations abroad where we have limited operating experience and may be subject to increased business and economic risks that could affect our financial results.***

We plan to continue the international expansion of our business operations and the translation of our products. We currently make Facebook available in more than 70 different languages, and we have offices or

30

data centers in more than 20 different countries. We may enter new international markets where we have limited or no experience in marketing, selling, and deploying our products. For example, we continue to evaluate entering China. However, this market has substantial legal and regulatory complexities that have prevented our entry into China to date. If we fail to deploy or manage our operations in international markets successfully, our business may suffer. In addition, we are subject to a variety of risks inherent in doing business internationally, including:

- political, social, or economic instability;

- risks related to the legal and regulatory environment in foreign jurisdictions, including with respect to privacy, and unexpected changes in laws, regulatory requirements, and enforcement;

- potential damage to our brand and reputation due to compliance with local laws, including potential censorship or requirements to provide user information to local authorities;

- fluctuations in currency exchange rates;

- higher levels of credit risk and payment fraud;

- enhanced difficulties of integrating any foreign acquisitions;

- burdens of complying with a variety of foreign laws;

- reduced protection for intellectual property rights in some countries;

- difficulties in staffing and managing global operations and the increased travel, infrastructure, and legal compliance costs associated with multiple international locations;

- compliance with the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act, and similar laws in other jurisdictions; and

- compliance with statutory equity requirements and management of tax consequences.

If we are unable to expand internationally and manage the complexity of our global operations successfully, our financial results could be adversely affected.

### *We have a substantial amount of indebtedness which could adversely affect our financial condition and our ability to obtain additional capital on reasonable terms when required.*

As of December 31, 2012, we had $1.5 billion outstanding under our term loan facility. By drawing on our term loan facility, our interest expense and principal repayment requirements have increased significantly, which could have an adverse effect on our financial results.

In addition, we may require additional capital to support our business growth or to respond to business opportunities, challenges or unforeseen circumstances. We also expect to expend substantial amounts to fund tax withholding and remittance obligations related to the vesting and settlement of restricted stock units (RSUs) in the future if we continue to net settle such RSUs. Our ability to obtain additional capital, if and when required, will depend on our business plans, investor demand, our operating performance, the condition of the capital markets, and other factors, and our substantial indebtedness may limit our ability to borrow such additional funds. If we raise additional funds through the issuance of equity, equity-linked or debt securities, those securities may have rights, preferences, or privileges senior to the rights of our Class A common stock, and our existing stockholders may experience dilution.

### *If we default on our leasing and credit obligations, our operations may be interrupted and our business and financial results could be adversely affected.*

We finance a significant portion of our expenditures through leasing arrangements, some of which are not required to be reflected on our balance sheet, and we may enter into additional similar arrangements in the future.

PX0242-035

In particular, we have used these types of arrangements to finance some of our equipment and data centers. In addition, we have a revolving credit facility that we may draw upon to finance our operations or other corporate purposes, and have a term loan facility, from which we drew $1.5 billion to fund a portion of our tax withholding and remittance obligations in connection with the settlement of RSUs. If we default on these leasing and credit obligations, our leasing partners and lenders may, among other things:

- require repayment of any outstanding lease obligations or amounts drawn on our credit facilities;

- terminate our leasing arrangements and credit facilities;

- terminate our access to the leased data centers we utilize;

- stop delivery of ordered equipment;

- sell or require us to return our leased equipment; or

- require us to pay significant damages.

If some or all of these events were to occur, our operations may be interrupted and our ability to fund our operations or obligations, as well as our business, financial results, and financial condition, could be adversely affected.

### *We may have exposure to greater than anticipated tax liabilities.*

Our income tax obligations are based in part on our corporate operating structure and intercompany arrangements, including the manner in which we develop, value, and use our intellectual property and the valuations of our intercompany transactions. The tax laws applicable to our business, including the laws of the United States and other jurisdictions, are subject to interpretation. The taxing authorities of the jurisdictions in which we operate may challenge our methodologies for valuing developed technology or intercompany arrangements, which could increase our worldwide effective tax rate and harm our financial position and results of operations. We are subject to regular review and audit by U.S. federal and state and foreign tax authorities. Tax authorities may disagree with certain positions we have taken and any adverse outcome of such a review or audit could have a negative effect on our financial position and results of operations. In addition, the determination of our worldwide provision for income taxes and other tax liabilities requires significant judgment by management, and there are many transactions where the ultimate tax determination is uncertain. Although we believe that our estimates are reasonable, the ultimate tax outcome may differ from the amounts recorded in our financial statements and may materially affect our financial results in the period or periods for which such determination is made. In addition, our future income taxes could be adversely affected by earnings being lower than anticipated in jurisdictions that have lower statutory tax rates and higher than anticipated in jurisdictions that have higher statutory tax rates, by changes in the valuation of our deferred tax assets and liabilities, or by changes in tax laws, regulations, or accounting principles. For example, we have previously incurred losses in certain international subsidiaries that resulted in an effective tax rate that is significantly higher than the statutory tax rate in the United States and this could continue to happen in the future.

### *Changes in tax laws or tax rulings could materially affect our financial position and results of operations.*

Changes in tax laws or tax rulings could materially affect our financial position and results of operations. For example, the current U.S. administration and key members of Congress have made public statements indicating that international tax is a priority. Certain changes to U.S. tax laws, including limitations on the ability to defer U.S. taxation on earnings outside of the United States until those earnings are repatriated to the United States, could affect the tax treatment of our foreign earnings. In addition, other countries are considering changes to their tax regimes in an effort to raise additional tax proceeds from companies such as Facebook. Due to the large and expanding scale of our international business activities, any changes in the taxation of such activities may increase our worldwide effective tax rate and harm our financial position and results of operations.

PX0242-036

**Risks Related to Ownership of Our Class A Common Stock**

***The trading price of our Class A common stock has been and will likely continue to be volatile.***

The trading price of our Class A common stock has been, and is likely to continue to be, volatile. Since shares of our Class A common stock were sold in our IPO in May 2012 at a price of $38.00 per share, our stock price has ranged from $17.55 to $45.00 through December 31, 2012. In addition to the factors discussed in this Annual Report on Form 10-K, the trading price of our Class A common stock may fluctuate significantly in response to numerous factors, many of which are beyond our control, including:

- actual or anticipated fluctuations in our revenue and other operating results;
- the financial projections we may provide to the public, any changes in these projections or our failure to meet these projections;
- actions of securities analysts who initiate or maintain coverage of us, changes in financial estimates by any securities analysts who follow our company, or our failure to meet these estimates or the expectations of investors;
- additional shares of our common stock being sold into the market by us or our existing stockholders or the anticipation of such sales;
- investor sentiment with respect to our competitors, our business partners, and our industry in general;
- announcements by us or our competitors of significant products or features, technical innovations, acquisitions, strategic partnerships, joint ventures, or capital commitments;
- announcements by us or estimates by third parties of actual or anticipated changes in the size of our user base, the level of user engagement or the effectiveness of our ad products;
- changes in operating performance and stock market valuations of technology companies in our industry, including our Platform developers and competitors;
- price and volume fluctuations in the overall stock market, including as a result of trends in the economy as a whole;
- media coverage of our business and financial performance;
- lawsuits threatened or filed against us;
- developments in new legislation and pending lawsuits or regulatory actions, including interim or final rulings by judicial or regulatory bodies; and
- other events or factors, including those resulting from war or incidents of terrorism, or responses to these events.

In addition, the stock markets have experienced extreme price and volume fluctuations that have affected and continue to affect the market prices of equity securities of many technology companies. Stock prices of many technology companies have fluctuated in a manner unrelated or disproportionate to the operating performance of those companies. Following our IPO, the events surrounding the offering became the subject of securities litigation. We may experience more such litigation following future periods of volatility. Any securities litigation could subject us to substantial costs, divert resources and the attention of management from our business, and adversely affect our business.

***Substantially all of our total outstanding shares are available for sale into the public market and any substantial sales of our stock could cause the price of our Class A common stock to decline.***

The price of our Class A common stock could decline if there are substantial sales of our common stock, particularly sales by our directors, executive officers, employees, and significant stockholders, or when there is a

PX0242-037

large number of shares of our common stock available for sale. As of December 31, 2012, there were 1,671,277,621 shares of our Class A common stock and 701,427,574 shares of our Class B common stock outstanding. Shares of our Class B common stock are convertible into an equivalent number of shares of our Class A common stock and generally convert into shares of our Class A common stock upon transfer.

As of December 31, 2012, substantially all of our outstanding shares are available for sale into the market, except for 47,315,862 shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates, which will be eligible for sale in the public market on May 18, 2013, and 426 million outstanding shares and 60 million shares issuable upon the exercise of an option held by Mark Zuckerberg. Mr. Zuckerberg has informed us that he has no intention to conduct any sale transactions in our securities until at least September 2013.

### *If securities or industry analysts publish inaccurate or unfavorable research about our business, our stock price could decline.*

The trading market for our Class A common stock depends in part on the research and reports that securities or industry analysts publish about us or our business. If one or more of the analysts who cover us downgrade the rating of our Class A common stock or publish inaccurate or unfavorable research about our business, our Class A common stock price could decline.

### *We do not intend to pay dividends for the foreseeable future.*

We have never declared or paid cash dividends on our capital stock. We currently intend to retain any future earnings to finance the operation and expansion of our business, and we do not expect to declare or pay any dividends in the foreseeable future. As a result, you may only receive a return on your investment in our Class A common stock if the trading price of our Class A common stock increases. In addition, our credit facilities contain restrictions on our ability to pay dividends.

### *If we are unable to implement and maintain effective internal control over financial reporting in the future, investors may lose confidence in the accuracy and completeness of our financial reports and the trading price of our Class A common stock may be negatively affected.*

We are required to maintain internal controls over financial reporting and to report any material weaknesses in such internal controls. In addition, beginning with our 2013 Annual Report on Form 10-K to be filed in 2014, we will be required to furnish a report by management on the effectiveness of our internal control over financial reporting pursuant to Section 404 of the Sarbanes-Oxley Act. We are in the process of designing, implementing, and testing the internal control over financial reporting required to comply with this obligation, which process is time consuming, costly, and complicated. If we identify material weaknesses in our internal control over financial reporting, if we are unable to comply with the requirements of Section 404 in a timely manner or assert that our internal control over financial reporting is effective, or if our independent registered public accounting firm is unable to express an opinion as to the effectiveness of our internal control over financial reporting, investors may lose confidence in the accuracy and completeness of our financial reports and the trading price of our Class A common stock could be negatively affected, and we could become subject to investigations by the stock exchange on which our securities are listed, the SEC, or other regulatory authorities, which could require additional financial and management resources.

### *The requirements of being a public company may strain our resources and divert management's attention.*

We are subject to the reporting requirements of the Securities Exchange Act of 1934, as amended , the Sarbanes-Oxley Act, the Dodd-Frank Act, the listing requirements of the NASDAQ Global Select Market, and other applicable securities rules and regulations. Compliance with these rules and regulations has increased and may/will continue to increase our legal and financial compliance costs, make some activities more difficult, time-

PX0242-038

consuming, or costly, and increase demand on our systems and resources. As a result, management's attention may be diverted from other business concerns, which could harm our business and operating results. Although we have hired additional employees to comply with these requirements, we may need to hire more employees in the future, which will increase our costs and expenses.

In addition, complying with public disclosure rules makes our business more visible, which we believe may result in threatened or actual litigation, including by competitors and other third parties. If such claims are successful, our business and operating results could be harmed, and even if the claims do not result in litigation or are resolved in our favor, these claims, and the time and resources necessary to resolve them, could divert the resources of our management and harm our business and operating results.

***The dual class structure of our common stock and the voting agreements among certain stockholders have the effect of concentrating voting control with our CEO, and also with employees and directors and their affiliates; this will limit or preclude your ability to influence corporate matters.***

Our Class B common stock has ten votes per share, and our Class A common stock has one vote per share. Stockholders who hold shares of Class B common stock, including our executive officers, employees, and directors and their affiliates, together hold a substantial majority of the voting power of our outstanding capital stock. Because of the ten-to-one voting ratio between our Class B and Class A common stock, the holders of our Class B common stock collectively control a majority of the combined voting power of our common stock and therefore are able to control all matters submitted to our stockholders for approval so long as the shares of Class B common stock represent at least 9.1% of all outstanding shares of our Class A and Class B common stock. This concentrated control will limit or preclude your ability to influence corporate matters for the foreseeable future.

Future transfers by holders of Class B common stock will generally result in those shares converting to Class A common stock, subject to limited exceptions, such as certain transfers effected for estate planning or charitable purposes. The conversion of Class B common stock to Class A common stock will have the effect, over time, of increasing the relative voting power of those holders of Class B common stock who retain their shares in the long term. If, for example, Mr. Zuckerberg retains a significant portion of his holdings of Class B common stock for an extended period of time, he could, in the future, continue to control a majority of the combined voting power of our Class A common stock and Class B common stock.

***We have elected to take advantage of the "controlled company" exemption to the corporate governance rules for NASDAQ-listed companies, which could make our Class A common stock less attractive to some investors or otherwise harm our stock price.***

Because we qualify as a "controlled company" under the corporate governance rules for NASDAQ-listed companies, we are not required to have a majority of our board of directors be independent, nor are we required to have a compensation committee or an independent nominating function. In light of our status as a controlled company, our board of directors determined not to have an independent nominating function and chose to have the full board of directors be directly responsible for nominating members of our board, and in the future we could elect not to have a majority of our board of directors be independent or not to have a compensation committee. Accordingly, should the interests of our controlling stockholder differ from those of other stockholders, the other stockholders may not have the same protections afforded to stockholders of companies that are subject to all of the corporate governance rules for NASDAQ-listed companies. Our status as a controlled company could make our Class A common stock less attractive to some investors or otherwise harm our stock price.

***Delaware law and provisions in our restated certificate of incorporation and bylaws could make a merger, tender offer, or proxy contest difficult, thereby depressing the trading price of our Class A common stock.***

Our status as a Delaware corporation and the anti-takeover provisions of the Delaware General Corporation Law may discourage, delay, or prevent a change in control by prohibiting us from engaging in a business

PX0242-039

combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. In addition, our restated certificate of incorporation and bylaws contain provisions that may make the acquisition of our company more difficult, including the following:

- until the first date on which the outstanding shares of our Class B common stock represent less than 35% of the combined voting power of our common stock, any transaction that would result in a change in control of our company requires the approval of a majority of our outstanding Class B common stock voting as a separate class;

- we have a dual class common stock structure, which provides Mr. Zuckerberg with the ability to control the outcome of matters requiring stockholder approval, even if he owns significantly less than a majority of the shares of our outstanding Class A and Class B common stock;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, certain amendments to our restated certificate of incorporation or bylaws will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, vacancies on our board of directors will be able to be filled only by our board of directors and not by stockholders;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our board of directors will be classified into three classes of directors with staggered three-year terms and directors will only be able to be removed from office for cause;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our stockholders will only be able to take action at a meeting of stockholders and not by written consent;

- only our chairman, our chief executive officer, our president, or a majority of our board of directors are authorized to call a special meeting of stockholders;

- advance notice procedures apply for stockholders to nominate candidates for election as directors or to bring matters before an annual meeting of stockholders;

- our restated certificate of incorporation authorizes undesignated preferred stock, the terms of which may be established, and shares of which may be issued, without stockholder approval; and

- certain litigation against us can only be brought in Delaware.

PX0242-040

**Item 1B.  Unresolved Staff Comments**

None.


**Item 2.  Properties**

As of December 31, 2012, we leased office and data center facilities around the world totaling approximately 2.2 million square feet, including one million square feet for our corporate headquarters in Menlo Park, California. We have data centers in the United States, including data center facilities that we own in North Carolina and Oregon and leased data center facilities in California and Virginia. We believe that our facilities are adequate for our current needs. To support our continuing growth, we are currently constructing a new data center in Luleå, Sweden.


**Item 3.  Legal Proceedings**

Paul D. Ceglia filed suit against us and Mark Zuckerberg on or about June 30, 2010, in the Supreme Court of the State of New York for the County of Allegheny, claiming substantial ownership of our company based on a purported contract between Mr. Ceglia and Mr. Zuckerberg allegedly entered into in April 2003. We removed the case to the U.S. District Court for the Western District of New York, where the case is now pending. In his first amended complaint, filed on April 11, 2011, Mr. Ceglia revised his claims to include an alleged partnership with Mr. Zuckerberg, he revised his claims for relief to seek a substantial share of Mr. Zuckerberg's ownership in us, and he included quotations from supposed emails that he claims to have exchanged with Mr. Zuckerberg in 2003 and 2004. On June 2, 2011, we filed a motion for expedited discovery based on evidence we submitted to the court showing that the alleged contract and emails upon which Mr. Ceglia bases his complaint are fraudulent. On July 1, 2011, the court granted our motion and ordered Mr. Ceglia to produce, among other things, all hard copy and electronic versions of the purported contract and emails. On January 10, 2012, the court granted our request for sanctions against Mr. Ceglia for his delay in compliance with that order. On March 26, 2012, we filed a motion to dismiss Mr. Ceglia's complaint and a motion for judgment on the pleadings. We continue to believe that Mr. Ceglia is attempting to perpetrate a fraud on the court and we intend to continue to defend the case vigorously.

Beginning on May 22, 2012, multiple putative class actions, derivative actions, and individual actions were filed in state and federal courts in the United States and in other jurisdictions against us, our directors, and/or certain of our officers alleging violation of securities laws or breach of fiduciary duties in connection with our IPO and seeking unspecified damages. We believe these lawsuits are without merit, and we intend to continue to vigorously defend them. On October 4, 2012, on our motion, the vast majority of the cases in the United States, along with multiple cases filed against The NASDAQ OMX Group, Inc. and The Nasdaq Stock Market LLC (collectively referred to herein as NASDAQ) alleging technical and other trading-related errors by NASDAQ in connection with our IPO, were ordered centralized for coordinated or consolidated pre-trial proceedings in the United States District Court for the Southern District of New York. In addition, the events surrounding our IPO have become the subject of various government inquiries, and we are cooperating with those inquiries. Any such inquiries could subject us to substantial costs, divert resources and the attention of management from our business, and adversely affect our business.

We are also party to various legal proceedings and claims which arise in the ordinary course of business. Among these pending legal matters, two cases are currently scheduled for trial in the near future: *Summit 6 LLC v. Research in Motion Corporation et al.*, Case No. 3:11cv00367, is scheduled to begin trial as early as February 19, 2013, in the U.S. District Court for the Northern District of Texas, and *Timelines, Inc. v. Facebook, Inc.*, Case No. 1:2011cv06867, is scheduled to begin trial on April 22, 2013, in the U.S. District Court for the Northern District of Illinois. In the *Summit 6* case, the plaintiffs allege that Facebook infringes certain patents held by the plaintiffs. In the *Timelines* case, the plaintiffs allege that Facebook infringes a trademark held by the plaintiffs. In both cases, the plaintiffs are seeking significant monetary damages and equitable relief.

PX0242-041

We believe the claims made by the *Summit 6* plaintiffs and the *Timelines* plaintiffs are without merit, and we intend to continue to defend ourselves vigorously in both cases. Although the outcome of litigation is inherently uncertain, we do not believe the possibility of loss in either of these cases is probable. We are unable to estimate a range of loss, if any, that could result were there to be an adverse final decision, and we have not accrued a liability for either matter. If an unfavorable outcome were to occur in the *Summit 6* case and/or the *Timelines* case, it is possible that the impact could be material to our results of operations in the period(s) in which any such outcome becomes probable and estimable.

In addition, we are also currently parties to multiple other lawsuits related to our products, including other patent infringement lawsuits as well as class action lawsuits brought by users and marketers, and we may in the future be subject to additional lawsuits and disputes. We are also involved in other claims, government investigations, and proceedings arising from the ordinary course of our business. Although the results of these other lawsuits, claims, government investigations, and proceedings in which we are involved cannot be predicted with certainty, we do not believe that the final outcome of these other matters will have a material adverse effect on our business, financial condition, or results of operations.

**Item 4.   Mine Safety Disclosures**

Not applicable.

PX0242-042

**PART II**

**Item 5.    Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

**Market Information for Common Stock**

Our Class A common stock has been listed on the NASDAQ Global Select Market under the symbol "FB" since May 18, 2012. Prior to that time, there was no public market for our stock. The following table sets forth for the indicated periods the high and low intra-day sales prices per share for our Class A common stock on the NASDAQ Global Select Market.

|  | High | Low |
|---|---|---|
| Second Quarter 2012 (from May 18, 2012) ......................................... | $45.00 | $25.52 |
| Third Quarter 2012 ........................................................ | 32.88 | 17.55 |
| Fourth Quarter 2012 ....................................................... | 28.88 | 18.80 |

Our Class B common stock is not listed nor traded on any stock exchange.

**Holders of Record**

As of December 31, 2012, there were 4,681 stockholders of record of our Class A common stock, and the closing price of our Class A common stock was $26.62 per share as reported on the NASDAQ Global Select Market. Because many of our shares of Class A common stock are held by brokers and other institutions on behalf of stockholders, we are unable to estimate the total number of stockholders represented by these record holders. As of December 31, 2012, there were 324 stockholders of record of our Class B common stock.

**Dividend Policy**

We have never declared or paid any cash dividend on our common stock. We intend to retain any future earnings and do not expect to pay dividends in the foreseeable future. In addition, our credit facilities contain restrictions on our ability to pay dividends.

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

The table below provides information with respect to repurchases of unvested shares of our Class A common stock for the three months ended December 31, 2012.

| Period | Total Number of Shares Purchased[1] | Weighted Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 1 – October 31, 2012 ..... | — | — | — | — |
| November 1 – November 30, 2012 ... | 4,848 | $0.322727 | — | — |
| December 1 – December 31, 2012 ... | — | — | — | — |

1) Under certain acquisition agreements, some shares issued in connection with those acquisitions are subject to vesting. Unvested shares are subject to a right of repurchase by us in the event the recipient of such unvested acquisition shares is no longer employed by us prior to a vesting date. All shares in the above table were shares repurchased as a result of us exercising this right and not pursuant to a publicly announced plan or program.

PX0242-043

**Recent Sale of Unregistered Securities and Use of Proceeds**

*Recent Sale of Unregistered Securities*

On October 1, 2012, we issued 94,547 additional shares of our Class A common stock as consideration to 9 individuals and 5 entities in connection with an acquisition of all the outstanding shares of a company in the third quarter of 2012.

The sales of the above securities were exempt from registration under the Securities Act of 1933, as amended (Securities Act), in reliance upon Section 4(2) of the Securities Act as transactions by an issuer not involving any public offering. The recipients of the securities in each of these transactions represented their intentions to acquire the securities for investment only and not with a view to or for sale in connection with any distribution thereof, and appropriate legends were placed upon the book-entry entitlements issued in this transaction.

*Use of Proceeds*

On May 17, 2012, our registration statement on Form S-1 (File No. 333-179287) was declared effective by the Securities and Exchange Commission (SEC) for our initial public offering pursuant to which we sold an aggregate of 180,000,000 shares of our Class A common stock at a price to the public of $38.00 per share. There has been no material change in the planned use of proceeds from our initial public offering as described in our final prospectus filed with the SEC on May 18, 2012 pursuant to Rule 424(b).

**Stock Performance Graph**

*This performance graph shall not be deemed "soliciting material" or to be "filed" with the SEC for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liabilities under that Section, and shall not be deemed to be incorporated by reference into any filing of Facebook, Inc. under the Securities Act of 1933, as amended, or the Exchange Act.*

The following graph shows a comparison from May 18, 2012 (the date our Class A common stock commenced trading on the NASDAQ Global Select Market) through December 31, 2012 of the cumulative total return for our Class A common stock, the Standard & Poor's 500 Stock Index (S&P 500 Index) and the Nasdaq Composite Index (NASDAQ Composite). The graph assumes that $100 was invested at the market close on May 18, 2012 in the Class A common stock of Facebook, Inc., the S&P 500 Index and the NASDAQ Composite and data for the S&P 500 Index and the NASDAQ Composite assumes reinvestments of dividends. The stock price performance of the following graph is not necessarily indicative of future stock price performance.



40

PX0242-044

## Item 6.    Selected Financial Data.

You should read the following selected consolidated financial data in conjunction with Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operation," and our consolidated financial statements and the related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

The consolidated statements of operations data for each of the years ended December 31, 2012, 2011, and 2010 and the consolidated balance sheets data as of December 31, 2012 and 2011 are derived from our audited consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K. The consolidated statements of operations data for the years ended December 31, 2009 and 2008 and the consolidated balance sheets data as of December 31, 2010, 2009, and 2008 are derived from our audited consolidated financial statements that are not included in this Annual Report on Form 10-K. Our historical results are not necessarily indicative of our results in any future period.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | 2009 | 2008 |
| | (in millions, except per share data) | | | | |
| **Consolidated Statements of Operations Data:** | | | | | |
| Revenue ............................................ | $5,089 | $3,711 | $1,974 | $ 777 | $ 272 |
| Total costs and expenses[1] ............................... | 4,551 | 1,955 | 942 | 515 | 327 |
| Income (loss) from operations ........................... | 538 | 1,756 | 1,032 | 262 | (55) |
| Income (loss) before provision for income taxes ............... | 494 | 1,695 | 1,008 | 254 | (56) |
| Net income (loss) .................................... | 53 | 1,000 | 606 | 229 | (56) |
| Net income (loss) attributable to Class A and Class B common stockholders ........................................ | 32 | 668 | 372 | 122 | (56) |
| Earnings (loss) per share attributable to Class A and Class B common stockholders[2]: | | | | | |
| Basic .......................................... | $ 0.02 | $ 0.52 | $ 0.34 | $0.12 | $(0.06) |
| Diluted ......................................... | $ 0.01 | $ 0.46 | $ 0.28 | $0.10 | $(0.06) |

1)  Total costs and expenses include $1.57 billion, $217 million, $20 million, $27 million and $30 million of share-based compensation for the years ended December 31, 2012, 2011, 2010, 2009 and 2008, respectively.

2)  See Note 3 of the notes to our consolidated financial statements for a description of our computation of basic and diluted net earnings loss) per share attributable to Class A and Class B common stockholders.

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | 2009 | 2008 |
| | (in millions) | | | | |
| **Consolidated Balance Sheets Data:** | | | | | |
| Cash, cash equivalents, and marketable securities ......... | $ 9,626 | $3,908 | $1,785 | $ 633 | $297 |
| Working capital  .................................... | 10,215 | 3,705 | 1,857 | 703 | 279 |
| Property and equipment, net ........................... | 2,391 | 1,475 | 574 | 148 | 131 |
| Total assets ........................................ | 15,103 | 6,331 | 2,990 | 1,109 | 505 |
| Capital lease obligations  ............................. | 856 | 677 | 223 | 95 | 56 |
| Long-term debt ..................................... | 1,500 | — | 250 | — | — |
| Total liabilities ..................................... | 3,348 | 1,432 | 828 | 241 | 170 |
| Additional paid-in capital ............................. | 10,094 | 2,684 | 947 | 253 | 147 |
| Total stockholders' equity ............................. | 11,755 | 4,899 | 2,162 | 868 | 335 |

PX0242-045

**Free Cash Flow**

In addition to other financial measures presented in accordance with U.S. generally accepted accounting principles (GAAP), we monitor free cash flow (FCF) as a non-GAAP measure to manage our business, make planning decisions, evaluate our performance, and allocate resources. We define FCF as net cash provided by operating activities reduced by purchases of property and equipment and property and equipment acquired under capital leases.

We believe that FCF is one of the key financial indicators of our business performance over the long term and provides useful information regarding how cash provided by operating activities compares to the property and equipment investments required to maintain and grow our business. We have chosen to subtract both purchases of property and equipment and property and equipment acquired under capital leases in our calculation of FCF because we believe that these two items collectively represent the amount of property and equipment we need to procure to support our business, regardless of whether we finance such property or equipment with a capital lease. The market for financing servers and other technical equipment is dynamic and we expect our use of capital leases could vary significantly from year to year.

We have chosen our definition for FCF because we believe that this methodology can provide useful supplemental information to help investors better understand underlying trends in our business. We use FCF in discussions with our senior management and board of directors.

FCF has limitations as an analytical tool, and you should not consider it in isolation or as a substitute for analysis of other GAAP financial measures, such as net cash provided by operating activities. Some of the limitations of FCF are:

- FCF does not reflect our future contractual commitments; and

- other companies in our industry present similarly titled measures differently than we do, limiting their usefulness as comparative measures.

Management compensates for the inherent limitations associated with using the FCF measure through disclosure of such limitations, presentation of our financial statements in accordance with GAAP, and reconciliation of FCF to the most directly comparable GAAP measure, net cash provided by operating activities, as presented below.

The following is a reconciliation of FCF to the most comparable GAAP measure, net cash provided by operating activities:

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2012** | **2011** | **2010** | **2009** | **2008** |
| | | | (in millions) | | |
| Net cash provided by operating activities[1] ............... | $ 1,612 | $ 1,549 | $ 698 | $ 155 | $ 8 |
| Purchases of property and equipment ..................... | (1,235) | (606) | (293) | (33) | (70) |
| Property and equipment acquired under capital leases ....... | (340) | (473) | (217) | (56) | (26) |
| Free cash flow ........................................ | $ 37 | $ 470 | $ 188 | $ 66 | $ (88) |

1) For the year ended December 31, 2012, net cash provided by operating activities was reduced by $451 million of income tax refundable from income tax loss carrybacks due to the recognition of tax benefits related to share-based compensation from RSUs granted prior to January 1, 2011. We expect to receive this refund in the first six months of 2013, at which time, our FCF will increase by this amount.

PX0242-046

### Item 7.    Management's Discussion and Analysis of Financial Condition and Results of Operations

*You should read the following discussion of our financial condition and results of operations in conjunction with our consolidated financial statements and the related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K. In addition to our historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and elsewhere in this Annual Report on Form 10-K, particularly in Part I, Item 1A, "Risk Factors." For a discussion of limitations in the measurement of certain of our user metrics, see the section entitled "Limitations of Key Metrics."*

### Overview

Our mission is to make the world more open and connected. Facebook enables you to express yourself and connect with the world around you instantly and freely.

We build products that support our mission by creating utility for users, developers, and marketers:

*Users.* We enable people who use Facebook to stay connected with their friends and family, to discover what is going on in the world around them, and to share and express what matters to them to the people they care about.

*Developers.* We enable developers to use the Facebook Platform to build applications (apps) and websites that integrate with Facebook to reach our global network of users and to build products that are more personalized and social.

*Marketers.* We enable marketers to engage with more than one billion monthly active users (MAUs) on Facebook or subsets of our users based on information they have chosen to share with us such as their age, location, gender, or interests. We offer marketers a unique combination of reach, relevance, social context, and engagement to enhance the value of their ads.

We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers. For the year ended December 31, 2012, we recorded revenue of $5.09 billion, income from operations of $538 million and net income of $53 million. Total costs and expenses increased 133% compared to revenue growth of 37% due to significant increases in share-based compensation and related payroll tax expenses for restricted stock units (RSUs) and increases in headcount for the year ended December 31, 2012. During fiscal 2012, we recognized $1.72 billion of share-based compensation and related payroll tax expenses. Of these amounts, $1.13 billion was due to the recognition of share-based compensation and related payroll tax expenses related to RSUs granted prior to January 1, 2011 (Pre-2011 RSUs) triggered by the completion of our initial public offering (IPO) in May 2012. Our effective tax rate for the year ended December 31, 2012 has exceeded the U.S. statutory rate primarily due to the impact of non-deductible share-based compensation and losses arising outside the United States in jurisdictions where we do not receive a tax benefit.

PX0242-047

**Trends in Our User Metrics**

The numbers of MAUs, DAUs, and mobile MAUs discussed below, as well as average revenue per user (ARPU), do not include Instagram users unless such users would otherwise qualify as MAUs, DAUs and/or mobile MAUs based on activity that is shared back to Facebook.

- *Monthly Active Users (MAUs).* We define a monthly active user as a registered Facebook user who logged in and visited Facebook through our website or a mobile device, or took an action to share content or activity with his or her Facebook friends or connections via a third-party website that is integrated with Facebook, in the last 30 days as of the date of measurement. MAUs are a measure of the size of our global active user community, which has grown substantially in the past several years.











*Note: For purposes of reporting MAUs, DAUs, and ARPU by geographic region, Europe includes all users in Russia and Turkey, Asia includes all users in Australia and New Zealand, and Rest of World includes Africa, Latin America, and the Middle East. In June 2012, we discovered an error in the algorithm we used to estimate the geographic location of our users that affected our attribution of certain user locations for the first quarter of 2012. While this issue did not affect our overall worldwide MAU number, it did affect our attribution of users to different geographic regions. The first quarter of 2012 user metrics as pictured in the charts above reflect the reclassification to more correctly attribute users by geographic region.*

As of December 31, 2012, we had 1.06 billion MAUs, an increase of 25% from December 31, 2011. Users in Brazil, India and Indonesia represented key sources of growth in fiscal 2012 relative to the prior year. We had 67 million MAUs in Brazil as of December 31, 2012, an increase of 81% compared to the same period in 2011; we had 71 million MAUs in India as of December 31, 2012, an increase of 54% compared to the same period in 2011; and we had 60 million MAUs in Indonesia as of December 31, 2012, an increase of 25% compared to the same period in 2011. Additionally, we had 174 million MAUs in the United States as of December 31, 2012, an increase of 8% compared to the same period in 2011.

44

PX0242-048

- **_Daily Active Users (DAUs)._** We define a daily active user as a registered Facebook user who logged in and visited Facebook through our website or a mobile device, or took an action to share content or activity with his or her Facebook friends or connections via a third-party website that is integrated with Facebook, on a given day. We view DAUs, and DAUs as a percentage of MAUs, as measures of user engagement.







*Note: For non-worldwide DAU user numbers presented for the periods marked March 31, 2012 and June 30, 2012, the figures represent an average of the first 25 days of the former period and the last 27 days of the latter period in order to avoid using data subject to the algorithm error described in the MAU section above. These average numbers do not meaningfully differ from the average numbers when calculated over a full month.*

45

Worldwide DAUs increased 28% to 618 million on average during December 2012 from 483 million during December 2011. We experienced growth in DAUs across major markets including Brazil, India and Japan. Overall growth in DAUs was driven largely by increased mobile usage of Facebook. Relative to September 30, 2012, DAUs increased from 584 million to 618 million, due to an increase in mobile users. During the fourth quarter of 2012, the number of DAUs using personal computers declined modestly compared to the third quarter of 2012, including declines in key markets such as the United States, while mobile DAUs continued to increase.

- *Mobile MAUs*. We define a mobile MAU as a user who accessed Facebook via a mobile app or via mobile-optimized versions of our website such as m.facebook.com, whether on a mobile phone or tablet such as the iPad, during the period of measurement.

Worldwide mobile MAUs increased 57% to 680 million as of December 31, 2012 from 432 million as of December 31, 2011. In all regions, an increasing number of our MAUs are accessing Facebook through mobile devices, with users in the United States, India and Brazil representing key sources of mobile growth over the fourth quarter of 2012 as compared to the third quarter of 2012. Approximately 157 million mobile MAUs accessed Facebook solely through mobile apps or our mobile website during the month ended December 31, 2012, increasing 25% from 126 million during the month ended September 30, 2012. The remaining 523 million mobile MAUs accessed Facebook from both personal computers and mobile devices during that month. While most of our mobile users also access Facebook through personal computers, we anticipate that the rate of growth in mobile usage will exceed the growth in usage through personal computers for the foreseeable future and that the usage through personal computers may be flat or continue to decline in certain markets, including key developed markets such as the United States, in part due to our focus on developing mobile products to encourage mobile usage of Facebook.



Mobile Monthly Active Users
Worldwide
(in millions)

**Trends in Our Monetization by User Geography**

We calculate our revenue by user geography based on our estimate of the geography in which ad impressions are delivered or virtual goods are purchased. We define ARPU as our total revenue in a given geography during a given quarter, divided by the average of the number of MAUs in the geography at the beginning and end of the quarter. Annual ARPU is the sum of respective quarterly ARPU amounts in that year. Our revenue and ARPU in markets such as United States & Canada and Europe are relatively higher due to the size and maturity of those advertising markets as well as our greater sales presence and the number of payment methods that we make available to marketers and users.

46

PX0242-050



*Note: Our revenue by user geography in the charts above is geographically apportioned based on our estimation of the geographic location of our users when they perform a revenue-generating activity. This allocation differs from our revenue by geography disclosure in our consolidated financial statements where revenue is geographically apportioned based on the location of the advertiser or developer. In June 2012, we discovered an error in the algorithm we used to estimate the geographic location of our users that affected our attribution of certain user locations for the first quarter of 2012. The first quarter of 2012 ARPU amount for the United States & Canada region reflects an adjustment based on the reclassification to more correctly attribute users by geographic region. The amounts above for the fourth quarter of 2012 include a one-time increase in Payments revenue as described in Results of Operations.*

PX0242-051

For 2012, worldwide ARPU was $5.32, an increase of 6% from 2011. ARPU increased in 2012 by approximately 20% in the United States & Canada and Rest of World, by approximately 15% in Asia and 8% in Europe compared to 2011. During the fourth quarter of 2012, worldwide ARPU was $1.54, an increase of 12% from the fourth quarter of 2011. Over this period, ARPU increased by approximately 37% in Rest of World, by over 20% in United States & Canada and Asia, and by approximately 7% in Europe. User growth was more rapid in geographies with relatively lower ARPU, such as Asia and Rest of World. We expect that user growth in the future will continue to be higher in those regions where ARPU is relatively lower, such as Asia and Rest of World, such that worldwide ARPU may continue to increase at a slower rate relative to ARPU in any geographic region, or potentially decrease even if ARPU increases in each geographic region. We also expect worldwide ARPU will decline in the first quarter of 2013 driven by seasonality, which is consistent with historical trends.

**Factors Affecting Our Performance**

*Number of MAUs and DAUs.* Trends in our MAUs and DAUs affect our revenue and financial results by influencing the number of ads we are able to show, the volume of Payments transactions, as well as our expenses and capital expenditures. In 2012, MAUs increased by 25% and DAUs increased by 28%. We expect our growth rates for MAUs and DAUs to decline as the size of our active user base increases and as we achieve higher market penetration rates. Additionally, as we grow our business and expand internationally, we expect to face challenges entering new markets such as China, where access to Facebook is restricted in whole or in part. As user growth rates slow, we expect the rate of growth in revenue will likely decline over time, which will affect our income from operations and net income.

*User Geography.* The geography of our users affects our revenue and financial results because we currently monetize users in different geographies at different average rates. For example, ARPU for an average user in United States & Canada is more than five times higher than for an average user in Asia. User geography also has some impact on our costs, though in general new users in Asia and Rest of World do not require material incremental infrastructure investments because we are able to utilize existing infrastructure such as our data centers in the United States to make our products available to these users. In addition, user growth by geography does not necessarily affect our overall headcount requirements or headcount-related expenses since we are generally able to support users in all geographies from our existing facilities. In 2012, we grew users relatively faster in Asia and Rest of World where on average users generate less revenue as compared with users in the United States or Europe. In the future, we expect to continue to grow more rapidly in Asia and Rest of World markets where our current penetration rates are lower. We plan to continue to invest in user growth across the world, including in geographies where current per user monetization is relatively lower.

*User Engagement.* Changes in user engagement as measured by metrics such as frequency of visitation will also affect our revenue and financial performance. Growth in user engagement should generally increase the opportunities for us to display advertising and to deliver relevant commercial content to users. Growth in user engagement also generally results in increases in our expenses and capital expenditures required to support user activity. User engagement as measured by DAUs as a percentage of MAUs increased from 57% at the end of 2011 to 59% at the end of 2012. Our product development investments are focused on increasing user engagement over time.

*Facebook Usage on Mobile Devices.* Increasing Facebook use on mobile devices may affect our revenue and financial results as we currently show fewer ads on average to mobile users compared to users on personal computers. The lower volume of ads per mobile user is partially offset by the higher price per ad for mobile, and we are investing to try to make our mobile ads more valuable over time. In 2012, we began showing ads in mobile users' News Feeds, and for the fourth quarter of 2012 and for the year ended December 31, 2012, we estimate that approximately 23% and 11% of our ads revenue came from mobile products, respectively. We expect mobile usage to increase at a faster rate than usage through personal computers for the foreseeable future, particularly in developed markets, and our success in ramping up mobile monetization will likely have a material impact on our financial performance.

PX0242-052

*Value of Our Advertising Products.* We believe that increasing the value of our advertising products and the consequent return on investment to marketers from working with Facebook will increase marketer demand and thereby increase the amount marketers spend with us. We aim to increase the value of our advertising products through such means as increasing the size and engagement of our user base, improving our ability to select relevant advertising content for each user, developing new ads formats and products, and improving the measurement tools available to marketers to optimize their campaigns. For example, in 2012, we launched advertising in News Feed and Custom Audiences in order to enable marketers to more effectively reach their target customers.

*Management of Ad Inventory.* Our revenue trends are also affected by ad inventory management changes affecting the number, size, or prominence of ads we display. For example, in 2012 we began showing ads in News Feed. These News Feed ads are displayed more prominently and we receive a higher price per ad compared to ads displayed on the right hand column of our web page.

*Product Innovation.* We make ongoing product changes intended to enhance the user experience and increase user engagement. For example, in 2012, we launched new versions of our iPhone app that are faster and more reliable than the prior versions of our app. The new versions of the apps significantly increased News Feed loads and user feedback shared. Our new products often also increase costs if they require additional compute power and infrastructure.

*Investment in Infrastructure.* Our investments in the scope, reliability, redundancy, and efficiency of our infrastructure affects our expenses and capital expenditures. In 2012, we continued to make significant investments in our technical infrastructure to ensure that our growing user base can access Facebook rapidly and reliably, by expanding the capacity of our data centers in Prineville, Oregon and Forest City, North Carolina and by initiating construction of a new data center project in Lulea, Sweden. We also invested in hardware and software efficiency projects to improve the performance of our infrastructure.

*Investment in Talent.* As of December 31, 2012, we had 4,619 employees, an increase of 44% from the end of 2011. Our employee headcount has increased significantly and we expect headcount growth to continue in 2013 as we ramp up our investment in technical staff, sales and marketing, and general and administrative personnel. We have also made and intend to make acquisitions with the primary objective of adding software engineers, product designers, and other personnel with certain technology expertise.

*Business Development and Acquisitions.* As part of our business strategy, we periodically make acquisitions to add specialized employees, complementary companies, products, technologies, or other assets. For example, in 2012, we acquired Instagram, Inc. and certain AOL patent assets from Microsoft Corporation. Our acquisitions will affect our future financial results due to factors such as the amortization of acquired intangible assets and may also result in potential charges such as restructuring costs or impairment expense.

*Geographic Earnings Mix.* In 2012, our tax rate was 89%, up from 41% in 2011, primarily due to significant amounts of share-based compensation expense being allocated to our international subsidiaries in low tax jurisdictions, leading to non-deductible losses in those subsidiaries. Our future tax rate and financial results will be affected by the relative profitability of our corporate entities in higher versus lower tax jurisdictions.

*Seasonality.* Advertising spending is traditionally seasonally strong in the fourth quarter of each year. We believe that this seasonality in advertising spending affects our quarterly results, which generally reflect significant growth in advertising revenue between the third and fourth quarters and a decline in advertising spending between the fourth and subsequent first quarters. For instance, our advertising revenue increased 46%, 18%, and 22% between the third and fourth quarters of 2010, 2011, and 2012, respectively, while advertising revenue for the first quarter of 2011 and 2012 declined 3% and 8% compared to the fourth quarters of 2010 and 2011, respectively.

*Share-based Compensation Expense.* During the year ended December 31, 2012, we recognized $1.57 billion of share-based compensation expense. Of these amounts, $1.04 billion was due to the recognition of

49

share-based compensation related to Pre-2011 RSUs triggered by the completion of our IPO in May 2012. As of December 31, 2012, there was $2.21 billion of unrecognized share-based compensation expense, of which $1.96 billion is related to RSUs and $244 million is related to restricted shares and stock options. This unrecognized share-based compensation expense is expected to be recognized over a weighted-average period of approximately three years.

**Critical Accounting Policies and Estimates**

Our consolidated financial statements are prepared in accordance with U.S. generally accepted accounting principles (GAAP). The preparation of these consolidated financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, costs and expenses, and related disclosures. We evaluate our estimates and assumptions on an ongoing basis. Our estimates are based on historical experience and various other assumptions that we believe to be reasonable under the circumstances. Our actual results could differ from these estimates.

An accounting policy is deemed to be critical if it requires an accounting estimate to be made based on assumptions about matters that are highly uncertain at the time the estimate is made, if different estimates reasonably could have been used, or if changes in the estimate that are reasonably possible could materially impact the financial statements. We believe that the assumptions and estimates associated with revenue recognition for payments and other fees, income taxes, share-based compensation, loss contingencies, and business combinations and valuation of goodwill and other acquired intangible assets have the greatest potential impact on our consolidated financial statements. Therefore, we consider these to be our critical accounting policies and estimates. For further information on all of our significant accounting policies, see Note 1 of our accompanying Notes to Consolidated Financial Statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

### *Revenue Recognition for Payments and Other Fees*

We enable Payments from our users to our Platform developers. Our users can make payments on the Facebook Platform by using credit cards or other payment methods available on our website. The primary process for these transactions is through the purchase of our virtual currency. Our users then use this virtual currency to purchase virtual and digital goods in games and apps from developers on the Facebook Platform. Upon the initial sale of the virtual currency, we record consideration received from a user as a deposit.

When a user engages in a payment transaction utilizing the virtual currency for the purchase of a virtual or digital good from a Platform developer, we reduce the virtual currency balance of the user by the price of the purchase, which is a price that is solely determined by the Platform developer. We remit to the Platform developer an amount that is based on the total amount of virtual currency redeemed less the processing fee that we charge the Platform developer for the service performed. Our revenue is the net amount of the transaction representing our processing fee for the transaction. We record revenue on a net basis as we do not consider ourselves to be the principal in the sale of the virtual or digital good to the user. Under GAAP guidance related to reporting revenue gross as a principal versus net as an agent, the indicators used to determine whether an entity is a principal or an agent to a transaction are subject to judgment. We consider ourselves the agent to these transactions when we apply the indicators to our facts. Should material subsequent changes in the substance or nature of the transactions with Platform developers result in us being considered the principal in such sales, we would reflect the virtual and digital goods sale as revenue and the amounts paid to the Platform developers as an associated cost.

### *Income Taxes*

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws.

PX0242-054

We record a provision for income taxes for the anticipated tax consequences of the reported results of operations using the asset and liability method. Under this method, we recognize deferred tax assets and liabilities for the expected future tax consequences of temporary differences between the financial reporting and tax bases of assets and liabilities, as well as for operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using the tax rates that are expected to apply to taxable income for the years in which those tax assets and liabilities are expected to be realized or settled. We record a valuation allowance to reduce our deferred tax assets to the net amount that we believe is more likely than not to be realized.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. Although we believe that we have adequately reserved for our uncertain tax positions, we can provide no assurance that the final tax outcome of these matters will not be materially different. We make adjustments to these reserves when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. To the extent that the final tax outcome of these matters is different than the amounts recorded, such differences will affect the provision for income taxes in the period in which such determination is made and could have a material impact on our financial condition and operating results. The provision for income taxes includes the effects of any reserves that we believe are appropriate, as well as the related net interest and penalties.

### *Share-based Compensation*

Prior to January 1, 2011 we granted Pre-2011 RSUs to our employees and members of our board of directors that vested upon the satisfaction of both a service-based condition, generally over four years, and a liquidity condition. The liquidity condition was satisfied in connection with our IPO in May 2012. Because the liquidity condition was not satisfied until our IPO, in prior periods we had not recorded any expense relating to the granting of the Pre-2011 RSUs. In the second quarter of 2012, we recognized $986 million of stock-based compensation expense associated with Pre-2011 RSUs that vested in connection with our IPO. For the Pre-2011 RSUs, we recognize share-based compensation expense using the accelerated attribution method, net of estimated forfeitures, in which compensation cost for each vesting tranche in an award is recognized ratably from the service inception date to the vesting date for that tranche.

RSUs granted on or after January 1, 2011 (Post-2011 RSUs) are not subject to a liquidity condition in order to vest, and compensation expense related to these grants is based on the grant date fair value of the RSUs and is recognized on a straight-line basis over the applicable service period. The majority of Post-2011 RSUs are earned over a service period of four to five years. For Post-2011 RSUs, which are only subject to a service condition, we recognize share-based compensation expense on a ratable basis over the requisite service period for the entire award.

We account for share-based employee compensation plans under the fair value recognition and measurement provisions in accordance with applicable accounting standards, which require all share-based payments to employees, including grants of stock options and RSUs, to be measured based on the grant-date fair value of the awards.

Share-based compensation expense is recorded net of estimated forfeitures in our consolidated statements of income and as such is recorded for only those share-based awards that we expect to vest. We estimate the forfeiture rate based on historical forfeitures of equity awards and adjust the rate to reflect changes in facts and circumstances, if any. We will revise our estimated forfeiture rate if actual forfeitures differ from our initial estimates.

We have historically issued unvested restricted shares to employee stockholders of certain acquired companies. As these awards are generally subject to continued post-acquisition employment, we have accounted

PX0242-055

for them as post-acquisition share-based compensation expense. We recognize compensation expense equal to the grant date fair value of the common stock on a straight-line basis over the employee's required service period.

We capitalize share-based employee compensation expense when appropriate. We did not capitalize any share-based compensation expense in the three years ended December 31, 2012.

### Loss Contingencies

We are involved in various lawsuits, claims, investigations and proceedings that arise in the ordinary course of business. Certain of these matters include speculative claims for substantial or indeterminate amounts of damages. We record a liability when we believe that it is both probable that a loss has been incurred and the amount can be reasonably estimated. Significant judgment is required to determine both probability and the estimated amount. We review these provisions at least quarterly and adjust these provisions accordingly to reflect the impact of negotiations, settlements, rulings, advice of legal counsel, and updated information.

In the opinion of management, there was not at least a reasonable possibility we may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies for legal and other contingencies as of December 31, 2012. However, the outcome of litigation is inherently uncertain. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against us in the same reporting period for amounts in excess of management's expectations, our consolidated financial statements of a particular reporting period could be materially adversely affected.

### Business Combinations and Valuation of Goodwill and Other Acquired Intangible Assets

We allocate the fair value of purchase consideration to the tangible assets acquired, liabilities assumed and intangible assets acquired based on their estimated fair values. The excess of the fair value of purchase consideration over the fair values of these identifiable assets and liabilities is recorded as goodwill. Such valuations require management to make significant estimates and assumptions, especially with respect to intangible assets. During the measurement period, which is one year from the acquisition date, we may record adjustments to the assets acquired and liabilities assumed, with the corresponding offset to goodwill. Upon the conclusion of the measurement period, any subsequent adjustments are recorded to earnings.

We review goodwill for impairment at least annually or more frequently if events or changes in circumstances indicate that the carrying value of goodwill may not be recoverable. We have elected to first assess the qualitative factors to determine whether it is more likely than not that the fair value of our single reporting operating unit is less than its carrying amount as a basis for determining whether it is necessary to perform the two-step goodwill impairment under the new authoritative guidance issued by the Financial Accounting Standards Board (FASB). If we determine that it is more likely than not that its fair value is less than its carrying amount, then the two-step goodwill impairment test will be performed. The first step, identifying a potential impairment, compares the fair value of the reporting unit with its carrying amount. If the carrying amount exceeds its fair value, the second step will be performed; otherwise, no further step is required. The second step, measuring the impairment loss, compares the implied fair value of the goodwill with the carrying amount of the goodwill. Any excess of the goodwill carrying amount over the applied fair value is recognized as an impairment loss, and the carrying value of goodwill is written down to fair value. As of December 31, 2012, no impairment of goodwill has been identified.

Acquired intangible assets are amortized over their estimated useful lives. We evaluate the recoverability of amortizable intangible assets for possible impairment whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable. Recoverability of these assets is measured by a comparison of the carrying amounts to the future undiscounted cash flows the assets are expected to generate. If

PX0242-056

such review indicates that the carrying amount of property and equipment and intangible assets is not recoverable, the carrying amount of such assets is reduced to fair value. We have not recorded any such impairment charge during the years presented.

In addition to the recoverability assessment, we routinely review the remaining estimated useful lives of our amortizable intangible assets. If we reduce the estimated useful life assumption for any asset, the remaining unamortized balance would be amortized over the revised estimated useful life.

## Components of Results of Operations

### Revenue

We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers.

**Advertising.** Our advertising revenue is generated by displaying ad products on the Facebook website or mobile app and third-party affiliated websites or mobile apps. Marketers pay for ad products either directly or through their relationships with advertising agencies, based on the number of impressions delivered or the number of clicks made by our users. We recognize revenue from the delivery of click-based ads in the period in which a user clicks on the content. We recognize revenue from the display of impression-based ads in the contracted period in which the impressions are delivered. Impressions are considered delivered when an ad is displayed to users. The number of ads we show is subject to methodological changes as we continue to evolve our ads business and the structure of our ads products. Whether we count the initial display only or every display of an ad as an impression is dependent on where the ad is displayed. For example, an individual ad in News Feed that is purchased on an impression basis may be displayed to users more than once during a day; however, only the initial display of the ad is considered an impression, regardless of how many times the ad is actually displayed within the News Feed.

**Payments and other fees.** We enable Payments from our users to our Platform developers. Our users can transact and make payments on the Facebook Platform by using credit cards, PayPal or other payment methods available on our website. We receive a fee from our Platform developers when users make purchases from our Platform developers using our Payments infrastructure. We recognize revenue net of amounts remitted to our Platform developers. We have mandated the use of our Payments infrastructure for game apps on Facebook, and fees related to Payments are generated almost exclusively from games. Cumulatively to date, games from Zynga have generated the majority of our payments and other fees revenue. However, Zynga's contribution to our payments and other fees revenue has decreased over time and this trend may continue. Our other fees revenue consists primarily of user Promoted Posts and, to a lesser extent, Facebook Gifts revenue, and has been immaterial in recent periods.

## Cost of Revenue and Operating Expenses

**Cost of revenue.** Our cost of revenue consists primarily of expenses associated with the delivery and distribution of our products. These include expenses related to the operation of our data centers such as facility and server equipment depreciation, facility and server equipment rent expense, energy and bandwidth costs, support and maintenance costs, and salaries, benefits, and share-based compensation for employees on our operations teams. Cost of revenue also includes credit card and other transaction fees related to processing customer transactions.

**Research and development.** Research and development expenses consist primarily of salaries, benefits, and share-based compensation for employees on our engineering and technical teams who are responsible for building new products as well as improving existing products. We expense all of our research and development costs as they are incurred.

PX0242-057

**Marketing and sales.** Our marketing and sales expenses consist primarily of salaries, benefits, and share-based compensation for our employees engaged in sales, sales support, marketing, business development, and customer service functions. Our marketing and sales expenses also include user-, developer-, and advertiser-facing marketing and promotional expenditures.

**General and administrative.** Our general and administrative expenses consist primarily of salaries, benefits, and share-based compensation for our executives as well as our legal, finance, human resources, corporate communications and policy, and other administrative employees. In addition, general and administrative expenses include outside consulting fees, legal and accounting services, and facilities and other supporting overhead costs. General and administrative expenses also include legal settlements and amortization of patents we acquired.

We have reclassified certain prior period expense amounts from marketing and sales to general and administrative within our consolidated statements of income to conform to our current year presentation. These reclassifications did not affect previously reported revenue, total costs and expenses, income from operations, or net income in our consolidated statements of income.

## Results of Operations

The following table set forth our consolidated statements of income data:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2012 | 2011 | 2010 |
| | | (in millions) | |
| **Consolidated Statements of Income Data:** | | | |
| Revenue | $5,089 | $3,711 | $1,974 |
| Costs and expenses: | | | |
| Cost of revenue | 1,364 | 860 | 493 |
| Research and development | 1,399 | 388 | 144 |
| Marketing and sales | 896 | 393 | 167 |
| General and administrative | 892 | 314 | 138 |
| Total costs and expenses | 4,551 | 1,955 | 942 |
| Income from operations | 538 | 1,756 | 1,032 |
| Interest and other income (expense), net | (44) | (61) | (24) |
| Income before provision for income taxes | 494 | 1,695 | 1,008 |
| Provision for income taxes | 441 | 695 | 402 |
| Net income | $   53 | $1,000 | $  606 |

Share-based compensation expense included in costs and expenses:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2012 | 2011 | 2010 |
| | | (in millions) | |
| Cost of revenue | $   88 | $    9 | $   — |
| Research and development | 843 | 114 | 9 |
| Marketing and sales | 306 | 37 | 2 |
| General and administrative | 335 | 57 | 9 |
| Total share-based compensation expense | $1,572 | $  217 | $   20 |

54

PX0242-058

The following table set forth our consolidated statements of income data (as a percentage of revenue):

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | 2011 | 2010 |
| **Consolidated Statements of Income Data:** | | | |
| Revenue | 100% | 100% | 100% |
| Costs and expenses: | | | |
| Cost of revenue | 27 | 23 | 25 |
| Research and development | 27 | 10 | 7 |
| Marketing and sales | 18 | 11 | 8 |
| General and administrative | 18 | 8 | 7 |
| Total costs and expenses | 89 | 53 | 48 |
| Income from operations | 11 | 47 | 52 |
| Interest and other income (expense), net | (1) | (2) | (1) |
| Income before provision for income taxes | 10 | 46 | 51 |
| Provision for income taxes | 9 | 19 | 20 |
| Net income | 1% | 27% | 31% |

Share-based compensation expense included in costs and expenses (as a percentage of revenue):

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | 2011 | 2010 |
| Cost of revenue | 2% | — | — |
| Research and development | 17 | 3 | — |
| Marketing and sales | 6 | 1 | — |
| General and administrative | 7 | 2 | — |
| Total share-based compensation expense | 31% | 6% | 1% |

*Revenue*

|  | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
| --- | --- | --- | --- | --- | --- |
|  | 2012 | 2011 | 2010 | | |
|  | (in millions) | | | | |
| Advertising | $4,279 | $3,154 | $1,868 | 36% | 69% |
| Payments and other fees | 810 | 557 | 106 | 45% | 425% |
| Total revenue | $5,089 | $3,711 | $1,974 | 37% | 88% |

*2012 Compared to 2011.* Revenue in 2012 increased $1.38 billion, or 37% compared to 2011. The increase was due primarily to a 36% increase in advertising revenue during 2012 as compared to 2011.

Advertising revenue grew due to a 32% increase in the number of ads delivered during 2012 and to a 3% increase in the average price per ad. The increase in ads delivered was driven primarily by user growth. MAUs grew 25% from December 31, 2011 to December 31, 2012 and average DAUs grew 28% from December 2011 to December 2012. Various product changes and changes in user engagement generally offset in their impact on the average number of ads per user. For example, the shift to greater mobile use generally reduced ads per user, while the introduction of ads in News Feed increased the number of ads per user. The rate of change in number of ads delivered also differs by geography, driven by factors such as mobile penetration. For example, Europe and Rest of World increased at a faster rate than the United States and Asia.

55

Growth in the average price per ad during 2012 compared to 2011 was driven primarily by an increase in price per ad in the United States, which benefited from growth in ads in News Feed across desktop and mobile devices. Ads in News Feed have a significantly higher average price per ad due to factors which include the prominent position of the ads. The increase in price per ad in the United States was partially offset by an increased percentage of our worldwide ads being delivered in the Asia and Rest of World geographies where the average price per ad, while growing on a year-over-year basis, is relatively lower. The average price per ad was also affected by a decline in the average price per ad in Europe in 2012 compared to 2011 due to the impact of foreign exchange rate changes, an increase in the percentage of ads being delivered in European regions where the average price per ads is relatively lower, and in part, we believe, to continuing weak economic conditions in that region affecting advertiser demand.

For the year ended December 31, 2012, we estimate that mobile advertising revenue as a percentage of advertising revenue was approximately 11%. As mobile advertising was not offered prior to the first quarter of 2012, comparisons to prior year are not meaningful.

Advertising revenue in the fourth quarter of 2012 increased 41% compared to the same period in 2011, due to a 46% increase in the number of ads delivered, partially offset by a 4% decrease in the average price per ad. The increase in ads delivered was driven by user growth and certain product changes, including the addition of News Feed ads on personal computers and mobile devices. MAUs grew 25% from December 31, 2011 to December 31, 2012 and average DAUs grew 28% from December 2011 to December 2012. Additionally, in the fourth quarter of 2012, we lowered our market reserve price (i.e. the minimum price threshold accepted in our ads auction), and this product change had the effect of increasing the number of ads delivered and decreasing the average price per ad. This change primarily affected the Rest of World and Asia markets where the average price per ad is relatively lower, and the change increased the percentage of our ads that are shown in relatively lower priced markets, which has the effect of decreasing the overall average price per ad. For the fourth quarter of 2012, we estimate that mobile advertising revenue as a percentage of advertising revenue was approximately 23%.

Payments and other fees revenue in 2012 increased $253 million, or 45%, compared to 2011. Excluding the one-time increase in Payments revenue described below, Payments and other fees revenue in 2012 increased 34% compared to 2011. Facebook Payments became mandatory for all game developers accepting payments on the Facebook Platform with limited exceptions on July 1, 2011. Accordingly, comparisons of Payments and other fees revenue to periods before this date may not be meaningful.

Payments and other fees revenue in the fourth quarter of 2012 was $256 million. Comparisons to prior periods are not meaningful due to the one-time increase in Payments revenue described below.

Our Payments terms and conditions provide for a 30-day claim period subsequent to a Payments transaction during which the customer may dispute the virtual or digital goods transaction. Through the third quarter of 2012, we had deferred recognition of Payments revenue until the expiration of this period as we were unable to make reasonable and reliable estimates of future refunds or chargebacks arising during this claim period, due to lack of historical transactional information. Beginning in the fourth quarter of 2012, we had 24 months of historical transactional information which enabled us to estimate future refunds and chargebacks. Accordingly, in the fourth quarter of 2012, we recorded all Payments revenues at the time of the purchase of the related virtual or digital goods, net of estimated refunds or chargebacks. This change resulted in a one-time increase in Payments revenue in the fourth quarter of 2012 of approximately $66 million as we recognized revenue from four months of transactions.

Seven and nine percent of our total revenue for the three and twelve months ended December 31, 2012, respectively and 11% and 12% of our total revenue for the three and twelve months ended December 31, 2011, respectively, came from a single customer, Zynga. Revenue from Zynga consisted of payments processing fees related to their sale of virtual goods and from direct advertising purchased by Zynga.

PX0242-060

In 2012, we generated approximately 51% of our revenue from marketers and Platform developers based in the United States, compared to 56% in 2011. The change is due primarily to a faster growth rate of international users and, to a lesser extent, to the expansion of international sales offices and payment methods. The majority of our revenue outside of the United States came from customers located in western Europe, Canada, Australia and Brazil.

*2011 Compared to 2010.* Revenue in 2011 increased $1.74 billion, or 88% compared to 2010. The increase was due primarily to a 69% increase in advertising revenue to $3.15 billion. Advertising revenue grew due to a 42% increase in the number of ads delivered and an 18% increase in the average price per ad delivered. The increase in ads delivered was driven primarily by user growth; MAUs grew 39% from December 31, 2010 to December 31, 2011 and average DAUs grew 48% from December 2010 to December 2011. The number of ads delivered was also affected by many other factors including product changes that significantly increased the number of ads on many Facebook pages beginning in the fourth quarter of 2010, partially offset by an increase in usage of our mobile products, where we did not show ads, and by various product changes implemented in 2011 that in aggregate modestly reduced the number of ads on certain pages. The increase in average price per ad delivered was affected by factors including improvements in our ability to deliver more relevant ads to users and product changes that contributed to higher user interaction with the ads by increasing their relative prominence.

Payments and other fees revenue increased to $557 million in 2011 due to the adoption of Facebook Payments, which has been gradually adopted by our Platform developers and began generating significant revenue in the fourth quarter of 2010. Facebook Payments became mandatory for all game developers accepting payments on the Facebook Platform with limited exceptions on July 1, 2011. Accordingly, comparisons of payments and other fees revenue to periods before that date may not be meaningful. In 2011, other fees revenue was immaterial.

In 2011, we generated approximately 56% of our revenue from marketers and Platform developers based in the United States, compared to 62% in 2010. This change is due to factors including a faster growth rate of international users and the expansion of international sales offices and payment methods. The majority of our revenue outside of the United States came from customers located in western Europe, Canada, and Australia.

### Cost of revenue

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (dollars in millions) | | | | |
| Cost of revenue ......................... | $1,364 | $860 | $493 | 59% | 74% |
| Percentage of revenue .................... | 27% | 23% | 25% | | |

*2012 Compared to 2011.* Cost of revenue in 2012 increased $504 million, or 59%, compared to 2011. The increase was primarily due to expenses related to expanding our data center operations, including a $257 million increase in depreciation in 2012. Share-based compensation expense increased by $79 million in 2012 compared to 2011 mainly due to the recognition of expenses related to Pre-2011 RSUs triggered by the completion of our IPO in May 2012 and, to a lesser extent, Post-2011 RSUs. Increases in payroll and benefits expenses resulting from a 65% increase in employee headcount also contributed to the increase in cost of revenue in 2012. These expenses supported our user growth, the increased usage of products by users, developers, and marketers, and the launch of new products.

*2011 Compared to 2010.* Cost of revenue in 2011 increased $367 million, or 74%, compared to 2010. The increase was primarily due to expenses related to expanding our data center operations, including a $164 million increase in depreciation and a $35 million increase in data center facility rent. These expenses supported our user growth, the increased usage of our products by users, developers, and marketers, and the launch of new products. Additionally, credit card and other related revenue processing fees increased by $60 million.

57

We anticipate that the cost of revenue will increase in dollar amount for the foreseeable future as we expand our data center capacity to support user growth, increased user engagement, and the delivery of new products and offerings. The expected increase in cost of revenue may be partially mitigated to the extent we are able to realize improvements in server performance and the efficiency of our technical operations. We expect cost of revenue in absolute dollars and as a percentage of revenue to increase in 2013 compared to 2012 due to our investment in technical infrastructure.

### Research and development

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (dollars in millions) | | | | |
| Research and development ................ | $1,399 | $388 | $144 | 261% | 169% |
| Percentage of revenue ................... | 27% | 10% | 7% | | |

*2012 Compared to 2011.* Research and development expenses in 2012 increased $1.01 billion, or 261%, compared to 2011. The increase was primarily due to an increase in share-based compensation expense of $729 million in 2012 resulting primarily from the recognition of expenses related to Pre-2011 RSUs triggered by the completion of our IPO in May 2012 and, to a lesser extent, Post-2011 RSUs. Payroll and benefits expense also increased due to a 73% growth in employee headcount in engineering, design, product management, and other technical functions. This investment supported our efforts to improve existing products and build new products for users, developers, and marketers.

*2011 Compared to 2010.* Research and development expenses in 2011 increased $244 million, or 169%, compared to 2010. The increase was primarily due to an increase from $9 million in 2010 to $114 million in 2011 for share-based compensation expense related to Post-2011 RSUs. Payroll and benefits expense also increased due to a 57% growth in employee headcount in engineering, design, product management, and other technical functions. This investment supported our efforts to improve existing products and build new products for users, developers, and marketers.

In 2013, we plan to continue rapidly hiring engineering, design, product management, and other technical employees. However, we expect research and development expenses will rise in 2013 at a lower rate than it rose in 2012 due to the large share-based compensation expense in the second quarter of 2012 associated with Pre-2011 RSUs triggered by the completion of our IPO.

### Marketing and sales

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (dollars in millions) | | | | |
| Marketing and sales ...................... | 896 | 393 | 167 | 128% | 135% |
| Percentage of revenue ................... | 18% | 11% | 8% | | |

*2012 Compared to 2011.* Marketing and sales expenses in 2012 increased $503 million, or 128%, compared to 2011. The increase was primarily due to an increase in share-based compensation expense of $269 million in 2012 resulting primarily from the recognition of expenses related to Pre-2011 RSUs triggered by the completion of our IPO in May 2012 and, to a lesser extent, Post-2011 RSUs. Payroll and benefits expenses also increased due to a 19% increase in employee headcount to support global sales, business development and customer service. An increase in our user-, developer-, and advertiser-facing marketing expense also contributed to the increase in 2012.

PX0242-062

*2011 Compared to 2010.* Marketing and sales expenses in 2011 increased $226 million, or 135%, compared to 2010. The increase was primarily due to an increase in payroll and benefits expenses resulting from a 45% increase in employee headcount to support global sales, business development, and customer service, and, to a lesser extent, an increase in our user-, developer-, and advertiser-facing marketing. Additionally, share-based compensation expense increased from $2 million in 2010 to $37 million in 2011 due to recognition of expense related to Post-2011 RSUs.

In 2013, we plan to add sales, business development and customer service employees, and increase our investment in user-, developer-, and marketer-facing marketing. However, we expect marketing and sales expenses will rise in 2013 at a lower rate than it rose in 2012 due to the large share-based compensation expense in the second quarter of 2012 associated with Pre-2011 RSUs triggered by the completion of our IPO.

### General and administrative

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (dollars in millions) | | | | |
| General and administrative ................ | $892 | $314 | $138 | 184% | 128% |
| Percentage of revenue .................... | 18% | 8% | 7% | | |

*2012 Compared to 2011.* General and administrative expenses in 2012 increased $578 million, or 184%, compared to 2011. The increase was primarily due to an increase in share-based compensation expense of $278 million resulting from recognition of expense related to Pre-2011 RSUs and, to a lesser extent, Post-2011 RSUs. The increase was also due to growth in legal fees and settlement costs, amortization of acquired patents and other professional service fees. Payroll and benefits expenses also increased for 2012 due to a 38% increase in employee headcount in corporate communications and policy, human resources, legal, finance, and other functions.

*2011 Compared to 2010.* General and administrative expenses in 2011 increased $176 million, or 128%, compared to 2010. The increase was primarily due to an increase in payroll and benefits expenses resulting from a 60% increase in employee headcount in finance, legal, human resources, and other functions. Additionally, outside consulting and legal fees contributed to the increase. Share-based compensation expense increased from $9 million in 2010 to $57 million in 2011 due to recognition of expense related to Post-2011 RSUs.

In 2013, we plan to continue to increase general and administrative employee headcount to support our growth. However, we expect general and administrative expenses will rise in 2013 at a lower rate than it rose in 2012 due to the large share-based compensation expense in the second quarter of 2012 associated with Pre-2011 RSUs triggered by the completion of our IPO.

### Interest and other income (expense), net

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (in millions) | | | | |
| Interest expense ......................... | $(51) | $(42) | $(22) | 21% | 91% |
| Other income (expense), net ............... | 7 | (19) | (2) | (137)% | 850% |
| Interest and other income (expense), net ................................ | $(44) | $(61) | $(24) | (28)% | 154% |

*2012 Compared to 2011.* Interest and other income (expense), net in 2012 decreased $17 million, or 28%, compared to 2011. Interest expense increased by $9 million primarily due to an increased volume of property and equipment financed by capital leases for 2012 and interest on the $1.5 billion term loan that was drawn down in

59

the fourth quarter of 2012. Changes in other income (expense), net were primarily due to lower foreign exchange losses in 2012 resulting from the periodic re-measurement of our foreign currency balances and an increase in interest income driven by higher invested cash balances.

*2011 Compared to 2010.* Interest and other income (expense), net in 2011 increased $37 million, or 154%, compared to 2010. Interest expense increased by $20 million, driven by an increase in fees related to our credit facility as described in "—Liquidity and Capital Resources," and the payments related to an increased volume of property and equipment financed by capital leases. The change in other income (expense), net was primarily due to $29 million in foreign exchange related losses in 2011. Foreign exchange losses in 2011 stemmed from the periodic re-measurement of our intercompany Euro balances. Foreign currency balances were immaterial in 2010. These expenses were partially offset by an increase in interest income driven by larger invested cash balances.

### Provision for income taxes

| | Year Ended December 31, | | | 2011 to 2012 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2012 | 2011 | 2010 | | |
| | (dollars in millions) | | | | |
| Provision for income taxes . . . . . . . . . . . . . . . . . | $441 | $695 | $402 | (37)% | 73% |
| Effective tax rate  . . . . . . . . . . . . . . . . . . . . . . . . | 89% | 41% | 40% | | |

*2012 Compared to 2011.* Our provision for income taxes in 2012 decreased $254 million, or 37%, compared to 2011, primarily due to a decrease in pre-tax income. Our effective tax rate increased primarily due to the impact of non-deductible share-based compensation and the losses arising outside the United States in jurisdictions where we do not receive a tax benefit. Our effective tax rate in 2012 was also higher due to the expiration of the federal tax credit for research and development activities.

On January 2, 2013, the American Taxpayer Relief Act of 2012 was enacted, which includes a reinstatement of the federal research and development credit for the tax year ended December 31, 2012. We estimate that our tax credit for 2012 would have been approximately $80 million to $120 million, which we will record as a discrete benefit in the first quarter of 2013.

*2011 Compared to 2010.* Our provision for income taxes in 2011 increased $293 million, or 73%, compared to 2010 primarily due to an increase in pre-tax income. Our effective tax rate increased primarily due to losses arising outside the United States in jurisdictions where we do not receive a tax benefit and the impact of non-deductible share-based compensation expense during the year.

PX0242-064

**Quarterly Results of Operations Data**

The following tables set forth our unaudited quarterly consolidated statements of operations data in dollars and as a percentage of total revenue for each of the eight quarters in the period ended December 31, 2012. We have prepared the quarterly consolidated statements of operations data on a basis consistent with the audited consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K. In the opinion of management, the financial information reflects all adjustments, consisting only of normal recurring adjustments, which we consider necessary for a fair presentation of this data. This information should be read in conjunction with the audited consolidated financial statements and related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K. The results of historical periods are not necessarily indicative of the results of operations for any future period.

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec 31, 2012 | Sep 30, 2012 | Jun 30, 2012 | Mar 31, 2012 | Dec 31, 2011 | Sep 30, 2011 | Jun 30, 2011 | Mar 31, 2011 |
| | | | | (in millions) | | | | |
| **Consolidated Statements of Operations Data:** | | | | | | | | |
| Revenue: | | | | | | | | |
| Advertising revenue ...... | $1,329 | $1,086 | $ 992 | $ 872 | $ 943 | $ 798 | $ 776 | $ 637 |
| Payments and other fees revenue(1) ............. | 256 | 176 | 192 | 186 | 188 | 156 | 119 | 94 |
| Total revenue ........ | 1,585 | 1,262 | 1,184 | 1,058 | 1,131 | 954 | 895 | 731 |
| Costs and expenses: | | | | | | | | |
| Cost of revenue .......... | 398 | 322 | 367 | 277 | 247 | 236 | 210 | 167 |
| Research and development .......... | 297 | 244 | 705 | 153 | 124 | 108 | 99 | 57 |
| Marketing and sales ....... | 193 | 168 | 392 | 143 | 120 | 114 | 96 | 62 |
| General and administrative ......... | 174 | 151 | 463 | 104 | 92 | 82 | 83 | 57 |
| Total costs and expenses ........... | 1,062 | 885 | 1,927 | 677 | 583 | 540 | 488 | 343 |
| Income (loss) from operations ...... | 523 | 377 | (743) | 381 | 548 | 414 | 407 | 388 |
| Income (loss) before (provision for) benefit from income taxes ........ | 505 | 372 | (765) | 382 | 520 | 379 | 399 | 398 |
| Net income (loss) ................ | $ 64 | $ (59) | $ (157) | $ 205 | $ 302 | $ 227 | $ 240 | $ 233 |
| Net income (loss) attributable to Class A and Class B common stockholders ................... | $ 64 | $ (59) | $ (157) | $ 137 | $ 205 | $ 150 | $ 159 | $ 153 |
| Earnings (loss) per share attributable to Class A and Class B common stockholders: | | | | | | | | |
| Basic ...................... | $ 0.03 | $(0.02) | $(0.08) | $ 0.10 | $ 0.15 | $ 0.11 | $ 0.12 | $ 0.12 |
| Diluted ..................... | $ 0.03 | $(0.02) | $(0.08) | $ 0.09 | $ 0.14 | $ 0.10 | $ 0.11 | $ 0.11 |

PX0242-065

Share-based compensation expense included in costs and expenses:

| | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dec 31, 2012 | Sep 30, 2012 | Jun 30, 2012 | Mar 31, 2012 | Dec 31, 2011 | Sep 30, 2011 | Jun 30, 2011 | Mar 31, 2011 |
| | (in millions) | | | | | | | |
| Cost of revenue .......................... | $ 9 | $ 8 | $ 66 | $ 5 | $ 3 | $ 3 | $ 3 | $ — |
| Research and development .............. | 124 | 114 | 545 | 60 | 42 | 33 | 35 | 4 |
| Marketing and sales ................... | 27 | 28 | 232 | 19 | 13 | 13 | 11 | — |
| General and administrative .............. | 24 | 29 | 263 | 19 | 18 | 21 | 15 | 3 |
| Total share-based compensation expense[2] ...................... | $ 184 | $ 179 | $ 1,106 | $ 103 | $ 76 | $ 70 | $ 64 | $ 7 |

(1) In the fourth quarter of 2012, we recorded all Payments revenue at the time of purchase of the related virtual or digital goods, net of estimated refunds or chargebacks, instead of deferring Payment revenue until the expiration of the 30-day claim period, as we are able to estimate future refunds and chargebacks based on historical trends. This charge resulted in a one-time increase in Payment revenue of $66 million in the fourth quarter of 2012.

(2) In the second quarter of 2012, we recognized $986 million of share-based compensation expense related to Pre-2011 RSUs that vested in connection with our IPO.

| | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dec 31, 2012 | Sep 30, 2012 | Jun 30, 2012 | Mar 31, 2012 | Dec 31, 2011 | Sep 30, 2011 | Jun 30, 2011 | Mar 31, 2011 |
| | (as a percentage of total revenue) | | | | | | | |
| **Consolidated Statements of Operations Data:** | | | | | | | | |
| Revenue: | | | | | | | | |
| Advertising revenue ................ | 84% | 86% | 84% | 82% | 83% | 84% | 87% | 87% |
| Payments and other fees revenue ..... | 16 | 14 | 16 | 18 | 17 | 16 | 13 | 13 |
| Total revenue ................ | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Costs and expenses: | | | | | | | | |
| Cost of revenue .................. | 25 | 26 | 31 | 26 | 22 | 25 | 23 | 23 |
| Research and development ......... | 19 | 19 | 60 | 14 | 11 | 11 | 11 | 8 |
| Marketing and sales ............... | 12 | 13 | 33 | 14 | 11 | 12 | 11 | 8 |
| General and administrative ......... | 11 | 12 | 39 | 10 | 8 | 9 | 9 | 8 |
| Total costs and expenses ............ | 67 | 70 | 163 | 64 | 52 | 57 | 55 | 47 |
| Income (loss) from operations ........... | 33 | 30 | (63) | 36 | 48 | 43 | 45 | 53 |
| Income (loss) before (provision for) benefit from income taxes ................... | 32 | 29 | (65) | 36 | 46 | 40 | 45 | 54 |
| Net income (loss) ..................... | 4% | (5)% | (13)% | 19% | 27% | 24% | 27% | 32% |
| Net income (loss) attributable to Class A and Class B common stockholders ...... | 4% | (5)% | (13)% | 13% | 18% | 16% | 18% | 21% |

PX0242-066

Share-based compensation expense included in costs and expenses:

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec 31, 2012 | Sep 30, 2012 | Jun 30, 2012 | Mar 31, 2012 | Dec 31, 2011 | Sep 30, 2011 | Jun 30, 2011 | Mar 31, 2011 |
| | (as a percentage of total revenue) | | | | | | | |
| Cost of revenue ...................... | 1% | 1% | 6% | —% | —% | —% | —% | —% |
| Research and development ............. | 8 | 9 | 46 | 6 | 4 | 3 | 4 | 1 |
| Marketing and sales .................. | 2 | 2 | 20 | 2 | 1 | 1 | 1 | — |
| General and administrative ............ | 2 | 2 | 22 | 2 | 2 | 2 | 2 | — |
| Total share-based compensation expense ...................... | 12% | 14% | 93% | 10% | 7% | 7% | 7% | 1% |

## Liquidity and Capital Resources

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2012 | 2011 | 2010 |
| | (in millions) | | |
| **Consolidated Statements of Cash Flows Data:** | | | |
| Net cash provided by operating activities ............................... | $ 1,612 | $ 1,549 | $ 698 |
| Net cash used in investing activities ................................. | (7,024) | (3,023) | (324) |
| Net cash provided by financing activities ............................. | 6,283 | 1,198 | 781 |
| Purchases of property and equipment .................................. | (1,235) | (606) | (293) |
| Depreciation and amortization ....................................... | 649 | 323 | 139 |
| Share-based compensation .......................................... | 1,572 | 217 | 20 |

Our principal sources of liquidity are our cash and cash equivalents, marketable securities, and cash generated from operations. Cash and cash equivalents and marketable securities consist primarily of cash on deposit with banks and investments in money market funds and U.S. government and U.S. government agency securities. Cash and cash equivalents and marketable securities totaled $9.63 billion as of December 31, 2012, an increase of $5.72 billion from December 31, 2011. The most significant cash flow activities consisted of $6.8 billion of net proceeds from our IPO, which was completed in May 2012, $1.61 billion of cash generated from operations, $1.5 billion of loan draw down and $1.03 billion in excess tax benefit from share-based award activity, offset by $2.86 billion of taxes paid related to the net share settlement of RSUs when the Pre-2011 RSUs vested and settled in the fourth quarter of 2012, $1.24 billion used for capital expenditures and $911 million used for acquisitions of businesses and other assets. If we continue to net settle RSUs, we will use additional cash to pay employees' tax withholding obligations in connection with such settlements. We currently anticipate that our available funds, credit facilities, and cash flow from operations will be sufficient to meet our operational cash needs for the foreseeable future.

In February 2012, we entered into an agreement for an unsecured five-year revolving credit facility that allows us to borrow up to $5 billion for general corporate purposes, with interest payable on the borrowed amounts set at London Interbank Offered Rate (LIBOR) plus 1.0%. Under the terms of the agreement, we are obligated to pay a commitment fee of 0.10% per annum on the daily undrawn balance. No amounts were drawn down under this credit facility as of December 31, 2012.

Concurrent with our entering into the revolving credit facility, we also entered into a bridge credit facility agreement that allowed us to borrow up to $3 billion to fund tax withholding and remittance obligations related to the settlement of RSUs in connection with our IPO.

In October 2012, we amended and restated our bridge credit facility, converting it to an unsecured term loan facility (Amended and Restated Term Loan) that allowed us to borrow up to $1.5 billion to fund tax withholding

and remittance obligations related to the settlement of RSUs in connection with our IPO, with interest payable on the borrowed amounts set at LIBOR plus 1.0%. We paid origination fees at closing of the Amended and Restated Term Loan, which fees are being amortized over the term of the facility. We drew down the $1.5 billion of the Amended and Restated Term Loan in October 2012 and paid an upfront fee of 0.15% on the loan amount, which fee is being amortized over the remaining term of the facility. Any amounts outstanding will become due and payable on October 25, 2015.

In connection with the draw down of the Amended and Restated Term Loan, to hedge our exposure to interest rate fluctuation, we entered into an interest rate swap agreement. The net effect of this swap agreement is to convert the variable interest rate to a fixed interest rate of 1.46%. The interest rate swap has a maturity date of October 25, 2015.

As of December 31, 2012, our income tax refundable of $451 million reflects the expected refund from income tax loss carrybacks to 2010 and 2011. We expect to receive this refund in the first six months of 2013.

As of December 31, 2012, $565 million of the $9.63 billion in cash and cash equivalents and marketable securities was held by our foreign subsidiaries. We have provided for the additional taxes that would be due if we repatriated these funds for use in our operations in the United States.

### Cash Provided by Operating Activities

Cash flow from operating activities during 2012 primarily consisted of adjustments to net income for certain non-cash items such as share-based compensation expense of $1.57 billion and total depreciation and amortization of $649 million, partially offset by income tax refundable of $451 million. The cash flow from operating activities during 2012 compared to 2011 increased modestly as the increases in adjustments for non-cash items as described above were offset by a reduction in net income of $947 million and an increase in income tax refundable.

Cash flow from operating activities during 2011 primarily resulted from net income of $1 billion, adjusted for certain non-cash items, including depreciation and amortization of $323 million, and share-based compensation expense of $217 million.

Cash flow from operating activities during 2010 primarily resulted from net income of $606 million, adjusted for certain non-cash items, including depreciation and amortization of $139 million and share-based compensation expense of $20 million, partially offset by cash consumed by working capital of $70 million.

### Cash Used in Investing Activities

Cash used in investing activities during 2012 primarily resulted from $4.87 billion for the net purchase of marketable securities, $1.24 billion for capital expenditures related to the purchase of servers, networking equipment, storage infrastructure, and the construction of data centers as well as $911 million for acquisitions of businesses and other assets, such as patents. The increase in cash used in investing activities during 2012 compared to 2011 was mainly due to increases in the purchase of marketable securities, acquisitions of businesses and other assets, and capital expenditures.

Cash used in investing activities during 2011 primarily related to the use of approximately $2.4 billion for the net purchase of marketable securities. Our cash used in investing activities in 2011 also consisted of capital expenditures of $606 million related to the purchase of servers, networking equipment, storage infrastructure, and the construction of data centers.

Cash used in investing activities during 2010 primarily consisted of capital expenditures related to the purchases of property and equipment and the construction of data centers. Changes in restricted cash and deposits consumed $9 million of cash related to security deposits in support of real estate expansion in 2010. Acquisitions, net of cash acquired, also consumed $22 million of cash in 2010.

PX0242-068

We anticipate making capital expenditures in 2013 of approximately $1.8 billion.

### *Cash Provided by Financing Activities*

In May 2012, we received $6.8 billion in proceeds from our IPO, net of offering costs. Our financing activities have primarily consisted of equity issuances, lease financing, and debt financing. Net cash provided by financing activities was $6.28 billion and $1.2 billion, in 2012 and 2011, respectively, and included excess tax benefits from stock award activities of $1.03 billion and $433 million for the same periods, respectively. In 2012, our net cash provided by financing activities included the draw down of $1.5 billion from the Amended and Restated Term Loan. We did not have a loan draw down in 2011. In the fourth quarter of 2012, we paid $2.86 billion of taxes related to the net settlement of RSUs when the Pre-2011 RSUs were vested and settled.

In January 2011, we completed an offering of our Class A common stock to certain non-U.S. investors that generated $998 million in net proceeds. In December 2010, we completed an offering of our Class A common stock that generated $500 million in proceeds.

In March 2010, we entered into a credit facility with certain lenders. This facility allowed for the draw down of up to $250 million in unsecured senior loans. In April 2010, we drew down the full amount available under the facility, and in March 2011, we repaid the entire $250 million balance.

### Off-Balance Sheet Arrangements

We did not have any off-balance sheet arrangements as of December 31, 2012.

### Contractual Obligations

Our principal commitments consist of obligations under capital and operating leases for equipment and office and data center facilities. The following table summarizes our commitments to settle contractual obligations in cash as of December 31, 2012.

| | | Payment Due by Period | | | |
|---|---|---|---|---|---|
| | Total | Less than 1 Year | 1-3 Years | 3-5 Years | More than 5 Years |
| Operating lease obligations | $ 851 | $ 142 | $ 245 | $ 212 | $ 252 |
| Capital lease obligations | 979 | 398 | 403 | 35 | 143 |
| Other contractual commitments[1] | 749 | 659 | 71 | 19 | — |
| Long-term debt[2] | 1,562 | 22 | 1,540 | — | — |
| Total contractual obligations | $4,141 | $1,221 | $2,259 | $ 266 | $ 395 |

(1) Other contractual commitments primarily relate to equipment and supplies for our data center operations, and, to a lesser extent, construction commitments related to our data center sites.

(2) Long-term debt relates to the draw down of our Amended and Restated Term Loan of $1.5 billion including the estimated future interest payments using a fixed rate of 1.46%, which represented our effective interest rate after we entered into an interest rate swap agreement.

In addition, our other liabilities include $100 million related to uncertain tax positions as of December 31, 2012. Due to uncertainties in the timing of the completion of tax audits, the timing of the resolution of these positions is uncertain and we are unable to make a reasonably reliable estimate of the timing of payments in individual years beyond 12 months. As a result, this amount is not included in the above table.

### Contingencies

We are involved in claims, lawsuits, government investigations, and proceedings. We record a provision for a liability when we believe that it is both probable that a liability has been incurred, and the amount can be

PX0242-069

reasonably estimated. Significant judgment is required to determine both probability and the estimated amount. Such legal proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

See Note 10 in the accompanying notes to our consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" and Part I, Item 3, "Legal Proceedings" of this Annual Report on Form 10-K for additional information regarding contingencies.

**Recently Issued and Adopted Accounting Pronouncement**

*Comprehensive Income*

In May 2011, the FASB issued guidance that changed the requirement for presenting "Comprehensive Income" in the consolidated financial statements. The update requires an entity to present the components of other comprehensive income either in a single continuous statement of comprehensive income or in two separate but consecutive statements. The update is effective for fiscal years, and interim periods within those years, beginning after December 15, 2011 and should be applied retrospectively. We adopted this new guidance on January 1, 2012.

*Goodwill Impairment Testing*

In September 2011, the FASB issued an amendment to an existing accounting standard which provides entities an option to perform a qualitative assessment to determine whether further impairment testing on goodwill is necessary. An entity now has the option to first assess qualitative factors to determine whether it is necessary to perform the current two-step impairment test. If an entity believes, as a result of its qualitative assessment, that it is more-likely-than-not that the fair value of a reporting unit is less than its carrying amount, the quantitative impairment test is required. Otherwise, no further testing is required. This standard is effective for annual and interim goodwill impairment tests performed for fiscal years beginning after December 15, 2011. We adopted this new standard on January 1, 2012 and the adoption did not have a material impact on our financial statements.

**Item 7A.  Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risks, including changes to foreign currency exchange rates, interest rates, and inflation.

**Foreign Currency Exchange Risk**

We have foreign currency risks related to our revenue and operating expenses denominated in currencies other than the U.S. dollar, primarily the Euro. In general, we are a net receiver of currencies other than the U.S. dollar. Accordingly, changes in exchange rates, and in particular a strengthening of the U.S. dollar, will negatively affect our revenue and other operating results as expressed in U.S. dollars.

We have experienced and will continue to experience fluctuations in our net income as a result of transaction gains or losses related to revaluing certain current asset and current liability balances that are denominated in currencies other than the functional currency of the entities in which they are recorded. At this time we do not, but in the future we may enter into derivatives or other financial instruments in an attempt to hedge our foreign currency exchange risk. It is difficult to predict the impact hedging activities would have on our results of operations. We recognized foreign currency losses of $9 million and $29 million for the year ended December 31, 2012 and 2011, respectively. Foreign currency losses were not significant in 2010.

PX0242-070

**Interest Rate Sensitivity**

Our exposure to changes in interest rates relates primarily to interest earned and market value on our cash and cash equivalents and marketable securities and interest paid on our long-term debt.

Our cash and cash equivalents and marketable securities consist of cash, certificates of deposit, time deposits, money market funds and U.S. government and U.S. government agency securities. Our investment policy and strategy are focused on preservation of capital and supporting our liquidity requirements. Changes in U.S. interest rates affect the interest earned on our cash and cash equivalents and marketable securities and the market value of those securities. A hypothetical 100 basis point increase in interest rates would result in a decrease of approximately $55 million and $15 million in the market value of our available-for-sale debt securities as of December 31, 2012 and December 31, 2011, respectively. Any realized gains or losses resulting from such interest rate changes would only occur if we sold the investments prior to maturity.

Our long-term debt consists of the $1.5 billion draw down on our three-year unsecured term loan facility that bears variable interest at 1-month LIBOR plus 1.0%. As our risk management objective is to mitigate the risk of changes in cash flows attributable to changes in the designated 1-month LIBOR for the loan, we have entered into an interest rate swap agreement for the exact notional amount of $1.5 billion and a fixed interest rate of 1.46% at the same time the term loan was drawn down to hedge this exposure. Both the term loan and interest rate swap have a maturity date of October 25, 2015. Changes in the cash flows of the interest rate swap are expected to exactly offset the changes in cash flows attributable to fluctuations in the 1-month LIBOR based interest payments on the long-term debt. The net effect of this swap agreement is to convert the variable interest rate to a fixed rate of 1.46%.

**Inflation Risk**

We do not believe that inflation has had a material effect on our business, financial condition, or results of operations.

PX0242-071

**Item 8.   Financial Statements and Supplementary Data**

**FACEBOOK, INC.**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

Report of Ernst & Young LLP, Independent Registered Public Accounting Firm  . . . . . . . . . . . . . . . . . . . . . .   69

Consolidated Financial Statements:

Consolidated Balance Sheets  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   70

Consolidated Statements of Income  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   71

Consolidated Statements of Comprehensive Income  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   72

Consolidated Statements of Stockholders' Equity  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   73

Consolidated Statements of Cash Flows  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   74

Notes to Consolidated Financial Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   76

The supplementary financial information required by this Item 8, is included in Part II, Item 7 under the caption "Quarterly Results of Operations Data," which is incorporated herein by reference.

PX0242-072

**Report of Ernst & Young LLP, Independent Registered Public Accounting Firm**

The Board of Directors and Stockholders of Facebook, Inc.

We have audited the accompanying consolidated balance sheets of Facebook, Inc. as of December 31, 2012 and 2011, and the related consolidated statements of income, comprehensive income, stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2012. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Facebook, Inc. at December 31, 2012 and 2011, and the consolidated results of its operations and its cash flows for each of the three years in the period ended December 31, 2012, in conformity with U.S. generally accepted accounting principles.

/s/ Ernst & Young LLP

San Francisco, California

February 1, 2013

69

## FACEBOOK, INC.
## CONSOLIDATED BALANCE SHEETS
*(In millions, except for number of shares and par value)*

|  | December 31, | |
|---|---|---|
|  | **2012** | **2011** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,384 | $ 1,512 |
| Marketable securities | 7,242 | 2,396 |
| Accounts receivable, net of allowances for doubtful accounts of $22 and $17 as of December 31, 2012 and 2011, respectively | 719 | 547 |
| Income tax refundable | 451 | — |
| Prepaid expenses and other current assets | 471 | 149 |
| Total current assets | 11,267 | 4,604 |
| Property and equipment, net | 2,391 | 1,475 |
| Goodwill and intangible assets, net | 1,388 | 162 |
| Other assets | 57 | 90 |
| **Total assets** | $15,103 | $ 6,331 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 65 | $ 63 |
| Platform partners payable | 169 | 171 |
| Accrued expenses and other current liabilities | 423 | 296 |
| Deferred revenue and deposits | 30 | 90 |
| Current portion of capital lease obligations | 365 | 279 |
| Total current liabilities | 1,052 | 899 |
| Capital lease obligations, less current portion | 491 | 398 |
| Long-term debt | 1,500 | — |
| Other liabilities | 305 | 135 |
| Total liabilities | 3,348 | 1,432 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Convertible preferred stock, $0.000006 par value, issuable in series; no shares and 569 million shares authorized as of December 31, 2012 and 2011, respectively, no shares and 543 million shares issued and outstanding as of December 31, 2012 and 2011, respectively | — | 615 |
| Common stock, $0.000006 par value; 5,000 million and 4,141 million Class A shares authorized as of December 31, 2012 and 2011, respectively, 1,671 million and 117 million shares issued and outstanding, including 2 million and 1 million outstanding shares subject to repurchase as of December 31, 2012 and 2011, respectively; 4,141 million Class B shares authorized, 701 million and 1,213 million shares issued and outstanding, including 11 million and 2 million outstanding shares subject to repurchase as of December 31, 2012 and 2011, respectively | — | — |
| Additional paid-in capital | 10,094 | 2,684 |
| Accumulated other comprehensive income (loss) | 2 | (6) |
| Retained earnings | 1,659 | 1,606 |
| Total stockholders' equity | 11,755 | 4,899 |
| **Total liabilities and stockholders' equity** | $15,103 | $ 6,331 |

*See Accompanying Notes to Consolidated Financial Statements.*

PX0242-074

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF INCOME**
*(In millions, except per share amounts)*

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2012** | **2011** | **2010** |
| **Revenue** | $5,089 | $3,711 | $1,974 |
| **Costs and expenses:** | | | |
| Cost of revenue | 1,364 | 860 | 493 |
| Research and development | 1,399 | 388 | 144 |
| Marketing and sales | 896 | 393 | 167 |
| General and administrative | 892 | 314 | 138 |
| **Total costs and expenses** | 4,551 | 1,955 | 942 |
| **Income from operations** | 538 | 1,756 | 1,032 |
| Interest and other income (expense), net: | | | |
| Interest expense | (51) | (42) | (22) |
| Other income (expense), net | 7 | (19) | (2) |
| Income before provision for income taxes | 494 | 1,695 | 1,008 |
| Provision for income taxes | 441 | 695 | 402 |
| **Net income** | $ 53 | $1,000 | $ 606 |
| Less: Net income attributable to participating securities | 21 | 332 | 234 |
| **Net income attributable to Class A and Class B common stockholders** | $ 32 | $ 668 | $ 372 |
| **Earnings per share attributable to Class A and Class B common stockholders:** | | | |
| Basic | $ 0.02 | $ 0.52 | $ 0.34 |
| Diluted | $ 0.01 | $ 0.46 | $ 0.28 |
| **Weighted average shares used to compute earnings per share attributable to Class A and Class B common stockholders:** | | | |
| Basic | 2,006 | 1,294 | 1,107 |
| Diluted | 2,166 | 1,508 | 1,414 |
| **Share-based compensation expense included in costs and expenses:** | | | |
| Cost of revenue | $ 88 | $ 9 | $ — |
| Research and development | 843 | 114 | 9 |
| Marketing and sales | 306 | 37 | 2 |
| General and administrative | 335 | 57 | 9 |
| Total share-based compensation expense | $1,572 | $ 217 | $ 20 |

*See Accompanying Notes to Consolidated Financial Statements.*

PX0242-075

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
*(In millions)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2012 | 2011 | 2010 |
| Net income | $ 53 | $1,000 | $ 606 |
| **Other comprehensive income (loss):** | | | |
| Foreign currency translation adjustment | 9 | — | (6) |
| Unrealized gain on available-for-sale investments, net of tax | 1 | — | — |
| Unrealized loss on derivative, net of tax | (2) | — | — |
| **Comprehensive income** | $ 61 | $1,000 | $ 600 |

*See Accompanying Notes to Consolidated Financial Statements.*

72

## FACEBOOK, INC.
## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY
*(In millions)*

| | Convertible Preferred Stock | | Class A and Class B Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive (Loss) Income | Retained Earnings | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Par Value | | | | |
| Balances at December 31, 2009 | 543 | $ 615 | 1,070 | $ — | $ 253 | $ — | $ — | $ 868 |
| Issuance of common stock, net of issuance costs | | | 24 | | 500 | | | 500 |
| Issuance of common stock for cash upon exercise of stock options | | | 70 | | 6 | | | 6 |
| Issuance of common stock related to acquisitions | | | 6 | | 60 | | | 60 |
| Conversion of Series A preferred stock to common stock | (2) | | 2 | | | | | |
| Reclassification of option liability to additional paid-in capital | | | | | 3 | | | 3 |
| Share-based compensation, related to employee share-based awards | | | | | 17 | | | 17 |
| Share-based compensation, related to nonemployee share-based awards | | | | | 1 | | | 1 |
| Excess tax benefit from share-based award activity, net of deferred tax impact | | | | | 107 | | | 107 |
| Other comprehensive loss | | | | | | (6) | | (6) |
| Net income | | | | | | | 606 | 606 |
| Balances at December 31, 2010 | 541 | 615 | 1,172 | | 947 | (6) | 606 | 2,162 |
| Issuance of common stock, net of issuance costs | | | 48 | | 998 | | | 998 |
| Issuance of common stock for cash upon exercise of stock options | | | 102 | | 28 | | | 28 |
| Issuance of common stock to nonemployees for past services | | | | | 3 | | | 3 |
| Issuance of common stock related to acquisitions | | | 2 | | 58 | | | 58 |
| Exercise of preferred stock warrants | 8 | | | | | | | — |
| Conversion of Series B & C preferred stock to common stock | (6) | | 6 | | | | | |
| Share-based compensation, related to employee share-based awards | | | | | 217 | | | 217 |
| Excess tax benefit from share-based award activity | | | | | 433 | | | 433 |
| Net income | | | | | | | 1,000 | 1,000 |
| Balances at December 31, 2011 | 543 | 615 | 1,330 | | 2,684 | (6) | 1,606 | 4,899 |
| Issuance of common stock, net of issuance costs | | | 180 | | 6,760 | | | 6,760 |
| Issuance of common stock for cash upon exercise of stock options | | | 135 | | 17 | | | 17 |
| Issuance of common stock to nonemployees for past services | | | | | 1 | | | 1 |
| Issuance of common stock related to acquisitions | | | 26 | | 274 | | | 274 |
| Issuance of common stock for settlement of restricted stock units (RSUs) | | | 279 | | | | | |
| Shares withheld related to net share settlement of RSUs | | | (123) | | (2,862) | | | (2,862) |
| Conversion of Series A, B, C, D & E preferred stock to common stock | (543) | (615) | 545 | | 615 | | | |
| Share-based compensation, related to employee share-based awards | | | | | 1,572 | | | 1,572 |
| Excess tax benefit from share-based award activity | | | | | 1,033 | | | 1,033 |
| Other comprehensive income | | | | | | 8 | | 8 |
| Net income | | | | | | | 53 | 53 |
| Balances at December 31, 2012 | — | $ — | 2,372 | $ — | $10,094 | $ 2 | $ 1,659 | $11,755 |

*See Accompanying Notes to Consolidated Financial Statements.*

PX0242-077

## FACEBOOK, INC.
## CONSOLIDATED STATEMENTS OF CASH FLOWS
*(In millions)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2012** | **2011** | **2010** |
| **Cash flows from operating activities** | | | |
| Net income | $    53 | $  1,000 | $    606 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 649 | 323 | 139 |
| Loss on write-off of equipment | 15 | 4 | 3 |
| Share-based compensation | 1,572 | 217 | 20 |
| Deferred income taxes | (186) | (30) | 23 |
| Tax benefit from share-based award activity | 1,033 | 433 | 115 |
| Excess tax benefit from share-based award activity | (1,033) | (433) | (115) |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (170) | (174) | (209) |
| Income tax refundable | (451) | — | — |
| Prepaid expenses and other current assets | (14) | (24) | (38) |
| Other assets | 2 | (5) | (6) |
| Accounts payable | 1 | 6 | 12 |
| Platform partners payable | (2) | 96 | 75 |
| Accrued expenses and other current liabilities | 160 | 37 | 20 |
| Deferred revenue and deposits | (60) | 49 | 37 |
| Other liabilities | 43 | 50 | 16 |
| **Net cash provided by operating activities** | 1,612 | 1,549 | 698 |
| **Cash flows from investing activities** | | | |
| Purchases of property and equipment | (1,235) | (606) | (293) |
| Purchases of marketable securities | (10,307) | (3,025) | — |
| Sales of marketable securities | 2,100 | 113 | — |
| Maturities of marketable securities | 3,333 | 516 | — |
| Investments in non-marketable equity securities | (2) | (3) | — |
| Acquisitions of businesses, net of cash acquired, and purchases of intangible and other assets | (911) | (24) | (22) |
| Change in restricted cash and deposits | (2) | 6 | (9) |
| **Net cash used in investing activities** | (7,024) | (3,023) | (324) |
| **Cash flows from financing activities** | | | |
| Net proceeds from issuance of common stock | 6,760 | 998 | 500 |
| Taxes paid related to net share settlement of equity awards | (2,862) | — | — |
| Proceeds from exercise of stock options | 17 | 28 | 6 |
| Proceeds from long-term debt, net of issuance cost | 1,496 | — | 250 |
| Repayment of long-term debt | — | (250) | — |
| Proceeds from sale and lease-back transactions | 205 | 170 | — |
| Principal payments on capital lease obligations | (366) | (181) | (90) |
| Excess tax benefit from share-based award activity | 1,033 | 433 | 115 |
| **Net cash provided by financing activities** | 6,283 | 1,198 | 781 |
| Effect of exchange rate changes on cash and cash equivalents | 1 | 3 | (3) |
| Net increase (decrease) in cash and cash equivalents | 872 | (273) | 1,152 |
| Cash and cash equivalents at beginning of period | 1,512 | 1,785 | 633 |
| **Cash and cash equivalents at end of period** | $ 2,384 | $ 1,512 | $ 1,785 |

*See Accompanying Notes to Consolidated Financial Statements.*

74

PX0242-078

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
*(In millions)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2012 | 2011 | 2010 |
| **Supplemental cash flow data** | | | |
| Cash paid during the period for: | | | |
| Interest .................................................... | $ 38 | $ 28 | $ 23 |
| Income taxes, net ........................................ | $ 53 | $197 | $261 |
| Non-cash investing and financing activities: | | | |
| Net change in accounts payable and accrued expenses and other current liabilities related to property and equipment additions ................ | $(40) | $135 | $ 47 |
| Property and equipment acquired under capital leases ................... | $340 | $473 | $217 |
| Fair value of shares issued related to acquisitions of businesses and other assets ....................................................... | $274 | $ 58 | $ 60 |

*See Accompanying Notes to Consolidated Financial Statements.*

75

PX0242-079

## FACEBOOK, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Note 1. Summary of Significant Accounting Policies**

### *Organization and Description of Business*

Facebook was incorporated in Delaware in July 2004. Our mission is to make the world more open and connected. We build products that support our mission by providing utility to Facebook users, Platform developers, and marketers. We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers.

### *Basis of Presentation*

We prepared the consolidated financial statements in accordance with U.S. generally accepted accounting principles (GAAP). The consolidated financial statements include the accounts of Facebook, Inc. and its wholly owned subsidiaries. All intercompany balances and transactions have been eliminated.

### *Use of Estimates*

Conformity with GAAP requires the use of estimates and judgments that affect the reported amounts in the consolidated financial statements and accompanying notes. These estimates form the basis for judgments we make about the carrying values of our assets and liabilities, which are not readily apparent from other sources. We base our estimates and judgments on historical information and on various other assumptions that we believe are reasonable under the circumstances. GAAP requires us to make estimates and judgments in several areas, including, but not limited to, those related to revenue recognition, collectability of accounts receivable, contingent liabilities, fair value of share-based awards, fair value of financial instruments, fair value of acquired intangible assets and goodwill, useful lives of intangible assets and property and equipment, and income taxes. These estimates are based on management's knowledge about current events and expectations about actions we may undertake in the future. Actual results could differ materially from those estimates.

### *Reclassifications*

We have reclassified certain prior period amounts within our consolidated statements of income and cash flows to conform to our current year presentation. These reclassifications did not affect previously reported revenue, total costs and expenses, income from operations, net income in the consolidated statements of income, or net cash provided by operating activities in the consolidated statements of cash flows.

### *Revenue Recognition*

We generate substantially all of our revenue from advertising and payment processing fees. We recognize revenue once all of the following criteria have been met:

- persuasive evidence of an arrangement exists;
- delivery of Facebook's obligations to our customer has occurred;
- the price is fixed or determinable; and
- collectability of the related receivable is reasonably assured.

PX0242-080

Revenue for the years ended December 31, 2012, 2011, and 2010 consists of the following (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2012 | 2011 | 2010 |
| Advertising | $4,279 | $3,154 | $1,868 |
| Payments and other fees | 810 | 557 | 106 |
| Total revenue | $5,089 | $3,711 | $1,974 |

*Advertising*

Advertising revenue is generated by displaying ad products on the Facebook website or mobile app and third-party affiliated websites or mobile apps. The arrangements are evidenced by either online acceptance of terms and conditions or contracts that stipulate the types of advertising to be delivered, the timing and the pricing. Marketers pay for ad products either directly or through their relationships with advertising agencies, based on the number of impressions delivered or the number of clicks made by our users. The typical term of an advertising arrangement is approximately 30 days with billing generally occurring after the delivery of the advertisement.

We recognize revenue from the delivery of click-based ads in the period in which a user clicks on the content. We recognize revenue from the display of impression-based ads in the contracted period in which the impressions are delivered. Impressions are considered delivered when an ad is displayed to users.

*Payments and Other Fees*

We enable Payments from our users to our Platform developers. Our users can transact and make payments on the Facebook Platform by using credit cards, PayPal or other payment methods available on our website. The primary method for users to transact with the developers on the Facebook Platform is via the purchase of our virtual currency, which enables our users to purchase virtual and digital goods in games and apps. Upon the initial sale of our virtual currency, we record consideration received from a user as a deposit.

When a user engages in a payment transaction utilizing our virtual currency for the purchase of a virtual or digital good from a Platform developer, we reduce the user's virtual currency balance by the price of the purchase, which is a price that is solely determined by the Platform developer. We remit to the Platform developer an amount that is based on the total amount of virtual currency redeemed less the processing fee that we charge the Platform developer for the transaction. Our revenue is the net amount of the transaction, representing our processing fee for the service performed. We record revenue on a net basis as we do not consider ourselves to be the principal in the sale of the virtual or digital good to the user.

Our Payments terms and conditions provide for a 30-day claim period subsequent to a Payments transaction during which the customer may dispute the virtual or digital goods transaction. Through the third quarter of 2012, we had deferred recognition of Payments revenue until the expiration of this period as we were unable to make reasonable and reliable estimates of future refunds or chargebacks arising during this claim period, due to lack of historical transactional information. Beginning in the fourth quarter of 2012, we had 24 months of historical transactional information which enabled us to estimate future refunds and chargebacks. Accordingly, in the fourth quarter of 2012, we recorded all Payments revenues at the time of the purchase of the related virtual or digital goods, net of estimated refunds or chargebacks. This change resulted in a one-time increase in Payments revenue in the fourth quarter of 2012 of approximately $66 million as we recognized revenue from four months of transactions.

Other fees, which includes user Promoted Posts and, to a lesser extent, Facebook Gifts, have not been material in all periods presented in our financial statements.

Revenue is recognized net of applicable sales and other taxes.

PX0242-081

*Cost of Revenue*

Our cost of revenue consists primarily of expenses associated with the delivery and distribution of our products. These include expenses related to the operation of our data centers such as facility and server equipment depreciation, facility and server equipment rent expense, energy and bandwidth costs, support and maintenance costs, and salaries, benefits and share-based compensation for certain personnel on our operations teams. Cost of revenue also includes credit card and other transaction fees related to processing customer transactions.

*Share-based Compensation*

We account for share-based employee compensation plans under the fair value recognition and measurement provisions of GAAP. Those provisions require all share-based payments to employees, including grants of stock options and RSUs, to be measured based on the grant-date fair value of the awards, with the resulting expense generally recognized in our consolidated statements of income over the period during which the employee is required to perform service in exchange for the award.

Prior to January 1, 2011, we granted RSUs (Pre-2011 RSUs) under our 2005 Stock Plan to our employees and members of our board of directors that vested upon the satisfaction of both a service condition and a liquidity condition. The service condition for the majority of these awards is satisfied over four years. The liquidity condition was satisfied six months after our initial public offering (IPO) in May 2012. The vesting condition that was satisfied six months following our IPO did not affect the expense attribution period for the RSUs for which the service condition has been met as of the date of our IPO. This six-month period was not a substantive service condition and, accordingly, beginning on the effectiveness of our IPO in May 2012, we recognized cumulative share-based compensation expense for the portion of the RSUs that had met the service condition, following the accelerated attribution method (net of estimated forfeitures). In the year ended December 31, 2012, we recognized $1.04 billion of share-based compensation expense related to our Pre-2011 RSUs. Refer to Note 11 Stockholders' Equity for disclosure with respect to the settlement of the Pre-2011 RSUs.

RSUs granted on or after January 1, 2011 (Post-2011 RSUs) under our 2005 Stock Plan or 2012 Equity Incentive Plan (2012 Plan)are not subject to a liquidity condition in order to vest, and compensation expense related to these grants is based on the grant date fair value of the RSUs and is recognized on a straight-line basis over the applicable service period. The majority of Post-2011 RSUs are earned over a service period of four to five years, and vested shares will be settled beginning in 2013.

Share-based compensation expense is recorded net of estimated forfeitures in our consolidated statements of income and as such, only those share-based awards that we expect to vest are recorded. We estimate the forfeiture rate based on historical forfeitures of equity awards and adjust the rate to reflect changes in facts and circumstances, if any. We will revise our estimated forfeiture rate if actual forfeitures differ from our initial estimates.

We have historically issued unvested restricted shares to employee stockholders of certain acquired companies. As these awards are generally subject to continued post-acquisition employment, we have accounted for them as post-acquisition share-based compensation expense. We recognize compensation expense equal to the grant date fair value of the common stock on a straight-line basis over the employee's required service period.

During the years ended December 31, 2012, 2011, and 2010, we realized tax benefits from share-based award activity of $1.03 billion, $433 million and $115 million, respectively. These amounts reflect the extent that the total reduction to our income tax liability from share-based award activity was greater than the amount of the deferred tax assets that we had previously recorded in anticipation of these benefits. These amounts are the aggregate of the individual transactions in which the reduction to our income tax liability was greater than the deferred tax assets that we recorded, reduced by any individual transactions in which the reduction to our income

PX0242-082

tax liability was less than the deferred tax assets that were recorded. These net amounts were recorded as an adjustment to stockholders' equity in each period, as an increase to cash flows from operating activities, and were not recognized in our consolidated statements of income.

The tax benefits realized from share-based award activity of $1.03 billion relate to both the reduction of current year income tax liabilities and the expected refund of $451 million from income tax loss carrybacks to 2010 and 2011.

In addition, we reported excess tax benefits that decreased our cash flows from operating activities and increased our cash flows from financing activities for the years ended December 31, 2012, 2011, and 2010, by $1.03 billion, $433 million, $115 million, respectively. The amounts of these excess tax benefits reflect the total of the individual transactions in which the reduction to our income tax liability was greater than the deferred tax assets that were recorded, but were not reduced by any of the individual transactions in which the reduction to our income tax liability was less than the deferred tax assets that were recorded.

### Income Taxes

We recognize income taxes under the asset and liability method. We recognize deferred income tax assets and liabilities for the expected future consequences of temporary differences between the financial reporting and tax bases of assets and liabilities. These differences are measured using the enacted statutory tax rates that are expected to apply to taxable income for the years in which differences are expected to reverse. We recognize the effect on deferred income taxes of a change in tax rates in income in the period that includes the enactment date.

We record a valuation allowance to reduce our deferred tax assets to the net amount that we believe is more likely than not to be realized. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income and ongoing tax planning strategies in assessing the need for a valuation allowance.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. We make adjustments to these reserves when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. The provision for income taxes includes the effects of any reserves that are considered appropriate, as well as the related net interest and penalties.

### Advertising Expense

Advertising costs are expensed when incurred and are included in marketing and sales expenses in the accompanying consolidated statements of income. We incurred advertising expenses of $67 million, $28 million, and $8 million for the years ended December 31, 2012, 2011, and 2010, respectively.

### Cash and Cash Equivalents, and Marketable Securities

Cash and cash equivalents primarily consist of cash on deposit with banks and investments in money market funds, and U.S. government and U.S. government agency securities with maturities of 90 days or less from the date of purchase.

We hold investments in marketable securities, consisting of U.S. government and U.S. government agency securities. We classify our marketable securities as available-for-sale investments in our current assets because they represent investments of cash available for current operations. Our available-for-sale investments are carried at estimated fair value with any unrealized gains and losses, net of taxes, included in accumulated other comprehensive income/(loss) in stockholders' equity. Unrealized losses are charged against other income (expense), net when a decline in fair value is determined to be other-than-temporary. We have not recorded any

PX0242-083

such impairment charge in the periods presented. We determine realized gains or losses on sale of marketable securities on a specific identification method, and record such gains or losses as other income (expense), net.

We classify certain restricted cash balances within prepaid expenses and other current assets and other assets on the accompanying consolidated balance sheets based upon the term of the remaining restrictions.

### Non-Marketable Securities

We invest in certain investment funds that are not publicly traded. We carry these investments at cost because we do not have significant influence over the underlying investee. We assess for any other-than-temporary impairment at least on an annual basis. No impairment charge has been recorded to-date on our non-marketable securities. We classify these investments within other assets on the accompanying consolidated balance sheets.

### Derivative Financial Instruments

We account for derivative instruments as either assets or liabilities and carry them at fair value. For derivative instruments that hedge the exposure to variability in expected future cash flows that are designated as cash-flow hedges, the effective portion of the gain or loss on the derivative instruments is initially reported as a separate component of accumulated other comprehensive income (AOCI) in shareholders' equity and is subsequently recognized in earnings when the hedge exposure is recognized in earnings. The ineffective portion of the gain or loss on the derivative instruments, if any, is recognized in earnings. To receive hedge accounting treatment, a cash flow hedge must be highly effective in offsetting changes to expected future cash flows on the hedged transaction.

In October 2012 we entered into an interest rate swap agreement to hedge our exposure to interest rate fluctuation with respect to our $1.5 billion floating rate three-year unsecured term loan facility. The critical terms of the interest rate swap agreement and the related debt agreement match and allow us to designate the interest rate swap as a highly effective cash flow hedge under GAAP. We periodically assess the effectiveness of our hedged transaction. The interest rate swap agreement is currently our only derivative instrument and is not used for trading purpose. Refer to Note 9 Long-term Debt for further disclosure on the interest rate swap agreement.

### Fair Value of Financial Instruments

We apply fair value accounting for all financial assets and liabilities and non-financial assets and liabilities that are recognized or disclosed at fair value in the financial statements on a recurring basis. We define fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities, which are required to be recorded at fair value, we consider the principal or most advantageous market in which we would transact and the market-based risk measurements or assumptions that market participants would use in pricing the asset or liability, such as risks inherent in valuation techniques, transfer restrictions and credit risk. Fair value is estimated by applying the following hierarchy, which prioritizes the inputs used to measure fair value into three levels and bases the categorization within the hierarchy upon the lowest level of input that is available and significant to the fair value measurement:

Level 1 – Quoted prices in active markets for identical assets or liabilities.

Level 2 – Observable inputs other than quoted prices in active markets for identical assets and liabilities, quoted prices for identical or similar assets or liabilities in inactive markets, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

Level 3 – Inputs that are generally unobservable and typically reflect management's estimate of assumptions that market participants would use in pricing the asset or liability.

PX0242-084

Our valuation techniques used to measure the fair value of money market funds and marketable debt securities were derived from quoted prices in active markets for identical assets or liabilities and our valuation technique used to measure the fair value of our derivative instrument was based on a model-driven valuation using significant inputs derived from or corroborated by observable market data.

### Accounts Receivable and Allowance for Doubtful Accounts

Accounts receivable are recorded and carried at the original invoiced amount less an allowance for any potential uncollectible amounts. We make estimates for the allowance for doubtful accounts based upon our assessment of various factors, including historical experience, the age of the accounts receivable balances, credit quality of our customers, current economic conditions, and other factors that may affect customers' ability to pay.

### Property and Equipment

Property and equipment, which includes amounts recorded under capital leases, are stated at cost. Depreciation is computed using the straight-line method over the estimated useful lives of the assets or the remaining lease term, in the case of a capital lease, whichever is shorter.

The estimated useful lives of property and equipment are described below:

| Property and Equipment | Useful Life |
| --- | --- |
| Network equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Three to four years |
| Buildings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 to 20 years |
| Computer software, office equipment and other . . . . . . | Two to five years |
| Leased equipment and leasehold improvements . . . . . . | Lesser of estimated useful life or remaining lease term |

Land and assets held within construction in progress are not depreciated. Construction in progress is related to the construction or development of property and equipment that have not yet been placed in service for their intended use.

The cost of maintenance and repairs is expensed as incurred. When assets are retired or otherwise disposed of, the cost and related accumulated depreciation are removed from their respective accounts, and any gain or loss on such sale or disposal is reflected in income from operations.

### Lease Obligations

We lease office space, data centers, and equipment under non-cancelable capital and operating leases with various expiration dates through 2027. Certain of the operating lease agreements contain rent holidays, rent escalation provisions, and purchase options. Rent holidays and rent escalation provisions are considered in determining the straight-line rent expense to be recorded over the lease term. The lease term begins on the date of initial possession of the leased property for purposes of recognizing lease expense on a straight-line basis over the term of the lease. We do not assume renewals in our determination of the lease term unless the renewals are deemed to be reasonably assured at lease inception.

### Loss Contingencies

We are involved in various lawsuits, claims, investigations and proceedings that arise in the ordinary course of business. We record a liability when we believe that it is both probable that a loss has been incurred and the amount can be reasonably estimated. Significant judgment is required to determine both probability and the estimated amount. We review these provisions at least quarterly and adjust these provisions accordingly to reflect the impact of negotiations, settlements, rulings, advice of legal counsel, and updated information.

PX0242-085

### Business Combinations

We allocate the fair value of purchase consideration to the tangible assets acquired, liabilities assumed and intangible assets acquired based on their estimated fair values. The excess of the fair value of purchase consideration over the fair values of these identifiable assets and liabilities is recorded as goodwill. Such valuations require management to make significant estimates and assumptions, especially with respect to intangible assets. During the measurement period, which is one year from the acquisition date, we may record adjustments to the assets acquired and liabilities assumed, with the corresponding offset to goodwill. Upon the conclusion of the measurement period, any subsequent adjustments are recorded to earnings.

### Long-Lived Assets, Including Goodwill and Other Acquired Intangible Assets

We evaluate the recoverability of property and equipment and amortizable intangible assets for possible impairment whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable. Recoverability of these assets is measured by a comparison of the carrying amounts to the future undiscounted cash flows the assets are expected to generate. If such review indicates that the carrying amount of property and equipment and intangible assets is not recoverable, the carrying amount of such assets is reduced to fair value. We have not recorded any such impairment charge during the years presented.

We review goodwill for impairment at least annually or more frequently if events or changes in circumstances indicate that the carrying value of goodwill may not be recoverable. We have elected to first assess the qualitative factors to determine whether it is more likely than not that the fair value of our single reporting operating unit is less than its carrying amount as a basis for determining whether it is necessary to perform the two-step goodwill impairment under the new authoritative guidance issued by the Financial Accounting Standards Board (FASB). If we determine that it is more likely than not that its fair value is less than its carrying amount, then the two-step goodwill impairment test is performed. The first step, identifying a potential impairment, compares the fair value of the reporting unit with its carrying amount. If the carrying amount exceeds its fair value, the second step would need to be performed; otherwise, no further step is required. The second step, measuring the impairment loss, compares the implied fair value of the goodwill with the carrying amount of the goodwill. Any excess of the goodwill carrying amount over the applied fair value is recognized as an impairment loss, and the carrying value of goodwill is written down to fair value. As of December 31, 2012, no impairment of goodwill has been identified.

Acquired amortizable intangible assets, which are included in goodwill and intangible assets, net, are amortized on a straight-line basis over the estimated useful lives of the assets. The estimated remaining useful lives for intangible assets range from less than one year to 17 years.

In addition to the recoverability assessment, we routinely review the remaining estimated useful lives of property and equipment and amortizable intangible assets. If we reduce the estimated useful life assumption for any asset, the remaining unamortized balance would be amortized or depreciated over the revised estimated useful life.

### Deferred Revenue and Deposits

Deferred revenue consists of billings in advance of revenue recognition. Deposits relate to unused virtual currency held by our users. Once this virtual currency is utilized by a user, approximately 70% of this amount would then be payable to the Platform developer and the balance would be recognized as revenue.

Deferred revenue and deposits consists of the following (in millions):

| | December 31, | |
| --- | --- | --- |
| | **2012** | **2011** |
| Deferred revenue | $ 8 | $ 75 |
| Deposits | 22 | 15 |
| Total deferred revenue and deposits | $ 30 | $ 90 |

PX0242-086

*Foreign Currency*

Generally the functional currency of our international subsidiaries is the local currency. We translate the financial statements of these subsidiaries to U.S. dollars using month-end rates of exchange for assets and liabilities, and average rates of exchange for revenue, costs, and expenses. Translation gains and losses are recorded in accumulated other comprehensive income (loss) as a component of stockholders' equity. Net losses resulting from foreign exchange transactions were $9 million, $29 million and $1 million for the years ended December 31, 2012, 2011 and 2010, respectively. These losses were recorded as other income (expense), net on our consolidated statements of income.

*Credit Risk and Concentration*

Financial instruments owned by the company that are potentially subject to concentrations of credit risk consist primarily of cash, cash equivalents, restricted cash, marketable securities, accounts receivable, and derivative instruments. Cash equivalents consist of short-term money market funds and U.S. government and U.S. government agency securities, which are deposited with reputable financial institutions. Marketable securities consist of investments in U.S. government and U.S. government agency securities. Our investment policy limits investment instruments to U.S. government and U.S. government agency securities with the main objective of preserving capital and maintaining liquidity.

Accounts receivable are typically unsecured and are derived from revenue earned from customers across different industries and countries. We generated 51%, 56%, and 62% of our revenue for the years ended December 31, 2012, 2011, and 2010, respectively, from marketers and Platform developers based in the United States, with the majority of revenue outside of the United States coming from customers located in western Europe, Canada, Australia, and Brazil.

We perform ongoing credit evaluations of our customers, and generally do not require collateral. We maintain an allowance for estimated credit losses. During the years ended December 31, 2012, 2011, and 2010, our bad debt expenses were $9 million, $8 million, and $9 million, respectively. In the event that accounts receivable collection cycles deteriorate, our operating results and financial position could be adversely affected.

Revenue from one customer, Zynga, represented 12% of total revenue for the year ended December 31, 2011. Revenue from Zynga consisted of payments processing fees related to their sale of virtual goods and from direct advertising purchased by Zynga. No customer represented 10% or more of total revenue during the years ended December 31, 2012 and 2010.

*Segments*

Our chief operating decision-maker is our Chief Executive Officer who reviews financial information presented on a consolidated basis. There are no segment managers who are held accountable by the chief operating decision-maker, or anyone else, for operations, operating results, and planning for levels or components below the consolidated unit level. Accordingly, we have determined that we have a single reporting segment and operating unit structure.

*Recently Issued and Adopted Accounting Pronouncement*

*Comprehensive Income*

In May 2011, the FASB issued guidance that changed the requirement for presenting "Comprehensive Income" in the consolidated financial statements. The update requires an entity to present the components of other comprehensive income either in a single continuous statement of comprehensive income or in two separate but consecutive statements. The update is effective for fiscal years, and interim periods within those years, beginning after December 15, 2011 and should be applied retrospectively. We adopted this new guidance on January 1, 2012.

PX0242-087

*Goodwill Impairment Testing*

In September 2011, the FASB issued an amendment to an existing accounting standard which provides entities an option to perform a qualitative assessment to determine whether further impairment testing on goodwill is necessary. An entity now has the option to first assess qualitative factors to determine whether it is necessary to perform the current two-step impairment test. If an entity believes, as a result of its qualitative assessment, that it is more-likely-than-not that the fair value of a reporting unit is less than its carrying amount, the quantitative impairment test is required. Otherwise, no further testing is required. This standard is effective for annual and interim goodwill impairment tests performed for fiscal years beginning after December 15, 2011. We adopted this new standard on January 1, 2012 and the adoption did not have a material impact on our financial statements.

## Note 2. Acquisitions

In August 2012, we completed our acquisition of Instagram, Inc. (Instagram), a privately-held company which has built a mobile phone-based photo-sharing service that is expected to enhance our photos product offerings and to enable users to increase their levels of mobile engagement and photo sharing. We have accounted for this transaction as a business acquisition for a total purchase price of $521 million, consisting of the issuance of approximately 12 million vested shares of our Class B common stock to non-employee stockholders of Instagram and $300 million in cash. The value of the equity component of the purchase price was determined for accounting purposes based on the fair value of our common stock on the closing date. We also issued approximately 11 million unvested shares of our Class B common stock to employee stockholders of Instagram on the closing date, with an aggregate fair value of $194 million, which will be recognized as they vest over a three-year service period as share-based compensation expense.

In 2012, we also completed other business acquisitions for total consideration of $87 million. These acquisitions were not material to our consolidated financial statements individually or in the aggregate. Pro forma results of operations related to our acquisition of Instagram or of other companies during the year ended December 31, 2012 have not been presented because they are not material to our consolidated statements of income, either individually or in the aggregate.

The following table summarizes the allocation of the fair values of the assets acquired and liabilities assumed and the related useful lives, where applicable:

|  | Instagram, Inc. | | Other | |
|  | (in millions) | Useful lives (in years) | (in millions) | Useful lives (in years) |
|---|---|---|---|---|
| Amortizable intangible assets: |  |  |  |  |
| Acquired technology | $ 74 | 5 | $ 20 | 3 – 5 |
| Trademark and other | 64 | 2 – 7 | 8 | 2 – 3 |
| Net liabilities assumed | (1) |  | (4) |  |
| Deferred tax liabilities | (49) |  | (9) |  |
| Net assets acquired | $ 88 |  | $ 15 |  |
| Goodwill | 433 |  | 72 |  |
| Total fair value considerations | $521 |  | $ 87 |  |

Goodwill generated from all business acquisitions completed during 2012 is primarily attributable to expected synergies from future growth and potential monetization opportunities and is not deductible for tax purposes.

In 2012, we also acquired $633 million of patents and other intellectual property rights. We completed the largest of these intangible asset purchases in June 2012 under an agreement with Microsoft Corporation pursuant to which we were assigned Microsoft's rights to acquire approximately 615 U.S. patents and patent applications

PX0242-088

and certain of their foreign counterparts, consisting of approximately 170 foreign patents and patent applications, that were subject to an agreement between AOL Inc. and Microsoft entered into on April 5, 2012. We paid $550 million in cash in exchange for these patents and patent applications. As part of this transaction, we established a deferred tax liability of $49 million to reflect the difference between the future tax basis and book basis in the acquired patents and patent applications, which also increased the capitalized patent cost by this amount. As part of this transaction, we obtained a license to the other AOL patents and patent applications being purchased by Microsoft and granted Microsoft a license to the AOL patents and patent applications that we acquired. The acquisitions of these patents, patent applications and other intellectual property rights were accounted for as asset acquisitions. Patents acquired during 2012 have estimated useful lives ranging from three to 17 years from the dates of acquisition.

### Note 3. Earnings per Share

We compute earnings per share (EPS) of Class A and Class B common stock using the two-class method required for participating securities. Prior to the date of the IPO, we considered all series of our convertible preferred stock to be participating securities due to their non-cumulative dividend rights. Immediately after the completion of our IPO in May 2012, all outstanding shares of convertible preferred stock converted to Class B common stock. Additionally, we consider restricted stock awards to be participating securities, because holders of such shares have non-forfeitable dividend rights in the event of our declaration of a dividend for common shares.

Undistributed earnings allocated to these participating securities are subtracted from net income in determining net income attributable to common stockholders. Net losses, if any are not allocated to these participating securities. Basic EPS is computed by dividing net income attributable to common stockholders by the weighted-average number of shares of our Class A and Class B common stock outstanding, adjusted for outstanding shares that are subject to repurchase.

For the calculation of diluted EPS, net income attributable to common stockholders for basic EPS is adjusted by the effect of dilutive securities, including awards under our equity compensation plans. In addition, the computation of the diluted EPS of Class A common stock assumes the conversion from Class B common stock, while the diluted EPS of Class B common stock does not assume the conversion of those shares. Diluted EPS attributable to common stockholders is computed by dividing the resulting net income attributable to common stockholders by the weighted-average number of fully diluted common shares outstanding.

Dilutive securities in our diluted EPS calculation for the years ended December 31, 2011 and 2010 do not include Pre-2011 RSUs. Vesting of these RSUs is dependent upon the satisfaction of both a service condition and a liquidity condition. The liquidity condition is satisfied upon the occurrence of a qualifying event, defined as a change of control transaction or six months following the completion of our IPO. Our IPO did not occur until May 2012. Therefore, prior to this date the holders of these RSUs had no rights in our undistributed earnings and accordingly, they are excluded from the effect of basic and dilutive securities. However, subsequent to the completion of our IPO in May 2012, these RSUs are included in our basic and diluted EPS calculation. Post-2011 RSUs are not subject to a liquidity condition in order to vest, and are thus included in the calculation of diluted EPS. We also excluded 15 million and three million Post-2011 RSUs for the years ended December 31, 2012 and December 31, 2011, respectively, and two million shares issuable upon exercise of employee stock options for the year ended December 31, 2010 because the impact would be anti-dilutive.

Basic and diluted EPS are the same for each class of common stock because they are entitled to the same liquidation and dividend rights.

PX0242-089

The numerators and denominators of the basic and diluted EPS computations for our common stock are calculated as follows (in millions, except per share amounts):

| | Year Ended December 31, | | | | | |
| | 2012 | | 2011 | | 2010 | |
| | Class A | Class B | Class A | Class B | Class A | Class B |
|---|---|---|---|---|---|---|
| **Basic EPS:** | | | | | | |
| Numerator | | | | | | |
| Net income ................................ | $ 18 | $ 35 | $ 85 | $ 915 | $ 18 | $ 588 |
| Less: Net income attributable to participating | | | | | | |
| securities ................................ | 7 | 14 | 28 | 304 | 7 | 227 |
| Net income attributable to common | | | | | | |
| stockholders ......................... | $ 11 | $ 21 | $ 57 | $ 611 | $ 11 | $ 361 |
| Denominator | | | | | | |
| Weighted average shares outstanding ............. | 668 | 1,344 | 110 | 1,189 | 32 | 1,081 |
| Less: Shares subject to repurchase ............... | 1 | 5 | — | 5 | — | 6 |
| Number of shares used for basic EPS | | | | | | |
| computation ......................... | 667 | 1,339 | 110 | 1,184 | 32 | 1,075 |
| Basic EPS ...................................... | $ 0.02 | $ 0.02 | $ 0.52 | $ 0.52 | $ 0.34 | $ 0.34 |
| **Diluted EPS:** | | | | | | |
| Numerator | | | | | | |
| Net income attributable to common stockholders ... | $ 11 | $ 21 | $ 57 | $ 611 | $ 11 | $ 361 |
| Reallocation of net income attributable to | | | | | | |
| participating securities ...................... | — | — | 31 | — | 30 | — |
| Reallocation of net income as a result of conversion | | | | | | |
| of Class B to Class A common stock ........... | 21 | — | 611 | — | 361 | — |
| Reallocation of net income to Class B common | | | | | | |
| stock ................................... | — | 1 | — | 37 | — | 32 |
| Net income attributable to common | | | | | | |
| stockholders for diluted EPS .............. | $ 32 | $ 22 | $ 699 | $ 648 | $ 402 | $ 393 |
| Denominator | | | | | | |
| Number of shares used for basic EPS computation .. | 667 | 1,339 | 110 | 1,184 | 32 | 1,075 |
| Conversion of Class B to Class A common stock ... | 1,339 | — | 1,184 | — | 1,075 | — |
| Weighted average effect of dilutive securities: | | | | | | |
| Employee stock options ................... | 134 | 134 | 204 | 204 | 295 | 295 |
| RSUs .................................. | 23 | 23 | 5 | 5 | — | — |
| Shares subject to repurchase ................ | 3 | 3 | 3 | 3 | 4 | 4 |
| Warrants ............................... | — | — | 2 | 2 | 8 | 8 |
| Number of shares used for diluted EPS | | | | | | |
| computation ...................... | 2,166 | 1,499 | 1,508 | 1,398 | 1,414 | 1,382 |
| Diluted EPS .................................... | $ 0.01 | $ 0.01 | $ 0.46 | $ 0.46 | $ 0.28 | $ 0.28 |

86

**Note 4. Cash and Cash Equivalents, and Marketable Securities**

The following table sets forth the cash, cash equivalents and marketable securities for the periods presented (in millions):

|  | December 31, | |
|---|---|---|
|  | 2012 | 2011 |
| Cash and cash equivalents: | | |
| Cash | $1,513 | $ 510 |
| Cash equivalents: | | |
| Money market funds | 871 | 892 |
| U.S. government securities | — | 60 |
| U.S. government agency securities | — | 50 |
| Total cash and cash equivalents | 2,384 | 1,512 |
| Marketable securities: | | |
| U.S. government securities | 5,165 | 1,415 |
| U.S. government agency securities | 2,077 | 981 |
| Total marketable securities | 7,242 | 2,396 |
| Total cash, cash equivalents and marketable securities | $9,626 | $3,908 |

The gross unrealized gains or losses on our marketable securities as of December 31, 2012 and 2011 were not significant. In addition, there were no securities in a continuous loss position for 12 months or longer as of December 31, 2012 and 2011.

The following table classifies our marketable securities by contractual maturities: (in millions):

|  | December 31, | |
|---|---|---|
|  | 2012 | 2011 |
| Due in one year | $4,815 | $1,964 |
| Due in one to two years | 2,427 | 432 |
| Total | $7,242 | $2,396 |

PX0242-091

## Note 5. Fair Value Measurement

The following table summarizes, for assets or liabilities measured at fair value, the respective fair value and the classification by level of input within the fair value hierarchy (in millions):

| | | Fair Value Measurement at Reporting Date Using | | |
|---|---|---|---|---|
| Description | December 31, 2012 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| Cash equivalents: | | | | |
| Money market funds | $ 871 | $ 871 | $ — | $ — |
| Marketable securities: | | | | |
| U.S. government securities | 5,165 | 5,165 | — | — |
| U.S. government agency securities | 2,077 | 2,077 | — | — |
| Total cash equivalents and marketable securities | $8,113 | $8,113 | $ — | $ — |
| Other current liabilities: | | | | |
| Contingent consideration liability | $ 4 | $ — | $ — | $ 4 |
| Other liabilities: | | | | |
| Derivative financial instrument | $ 4 | $ — | $ 4 | $ — |

| | | Fair Value Measurement at Reporting Date Using | | |
|---|---|---|---|---|
| Description | December 31, 2011 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3 |
| Cash equivalents: | | | | |
| Money market funds | $ 892 | $ 892 | — | — |
| U.S. government securities | 60 | 60 | — | — |
| U.S. government agency securities | 50 | 50 | — | — |
| Total cash equivalents | 1,002 | 1,002 | — | — |
| Marketable securities: | | | | |
| U.S. government securities | 1,415 | 1,415 | — | — |
| U.S. government agency securities | 981 | 981 | — | — |
| Total cash equivalents and marketable securities | $3,398 | $3,398 | $ — | $ — |

There was no contingent consideration liability or interest rate swap as of December 31, 2011.

Our Level 2 derivative financial instrument represents our interest rate swap agreement which is valued based on a valuation model using significant inputs derived from or corroborated by observable market data.

We estimate the fair value of our Level 3 contingent consideration liability based on the probability assessment of the earn-out criteria. In developing these estimates, we consider factors not observed in the market and thus this represents a Level 3 measurement. Level 3 instruments are valued based on unobservable inputs

PX0242-092

that are supported by little or no market activity and reflect our own assumptions in measuring fair value. Our fair value estimate of this liability was $6 million at the date of acquisition. Changes in the fair value of the contingent consideration liability subsequent to the acquisition date, such as changes in the probability assessment and our stock prices, are recognized in earnings in the period when the change in the estimated fair value occurs.

## Note 6. Property and Equipment

Property and equipment consists of the following (in millions):

|  | December 31, | |
|---|---|---|
|  | 2012 | 2011 |
| Network equipment | $1,912 | $1,016 |
| Land | 36 | 34 |
| Buildings | 594 | 355 |
| Leasehold improvements | 194 | 120 |
| Computer software, office equipment and other | 93 | 73 |
| Construction in progress | 444 | 327 |
| Total | 3,273 | 1,925 |
| Less: accumulated depreciation | (882) | (450) |
| Property and equipment, net | $2,391 | $1,475 |

Depreciation expense on property and equipment was $566 million, $303 million and $129 million during 2012, 2011 and 2010, respectively.

Property and equipment at December 31, 2012 and 2011 includes $1.28 billion and $881 million, respectively, acquired under capital lease agreements of which the majority is included in computer software, office equipment, and other. Accumulated depreciation of property and equipment acquired under these capital leases was $437 million and $210 million at December 31, 2012 and 2011, respectively.

Construction in progress includes costs primarily related to the construction of data centers and equipment located in our data centers in Oregon, North Carolina, and Sweden. Interest capitalized during the years presented was not material.

## Note 7. Goodwill and Intangible Assets

The changes in carrying amount of goodwill for the years ended December 31, 2012 and 2011 are as follows (in millions):

| | |
|---|---|
| Balance as of December 31, 2010 | $ 37 |
| Goodwill acquired | 48 |
| Effect of currency translation adjustment | (3) |
| Balance as of December 31, 2011 | 82 |
| Goodwill acquired | 505 |
| Balance as of December 31, 2012 | $587 |

89

Intangible assets consist of the following (in millions):

| | Useful lives from date of acquisitions (in years) | December 31, 2012 | | | December 31, 2011 | | |
|---|---|---|---|---|---|---|---|
| | | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| Amortizable intangible assets: | | | | | | | |
| Acquired patents . . . . . . . | 3 – 18 | $ 684 | $ (53) | $ 631 | $ 51 | $ (4) | $ 47 |
| Acquired technology . . . . | 2 – 10 | 133 | (32) | 101 | 38 | (15) | 23 |
| Tradename and other . . . . | 2 – 7 | 94 | (25) | 69 | 23 | (13) | 10 |
| Total . . . . . . . . . . . . | | $ 911 | $(110) | $ 801 | $ 112 | $ (32) | $ 80 |

Amortization expense of intangible assets for the years ended December 31, 2012, 2011, and 2010 was $78 million, $20 million, and $9 million, respectively.

As of December 31, 2012, expected amortization expense for the unamortized acquired intangible assets for the next five years and thereafter is as follows (in millions):

| | |
|---|---|
| 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $126 |
| 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 120 |
| 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 112 |
| 2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 102 |
| 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 86 |
| Thereafter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 255 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $801 |

## Note 8. Accrued expenses and other current liabilities

The components of accrued expenses and other current liabilities were as follows (in millions):

| | December 31, | |
|---|---|---|
| | 2012 | 2011 |
| Accrued compensation and benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $146 | $ 57 |
| Other current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 277 | 239 |
| Total accrued expenses and other current liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $423 | $296 |

## Note 9. Long-term Debt

In 2011, we entered into an agreement for an unsecured five-year revolving credit facility that allowed us to borrow up to $2.5 billion, with interest payable on borrowed amounts set at LIBOR plus 1.0%. No amounts were drawn down under this agreement as of December 31, 2011. This credit facility was terminated in February 2012.

In February 2012, we entered into a new agreement for an unsecured five-year revolving credit facility that allows us to borrow up to $5 billion for general corporate purposes, with interest payable on the borrowed amounts set at LIBOR plus 1.0%. Origination fees are amortized over the term of the credit facility. Under the terms of the agreement, we are obligated to pay a commitment fee of 0.10% per annum on the daily undrawn balance. As of December 31, 2012, no amounts were drawn down and we were in compliance with the covenants under this credit facility.

Concurrent with our entering into the revolving credit facility in February 2012, we also entered into a bridge credit facility agreement that allows us to borrow up to $3 billion to fund tax withholding and remittance

PX0242-094

obligations related to the settlement of RSUs in connection with our IPO, with interest payable on the borrowed amounts set at LIBOR plus 1.0% and an additional 0.25% payable on drawn balances outstanding from and after the 180th day of borrowing. Under the terms of the agreement, we are obligated to pay a commitment fee of 0.10% per annum on the daily undrawn balance from and after the 90th day following the date we entered into the bridge facility.

In October 2012, we amended and restated our bridge credit facility, and converted it into a three-year unsecured term loan facility (Amended and Restated Term Loan) that allows us to borrow up to $1.5 billion to fund tax withholding and remittance obligations related to the settlement of RSUs in connection with our IPO with interest payable on the borrowed amounts set at LIBOR plus 1.0%, as well as an annual commitment fee of 0.10% on the daily undrawn balance of the facility. We paid origination fees at closing of the Amended and Restated Term Loan, which fees are being amortized over the term of the facility. On October 25, 2012, we fully drew down the $1.5 billion available on the Amended and Restated Term Loan to fund a portion of the withholding tax liability that arise due to the vesting and settlement of RSUs in October and November 2012. We paid an additional upfront fee of 0.15% of the $1.5 billion drawn down on the funding date, which fee is being amortized over the remaining term of the facility. The amount outstanding under this facility will become due and payable on October 25, 2015. As of December 31, 2012, we were in compliance with the covenants in the Amended and Restated Term Loan.

In connection with the draw down of the Amended and Restated Term Loan, we entered into an interest rate swap agreement with an effective date of October 25, 2012. The notional amount of the interest rate swap agreement is $1.5 billion and the agreement converts the one-month LIBOR rate on the corresponding notional amount of debt to a fixed interest rate of 1.46% to hedge our exposure to interest rate fluctuation. This interest rate swap has a maturity date of October 25, 2015. We have designated the interest rate swap agreement as a qualifying hedging instrument and accounted for it as a cash flow hedge.

As of December 31, 2012 the change in fair value of this interest rate swap agreement, net of tax was $2 million and is recognized in AOCI with the corresponding fair value of $4 million included in other liabilities on our consolidated balance sheet. For the year ended December 31, 2012, the amount of loss in other comprehensive income reclassified to interest expense was not significant. There were no realized gains or losses on derivative other than those related to the periodic settlement of the interest rate swap.

We estimate that $3 million of derivative losses included in AOCI will be reclassified into earnings within the next 12 months. This amount has been calculated based on the variable interest rate assumptions used in the fair value calculation of the interest rate swap agreement as of December 31, 2012.

### Note 10. Commitments and Contingencies

#### Commitments

#### Leases

We entered into various capital lease arrangements to obtain property and equipment for our operations. Additionally, on occasion we have purchased property and equipment for which we have subsequently obtained capital financing under sale-leaseback transactions. These agreements are typically for three years except for building leases which are for 15 years, with interest rates ranging from 1% to 13%. The leases are secured by the underlying leased buildings, leasehold improvements, and equipment. We have also entered into various non-cancelable operating lease agreements for certain of our offices, equipment, land and data centers with original lease periods expiring between now and 2027. We are committed to pay a portion of the related actual operating expenses under certain of these lease agreements. Certain of these arrangements have free rent periods or escalating rent payment provisions, and we recognize rent expense under such arrangements on a straight-line basis.

PX0242-095

The following is a schedule, by years, of the future minimum lease payments required under non-cancelable capital and operating leases as of December 31, 2012 (in millions):

| | Capital Leases | Operating Leases |
|---|---|---|
| 2013 | $ 398 | $ 142 |
| 2014 | 278 | 128 |
| 2015 | 125 | 117 |
| 2016 | 20 | 110 |
| 2017 | 15 | 102 |
| Thereafter | 143 | 252 |
| Total minimum lease payments | $ 979 | $ 851 |
| Less: amount representing interest and taxes | (123) | |
| Less: current portion of the present value of minimum lease payments | (365) | |
| Capital lease obligations, net of current portion | $ 491 | |

Operating lease expenses totaled $196 million, $219 million, and $178 million for the years ended December 31, 2012, 2011 and 2010, respectively.

### Other contractual commitments

We also have $749 million of non-cancelable contractual commitments as of December 31, 2012, primarily related to equipment and supplies for our data center operations, and, to a lesser extent, construction of our data center sites. The majority of these commitments are due in 2013.

### Contingencies

### Legal Matters

Beginning on May 22, 2012, multiple putative class actions, derivative actions, and individual actions were filed in state and federal courts in the United States and in other jurisdictions against us, our directors, and/or certain of our officers alleging violation of securities laws or breach of fiduciary duties in connection with our IPO and seeking unspecified damages. We believe these lawsuits are without merit, and we intend to continue to vigorously defend them. On October 4, 2012, on our motion, the vast majority of the cases in the United States, along with multiple cases filed against The NASDAQ OMX Group, Inc. and The Nasdaq Stock Market LLC (collectively referred to herein as NASDAQ) alleging technical and other trading-related errors by NASDAQ in connection with our IPO, were ordered centralized for coordinated or consolidated pre-trial proceedings in the United States District Court for the Southern District of New York. In addition, the events surrounding our IPO have become the subject of various government inquiries, and we are cooperating with those inquiries.

In the opinion of management, there was not at least a reasonable possibility we may have incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies relating to the matters set forth above. However, the outcome of litigation is inherently uncertain. Therefore, although management considers the likelihood of such an outcome to be remote, if one or more of these legal matters were resolved against us in the same reporting period for amounts in excess of management's expectations, our consolidated financial statements of a particular reporting period could be materially adversely affected.

We are also party to various legal proceedings and claims which arise in the ordinary course of business. Among these pending legal matters, two cases are currently scheduled for trial in the near future: *Summit 6 LLC v. Research in Motion Corporation et al.*, Case No. 3:11cv00367, is scheduled to begin trial as early as February 19, 2013, in the U.S. District Court for the Northern District of Texas, and *Timelines, Inc. v. Facebook, Inc.,* Case No. 1:2011cv06867, is scheduled to begin trial on April 22, 2013, in the U.S. District Court for the

PX0242-096

Northern District of Illinois. In the *Summit 6* case, the plaintiffs allege that Facebook infringes certain patents held by the plaintiffs. In the *Timelines* case, the plaintiffs allege that Facebook infringes a trademark held by the plaintiffs. In both cases, the plaintiffs are seeking significant monetary damages and equitable relief.

We believe the claims made by the *Summit 6* plaintiffs and the *Timelines* plaintiffs are without merit, and we intend to continue to defend ourselves vigorously in both cases. Although the outcome of litigation is inherently uncertain, we do not believe the possibility of loss in either of these cases is probable. We are unable to estimate a range of loss, if any, that could result were there to be an adverse final decision, and we have not accrued a liability for either matter. If an unfavorable outcome were to occur in the *Summit 6* case and/or the *Timelines* case, it is possible that the impact could be material to our results of operations in the period(s) in which any such outcome becomes probable and estimable.

### Indemnifications

In the normal course of business, to facilitate transactions of services and products, we have agreed to indemnify certain parties with respect to certain matters. We have agreed to hold certain parties harmless against losses arising from a breach of representations or covenants, or out of intellectual property infringement or other claims made by third parties. These agreements may limit the time within which an indemnification claim can be made and the amount of the claim. In addition, we have entered into indemnification agreements with our officers, directors, and certain employees, and our certificate of incorporation and bylaws contain similar indemnification obligations.

It is not possible to determine the maximum potential amount under these indemnification agreements due to the limited history of prior indemnification claims and the unique facts and circumstances involved in each particular agreement. Historically, payments made by us under these agreements have not had a material impact on our consolidated financial position, results of operations or cash flows. In our opinion, as of December 31, 2012, there was not at least a reasonable possibility we had incurred a material loss with respect to indemnification of such parties. We have not recorded any liability for costs related to indemnification through December 31, 2012.

## Note 11. Stockholders' Equity

### Initial Public Offering

In May 2012, we completed our IPO in which we issued and sold 180,000,000 shares of Class A common stock at a public offering price of $38.00 per share and the selling stockholders sold 241,233,615 shares of Class A common stock. We did not receive any proceeds from the sale of shares by the selling stockholders. The total net proceeds received from the IPO were $6.8 billion after deducting underwriting discounts and commissions of $75 million and other offering expenses of approximately $7 million.

### Convertible Preferred Stock

Upon the closing of our IPO, all shares of our then-outstanding convertible preferred stock, as shown on the table below, automatically converted into an aggregate of 545,401,443 shares of our Class B common stock.

PX0242-097

The following table summarizes the convertible preferred stock outstanding immediately prior to the conversion into common stock, and the rights and preferences of our respective series as of December 31, 2011 and immediately prior to the conversion into common stock:

| | Shares | | Aggregate Liquidation Preference | Dividend Per Share Per Annum | Conversion Ratio Per Share |
| | Authorized | Issued and Outstanding | | | |
| | (in thousands) | (in thousands) | (in millions) | | |
| Series A | 134,747 | 133,055 | $     1 | $0.00036875 | 1.000000 |
| Series B | 226,032 | 224,123 | 13 | 0.00456 | 1.004910 |
| Series C | 95,768 | 91,410 | 26 | 0.02297335 | 1.004909 |
| Series D | 67,454 | 50,591 | 375 | 0.593 | 1.012561 |
| Series E | 45,000 | 44,038 | 200 | 0.3633264 | 1.000000 |
| Total | 569,001 | 543,217 | $   615 | | |

### Common Stock

Our certificate of incorporation authorizes the issuance of Class A common stock and Class B common stock. As of December 31, 2012, we are authorized to issue 5,000,000,000 shares of Class A common stock and 4,141,000,000 shares of Class B common stock, each with a par value of $0.000006 per share. Holders of our Class A common stock and Class B common stock are entitled to dividends when, as and if, declared by our board of directors, subject to the rights of the holders of all classes of stock outstanding having priority rights to dividends. As of December 31, 2012, we did not declare any dividends and our credit facilities contain restrictions on our ability to pay dividends. The holder of each share of Class A common stock is entitled to one vote, while the holder of each share of Class B common stock is entitled to ten votes. Shares of our Class B common stock are convertible into an equivalent number of shares of our Class A common stock and generally convert into shares of our Class A common stock upon transfer. Class A common stock and Class B common stock are referred to as common stock throughout the notes to these financial statements, unless otherwise noted.

Upon the closing of our IPO, an aggregate of 335,943,024 shares of Class B common stock were converted into Class A common stock. As of December 31, 2012, there were 1,671,277,621 shares and 701,427,574 shares of Class A common stock and Class B common stock, respectively, issued and outstanding.

### Share-based Compensation Plans

We maintain three share-based employee compensation plans: the 2012 Plan, the 2005 Stock Plan and the 2005 Officers' Stock Plan (collectively, Stock Plans). Our 2012 Plan was approved by our board of directors in January 2012 and adopted by our stockholders in April 2012. The 2012 Plan, effective on May 17, 2012, serves as the successor to our 2005 Stock Plan and provides for the issuance of incentive and nonstatutory stock options, restricted stock awards, stock appreciation rights, RSUs, performance shares and stock bonuses to qualified employees, directors and consultants. No new awards will be issued under the 2005 Stock Plan as of the effective date of the 2012 Plan. Outstanding awards under the 2005 Stock Plan continue to be subject to the terms and conditions of the 2005 Stock Plan. Shares available for grant under the 2005 Stock Plan, which were reserved but not issued or subject to outstanding awards under the 2005 Stock Plan as of the effective date, were added to the reserves of the 2012 Plan.

We have initially reserved 25,000,000 shares of our Class A common stock for issuance under our 2012 Plan. The number of shares reserved for issuance under our 2012 Plan will increase automatically on the first day of January of each of 2013 through 2022 by a number of shares of Class A common stock equal to the lesser of (i) 2.5% of the total outstanding shares of our common stock as of the immediately preceding December 31st or (ii) a number of shares determined by the board of directors. The maximum term for stock options granted under the 2012 Plan may not exceed ten years from the date of grant. Our 2012 Plan will terminate ten years from the date of approval unless it is terminated earlier by our compensation committee.

PX0242-098

The 2005 Officers' Stock Plan provides for up to 120,000,000 shares of incentive and nonstatutory stock options to certain of our employees or officers. The 2005 Officers' Stock Plan will terminate ten years after its adoption unless terminated earlier by our compensation committee. Stock options become vested and exercisable at such times and under such conditions as determined by our compensation committee on the date of grant. In November 2005, we issued a nonstatutory stock option to our CEO to purchase 120,000,000 shares of our Class B common stock under the 2005 Officers' Stock Plan. As of December 31, 2012, the option had been partially exercised in respect of 60,000,000 shares with the remainder remaining outstanding and fully vested, and no options were available for future issuance under the 2005 Officers' Stock Plan.

The following table summarizes the stock option and RSU award activities under the Stock Plans for the year ended December 31, 2012:

| | | Shares Subject to Options Outstanding | | | | Outstanding RSUs | |
|---|---|---|---|---|---|---|---|
| | Shares Available for Grant[1] | Number of Shares | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term | Aggregate Intrinsic Value[2] | Outstanding RSUs[3] | Weighted Average Grant Date Fair Value |
| | (in thousands) | (in thousands) | | (in years) | (in millions) | (in thousands) | |
| Balance as of December 31, 2011 . . . . . . . . . . . . . . . . . | 52,318 | 258,539 | $0.47 | 4.38 | $7,360 | 378,772 | $ 6.83 |
| Stock options exercised . . . . | — | (135,505) | 0.12 | | | — | |
| Stock options forfeited/ cancelled . . . . . . . . . . . . . | 213 | (213) | 1.41 | | | — | |
| RSUs granted . . . . . . . . . . . . | (41,252) | — | | | | 41,252 | 32.60 |
| RSUs settled . . . . . . . . . . . . . | — | — | | | | (278,846) | 3.02 |
| Shares withheld related to net share settlement of RSUs . . . . . . . . . . . . . . . . | 122,757 | — | | | | — | |
| RSUs forfeited and cancelled . . . . . . . . . . . . . | 12,955 | — | | | | (12,955) | 20.00 |
| 2012 Equity Incentive Plan shares authorized . . . . . . . | 25,000 | — | | | | — | |
| Balance as of December 31, 2012 . . . . . . . . . . . . . . . . . | 171,991 | 122,821 | $0.85 | 3.79 | $3,166 | 128,223 | $22.08 |
| Stock options vested and expected to vest as of December 31, 2012 . . . . . | | 122,791 | $0.85 | 3.79 | $3,166 | | |
| Stock options exercisable as of December 31, 2012 . . . | | 113,688 | $0.34 | 3.53 | $2,989 | | |

(1) After excluding 195 thousand restricted stock awards included in the table above, 171,796 thousand shares are available for grant under the Stock Plans as of December 31, 2012.

(2) The aggregate intrinsic value is calculated as the difference between the exercise price of the underlying stock option awards and the assessed fair value of our common stock as of December 31, 2011 and the closing market price of our common stock as of December 31, 2012.

(3) During the year ended December 31, 2012 69,196 thousand RSUs were vested and the total grant date fair value of these RSUs vested is $9.14. As of December 31, 2012 and 2011, we have 113,044 thousand and 153,943 thousand of unvested RSUs.

Under net settlement procedures currently applicable to our outstanding RSUs for current and former employees, upon each settlement date, RSUs are withheld to cover the required withholding tax, which is based on the value of the RSU on the settlement date as determined by the closing price of our common stock on the trading day immediately preceding the applicable settlement date. The remaining amounts are delivered to the

PX0242-099

recipient as shares of our common stock. We settled 279 million of Pre-2011 RSUs in 2012 of which 273 million RSUs were net settled by withholding 123 million shares, which represented the employees' minimum statutory obligation for each such employee's applicable income and other employment taxes and remitted cash totaling of $2.86 billion to the appropriate tax authorities. The amount remitted to the tax authorities for the employees' tax obligation to the tax authorities was reflected as a financing activity within our consolidated statements of cash flows. These shares withheld by us as a result of the net settlement of Pre-2011 RSUs are no longer considered issued and outstanding, thereby reducing our shares outstanding used to calculate earnings per share. These shares are returned to the reserves and are available for future issuance under the 2012 Plan.

We estimate the fair value of stock options granted using the Black-Scholes-Merton single option valuation model, which requires inputs such as expected term, expected volatility and risk-free interest rate. Further, the estimated forfeiture rate of awards also affects the amount of aggregate compensation. These inputs are subjective and generally require significant analysis and judgment to develop.

We estimate the expected term based upon the historical behavior of our employees for employee grants. We estimate expected volatility based on a study of publicly traded industry peer companies. The forfeiture rate is derived primarily from our historical data, and the risk-free interest rate is based on the yield available on U.S. Treasury zero-coupon issues. Our dividend yield is 0%, since we have not paid, and do not expect to pay, dividends.

The fair values of employee options granted during 2010 have been estimated as of the date of grant using the following weighted-average assumptions.

|  | December 31, 2010 |
|---|---|
| Expected term from grant date (in years) | 7.15 |
| Risk-free interest rate | 1.69% |
| Expected volatility | 0.46 |
| Dividend yield | — |

The weighted-average fair value of employee options granted during the year ended December 31, 2010 was $5.26 per share. There were no options granted for the years ended December 31, 2012 and 2011.

The following table summarizes additional information regarding outstanding and exercisable options under the Stock Plans at December 31, 2012:

| Exercise Price (Range) | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
|  | Number of Shares | Weighted-Average Remaining Life | Weighted-Average Exercise Price | Number of Shares | Weighted-Average Exercise Price |
|  | (in thousands) | (in years) |  | (in thousands) |  |
| $0.00 – 0.04 | 5,381 | 2.65 | $ 0.04 | 5,381 | $0.04 |
| 0.06 | 63,379 | 2.86 | 0.06 | 63,379 | 0.06 |
| 0.10 – 0.18 | 18,096 | 3.66 | 0.15 | 18,096 | 0.15 |
| 0.29 – 0.33 | 14,701 | 4.40 | 0.31 | 14,701 | 0.31 |
| 1.78 | 4,693 | 5.59 | 1.78 | 3,701 | 1.78 |
| 1.85 | 4,865 | 6.04 | 1.85 | 3,938 | 1.85 |
| 2.95 | 2,506 | 6.64 | 2.95 | 1,567 | 2.95 |
| 3.23 | 4,500 | 6.82 | 3.23 | 2,925 | 3.23 |
| 10.39 | 3,500 | 7.56 | 10.39 | — | — |
| 15.00 | 1,200 | 7.81 | 15.00 | — | — |
|  | 122,821 | 3.79 | $ 0.85 | 113,688 | $0.34 |

PX0242-100

The aggregate intrinsic value of the options exercised in the years ended December 31, 2012, 2011, and 2010 was $4.23 billion, $2.38 billion and $492 million, respectively. The total grant date fair value of stock options vested during the years ended December 31, 2012, 2011, and 2010 was $5 million, $6 million and $16 million, respectively.

As of December 31, 2012, there was $2.21 billion of unrecognized share-based compensation expense, of which $1.96 billion is related to RSUs, and $244 million is related to restricted shares and stock options. This unrecognized compensation expense is expected to be recognized over a weighted-average period of approximately three years.

**Note 12. Other income (expense), net**

The following table presents the detail of other income (expense), net, for the periods presented (in millions):

|  | Year Ended December 31, | | |
|  | 2012 | 2011 | 2010 |
|---|---|---|---|
| Interest income | $ 14 | $  4 | $  1 |
| Foreign currency exchange losses, net | (9) | (29) | (1) |
| Other | 2 | 6 | (2) |
| Other income (expense), net | $  7 | $(19) | $ (2) |

**Note 13. Income Taxes**

The components of income before provision for income taxes for the years ended December 31, 2012, 2011, and 2010 are as follows (in millions):

|  | Year Ended December 31, | | |
|  | 2012 | 2011 | 2010 |
|---|---|---|---|
| Domestic | $1,062 | $1,819 | $1,027 |
| Foreign | (568) | (124) | (19) |
| Income before provision for income taxes | $  494 | $1,695 | $1,008 |

The provision for income taxes consisted of the following (in millions):

|  | Year Ended December 31, | | |
|  | 2012 | 2011 | 2010 |
|---|---|---|---|
| Current: | | | |
| Federal | $ 559 | $ 664 | $ 325 |
| State | 45 | 60 | 57 |
| Foreign | 22 | 8 | 1 |
| Total current tax expense | 626 | 732 | 383 |
| Deferred: | | | |
| Federal | (172) | (34) | 13 |
| State | (6) | (3) | 6 |
| Foreign | (7) | — | — |
| Total deferred tax expense (benefit) | (185) | (37) | 19 |
| Provision for income taxes | $ 441 | $ 695 | $ 402 |

PX0242-101

A reconciliation of the U.S. federal statutory income tax rate of 35% to our effective tax rate is as follows (in percentages):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2012 | 2011 | 2010 |
| U.S. federal statutory income tax rate | 35.0% | 35.0% | 35.0% |
| State income taxes, net of federal benefit | 6.2 | 2.2 | 4.0 |
| Research tax credits | — | (1.0) | (0.8) |
| Share-based compensation | 19.2 | 1.5 | 0.3 |
| Foreign losses not benefited | 26.9 | 3.3 | 0.8 |
| Other | 2.0 | — | 0.6 |
| Effective tax rate | 89.3% | 41.0% | 39.9% |

Excess tax benefits associated with stock option exercises and other equity awards are credited to stockholders' equity. The income tax benefits resulting from stock awards that were credited to stockholders' equity were $1.03 billion, $433 million and $107 million for the years ended December 31, 2012, 2011, and 2010.

Our deferred tax assets (liabilities) are as follows (in millions):

| | December 31, | |
| --- | --- | --- |
| | 2012 | 2011 |
| Deferred tax assets: | | |
| Net operating loss carryforward | $ 10 | $ 3 |
| Tax credit carryforward | 37 | 9 |
| Share-based compensation | 233 | 79 |
| Accrued expenses and other liabilities | 83 | 58 |
| Other | 16 | — |
| Total deferred tax assets | 379 | 149 |
| Less: valuation allowance | (37) | (9) |
| Deferred tax assets, net of valuation allowance | 342 | 140 |
| Deferred tax liabilities: | | |
| Depreciation and amortization | (97) | (69) |
| Purchased intangible assets | (92) | (10) |
| Deferred foreign taxes | (15) | (1) |
| Total deferred tax liabilities | (204) | (80) |
| Net deferred tax assets | $ 138 | $ 60 |

The valuation allowance was approximately $37 million and $9 million as of December 31, 2012 and 2011, respectively, related to state tax credits that we do not believe will ultimately be realized.

As of December 31, 2012, the U.S. federal and state net operating loss carryforwards were approximately $5.83 billion and $7.62 billion, which will expire in 2027 and 2021, respectively, if not utilized. If realized, $2.17 billion of net operating loss carryforwards will be recognized as a benefit through additional paid in capital. We also have state tax credit carryforwards of $181 million, which carry forward indefinitely.

Utilization of our net operating loss and tax credit carryforwards may be subject to substantial annual limitations due to the ownership change limitations provided by the Internal Revenue Code and similar state provisions. Such annual limitations could result in the expiration of the net operating loss and tax credit carryforwards before their utilization. The events that may cause ownership changes include, but are not limited to, a cumulative stock ownership change of greater than 50% over a three-year period.

PX0242-102

Our net foreign pretax losses include jurisdictions with both pretax earnings and pretax losses. Our consolidated financial statements provide taxes for all related tax liabilities that would arise upon repatriation of earnings in the foreign jurisdictions where we do not intend to indefinitely reinvest those earnings outside the United States, and the amount of taxes provided for has been insignificant.

The following table reflects changes in the gross unrecognized tax benefits (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2012 | 2011 | 2010 |
| Gross unrecognized tax benefits-beginning of period | $ 63 | $ 18 | $ 9 |
| Increase related to prior year tax positions | 13 | 5 | 1 |
| Decreases related to prior year tax positions | (16) | (2) | (2) |
| Increases related to current year tax positions | 104 | 42 | 10 |
| Gross unrecognized tax benefits-end of period | $164 | $ 63 | $ 18 |

During all years presented, we recognized interest and penalties related to unrecognized tax benefits within the provision for income taxes on the consolidated statements of income. For the year ended December 31, 2012, we recognized interest of $3 million and penalties of $1 million. The amount of interest and penalties accrued as of December 31, 2012 and 2011 was $10 million and $6 million, respectively.

If the remaining balance of gross unrecognized tax benefits of $164 million as of December 31, 2012 was realized in a future period, this would result in a tax benefit of $70 million within our provision of income taxes at such time.

We are subject to taxation in the United States and various other state and foreign jurisdictions. The material jurisdictions in which we are subject to potential examination include the United States and Ireland. We are under examination by the Internal Revenue Service (IRS) for our 2008 through 2010 tax years. We believe that adequate amounts have been reserved for any adjustments that may ultimately result from these examinations and we do not anticipate a significant impact to our gross unrecognized tax benefits within the next 12 months related to these years. Our 2011 and 2012 tax years remain subject to examination by the IRS and all tax years starting in 2008 remain subject to examination in Ireland. We remain subject to possible examinations or are undergoing audits in various other jurisdictions that are not material to our financial statements.

Although the timing of the resolution, settlement, and closure of any audits is highly uncertain, it is reasonably possible that the balance of gross unrecognized tax benefits could significantly change in the next 12 months. However, given the number of years remaining that are subject to examination, we are unable to estimate the full range of possible adjustments to the balance of gross unrecognized tax benefits.

## Note 14. Geographical Information

Revenue by geography is based on the billing address of the advertiser or Platform developer. The following table sets forth revenue and property and equipment, net by geographic area (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2012 | 2011 | 2010 |
| Revenue: | | | |
| United States | $2,578 | $2,067 | $1,223 |
| Rest of the world[1] | 2,511 | 1,644 | 751 |
| Total revenue | $5,089 | $3,711 | $1,974 |

(1)   No individual country exceeded 10% of our total revenue for any period presented.

PX0242-103

|  | December 31, | |
| --- | --- | --- |
|  | **2012** | **2011** |
| Property and equipment, net: | | |
| United States ........................................................... | $2,110 | $1,444 |
| Rest of the world[1] ...................................................... | 281 | 31 |
| Total property and equipment, net ............................................ | $2,391 | $1,475 |

(1)  No individual country exceeded 10% of our total property and equipment, net for any period presented.

100

PX0242-104

**Item 9.    Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

None.

**Item 9A.    Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our chief executive officer (CEO) and chief financial officer (CFO), has evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (Exchange Act)), as of the end of the period covered by this Annual Report on Form 10-K. Based on such evaluation, our CEO and CFO have concluded that as of December 31, 2012, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission (SEC), and that such information is accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

**Changes in Internal Control**

There were no changes in our internal control over financial reporting identified in management's evaluation pursuant to Rules 13a-15(d) or 15d-15(d) of the Exchange Act during the period covered by this Annual Report on Form 10-K that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Management's Report on Internal Control over Financial Reporting**

The Annual Report on Form 10-K does not include a report of management's assessment regarding internal control over financial reporting or an attestation report of our independent registered public accounting firm due to a transition period established by the rules of the SEC for newly public companies.

**Limitations on Effectiveness of Controls and Procedures**

In designing and evaluating the disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives. In addition, the design of disclosure controls and procedures must reflect the fact that there are resource constraints and that management is required to apply judgment in evaluating the benefits of possible controls and procedures relative to their costs.

**Item 9B.    Other Information**

None.

PX0242-105

**PART III**

**Item 10.   Directors, Executive Officers and Corporate Governance**

The information required by this item is incorporated by reference to our Proxy Statement for the 2013 Annual Meeting of Stockholders to be filed with the Securities and Exchange Commission (SEC) within 120 days of the fiscal year ended December 31, 2012.

Our board of directors has adopted a Code of Business Conduct and Ethics applicable to all officers, directors and employees, which is available on our website (investor.fb.com) under "Corporate Governance." We intend to satisfy the disclosure requirement under Item 5.05 of Form 8-K regarding amendment to, or waiver from, a provision of our Code of Business Conduct and Ethics by posting such information on our website at the address and location specified above.

**Item 11.   Executive Compensation**

The information required by this item is incorporated by reference to our Proxy Statement for the 2013 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2012.

**Item 12.   Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this item is incorporated by reference to our Proxy Statement for the 2013 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2012.

**Item 13.   Certain Relationships and Related Transactions, and Director Independence**

The information required by this item is incorporated by reference to our Proxy Statement for the 2013 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2012.

**Item 14.   Principal Accounting Fees and Services**

The information required by this item is incorporated by reference to our Proxy Statement for the 2013 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2012.

PX0242-106

**PART IV**

**Item 15.   Exhibits, Financial Statement Schedules**

We have filed the following documents as part of this Form 10-K:

1. Consolidated Financial Statements:

| | Page No. |
|---|---|
| Report of Ernst & Young LLP, Independent Registered Public Accounting Firm | 69 |
| Consolidated Balance Sheets | 70 |
| Consolidated Statements of Income | 71 |
| Consolidated Statements of Comprehensive Income | 72 |
| Consolidated Statements of Stockholders' Equity | 73 |
| Consolidated Statements of Cash Flows | 74 |
| Notes to Consolidated Financial Statements | 76 |

2. Financial Statement Schedules

All schedules have been omitted because they are not required, not applicable, not present in amounts sufficient to require submission of the schedule, or the required information is otherwise included.

3. Exhibits

See the Exhibit Index immediately following the signature page of this Annual Report on Form 10-K.

PX0242-107

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Menlo Park, State of California, on this first day of February 2013.

### FACEBOOK, INC.

Date: February 1, 2013          /S/ MARK ZUCKERBERG

**Mark Zuckerberg**
**Chairman and Chief Executive Officer**

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints David A. Ebersman and Theodore W. Ullyot, and each of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming that all said attorneys-in-fact and agents, or any of them or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

PX0242-108

| Signature | Title | Date |
|---|---|---|
| /s/ MARK ZUCKERBERG <br><br> **Mark Zuckerberg** | Chairman and Chief Executive Officer <br> *(Principal Executive Officer)* | February 1, 2013 |
| /s/ DAVID A. EBERSMAN <br><br> **David A. Ebersman** | Chief Financial Officer <br> *(Principal Financial Officer)* | February 1, 2013 |
| /s/ DAVID M. SPILLANE <br><br> **David M. Spillane** | Chief Accounting Officer <br> *(Principal Accounting Officer)* | February 1, 2013 |
| /s/ Marc L. Andreessen <br><br> **Marc L. Andreessen** | Director | February 1, 2013 |
| /s/ Erskine B. Bowles <br><br> **Erskine B. Bowles** | Director | February 1, 2013 |
| /s/ James W. Breyer <br><br> **James W. Breyer** | Director | February 1, 2013 |
| /s/ Donald E. Graham <br><br> **Donald E. Graham** | Director | February 1, 2013 |
| /s/ Reed Hastings <br><br> **Reed Hastings** | Director | February 1, 2013 |
| /s/ Sheryl K. Sandberg <br><br> **Sheryl K. Sandberg** | Director | February 1, 2013 |
| /s/ Peter A. Thiel <br><br> **Peter A. Thiel** | Director | February 1, 2013 |

105

EXHIBIT INDEX

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | | Filed Herewith |
|---|---|---|---|---|---|---|
| | | Form | File No. | Exhibit | Filing Date | |
| 3.1 | Restated Certificate of Incorporation. | 10-Q | 001-35551 | 3.1 | July 31, 2012 | |
| 3.2 | Amended and Restated Bylaws. | 10-Q | 001-35551 | 3.2 | July 31, 2012 | |
| 4.1 | Form of Class A Common Stock Certificate | S-1 | 333-179287 | 4.1 | February 8, 2012 | |
| 4.2 | Form of Class B Common Stock Certificate | S-8 | 333-181566 | 4.4 | May 21, 2012 | |
| 4.3 | Sixth Amended and Restated Investors' Rights Agreement, dated December 27, 2010, by and among Registrant and certain security holders of Registrant. | S-1 | 333-179287 | 4.2 | February 8, 2012 | |
| 4.4 | Amendment No. 1 to Sixth Amended and Restated Investors' Rights Agreement, dated May 1, 2012, by and among Registrant and certain security holders of Registrant. | S-1 | 333-179287 | 4.2A | May 3, 2012 | |
| 4.5 | Form of "Type 1" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. | S-1 | 333-179287 | 4.3 | February 8, 2012 | |
| 4.6 | Form of "Type 2" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. | S-1 | 333-179287 | 4.4 | February 8, 2012 | |
| 4.7 | Form of "Type 3" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. | S-1 | 333-179287 | 4.5 | February 8, 2012 | |
| 10.1+ | Form of Indemnification Agreement | S-1 | 333-179287 | 10.1 | February 8, 2012 | |
| 10.2(A)+ | 2005 Stock Plan, as amended | | | | | X |
| 10.2(B)+ | 2005 Stock Plan forms of award agreements | S-1 | 333-179287 | 10.2 | February 8, 2012 | |
| 10.3+ | 2005 Officers' Stock Plan, and amended and restated notice of stock option grant and stock. option agreement | S-1 | 333-179287 | 10.3 | February 8, 2012 | |
| 10.4(A)+ | 2012 Equity Incentive Plan, as amended | | | | | X |
| 10.4(B)+ | 2012 Equity Incentive Plan forms of award agreements | 10-Q | 001-35551 | 10.2 | July 31, 2012 | |
| 10.5+ | 2012 Bonus/Retention Plan | | | | | X |
| 10.6+ | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mark Zuckerberg. | S-1 | 333-179287 | 10.6 | February 8, 2012 | |

106

| | | | | | |
|---|---|---|---|---|---|
| 10.7+ | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Sheryl K. Sandberg. | S-1 | 333-179287 | 10.7 | February 8, 2012 |
| 10.8+ | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and David A. Ebersman. | S-1 | 333-179287 | 10.8 | February 8, 2012 |
| 10.9+ | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mike Schroepfer. | S-1 | 333-179287 | 10.9 | February 8, 2012 |
| 10.10+ | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Theodore W. Ullyot. | S-1 | 333-179287 | 10.10 | February 8, 2012 |
| 10.11† | Lease, dated February 7, 2011, between Registrant and Wilson Menlo Park Campus, LLC. | S-1 | 333-179287 | 10.11 | February 8, 2012 |
| 10.12 | Conversion Agreement, dated February 19, 2010, between Registrant, Digital Sky Technologies Limited, and DST Global Limited. | S-1 | 333-179287 | 10.16 | February 8, 2012 |
| 10.13 | Amendment No. 1 to Conversion Agreement, dated April 30, 2012, between Registrant and Mail.ru Group Limited (f/k/a Digital Sky Technologies Limited), DST Global Limited, DST Global II, L.P, DST Global III, L.P., DST USA Limited, and DST USA II Limited. | S-1 | 333-179287 | 10.16A | May 3, 2012 |
| 10.14 | Amended and Restated Term Loan Agreement, dated as of October 12, 2012, among Facebook, Inc., JPMorgan Chase Bank, N.A., as Administrative Agent, and the lenders party thereto. | 8-K | 001-35551 | 10.1 | October 15, 2012 |
| 10.15 | Credit Agreement, dated February 28, 2012, between Registrant, the Lenders party thereto, and JPMorgan Chase Bank, N.A., as Administrative Agent. | S-1 | 333-179287 | 10.14 | March 7, 2012 |
| 10.16 | Amendment No. 1 to Credit Agreement, dated as of October 12, 2012, among Facebook, Inc., JPMorgan Chase Bank, N.A., as Administrative Agent, and the lenders party thereto. | 8-K | 001-35551 | 10.2 | October 15, 2012 |
| 21.1 | List of subsidiaries. | | | | X |
| 23.1 | Consent of Ernst & Young LLP, Independent Registered Public Accounting Firm. | | | | X |

PX0242-111

| 31.1 | Certification of Mark Zuckerberg, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | X |
| 31.2 | Certification of David A. Ebersman, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | X |
| 32.1# | Certification of Mark Zuckerberg, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | X |
| 32.2# | Certification of David A. Ebersman, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | X |
| 101.INS | XBRL Instance Document. | X |
| 101.SCH | XBRL Taxonomy Extension Schema Document. | X |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. | X |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. | X |
| 101.LAB | XBRL Taxonomy Extension Labels Linkbase Document. | X |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. | X |

+    Indicates a management contract or compensatory plan.
†    Portions of exhibit have been granted confidential treatment by the SEC.
#    This certification is deemed not filed for purposes of section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liability of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (Securities Act) or the Exchange Act.

PX0242-112

[THIS PAGE INTENTIONALLY LEFT BLANK]

[THIS PAGE INTENTIONALLY LEFT BLANK]

PX0242-114

## DIRECTORS

Mark Zuckerberg
Chairman and Chief Executive Officer, Facebook

Sheryl K. Sandberg
Chief Operating Officer, Facebook

Marc L. Andreessen
Co-founder and General Partner, Andreessen Horowitz

Erskine B. Bowles
President Emeritus of the University of North Carolina
(UNC)

James W. Breyer
Partner at Accel Partners

Susan D. Desmond-Hellman
Chancellor, University of California, San Francisco
(UCSF)

Donald E. Graham
Chairman and Chief Executive Officer of the Washington
Post Company

Reed Hastings
Chief Executive Officer and Chairman of the Board of
Directors of Netflix, Inc.

Peter A. Thiel
President of Thiel Capital and Partner of Founders Fund

## STOCKHOLDER INFORMATION

**Investor Relations**
Facebook, Inc.
1601 Willow Road
Menlo Park, California 94025
investor@fb.com

**Investor Relations Website**
http://investor.fb.com

Facebook's Class A common stock trades on NASDAQ
under the ticker symbol "FB"

**Transfer Agent**
Computershare Trust Company, N.A.
250 Royall Street
Canton, MA 02021
1 (855) 879-3967 (U.S.)
1 (781) 575-4340 (non-U.S.)
http://www.computershare.com/investor

**Independent Registered Public Accounting Firm**
Ernst & Young LLP

**Annual Stockholder Meeting**
Facebook's Annual Stockholder meeting will be held on
June 11, 2013 at 11:00 am PT

**Please refer to http://investor.fb.com/annual-proxy.cfm
for important information regarding attending the
Annual Stockholder meeting.**

This Annual Report contains forward-looking statements
within the meaning of the Private Securities Litigation
Reform Act of 1995. All statements contained in this Annual
Report other than statements of historical fact, including state-
ments regarding our future results of operations and financial
position, our business strategy and plans, and our objectives
for future operations, are forward-looking statements. Please
read the section of our Annual Report on Form 10-K entitled
"Note About Forward Looking Statements" for a discussion
of the limitations and risks regarding forward-looking state-
ments made in this Annual Report.  These forward-looking
statements are subject to a number of risks, uncertainties and
assumptions, including those described in Part I, Item 1A,
"Risk Factors" of our Annual Report on Form 10-K included
herein and these may cause actual results to differ materially
from those contained in any forward-looking statements we
may make. We undertake no obligation to revise or publicly
release the results of any revision to these forward-looking
statements, except as required by law. Given these risks
and uncertainties, readers are cautioned not to place undue
reliance on such forward-looking statements.

Facebook, the Facebook logo, FB, the Like Button, Instagram and our other
registered or common law trademarks, service marks, or trade names appearing
in this Annual Report are the property of Facebook, Inc. or its affiliates. Other
trademarks, service marks, or trade names appearing in this Annual Report are
the property of their respective owners.

PX0242-115



PX0242-116

# PX0289

3/4/24, 1:32 PM                                    Timeline | Facebook

The Wayback Machine - https://web.archive.org/web/20080228004941/http://www.facebook.com/press/info.php?timeline

Site tour  Login   English ▼

**Email:**

**Password:**

☐ Remember me

Login

Forgot Password?

Everyone Can Join

Sign Up

## Press Room

Blog | About |    Press Releases RSS

Press Room Home

### Company Timeline

## 2007

**November**
Facebook launches Facebook Ads

**October**
Facebook reaches over 50 million active users
Facebook launches Facebook Platform for Mobile
Facebook and Microsoft expand advertising deal to cover international markets; Microsoft takes a $240 million equity stake in Facebook

**July**
Facebook acquires startup Parakey

**May**
Facebook launches Marketplace application for classified listings
Facebook hosts F8 event to launch Facebook Platform
Facebook Platform launches with 65 developer partners and over 85 applications

**April**
Facebook reaches 20 million active users
Facebook updates site design and adds network portals

**March**
Facebook reaches over 2 million active Canadian users and 1 million active UK users

**February**
Virtual gift shop launches as a feature

## 2006

**December**
Facebook reaches more than 12 million active users

**November**
Share feature added on Facebook, simultaneously launched on over 20 partner sites

**September**
News Feed and Mini-Feed are introduced with additional privacy controls
Facebook expands registration so anyone can join

**August**
Facebook development platform launches
Notes application is introduced
Facebook and Microsoft form strategic relationship for banner ad syndication

**May**
Facebook expands to add work networks

**April**
Facebook raises $27.5 million from Greylock Partners, Meritech Capital Partners and others
Facebook Mobile feature launches

## 2005

**December**
Facebook reaches more than 5.5 million active users

**October**

### Company

Factsheet
Statistics
Timeline
Executives
Product
Platform
Images
Video
Press Releases & Announcements
What's New?

### PR Contacts

Interview Requests
Speaker Requests

PX0289-001

Photos is added as an application
Facebook begins to add international school networks

**September**
Facebook expands to add high school networks

**August**
The company officially changes its name to Facebook from thefacebook.com

**May**
Facebook raises $12.7 million in venture capital from Accel Partners;
Facebook grows to support more than 800 college networks

## 2004

**December**
Facebook reaches nearly 1 million active users

**September**
Groups application is added; the Wall is added as a Profile feature

**June**
Facebook moves its base of operations to Palo Alto, Calif.

**March**
Facebook expands from Harvard to Stanford, Columbia and Yale

**February**
Mark Zuckerberg and co-founders Dustin Moskovitz and Chris Hughes launch Facebook
from their Harvard dorm room

Facebook © 2008        Advertisers    Businesses    Developers    About Facebook    Terms    Privacy    Help

PX0289-002

# PX0290

3/4/24, 1:43 PM                                      Facebook | Facebook Your Phone

The Wayback Machine - https://web.archive.org/web/20070117061124/http://blog.facebook.com:80/blog.php?post=2228532130

login   register   help

**Email:**

**Password:**

Login

**Register**
Everyone can join.

**Site Tour**
Learn about Facebook.

### Facebook Blog

Facebook Blog home                                                                Next



## Facebook Your Phone                                                    Share

by Mark Slee 12:45am Wednesday, Jan 10

Uploaded via Facebook Mobile

Facebook was invented to make sharing information with your friends easier and better. Mobile phones were invented for pretty much the same reason. People needed an easier and better way to get in touch with each other, and mobile phones made it happen.

We pondered this for a bit, quickly realized that pondering wasn't making anything awesome happen, and then started building Facebook Mobile. We're now happy to report that Facebook Mobile has services available for every Facebook user with a phone. Here's what they are:

- **Mobile Web** lets you surf Facebook on your phone just like the normal website… except that it actually fits on the screen.

- **Mobile Uploads** lets you send photos and notes to Facebook when you're out and about. We know from experience that really cool things are likely to happen when you're *not* sitting in front of a computer.



*See what exciting things one finds when venturing out into the sunlight?*

- **Mobile Texts** lets you send and receive Facebook messages, wall posts and pokes using text messages, plus you can update your status and search profiles from your phone. Remember that time when you needed to call someone, didn't have their number, but you knew that it was on Facebook? Yeah, that was the worst. Fear no more.

The new **My Mobile** page has lots more information and demos of these services. It's also where we'll be introducing new mobile products in the future. You just might find that your phone is good for more than talking. Like using Facebook.

*Mark Slee, a Facebook engineer, is out exploring the world, and uploading all his discoveries directly to Facebook.*

**To post a comment, you must be logged in. To register for Facebook, click here.**

Next

#### Monthly Archive:

January (2)
December (3)
November (6)
October (5)
September (7)
August (4)

#### Subscribe to this Blog:

Facebook Blog (Atom)

Learn More about Atom »

about    blog    developers    jobs    terms    privacy    advertise
a Mark Zuckerberg production
Facebook © 2007

PX0290-001

# PX0291

3/4/24, 1:52 PM                                  The Facebook Blog | Facebook

The Wayback Machine - https://web.archive.org/web/20080906134944/http://blog.facebook.com/blog.php?post=22389032130

**Email:**

**Password:**

☐ Remember me

Login

Forgot Password?

Everyone Can Join

Sign Up

## The Facebook Blog

Back to The Facebook Blog                                                    Previous  Next

### Facebook for iPhone
by Joe Hewitt Thursday, July 10, 2008 at 9:44am

Last August we launched our Facebook iPhone website, and almost a year later it has over 1.5 million people using it regularly. We are thrilled to see so many enjoying Facebook on their iPhones, so we've been working on ways to take our iPhone experience to the next level. Today, Apple has opened the doors to its App Store which features a new application we've created: Facebook for iPhone.

You're probably wondering what makes our iPhone application different from our iPhone website. The bottom line is that applications built for the iPhone have access to more technology than websites. For example, with the native application you can take photos with the iPhone's camera and upload them instantly to your Mobile Uploads album on Facebook. You'll also find the native application is much faster than the website, giving you more reliable access to your Friends, Photos, and Inbox.



Facebook for iPhone also brings one important new feature to the iPhone - Facebook Chat. Wherever you are, you'll be able to see which of your Facebook friends are online and chat with them for free.

The first version of Facebook for iPhone is just a glimpse of the future. For instance, the iPhone has the ability to find where you are located, and we are looking for ways to let you opt-in to share your location and discover nearby friends. We're developing this and several other exciting new features that we'll release in the coming months.

Facebook for iPhone works with the original iPhone, iPod Touch, and iPhone 3G. You can download the application for free from Apple's App Store on iPhone and iPod touch or at www.itunes.com/appstore/

*Joe, a Facebook engineer, built Facebook for iPhone.*

Updated about 2 months ago

**To post a comment, you must be logged in. To register for Facebook, click here.**

### Archived Posts by Date

**2008**
September (2)
August (2)
July (3)
June (6)
May (5)
April (6)
March (2)
February (4)
January (3)

**2007**
December (4)
November (4)
October (1)
September (3)
August (4)
July (4)
June (2)
May (5)
April (9)
March (8)
February (7)
January (4)

**2006**
December (3)
November (6)
October (5)
September (7)
August (4)

### Archived Posts by Blogger

Aditya Agarwal (2)
Alexandre Roche (1)
Andrew 'Boz' Bosworth (2)
Ari Steinberg (2)
Benjamin Ling (1)
Blair Heuer (1)
Bob Trahan (2)
Brian Shire (1)
Carolyn Abram (11)
Chad Little (1)
Chris Hughes (2)
Chris Kelly (1)
Chris Putnam (1)
Christina Holsberry (1)
Christopher Cox (1)
Dave Fetterman (1)
Dave Morin (1)
Doug Beaver (1)
Dustin Moskovitz (1)
Ezra Callahan (8)
Florin Ratiu (1)
Harry Huai Wang (1)
James Wang (1)
Jared Morgenstern (3)
Jason Sobel (1)
Joe Hewitt (2)
Joel Seligstein (1)
Jon Warman (2)
Josh Wiseman (2)

PX0291-001

3/4/24, 1:52 PM                                    The Facebook Blog | Facebook

Julie Zhuo (1)
Justin Rosenstein (1)
Kate Losse (2)
Katie Geminder (6)
Kevin Der (1)
Leah Pearlman (3)
Luke Shepard (1)
Mark Slee (7)
Mark Zuckerberg (5)
Matt Cahill (1)
Max Kelly (1)
Naomi Gleit (2)
Natalie Minor (1)
Nico Vera (3)
Paul C. Jeffries (1)
Paul Janzer (1)
Peter X. Deng (1)
Philip Fung (2)
Prashant Malik (1)
Randi Zuckerberg (1)
Roddy Lindsay (1)
Ruchi Sanghvi (1)
Ryan McGeehan (2)
Steven Grimm (1)
Tom Whitnah (3)
Victor Valdez (1)
Wayne Chang (2)
Will Chen (1)
Yishan Wong (1)

**Subscribe to this Blog**

Facebook Blog (Atom)

                                                                    Previous   Next

Facebook © 2008  |  English                    About   Find Friends   Advertising   Developers   Terms   Privacy   Help

PX0291-002

# PX0292

S-1 1 d287954ds1.htm REGISTRATION STATEMENT ON FORM S-1

**Table of Contents**

As filed with the Securities and Exchange Commission on February 1, 2012

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Form S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# Facebook, Inc.
### (Exact name of Registrant as specified in its charter)

| Delaware | 7370 | 20-1665019 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(IRS Employer Identification No.)** |

**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, California 94025**
**(650) 308-7300**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

**David A. Ebersman**
**Chief Financial Officer**
**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, California 94025**
**(650) 308-7300**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Please send copies of all communications to:*

| Gordon K. Davidson, Esq. | Theodore W. Ullyot, Esq. | William H. Hinman, Jr., Esq. |
|---|---|---|
| Jeffrey R. Vetter, Esq. | David W. Kling, Esq. | Daniel N. Webb, Esq. |
| James D. Evans, Esq. | Michael L. Johnson, Esq. | Simpson Thacher & Bartlett LLP |
| Fenwick & West LLP | Facebook, Inc. | 2550 Hanover Street |
| 801 California Street | 1601 Willow Road | Palo Alto, California 94304 |
| Mountain View, California 94041 | Menlo Park, California 94025 | (650) 251-5000 |
| (650) 988-8500 | (650) 308-7300 | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | | Accelerated filer ☐ |
|---|---|---|
| Non-accelerated filer ☒ | (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

## CALCULATION OF REGISTRATION FEE

PX0292-001

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price[1][2] | Amount of Registration Fee |
|---|---|---|
| Class A Common Stock, $0.000006 par value | $5,000,000,000 | $573,000 |

(1)  Estimated solely for the purpose of calculating the amount of the registration fee in accordance with Rule 457(o) of the Securities Act of 1933, as amended.
(2)  Includes shares that the underwriters have the option to purchase to cover over-allotments, if any.

———————————

   **The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

PX0292-002

**Table of Contents**

The information in this prospectus is not complete and may be changed. Neither we nor the selling stockholders may sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and neither we nor the selling stockholders are soliciting offers to buy these securities in any state where the offer or sale is not permitted.

*PROSPECTUS (Subject to Completion)*
*Dated February 1, 2012*

*Shares*



*CLASS A COMMON STOCK*

---

Facebook, Inc. is offering            shares of its Class A common stock and the selling stockholders are offering            shares of Class A common stock. We will not receive any proceeds from the sale of shares by the selling stockholders. This is our initial public offering and no public market currently exists for our shares of Class A common stock. We anticipate that the initial public offering price will be between $      and $      per share.

---

We have two classes of authorized common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except with respect to voting and conversion. Each share of Class A common stock is entitled to one vote per share. Each share of Class B common stock is entitled to ten votes per share and is convertible at any time into one share of Class A common stock. Outstanding shares of Class B common stock will represent approximately      % of the voting power of our outstanding capital stock following this offering, and outstanding shares of Class A common stock and Class B common stock held by, or subject to voting control by, our founder, Chairman, and CEO, Mark Zuckerberg, will represent approximately      % of the voting power of our outstanding capital stock following this offering.

---

We intend to apply to list our Class A common stock on            under the symbol "FB."

---

**Investing in our Class A common stock involves risks. See "Risk Factors" beginning on page 11.**

---

PRICE $      A SHARE

---

| | Price to Public | Underwriting Discounts and Commissions | Proceeds to Facebook | Proceeds to Selling Stockholders |
|---|---|---|---|---|
| Per share | $ | $ | $ | $ |
| Total | $ | $ | $ | $ |

We and the selling stockholders have granted the underwriters the right to purchase up to an additional            shares of Class A common stock to cover over-allotments.

The Securities and Exchange Commission and state regulators have not approved or disapproved of these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The underwriters expect to deliver the shares of Class A common stock to purchasers on            , 2012.

---

*MORGAN STANLEY*            *J.P. MORGAN*            *GOLDMAN, SACHS & CO.*

PX0292-003

Registration Statement on Form S-1

*BofA MERRILL LYNCH*                    *BARCLAYS CAPITAL*                    *ALLEN & COMPANY LLC*

*, 2012*

PX0292-004

Table of Contents



PX0292-005

Table of Contents



PX0292-006

**Table of Contents**

## TABLE OF CONTENTS

| | Page | | Page |
|---|---|---|---|
| Prospectus Summary | 1 | Management | 95 |
| Risk Factors | 11 | Executive Compensation | 103 |
| Special Note Regarding Forward-Looking Statements | 33 | Related Party Transactions | 123 |
| Industry Data and User Metrics | 33 | Principal and Selling Stockholders | 126 |
| Use of Proceeds | 34 | Description of Capital Stock | 130 |
| Dividend Policy | 34 | Shares Eligible for Future Sale | 137 |
| Capitalization | 35 | Material U.S. Federal Tax Considerations for Non-U.S. | |
| Dilution | 38 | Holders of Class A Common Stock | 140 |
| Selected Consolidated Financial Data | 40 | Underwriting | 144 |
| Management's Discussion and Analysis of Financial | | Legal Matters | 150 |
| Condition and Results of Operations | 42 | Experts | 150 |
| Letter from Mark Zuckerberg | 67 | Where You Can Find Additional Information | 150 |
| Business | 71 | Index to Consolidated Financial Statements | F-1 |

---

Neither we, nor the selling stockholders, nor the underwriters, have authorized anyone to provide any information or to make any representations other than those contained in this prospectus or in any free writing prospectuses we have prepared. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. We and the selling stockholders are offering to sell, and seeking offers to buy, shares of our Class A common stock only in jurisdictions where offers and sales are permitted. The information in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or any sale of shares of our Class A common stock. Our business, financial condition, results of operations, and prospects may have changed since that date.

The information in this preliminary prospectus is not complete and is subject to change. No person should rely on the information contained in this document for any purpose other than participating in our proposed initial public offering, and only the preliminary prospectus dated                  , 2012, is authorized by us to be used in connection with our proposed initial public offering. The preliminary prospectus will only be distributed by us and the underwriters named herein and no other person has been authorized by us to use this document to offer or sell any of our securities.

**Until                  , 2012 (25 days after the commencement of our initial public offering), all dealers that buy, sell, or trade shares of our Class A common stock, whether or not participating in our initial public offering, may be required to deliver a prospectus. This delivery requirement is in addition to the obligation of dealers to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

For investors outside the United States: Neither we, nor the selling stockholders, nor the underwriters have done anything that would permit our initial public offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. Persons outside the United States who come into possession of this prospectus must inform themselves about, and observe any restrictions relating to, the offering of the shares of our Class A common stock and the distribution of this prospectus outside of the United States.

i

**Table of Contents**

## PROSPECTUS SUMMARY

*This summary highlights information contained in greater detail elsewhere in this prospectus. This summary is not complete and does not contain all of the information you should consider in making your investment decision. You should read the entire prospectus carefully before making an investment in our Class A common stock. You should carefully consider, among other things, our consolidated financial statements and the related notes and the sections entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included elsewhere in this prospectus.*

### FACEBOOK, INC.

Our mission is to make the world more open and connected.

People use Facebook to stay connected with their friends and family, to discover what is going on in the world around them, and to share and express what matters to them to the people they care about.

Developers can use the Facebook Platform to build applications (apps) and websites that integrate with Facebook to reach our global network of users and to build products that are more personalized, social, and engaging.

Advertisers can engage with more than 800 million monthly active users (MAUs) on Facebook or subsets of our users based on information they have chosen to share with us such as their age, location, gender, or interests. We offer advertisers a unique combination of reach, relevance, social context, and engagement to enhance the value of their ads.

We believe that we are at the forefront of enabling faster, easier, and richer communication between people and that Facebook has become an integral part of many of our users' daily lives. We have experienced rapid growth in the number of users and their engagement.



- We had 845 million MAUs as of December 31, 2011, an increase of 39% as compared to 608 million MAUs as of December 31, 2010.
- We had 483 million daily active users (DAUs) on average in December 2011, an increase of 48% as compared to 327 million DAUs in December 2010.
- We had more than 425 million MAUs who used Facebook mobile products in December 2011.
- There were more than 100 billion friend connections on Facebook as of December 31, 2011.
- Our users generated an average of 2.7 billion Likes and Comments per day during the three months ended December 31, 2011.

1

**Table of Contents**

For a description of how we calculate our MAUs and DAUs and factors that can affect these metrics, see "Industry Data and User Metrics" and "Management's Discussion and Analysis of Financial Condition and Results of Operations—Trends in Our User Metrics."

**How We Create Value for Users**

Our top priority is to build useful and engaging products that enable you to:

- *Connect with Your Friends.* With 845 million MAUs worldwide, our users are increasingly able to find and stay connected with their friends, family, and colleagues on Facebook.

- *Discover and Learn.* We believe that users come to Facebook to discover and learn more about what is going on in the world around them, particularly in the lives of their friends and family and with public figures and organizations that interest them.

- *Express Yourself.* We enable our users to share and publish their opinions, ideas, photos, and activities to audiences ranging from their closest friends to our 845 million users, giving every user a voice within the Facebook community.

- *Control What You Share.* Through Facebook's privacy and sharing settings, our users can control what they share and with whom they share it.

- *Experience Facebook Across the Web.* Through apps and websites built by developers using the Facebook Platform, our users can interact with their Facebook friends while playing games, listening to music, watching movies, reading news, and engaging in other activities.

- *Stay Connected with Your Friends on Mobile Devices.* Through the combination of our mobile sites, smartphone apps, and feature phone products, users can bring Facebook with them on mobile devices wherever they go.

**Foundations of the Social Web**

We believe that the web, including the mobile web, is evolving to become more social and personalized. This evolution is creating more rewarding experiences that are centered on people, their connections, and their interests. We believe that the following elements form the foundation of the social web:

- *Authentic Identity.* We believe that using your real name, connecting to your real friends, and sharing your genuine interests online create more engaging and meaningful experiences. Representing yourself with your authentic identity online encourages you to behave with the same norms that foster trust and respect in your daily life offline. Authentic identity is core to the Facebook experience, and we believe that it is central to the future of the web. Our terms of service require you to use your real name and we encourage you to be your true self online, enabling us and Platform developers to provide you with more personalized experiences.

- *Social Graph.* The Social Graph represents the connections between people and their friends and interests. Every person or entity is represented by a point within the graph, and the affiliations between people and their friends and interests form billions of connections between the points. Our mapping of the Social Graph enables Facebook and Platform developers to build more engaging user experiences that are based on these connections.

- *Social Distribution.* Over time, people are consuming and creating more kinds of information at a faster pace across a broader range of devices. The growing volume of information makes it challenging to find meaningful and trusted content and to effectively make your voice heard. Facebook organizes and prioritizes content and serves as a powerful social distribution tool delivering to users what we believe they will find most compelling based on their friends and interests.

2

PX0292-009

**Table of Contents**

**How We Create Value for Developers Through the Facebook Platform**

The Facebook Platform is a set of development tools and application programming interfaces (APIs) that enables developers to easily integrate with Facebook to create social apps and websites and to reach our 845 million users. Platform developers build experiences that allow our users to connect and share with friends while engaging in a wide range of activities. Platform developers range from a student on his or her computer at home to teams of programmers at leading websites. We are focused on the growth and success of Platform developers by enabling:

- *Personalized and Social Experiences.* We enable Platform developers to create better products that are personalized and social and that offer new ways for our users to engage with friends and share experiences across the web and on mobile devices. For example, a Facebook user can visit the Pandora website and immediately begin listening to a personalized radio station that is customized based on the bands the user Likes on Facebook.

- *Social Distribution.* We enable Platform developers to reach our global user base and use our social distribution channels to increase traffic to their apps and websites.

- *Payments.* We provide an online payments infrastructure that enables Platform developers to receive payments from our users in an easy-to-use, secure, and trusted environment.

**How We Create Value for Advertisers and Marketers**

We offer advertisers and marketers a unique combination of reach, relevance, social context, and engagement:

- *Reach.* Facebook offers the ability to reach a vast consumer audience of over 800 million MAUs with a single advertising purchase.

- *Relevance.* Advertisers can specify that we show their ads to a subset of our users based on demographic factors and specific interests that they have chosen to share with us on Facebook or by using the Like button around the web. We allow advertisers to select relevant and appropriate audiences for their ads, ranging from millions of users in the case of global brands to hundreds of users in the case of smaller, local businesses.

- *Social Context.* We believe that the recommendations of friends have a powerful influence on consumer interest and purchase decisions. We offer advertisers the ability to include "social context" with their marketing messages. Social context is information that highlights a user's friends' connections with a particular brand or business, for example, that a friend Liked a product or checked in at a restaurant. We believe that users find marketing messages more engaging when they include social context.

- *Engagement.* We believe that the shift to a more social web creates new opportunities for businesses to engage with interested customers. Any brand or business can create a Facebook Page to stimulate an ongoing dialog with our users.

**Our Market Opportunity**

*Our Advertising Market Opportunity*

Advertisers' objectives range from building long-term brand awareness to stimulating an immediate purchase. We offer advertising solutions that are designed to be more engaging and relevant for users in order to help advertisers better achieve their goals. Facebook's combination of reach, relevance, social context, and engagement gives advertisers enhanced opportunities to generate brand awareness and affiliation, while also creating new ways to generate near-term demand for their products from consumers likely to have purchase

3

**Table of Contents**

intent. According to an industry source, total worldwide advertising spending in 2010 was $588 billion. Our addressable market opportunity includes portions of many existing advertising markets, including the traditional offline branded advertising, online display advertising, online performance-based advertising, and mobile advertising markets.

Advertising on the social web is a significant market opportunity that is still emerging and evolving. We believe that most advertisers are still learning and experimenting with the best ways to leverage Facebook to create more social and valuable ads.

### *Our Market Opportunity for Payments*

When users purchase virtual and digital goods from our Platform developers using our Payments infrastructure, we receive fees that represent a portion of the transaction value. Currently, substantially all of the Payments transactions between our users and Platform developers are for virtual goods used in social games. According to an industry source, the worldwide revenue generated from the sale of virtual goods increased from $2 billion in 2007 to $7 billion in 2010, and is forecasted to increase to $15 billion by 2014. We currently require Payments integration in games on Facebook, and we may seek to extend the use of Payments to other types of apps in the future.

## Our Strategy

We are in the early days of pursuing our mission to make the world more open and connected. We believe that we have a significant opportunity to further enhance the value we deliver to users, developers, and advertisers. Key elements of our strategy are:

- *Expand Our Global User Community.* We continue to focus on growing our user base across all geographies, including relatively less-penetrated, large markets such as Brazil, Germany, India, Japan, Russia, and South Korea. We intend to grow our user base by continuing our marketing and user acquisition efforts and enhancing our products, including mobile apps, in order to make Facebook more accessible and useful.

- *Build Great Social Products to Increase Engagement.* We prioritize product development investments that we believe will create engaging interactions between our users, developers, and advertisers on Facebook, across the web, and on mobile devices. We continue to invest significantly in improving our core products such as News Feed, Photos, and Groups, developing new products such as Timeline and Ticker, and enabling new Platform apps and website integrations.

- *Provide Users with the Most Compelling Experience.* Facebook users are sharing and receiving more information across a broader range of devices. To provide the most compelling user experience, we continue to develop products and technologies focused on optimizing our social distribution channels to deliver the most useful content to each user by analyzing and organizing vast amounts of information in real time.

- *Build Engaging Mobile Experiences.* We are devoting substantial resources to developing engaging mobile products and experiences for a wide range of platforms, including smartphones and feature phones. In addition, we are working across the mobile industry with operators, hardware manufacturers, operating system providers, and developers to improve the Facebook experience on mobile devices and make Facebook available to more people around the world. We believe that mobile usage is critical to maintaining user growth and engagement over the long term.

- *Enable Developers to Build Great Social Products Using the Facebook Platform.* The success of our Platform developers and the vibrancy of our Platform ecosystem are key to increasing user engagement.

4

**Table of Contents**

We continue to invest in tools and APIs that enhance the ability of Platform developers to deliver products that are more social and personalized and better engage users on Facebook, across the web, and on mobile devices. Additionally, we plan to invest in enhancing our Payments offerings and in making the Payments experience on Facebook as convenient as possible for users and Platform developers.

- ***Improve Ad Products for Advertisers and Users.*** We plan to continue to improve our ad products in order to create more value for advertisers and enhance their ability to make their advertising more social and relevant for users. Our advertising strategy centers on the belief that ad products that are social, relevant, and well-integrated with other content on Facebook can enhance the user experience while providing an attractive return for advertisers. We intend to invest in additional products for our advertisers and marketers while continuing to balance our monetization objectives with our commitment to optimizing the user experience.

**Summary Risk Factors**

Our business is subject to numerous risks described in the section entitled "Risk Factors" and elsewhere in this prospectus. You should carefully consider these risks before making an investment. Some of these risks include:

- If we fail to retain existing users or add new users, or if our users decrease their level of engagement with Facebook, our revenue, financial results, and business may be significantly harmed;

- We generate a substantial majority of our revenue from advertising. The loss of advertisers, or reduction in spending by advertisers with Facebook, could seriously harm our business;

- Growth in use of Facebook through our mobile products, where we do not currently display ads, as a substitute for use on personal computers may negatively affect our revenue and financial results;

- Facebook user growth and engagement on mobile devices depend upon effective operation with mobile operating systems, networks, and standards that we do not control;

- We may not be successful in our efforts to grow and further monetize the Facebook Platform;

- Our business is highly competitive, and competition presents an ongoing threat to the success of our business;

- Improper access to or disclosure of our users' information could harm our reputation and adversely affect our business;

- Our business is subject to complex and evolving U.S. and foreign laws and regulations regarding privacy, data protection, and other matters. Many of these laws and regulations are subject to change and uncertain interpretation, and could harm our business;

- Our CEO has control over key decision making as a result of his control of a majority of our voting stock;

- The loss of Mark Zuckerberg, Sheryl K. Sandberg, or other key personnel could harm our business;

- We anticipate that we will expend substantial funds in connection with tax withholding and remittance obligations related to the initial settlement of our restricted stock units (RSUs) approximately six months following our initial public offering;

- The market price of our Class A common stock may be volatile or may decline, and you may not be able to resell your shares at or above the initial public offering price; and

5

**Table of Contents**

- Substantial blocks of our total outstanding shares may be sold into the market as "lock-up" periods end, as further described in "Shares Eligible for Future Sale." If there are substantial sales of shares of our common stock, the price of our Class A common stock could decline.

**Corporate Information**

We were incorporated in Delaware in July 2004. Unless expressly indicated or the context requires otherwise, the terms "Facebook," "company," "we," "us," and "our" in this prospectus refer to Facebook, Inc., a Delaware corporation, and, where appropriate, its wholly-owned subsidiaries. The term "Facebook" may also refer to our products, regardless of the manner in which they are accessed. Our principal executive offices are located at 1601 Willow Road, Menlo Park, California 94025, and our telephone number is (650) 308-7300. Our website address is www.facebook.com. The information on or that can be accessed through our website is not part of this prospectus.

Facebook, the Facebook logo, FB, the Like Button, f8, and our other registered or common law trademarks, service marks, or trade names appearing in this prospectus are the property of Facebook, Inc. Other trademarks, service marks, or trade names appearing in this prospectus are the property of their respective owners.

6

PX0292-013

**Table of Contents**

**THE OFFERING**

| | |
|---|---|
| Class A common stock offered | |
|   By us | shares |
|   By the selling stockholders | shares |
|    Total | shares |
| Class A common stock to be outstanding after our initial public offering | shares |
| Class B common stock to be outstanding after our initial public offering | shares |
| Total Class A and Class B common stock to be outstanding after our initial public offering | shares |
| Over-allotment option of Class A common stock offered by us and the selling stockholders | shares |

Use of proceeds

We estimate that our net proceeds from the sale of the Class A common stock that we are offering will be approximately $     billion, assuming an initial public offering price of $     per share, which is the midpoint of the price range on the cover page of this prospectus, and after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us.

The principal purposes of our initial public offering are to create a public market for our Class A common stock and thereby enable future access to the public equity markets by us and our employees, obtain additional capital, and facilitate an orderly distribution of shares for the selling stockholders. We intend to use the net proceeds to us from our initial public offering for working capital and other general corporate purposes; however we do not have any specific uses of the net proceeds planned. We may use some of the net proceeds to us to satisfy a portion of the anticipated tax withholding and remittance obligations related to the initial settlement of our outstanding RSUs, which will become due approximately six months following the completion of our initial public offering. Additionally, we may use a portion of the proceeds to us for acquisitions of complementary businesses, technologies, or other assets.

We will not receive any proceeds from the sale of shares of Class A common stock by the selling stockholders. Mark Zuckerberg, our founder, Chairman, and CEO, will offer and sell     shares in our initial public offering. We expect that substantially all of the net proceeds upon such sale will be used to satisfy taxes that he will incur upon his exercise of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock. See "Use of Proceeds."

7

PX0292-014

**Table of Contents**

| | |
|---|---|
| Voting rights | Shares of Class A common stock are entitled to one vote per share. |
| | Shares of Class B common stock are entitled to ten votes per share. |
| | Holders of our Class A common stock and Class B common stock will generally vote together as a single class, unless otherwise required by law. Mr. Zuckerberg, who after our initial public offering will control more than    % of the voting power of our outstanding capital stock, will have the ability to control the outcome of matters submitted to our stockholders for approval, including the election of our directors. See "Description of Capital Stock." |
| Proposed           symbol | "FB" |

The number of shares of Class A and Class B common stock to be outstanding after our initial public offering is based on 117,097,143 shares of our Class A common stock and 1,758,902,390 shares of our Class B common stock outstanding as of December 31, 2011, as well as the exercise by Mr. Zuckerberg of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock and the automatic conversion of            of those shares into an equal number of shares of Class A common stock upon their sale in our initial public offering, and excludes:

- 138,539,434 shares of Class B common stock issuable upon the exercise of options outstanding as of December 31, 2011 under our 2005 Stock Plan, with a weighted-average exercise price of approximately $0.83 per share;

- 378,772,184 shares of Class B common stock subject to RSUs outstanding as of December 31, 2011 under our 2005 Stock Plan;

- 1,947,208 shares of Class B common stock subject to RSUs granted between January 1, 2012 and January 31, 2012 under our 2005 Stock Plan; and

- 77,185,000 shares of our common stock reserved for future issuance under our equity compensation plans, consisting of 25,000,000 shares of Class A common stock reserved for issuance under our 2012 Equity Incentive Plan, and 52,185,000 shares of Class B common stock reserved for issuance under our 2005 Stock Plan. On the date of this prospectus, any remaining shares available for issuance under our 2005 Stock Plan will be added to the shares to be reserved under our 2012 Equity Incentive Plan and we will cease granting awards under the 2005 Stock Plan. Our 2012 Equity Incentive Plan also provides for automatic annual increases in the number of shares reserved thereunder, as more fully described in "Executive Compensation—Employee Benefit Plans."

Unless expressly indicated or the context requires otherwise, all information in this prospectus assumes:

- the conversion of all outstanding shares of our convertible preferred stock into 545,551,391 shares of Class B common stock in connection with our initial public offering;

- the automatic conversion of            shares of our Class B common stock into an equal number of shares of our Class A common stock upon their sale by the selling stockholders in our initial public offering;

- the conversion by certain of our existing stockholders of an aggregate of            shares of our Class B common stock into an equivalent number of shares of our Class A common stock in connection with our initial public offering;

- no exercise by the underwriters of their right to purchase up to an additional            shares of Class A common stock to cover over-allotments; and

- the filing of our restated certificate of incorporation and the effectiveness of our restated bylaws in connection with our initial public offering.

8

PX0292-015

**Table of Contents**

## SUMMARY CONSOLIDATED FINANCIAL DATA

The following table summarizes our consolidated financial data. We have derived the summary consolidated statements of income data for the years ended December 31, 2009, 2010, and 2011 and the consolidated balance sheets data as of December 31, 2010 and 2011 from our audited consolidated financial statements included elsewhere in this prospectus. Our historical results are not necessarily indicative of our results in any future period. The summary of our consolidated financial data set forth below should be read together with our consolidated financial statements and the related notes, as well as the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations," included elsewhere in this prospectus.

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
|  | (in millions, except per share data) | | |
| **Consolidated Statements of Income Data:** |  |  |  |
| Revenue | $ 777 | $ 1,974 | $ 3,711 |
| Costs and expenses[1]: |  |  |  |
|     Cost of revenue | 223 | 493 | 860 |
|     Marketing and sales | 115 | 184 | 427 |
|     Research and development | 87 | 144 | 388 |
|     General and administrative | 90 | 121 | 280 |
| Total costs and expenses | 515 | 942 | 1,955 |
| Income from operations | 262 | 1,032 | 1,756 |
| Other expense, net | 8 | 24 | 61 |
| Income before provision for income taxes | 254 | 1,008 | 1,695 |
| Provision for income taxes | 25 | 402 | 695 |
| Net income | $ 229 | $ 606 | $ 1,000 |
| Net income attributable to Class A and Class B common stockholders | $ 122 | $ 372 | $ 668 |
| Earnings per share attributable to Class A and Class B common stockholders[2]: |  |  |  |
|     Basic | $ 0.12 | $ 0.34 | $ 0.52 |
|     Diluted | $ 0.10 | $ 0.28 | $ 0.46 |
| Pro forma earnings per share attributable to Class A and Class B common stockholders[2]: |  |  |  |
|     Basic |  |  | $ 0.49 |
|     Diluted |  |  | $ 0.43 |

(1)  Costs and expenses include share-based compensation expense as follows:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
|  | (in millions) | | |
| Cost of revenue | $ — | $ — | $ 9 |
| Marketing and sales | 2 | 2 | 43 |
| Research and development | 6 | 9 | 114 |
| General and administrative | 19 | 9 | 51 |
| Total share-based compensation expense | $ 27 | $ 20 | $ 217 |

(2)  See note 2 of the notes to our consolidated financial statements for a description of how we compute basic and diluted earnings per share attributable to Class A and Class B common stockholders and pro forma basic and diluted earnings per share attributable to Class A and Class B common stockholders.

9

**Table of Contents**

|  | As of December 31, 2011 | | |
|---|---|---|---|
| | **Actual** | **Pro Forma**[1]<br>(in millions) | **Pro Forma As**<br>**Adjusted**[2][3] |
| **Consolidated Balance Sheet Data:** | | | |
| Cash, cash equivalents, and marketable securities | $3,908 | $3,908 | $ |
| Working capital | 3,705 | 4,034 | |
| Property and equipment, net | 1,475 | 1,475 | |
| Total assets | 6,331 | 6,660 | |
| Total liabilities | 1,432 | 1,432 | |
| Additional paid-in capital | 2,684 | 4,267 | |
| Retained earnings | 1,606 | 967 | |
| Total stockholders' equity | 4,899 | 5,228 | |

(1) The pro forma consolidated balance sheet data as of December 31, 2011 presents our consolidated balance sheet data to give effect to the automatic conversion of all of our outstanding shares of convertible preferred stock into shares of Class B common stock in connection with our initial public offering and to also give effect to a share-based compensation expense of approximately $968 million associated with RSUs granted prior to 2011, for which the service condition was satisfied as of December 31, 2011 and which we expect to record upon completion of our initial public offering, as further described in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." The pro forma adjustment related to share-based compensation expense of approximately $968 million has been reflected as an increase to additional paid-in capital and the associated tax effect of $329 million has been netted against this charge, resulting in a net reduction of $639 million to retained earnings. The income tax effects have been reflected as an increase to deferred tax assets included in prepaid expenses and other current assets, to reflect the anticipated future tax benefits upon settlement of these RSUs.

(2) The pro forma as adjusted consolidated balance sheet data reflects the items described in footnote (1) above and our receipt of estimated net proceeds from the sale of      shares of Class A common stock that we are offering at an assumed initial public offering price of the Class A common stock of $      per share, the midpoint of the price range on the cover page of this prospectus, after deducting the estimated underwriting discounts and commissions and estimated offering expenses payable by us. A $1.00 increase (decrease) in the assumed initial public offering price of $      per share would increase (decrease) each of cash, cash equivalents, and marketable securities, working capital, total assets, additional paid-in capital, and total stockholders' equity by $      million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions.

(3) The pro forma as adjusted information discussed above is illustrative only and will be adjusted based on the actual initial public offering price and other terms of our initial public offering determined at pricing.

10

PX0292-017

**Table of Contents**

## RISK FACTORS

*Investing in our Class A common stock involves a high degree of risk. You should consider carefully the risks and uncertainties described below, together with all of the other information in this prospectus, including the consolidated financial statements and the related notes included elsewhere in this prospectus, before deciding whether to invest in shares of our Class A common stock. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties that we are unaware of, or that we currently believe are not material, may also become important factors that adversely affect our business. If any of the following risks actually occurs, our business, financial condition, results of operations, and future prospects could be materially and adversely affected. In that event, the market price of our Class A common stock could decline, and you could lose part or all of your investment.*

**Risks Related to Our Business and Industry**

***If we fail to retain existing users or add new users, or if our users decrease their level of engagement with Facebook, our revenue, financial results, and business may be significantly harmed.***

The size of our user base and our users' level of engagement are critical to our success. We had 845 million monthly active users (MAUs) as of December 31, 2011. Our financial performance has been and will continue to be significantly determined by our success in adding, retaining, and engaging active users. We anticipate that our active user growth rate will decline over time as the size of our active user base increases, and as we achieve higher market penetration rates. To the extent our active user growth rate slows, our business performance will become increasingly dependent on our ability to increase levels of user engagement in current and new markets. If people do not perceive our products to be useful, reliable, and trustworthy, we may not be able to attract or retain users or otherwise maintain or increase the frequency and duration of their engagement. A number of other social networking companies that achieved early popularity have since seen their active user bases or levels of engagement decline, in some cases precipitously. There is no guarantee that we will not experience a similar erosion of our active user base or engagement levels. A decrease in user retention, growth, or engagement could render Facebook less attractive to developers and advertisers, which may have a material and adverse impact on our revenue, business, financial condition, and results of operations. Any number of factors could potentially negatively affect user retention, growth, and engagement, including if:

- users increasingly engage with competing products;

- we fail to introduce new and improved products or if we introduce new products or services that are not favorably received;

- we are unable to successfully balance our efforts to provide a compelling user experience with the decisions we make with respect to the frequency, prominence, and size of ads and other commercial content that we display;

- we are unable to continue to develop products for mobile devices that users find engaging, that work with a variety of mobile operating systems and networks, and that achieve a high level of market acceptance;

- there are changes in user sentiment about the quality or usefulness of our products or concerns related to privacy and sharing, safety, security, or other factors;

- we are unable to manage and prioritize information to ensure users are presented with content that is interesting, useful, and relevant to them;

- there are adverse changes in our products that are mandated by legislation, regulatory authorities, or litigation, including settlements or consent decrees;

- technical or other problems prevent us from delivering our products in a rapid and reliable manner or otherwise affect the user experience;

11

PX0292-018

**Table of Contents**

- we adopt policies or procedures related to areas such as sharing or user data that are perceived negatively by our users or the general public;

- we fail to provide adequate customer service to users, developers, or advertisers;

- we, our Platform developers, or other companies in our industry are the subject of adverse media reports or other negative publicity; or

- our current or future products, such as the Facebook Platform, reduce user activity on Facebook by making it easier for our users to interact and share on third-party websites.

If we are unable to maintain and increase our user base and user engagement, our revenue, financial results, and future growth potential may be adversely affected.

***We generate a substantial majority of our revenue from advertising. The loss of advertisers, or reduction in spending by advertisers with Facebook, could seriously harm our business.***

The substantial majority of our revenue is currently generated from third parties advertising on Facebook. In 2009, 2010, and 2011, advertising accounted for 98%, 95%, and 85%, respectively, of our revenue. As is common in the industry, our advertisers typically do not have long-term advertising commitments with us. Many of our advertisers spend only a relatively small portion of their overall advertising budget with us. In addition, advertisers may view some of our products, such as sponsored stories and ads with social context, as experimental and unproven. Advertisers will not continue to do business with us, or they will reduce the prices they are willing to pay to advertise with us, if we do not deliver ads and other commercial content in an effective manner, or if they do not believe that their investment in advertising with us will generate a competitive return relative to other alternatives. Our advertising revenue could be adversely affected by a number of other factors, including:

- decreases in user engagement, including time spent on Facebook;

- increased user access to and engagement with Facebook through our mobile products, where we do not currently directly generate meaningful revenue, particularly to the extent that mobile engagement is substituted for engagement with Facebook on personal computers where we monetize usage by displaying ads and other commercial content;

- product changes or inventory management decisions we may make that reduce the size, frequency, or relative prominence of ads and other commercial content displayed on Facebook;

- our inability to improve our analytics and measurement solutions that demonstrate the value of our ads and other commercial content;

- decisions by advertisers to use our free products, such as Facebook Pages, instead of advertising on Facebook;

- loss of advertising market share to our competitors;

- adverse legal developments relating to advertising, including legislative and regulatory developments and developments in litigation;

- adverse media reports or other negative publicity involving us, our Platform developers, or other companies in our industry;

- our inability to create new products that sustain or increase the value of our ads and other commercial content;

- the degree to which users opt out of social ads or otherwise limit the potential audience of commercial content;

- changes in the way online advertising is priced;

12

PX0292-019

**Table of Contents**

- the impact of new technologies that could block or obscure the display of our ads and other commercial content; and

- the impact of macroeconomic conditions and conditions in the advertising industry in general.

The occurrence of any of these or other factors could result in a reduction in demand for our ads and other commercial content, which may reduce the prices we receive for our ads and other commercial content, or cause advertisers to stop advertising with us altogether, either of which would negatively affect our revenue and financial results.

***Growth in use of Facebook through our mobile products, where we do not currently display ads, as a substitute for use on personal computers may negatively affect our revenue and financial results.***

We had more than 425 million MAUs who used Facebook mobile products in December 2011. We anticipate that the rate of growth in mobile users will continue to exceed the growth rate of our overall MAUs for the foreseeable future, in part due to our focus on developing mobile products to encourage mobile usage of Facebook. Although the substantial majority of our mobile users also access and engage with Facebook on personal computers where we display advertising, our users could decide to increasingly access our products primarily through mobile devices. We do not currently directly generate any meaningful revenue from the use of Facebook mobile products, and our ability to do so successfully is unproven. Accordingly, if users continue to increasingly access Facebook mobile products as a substitute for access through personal computers, and if we are unable to successfully implement monetization strategies for our mobile users, our revenue and financial results may be negatively affected.

***Facebook user growth and engagement on mobile devices depend upon effective operation with mobile operating systems, networks, and standards that we do not control.***

There is no guarantee that popular mobile devices will continue to feature Facebook, or that mobile device users will continue to use Facebook rather than competing products. We are dependent on the interoperability of Facebook with popular mobile operating systems that we do not control, such as Android and iOS, and any changes in such systems that degrade our products' functionality or give preferential treatment to competitive products could adversely affect Facebook usage on mobile devices. Additionally, in order to deliver high quality mobile products, it is important that our products work well with a range of mobile technologies, systems, networks, and standards that we do not control. We may not be successful in developing relationships with key participants in the mobile industry or in developing products that operate effectively with these technologies, systems, networks, or standards. In the event that it is more difficult for our users to access and use Facebook on their mobile devices, or if our users choose not to access or use Facebook on their mobile devices or use mobile products that do not offer access to Facebook, our user growth and user engagement could be harmed.

***We may not be successful in our efforts to grow and further monetize the Facebook Platform.***

We have made and are continuing to make major investments to enable developers to build applications (apps) and websites that integrate with the Facebook Platform. Existing and prospective Platform developers may not be successful in building apps or websites that create and maintain user engagement. Additionally, developers may choose to build on other platforms, including mobile platforms controlled by third parties, rather than building on the Facebook Platform. We are continuously seeking to balance the distribution objectives of our Platform developers with our desire to provide an optimal user experience, and we may not be successful in achieving a balance that continues to attract and retain Platform developers. From time to time, we have taken actions to reduce the volume of communications from apps to users on Facebook with the objective of enhancing the user experience, and such actions have reduced distribution from, user engagement with, and our monetization opportunities from, apps on Facebook. In some instances, these actions have adversely affected our relationships with Platform developers. If we are not successful in our efforts to grow our Platform or if we are unable to build and maintain good relations with Platform developers, our user growth and user engagement and our financial results may be adversely affected.

13

PX0292-020

**Table of Contents**

Additionally, we may not be successful in further monetizing the Facebook Platform. We currently monetize the Facebook Platform in several ways, including ads on pages generated by apps on Facebook, direct advertising on Facebook purchased by Platform developers to drive traffic to their apps and websites, and fees from our Platform developers' use of our Payments infrastructure to sell virtual and digital goods to users. Apps built by developers of social games, particularly Zynga, are currently responsible for substantially all of our revenue derived from Payments. If the Platform apps that currently generate revenue fail to grow or maintain their users and engagement, if Platform developers do not continue to introduce new apps that attract users and create engagement, if Platform developers reduce their advertising on Facebook, if we fail to maintain good relationships with Platform developers or attract new developers, or if Platform apps outside of social games do not gain popularity and generate significant revenue, our financial performance and ability to grow revenue could be adversely affected.

***Our business is highly competitive. Competition presents an ongoing threat to the success of our business.***

We face significant competition in almost every aspect of our business, including from companies such as Google, Microsoft, and Twitter, which offer a variety of Internet products, services, content, and online advertising offerings, as well as from mobile companies and smaller Internet companies that offer products and services that may compete with specific Facebook features. We also face competition from traditional and online media businesses for advertising budgets. We compete broadly with Google's social networking offerings, including Google+, and also with other, largely regional, social networks that have strong positions in particular countries, including Cyworld in Korea, Mixi in Japan, Orkut (owned by Google) in Brazil and India, and vKontakte in Russia. We would also face competition from companies in China such as Renren, Sina, and Tencent in the event that we are able to access the market in China in the future. As we introduce new products, as our existing products evolve, or as other companies introduce new products and services, we may become subject to additional competition.

Some of our current and potential competitors have significantly greater resources and better competitive positions in certain markets than we do. These factors may allow our competitors to respond more effectively than us to new or emerging technologies and changes in market requirements. Our competitors may develop products, features, or services that are similar to ours or that achieve greater market acceptance, may undertake more far-reaching and successful product development efforts or marketing campaigns, or may adopt more aggressive pricing policies. In addition, Platform partners may use information shared by our users through the Facebook Platform in order to develop products or features that compete with us. Certain competitors, including Google, could use strong or dominant positions in one or more markets to gain competitive advantage against us in areas where we operate including: by integrating competing social networking platforms or features into products they control such as search engines, web browsers, or mobile device operating systems; by making acquisitions; or by making access to Facebook more difficult. As a result, our competitors may acquire and engage users at the expense of the growth or engagement of our user base, which may negatively affect our business and financial results.

We believe that our ability to compete effectively depends upon many factors both within and beyond our control, including:

- the usefulness, ease of use, performance, and reliability of our products compared to our competitors;

- the size and composition of our user base;

- the engagement of our users with our products;

- the timing and market acceptance of products, including developments and enhancements to our or our competitors' products;

- our ability to monetize our products, including our ability to successfully monetize mobile usage;

- the frequency, size, and relative prominence of the ads and other commercial content displayed by us or our competitors;

14

PX0292-021

**Table of Contents**

- customer service and support efforts;

- marketing and selling efforts;

- our ability to establish and maintain developers' interest in building on the Facebook Platform;

- changes mandated by legislation, regulatory authorities, or litigation, including settlements and consent decrees, some of which may have a disproportionate effect on us;

- acquisitions or consolidation within our industry, which may result in more formidable competitors;

- our ability to attract, retain, and motivate talented employees, particularly software engineers;

- our ability to cost-effectively manage and grow our operations; and

- our reputation and brand strength relative to our competitors.

If we are not able to effectively compete, our user base and level of user engagement may decrease, which could make us less attractive to developers and advertisers and materially and adversely affect our revenue and results of operations.

***Action by governments to restrict access to Facebook in their countries could substantially harm our business and financial results.***

It is possible that governments of one or more countries may seek to censor content available on Facebook in their country, restrict access to Facebook from their country entirely, or impose other restrictions that may affect the accessibility of Facebook in their country for an extended period of time or indefinitely. For example, access to Facebook has been or is currently restricted in whole or in part in China, Iran, North Korea, and Syria. In addition, governments in other countries may seek to restrict access to Facebook if they consider us to be in violation of their laws. In the event that access to Facebook is restricted, in whole or in part, in one or more countries or our competitors are able to successfully penetrate geographic markets that we cannot access, our ability to retain or increase our user base and user engagement may be adversely affected, we may not be able to maintain or grow our revenue as anticipated, and our financial results could be adversely affected.

***Our efforts to expand the Facebook Platform may result in users increasingly engaging with our Platform developers' Facebook-integrated websites instead of engaging on Facebook, which may negatively affect our advertising revenue and harm our business.***

We actively support Platform developers' efforts to develop products that integrate with Facebook on the developers' websites. Our Platform developers may choose to prioritize building or supporting Facebook-integrated websites as opposed to building or supporting apps that run on the Facebook website. When users visit a Platform partner's Facebook-integrated website, we do not deliver advertisements, whereas we would have displayed advertisements to these users if their activity had taken place on the Facebook website. If Facebook-integrated websites draw users away from our website, it may reduce or slow the growth of our user activity that generates advertising opportunities, which could negatively affect our advertising revenue. Although we believe that there are significant long-term benefits to Facebook resulting from increased engagement on Facebook-integrated websites, these benefits may not offset the possible loss of advertising revenue, in which case our business could be harmed.

***Our new products and changes to existing products could fail to attract or retain users or generate revenue.***

Our ability to retain, increase, and engage our user base and to increase our revenue will depend heavily on our ability to create successful new products, both independently and in conjunction with Platform developers or other third parties. We may introduce significant changes to our existing products or develop and introduce new and unproven products, including using technologies with which we have little or no prior development or operating experience. If new or enhanced products fail to engage users, developers, or advertisers, we may fail to

15

PX0292-022

**Table of Contents**

attract or retain users or to generate sufficient revenue, operating margin, or other value to justify our investments, and our business may be adversely affected. In the future, we may invest in new products and initiatives to generate revenue, but there is no guarantee these approaches will be successful. If we are not successful with new approaches to monetization, we may not be able to maintain or grow our revenue as anticipated or recover any associated development costs, and our financial results could be adversely affected.

***Our culture emphasizes rapid innovation and prioritizes user engagement over short-term financial results.***

We have a culture that encourages employees to quickly develop and launch new and innovative products. As our business grows and becomes more complex, our cultural emphasis on moving quickly may result in unintended outcomes or decisions that are poorly received by users, developers, or advertisers. Our culture also prioritizes our user engagement over short-term financial results, and we frequently make product decisions that may reduce our short-term revenue or profitability if we believe that the decisions are consistent with our mission and benefit the aggregate user experience and will thereby improve our financial performance over the long term. These decisions may not produce the long-term benefits that we expect, in which case our user growth and engagement, our relationships with developers and advertisers, and our business and results of operations could be harmed.

***If we are not able to maintain and enhance our brand, or if events occur that damage our reputation and brand, our ability to expand our base of users, developers, and advertisers may be impaired, and our business and financial results may be harmed.***

We believe that the Facebook brand has significantly contributed to the success of our business. We also believe that maintaining and enhancing our brand is critical to expanding our base of users, developers, and advertisers. Many of our new users are referred by existing users, and therefore we strive to ensure that our users remain favorably inclined towards Facebook. Maintaining and enhancing our brand will depend largely on our ability to continue to provide useful, reliable, trustworthy, and innovative products, which we may not do successfully. We may introduce new products or terms of service that users do not like, which may negatively affect our brand. Additionally, the actions of our Platform developers may affect our brand if users do not have a positive experience using third-party apps and websites integrated with Facebook. We have in the past experienced, and we expect that in the future we will continue to experience, media, legislative, or regulatory scrutiny of our decisions regarding user privacy or other issues, which may adversely affect our reputation and brand. We also may fail to provide adequate customer service, which could erode confidence in our brand. Maintaining and enhancing our brand may require us to make substantial investments and these investments may not be successful. If we fail to successfully promote and maintain the Facebook brand or if we incur excessive expenses in this effort, our business and financial results may be adversely affected.

***Improper access to or disclosure of our users' information could harm our reputation and adversely affect our business.***

Our efforts to protect the information that our users have chosen to share using Facebook may be unsuccessful due to the actions of third parties, software bugs or other technical malfunctions, employee error or malfeasance, or other factors. In addition, third parties may attempt to fraudulently induce employees or users to disclose information in order to gain access to our data or our users' data. If any of these events occur, our users' information could be accessed or disclosed improperly. Our Data Use Policy governs the use of information that users have chosen to share using Facebook and how that information may be used by third parties. Some Platform developers may store information provided by our users through apps on the Facebook Platform or websites integrated with Facebook. If these third parties or Platform developers fail to adopt or adhere to adequate data security practices or fail to comply with our terms and policies, or in the event of a breach of their networks, our users' data may be improperly accessed or disclosed. Any incidents involving unauthorized access to or improper use of the information of our users could damage our reputation and our brand and diminish our competitive position. In addition, the affected users or government authorities could initiate legal or regulatory

16

**Table of Contents**

action against us in connection with such incidents, which could cause us to incur significant expense and liability or result in orders or consent decrees forcing us to modify our business practices. Any of these events could have a material and adverse effect on our business, reputation, or financial results.

***Unfavorable media coverage could negatively affect our business.***

We receive a high degree of media coverage around the world. Unfavorable publicity regarding, for example, our privacy practices, product changes, product quality, litigation or regulatory activity, or the actions of our Platform developers or our users, could adversely affect our reputation. Such negative publicity also could have an adverse effect on the size, engagement, and loyalty of our user base and result in decreased revenue, which could adversely affect our business and financial results.

***Our financial results will fluctuate from quarter to quarter, which makes them difficult to predict.***

Our quarterly financial results have fluctuated in the past and will fluctuate in the future. Additionally, we have a limited operating history with the current scale of our business, which makes it difficult to forecast our future results. As a result, you should not rely upon our past quarterly financial results as indicators of future performance. You should take into account the risks and uncertainties frequently encountered by companies in rapidly evolving markets. Our financial results in any given quarter can be influenced by numerous factors, many of which we are unable to predict or are outside of our control, including:

- our ability to maintain and grow our user base and user engagement;

- our ability to attract and retain advertisers in a particular period;

- seasonal fluctuations in spending by our advertisers;

- the number of ads shown to users;

- the pricing of our ads and other products;

- our ability to increase payments and other fees revenue;

- the diversification and growth of revenue sources beyond current advertising and Payments;

- the development and introduction of new products or services by us or our competitors;

- increases in marketing, sales, and other operating expenses that we may incur to grow and expand our operations and to remain competitive;

- our ability to maintain gross margins and operating margins;

- our ability to obtain equipment and components for our data centers and other technical infrastructure in a timely and cost-effective manner;

- system failures or breaches of security or privacy;

- inaccessibility of Facebook due to third-party actions;

- share-based compensation expense including approximately $          million that we will incur in the quarter of the completion of our initial public offering in connection with the vesting of restricted stock units (RSUs) granted prior to 2011;

- adverse litigation judgments, settlements, or other litigation-related costs;

- changes in the legislative or regulatory environment, including with respect to privacy, or enforcement by government regulators, including fines, orders, or consent decrees;

- fluctuations in currency exchange rates and changes in the proportion of our revenue and expenses denominated in foreign currencies;

17

PX0292-024

**Table of Contents**

- fluctuations in the market values of our portfolio investments and in interest rates;

- changes in U.S. generally accepted accounting principles; and

- changes in business or macroeconomic conditions.

***We currently generate significant revenue as a result of our relationship with Zynga, and, if we are unable to successfully maintain this relationship, our financial results could be harmed.***

In 2011, Zynga accounted for approximately 12% of our revenue, which amount was comprised of revenue derived from payments processing fees related to Zynga's sales of virtual goods and from direct advertising purchased by Zynga. Additionally, Zynga's apps generate a significant number of pages on which we display ads from other advertisers. If the use of Zynga games on our Platform declines, if Zynga launches games on or migrates games to competing platforms, or if we fail to maintain good relations with Zynga, we may lose Zynga as a significant Platform developer and our financial results may be adversely affected.

***We expect our rates of growth will decline in the future.***

We believe that our rates of user and revenue growth will decline over time. For example, our annual revenue grew 154% from 2009 to 2010 and 88% from 2010 to 2011. Historically, our user growth has been a primary driver of growth in our revenue. Our user growth and revenue growth rates will inevitably slow as we achieve higher market penetration rates, as our revenue increases to higher levels, and as we experience increased competition. As our growth rates decline, investors' perceptions of our business may be adversely affected and the market price of our Class A common stock could decline.

***Our business is subject to complex and evolving U.S. and foreign laws and regulations regarding privacy, data protection, and other matters. Many of these laws and regulations are subject to change and uncertain interpretation, and could result in claims, changes to our business practices, increased cost of operations, or declines in user growth or engagement, or otherwise harm our business.***

We are subject to a variety of laws and regulations in the United States and abroad that involve matters central to our business, including user privacy, rights of publicity, data protection, content, intellectual property, distribution, electronic contracts and other communications, competition, protection of minors, consumer protection, taxation, and online payment services. Foreign data protection, privacy, and other laws and regulations are often more restrictive than those in the United States. These U.S. federal and state and foreign laws and regulations are constantly evolving and can be subject to significant change. In addition, the application and interpretation of these laws and regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate. For example, the interpretation of some laws and regulations that govern the use of names and likenesses in connection with advertising and marketing activities is unsettled and developments in this area could affect the manner in which we design our products, as well as our terms of use. A number of proposals are pending before federal, state, and foreign legislative and regulatory bodies that could significantly affect our business. For example, a revision to the 1995 European Union Data Protection Directive is currently being considered by European legislative bodies that may include more stringent operational requirements for data processors and significant penalties for non-compliance. Similarly, there have been a number of recent legislative proposals in the United States, at both the federal and state level, that would impose new obligations in areas such as privacy and liability for copyright infringement by third parties. These existing and proposed laws and regulations can be costly to comply with and can delay or impede the development of new products, result in negative publicity, increase our operating costs, require significant management time and attention, and subject us to claims or other remedies, including fines or demands that we modify or cease existing business practices.

18

Registration Statement on Form S-1

**Table of Contents**

***We have been subject to regulatory investigations and settlements and we expect to continue to be subject to such proceedings in the future, which could cause us to incur substantial costs or require us to change our business practices in a manner materially adverse to our business.***

From time to time, we receive inquiries from regulators regarding our compliance with laws and other matters. For example, in 2011, we reached agreement with the Federal Trade Commission (FTC) to resolve an investigation into various practices by entering into a 20-year settlement agreement that, among other things, requires us to establish and refine certain practices with respect to treatment of user data and privacy settings and also requires that we complete bi-annual independent privacy audits. As another example, in 2011 the Irish Data Protection Commissioner (DPC) conducted an audit of the data, security, and privacy practices and policies of Facebook Ireland, which is the data controller for Facebook users outside the United States and Canada, and released a report of its conclusions in December 2011. The FTC and DPC have investigated and audited aspects of our products and practices, and we expect to continue to be the subject of regulatory investigations and audits in the future by these and other regulators throughout the world.

It is possible that a regulatory inquiry might result in changes to our policies or practices. Violation of existing or future regulatory orders or consent decrees could subject us to substantial monetary fines and other penalties that could negatively affect our financial condition and results of operations. In addition, it is possible that future orders issued by, or enforcement actions initiated by, regulatory authorities could cause us to incur substantial costs or require us to change our business practices in a manner materially adverse to our business.

***If we are unable to protect our intellectual property, the value of our brand and other intangible assets may be diminished, and our business may be adversely affected.***

We rely and expect to continue to rely on a combination of confidentiality and license agreements with our employees, consultants, and third parties with whom we have relationships, as well as trademark, copyright, patent, trade secret, and domain name protection laws, to protect our proprietary rights. In the United States and internationally, we have filed various applications for protection of certain aspects of our intellectual property, and we currently hold a number of issued patents in multiple jurisdictions. However, third parties may knowingly or unknowingly infringe our proprietary rights, third parties may challenge proprietary rights held by us, and pending and future trademark and patent applications may not be approved. In addition, effective intellectual property protection may not be available in every country in which we operate or intend to operate our business. In any or all of these cases, we may be required to expend significant time and expense in order to prevent infringement or to enforce our rights. Although we have taken measures to protect our proprietary rights, there can be no assurance that others will not offer products or concepts that are substantially similar to ours and compete with our business. In addition, we regularly contribute software source code under open source licenses and have made other technology we developed available under other open licenses, and we include open source software in our products. For example, we have contributed certain specifications and designs related to our data center equipment to the Open Compute Project Foundation, a non-profit entity that shares and develops such information with the technology community, under the Open Web Foundation License. As a result of our open source contributions and the use of open source in our products, we may license or be required to license innovations that turn out to be material to our business and may also be exposed to increased litigation risk. If the protection of our proprietary rights is inadequate to prevent unauthorized use or appropriation by third parties, the value of our brand and other intangible assets may be diminished and competitors may be able to more effectively mimic our service and methods of operations. Any of these events could have an adverse effect on our business and financial results.

***We are currently, and expect to be in the future, party to patent lawsuits and other intellectual property rights claims that are expensive and time consuming, and, if resolved adversely, could have a significant impact on our business, financial condition, or results of operations.***

Companies in the Internet, technology, and media industries own large numbers of patents, copyrights, trademarks, and trade secrets, and frequently enter into litigation based on allegations of infringement,

19

PX0292-026

**Table of Contents**

misappropriation, or other violations of intellectual property or other rights. In addition, various "non-practicing entities" that own patents and other intellectual property rights often attempt to aggressively assert their rights in order to extract value from technology companies. We presently are involved in many such lawsuits, and as we face increasing competition and gain an increasingly high profile, including in connection with our initial public offering, we expect the number of patent and other intellectual property claims against us to grow. In addition, from time to time we may introduce new products, including in areas where we currently do not compete, which could increase our exposure to patent and other intellectual property claims from competitors and non-practicing entities.

Although the results of litigation and claims cannot be predicted with certainty, we do not believe that the final outcome of intellectual property claims that we currently face will have a material adverse effect on our business, financial condition, or results of operations. However, defending patent and other intellectual property claims is costly and can impose a significant burden on management and employees, we may receive unfavorable preliminary or interim rulings in the course of litigation, and there can be no assurances that favorable final outcomes will be obtained in all cases. We may decide to settle such lawsuits and disputes on terms that are unfavorable to us. Similarly, if any litigation to which we are a party is resolved adversely, we may be subject to an unfavorable judgment that may not be reversed upon appeal. The terms of such a settlement or judgment may require us to cease some or all of our operations or pay substantial amounts to the other party. In addition, we may have to seek a license to continue practices found to be in violation of a third party's rights, which may not be available on reasonable terms, or at all, and may significantly increase our operating costs and expenses. As a result, we may also be required to develop alternative non-infringing technology or practices or discontinue the practices. The development of alternative non-infringing technology or practices could require significant effort and expense or may not be feasible. Our business, financial condition, or results of operations could be adversely affected as a result.

***We are involved in numerous class action lawsuits and other litigation matters that are expensive and time consuming, and, if resolved adversely, could harm our business, financial condition, or results of operations.***

In addition to intellectual property claims, we are also involved in numerous other lawsuits, including putative class action lawsuits brought by users and advertisers, many of which claim statutory damages, and we anticipate that we will continue to be a target for numerous lawsuits in the future. Because we have hundreds of millions of users, the plaintiffs in class action cases filed against us typically claim enormous monetary damages even if the alleged per-user harm is small or non-existent. Any litigation to which we are a party may result in an onerous or unfavorable judgment that may not be reversed upon appeal, or we may decide to settle lawsuits on similarly unfavorable terms. Any such negative outcome could result in payments of substantial monetary damages or fines, or changes to our products or business practices, and accordingly our business, financial condition, or results of operations could be materially and adversely affected. Although the results of lawsuits and claims cannot be predicted with certainty, we do not believe that the final outcome of those matters that we currently face will have a material adverse effect on our business, financial condition, or results of operations. However, defending these claims is costly and can impose a significant burden on management and employees, and we may receive unfavorable preliminary or interim rulings in the course of litigation, which could adversely affect the market price of our Class A common stock. There can be no assurances that a favorable final outcome will be obtained in all cases.

***Our CEO has control over key decision making as a result of his control of a majority of our voting stock.***

As a result of voting agreements with certain stockholders, together with the shares he holds, Mark Zuckerberg, our founder, Chairman, and CEO, will be able to exercise voting rights with respect to an aggregate of            shares of common stock, representing a majority of the voting power of our outstanding capital stock following our initial public offering. As a result, Mr. Zuckerberg has the ability to control the outcome of matters submitted to our stockholders for approval, including the election of directors and any merger, consolidation, or sale of all or substantially all of our assets. In addition, Mr. Zuckerberg has the ability to control the management and affairs of our company as a result of his position as our CEO and his ability to control the election of our directors. Additionally, in the event that Mr. Zuckerberg controls our company at the time of his death, control

20

**Table of Contents**

may be transferred to a person or entity that he designates as his successor. As a board member and officer, Mr. Zuckerberg owes a fiduciary duty to our stockholders and must act in good faith in a manner he reasonably believes to be in the best interests of our stockholders. As a stockholder, even a controlling stockholder, Mr. Zuckerberg is entitled to vote his shares, and shares over which he has voting control as a result of voting agreements, in his own interests, which may not always be in the interests of our stockholders generally. For a description of these voting agreements, see "Description of Capital Stock—Voting Agreements."

***We anticipate that we will expend substantial funds in connection with the tax liabilities that arise upon the initial settlement of RSUs following our initial public offering and the manner in which we fund that expenditure may have an adverse effect.***

We anticipate that we will expend substantial funds to satisfy tax withholding and remittance obligations on a date approximately six months following our initial public offering, when we will settle a portion of our RSUs granted prior to January 1, 2011 (Pre-2011 RSUs). On the settlement date, we plan to withhold and remit income taxes at applicable minimum statutory rates based on the then-current value of the underlying shares. We currently expect that the average of these withholding tax rates will be approximately 45%. If the price of our common stock at the time of settlement were equal to the midpoint of the price range on the cover page of this prospectus, we estimate that this tax obligation would be approximately $             billion in the aggregate. The amount of this obligation could be higher or lower, depending on the price of our shares on the RSU settlement date. To settle these RSUs, assuming a 45% tax withholding rate, we anticipate that we will net settle the awards by delivering approximately             shares of Class B common stock to RSU holders and simultaneously withholding approximately             shares of Class B common stock. In connection with this net settlement we will withhold and remit the tax liabilities on behalf of the RSU holders in cash to the applicable tax authorities.

To fund the withholding and remittance obligation, we expect to sell equity securities near the settlement date in an amount that is substantially equivalent to the number of shares of common stock that we withhold in connection with the initial settlement of the Pre-2011 RSUs, such that the newly issued shares should not be dilutive. However, in the event that we issue equity securities, we cannot assure you that we will be able to successfully match the proceeds to the amount of this tax liability. In addition, any such equity financing could result in a decline in our stock price. If we elect not to fully fund our withholding and remittance obligations through the issuance of equity or we are unable to complete such an offering due to market conditions or otherwise, we may choose to borrow funds from our credit facility, use a substantial portion of our existing cash, or rely upon a combination of these alternatives. In the event that we elect to satisfy our withholding and remittance obligations in whole or in part by drawing on our credit facility, our interest expense and principal repayment requirements could increase significantly, which could have an adverse effect on our financial results.

***We cannot be certain that additional financing will be available on reasonable terms when required, or at all.***

From time to time, we may need additional financing, whether in connection with our RSU tax obligation or otherwise. Our ability to obtain additional financing, if and when required, will depend on investor demand, our operating performance, the condition of the capital markets, and other factors. To the extent we draw on our credit facility to fund the RSU tax obligation, we may need to raise additional funds and we cannot assure you that additional financing will be available to us on favorable terms when required, or at all. If we raise additional funds through the issuance of equity, equity-linked or debt securities, those securities may have rights, preferences, or privileges senior to the rights of our Class A common stock, and our existing stockholders may experience dilution.

***Our costs may grow more quickly than our revenue, harming our business and profitability.***

Providing our products to our users is costly and we expect our expenses to continue to increase in the future as we broaden our user base, as users increase the number of connections and amount of data they share with us, as we develop and implement new product features that require more computing infrastructure, and as we hire

PX0292-028

**Table of Contents**

additional employees. Historically, our costs have increased each year due to these factors and we expect to continue to incur increasing costs, in particular for servers, storage, power, and data centers, to support our anticipated future growth. We expect to continue to invest in our global infrastructure in order to provide our products rapidly and reliably to all users around the world, including in countries where we do not expect significant short-term monetization. Our expenses may be greater than we anticipate, and our investments to make our business and our technical infrastructure more efficient may not be successful. In addition, we may increase marketing, sales, and other operating expenses in order to grow and expand our operations and to remain competitive. Increases in our costs may adversely affect our business and profitability.

***Our business is dependent on our ability to maintain and scale our technical infrastructure, and any significant disruption in our service could damage our reputation, result in a potential loss of users and engagement, and adversely affect our financial results.***

Our reputation and ability to attract, retain, and serve our users is dependent upon the reliable performance of Facebook and our underlying technical infrastructure. Our systems may not be adequately designed with the necessary reliability and redundancy to avoid performance delays or outages that could be harmful to our business. If Facebook is unavailable when users attempt to access it, or if it does not load as quickly as they expect, users may not return to our website as often in the future, or at all. As our user base and the amount and types of information shared on Facebook continue to grow, we will need an increasing amount of technical infrastructure, including network capacity, and computing power, to continue to satisfy the needs of our users. It is possible that we may fail to effectively scale and grow our technical infrastructure to accommodate these increased demands. In addition, our business is subject to interruptions, delays, or failures resulting from earthquakes, other natural disasters, terrorism, or other catastrophic events.

A substantial portion of our network infrastructure is provided by third parties. Any disruption or failure in the services we receive from these providers could harm our ability to handle existing or increased traffic and could significantly harm our business. Any financial or other difficulties these providers face may adversely affect our business, and we exercise little control over these providers, which increases our vulnerability to problems with the services they provide.

***We recently began to own and build key portions of our technical infrastructure, and, because of our limited experience in this area, we could experience unforeseen difficulties.***

In 2011, we began serving our products from data centers owned by Facebook using servers specifically designed for us. We plan to continue to significantly expand the size of our infrastructure, primarily through data centers that we design and own. The infrastructure expansion we are undertaking is complex, and unanticipated delays in the completion of these projects or availability of components may lead to increased project costs, operational inefficiencies, or interruptions in the delivery or degradation of the quality of our products. In addition, there may be issues related to this infrastructure that are not identified during the testing phases of design and implementation, which may only become evident after we have started to fully utilize the underlying equipment, that could further degrade the user experience or increase our costs.

***Our software is highly technical, and if it contains undetected errors, our business could be adversely affected.***

Our products incorporate software that is highly technical and complex. Our software has contained, and may now or in the future contain, undetected errors, bugs, or vulnerabilities. Some errors in our software code may only be discovered after the code has been released. Any errors, bugs, or vulnerabilities discovered in our code after release could result in damage to our reputation, loss of users, loss of revenue, or liability for damages, any of which could adversely affect our business and financial results.

22

PX0292-029

**Table of Contents**

***We cannot assure you that we will effectively manage our growth.***

Our employee headcount and the scope and complexity of our business have increased significantly, with the number of full-time employees increasing from 2,127 as of December 31, 2010, to 3,200 as of December 31, 2011, and we expect headcount growth to continue for the foreseeable future. The growth and expansion of our business and products create significant challenges for our management, operational, and financial resources, including managing multiple relations with users, advertisers, Platform developers, and other third parties. In the event of continued growth of our operations or in the number of our third-party relationships, our information technology systems or our internal controls and procedures may not be adequate to support our operations. In addition, some members of our management do not have significant experience managing a large global business operation, so our management may not be able to manage such growth effectively. To effectively manage our growth, we must continue to improve our operational, financial, and management processes and systems and to effectively expand, train, and manage our employee base. As our organization continues to grow, and we are required to implement more complex organizational management structures, we may find it increasingly difficult to maintain the benefits of our corporate culture, including our ability to quickly develop and launch new and innovative products. This could negatively affect our business performance.

***The loss of one or more of our key personnel, or our failure to attract and retain other highly qualified personnel in the future, could harm our business.***

We currently depend on the continued services and performance of our key personnel, including Mark Zuckerberg and Sheryl K. Sandberg. In addition, many of our key technologies and systems are custom-made for our business by our personnel. The loss of key personnel, including members of management as well as key engineering, product development, marketing, and sales personnel, could disrupt our operations and have an adverse effect on our business.

As we continue to grow, we cannot guarantee we will continue to attract the personnel we need to maintain our competitive position. In particular, we intend to hire a significant number of engineering and sales personnel in 2012, and we expect to face significant competition from other companies in hiring such personnel, particularly in the San Francisco Bay Area. As we mature, the incentives to attract, retain, and motivate employees provided by our equity awards or by future arrangements, such as through cash bonuses, may not be as effective as in the past. Additionally, we have a number of current employees whose equity ownership in our company gives them a substantial amount of personal wealth. Likewise, we have a number of current employees whose equity awards are fully vested and shortly after the completion of our initial public offering will be entitled to receive substantial amounts of our capital stock. As a result, it may be difficult for us to continue to retain and motivate these employees, and this wealth could affect their decisions about whether or not they continue to work for us. If we do not succeed in attracting, hiring, and integrating excellent personnel, or retaining and motivating existing personnel, we may be unable to grow effectively.

***We may incur liability as a result of information retrieved from or transmitted over the Internet or posted to Facebook and claims related to our products.***

We have faced, currently face, and will continue to face claims relating to information that is published or made available on Facebook. In particular, the nature of our business exposes us to claims related to defamation, intellectual property rights, rights of publicity and privacy, and personal injury torts. This risk is enhanced in certain jurisdictions outside the United States where our protection from liability for third-party actions may be unclear and where we may be less protected under local laws than we are in the United States. We could incur significant costs investigating and defending such claims and, if we are found liable, significant damages. If any of these events occur, our business and financial results could be adversely affected.

23

**Table of Contents**

***Computer malware, viruses, hacking and phishing attacks, and spamming could harm our business and results of operations.***

Computer malware, viruses, and computer hacking and phishing attacks have become more prevalent in our industry, have occurred on our systems in the past, and may occur on our systems in the future. Because of our prominence, we believe that we are a particularly attractive target for such attacks. Though it is difficult to determine what, if any, harm may directly result from any specific interruption or attack, any failure to maintain performance, reliability, security, and availability of our products and technical infrastructure to the satisfaction of our users may harm our reputation and our ability to retain existing users and attract new users.

In addition, spammers attempt to use our products to send targeted and untargeted spam messages to users, which may embarrass or annoy users and make Facebook less user-friendly. We cannot be certain that the technologies and employees that we have to attempt to defeat spamming attacks will be able to eliminate all spam messages from being sent on our platform. As a result of spamming activities, our users may use Facebook less or stop using our products altogether.

***Payment transactions on the Facebook Platform may subject us to additional regulatory requirements and other risks that could be costly and difficult to comply with or that could harm our business.***

Our users can use the Facebook Platform to purchase virtual and digital goods from our Platform developers using our Payments infrastructure. Depending on how our Payments product evolves, we may be subject to a variety of laws and regulations in the United States, Europe, and elsewhere, including those governing money transmission, gift cards and other prepaid access instruments, electronic funds transfers, anti-money laundering, counter-terrorist financing, gambling, banking and lending, and import and export restrictions. In some jurisdictions, the application or interpretation of these laws and regulations is not clear. To increase flexibility in how our use of Payments may evolve and to mitigate regulatory uncertainty, we have applied for certain money transmitter licenses and expect to apply for additional money transmitter licenses in the United States, which will generally require us to demonstrate compliance with many domestic laws in these areas. Our efforts to comply with these laws and regulations could be costly and result in diversion of management time and effort and may still not guarantee compliance. In the event that we are found to be in violation of any such legal or regulatory requirements, we may be subject to monetary fines or other penalties such as a cease and desist order, or we may be required to make product changes, any of which could have an adverse effect on our business and financial results.

In addition, we may be subject to a variety of additional risks as a result of Payments on the Facebook Platform, including:

- increased costs and diversion of management time and effort and other resources to deal with bad transactions or customer disputes;

- potential fraudulent or otherwise illegal activity by users, developers, employees, or third parties;

- restrictions on the investment of consumer funds used to transact Payments; and

- additional disclosure and reporting requirements.

24

PX0292-031

Table of Contents

***We plan to continue expanding our operations abroad where we have limited operating experience and may be subject to increased business and economic risks that could affect our financial results.***

We plan to continue the international expansion of our business operations and the translation of our products. We currently make Facebook available in more than 70 different languages, and we have offices or data centers in more than 20 different countries. We may enter new international markets where we have limited or no experience in marketing, selling, and deploying our products. For example, we continue to evaluate entering China. However, this market has substantial legal and regulatory complexities that have prevented our entry into China to date. If we fail to deploy or manage our operations in international markets successfully, our business may suffer. In addition, we are subject to a variety of risks inherent in doing business internationally, including:

- political, social, or economic instability;

- risks related to the legal and regulatory environment in foreign jurisdictions, including with respect to privacy, and unexpected changes in laws, regulatory requirements, and enforcement;

- potential damage to our brand and reputation due to compliance with local laws, including potential censorship or requirements to provide user information to local authorities;

- fluctuations in currency exchange rates;

- higher levels of credit risk and payment fraud;

- enhanced difficulties of integrating any foreign acquisitions;

- burdens of complying with a variety of foreign laws;

- reduced protection for intellectual property rights in some countries;

- difficulties in staffing and managing global operations and the increased travel, infrastructure, and legal compliance costs associated with multiple international locations;

- compliance with the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act, and similar laws in other jurisdictions; and

- compliance with statutory equity requirements and management of tax consequences.

If we are unable to expand internationally and manage the complexity of our global operations successfully, our financial results could be adversely affected.

***We plan to continue to make acquisitions, which could require significant management attention, disrupt our business, result in dilution to our stockholders, and adversely affect our financial results.***

As part of our business strategy, we have made and intend to make acquisitions to add specialized employees, complementary companies, products, or technologies. However, we have not made any large acquisitions to date, and, as a result, our ability to acquire and integrate larger or more significant companies, products, or technologies in a successful manner is unproven. In the future, we may not be able to find other suitable acquisition candidates, and we may not be able to complete acquisitions on favorable terms, if at all. Our previous and future acquisitions may not achieve our goals, and any future acquisitions we complete could be viewed negatively by users, developers, advertisers, or investors. In addition, if we fail to successfully integrate any acquisitions, or the technologies associated with such acquisitions, into our company, the revenue and operating results of the combined company could be adversely affected. Any integration process may require significant time and resources, and we may not be able to manage the process successfully. We may not successfully evaluate or utilize the acquired technology or personnel, or accurately forecast the financial impact of an acquisition transaction, including accounting charges. We may have to pay cash, incur debt, or issue equity securities to pay for any such acquisition, any of which could adversely affect our financial results. The sale of equity or issuance of debt to finance any such acquisitions could result in dilution to our stockholders. The

25

**Table of Contents**

incurrence of indebtedness would result in increased fixed obligations and could also include covenants or other restrictions that would impede our ability to manage our operations.

***If we default on our leasing and credit obligations, our operations may be interrupted and our business and financial results could be adversely affected.***

We finance a significant portion of our expenditures through leasing arrangements, some of which are not required to be reflected on our balance sheet, and we may enter into additional similar arrangements in the future. In particular, we have used these types of arrangements to finance some of our equipment and data centers. In addition, we have a revolving credit facility that we may draw upon to finance our operations or other corporate purposes, such as funding our tax withholding and remittance obligations in connection with the settlement of RSUs. If we default on these leasing and credit obligations, our leasing partners and lenders may, among other things:

- require repayment of any outstanding lease obligations or amounts drawn on our credit facility;

- terminate our leasing arrangements and credit facility;

- terminate our access to the leased data centers we utilize;

- stop delivery of ordered equipment;

- sell or require us to return our leased equipment; or

- require us to pay significant damages.

If some or all of these events were to occur, our operations may be interrupted and our ability to fund our operations or obligations, as well as our business, financial results, and financial condition, could be adversely affected.

***We may have exposure to greater than anticipated tax liabilities.***

Our income tax obligations are based on our corporate operating structure and intercompany arrangements, including the manner in which we develop, value, and use our intellectual property and the valuations of our intercompany transactions. The tax laws applicable to our international business activities, including the laws of the United States and other jurisdictions, are subject to interpretation. The taxing authorities of the jurisdictions in which we operate may challenge our methodologies for valuing developed technology or intercompany arrangements, which could increase our worldwide effective tax rate and harm our financial position and results of operations. In addition, our future income taxes could be adversely affected by earnings being lower than anticipated in jurisdictions that have lower statutory tax rates and higher than anticipated in jurisdictions that have higher statutory tax rates, by changes in the valuation of our deferred tax assets and liabilities, or by changes in tax laws, regulations, or accounting principles. We are subject to regular review and audit by both U.S. federal and state and foreign tax authorities. Any adverse outcome of such a review or audit could have a negative effect on our financial position and results of operations. In addition, the determination of our worldwide provision for income taxes and other tax liabilities requires significant judgment by management, and there are many transactions where the ultimate tax determination is uncertain. Although we believe that our estimates are reasonable, the ultimate tax outcome may differ from the amounts recorded in our financial statements and may materially affect our financial results in the period or periods for which such determination is made.

***The enactment of legislation implementing changes in the U.S. taxation of international business activities or the adoption of other tax reform policies could materially affect our financial position and results of operations.***

The current administration has made public statements indicating that it has made international tax reform a priority, and key members of the U.S. Congress have conducted hearings and proposed a wide variety of

26

**Table of Contents**

potential changes. Certain changes to U.S. tax laws, including limitations on the ability to defer U.S. taxation on earnings outside of the United States until those earnings are repatriated to the United States, could affect the tax treatment of our foreign earnings, as well as cash and cash equivalent balances we currently maintain outside of the United States. Due to the large and expanding scale of our international business activities, any changes in the U.S. taxation of such activities may increase our worldwide effective tax rate and harm our financial position and results of operations.

**Risks Related to Our Initial Public Offering and Ownership of Our Class A Common Stock**

***The market price of our Class A common stock may be volatile or may decline regardless of our operating performance, and you may not be able to resell your shares at or above the initial public offering price.***

The initial public offering price for our Class A common stock will be determined through negotiations between the underwriters and us and may vary from the market price of our Class A common stock following our initial public offering. If you purchase shares of our Class A common stock in our initial public offering, you may not be able to resell those shares at or above the initial public offering price. We cannot assure you that the initial public offering price of our Class A common stock, or the market price following our initial public offering, will equal or exceed prices in privately negotiated transactions of our shares that have occurred from time to time prior to our initial public offering. The market price of our Class A common stock may fluctuate significantly in response to numerous factors, many of which are beyond our control, including:

- actual or anticipated fluctuations in our revenue and other operating results;

- the financial projections we may provide to the public, any changes in these projections or our failure to meet these projections;

- actions of securities analysts who initiate or maintain coverage of us, changes in financial estimates by any securities analysts who follow our company, or our failure to meet these estimates or the expectations of investors;

- additional shares of our common stock being sold into the market by us or our existing stockholders or the anticipation of such sales, including if we issue shares to satisfy RSU-related tax obligations or if existing stockholders sell shares into the market when applicable "lock-up" periods end;

- announcements by us or our competitors of significant products or features, technical innovations, acquisitions, strategic partnerships, joint ventures, or capital commitments;

- announcements by us or estimates by third parties of actual or anticipated changes in the size of our user base or the level of user engagement;

- changes in operating performance and stock market valuations of technology companies in our industry, including our Platform developers and competitors;

- price and volume fluctuations in the overall stock market, including as a result of trends in the economy as a whole;

- lawsuits threatened or filed against us;

- developments in new legislation and pending lawsuits or regulatory actions, including interim or final rulings by judicial or regulatory bodies; and

- other events or factors, including those resulting from war or incidents of terrorism, or responses to these events.

In addition, the stock markets have experienced extreme price and volume fluctuations that have affected and continue to affect the market prices of equity securities of many technology companies. Stock prices of many

27

**Table of Contents**

technology companies have fluctuated in a manner unrelated or disproportionate to the operating performance of those companies. In the past, stockholders have filed securities class action litigation following periods of market volatility. If we were to become involved in securities litigation, it could subject us to substantial costs, divert resources and the attention of management from our business, and adversely affect our business.

***Substantial blocks of our total outstanding shares may be sold into the market when "lock-up" or "market standoff" periods end. If there are substantial sales of shares of our common stock, the price of our Class A common stock could decline.***

The price of our Class A common stock could decline if there are substantial sales of our common stock, particularly sales by our directors, executive officers, employees, and significant stockholders, or when there is a large number of shares of our common stock available for sale. After our initial public offering, we will have outstanding          shares of our Class A common stock and          shares of our Class B common stock, based on the number of shares outstanding as of December 31, 2011. This includes          shares that we and the selling stockholders are selling in our initial public offering, which shares may be resold in the public market immediately following our initial public offering, and assumes no additional exercises of outstanding options (other than the exercise of the option held by Mr. Zuckerberg described elsewhere in this prospectus). In addition, we expect to issue          shares of our Class B common stock upon the net settlement of RSUs approximately six months following our initial public offering. Shares of our Class B common stock are convertible into an equivalent number of shares of our Class A common stock and generally convert into shares of our Class A common stock upon transfer. The          shares of our Class A common stock and          shares of our Class B common stock that are not offered and sold in our initial public offering as well as the shares underlying outstanding RSUs will be eligible for sale in the public market in the near future as set forth below.

| Date Available for Sale into Public Market | Number of Shares of Common Stock |
|---|---|
| 91 days after the date of this prospectus | shares held by the selling stockholders other than Mr. Zuckerberg |
| Approximately six months after the date of this prospectus | approximately          shares underlying net- settled RSUs |
| 181 days after the date of this prospectus | shares |
| 211 days after the date of this prospectus | shares held by the selling stockholders |
| One year after the date of this prospectus | shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates |
| 18 months after the date of this prospectus | shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates |

Of the 138,539,434 shares of our Class B common stock that were subject to stock options outstanding (and not held by Mr. Zuckerberg) as of December 31, 2011, options to purchase 124,848,924 shares of Class B common stock were vested as of December 31, 2011 and the Class B common stock underlying such options will be eligible for sale approximately six months after the date of this prospectus. We expect an additional          shares of Class B common stock to be delivered upon the net settlement of RSUs between the date that is approximately six months after the date of this prospectus and December 31, 2012, which shares would be eligible for sale in the public market immediately following settlement.

After our initial public offering, certain holders of our Class A common stock and Class B common stock will have rights, subject to some conditions, to require us to file registration statements covering their shares or to include their shares in registration statements that we may file for ourselves or our stockholders. All of these shares are subject to market standoff or lock-up agreements restricting their sale for specified periods of time after the date of this prospectus. We also intend to register shares of common stock that we have issued and may

28

PX0292-035

**Table of Contents**

issue under our employee equity incentive plans. Once we register these shares, they will be able to be sold freely in the public market upon issuance, subject to existing market standoff or lock-up agreements.

Morgan Stanley & Co. LLC may, in its sole discretion, permit our executive officers, our directors, and the selling stockholders to sell shares prior to the expiration of the restrictive provisions contained in the "lock-up" agreements with the underwriters. In addition, we may, in our sole discretion, permit our employees and current stockholders who are subject to market standoff agreements or arrangements with us and who are not subject to a lock-up agreement with the underwriters to sell shares prior to the expiration of the restrictive provisions contained in those market standoff agreements or arrangements.

The market price of the shares of our Class A common stock could decline as a result of the sale of a substantial number of our shares of common stock in the public market or the perception in the market that the holders of a large number of shares intend to sell their shares.

*In making your investment decision, you should not rely on information in public media that is published by third parties. You should rely only on statements made in this prospectus in determining whether to purchase our shares.*

You should carefully evaluate all of the information in this prospectus. We have in the past received, and may continue to receive, a high degree of media coverage, including coverage that is not directly attributable to statements made by our officers and employees, that incorrectly reports on statements made by our officers or employees, or that is misleading as a result of omitting information provided by us, our officers, or employees. You should rely only on the information contained in this prospectus in determining whether to purchase our shares of Class A common stock.

*We have broad discretion in the use of the net proceeds from our initial public offering and may not use them effectively.*

We cannot specify with any certainty the particular uses of the net proceeds that we will receive from our initial public offering. Our management will have broad discretion in the application of the net proceeds, including working capital, possible acquisitions, and other general corporate purposes, and we may spend or invest these proceeds in a way with which our stockholders disagree. The failure by our management to apply these funds effectively could harm our business and financial condition. Pending their use, we may invest the net proceeds from our initial public offering in a manner that does not produce income or that loses value.

*If securities or industry analysts publish inaccurate or unfavorable research about our business, our stock price could decline.*

The trading market for our Class A common stock will depend in part on the research and reports that securities or industry analysts publish about us or our business. If one or more of the analysts who cover us downgrade our Class A common stock or publish inaccurate or unfavorable research about our business, our Class A common stock price would likely decline.

*We do not intend to pay dividends for the foreseeable future.*

We have never declared or paid cash dividends on our capital stock. We currently intend to retain any future earnings to finance the operation and expansion of our business, and we do not expect to declare or pay any dividends in the foreseeable future. As a result, you may only receive a return on your investment in our Class A common stock if the market price of our Class A common stock increases. In addition, our credit facility contains restrictions on our ability to pay dividends.

29

**Table of Contents**

***If we are unable to implement and maintain effective internal control over financial reporting in the future, investors may lose confidence in the accuracy and completeness of our financial reports and the market price of our Class A common stock may be negatively affected.***

As a public company, we will be required to maintain internal controls over financial reporting and to report any material weaknesses in such internal controls. In addition, beginning with our 2013 Annual Report on Form 10-K to be filed in 2014, we will be required to furnish a report by management on the effectiveness of our internal control over financial reporting pursuant to Section 404 of the Sarbanes-Oxley Act. We are in the process of designing, implementing, and testing the internal control over financial reporting required to comply with this obligation, which process is time consuming, costly, and complicated. If we identify material weaknesses in our internal control over financial reporting, if we are unable to comply with the requirements of Section 404 in a timely manner or assert that our internal control over financial reporting is effective, or if our independent registered public accounting firm is unable to express an opinion as to the effectiveness of our internal control over financial reporting, investors may lose confidence in the accuracy and completeness of our financial reports and the market price of our Class A common stock could be negatively affected, and we could become subject to investigations by the stock exchange on which our securities are listed, the Securities and Exchange Commission, or other regulatory authorities, which could require additional financial and management resources.

***The requirements of being a public company may strain our resources and divert management's attention.***

As a public company, we will be subject to the reporting requirements of the Securities Exchange Act of 1934, as amended (Exchange Act), the Sarbanes-Oxley Act, the Dodd-Frank Act, the listing requirements of the                , and other applicable securities rules and regulations. Compliance with these rules and regulations will increase our legal and financial compliance costs, make some activities more difficult, time-consuming, or costly, and increase demand on our systems and resources. The Exchange Act requires, among other things, that we file annual, quarterly, and current reports with respect to our business and operating results.

As a result of disclosure of information in this prospectus and in filings required of a public company, our business and financial condition will become more visible, which we believe may result in threatened or actual litigation, including by competitors and other third parties. If such claims are successful, our business and operating results could be harmed, and even if the claims do not result in litigation or are resolved in our favor, these claims, and the time and resources necessary to resolve them, could divert the resources of our management and harm our business and operating results.

***If you purchase shares of our Class A common stock in our initial public offering, you will experience substantial and immediate dilution.***

If you purchase shares of our Class A common stock in our initial public offering, you will experience substantial and immediate dilution in the pro forma net tangible book value per share of $        per share as of December 31, 2011, based on an assumed initial public offering price of our Class A common stock of $        per share, the midpoint of the price range on the cover page of this prospectus, because the price that you pay will be substantially greater than the pro forma net tangible book value per share of the Class A common stock that you acquire. This dilution is due in large part to the fact that our earlier investors paid substantially less than the initial public offering price when they purchased their shares of our capital stock. You will experience additional dilution upon exercise of options to purchase common stock under our equity incentive plans, upon vesting of RSUs, if we issue restricted stock to our employees under our equity incentive plans, or if we otherwise issue additional shares of our common stock. For more information, see "Dilution."

30

**Table of Contents**

***The dual class structure of our common stock and the voting agreements among certain stockholders have the effect of concentrating voting control with our CEO, and also with employees and directors and their affiliates.***

Our Class B common stock has ten votes per share, and our Class A common stock, which is the stock we are offering in our initial public offering, has one vote per share. Stockholders who hold shares of Class B common stock, including our executive officers, employees, and directors and their affiliates, will together hold approximately     % of the voting power of our outstanding capital stock following our initial public offering. Because of the ten-to-one voting ratio between our Class B and Class A common stock, the holders of our Class B common stock collectively will continue to control a majority of the combined voting power of our common stock and therefore be able to control all matters submitted to our stockholders for approval so long as the shares of Class B common stock represent at least 9.1% of all outstanding shares of our Class A and Class B common stock. This concentrated control will limit your ability to influence corporate matters for the foreseeable future.

Future transfers by holders of Class B common stock will generally result in those shares converting to Class A common stock, subject to limited exceptions, such as certain transfers effected for estate planning purposes. The conversion of Class B common stock to Class A common stock will have the effect, over time, of increasing the relative voting power of those holders of Class B common stock who retain their shares in the long term. If, for example, Mr. Zuckerberg retains a significant portion of his holdings of Class B common stock for an extended period of time, he could, in the future, continue to control a majority of the combined voting power of our Class A common stock and Class B common stock. For a description of the dual class structure, see "Description of Capital Stock—Anti-Takeover Provisions."

***We have elected to take advantage of the "controlled company" exemption to the corporate governance rules for publicly-listed companies.***

Because we qualify as a "controlled company" under the corporate governance rules for publicly-listed companies, we are not required to have a majority of our board of directors be independent, nor are we required to have a compensation committee or an independent nominating function. In light of our status as a controlled company, our board of directors has determined not to have an independent nominating function and has chosen to have the full board of directors be directly responsible for nominating members of our board, and in the future we could elect not to have a majority of our board of directors be independent or not to have a compensation committee. Our status as a controlled company could cause our Class A common stock to look less attractive to certain investors or otherwise harm our trading price.

***Delaware law and provisions in our restated certificate of incorporation and bylaws that will be in effect at the closing of our initial public offering could make a merger, tender offer, or proxy contest difficult, thereby depressing the trading price of our Class A common stock.***

Following the closing of our initial public offering, our status as a Delaware corporation and the anti-takeover provisions of the Delaware General Corporation Law may discourage, delay, or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. In addition, our restated certificate of incorporation and bylaws that will be in effect at the closing of our initial public offering will contain provisions that may make the acquisition of our company more difficult, including the following:

- any transaction that would result in a change in control of our company will require the approval of a majority of our outstanding Class B common stock voting as a separate class;

- we have a dual class common stock structure, which provides Mr. Zuckerberg with the ability to control the outcome of matters requiring stockholder approval, even if he owns significantly less than a majority of the shares of our outstanding Class A and Class B common stock;

31

PX0292-038

**Table of Contents**

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, certain amendments to our restated certificate of incorporation or bylaws will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, vacancies on our board of directors will be able to be filled only by our board of directors and not by stockholders;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our board of directors will be classified into three classes of directors with staggered three-year terms and directors will only be able to be removed from office for cause;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our stockholders will only be able to take action at a meeting of stockholders and not by written consent;

- only our chairman, our chief executive officer, our president, or a majority of our board of directors will be authorized to call a special meeting of stockholders;

- advance notice procedures will apply for stockholders to nominate candidates for election as directors or to bring matters before an annual meeting of stockholders;

- our restated certificate of incorporation will authorize undesignated preferred stock, the terms of which may be established, and shares of which may be issued, without stockholder approval; and

- certain litigation against us can only be brought in Delaware.

For information regarding these and other provisions, see "Description of Capital Stock—Anti-Takeover Provisions."

32

**Table of Contents**

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This prospectus contains forward-looking statements. All statements contained in this prospectus other than statements of historical fact, including statements regarding our future results of operations and financial position, our business strategy and plans, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described in the "Risk Factors" section. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the future events and trends discussed in this prospectus may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements.

You should not rely upon forward-looking statements as predictions of future events. The events and circumstances reflected in the forward-looking statements may not be achieved or occur. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance, or achievements. We are under no duty to update any of these forward-looking statements after the date of this prospectus or to conform these statements to actual results or revised expectations.

## INDUSTRY DATA AND USER METRICS

This prospectus contains estimates and information concerning our industry, including market position, market size, and growth rates of the markets in which we participate, that are based on industry publications and reports. This information involves a number of assumptions and limitations, and you are cautioned not to give undue weight to these estimates. We have not independently verified the accuracy or completeness of the data contained in these industry publications and reports. The industry in which we operate is subject to a high degree of uncertainty and risk due to variety of factors, including those described in the "Risk Factors" section. These and other factors could cause results to differ materially from those expressed in these publications and reports.

The numbers of monthly active users (MAUs) and daily active users (DAUs) presented in this prospectus are based on internal company data and we use these numbers in managing our business. We believe that our MAU and DAU numbers are reasonable estimates, and we take measures to improve their accuracy, such as eliminating known fictitious or duplicate accounts. There are inherent challenges in measuring usage across large online and mobile populations around the world. For example, there may be individuals who have multiple Facebook accounts in violation of our terms of service, despite our efforts to detect and suppress such behavior. As another example, applications on certain mobile devices may automatically contact our servers for regular updates with no user action involved, and this activity may cause our system to count the user associated with such a device as an active user of Facebook. We estimate that less than 5% of our estimate of worldwide DAUs as of December 31, 2011 could have resulted from this type of automatic mobile activity and that this type of activity had an even smaller effect on our estimate of worldwide MAUs. The impact of this automatic activity on our metrics may vary by geography, as mobile usage varies in different regions of the world. In addition, our data regarding the geographic location of our users is based on a number of factors, such as IP address, which may not always accurately reflect user location. We regularly review and may adjust our processes for calculating these metrics to improve their accuracy. In addition, our MAU and DAU estimates will differ from estimates published by third parties due to differences in methodology. For example, some third parties do not count mobile users.

33

PX0292-040

**Table of Contents**

### USE OF PROCEEDS

We estimate that our net proceeds from the sale of the Class A common stock that we are offering will be approximately $      billion, or approximately $      billion if the underwriters exercise in full their right to purchase additional shares to cover over-allotments, assuming an initial public offering price of $      per share, which is the midpoint of the price range on the cover page of this prospectus, and after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us. A $1.00 increase (decrease) in the assumed initial public offering price of $      per share would increase (decrease) the net proceeds to us from our initial public offering by $      million, assuming the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, after deducting estimated underwriting discounts and commissions.

The principal purposes of our initial public offering are to create a public market for our Class A common stock and thereby enable future access to the public equity markets by us and our employees, obtain additional capital, and facilitate an orderly distribution of shares for the selling stockholders. We intend to use the net proceeds to us from our initial public offering for working capital and other general corporate purposes; however, we do not currently have any specific uses of the net proceeds planned. We may use a portion of the net proceeds to us to satisfy a portion of the anticipated tax withholding and remittance obligations related to the initial settlement of our outstanding RSUs, which will become due approximately six months following the completion of our initial public offering. Additionally, we may use a portion of the proceeds to us for acquisitions of complementary businesses, technologies, or other assets. However, we have no commitments with respect to any such acquisitions or investments at this time.

Pending other uses, we intend to invest the proceeds to us in investment-grade, interest-bearing securities such as money market funds, certificates of deposit, or direct or guaranteed obligations of the U.S. government, or hold as cash. We cannot predict whether the proceeds invested will yield a favorable return. Our management will have broad discretion in the application of the net proceeds we receive from our initial public offering, and investors will be relying on the judgment of our management regarding the application of the net proceeds.

We will not receive any proceeds from the sale of shares of Class A common stock by the selling stockholders. Mark Zuckerberg, our founder, Chairman, and CEO, will offer and sell      shares in our initial public offering. We expect that substantially all of the net proceeds Mr. Zuckerberg will receive upon such sale will be used to satisfy taxes that he will incur upon his exercise of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock.

### DIVIDEND POLICY

We have never declared or paid cash dividends on our capital stock. We currently intend to retain any future earnings for use in the operation of our business and do not intend to declare or pay any cash dividends in the foreseeable future. Any further determination to pay dividends on our capital stock will be at the discretion of our board of directors, subject to applicable laws, and will depend on our financial condition, results of operations, capital requirements, general business conditions, and other factors that our board of directors considers relevant. In addition, the terms of our credit facility contain restrictions on our ability to pay dividends.

34

PX0292-041

**Table of Contents**

# CAPITALIZATION

The following table sets forth our cash, cash equivalents, and marketable securities and capitalization as of December 31, 2011:

- on an actual basis;

- on a pro forma basis to give effect to (i) the automatic conversion of all of our outstanding shares convertible preferred stock into Class B common stock, (ii) the amendment and restatement of our certificate of incorporation in connection with our initial public offering, and (iii) a share-based compensation expense of approximately $639 million, net of income taxes, associated with restricted stock units (RSUs) granted prior to January 1, 2011 (Pre-2011 RSUs) for which the service condition was satisfied as of December 31, 2011, and which we expect to record upon completion of our initial public offering, as described in footnote (1) below; and

- on a pro forma as adjusted basis to give further effect to (i) the issuance and sale by us of                shares of Class A common stock in our initial public offering, and the receipt of the net proceeds from our sale of these shares at an assumed initial public offering price of the Class A common stock of $             per share, the midpoint of the price range on the cover page of this prospectus, after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us, and (ii) the exercise by Mark Zuckerberg, our founder, Chairman, and CEO, of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock and the automatic conversion of              of those shares into an equal number of shares of our Class A common stock upon their sale in our initial public offering.

The pro forma and pro forma as adjusted information below is illustrative only, and cash, cash equivalents, and marketable securities, additional paid-in capital, retained earnings, total stockholders' equity, and total capitalization following the completion of our initial public offering will be adjusted based on the actual initial public offering price and other terms of our initial public offering determined at pricing. You should read this table in conjunction with the sections entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Description of Capital Stock" and our consolidated financial statements and related notes included elsewhere in this prospectus.

35

PX0292-042

3/4/24, 2:57 PM                          Registration Statement on Form S-1

**Table of Contents**

| | As of December 31, 2011 | | |
|---|---|---|---|
| | Actual | Pro Forma[1] | Pro Forma As Adjusted[2][3] |
| | | (in millions, except share and per share data) | |
| Cash, cash equivalents, and marketable securities | $3,908 | $    3,908 | $ |
| Stockholders' equity: | | | |
| Convertible preferred stock, $0.000006 par value; 569,001,400 shares authorized, 543,366,110 shares issued and outstanding actual; no shares authorized, issued and outstanding, pro forma and pro forma as adjusted | $   615 | $       — | $ |
| Preferred stock, $0.000006 par value; no shares authorized, issued and outstanding, actual;        shares authorized, no shares issued and outstanding, pro forma and pro forma as adjusted | — | — | |
| Class A common stock, $0.000006 par value; 4,141,000,000 shares authorized, 117,097,143 shares issued and outstanding, actual;        shares authorized, 117,097,143 shares issued and outstanding, pro forma;        shares authorized,        shares issued and outstanding, pro forma as adjusted | — | — | |
| Class B common stock, $0.000006 par value; 4,141,000,000 shares authorized, 1,213,350,999 shares issued and outstanding, actual;        shares authorized, 1,758,902,390 shares issued and outstanding, pro forma;        shares authorized,        shares issued and outstanding, pro forma as adjusted | — | — | |
| Additional paid-in capital | 2,684 | 4,267 | |
| Accumulated other comprehensive loss | (6) | (6) | |
| Retained earnings | 1,606 | 967 | |
| Total stockholders' equity | 4,899 | 5,228 | |
| Total capitalization | $4,899 | $    5,228 | $ |

(1)  The pro forma data as of December 31, 2011 presents our cash, cash equivalents, and marketable securities, total stockholders' equity, and total capitalization, and gives effect to a share-based compensation expense of approximately $968 million associated with Pre-2011 RSUs, for which the service condition was completed as of December 31, 2011 and which we expect to record upon completion of our initial public offering, as further described in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." The pro forma adjustment related to share-based compensation expense of approximately $968 million has been reflected as an increase to additional paid-in capital and the associated tax effect of $329 million has been netted against this charge, resulting in a net reduction of $639 million to retained earnings. The income tax effects have been reflected as an increase to deferred tax assets included in prepaid expenses and other current assets, to reflect the anticipated future tax benefits upon settlement of these RSUs.

(2)  A $1.00 increase (decrease) in the assumed initial public offering price of $        per share would increase (decrease) each of cash, cash equivalents, and marketable securities, additional paid-in capital, total stockholders' equity, and total capitalization by $        million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions. If the underwriters' option to purchase additional shares to cover over-allotments is exercised in full, the pro forma as adjusted amount of each of cash, cash equivalents, and marketable securities, additional paid-in capital, total stockholders' equity, and total capitalization would increase by approximately $        million, after deducting estimated underwriting discounts and commissions, and we would have        shares of our Class A common stock and        shares of our Class B common stock issued and outstanding, pro forma as adjusted.

(3)  The pro forma as adjusted information discussed above is illustrative only and will be adjusted based on the actual initial public offering price and other terms of our initial public offering determined at pricing.

36

PX0292-043

**Table of Contents**

The table above excludes the following shares:

- 138,539,434 shares of Class B common stock issuable upon the exercise of options outstanding as of December 31, 2011 under our 2005 Stock Plan, with a weighted-average exercise price of approximately $0.83 per share;

- 378,772,184 shares of Class B common stock subject to RSUs outstanding as of December 31, 2011 under our 2005 Stock Plan;

- 1,947,208 shares of Class B common stock subject to RSUs granted between January 1, 2012 and January 31, 2012 under our 2005 Stock Plan; and

- 77,185,000 shares of our common stock reserved for future issuance under our equity compensation plans, consisting of 25,000,000 shares of Class A common stock reserved for issuance under our 2012 Equity Incentive Plan, and 52,185,000 shares of Class B common stock reserved for issuance under our 2005 Stock Plan. On the date of this prospectus, any remaining shares available for issuance under our 2005 Stock Plan will be added to the shares to be reserved under our 2012 Equity Incentive Plan and we will cease granting awards under the 2005 Stock Plan. Our 2012 Equity Incentive Plan also provides for automatic annual increases in the number of shares reserved thereunder, as more fully described in "Executive Compensation—Employee Benefit Plans."

37

PX0292-044

Registration Statement on Form S-1

**Table of Contents**

## DILUTION

If you invest in our Class A common stock, your interest will be diluted to the extent of the difference between the initial public offering price per share of our Class A common stock and the pro forma as adjusted net tangible book value per share of our Class A common stock immediately after our initial public offering.

Our pro forma net tangible book value as of December 31, 2011 was $      billion, or $      per share of common stock. Our pro forma net tangible book value per share represents the amount of our total tangible assets reduced by the amount of our total liabilities and divided by the total number of shares of our common stock outstanding as of December 31, 2011, after giving effect to the automatic conversion of all outstanding shares of our convertible preferred stock into Class B common stock in connection with our initial public offering.

After giving effect to (1) our sale in our initial public offering of      shares of Class A common stock at an assumed initial public offering price of the Class A common stock of $      per share, the midpoint of the price range on the cover page of this prospectus, after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us and (2) the exercise by Mark Zuckerberg, our founder, Chairman, and CEO, of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock, our pro forma as adjusted net tangible book value as of December 31, 2011 would have been approximately $      billion, or $      per share of common stock. This represents an immediate increase in pro forma as adjusted net tangible book value of $      per share to our existing stockholders and an immediate dilution of $      per share to investors purchasing shares in our initial public offering.

The following table illustrates this per share dilution.

| | | |
|---|---|---|
| Assumed initial offering price per share | | $ |
| Pro forma net tangible book value per share as of December 31, 2011 | $ | |
| Increase in pro forma net tangible book value per share attributable to investors purchasing shares in our initial public offering | ——— | |
| Pro forma as adjusted net tangible book value per share after our initial public offering | | |
| Dilution in pro forma net tangible book value per share to investors in this offering | | $ |

A $1.00 increase (decrease) in the assumed initial public offering price of $      per share would increase (decrease) our pro forma as adjusted net tangible book value per share after our initial public offering by $      , assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting the estimated underwriting discounts and commissions payable by us.

If the underwriters' option to purchase additional shares to cover over-allotments is exercised in full, the pro forma net tangible book value per share after giving effect to our initial public offering would be approximately $      per share, and the dilution in pro forma net tangible book value per share to investors in our initial public offering would be approximately $      per share.

38

PX0292-045

**Table of Contents**

The following table summarizes, as of December 31, 2011, the differences between the number of shares of our common stock purchased from us, after giving effect to the conversion of our convertible preferred stock into Class B common stock, the total cash consideration paid, and the average price per share paid by our existing stockholders and by our new investors purchasing shares in our initial public offering at the assumed initial public offering price of the Class A common stock of $      per share, the midpoint of the price range on the cover page of this prospectus, before deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us:

|  | Shares Purchased | | Total Consideration | | Average Price Per Share |
|  | Number | Percent | Amount | Percent |  |
|---|---|---|---|---|---|
| Existing stockholders |  | % |  | % | $ |
| New investors |  |  |  |  |  |
| Total |  | 100% | $ | 100% |  |

A $1.00 increase (decrease) in the assumed initial public offering price of $      per share would increase (decrease) total consideration paid by new investors by $      million, assuming that the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same, and after deducting estimated underwriting discounts and commissions payable by us.

Sales of shares of Class A common stock by the selling stockholders in our initial public offering will reduce the number of shares of common stock held by existing stockholders to      , or approximately    % of the total shares of common stock outstanding after our initial public offering, and will increase the number of shares held by new investors to      , or approximately    % of the total shares of common stock outstanding after our initial public offering.

If the underwriters' option to purchase additional shares to cover over-allotments is exercised in full, our existing stockholders would own    % and our new investors would own    % of the total number of shares of our common stock outstanding after our initial public offering.

The above table and discussion are based on 117,097,143 shares of our Class A common stock and 1,758,902,390 shares of our Class B common stock outstanding as of December 31, 2011, as well as the exercise by Mark Zuckerberg, our founder, Chairman, and CEO, of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock, and exclude:

- 138,539,434 shares of Class B common stock issuable upon the exercise of options outstanding as of December 31, 2011 under our 2005 Stock Plan, with a weighted-average exercise price of approximately $0.83 per share;

- 378,772,184 shares of Class B common stock subject to RSUs outstanding as of December 31, 2011 under our 2005 Stock Plan;

- 1,947,208 shares of Class B common stock subject to RSUs granted between January 1, 2012 and January 31, 2012 under our 2005 Stock Plan; and

- 77,185,000 shares of our common stock reserved for future issuance under our equity compensation plans, consisting of 25,000,000 shares of Class A common stock reserved for issuance under our 2012 Equity Incentive Plan, and 52,185,000 shares of Class B common stock reserved for issuance under our 2005 Stock Plan. On the date of this prospectus, any remaining shares available for issuance under our 2005 Stock Plan will be added to the shares to be reserved under our 2012 Equity Incentive Plan and we will cease granting awards under the 2005 Stock Plan. Our 2012 Equity Incentive Plan also provides for automatic annual increases in the number of shares reserved thereunder, as more fully described in "Executive Compensation—Employee Benefit Plans."

To the extent that any outstanding options are exercised or RSUs are settled, there will be further dilution to new investors.

39

**Table of Contents**

## SELECTED CONSOLIDATED FINANCIAL DATA

The consolidated statements of income data for each of the years ended December 31, 2009, 2010, and 2011 and the consolidated balance sheets data as of December 31, 2010 and 2011 are derived from our audited consolidated financial statements that are included elsewhere in this prospectus. The consolidated statements of operations data for the years ended December 31, 2007 and 2008 and the consolidated balance sheets data as of December 31, 2007, 2008, and 2009 are derived from audited consolidated financial statements that are not included in this prospectus.

You should read this information together with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and the related notes included elsewhere in this prospectus.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 |
| | | (in millions, except per share data) | | | |
| **Consolidated Statements of Operations Data:** | | | | | |
| Revenue | $ 153 | $ 272 | $ 777 | $1,974 | $3,711 |
| Costs and expenses[1]: | | | | | |
| Cost of revenue | 41 | 124 | 223 | 493 | 860 |
| Marketing and sales | 32 | 76 | 115 | 184 | 427 |
| Research and development | 81 | 47 | 87 | 144 | 388 |
| General and administrative | 123 | 80 | 90 | 121 | 280 |
| Total costs and expenses | 277 | 327 | 515 | 942 | 1,955 |
| Income (loss) from operations | (124) | (55) | 262 | 1,032 | 1,756 |
| Other expense, net | 11 | 1 | 8 | 24 | 61 |
| Income (loss) before provision for income taxes | (135) | (56) | 254 | 1,008 | 1695 |
| Provision for income taxes | 3 | — | 25 | 402 | 695 |
| Net income (loss) | $ (138) | $ (56) | $ 229 | $ 606 | $1,000 |
| Net income (loss) attributable to Class A and Class B common stockholders | $ (138) | $ (56) | $ 122 | $ 372 | $ 668 |
| Earnings (loss) per share attributable to Class A and Class B common stockholders[2]: | | | | | |
| Basic | $(0.16) | $(0.06) | $0.12 | $ 0.34 | $ 0.52 |
| Diluted | $(0.16) | $(0.06) | $0.10 | $ 0.28 | $ 0.46 |
| Pro forma earnings per share attributable to Class A and Class B common stockholders[2]: | | | | | |
| Basic | | | | | $ 0.49 |
| Diluted | | | | | $ 0.43 |

(1)  Costs and expenses include share-based compensation expense as follows:

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 |
| | | | (in millions) | | |
| Cost of revenue | $ 1 | $ — | $ — | $ — | $ 9 |
| Marketing and sales | 3 | 4 | 2 | 2 | 43 |
| Research and development | 56 | 7 | 6 | 9 | 114 |
| General and administrative | 13 | 19 | 19 | 9 | 51 |
| Total share-based compensation expense | $ 73 | $ 30 | $ 27 | $ 20 | $ 217 |

(2)  See note 2 of the notes to our consolidated financial statements for a description of how we compute basic and diluted earnings (loss) per share attributable to Class A and Class B common stockholders and pro forma basic and diluted earnings per share attributable to Class A and Class B common stockholders.

40

**Table of Contents**

|  | As of December 31, | | | | |
|--|------|------|------|------|------|
|  | **2007** | **2008** | **2009** | **2010** | **2011** |
|  | | | (in millions) | | |
| **Consolidated Balance Sheets Data:** | | | | | |
| Cash, cash equivalents, and marketable securities | $ 305 | $ 297 | $ 633 | $1,785 | $3,908 |
| Working capital | 250 | 279 | 703 | 1,857 | 3,705 |
| Property and equipment, net | 82 | 131 | 148 | 574 | 1,475 |
| Total assets | 448 | 505 | 1,109 | 2,990 | 6,331 |
| Total liabilities | 174 | 170 | 241 | 828 | 1,432 |
| Total stockholders' equity | 273 | 335 | 868 | 2,162 | 4,899 |

**Free Cash Flow**

In addition to other financial measures presented in accordance with U.S. generally accepted accounting principles (GAAP), we monitor free cash flow (FCF) as a non-GAAP measure to manage our business, make planning decisions, evaluate our performance, and allocate resources. We define FCF as net cash provided by operating activities reduced by purchases of property and equipment and property and equipment acquired under capital leases.

We believe that FCF is one of the key financial indicators of our business performance over the long term and provides useful information regarding whether cash provided by operating activities is sufficient to fund the ongoing property and equipment investments required to maintain and grow our business. We have chosen to subtract both purchases of property and equipment and property and equipment acquired under capital leases in our calculation of FCF because we believe that these two items collectively represent the amount of property and equipment we need to procure to support our business, regardless of whether we finance such property or equipment with a capital lease. The market for financing servers and other technical equipment is dynamic and we expect our use of capital leases could vary significantly from year to year.

We have chosen our definition for FCF because we believe that this methodology can provide useful supplemental information to help investors better understand underlying trends in our business. We present FCF in this document in the same manner it is shared with our senior management and board of directors.

FCF has limitations as an analytical tool, and you should not consider it in isolation or as a substitute for analysis of other GAAP financial measures, such as net cash provided by operating activities. Some of the limitations of FCF are:

- FCF does not reflect our future contractual commitments; and

- other companies in our industry present similarly titled measures differently than we do, limiting their usefulness as comparative measures.

Management compensates for the inherent limitations associated with using the FCF measure through disclosure of such limitations, presentation of our financial statements in accordance with GAAP, and reconciliation of FCF to the most directly comparable GAAP measure, net cash provided by operating activities, as presented below.

The following is a reconciliation of FCF to the most comparable GAAP measure, net cash provided by operating activities:

|  | Year Ended December 31, | | | | |
|--|------|------|------|------|------|
|  | **2007** | **2008** | **2009** | **2010** | **2011** |
|  | | | (in millions) | | |
| Net cash provided by operating activities | $ 11 | $ 8 | $ 155 | $ 698 | $1,549 |
| Purchases of property and equipment | (55) | (70) | (33) | (293) | (606) |
| Property and equipment acquired under capital leases | (11) | (26) | (56) | (217) | (473) |
| Free cash flow | $ (55) | $ (88) | $ 66 | $ 188 | $ 470 |

41

PX0292-048

Table of Contents

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
## CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes that appear in this prospectus. In addition to historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and elsewhere in this prospectus, particularly in "Risk Factors."*

### Overview

Our mission is to make the world more open and connected. Facebook enables you to express yourself and connect with the world around you instantly and freely.

We build products that support our mission by creating utility for users, developers, and advertisers:

*Users.* We enable people who use Facebook to stay connected with their friends and family, to discover what is going on in the world around them, and to share and express what matters to them to the people they care about.

*Developers.* We enable developers to use the Facebook Platform to build applications (apps) and websites that integrate with Facebook to reach our global network of users and to build products that are more personalized, social, and engaging.

*Advertisers.* We enable advertisers to engage with more than 800 million monthly active users (MAUs) on Facebook or subsets of our users based on information they have chosen to share with us such as their age, location, gender, or interests. We offer advertisers a unique combination of reach, relevance, social context, and engagement to enhance the value of their ads.

We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers. For the year ended December 31, 2011, we recorded revenue of $3,711 million, operating income of $1,756 million, and net income of $1,000 million. We were incorporated in July 2004 and are headquartered in Menlo Park, California.

Highlights in our history are depicted in the graphic on the next page.

42

PX0292-049

**Table of Contents**

*Our History*



43

PX0292-050

**Table of Contents**

**Trends in Our User Metrics**

- *Monthly Active Users (MAUs).* We define a monthly active user as a registered Facebook user who logged in and visited Facebook through our website or a mobile device, or took an action to share content or activity with his or her Facebook friends or connections via a third-party website that is integrated with Facebook, in the last 30 days as of the date of measurement. MAUs are a measure of the size of our global active user community, which has grown substantially in the past several years.

As of December 31, 2011, we had 845 million MAUs, an increase of 39% from December 31, 2010. We experienced growth across different geographies, with users in Brazil and India representing a key source of growth. We had 161 million MAUs in the United States as of December 31, 2011, an increase of 16% from the prior year. We had 37 million MAUs in Brazil as of December 31, 2011, an increase of 268% from the prior year. Additionally, we had 46 million MAUs in India as of December 31, 2011, an increase of 132% from the prior year.



*Note: Rest of world includes Africa, Latin America, and the Middle East.*

There are more than two billion global Internet users, according to an industry source, and we aim to connect all of them. We have achieved varying levels of penetration within the population of Internet users in different countries. For example, in countries such as Chile, Turkey, and Venezuela we estimate that we have penetration rates of greater than 80% of Internet users; in countries such as the United Kingdom and the United States we estimate that we have penetration rates of approximately 60%; in countries such as Brazil, Germany, and India we estimate that we have penetration rates of

44

**Table of Contents**

approximately 20-30%; in countries such as Japan, Russia, and South Korea we estimate that we have penetration rates of less than 15%; and in China, where Facebook access is restricted, we have near 0% penetration. We continue to invest in growing our user base, particularly in markets where we are relatively less penetrated. We expect MAU growth will benefit from increases in worldwide Internet users, in particular as a result of increasing broadband penetration and usage of mobile devices in developing markets. Growth in MAUs depends on our ability to retain our current users, re-engage with inactive users, and add new users, including by extending our reach across mobile platforms.

- *Daily Active Users (DAUs).* We define a daily active user as a registered Facebook user who logged in and visited Facebook through our website or a mobile device, or took an action to share content or activity with his or her Facebook friends or connections via a third-party website that is integrated with Facebook, on a given day. We view DAUs, and DAUs as a percentage of MAUs, as measures of user engagement.

Worldwide DAUs increased 48% to 483 million on average during December 2011 from 327 million during December 2010. We experienced growth in DAUs across major markets including Brazil, Canada, Germany, Mexico, the United Kingdom, and the United States. Increased mobile usage was a key contributor to this growth. DAUs as a percentage of MAUs increased from 54% in December 2010 to 57% in December 2011.



Note: Rest of world includes Africa, Latin America, and the Middle East.

45

PX0292-052

**Table of Contents**

We believe that we have the opportunity to continue to grow our DAUs around the world. Growth in DAUs depends on our ability to attract new users and increase the frequency of engagement for existing users. We aim to increase DAUs by developing products that are more compelling for our users, increasing the relevance of the information we display for each user, increasing the number of compelling Platform apps and website integrations, and improving the quality of our products across mobile platforms. We also believe that younger users have higher levels of engagement with the web and mobile devices in general and with Facebook specifically. We anticipate that demographic trends over the long term may contribute to growth in engagement as a greater number of users will come from demographic groups that have grown up with the web and mobile devices and who spend more time online every day.

- *Mobile MAUs.* We define a mobile MAU as a user who accessed Facebook via a mobile app or via mobile-optimized versions of our website such as m.facebook.com, whether on a mobile phone or tablet such as the iPad, during the period of measurement.

We had more than 425 million mobile MAUs in December 2011. In 2011, mobile usage of Facebook increased in markets around the world, including major developed markets such as the United States where smartphone penetration grew rapidly. Our mobile MAU growth was also driven by product enhancements across several mobile platforms. For example, we improved our product offering on feature phones following our acquisition of Snaptu in April 2011 and we launched the Facebook app for the iPad in October 2011. Improving our mobile products and increasing mobile usage of Facebook are key company priorities that we believe are critical to help us maintain and grow our user base and engagement over the long term. We expect consumers around the world will continue to increase the amount of time they spend and the information they share and consume through mobile devices.

We do not currently display ads to users who access Facebook via mobile apps or our mobile website. To the extent that increasing usage of Facebook through mobile apps or our mobile website substitutes for the use of Facebook through personal computers where we do show ads, the number of ads that we deliver to users and our revenue may be negatively affected unless and until we include ads or sponsored stories on our mobile apps and mobile website. We believe that people around the world will continue to increase their use of Facebook from mobile devices, and that some of this mobile usage has been and will continue to be a substitute for use of Facebook through personal computers.

**Factors Affecting Our Performance**

Growth trends in MAUs, DAUs, and mobile MAUs are critical variables that affect our revenue and financial results by influencing the number of ads we are able to show, the value of those ads, the volume of Payments transactions, as well as our expenses and capital expenditures.

In addition, changes in user engagement patterns also affect our revenue and financial performance. We believe that overall engagement as measured by the percentage of users who create content (such as wall posts, messages, or photos) or generate feedback (such as by Liking or Commenting on the content created) has remained stable or increased as our user base has grown. Moreover, the average amount of content and feedback created by each user has continued to increase over time.

Our revenue trends are also affected by ad inventory management changes affecting the number, size, or prominence of ads we display. For example, in the fourth quarter of 2010, we significantly increased the number of ads on many Facebook pages. As another example, in the fourth quarter of 2011, we increased the reserve price (i.e., the minimum price threshold) in our advertising auction system in order to reduce the frequency with which low quality ads are displayed to users. This change caused a reduction in the overall number of ads shown and increased the average price per ad as a result of factors including the removal of ads with bids that were below the reserve price and some advertisers raising their bids in response to this change. For this particular

46

Table of Contents

change, we estimate that the decrease in the number of ads displayed and the increase in average price per ad approximately offset each other such that the impact on total revenue was minimal.

We make ongoing product changes intended to enhance the user experience. In September 2011, at our f8 conference, we announced the launch of Timeline as an enhanced and updated version of the Facebook Profile to enable users to better organize and access the growing quantity of their updates, photos, comments, and other content. We expect Timeline to roll out broadly around the world in the first quarter of 2012. Also in September 2011, we announced the launch of the next iteration of Open Graph APIs, which enables Platform developers to create new types of social apps that facilitate sharing, self-expression, and serendipitous discovery across a broad variety of activities and interests. We expanded the Open Graph to include more types of sharing activities in the first quarter of 2012.

In 2011, we continued to make significant investments in our technical infrastructure to ensure that our growing user base can access Facebook rapidly and reliably. In April 2011, we began serving user traffic out of our first owned and built data center in Prineville, Oregon. We developed designs for data centers, server hardware, and software that were optimized for use in our new data center facilities, resulting in significant increases in energy efficiency while significantly reducing our server operation costs compared to the usage of traditional servers and leased data centers. We are investing in additional Facebook-owned data centers in the United States and Europe and we aim to deliver Facebook products rapidly and reliably to all users around the world.

At the end of 2011, we had 3,200 full-time employees, an increase of 50% from the year prior. Our employee headcount has increased significantly and we expect this growth to continue for the foreseeable future. We have also made and intend to make acquisitions with the primary objective of adding software engineers, product designers, and other personnel with certain technology expertise. While our organization is growing rapidly, we are focused on increasing our talent base at a rate that allows us to preserve our culture.

## Components of Results of Operations

### Revenue

We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers.

*Advertising.* Our advertising revenue is generated by displaying ad products on our website. Advertisers pay for ad products displayed on Facebook, either directly or through their relationships with advertising agencies, based on the number of impressions delivered or the number of clicks made by our users. We recognize revenue from the display of impression-based ads on our website in the contracted period in which the impressions are delivered. Impressions are considered delivered when an ad appears in pages displayed to users. We recognize revenue from the delivery of click-based ads on our website in the period in which a user clicks on an ad.

*Payments and other fees.* We enable Payments from our users to our Platform developers. Our users can transact and make payments on the Facebook Platform by using credit cards, PayPal or other payment methods available on our website. We receive a negotiated fee from our Platform developers when users make purchases from our Platform developers using our Payments infrastructure. We recognize revenue net of amounts remitted to our Platform developers. We have mandated the use of our Payments infrastructure for game apps on Facebook, and fees related to Payments are generated almost exclusively from games. To date, games from Zynga have generated the majority of our payments and other fees revenue. In addition, we generate other fees revenue in connection with arrangements related to business development transactions and fees from various mobile providers; in recent periods, other fees revenue has been immaterial.

47

PX0292-054

**Table of Contents**

### Cost of Revenue and Operating Expenses

*Cost of revenue.* Our cost of revenue consists primarily of expenses associated with the delivery and distribution of our products. These include expenses related to the operation of our data centers such as facility and server equipment depreciation, facility and server equipment rent expense, energy and bandwidth costs, support and maintenance costs, and salaries, benefits, and share-based compensation for employees on our operations teams. Cost of revenue also includes credit card and other transaction fees related to processing customer transactions.

*Marketing and sales.* Our marketing and sales expenses consist primarily of salaries, benefits, and share-based compensation for our employees engaged in sales, sales support, marketing, business development, and customer service functions. Our marketing and sales expenses also include user-, developer-, and advertiser-facing marketing and promotional expenditures.

*Research and development.* Research and development expenses consist primarily of salaries, benefits, and share-based compensation for employees on our engineering and technical teams who are responsible for building new products as well as improving existing products. We expense substantially all of our research and development costs as they are incurred.

*General and administrative.* Our general and administrative expenses consist primarily of salaries, benefits, and share-based compensation for our executives as well as our finance, legal, human resources, and other administrative employees. In addition, general and administrative expenses include outside consulting, legal and accounting services, and facilities and other supporting overhead costs. General and administrative expenses also include legal settlements.

### Share-based Compensation Expense

We have granted restricted stock units (RSUs) to our employees and members of our board of directors. RSUs granted prior to January 1, 2011 (Pre-2011 RSUs) under our 2005 Stock Plan vest upon the satisfaction of both a service condition and a liquidity condition. The service condition for the majority of these awards is satisfied over four years. The liquidity condition is satisfied upon the occurrence of a qualifying event, defined as a change of control transaction or six months following the effective date of our initial public offering.

As of December 31, 2011, we have recognized no share-based compensation expense for Pre-2011 RSUs, because a qualifying event described above had not occurred. In the quarter in which our initial public offering is completed, we will begin recording share-based compensation expense using the accelerated attribution method, net of forfeitures, based on the grant date fair value of the Pre-2011 RSUs. For the Pre-2011 RSUs, if the initial public offering had been completed on December 31, 2011, we would have recognized $968 million of share-based compensation expense on that date, and would have approximately $239 million of additional future period expense to be recognized over the remaining service periods through 2018.

RSUs granted on or after January 1, 2011 (Post-2011 RSUs) are not subject to a liquidity condition in order to vest. Compensation expense related to these grants is based on the grant date fair value of the RSUs and is recognized on a straight-line basis over the applicable service period. The majority of Post-2011 RSUs are earned over a service period of four to five years. In 2011, we recognized $189 million of share-based compensation expense related to the Post-2011 RSUs, and we anticipate recognizing $1,189 million of future period expense related to Post-2011 RSUs outstanding as of December 31, 2011.

As of December 31, 2011, there was $2,463 million of unrecognized share-based compensation expense, of which $2,396 million is related to RSUs and $67 million is related to restricted shares and stock options. This unrecognized compensation expense is expected to be recognized over a weighted-average period of approximately two years.

See "—Critical Accounting Policies and Estimates—Share-based Compensation" for additional information regarding our share-based compensation expense.

48

**Table of Contents**

### Results of Operations

The following table summarizes our historical consolidated statements of income data:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2009** | **2010**<br>(in millions) | **2011** |
| **Consolidated Statements of Income Data:** | | | |
| Revenue | $ 777 | $ 1,974 | $ 3,711 |
| Costs and expenses[1]: | | | |
|    Cost of revenue | 223 | 493 | 860 |
|    Marketing and sales | 115 | 184 | 427 |
|    Research and development | 87 | 144 | 388 |
|    General and administrative | 90 | 121 | 280 |
| Total costs and expenses | 515 | 942 | 1,955 |
| Income from operations | 262 | 1,032 | 1,756 |
| Other expense, net | 8 | 24 | 61 |
| Income before provision for income taxes | 254 | 1,008 | 1,695 |
| Provision for income taxes | 25 | 402 | 695 |
| Net income | $ 229 | $ 606 | $ 1,000 |

(1)   Costs and expenses include share-based compensation expense as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2009** | **2010**<br>(in millions) | **2011** |
| Cost of revenue | $ — | $ — | $ 9 |
| Marketing and sales | 2 | 2 | 43 |
| Research and development | 6 | 9 | 114 |
| General and administrative | 19 | 9 | 51 |
|    Total share-based compensation expense | $ 27 | $ 20 | $ 217 |

The following table summarizes our historical consolidated statements of income data as a percentage of revenue for the periods shown:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2009** | **2010** | **2011** |
| **Consolidated Statements of Income Data:** | | | |
| Revenue | 100% | 100% | 100% |
| Costs and expenses[1]: | | | |
|    Cost of revenue | 29 | 25 | 23 |
|    Marketing and sales | 15 | 9 | 12 |
|    Research and development | 11 | 7 | 10 |
|    General and administrative | 12 | 6 | 8 |
| Total costs and expenses | 66 | 48 | 53 |
| Income from operations | 34 | 52 | 47 |
| Other expense, net | 1 | 1 | 2 |
| Income before provision for income taxes | 33 | 51 | 46 |
| Provision for income taxes | 3 | 20 | 19 |
| Net income | 29% | 31% | 27% |

(1)   Costs and expenses include the following share-based compensation expense as a percentage of revenue:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2009** | **2010** | **2011** |
| Cost of revenue | —% | —% | —% |
| Marketing and sales | — | — | 1 |
| Research and development | 1 | — | 3 |
| General and administrative | 2 | — | 1 |
|    Total share-based compensation expense | 3% | 1% | 6% |

49

PX0292-056

**Table of Contents**

**Years Ended December 31, 2009, 2010, and 2011**

*Revenue*

|  | Year Ended December 31, | | | 2009 to 2010 | 2010 to 2011 |
|---|---|---|---|---|---|
|  | **2009** | **2010** | **2011** | **% Change** | **% Change** |
|  |  | (in millions) |  |  |  |
| Advertising revenue | $ 764 | $1,868 | $3,154 | 145% | 69% |
| Payments and other fees revenue | 13 | 106 | 557 | NM | NM |
| Total revenue | $ 777 | $1,974 | $3,711 | 154% | 88% |

*2011 Compared to 2010.* Revenue in 2011 increased $1,737 million, or 88% compared to 2010. The increase was due primarily to a 69% increase in advertising revenue to $3,154 million. Advertising revenue grew due to a 42% increase in the number of ads delivered and an 18% increase in the average price per ad delivered. The increase in ads delivered was driven primarily by user growth. The number of ads delivered was also affected by many other factors including product changes that significantly increased the number of ads on many Facebook pages beginning in the fourth quarter of 2010, partially offset by an increase in usage of our mobile products, where we do not show ads, and by various product changes implemented in 2011 that in aggregate modestly reduced the number of ads on certain pages. The increase in average price per ad delivered was affected by factors including improvements in our ability to deliver more relevant ads to users and product changes that contributed to higher user interaction with the ads by increasing their relative prominence.

Payments and other fees revenue increased to $557 million in 2011 due to the adoption of Facebook Payments, which has been gradually adopted by our Platform developers and began generating significant revenue in the fourth quarter of 2010. Facebook Payments became mandatory for all game developers accepting payments on the Facebook Platform with limited exceptions on July 1, 2011. Accordingly, comparisons of payments and other fees revenue to periods before that date may not be meaningful. In 2011, other fees revenue was immaterial.

In 2011, we generated approximately 56% of our revenue from advertisers and Platform developers based in the United States, compared to 62% in 2010. This change is due to factors including a faster growth rate of international users and the expansion of international sales offices and payment methods. The majority of our revenue outside of the United States came from customers located in western Europe, Canada, and Australia.

*2010 Compared to 2009.* Revenue in 2010 increased $1,197 million, or 154%, compared to 2009. The increase was primarily due to a 145% increase in advertising revenue to $1,868 million in 2010. Advertising revenue grew primarily due to an increase in the number of ads delivered driven by growth in users and engagement as well as the number of ads per page. Payments and other fees revenue increased to $106 million in 2010 due to the initial adoption of Facebook Payments during the year. In 2010, we generated approximately 62% of our revenue from advertisers and Platform developers based in the United States, compared to 67% in 2009.

Twelve percent of our total revenue in 2011, and less than 10% in 2010 and 2009, came from a single customer, Zynga. This revenue consisted of payments processing fees related to Zynga's sales of virtual goods and from direct advertising purchased by Zynga. In May 2010, we entered into an addendum to our standard terms and conditions with Zynga pursuant to which it agreed to use Facebook Payments as the primary means of payment within Zynga games played on the Facebook Platform. Under this addendum, we retain a fee of up to 30% of the face value of user purchases in Zynga's games on the Facebook Platform. This addendum expires in May 2015.

50

**Table of Contents**

*Cost of revenue*

| | Year Ended December 31, | | | 2009 to 2010 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | | |
| | (dollars in millions) | | | | |
| Cost of revenue | $ 223 | $ 493 | $ 860 | 121% | 74% |
| Percentage of revenue | 29% | 25% | 23% | | |

*2011 Compared to 2010.* Cost of revenue in 2011 increased $367 million, or 74%, compared to 2010. The increase was primarily due to an increase in expenses related to expanding our data center operations, such as depreciation and data center facility rent. These expenses supported our user growth, the increased usage of our products by users, developers, and advertisers, and the launch of new products. Credit card and other related revenue processing fees also contributed to the increase.

*2010 Compared to 2009.* Cost of revenue in 2010 increased $270 million, or 121%, compared to 2009. The increase was primarily due to an increase in expenses related to expanding our data center operations. Credit card and other related revenue processing fees also contributed to the increase.

We anticipate that cost of revenue will increase in dollar amount for the foreseeable future as we expand our data center capacity to support user growth, increased user engagement, and the delivery of new products. We expect costs will also rise for payment processing as we increase Payments volumes and add new payment methods. The expected increase in cost of revenue may be partially mitigated if we are able to realize improvements in server performance and the efficiency of our technical operations. We expect cost of revenue as a percentage of revenue to decline modestly over time to the extent we are successful in meeting our objective of efficiently increasing revenue.

*Marketing and sales*

| | Year Ended December 31, | | | 2009 to 2010 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | | |
| | (dollars in millions) | | | | |
| Marketing and sales | $ 115 | $ 184 | $ 427 | 60% | 132% |
| Percentage of revenue | 15% | 9% | 12% | | |

*2011 Compared to 2010.* Marketing and sales expenses in 2011 increased $243 million, or 132%, compared to 2010. The increase was primarily due to an increase in payroll and benefits expenses, resulting from a 46% increase in employee headcount to support global sales, business development, and customer service, and to a lesser extent, an increase in our user-, developer-, and advertiser-facing marketing. Additionally, share-based compensation expense increased from $2 million in 2010 to $43 million in 2011 due to recognition of expense related to Post-2011 RSUs.

*2010 Compared to 2009.* Marketing and sales expenses in 2010 increased $69 million, or 60%, compared to 2009. The increase was primarily due to an increase in payroll and benefits expenses, resulting from a 90% increase in employee headcount to support global sales, business development, and customer service. Additionally, we increased our spending to support our user-, developer-, and advertiser-facing marketing as well as our market research and analytics capabilities.

We anticipate that marketing and sales expenses will increase in dollar amount and as a percentage of revenue in 2012 as a result of growth in headcount and headcount-related expenses, including share-based compensation expense related to Post-2011 RSUs. We plan to add sales, business development and customer service employees, open new offices, and continue our investment in user-, developer-, and advertiser-facing marketing. Assuming we complete our initial public offering in 2012, we also anticipate a significant increase in marketing and sales expenses in 2012 due to the initial inclusion of share-based compensation expense from Pre-2011 RSUs as described in "—Critical Accounting Policies and Estimates—Share-based Compensation."

51

**Table of Contents**

### Research and development

|  | Year Ended December 31, | | | 2009 to 2010 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | | |
|  | (dollars in millions) | | | | |
| Research and development | $ 87 | $ 144 | $ 388 | 66% | 169% |
| Percentage of revenue | 11% | 7% | 10% | | |

*2011 Compared to 2010.* Research and development expenses in 2011 increased $244 million, or 169%, compared to 2010. The increase was primarily due to an increase from $9 million in 2010 to $114 million in 2011 for share-based compensation expense related to Post-2011 RSUs. Payroll and benefits expense also increased due to a 57% growth in employee headcount in engineering, design, product management, and other technical functions. This investment supported our efforts to improve existing products and build new products for users, developers, and advertisers.

*2010 Compared to 2009.* Research and development expenses in 2010 increased $57 million, or 66%, compared to 2009. The increase was primarily due to an increase in payroll and benefits expenses, resulting from a 81% increase in employee headcount in engineering and related functions. This investment supported our efforts to improve existing products and build new products for users, developers, and advertisers.

We anticipate that research and development expenses will increase in dollar amount and as a percentage of revenue in 2012 as a result of growth in headcount and headcount-related expenses, including share-based compensation expense related to Post-2011 RSUs. We plan to continue rapidly hiring engineering, design, product management, and other technical employees. Assuming we complete our initial public offering in 2012, we also anticipate a significant increase in research and development expenses in 2012 due to the initial inclusion of share-based compensation expense from Pre-2011 RSUs as described in "—Critical Accounting Policies and Estimates—Share-based Compensation."

### General and administrative

|  | Year Ended December 31, | | | 2009 to 2010 % Change | 2010 to 2011 % Change |
|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | | |
|  | (dollars in millions) | | | | |
| General and administrative | $ 90 | $ 121 | $ 280 | 34% | 131% |
| Percentage of revenue | 12% | 6% | 8% | | |

*2011 Compared to 2010.* General and administrative expenses in 2011 increased $159 million, or 131%, compared to 2010. The increase was primarily due to an increase in payroll and benefits expenses, resulting from a 54% increase in employee headcount in finance, legal, human resources, and other functions. Additionally, outside consulting and legal fees contributed to the increase. Share-based compensation expense increased from $9 million in 2010 to $51 million in 2011 due to recognition of expense related to Post-2011 RSUs.

*2010 Compared to 2009.* General and administrative expenses in 2010 increased $31 million, or 34%, compared to 2009. The increase was primarily due to an increase in payroll and benefits expenses, resulting from a 61% increase in employee headcount in general and administrative functions and, to a lesser extent, an increase in outside consulting and legal fees.

We anticipate that general and administrative expenses will increase in dollar amount and increase as a percentage of revenue in 2012 as a result of growth in headcount and headcount-related expenses, including share-based compensation related to the Post-2011 RSUs. We plan to increase general and administrative employee headcount to support our growth. Assuming we complete our initial public offering in 2012, we also anticipate a significant increase in general and administrative expenses in 2012 due to the initial inclusion of

52

**Table of Contents**

share-based compensation expense from Pre-2011 RSUs as described in "—Critical Accounting Policies and Estimates—Share-based Compensation."

*Other expense, net*

|  | Year Ended December 31, | | | 2009 to 2010 | 2010 to 2011 |
|  | 2009 | 2010 | 2011 | % Change | % Change |
|---|---|---|---|---|---|
|  | | (in millions) | | | |
| Interest expense | $(10) | $(22) | $(42) | 120% | 91% |
| Other income (expense), net | 2 | (2) | (19) | NM | NM |
| Other expense, net | $ (8) | $(24) | $(61) | 200% | 154% |

*2011 Compared to 2010.* Other expense, net in 2011 increased $37 million, or 154%, compared to 2010. Interest expense increased by $20 million, driven by an increase in fees related to our credit facility as described in "—Liquidity and Capital Resources," and the payments related to an increased volume of property and equipment financed by capital leases. The change in other expense was primarily due to $29 million in foreign exchange related losses in 2011. Foreign exchange losses in 2011 stemmed from the periodic re-measurement of our intercompany Euro balances. Foreign currency balances were immaterial in 2010. These expenses were partially offset by an increase in interest income driven by larger invested cash balances.

*2010 Compared to 2009.* Interest expense in 2010 increased as a result of an increased use of capital leases and interest payments related to our $250 million credit facility as described in "—Liquidity and Capital Resources." This loan was repaid in full in March 2011.

*Provision for income taxes*

|  | Year Ended December 31, | | | 2009 to 2010 | 2010 to 2011 |
|  | 2009 | 2010 | 2011 | % Change | % Change |
|---|---|---|---|---|---|
|  | | (dollars in millions) | | | |
| Provision for income taxes | $ 25 | $ 402 | $ 695 | NM | 73% |
| Effective tax rate | 10% | 40% | 41% | | |

*2011 Compared to 2010.* Our provision for income taxes in 2011 increased $293 million, or 73%, compared to 2010 primarily due to an increase in taxable income. Our effective tax rate increased primarily due to losses arising outside the United States in jurisdictions where we do not receive a tax benefit and the impact of certain non-deductible share-based compensation expense that was recognized during the year.

*2010 Compared to 2009.* Our provision for income taxes in 2010 increased $377 million compared to 2009 primarily due to an increase in taxable income. Our effective tax rate increased primarily due to a benefit recorded in 2009 related to the release of a valuation allowance, which did not recur in 2010.

Our effective tax rate has exceeded the U.S. statutory rate in part because of losses arising outside the United States in jurisdictions where we do not receive a tax benefit. These losses were primarily due to the initial start-up costs incurred by our foreign subsidiaries to operate in certain foreign markets, including the costs incurred by those subsidiaries to license, develop, and use our intellectual property. Our effective tax rate in the future will depend on the portion of our profits earned within and outside the United States, which will also be affected by our methodologies for valuing our intellectual property and intercompany transactions.

Assuming we complete our initial public offering in 2012, we anticipate a significant increase in share-based compensation expense from Pre-2011 RSUs, which may contribute to increasing our effective tax rate because a portion of the share-based compensation expense will not be tax deductible in the United States. In

53

PX0292-060

**Table of Contents**

addition, our effective tax rate may fluctuate significantly in any quarter in which there is significant share-based compensation expense or significant exercises or settlements of stock awards.

### Quarterly Results of Operations Data

The following tables set forth our quarterly consolidated statements of income data in dollars and as a percentage of total revenue for each of the eight quarters in the period ended December 31, 2011. We have prepared the quarterly consolidated statements of income data on a basis consistent with the audited consolidated financial statements included elsewhere in this prospectus. In the opinion of management, the financial information reflects all adjustments, consisting only of normal recurring adjustments, which we consider necessary for a fair presentation of this data. This information should be read in conjunction with the audited consolidated financial statements and related notes included elsewhere in this prospectus. The results of historical periods are not necessarily indicative of the results for any future period.

| | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mar 31, 2010 | Jun 30, 2010 | Sep 30, 2010 | Dec 31, 2010 | Mar 31, 2011 | Jun 30, 2011 | Sep 30, 2011 | Dec 31, 2011 |
| | (in millions) | | | | | | | |
| **Consolidated Statements of Income Data:** | | | | | | | | |
| Revenue: | | | | | | | | |
| Advertising revenue | $ 340 | $ 424 | $ 450 | $ 655 | $ 637 | $ 776 | $ 798 | $ 943 |
| Payments and other fees revenue | 5 | 8 | 17 | 76 | 94 | 119 | 156 | 188 |
| Total revenue | 345 | 431 | 467 | 731 | 731 | 895 | 954 | 1,131 |
| Costs and expenses[(1)]: | | | | | | | | |
| Cost of revenue | 100 | 111 | 131 | 150 | 167 | 210 | 236 | 247 |
| Marketing and sales | 36 | 44 | 45 | 59 | 68 | 103 | 124 | 132 |
| Research and development | 25 | 32 | 41 | 45 | 57 | 99 | 108 | 124 |
| General and administrative | 22 | 26 | 34 | 40 | 51 | 76 | 72 | 80 |
| Total costs and expenses | 183 | 213 | 251 | 294 | 343 | 488 | 540 | 583 |
| Income from operations | 162 | 218 | 216 | 437 | 388 | 407 | 414 | 548 |
| Net income | $ 95 | $ 129 | $ 131 | $ 251 | $ 233 | $ 240 | $ 227 | $ 302 |

(1)   Costs and expenses include share-based compensation expense as follows:

| | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mar 31, 2010 | Jun 30, 2010 | Sep 30, 2010 | Dec 31, 2010 | Mar 31, 2011 | Jun 30, 2011 | Sep 30, 2011 | Dec 31, 2011 |
| | (in millions) | | | | | | | |
| Cost of revenue | $ — | $ — | $ — | $ — | $ — | $ 3 | $ 3 | $ 3 |
| Marketing and sales | — | 1 | — | 1 | — | 11 | 16 | 16 |
| Research and development | 2 | 2 | 2 | 3 | 4 | 35 | 33 | 42 |
| General and administrative | 3 | 2 | 2 | 2 | 3 | 15 | 18 | 15 |
| Total share-based compensation | $ 5 | $ 5 | $ 4 | $ 6 | $ 7 | $ 64 | $ 70 | $ 76 |

54

**Table of Contents**

|  | **Three Months Ended** | | | | | | | |
|  | Mar 31, 2010 | Jun 30, 2010 | Sep 30, 2010 | Dec 31, 2010 | Mar 31, 2011 | Jun 30, 2011 | Sep 30, 2011 | Dec 31, 2011 |
|  | | | | (as a percentage of total revenue) | | | | |
| **Consolidated Statements of Income Data:** | | | | | | | | |
| Revenue: | | | | | | | | |
| Advertising revenue | 99% | 98% | 96% | 90% | 87% | 87% | 84% | 83% |
| Payments and other fees revenue | 1 | 2 | 4 | 10 | 13 | 13 | 16 | 17 |
| Total revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Costs and expenses(1): | | | | | | | | |
| Cost of revenue | 29% | 26% | 28% | 21% | 23% | 23% | 25% | 22% |
| Marketing and sales | 10 | 10 | 10 | 8 | 9 | 12 | 13 | 12 |
| Research and development | 7 | 7 | 9 | 6 | 8 | 11 | 11 | 11 |
| General and administrative | 6 | 6 | 7 | 5 | 7 | 8 | 8 | 7 |
| Total costs and expenses | 53 | 49 | 54 | 40 | 47 | 55 | 57 | 52 |
| Income from operations | 47 | 51 | 46 | 60 | 53 | 45 | 43 | 48 |
| Net income | 28% | 30% | 28% | 34% | 32% | 27% | 24% | 27% |

(1)  Costs and expenses include share-based compensation expense as follows:

|  | **Three Months Ended** | | | | | | | |
|  | Mar 31, 2010 | Jun 30, 2010 | Sep 30, 2010 | Dec 31, 2010 | Mar 31, 2011 | Jun 30, 2011 | Sep 30, 2011 | Dec 31, 2011 |
|  | | | | (as a percentage of total revenue) | | | | |
| Cost of revenue | —% | —% | —% | —% | —% | —% | —% | —% |
| Marketing and sales | — | — | — | — | — | 1 | 2 | 1 |
| Research and development | 1 | — | — | — | 1 | 4 | 3 | 4 |
| General and administrative | 1 | — | — | — | — | 2 | 2 | 1 |
| Total share-based compensation | 1% | 1% | 1% | 1% | 1% | 7% | 7% | 7% |

*Quarterly Trends*

*Revenue*

Advertising spending is traditionally seasonally strong in the fourth quarter, and we have experienced significantly lower sequential growth rates from the fourth quarter to the first quarter of the following year. The rapid growth in our business may have partially masked these seasonal trends to date and the seasonal impacts may be more pronounced in the future.

*Fourth Quarter 2011 Compared to Fourth Quarter 2010.* Revenue in the fourth quarter of 2011 increased $400 million, or 55%, compared to the fourth quarter of 2010. The increase was primarily due to a 44% increase in advertising revenue to $943 million. Advertising revenue grew due to a 16% increase in the number of ads delivered and a 24% increase in the average price per ad delivered. The increase in ads delivered was primarily driven by user growth, partially offset by an increase in usage of Facebook mobile products where we do not show ads, product changes in 2011 which in aggregate reduced the number of ads on certain Facebook pages, our decision to increase the reserve price for ads in our system thereby reducing the number of ads shown, and a reduction in usage of apps on Facebook which reduced the number of ads shown. The increase in average price per ad for the fourth quarter of 2011 as compared to the fourth quarter of 2010 was driven by factors including changes that contributed to higher user interaction with the ads by increasing their relative prominence on certain pages and the higher reserve price for ads.

Payments and other fees revenue increased to $188 million in the fourth quarter of 2011 due to the adoption of Facebook Payments, which has been gradually adopted by our Platform developers and began generating

55

**Table of Contents**

significant revenue in the fourth quarter of 2010. Facebook Payments became mandatory for all game developers accepting payments on the Facebook Platform with limited exceptions on July 1, 2011. Accordingly, comparisons of payments and other fees revenue to periods before this date may not be meaningful.

*Cost of revenue and operating expenses*

Cost of revenue and operating expenses increased during every quarter presented, primarily due to increased expenses related to the continued expansion of our technical infrastructure and increases in employee headcount. The increases in marketing and sales, research and development, and general and administrative expenses in the 2011 quarterly periods also reflect significant increases for share-based compensation expense related to Post-2011 RSUs.

For additional information on matters that may affect our quarterly results, see "Risk Factors—Our financial results will fluctuate from quarter to quarter, which makes them difficult to predict."

**Liquidity and Capital Resources**

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
|  |  | (in millions) |  |
| **Consolidated Statements of Cash Flows Data:** |  |  |  |
| Net cash provided by operating activities | $ 155 | $ 698 | $ 1,549 |
| Net cash used in investing activities | (62) | (324) | (3,023) |
| Net cash provided by financing activities | 243 | 781 | 1,198 |
| Purchases of property and equipment | (33) | (293) | (606) |
| Depreciation and amortization | 78 | 139 | 323 |
| Share-based compensation | 27 | 20 | 217 |

Our principal sources of liquidity are our cash and cash equivalents, marketable securities, and cash generated from operations. Cash and cash equivalents and marketable securities consist primarily of cash on deposit with banks and investments in money market funds and U.S. government and U.S. government agency securities. Cash and cash equivalents and marketable securities totaled $3,908 million as of December 31, 2011, an increase of $2,123 million from December 31, 2010. This increase primarily reflects $1,549 million of cash generated from operations and $998 million of proceeds from the sale of common stock, partially offset by $606 million used for capital expenditures and repayment of a $250 million loan facility. We currently anticipate that our available funds, credit facility, and cash flow from operations will be sufficient to meet our operational cash needs for the foreseeable future.

Pre-2011 RSUs vest upon the satisfaction of both a service condition and a liquidity condition. The liquidity condition will be satisfied six months following our initial public offering. We expect that a portion of these RSUs will be settled on a date approximately six months after our initial public offering. On the settlement date, we plan to withhold and remit income taxes at applicable minimum statutory rates based on the then-current value of the underlying shares. We currently expect that the average of these withholding tax rates will be approximately 45%. If the price of our common stock at the time of settlement were equal to the midpoint of the price range on the cover page of this prospectus, we estimate that this tax obligation would be approximately $          billion in the aggregate. The amount of this obligation could be higher or lower, depending on the price of our shares on the RSU settlement date. To settle these RSUs, assuming a 45% tax withholding rate, we anticipate that we will net settle the awards by delivering approximately          shares of Class B common stock to RSU holders and simultaneously withholding approximately          shares of Class B common stock. In connection with this net settlement we will withhold and remit the tax liabilities on behalf of the RSU holders to the relevant tax authorities in cash.

56

**Table of Contents**

To fund the withholding and remittance obligation, we expect to sell equity securities near the settlement date in an amount substantially equivalent to the number of shares of common stock that we withhold in connection with the initial settlement of the Pre-2011 RSUs, such that the newly issued shares should not be dilutive. However, in the event that we issue equity securities, we cannot assure you that we will be able to successfully match the proceeds to the amount of this tax liability. If we elect not to fully fund our withholding and remittance obligations through the issuance of equity or we are unable to complete such an offering due to market conditions or otherwise, we may choose to borrow funds from our credit facility, use a substantial portion of our existing cash, or rely upon a combination of these alternatives.

In 2011, we entered into an agreement for an unsecured five-year revolving credit facility that allows us to borrow up to $2,500 million, with interest payable on borrowed amounts set at the three-month London Interbank Offered Rate (LIBOR) plus 1.0%. No amounts were drawn down under this agreement as of December 31, 2011. We paid origination fees at closing and these fees are amortized over the remaining term of the credit facility. We also pay a commitment fee of 0.15% per annum on the daily undrawn balance.

As of December 31, 2011, $348 million of the $3,908 million in cash and cash equivalents and marketable securities was held by our foreign subsidiaries. We have provided for the additional taxes that would be due if we repatriated these funds for use in our operations in the United States.

### Cash Provided by Operating Activities

Cash flow from operating activities during 2011 primarily resulted from net income of $1,000 million, adjusted for certain non-cash items, including total depreciation and amortization of $323 million, and share-based compensation expense of $217 million.

Cash flow from operating activities during 2010 primarily resulted from net income of $606 million, adjusted for certain non-cash items, including total depreciation and amortization of $139 million and share-based compensation expense of $20 million, partially offset by cash consumed by working capital of $70 million.

Cash flow from operating activities during 2009 primarily resulted from net income of $229 million, adjusted for certain non-cash items, including total depreciation and amortization of $78 million and share-based compensation of $27 million, partially offset by cash consumed by working capital of $179 million.

### Cash Used in Investing Activities

Cash used in investing activities during 2011 primarily resulted from the use of approximately $2,396 million for the net purchase of marketable securities. Our cash used in investing activities in 2011 also consisted of capital expenditures of $606 million related to the purchase of servers, networking equipment, storage infrastructure, and the construction of data centers.

Cash used in investing activities during 2010 and 2009 primarily consisted of capital expenditures related to the purchases of property and equipment and the construction of data centers. Changes in restricted cash and deposits consumed $9 million and $32 million of cash related to security deposits in support of real estate expansion in 2010 and 2009, respectively. Acquisitions, net of cash acquired, also consumed $22 million of cash in 2010.

We anticipate making capital expenditures in 2012 of approximately $1.6 billion to $1.8 billion, a portion of which we will finance through leasing arrangements.

57

**Table of Contents**

### Cash Provided by Financing Activities

Our financing activities have primarily consisted of equity issuances, lease financing, and debt financing. Net cash provided by financing activities was $1,198 million, $781 million, and $243 million, respectively, for 2011, 2010, and 2009. This includes excess tax benefits from stock award activities of $433 million, $115 million, and $51 million, respectively.

In January 2011, we completed an offering of our Class A common stock to certain non-U.S. investors that generated $998 million in net proceeds. In December 2010, we completed an offering of our Class A common stock that generated $500 million in proceeds. In May 2009, we completed an offering of Series E preferred stock that generated $200 million in proceeds.

In March 2010, we entered into a credit facility with certain lenders. This facility allowed for the drawdown of up to $250 million in unsecured senior loans. In April 2010, we drew down the full amount available under the facility, and in March 2011, we repaid the entire $250 million balance.

### Off-Balance Sheet Arrangements

We did not have any off-balance sheet arrangements in 2011, 2010, or 2009.

### Contingencies

We are involved in claims, lawsuits, government investigations, and proceedings arising from the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred, and the amount can be reasonably estimated. Significant judgment is required to determine both probability and the estimated amount. Such legal proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

### Commitments

Our principal commitments consist of obligations under capital and operating leases for equipment and office and data center facilities. The following table summarizes our commitments to settle contractual obligations in cash as of December 31, 2011.

|  | | Payment Due by Period | | | |
|  | Total | Less than 1 Year | 1-3 Years | 3-5 Years | More than 5 Years |
|---|---|---|---|---|---|
| Operating lease obligations | $ 945 | $ 180 | $ 243 | $ 197 | $ 325 |
| Capital lease obligations | 817 | 322 | 337 | 28 | 130 |
| Other contractual commitments[1] | 500 | 450 | 25 | 25 | — |
| Total contractual obligations | $2,262 | $ 952 | $ 605 | $ 250 | $ 455 |

(1)   Other contractual commitments primarily relate to equipment and supplies for our data center operations, and to a lesser extent, construction of our data center sites.

In addition, our other liabilities include $60 million related to uncertain tax positions. Due to uncertainties in the timing of the completion of tax audits, the timing of the resolution of these positions is uncertain and we are unable to make a reasonably reliable estimate of the timing of payments in individual years beyond 12 months. As a result, this amount is not included in the above table.

58

Registration Statement on Form S-1

**Table of Contents**

**Recent Accounting Pronouncements**

*Comprehensive Income*

In May 2011, the Financial Accounting Standards Board issued guidance that changed the requirement for presenting "Comprehensive Income" in the consolidated financial statements. The update requires an entity to present the components of other comprehensive income either in a single continuous statement of comprehensive income or in two separate but consecutive statements. The currently available option to disclose the components of other comprehensive income within the statement of stockholders' equity will no longer be available. The update is effective for fiscal years, and interim periods within those years, beginning after December 15, 2011 and should be applied retrospectively. The adoption of the standard will have no impact on our financial position or results of operations, but will result in a change in the presentation of our basic consolidated financial statements.

**Critical Accounting Policies and Estimates**

Our consolidated financial statements are prepared in accordance with U.S. generally accepted accounting principles (GAAP). The preparation of these consolidated financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, costs and expenses, and related disclosures. These estimates form the basis for judgments we make about the carrying values of our assets and liabilities, which are not readily apparent from other sources. We base our estimates and judgments on historical experience and on various other assumptions that we believe are reasonable under the circumstances. On an ongoing basis, we evaluate our estimates and assumptions. Our actual results may differ from these estimates under different assumptions or conditions.

We believe that of our significant accounting policies, which are described in note 1 to our consolidated financial statements, the following accounting policies involve a greater degree of judgment and complexity. Accordingly, these are the policies we believe are the most critical to aid in fully understanding and evaluating our financial condition and results of operations.

*Revenue Recognition for Payments and Other Fees*

We enable Payments from our users to our Platform developers. Our users can make payments on the Facebook Platform by using credit cards or other payment methods available on our website. The primary process for these transactions is through the purchase of our virtual currency. Our users then use this virtual currency to purchase virtual and digital goods in games and apps from developers on the Facebook Platform. Upon the initial sale of the virtual currency, we record the value purchased by a user as deferred revenue and deposits.

When a user engages in a payment transaction utilizing the virtual currency for the purchase of a virtual or digital good from a Platform developer, we reduce the virtual currency balance of the user by the price of the purchase, which is a price that is solely determined by the Platform developer. We remit to the Platform developer an amount that is based on the total amount of virtual currency redeemed less the processing fee that we charge the Platform developer for the transaction. Our revenue is the net amount of the transaction representing our processing fee for the transaction. We record revenue on a net basis as we do not consider ourselves to be the principal in the sale of the virtual or digital good to the user. Under GAAP guidance related to reporting revenue gross as a principal versus net as an agent, the indicators used to determine whether an entity is a principal or an agent to a transaction are subject to judgment. We consider ourselves the agent to these transactions when we apply the indicators to our facts. Should material subsequent changes in the substance or nature of the transactions with Platform developers result in us being considered the principal in such sales, we would reflect the virtual and digital goods sale as revenue and the amounts paid to the Platform developers as an associated cost. This would have no impact upon our operating income, but our revenue and associated costs would increase by a similar amount.

59

PX0292-066

**Table of Contents**

### Income Taxes

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws.

We record a provision for income taxes for the anticipated tax consequences of the reported results of operations using the asset and liability method. Under this method, we recognize deferred tax assets and liabilities for the expected future tax consequences of temporary differences between the financial reporting and tax bases of assets and liabilities, as well as for operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using the tax rates that are expected to apply to taxable income for the years in which those tax assets and liabilities are expected to be realized or settled. We record a valuation allowance to reduce our deferred tax assets to the net amount that we believe is more likely than not to be realized.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. Although we believe that we have adequately reserved for our uncertain tax positions, we can provide no assurance that the final tax outcome of these matters will not be materially different. We make adjustments to these reserves when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. To the extent that the final tax outcome of these matters is different than the amounts recorded, such differences will affect the provision for income taxes in the period in which such determination is made and could have a material impact on our financial condition and operating results. The provision for income taxes includes the effects of any reserves that we believe are appropriate, as well as the related net interest and penalties.

### Share-based Compensation

#### Overview

We have granted RSUs to our employees and members of our board of directors. Pre-2011 RSUs vest upon the satisfaction of both a service condition and a liquidity condition. The service condition for the majority of these awards is satisfied over four years. The liquidity condition is satisfied upon the occurrence of a qualifying event, defined as a change of control transaction or six months following the effective date of an initial public offering. Under the terms of our 2005 Stock Plan, the shares underlying RSUs that satisfy both of these conditions are to be delivered to holders six months following our initial public offering.

Post-2011 RSUs are not subject to a liquidity condition in order to vest. The majority of Post-2011 RSUs are earned over a service period of four or five years.

#### Share-based Compensation Expense

We account for share-based employee compensation plans under the fair value recognition and measurement provisions in accordance with applicable accounting standards, which require all share-based payments to employees, including grants of stock options and RSUs, to be measured based on the grant-date fair value of the awards.

Share-based compensation expense is recorded net of estimated forfeitures in our consolidated statements of income and as such is recorded for only those share-based awards that we expect to vest. We estimate the forfeiture rate based on historical forfeitures of equity awards and adjust the rate to reflect changes in facts and circumstances, if any. We will revise our estimated forfeiture rate if actual forfeitures differ from our initial estimates. We record share-based compensation expense for service-based equity awards such as stock options, restricted shares, and Post-2011 RSUs using the straight-line attribution method over the period during which the employee is required to perform service in exchange for the award. We record share-based compensation expense for performance-based equity awards such as Pre-2011 RSUs using the accelerated attribution method over the vesting term, once the liquidity condition has been satisfied.

60

**Table of Contents**

We have historically issued unvested restricted shares to employee stockholders of certain acquired companies. As these awards are generally subject to continued post-acquisition employment, we have accounted for them as post-acquisition share-based compensation expense. We recognize compensation expense equal to the grant date fair value of the common stock on a straight-line basis over the employee's required service period, net of estimated forfeitures.

We capitalize share-based employee compensation expense when appropriate. Capitalized share-based compensation expense was not material in the three years ended December 31, 2011.

As of December 31, 2011, no share-based compensation expense had been recognized for Pre-2011 RSUs because the qualifying events described above had not occurred. In the quarter in which our initial public offering is completed, we will begin recording share-based compensation expense using the accelerated attribution method net of forfeitures based on the grant date fair value of the Pre-2011 RSUs.

The following table summarizes, on a pro forma basis, the share-based compensation expense related to Pre-2011 RSUs that we would have incurred, assuming our initial public offering had occurred on December 31, 2011.

| "Vested" Pre-2011 RSUs as of Dec 31, 2011[1] | | "Unvested" Pre-2011 RSUs as of Dec 31, 2011[2] | Pro Forma Share-based Compensation Expense (in millions) |
|---|---|---|---|
| 224,471 | (in thousands) | 101,929 | $968 |

(1) For purposes of this table, "Vested" RSUs include those RSUs for which the service condition had been fulfilled as of December 31, 2011.
(2) For purposes of this table, "Unvested" RSUs include those RSUs for which the service condition had not been fulfilled as of December 31, 2011 and exclude an estimate of forfeited RSUs.

This table is based on Pre-2011 RSUs outstanding as of December 31, 2011 and is intended to be illustrative only. The actual timing of compensation expense we will recognize related to outstanding Pre-2011 RSU awards will depend on the date of the closing of our initial public offering. The actual amount of compensation expense we will incur will vary because the service condition of additional RSUs will be fulfilled between December 31, 2011 and the closing date of our initial public offering.

We estimate that the remaining unrecognized share-based compensation expense relating to Pre-2011 RSUs would be approximately $239 million, after giving effect to estimated forfeitures and would be recognized in 2012 and thereafter as shown on the table below, if our initial public offering had occurred on December 31, 2011.

In addition, as of December 31, 2011, we had 52 million Post-2011 RSUs outstanding. For these Post-2011 RSUs, $189 million in expense was recognized in 2011 and, after giving effect to estimated forfeitures, a remaining $1,189 million will be recognized in 2012 and thereafter as shown in the table below. This table estimates future share-based compensation expense related to all outstanding equity grants, consisting of RSUs, restricted shares, and stock options through December 31, 2011. The table does not take into account any share-based compensation expense related to future awards that may be granted to employees, directors, or other service providers. Additionally, the amounts in the table include an estimate of unvested awards that may be forfeited in future periods due to the departure of employees or directors. Our forfeiture estimates are subject to adjustment based on actual experience.

| | 2012 | 2013 | 2014 (in millions) | 2015 | Beyond 2015 |
|---|---|---|---|---|---|
| Pre-2011 RSUs[1] | $143 | $ 63 | $ 23 | $ 6 | $    4 |
| Post-2011 RSUs | 288 | 291 | 298 | 241 | 71 |
| Restricted shares | 14 | 11 | 10 | 3 | — |
| Stock options | 7 | 7 | 5 | 4 | 6 |
| Total | $452 | $372 | $336 | $254 | $   81 |

(1) Assumes our initial public offering was completed on December 31, 2011.

61

Registration Statement on Form S-1

**Table of Contents**

We estimated the fair value of stock option awards included in the table above using the Black-Scholes-Merton single option-valuation model, which requires inputs such as expected term, expected volatility, and risk-free interest rate. The estimated forfeiture rate of stock option awards also affects the amount of aggregate compensation expense we will incur. These inputs are subjective and generally require significant analysis and judgment to develop.

We estimate the expected term for stock option awards based upon the historical behavior of our employees. The expected volatility is based on a study of publicly traded industry peer companies. The forfeiture rate is derived primarily from our historical data, and the risk-free interest rate is based on the yield available on U.S. Treasury zero-coupon issues. Our dividend yield is 0%, since we have not paid, and do not expect to pay, dividends.

We estimated the fair value of employee stock options granted in 2009 and 2010 as of the date of the grant using the following weighted-average assumptions:

|  | Year Ended December 31, | |
| --- | --- | --- |
|  | **2009** | **2010** |
| Expected term from grant date (in years) | 5.04 | 7.15 |
| Risk-free interest rate | 2.01% | 1.69% |
| Expected volatility | 0.57 | 0.46 |
| Dividend yield | — | — |

The weighted-average grant date fair value of employee stock options granted during 2009 and 2010 was $1.12 and $5.26, respectively, per share. We did not grant any stock options in 2011.

### Tax Withholding and Remittance Obligations

We estimate that approximately          shares underlying Pre-2011 RSUs will settle approximately six months after our initial public offering. In addition, we estimate that an additional          million Pre-2011 RSUs will settle following such date through the end of 2012. We estimate that an aggregate of          million Pre-2011 RSUs and Post-2011 RSUs will settle in 2013.

RSU holders generally will recognize taxable income based upon the value of the shares on the date they are settled and we are required to withhold taxes on such value at applicable minimum statutory rates. We currently expect that the average of these withholding rates will be approximately 45%. For additional information on our tax withholding and remittance obligations related to RSU vesting, see "—Liquidity and Capital Resources" above.

### Corporate Income Taxes

The RSU activity discussed above, as well as activity from other equity awards including stock options, will also have corporate income tax effects. The most significant effect is that the settlement of awards or exercise of nonstatutory stock options generates a corporate income tax deduction that will reduce our U.S. corporate income tax liability. The exercise of incentive stock options (ISOs) may also result in a corporate income tax deduction, but only in certain circumstances where the holder of the ISOs also sells the acquired shares in a disqualifying disposition. The amount of this corporate income tax deduction will be based on the value of shares at the exercise or settlement date, which differs from the value of the shares at the grant date that is used to determine the share-based compensation expense. Depending on the value of the shares on the date the equity awards are settled or options are exercised, we could generate a corporate income tax deduction that exceeds our other U.S. taxable income in that year, which would result in a taxable loss for U.S. corporate income tax purposes that reduces our U.S. corporate income tax liability to an immaterial amount for that year. In 2012, we expect to settle approximately          million RSUs. In addition, as of December 31, 2011, we had vested nonstatutory options outstanding to purchase approximately 187 million shares of our Class B common stock. As of December 31, 2011, we also had vested ISOs outstanding to purchase approximately 58 million shares of our Class B common stock, but given the uncertainty in predicting whether the ISO holders will choose to make disqualifying

62

PX0292-069

**Table of Contents**

dispositions, we are assuming that no corporate income tax deductions will be generated by these ISOs. Assuming all of these vested nonstatutory stock options are exercised during 2012 and assuming the value of our Class B common stock at settlement or upon exercise is the midpoint of the price range on the cover page of this prospectus, we estimate that this settlement and option exercise activity would generate a corporate income tax deduction of approximately $    billion to $    billion. The amount that this deduction exceeds our other U.S. taxable income will result in a net operating loss (NOL) that can be carried back to the preceding two years to offset our taxable income for U.S. federal income tax purposes, as well as in some states, which would allow us to receive a refund of some of the corporate income taxes we paid in those years. Based on the assumptions above, we anticipate that this refund could be up to $500 million and payable to us during the first six months of 2013. Any portion of the NOL remaining after this carryback would be carried forward to offset our other U.S. taxable income generated in future years, which taxable income will also be reduced by deductions generated from new stock award settlement and stock option exercise activity occurring in those future years.

Utilization of our NOL carryforwards may be subject to annual limitations due to the ownership change limitations provided by the Internal Revenue Code and similar state provisions. Such annual limitations could result in the expiration of the NOL carryforwards before their utilization. The events that may cause ownership changes include, but are not limited to, a cumulative stock ownership change of greater than 50% over a three-year period.

The corporate income tax deductions generated by this settlement and exercise activity described above do not reduce our effective tax rate reflected in our consolidated statements of income. Our provision for income taxes reflects the tax benefits that are recorded at the time the share-based compensation is initially recognized as an expense, which is based on the fair value of shares at grant date, and is different than the corporate income tax deduction, which is based on the value of shares at settlement or at exercise. If the reduction in our corporate income tax liability from settlements and exercises is greater than the tax benefits that we recognized when the share-based compensation expense was initially recorded, which will generally occur if our share price has appreciated between grant date and settlement or exercise date, this will create an "excess tax benefit" that is recorded as a component of additional paid-in capital and not as a reduction of our provision for income taxes in our consolidated statements of income. The timing in which these excess tax benefits are reflected on our balance sheet generally matches the timing in which the reduction in prior or future income tax liability occurs. Thus, if we have these types of NOLs remaining after any carryback claims, we would not record a deferred tax asset for such NOLs, but rather we would record an adjustment to additional paid-in capital and a reduction to our corporate income tax liability during the period in which those NOLs are used to reduce our corporate income tax liability. These excess tax benefits would be recorded in our statements of cash flows as cash provided by financing activities.

### Valuation of Our Common Stock

The valuations of our Class B common stock were determined in accordance with the guidelines outlined in the American Institute of Certified Public Accountants Practice Aid, *Valuation of Privately-Held-Company Equity Securities Issued as Compensation*. We considered numerous objective and subjective factors to determine our best estimate of the fair value of our Class B common stock, including but not limited to, the following factors:

- recent private stock sale transactions;

- our historical financial results and estimated trends and prospects for our future financial performance;

- our performance and market position relative to our competitors and/or similar publicly traded companies;

- the economic and competitive environment, including the industry in which we operate; and

- independent third-party valuations completed as of the end of each quarter.

63

PX0292-070

**Table of Contents**

We have granted the following RSUs since January 1, 2011:

| Grant Date | Shares Underlying RSUs (thousands) | Grant Date Fair Value | Aggregate Grant Date Fair Value (millions) |
|---|---|---|---|
| **First Quarter** | | | |
| February 16, 2011 | 2,022 | $ 24.10 | $ 49 |
| March 25, 2011 | 40,006 | 25.43 | 1,017 |
| **Second Quarter** | | | |
| May 11, 2011 | 2,580 | 27.58 | 71 |
| June 6, 2011 | 1,643 | 28.88 | 47 |
| June 22, 2011 | 1,010 | 29.67 | 30 |
| **Third Quarter** | | | |
| July 21, 2011 | 2,898 | 30.07 | 87 |
| September 1, 2011 | 1,426 | 30.07 | 43 |
| September 6, 2011 | 20 | 30.07 | 1 |
| September 22, 2011 | 1,649 | 30.07 | 50 |
| **Fourth Quarter** | | | |
| November 11, 2011 | 670 | 29.91 | 20 |
| December 22, 2011 | 1,202 | 29.76 | 36 |

We conducted valuations of our Class B common stock as of the end of each quarter. The valuations took into account the factors described above and used a combination of financial and market-based methodologies to determine our business enterprise value (BEV) including the following approaches:

- *Discounted Cash Flow Method (DCFM)*. DCFM involves estimating the future cash flows of a business for a certain discrete period and discounting such cash flows to present value. If the cash flows are expected to continue beyond the discrete time period, then a terminal value of the business is estimated and discounted to present value. The discount rate reflects the risks inherent in the cash flows and the market rates of return available from alternative investments of similar type and quality as of the valuation date.

- *Guideline Public Company Method (GPCM)*. GPCM assumes that businesses operating in the same industry will share similar characteristics and that the subject business's value will correlate to those characteristics. Therefore, a comparison of the subject business to similar businesses whose financial information and public market value are available may provide a reasonable basis to estimate the subject business's value. The GPCM provides an estimate of value using multiples derived from the stock prices of publicly traded companies. In selecting guideline public companies for this analysis, we focused primarily on quantitative considerations, such as financial performance and other quantifiable data, as well as qualitative considerations, such as industry and economic drivers.

- *Market Transaction Method (MTM)*. MTM considers transactions in the equity securities of the business being valued. During 2011, there were private stock sale transactions in our common stock. These transactions are considered if they occur with or among willing and unrelated parties. For our MTM estimates, we evaluate all transactions in the quarter with particular focus on transactions that are closer in proximity to the valuation date. We choose the weighting for the MTM each quarter based on factors such as the volume of transactions in each period, the timing of these transactions, and whether the transactions involved investors with access to our financial information.

We performed all three methodologies for each quarter, and weighted the methodologies based on the facts and circumstances in the quarter. Our indicated BEV at each valuation date was then allocated to the shares of preferred stock, common stock, warrants, options, and RSUs, using the option pricing method (OPM).

64

Table of Contents

*First Quarter 2011*

We determined the fair value of our Class B common stock to be $25.54 per share as of March 31, 2011. We gave the greatest weight to the MTM due to the significant volume of third-party private stock sale transactions in March 2011, including a third-party Class B common stock tender offer transaction for employee shares for $25.00 per share which became binding upon the selling stockholders on March 29. The tender offer was undertaken by investors who had access to our historical financial information. The GPCM and DCFM were also utilized to determine fair value. The GPCM reflected the stock prices and market multiples of guideline public companies. The DCFM was based on a weighted average cost of capital of 15% and a perpetual growth rate of 5%. The BEV resulting from this analysis was then allocated using the OPM and a 7.5% marketability discount was applied.

*Second Quarter 2011*

We determined the fair value of our Class B common stock to be $30.07 per share as of June 30, 2011. We gave the greatest weight to the MTM due to the significant volume of third-party private stock sale transactions in June 2011, including transactions involving investors who had access to our historical financial information. The GPCM and DCFM were also utilized to determine fair value. In this period, we added certain Internet companies that had recently completed initial public offerings to our set of guideline public companies for use in estimating the GPCM. The DCFM was based on a weighted average cost of capital of 15% and a perpetual growth rate of 5%. The BEV resulting from this analysis was then allocated using the OPM and a 6.5% marketability discount was applied. Significant factors influencing the change in valuation relative to the prior quarter included the foregoing private stock sale transactions and the addition to our set of guideline public companies of newly public companies whose valuation multiples were relatively higher than others in the comparison group.

*Third Quarter 2011*

We determined the fair value of our Class B common stock to be $30.07 per share as of September 30, 2011. We used a combination of the GPCM, the DCFM, and the MTM to determine BEV. The DCFM was weighted most heavily in this valuation since we had recently updated our financial plan. The BEV resulting from this analysis was then allocated using the OPM and a 6.0% marketability discount was applied. Relative to the first and second quarters, in the third quarter we placed a lower weighting on the MTM due to the lower overall volume of third-party private stock sale transactions occurring in proximity to the valuation date and the lack of significant transactions with investors that had access to our financial information.

*Fourth Quarter 2011*

We determined the fair value of our Class B common stock to be $29.73 per share as of December 31, 2011. We gave the greatest weight to the MTM due to the significant volume of third-party private stock sale transactions in December 2011, including transactions involving investors who had access to our historical financial information. The GPCM and DCFM were also utilized to determine fair value. In this period, we included additional Internet companies that had recently completed initial public offerings to our set of guideline public companies for use in estimating the GPCM. The DCFM was based on a weighted average cost of capital of 15% and a perpetual growth rate of 5%. The BEV resulting from this analysis was then allocated using the OPM and a 5.5% marketability discount was applied. The primary factor influencing the change in valuation relative to the prior quarter was the foregoing private stock sale transactions.

65

**Table of Contents**

**Qualitative and Quantitative Disclosures about Market Risk**

We are exposed to market risk, including changes to interest rates, foreign currency exchange rates and inflation.

*Foreign Currency Exchange Risk*

International revenue as a percentage of revenue was 33%, 38%, and 44% in 2009, 2010, and 2011, respectively. We have foreign currency risks related to our revenue and operating expenses denominated in currencies other than the U.S. dollar, primarily the Euro. In general, we are a net receiver of currencies other than the U.S. dollar. Accordingly, changes in exchange rates, and in particular a strengthening of the U.S. dollar, will negatively affect our revenue and other operating results as expressed in U.S. dollars.

We have experienced and will continue to experience fluctuations in our net income as a result of transaction gains or losses related to revaluing certain current asset and current liability balances that are denominated in currencies other than the functional currency of the entities in which they are recorded. We recognized a foreign currency loss of $29 million in 2011. Foreign currency losses were not significant in 2009 or 2010. At this time we do not, but we may in the future, enter into derivatives or other financial instruments in an attempt to hedge our foreign currency exchange risk. It is difficult to predict the impact hedging activities would have on our results of operations.

*Interest Rate Sensitivity*

Our cash and cash equivalents and marketable securities consist of cash, certificates of deposit, time deposits, money market funds and U.S. government treasury and agency debt securities. Our investment policy and strategy are focused on preservation of capital, supporting our liquidity requirements, and compliance with the Investment Company Act of 1940.

Changes in U.S. interest rates affect the interest earned on our cash and cash equivalents and marketable securities and the market value of those securities. A hypothetical 100 basis point increase in interest rates would result in a decrease of approximately $15 million in the market value of our available-for-sale debt securities as of December 31, 2011. Any realized gains or losses resulting from such interest rate changes would only occur if we sold the investments prior to maturity.

*Inflation Risk*

We do not believe that inflation has had a material effect on our business, financial condition, or results of operations.

66

**Table of Contents**

### LETTER FROM MARK ZUCKERBERG

Facebook was not originally created to be a company. It was built to accomplish a social mission — to make the world more open and connected.

We think it's important that everyone who invests in Facebook understands what this mission means to us, how we make decisions and why we do the things we do. I will try to outline our approach in this letter.

At Facebook, we're inspired by technologies that have revolutionized how people spread and consume information. We often talk about inventions like the printing press and the television — by simply making communication more efficient, they led to a complete transformation of many important parts of society. They gave more people a voice. They encouraged progress. They changed the way society was organized. They brought us closer together.

Today, our society has reached another tipping point. We live at a moment when the majority of people in the world have access to the internet or mobile phones — the raw tools necessary to start sharing what they're thinking, feeling and doing with whomever they want. Facebook aspires to build the services that give people the power to share and help them once again transform many of our core institutions and industries.

There is a huge need and a huge opportunity to get everyone in the world connected, to give everyone a voice and to help transform society for the future. The scale of the technology and infrastructure that must be built is unprecedented, and we believe this is the most important problem we can focus on.

**We hope to strengthen how people relate to each other.**

Even if our mission sounds big, it starts small — with the relationship between two people.

Personal relationships are the fundamental unit of our society. Relationships are how we discover new ideas, understand our world and ultimately derive long-term happiness.

At Facebook, we build tools to help people connect with the people they want and share what they want, and by doing this we are extending people's capacity to build and maintain relationships.

People sharing more — even if just with their close friends or families — creates a more open culture and leads to a better understanding of the lives and perspectives of others. We believe that this creates a greater number of stronger relationships between people, and that it helps people get exposed to a greater number of diverse perspectives.

By helping people form these connections, we hope to rewire the way people spread and consume information. We think the world's information infrastructure should resemble the social graph — a network built from the bottom up or peer-to-peer, rather than the monolithic, top-down structure that has existed to date. We also believe that giving people control over what they share is a fundamental principle of this rewiring.

We have already helped more than 800 million people map out more than 100 billion connections so far, and our goal is to help this rewiring accelerate.

**We hope to improve how people connect to businesses and the economy.**

We think a more open and connected world will help create a stronger economy with more authentic businesses that build better products and services.

As people share more, they have access to more opinions from the people they trust about the products and services they use. This makes it easier to discover the best products and improve the quality and efficiency of their lives.

67

**Table of Contents**

One result of making it easier to find better products is that businesses will be rewarded for building better products — ones that are personalized and designed around people. We have found that products that are "social by design" tend to be more engaging than their traditional counterparts, and we look forward to seeing more of the world's products move in this direction.

Our developer platform has already enabled hundreds of thousands of businesses to build higher-quality and more social products. We have seen disruptive new approaches in industries like games, music and news, and we expect to see similar disruption in more industries by new approaches that are social by design.

In addition to building better products, a more open world will also encourage businesses to engage with their customers directly and authentically. More than four million businesses have Pages on Facebook that they use to have a dialogue with their customers. We expect this trend to grow as well.

**We hope to change how people relate to their governments and social institutions.**

We believe building tools to help people share can bring a more honest and transparent dialogue around government that could lead to more direct empowerment of people, more accountability for officials and better solutions to some of the biggest problems of our time.

By giving people the power to share, we are starting to see people make their voices heard on a different scale from what has historically been possible. These voices will increase in number and volume. They cannot be ignored. Over time, we expect governments will become more responsive to issues and concerns raised directly by all their people rather than through intermediaries controlled by a select few.

Through this process, we believe that leaders will emerge across all countries who are pro-internet and fight for the rights of their people, including the right to share what they want and the right to access all information that people want to share with them.

Finally, as more of the economy moves towards higher-quality products that are personalized, we also expect to see the emergence of new services that are social by design to address the large worldwide problems we face in job creation, education and health care. We look forward to doing what we can to help this progress.

---

**Our Mission and Our Business**

As I said above, Facebook was not originally founded to be a company. We've always cared primarily about our social mission, the services we're building and the people who use them. This is a different approach for a public company to take, so I want to explain why I think it works.

I started off by writing the first version of Facebook myself because it was something I wanted to exist. Since then, most of the ideas and code that have gone into Facebook have come from the great people we've attracted to our team.

Most great people care primarily about building and being a part of great things, but they also want to make money. Through the process of building a team — and also building a developer community, advertising market and investor base — I've developed a deep appreciation for how building a strong company with a strong economic engine and strong growth can be the best way to align many people to solve important problems.

Simply put: we don't build services to make money; we make money to build better services.

And we think this is a good way to build something. These days I think more and more people want to use services from companies that believe in something beyond simply maximizing profits.

68

**Table of Contents**

By focusing on our mission and building great services, we believe we will create the most value for our shareholders and partners over the long term — and this in turn will enable us to keep attracting the best people and building more great services. We don't wake up in the morning with the primary goal of making money, but we understand that the best way to achieve our mission is to build a strong and valuable company.

This is how we think about our IPO as well. We're going public for our employees and our investors. We made a commitment to them when we gave them equity that we'd work hard to make it worth a lot and make it liquid, and this IPO is fulfilling our commitment. As we become a public company, we're making a similar commitment to our new investors and we will work just as hard to fulfill it.

___

**The Hacker Way**

As part of building a strong company, we work hard at making Facebook the best place for great people to have a big impact on the world and learn from other great people. We have cultivated a unique culture and management approach that we call the Hacker Way.

The word "hacker" has an unfairly negative connotation from being portrayed in the media as people who break into computers. In reality, hacking just means building something quickly or testing the boundaries of what can be done. Like most things, it can be used for good or bad, but the vast majority of hackers I've met tend to be idealistic people who want to have a positive impact on the world.

The Hacker Way is an approach to building that involves continuous improvement and iteration. Hackers believe that something can always be better, and that nothing is ever complete. They just have to go fix it — often in the face of people who say it's impossible or are content with the status quo.

Hackers try to build the best services over the long term by quickly releasing and learning from smaller iterations rather than trying to get everything right all at once. To support this, we have built a testing framework that at any given time can try out thousands of versions of Facebook. We have the words "Done is better than perfect" painted on our walls to remind ourselves to always keep shipping.

Hacking is also an inherently hands-on and active discipline. Instead of debating for days whether a new idea is possible or what the best way to build something is, hackers would rather just prototype something and see what works. There's a hacker mantra that you'll hear a lot around Facebook offices: "Code wins arguments."

Hacker culture is also extremely open and meritocratic. Hackers believe that the best idea and implementation should always win — not the person who is best at lobbying for an idea or the person who manages the most people.

To encourage this approach, every few months we have a hackathon, where everyone builds prototypes for new ideas they have. At the end, the whole team gets together and looks at everything that has been built. Many of our most successful products came out of hackathons, including Timeline, chat, video, our mobile development framework and some of our most important infrastructure like the HipHop compiler.

To make sure all our engineers share this approach, we require all new engineers — even managers whose primary job will not be to write code — to go through a program called Bootcamp where they learn our codebase, our tools and our approach. There are a lot of folks in the industry who manage engineers and don't want to code themselves, but the type of hands-on people we're looking for are willing and able to go through Bootcamp.

69

PX0292-076

**Table of Contents**

The examples above all relate to engineering, but we have distilled these principles into five core values for how we run Facebook:

**Focus on Impact**

If we want to have the biggest impact, the best way to do this is to make sure we always focus on solving the most important problems. It sounds simple, but we think most companies do this poorly and waste a lot of time. We expect everyone at Facebook to be good at finding the biggest problems to work on.

**Move Fast**

Moving fast enables us to build more things and learn faster. However, as most companies grow, they slow down too much because they're more afraid of making mistakes than they are of losing opportunities by moving too slowly. We have a saying: "Move fast and break things." The idea is that if you never break anything, you're probably not moving fast enough.

**Be Bold**

Building great things means taking risks. This can be scary and prevents most companies from doing the bold things they should. However, in a world that's changing so quickly, you're guaranteed to fail if you don't take any risks. We have another saying: "The riskiest thing is to take no risks." We encourage everyone to make bold decisions, even if that means being wrong some of the time.

**Be Open**

We believe that a more open world is a better world because people with more information can make better decisions and have a greater impact. That goes for running our company as well. We work hard to make sure everyone at Facebook has access to as much information as possible about every part of the company so they can make the best decisions and have the greatest impact.

**Build Social Value**

Once again, Facebook exists to make the world more open and connected, and not just to build a company. We expect everyone at Facebook to focus every day on how to build real value for the world in everything they do.

Thanks for taking the time to read this letter. We believe that we have an opportunity to have an important impact on the world and build a lasting company in the process. I look forward to building something great together.



70

PX0292-077

**Table of Contents**

## BUSINESS

### Overview



*A digital display of the Facebook user community and the connections between users. On a blank background, the connections form a picture that approximates a global map.*

Our mission is to make the world more open and connected.

We believe that some of the most important innovations in history have been tools that make it easier or faster for one human being to share something with another.

Facebook enables you to share the things you care about with the people you care about. You can publish your ideas, opinions, pictures and activities to your friends, family, colleagues or the world. We believe that Facebook gives every person a voice—an opportunity to say: I exist, and this is my story.

Facebook also enables you to discover what's going on in the world around you, through the eyes and ears of people you trust. Every day hundreds of millions of people come to Facebook to find out what their friends have to share—the best new music they've listened to, photos from their recent honeymoon, who they plan to vote for in the next election. Each person's experience on Facebook is unique and completely personalized—akin to reading a real-time newspaper of stories compiled just for them that they can carry with them wherever they go.

People connect with Facebook to connect with people. We believe that we are at the forefront of enabling faster, easier and richer communication between people around the world.

71

PX0292-078

**Table of Contents**

**How We Create Value for Users**

Users can share photos with their friends and family



Friends and family can Like or Comment on the photos

Our top priority is to build useful and engaging products that enable you to:

- **Connect with Your Friends.** With 845 million monthly active users (MAUs) worldwide, our users are increasingly able to find and stay connected with their friends, family, and colleagues on Facebook. Users can share major life events such as the birth of a child, upload photos of their latest vacation, congratulate a friend on a new job by Liking or Commenting on the friend's post, and stay in touch through messages and chat.

- **Discover and Learn.** We believe that users come to Facebook to discover and learn more about what is going on in the world around them, particularly in the lives of their friends and family and with public figures and organizations that interest them. Each user's experience on Facebook is unique based on the content shared by his or her friends and connections. This content is personalized for each user in our products such as News Feed and Timeline.

- **Express Yourself.** We enable our users to share and publish their opinions, ideas, photos, and activities to audiences ranging from their closest friends to our 845 million users, giving every user a voice within the Facebook community.

72

PX0292-079

**Table of Contents**

- **Control What You Share.** Through Facebook's privacy and sharing settings, our users can control what they share and with whom they share it.

*Example of User Control Over Sharing*



Users can control what they share and with whom they share it. For example, each time a user updates his or her status, he or she can choose to share with everyone, with all friends, or with a subset of friends that the user can customize.

- **Experience Facebook Across the Web.** Through applications (apps) and websites built by developers using the Facebook Platform, our users can interact with their Facebook friends while playing games, listening to music, watching movies, reading news, and engaging in other activities.

- **Stay Connected with Your Friends on Mobile Devices.** Through the combination of our mobile sites, smartphone apps, and feature phone products, users can bring Facebook with them on mobile devices wherever they go.

### Foundations of the Social Web

We believe that the web, including the mobile web, is evolving to become more social and personalized. Historically, most people surfed the web anonymously and visited websites where they saw the same content as everyone else. Recent innovations in software development along with advances in large-scale database and computing infrastructure have enabled web experiences that are more personalized to each user's interests and created new ways of real-time sharing and communicating. The social web creates rewarding experiences that are centered on people, their connections, and their interests. We believe that the following elements form the foundation of the social web:

- **Authentic Identity.** We believe that using your real name, connecting to your real friends, and sharing your genuine interests online create more engaging and meaningful experiences. Representing yourself with your authentic identity online encourages you to behave with the same norms that foster trust and respect in your daily life offline. Authentic identity is core to the Facebook experience, and we believe that it is central to the future of the web. Our terms of service require you to use your real name and we encourage you to be your true self online, enabling us and Platform developers to provide you with more personalized experiences.

- **Social Graph.** The Social Graph represents the connections between people and their friends and interests. Every person or entity is represented by a point within the graph, and the affiliations between people and their friends and interests form billions of connections between the points. Our mapping of the Social Graph enables Facebook and Platform developers to build more engaging user experiences that are based on these connections.

73

**Table of Contents**

*Illustration of the Social Graph*



- **Social Distribution.** Over time, people are consuming and creating more kinds of information at a faster pace across a broader range of devices. The growing volume of information makes it challenging to find meaningful and trusted content and to effectively make your voice heard. Facebook organizes and prioritizes content and serves as a powerful social distribution tool delivering to users what we believe they will find most compelling based on their friends and interests. Facebook's social distribution enables users, Platform developers, and advertisers to share information with target audiences large or small.

**Our Size and Scale**

Building on our use of authentic identity, the Social Graph, and social distribution, Facebook has grown from our beginnings in a college dorm room in 2004 to a service that is fundamentally changing the way people connect, discover, and share around the world. We believe that Facebook has become an integral part of many of our users' daily lives. Users add value to the overall Facebook ecosystem each time they engage with friends, developers, or advertisers. Increases in user engagement enable us to attract more users, developers, and advertisers. Growth in the number of users, developers, and advertisers and the interactions among them enhances the value we deliver to all of our constituencies.

- We had 845 million MAUs as of December 31, 2011, an increase of 39% as compared to 608 million MAUs as of December 31, 2010.

- We had 483 million daily active users (DAUs) on average in December 2011, an increase of 48% as compared to 327 million DAUs in December 2010.

- We had more than 425 million MAUs who used Facebook mobile products in December 2011.

- During the month of December 2011, we had on average 360 million users who were active with Facebook on at least six out of the last seven days, providing perspective on the number of people for whom Facebook is essentially an everyday activity.

- There were more than 100 billion friend connections on Facebook as of December 31, 2011.

- On average more than 250 million photos per day were uploaded to Facebook in the three months ended December 31, 2011.

- Our users generated an average of 2.7 billion Likes and Comments per day during the three months ended December 31, 2011. Since users Like and Comment on content they find interesting, we believe

74

PX0292-081

**Table of Contents**

that the number of Likes and Comments provides some insight into how engaging users find the content available to them on Facebook and through our Platform developers.

- As of December 31, 2011, there were more than 37 million Pages with ten or more Likes. Anyone, including artists, public figures, businesses, brands, or charities can set up a Facebook Page to engage with our users. Examples of popular Pages on Facebook include Lady Gaga, Disney, and Manchester United, each of which has more than 20 million Likes.

#### How We Create Value for Developers Through the Facebook Platform

The Facebook Platform is a set of development tools and application programming interfaces (APIs) that enables developers to easily integrate with Facebook to create social apps and websites and to reach our 845 million users. Platform developers build experiences that allow our users to connect and share with friends while engaging in activities such as playing games, listening to music, watching movies, reading news articles, discovering new recipes, and exploring new running routes. Platform developers range from a student on his or her computer at home to teams of programmers at leading websites. More than seven million apps and websites were integrated with Facebook as of December 31, 2011. We are focused on the growth and success of Platform developers in creating compelling user experiences by enabling:

- *Personalized and Social Experiences.* We enable Platform developers to create better products that are personalized and social and that offer new ways for our users to engage with friends and share experiences across the web and on mobile devices. For example, a Facebook user can visit the Pandora website and immediately begin listening to a personalized radio station that is customized based on the bands the user Likes on Facebook. As another example, a Facebook user can visit *The New York Times* website and see which articles have been recommended by friends. Our Platform developers can only access information that our users agree to share with them.

- *Social Distribution.* We enable Platform developers to reach our global user base and use our social distribution channels to increase traffic to their apps and websites. For example, users can invite their Facebook friends to play a game or see when their friends have achieved a new high score.

- *Payments.* We provide an online payments infrastructure that enables Platform developers to receive payments from our users in an easy-to-use, secure, and trusted environment. In 2011, our Platform developers received more than $1.4 billion from transactions enabled by our Payments infrastructure.

#### How We Create Value for Advertisers and Marketers

We offer advertisers and marketers a unique combination of reach, relevance, social context, and engagement:

- *Reach.* Facebook offers the ability to reach a vast consumer audience of over 800 million MAUs with a single advertising purchase. For example, a movie studio seeking to increase awareness of an upcoming film release can reach a broad audience of Facebook users on the day or week before the film's opening. By advertising the release of *Transformers: Dark of the Moon* on Facebook, Paramount Studios reached 65 million users in the United States in a single day.

*Advertising Example—Reach*



See Transformers 3 in 3D

In theaters now! Access Hollywood says Transformers: Dark of the Moon has, "the best 3D since Avatar!" Click to get your tickets now!

11,791,689 people like Transformers.

👍 Like

75

**Table of Contents**

- *Relevance*. Advertisers can specify that we show their ads to a subset of our users based on demographic factors such as age, location, gender, education, work history, and specific interests that they have chosen to share with us on Facebook or by using the Like button around the web or on mobile devices. We allow advertisers to select relevant and appropriate audiences for their ads, ranging from millions of users in the case of global brands to hundreds of users in the case of smaller, local businesses. We believe that users have a better experience when ads are effectively tailored to them. Examples of Facebook ads that allowed advertisers to reach a relevant audience include:

  – Procter & Gamble chose to advertise on Facebook to generate awareness for Secret deodorant's "Mean Stinks" program and selected a female audience likely to be receptive to the campaign. The ad featured a confessional-style video of a girl admitting that she had bullied others, realizing the damage she had caused, and apologizing. In the 26 weeks after the Mean Stinks campaign launched, Secret experienced a 9% increase in U.S. sales and an increase in engagement with its Facebook Page.

  – CM Photographics, a wedding photography business based in Minneapolis, Minnesota, used Facebook ads to reach the users it cared most about: women aged 24 to 30 living near Minneapolis who shared their relationship status on Facebook as "engaged." Over 12 months, CM Photographics generated a significant increase in revenue after running a $600 advertising campaign on Facebook.

  Because authentic identity is core to the user experience on Facebook and users generally share information that reflects their real interests and demographics, we are able to deliver ads that reach the intended audience with higher accuracy rates compared to online industry averages. For broadly targeted campaigns, for example, adults between the ages of 25 and 49, we were able to reach the desired audience with 95% accuracy, compared to an industry average of 72%, according to a third-party study. For more narrowly targeted campaigns, for example, females between the ages of 25 and 34, Facebook was able to reach the desired audience with 90% accuracy compared to an industry average of 35%, according to this third-party study. As our users maintain and expand their authentic identity on Facebook, they are increasingly choosing to share their interests and preferences regarding products and services. We use this information to improve our ability to deliver relevant ads that we believe are more interesting and compelling for each user.

- *Social Context.* We believe that the recommendations of friends have a powerful influence on consumer interest and purchase decisions. We offer advertisers the ability to include "social context" with their marketing messages. Social context is information that highlights a user's friends' connections with a particular brand or business. We believe that users find marketing messages more engaging when they include social context. Some current examples of social context that we offer include the following:

  – *Social Ads.* We offer tools to advertisers to display social context alongside their ads. As a result, advertisers are able to differentiate their products and complement their marketing messages with trusted recommendations from users' friends. A recent Nielsen study of 79 advertising campaigns on Facebook demonstrated a greater than 50% increase in ad recall for Facebook ads with social context as compared to Facebook ads that did not have social context.

76

PX0292-083

**Table of Contents**

*Advertising Example—without Social Context*          *Advertising Example—with Social Context*

          

- *Sponsored Stories.* Sponsored stories enable marketers to amplify the distribution of stories that users have already shared that are relevant to their marketing efforts. For example, when a user posts on Facebook that he or she has "checked in" to a Starbucks store, this check-in creates a story that can be shown in the user's friends' News Feeds. Although all of a user's friends may be eligible to view this check-in story, only a fraction of the user's friends will typically see it (based on factors such as when the user's friends check their News Feeds and our ranking of all the content that is available to show to each of the user's friends). Starbucks can purchase sponsored stories to significantly increase the reach, frequency of distribution, and prominence of this story to the user's friends. Marketers can also use sponsored stories to promote the stories they publish from their Facebook Page to users who have connected with the Page. Sponsored stories are shown on the right hand side of the page, and in January 2012, we also began including them in users' News Feeds. We believe that sponsored stories complement the social discovery that is core to the Facebook user experience.

- *Engagement.* We believe that the shift to a more social web creates new opportunities for businesses to engage with interested customers. Many of our ad products offer new and innovative ways for our advertisers to interact with our users, such as ads that include polls, encourage comments, or invite users to an event. Additionally, any brand or business can have a presence on Facebook by creating a Facebook Page. Through Pages, we give brands the opportunity to form direct and ongoing relationships with their customers, with the potential to turn them into valuable advocates. When a Facebook user Likes a Page, the Page owner has the opportunity to publish stories to the user's News Feed on an ongoing basis. We believe that this ongoing connection provides a significant advantage for Facebook Pages as compared to traditional business websites. In addition, businesses can use Pages to influence fans and drive referral traffic to their e-commerce websites or physical stores. We do not charge businesses for their Pages, nor do we charge for the resulting organic distribution. However, we believe that Page owners can use Facebook ads and sponsored stories to increase awareness of and engagement with their Pages. Examples of brands utilizing Facebook Pages include:

  - Burberry used its Page and an innovative marketing campaign on Facebook to announce the launch of a new luxury fragrance to its nearly ten million Facebook fans in order to drive traffic to and purchases at Burberry stores globally, including its e-commerce site. When users Liked or Commented on the Burberry Page or the perfume story, the users' actions were shared with their friends via News Feed, driving awareness to a wider circle of users and increasing brand exposure, recognition, and engagement.

77

PX0292-084

**Table of Contents**

     –   PF Chang's created a coupon offer on its Page for a free Lettuce Wrap appetizer and promoted the offer with a three-week ad campaign. The Facebook ads targeted users who had connected to PF Chang's Page, those users' friends, and users in markets where PF Chang's has a high density of restaurants. Over 50,000 customers, of whom 40% were first-time customers, redeemed the coupon at PF Chang's restaurants.

**Our Market Opportunity**

*Our Advertising Market Opportunity*

Advertisers' objectives range from building long-term brand awareness to stimulating an immediate purchase. We offer advertising solutions that are designed to be engaging for users and personalized to users' demographics and interests in order to help advertisers better achieve their goals. Facebook's combination of reach, relevance, social context, and engagement gives advertisers enhanced opportunities to generate brand awareness and affiliation, while also creating new ways to generate near-term demand for their products from consumers likely to have purchase intent. According to an industry source, total worldwide advertising spending in 2010 was $588 billion. Our addressable market opportunity includes portions of many existing advertising markets, including the traditional offline branded advertising, online display advertising, online performance-based advertising, and mobile advertising markets.

·   *Traditional Offline Branded Advertising.* Television, print, and radio accounted for $363 billion, or 62% of the total advertising market in 2010 according to an industry source. Historically, advertisers interested in generating awareness of and demand for their brands have heavily relied on these offline media to reach their audiences at scale. We believe that these brand advertisers will increasingly dedicate a portion of their advertising dollars to Facebook because the broad audiences they are trying to reach are active on Facebook on a daily basis, because we can reach their desired audiences with precision, and because they can spark word of mouth marketing through Facebook. In December 2011, an advertiser could reach an estimated audience of more than 65 million U.S. users in a typical day on Facebook. By comparison, the 2011 season finale of American Idol was viewed by an estimated U.S. audience of 29 million people. In 2011, our advertising customers included each of the 100 largest global advertising spenders, as ranked by an industry source. Examples of Facebook advertising campaigns by large brand advertisers include:

     –   Nike launched its "Write the Future" campaign on Facebook as an integral part of its 2010 World Cup marketing effort. The launch placement was seen by 140 million users in 20 countries and users engaged with the message more than seven million times by taking actions such as watching the three-minute embedded video, or Liking, clicking, or Commenting on the ad.

     –   American Express purchased ads on Facebook and put its Facebook Page at the center of its advertising campaign in November 2010 to introduce and promote "Small Business Saturday," a new local initiative designed to encourage shopping at small businesses on the Saturday after Thanksgiving. The ads reached 84 million Facebook users over the three week campaign. American Express continued the campaign in 2011. The campaign reached 91 million people, including 74 million who were shown an ad that featured a connection with their Facebook friends, successfully leveraging social context at scale. We believe that advertising on Facebook contributed to the successful results of the Small Business Saturday campaign; in 2011 public awareness of Small Business Saturday rose to 65% from 37% in 2010. Additionally, American Express saw a 23% increase in Cardmember transactions at small business merchants on Small Business Saturday.

·   *Online Advertising.* From 2010 to 2015, the worldwide online advertising market is projected to increase from $68 billion to $120 billion, representing 12% and 16%, respectively, of the worldwide advertising market according to an industry source. Currently, the online advertising market is generally

78

PX0292-085

**Table of Contents**

divided between display advertising, where the advertiser is seeking impressions, and performance-based advertising, where the advertiser is seeking clicks or conversions.

– *Display Advertising.* Online display advertising typically includes banner ads, interstitials, video ads, and rich media ads that aim to reach large numbers of consumers within a particular audience segment. Display advertisers run impression-based campaigns on Facebook in order to reach our large user base and because of the amount of time that users spend with us. Since January 2011, Facebook.com has been the number one website worldwide as measured by total minutes spent and total page views, according to an industry source. On average, users in the aggregate spent more than 9.7 billion minutes per day on Facebook on personal computers during December 2011. Display advertisers also use Facebook in order to more precisely reach their target audiences among our users and to leverage social context and our social distribution channels to increase engagement. Examples of display advertising campaigns on Facebook include:

  – Walmart U.S. purchased advertising on Facebook targeting users in the United States between the ages of 18 and 49 during the days surrounding "Black Friday" in November 2011. The campaign, which encouraged users to download a Black Friday shopping map of their local Walmart U.S. store to help them find great prices faster, reached 60 million Facebook users.

  – Diageo, the world's largest producer of spirits, purchased advertising on Facebook for a portfolio of its brands, including Captain Morgan rum and Smirnoff vodka, in order to increase market share for its products by targeting users in the United States over the age of 21. The campaign reached 50 million Facebook users, drove a 20% increase in offline sales, and achieved a significant return on investment as measured by an industry source.

– *Performance-based Advertising.* Performance-based online advertising has typically involved advertisers seeking a specific user behavior such as a click on a search ad or a keyword-based content ad, a response to an email campaign, or an online purchase. We enable new forms of performance-based advertising, where advertisers can connect with users who are likely to have demand for their products based on the information that our users have chosen to share. We believe that performance-based campaigns on Facebook allow advertisers to offer their products to users with inferred intent and enhance users' experiences by showing them relevant ads tailored to their specific interests. Examples of performance-based advertising on Facebook include:

  – A local concert promoter advertised available tickets for an upcoming concert to users who lived in the metropolitan area where the concert was to be held and who had also Liked the artist.

  – 1-800-FLOWERS.COM purchased a Mother's Day advertising campaign on Facebook targeted at its fans and friends of its fans in order to drive traffic to its website and increase sales.

  – Social game developers including Disney, Electronic Arts, and Zynga purchased performance-based advertising on Facebook to drive player acquisition by promoting new game launches and existing games.

· *Mobile Advertising.* The global mobile advertising market was $1.5 billion in 2010 and is expected to grow at a 64% compound annual rate to $17.6 billion in 2015 according to an industry source. According to a third-party report published in September 2010, the Facebook app is the most frequently downloaded app across all major smartphone platforms in the United States. We had more than 425 million MAUs who used Facebook mobile products in December 2011. We currently do not show ads or directly generate any meaningful revenue from users accessing Facebook through our mobile products, but we believe that we may have potential future monetization opportunities such as the inclusion of sponsored stories in users' mobile News Feeds.

79

**Table of Contents**

Advertising on the social web is a significant market opportunity that is still emerging and evolving. We believe that most advertisers are still learning and experimenting with the best ways to leverage reach, relevance, social context, and engagement offered by Facebook. We will continue to balance our efforts to build effective products for advertisers while also prioritizing the overall user experience, and this balancing effort will influence the number of ads we show and the formats and prominence of the ads. Our strategy centers on the belief that more social and relevant ad products are more valuable for both users and advertisers.

Currently the substantial majority of our revenue is generated by advertisers from more developed online advertising markets including the United States, western Europe, Canada, and Australia. There are also many emerging ad markets in which we sell ads and other commercial content, and we expect continued growth in advertiser demand as these markets mature, we achieve increased levels of user penetration and engagement, and we further expand our sales resources dedicated to these markets.

### Our Market Opportunity for Payments

When users purchase virtual and digital goods from our Platform developers using our Payments infrastructure, we receive fees that represent a portion of the transaction value. Currently, substantially all of the Payments transactions between our users and Platform developers are for virtual goods used in social games, for example virtual tractors in the social game FarmVille. According to an industry source, the worldwide revenue generated from the sale of virtual goods increased from $2 billion in 2007 to $7 billion in 2010, and is forecasted to increase to $15 billion by 2014. Payments integration is currently required in apps on Facebook that are categorized as games, and we may seek to extend the use of Payments to other types of apps in the future. Our future revenue from Payments will depend on many factors, including our success in enabling Platform developers to build experiences that engage users and create user demand for their products, and the fee arrangements we are able to negotiate in the future.

## Our Strategy

We are in the early days of pursuing our mission to make the world more open and connected. We believe that we have a significant opportunity to further enhance the value we deliver to users, developers, and advertisers. Key elements of our strategy are:

- *Expand Our Global User Community.* There are more than two billion global Internet users according to an industry source and we aim to connect all of them. We had 845 million MAUs globally with approximately 80% accessing Facebook from outside the United States as of December 31, 2011. We continue to focus on growing our user base across all geographies, including relatively less-penetrated, large markets such as Brazil, Germany, India, Japan, Russia, and South Korea. We intend to grow our user base by continuing our marketing and user acquisition efforts and enhancing our products, including mobile apps, in order to make Facebook more accessible and useful.

- *Build Great Social Products to Increase Engagement.* We prioritize product development investments that we believe will create engaging interactions between our users, developers, and advertisers on Facebook, across the web, and on mobile devices. We continue to invest significantly in improving our core products such as News Feed, Photos, and Groups, developing new products such as Timeline and Ticker, and enabling new Platform apps and website integrations.

- *Provide Users with the Most Compelling Experience.* Facebook users are sharing and receiving more information across a broader range of devices. To provide the most compelling user experience, we continue to develop products and technologies focused on optimizing our social distribution channels to deliver the most useful content to each user by analyzing and organizing vast amounts of information in real time.

- *Build Engaging Mobile Experiences.* We are devoting substantial resources to developing engaging mobile products and experiences for a wide range of platforms, including smartphones and feature

80

PX0292-087

**Table of Contents**

phones. In addition, we are working across the mobile industry with operators, hardware manufacturers, operating system providers, and developers to improve the Facebook experience on mobile devices and make Facebook available to more people around the world. We had more than 425 million MAUs who used Facebook mobile products in December 2011. We believe that mobile usage of Facebook is critical to maintaining user growth and engagement over the long term, and we are actively seeking to grow mobile usage, although such usage does not currently directly generate any meaningful revenue.

- ***Enable Developers to Build Great Social Products Using the Facebook Platform.*** The success of Platform developers and the vibrancy of our Platform ecosystem are key to increasing user engagement. Social games have achieved significant levels of adoption by Facebook users, and we are also focused on enabling the development of apps in categories beyond games. For example, our latest enhancements to the Facebook Platform have enabled new types of social apps that facilitate sharing and serendipitous discovery of music, news, movies, television programming, and other everyday interests such as cooking and running. User engagement with our Platform developers' apps and websites creates value for Facebook in multiple ways: our Platform supports our advertising business because apps on Facebook create user engagement that enables us to show ads; our Platform developers purchase advertising on Facebook to drive traffic to their apps and websites; Platform developers use our Payment system to facilitate transactions with users; and users' engagement with Platform apps and websites contributes to our understanding of users' interests and preferences, improving our ability to personalize content. We continue to invest in tools and APIs that enhance the ability of Platform developers to deliver products that are more social and personalized and better engage users on Facebook, across the web, and on mobile devices. Additionally, we plan to invest in enhancing our Payments offerings and in making the Payments experience on Facebook as seamless and convenient as possible for users and Platform developers.

- ***Improve Ad Products for Advertisers and Users.*** We plan to continue to improve our ad products in order to create more value for advertisers and enhance their ability to make their advertising more social and relevant for users. Our advertising strategy centers on the belief that ad products that are social, relevant, and well-integrated with other content on Facebook can enhance the user experience while providing an attractive return for advertisers. We intend to invest in additional products for our advertisers and marketers, such as our recent introduction of sponsored stories in News Feed, while continuing to balance our monetization objectives with our commitment to optimizing the user experience. We also continue to focus on analytics and measurement tools to evaluate, demonstrate, and improve the effectiveness of ad campaigns on Facebook.

### Our Products for Users, Developers, and Advertisers

#### *Products for Users*

Our product development approach is centered on building the most useful tools that enable users to connect, share, discover, and communicate with each other. Our products for users are free of charge and available on the web, mobile web, and mobile platforms such as Android and iOS.

- ***Timeline.*** We launched Timeline in September 2011 as an enhanced and updated version of the Facebook Profile to add structure and organization to the growing quantities of each user's activities and social content. Timeline allows users to organize and display the events and activities that matter most to them, enabling them to curate their memories in a searchable personal narrative that is organized chronologically. Users choose what information to share on their Timeline, such as their interests, photos, education, work history, relationship status, and contact information, and users can control with whom each piece of content is shared on their Timeline.

81

PX0292-088

**Table of Contents**

- *News Feed.* The Facebook News Feed is the core feature of a user's homepage and is a regularly updating list of stories from friends, Pages, and other entities to which a user is connected on Facebook. It includes posts, photos, event updates, group memberships, app updates, and other activities. Each user's News Feed is personalized based on his or her interests and the sharing activity of the user's friends. Stories in a user's News Feed are prioritized based on several factors, including how many friends have Liked or Commented on a certain piece of content, who posted the content, and what type of content it is. News Feed is a key component of our social distribution capability.

*Example of Facebook News Feed*



- *Photos and Videos.* Facebook is the most popular photo uploading service on the web. On average, more than 250 million photos per day were uploaded to Facebook in the three months ended December 31, 2011. Users can upload an unlimited number of high resolution photos, create photo albums, and share them with their friends or any audience they choose. Users can also upload and share videos. Users can set specific privacy settings for each of their photo albums and videos, making them visible to everyone, or only to certain friends. Users can easily arrange their photos, add captions, and "tag" people in a photo or video. Tagging allows users to identify a person in a photo or video as one of their friends.

- *Messages.* Our messaging products include email, chat, and text messaging. The delivery of messages is optimized for the device through which the user is accessing Facebook. For example, users on their mobile phones will receive messages via text or Facebook mobile messenger, while the conversation is also stored in their Facebook message inbox. We aim to be the fastest and most reliable way for users to communicate through:

  - *Email.* Users can set up a free @facebook.com address.

82

PX0292-089

**Table of Contents**

- *Chat.* Users can send messages to their friends in an instant message format.

- *Text Messaging.* Users can activate text messaging on Facebook, allowing the texts they exchange with friends to be incorporated into their respective conversations along with their message and chat history.

• *Groups.* Groups are shared Facebook pages for groups of users to discuss common interests. For example, members of a soccer team can plan the season's schedule together and share photos with each other. Users are able to customize the privacy settings for each Group they create.

• *Lists.* Lists allow users to organize their friends in order to filter the stories shown in their News Feeds and reach or exclude specific people when they share on Facebook. For example, users can see News Feed posts from a List of just their closest friends or announce a garage sale to a List of friends who reside in the user's current city. Users are able to customize the privacy settings for each List they create.

• *Events.* Through Events, users can organize gatherings, manage invitations, and send event notifications and reminders to their friends. From the Events page, users can create a new event, check out upcoming events of interest to them and their friends, and view previous events. For example, users can use Events to invite their friends to a dinner party or organize a run in the Race for the Cure to raise awareness for breast cancer. There are currently more than 16 million events created on Facebook each month.

• *Places.* Through Places, users can share their location and see where their friends are. They are able to see if any of their friends are nearby and connect with them easily. Users can also check in to Places to tell their friends where they are, tag their friends in the Places they visit, or view Comments their friends have made about the Places they visit.

• *Subscribe.* Using Subscribe, users can sign up to receive public posts in their News Feeds from other Facebook users of interest such as celebrities, thought leaders, and other public figures.

• *Ticker.* Ticker is a live stream of the real-time activities of a user's friends and the Pages and other entities to which the user is connected.

• *Notifications.* On the top of each Facebook page, a highlighted icon is displayed to users when there is relevant and new information available to them, such as a new friend request, a new message from a friend, or an alert that the user has been tagged in a photo posted by a friend. We believe that Notifications are an important part of Facebook's distribution capability.

• *Facebook Pages.* A Facebook Page is a public profile that allows anyone including artists, public figures, businesses, brands, organizations, and charities to create a presence on Facebook and engage with the Facebook community. A Page owner can connect with interested users in order to provide updates, answer questions, receive feedback, or otherwise stimulate interest in the owner's messages, products, and services. When a Facebook user Likes a Page, the Page owner has the opportunity to publish stories to the user's News Feed on an ongoing basis. In addition, when a Facebook user Likes or Comments on a post by a Page owner, that user's action may be shared with the user's friends via News Feed to drive awareness to a wider circle of users, increasing the Page's exposure, recognition, and engagement. We do not charge for Pages, nor do we charge for the resulting organic distribution. However, we believe that awareness of and engagement with Pages can be amplified and complemented by the use of Facebook ads and sponsored stories by Page owners. As of December 31, 2011, there were more than 37 million Pages with ten or more Likes, including Harvard, Lady Gaga, The Metropolitan Museum of Art, Starbucks, and Boo (the World's Cutest Dog), as well as millions of local businesses.

83

PX0292-090

Registration Statement on Form S-1

**Table of Contents**

*Products for Developers*

The Facebook Platform is a set of tools and APIs that developers can use to build social apps on Facebook or to integrate their websites with Facebook. As of December 31, 2011, more than seven million apps and websites were integrated with Facebook. Our goal is to make it easy for Platform developers to integrate with Facebook and build valuable products and businesses. Key elements of the Facebook Platform include:

- *Open Graph.* Our Open Graph is a set of APIs that developers can use to build apps and websites that enable users to share their activities with friends on Facebook. For example, a user who is listening to music through a developer's app or website can publish his or her music selections to Facebook where the music can be shared with friends.

- *Social Plugins.* Social plugins are social features that developers can easily integrate with their websites by incorporating a single line of HTML code. For example, a developer can put a box on its website that shows Facebook users what their friends have Liked and recommended on the site. Social plugins also allow users to easily share interesting content back to Facebook that can be distributed to their friends through News Feed, Timeline, and Ticker. The following features are examples of functionality provided through social plugins:

  - *Like Button.* Allows users to share content from a third-party website to Facebook and their friends with one click.

  - *Recommendations.* Allows a website to display to Facebook users what their friends have recommended.

  - *Single Sign-On Registration and Log-In.* Allows users to easily sign up for access to third-party websites with their Facebook accounts, eliminating the need for users to create another username and password.

  - *Comments.* Allows users to post their views, questions, and critiques on any piece of content on a website.

- *Payments.* Facebook provides an online payments infrastructure that enables developers to receive payments from users through an efficient and secure system. Developers can focus on creating engaging apps and content rather than spending time and resources to build payment processing and fraud management capabilities. Our users can store their payment credentials with Facebook in a trusted and safe environment, facilitating easy and fast purchases across the Facebook Platform rather than having to re-authenticate and re-enter payment information for each developer. We designed our Payments infrastructure to streamline the buying process between our users and developers. Our Payments system enables users to purchase virtual or digital goods from developers and third-party websites by using debit and credit cards, PayPal, mobile phone payments, gift cards or other methods. We have also extended our Payments infrastructure to support mobile web apps on certain mobile platforms.

Developers have used the Facebook Platform to build a variety of user experiences, including apps on Facebook, desktop apps, mobile apps, and Platform-integrated websites, each of which can take advantage of the capabilities of the Facebook Platform.

- *Apps on Facebook.* Apps on Facebook run within the Facebook website. Social games are currently the most successful apps on Facebook. The Facebook Platform has also enabled new types of social apps on Facebook beyond games to facilitate social sharing and discovery of music, news, television programming, and everyday interests such as cooking, fitness, and travel. For example, *The Washington Post Social Reader* is an app on Facebook that offers a personalized news reading experience in which each user sees a unique set of stories tailored to the user's interests and based on what his or her friends are reading. Assuming the user has given the app permission, stories read by a user are instantly shared with friends, creating a socially powered newswire of relevant articles. Apps

84

PX0292-091

**Table of Contents**

on Facebook generally have Facebook ads visible on the right side of the page and can integrate with Facebook Payments.

- *Desktop Apps.* Developers can also build desktop apps that run on the operating system of a personal computer and offer experiences that are integrated with the Facebook Platform. For example, Spotify, an online music service, provides a desktop app integrated with Facebook that offers a social listening experience by giving users the ability to share their playlists, listen to songs with friends, and explore new music through their friends.

- *Mobile Apps.* The Facebook Platform for mobile has enabled developers to create engaging mobile apps that integrate with Facebook's social and personalization capabilities.

- *Platform-Integrated Websites.* Websites can integrate with Facebook using simple social plugins such as the Like button or design more deeply integrated social experiences built around users and their friends. For example, by tapping into our rich social data, TripAdvisor connects users to their friends and shares relevant content about where their friends have traveled and where they would like to visit in the future. While on the TripAdvisor website, friends can discuss their travel plans and recommendations and build out personal profiles of places they have been.

*Example of Platform-Integrated Third-Party Website: TripAdvisor*



85

PX0292-092

**Table of Contents**

*Products for Advertisers and Marketers*

Facebook offers products that enable advertisers and marketers to leverage our unique combination of reach, relevance, social context, and engagement.

- *Facebook Ads.* When creating a Facebook ad, advertisers can specify a title, content, image, and destination web page or Facebook Page to which a user is directed if he or she clicks on the ad. Because we have a standard format for Facebook ads, our users benefit from a consistent ad experience, and our advertisers are able to deploy and adjust campaigns rapidly. Advertisers can further engage their intended audiences by incorporating social context with their marketing messages. Social context includes actions a user's friends have taken, such as Liking the advertiser's Facebook Page. Ads with social context are shown only to a user's friends, and the user's privacy settings apply to social ads. We offer a range of ads with social context, from an ad with a single Like button to our Premium Ad paired with social context, which allows advertisers to highlight the interactions of a user's friends with a brand or product.

- *Sponsored Stories.* Sponsored stories enable marketers to promote the stories they publish from their Facebook Page to users who have connected with the Page or to amplify the distribution of stories users are already sharing that are relevant to their marketing efforts. For example, when a user Likes Red Bull, Red Bull can pay to amplify the reach, frequency of distribution, and prominence with which the story is shown to friends of that user.

*Examples of Facebook Products for Advertisers and Marketers*

    

- *Facebook Ad System.* When advertisers create an ad campaign with Facebook, they specify the types of users they would like to reach based on information that users chose to share about their age, location, gender, relationship status, educational history, workplace, and interests. For example, a self-storage company ran a campaign to reach students on college campuses prior to summer break. Additionally, advertisers indicate the maximum price they are willing to pay for their ad and their maximum budget. Advertisers choose to pay for their ads based on either cost per thousand impressions (CPM) on a fixed or bidded basis or cost per click (CPC) on a bidded basis. Our system also supports guaranteed delivery of a fixed number of ad impressions for a fixed price. Facebook's ad serving technology dynamically determines the best available ad to show each user based on the combination of the user's unique attributes and the real-time comparison of bids from eligible ads.

86

3/4/24, 2:57 PM                                    Registration Statement on Form S-1

**Table of Contents**

*Examples of How Our Ad System Matches Relevant Ads to Information a User has Chosen to Share*

Information user
chooses to share

Potential ads displayed
based on information the
user has shared



- ***Ad Analytics.*** Advertisers can use our analytics platform to track and optimize the performance of their campaigns in real time. Facebook ad analytics enable advertisers to gain insights into which ads were displayed and clicked on. These analytics help advertisers make modifications to their ad campaigns in order to maximize results. Advertisers with Facebook Pages can also view the number of users who Liked and Commented on their Page and a newly introduced metric, "People Talking About This," which shows how many stories about their brand are being created and shared.

**Building and Maintaining User Trust**

Trust is a cornerstone of our business. We dedicate significant resources to the goal of building user trust through developing and implementing programs designed to protect user privacy, promote a safe environment, and assure the security of user data. The resources we dedicate to this goal include engineers, analysts, lawyers, policy experts, and operations specialists, as well as hardware and software from leading vendors and solutions we have designed and built.

- ***Privacy and Sharing.*** People come to Facebook to connect and share. Protecting user privacy is an important part of our product development process. Our objective is to give users choice over what they share and with whom they share it. This effort is fundamental to our business and focuses on control, transparency, and accountability.

  - ***Control.*** We believe that by providing our users with clear and easy-to-use controls, we will continue to promote trust in our products. For example, when a user posts a status update or

87

PX0292-094

Table of Contents

uploads a photo to Facebook, our in-line controls allow the user to select his or her audience at the same time that he or she is publishing the post. In addition, we have introduced other personal information control tools and techniques. "Activity Log" was recently introduced and is a unified tool that users can use to review and manage the content they have posted and the actions they have taken on Facebook. For example, using the Activity Log, a user can view his or her activity with a particular app, delete a specific post, change who can see a photo, or remove an app completely. Additionally, our "Download Your Information" tool enables users to remove or store their personal information off of Facebook.

– *Transparency.* Our Data Use Policy describes in plain language our data use practices and how privacy works on Facebook. We also offer a number of tools and features that provide users with transparency about their information on Facebook. Our application settings feature enables users to view each of the apps they have chosen to use, the information needed by each app, and the audience with whom the user has chosen to share his or her interactions with each app. We believe that this transparency enables users to make more informed decisions about their activities on Facebook.

– *Accountability.* We continue to build new procedural safeguards as part of our comprehensive privacy program. These include a dedicated team of privacy professionals who are involved in new product and feature development from design through launch; ongoing review and monitoring of the way data is handled by existing features and apps; and rigorous data security practices. We regularly work with online privacy and safety experts and regulators around the world. In November 2011, we announced a 20-year agreement with the Federal Trade Commission to enhance our privacy program. We made a clear and formal long-term commitment to giving users tools to control how they share on Facebook. We also have undergone an audit by the Office of the Irish Data Protection Commissioner. The audit comprehensively reviewed our compliance with Irish data protection law, which is grounded in European data protection principles. As part of the audit process, we agreed to enhance various data protection and privacy practices to ensure compliance with the law and adherence to industry best practices.

· *Safety.* We design our products to include robust safety tools. These tools are coupled with educational resources and partnerships with online safety experts to offer protections for all users, particularly teenagers. We take into account the unique needs of teenagers who use our service and employ age-appropriate settings that restrict their visibility, limit the audience with whom they can share, and help prevent unwanted contact from strangers.

Our abuse reporting infrastructure allows anyone on Facebook to report inappropriate, offensive, or dangerous content through "report" links found on nearly every page of our site. We have enhanced this reporting system to include "Social Reporting," which gives users the option to report content to us, to report content to a trusted friend, or to block the person who posted the content with one easy-to- use tool. Our Safety Advisory Board, comprised of five leading online safety organizations from around the world, advises us on product design and helps us to create comprehensive safety resources for everyone who uses our service. These resources are located in our multimedia Family Safety Center on our website, which also offers special information for parents, educators, teenagers, and members of the law enforcement community. Additionally, we work with law enforcement to help promote the safety of our users as required by law.

· *Security.* We invest in technology, processes, and people as part of our commitment to safeguarding our users' information. We use a variety of techniques to protect the data that we are entrusted with, and we rely on multiple layers of network segregation using firewalls to protect against attacks or unauthorized access. We also employ proprietary technologies to protect our users. For example, if we suspect that a user's account may have been compromised, we may use a process that we refer to as "social authentication" to validate that the person accessing the account is the actual account holder. The process of social authentication may include asking the person accessing the account to

88

PX0292-095

**Table of Contents**

identify photos of the account holder's friends. Our security team actively scans for security vulnerabilities using commercial tools, penetration tests, code security reviews, and internal and external audits. We also have a network of geographically distributed single-tenant data centers, and we take measures to protect the information stored in these data centers.

## Competition

We face significant competition in almost every aspect of our business, including from companies such as Google, Microsoft, and Twitter, which offer a variety of Internet products, services, content, and online advertising offerings, as well as from mobile companies and smaller Internet companies that offer products and services that may compete with specific Facebook features. We also face competition from traditional and online media businesses for a share of advertisers' budgets and in the development of the tools and systems for managing and optimizing advertising campaigns. We compete broadly with Google's social networking offerings, including Google+, which it has integrated with certain of its products, including search and Android. In addition, we compete with other, largely regional, social networks that have strong positions in particular countries, including Cyworld in Korea, Mixi in Japan, Orkut (owned by Google) in Brazil and India, and vKontakte in Russia. As we introduce new products, as our existing products evolve, or as other companies introduce new products and services, we may become subject to additional competition.

The areas in which we compete include:

- *Users and Engagement.* We compete to attract, engage, and retain users. Because our products for users are free of charge, we compete based on the utility, ease of use, performance, and quality of our products.

- *Advertising.* We compete to attract and retain advertisers. We distinguish our products by providing reach, relevance, social context, and engagement to amplify the effectiveness of advertisers' messages.

- *Platform.* We compete to attract and retain developers to build compelling apps and websites that integrate with Facebook. We compete in this area primarily based on the value of the tools and APIs we provide to developers to enable them to access our large global base of engaged users and their connections and to drive traffic to their apps and websites.

- *Talent.* We compete to attract and retain highly talented individuals, especially software engineers, designers, and product managers. Competition for employee talent is particularly intense in the San Francisco Bay Area, where we are headquartered. We compete for these potential employees by providing a work environment that fosters and rewards creativity and innovation and by providing compensation packages that we believe will enable us to attract and retain key employees.

While our industry is evolving rapidly and is becoming increasingly competitive, we believe that we compete favorably on the factors described above. For additional information, see "Risk Factors—Our business is highly competitive. Competition presents an ongoing threat to the success of our business."

## Technology

We have assembled a team of highly skilled engineers and computer scientists whose expertise spans a broad range of technical areas. We make significant investments in product and feature development, data management and personalization technologies, large-scale systems and scalable infrastructure, and advertising technologies, as follows:

- *Product and Feature Development.* We aim to continuously improve our existing products and to develop new products for our users, developers, and advertisers. Our product development philosophy is centered on continuous innovation in creating products that are social by design, which means that our products are designed to place our users and their social interactions at the core of the product experience.

89

PX0292-096

3/4/24, 2:57 PM                                    Registration Statement on Form S-1

**Table of Contents**

- ***Data Management and Personalization Technologies.*** To provide each user with a personalized Facebook experience, we must process and analyze a vast and growing amount of content shared by our users, developers, and advertisers and surface the most relevant content in real time. For example, loading a user's home page typically requires accessing hundreds of servers, processing tens of thousands of individual pieces of data, and delivering the information selected in less than one second. In addition, the data relationships have grown exponentially and are constantly changing. As such, we have invested extensively in developing technologies and analytics in areas including:

  - ***Content optimization and delivery.*** We use a proprietary distributed system that is able to query thousands of pieces of content that may be of interest to an individual user to determine the most relevant and timely stories and deliver them to the user in milliseconds.

  - ***Graph query.*** Our graph query technology enables us to efficiently process subjective queries about the Social Graph by utilizing a proprietary set of search indices, query processors, and caching systems.

  - ***Media storage and serving.*** We store more than 100 petabytes (100 quadrillion bytes) of photos and videos. We have built a number of storage and serving technologies, such as Haystack, which allow us to efficiently serve and store the data.

  - ***Large-scale data management.*** We developed Apache Hive, a data warehouse infrastructure built on top of Hadoop, to provide tools to enable easy data summarization, ad hoc querying, and analysis of large datasets.

  - ***Software performance.*** Facebook.com is largely written in PHP, or Hypertext Preprocessor, a widely used, general-purpose scripting language. We developed HipHop, which programmatically transforms PHP source code into highly optimized C++ code. HipHop offers significant performance gains when compared to traditional PHP.

- ***Large-Scale Systems and Scalable Infrastructure.*** Our products are built on a shared computing infrastructure. We use a combination of off-the-shelf and custom software running on clusters of commodity computers to amass substantial computing capability. Our infrastructure has enabled the storage and processing of large datasets and facilitated the deployment of our products on a global scale. As our user base grows, and the level of engagement and sharing from our users continues to increase, our computing needs continue to expand. We aim to provide our products rapidly and reliably to all users around the world, including in countries where we do not expect significant short-term monetization. We expect to benefit if and as the per-unit pricing for computing power, memory and storage capacity continues to decrease. We also intend to continue to develop data center and server architectures that are operationally efficient, scalable, and reliable. By building custom servers and constructing our first owned data center in Prineville, Oregon, we introduced numerous technology advancements that are designed to:

  - eliminate non-essential components, thereby reducing the cost and improving the serviceability of servers;

  - improve server cooling and power distribution across both the data center and servers to minimize power loss; and

  - optimize the power distribution system and server power supplies to operate at significantly higher efficiency and further reduce power loss.

Together, our custom server and data center designs resulted in a significant increase in energy efficiency while significantly reducing our costs compared to the usage of traditional servers and leased data center facilities. We are a founding member of the Open Compute Project through which we make our proprietary data center, server hardware, and certain software designs available to the open source community. This initiative aims to accelerate data center and server innovation and increase computing efficiency through collaboration on relevant best practices and technical specifications.

90

PX0292-097

Table of Contents

- ***Advertising Technologies.*** We believe that a more valuable advertiser and user experience is created through our ability to match the most relevant ads to each of our users based on his or her connections, demographics, and expressed interests. Our advertising technology serves billions of ad impressions every day, each of which is displayed to selected users based upon the information that they have chosen to share.

   Advertisers specify a bid, which is how much they are willing to pay for clicks or impressions of their ads. The actual price paid for each click or impression is computed using an auction mechanism that automatically calculates the minimum price an advertiser must pay to "win" the auction and have its ad shown. We believe that our specific auction mechanism encourages advertisers to bid the maximum price they are willing to pay, understanding that because of the way our auction works they will be charged a market-determined price that is never higher and typically lower than their bid. Our system also supports guaranteed delivery of a fixed number of ad impressions for a fixed price.

   Our system manages our entire set of ads, the selected audiences, and the advertisers' bids to determine which ads to show each user and how to display them for every page on Facebook. We use an advanced click prediction system that weighs many real-time updated features using automated learning techniques. Our technology incorporates the estimated click-through rate with both the advertiser's bid and a user relevancy signal to select the optimal ads to show.

Our research and development expenses were $87 million, $144 million, and $388 million for 2009, 2010, and 2011, respectively.

### Sales and Operations

Many of our advertisers use our self-service ad platform to establish accounts and to launch and manage their advertising campaigns. We also have a global sales force that is focused on attracting and retaining advertisers and providing support to them throughout the stages of the advertising campaign cycle from pre-purchase decision making to real-time optimizations to post-campaign analytics. We currently operate 30 sales offices around the globe.

We have operations teams to provide support for our users, developers, and advertisers in four regional centers located in Menlo Park, California; Austin, Texas; Dublin, Ireland; and Hyderabad, India. We also invest in and rely on self-service tools to provide customer support to our users, developers, and advertisers.

### Marketing

To date, the Facebook user community has grown virally with users inviting their friends to connect with them, supported by internal efforts to stimulate user awareness and interest. We have been able to build our brand and user base around the world with relatively low marketing costs. We leverage the utility of our products and our social distribution channels as our most effective marketing tools. In addition, we undertake various user acquisition efforts and regularly host events and conferences to engage with developers and advertisers.

### Intellectual Property

Our success depends in part upon our ability to protect our core technology and intellectual property. To establish and protect our proprietary rights, we rely on a combination of patents, patent applications, trademarks, copyrights, trade secrets, including know-how, license agreements, confidentiality procedures, non-disclosure agreements with third parties, employee disclosure and invention assignment agreements, and other contractual rights.

As of December 31, 2011, we had 56 issued patents and 503 filed patent applications in the United States and 33 corresponding patents and 149 filed patent applications in foreign countries relating to social networking,

91

**Table of Contents**

web technologies and infrastructure, and related technologies. Our issued patents expire between May 2016 and June 2031. We cannot assure you that any of our patent applications will result in the issuance of a patent or whether the examination process will require us to narrow our claims. In addition, any patents may be contested, circumvented, found unenforceable or invalid, and we may not be able to prevent third parties from infringing them.

We generally control access to and use of our proprietary technology and other confidential information through the use of internal and external controls, including contractual protections with employees, contractors, customers, and partners, and our software is protected by U.S. and international copyright laws. Despite our efforts to protect our trade secrets and proprietary rights through intellectual property rights, licenses, and confidentiality agreements, unauthorized parties may still copy or otherwise obtain and use our software and technology. In addition, we intend to expand our international operations, and effective patent, copyright, trademark and trade secret protection may not be available or may be limited in foreign countries.

Companies in the Internet, technology, and media industries own large numbers of patents, copyrights, trademarks, and trade secrets and frequently enter into litigation based on allegations of infringement, misappropriation, or other violations of intellectual property or other rights. From time to time, we face, and we expect to face in the future, allegations that we have infringed the trademarks, copyrights, patents, trade secrets and other intellectual property rights of third parties, including our competitors and non-practicing entities. As we face increasing competition and as our business grows, we will likely face more claims of infringement. For additional information, see "Risk Factors—We are currently, and expect to be in the future, party to patent lawsuits and other intellectual property rights claims that are expensive and time consuming, and, if resolved adversely, could have a significant impact on our business, financial condition, or results of operations."

### Government Regulation

We are subject to a number of U.S. federal and state, and foreign laws and regulations that affect companies conducting business on the Internet, many of which are still evolving and being tested in courts, and could be interpreted in ways that could harm our business. These may involve user privacy, rights of publicity, data protection, content, intellectual property, distribution, electronic contracts and other communications, competition, protection of minors, consumer protection, taxation and online payment services. In particular, we are subject to federal, state, and foreign laws regarding privacy and protection of user data. Foreign data protection, privacy, and other laws and regulations are often more restrictive than those in the United States. U.S. federal and state and foreign laws and regulations are constantly evolving and can be subject to significant change. In addition, the application and interpretation of these laws and regulations are often uncertain, particularly in the new and rapidly-evolving industry in which we operate. There are also a number of legislative proposals pending before the U.S. Congress, various state legislative bodies, and foreign governments concerning data protection which could affect us. For example, a revision to the 1995 European Union Data Protection Directive is currently being considered by legislative bodies that may include more stringent operational requirements for data processors and significant penalties for non-compliance.

In November 2011, we reached a 20-year settlement agreement with the FTC to resolve an investigation into various practices, by entering into an agreement that, among other things, requires us to establish and refine certain practices with respect to treatment of user data and privacy settings and also requires we complete bi-annual independent privacy audits. Violation of existing or future regulatory orders or consent decrees could subject us to substantial monetary fines and other penalties that could negatively affect our financial condition and results of operations.

Various laws and regulations in the United States and abroad, such as the Bank Secrecy Act, the Dodd-Frank Act, the USA PATRIOT Act, and the Credit CARD Act impose certain anti-money laundering requirements on companies that are financial institutions or that provide financial products and services. Under these laws and regulations, financial institutions are broadly defined to include money services businesses such

92

PX0292-099

**Table of Contents**

as money transmitters, check cashers, and sellers or issuers of stored value. Requirements imposed on financial institutions under these laws include customer identification and verification programs, record retention policies, and procedures and transaction reporting. We do not believe that we are a financial institution subject to these laws and regulations. However, it is possible that Payments on the Facebook Platform could be considered a financial product and that we could be deemed a financial institution subject to applicable U.S., state, or foreign regulation under certain interpretations of laws governing businesses such as money transmitters, check cashers, and sellers or issuers of stored value. To increase flexibility in how our use of Payments may evolve and mitigate regulatory uncertainty, we have applied or expect to apply through a subsidiary for certain money transmitter licenses in the United States, which will generally require us to show compliance with many domestic laws relating to money transmission, gift cards and other prepaid access instruments, electronics funds transfers, anti-money laundering, counter-terrorist financing, gambling, banking and lending, and import and export restrictions.

China is a large potential market for Facebook, but users are generally restricted from accessing Facebook from China. We do not know if we will be able to find an approach to managing content and information that will be acceptable to us and to the Chinese government. It is also possible that governments of one or more other countries may seek to censor content available on our website, restrict access, block our website, or impose other restrictions that may affect the accessibility of Facebook for an extended period of time or indefinitely.

We communicate with lawmakers and regulators in the countries and regions in which we do business. We have a dedicated policy team that monitors legal and regulatory developments and works with policymakers and regulators around the world to help ensure that our perspective is heard in matters of importance to us.

**Legal Proceedings**

We are currently parties to multiple lawsuits related to our products, including patent infringement lawsuits brought by both other companies and non-practicing entities as well as class action lawsuits brought by users and advertisers, and we may in the future be subject to additional lawsuits and disputes.

We are also involved in other claims, lawsuits, government investigations, settlements, and proceedings arising from the ordinary course of our business.

Paul D. Ceglia filed suit against us and Mark Zuckerberg on or about June 30, 2010, in the Supreme Court of the State of New York for the County of Allegheny claiming substantial ownership of our company based on a purported contract between Mr. Ceglia and Mr. Zuckerberg allegedly entered into in April 2003. We removed the case to the U.S. District Court for the Western District of New York, where the case is now pending. In his first amended complaint, filed on April 11, 2011, Mr. Ceglia revised his claims to include an alleged partnership with Mr. Zuckerberg, he revised his claims for relief to seek a substantial share of Mr. Zuckerberg's ownership in us, and he included quotations from supposed emails that he claims to have exchanged with Mr. Zuckerberg in 2003 and 2004. On June 2, 2011, we filed a motion for expedited discovery based on evidence we submitted to the court showing that the alleged contract and emails upon which Mr. Ceglia bases his complaint are fraudulent. On July 1, 2011, the court granted our motion and ordered Mr. Ceglia to produce, among other things, all hard copy and electronic versions of the purported contract and emails. On January 10, 2012, the court granted our request for sanctions against Mr. Ceglia for his delay in compliance with that order. We continue to believe that Mr. Ceglia is attempting to perpetrate a fraud on the court and we intend to continue to defend the case vigorously.

The Enforcement Division of the Securities and Exchange Commission (SEC) has been conducting an inquiry into secondary transactions involving the sale of private company securities as well as the number of our stockholders of record. In connection with this inquiry, we have received both formal and informal requests for information from the staff of the SEC and we have been fully cooperating with the staff. We have provided all information requested and there are no requests for documents or information that remain outstanding. We

93

PX0292-100

Table of Contents

believe that we have been in compliance with the provisions of the federal securities laws relating to these matters.

Although the results of claims, lawsuits, government investigations, and proceedings in which we are involved cannot be predicted with certainty, we do not believe that the final outcome of the matters discussed above will have a material adverse effect on our business, financial condition, or results of operations. However, defending these claims is costly and can impose a significant burden on management and employees, we may receive unfavorable preliminary or interim rulings in the course of litigation, and there can be no assurances that favorable final outcomes will be obtained.

**Culture and Employees**

Our employees and our culture are critical to our success. We value our "hacker culture," which we define as a work environment that rewards creative problem solving and rapid decision making. We try to move fast in developing new products and then continually iterate and optimize to further improve our products. We seek employees who are motivated by the ability to have a direct impact on how hundreds of millions of people around the world connect, discover, and express themselves.

We encourage our employees to think boldly. We also have posted the phrase "this journey is 1% finished" across many of our office walls, to remind employees that we believe that we have only begun fulfilling our mission to make the world more open and connected.

We have grown rapidly, but at a rate that we believe will allow us to preserve a culture of collaboration, excellence, and moving fast. We had 1,218 full-time employees, 2,127 full-time employees, and 3,200 full-time employees at the end of 2009, 2010, and 2011, respectively.

**Facilities**

As of December 31, 2011, we leased office facilities around the world totaling approximately 1.9 million square feet, including one million square feet for our corporate headquarters in Menlo Park, California. We have data centers in the United States, including data center facilities that we own in North Carolina and Oregon and leased data center facilities in California and Virginia. We believe that our facilities are adequate for our current needs.

94

PX0292-101

**Table of Contents**

# MANAGEMENT

**Executive Officers and Directors**

The following table provides information regarding our executive officers and directors as of January 1, 2012:

| Name | Age | Position(s) |
|------|-----|-------------|
| Mark Zuckerberg | 27 | Chairman and CEO |
| Sheryl K. Sandberg | 42 | Chief Operating Officer |
| David A. Ebersman | 42 | Chief Financial Officer |
| David B. Fischer | 39 | Vice President, Marketing and Business Partnerships |
| Mike Schroepfer | 36 | Vice President of Engineering |
| Theodore W. Ullyot | 44 | Vice President, General Counsel, and Secretary |
| Marc L. Andreessen[1][3] | 40 | Director |
| Erskine B. Bowles[1] | 66 | Director |
| James W. Breyer[2] | 50 | Director |
| Donald E. Graham*[2][3] | 66 | Director |
| Reed Hastings[3] | 51 | Director |
| Peter A. Thiel[1] | 44 | Director |

\*   Lead Independent Director.
(1)  Member of the audit committee.
(2)  Member of the compensation committee.
(3)  Member of the governance committee.

*Mark Zuckerberg* is our founder and has served as our CEO and as a member of our board of directors since July 2004. Mr. Zuckerberg has served as Chairman of our board of directors since January 2012. Mr. Zuckerberg attended Harvard University where he studied computer science. We believe that Mr. Zuckerberg should serve as a member of our board of directors due to the perspective and experience he brings as our founder, Chairman, and CEO, and as our largest and controlling stockholder.

*Sheryl K. Sandberg* has served as our Chief Operating Officer since March 2008. From November 2001 to March 2008, Ms. Sandberg served in various positions at Google, Inc., most recently as Vice President, Global Online Sales & Operations. Ms. Sandberg also is a former Chief of Staff of the U.S. Treasury Department and previously served as a consultant with McKinsey & Company, a management consulting company, and as an economist with The World Bank. In addition to serving as our Chief Operating Officer, Ms. Sandberg has been a member of the boards of directors of Starbucks Corporation since March 2009 and the Walt Disney Company since December 2009. Ms. Sandberg has elected not to stand for re-election at Starbucks' 2012 annual meeting. Ms. Sandberg holds an A.B. in economics from Harvard University and an M.B.A. from Harvard Business School.

*David A. Ebersman* has served as our Chief Financial Officer since September 2009. Prior to joining us, Mr. Ebersman served in various positions at Genentech, Inc., a biotechnology company, including as its Chief Financial Officer from March 2005 and as an Executive Vice President from January 2006 until April 2009, following Genentech's acquisition by F. Hoffmann-La Roche Ltd. in March 2009. Prior to joining Genentech, Mr. Ebersman was a research analyst at Oppenheimer & Company, Inc., an investment company. In addition to serving as our Chief Financial Officer, Mr. Ebersman has been a member of the board of directors of Ironwood Pharmaceuticals, Inc. since July 2009. Mr. Ebersman holds an A.B. in economics and international relations from Brown University.

95

PX0292-102

Registration Statement on Form S-1

**Table of Contents**

*David B. Fischer* joined us in April 2010 and serves as our Vice President, Marketing and Business Partnerships. From July 2002 to March 2010, Mr. Fischer served in various positions at Google, including most recently as its Vice President, Global Online Sales & Operations. Prior to joining Google, Mr. Fischer served as Deputy Chief of Staff of the U.S. Treasury Department and was an associate editor at the U.S. News World Report, L.P., a news magazine company. Mr. Fischer holds a B.A. in government from Cornell University and an M.B.A. from the Stanford University Graduate School of Business.

*Mike Schroepfer* has served as our Vice President of Engineering since September 2008. From December 2005 to August 2008, Mr. Schroepfer served as Vice President of Engineering at Mozilla Corporation, an Internet company. Prior to Mozilla, Mr. Schroepfer served in various positions at Sun Microsystems, Inc., an information technology company, including as Chief Technology Officer of its data center automation division. He also co-founded CenterRun, Inc., a developer of application provisioning software, which was acquired by Sun Microsystems. In addition to serving as our Vice President of Engineering, Mr. Schroepfer has been a member of the board of directors of Ancestry.com Inc. since January 2011. Mr. Schroepfer holds a B.S. and an M.S. in computer science from Stanford University.

*Theodore W. Ullyot* has served as our Vice President, General Counsel, and Secretary since October 2008. From May 2008 to October 2008, Mr. Ullyot was a partner at Kirkland & Ellis LLP, a law firm. From October 2005 to April 2008, Mr. Ullyot served as Executive Vice President and General Counsel of ESL Investments, Inc., a private investment firm. Prior to joining ESL Investments, Mr. Ullyot served in the federal executive branch under President George W. Bush, including as Chief of Staff at the U.S. Justice Department and as a Deputy Assistant to the President. Earlier in his career, Mr. Ullyot was an associate general counsel at AOL Time Warner, Inc. and served as a law clerk for U.S. Supreme Court Justice Antonin Scalia and for Judge Michael Luttig of the U.S. Court of Appeals for the Fourth Circuit. Mr. Ullyot holds an A.B. in History from Harvard University and a J.D. from the University of Chicago.

*Marc L. Andreessen* has served as a member of our board of directors since June 2008. Mr. Andreessen is a co-founder and has been a General Partner of Andreessen Horowitz, a venture capital firm, since July 2009. Previously, Mr. Andreessen co-founded and served as the Chairman of the board of directors of Opsware, Inc. (formerly known as Loudcloud Inc.), a software company. He also served as Chief Technology Officer of America Online, Inc., an Internet services company. Mr. Andreessen was a co-founder of Netscape Communications Corporation, a software company, serving in various positions, including Chief Technology Officer and Executive Vice President of Products. In addition to serving on our board of directors, Mr. Andreessen currently serves as a member of the boards of directors of eBay Inc. and the Hewlett-Packard Company. Mr. Andreessen holds a B.S. in computer science from the University of Illinois at Urbana-Champaign. We believe that Mr. Andreessen should serve as a member of our board of directors due to his extensive experience as an Internet entrepreneur, venture capitalist, and technologist.

*Erskine B. Bowles* has served as a member of our board of directors since September 2011. Mr. Bowles is President Emeritus of the University of North Carolina and served as President from January 2006 through December 2010. Mr. Bowles has also been a Senior Advisor of BDT Capital Partners, LLC, a private investment firm, since January 2012. From February 2010 until December 2010, he served as Co-Chair of the National Commission on Fiscal Responsibility and Reform. Mr. Bowles has been a Senior Advisor since 2001 and was Managing Director from 1999 to 2001 of Carousel Capital LLC, a private investment firm. He was also a partner of Forstmann Little & Co., an investment firm, from 1999 to 2001. Mr. Bowles began his career in corporate finance at Morgan Stanley and subsequently helped found and ultimately served as Chairman and Chief Executive Officer of Bowles Hollowell Connor & Co., an investment banking firm. He also was a founder of Kitty Hawk Capital, a venture capital firm. Mr. Bowles served as White House Chief of Staff from 1996 to 1998 and Deputy White House Chief of Staff from 1994 to 1995. In addition to serving on our board of directors, Mr. Bowles currently serves as a member of the boards of directors of Morgan Stanley, Belk, Inc., Cousins Properties Incorporated, and Norfolk Southern Corporation. Mr. Bowles has elected not to stand for re-election at Cousins Properties' 2012 annual meeting. Mr. Bowles also served as a member of the board of directors of

96

PX0292-103

**Table of Contents**

General Motors Company from June 2005 to April 2009. Mr. Bowles holds a B.S. in business from the University of North Carolina at Chapel Hill and an M.B.A. from Columbia University Graduate School of Business. We believe that Mr. Bowles should serve as a member of our board of directors due to his extensive experience in the financial services industry and academia as well as his distinguished public service.

*James W. Breyer* has served as a member of our board of directors since April 2005. Mr. Breyer has been a Partner of Accel Partners, a venture capital firm, since 1987. Mr. Breyer is also the founder and has been the Chief Executive Officer of Breyer Capital, an investment firm, since July 2006. Mr. Breyer is also a co-founder and has been co-lead on the strategic investment committee since inception of the IDG-Accel China Funds. In addition to serving on our board of directors, Mr. Breyer currently serves as a member of the boards of directors of Dell, Inc., News Corporation, Prosper Marketplace, Inc., and Wal-Mart Stores, Inc., where he is the lead/presiding independent director. Mr. Breyer previously served as a member of the board of directors of Marvel Entertainment Inc. from June 2006 to December 2009 and RealNetworks, Inc. from October 1995 to June 2008. Mr. Breyer holds a B.S. in interdisciplinary studies from Stanford University and an M.B.A. from Harvard University. We believe that Mr. Breyer should serve as a member of our board of directors due to his extensive experience with social media and technology companies, as a venture capitalist, and as one of our early investors.

*Donald E. Graham* has served as a member of our board of directors since March 2009. Mr. Graham has served as the Chief Executive Officer of The Washington Post Company, an education and media company, since 1991 and as Chairman of its board of directors since 1993. Mr. Graham holds an A.B. in English history and literature from Harvard University. We believe that Mr. Graham should serve as a member of our board of directors due to his extensive experience in the media industry, including serving in a variety of senior leadership roles with The Washington Post Company.

*Reed Hastings* has served as a member of our board of directors since June 2011. Mr. Hastings has served as the Chief Executive Officer and Chairman of the board of directors of Netflix, Inc., a provider of an Internet subscription service for movies and television shows, since 1999. Prior to Netflix, Mr. Hastings served as Chief Executive Officer of Technology Network, a political service organization for the technology industry. Mr. Hastings served as Chief Executive Officer of Pure Atria Software, a maker of software development tools, from 1991 until it was acquired by Rational Software Corporation, a software company, in 1997. In addition to serving on our board of directors, Mr. Hastings currently serves as a member of the board of directors of Microsoft Corporation. Mr. Hastings holds a B.A. in mathematics from Bowdoin College and an M.S.C.S. in computer science from Stanford University. We believe that Mr. Hastings should serve as a member of our board of directors due to his extensive experience with technology companies.

*Peter A. Thiel* has served as a member of our board of directors since April 2005. Since 2005, Mr. Thiel has been a Partner of Founders Fund, a venture capital firm. Mr. Thiel has also served as President of Clarium Capital Management, LLC, a global macro investment manager, since 2002. In 1998, Mr. Thiel co-founded PayPal, Inc., an online payment company, where he served as Chief Executive Officer, President and as Chairman of its board of directors from 2000 until its acquisition by eBay in 2002. Prior to that, Mr. Thiel worked for Credit Suisse, an investment firm, and Sullivan & Cromwell LLP, a law firm. Mr. Thiel holds a B.A. in Philosophy from Stanford University and a J.D. from Stanford Law School. We believe that Mr. Thiel should serve as a member of our board of directors due to his extensive experience as an entrepreneur and venture capitalist, and as one of our early investors.

**Election of Officers**

Our executive officers are elected by, and serve at the discretion of, our board of directors. There are no family relationships among any of our directors or executive officers.

97

Table of Contents

### Board Composition

Our board of directors may establish the authorized number of directors from time to time by resolution. Our board of directors currently consists of seven members. Our current certificate of incorporation and amended and restated voting agreements provide for certain members of our board of directors to be elected as designees by Mr. Zuckerberg, the board of directors, or by certain classes of our capital stock. The current members of the board of directors were elected as follows:

- Messrs. Andreessen, Graham, and Zuckerberg were elected as designees of Mr. Zuckerberg, the holder of the majority of the voting power of the outstanding shares of Class A common stock and Class B common stock;

- Mr. Bowles was elected as the designee of the board of directors;

- Mr. Hastings was elected as the designee of Mr. Zuckerberg, the holder of the majority of the voting power of the outstanding shares of our capital stock;

- Mr. Thiel was elected as the designee of stockholders holding a majority of the outstanding shares of our Series A preferred stock, however, pursuant to the amended and restated voting agreement, a majority of the members of our board of directors may designate one member of the board of directors to fill this seat if it becomes vacant; and

- Mr. Breyer was elected as the designee of stockholders who hold a majority of the outstanding shares of our Series B preferred stock.

The amended and restated voting agreement and the provisions of our certificate of incorporation by which the directors were elected will terminate in connection with our initial public offering, and, except as described in "Description of Capital Stock—Voting Agreements," there will be no further contractual obligations regarding the election of our directors. Our current directors will continue to serve as directors until their resignations or until their successors are duly elected by the holders of our common stock.

#### Classified Board

So long as the outstanding shares of our Class B common stock represent a majority of the combined voting power of common stock, we will not have a classified board of directors, and all directors will be elected for annual terms.

When the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, we will have a classified board of directors consisting of three classes of approximately equal size, each serving staggered three-year terms. Our directors will be assigned by the then-current board of directors to a class.

Upon expiration of the term of a class of directors, directors for that class will be elected for three-year terms at the annual meeting of stockholders in the year in which that term expires. As a result, only one class of directors will be elected at each annual meeting of our stockholders, with the other classes continuing for the remainder of their respective three-year terms. Each director's term continues until the election and qualification of his or her successor, or his or her earlier death, resignation, or removal.

So long as our board of directors is classified, only our board of directors may fill vacancies on our board. Any additional directorships resulting from an increase in the number of directors will be distributed among the three classes so that, as nearly as possible, each class will consist of one-third of the total number of directors.

The classification of our board of directors may have the effect of delaying or preventing changes in our control or management. See "Description of Capital Stock—Anti-Takeover Provisions—Restated Certificate of Incorporation and Bylaw Provisions."

98

**Table of Contents**

### *Director Independence*

We intend to apply to list our common stock on the NASDAQ Global Select Market or the New York Stock Exchange. The listing rules of these stock exchanges generally require that a majority of the members of a listed company's board of directors be independent within specified periods following the closing of an initial public offering. In addition, the listing rules generally require that, subject to specified exceptions, each member of a listed company's audit, compensation, and governance committees be independent.

Audit committee members must also satisfy the independence criteria set forth in Rule 10A-3 under the Securities Exchange Act of 1934, as amended (Exchange Act). In order to be considered independent for purposes of Rule 10A-3, a member of an audit committee of a listed company may not, other than in his or her capacity as a member of the audit committee, the board of directors, or any other board committee: accept, directly or indirectly, any consulting, advisory, or other compensatory fee from the listed company or any of its subsidiaries; or be an affiliated person of the listed company or any of its subsidiaries.

Our board of directors has determined that none of our non-employee directors has a relationship that would interfere with the exercise of independent judgment in carrying out the responsibilities of a director and that each of these directors is "independent" as that term is defined under the rules of the NASDAQ Stock Market and the New York Stock Exchange. Our board of directors has also determined that Messrs. Andreessen, Bowles, and Thiel, who comprise our audit committee, Messrs. Breyer and Graham, who comprise our compensation committee, and Messrs. Andreessen, Graham, and Hastings, who comprise our governance committee, satisfy the independence standards for those committees established by applicable SEC rules and the rules of the NASDAQ Stock Market and the New York Stock Exchange.

### Controlled Company

Because Mr. Zuckerberg controls a majority of our outstanding voting power, we are a "controlled company" under the corporate governance rules for publicly-listed companies. Therefore, we are not required to have a majority of our board of directors be independent, nor are we required to have a compensation committee or an independent nominating function. In light of our status as a controlled company, our board of directors has determined not to have an independent nominating function and to have the full board of directors be directly responsible for nominating members of our board. Additionally, as described in the section entitled "Description of Capital Stock —Anti-Takeover Provisions—Restated Certificate of Incorporation and Bylaw Provisions," so long as the outstanding shares of our Class B common stock represent a majority of the combined voting power of our common stock, Mr. Zuckerberg will be able to effectively control all matters submitted to our stockholders for a vote, as well as the overall management and direction of our company.

### Board Committees

Our board of directors has established an audit committee, a compensation committee, and a governance committee, each of which will have the composition and responsibilities described below as of the closing of our initial public offering. Members serve on these committees until their resignations or until otherwise determined by our board of directors.

### *Audit Committee*

Our audit committee is comprised of Messrs. Andreessen, Bowles, and Thiel. Mr. Bowles is the chairman of our audit committee, is our audit committee financial expert, as that term is defined under SEC rules and possesses financial sophistication as defined under the rules of the NASDAQ Stock Market and the New York Stock Exchange. The designation does not impose on Mr. Bowles any duties, obligations or liabilities that are greater than are generally imposed on members of our audit committee and our board of directors. Our audit committee is directly responsible for, among other things:

- selecting the independent registered public accounting firm to audit our financial statements;

99

PX0292-106

**Table of Contents**

- ensuring the independence of the independent registered public accounting firm;

- discussing the scope and results of the audit with the independent registered public accounting firm, and reviewing, with management and that firm, our interim and year-end operating results;

- developing procedures to enable submission of anonymous concerns about accounting or audit matters;

- considering the adequacy of our internal accounting controls and audit procedures;

- reviewing related party transactions;

- approving or, as permitted, pre-approving all audit and non-audit services to be performed by the independent registered public accounting firm; and

- overseeing our internal audit function.

### *Compensation Committee*

Our compensation committee is comprised of Messrs. Breyer and Graham. Mr. Breyer is the chairman of our compensation committee. Each member of this committee is a non-employee director, as defined pursuant to Rule 16b-3 promulgated under the Exchange Act, and an outside director, as defined under Section 162(m) of the Internal Revenue Code of 1986, as amended. Our compensation committee is responsible for, among other things:

- reviewing and approving, or recommending that our board of directors approve, the compensation of our executive officers;

- reviewing and recommending to our board of directors the compensation of our directors;

- reviewing and approving the terms of any compensatory agreements with our executive officers;

- administering our stock and equity incentive plans;

- reviewing and making recommendations to our board of directors with respect to incentive compensation and equity plans; and

- establishing and reviewing our overall compensation philosophy.

### *Governance Committee*

Our governance committee is comprised of Messrs. Andreessen, Graham, and Hastings. Mr. Graham is the chairman of our governance committee. Our governance committee is responsible for, among other things:

- reviewing developments in corporate governance practices;

- developing and recommending our corporate governance guidelines and policies, and evaluating their sufficiency;

- reviewing proposed waivers of the code of conduct;

- overseeing the process of evaluating the performance of our board of directors; and

- advising our board of directors on corporate governance matters.

Each of the above committees has a written charter approved by our board of directors. Following the closing of our initial public offering, copies of each charter will be posted on the Investor Relations section of our website.

### Compensation Committee Interlocks and Insider Participation

During 2011, our compensation committee consisted of Messrs. Breyer and Graham. Neither of them has at any time in the last fiscal year been one of our officers or employees. During 2009, 2010, and 2011, The Washington Post Company and its related companies purchased $0.6 million, $4.8 million, and $4.2 million,

100

**Table of Contents**

respectively, of advertisements on our website. Mr. Graham is the Chief Executive Officer of The Washington Post Company. The purchases by The Washington Post Company and its related entities were made in the ordinary course of business on commercially reasonable terms.

None of our executive officers has served as a member of the board of directors, or as a member of the compensation or similar committee, of any entity that has one or more executive officers who served on our board of directors or compensation committee during 2011.

### Code of Business Ethics and Conduct

In connection with our initial public offering, our board of directors will adopt a code of business ethics and conduct that will apply to all of our employees, officers, and directors. The full text of our code of business conduct will be posted on the Investor Relations section of our website. We intend to disclose future amendments to certain provisions of our code of business conduct, or waivers of these provisions, on our website or in filings under the Exchange Act.

### Director Compensation

In September 2011, our board of directors approved an annual retainer fee of $50,000 for each of our non-employee directors. Our non-employee directors received a prorated fee during 2011. In addition, starting on January 1, 2012, the chairman of our audit committee will receive an annual retainer fee of $20,000. Prior to our initial public offering, there was no formal policy in place to provide our directors with equity compensation for their services as members of our board of directors or any committee of our board of directors. In June 2011, our board of directors approved the grant of 20,000 restricted stock units (RSUs) to Mr. Hastings, as compensation for Mr. Hastings' service as a member of our board of directors. In September 2011, our board of directors approved the grant of 20,000 RSUs to Mr. Bowles, as compensation for Mr. Bowles' service as a member of our board of directors. The RSUs granted to Messrs. Bowles and Hastings are subject to vesting based on their continued services to us through each vesting date, which is more fully described below.

Although there was no formal policy in place relating to the granting of equity awards to our directors, the following table presents the total compensation for each person who served as a member of our board of directors during 2011. Other than as set forth in the table and described more fully below, in 2011 we did not pay any fees to, make any equity awards or non-equity awards to, or pay any other compensation to the members of our board of directors. Mr. Zuckerberg, our founder, Chairman, and CEO, receives no compensation for his service as a director, and is not included in the table below.

| Director Name | Fees Earned or Paid in Cash ($) | Stock Awards ($)[1][2] | Total ($) |
|---|---|---|---|
| Marc L. Andreessen[3] | 16,667 | — | 16,667 |
| Erskine B. Bowles[4] | 16,667 | 601,400 | 618,067 |
| James W. Breyer | 16,667 | — | 16,667 |
| Donald E. Graham[5] | 16,667 | — | 16,667 |
| Reed Hastings[6] | 16,667 | 593,400 | 610,067 |
| Peter A. Thiel | 16,667 | — | 16,667 |

---

(1)  Amounts reported represent the aggregate grant date fair value of RSUs without regards to forfeitures granted to the independent members of our board of directors during 2011 under our 2005 Stock Plan, computed in accordance with ASC 718. The valuation assumptions used in calculating the fair value of the RSUs is set forth in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." This amount does not reflect the actual economic value realized by the director.

(2)  Messrs. Andreessen and Graham hold RSUs granted prior to January 1, 2011 (Pre-2011 RSUs). Pre-2011 RSUs only vest upon the satisfaction of both (i) a service-based vesting condition and (ii) a liquidity-based vesting condition. The liquidity-based vesting condition for Pre-2011 RSUs is: (a) the date that is six months after the effective date of our initial public offering; or (b) a change of control (as defined in our 2005 Stock Plan). The service based vesting condition for the Pre 2011 RSUs held by Messrs Andreessen and Graham are further described in footnotes (3) and (5) below. RSUs granted on or after January 1, 2011 (Post-2011 RSUs) vest based on continuous service to us, as further described in footnotes (4) and (6) below.

101

Table of Contents

(3)   As of December 31, 2011, Mr. Andreessen held 5,247,490 RSUs. The service-based vesting condition was satisfied as to 1/48th of the total shares underlying the RSUs on July 30, 2008. The remaining shares underlying the RSUs vest at a rate of 1/48th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(4)   As of December 31, 2011, Mr. Bowles held 20,000 RSUs. The vesting condition will be satisfied as to 13/48 of the total shares underlying the RSUs on October 15, 2012. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs in quarterly installments thereafter, not to exceed eleven quarterly installments, and 2/48th on October 15, 2015, subject to continued service to us through each vesting date. None of Mr. Bowles' RSUs will settle until the earliest to occur of: (i) December 31, 2013; (ii) an earlier date between January 1, 2013 and December 31, 2013 that is specified by us; and (iii) the date of a change of control (as defined in our 2005 Stock Plan).

(5)   As of December 31, 2011, Mr. Graham held 1,000,000 RSUs. The service-based vesting condition was satisfied as to 1/4th of the total shares underlying the RSUs on April 1, 2010. The remaining shares underlying the RSUs vest at a rate of 1/48th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(6)   As of December 31, 2011, Mr. Hastings held 20,000 RSUs. The vesting condition will be satisfied as to 1/4 of the total shares underlying the RSUs on July 15, 2012. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs in quarterly installments thereafter, subject to continued service to us through each vesting date. None of Mr. Hastings' RSUs will settle until the earliest to occur of: (i) December 31, 2013; (ii) an earlier date between January 1, 2013 and December 31, 2013 that is specified by us; and (iii) the date of a change of control (as defined in our 2005 Stock Plan).

102

PX0292-109

**Table of Contents**

**EXECUTIVE COMPENSATION**

**Compensation Discussion and Analysis**

### *Overview*

This section explains our executive compensation philosophy, objectives, and design; our compensation-setting process; our executive compensation program components; and the decisions made in 2011 with respect to the compensation of each of our named executive officers. Our named executive officers for 2011, which consist of the executive officers who appear in "—2011 Summary Compensation Table" below, are:

- Mark Zuckerberg, our founder, Chairman and Chief Executive Officer (CEO);

- Sheryl K. Sandberg, our Chief Operating Officer (COO);

- David A. Ebersman, our Chief Financial Officer;

- Mike Schroepfer, our Vice President, Engineering; and

- Theodore W. Ullyot, our Vice President, General Counsel, and Secretary.

### *Executive Compensation Philosophy, Objectives and Design*

*Philosophy.* We are focused on our mission to make the world more open and connected. We believe that Facebook is at the beginning of this journey and that for us to be successful we must hire and retain people who can continue to develop our strategy, quickly innovate and build new products, bolster the growth of our user base and user engagement, and constantly enhance our business model. To achieve these objectives, we need a highly talented team comprised of engineering, product, sales, and general and administrative professionals. We also expect our executive team to possess and demonstrate strong leadership and management capabilities.

*Objectives.* Our compensation programs for our named executive officers are built to support the following objectives:

- attract the top talent in our leadership positions and motivate our executives to deliver the highest level of individual and team impact and results;

- encourage our executives to model the important aspects of our culture, which include moving fast, being bold, communicating openly and building trust with each other and our employees;

- ensure each one of our named executive officers receives a total compensation package that encourages his or her long-term retention;

- reward high levels of performance with commensurate levels of compensation; and

- align the interests of our executives with those of our stockholders in the overall success of Facebook by emphasizing long-term incentives.

*Design.* As a privately-held company, our executive compensation program is heavily weighted towards equity, including stock options and restricted stock units (RSUs), with cash compensation that is considerably below market relative to executive compensation at our peer companies. We believe that equity compensation offers the best vehicle to focus our executive officers on our mission and the achievement of our long-term strategic and financial objectives and to align our executive officers with the long-term interests of our stockholders.

For our executive officers who received a substantial initial equity award in connection with the commencement of their employment, we have granted additional equity awards with service-based vesting conditions where the commencement of vesting is deferred until a date some years in the future, as discussed further in "—Elements of Executive Compensation—Equity Compensation" below. When combined with the executives' initial equity awards, we believe that these additional grants represent a strong long-term retention tool and provide the executive officers with long-term equity incentives.

103

PX0292-110

**Table of Contents**

As we transition from being a privately-held company to a publicly-traded company, we will evaluate our executive compensation programs, including our mix of cash and equity compensation, at least annually or as circumstances require based on our business objectives and the competitive environment for talent. We anticipate continuing our emphasis on pay-for-performance and long-term incentive compensation for our executive officers.

### *Compensation-Setting Process*

*Role of Our Compensation Committee.* The compensation committee is responsible for overseeing all aspects of our executive compensation programs, including executive salaries, payouts under our annual bonus plan, the size and structure of equity awards, and any executive perquisites. The compensation committee is solely responsible for determining the compensation of our CEO and reviews and approves compensation of other executive officers.

*Role of Compensation Consultant.* The compensation committee has the authority to engage its own advisors to assist in carrying out its responsibilities. The compensation committee did not retain the services of an outside compensation consultant to provide advice with respect to our executive compensation programs for 2011. In January 2012, the compensation committee engaged the services of Compensia, Inc., a national compensation consulting firm. Compensia may provide the compensation committee and the board of directors with guidance regarding the amount and types of compensation that we provide to our executives, how our compensation practices compare to the compensation practices of other companies, and other compensation-related matters. Compensia will report directly to the compensation committee, although Compensia may meet with members of management for the purposes of gathering information on proposals that management may make to the compensation committee. The compensation committee may replace Compensia or hire additional advisors at any time. To date, Compensia has not provided any services to us and has received no compensation from us.

*Role of Management.* In setting compensation for 2011, our CEO, our COO, and our Vice President, Human Resources, worked closely with the compensation committee in managing our executive compensation program and attended meetings of the compensation committee. From time to time, our Chief Financial Officer and our General Counsel attended meetings of the compensation committee to present information and answer questions. Our CEO made recommendations to the compensation committee regarding compensation for our executive officers other than himself because of his daily involvement with our executive team. No executive officer participated directly in the final deliberations or determinations regarding his or her own compensation package.

Our management team and the compensation committee each play a role in evaluating and mitigating any risk that may exist relating to our compensation plans, practices and policies for all employees, including our named executive officers, as further described in "— Compensation Risk Assessment" below.

*Use of Comparative Market Data.* We aim to compensate our executive officers at levels that are at least commensurate with the most competitive levels of compensation of executive officers with executives in similar positions at a group of peer companies set forth below with whom we compete for hiring and retaining executive talent (our Peer Group). The compensation committee also considered the scope of responsibility of each executive officer, our current practice of maintaining minimal differentiation between the cash packages of our executive officers, the unvested balances of stock awards for each executive officer, as well as the compensation committee's assessment of each executive officer's performance and impact to the organization. In determining 2011 compensation, we did not use a formula for taking into account these different factors.

Management provides the compensation committee with both cash and equity compensation data for our Peer Group. We analyze market data for executive compensation at least annually using the most relevant published survey sources and public filings. For 2011, our market analysis focused on technology companies with $1 billion to $3 billion in annual revenue in the Radford Global Technology and Global Sales Survey

104

**Table of Contents**

published by AON (Radford Survey). In the first quarter of 2011, the compensation committee also reviewed compensation data from the public filings for the following Peer Group:

| | |
|---|---|
| Accenture | Google |
| Adobe Systems | Intuit |
| Amazon.com | Microsoft |
| AOL | NetApp |
| Apple | Oracle |
| Cisco Systems | salesforce.com |
| eBay | VMware |
| Electronic Arts | Yahoo! |

The compensation committee expects to periodically review and update this Peer Group.

In the first quarter of 2011, our compensation committee reviewed our executive compensation against this Peer Group, to ensure that our executive officer compensation is competitive and sufficient to recruit and retain our executive officers. Management provided the compensation committee with total cash compensation data (base salaries and cash bonus awards at target) at various percentiles and total compensation data (total cash compensation and equity compensation) at the 90th percentile. However, while the compensation committee considered this data in determining executive officer compensation, we did not seek to benchmark our executive compensation to any particular level. Rather, we sought to compensate our executive officers at a level which would allow us to successfully recruit and retain the best possible talent for our executive team. We relied heavily on the knowledge and experience of the compensation committee and our management in determining the appropriate compensation levels for our executive officers. Overall, based on our Peer Group analysis, total cash compensation for our executive officers was below the 25th percentile of the Radford Survey and Peer Group data. When equity compensation was factored in, without taking into account the effect of the service-based vesting conditions that begin several years in the future and that are applicable to the equity compensation of our executive officers, total compensation for our named executive officers significantly exceeded the 90th percentile of the market. We believe that in 2011 the total compensation of our named executive officers was competitive with or exceeded the highest levels of Peer Group compensation.

In the second quarter of 2011, the compensation committee further refined our approach to reviewing market compensation data for our named executive officers and approved a set of selection criteria for determining our peer group companies as listed below, with the understanding that the criteria will be revisited as our business and market environment change. Going forward, companies must meet all or some of the following criteria to be included in our compensation peer group:

- high technology or media company;

- key talent competitor;

- minimum revenue of $4 billion; or

- minimum market capitalization of $50 billion.

This set of selection criteria led us to revise the peer group against whom we benchmark our executive compensation. We plan to use the following companies in our peer group for the 2012 executive compensation process: Amazon.com; Apple; Cisco Systems; eBay; Google; LinkedIn; Microsoft; Netflix; Oracle; salesforce.com; VMware; Yahoo!; and Zynga.

### Elements of Executive Compensation

Our executive officer compensation packages generally include:

- base salary;

105

**Table of Contents**

- performance-based cash incentives; and
- equity-based compensation in the form of RSUs or other share-based compensation.

We believe that our compensation mix supports our objective of focusing on at-risk compensation having significant financial upside based on company and individual performance. We expect to continue to emphasize equity awards because of the direct link that equity compensation provides between stockholder interests and the interests of our executive officers, thereby motivating our executive officers to focus on increasing our value over the long term.

*Base Salary.* The compensation committee believes base salaries are a necessary element of compensation in order to attract and retain highly qualified executive officers. Historically, our executive officers have received base salaries within a very narrow range that was established when we were a smaller company with cash constraints and based on our desire to maintain internal pay equity between executive officers and also relative to other key employees. As we have grown, we have gradually increased base salaries for our executive officers with the goal of bringing salaries closer to market over time. In 2011, we continued to pay executive base salaries that were below market relative to our Peer Group, both to retain the ethos of a start-up company and because of our emphasis on equity-based compensation. As noted above, in 2011, based on our Peer Group analysis, our total cash compensation for our executive officers was below the 25th percentile of the Peer Group.

The compensation committee reviews base salaries for our executive officers at least annually and may adjust them from time to time, if needed, to reflect changes in market conditions or other factors. In the first quarter of 2011, the compensation committee decided to increase the base salaries of our executive officers in order to continue to bring their salaries closer to those paid by our Peer Group companies for similar positions. Accordingly, our compensation committee increased the base salary of our CEO by $100,000 and of each other executive officer by $25,000. Following this 2011 salary increase, our executive officer salaries were still below the 25th percentile of the salaries provided by our Peer Group companies for executives in similar positions.

In the first quarter of 2012, our compensation committee discussed and approved a request by our CEO to reduce his base salary to $1 per year, effective January 1, 2013.

| Named Executive Officer | 2011 Base Salary |
|---|---|
| Mark Zuckerberg | $500,000 |
| Sheryl K. Sandberg | 300,000 |
| David A. Ebersman | 300,000 |
| Mike Schroepfer | 275,000 |
| Theodore W. Ullyot | 275,000 |

*Cash Bonuses.* Our 2011 Bonus/Retention Plan (Bonus Plan) provides variable cash incentives, payable semi-annually, that are designed to motivate our executive officers to focus on company-wide priorities and to reward them for individual results and achievements. All of our executive officers participate in the Bonus Plan.

For 2011, there were two six-month performance periods under our Bonus Plan, which we refer to as First Half 2011 and Second Half 2011. For each performance period in 2011, the compensation committee approved a set of company-wide priorities in order to focus our executive officers on key areas of performance for the period in question. The First and Second Half 2011 company priorities reflect operational and non-operational objectives established by our compensation committee, in consultation with our CEO and Chief Financial Officer. The company-wide priorities do not have specific targets associated with them for purposes of determining performance under the Bonus Plan, and our compensation committee has complete discretion to determine the level of bonus payout for each performance period. The amounts earned by our executive officers pursuant to our Bonus Plan for Second Half 2011 have not yet been determined.

106

**Table of Contents**

*2011 Goals and Company Performance Multipliers (Bonus Plan Pools).* Our First Half 2011 company-wide priorities were as follows: grow our user base and user engagement, improve our site quality and efficiency, expand the impact of our Platform, continue strong revenue growth, improve our Profile product, build our mobile platform, expand our partnerships, and continue our international expansion. None of these priorities were assigned any specific weighting or dollar amount of bonus. Taking into account our delivery of results in the areas identified by the company-wide priorities approved by the compensation committee, as well as all other relevant factors, our compensation committee applied its discretion and approved a First Half 2011 company performance multiplier of 105%. In particular, the compensation committee focused on our strong user growth and revenue growth for First Half 2011.

Our Second Half 2011 company-wide priorities were as follows: grow our user base and user engagement, increase distribution of our Platform, and continue strong revenue growth. None of these priorities were assigned any specific weighting or dollar amount of bonus. Taking into account our delivery of results in the areas identified by the company-wide priorities approved by the compensation committee, as well as all other relevant factors, the compensation committee applying its discretion, approved a Second Half 2011 company performance multiplier of 100%. The compensation committee focused on our performance in all of the areas identified by the company-wide priorities, as well as our introduction of Timeline and other new products in Second Half 2011.

*Bonus Plan Payouts.* We calculate Bonus Plan payouts to each participant using the following formula:

| Base Salary ($) | × | Individual Bonus Target (%) | × | Individual Performance Multiplier (%) | × | Company Performance Multiplier (%) | = | Individual Bonus Payout ($) |
|---|---|---|---|---|---|---|---|---|

In the first quarter of 2011, the compensation committee decided to increase individual bonus targets for each executive officer from 30% to 45% in order to continue to move bonuses closer to market rates paid by our Peer Group. Even following this bonus target increase, in 2011, our executive officer bonuses and total cash compensation was still generally below those provided by our Peer Group companies for executives in similar positions.

*Individual Performance Multiplier.* The individual performance multiplier is based upon each executive's individual performance assessment for the performance period under consideration. In line with our pay-for-performance philosophy, a higher performance assessment drives a higher individual multiplier (and vice-versa) such that it is possible for an executive with a low assessment to get less than their target bonus payout, or no bonus payout whatsoever. In 2011, individual performance multipliers in our Bonus Plan could have ranged from 0% to 300%, with executives meeting our expected high level of performance expectations receiving an individual bonus multiplier of 100%.

Individual performance assessments for each executive officer were determined at the discretion of the compensation committee in close consultation with our CEO and our COO (except in each case when their own performance assessment is being determined). The CEO's and COO's executive officer performance assessment recommendations were based on an overall subjective assessment of each officer's performance and no single factor was determinative in setting bonus levels, nor was the impact of any individual factor on the bonus quantifiable. We operate in a rapidly evolving and highly competitive industry and we set a high bar for performance expectations for each one of our executive officers. The compensation committee evaluates our executive officers based on their overall performance, impact and results, as well as their demonstration of strong leadership, long-term vision, effective execution and management capabilities. First Half 2011 payout levels and achievements and considerations for each executive were as follows:

*Mark Zuckerberg.* Mr. Zuckerberg received $220,500 for the First Half 2011 bonus, which reflected the impact of his performance in leading our product development efforts, our success in growing Facebook's global user base and developing strong developer and commercial relationships.

107

**Table of Contents**

*Sheryl K. Sandberg.* Ms. Sandberg received $86,133 for the First Half 2011 bonus, which reflected her contribution to growing revenue, building commercial and developer relationships, growing the Facebook team and excellence in execution in all business-related matters.

*David A. Ebersman.* Mr. Ebersman received $86,133 for the First Half 2011 bonus, which reflected his contributions in completing our 2010 financial statements, completing our private placement financing, and preparing our financial operations for this offering.

*Mike Schroepfer.* Mr. Schroepfer received $63,000 for the First Half 2011 bonus, which reflected his contribution in developing and overseeing our engineering team, software development efforts, and engineering infrastructure.

*Theodore W. Ullyot.* Mr. Ullyot received $78,750 for the First Half 2011 bonus, which reflected his role in certain key litigation and regulatory matters involving our company.

*Retention Bonus.* As part of our negotiation of his initial employment arrangement and as an inducement for Mr. Ullyot to become our Vice President and General Counsel, we agreed to pay him an annual retention bonus in the amount of $400,000 per year for each of his first five years of employment. He will continue to receive this bonus until 2013, pursuant to the terms of his amended and restated employment agreement.

*Equity Compensation.* Most of our executive officers' compensation is delivered through equity awards. We use equity compensation to align our executive officers' financial interests with those of our stockholders, to attract industry leaders of the highest caliber, and to retain them for the long term. In addition to the equity grant that each executive receives as part of his or her new hire package, the compensation committee has granted our executives additional equity awards in certain of the years after they joined. Additional equity grants for each of our executive officers are determined on a discretionary basis taking into account the following factors:

- delivering equity values that are highly competitive when compared against those our peers would grant to executives with similar responsibility;

- each executive officer's individual performance assessment, the results and contributions delivered during the year, as well as the anticipated potential future impact of each individual executive;

- the size and vesting schedule of existing equity grants in order to maximize the retentive power of all additional grants; and

- the size of each executive officer's total cash compensation (base salary plus cash bonus awards at target), which is generally lower than the cash compensation for executives with similar responsibilities at our peer companies.

Based on the foregoing factors, in 2011, our compensation committee awarded each of our executive officers (other than our CEO) a grant of RSUs with a specific "initial equity value" based on an estimated total value for each grant before taking into account the deferred vesting considerations described below. The compensation committee then calculated the exact number of RSUs to be granted by dividing this initial equity value by $20.85 per share, which was the fair value of our Class B common stock as of the end of 2010.

The compensation committee deferred the vesting start dates of all 2011 RSU grants made to our executive officers to a future date determined individually for each executive. The compensation committee reviewed the size and vesting schedule for the remaining unvested portion of all outstanding equity award holdings of each of our executive officers and agreed with the recommendation of our CEO and COO (except that our COO did not participate in discussions regarding her own equity compensation) that the existing equity awards appropriately satisfied our retention and incentive goals for the immediate future for each of our executive officers. Accordingly, the additional equity awards granted in 2011 start vesting only after a significant portion of each executive's outstanding equity awards have vested, and these vesting start dates range from the fourth quarter of

108

Table of Contents

2013 to the fourth quarter of 2014. The compensation committee believes that these vesting schedules make the equity awards more valuable for retaining our executive officers for the long term. For more information relating to the vesting schedules of these RSU grants, see "—2011 Grants of Plan-Based Awards Table" below.

Mr. Zuckerberg did not receive any additional equity grants in 2011 because our compensation committee believed that his existing equity ownership position sufficiently aligns his interests with those of our stockholders.

Our other named executive officers received the following RSU grants in 2011:

*Sheryl K. Sandberg*. Ms. Sandberg received an additional equity grant in the amount of 1,199,041 RSUs. The RSUs are subject to quarterly vesting based on continued employment over four years with a deferred vesting start date of October 15, 2013.

*David A. Ebersman*. Mr. Ebersman received an additional equity grant in the amount of 719,424 RSUs. The RSUs are subject to quarterly vesting based on continued employment over four years with a deferred vesting start date of October 15, 2014.

*Mike Schroepfer*. Mr. Schroepfer received an additional equity grant in the amount of 959,233 RSUs. The RSUs are subject to quarterly vesting based on continued employment over four years with a deferred vesting start date of October 15, 2013.

*Theodore W. Ullyot*. Mr. Ullyot received an additional equity grant in the amount of 239,808 RSUs. The RSUs are subject to quarterly vesting based on continued employment over four years with a deferred vesting start date of July 15, 2014.

### Compensation Governance

The compensation committee seeks to ensure sound executive compensation practices to adhere to our pay-for-performance philosophy while appropriately managing risk and aligning our compensation programs with long-term stockholder interests. The following practices were in effect during 2011:

- the compensation committee is comprised solely of independent directors;
- the compensation committee conducts an annual review and approval of our compensation strategy, including a review of our compensation-related risk profile to ensure that our compensation-related risks are not reasonably likely to have a material adverse effect on our company;
- the compensation committee retains discretion on bonus payouts to enable it to respond to unforeseen events and adjust bonus payouts as appropriate;
- we do not offer post-employment benefits, except in the case of certain new hires in prior years; and
- our compensation philosophy and related governance features are complemented by several specific practices that are designed to align our executive compensation with long-term stockholder interests, including the following:
  - we offer limited perquisites that are for business-related purposes or necessary for the security of our CEO; and
  - our executives participate in broad-based company-sponsored health and welfare benefits programs on the same basis as our other full-time, salaried employees.

109

**Table of Contents**

### Post-Employment Compensation

The material terms of post-employment compensation for Ms. Sandberg and Mr. Ullyot are described below in "—Employment Agreements and Offer Letters" and "—Potential Payments upon Termination or Change in Control."

### Perquisites and Other Benefits

Consistent with the practices of many companies in our Peer Group, we provide perquisites to our named executive officers for the reasons described below.

Because of the high visibility of our company we have implemented a "comprehensive security program" for Mr. Zuckerberg to address safety concerns resulting from his position as our founder, Chairman, and CEO. We require these security measures for the company's benefit because of the importance of Mr. Zuckerberg to Facebook, and we believe that the costs of this comprehensive security program are appropriate and necessary. We paid for the initial procurement, installation and maintenance of security measures for Mr. Zuckerberg's personal residence, and we pay for the annual costs of security personnel, neither of which constitutes taxable income to Mr. Zuckerberg.

Our compensation committee has also authorized our CEO and COO to use private aircraft for business purposes. This practice maximizes such executives' productive time and ensures their quick availability. In addition, Mr. Zuckerberg may use private aircraft for personal purposes in connection with his comprehensive security program. On certain occasions, Mr. Zuckerberg may be accompanied by family members or others when using private aircraft. For flights involving passengers flying for personal purposes, the aggregate incremental cost of such personal usage is reported as other compensation to Mr. Zuckerberg. The reported aggregate incremental cost is based on costs provided by the applicable charter company, and includes passenger fees, fuel, crew and catering costs. The incremental cost attributable to Mr. Zuckerberg's use of private aircraft in 2011 is disclosed in the "All Other Compensation" column in "—2011 Summary Compensation Table" below.

In addition, we have historically paid for certain of our named executive officers to receive financial, tax and estate planning advice to assist them in obtaining professional advice on managing the compensation they receive. We plan to discontinue this practice as of April 15, 2012.

### 162(m) Tax Deductibility

Section 162(m) of the Internal Revenue Code of 1986, as amended (Code), limits the amount that we may deduct from our federal income taxes for remuneration paid to our named executive officers (other than our Chief Financial Officer) to $1 million dollars per executive officer per year, unless certain requirements are met. Section 162(m) provides an exception from this deduction limitation for certain forms of "performance-based compensation," as well as for the gain recognized by covered executive officers upon the exercise of qualifying compensatory stock options. In addition, "grandfather" provisions may apply to certain compensation arrangements that were entered into by a corporation before it was publicly held. To date, all of our compensation that has been granted has been exempt from the Section 162(m) deduction limitation. While our compensation committee is mindful of the benefit to us of the full deductibility of compensation, our compensation committee believes that it should not be constrained by the requirements of Section 162(m) where those requirements would impair flexibility in compensating our executive officers in a manner that can best promote our corporate objectives. Therefore, our compensation committee has not adopted a policy that requires that all compensation be deductible. Our compensation committee intends to continue to compensate our executive officers in a manner consistent with the best interests of our company and our stockholders.

110

**Table of Contents**

*Compensation Risk Assessment*

Our management team and the compensation committee each play a role in evaluating and mitigating any risk that may exist relating to our compensation plans, practices and policies for all employees, including our named executive officers. In connection with this offering, management conducted a risk assessment of our compensation plans and practices and concluded that our compensation programs do not create risks that are reasonably likely to have a material adverse effect on the company. The compensation committee has reviewed and agrees with management's conclusion. The objective of the assessment was to identify any compensation plans or practices that may encourage employees to take unnecessary risk that could threaten the company. No such plans or practices were identified. The risk assessment process included, among other things, a review of our cash and equity incentive-based compensation plans to ensure that they are aligned with our company performance goals and the overall compensation to ensure an appropriate balance between fixed and variable pay components and between short- and long-term incentives.

**2011 Summary Compensation Table**

The following table presents summary information regarding the total compensation awarded to, earned by, or paid to each of the named executive officers for services rendered to us for the year ended December 31, 2011.

| Name and Principal Position | Fiscal Year | Salary ($) | Bonus ($)[1] | Stock Awards ($)[2] | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|
| Mark Zuckerberg,<br>*CEO* | 2011 | 483,333 | 220,500 | — | 783,529[3] | 1,487,362 |
| Sheryl K. Sandberg,<br>*Chief Operating Officer* | 2011 | 295,833 | 86,133 | 30,491,613 | — | 30,873,579 |
| David A. Ebersman,<br>*Chief Financial Officer* | 2011 | 295,833 | 86,133 | 18,294,952 | — | 18,676,918 |
| Mike Schroepfer,<br>*Vice President of Engineering* | 2011 | 270,833 | 63,000 | 24,393,295 | — | 24,727,128 |
| Theodore W. Ullyot,<br>*Vice President, General Counsel and Secretary* | 2011 | 270,833 | 478,750[4] | 6,098,317 | 110,644[5] | 6,958,544 |

(1)  The amounts reported in the bonus column represent discretionary bonuses earned during the first half of the fiscal year pursuant to our Bonus Plan. The amounts earned pursuant to our Bonus Plan during the second half of the fiscal year have not yet been determined. For more information about our executive officers' discretionary bonuses, see "—Compensation Discussion and Analysis—Elements of Executive Compensation—Cash Bonuses" above.

(2)  Amounts reflect the aggregate grant date fair value of the RSUs without regards to forfeitures, computed in accordance with ASC 718. The valuation assumptions used in calculating the grant date fair value of these RSUs are set forth in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." This amount does not reflect the actual economic value realized by the named executive officer. The RSUs issued to our executive officers during 2011 provide for quarterly vesting based on continued employment over four years with a deferred vesting start date of October 15, 2013 for Ms. Sandberg, October 15, 2014 for Mr. Ebersman, October 15, 2013 for Mr. Schroepfer, and July 15, 2014 for Mr. Ullyot.

(3)  The amount reported represent approximately $692,679 for costs related to personal use of aircraft chartered in connection with his comprehensive security program and on which family and friends flew during 2011. For purposes of reporting the value of such personal usage in this table, we use costs provided by the applicable charter company, which include passenger fees, fuel, crew and catering costs. The amount reported also represents approximately $90,850 for costs related to estate and financial planning during 2011.

(4)  Consists of a discretionary bonus under our Bonus Plan as described in footnote (1) above and an annual retention bonus in the amount of $400,000. Mr. Ullyot's retention bonus is more fully described in "—Compensation Discussion and Analysis—Elements of Executive Compensation—Retention Bonus" above.

(5)  Consists of relocation reimbursements, including a related gross-up for taxes, paid to Mr. Ullyot pursuant to his employment agreement in effect as of December 31, 2011. For more information about Mr. Ullyot's amended and restated employment agreement, see "—Employment Agreements and Offer Letters" below.

111

**Table of Contents**

**2011 Grants of Plan-Based Awards Table**

The following table presents, for each of the named executive officers, information concerning each grant of an equity award made during the year ended December 31, 2011. This information supplements the information about these awards set forth in the 2011 Summary Compensation Table.

| Name | Grant Date | All Other Stock Awards: Number of Shares of Stock or Units (#)[1] | Grant Date Fair Value of Stock Awards ($)[2][3] |
|------|------------|-----------------------------------------------------------|----------------------------------------------|
| Mark Zuckerberg | — | — | — |
| Sheryl K. Sandberg | 3/25/2011 | 1,199,041 | 30,491,613 |
| David A. Ebersman | 3/25/2011 | 719,424 | 18,294,952 |
| Mike Schroepfer | 3/25/2011 | 959,233 | 24,393,295 |
| Theodore W. Ullyot | 3/25/2011 | 239,808 | 6,098,317 |

(1)  These awards are subject to vesting, as described in detail in "—2011 Outstanding Equity Awards at Year-End Table" below.
(2)  Amounts reflect the grant date fair value of the RSUs without regards to forfeitures, computed in accordance with ASC 718. The valuation assumptions used in calculating the grant date fair value of these awards are set forth in "Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies and Estimates—Share-based Compensation." This amount does not reflect the actual economic value realized by the named executive officer.
(3)  The RSUs issued to our executive officers during 2011 provide for quarterly vesting based on continued employment over four years with a deferred vesting start date of October 15, 2013 for Ms. Sandberg, October 15, 2014 for Mr. Ebersman, October 15, 2013 for Mr. Schroepfer, and July 15, 2014 for Mr. Ullyot.

112

PX0292-119

3/4/24, 2:57 PM                                    Registration Statement on Form S-1

Table of Contents

## 2011 Outstanding Equity Awards at Year-End Table

The following table presents, for each of the named executive officers, information regarding outstanding stock options and RSUs held as of December 31, 2011.

| | | Option Awards | | | | Stock Awards | |
|---|---|---|---|---|---|---|---|
| Name | Grant Date[1] | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($)[2] | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#)[3] | Market Value of Shares or Units of Stock That Have Not Vested ($)[4] |
| Mark Zuckerberg | 11/8/2005 | 120,000,000[5] | — | 0.06 | 11/7/2015 | — | — |
| Sheryl K. Sandberg | 8/1/2008 | — | — | — | — | 38,122,000[6] | |
| | 7/23/2010 | — | 3,500,000[7] | 10.39 | 7/22/2020 | — | — |
| | 10/18/2010 | — | 1,200,000[8] | 15.00[9] | 10/17/2020 | — | — |
| | 3/25/2011 | — | — | — | — | 1,199,041[10] | |
| David A. Ebersman | 10/26/2009 | 2,025,000 | 2,475,000[11] | 3.23 | 10/25/2019 | — | — |
| | 10/26/2009 | — | — | — | — | 6,750,000[12] | |
| | 3/25/2011 | — | — | — | — | 719,424[13] | |
| Mike Schroepfer | 1/12/2009[14] | 1,141,160 | 570,585[15] | 1.85 | 1/11/2019 | — | — |
| | 1/12/2009 | 290,307 | 353,048[16] | 1.85 | 1/11/2019 | — | — |
| | 1/12/2009 | — | — | — | — | 1,497,775[17] | |
| | 1/12/2009 | — | — | — | — | 1,176,825[18] | |
| | 8/19/2009 | 543,750 | 581,250[19] | 2.95 | 8/18/2019 | — | — |
| | 8/26/2009 | — | — | — | — | 1,125,000[20] | |
| | 8/26/2010 | — | — | — | — | 1,385,355[21] | |
| | 3/25/2011 | — | — | — | — | 959,233[22] | |
| Theodore W. Ullyot | 1/12/2009[23] | 1,720,331 | 1,184,990[24] | 1.85 | 1/11/2019 | — | — |
| | 1/12/2009 | — | — | — | — | 3,231,780[25] | |
| | 2/26/2010 | — | — | — | — | 311,230[26] | |
| | 3/25/2011 | — | — | — | — | 239,808[27] | |

(1) With the exception of the stock option granted to Mr. Zuckerberg described in footnote (5) below, which was granted under our 2005 Officers' Stock Plan, all of the outstanding equity awards described below were granted under our 2005 Stock Plan.

(2) With the exception of the stock option granted to Ms. Sandberg described in footnote (9) below, this column represents the fair value of a share of Class B common stock on the date of grant, as determined by our board of directors.

(3) RSUs granted prior to January 1, 2011 (Pre-2011 RSUs) issued to our executive officers only vest upon the satisfaction of both (i) a service-based vesting condition and (ii) a liquidity-based vesting condition. The liquidity-based vesting condition for Pre-2011 RSUs is: (a) the date that is six months after the effective date of our initial public offering; or (b) a change of control (as defined in our 2005 Stock Plan).

(4) The market price for our Class B common stock is based on the assumed initial public offering price of the Class A common stock of $        per share, the midpoint of the price range on the cover page of this prospectus.

(5) The shares subject to this option were fully vested as of November 1, 2010.

(6) The service-based vesting condition was satisfied as to 57% of the total shares underlying the RSUs on April 1, 2011. Between April 1, 2011 and April 1, 2012, an additional 1.75% of the total number of shares underlying the RSUs will vest per month, subject to continued service to us through each vesting date. The service-based vesting condition will be satisfied as to all of the shares underlying the RSUs on April 1, 2012.

(7) 1/48th of the total number of shares subject to the option vested on May 1, 2013 and the remaining shares subject to the option vest at a rate of 1/48th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(8) 260,000 of the total number of shares subject to the option will vest on May 1, 2013 in equal monthly installments for a period of 48 months, and, thereafter, the remaining shares subject to the option will vest in equal monthly installments for a period of 12 months, subject to continued service to us through each vesting date.

(9) The compensation committee set the option exercise price for this grant at $15.00 per share, a premium to the fair market value of a share of Class B common stock on the date of grant which was determined by our compensation committee to be $12.56 per share.

113

**Table of Contents**

(10)  The vesting condition will be satisfied as to 1/16th of the total shares underlying the RSUs on January 15, 2014. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

(11)  1/5th of the total number of shares subject to the option vested on September 8, 2010 and the remaining shares subject to the option vest at a rate of 1/60th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(12)  The service-based vesting condition was satisfied as to 1/5th of the total shares underlying the RSUs on September 15, 2010. The remaining shares underlying the RSUs vest at a rate of 1/60th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(13)  The vesting condition will be satisfied as to 1/16th of the total shares underlying the RSUs on January 15, 2015. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares subject to the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

(14)  In June 2011, in connection with certain estate planning, Mr. Schroepfer transferred options to purchase 400,000 shares of Class B common stock to each of two family trusts.

(15)  1/5th of the total number of shares subject to the option vested on August 25, 2009 and the remaining shares subject to the option vest at a rate of 1/60th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(16)  1/5th of the total number of shares subject to the option vested on October 29, 2009 and the remaining shares subject to the option vest at a rate of 1/60th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(17)  The service-based vesting condition was satisfied as to 1/5th of the total shares underlying the RSUs on September 1, 2009. The remaining shares underlying the RSUs vest at a rate of 1/60th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(18)  The service-based vesting condition was satisfied as to 1/5th of the total shares underlying the RSUs on November 1, 2009. The remaining shares underlying the RSUs vest at a rate of 1/60th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(19)  1/5th of the total number of shares subject to the option vested on July 15, 2010 and the remaining shares subject to the option vest at a rate of 1/60th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(20)  The service-based vesting condition was satisfied as to 1/5th of the total shares underlying the RSUs on July 15, 2010. The remaining shares underlying the RSUs vest at a rate of 1/60th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(21)  The service-based vesting condition will be satisfied as to 1/16th of the total shares underlying the RSUs on August 15, 2014. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

(22)  The vesting condition will be satisfied as to 1/16th of the total shares underlying the RSUs on January 15, 2014. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

(23)  In December 2011, in connection with certain estate planning, Mr. Ullyot transferred options to purchase 400,000 shares of Class B common stock to a family trust.

(24)  1/5th of the total number of shares subject to the option vested on October 20, 2009 and the remaining shares subject to the option vest at a rate of 1/60th of the total number of shares subject to the option on each month thereafter, subject to continued service to us through each vesting date.

(25)  The service-based vesting condition was satisfied as to 1/5th of the total shares underlying the RSUs on November 1, 2009. The remaining shares underlying the RSUs vest at a rate of 1/60th of the total number of shares underlying the RSUs on each month thereafter, subject to continued service to us through each vesting date.

(26)  The service-based vesting condition will be satisfied as to 1/4th of the total shares underlying the RSUs on August 15, 2014. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

(27)  The vesting condition will be satisfied as to 1/16th of the total shares underlying the RSUs on October 15, 2014. The remaining shares underlying the RSUs vest at a rate of 1/16th of the total number of shares underlying the RSUs on each quarter thereafter, subject to continued service to us through each vesting date.

114

PX0292-121

**Table of Contents**

### 2011 Option Exercises

The following table presents, for each of the named executive officers, the number of shares of our common stock acquired upon the exercises of stock options during 2011 and the aggregate value realized upon the exercises. No RSUs vested in 2011.

| | Option Awards | |
| --- | --- | --- |
| Name | Number of Shares Acquired on Exercise (#) | Value Realized on Exercise ($)[1] |
| Mark Zuckerberg | — | — |
| Sheryl K. Sandberg | — | — |
| David A. Ebersman | — | — |
| Mike Schroepfer | 319,500 | 7,417,512 |
| Theodore W. Ullyot | 326,459 | 7,579,072 |

(1)   These options were exercised in connection with the sale by Messrs. Schroepfer and Ullyot of certain of these shares to third parties. The aggregate value realized upon the exercise of the options represents the amount by which $25.07, which was the price per share at which Messrs. Schroepfer and Ullyot sold certain of these shares, exceeded the aggregate exercise price of the options, which was $1.854 per share.

### Employment Agreements and Offer Letters

We have entered into employment agreements or offer letters with each of the named executive officers. These agreements provide for at-will employment and generally include the named executive officer's initial base salary, an indication of eligibility for an annual cash incentive award opportunity, and, in some cases, arrangements with respect to the accelerated vesting of equity awards. In addition, each of our named executive officers has executed a form of our standard confidential information and invention assignment agreement. Any potential payments and benefits due upon a termination of employment or a change in control of us are further described and quantified below in "—Potential Payments upon Termination or Change in Control."

#### *Mark Zuckerberg*

We entered into an amended and restated offer letter with Mr. Zuckerberg, our founder, Chairman, and CEO, in January 2012. This offer letter agreement has no specific term and constitutes at-will employment. Mr. Zuckerberg's current annual base salary is $500,000 and he is eligible to receive annual bonus compensation under our Bonus Plan. Effective January 1, 2013, Mr. Zuckerberg's annual base salary will be reduced to $1.

#### *Sheryl K. Sandberg*

We entered into an amended and restated employment agreement with Ms. Sandberg, our Chief Operating Officer, in January 2012. The employment agreement has no specific term and constitutes at-will employment. Ms. Sandberg's current annual base salary is $300,000, and she is eligible to receive annual bonus compensation under our Bonus Plan. In the event Ms. Sandberg is either involuntarily terminated without cause (other than as a result of death or disability) or is constructively terminated, in either case within one month prior to or six months following a change in control, she will be entitled to accelerated vesting of 100% of the unvested RSUs in her initial grant, subject to executing a release of claims. In addition, the employment agreement provides that in the event of a change in control where the RSUs are not assumed or substituted for an equivalent award, any unvested RSUs will vest immediately prior to the consummation of the change in control. The employment agreement also provides that if Ms. Sandberg is terminated without cause (other than as a result of death or disability), and other than in connection with a change in control, she will be entitled to accelerated vesting of the unvested RSUs in her initial grant in an amount equal to the number of RSUs that would have vested had her employment continued for the first half of the months remaining between the date of her termination and April 1, 2013, subject to executing a release of claims, and if she is terminated as a result of death or disability, she will be entitled to continued vesting of her unvested RSUs for one year.

115

**Table of Contents**

### David A. Ebersman

We entered into an amended and restated offer letter with Mr. Ebersman, our Chief Financial Officer, in January 2012. The offer letter agreement has no specific term and constitutes at-will employment. Mr. Ebersman's current annual base salary is $300,000, and he is eligible to receive annual bonus compensation under our Bonus Plan.

### Mike Schroepfer

We entered into an amended and restated offer letter with Mr. Schroepfer, our Vice President, Engineering, in January 2012. The offer letter agreement has no specific term and constitutes at-will employment. Mr. Schroepfer's current annual base salary is $275,000, and he is eligible to receive annual bonus compensation under our Bonus Plan.

### Theodore W. Ullyot

We entered into an amended and restated employment agreement with Mr. Ullyot, our Vice President, General Counsel, and Secretary, in January 2012. The employment agreement has no specific term and constitutes at-will employment. Mr. Ullyot's current annual base salary is $275,000, and he is eligible to receive annual bonus compensation under our Bonus Plan. In addition, the employment agreement provides that Mr. Ullyot is entitled to an annual retention bonus of $400,000 for the first five years of his employment (Mr. Ullyot's employment commenced in October 2008). In the event that Mr. Ullyot is either involuntarily terminated without cause (other than as a result of death or disability) or is constructively terminated, in either case within one month prior to or six months following a change in control, he will be entitled to accelerated vesting of 100% of the unvested RSUs and options in his initial grants, subject to executing a release of claims. In addition, the employment agreement provides that in the event that if, in connection with a change in control, the RSUs and shares subject to options are not assumed or substituted for equivalent awards, then any unvested RSUs or shares subject to options will vest immediately prior to the consummation of the change in control. The employment agreement also provides that if Mr. Ullyot is involuntarily terminated in the fourth or fifth years of his employment either without cause (other than as a result of death or disability) or is constructively terminated, other than in connection with a change in control, he will be entitled to accelerated vesting of 50% of the remaining unvested RSUs and shares subject to options in his initial grants, subject to executing a release of claims. The employment agreement also provides that he will be entitled to a severance payment equal to one year of base salary and his annual retention bonus if he is involuntarily terminated either without cause (other than as a result of death or disability) or is constructively terminated, in connection with a change in control or otherwise, subject to executing a release of claims.

### Potential Payments upon Termination or Change in Control

Under the terms and conditions of their individual agreements, as described in detail above, Ms. Sandberg and Mr. Ullyot are eligible to receive certain benefits in connection with his or her termination of employment, depending on the circumstances, including following a change in control of us (such as a sale of all or substantially all of our assets or a merger involving the sale of a majority of the outstanding shares of our voting capital stock).

The actual amounts that would be paid or distributed to these named executive officers as a result of a termination event occurring in the future may be different than those presented below as many factors will affect the amount of any payments and benefits upon a termination of employment. For example, some of the factors that could affect the amounts payable include the named executive officer's base salary and the market price of our common stock. Although we have, in some instances, entered into written arrangements to provide benefits to the named executive officers in connection with a termination of employment under particular circumstances, we, or an acquirer, may mutually agree with the named executive officers on severance terms that vary from

116

PX0292-123

**Table of Contents**

those provided in these pre-existing arrangements. For more information about the named executive officers' outstanding equity awards as of December 31, 2011, see "—2011 Outstanding Equity Awards at Year-End Table" above.

For purposes of the tables below as to Ms. Sandberg and Mr. Ullyot, an "involuntary termination" generally means the termination of the executive's employment by us without cause or such individual's voluntary resignation following a material adverse change in his or her compensation, responsibility, or the location of his or her services. "Cause" is generally defined to include acts of material dishonesty or gross negligence, failures to comply with our policies or agreements, or any conviction of a felony or crime of moral turpitude.

*Sheryl K. Sandberg*

The table below summarizes the value of the vesting acceleration to which Ms. Sandberg would be entitled, assuming a qualifying termination as of December 31, 2011.

| Benefit | No Change in Control[3] Involuntary Termination | Change in Control[4] No Termination | Involuntary Termination |
|---|---|---|---|
| Vesting Acceleration[1][2] | $ | $ | $ |

(1) Calculated based on the assumed initial public offering price of $       per share, the midpoint of the price range on the cover page of this prospectus.
(2) As of December 31, 2011, the service-based vesting condition on 8,258,748 shares underlying Ms. Sandberg's initial RSUs would be accelerated if she was terminated as a result of her death or disability, which is the number of initial RSUs that would have vested if Ms. Sandberg had remained employed for an additional twelve months from the date of her death or disability. The value of this vesting acceleration was $       as of December 31, 2011 when calculated as described in footnote (1) above.
(3) As of December 31, 2011, the service-based vesting condition on 5,463,644 shares underlying Ms. Sandberg's initial RSUs would be accelerated if she was terminated without cause, other than as a result of her death or disability, which is the number of initial RSUs that would have vested if Ms. Sandberg had remained employed for the first half of the months remaining between the date of termination and April 1, 2013.
(4) As of December 31, 2011, 11,055,380 shares underlying Ms. Sandberg's initial RSUs would be accelerated if she was either involuntarily terminated, other than as a result of her death or disability, within one month prior to or within six months following a change in control, or her initial RSUs were not assumed or substituted for an equivalent award, such that 100% of the shares underlying Ms. Sandberg's initial RSUs would be vested.

*Theodore W. Ullyot*

The table below summarizes the value of vesting acceleration and severance payments to which Mr. Ullyot would be entitled, assuming a qualifying termination as of December 31, 2011.

| Benefit | No Change in Control[2] Involuntary Termination | Change in Control[3] No Termination | Involuntary Termination |
|---|---|---|---|
| Severance | $ 675,000 | $ — | $ 675,000 |
| Vesting Acceleration[1] | | | |
| Total Value | $ | $ | $ |

(1) Calculated based on the assumed initial public offering price of the Class A common stock of $       per share, the midpoint of the price range on the cover page of this prospectus.
(2) As of December 31, 2011, 592,495 shares subject to Mr. Ullyot's initial option and the service-based vesting condition on 619,425 shares underlying Mr. Ullyot's initial RSUs would be accelerated if he was involuntarily terminated, other than as a result of his death or disability, which is 50% of the remaining unvested shares underlying Mr. Ullyot's initial option and RSUs. In addition, Mr. Ullyot would be entitled to severance equal to his base salary of $275,000 and his retention bonus of $400,000.
(3) As of December 31, 2011, 1,184,990 shares subject to Mr. Ullyot's initial option and 1,238,850 shares underlying Mr. Ullyot's initial RSUs would be accelerated if he was involuntarily terminated, other than as a result of his death or disability, within one month prior to or within six months following a change in control, or if his initial option and RSUs were not assumed or substituted for an equivalent award, such that 100% of the shares underlying Mr. Ullyot's initial option and RSUs would be vested.

117

**Table of Contents**

**Employee Benefit Plans**

### 2005 Stock Plan

Our board of directors adopted our 2005 Stock Plan on January 7, 2005, which our stockholders approved on January 14, 2005. Our 2005 Stock Plan provides for the grant of incentive stock options, within the meaning of Section 422 of the Code, to our employees or any parent or subsidiary's employees, and for the grant of nonstatutory stock options to our employees, directors, and consultants and any parent, subsidiary, or affiliate corporations' employees and consultants. Stock purchase rights and restricted stock units may also be granted under the 2005 Stock Plan. We will cease issuing awards under the 2005 Stock Plan upon the implementation of the 2012 Equity Incentive Plan, which is described below. Likewise, we will not grant any additional awards under our 2005 Stock Plan following our initial public offering. Instead, we will grant equity awards under our 2012 Equity Incentive Plan.

*Share Reserve.* As of December 31, 2011, we had reserved 971,314,985 shares of our Class B common stock for issuance under our 2005 Stock Plan. As of December 31, 2011, options to purchase 427,132,796 of these shares had been exercised, options to purchase 138,539,434 of these shares remained outstanding and 52,185,000 of these shares remained available for future grant. The options outstanding as of December 31, 2011 had a weighted average exercise price of $0.83 per share. In addition, as of December 31, 2011, we had 378,772,184 RSUs outstanding under the 2005 Stock Plan. However, any outstanding awards granted under the 2005 Stock Plan will remain outstanding, subject to the terms of our 2005 Stock Plan and applicable award agreements, until they are exercised or settled or until they terminate or expire by their terms. Shares of Class B common stock available for issuance pursuant to the 2005 Stock Plan will be rolled into our 2012 Equity Incentive Plan on the date of this prospectus as further described below.

*Administration.* Our compensation committee currently administers our 2005 Stock Plan. Our compensation committee has complete discretion to make all decisions implementing the 2005 Stock Plan, including the power to (1) determine who will receive the awards, (2) determine the fair market value of the Class B common stock, (3) interpret the terms of the 2005 Stock Plan and the awards thereunder, and (4) specify the terms and conditions of such awards, such as the exercise price, the number of shares subject to each award, the vesting schedule and exercisability of awards and the form of consideration payable upon exercise.

*Stock Options.* The exercise price of incentive stock options must be at least equal to the fair market value of our Class B common stock on the date of grant and the term of the incentive stock options may not exceed ten years. With respect to incentive stock options granted to any employee who owns 10% or more of the voting power of all classes of our outstanding stock as of the grant date, the term must not exceed five years and the exercise price must equal at least 110% of the fair market value on the grant date.

When an employee ceases to provide continuous services to us (or any parent, subsidiary, or affiliate), he or she may exercise his or her incentive stock option for the period of time stated in the incentive stock option agreement, to the extent his or her incentive stock option is vested on the date of termination. Subject to the requirements of all applicable laws, rules or regulations, each nonstatutory stock option agreement shall contain provisions relating to early termination of the nonstatutory stock option based upon termination of the holder's service to us as determined by our compensation committee. In the event of a termination of a service provider for cause, all options held by such service provider will immediately terminate. In addition, any vested shares that were acquired upon the exercise of a stock option may be repurchased by us. A stock option may never be exercised later than the expiration of its term.

*Stock Purchase Rights.* The compensation committee may offer rights to purchase shares of our Class B common stock under the 2005 Stock Plan and, to the extent permitted by applicable law, shall determine the purchase price of the shares subject to each stock purchase right. The offer to purchase shares underlying this stock purchase right shall be accepted by the offeree's execution of a restricted stock purchase agreement, in the form prescribed by the compensation committee. This restricted stock purchase agreement may subject the

118

**Table of Contents**

acquired shares to a repurchase option, which we could exercise upon the voluntary or involuntary termination of the purchaser's services for any reason. In addition, in the event of a termination of a service provider for cause, vested stock purchased to a stock purchase right may also be repurchased by us.

*Restricted Stock Units.* Our 2005 Stock Plan also permits the issuance of RSUs, to our service providers. RSUs granted under our 2005 Stock Plan represent the right to receive shares of our Class B common stock or cash payment at a specified future date and may be subject to vesting requirements.

*Transferability.* Incentive stock options may not be transferred, except by will or by the laws of descent or distribution. However, the compensation committee may, in its sole discretion, grant nonstatutory stock options or RSUs that may be transferred in the event of death or disability, or to immediate family members.

*Effect of Certain Corporate Transactions.* In the event we experience a sale of all or substantially all of our assets, a merger or certain other corporate transactions including a change in control, all awards granted under the 2005 Stock Plan shall be subject to the agreement evidencing such merger or consolidation and such agreement shall provide for one or more of the following:

- the continuation or assumption of such outstanding awards by the surviving corporation or its parent;
- the substitution by the surviving corporation or its parent of equivalent awards for such outstanding awards; or
- termination of the outstanding awards upon consummation of the corporate transaction.

The 2005 Stock Plan provides for proportional adjustment of awards in the event of a stock split, stock dividend and certain other similar corporate events.

*Payment.* The compensation committee may permit any of the following methods of payments for the exercise of options:

- cash or cash equivalents;
- a promissory note having such recourse, interest, redemption and security provisions as determined by the compensation committee;
- shares of Class B common stock that the optionee already owns;
- cancellation of indebtedness; or
- an immediate sale of the option shares through a broker designated by us in a cashless exercise, provided that such a program is adopted by our compensation committee.

*Additional Provisions.* Our compensation committee has the authority to amend, suspend or terminate the 2005 Stock Plan, provided that no amendment may materially or adversely affect awards already granted without the written consent of the holder of the affected award. Our stockholders approve actions that require stockholder approval under applicable law and approve any increase in the number of shares reserved for issuance under the 2005 Stock Plan.

### 2005 Officers' Stock Plan

On November 8, 2005, our board of directors adopted the 2005 Officers' Stock Plan (Officers' Plan). The Officers' Plan permits the issuance of shares of our Class B common stock or options to purchase such shares to certain of our employees and officers. The total number of shares of our Class B common stock that may be sold under the Officers' Plan is 120,000,000. All shares under this plan are subject to an outstanding award held by our founder, Chairman, and CEO. We will not grant any additional awards under the Officers' Plan following our initial public offering.

119

**Table of Contents**

Our board of directors, or a committee designated by the board, determines who will receive grants under this Officers' Plan and the terms and conditions of such grants. The rights or options to purchase shares under the Officers' Plan shall be nontransferable, other than by will or by the laws of descent or distribution. Pursuant to the terms of the Officers' Plan, and if required by applicable law, we must provide annual financial statements to each grantee, unless such grantee has access to equivalent information through other means. Shares issued pursuant to this Officers' Plan are subject to our right of repurchase.

### 2012 Equity Incentive Plan

Our board of directors adopted our 2012 Equity Incentive Plan, subject to stockholder approval, which plan will become effective on the date of this prospectus and will serve as the successor to our 2005 Stock Plan.

*Share Reserve.* We have reserved 25,000,000 shares of our Class A common stock for issuance under our 2012 Equity Incentive Plan plus an additional number of shares of Class A common stock equal to any shares reserved but not issued or subject to outstanding awards under our 2005 Stock Plan on the date of this prospectus, plus, on and after the date of this prospectus, (i) shares that are subject to outstanding awards under the 2005 Stock Plan which cease to be subject to such awards, (ii) shares issued under the 2005 Stock Plan which are forfeited or repurchased at their original issue price, and (iii) shares subject to awards under the 2005 Stock Plan that are used to pay the exercise price of an option or withheld to satisfy the tax withholding obligations related to any award. The number of shares reserved for issuance under our 2012 Equity Incentive Plan will increase automatically on the first day of January of each of 2013 through 2022 by a number of shares of Class A common stock equal to (i) the lesser of 2.5% of the total outstanding shares our common stock as of the immediately preceding December 31st or (ii) a number of shares determined by the board of directors. In addition, the following shares of our Class A common stock will again be available for grant or issuance under our 2012 Equity Incentive Plan:

- shares subject to options granted under our 2012 Equity Incentive Plan that cease to be subject to the option for any reason other than exercise of the option;

- shares subject to awards granted under our 2012 Equity Incentive Plan that are subsequently forfeited or repurchased by us at the original issue price;

- shares subject to awards granted under our 2012 Equity Incentive Plan that otherwise terminate without shares being issued; and

- shares surrendered, cancelled, or exchanged for cash.

*Term.* We anticipate that our 2012 Equity Incentive Plan will terminate ten years from the date our board of directors approves the plan, unless it is terminated earlier by our board of directors.

*Eligibility.* We anticipate that our 2012 Equity Incentive Plan will authorize the award of stock options, restricted stock awards, stock appreciation rights, restricted stock units, performance shares and stock bonuses. No person will be eligible to receive more than 2,500,000 shares in any calendar year under our 2012 Equity Incentive Plan other than a new employee of ours, who will be eligible to receive no more than 5,000,000 shares under the plan in the calendar year in which the employee commences employment.

*Administration.* Our 2012 Equity Incentive Plan will be administered by our compensation committee, all of the members of which are non-employee directors under applicable federal securities laws and outside directors as defined under applicable federal tax laws. The compensation committee will have the authority to construe and interpret our 2012 Equity Incentive Plan, grant awards and make all other determinations necessary or advisable for the administration of the plan. Awards under the 2012 Equity Incentive Plan may be made subject to "performance factors" and other terms in order to qualify as performance based compensation for the purposes of 162(m) of the Code.

120

**Table of Contents**

*Stock Options.* Our 2012 Equity Incentive Plan will provide for the grant of incentive stock options that qualify under Section 422 of the Code only to our employees. All awards other than incentive stock options may be granted to our employees, directors, consultants, independent contractors and advisors, provided the consultants, independent contractors and advisors render services not in connection with the offer and sale of securities in a capital-raising transaction. The exercise price of each stock option must be at least equal to the fair market value of our Class A common stock on the date of grant. The exercise price of incentive stock options granted to 10% stockholders must be at least equal to 110% of that value.

Our compensation committee may provide for options to be exercised only as they vest or to be immediately exercisable with any shares issued on exercise being subject to our right of repurchase that lapses as the shares vest. In general, options will vest over a four-year period. The maximum term of options granted under our 2012 Equity Incentive Plan is ten years.

*Restricted Stock.* A restricted stock award is an offer by us to sell shares of our Class A common stock subject to restrictions. The price (if any) of a restricted stock award will be determined by the compensation committee. Unless otherwise determined by the compensation committee at the time of award, vesting will cease on the date the participant no longer provides services to us and unvested shares will be forfeited to or repurchased by us.

*Stock Appreciation Rights.* Stock appreciation rights provide for a payment, or payments, in cash or shares of our Class A common stock, to the holder based upon the difference between the fair market value of our Class A common stock on the date of exercise and the stated exercise price up to a maximum amount of cash or number of shares. Stock appreciation rights may vest based on time or achievement of performance conditions.

*Restricted Stock Units.* An RSU is an award that covers a number of shares of our Class A common stock that may be settled upon vesting in cash, by the issuance of the underlying shares or a combination of both. These awards are subject to forfeiture prior to settlement because of termination of employment or failure to achieve certain performance conditions.

*Performance Shares.* A performance share is an award that covers a number of shares of our Class A common stock that may be settled upon achievement of the pre-established performance conditions in cash or by issuance of the underlying shares. These awards are subject to forfeiture prior to settlement because of termination of employment or failure to achieve the performance conditions.

*Stock Bonus Awards.* Stock bonus awards may be granted as additional compensation for services or performance, and therefore, may not be issued in exchange for cash.

*Additional Provisions.* Awards granted under our 2012 Equity Incentive Plan may not be transferred in any manner other than by will or by the laws of descent and distribution, or as determined by our compensation committee. Unless otherwise restricted by our compensation committee, awards that are nonstatutory stock options may be exercised during the lifetime of the optionee only by the optionee, the optionee's guardian or legal representative, or a family member of the optionee who has acquired the option by a permitted transfer. Awards that are incentive stock options may be exercised during the lifetime of the optionee only by the optionee or the optionee's guardian or legal representative. Options granted under our 2012 Equity Incentive Plan generally may be exercised for a period of three months after the termination of the optionee's service to us, except in the case of death or permanent disability, in which case the options may be exercised for up to 12 months or six months, respectively, following termination of the optionee's service to us.

If we experience a change in control transaction, outstanding awards, including any vesting provisions, may be assumed or substituted by the successor company. Outstanding awards that are not assumed or substituted will be exercisable for a period of time and will expire upon the closing of a change in control transaction. In the discretion of our compensation committee, the vesting of these awards may be accelerated upon the occurrence of these types of transactions.

121

PX0292-128

**Table of Contents**

**Limitations on Liability and Indemnification Matters**

Our restated certificate of incorporation that will be in effect at the closing of our initial public offering contains provisions that limit the liability of our directors for monetary damages to the fullest extent permitted by the Delaware General Corporation Law. Consequently, our directors will not be personally liable to us or our stockholders for monetary damages for any breach of fiduciary duties as directors, except liability for:

- any breach of the director's duty of loyalty to us or our stockholders;

- any act or omission not in good faith or that involves intentional misconduct or a knowing violation of law;

- unlawful payments of dividends or unlawful stock repurchases or redemptions as provided in Section 174 of the Delaware General Corporation Law; or

- any transaction from which the director derived an improper personal benefit.

Our restated certificate of incorporation and restated bylaws that will be in effect at the closing of our initial public offering require us to indemnify our directors, executive officers and other key employees to the maximum extent not prohibited by the Delaware General Corporation Law or any other applicable law and allow us to indemnify other officers, employees and other agents as set forth in the Delaware General Corporation Law or any other applicable law.

We have entered, and intend to continue to enter, into separate indemnification agreements with our directors, executive officers and other key employees, in addition to the indemnification provided for in our restated bylaws. These agreements, among other things, require us to indemnify our directors, executive officers and other key employees for certain expenses, including attorneys' fees, judgments, penalties fines and settlement amounts actually and reasonably incurred by a director or executive officer in any action or proceeding arising out of their services as one of our directors or executive officers, or any of our subsidiaries or any other company or enterprise to which the person provides services at our request, including liability arising out of negligence or active or passive wrongdoing by the officer or director. We believe that these charter provisions and indemnification agreements are necessary to attract and retain qualified persons such as directors, officers and key employees. We also maintain directors' and officers' liability insurance.

The limitation of liability and indemnification provisions in our restated certificate of incorporation and restated bylaws may discourage stockholders from bringing a lawsuit against our directors and officers for breach of their fiduciary duty. They may also reduce the likelihood of derivative litigation against our directors and officers, even though an action, if successful, might benefit us and other stockholders. Further, a stockholder's investment may be adversely affected to the extent that we pay the costs of settlement and damage awards against directors and officers as required by these indemnification provisions.

At present, there is no pending litigation or proceeding involving any of our directors or executive officers as to which indemnification is required or permitted, and we are not aware of any threatened litigation or proceeding that may result in a claim for indemnification.

Insofar as indemnification for liabilities arising under the Securities Act of 1933, as amended (Securities Act), may be permitted to directors, executive officers or persons controlling us, we have been informed that in the opinion of the SEC such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable.

122

**Table of Contents**

## RELATED PARTY TRANSACTIONS

In addition to the executive officer and director compensation arrangements discussed in "Executive Compensation," below we describe transactions since January 1, 2009, to which we have been a participant, in which the amount involved in the transaction exceeds or will exceed $120,000 and in which any of our directors, executive officers or holders of more than 5% of our capital stock, or any immediate family member of, or person sharing the household with, any of these individuals, had or will have a direct or indirect material interest.

### Amended and Restated Investors' Rights Agreement

We have entered into an investors' rights agreement with certain holders of our convertible preferred stock and common stock, including entities with which certain of our directors are affiliated. Certain holders of shares of our Class A common stock and Class B common stock are entitled to rights with respect to the registration of their shares following our initial public offering under the Securities Act. For a description of these registration rights, see "Description of Capital Stock—Registration Rights."

### Series E Preferred Stock Financing

In May 2009, we sold an aggregate of 44,037,540 shares (after giving effect to a 5-for-1 stock split effected in October 2010) of our Series E preferred stock to Mail.ru Group Limited (f/k/a Digital Sky Technologies Limited), at a purchase price per share of $4.54 (after giving effect to a 5-for-1 stock split effected in October 2010), for an aggregate purchase price of approximately $200 million. Following this sale, and the purchase of additional shares from our existing stockholders, Mail.ru Group Limited and its affiliates beneficially owned more than 5% of our outstanding capital stock. We have no ongoing obligations under the Series E preferred stock purchase agreement.

### Conversion Agreement

In connection with their purchase of shares from certain existing stockholders in February 2010, Mail.ru Group Limited and DST Global Limited and their respective affiliates entered into a conversion agreement with us. The conversion agreement contains the following provisions:

#### *Lock-up*

Pursuant to this agreement, Mail.ru Group Limited and DST Global Limited and their respective affiliates have agreed not to sell shares of our capital stock, other than any shares they may sell in our initial public offering, for certain periods of time following the date of this prospectus. As to shares held by them as of the date of this prospectus, this agreement will expire as follows: (1) as to 50% of the shares six months after the effective date of the registration statement, (2) as to an additional 25% of the shares one (1) year after the effective date of the registration statement, and (3) as to an additional 25% of the shares 18 months after the effective date of the registration statement, such that all of the shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates will be freely tradable 18 months after the effective date of the registration statement.

#### *Automatic Conversion of Shares upon the Occurrence of Certain Events*

In addition, Mail.ru Group Limited and DST Global Limited have agreed, pursuant to the conversion agreement, that if either of their respective voting agreements with Mr. Zuckerberg is terminated because of his death or his failure to be actively engaged in our management, that they and their respective affiliates shall automatically convert their Class B common stock to Class A common stock pursuant to the optional conversion provision of our restated certificate of incorporation. For information regarding Mr. Zuckerberg's voting agreements, see "Description of Capital Stock—Voting Agreements."

123

Registration Statement on Form S-1

**Table of Contents**

Mail.ru Group Limited, which was affiliated with DST Global Limited on the date the parties entered into the conversion agreement, underwent a corporate restructuring in November 2010 in connection with its initial public offering on the London Stock Exchange. Following the corporate restructuring, Mail.ru Group Limited was no longer affiliated with DST Global Limited and its affiliates DST Global II, L.P., DST Global III, L.P., DST USA Limited, and DST USA II Limited. Mail.ru Group Limited no longer beneficially owns more than 5% of our outstanding capital stock. For additional information regarding beneficial ownership of our capital stock as of December 31, 2011, see "Principal and Selling Stockholders."

**Class B Common Stock Restriction Agreement**

In 2004 and 2005, Mr. Zuckerberg's father provided us with initial working capital. In consideration for this assistance, we issued him an option to purchase 2,000,000 shares, as adjusted for splits and reclassifications, of our Class B common stock. The option initially expired by its terms one year following the date of grant without having been exercised. Our board of directors (without Mr. Zuckerberg) determined that the option did not reflect the intent of the parties with respect to the equity to be issued to him in consideration of the financial assistance and a release from potential related claims. Accordingly, in December 2009, we issued an aggregate of 2,000,000 shares of our Class B common stock to Glate LLC, an entity owned by Mr. Zuckerberg's father. We have no ongoing obligations under this agreement.

**Right of First Refusal**

Pursuant to our bylaws and certain agreements with our stockholders, we or our assignees have the right to purchase shares of our capital stock, including shares of Class B common stock issued under our 2005 Stock Plan, which these stockholders propose to sell to other parties. In 2009 and 2010, in connection with proposed sales by certain stockholders, we assigned our right to purchase 28,403,845 shares of our Class B common stock to certain entities affiliated with Mail.ru Group Limited and DST Global Limited. For additional information regarding beneficial ownership of our capital stock as of December 31, 2011, see "Principal and Selling Stockholders."

**Class A Common Stock Financing**

In December 2010, we sold an aggregate of 2,398,081 shares of our Class A common stock to DST Global Limited at a purchase price per share of $20.85, for an aggregate purchase price of approximately $50 million.

**Equity Awards, Employment Agreements and Offer Letters**

We have granted stock options or RSUs to our executive officers and our directors. For a description of these equity awards, see "Executive Compensation—2011 Outstanding Equity Awards at Year-End Table" and "Management—Director Compensation."

We have entered into employment agreements or offer letters with each of our named executive officers. For more information regarding these agreements, see "Executive Compensation—Employment Agreements and Offer Letters."

**Employment Arrangements With Immediate Family Members of Our Executive Officers and Directors**

Molly Graham, the daughter of Donald E. Graham, a member of our board of directors, is employed by us. During 2009, 2010, and 2011, Ms. Graham had total cash compensation, including base salary, bonus and other compensation, of $98,058, $133,620, and $189,168.

Randi Zuckerberg, the sister of Mark Zuckerberg, our founder, Chairman, and CEO, was employed by us until August 2011. During 2009, 2010, and 2011, Ms. Zuckerberg had total cash compensation, including base salary, bonus and other compensation, of $128,750, $139,578, and $89,536.

124

PX0292-131

**Table of Contents**

The compensation levels of Mmes. Graham and Zuckerberg were based on reference to external market practice of similar positions or internal pay equity when compared to the compensation paid to employees in similar positions that were not related to our executive officers and directors. They were also eligible for equity awards on the same general terms and conditions as applicable to other employees in similar positions who were not related to our executive officers and directors.

**Indemnification Agreements**

We have entered into indemnification agreements with each of our directors, executive officers and other key employees. The indemnification agreements and our amended and restated bylaws will require us to indemnify our directors to the fullest extent permitted by Delaware law. For more information regarding these agreements, see "Executive Compensation—Limitations on Liability and Indemnification Matters."

**Commercial Agreements**

During 2009, 2010, and 2011, The Washington Post Company and its related companies purchased $0.6 million, $4.8 million, and $4.2 million, respectively, of advertisements on our website. Mr. Graham, a member of our board of directors, is the Chief Executive Officer of The Washington Post Company. The purchases by The Washington Post Company and its related entities were made in the ordinary course of business on commercially reasonable terms. In addition, The Washington Post Company is affiliated with an advertising agency, Social Code LLC, that has advertising clients that do business with us.

During 2009, 2010, and 2011, Netflix purchased $1.9 million, $1.6 million, and $3.8 million, respectively, of advertisements on our website. Mr. Hastings, a member of our board of directors, is the Chief Executive Officer of Netflix. The purchases by Netflix were made in the ordinary course of business on commercially reasonable terms.

During 2010 and 2011, we made payments to GMG Lifestyle Entertainment Inc. (GMG) of $0.9 million and $0.7 million, respectively, for certain sales and marketing services. Rob Goldberg, the founder and Chief Executive Officer of GMG, is the brother-in-law of Ms. Sandberg, our Chief Operating Officer. The GMG relationship was entered into in the ordinary course of business and on commercially reasonable terms.

**Review, Approval or Ratification of Transactions with Related Parties**

Our policy and the charter of our audit committee will require that any transaction with a related party that must be reported under applicable rules of the SEC must be reviewed and approved or ratified by our audit committee, unless the related party is, or is associated with, a member of that committee, in which event the transaction must be reviewed and approved by our governance committee. These committees have not adopted policies or procedures for review of, or standards for approval of, these transactions.

125

**Table of Contents**

## PRINCIPAL AND SELLING STOCKHOLDERS

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of December 31, 2011, and as adjusted to reflect the sale of Class A common stock offered by us and the selling stockholders in our initial public offering, for:

- each stockholder known by us to be the beneficial owner of more than 5% of our outstanding shares of Class A common stock or Class B common stock;

- each of our directors;

- each of our named executive officers;

- all of our directors and executive officers as a group; and

- each selling stockholder.

We have determined beneficial ownership in accordance with the rules of the SEC. Except as indicated by the footnotes below, we believe, based on the information furnished to us, that the persons and entities named in the table below have sole voting and investment power with respect to all shares of Class A common stock or Class B common stock that they beneficially own, subject to applicable community property laws.

Applicable percentage ownership is based on 117,097,143 shares of Class A common stock and 1,758,902,390 shares of Class B common stock outstanding at December 31, 2011, assuming conversion of all outstanding shares of preferred stock in to an aggregate of 545,551,391 shares of our Class B common stock. For purposes of computing percentage ownership after our initial public offering, we have assumed that              shares of Class A common stock will be issued by us in our initial public offering, that 120,000,000 shares of Class B common stock will be issued by us in connection with the exercise of an outstanding stock option by Mark Zuckerberg, our founder, Chairman, and CEO, and that certain of our existing stockholders will convert an aggregate of              shares of our Class B common stock into an equivalent number of shares of our Class A common stock in connection with our initial public offering. In computing the number of shares of common stock beneficially owned by a person and the percentage ownership of that person, we deemed to be outstanding all shares of common stock subject to options, RSUs or other convertible securities held by that person or entity that are currently exercisable or releasable or that will become exercisable or releasable within 60 days of December 31, 2011. We did not deem these shares outstanding, however, for the purpose of computing the percentage ownership of any other person. Unless otherwise indicated, the address of each beneficial owner listed in the table below is c/o Facebook, Inc., 1601 Willow Road, Menlo Park, California 94025.

126

[Table of Contents](#)

| Name of Beneficial Owner | Shares Beneficially Owned Prior to this Offering | | | | % of Total Voting Power Before Our Initial Public Offering[2] | Number of Shares Being Offered | Shares Beneficially Owned After this Offering | | | | % of Total Voting Power After Our Initial Public Offering[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Class A | | Class B | | | | Class A | | Class B | | |
| | Shares | % | Shares[1] | % | | | Shares | % | Shares | % | |
| **Named Executive Officers and Directors:** | | | | | | | | | | | |
| Mark Zuckerberg[3] | — | — | 533,801,850 | 28.4 | 28.2 | [4] | | | | | |
| Shares subject to voting proxy[5] | 42,245,203 | 36.1 | 538,332,591 | 30.6 | 30.6 | | | | | | |
| Total[3][5] | 42,245,203 | 36.1 | 1,072,134,441 | 57.1 | 56.9 | | | | | | |
| Sheryl K. Sandberg[6] | — | — | 1,899,986 | * | * | | | | | | |
| David A. Ebersman[7] | — | — | 2,174,999 | * | * | | | | | | |
| Mike Schroepfer[8] | — | — | 2,101,870 | * | * | | | | | | |
| Theodore W. Ullyot[9] | — | — | 1,863,656 | * | * | | | | | | |
| Marc L. Andreessen[10] | — | — | 3,571,431 | * | * | | | | | | |
| Erskine B. Bowles[11] | — | — | — | | | | | | | | |
| James W. Breyer[12] | — | — | 201,378,349 | 11.4 | 11.4 | | | | | | |
| Donald E. Graham[13] | — | — | — | * | * | | | | | | |
| Reed Hastings[14] | — | — | — | * | * | | | | | | |
| Peter A. Thiel[15] | — | — | 44,724,100 | 2.5 | 2.5 | | | | | | |
| All executive officers and directors as a group (12 persons)[16] | 42,245,203 | 36.1 | 1,319,305,723 | 70.0 | 69.8 | | | | | | |
| **Other 5% Stockholders:** | | | | | | | | | | | |
| Entities affiliated with Accel Partners[12] | — | — | 201,378,349 | 11.4 | 11.4 | | | | | | |
| Entities affiliated with DST Global Limited[17] | 36,711,928 | 31.4 | 94,567,945 | 5.4 | 5.5 | | | | | | |
| Dustin Moskovitz[18] | — | — | 133,763,645 | 7.6 | 7.6 | | | | | | |
| Entities affiliated with Goldman Sachs[19] | 65,947,241 | 56.3 | — | * | * | | | | | | |
| T. Rowe Price Associates, Inc.[20] | 6,033,630 | 5.2 | 12,158,743 | * | * | | | | | | |
| **Other Selling Stockholders:** | | | | | | | | | | | |

\*  Less than 1%.

(1)  There are currently no RSUs which will become releasable within 60 days of December 31, 2011 to the benefit of the individuals and entities listed in the table above.

(2)  Percentage of total voting power represents voting power with respect to all shares of our Class A and Class B common stock, as a single class. The holders of our Class B common stock are entitled to ten votes per share, and holders of our Class A common stock are entitled to one vote per share. For more information about the voting rights of our Class A and Class B common stock, see "Description of Capital Stock—Common Stock."

(3)  Consists of (i) 407,265 shares of Class B common stock held of record by Mr. Zuckerberg; (ii) 3,642,323 shares of Class B common stock held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2008 Annuity Trust dated March 13, 2008; (iii) 409,752,262 shares of Class B common stock held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006; and (iv) 120,000,000 shares of Class B common stock issuable upon exercise of options exercisable within 60 days of December 31, 2011.

(4)  We expect that Mark Zuckerberg, our founder, Chairman, and CEO, will offer and sell _____ shares in our initial public offering. We expect that substantially all of the net proceeds Mr. Zuckerberg will receive upon such sale will be used to satisfy taxes that he will incur upon the exercise of an outstanding stock option to purchase 120,000,000 shares of our Class B common stock.

(5)  Consists of shares of our Class A and Class B common stock held by other stockholders over which, except under limited circumstances, Mr. Zuckerberg holds an irrevocable proxy, pursuant to voting agreements between Mr. Zuckerberg, us and such stockholders, including certain of our directors and holders of more than 5% of our capital stock with respect to certain matters, as indicated in the footnotes below. We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Securities Exchange Act of 1934, as amended, as Mr. Zuckerberg exercises voting control over these shares. For more information about the voting agreements, see "Description of Capital Stock—Voting Agreements."

(6)  Consists of 1,899,986 shares of Class B common stock held of record by Sheryl K. Sandberg, Trustee of the Sheryl K. Sandberg 2008 Annuity Trust dated April 15, 2008. Ms. Sandberg also holds 39,321,041 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(7)  Consists of 2,174,999 shares of Class B common stock issuable upon exercise of options exercisable within 60 days of December 31, 2011. Mr. Ebersman also holds 7,469,424 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(8)  Consists of 2,101,870 shares of Class B common stock issuable upon exercise of options exercisable within 60 days of December 31, 2011. Mr. Schroepfer also holds 6,144,188 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(9)  Consists of (i) 35,600 shares of Class B common stock held of record by Mr. Ullyot; and (ii) 1,828,056 shares of Class B common stock issuable upon exercise of options exercisable within 60 days of December 31, 2011. Mr. Ullyot also holds 3,782,818 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

127

Registration Statement on Form S-1

**Table of Contents**

(10)  Consists of 3,571,431 shares of Class B common stock held of record by Andreessen Horowitz Fund II, L.P. (AH Fund). AH Equity Partners I, L.L.C. (AHEP) is the general partner of AH Fund and has sole voting and investment power over the securities held by AH Fund. Mr. Andreessen is one of the Managing Members of AHEP, and, therefore, may be deemed to share voting and investment power over the securities held AH Fund. The address of AHEP and AH Fund is 2865 Sand Hill Road, Suite 101, Menlo Park, California 94025. Mr. Andreessen also holds 5,247,490 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(11)  Mr. Bowles holds 20,000 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(12)  Consists of (i) 11,703,132 shares of Class B common stock held of record by James W. Breyer, Trustee of James W. Breyer 2005 Trust dated March 25, 2005 (Breyer 2005 Trust); (ii) 149,527,730 shares of Class B common stock held of record by Accel IX L.P. (Accel IX); (iii) 15,931,653 shares of Class B common stock held of record by Accel IX Strategic Partners L.P. (Accel SP); (iv) 13,939,214 shares of Class B common stock held of record Accel Investors 2005 L.L.C. (Accel 2005); (v) 9,949,820 shares of Class B common stock held of record by Accel Growth Fund L.P. (Accel Growth); (vi) 194,230 shares of Class B common stock held of record by Accel Growth Fund Strategic Partners L.P. (Accel Growth SP); and (vii) 132,570 shares of Class B common stock held of record by Accel Growth Fund Investors 2009 L.L.C. (Accel Growth 2009). We have been advised by the holders of record that in connection with our initial public offering 11,548,527 of the shares of our Class B common stock held of record by the Breyer 2005 Trust, 149,527,730 of the shares of our Class B common stock held of record by Accel IX, 15,931,653 of the shares of our Class B common stock held of record by Accel SP, and 13,939,214 of the shares of our Class B common stock held of record by Accel 2005 will be converted into an equivalent number of shares of our Class A common stock. Accel IX Associates L.L.C. (A9A) is the general partner of Accel IX and Accel SP and has sole voting and investment power over the shares held by these limited partnerships. Accel Growth Fund Associates L.L.C. (AGFA) is the general partner of Accel Growth and Accel Growth SP and has sole voting and investment power over the shares held by these limited partnerships. Mr. Breyer is one of the managing members of A9A, AGFA, Accel 2005, and Accel Growth 2009, and, therefore, may be deemed to share voting and investment power over the securities held by these entities. The address of A9A and AGFA and their affiliated entities is 428 University Avenue, Palo Alto, California 94301. Mr. Breyer is trustee of the Breyer 2005 Trust. 10,431,225 shares of Class B common stock are subject to a voting agreement in favor of Mr. Zuckerberg referred to in footnote (5) above.

(13)  Mr. Graham holds 1,000,000 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(14)  Mr. Hastings holds 20,000 RSUs which are subject to vesting conditions not expected to occur within 60 days of December 31, 2011.

(15)  Consists of (i) 32,875,670 shares of Class B common stock held of record by Rivendell One LLC (Rivendell); (ii) 5,978,140 shares of Class B common stock held of record by The Founders Fund, LP (FF); (iii) 740,960 shares of Class B common stock held of record by The Founders Fund II, LP (FF II); (iv) 36,640 shares of Class B common stock held of record by The Founders Fund II Principals Fund, LP (FFPF); (v) 22,400 shares of Class B common stock held of record by The Founders Fund II Entrepreneurs Fund, LP (FFEF); and (vi) 5,070,290 shares of Class B common stock held of record by Lembas, LLC (Lembas). We have been advised by Rivendell that in connection with our initial public offering all of the shares of our Class B common stock held of record by Rivendell will be converted into an equivalent number of shares of our Class A common stock. Mr. Thiel is the beneficial owner of Rivendell and has voting and investment power over the securities held by Rivendell. Mr. Thiel is a managing member of the general partner of each of FF, FF II, FFPF, and FFEF, and, therefore, may be deemed to have voting and investment power over the securities held by these entities. Mr. Thiel is the managing member of Lembas and has voting and investment power over the securities held by Lembas. 111,884 shares of Class B common stock are subject to a voting agreement in favor of Mr. Zuckerberg referred to in footnote (5) above.

(16)  Consists of (i) 42,245,203 shares of Class A common stock; (ii) 1,193,200,798 shares of Class B common stock; and (iii) 126,104,925 shares of Class B common stock issuable upon exercise of options exercisable within 60 days of December 31, 2011.

(17)  Consists of (i) 17,213,540 shares of Class B common stock held of record by DST Global Limited; (ii) 5,995,203 shares of Class A common stock held of record by DST Global II, L.P.; (iii) 1,697,217 shares of Class A common stock held of record by DST Global III, L.P.; (iv) 3,945,582 shares of Class A common stock and 24,290,447 shares of Class B common stock held of record by DST USA Limited; and (v) 25,073,926 shares of Class A common stock and 53,063,958 shares of Class B common stock held of record by DST USA II Limited. Yuri Milner holds ultimate voting and investment power over the securities held by these entities. The address of DST Global Limited, DST Global II, L.P., DST Global III, L.P., DST USA Limited, and DST USA II Limited is c/o Tulloch & Co., 4 Hill Street, London W1J 5NE, United Kingdom. 36,711,928 shares of Class A common stock and 94,567,945 shares of Class B common stock are subject to a voting agreement in favor of Mr. Zuckerberg referred to in footnote (5) above. DST Global Limited and its affiliates are no longer affiliated with Mail.ru Group Limited (f/k/a Digital Sky Technologies Limited). For more information, see "Related Party Transactions—Conversion Agreement."

(18)  Consists of (i) 239,165 shares of Class B common stock held of record by Dustin A. Moskovitz, Trustee of The Justin M. Rosenstein 2009 Trust, a trust established pursuant to the Justin M. Rosenstein 2009 Trust Agreement; (ii) 114,256,629 shares of Class B common stock held of record by Dustin Moskovitz, Trustee of The Dustin A. Moskovitz Trust dated December 27, 2005; (iii) 14,404,516 shares of Class B common stock held of record by Dustin Moskovitz, Trustee of The Dustin Moskovitz 2008 Annuity Trust dated March 10, 2008; and (iv) 4,863,335 shares of Class B common stock held of record by Justin M. Rosenstein, Trustee of The Dustin A. Moskovitz 2009 Trust, a trust established pursuant to the Dustin A. Moskovitz 2009 Trust Agreement dated January 1, 2009. Mr. Moskovitz is trustee or beneficiary of The Justin M. Rosenstein 2009 Trust, The Dustin A. Moskovitz Trust dated December 27, 2005, The Dustin Moskovitz 2008 Annuity Trust dated March 10, 2008, and The Dustin A. Moskovitz 2009 Trust. 133,763,645 shares of Class B common stock are subject to a voting agreement in favor of Mr. Zuckerberg referred to in footnote (5) above.

128

PX0292-135

**Table of Contents**

(19)  Consists of (i) 14,214,807 shares of Class A common stock held of record by The Goldman Sachs Group, Inc.; (ii) 2,598,652 shares of Class A common stock held of record by Goldman Sachs Investment Partners Master Fund, L.P.; (iii) 1,010,587 shares of Class A common stock held of record by Goldman Sachs Investment Partners Private Opportunities Holdings, L.P.; and (iv) 48,123,195 shares of Class A common stock held of record by FBDC Investors Offshore Holdings, L.P. Affiliates of The Goldman Sachs Group, Inc. are the general partner, managing general partner or investment manager of each of Goldman Sachs Investment Partners Master Fund, L.P., Goldman Sachs Investment Partners Private Opportunities Holdings, L.P., and FBDC Investors Offshore Holdings, L.P., and each of these funds shares voting and investment power with certain of its respective affiliates. The address of The Goldman Sachs Group, Inc., Goldman Sachs Investment Partners Master Fund, L.P., Goldman Sachs Investment Partners Private Opportunities Holdings, L.P., and FBDC Investors Offshore Holdings, L.P. is 200 West Street, New York, NY 10282.

(20)  Consists of (i) 6,033,630 shares of Class A common stock held of record by 81 funds and accounts advised or sub-advised by T. Rowe Price Associates, Inc.; and (ii) 12,158,743 shares of Class B common stock held of record by 77 funds and accounts advised or sub-advised by T. Rowe Price Associates, Inc. T. Rowe Price Associates, Inc. serves as investment adviser with power to direct investments and/or sole power to vote the securities owned by these funds and accounts. T. Rowe Price Associates, Inc. may be deemed to be the beneficial owner of all the shares listed. T. Rowe Price Associates, Inc. is the wholly owned subsidiary of T. Rowe Price Group, Inc., which is a publicly traded financial services holding company. The address for T. Rowe Price Associates, Inc. is 100 East Pratt Street, Baltimore, MD 21202.

129

**Table of Contents**

## DESCRIPTION OF CAPITAL STOCK

Upon the completion of our initial public offering, our authorized capital stock will consist of        shares of Class A common stock, $0.000006 par value per share,        shares of Class B common stock, $0.000006 par value per share, and shares of undesignated preferred stock, $0.000006 par value per share. A description of the material terms and provisions of our restated certificate of incorporation and restated bylaws that will be in effect at the closing our initial public offering and affecting the rights of holders of our capital stock is set forth below. The description is intended as a summary, and is qualified in its entirety by reference to the form of our restated certificate of incorporation and the form of our restated bylaws to be adopted in connection with our initial public offering that will be filed with the registration statement relating to this prospectus.

As of December 31, 2011, and after giving effect to the automatic conversion of all of our outstanding preferred stock into Class B common stock in connection with our initial public offering, there were outstanding:

- 117,097,143 shares of our Class A common stock held by approximately 110 stockholders;

- 1,758,902,390 shares of our Class B common stock held by approximately 1,070 stockholders;

- 258,539,434 shares issuable upon exercise of outstanding stock options; and

- 378,772,184 shares subject to outstanding restricted stock units (RSUs).

**Common Stock**

### *Dividend Rights*

Subject to preferences that may apply to shares of preferred stock outstanding at the time, the holders of outstanding shares of our common stock are entitled to receive dividends out of funds legally available if our board of directors, in its discretion, determines to issue dividends and only then at the times and in the amounts that our board of directors may determine. See "Dividend Policy" for more information.

### *Voting Rights*

The holders of our Class B common stock are entitled to ten votes per share, and holders of our Class A common stock are entitled to one vote per share. The holders of our Class A common stock and Class B common stock vote together as a single class, unless otherwise required by law. Delaware law could require either holders of our Class A common stock or our Class B common stock to vote separately as a single class in the following circumstances:

- if we were to seek to amend our certificate of incorporation to increase the authorized number of shares of a class of stock, or to increase or decrease the par value of a class of stock, then that class would be required to vote separately to approve the proposed amendment; and

- if we were to seek to amend our certificate of incorporation in a manner that alters or changes the powers, preferences or special rights of a class of stock in a manner that affected its holders adversely, then that class would be required to vote separately to approve the proposed amendment.

Stockholders do not have the ability to cumulate votes for the election of directors. Our restated certificate of incorporation and restated bylaws that will be in effect at the closing of our initial public offering will provide for a classified board of directors consisting of three classes of approximately equal size, each serving staggered three-year terms, when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock. Our directors will be assigned by the then-current board of directors to a class when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock.

130

**Table of Contents**

*No Preemptive or Similar Rights*

Our common stock is not entitled to preemptive rights and is not subject to conversion, redemption or sinking fund provisions.

*Right to Receive Liquidation Distributions*

Upon our dissolution, liquidation or winding-up, the assets legally available for distribution to our stockholders are distributable ratably among the holders of our common stock, subject to prior satisfaction of all outstanding debt and liabilities and the preferential rights and payment of liquidation preferences, if any, on any outstanding shares of preferred stock.

*Conversion*

The outstanding shares of Class B common stock are convertible at any time as follows: (1) at the option of the holder, a share of Class B common stock may be converted at any time into one share of Class A common stock or (2) upon the election of the holders of a majority of the then outstanding shares of Class B common stock, all outstanding shares of Class B common stock may be converted into shares of Class A common stock. In addition, each share of Class B common stock will convert automatically into one share of Class A common stock upon any transfer, whether or not for value, which occurs after the closing of our initial public offering, except for certain transfers described in our restated certificate of incorporation, including transfers to family members, trusts solely for the benefit of the stockholder or their family members, and partnerships, corporations, and other entities exclusively owned by the stockholder or their family members. Once converted or transferred and converted into Class A common stock, the Class B common stock will not be reissued.

**Preferred Stock**

Upon the closing of our initial public offering, no shares of preferred stock will be outstanding, but we will be authorized, subject to limitations prescribed by Delaware law, to issue preferred stock in one or more series, to establish from time to time the number of shares to be included in each series and to fix the designation, powers, preferences and rights of the shares of each series and any of its qualifications, limitations or restrictions. Our board of directors also can increase or decrease the number of shares of any series, but not below the number of shares of that series then outstanding, without any further vote or action by our stockholders. Our board of directors may authorize the issuance of preferred stock with voting or conversion rights that could adversely affect the voting power or other rights of the holders of the common stock. The issuance of preferred stock, while providing flexibility in connection with possible acquisitions and other corporate purposes, could, among other things, have the effect of delaying, deferring or preventing a change in control of our company and may adversely affect the market price of our Class A common stock and the voting and other rights of the holders of common stock. We have no current plan to issue any shares of preferred stock.

**Options**

As of December 31, 2011, we had options to purchase 258,539,434 shares of our Class B common stock outstanding pursuant to our 2005 Stock Plan and the Officers' Plan.

**RSUs**

As of December 31, 2011, we had 378,772,184 shares of Class B common stock subject to RSUs outstanding pursuant to our 2005 Stock Plan.

131

PX0292-138

**Table of Contents**

**Voting Agreements**

Our CEO has entered into voting agreements with certain of our stockholders, which voting agreements will remain in effect after the completion of this offering. These voting agreements cover approximately 42,245,203 shares of Class A common stock and 485,199,231 shares of Class B common stock, which will represent approximately      % of the outstanding voting power of our capital stock after our initial public offering.

Under one type of voting agreement, stockholders agreed to vote all of their shares as directed by, and granted an irrevocable proxy to, Mr. Zuckerberg at his discretion on all matters to be voted upon by stockholders. The following individuals and entities hold shares of our capital stock that are subject to this type of voting agreement: ARPI 2, LLC; Matt Cohler and certain affiliated entities; Gregory Druckman; Michael Druckman; Richard Druckman; Steven Druckman; The Founders Fund, LP; Glynn Partners; Hommels Holding GmbH; Adam Moskovitz; Dustin Moskovitz and certain affiliated entities; Nancy and Richard Moskovitz and certain affiliated entities; Sean Parker and certain affiliated entities; Cara & Robert Scudder; Silicon Valley Community Foundation; certain entities affiliated with Technology Crossover Ventures; Valiant Capital Opportunities, LLC; and VHPI 2, LLC.

Under a second type of voting agreement, Mr. Zuckerberg has the authority (and irrevocable proxy) to vote these investors' shares at his discretion on all matters to be voted upon by stockholders, except for issuances of capital stock by us in excess of 20% of our then outstanding stock and matters which would disproportionately, materially and adversely affect such stockholder. This type of voting agreement also provides that the investor shall not: (1) acquire any ownership of any of our assets or business, (2) make any solicitation of proxies with respect to the voting of any of our securities, (3) form any "group" within the meaning of Section 13(d) of the Exchange Act, (4) nominate any person as director who is not nominated by the then incumbent directors, propose any matter to be voted upon by our stockholders or initiate or vote in favor of or call for a special meeting of the stockholders, or (5) publicly announce an intention to do any of the above. Following the completion of our initial public offering, a transferee of the shares currently subject to this type of voting agreement shall no longer be subject to the terms of the voting agreement if we have a two-class capital stock structure and a party to the agreement is transferring Class B common stock that, upon completion of the transfer, becomes Class A common stock or is transferring Class A common stock. DST Global Limited and certain affiliated entities and Mail.ru Group Limited hold shares of our capital stock that are subject to this type of voting agreement.

The third type of voting agreement contains the same substantive provisions as the second type of agreement. For some of the parties to this type of voting agreement, the provisions of the agreement do not apply to shares held by the investors prior to their secondary purchases. The following entities hold shares of our capital stock that are subject to this type of voting agreement: certain entities affiliated with Accel Partners and James W. Breyer, a member of our board of directors; certain entities affiliated with Elevation Partners; Felarmon Group Limited; certain entities affiliated with Greylock Partners; Li Ka Shing (Canada) Foundation; certain entities affiliated with Meritech Capital Partners; certain entities affiliated with Anand Rajaraman; Tiger Global FB Holdings, LLC; and certain entities affiliated with Venkatesh Harinarayan.

With the exception of up to 232,542,558 shares of Class B common stock, which will remain subject to the provisions of a voting agreement until Mr. Zuckerberg's death, if an investor sells, transfers, assigns, pledges or otherwise disposes of or encumbers the shares subject to these voting agreements after the completion of our initial public offering, the shares would no longer be subject to the provisions of the voting agreement. Voting agreements covering 42,245,203 shares our Class A common stock and 215,919,085 shares of our Class B common stock will terminate if Mr. Zuckerberg is no longer actively engaged in the management of the company.

We do not believe that the parties to these voting agreements constitute a "group" under Section 13 of the Exchange Act, as Mr. Zuckerberg exercises voting control over the shares held by these stockholders.

132

**Table of Contents**

**Registration Rights**

After our initial public offering, certain holders of shares of our common stock outstanding as of December 31, 2011 will be entitled to certain rights with respect to registration of such shares under the Securities Act. These shares are referred to as registrable securities. The holders of these registrable securities possess registration rights pursuant to the terms of our Sixth Amended and Restated Investors' Rights Agreement dated as of December 27, 2010 (IRA) and are described in additional detail below. We, along with entities affiliated with Mr. Thiel, Accel Partners, and DST Global Limited, as well as certain other parties, are parties to the IRA. We originally entered into the IRA in connection with our Series A financing in 2005 and it was amended in each of our future preferred stock financing rounds. The IRA was most recently amended in December 2010.

*Demand Registration Rights*

Under our IRA, upon the written request of the holders of a majority of the registrable securities then outstanding that we file a registration statement under the Securities Act with an anticipated aggregate price to the public of at least $10 million, we will be obligated to use our commercially reasonable efforts to register the sale of all registrable securities that holders may request in writing to be registered within 20 days of the mailing of a notice by us to all holders of such registration. The demand registration rights may not be exercised until six months after our initial public offering. We are required to effect no more than three registration statements which are declared or ordered effective. We may postpone the filing of a registration statement for up to 120 days once in a 12-month period if in the good faith judgment of our board of directors such registration would be detrimental to us, and we are not required to effect the filing of a registration statement during the period beginning 60 days prior to our good faith estimate of the date of the filing of, and ending on a date 90 days following the effective date of, a registration initiated by us (unless such offering is our initial public offering, in which case such ending date is 180 days following such registration).

*Piggyback Registration Rights*

If we register any of our securities for public sale, we will have to use all commercially reasonable efforts to register all registrable securities that the holders of such securities request in writing be registered within 20 days of mailing of notice by us to all holders of the proposed registration. However, this right does not apply to a registration relating to any of our stock plans, the offer and sale of debt securities, a corporate reorganization or other transaction under Rule 145 of the Securities Act, or a registration on any registration form that does not include substantially the same information as would be required to be included in a registration statement covering the sale of the registrable securities. The managing underwriter of any underwritten offering will have the right to limit, due to marketing reasons, the number of shares registered by these holders to 30% of the total shares covered by the registration statement, unless such offering is our initial public offering, in which case, these holders may be excluded if the underwriters determine that the sale of their shares may jeopardize the success of the offering.

*Form S-3 Registration Rights*

The holders of at least 30% of the registrable securities can request that we register all or a portion of their shares on Form S-3 if we are eligible to file a registration statement on Form S-3 and the aggregate price to the public of the shares offered is at least $2 million. We are required to file no more than two registration statements on Form S-3 upon exercise of these rights per 12-month period. We may postpone the filing of a registration statement for up to 120 days once in a 12-month period if in the good faith judgment of our board of directors such registration would be detrimental to us.

133

PX0292-140

Table of Contents

### Registration Expenses

We will pay all expenses incurred in connection with each of the registrations described above, except for underwriting discounts and commissions. However, we will not pay for any expenses of any demand or Form S-3 registration if the request is subsequently withdrawn at the request of a majority of the holders of the registrable securities to be registered, subject to limited exceptions.

### Expiration of Registration Rights

The registration rights described above will survive our initial public offering and will terminate as to any stockholder at such time as all of such stockholders' securities (together with any affiliate of the stockholder with whom such stockholder must aggregate its sales) could be sold without compliance with the registration requirements of the Securities Act pursuant to Rule 144 or following a deemed liquidation event under our current restated certificate of incorporation, but in any event no later than the five-year anniversary of our initial public offering.

### Anti-Takeover Provisions

So long as the outstanding shares of our Class B common stock represent a majority of the combined voting power of common stock, Mark Zuckerberg will effectively control all matters submitted to our stockholders for a vote, as well as the overall management and direction of our company, which will have the effect of delaying, deferring or discouraging another person from acquiring control of our company.

After such time as the shares of our Class B common stock no longer represent a majority of the combined voting power of our common stock, the provisions of Delaware law, our restated certificate of incorporation and our restated bylaws may have the effect of delaying, deferring or discouraging another person from acquiring control of our company.

### Delaware Law

Upon the closing of our initial public offering, we will be governed by the provisions of Section 203 of the Delaware General Corporation Law regulating corporate takeovers. This section prevents some Delaware corporations from engaging, under some circumstances, in a business combination, which includes a merger or sale of at least 10% of the corporation's assets with any interested stockholder, meaning a stockholder who, together with affiliates and associates, owns or, within three years prior to the determination of interested stockholder status, did own 15% or more of the corporation's outstanding voting stock, unless:

- the transaction is approved by the board of directors prior to the time that the interested stockholder became an interested stockholder;
- upon consummation of the transaction which resulted in the stockholder's becoming an interested stockholder, the interested stockholder owned at least 85% of the voting stock of the corporation outstanding at the time the transaction commenced, excluding stock owned by directors who are also officers of the corporation; or
- subsequent to such time that the stockholder became an interested stockholder the business combination is approved by the board of directors and authorized at an annual or special meeting of stockholders by at least two-thirds of the outstanding voting stock which is not owned by the interested stockholder.

A Delaware corporation may "opt out" of these provisions with an express provision in its original certificate of incorporation or an express provision in its certificate of incorporation or bylaws resulting from a stockholders' amendment approved by at least a majority of the outstanding voting shares. We have not opted out of these provisions. As a result, mergers or other takeover or change in control attempts of us may be discouraged or prevented.

134

PX0292-141

**Table of Contents**

**Restated Certificate of Incorporation and Bylaw Provisions**

Our restated certificate of incorporation and our restated bylaws will include a number of provisions that may have the effect of deterring hostile takeovers or delaying or preventing changes in control of our company, even after such time as the shares of our Class B common stock no longer represent a majority of the combined voting power of our common stock, including the following:

- *Separate Class B Vote for Certain Transactions.* Any transaction that would result in a change in control of our company will require the approval of a majority of our outstanding Class B common stock voting as a separate class. This provision could delay or prevent the approval of a change in control that might otherwise be approved by a majority of outstanding shares of our Class A and Class B common stock voting together on a combined basis.

- *Dual Class Stock.* As described above in "—Common Stock—Voting Rights," our restated certificate of incorporation provides for a dual class common stock structure, which provides Mark Zuckerberg, our founder, Chairman, and CEO, with the ability to control the outcome of matters requiring stockholder approval, even if he owns significantly less than a majority of the shares of our outstanding Class A and Class B common stock, including the election of directors and significant corporate transactions, such as a merger or other sale of our company or its assets.

- *Supermajority Approvals.* Our restated certificate of incorporation and restated bylaws do not provide that certain amendments to our restated certificate of incorporation or restated bylaws by stockholders will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock. However, when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, certain amendments to our restated certificate of incorporation or restated bylaws by stockholders will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock. This will have the effect of making it more difficult to amend our certificate of incorporation or restated bylaws to remove or modify certain provisions.

- *Board of Directors Vacancies.* Our restated certificate of incorporation and restated bylaws provide that stockholders may fill vacant directorships. When the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our restated certificate of incorporation and restated bylaws authorize only our board of directors to fill vacant directorships. In addition, the number of directors constituting our board of directors is set only by resolution adopted by a majority vote of our entire board of directors. These provisions restricting the filling of vacancies will prevent a stockholder from increasing the size of our board of directors and gaining control of our board of directors by filling the resulting vacancies with its own nominees.

- *Classified Board.* Our board of directors will not initially be classified. Our restated certificate of incorporation and restated bylaws provide that when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our board of directors will be classified into three classes of directors each of which will hold office for a three-year term. In addition, thereafter, directors may only be removed from the board of directors for cause. The existence of a classified board could delay a successful tender offeror from obtaining majority control of our board of directors, and the prospect of that delay might deter a potential offeror.

- *Stockholder Action; Special Meeting of Stockholders.* Our restated certificate of incorporation provides that stockholders will be able to take action by written consent. When the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our stockholders will no longer be able to take action by written consent, and will only be able to take action at annual or special meetings of our stockholders. Stockholders will not be permitted to cumulate their votes for the election of directors. Our restated bylaws further provide that special meetings of our stockholders may be called only by a majority of our board of directors, the chairman of our board of directors, our chief executive officer or our president.

135

**Table of Contents**

- *Advance Notice Requirements for Stockholder Proposals and Director Nominations.* Our restated bylaws provide advance notice procedures for stockholders seeking to bring business before our annual meeting of stockholders, or to nominate candidates for election as directors at any meeting of stockholders. Our restated bylaws also specify certain requirements regarding the form and content of a stockholder's notice. These provisions may preclude our stockholders from bringing matters before our annual meeting of stockholders or from making nominations for directors at our meetings of stockholders.

- *Issuance of Undesignated Preferred Stock.* Our board of directors has the authority, without further action by the stockholders, to issue up to         shares of undesignated preferred stock with rights and preferences, including voting rights, designated from time to time by the board of directors. The existence of authorized but unissued shares of preferred stock enables our board of directors to render more difficult or to discourage an attempt to obtain control of us by means of a merger, tender offer, proxy contest or otherwise.

### Choice of Forum

Our restated certificate of incorporation will provide that the Court of Chancery of the State of Delaware will be the exclusive forum for any derivative action or proceeding brought on our behalf; any action asserting a breach of fiduciary duty; any action asserting a claim against us arising pursuant to the Delaware General Corporation Law, our restated certificate of incorporation or our restated bylaws; or any action asserting a claim against us that is governed by the internal affairs doctrine.

### Listing

We intend to apply to list our common stock on          under the symbol "FB."

### Transfer Agent and Registrar

The transfer agent and registrar for our common stock is Computershare Trust Company, N.A.

136

Registration Statement on Form S-1

**Table of Contents**

### SHARES ELIGIBLE FOR FUTURE SALE

Before our initial public offering, there has not been a public market for shares of our Class A common stock. Future sales of substantial amounts of shares of our common stock, including shares issued upon the settlement of RSUs and exercise of outstanding options, in the public market after our initial public offering, or the possibility of these sales occurring, could cause the prevailing market price for our common stock to fall or impair our ability to raise equity capital in the future.

After our initial public offering, we will have outstanding          shares of our Class A common stock and          shares of our Class B common stock, based on the number of shares outstanding as of December 31, 2011. This includes          shares that we and the selling stockholders are selling in our initial public offering, which shares may be resold in the public market immediately following our initial public offering, and assumes no additional exercise of outstanding options (other than the exercise of the option held by Mr. Zuckerberg described elsewhere in this prospectus). In addition, we expect to issue          shares of our Class B common stock upon the net settlement of restricted stock units (RSUs) approximately six months following our initial public offering. Shares of our Class B common stock are convertible into an equivalent number of shares of our Class A common stock and generally convert into shares of our Class A common stock upon transfer.

The          shares of common stock that were not offered and sold in our initial public offering as well as shares underlying outstanding RSUs will be upon issuance, "restricted securities," as that term is defined in Rule 144 under the Securities Act. These restricted securities are eligible for public sale only if they are registered under the Securities Act or if they qualify for an exemption from registration under Rule 144 or Rule 701 under the Securities Act, which are summarized below.

As a result of the lock-up agreements and market standoff provisions described below and subject to the provisions of Rules 144 and 701 under the Securities Act, these restricted securities will be available for sale in the public market as follows:

- on the date of this prospectus, none of these restricted securities will be available for sale in the public market;

- 91 days after the date of this prospectus,          shares held by the selling stockholders other than Mr. Zuckerberg;

- approximately six months after the date of this prospectus, approximately          shares underlying net-settled RSUs;

- 181 days after the date of this prospectus,          shares;

- 211 days after the date of this prospectus,          shares held by the selling stockholders;

- beginning one year after the date of this prospectus,          shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates; and

- beginning 18 months after the date of this prospectus,          shares held by Mail.ru Group Limited and DST Global Limited and their respective affiliates.

Of the 138,539,434 shares of our Class B common stock that were subject to stock options outstanding (and not held by Mr. Zuckerberg) as of December 31, 2011, options to purchase 124,848,924 shares of Class B common stock were vested as of December 31, 2011 and the Class B common stock underlying such options will be eligible for sale approximately six months after the date of this prospectus. We expect an additional          shares of Class B common stock to be delivered upon the net settlement of RSUs between the date that is approximately six months after the date of this prospectus and December 31, 2012, which shares would be eligible for sale in the public market immediately following settlement.

137

PX0292-144

**Table of Contents**

### Rule 144

In general, under Rule 144 as currently in effect, once we have been subject to public company reporting requirements for at least 90 days, a person who is not deemed to have been one of our affiliates for purposes of the Securities Act at any time during the 90 days preceding a sale and who has beneficially owned the shares proposed to be sold for at least six months, including the holding period of any prior owner other than our affiliates, is entitled to sell those shares without complying with the manner of sale, volume limitation or notice provisions of Rule 144, subject to compliance with the public information requirements of Rule 144. If such a person has beneficially owned the shares proposed to be sold for at least one year, including the holding period of any prior owner other than our affiliates, then that person is entitled to sell those shares without complying with any of the requirements of Rule 144.

In general, under Rule 144, as currently in effect, our affiliates or persons selling shares on behalf of our affiliates are entitled to sell upon the expiration of the lock-up agreements described below, within any three-month period beginning 90 days after the date of this prospectus, a number of shares that does not exceed the greater of:

- 1% of the number of shares of common stock then outstanding, which will equal approximately          shares immediately after our initial public offering, or

- the average weekly trading volume of the common stock during the four calendar weeks preceding the filing of a notice on Form 144 with respect to such sale.

Sales under Rule 144 by our affiliates or persons selling shares on behalf of our affiliates are also subject to certain manner of sale provisions and notice requirements and to the availability of current public information about us.

### Rule 701

In general, under Rule 701 as currently in effect, any of our employees, consultants or advisors who purchase shares from us in connection with a compensatory stock or option plan or other written agreement in a transaction before the effective date of our initial public offering that was completed in reliance on Rule 701 and complied with the requirements of Rule 701 will, subject to the lock-up restrictions described below, be eligible to resell such shares 90 days after the date of this prospectus in reliance on Rule 144, but without compliance with certain restrictions, including the holding period, contained in Rule 144.

### Lock-Up Agreements and Market Standoff Provisions

Our officers, directors, employees, and substantially all of our stockholders have agreed with the underwriters or us, not to dispose of any of our common stock or securities convertible into or exchangeable for shares of our common stock for specified periods of time after the date of this prospectus, except with the prior written consent of Morgan Stanley & Co. LLC or us, as applicable. Under the terms of their lock-up agreements with the underwriters, the selling stockholders, other than Mr. Zuckerberg, are eligible to sell up to          shares of our common stock in the aggregate on the date that is 91 days after the date of this prospectus, up to          shares of our common stock in the aggregate on the date that is 181 days after the date of this prospectus, and the remaining shares of our common stock held by them 211 days after the date of this prospectus. Under the terms of their lock-up agreement with the underwriters, our directors, our executive officers, and certain stockholders not selling shares in this offering are eligible to sell shares of our common stock 181 days after the date of this prospectus. All other holders of our common stock, RSUs and options have previously entered into market standoff agreements with us not to sell or otherwise transfer any of their common stock or securities convertible into or exchangeable for shares of common stock for a period that extends through 180 days after the date of this prospectus. In addition, Mail.ru Group Limited and DST Global Limited and their respective affiliates have entered into an agreement with us to not sell their shares for certain periods of time

138

**Table of Contents**

ranging from six to 18 months following the date of this prospectus. See "Related Party Transactions—Conversion Agreement" for additional information about this agreement.

In addition, we have agreed with our underwriters not to sell any shares of our common stock or securities convertible into or exchangeable for shares of our common stock for a period of 180 days after the date of this prospectus, subject to certain customary exceptions. Morgan Stanley & Co. LLC may, in their sole discretion, at any time, release all or any portion of the shares from these restrictions.

See "Underwriting" for a more complete description of the lock-up agreements our directors, executive officers and the selling stockholders have entered into with the underwriters.

**Registration Rights**

Upon the closing of our initial public offering, certain holders of shares of our Class A common stock (including such shares of Class A common stock issuable upon conversion of our Class B common stock) will be entitled to rights with respect to the registration of the sale of these shares under the Securities Act. Registration of the sale of these shares under the Securities Act would result in these shares becoming fully tradable without restriction under the Securities Act immediately upon the effectiveness of the registration, except for shares purchased by affiliates. See "Description of Capital Stock—Registration Rights" for additional information.

**Registration Statement**

We intend to file a registration statement on Form S-8 under the Securities Act covering all of the shares of common stock subject to RSUs and options outstanding, as well as reserved for future issuance, under our stock plans. We expect to file this registration statement as soon as practicable after our initial public offering. However, none of the shares registered on Form S-8 will be eligible for resale until the expiration of the lock-up agreements to which they are subject.

139

**Table of Contents**

## MATERIAL U.S. FEDERAL TAX CONSIDERATIONS
## FOR NON-U.S. HOLDERS OF CLASS A COMMON STOCK

This section summarizes the material U.S. federal income and estate tax considerations relating to the acquisition, ownership and disposition of our common stock by "non-U.S. holders" (defined below) pursuant to this offering. This summary does not provide a complete analysis of all potential U.S. federal income tax considerations relating thereto. The information provided below is based upon provisions of the Code, Treasury regulations promulgated thereunder, administrative rulings, and judicial decisions currently in effect. These authorities may change at any time, possibly retroactively, or the Internal Revenue Service (IRS), might interpret the existing authorities differently. In either case, the tax considerations of owning or disposing of our common stock could differ from those described below.

For purposes of this summary, a "non-U.S. holder" is any holder of our Class A common stock, other than a partnership, that is not:

- an individual who is a citizen or resident of the United States;

- a corporation, or other entity taxable as a corporation, created or organized under the laws of the United States, any state therein or the District of Columbia;

- a trust if it (1) is subject to the primary supervision of a U.S. court and one of more U.S. persons have authority to control all substantial decisions of the trust or (2) has a valid election in effect under applicable U.S. Treasury regulations to be treated as a U.S. person; or

- an estate whose income is subject to U.S. income tax regardless of source.

If you are an individual, you may, in many cases, be deemed to be a resident alien, as opposed to a nonresident alien, by virtue of being present in the United States for at least 31 days in the calendar year and for an aggregate of at least 183 days during a three-year period ending in the current calendar year. For these purposes, all the days present in the current year, one-third of the days present in the immediately preceding year, and one-sixth of the days present in the second preceding year are counted. Resident aliens are subject to U.S. federal income tax as if they were U.S. citizens. Such an individual is urged to consult his or her own tax advisor regarding the U.S. federal income tax consequences of the ownership or disposition of our common stock. If a partnership or other pass-through entity is a beneficial owner of our common stock, the tax treatment of a partner in the partnership or an owner of the entity will depend upon the status of the partner or other owner and the activities of the partnership or other entity. Any partner in a partnership or owner of a pass-through entity holding shares of our common stock should consult its own tax advisor.

This discussion assumes that a non-U.S. holder will hold our common stock as a capital asset (generally, property held for investment). The summary generally does not address tax considerations that may be relevant to particular investors because of their specific circumstances, or because they are subject to special rules, including, without limitation, if the investor is a former citizen or long-term resident of the United States, "controlled foreign corporation," "passive foreign investment company," corporation that accumulates earnings to avoid U.S. federal income tax, real estate investment trust, regulated investment company, dealer in securities or currencies, financial institution, tax-exempt entity, insurance company, person holding our common stock as part of a hedging, integrated, conversion or constructive sale transaction or a straddle, trader in securities that elects to use a mark-to-market method of accounting, person liable for the alternative minimum tax, person who acquired our common stock as compensation for services, or partner in a partnership or beneficial owner of a pass-through entity that holds our common stock. Finally, the summary does not describe the effects of any applicable foreign, state or local laws, or, except to the extent discussed below, the effects of any applicable gift or estate tax laws.

140

PX0292-147

**Table of Contents**

INVESTORS CONSIDERING THE PURCHASE OF OUR CLASS A COMMON STOCK SHOULD CONSULT THEIR OWN TAX ADVISORS REGARDING THE APPLICATION OF THE U.S. FEDERAL INCOME AND ESTATE TAX LAWS TO THEIR PARTICULAR SITUATIONS AND THE CONSEQUENCES OF FOREIGN, STATE OR LOCAL LAWS, AND TAX TREATIES.

**Dividends**

We do not expect to declare or pay any dividends on our Class A common stock in the foreseeable future. If we do pay dividends on shares of our Class A common stock, however, such distributions will constitute dividends for U.S. federal income tax purposes to the extent paid from our current or accumulated earnings and profits, as determined under U.S. federal income tax principles. Distributions in excess of our current and accumulated earnings and profits will constitute a return of capital that is applied against and reduces, but not below zero, a non-U.S. holder's adjusted tax basis in shares of our common stock. Any remaining excess will be treated as gain realized on the sale or other disposition of our Class A common stock. See "—Sale of Class A Common Stock."

Any dividend paid to a non-U.S. holder on our Class A common stock will generally be subject to U.S. withholding tax at a 30% rate. The withholding tax might not apply, however, or might apply at a reduced rate, under the terms of an applicable income tax treaty between the United States and the non-U.S. holder's country of residence. You should consult your tax advisors regarding your entitlement to benefits under a relevant income tax treaty. Generally, in order for us or our paying agent to withhold tax at a lower treaty rate, a non-U.S. holder must certify its entitlement to treaty benefits. A non-U.S. holder generally can meet this certification requirement by providing a Form W-8BEN (or any successor form) or appropriate substitute form to us or our paying agent. If the non-U.S. holder holds the stock through a financial institution or other agent acting on the holder's behalf, the holder will be required to provide appropriate documentation to the agent. The holder's agent will then be required to provide certification to us or our paying agent, either directly or through other intermediaries. For payments made to a partnership or other pass-through entity, the certification requirements generally apply to the partners or other owners rather than to the partnership or other entity, and the partnership or other entity must provide the partners' or other owners' documentation to us or our paying agent. If you are eligible for a reduced rate of U.S. federal withholding tax under an income tax treaty, you may obtain a refund or credit of any excess amounts withheld by filing an appropriate claim for a refund with the IRS in a timely manner.

Dividends received by a non-U.S. holder that are effectively connected with a U.S. trade or business conducted by the non-U.S. holder, and if required by an applicable income tax treaty between the United States and the non-U.S. holder's country of residence, are attributable to a permanent establishment maintained by the non-U.S. holder in the United States, are not subject to such withholding tax. To obtain this exemption, a non-U.S. holder must provide us with an IRS Form W-8ECI properly certifying such exemption. Such effectively connected dividends, although not subject to withholding tax, are taxed at the same graduated rates applicable to U.S. persons, net of certain deductions and credits. In addition to the graduated tax described above, dividends received by corporate non-U.S. holders that are effectively connected with a U.S. trade or business of the corporate non-U.S. holder may also be subject to a branch profits tax at a rate of 30% or such lower rate as may be specified by an applicable tax treaty.

**Sale of Class A Common Stock**

Non-U.S. holders will generally not be subject to U.S. federal income tax on any gains realized on the sale, exchange or other disposition of our Class A common stock unless:

- the gain (1) is effectively connected with the conduct by the non-U.S. holder of a U.S. trade or business and (2) if required by an applicable income tax treaty between the United States and the non-U.S. holder's country of residence, is attributable to a permanent establishment (or, in certain cases

141

PX0292-148

**Table of Contents**

involving individual holders, a fixed base) maintained by the non-U.S. holder in the United States (in which case the special rules described below apply);

- the non-U.S. holder is an individual who is present in the United States for 183 days or more in the taxable year of the sale, exchange or other disposition of our common stock, and certain other requirements are met (in which case the gain would be subject to a flat 30% tax, or such reduced rate as may be specified by an applicable income tax treaty, which may be offset by U.S. source capital losses, even though the individual is not considered a resident of the United States); or

- the rules of the Foreign Investment in Real Property Tax Act (FIRPTA) treat the gain as effectively connected with a U.S. trade or business.

The FIRPTA rules may apply to a sale, exchange or other disposition of our common stock if we are, or were within the shorter of the five-year period preceding the disposition and the non-U.S. holder's holding period, a "U.S. real property holding corporation," or USRPHC. In general, we would be a USRPHC if interests in U.S. real estate comprised at least half of our business assets. We do not believe that we are a USRPHC and we do not anticipate becoming one in the future. Even if we become a USRPHC, as long as our common stock is regularly traded on an established securities market, such common stock will be treated as U.S. real property interests only if beneficially owned by a non-U.S. holder that actually or constructively owned more than 5% of our outstanding common stock at some time within the five-year period preceding the disposition.

If any gain from the sale, exchange or other disposition of our Class A common stock, (1) is effectively connected with a U.S. trade or business conducted by a non-U.S. holder and (2) if required by an applicable income tax treaty between the United States and the non-U.S. holder's country of residence, is attributable to a permanent establishment (or, in certain cases involving individuals, a fixed base) maintained by such non-U.S. holder in the United States, then the gain generally will be subject to U.S. federal income tax at the same graduated rates applicable to U.S. persons, net of certain deductions and credits. If the non-U.S. holder is a corporation, under certain circumstances, that portion of its earnings and profits that is effectively connected with its U.S. trade or business, subject to certain adjustments, generally would be subject also to a "branch profits tax." The branch profits tax rate is generally 30%, although an applicable income tax treaty between the United States and the non-U.S. holder's country of residence might provide for a lower rate.

**U.S. Federal Estate Tax**

The estates of nonresident alien individuals generally are subject to U.S. federal estate tax on property with a U.S. situs. Because we are a U.S. corporation, our Class A common stock will be U.S. situs property and therefore will be included in the taxable estate of a nonresident alien decedent, unless an applicable estate tax treaty between the United States and the decedent's country of residence provides otherwise.

**Backup Withholding and Information Reporting**

The Code and the Treasury regulations require those who make specified payments to report the payments to the IRS. Among the specified payments are dividends and proceeds paid by brokers to their customers. The required information returns enable the IRS to determine whether the recipient properly included the payments in income. This reporting regime is reinforced by "backup withholding" rules. These rules require the payors to withhold tax from payments subject to information reporting if the recipient fails to cooperate with the reporting regime by failing to provide his taxpayer identification number to the payor, furnishing an incorrect identification number, or failing to report interest or dividends on his returns. The backup withholding tax rate is currently 28%. The backup withholding rules do not apply to payments to corporations, whether domestic or foreign.

Payments to non-U.S. holders of dividends on Class A common stock generally will not be subject to backup withholding, so long as the non-U.S. holder certifies its nonresident status (and we or our paying agent do not have actual knowledge or reason to know the holder is a U.S. person or that the conditions of any other exemption are not, in fact, satisfied) or otherwise establishes an exemption. The certification procedures to claim

142

Registration Statement on Form S-1

**Table of Contents**

treaty benefits described in "—Dividends" will satisfy the certification requirements necessary to avoid the backup withholding tax as well. We must report annually to the IRS any dividends paid to each non-U.S. holder and the tax withheld, if any, with respect to these dividends. Copies of these reports may be made available to tax authorities in the country where the non-U.S. holder resides.

Under the Treasury regulations, the payment of proceeds from the disposition of shares of our Class A common stock by a non-U.S. holder made to or through a U.S. office of a broker generally will be subject to information reporting and backup withholding unless the beneficial owner certifies, under penalties of perjury, among other things, its status as a non-U.S. holder (and the broker does not have actual knowledge or reason to know the holder is a U.S. person) or otherwise establishes an exemption. The payment of proceeds from the disposition of shares of our Class A common stock by a non-U.S. holder made to or through a non-U.S. office of a broker generally will not be subject to backup withholding and information reporting, except as noted below. Information reporting, but not backup withholding, will apply to a payment of proceeds, even if that payment is made outside of the United States, if you sell our common stock through a non-U.S. office of a broker that is:

- a U.S. person (including a foreign branch or office of such person);
- a "controlled foreign corporation" for U.S. federal income tax purposes;
- a foreign person 50% or more of whose gross income from certain periods is effectively connected with a U.S. trade or business; or
- a foreign partnership if at any time during its tax year (a) one or more of its partners are U.S. persons who, in the aggregate, hold more than 50% of the income or capital interests of the partnership or (b) the foreign partnership is engaged in a U.S. trade or business;

unless the broker has documentary evidence that the beneficial owner is a non-U.S. holder and certain other conditions are satisfied, or the beneficial owner otherwise establishes an exemption (and the broker has no actual knowledge or reason to know to the contrary).

Backup withholding is not an additional tax. Any amounts withheld from a payment to a holder of Class A common stock under the backup withholding rules can be credited against any U.S. federal income tax liability of the holder and may entitle the holder to a refund, provided that the required information is furnished to the IRS in a timely manner.

Recent legislation and administrative guidance generally imposes withholding at a rate of 30% on payments to certain foreign entities of dividends on and the gross proceeds of dispositions of U.S. common stock, unless various U.S. information reporting and due diligence requirements (generally relating to ownership by U.S. persons of interests in or accounts with those entities) have been satisfied. These withholding requirements are expected to be phased in for dividend payments made on or after January 1, 2014, and for payments of gross proceeds of dispositions of U.S. common stock made on or after January 1, 2015. Non-U.S. holders should consult their tax advisors regarding the possible implications of this legislation on their investment in our common stock.

THE PRECEDING DISCUSSION OF U.S. FEDERAL TAX CONSIDERATIONS IS FOR GENERAL INFORMATION ONLY. IT IS NOT TAX ADVICE. EACH PROSPECTIVE INVESTOR SHOULD CONSULT ITS OWN TAX ADVISOR REGARDING THE PARTICULAR U.S. FEDERAL, STATE, LOCAL AND FOREIGN TAX CONSEQUENCES OF PURCHASING, HOLDING AND DISPOSING OF OUR CLASS A COMMON STOCK, INCLUDING THE CONSEQUENCES OF ANY PROPOSED CHANGE IN APPLICABLE LAWS.

143

PX0292-150

Registration Statement on Form S-1

**Table of Contents**

# UNDERWRITING

Under the terms and subject to the conditions contained in an underwriting agreement dated the date of this prospectus, the underwriters named below, for which Morgan Stanley & Co. LLC is acting as representative, have severally agreed to purchase, and we and the selling stockholders have agreed to sell to them, severally, the number of shares indicated below:

| Name | Number of Shares |
|---|---|
| Morgan Stanley & Co. LLC | |
| J.P. Morgan Securities LLC | |
| Goldman, Sachs & Co. | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | |
| Barclays Capital Inc. | |
| Allen & Company LLC | |
| Total: | |

The underwriters and the representative are collectively referred to as the "underwriters" and the "representative," respectively. The underwriters are offering the shares of Class A common stock subject to their acceptance of the shares from us and subject to prior sale. The underwriting agreement provides that the obligations of the several underwriters to pay for and accept delivery of the shares of Class A common stock offered by this prospectus are subject to the approval of certain legal matters by their counsel and to certain other conditions. The underwriters are obligated to take and pay for all of the shares of Class A common stock offered by this prospectus if any such shares are taken. However, the underwriters are not required to take or pay for the shares covered by the underwriters' over-allotment option described below. If an underwriter defaults, the underwriting agreement provides that the purchase commitments of the non-defaulting underwriters may be increased.

The underwriters initially propose to offer part of the shares of Class A common stock directly to the public at the initial public offering price listed on the cover page of this prospectus and part to certain dealers at a price that represents a concession not in excess of $      a share under the public offering price. After the initial offering of the shares of Class A common stock, the offering price and other selling terms may from time to time be varied by the representative.

We and the selling stockholders have granted to the underwriters an option, exercisable for 30 days from the date of this prospectus, to purchase up to            additional shares of common stock at the public offering price listed on the cover page of this prospectus, less underwriting discounts and commissions. The underwriters may exercise this option solely for the purpose of covering over-allotments, if any, made in connection with the offering of the shares of Class A common stock offered by this prospectus. To the extent the option is exercised, each underwriter will become obligated, subject to certain conditions, to purchase about the same percentage of the additional shares of Class A common stock as the number listed next to the underwriter's name in the preceding table bears to the total number of shares of Class A common stock listed next to the names of all underwriters in the preceding table.

144

PX0292-151

**Table of Contents**

The following table shows the per share and total public offering price, underwriting discounts and commissions, and proceeds before expenses to us and the selling stockholders. These amounts are shown assuming both no exercise and full exercise of the underwriters' option to purchase up to an additional        shares of common stock.

|  | Per Share | Total | |
|---|---|---|---|
|  |  | No Exercise | Full Exercise |
| Public offering price | $ | $ | $ |
| Underwriting discounts and commissions to be paid by: |  |  |  |
|     Us | $ | $ | $ |
|     The selling stockholders | $ | $ | $ |
| Proceeds, before expenses, to us | $ | $ | $ |
| Proceeds, before expenses, to the selling stockholders | $ | $ | $ |

The underwriters have agreed to reimburse us for certain expenses in connection with our initial public offering. The estimated offering expenses payable by us, exclusive of the underwriting discounts and commissions, are approximately $         million, which includes legal, accounting, and printing costs and various other fees associated with the registration and listing of our Class A common stock.

The underwriters have informed us that they do not intend sales to discretionary accounts to exceed 5% of the total number of shares of Class A common stock offered by them.

We intend to apply to have our Class A common stock quoted on         under the trading symbol "FB."

We, all of our directors and executive officers, and the selling stockholders have agreed that, without the prior written consent of Morgan Stanley & Co. LLC on behalf of the underwriters, we and they will not, during specified periods of time after the date of this prospectus:

- offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase lend or otherwise transfer or dispose of, directly or indirectly, any shares of common stock or other securities convertible into or exercisable or exchangeable for common stock;

- enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the common stock; or

- make a demand for, or in our case file, a registration statement with the SEC relating to the offering of any shares of common stock or any securities convertible into or exercisable or exchangeable for common stock.

The restrictions described in the immediately preceding paragraph are subject to customary exceptions.

In order to facilitate our initial public offering of the Class A common stock, the underwriters may engage in transactions that stabilize, maintain or otherwise affect the price of the Class A common stock. Specifically, the underwriters may sell more shares than they are obligated to purchase under the underwriting agreement, creating a short position. A short sale is covered if the short position is no greater than the number of shares available for purchase by the underwriters under the over-allotment option. The underwriters can close out a covered short sale by exercising the over-allotment option or purchasing shares in the open market. In determining the source of shares to close out a covered short sale, the underwriters will consider, among other things, the open market price of shares compared to the price available under the over-allotment option. The underwriters may also sell shares in excess of the over-allotment option, creating a naked short position. The

145

PX0292-152

**Table of Contents**

underwriters must close out any naked short position by purchasing shares in the open market. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the common stock in the open market after pricing that could adversely affect investors who purchase in our initial public offering. As an additional means of facilitating our initial public offering, the underwriters may bid for, and purchase, shares of Class A common stock in the open market. The underwriting syndicate also may reclaim selling concessions allowed to an underwriter or a dealer for distributing the Class A common stock in the offering, if the syndicate repurchases previously distributed Class A common stock to cover syndicate short positions or to stabilize the price of the common stock. These activities may raise or maintain the market price of the Class A common stock above independent market levels or prevent or retard a decline in the market price of the common stock. The underwriters are not required to engage in these activities and may end any of these activities at any time.

We, the selling stockholders, and the underwriters have agreed to indemnify each other against certain liabilities, including liabilities under the Securities Act.

A prospectus in electronic format may be made available on websites maintained by one or more underwriters, or selling group members, if any, participating in our initial public offering. The representative may agree to allocate a number of shares of common stock to underwriters for sale to their online brokerage account holders. Internet distributions will be allocated by the representative to underwriters that may make Internet distributions on the same basis as other allocations.

The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include securities trading, commercial and investment banking, financial advisory, investment management, principal investment, hedging, financing and brokerage activities. Certain of the underwriters and their respective affiliates have, from time to time, performed, and may in the future perform, various financial advisory and investment banking services for us, for which they received or will receive customary fees and expenses.

In 2010 and 2011, certain entities affiliated with Morgan Stanley & Co. LLC purchased shares of our Class B common stock from certain existing stockholders. In addition, Erskine B. Bowles, a member of our board of directors, also serves as a member of the board of directors of Morgan Stanley.

In February 2011, we entered into a credit agreement with five lenders, including affiliates of Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Barclays Capital Inc., to borrow up to $1,500 million in revolving loans. In September 2011, the credit agreement was amended to increase the borrowing capacity to $2,500 million. Pursuant to the terms of the credit agreement, as amended, we are required to pay ongoing commitment fees of 0.15% of the unused commitment per year. The interest rate for the credit facility is determined based on a formula using certain market rates, as described in the credit agreement.

In December 2010 and January 2011, affiliates of Goldman, Sachs & Co., one of the underwriters, purchased an aggregate of 69,544,363 shares of our Class A common stock for an aggregate purchase price of $1,450 million. As part of the transaction, the affiliates entered into the Sixth Amended and Restated Investors' Rights Agreement. Pursuant to the purchase agreement, one of the affiliates had an option to sell 3,597,122 shares of Class A common stock to DST Global Limited at the same price, and on the same terms, set forth in the purchase agreement. The affiliate exercised its option in January 2011.

In the ordinary course of their various business activities, the underwriters and their respective affiliates may make or hold a broad array of investments and actively trade debt and equity securities (or related derivative securities) and financial instruments (including bank loans) for their own account and for the accounts of their customers and may at any time hold long and short positions in such securities and instruments. Such investment and securities activities may involve our securities and instruments. The underwriters and their respective affiliates may also make investment recommendations or publish or express independent research views in

146

**Table of Contents**

respect of such securities or instruments and may at any time hold, or recommend to clients that they acquire, long or short positions in such securities and instruments.

**Pricing of the Offering**

Prior to our initial public offering, there has been no public market for our Class A common stock. The initial public offering price will be determined by negotiations among us, the selling stockholders, and the representative of the underwriters. Among the factors considered in determining the initial public offering price were our future prospects and those of our industry in general, our sales, earnings and certain other financial and operating information in recent periods, and the price-earnings ratios, price-sales ratios, market prices of securities, and certain financial and operating information of companies engaged in activities similar to ours. The estimated initial public offering price range set forth on the cover page of this preliminary prospectus is subject to change as a result of market conditions and other factors. Neither we nor the underwriters can assure investors that an active trading market for the shares will develop, or that after the offering the shares will trade in the public market at or above the initial public offering price.

**Selling Restrictions**

*European Economic Area*

In relation to each Member State of the European Economic Area which has implemented the Prospectus Directive, with effect from and including the date on which the Prospectus Directive is implemented in that Member State, an offer of securities may not be made to the public in that Member State, other than:

(a) to any legal entity that is a qualified investor as defined in the Prospectus Directive;

(b) to fewer than 100 or, if that Member State has implemented the relevant provision of the 2010 PD Amending Directive, 150 natural or legal persons (other than "qualified investors" as defined in the Prospectus Directive) subject to obtaining the prior consent of the representative; or

(c) in any other circumstances that do not require the publication of a prospectus pursuant to Article 3 of the Prospectus Directive;

provided that no such offer of securities shall require us or any underwriter to publish a prospectus pursuant to Article 3 of the Prospectus Directive.

For the purposes of the above, the expression an "offer of securities to the public" in relation to any securities in any Member State means the communication in any form and by any means of sufficient information on the terms of the offer and the securities to be offered so as to enable an investor to decide to purchase or subscribe for the securities, as the same may be varied in that Member State by any measure implementing the Prospectus Directive in that Member State (and amendments thereto, including the 2010 PD Amending Directive, to the extent implemented in that Member State), and the expression "Prospectus Directive" means Directive 2003/71/EC and includes any relevant implementing measure in that Member State, and the expression "2010 PD Amending Directive" means Directive 2010/73/EU.

*United Kingdom*

This prospectus and any other material in relation to the shares described herein is only being distributed to, and is only directed at, persons in the United Kingdom that are qualified investors within the meaning of Article 2(1)(e) of the Prospective Directive ("qualified investors") that also (i) have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, as amended, or the Order, (ii) who fall within Article 49(2)(a) to (d) of the Order or (iii) to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). The shares are only available to, and any invitation, offer or agreement to purchase or

147

Registration Statement on Form S-1

**Table of Contents**

otherwise acquire such shares will be engaged in only with, relevant persons. This prospectus and its contents are confidential and should not be distributed, published or reproduced (in whole or in part) or disclosed by recipients to any other person in the United Kingdom. Any person in the United Kingdom that is not a relevant person should not act or rely on this prospectus or any of its contents.

### Hong Kong

The shares may not be offered or sold by means of any document other than (i) in circumstances which do not constitute an offer to the public within the meaning of the Companies Ordinance (Cap.32, Laws of Hong Kong), or (ii) to "professional investors" within the meaning of the Securities and Futures Ordinance (Cap.571, Laws of Hong Kong) and any rules made thereunder, or (iii) in other circumstances which do not result in the document being a "prospectus" within the meaning of the Companies Ordinance (Cap.32, Laws of Hong Kong), and no advertisement, invitation or document relating to the shares may be issued or may be in the possession of any person for the purpose of issue (in each case whether in Hong Kong or elsewhere), which is directed at, or the contents of which are likely to be accessed or read by, the public in Hong Kong (except if permitted to do so under the laws of Hong Kong) other than with respect to shares which are or are intended to be disposed of only to persons outside Hong Kong or only to "professional investors" within the meaning of the Securities and Futures Ordinance (Cap.571 Laws of Hong Kong) and any rules made thereunder.

### Singapore

This prospectus has not been registered as a prospectus with the Monetary Authority of Singapore. Accordingly, this prospectus and any other document or material in connection with the offer or sale, or invitation for subscription or purchase, of the shares may not be circulated or distributed, nor may the shares be offered or sold, or be made the subject of an invitation for subscription or purchase, whether directly or indirectly, to persons in Singapore other than (i) to an institutional investor under Section 274 of the Securities and Futures Act, Chapter 289 of Singapore (SFA), (ii) to a relevant person, or any person pursuant to Section 275(1A), and in accordance with the conditions, specified in Section 275 of the SFA or (iii) otherwise pursuant to, and in accordance with the conditions of, any other applicable provision of the SFA.

Where the shares are subscribed or purchased under Section 275 by a relevant person which is: (a) a corporation (which is not an accredited investor) the sole business of which is to hold investments and the entire share capital of which is owned by one or more individuals, each of whom is an accredited investor; or (b) a trust (where the trustee is not an accredited investor) whose sole purpose is to hold investments and each beneficiary is an accredited investor, shares, debentures and units of shares and debentures of that corporation or the beneficiaries' rights and interest in that trust shall not be transferable for six months after that corporation or that trust has acquired the shares under Section 275 except: (1) to an institutional investor under Section 274 of the SFA or to a relevant person, or any person pursuant to Section 275(1A), and in accordance with the conditions, specified in Section 275 of the SFA; (2) where no consideration is given for the transfer; or (3) by operation of law.

### Japan

The securities have not been and will not be registered under the Financial Instruments and Exchange Law of Japan (the Financial Instruments and Exchange Law) and may not be offered or sold, directly or indirectly, in Japan or to, or for the benefit of, any resident of Japan (which term as used herein means any person resident in Japan, including any corporation or other entity organized under the laws of Japan), or to others for re-offering or resale, directly or indirectly, in Japan or to a resident of Japan, except pursuant to an exemption from the registration requirements of, and otherwise in compliance with, the Financial Instruments and Exchange Law and any other applicable laws, regulations and ministerial guidelines of Japan.

148

**Table of Contents**

### Notice to Prospective Investors in Switzerland

The shares may not be publicly offered in Switzerland and will not be listed on the SIX Swiss Exchange (SIX) or on any other stock exchange or regulated trading facility in Switzerland. This document has been prepared without regard to the disclosure standards for issuance prospectuses under art. 652a or art. 1156 of the Swiss Code of Obligations or the disclosure standards for listing prospectuses under art. 27 ff. of the SIX Listing Rules or the listing rules of any other stock exchange or regulated trading facility in Switzerland. Neither this document nor any other offering or marketing material relating to the shares or the offering may be publicly distributed or otherwise made publicly available in Switzerland.

Neither this document nor any other offering or marketing material relating to the offering, the Company, or the shares have been or will be filed with or approved by any Swiss regulatory authority. In particular, this document will not be filed with, and the offer of shares will not be supervised by, the Swiss Financial Market Supervisory Authority FINMA (FINMA), and the offer of shares has not been and will not be authorized under the Swiss Federal Act on Collective Investment Schemes (CISA). The investor protection afforded to acquirers of interests in collective investment schemes under the CISA does not extend to acquirers of the shares.

### Notice to Prospective Investors in the Dubai International Financial Centre

This prospectus relates to an Exempt Offer in accordance with the Offered Securities Rules of the Dubai Financial Services Authority (DFSA). This prospectus is intended for distribution only to persons of a type specified in the Offered Securities Rules of the DFSA. It must not be delivered to, or relied on by, any other person. The DFSA has no responsibility for reviewing or verifying any documents in connection with Exempt Offers. The DFSA has not approved this prospectus nor taken steps to verify the information set forth herein and has no responsibility for the prospectus. The shares to which this prospectus relates may be illiquid and/or subject to restrictions on their resale. Prospective purchasers of the shares offered should conduct their own due diligence on the shares. If you do not understand the contents of this prospectus you should consult an authorized financial advisor.

149

PX0292-156

**Table of Contents**

## LEGAL MATTERS

The validity of the shares of Class A common stock offered hereby will be passed upon for us by Fenwick & West LLP, Mountain View, California. Simpson Thacher & Bartlett LLP, Palo Alto, California is acting as counsel to the underwriters.

## EXPERTS

Ernst & Young LLP, independent registered public accounting firm, has audited our consolidated financial statements at December 31, 2010 and 2011, and for each of the three years in the period ended December 31, 2011, as set forth in their report. We have included our financial statements in the prospectus and elsewhere in the registration statement in reliance on Ernst & Young LLP's report, given on their authority as experts in accounting and auditing.

## WHERE YOU CAN FIND ADDITIONAL INFORMATION

We have filed with the SEC a registration statement on Form S-1 under the Securities Act with respect to the shares of Class A common stock offered hereby. This prospectus, which constitutes a part of the registration statement, does not contain all of the information set forth in the registration statement or the exhibits filed therewith. For further information about us and the common stock offered hereby, reference is made to the registration statement and the exhibits filed therewith. Statements contained in this prospectus regarding the contents of any contract or any other document that is filed as an exhibit to the registration statement are not necessarily complete, and in each instance we refer you to the copy of such contract or other document filed as an exhibit to the registration statement. We currently do not file periodic reports with the SEC. Upon closing of our initial public offering, we will be required to file periodic reports, proxy statements and other information with the SEC pursuant to the Exchange Act. A copy of the registration statement and the exhibits filed therewith may be inspected without charge at the public reference room maintained by the SEC, located at 100 F Street, NE, Washington, DC 20549, and copies of all or any part of the registration statement may be obtained from that office. Please call the SEC at 1-800-SEC-0330 for further information about the public reference room. The SEC also maintains a website that contains reports, proxy and information statements and other information regarding registrants that file electronically with the SEC. The address of the website is www.sec.gov.

150

**Table of Contents**

## FACEBOOK, INC.
## INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

Report of Ernst & Young LLP, Independent Registered Public Accounting Firm                                    F-2

Consolidated Financial Statements:

Consolidated Balance Sheets                                                                                   F-3

Consolidated Statements of Income                                                                             F-4

Consolidated Statements of Stockholders' Equity                                                              F-5

Consolidated Statements of Cash Flows                                                                         F-6

Notes to Consolidated Financial Statements                                                                   F-7

F-1

**Table of Contents**

### Report of Ernst & Young LLP, Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Facebook, Inc.

We have audited the accompanying consolidated balance sheets of Facebook, Inc. as of December 31, 2010 and 2011, and the related consolidated statements of income, stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2011. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Facebook, Inc. at December 31, 2010 and 2011, and the consolidated results of its operations and its cash flows for each of the three years in the period ended December 31, 2011, in conformity with U.S. generally accepted accounting principles.

/s/ Ernst & Young LLP

San Francisco, California
February 1, 2012

F-2

PX0292-159

Registration Statement on Form S-1

**Table of Contents**

**FACEBOOK, INC.**
**CONSOLIDATED BALANCE SHEETS**
*(In millions, except for number of shares and par value)*

| | December 31, | | Pro Forma December 31, 2011 |
|---|---|---|---|
| | 2010 | 2011 | (unaudited) |
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $1,785 | $1,512 | $ 1,512 |
| Marketable securities | — | 2,396 | 2,396 |
| Accounts receivable, net of allowances for doubtful accounts of $11 and $17 as of December 31, 2010 and 2011, respectively | 373 | 547 | 547 |
| Prepaid expenses and other current assets | 88 | 149 | 478 |
| Total current assets | 2,246 | 4,604 | 4,933 |
| Property and equipment, net | 574 | 1,475 | 1,475 |
| Goodwill and intangible assets, net | 96 | 162 | 162 |
| Other assets | 74 | 90 | 90 |
| **Total assets** | $2,990 | $6,331 | $ 6,660 |
| **Liabilities and stockholders' equity** | | | |
| Current liabilities: | | | |
| Accounts payable | $ 29 | $ 63 | $ 63 |
| Platform partners payable | 75 | 171 | 171 |
| Accrued expenses and other current liabilities | 137 | 296 | 296 |
| Deferred revenue and deposits | 42 | 90 | 90 |
| Current portion of capital lease obligations | 106 | 279 | 279 |
| Total current liabilities | 389 | 899 | 899 |
| Capital lease obligations, less current portion | 117 | 398 | 398 |
| Long-term debt | 250 | — | — |
| Other liabilities | 72 | 135 | 135 |
| Total liabilities | 828 | 1,432 | 1,432 |
| Commitments and contingencies | | | |
| Stockholders' equity: | | | |
| Convertible preferred stock, $0.000006 par value, issuable in series: 569 million shares authorized, 541 million and 543 million shares issued and outstanding at December 31, 2010 and 2011, respectively (aggregate liquidation preference of $615 million as of December 31, 2011); no shares authorized, issued and outstanding, pro forma | 615 | 615 | — |
| Common stock, $0.000006 par value: 4,141 million Class A shares authorized, 60 million shares issued and outstanding at December 31, 2010, and 117 million shares issued and outstanding, including 1 million outstanding shares subject to repurchase at December 31, 2011 and pro forma; 4,141 million Class B shares authorized, 1,112 million, 1,213 million and 1,759 million shares issued and outstanding, including 5 million, 2 million and 2 million outstanding shares subject to repurchase, at December 31, 2010, 2011 and 2011 pro forma, respectively | — | — | — |
| Additional paid-in capital | 947 | 2,684 | 4,267 |
| Accumulated other comprehensive loss | (6) | (6) | (6) |
| Retained earnings | 606 | 1,606 | 967 |
| Total stockholders' equity | 2,162 | 4,899 | 5,228 |
| **Total liabilities and stockholders' equity** | $2,990 | $6,331 | $ 6,660 |

*See Notes to Consolidated Financial Statements.*

F-3

PX0292-160

**Table of Contents**

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF INCOME**
*(In millions, except per share amounts)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2009 | 2010 | 2011 |
| **Revenue** | $ 777 | $1,974 | $3,711 |
| **Costs and expenses:** | | | |
| Cost of revenue | 223 | 493 | 860 |
| Marketing and sales | 115 | 184 | 427 |
| Research and development | 87 | 144 | 388 |
| General and administrative | 90 | 121 | 280 |
| Total costs and expenses | 515 | 942 | 1,955 |
| **Income from operations** | 262 | 1,032 | 1,756 |
| Other expense, net: | | | |
| Interest expense | (10) | (22) | (42) |
| Other income (expense), net | 2 | (2) | (19) |
| Income before provision for income taxes | 254 | 1,008 | 1,695 |
| Provision for income taxes | 25 | 402 | 695 |
| **Net income** | $ 229 | $ 606 | $1,000 |
| Net income attributable to participating securities | 107 | 234 | 332 |
| **Net income attributable to Class A and Class B common stockholders** | $ 122 | $ 372 | $ 668 |
| **Earnings per share attributable to Class A and Class B common stockholders:** | | | |
| Basic | $ 0.12 | $ 0.34 | $ 0.52 |
| Diluted | $ 0.10 | $ 0.28 | $ 0.46 |
| **Pro forma earnings per share attributable to Class A and Class B common stockholders (unaudited):** | | | |
| Basic | | | $ 0.49 |
| Diluted | | | $ 0.43 |
| **Share-based compensation expense included in costs and expenses:** | | | |
| Cost of revenue | $ — | $ — | $ 9 |
| Marketing and sales | 2 | 2 | 43 |
| Research and development | 6 | 9 | 114 |
| General and administrative | 19 | 9 | 51 |
| Total share-based compensation expense | $ 27 | $ 20 | $ 217 |

*See Notes to Consolidated Financial Statements.*

F-4

**Table of Contents**

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
*(In millions)*

| | Convertible Preferred Stock | | Class A and Class B Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Loss | Retained Earnings (Accumulated Deficit) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Par Value | | | | |
| Balances at December 31, 2008 | 499 | $ 415 | 1,007 | $ — | $ 147 | $ — | $ (229) | $ 333 |
| Issuance of Series E convertible preferred stock, net of issuance costs | 44 | 200 | — | — | — | — | — | 200 |
| Issuance of common stock for cash upon exercise of stock options | — | — | 57 | — | 9 | — | — | 9 |
| Issuance of common stock to nonemployees for past services | — | — | 2 | — | 9 | — | — | 9 |
| Issuance of common stock related to acquisition | — | — | 4 | — | 20 | — | — | 20 |
| Share-based compensation, related to employee share-based awards | — | — | — | — | 16 | — | — | 16 |
| Share-based compensation, related to nonemployee share-based awards | — | — | — | — | 2 | — | — | 2 |
| Excess tax benefit from share-based award activity | — | — | — | — | 50 | — | — | 50 |
| Net income and comprehensive income | — | — | — | — | — | — | 229 | 229 |
| Balances at December 31, 2009 | 543 | $ 615 | 1,070 | $ — | $ 253 | $ — | $ — | $ 868 |
| Issuance of common stock, net of issuance costs | — | — | 24 | — | 500 | — | — | 500 |
| Issuance of common stock for cash upon exercise of stock options | — | — | 70 | — | 6 | — | — | 6 |
| Issuance of common stock related to acquisitions | — | — | 6 | — | 60 | — | — | 60 |
| Conversion of Series A preferred stock to common stock | (2) | — | 2 | | | | | |
| Reclassification of option liability to additional paid-in capital | — | — | — | — | 3 | — | — | 3 |
| Share-based compensation, related to employee share-based awards | — | — | — | — | 17 | — | — | 17 |
| Share-based compensation, related to nonemployee share-based awards | — | — | — | — | 1 | — | — | 1 |
| Excess tax benefit from share-based award activity, net of deferred tax impact | — | — | — | — | 107 | — | — | 107 |
| Comprehensive income, net of tax: | | | | | | | | |
| Foreign currency translation adjustments | — | — | — | — | — | (6) | — | (6) |
| Net income | — | — | — | — | — | — | 606 | 606 |
| Total comprehensive income, net of tax | | | | | | | | 600 |
| Balances at December 31, 2010 | 541 | $ 615 | 1,172 | $ — | $ 947 | $ (6) | $ 606 | $ 2,162 |
| Issuance of common stock, net of issuance costs | — | — | 48 | — | 998 | — | — | 998 |
| Issuance of common stock for cash upon exercise of stock options | — | — | 102 | — | 28 | — | — | 28 |
| Issuance of common stock to nonemployees for past services | — | — | — | — | 3 | — | — | 3 |
| Issuance of common stock related to acquisitions | — | — | 2 | — | 58 | — | — | 58 |
| Exercise of preferred stock warrants | 8 | — | — | — | — | — | — | — |
| Conversion of Series B preferred stock to common stock | (2) | — | 2 | — | — | — | — | — |
| Conversion of Series C preferred stock to common stock. | (4) | — | 4 | — | — | — | — | — |
| Share-based compensation, related to employee share-based awards | — | — | — | — | 217 | — | — | 217 |
| Excess tax benefit from share-based award activity | — | — | — | — | 433 | — | — | 433 |
| Net income and comprehensive income | — | — | — | — | — | — | 1,000 | 1,000 |
| Balances at December 31, 2011 | 543 | $ 615 | 1,330 | $ — | $ 2,684 | $ (6) | $ 1,606 | $ 4,899 |

*See Notes to Consolidated Financial Statements.*

F-5

Table of Contents

**FACEBOOK, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
*(In millions)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2009** | **2010** | **2011** |
| **Cash flows from operating activities** | | | |
| Net income | $ 229 | $ 606 | $ 1,000 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 78 | 139 | 323 |
| Loss on write-off of equipment | 1 | 3 | 4 |
| Share-based compensation | 27 | 20 | 217 |
| Tax benefit from share-based award activity | 50 | 115 | 433 |
| Excess tax benefit from share-based award activity | (51) | (115) | (433) |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (112) | (209) | (174) |
| Prepaid expenses and other current assets | (30) | (38) | (31) |
| Other assets | (59) | 17 | (32) |
| Accounts payable | (7) | 12 | 6 |
| Platform partners payable | — | 75 | 96 |
| Accrued expenses and other current liabilities | 27 | 20 | 38 |
| Deferred revenue and deposits | 1 | 37 | 49 |
| Other liabilities | 1 | 16 | 53 |
| **Net cash provided by operating activities** | 155 | 698 | 1,549 |
| **Cash flows from investing activities** | | | |
| Purchases of property and equipment | (33) | (293) | (606) |
| Purchases of marketable securities | — | — | (3,025) |
| Maturities of marketable securities | — | — | 516 |
| Sales of marketable securities | — | — | 113 |
| Investments in non-marketable equity securities | — | — | (3) |
| Acquisitions of business, net of cash acquired, and purchases of intangible and other assets | 3 | (22) | (24) |
| Change in restricted cash and deposits | (32) | (9) | 6 |
| **Net cash used in investing activities** | (62) | (324) | (3,023) |
| **Cash flows from financing activities** | | | |
| Net proceeds from issuance of convertible preferred stock | 200 | — | — |
| Net proceeds from issuance of common stock | — | 500 | 998 |
| Proceeds from exercise of stock options | 9 | 6 | 28 |
| Proceeds from (repayments of) long-term debt | — | 250 | (250) |
| Proceeds from sale and lease-back transactions | 31 | — | 170 |
| Principal payments on capital lease obligations | (48) | (90) | (181) |
| Excess tax benefit from share-based award activity | 51 | 115 | 433 |
| **Net cash provided by financing activities** | 243 | 781 | 1,198 |
| Effect of exchange rate changes on cash and cash equivalents | — | (3) | 3 |
| Net increase (decrease) in cash and cash equivalents | 336 | 1,152 | (273) |
| Cash and cash equivalents at beginning of period | 297 | 633 | 1,785 |
| **Cash and cash equivalents at end of period** | $ 633 | $1,785 | $ 1,512 |
| **Supplemental cash flow data** | | | |
| Cash paid during the period for: | | | |
| Interest | $ 9 | $ 23 | $ 28 |
| Income taxes | $ 42 | $ 261 | $ 197 |
| Non-cash investing and financing activities: | | | |
| Property and equipment additions included in accounts payable and accrued expenses and other liabilities | $ 5 | $ 47 | $ 135 |
| Property and equipment acquired under capital leases | $ 56 | $ 217 | $ 473 |

PX0292-163

| | | | | | |
|---|---|---|---|---|---|
| Fair value of shares issued related to acquisitions of business and other assets | $ | 20 | $ | 60 | $ | 58 |

*See Notes to Consolidated Financial Statements.*

F-6

PX0292-164

**Table of Contents**

## FACEBOOK, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Note 1.    Summary of Significant Accounting Policies

#### *Organization and Description of Business*

Facebook was incorporated in Delaware in July 2004. Our mission is to make the world more open and connected. We build products that support our mission by providing utility to Facebook users, Platform developers, and advertisers. We generate substantially all of our revenue from advertising and from fees associated with our Payments infrastructure that enables users to purchase virtual and digital goods from our Platform developers.

#### *Basis of Presentation*

We prepared the consolidated financial statements in accordance with U.S. generally accepted accounting principles (GAAP). The consolidated financial statements include the accounts of Facebook, Inc. and its wholly owned subsidiaries. All intercompany balances and transactions have been eliminated.

#### *Use of Estimates*

Conformity with GAAP requires the use of estimates and judgments that affect the reported amounts in the consolidated financial statements and accompanying notes. These estimates form the basis for judgments we make about the carrying values of our assets and liabilities, which are not readily apparent from other sources. We base our estimates and judgments on historical information and on various other assumptions that we believe are reasonable under the circumstances. GAAP requires us to make estimates and judgments in several areas, including, but not limited to, those related to revenue recognition, collectability of accounts receivable, contingent liabilities, fair value of share-based awards, fair value of financial instruments, fair value of acquired intangible assets and goodwill, useful lives of intangible assets and property and equipment, and income taxes. These estimates are based on management's knowledge about current events and expectations about actions we may undertake in the future. Actual results could differ materially from those estimates.

#### *Cash and Cash Equivalents, and Marketable Securities*

We hold investments in short-term and long-term marketable securities, consisting of U.S. government and government agency securities. We classify our marketable securities as available-for-sale investments in our current assets because they represent investments of cash available for current operations. Our available-for-sale investments are carried at estimated fair value with any unrealized gains and losses, net of taxes, included in accumulated other comprehensive income/(loss) in stockholders' equity. Unrealized losses are charged against other income (expense), net when a decline in fair value is determined to be other-than-temporary. We have not recorded any such impairment charge in any period presented. We determine realized gains or losses on sale of marketable securities on a specific identification method, and record such gains or losses as a component of other income (expense), net.

We classify certain restricted cash balances within prepaid expenses and other current assets and other assets on the accompanying consolidated balance sheets based upon the term of the remaining restrictions.

#### *Non-Marketable Securities*

We invest in certain investment funds that are not publicly traded. We carry these investments at cost because we do not have significant influence over the underlying investee. We assess for any other-than-temporary impairment at least on an annual basis. No impairment charge has been recorded to-date on our non-marketable securities.

F-7

PX0292-165

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

*Fair Value of Financial Instruments*

We apply fair value accounting for all financial assets and liabilities and non-financial assets and liabilities that are recognized or disclosed at fair value in the financial statements on a recurring basis. We define fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities, which are required to be recorded at fair value, we consider the principal or most advantageous market in which we would transact and the market-based risk measurements or assumptions that market participants would use in pricing the asset or liability, such as risks inherent in valuation techniques, transfer restrictions and credit risk. Fair value is estimated by applying the following hierarchy, which prioritizes the inputs used to measure fair value into three levels and bases the categorization within the hierarchy upon the lowest level of input that is available and significant to the fair value measurement:

*Level 1*—Quoted prices in active markets for identical assets or liabilities.

*Level 2*—Observable inputs other than quoted prices in active markets for identical assets and liabilities, quoted prices for identical or similar assets or liabilities in inactive markets, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

*Level 3*—Inputs that are generally unobservable and typically reflect management's estimate of assumptions that market participants would use in pricing the asset or liability.

Our valuation techniques used to measure the fair value of money market funds and marketable debt securities were derived from quoted prices in active markets for identical assets or liabilities.

*Foreign Currency*

Generally the functional currency of our international subsidiaries is the local currency. We translate the financial statements of these subsidiaries to U.S. dollars using month-end rates of exchange for assets and liabilities, and average rates of exchange for revenue, costs, and expenses. Translation gains and losses are recorded in accumulated other comprehensive income (loss) as a component of stockholders' equity. Net losses resulting from foreign exchange transactions were insignificant for the year ended December 31, 2009, and were $1 million and $29 million, respectively, for the years ended December 31, 2010 and 2011. These losses were recorded as a component of other income (expense), net.

*Property and Equipment*

Property and equipment, which includes amounts recorded under capital leases, are stated at cost. Depreciation is computed using the straight-line method over the estimated useful lives of the assets or the remaining lease term, in the case of a capital lease, whichever is shorter.

The estimated useful lives of property and equipment are described below:

| Property and Equipment | Useful Life |
|---|---|
| Network equipment | Three to four years |
| Computer software, office equipment and other | Two to five years |
| Buildings | 15 to 20 years |
| Leased equipment and leasehold improvements | Lesser of estimated useful life or remaining lease term |

F-8

PX0292-166

**Table of Contents**

## FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

Land and assets held within construction in progress are not depreciated. Construction in progress is related to the construction or development of property and equipment that have not yet been placed in service for their intended use.

The cost of maintenance and repairs is expensed as incurred. When assets are retired or otherwise disposed of, the cost and related accumulated depreciation and amortization are removed from their respective accounts, and any gain or loss on such sale or disposal is reflected in income from operations.

#### Long-Lived Assets, Including Goodwill and Other Acquired Intangible Assets

We evaluate the recoverability of property and equipment and amortizable intangible assets for possible impairment whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable. Recoverability of these assets is measured by a comparison of the carrying amounts to the future undiscounted cash flows the assets are expected to generate. If such review indicates that the carrying amount of property and equipment and intangible assets is not recoverable, the carrying amount of such assets is reduced to fair value. In addition, we test goodwill for impairment at least annually or more frequently if events or changes in circumstances indicate that this asset may be impaired. These tests are based on our single operating segment and reporting unit structure. No indications of impairment of goodwill were noted during the years presented.

Acquired amortizable intangible assets, which are included in goodwill and intangible assets, net, are amortized on a straight-line basis over the estimated useful lives of the assets. The estimated remaining useful lives for intangible assets range from less than one year to 16 years.

In addition to the recoverability assessment, we routinely review the remaining estimated useful lives of property and equipment and amortizable intangible assets. If we reduce the estimated useful life assumption for any asset, the remaining unamortized balance would be amortized or depreciated over the revised estimated useful life.

#### Lease Obligations

We lease office space, data centers, and equipment under non-cancelable capital and operating leases with various expiration dates through 2027. Certain of the operating lease agreements contain rent holidays, rent escalation provisions, and purchase options. Rent holidays and rent escalation provisions are considered in determining the straight-line rent expense to be recorded over the lease term. The lease term begins on the date of initial possession of the leased property for purposes of recognizing lease expense on a straight-line basis over the term of the lease. We do not assume renewals in our determination of the lease term unless the renewals are deemed to be reasonably assured at lease inception.

#### Unaudited Pro Forma Balance Sheet Information

Upon the completion of our initial public offering, all outstanding convertible preferred stock will automatically convert into shares of our Class B common stock. The unaudited pro forma balance sheet information gives effect to the conversion of the convertible preferred stock as of December 31, 2011. Additionally, as described in detail in "—Share-based Compensation" below, we grant restricted stock units (RSUs) that generally vest upon the satisfaction of a service condition, and with respect to RSUs granted prior to January 1, 2011 (Pre-2011 RSUs), the occurrence of a qualifying liquidity event. As a result, the unaudited pro forma balance sheet information at December 31, 2011, gives effect to share-based compensation expense of approximately $968 million associated with Pre-2011 RSUs, for which the service condition was satisfied as of December 31, 2011, which we expect to record upon the completion of our initial public offering.

F-9

**Table of Contents**

### FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

This pro forma adjustment related to share-based compensation expense of approximately $968 million has been reflected as an increase to additional paid-in capital and the associated tax effect of $329 million has been netted against this charge, resulting in a net reduction of $639 million to retained earnings. The income tax effects have been reflected as an increase to deferred tax assets included in prepaid expenses and other current assets, to reflect the anticipated future tax benefits upon settlement of the RSUs, as adjusted for any RSUs that will not result in a tax benefit because they are related to foreign employees or foreign operations. Payroll tax expenses and other withholding obligations have not been included in the pro forma adjustment.

#### *Share-based Compensation*

We account for share-based employee compensation plans under the fair value recognition and measurement provisions of GAAP. Those provisions require all share-based payments to employees, including grants of stock options and RSUs, to be measured based on the grant-date fair value of the awards, with the resulting expense generally recognized in our consolidated statements of income over the period during which the employee is required to perform service in exchange for the award.

We estimate the fair value of stock options granted using the Black-Scholes-Merton single option valuation model, which requires inputs such as expected term, expected volatility and risk-free interest rate. Further, the estimated forfeiture rate of awards also affects the amount of aggregate compensation. These inputs are subjective and generally require significant analysis and judgment to develop.

We estimate the expected term based upon the historical behavior of our employees for employee grants. We estimate expected volatility based on a study of publicly traded industry peer companies. The forfeiture rate is derived primarily from our historical data, and the risk-free interest rate is based on the yield available on U.S. Treasury zero-coupon issues. Our dividend yield is 0%, since we have not paid, and do not expect to pay, dividends.

The fair values of employee options granted during 2009 and 2010 have been estimated as of the date of grant using the following weighted-average assumptions.

|  | Year Ended December 31, | |
|---|---|---|
|  | 2009 | 2010 |
| Expected term from grant date (in years) | 5.04 | 7.15 |
| Risk-free interest rate | 2.01% | 1.69% |
| Expected volatility | 0.57 | 0.46 |
| Dividend yield | — | — |

The weighted-average fair value of employee options granted during 2009 and 2010 was $1.12 and $5.26 per share, respectively. There were no option grants in 2011.

We have granted RSUs to our employees and members of our board of directors. Pre-2011 RSUs granted under our 2005 Stock Plan vest upon the satisfaction of both a service condition and a liquidity condition. The service condition for the majority of these awards is satisfied over four years. The liquidity condition is satisfied upon the occurrence of a qualifying event, defined as a change of control transaction or six months following the completion of our initial public offering. As of December 31, 2011, no share-based compensation expense had been recognized for Pre-2011 RSUs, because the qualifying events (described above) had not occurred. In the quarter in which our offering is completed, we will begin recording share-based compensation expense using the

F-10

**Table of Contents**

## FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

accelerated attribution method, net of forfeitures, based on the grant date fair value of the Pre-2011 RSUs. For the Pre-2011 RSUs, if the initial public offering had occurred on December 31, 2011, we would have recognized $968 million of share-based compensation expense on that date, and would have approximately $239 million of additional future period expense to be recognized over a weighted-average period of approximately two years.

RSUs granted on or after January 1, 2011 (Post-2011 RSUs) are not subject to a liquidity condition in order to vest, and compensation expense related to these grants is based on the grant date fair value of the RSUs and is recognized on a straight-line basis over the applicable service period. The majority of Post-2011 RSUs are earned over a service period of four to five years. In 2011, we recognized $189 million of share-based compensation expense related to the Post-2011 RSUs, and we anticipate $1,189 million of future period expense related to such RSUs to be recognized over a weighted-average period of approximately three years.

There was no capitalized share-based employee compensation expense as of December 31, 2010 and December 31, 2011. During the years ended December 31, 2009, 2010 and 2011, we realized excess tax benefits of $51 million, $115 million and $433 million, respectively, related to tax deductions from share-based award activity. Excess tax benefits were recorded as an adjustment to stockholders' equity in each period and were not recognized in our consolidated statements of income.

As of December 31, 2011, there was $2,463 million of unrecognized share-based compensation expense, of which $2,396 million is related to RSUs, and $67 million is related to restricted shares and stock options. This unrecognized compensation expense is expected to be recognized over a weighted-average period of approximately two years.

#### *Income Taxes*

We recognize income taxes under the asset and liability method. We recognize deferred income tax assets and liabilities for the expected future consequences of temporary differences between the financial reporting and tax bases of assets and liabilities. These differences are measured using the enacted statutory tax rates that are expected to apply to taxable income for the years in which differences are expected to reverse. We recognize the effect on deferred income taxes of a change in tax rates in income in the period that includes the enactment date.

We record a valuation allowance to reduce our deferred tax assets to the net amount that we believe is more likely than not to be realized. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income and ongoing tax planning strategies in assessing the need for a valuation allowance.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. We make adjustments to these reserves when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. The provision for income taxes includes the effects of any reserves that are considered appropriate, as well as the related net interest and penalties.

F-11

**Table of Contents**

### FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

*Revenue Recognition*

We generate substantially all of our revenue from advertising and payment processing fees. We recognize revenue once all of the following criteria have been met:

- persuasive evidence of an arrangement exists;

- delivery of Facebook's obligations to our customer has occurred;

- the price is fixed or determinable; and

- collectability of the related receivable is reasonably assured.

Revenue for the years ended December 31, 2009, 2010, and 2011 consists of the following (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Revenue |  |  |  |
| Advertising | $ 764 | $ 1,868 | $ 3,154 |
| Payments and other fees | 13 | 106 | 557 |
| Total revenue | $ 777 | $ 1,974 | $ 3,711 |

*Advertising*

Advertising revenue is generated from the display of advertisements on our website. The arrangements are evidenced by either online acceptance of terms and conditions or contracts that stipulate the types of advertising to be delivered, the timing and the pricing.

We recognize revenue from the display of impression-based advertisements on our website in the contracted period when the impressions are delivered. Impressions are considered delivered when an advertisement appears in pages delivered to users.

We also recognize revenue from the delivery of click-based advertisements on our website. Revenue associated with these advertisements is recognized in the period that a user clicks on an advertisement.

*Payments and Other Fees*

We enable Payments between our users and developers on the Facebook Platform. Our users can purchase virtual or digital goods on the Facebook Platform by using credit cards or other payment methods available on our website. The primary method for users to transact with the developers on the Facebook Platform is via the purchase of our virtual currency, which enables our users to purchase virtual and digital goods in games and apps. Upon the initial sale of our virtual currency, we record the value purchased by a user as deferred revenue and deposits.

When a user engages in a payment transaction utilizing our virtual currency for the purchase of a virtual or digital good from a Platform developer, we reduce the user's virtual currency balance by the price of the purchase, which is a price that is solely determined by the Platform developer. We remit to the Platform developer an amount that is based on the total amount of virtual currency redeemed less the processing fee that we charge the Platform developer for the transaction. Our revenue is the net amount of the transaction, representing our processing fee for the transaction. We record revenue on a net basis as we do not consider ourselves to be the principal in the sale of the virtual or digital good to the user.

F-12

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

Other fees have not been material in all periods presented in our financial statements.

All revenue is recognized net of applicable sales and other taxes, where appropriate.

### *Cost of Revenue*

Our cost of revenue consists primarily of expenses associated with the delivery and distribution of our products. These include expenses related to the operation of our data centers such as facility and server equipment depreciation, facility and server equipment rent expense, energy and bandwidth costs, support and maintenance costs, and salaries, benefits and share-based compensation for certain personnel on our operations teams. Cost of revenue also includes credit card and other transaction fees related to processing customer transactions.

### *Deferred Revenue and Deposits*

Deferred revenue and deposits comprise primarily of billings in advance of revenue recognition from our services described above and are recognized as revenue when revenue recognition criteria are met.

### *Credit Risk and Concentration*

Financial instruments owned by the company that are potentially subject to concentrations of credit risk consist primarily of cash, cash equivalents, restricted cash, marketable securities, and accounts receivable. Cash equivalents consist of short-term money market funds and U.S. government and agency securities, which are deposited with reputable financial institutions. Marketable securities consist of investments in U.S. government and government agency securities. Our cash management and investment policy limits investment instruments to investment-grade securities with the objective to preserve capital and to maintain liquidity until the funds can be used in business operations. Bank accounts in the United States are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000. Our operating accounts significantly exceed the FDIC limits.

Accounts receivable are typically unsecured and are derived from revenue earned from customers across different industries and countries. We generated 67%, 62%, and 56% of our revenue for the years ended December 31, 2009, 2010, and 2011, respectively, from advertisers and Platform developers based in the United States, with the majority of revenue outside of the United States coming from customers located in western Europe, Canada, and Australia.

We perform ongoing credit evaluations of our customers, and generally do not require collateral. An allowance for doubtful accounts is determined using the specific-identification method for doubtful accounts and an aging of receivables analysis based on invoice due dates. Uncollectible receivables are written off against the allowance for doubtful accounts when all efforts to collect them have been exhausted, and recoveries are recognized as an increase to the allowance when they are received. During the years ended December 31, 2009, 2010, and 2011, our bad debt expenses were $1 million, $9 million, and $8 million respectively. In the event that accounts receivable collection cycles deteriorate, our operating results and financial position could be adversely affected.

Revenue from one customer, Zynga, represented 12% of total revenue for the year ended December 31, 2011. No customer represented 10% or more of total revenue during the years ended December 31, 2009 or 2010.

F-13

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

*Advertising Expense*

We expense our costs of advertising in the period in which they are incurred. Advertising expense, which is included in marketing and sales expenses, totaled $5 million, $8 million, and $28 million for the years ended December 31, 2009, 2010, and 2011, respectively.

*Segments*

Our chief operating decision-maker is our Chief Executive Officer who reviews financial information presented on a consolidated basis. There are no segment managers who are held accountable by the chief operating decision-maker, or anyone else, for operations, operating results, and planning for levels or components below the consolidated unit level. Accordingly, we have determined that we have a single reporting segment and operating unit structure.

**Note 2.   Earnings per Share**

We compute earnings per share (EPS) of Class A and Class B common stock using the two-class method required for participating securities. Our participating securities include all series of our convertible preferred stock and restricted stock awards. Undistributed earnings allocated to these participating securities are subtracted from net income in determining net income attributable to common stockholders. Basic EPS is computed by dividing net income attributable to common stockholders by the weighted-average number of shares of our Class A and Class B common stock outstanding, adjusted for outstanding shares that are subject to repurchase.

For the calculation of diluted EPS, net income attributable to common stockholders for basic EPS is adjusted by the effect of dilutive securities, including awards under our equity compensation plans. In addition, the computation of the diluted EPS of Class A common stock assumes the conversion from Class B common stock, while the diluted EPS of Class B common stock does not assume the conversion of those shares. Diluted EPS attributable to common stockholders is computed by dividing the resulting net income attributable to common stockholders by the weighted-average number of fully diluted common shares outstanding.

Dilutive securities in our diluted EPS calculation do not include Pre-2011 RSUs. Vesting of these RSUs is dependent upon the satisfaction of both a service condition and a liquidity condition. The liquidity condition is satisfied upon the occurrence of a qualifying event, defined as a change of control transaction or six months following the completion of our initial public offering. As of December 31, 2011, such a qualifying event had not occurred and until it occurs, the holders of these RSUs have no rights in our undistributed earnings. Therefore, they are excluded from the effect of dilutive securities. Post-2011 RSUs are not subject to a liquidity condition in order to vest, and are thus included in the calculation of diluted EPS. We excluded 4 million and 2 million shares issuable upon exercise of employee stock options for the years ended December 31, 2009 and 2010, respectively, and 3 million Post-2011 RSUs for the year ended December 31, 2011 because the impact would be antidilutive.

Basic and diluted EPS are the same for each class of common stock because they are entitled to the same liquidation and dividend rights.

F-14

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

The numerators and denominators of the basic and diluted EPS computations for our common stock are calculated as follows (in millions, except per share amounts):

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2009 | | 2010 | | 2011 | |
| | Class A | Class B | Class A | Class B | Class A | Class B |
| **Basic EPS:** | | | | | | |
| Numerator: | | | | | | |
| Net income | $ — | $ 229 | $ 18 | $ 588 | $ 85 | $ 915 |
| Less: Net income attributable to participating securities | — | 107 | 7 | 227 | 28 | 304 |
| Net income attributable to common stockholders | $ — | $ 122 | $ 11 | $ 361 | $ 57 | $ 611 |
| Denominator: | | | | | | |
| Weighted average shares outstanding | — | 1,026 | 32 | 1,081 | 110 | 1,189 |
| Less: Shares subject to repurchase | — | 6 | — | 6 | — | 5 |
| Number of shares used for basic EPS computation | — | 1,020 | 32 | 1,075 | 110 | 1,184 |
| Basic EPS | $ — | $ 0.12 | $ 0.34 | $ 0.34 | $ 0.52 | $ 0.52 |
| **Diluted EPS:** | | | | | | |
| Numerator: | | | | | | |
| Net income attributable to common stockholders | $ — | $ 122 | $ 11 | $ 361 | $ 57 | $ 611 |
| Reallocation of net income attributable to participating securities | 12 | — | 30 | — | 31 | — |
| Reallocation of net income as a result of conversion of Class B to Class A common stock | 122 | | 361 | | 611 | |
| Reallocation of net income to Class B common stock | — | 12 | — | 32 | — | 37 |
| Net income attributable to common stockholders for diluted EPS | $ 134 | $ 134 | $ 402 | $ 393 | $ 699 | $ 648 |
| Denominator: | | | | | | |
| Number of shares used for basic EPS computation | — | 1,020 | 32 | 1,075 | 110 | 1,184 |
| Conversion of Class B to Class A common stock | 1,020 | — | 1,075 | — | 1,184 | — |
| Weighted average effect of dilutive securities: | | | | | | |
| Employee stock options | 334 | 334 | 295 | 295 | 204 | 204 |
| RSUs | — | — | — | — | 5 | 5 |
| Shares subject to repurchase | 5 | 5 | 4 | 4 | 3 | 3 |
| Warrants | 7 | 7 | 8 | 8 | 2 | 2 |
| Number of shares used for diluted EPS computation | 1,366 | 1,366 | 1,414 | 1,382 | 1,508 | 1,398 |
| Diluted EPS | $ 0.10 | $ 0.10 | $ 0.28 | $ 0.28 | $ 0.46 | $ 0.46 |

F-15

[Table of Contents](#)

## FACEBOOK, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

*Pro Forma EPS (unaudited)*

The following unaudited calculation of the numerators and denominators of basic and diluted EPS gives effect to the automatic conversion of all outstanding shares of our convertible preferred stock (using the as if-converted method) into Class B common stock as though the conversion had occurred as of the beginning of the period or the original date of issuance, if later. In addition, the pro forma share amounts give effect to Pre-2011 RSUs that have satisfied the service condition as of December 31, 2011. These RSUs will vest and settle upon the satisfaction of a qualifying event, as previously defined. Share-based compensation expense associated with these Pre-2011 RSUs is excluded from this pro forma presentation. If the qualifying event had occurred on December 31, 2011, we would have recorded $968 million of share-based compensation expense on that date related to these RSUs, net of associated tax effect of $329 million, resulting in a net reduction of $639 million to net income.

|  | Year Ended December 31, 2011 | |
|---|---|---|
|  | Class A | Class B |
| **Pro Forma Basic EPS:** | | |
| Numerator: | | |
| Net income as reported | $       85 | $      915 |
| Reallocation of net income due to pro forma adjustments | (31) | 31 |
| Net income attributable to participating securities | — | (2) |
| Net income attributable to common stockholders for pro forma basic EPS computation | $       54 | $      944 |
| Denominator: | | |
| Weighted average shares used for basic EPS computation | 110 | 1,184 |
| Pro forma adjustment to reflect assumed conversion of preferred stock to Class B common stock | — | 548 |
| Pro forma adjustment to reflect assumed vesting of Pre-2011 RSUs | — | 188 |
| Number of shares used for pro forma basic EPS computation | 110 | 1,920 |
| Pro forma basic EPS | $     0.49 | $     0.49 |
| **Pro Forma Diluted EPS:** | | |
| Numerator: | | |
| Net income attributable to common stockholders for pro forma basic EPS computation | $       54 | $      944 |
| Reallocation of net income attributable to participating securities | 2 | — |
| Reallocation of net income as a result of conversion of Class B to Class A common stock | 944 | — |
| Reallocation of net income to Class B common stock | — | 9 |
| Net income attributable to common stockholders for pro forma diluted EPS computation | $    1,000 | $      953 |
| Denominator: | | |
| Number of shares used for pro forma basic EPS computation | 110 | 1,920 |
| Conversion of Class B to Class A common stock | 1,920 | — |
| Weighted average effect of dilutive securities: | | |
| Employee stock options | 204 | 204 |
| RSUs | 93 | 93 |
| Shares subject to repurchase | 3 | 3 |
| Warrants | 2 | 2 |
| Number of shares used for pro forma diluted EPS computation | 2,332 | 2,222 |
| Pro forma diluted EPS | $     0.43 | $     0.43 |

F-16

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

### Note 3.    Property and Equipment

Property and equipment consists of the following (in millions):

|  | December 31, | |
|---|---|---|
|  | **2010** | **2011** |
| Network equipment | $  478 | $1,016 |
| Land | 29 | 34 |
| Buildings | — | 355 |
| Leasehold improvements | 58 | 120 |
| Computer software, office equipment and other | 61 | 73 |
| Construction in progress | 194 | 327 |
| Total | 820 | 1,925 |
| Less accumulated depreciation and amortization | (246) | (450) |
| Property and equipment, net | $  574 | $1,475 |

Property and equipment at December 31, 2010 and 2011 includes $298 million and $881 million, respectively, acquired under capital lease agreements. Accumulated amortization under capital leases totaled $85 million and $210 million at December 31, 2010 and 2011, respectively. Amortization of assets under capital leases is included in depreciation and amortization expense.

Construction in progress includes costs primarily related to the construction and network equipment of data centers in Oregon and North Carolina in the United States and in Sweden, and our new corporate headquarters in Menlo Park, California. Interest capitalized during the years presented was not material.

### Note 4.    Goodwill and Intangible Assets

Goodwill and intangible assets consist of the following (in millions):

|  | December 31, | |
|---|---|---|
|  | **2010** | **2011** |
| Acquired patents | $   33 | $   51 |
| Acquired non-compete agreements | 11 | 18 |
| Acquired technology and other | 27 | 43 |
| Accumulated amortization | (12) | (32) |
| Net acquired intangible assets | 59 | 80 |
| Goodwill | 37 | 82 |
| Goodwill and intangible assets | $   96 | $  162 |

Acquired patents have estimated useful lives ranging from four to 18 years at acquisition. The average term of acquired non-compete agreements is generally two years. Acquired technology and other have estimated useful lives of two to ten years. Amortization expense of intangible assets for the years ended December 31, 2009, 2010, and 2011 was $2 million, $9 million, and $20 million, respectively.

During the year ended December 31, 2011, we completed business acquisitions for total consideration of $68 million. These acquisitions were not material to our consolidated financial statements individually or in the aggregate. Our acquisitions prior to 2011 were also not material individually or in the aggregate.

F-17

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

The following table presents the aggregated estimated fair value of the assets acquired for all acquisitions completed during the year ended December 31, 2011 (in millions):

| | |
|---|---:|
| Acquired technology and other | $16 |
| Acquired non-compete agreements | 7 |
| Net assets acquired | 4 |
| Deferred income tax liabilities | (7) |
| Goodwill | 48 |
| Total | $68 |

Pro forma results of operations related to our 2011 acquisitions have not been presented because they are not material to our consolidated statements of income, either individually or in the aggregate. For all acquisitions completed during the year ended December 31, 2011, acquired technology and other had a weighted-average useful life of three years and the term of the non-compete agreements is generally two years.

The changes in carrying amount of goodwill for the years ended December 31, 2010 and 2011 are as follows (in millions):

| | |
|---|---:|
| Balance as of December 31, 2009 | $11 |
| Goodwill acquired | 26 |
| Balance as of December 31, 2010 | 37 |
| Goodwill acquired | 48 |
| Effect of currency translation adjustment | (3) |
| Balance as of December 31, 2011 | $82 |

Expected amortization expense for the unamortized acquired intangible assets for the next five years and thereafter is as follows (in millions):

| | |
|---|---:|
| 2012 | $21 |
| 2013 | 11 |
| 2014 | 7 |
| 2015 | 7 |
| 2016 | 6 |
| Thereafter | 28 |
| Total | $80 |

**Note 5.   Long-term Debt**

In March 2010, we entered into a senior unsecured term loan facility with certain lenders. This facility allowed for the drawdown of up to $250 million in unsecured senior loans with a maturity of five years. In April 2010 we drew down the full amount available under the facility at an interest rate of 4.5%, payable quarterly. The loan could be repaid by us at any time without penalty. Debt issuance costs of approximately $1 million were recorded in other non-current assets and were being amortized to interest expense over the contractual term of the loan. On March 2, 2011, we repaid in full the long-term debt balance of $250 million, and expensed the remaining unamortized debt issuance costs.

F-18

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

In 2011, we entered into an agreement for an unsecured five-year revolving credit facility that allows us to borrow up to $2,500 million, with interest payable on borrowed amounts set at the three-month London Interbank Offered Rate (LIBOR) plus 1.0%. No amounts were drawn down under this agreement as of December 31, 2011. We paid origination fees at closing and these fees are amortized over the remaining term of the credit facility. We also pay a commitment fee at 0.15% per annum on the daily undrawn balance. In addition, the credit facility contains restrictions on our ability to pay dividends.

**Note 6.   Fair Value Measurements**

Assets measured at fair value on a recurring basis are summarized below (in millions):

| Description | December 31, 2011 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Cash equivalents: | | | | |
| Money market funds | $ 892 | $ 892 | $ — | $ — |
| U.S. government and agency securities | 110 | 110 | — | — |
| Total cash equivalents | 1,002 | 1,002 | | |
| Marketable securities: | | | | |
| U.S. government and agency securities | 2,396 | 2,396 | — | — |
| Total cash equivalents and marketable securities | $ 3,398 | $ 3,398 | $ — | $ — |

| Description | December 31, 2010 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Cash equivalents: | | | | |
| Money market funds | $ 1,450 | $ 1,450 | $ — | $ — |
| Total cash equivalents | $ 1,450 | $ 1,450 | $ — | $ — |

Gross unrealized gains or losses for cash equivalent and marketable securities as of December 31, 2010 and 2011 were not material.

The following table classifies our marketable securities by contractual maturities as of December 31, 2011 (in millions):

| | December 31, 2011 |
|---|---|
| Due in one year | $ 1,964 |
| Due in one to five years | 432 |
| Total | $ 2,396 |

F-19

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

**Note 7.    Commitments and Contingencies**

*Leases*

We entered into various capital lease arrangements to obtain property and equipment for our operations. Additionally, on occasion we have purchased property and equipment for which we have subsequently obtained capital financing under sale-leaseback transactions. These agreements are typically for three years except for building leases which are for 15 years, with interest rates ranging from 2% to 13%. The leases are secured by the underlying leased buildings, leasehold improvements, and equipment. We have also entered into various non-cancelable operating lease agreements for certain of our offices, equipment, land and data centers with original lease periods expiring between 2012 and 2027. We are committed to pay a portion of the related actual operating expenses under certain of these lease agreements. Certain of these arrangements have free rent periods or escalating rent payment provisions, and we recognize rent expense under such arrangements on a straight-line basis.

The following is a schedule, by years, of the future minimum lease payments required under non-cancelable capital and operating leases as of December 31, 2011 (in millions):

|  | Capital Leases | Operating Leases |
|---|---|---|
| 2012 | $ 322 | $    180 |
| 2013 | 228 | 130 |
| 2014 | 109 | 113 |
| 2015 | 17 | 102 |
| 2016 | 11 | 95 |
| Thereafter | 130 | 325 |
| Total minimum lease payments | 817 | $    945 |
| Less amount representing interest and taxes | (140) | |
| Less current portion of the present value of minimum lease payments | (279) | |
| Capital lease obligations, net of current portion | $ 398 | |

Operating lease expense totaled $69 million, $178 million, and $219 million for the years ended December 31, 2009, 2010, and 2011, respectively.

We also have $500 million of non-cancelable contractual commitments as of December 31, 2011, primarily related to equipment and supplies for our data center operations, and to a lesser extent, construction of our data center sites. The majority of these commitments are due in the next twelve months.

*Contingencies*

*Legal Matters*

We are party to various legal proceedings and claims which arise in the ordinary course of business. In the opinion of management, as of December 31, 2011, there was not at least a reasonable possibility that we had incurred a material loss, or a material loss in excess of a recorded accrual, with respect to loss contingencies.

F-20

**Table of Contents**

FACEBOOK, INC.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

*Indemnifications*

In the normal course of business, to facilitate transactions of services and products, we have agreed to indemnify certain parties with respect to certain matters. We have agreed to hold certain parties harmless against losses arising from a breach of representations or covenants, or out of intellectual property infringement or other claims made by third parties. In addition, we have also agreed to indemnify certain investors with respect to representations made by us in connection with the issuance and sale of preferred stock. These agreements may limit the time within which an indemnification claim can be made and the amount of the claim. In addition, we have entered into indemnification agreements with our officers, directors, and certain employees, and our certificate of incorporation and bylaws contain similar indemnification obligations.

It is not possible to determine the maximum potential amount under these indemnification agreements due to the limited history of prior indemnification claims and the unique facts and circumstances involved in each particular agreement. Historically, payments made by us under these agreements have not had a material impact on our consolidated financial position, results of operations or cash flows. In our opinion, as of December 31, 2011, there was not at least a reasonable possibility we had incurred a material loss with respect to indemnification of such parties. We have not recorded any liability for costs related to indemnification through December 31, 2011.

**Note 8.   Stockholders' Equity**

*Convertible Preferred Stock*

Our certificate of incorporation, as amended and restated, authorizes the issuance of 569,001,400 shares of $0.000006 par value convertible preferred stock. The following table summarizes the convertible preferred stock outstanding as of December 31, 2011, and the rights and preferences of the respective series:

|  | **Shares** | | **Aggregate Liquidation Preference** (in millions) | **Dividend Per Share Per Annum** | **Conversion Ratio Per Share** |
|---|---|---|---|---|---|
|  | **Authorized** (in thousands) | **Issued and Outstanding** (in thousands) | | | |
| Series A | 134,747 | 133,055 | $        1 | $0.00036875 | 1.000000 |
| Series B | 226,032 | 224,273 | 13 | 0.00456 | 1.004910 |
| Series C | 95,768 | 91,410 | 26 | 0.02297335 | 1.004909 |
| Series D | 67,454 | 50,590 | 375 | 0.593 | 1.012561 |
| Series E | 45,000 | 44,038 | 200 | 0.3633264 | 1.000000 |
| Total | 569,001 | 543,366 | $     615 | | |

As of December 31, 2011, the rights, preferences, and privileges of the preferred stockholders were as follows:

*Dividends*

The holders of shares of Series A, Series B, Series C, Series D, and Series E convertible preferred stock are entitled to receive non-cumulative dividends, out of any assets legally available for such purpose, prior and in preference to any declaration or payment of any dividend on the Class A common stock or Class B common stock, payable quarterly when, as and if, declared by our board of directors. After payment of such dividend to the preferred stockholders, outstanding shares of preferred stock shall participate with shares of Class A common stock and Class B common stock on an as-converted to Class B common stock basis as to any additional dividends. As of December 31, 2011, we had not declared any dividends.

F-21

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

*Conversion*

Each share of Series A, Series B, Series C, Series D, and Series E preferred stock is convertible, at the option of the holder thereof, at any time after the date of issuance of such share, into such number of fully paid and non-assessable shares of Class B common stock as is determined by dividing the applicable original issue price by the conversion price applicable to such share in effect on the date of conversion.

The conversion price of each series of preferred stock may be subject to adjustment from time to time under certain circumstances. The convertible preferred stock issued to date was sold at prices ranging from $0.004605 to $7.412454 per share, which, in all cases, exceeded the then most recent reassessed fair value of our Class B common stock. Accordingly, there was no intrinsic value associated with the issuance of the convertible preferred stock through December 31, 2011, and there were no other separate instruments issued with the convertible preferred stock, such as warrants. Therefore, we have concluded that there was no beneficial conversion option associated with the convertible preferred stock issuances.

Each share of Series A, Series B, Series C, Series D, and Series E convertible preferred stock shall automatically be converted into fully paid, non-assessable shares of Class B common stock immediately upon the earlier of: (i) the sale by us of our Class A common stock or Class B common stock in a firm commitment underwritten public offering pursuant to a registration statement under the Securities Act of 1933, as amended (Securities Act), the public offering price of which results in aggregate cash proceeds to us of not less than $100 million (net of underwriting discounts and commissions), or (ii) the date specified by written consent or agreement of the holders of a majority of the then-outstanding shares of preferred stock, voting together as a single class on an as-converted basis, provided, however, that if (a) the holders of a majority of the then-outstanding shares of Series D convertible preferred stock do not consent or agree or (b) the holders of a majority of the then-outstanding shares of Series E convertible preferred stock do not consent or agree, then in either such case the conversion shall not be effective as to any shares of preferred stock until 180 days after the date of the written consent of the majority of the then-outstanding shares of preferred stock.

*Liquidation Preferences*

In the event we liquidate, dissolve, or wind up our business, either voluntarily or involuntarily, the holders of our Series A, Series B, Series C, Series D, and Series E convertible preferred stock shall be entitled to receive, prior and in preference to any distribution of any of our assets to the holders of Class A common stock or Class B common stock, an amount per share equal to $0.004605, $0.0570025, $0.2871668, $7.412454, and $4.54158 per share (as adjusted for stock splits, stock dividends, reclassifications, and the like), respectively, plus any declared but unpaid dividends.

If, upon the occurrence of any of these events, the assets and funds distributed among the holders of the Series A, Series B, Series C, Series D, and Series E convertible preferred stock shall be insufficient to permit the payment to such holders of the full aforesaid preferential amounts, then our entire assets and funds legally available for distribution shall be distributed ratably among the holders of the Series A, Series B, Series C, Series D, and Series E convertible preferred stock in proportion to the preferential amount each such holder is otherwise entitled to receive.

If there are any remaining assets upon the completion of the liquidating distribution to the Series A, Series B, Series C, Series D, and Series E convertible preferred stockholders, the holders of our Class A common stock and Class B common stock will receive all our remaining assets. The merger or consolidation of us into another entity in which our stockholders own less than 50% of the voting stock of the surviving company, or the sale, transfer, or lease of substantially all our assets, shall be deemed a liquidation, dissolution, or winding up of us. As the "redemption" events are within our control for all periods presented, all shares of preferred stock have been presented as part of permanent equity.

F-22

PX0292-180

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

#### *Voting Rights*

The holder of each share of Series A, Series B, Series C, Series D, and Series E convertible preferred stock shall have the same voting rights as the holders of Class B common stock, is entitled to notice of any stockholders' meeting in accordance with our bylaws, and together with the holders of Class A common stock and Class B common stock, the Series A, Series B, Series C, Series D, and Series E convertible preferred stock will vote together as a single class on all matters which holders of Class A common stock and Class B common stock have the right to vote, unless otherwise stated. Each holder of Class A common stock is entitled to one vote for each share of Class A common stock held; each holder of Class B common stock is entitled to ten votes for each share of Class B common stock held; and each holder of Series A, Series B, Series C, Series D, and Series E convertible preferred stock is entitled to ten votes for each share of Class B common stock into which such convertible preferred stock could be converted.

#### *Common Stock*

Our certificate of incorporation authorizes the issuance of Class A common stock and Class B common stock. We are authorized to issue 4,141,000,000 shares of Class A common stock and 4,141,000,000 shares of Class B common stock, each with a par value of $0.000006 per share. Holders of our Class A common stock and Class B common stock are entitled to dividends when, as and if, declared by our board of directors, subject to the rights of the holders of all classes of stock outstanding having priority rights to dividends. As of December 31, 2011, we had not declared any dividends. The holder of each share of Class A common stock is entitled to one vote, while the holder of each share of Class B common stock is entitled to ten votes. After our initial public offering, a transfer of shares of Class B common stock will generally result in those shares converting to Class A common stock. Class A common stock and Class B common stock are referred to as common stock throughout the notes to these financial statements, unless otherwise noted.

#### *Share-based Compensation Plans*

We maintain two share-based employee compensation plans. In January 2005, our board of directors and stockholders adopted and approved the 2005 Stock Plan, as amended, which provides for the issuance of incentive and nonstatutory stock options and RSUs to qualified employees, directors, and consultants. In November 2005, our board of directors adopted and approved the 2005 Officers' Stock Plan (together with the 2005 Stock Plan, the Stock Plans), which provides for the issuance of incentive and nonstatutory stock options to certain employees or officers.

The term of stock options issued under the 2005 Stock Plan may not exceed ten years from the date of grant. Under the 2005 Stock Plan, incentive stock options and nonstatutory stock options are granted at an exercise price that is not to be less than 100% of the fair market value of our Class B common stock on the date of grant, as determined by our compensation committee. Stock options become vested and exercisable at such times and under such conditions as determined by our compensation committee on the date of grant.

The 2005 Officers' Stock Plan provides for the issuance of up to 120,000,000 shares of incentive and nonstatutory stock options to certain of our employees or officers. The 2005 Officers' Stock Plan will terminate ten years after its adoption unless terminated earlier by our compensation committee. Stock options become vested and exercisable at such times and under such conditions as determined by our compensation committee on the date of grant. In November 2005, we issued a nonstatutory stock option to our CEO to purchase 120,000,000 shares of our Class B common stock under the 2005 Officers' Stock Plan. At December 31, 2011, the option was outstanding and fully vested, and no options were available for future issuance under the 2005 Officers' Stock Plan.

F-23

PX0292-181

Table of Contents

## FACEBOOK, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

The following table summarizes the stock option and RSU award activity under the Stock Plans between January 1, 2009 and December 31, 2011:

| | Shares Available for Grant[1] (in thousands) | Shares Subject to Options Outstanding | | | | | Outstanding RSUs | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Shares (in thousands) | Weighted Average Exercise Price | Weighted-Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value[2] (in millions) | | Outstanding RSUs (in thousands) | Weighted Average Grant Date Fair Value |
| Balance as of December 31, 2008 | 15,257 | 479,811 | $ 0.17 | | $ — | | 136,833 | $ 1.72 |
| Increase in shares authorized | 251,969 | — | | | | | — | |
| RSUs granted | (159,167) | — | | | | | 159,167 | 2.35 |
| Stock options granted | (13,885) | 13,885 | 2.54 | | | | — | |
| Stock options exercised | — | (57,459) | 0.15 | | | | — | |
| Stock options forfeited/cancelled | 5,996 | (5,996) | 0.80 | | | | — | |
| RSUs forfeited and cancelled | 10,511 | — | | | | | (10,511) | 1.81 |
| Balance as of December 31, 2009 | 110,681 | 430,241 | 0.25 | 6.39 | 1,780 | | 285,489 | 2.07 |
| Increase in shares authorized | 25,000 | — | | | | | — | |
| RSUs granted | (68,058) | — | | | | | 68,058 | 10.56 |
| Stock options granted | (4,706) | 4,706 | 11.57 | | | | — | |
| Stock options exercised | — | (69,910) | 0.09 | | | | — | |
| Stock options forfeited/cancelled | 2,066 | (2,066) | 0.22 | | | | — | |
| RSUs forfeited and cancelled | 11,399 | — | | | | | (11,399) | 13.12 |
| Balance as of December 31, 2010 | 76,382 | 362,971 | 0.42 | 5.37 | 7,415 | | 342,148 | 3.39 |
| Increase in shares authorized | 10,000 | — | | | | | — | |
| RSUs granted | (55,126) | — | | | | | 55,126 | 26.32 |
| Stock options exercised | — | (101,872) | 0.27 | | | | — | |
| Stock options forfeited/cancelled | 2,560 | (2,560) | 1.60 | | | | — | |
| RSUs forfeited and cancelled | 18,502 | — | | | | | (18,502) | 7.97 |
| Balance as of December 31, 2011 | 52,318 | 258,539 | $ 0.47 | 4.38 | $ 7,360 | | 378,772 | 6.83 |
| Vested and expected to vest as of December 31, 2011 | | 258,468 | $ 0.47 | 4.38 | $ 7,359 | | — | |
| Exercisable as of December 31, 2011 | | 244,849 | $ 0.19 | 4.19 | $ 7,040 | | — | |

(1) After excluding 133 thousand restricted stock awards not included in the table above, 52,185 thousand shares are available for grant under the Stock Plans as of December 31, 2011.

(2) The aggregate intrinsic value is calculated as the difference between the exercise price of the underlying stock option awards and the assessed fair value of our common stock as of December 31, 2009, 2010, and 2011.

F-24

**Table of Contents**

### FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

The following table summarizes additional information regarding outstanding and exercisable options under the Stock Plans at December 31, 2011:

| Exercise Price (Range) | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| | Number of Shares (in thousands) | Weighted-Average Remaining Life (in years) | Weighted-Average Exercise Price | Number of Shares (in thousands) | Weighted-Average Exercise Price |
| $0.00 - 0.04 | 27,694 | 3.14 | $ 0.01 | 27,694 | $ 0.01 |
| 0.06 | 135,863 | 3.85 | 0.06 | 135,863 | 0.06 |
| 0.10 - 0.18 | 34,186 | 4.38 | 0.13 | 34,186 | 0.13 |
| 0.29 - 0.33 | 37,665 | 5.30 | 0.31 | 37,665 | 0.31 |
| 1.78 | 5,328 | 6.58 | 1.78 | 2,637 | 1.78 |
| 1.85 | 5,715 | 7.03 | 1.85 | 3,423 | 1.85 |
| 2.95 | 2,888 | 7.63 | 2.95 | 1,356 | 2.95 |
| 3.23 | 4,500 | 7.82 | 3.23 | 2,025 | 3.23 |
| 10.39 | 3,500 | 8.56 | 10.39 | — | — |
| 15.00 | 1,200 | 8.80 | 15.00 | — | — |
| | 258,539 | 4.38 | $ 0.47 | 244,849 | $ 0.19 |

The aggregate intrinsic value of the options exercised in 2009, 2010, and 2011, was $149 million, $492 million, and $2,380 million respectively. The total grant date fair value of stock options vested during 2009, 2010, and 2011 was $16 million, $16 million, and $6 million, respectively. The total number of unvested shares subject to options and RSUs outstanding as of December 31, 2009, 2010, and 2011 was 395 million, 374 million, and 392 million, respectively.

***Shares Reserved for Future Issuance***

We have the following shares of Class B common stock reserved for future issuance as of December 31, 2011 (in thousands):

| | |
|---|---|
| 2005 Stock Plan: | |
|     Shares subject to options outstanding | 138,539 |
|     Restricted stock units outstanding | 378,772 |
|     Shares available for future grants | 52,185 |
| 2005 Officers' Stock Plan shares subject to options outstanding | 120,000 |
| Convertible preferred stock, all series | 545,551 |
| | 1,235,047 |

In addition, we have reserved shares of Class A common stock for future issuance pursuant to the conversion of any shares of Class B common stock that are currently outstanding or that may be issued in the future.

F-25

**Table of Contents**

### FACEBOOK, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

**Note 9.    Income Taxes**

The components of income before provision for income taxes for the years ended December 31, 2009, 2010, and 2011 are as follows (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Domestic | $   260 | $ 1,027 | $ 1,819 |
| Foreign | (6) | (19) | (124) |
| Total income before provision for income taxes | $   254 | $ 1,008 | $ 1,695 |

The provision for income taxes consisted of the following (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Current: |  |  |  |
| Federal | $     83 | $   325 | $   664 |
| State | 14 | 57 | 60 |
| Foreign | 1 | 1 | 8 |
| Total current tax expense | 98 | 383 | 732 |
| Deferred: |  |  |  |
| Federal | (60) | 13 | (34) |
| State | (13) | 6 | (3) |
| Total deferred tax expense (benefit) | (73) | 19 | (37) |
| Provision for income taxes | $     25 | $   402 | $   695 |

A reconciliation of the U.S. federal statutory income tax rate of 35% to our effective tax rate is as follows (in percentages):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| U.S. federal statutory income tax rate | 35.0% | 35.0% | 35.0% |
| State income taxes, net of federal benefit | 0.2 | 4.0 | 1.9 |
| Research tax credits | (1.2) | (0.8) | (1.0) |
| Share-based compensation | 0.8 | 0.3 | 1.5 |
| Foreign losses not benefited | 1.1 | 0.8 | 3.3 |
| Change in valuation allowance | (25.6) | — | 0.3 |
| Other | (0.3) | 0.6 | — |
| Effective tax rate | 10.0% | 39.9% | 41.0% |

Excess tax benefits associated with stock option exercises and other equity awards are credited to stockholders' equity. The income tax benefits resulting from stock awards that were credited to stockholders' equity were $50 million, $107 million and $433 million for the years ended December 31, 2009, 2010, and 2011.

F-26

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

Our deferred tax assets (liabilities) are as follows (in millions):

|  | December 31, | |
|---|---|---|
|  | 2010 | 2011 |
| Deferred tax assets: | | |
| Net operating loss carryforward | $ 2 | $ 3 |
| Tax credit carryforward | — | 9 |
| Share-based compensation | 28 | 79 |
| Accrued expenses and other liabilities | 38 | 58 |
| Total deferred tax assets | 68 | 149 |
| Less: valuation allowance | — | (9) |
| Deferred tax assets, net of valuation allowance | 68 | 140 |
| Deferred tax liabilities: | | |
| Depreciation and amortization | (21) | (69) |
| Purchased intangible assets | (8) | (10) |
| Deferred foreign taxes | — | (1) |
| Total deferred tax liabilities | (29) | (80) |
| Net deferred tax assets | $ 39 | $ 60 |

The valuation allowance was approximately $9 million as of December 31, 2011, related to state tax credits that we do not believe will ultimately be realized. There was no change to the valuation allowance for the year ended December 31, 2010. The valuation allowance decreased by approximately $76 million for the year ended December 31, 2009.

As of December 31, 2011, we had U.S. federal and California net operating loss carryforwards of $7 million and $17 million, which will expire in 2027 and 2021, respectively, if not utilized. We also have state tax credit carryforwards of $9 million, which carry forward indefinitely.

Utilization of our net operating loss and tax credit carryforwards may be subject to substantial annual limitations due to the ownership change limitations provided by the Internal Revenue Code and similar state provisions. Such annual limitations could result in the expiration of the net operating loss and tax credit carryforwards before their utilization. The events that may cause ownership changes include, but are not limited to, a cumulative stock ownership change of greater than 50% over a three-year period.

Our net foreign pretax losses include jurisdictions with both pretax earnings and pretax losses. Our consolidated financial statements provide taxes for all related tax liabilities that would arise upon repatriation of earnings in the foreign jurisdictions where we do not intend to indefinitely reinvest those earnings outside the United States, and the amount of taxes provided for has been insignificant.

F-27

**Table of Contents**

**FACEBOOK, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)**

The following table reflects changes in the gross unrecognized tax benefits (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Gross unrecognized tax benefits—beginning of period | $ 3 | $ 9 | $ 18 |
| Increase related to prior year tax positions | 6 | 1 | 5 |
| Decreases related to prior year tax positions | — | (2) | (2) |
| Increases related to current year tax positions | — | 10 | 42 |
| Gross unrecognized tax benefits—end of period | $ 9 | $ 18 | $ 63 |

During all years presented, we recognized interest and penalties related to unrecognized tax benefits within the provision for income taxes on the consolidated statements of income. For the year ended December 31, 2011, we recognized interest of $1 million and penalties of $3 million. The amount of interest and penalties accrued as of December 31, 2010 and 2011 was $1 million and $6 million, respectively.

If the remaining balance of gross unrecognized tax benefits of $63 million as of December 31, 2011 was realized in a future period, this would result in a tax benefit of $51 million within our provision of income taxes at such time.

We are subject to taxation in the United States and various other state and foreign jurisdictions. The material jurisdictions in which we are subject to potential examination by taxing authorities include the United States and Ireland. In 2011, the Internal Revenue Service (IRS) commenced its examinations of our 2008 and 2009 tax years. We believe that adequate amounts have been reserved for any adjustments that may ultimately result from these examinations and we do not anticipate a significant impact to our gross unrecognized tax benefits within the next 12 months related to these years. Our 2010 and 2011 tax years remain subject to examination by the IRS and all tax years starting in 2008 remain subject to examination in Ireland. We remain subject to possible examinations or are undergoing audits in various other jurisdictions that are not material to our financial statements.

Although the timing of the resolution, settlement, and closure of any audits is highly uncertain, it is reasonably possible that the balance of gross unrecognized tax benefits could significantly change in the next 12 months. However, given the number of years remaining that are subject to examination, we are unable to estimate the full range of possible adjustments to the balance of gross unrecognized tax benefits.

**Note 10.    Geographical Information**

Revenue by geography is based on the billing address of the advertiser or Platform developer. The following table sets forth revenue and long-lived assets by geographic area (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Revenue: |  |  |  |
| United States | $ 518 | $ 1,223 | $ 2,067 |
| Rest of the world[1] | 259 | 751 | 1,644 |
| Total revenue | $ 777 | $ 1,974 | $ 3,711 |

(1)  No individual country exceeded 10% of our total revenue for any period presented.

F-28

PX0292-186

**Table of Contents**

FACEBOOK, INC.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (CONTINUED)

| | December 31, | |
| | 2010 | 2011 |
| --- | --- | --- |
| Long-lived assets: | | |
| United States | $ 567 | $ 1,444 |
| Rest of the world | 7 | 31 |
| Total long-lived assets | $ 574 | $ 1,475 |

#### Note 11.  Related Party Transactions

During 2009, our board of directors authorized us to award two million shares of Class B common stock to a family member of our CEO. This award was made in satisfaction of funds provided for our initial working capital and potential related claims. We recorded share-based compensation expense of $9 million related to this stock award for the year ended December 31, 2009.

#### Note 12.  Subsequent Events

We have evaluated subsequent events through February 1, 2012, which is the date the financial statements were available to be issued.

In January 2012, our board of directors adopted our 2012 Equity Incentive Plan, subject to stockholder approval, which plan will become effective on the effective date of our initial public offering. The 2012 Equity Incentive Plan will succeed our 2005 Stock Plan and we will cease granting awards under the 2005 Stock Plan. We have reserved 25 million shares of Class A common stock for issuance under our 2005 Stock Plan, plus an additional number of shares of Class A common stock equal to any shares reserved but not issued or subject to outstanding awards under our 2005 Stock Plan on the effective date of our initial public offering, plus, (i) shares that are subject to outstanding awards under the 2005 Stock Plan which cease to be subject to such awards, (ii) shares issued under the 2005 Stock Plan which are forfeited or repurchased at their original issue price, and (iii) shares subject to awards under the 2005 Stock Plan that are used to pay the exercise price of an option or withheld to satisfy the tax withholding obligations related to any award. The 2012 Equity Incentive Plan provides for automatic increases in the number of shares reserved for issuance on January 1 of each year.

F-29

**Table of Contents**



PX0292-188

**Table of Contents**



Table of Contents

## PART II

### INFORMATION NOT REQUIRED IN PROSPECTUS

**Item 13.  Other Expenses of Issuance and Distribution**

The following table sets forth all expenses to be paid by the Registrant, other than estimated underwriting discounts and commissions, in connection with our initial public offering. All amounts shown are estimates except for the SEC registration fee and the FINRA filing fee:

| | |
|---|---:|
| SEC registration fee | $573,000 |
| FINRA filing fee | 75,500 |
| Stock Exchange Listing fee | * |
| Printing and engraving | * |
| Legal fees and expenses | * |
| Accounting fees and expenses | * |
| Blue sky fees and expenses (including legal fees) | * |
| Transfer agent and registrar fees | * |
| Miscellaneous | * |
| Total | $        * |

_____

*    To be completed by amendment.

**Item 14.  Indemnification of Directors and Officers**

Section 145 of the Delaware General Corporation Law authorizes a court to award, or a corporation's board of directors to grant, indemnity to directors and officers under certain circumstances and subject to certain limitations. The terms of Section 145 of the Delaware General Corporation Law are sufficiently broad to permit indemnification under certain circumstances for liabilities, including reimbursement of expenses incurred, arising under the Securities Act of 1933, as amended (the Securities Act).

As permitted by the Delaware General Corporation Law, the Registrant's restated certificate of incorporation that will be in effect at the closing of the offering contains provisions that eliminate the personal liability of its directors for monetary damages for any breach of fiduciary duties as a director, except liability for the following:

- any breach of the director's duty of loyalty to the Registrant or its stockholders;

- acts or omissions not in good faith or that involve intentional misconduct or a knowing violation of law;

- under Section 174 of the Delaware General Corporation Law (regarding unlawful dividends and stock purchases); or

- any transaction from which the director derived an improper personal benefit.

As permitted by the Delaware General Corporation Law, the Registrant's restated bylaws that will be in effect at the closing of our initial public offering, provide that:

- the Registrant is required to indemnify its directors and executive officers to the fullest extent permitted by the Delaware General Corporation Law, subject to very limited exceptions;

- the Registrant may indemnify its other employees and agents as set forth in the Delaware General Corporation Law;

II-1

PX0292-190

**Table of Contents**

- the Registrant is required to advance expenses, as incurred, to its directors and executive officers in connection with a legal proceeding to the fullest extent permitted by the Delaware General Corporation Law, subject to very limited exceptions; and

- the rights conferred in the bylaws are not exclusive.

The Registrant has entered, and intends to continue to enter, into separate indemnification agreements with its directors and executive officers to provide these directors and executive officers additional contractual assurances regarding the scope of the indemnification set forth in the Registrant's restated certificate of incorporation and restated bylaws and to provide additional procedural protections. At present, there is no pending litigation or proceeding involving a director or executive officer of the Registrant regarding which indemnification is sought. Reference is also made to the underwriting agreement to be filed as Exhibit 1.1 to this registration statement, which provides for the indemnification of executive officers, directors and controlling persons of the Registrant against certain liabilities. The indemnification provisions in the Registrant's restated certificate of incorporation, restated bylaws and the indemnification agreements entered into or to be entered into between the Registrant and each of its directors and executive officers may be sufficiently broad to permit indemnification of the Registrant's directors and executive officers for liabilities arising under the Securities Act.

The Registrant currently carries liability insurance for its directors and officers.

**Item 15.   *Recent Sales of Unregistered Securities***

Since February 1, 2009, we have made the following sales of unregistered securities (after giving effect to a 5-for-1 stock split effected in October 2010):

*Preferred Stock Issuances*

- On May 26, 2010, we sold 44,037,540 shares of our Series E preferred stock to one accredited investor at a purchase price of $4.54 per share.

- On February 2, 2011, we issued 3,257,280 shares of our Series A preferred stock and 2,960,240 shares of our Series B preferred stock to one accredited investor at per share purchase prices ranging from $0.00 to 0.06 pursuant to exercises of warrants.

- On December 29, 2011, we issued 1,750,827 shares of our Series B preferred stock to one accredited investor at a per share purchase price of $0.06 pursuant to exercise of a warrant.

*Plan-Related Issuances*

- From February 1, 2009 through January 31, 2012, we granted to our directors, officers, employees, consultants and other service providers options to purchase 14,263,370 shares of our Class B common stock with per share exercise prices ranging from $1.78 to $15.00 under our 2005 Stock Plan.

- From February 1, 2009 through January 31, 2012, we issued to our directors, officers, employees, consultants, and other service providers an aggregate of 239,034,751 shares of our Class B common stock at per share purchase prices ranging from $0.00 to $2.95 pursuant to exercises of options granted under our 2005 Stock Plan.

- From February 1, 2009 through January 31, 2012, we granted to our directors, officers, employees, consultants, and other service providers an aggregate of 257,697,957 RSUs to be settled in shares of our Class B common stock under our 2005 Stock Plan.

- From February 1, 2009 through January 31, 2012, we sold to our directors, officers, employees, consultants, and other service providers an aggregate of 214,514 shares of our Class B common stock at per share purchase prices ranging from $0.00 to $30.03 granted under our 2005 Stock Plan.

II-2

PX0292-191

**Table of Contents**

*Other Common Stock Issuances*

- On May 26, 2009, we issued 48,065 shares of our Class B common stock to one existing investor pursuant to the anti-dilution terms of such investor's original investment.

- On December 30, 2009, we issued 2,000,000 shares of our Class B common stock to a family member of our CEO. This award was made in satisfaction of funds provided for our initial working capital and a potential release of claims.

- On June 2, 2010, we issued 5,000 shares of our Class B common stock to one accredited investor at a purchase price of $7.27 per share.

- On December 27, 2010, we sold 21,582,733 shares of our Class A common stock to three accredited investors at a purchase price of $20.85 per share.

- On December 31, 2010, we sold 2,398,081 shares of our Class A common stock to one accredited investor at a purchase price of $20.85 per share.

- On January 21, 2011, we sold 47,961,630 shares of our Class A common stock to one accredited investor at a purchase price of $20.85 per share.

- On September 15, 2011, we issued 29,640 shares of our Class B common stock as consideration to a former employee for services provided.

*Acquisitions*

- On August 14, 2009, we issued 11,052,955 shares of our Class B common stock as consideration to ten individuals and one entity in connection with our acquisition of all the outstanding shares of a company.

- On May 18, 2010, we issued 3,625,000 shares of our Class B common stock as consideration to a company in connection with our purchase of patents from the company.

- On June 16, 2010, we issued 238,000 shares of our Class B common stock as consideration to a company in connection with our purchase of certain assets from the company.

- On July 7, 2010, we issued 590,900 shares of our Class B common stock as consideration to a company in connection with our purchase of certain assets from the company.

- On August 18, 2010, we issued 289,350 shares of our Class B common stock as consideration to two individuals in connection with our acquisition of all the outstanding shares of a company.

- On October 29, 2010, we issued 1,309,284 shares of our Class B common stock as consideration to a company in connection with our purchase of certain assets from the company.

- On November 12, 2010, we issued 350,000 shares of our Class B common stock as consideration to a company in connection with our purchase of certain assets from the company.

- On December 15, 2010, we issued 1,030,000 shares of our Class B common stock as consideration to two individuals in connection with our acquisition of all the outstanding shares of a company.

- On February 28, 2011, we issued 681,357 shares of our Class A common stock as consideration to a company in connection with our purchase of certain assets from the company.

- On April 5, 2011, we issued 1,659,430 shares of our Class A common stock as consideration to 13 individuals and six entities in connection with our acquisition of all the outstanding shares of a company.

- On August 1, 2011, we issued 75,426 shares of our Class A common stock as consideration to three individuals in connection with our acquisition of all the outstanding shares of a company.

II-3

PX0292-192

**Table of Contents**

- On October 7, 2011, we issued 360,883 shares of our Class A common stock as consideration to 21 individuals and eight entities in connection with our acquisition of all the outstanding shares of a company.

- On October 10, 2011, we issued 183,750 shares of our Class B common stock as consideration to a company for a license of certain technology from the company.

- On January 3, 2012, we issued 90,000 shares of our Class A common stock as consideration to four individuals and 13 entities in connection with our purchase of certain assets from a company.

- On February 1, 2012, we issued 212,250 shares of our Class A common stock as partial consideration to two entities in connection with our purchase of certain assets from a company.

Unless otherwise stated, the sales of the above securities were deemed to be exempt from registration under the Securities Act in reliance upon Section 4(2) of the Securities Act (or Regulation D or Regulation S promulgated thereunder), or Rule 701 promulgated under Section 3(b) of the Securities Act as transactions by an issuer not involving any public offering or pursuant to benefit plans and contracts relating to compensation as provided under Rule 701. The recipients of the securities in each of these transactions represented their intentions to acquire the securities for investment only and not with a view to or for sale in connection with any distribution thereof, and appropriate legends were placed upon the stock certificates issued in these transactions.

II-4

PX0292-193

**Table of Contents**

**Item 16.  *Exhibits and Financial Statement Schedules***

(a) *Exhibits*. The following exhibits are included herein or incorporated herein by reference:

| Exhibit Number | Description |
|---|---|
| 1.1* | Form of Underwriting Agreement. |
| 3.1* | Eleventh Amended and Restated Certificate of Incorporation of Registrant. |
| 3.2* | Bylaws of Registrant. |
| 3.3* | Form of Restated Certificate of Incorporation of Registrant, to be in effect at the closing of Registrant's initial public offering. |
| 3.4* | Form of Restated Bylaws of Registrant, to be in effect at the closing of Registrant's initial public offering. |
| 4.1* | Form of Registrant's Class A common stock certificate. |
| 4.2* | Sixth Amended and Restated Investors' Rights Agreement, dated December 27, 2010, by and among Registrant and certain security holders of Registrant. |
| 4.3* | Form of "Type 1" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 4.4* | Form of "Type 2" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 4.5* | Form of "Type 3" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 5.1* | Opinion of Fenwick & West LLP. |
| 10.1* | Form of Indemnification Agreement. |
| 10.2* | 2005 Stock Plan, as amended, and forms of award agreements. |
| 10.3* | 2005 Officers' Stock Plan, and amended and restated notice of stock option grant and stock option agreement. |
| 10.4* | 2012 Equity Incentive Plan, to be in effect upon the effectiveness of Registrant's initial public offering, and forms of award agreements. |
| 10.5* | 2011 Bonus/Retention Plan. |
| 10.6* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mark Zuckerberg. |
| 10.7* | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Sheryl K. Sandberg. |
| 10.8* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and David A. Ebersman. |
| 10.9* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mike Schroepfer. |
| 10.10* | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Theodore W. Ullyot. |
| 10.11* | Lease, dated February 7, 2011, between Registrant and Wilson Menlo Park Campus, LLC. |
| 10.12*† | Developer Addendum, dated May 14, 2010, between Registrant and Zynga Inc., as amended by Amendment No. 1 to Developer Addendum, dated October 1, 2011. |
| 10.13*† | Developer Addendum No. 2, dated December 26, 2010, between Registrant and Zynga Inc. |

II-5

**Table of Contents**

| Exhibit Number | Description |
|---|---|
| 10.14* | Credit Agreement, dated February 18, 2011, between Registrant, the Lenders party thereto, and JPMorgan Chase Bank, N.A., as amended by the First Amendment, dated June 28, 2011, and the Second Amendment, dated September 13, 2011. |
| 10.15* | Guarantee Agreement, dated February 18, 2011, between Registrant, the Subsidiary Guarantors party thereto, and JPMorgan Chase Bank, N.A. |
| 10.16* | Conversion Agreement, dated February 19, 2010, between Registrant, Digital Sky Technologies Limited, and DST Global Limited. |
| 21.1* | List of Subsidiaries of Registrant. |
| 23.1 | Consent of Ernst & Young LLP, Independent Registered Public Accounting Firm. |
| 23.2* | Consent of Fenwick & West LLP (included in Exhibit 5.1). |
| 24.1 | Power of Attorney (see page II-7 to this Form S-1). |

\*    To be filed by amendment.
†    Confidential treatment will be requested with respect to portions of this exhibit.

(b) *Financial Statement Schedules.* All financial statement schedules are omitted because they are not applicable or the information is included in the Registrant's consolidated financial statements or related notes.

**Item 17.**    *Undertakings*

The undersigned Registrant hereby undertakes to provide to the underwriters at the closing specified in the underwriting agreement, certificates in such denominations and registered in such names as required by the underwriters to permit prompt delivery to each purchaser.

Insofar as indemnification for liabilities arising under the Securities Act may be permitted to directors, officers and controlling persons of the Registrant pursuant to the foregoing provisions, or otherwise, the Registrant has been advised that in the opinion of the SEC such indemnification is against public policy as expressed in the Securities Act and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the Registrant of expenses incurred or paid by a director, officer or controlling person of the Registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the Registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question whether such indemnification by it is against public policy as expressed in the Securities Act and will be governed by the final adjudication of such issue.

The undersigned Registrant hereby undertakes that:

(1) For purposes of determining any liability under the Securities Act, the information omitted from the form of prospectus filed as part of this registration statement in reliance upon Rule 430A and contained in a form of prospectus filed by the Registrant pursuant to Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this registration statement as of the time it was declared effective.

(2) For the purpose of determining any liability under the Securities Act, each post-effective amendment that contains a form of prospectus shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.

II-6

**Table of Contents**

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Menlo Park, State of California, on this 1st day of February 2012.

**FACEBOOK, INC.**

/S/   MARK ZUCKERBERG
_____
**Mark Zuckerberg**
**Chairman and Chief Executive Officer**

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Mark Zuckerberg, David A. Ebersman, and Theodore W. Ullyot, and each of them, as his true and lawful attorney-in-fact and agent with full power of substitution, for him in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments) and any registration statement related thereto filed pursuant to Rule 462(b) increasing the number of securities for which registration is sought, and to file the same, with all exhibits thereto and other documents in connection therewith, with the SEC, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully for all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorney-in-fact and agent, or his substitute, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/   MARK ZUCKERBERG<br>**Mark Zuckerberg** | Chairman and Chief Executive Officer<br>*(Principal Executive Officer)* | February 1, 2012 |
| /S/   DAVID A. EBERSMAN<br>**David A. Ebersman** | Chief Financial Officer<br>*(Principal Financial Officer)* | February 1, 2012 |
| /S/   DAVID M. SPILLANE<br>**David M. Spillane** | Director of Accounting<br>*(Principal Accounting Officer)* | February 1, 2012 |
| /S/   MARC L. ANDREESSEN<br>**Marc L. Andreessen** | Director | February 1, 2012 |
| /S/   ERSKINE B. BOWLES<br>**Erskine B. Bowles** | Director | February 1, 2012 |
| /S/   JAMES W. BREYER<br>**James W. Breyer** | Director | February 1, 2012 |
| /S/   DONALD E. GRAHAM<br>**Donald E. Graham** | Director | February 1, 2012 |
| /S/   REED HASTINGS<br>**Reed Hastings** | Director | February 1, 2012 |
| /S/   PETER A. THIEL<br>**Peter A. Thiel** | Director | February 1, 2012 |

II-7

PX0292-196

**Table of Contents**

## EXHIBIT INDEX

| Exhibit Number | Description |
| --- | --- |
| 1.1* | Form of Underwriting Agreement. |
| 3.1* | Eleventh Amended and Restated Certificate of Incorporation of Registrant. |
| 3.2* | Bylaws of Registrant. |
| 3.3* | Form of Restated Certificate of Incorporation of Registrant, to be in effect at the closing of Registrant's initial public offering. |
| 3.4* | Form of Restated Bylaws of Registrant, to be in effect at the closing of Registrant's initial public offering. |
| 4.1* | Form of Registrant's Class A common stock certificate. |
| 4.2* | Sixth Amended and Restated Investors' Rights Agreement, dated December 27, 2010, by and among Registrant and certain security holders of Registrant. |
| 4.3* | Form of "Type 1" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 4.4* | Form of "Type 2" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 4.5* | Form of "Type 3" Holder Voting Agreement, between Registrant, Mark Zuckerberg, and certain parties thereto. |
| 5.1* | Opinion of Fenwick & West LLP. |
| 10.1* | Form of Indemnification Agreement. |
| 10.2* | 2005 Stock Plan, as amended, and forms of award agreements. |
| 10.3* | 2005 Officers' Stock Plan, and amended and restated notice of stock option grant and stock option agreement. |
| 10.4* | 2012 Equity Incentive Plan, to be in effect upon the effectiveness of Registrant's initial public offering, and forms of award agreements. |
| 10.5* | 2011 Bonus/Retention Plan. |
| 10.6* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mark Zuckerberg. |
| 10.7* | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Sheryl K. Sandberg. |
| 10.8* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and David A. Ebersman. |
| 10.9* | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mike Schroepfer. |
| 10.10* | Amended and Restated Employment Agreement, dated January 27, 2012, between Registrant and Theodore W. Ullyot. |
| 10.11* | Lease, dated February 7, 2011, between Registrant and Wilson Menlo Park Campus, LLC. |
| 10.12*† | Developer Addendum, dated May 14, 2010, between Registrant and Zynga Inc., as amended by Amendment No. 1 to Developer Addendum, dated October 1, 2011. |
| 10.13*† | Developer Addendum No. 2, dated December 26, 2010, between Registrant and Zynga Inc. |
| 10.14* | Credit Agreement, dated February 18, 2011, between Registrant, the Lenders party thereto, and JPMorgan Chase Bank, N.A., as amended by the First Amendment, dated June 28, 2011, and the Second Amendment, dated September 13, 2011. |

PX0292-197

**Table of Contents**

| Exhibit Number | Description |
| --- | --- |
| 10.15* | Guarantee Agreement, dated February 18, 2011, between Registrant, the Subsidiary Guarantors party thereto, and JPMorgan Chase Bank, N.A. |
| 10.16* | Conversion Agreement, dated February 19, 2010, between Registrant, Digital Sky Technologies Limited, and DST Global Limited. |
| 21.1* | List of Subsidiaries of Registrant. |
| 23.1 | Consent of Ernst & Young LLP, Independent Registered Public Accounting Firm. |
| 23.2* | Consent of Fenwick & West LLP (included in Exhibit 5.1). |
| 24.1 | Power of Attorney (see page II-7 to this Form S-1). |

\*    To be filed by amendment.
†    Confidential treatment will be requested with respect to portions of this exhibit.

PX0292-198

# PX0293

3/4/24, 3:39 PM                                    Facebook for Android™ | Facebook

The Wayback Machine - https://web.archive.org/web/20090919004950/http://www.facebook.com/apps/application.php?id=74769995908

☐ Remember Me          Forgot your password?

Email [_____]          Password [_____]          Login

**Sign Up**     **Facebook for Android™ is on Facebook**
Sign up for Facebook to connect with Facebook for Android™.



**Facebook for Android™**

| Wall | Info | Reviews | Video | Discussions | Boxes | |

Filters

 **Glorilys Garcia-Cuadrado** G1 the best phone...
19 minutes ago · Report

 **Shoaib Raheel Alam** The G1 has a lot of potential. I say give it til the first early weeks or October or November and the 2.0 version will Surprise us all! Anywho as a 1.0 version I give this 4 1/2 stars out of 5 only due to going to m.facebook.com for various things li...Read More
about an hour ago · Report

The first version of the officially approved Facebook Application for the Android™ mobile operating system.

**Geoff** G1 is the best android phone.
about an hour ago · Report

**Information**

(3.1 out of 5)
Based on 118 reviews

Users:
0 monthly active users

Category
All

This application was **not** developed by Facebook.

 **Roy Peri** hero is the best android phone.
2 hours ago · Report

 **Nick Hurd** G1 IS ALMOST BETTER THAN iPHONE, ALMOST
4 hours ago · Report

Kim and Geoff like this.

 Greg hurd rhymes with turd.
3 hours ago

 Nick u mus be straight outta elementary school dude haha
3 hours ago

**Carolyn** Even though I've got the option enabled, when I shake the HTC Magic, the status doesn't update. Anyone else have this problem?
4 hours ago · Report

**Fans**

6 of 2,799 fans          See All

 Brian

 Joanne

 Delvaughn

Lawrence      Luis     Russell

 **Art'Darius Lewis** is there a big difference between the my touch and the g1 besides the physical apperance?
5 hours ago · Report

 Remzi besides that and battery life is long on the my touch and also my touch sends out my radiation then the g1, not particularly
5 hours ago

 Brantley The G1 is better in my opinion. I cant stand typing on a screen all of the time. i like the choice of the 2 keyboards
4 hours ago

Contact Developer

Report Application

 **Tim Zastrow** took them a year to get this out and while i understand its version 1.0 i expected a lot more from facebook
6 hours ago · Report

Charles and Genesio like this.

 **Nemer Deik** how do u place the facebook widget on the main screen??
7 hours ago · Report

 Nemer actually i mean the facebook status widget
7 hours ago

 Nick Long press anywhere in a blank space and a pop up will appear select, Widget, Facebook
6 hours ago

 Nemer thanx nick
4 hours ago

PX0293-001

3/4/24, 3:39 PM                                    Facebook for Android™ | Facebook

 **Abel Zavala Jr.** Look on the bright side, it can only get better.
8 hours ago · Report

 **Brian Vina** this is version 1.0 give it a break.
9 hours ago · Report

 **Ricco Montinez Bailey** I just downloaded the facebook app for my G1. I will see
how good it is later.
9 hours ago · Report

 **John Lajom** great phone...so much to offer, haven't explore everything yet.
Pandora and Luk are two great apps for music and video.
9 hours ago · Report

 **Cameron Judd** Finally this app is noted in the Mobile Facebook apps page. For all
those non believers, check out the link http://www.facebook.com/mobile/?ref=pf
10 hours ago · Report

 **Naomi Rodriguez** I JUST LOVE THE NEW MY TOUCH CELL.
10 hours ago · Report

Older Posts

Facebook © 2009    English (US)          About   Advertising   Developers   Careers   Terms   Blog   Widgets  ■  Find Friends   Privacy   Mobile   Help

# PX0295



Back to Newsroom

## Meta

# Facebook to Acquire Instagram

April 9, 2012

MENLO PARK, CALIF.—April 9, 2012—Facebook announced today that it has reached an agreement to acquire Instagram, a fun, popular photo-sharing app for mobile devices.

The total consideration for San Francisco-based Instagram is approximately $1 billion in a combination of cash and shares of Facebook. The transaction, which is subject to customary closing conditions, is expected to close later this quarter.

Mark Zuckerberg, founder and CEO of Facebook, posted about the transaction on his Timeline:

PX0295-001

I'm excited to share the news that we've agreed to acquire Instagram and that their talented team will be joining Facebook.

For years, we've focused on building the best experience for sharing photos with your friends and family. Now, we'll be able to work even more closely with the Instagram team to also offer the best experiences for sharing beautiful mobile photos with people based on your interests.

We believe these are different experiences that complement each other. But in order to do this well, we need to be mindful about keeping and building on Instagram's strengths and features rather than just trying to integrate everything into Facebook.

That's why we're committed to building and growing Instagram independently. Millions of people around the world love the Instagram app and the brand associated with it, and our goal is to help spread this app and brand to even more people.

We think the fact that Instagram is connected to other services beyond Facebook is an important part of the experience. We plan on keeping features like the ability to post to other social networks, the ability to not share your Instagrams on Facebook if you want, and the ability to have followers and follow people separately from your friends on Facebook.

These and many other features are important parts of the Instagram experience and we understand that. We will try to learn from Instagram's experience to build similar features into our other products. At the same time, we will try to help Instagram continue to grow by using Facebook's strong engineering team and infrastructure.

This is an important milestone for Facebook because it's the first time we've ever acquired a product and company with so many users. We don't plan on doing many more of these, if any at all. But providing the best photo sharing experience is one reason why so many people love Facebook and we knew it would be worth bringing these two companies together.

> We're looking forward to working with the Instagram team and to all of the great new experiences we're going to be able to build together.

**About Facebook**

Founded in 2004, Facebook's mission is to make the world more open and connected. People use Facebook to stay connected with friends and family, to discover what's going on in the world, and to share and express what matters to them.

Categories: Company News, Meta

Tags: Instagram

   

## RELATED NEWS

Meta

## How AI Influences What You See on Facebook and Instagram

We're making it easier to control what you see on Facebook and Instagram, and sharing more info on how our AI systems rank content.

June 29, 2023

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

PX0295-003

Diversity and Inclusion

## Featured News

Instagram

Edit Your Messages, Pin Your Chats and More Instagram DM Updates

March 4, 2024

PX0295-004

## Instagram

Making it Easier for Brands and Creators to Collaborate on Instagram

February 21, 2024

 Meta

Follow Us



## Virtual reality ⌄

## Smart glasses ⌄

About us                                                             ⌄

Our community                                                        ⌄

Our actions                                                          ⌄

Support                                                              ⌄

© 2024 Meta          Community Standards       Data Policy       Terms       Cookie policy          United States

(English)   ⌄

PX0295-006

# PX0296

**Trending:**  The Sims 5   Windows 12   GTA 5 Cheats   What is Discord?   Find a Lost Phone   Upcoming

**HOME    SOCIAL MEDIA    NEWS**

# Rumor: Google negotiating $1 billion acquisition of WhatsApp

 **By Francis Bea**
April 5, 2013

**SHARE**

                                                                    Sign In



Image used with permission by copyright holder

*Update: Whatsapp has spoken to* [AllThingsD](#)*. Whatsapp's Head of Business Development Neeraj Aroratold has said that Whatsapp "is not holding sales talks with Google" and the company declined to provide additional comment.*

PX0296-001

Messaging app WhatsApp is in the negotiating phase over prices with Google in what could be Google's next billion dollar acquisition, according to an inside source.

## Recommended Videos



While the deal started four or five weeks ago, we've been told that WhatsApp is "playing hardball" and jockeying for a higher acquisition price, which currently is "close to" $1 billion right now.

### Related

[WhatsApp now lets you send self-destructing voice messages](#)

[WhatsApp used to be one of my favorite apps. Now, I can't stand it](#)

[WhatsApp finally lets you edit sent messages. Here's how to do it](#)

We've suspected for some time now that a messaging app would be the next billion dollar acquisition deal following [Facebook's Instagram buy-out last year](#). 2012 was the year for photo-sharing apps, which you know everything about by now. So, 2013 has been dominating by the [messaging app-meets social network](#) market.

There are rumors that Google Babel will combine Google's disparate communication services under one roof, but the platform still needs to do something to innovate in this space; mobile messaging has been taken over by smaller apps and [Facebook has made a major push as well](#). Google hasn't given an answer to this competition. Even Google Product Manager Nikhyl Singhal

PX0296-002

confessed to GigaOM in June of last year that "We have done an incredibly poor job of servicing our users here." Messaging is a huge, gaping hole in Google's mobile strategy.

Communication services are the pillar to any connected device; knowing this, if Google wants to be taken seriously on mobile, it'll need a standout like WhatsApp to take under its wing, and it needs to work fast.

By all regards, the acquisition is a no-brainer. Apps like LINE, WeChat, Nimbuzz, Tango, KakaoTalk, and of course WhatsApp, are making a splash on mobile (and as social apps) in record time. LINE has gone from zero to 130 million users in just under two years. Even new entrant MessageMe has rocketed from zero to one million users in just 12 days.

Google can't afford the time to rebrand and rebuild a competitive messaging app at the risk of entering the game too late – or, it needs to be able to work off the platform WhatsApp has already established and use this technology (and sensically, the user base) to fill out the purported Babel.

Also justifying the rumors is the fact that Google has approached WhatsApp before (as has Facebook). Look at it this way: WhatsApp is consistently the number one paid app in more than 100 countries with an enviable user base size spread throughout more than 100 countries and 750 mobile networks. To give you an idea about WhatsApp's scale, on New Years Eve 2012 alone WhatsApp saw a record 18 billion messages processed in a day.

But more importantly, WhatsApp has a proven monetization scheme. Its yearly but nominal $0.99 subscription fee keeps the service ad-free. Behind the scenes however, WhatsApp also generates revenue through profitable partnerships with international telecommunications companies. For instance WhatsApp's monthly local plan in Hong Kong with mobile operator 3 HK costs just $8HK ($1.03 USD) and an international package will run for $48HK ($6.18 USD) per day. And whatever Whatsapp is doing is working: The app has even had a direct hand in declining SMS usage around the world.

PX0296-003

WhatsApp has remained mum about its revenue, but our source says that WhatsApp may have a ballpark of $100 million in yearly revenue – we're working on corroborating that detail.

*Edit: We previously referred to Google's unified communication services as "Babble," but new evidence has come to light suggesting that the service will be called "Babel." The changes have been reflected above.*

### Editors' Recommendations

[Google is launching a powerful new AI app for your Android phone](#)

[Google Maps got a major update, and people hate it](#)

[WhatsApp now lets you add short video messages to chats](#)

[What is WhatsApp? How to use the app, tips, tricks, and more](#)

[How to know if someone blocked you on WhatsApp](#)

### Topics

[Apple](#)     [Mobile](#)     [Apple](#)     [Facebook](#)     [Google](#)     [Tech News](#)



**Francis Bea**

Former Digital Trends Contributor

Francis got his first taste of the tech industry in a failed attempt at a startup during his time as a student at the...

MOBILE

# You'll soon be able to use WhatsApp on more than one phone

PX0296-004

Read more

**MOBILE**

# WhatsApp is copying two of Zoom's best video-calling features

PX0296-005

Read more

---

**SOCIAL MEDIA**

# WhatsApp adds new privacy features that everyone should start using

PX0296-006

Read more

# Upgrade your lifestyle

Digital Trends helps readers keep tabs on the fast-paced world of tech with all the latest news, fun product reviews, insightful editorials, and one-of-a-kind sneak peeks.

PX0296-007

3/6/24, 5:41 PM                              Rumor: Google negotiating $1 billion acquisition of WhatsApp | Digital Trends

Mobile                                       Automotive

Computing                                    Space

Gaming                                       Streaming Guides

Audio / Video                                Original Shows

Smart Home                                   Downloads

Entertainment                                How-To

About Us                                     Subscribe to our Newsletter

Contact Us                                   Sponsored Content

Editorial Guidelines                         Digital Trends Wallpapers

Logo & Accolade Licensing                    Digital Trends in Spanish

Portland  |  New York  |  Chicago  |  Detroit  |  Los Angeles  |  Toronto

Careers                          Privacy Policy

Advertise With Us                Do Not Sell or Share My Information

Work With Us                     Manage Preferences

Diversity & Inclusion            Press Room

Terms of Use                     Sitemap

Digital Trends Media Group may earn a commission when you buy through links on our sites.
©2024 Digital Trends Media Group, a Designtechnica Company. All rights reserved.

Advertisement

PX0296-008

# PX0297

3/15/24, 9:42 AM                                                Facebook for Android | Facebook

The Wayback Machine - https://web.archive.org/web/20091008224722/http://www.facebook.com/apps/application.php?id=74769995908&v=info

☐ Remember Me                Forgot your password?

| Email | Password | Login |

**Sign Up**

**Facebook for Android is on Facebook**
Sign up for Facebook to connect with Facebook for Android.



## Facebook for Android

| Wall | **Info** | Reviews | Video | Discussions | Boxes |

**About Facebook for Android**

Facebook for Android™ makes it easy to stay connected and share information with friends. You can share status updates from  our home screen, check out your news feed, look at your friends' walls and user info. Share photos from your phone and can even look up up to 125 friends' phone numbers from the home screen.

**Friends using this Application**

No friends are using this application.

**About Android Market**

This application is available in the Android Market.

The first version of the officially approved Facebook Application for the Android mobile operating system.



**Information**

(2.9 out of 5)
Based on 218 reviews

Category
All

This application was **not** developed by Facebook.

**Fans**

6 of 10,824 fans                                See All

| Travis | Chris | Denisse |
| Tiffani | See | Jorge |

Contact Developer
Report Application

Facebook © 2009      English (US)                    About   Advertising   Developers   Careers   Terms   Blog   Widgets   ■   Find Friends   Privacy   Mobile   Help

PX0297-001

# PX0298





**PEOPLE AND POP CULTURE**

## The Sit-Down: Jeff Weiner, CEO, LinkedIn

The leader of the social network for professionals discusses corporate culture, the big hiring mistake that growing companies make, and the acquisition of Lynda.com.

5.18.2015

**A**t our core, **we are about connecting our members to opportunity,** all kinds of opportunity.

**That could be someone who is looking to start their career just out of college,** it could be someone who, for whatever reason, is transitioning, someone that wants to do a better job at the job that they're already in.

Given this knowledge economy that we live in, the digital economy, the rate of change, the rate of innovation is accelerating and **it's no longer enough to rest on the knowledge we acquired in school or earlier in our careers.** It's just a continuous process.

**Lynda.com is really the best at what they do.** They have the highest-quality catalog of learning materials that we saw in the industry, and for a whole host of reasons, really starting with the alignment between our vision, our mission, we thought it was a great choice.

Photo by: TONY FLOREZ PHOTOGRAPHY

We've long talked about a vision where we could create **economic opportunity for every member of the global workforce.**

Where we had focused to date was essentially being able to map data with regard to skills, what skills you have and what skills you need to pursue an opportunity. **With Lynda we now have the ability to help you acquire the skill.**

Today we are at roughly 350 million members, and **international expansion has been an important priority for us.** And that's not just introducing LinkedIn into new markets, but also starting to localize increasingly so we have the right market fit, depending on the market in question.

1 article remaining  |  **SUBSCRIBE**

China would be a great example of this. We localized our efforts in February of last year. We had generated roughly 4 million members in China over a 10-year period, and **over the last 12 months plus, that has grown from 4 million to 9 million members.**

**Facebook [is] a social network largely connecting friends and family,** Twitter is about real-time communications and interests.

**Snapchat is increasingly a media play** that enables people to tell stories, not just one to one, one to few, one to many, but now curating stories from across that platform and working with partners like some of the leagues, some of the media companies.

I think you are seeing Facebook and Twitter all investing heavily in their content offerings. But that context is very different than LinkedIn. **Our context exists solely to create value for professionals, to make them more productive and successful.**

**Leadership is about inspiring others to achieve shared objectives,** and the most important word in there by far is inspire and this element of inspiration. That's what I think separates leaders from managers. Managers tell people what to do, and leaders inspire them to do it.

I think inspiration emanates from an accommodation of three things. **The first is the clarity of one's vision** and understanding of where that leader is trying to take the team and company, and the difference they are trying to make in the world.

**I think the second is the courage of their convictions,** because if it is true vision, it hasn't been done before, there is going to be a lot of naysayers, and there's going to be a lot of people who feel threatened and they are going to try to get in the way and convince you why you shouldn't be doing it.

**The third is the ability to effectively communicate both the clarity of your vision and that conviction.** ... It can be through word, it can be through deed, and ideally it is through both. But effective leaders are able to communicate really in a very strong way what it is that they are trying to accomplish.

Something that I continue to work on every day ... [is] managing compassionately, which essentially means **putting yourselves in the shoes of other people that you are working with day in and day out.**

There is a whole host of reasons people may disagree and people may be in conflict, and I can tell you from me personally that [for] our team at LinkedIn, **managing compassionately is a game-changer in terms of the way we do things and the way we are able to collaborate.**

**We first launched the website in May 5, 2003, so we are not exactly a young company by [Silicon] Valley standards.** But, yeah, we think about how to maintain a culture of innovation, how to maintain a culture of transformation, how to constantly, constantly reinforce thinking like a startup, taking intelligent risks, being entrepreneurial.

1 article remaining  |  **SUBSCRIBE**

PX0298-002

**If you start from a place where you are codifying values** that you find yourself leading from anyway, that's how you are constantly reinforcing it.

It starts with your recruiting efforts. **Who are you bringing into the company and how strong of a cultural fit are those individuals?** And in the early stages of hyper-growth those are where a lot of companies go off the rails.

They will be so in need of filling seats to keep up with demand that they will meet people that have the skill, but are not necessarily a cultural fit. And they will recognize it, and they will know it, and rationalize it by saying "We'll make it work," or **"They'll come around," or "We'll show them our company's way."**

**Taking intelligent risks and acting like an owner,** those are two of our values, and so that helps maintain that spirit of entrepreneurship.

I think when organizations, teams and individuals are too hard on themselves with regard to things that didn't go right, **I think it has a tendency to shut people down unintentionally.**

**Some organizations like to talk about celebrating failure. That may be a little much for some folks,** but being honest with yourself about what you tried, and why it didn't work, and what you could learn from it, and how you can apply that going forward, and do better the next time around, I think that's possible.

**Focusing on the deal at the exclusion of the integration is like** thinking about your wedding day and not thinking about the success of your marriage.

© 2024 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

PX0298-003

# PX0300

WILMER CUTLER PICKERING
 HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ROSS E. FIRSENBAUM (*pro hac vice*)
 Ross.Firsenbaum@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
 Paul.Vanderslice@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAELA P. SEWALL (*pro hac vice*)
 Michaela.Sewall@wilmerhale.com
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-08570-JD<br><br>**META PLATFORMS, INC.'S RELEVANT MARKETS TUTORIAL SUBMISSION**<br><br>Judge: Hon. James Donato |

PX0300-001

1    Since its inception almost twenty years ago, Facebook (now Meta) has faced vigorous
2    competition for users' time and attention from a broad array of competitors.  Facebook started as
3    a way for users to connect, share, and find community primarily with their friends and later family
4    or other connections.  But over time, that "friends and family sharing" became a small part of the
5    experience on Meta's family of apps (which now includes Facebook, Instagram, Messenger, and
6    others).  And critically, it in no way defines or constrains Meta's products and services or the scope
7    of competition Meta faces.  Meta competes for *engaged* user time and attention across a variety of
8    features and activities.  Maintaining and growing user engagement by offering features and user
9    experiences that attract users to choose to spend their time on Meta's family of apps is one of
10   Meta's most fundamental business goals.  Meta then monetizes its services by providing tools and
11   systems for businesses to manage and optimize advertising campaigns that can be shown to Meta's
12   engaged users.  As a result, Meta faces constraining competition for users' time and attention from
13   many services, including TikTok, YouTube, Apple (iMessage), Twitter, Snapchat, LinkedIn,
14   Reddit, Pinterest, Telegram, and many others.  And on the advertising side, Meta faces yet more
15   formidable competition, including from the companies listed above and Google, Amazon,
16   Microsoft, Apple, television, streaming services, and much, much more.

17       The competition for engagement is pivotal to Meta's time-honored business model of
18   advertisement-supported services because that engagement and the resulting time and attention is
19   what advertisers demand when they purchase advertising.  What the Court will hear—over and
20   over again—is that advertisers watch for and make spending decisions based on their return on
21   investment.  Advertisers have no shortage of options on where to spend their ad budgets.  If Meta
22   does not deliver engaged users, which then allow advertisers to meet their advertising goals, then
23   advertisers can easily take their dollars elsewhere.  Advertisers can and do switch between
24   advertising venues, sometimes on a daily basis.  Meta believes it offers advertisers a superior
25   experience, but this does not mean Meta does not face meaningful competition across many fronts.

26       Critically, advertising on Meta is not distinct from advertising through a host of other
27   sources, digital and non-digital alike.  Meta competes for ad budgets with providers of all forms
28   of advertising.  The made-up construct of "social advertising" disregards the direct and constant

PX0300-002

1   competition Meta faces for advertising budgets with Google, Amazon, Apple, TikTok, video

2   streaming platforms, television, print media, and others.  Most advertisers are platform-agnostic,

3   and seek only to reach their target audiences while getting the best return on their advertising

4   investment.  Advertisers can achieve their goals elsewhere, and especially when they receive

5   results in real time, they may redirect where they spend their advertising dollars.

6   **I.    PRESENTER BIOGRAPHY**

7        Alex Schultz, Meta's Chief Marketing Officer and Vice President of Analytics, will present

8   for Meta at the tutorial.  After graduating from the University of Cambridge, Mr. Schultz worked

9   in marketing at eBay before joining Meta in 2007.  He is based in London.

10        Mr. Schultz began his career at Meta working on Meta's self-service advertising tool, Ads

11   Manager.  Mr. Schultz was instrumental in growing the Facebook, Instagram, and Messenger apps

12   to over a billion users each.  He pioneered Meta's integration of product and direct response

13   marketing and has run some of the biggest, most effective online advertising campaigns in the

14   company's history.  Mr. Schultz has deep insight into the interrelated nature of the competition

15   Meta faces for users and advertisers.  Since 2015, he has also led Meta's analytics team.  In that

16   capacity, Mr. Schultz identifies and evaluates data that Meta uses to measure itself against

17   competitors.  Mr. Schultz is also responsible for Meta's global consumer marketing organization

18   and for promoting Meta's brand, products, and services.  He therefore will offer the Court his

19   perspective as not only a seller of advertising, but also as an ad buyer.

20   **II.    COMPETITION FOR USERS**

21        It has never been easier for a website or app to acquire users.  A few users of a new app

22   can share their mobile contacts with the app, and begin engaging with existing connections on the

23   new product instantly.  App developers can also drive a large volume of downloads simply by

24   advertising on a competitor's site.  TikTok, for example, did both effectively.  It very effectively

25   advertised on Meta's apps to quickly amass a large user base, and it prompts users to share their

26   contacts and follow suggested friends.   LinkedIn and Snapchat also grew by prompting users to

27   share their contacts with the service.  This is not a new trend—for example, Myspace contributed

28   to YouTube's growth by allowing embedded videos on users' pages—but has recently accelerated.

PX0300-003

1    Competition for user engagement is the core battlefield.  Advertisers demand and pay for
2    *engaged*, active users.  That is why Meta is focused on competing to engage active users.  It closely
3    monitors the number of users who actively use its products on a monthly or daily basis (Monthly
4    Active Users (MAU) and Daily Active Users (DAU)), their Time Spent doing so, and other metrics
5    of engagement (interaction with ads, for example).  Every time a user opens her phone or computer,
6    she is choosing between Meta's products or those of a competitor's, such as TikTok, Snapchat,
7    Twitter, YouTube, iMessage, or Reddit, among others.  There are countless apps and services that
8    offer users the ability to connect with one another, discover content, and be entertained.  User
9    preferences ebb and flow, and innovative new activities and ways of driving engagement force
10   Meta and its competitors to stay on the cutting edge.  Indeed, Meta spends billions of dollars a year
11   on research and development—on new and existing features—to keep up with intense competition.

12    A.    Product Evolution in Response to Competition and Technology Improvements

13   The products that Meta offers today bear little resemblance, either in appearance or
14   function, to Facebook when it originally launched.  The dynamic nature of the industry has
15   required Meta to evolve and innovate to keep its users engaged, which it continues to work on
16   every day.  A handful of these many innovations are chronicled below.

17    1.    *News Feed*

18   In the early days of Facebook, users had to discover content by manually browsing across
19   pages or searching for it.  To improve this clunky and time-consuming aspect of the user
20   experience, Meta launched the News Feed in 2006.  News Feed presents new information for the
21   user to view in a single stream of updates.  This was revolutionary.  At the time, none of Facebook's
22   competitors had a similar feature.  News Feed was so successful that it soon became ubiquitous
23   across rival services.  Tumblr quickly launched its "dashboard," Twitter followed with "Instant
24   Timeline," and Pinterest introduced a "home feed."  Today, TikTok, YouTube, Nextdoor,
25   LinkedIn, Snapchat, and others use a version of feed-based sharing.  This innovation also helped
26   Facebook expand beyond sharing among direct connections (including friends and family), as
27   News Feed brought a broader range of content, such as interest-based posts, videos, and news
28   articles, to the center of the user experience.

PX0300-004

2. *Messaging and Calling*

While News Feed facilitated large-scale discovery and broadcast sharing, user demand emerged for communications services facilitating one-to-one threads and group chats. Messaging is an inherently social function, and Meta has substantially expanded its offerings in messaging and direct sharing over time. While messaging functionality was originally integrated and successful on the Facebook desktop experience (accessed through a web browser), the shift towards mobile apps as smartphones became ubiquitous intensified competition for messaging, with iMessage becoming the dominant messaging app on mobile, which prompted Meta to launch its own messaging service (Messenger) and later to acquire and develop WhatsApp. Instagram also offers Direct Messaging, and each of Meta's apps now facilitate video calls.

Messaging has become the leading means for sharing among users' friends and family. In the United States, Meta's messaging products lag behind Apple's proprietary services iMessage and FaceTime. Both are extremely popular products that come pre-installed on every iPhone. In fact, iMessage is the leading messaging app in the United States, and it continues to expand its lead. Twitter, Snapchat, Signal, Telegram, and many other widely used apps likewise offer messaging capabilities. Indeed, TikTok recently expanded its own messaging feature.

Facebook also offers the popular Groups feature, allowing users to connect, learn, and share based on similar interests, hobbies, and passions. Here too, Meta is not unique. Apps like Discord, for example, which allow users to join interest-based chat and sharing threads, have entered the space, adding more competitors to Groups. And messaging competitors, including iMessage and others, are of course core competitors for small group interaction. Many users are now members of multiple group chats in different places.

3. *Stories*

In March 2012, the Korean messaging app KakaoTalk launched KakaoStory, an innovative way for users to share photos and short videos for a limited period of time. The app quickly amassed over ten million DAUs who published hundreds of millions of stories, and commented billions of times on those stories, every day. The industry quickly responded. Snapchat, which was already in the market as an ephemeral photo-sharing and messaging app, followed with its

PX0300-005

1    own Stories feature over a year later.  Meta launched Instagram Stories, which it later expanded to

2    Facebook, and introduced WhatsApp Statuses, a similar method for ephemeral sharing.  Sharing

3    via stories is now a central component of the user experience, both on Meta's apps and on the

4    extensive set of competitive apps that also offer story-based sharing, including LinkedIn, Pinterest,

5    YouTube Stories, TikTok and even the mlb.com app. Moreover, just this past November, Signal

6    launched its version of Stories, describing it as one of the most common feature requests from their

7    users because users have integrated stories into the way that they connect with one another.

8                            4.    *Long-Form Video*

9            While YouTube pioneered streaming videos on the Internet when it launched in 2005,

10   Facebook has also long offered the ability to watch videos on its website and app.  Video sharing

11   and consumption were important aspects of the user experience on Facebook and many of its early

12   competitors—including Myspace, which allowed users to embed YouTube videos directly on their

13   pages—and it continues to be.  In recent years, user time spent watching videos on Meta's apps

14   and Meta's competitors' has increased substantially.  So much so that watching video—including

15   video content from users and sources to whom the viewer is not directly connected, like a public

16   figure or news source—has come to account for the majority of time spent on Facebook.  As users

17   have shown an increased interest in video, Meta has worked to provide users with an engaging

18   video streaming experience within its apps.  For instance, in 2017 Meta introduced Watch and

19   Scroll.  Scroll is a picture-in-picture feature that allows users to scroll through their News Feeds

20   while a video is playing.  Meta also launched Facebook Watch, its foray into original content

21   including new shows like Red Table Talk.  Meta and others have also invested in programs to

22   entice content creators to their apps tied to the engagement their content drives. Users now spend

23   more time on Facebook streaming video than they do on any other activity on Facebook.

24                           5.    *Short-Form Video*

25           In the past few years, largely prompted by the meteoric rise of TikTok, short-form video

26   has emerged as an increasingly important form of user engagement on YouTube, Snap, and Meta's

27   apps, among others.  This is particularly true, although not exclusively, among younger users.

28   Short-form video creates a sense of belonging and an opportunity to interact with others who share

PX0300-006

1   common interests or to stay current with the latest trends (a viral dance challenge or recipe or
2   beauty tip, for example).  Users can create and share videos, and they can like, share, and comment
3   on short-form videos—as they do to long-form videos and on News Feed—created by users
4   outside their network. With the introduction of Reels in August 2020, many Instagram and
5   Facebook users now share short-form videos with a broader audience, or watch videos created by
6   users that they follow (a celebrity or influencer, for example) or to whom they are otherwise not
7   connected at all, much as they do on TikTok or YouTube Shorts.  At the same time, TikTok is
8   expanding its reach into "friends and family" sharing by aggressively prompting users to upload
9   their mobile contacts, suggesting "people you may know" to follow, and asking users to invite
10  friends to TikTok to facilitate in-app interactions among existing contacts, and by promoting
11  messaging heavily to drive engagement in more private contexts within the app.

12          B.      Competition for User Engagement is Dynamic

13          Meta does not compete in a static industry.  The features and experiences that users find
14  engaging are constantly evolving, and firms are in a race to provide the most compelling
15  experiences to meet users' ever-shifting needs as technology improves to facilitate innovations.

16              1.      *The Industry Is Always Evolving*

17          The evolution of Meta's apps has taken place against a backdrop of a series of sea-changes
18  in technology that have changed the way users engage with content.  When Facebook launched in
19  2004, its functionality reflected the limits of the Internet at the time.  Pages were largely static,
20  most often viewed on computers, and offered few opportunities for interaction.  Facebook's
21  innovations in developing interfaces allowing other users to comment on, post, or "like" material
22  on another user's page helped usher in the modern, user-driven era of the Internet.

23          With the advent of the smartphone, user engagement moved increasingly to mobile
24  devices.  Meta and other firms needed to meet users where they were by creating compelling
25  mobile experiences.  Meta launched a mobile app, and enhanced its messaging capabilities to
26  compete with SMS texting and Apple's pre-installed iMessage.  Other mobile-based competitors
27  like KakaoStory in Korea and Snapchat emerged to leverage mobile-only features, like
28  smartphones' integrated cameras and vertical orientation for displaying content.  Meta and others

PX0300-007

1   met that challenge by adopting and improving, among other things, story-based sharing features.

2        As mobile devices became more sophisticated, and users began accessing high-speed

3   internet remotely through mobile broadband and enhanced wireless networks, new threats

4   emerged.  Mobile video streaming became more viable and ubiquitous because of increased

5   connection speeds, which strengthened established competitors like YouTube and allowed novel

6   video-based use cases, like TikTok's short-form streaming, to emerge.  There is a seemingly

7   endless stream of new ways for users to spend time online, facilitated by rapidly changing

8   technologies and innovators with the drive to execute on compelling and differentiated concepts.

9   New entrants like Twitch, TikTok, and BeReal have grown exponentially in the past few years.

10            2.      *Firms Compete on Quality of Their Features*

11       Meta and other firms compete through improving the quality of the user experience by

12  constantly adding new and improved features.  The products are free, so users are not choosing on

13  price.  They are drawn to the best experience and feature set.  People do not need Facebook and

14  Instagram.  Instead, they use these services, for example, to be entertained, to connect with a group

15  with shared interests, to discover and learn about things they love, or to share content with friends

16  and family or more broadly with the public at large.  Facebook and Instagram can help them do

17  any or all of that, but so can countless other apps, and in a variety of different ways.  Users will

18  pick whichever services and apps provide them with the best experiences.  As users' preferences

19  evolve and users are exposed to apps offering new use cases, Meta and others must also evolve

20  and innovate to keep users engaged. TikTok is just one example: as TikTok launched and gained

21  popularity, Meta, YouTube and others launched short-form video functionality to keep up. In the

22  same vein, competition to provide the most engaging user experience and feature set has driven

23  TikTok to adopt similar features to its competitors, including Meta.

24       It is no surprise that competition for user time and attention is fierce. Any individual user

25  only has so much time to devote to entertainment and social interaction.  Every day, existing apps

26  and offerings compete for that time, and every day, there are new apps or offerings that are fighting

27  to do the same.  If Meta is not interesting and relevant to its users, users will engage less.  Meta is

28  able to continue innovating and providing useful and engaging products for its billions of users by

PX0300-008

1    generating ad revenue, the same business model used by television, radio, and newspapers. Meta
2    grows engagement of its users by continually improving the quality of its products, offering new
3    features or ways to consume content, and evolving to meet user demands as they change.

4    **III.    COMPETITION FOR ADVERTISERS**

5        Meta is in the advertising business—it makes money by showing ads to its engaged users.
6    Like the competition for those users' time and attention, the competition for advertisements to
7    show those users is fierce. Businesses constantly change where they spend advertising dollars.
8    Opportunities to show advertisements are ubiquitous and exist essentially anywhere there are
9    consumers. Across the multitude of formats and venues available—including print, television,
10   online, and out-of-home—advertisers can reach the same audience in multiple places. As a result,
11   advertisers can and do shift their spend, often in real-time, across these options to reach their
12   desired audience in the most favorable context to optimize return on advertising spend.

13       All advertising involves choices about targeting. For example, the most effective context
14   in which to reach an audience of luxury traveler customers may well be in the *Conde Nast Traveler*
15   magazine, or on a billboard next to the first-class lounge at the airport. Showing a travel ad to a
16   user through an online venue like Meta—which could understand from the user's revealed
17   preferences and activities on the apps that she is interested in travel—is not necessarily more
18   targeted than advertising to the same person in a travel publication where they have revealed their
19   interest in traveling by picking up the magazine. Indeed, targeting via a magazine with a specific
20   subscriber base or via a billboard in a specific geographic location could be more precise and yield
21   better outcomes for an advertiser than an ad on Facebook.

22       Competition for advertising dollars is based on which venue, or combination of venues,
23   can most efficiently reach the advertiser's intended audience of consumers and drive the
24   advertiser's desired outcome. Advertising on Meta offers a compelling value proposition for some
25   advertisers because it delivers results. But the advantages it offers are not unique. And Meta must
26   continuously innovate against many competitive venues while keeping its user base engaged.

27       Advertisers approach Meta with a variety of goals and expectations. Like its competitors,
28   Meta is expected to allow advertisers to get reliable results as easily and cost-effectively as they

PX0300-009

can elsewhere.  Advertisers are focused on results and decide where to advertise based on the
results they get.  Ad formats, targeting, and advertiser tools like analytics or content-creation tools
are part of the value proposition for Meta and its many competitors.  Ultimately, if Meta ads are
not effective, and its competitors' ads are more effective, then advertisers will go elsewhere.

A.    Self-Service Platform

Nearly all ads on Meta's properties are purchased through Meta's Ads Manager.  Ads
Manager is a "self-service" ad buying tool that allows individual advertisers, of any size, to
purchase advertising and set parameters for their ad campaigns in a single interface.  Many of
Meta's competitors, such as Google, Amazon, Apple, TikTok, Hulu, Pinterest, and Twitter, also
offer self-service ad-buying tools.  Self-service tools make advertising accessible, and give
advertisers the control to start, pause, expand, or reduce spend on a particular venue in real time.

B.    Campaign Objectives

Advertisers come to Meta with varying objectives.  Advertisers are given the ability to set
an "Objective" for their ad campaign, which is the goal that the advertiser wants to achieve.  Meta
adjusts the way it delivers the advertiser's ad in order to best achieve the advertiser's Objective.

Some of Meta's ad campaign Objectives contemplate the user taking a specific action in
relation to the ad that they are shown.  The "Traffic" Objective is designed to steer users to a
destination, like the advertiser's website or app.  The "Engagement" Objective seeks consumers
who will interact with the advertiser's business or page in some way, such as by liking or following
the Facebook page of a large travel accessory retailer or messaging a boutique travel agency to set
up a consultation.  And Meta's "App Promotion" Objective helps developers drive installation of
their apps, which of course competes with Apple's App Store advertising among others.

Advertisers can also set a "Sales" Objective, which aims to find consumers likely to
purchase the advertiser's goods or services at the time they see the ad.  There is a wide range of
options available to advertisers pursuing this Objective.  Advertising on Google Search, Bing
Search, and Yelp are very effective at driving actions, as consumers in those contexts may already
be looking for a particular product, and ad opportunities exist in the results shown to users after
they search for it.  Amazon has also recently emerged as a very strong alternative for advertisers

1   seeking to drive sales.  Many product searches begin (and end) on Amazon's online shopping

2   platform, and Amazon has become increasingly skilled at using the information it gleans from its

3   customers to show them ads for products they are likely to buy.

4        The "Leads" Objective focuses on collecting leads for the advertiser—for example,

5   encouraging potential customers to join a boutique travel agency's mailing list or giving the agency

6   leads on individuals that might have an interest in a particular activity.  The agency can then engage

7   directly with the lead (on the phone or by email), help them book that activity, and ideally, sign

8   them up as a long-term client.  Lead generation is not novel.  It has been around for as long as

9   people have been advertising products and services because it gets advertisers results.

10       The Awareness Objective is age-old.  To achieve the Awareness Objective, Meta will make

11   sure the ad reaches as many people as possible, within the advertiser's targeting criteria and budget,

12   with the goal of reaching the audience most likely to remember the ad.  Advertisers with an

13   Awareness Objective have a wide range of options available to them.  Google is very effective at

14   placing ads on third-party websites to reach users casually browsing the web, which is an effective

15   context for Awareness ads.  So are TV spots—like ads during the Super Bowl or other big events.

16       C.   Target Audience

17       After setting an objective, an advertiser using Meta Ads Manager can specify the users to

18   whom it wants to show its ad.  Targeting ads is not unique to Meta; nearly all ads are targeted.  For

19   example, showing a travel ad for a luxury trip on Facebook may not be any more targeted (and

20   indeed, is potentially far less targeted) than showing the same ad in a high-end travel magazine

21   read by consumers who are already interested in that sort of travel, or on the Travel Channel, where

22   the same is true.  There are three main tools a Meta advertiser can use to select its audience: (1)

23   Core Audiences, (2) Custom Audiences, and (3) Lookalike Audiences.

24       Core Audiences allows advertisers to target their ads to users who meet the advertiser's

25   criteria, such as location, age range, and interests.  This is not a unique feature.  Nearly every

26   online advertising venue facilitates this kind of targeting.  And it is also achievable offline—an

27   advertiser may choose to purchase an advertisement in a particular magazine or during a particular

28   television show based on its general subscriber or viewer characteristics and demographics

PX0300-011

1   (advertising a luxury vacation in a luxury travel magazine or during a travel show, for example).

2          Custom Audiences allows the advertiser to provide Meta with a preset list of its intended

3   audience to which Meta will target the ad.  In many cases, this will be a list of prior customers or

4   leads the advertiser has generated.  For example, a large travel accessory retailer may have the

5   email addresses of customers who have bought luggage from its website, or a boutique travel

6   agency may have a mailing list of prospective customers.  Meta can use that information (which

7   is provided with privacy-protections) to help identify the customers' Facebook accounts and show

8   the retailer's ad to those users.  Many of Meta's competitors have the same capabilities, including

9   Google, Apple, Amazon, TikTok, LinkedIn, and Pinterest.  Importantly, the targeting data used

10  here is the advertiser's, not Meta's—it can be used anywhere that offers a custom audience feature.

11         Lookalike Audiences is a feature that identifies new users with similar characteristics and

12  interests to the users in the advertiser's Custom Audience, and shows the ad to those new users.

13  For example, if Meta determines that many users in the boutique travel agency's Custom Audience

14  are interested in Ecotourism, Meta can show the ad to other users with that interest who are not in

15  the Custom Audience.  This feature is also available from many of Meta's advertising competitors.

16         D.    Ad Format and Placement

17         Meta offers dozens of ad Placement options, including allowing the advertiser to select

18  specific features and pages on Meta's apps in which its ad will appear—such as the Facebook or

19  Instagram Feeds, Reels, or in Facebook Search Results.  Certain ad formats work better in

20  particular Placements.  For example, a video ad that displays vertically on the screen is best suited

21  for one of Meta's video features, like Reels or Facebook Watch.  In Ads Manager, the advertiser

22  can select from these options or allow Meta to manage the Placement.

23         To be sure, different ad venues may offer different ad formats including formats that

24  uniquely serve the channel and get advertisers the best results. For radio (traditional or streaming),

25  for example, an ad voiced by a DJ or by a celebrity might deliver the best results. Different

26  channels (digital and non-digital) may thus innovate with new formats, but they all compete widely

27  on results they drive for advertisers.  Notably, however, virtually every ad format available through

28  Meta can be found elsewhere. Advertisers can use the same creative across multiple venues, for

PX0300-012

1    instance by running the same video ad they would show through Reels on TikTok, YouTube, or

2    television, or by placing the same image-based ad they would show in Facebook News Feed on ad

3    space on a third-party website purchased through Google.  Of course, ad formats have also evolved

4    as the venues have evolved—ads now frequently appear as stories or short-form videos.

5            E.    Campaign Performance Measurement

6            Once the ad is up and running, Meta provides advertisers with dozens of detailed and

7    dynamic measurement tools demonstrating the performance of the ad campaign as it progresses.

8    These tools show, among other things, how many times the ad was shown, how many times

9    someone clicked on the ad, and how many people bought the product because of the ad.

10           Fundamentally, advertisers—large and small—look first and foremost at the results they

11   see in their own data to determine whether or not they get more customers, leads, or visits to their

12   site when they buy an ad. Many advertisers then use telemetry from third party data and Meta's

13   tools to measure how they got those results and what they spent to get them. If these data show

14   that an ad campaign on Meta is delivering unsatisfactory results, the advertiser can immediately

15   stop the campaign and reallocate its spend to another venue.  Advertisers are able to switch

16   between ad venues easily in part because ad creatives are largely portable.  For example, the same

17   30 second ad for a hotel chain could be shown on broadcast, cable, or streaming TV (tied to a

18   travel show, for example), on Facebook, TikTok, YouTube, or on a webpage for a travel magazine.

19           Many advertisers—particularly large, sophisticated buyers with complex budgets and often

20   an ad agency assisting them—reallocate spend on an hourly or daily basis.  And all advertisers

21   have the ability to react to real-time data on the performance of their campaigns.  Moreover, nearly

22   all major online ad venues—including Google, Amazon, Apple, TikTok, LinkedIn, and

23   Pinterest—offer their own measurement information for advertising on their platforms.  The

24   performance data that all these competitors provide advertisers are inputs in spend allocation

25   decisions and facilitate switching across venues.

26   **IV.    CONCLUSION**

27           Meta faces ferocious competition for both the time and attention of engaged users and the

28   budgets of advertisers.  We look forward to discussing these issues further at the tutorial.

PX0300-013

1

2   Dated:  February 17, 2023                    Respectfully submitted,

3                                                By: */s/ Sonal N. Mehta*

4                                                SONAL N. MEHTA (SBN 222086)

5                                                 Sonal.Mehta@wilmerhale.com
                                                 WILMER CUTLER PICKERING HALE
6                                                AND DORR LLP
                                                 2600 El Camino Real, Suite 400
7                                                Palo Alto, California 94306
                                                 Telephone: (650) 858-6000
8

9                                                DAVID Z. GRINGER (*pro hac vice*)
                                                 David.Gringer@wilmerhale.com
10                                               ROSS E. FIRSENBAUM (*pro hac vice*)
                                                 Ross.Firsenbaum@wilmerhale.com
11                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
12                                               7 World Trade Center
                                                 250 Greenwich Street
13                                               New York, New York 10007
                                                 Telephone: (212) 230-8800
14

15                                               ARI HOLTZBLATT (*pro hac vice*)
                                                 Ari.Holtzblatt@wilmerhale.com
16                                               MOLLY M. JENNINGS (*pro hac vice*)
                                                 Molly.Jennings@wilmerhale.com
17                                               PAUL VANDERSLICE (*pro hac vice*)
                                                 Paul.Vanderslice@wilmerhale.com
18                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
19                                               2100 Pennsylvania Avenue NW
                                                 Washington, DC 20037
20                                               Telephone: (202) 663-6000
21

22                                               MICHAELA P. SEWALL (*pro hac vice*)
                                                 Michaela.Sewall@wilmerhale.com
23                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
24                                               60 State Street
                                                 Boston, Massachusetts 02109
25                                               Telephone: (617) 526-6000
26

27                                               *Attorneys for Defendant Meta Platforms, Inc.*

28

PX0300-014

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on this 17th day of February, 2023, I electronically transmitted the

3    foregoing document to the Clerk's Office using the CM/ECF System.

4

5                                                   */s/ Sonal N. Mehta*
                                                    Sonal N. Mehta
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PX0300-015

# PX0303

The New York Times | https://www.nytimes.com/2018/03/17/us/politics/cambridge-analytica-trump-campaign.html

# How Trump Consultants Exploited the Facebook Data of Millions

**By Matthew Rosenberg, Nicholas Confessore and Carole Cadwalladr**

March 17, 2018

*(After this story was published, Facebook came under harsh criticism from lawmakers in the United States and Britain. Read the latest.)*

LONDON — As the upstart voter-profiling company Cambridge Analytica prepared to wade into the 2014 American midterm elections, it had a problem.

The firm had secured a $15 million investment from Robert Mercer, the wealthy Republican donor, and wooed his political adviser, Stephen K. Bannon, with the promise of tools that could identify the personalities of American voters and influence their behavior. But it did not have the data to make its new products work.

So the firm harvested private information from the Facebook profiles of more than 50 million users without their permission, according to former Cambridge employees, associates and documents, making it one of the largest data leaks in the social network's history. The breach allowed the company to exploit the private social media activity of a huge swath of the American electorate, developing techniques that underpinned its work on President Trump's campaign in 2016.

An examination by The New York Times and The Observer of London reveals how Cambridge Analytica's drive to bring to market a potentially powerful new weapon put the firm — and wealthy conservative investors seeking to reshape politics — under scrutiny from investigators and lawmakers on both sides of the Atlantic.

PX0303-001



Both Congress and the British Parliament have questioned Alexander Nix, chief executive of Cambridge Analytica, about the firm's activities.  Bryan Bedder/Getty Images

Christopher Wylie, who helped found Cambridge and worked there until late 2014, said of its leaders: "Rules don't matter for them. For them, this is a war, and it's all fair."

"They want to fight a culture war in America," he added. "Cambridge Analytica was supposed to be the arsenal of weapons to fight that culture war."

Details of Cambridge's acquisition and use of Facebook data have surfaced in several accounts since the business began working on the 2016 campaign, setting off a furious debate about the merits of the firm's so-called psychographic modeling techniques.

But the full scale of the data leak involving Americans has not been previously disclosed — and Facebook, until now, has not acknowledged it. Interviews with a half-dozen former employees and contractors, and a review of the firm's emails and documents, have revealed that Cambridge not only relied on the private Facebook data but still possesses most or all of the trove.

Cambridge paid to acquire the personal information through an outside researcher who, Facebook says, claimed to be collecting it for academic purposes.

During a week of inquiries from The Times, Facebook downplayed the scope of the leak and questioned whether any of the data still remained out of its control. But on Friday, the company posted a statement expressing alarm and promising to take action.

"This was a scam — and a fraud," Paul Grewal, a vice president and deputy general counsel at the social network, said in a statement to The Times earlier on Friday. He added that the company was suspending Cambridge Analytica, Mr. Wylie and the researcher, Aleksandr Kogan, a Russian-American academic, from Facebook. "We will take whatever steps are required to see that the data in question is deleted once and for all — and take action against all offending parties," Mr. Grewal said.

Alexander Nix, the chief executive of Cambridge Analytica, and other officials had repeatedly denied obtaining or using Facebook data, most recently during a parliamentary hearing last month. But in a statement to The Times, the company acknowledged that it had acquired the data, though it blamed Mr. Kogan for violating Facebook's rules and said it had deleted the information as soon as it learned of the problem two years ago.

In Britain, Cambridge Analytica is facing intertwined investigations by Parliament and government regulators into allegations that it performed illegal work on the "Brexit" campaign. The country has strict privacy laws, and its information commissioner announced on Saturday that she was looking into whether the Facebook data was "illegally acquired and used."

In the United States, Mr. Mercer's daughter, Rebekah, a board member, Mr. Bannon and Mr. Nix received warnings from their lawyer that it was illegal to employ foreigners in political campaigns, according to company documents and former employees.



The conservative donor Robert Mercer invested $15 million in Cambridge Analytica, where his daughter Rebekah is a board member.  Patrick McMullan, via Getty Images

Congressional investigators have questioned Mr. Nix about the company's role in the Trump campaign. And the Justice Department's special counsel, Robert S. Mueller III, has demanded the emails of Cambridge Analytica employees who worked for the Trump team as part of his investigation into Russian interference in the election.

While the substance of Mr. Mueller's interest is a closely guarded secret, documents viewed by The Times indicate that the firm's British affiliate claims to have worked in Russia and Ukraine. And the WikiLeaks founder, Julian Assange, disclosed in October that Mr. Nix had reached out to him during the campaign in hopes of obtaining private emails belonging to Mr. Trump's Democratic opponent, Hillary Clinton.

The documents also raise new questions about Facebook, which is already grappling with intense criticism over the spread of Russian propaganda and fake news. The data Cambridge collected from profiles, a portion of which was viewed

by The Times, included details on users' identities, friend networks and "likes." Only a tiny fraction of the users had agreed to release their information to a third party.

"Protecting people's information is at the heart of everything we do," Mr. Grewal said. "No systems were infiltrated, and no passwords or sensitive pieces of information were stolen or hacked."

Still, he added, "it's a serious abuse of our rules."

# Reading Voters' Minds

The Bordeaux flowed freely as Mr. Nix and several colleagues sat down for dinner at the Palace Hotel in Manhattan in late 2013, Mr. Wylie recalled in an interview. They had much to celebrate.

Mr. Nix, a brash salesman, led the small elections division at SCL Group, a political and defense contractor. He had spent much of the year trying to break into the lucrative new world of political data, recruiting Mr. Wylie, then a 24-year-old political operative with ties to veterans of President Obama's campaigns. Mr. Wylie was interested in using inherent psychological traits to affect voters' behavior and had assembled a team of psychologists and data scientists, some of them affiliated with Cambridge University.

The group experimented abroad, including in the Caribbean and Africa, where privacy rules were lax or nonexistent and politicians employing SCL were happy to provide government-held data, former employees said.

Then a chance meeting brought Mr. Nix into contact with Mr. Bannon, the Breitbart News firebrand who would later become a Trump campaign and White House adviser, and with Mr. Mercer, one of the richest men on earth.

Mr. Nix and his colleagues courted Mr. Mercer, who believed a sophisticated data company could make him a kingmaker in Republican politics, and his daughter Rebekah, who shared his conservative views. Mr. Bannon was intrigued by the

PX0303-005

possibility of using personality profiling to shift America's culture and rewire its politics, recalled Mr. Wylie and other former employees, who spoke on the condition of anonymity because they had signed nondisclosure agreements. Mr. Bannon and the Mercers declined to comment.

---

**Our politics reporters.** Times journalists are not allowed to endorse or campaign for candidates or political causes. That includes participating in rallies and donating money to a candidate or cause.

Learn more about our process.

---

Mr. Mercer agreed to help finance a $1.5 million pilot project to poll voters and test psychographic messaging in Virginia's gubernatorial race in November 2013, where the Republican attorney general, Ken Cuccinelli, ran against Terry McAuliffe, the Democratic fund-raiser. Though Mr. Cuccinelli lost, Mr. Mercer committed to moving forward.

The Mercers wanted results quickly, and more business beckoned. In early 2014, the investor Toby Neugebauer and other wealthy conservatives were preparing to put tens of millions of dollars behind a presidential campaign for Senator Ted Cruz of Texas, work that Mr. Nix was eager to win.

When Mr. Wylie's colleagues failed to produce a memo explaining their work to Mr. Neugebauer, Mr. Nix castigated them over email.

"ITS 2 PAGES!! 4 hours work max (or an hour each). What have you all been doing??" he wrote.

Mr. Wylie's team had a bigger problem. Building psychographic profiles on a national scale required data the company could not gather without huge expense. Traditional analytics firms used voting records and consumer purchase histories to try to predict political beliefs and voting behavior.

But those kinds of records were useless for figuring out whether a particular voter was, say, a neurotic introvert, a religious extrovert, a fair-minded liberal or a fan of the occult. Those were among the psychological traits the firm claimed would provide a uniquely powerful means of designing political messages.



Aleksandr Kogan, a Russian-American academic, built an app that helped the firm harvest Facebook data.

Mr. Wylie found a solution at Cambridge University's Psychometrics Centre. Researchers there had developed a technique to map personality traits based on what people had liked on Facebook. The researchers paid users small sums to take a personality quiz and download an app, which would scrape some private information from their profiles and those of their friends, activity that Facebook permitted at the time. The approach, the scientists said, could reveal more about a person than their parents or romantic partners knew — a claim that has been disputed.

When the Psychometrics Centre declined to work with the firm, Mr. Wylie found someone who would: Dr. Kogan, who was then a psychology professor at the university and knew of the techniques. Dr. Kogan built his own app and in June 2014 began harvesting data for Cambridge Analytica. The business covered the costs — more than $800,000 — and allowed him to keep a copy for his own research, according to company emails and financial records.

PX0303-007

All he divulged to Facebook, and to users in fine print, was that he was collecting information for academic purposes, the social network said. It did not verify his claim. Dr. Kogan declined to provide details of what happened, citing nondisclosure agreements with Facebook and Cambridge Analytica, though he maintained that his program was "a very standard vanilla Facebook app."

He ultimately provided over 50 million raw profiles to the firm, Mr. Wylie said, a number confirmed by a company email and a former colleague. Of those, roughly 30 million — a number previously reported by The Intercept — contained enough information, including places of residence, that the company could match users to other records and build psychographic profiles. Only about 270,000 users — those who participated in the survey — had consented to having their data harvested.



An email from Dr. Kogan to Mr. Wylie describing traits that could be predicted.

Mr. Wylie said the Facebook data was "the saving grace" that let his team deliver the models it had promised the Mercers.

"We wanted as much as we could get," he acknowledged. "Where it came from, who said we could have it — we weren't really asking."

Mr. Nix tells a different story. Appearing before a parliamentary committee last month, he described Dr. Kogan's contributions as "fruitless."

## An International Effort

Just as Dr. Kogan's efforts were getting underway, Mr. Mercer agreed to invest $15 million in a joint venture with SCL's elections division. The partners devised a convoluted corporate structure, forming a new American company, owned almost entirely by Mr. Mercer, with a license to the psychographics platform developed by Mr. Wylie's team, according to company documents. Mr. Bannon, who became a board member and investor, chose the name: Cambridge Analytica.

The firm was effectively a shell. According to the documents and former employees, any contracts won by Cambridge, originally incorporated in Delaware, would be serviced by London-based SCL and overseen by Mr. Nix, a British citizen who held dual appointments at Cambridge Analytica and SCL. Most SCL employees and contractors were Canadian, like Mr. Wylie, or European.

But in July 2014, an American election lawyer advising the company, Laurence Levy, warned that the arrangement could violate laws limiting the involvement of foreign nationals in American elections.

In a memo to Mr. Bannon, Ms. Mercer and Mr. Nix, the lawyer, then at the firm Bracewell & Giuliani, warned that Mr. Nix would have to recuse himself "from substantive management" of any clients involved in United States elections. The data firm would also have to find American citizens or green card holders, Mr. Levy wrote, "to manage the work and decision making functions, relative to campaign messaging and expenditures."

In summer and fall 2014, Cambridge Analytica dived into the American midterm elections, mobilizing SCL contractors and employees around the country. Few Americans were involved in the work, which included polling, focus groups and message development for the John Bolton Super PAC, conservative groups in Colorado and the campaign of Senator Thom Tillis, the North Carolina Republican.

Cambridge Analytica, in its statement to The Times, said that all "personnel in strategic roles were U.S. nationals or green card holders." Mr. Nix "never had any strategic or operational role" in an American election campaign, the company said.

Whether the company's American ventures violated election laws would depend on foreign employees' roles in each campaign, and on whether their work counted as strategic advice under Federal Election Commission rules.

Cambridge Analytica appears to have exhibited a similar pattern in the 2016 election cycle, when the company worked for the campaigns of Mr. Cruz and then Mr. Trump. While Cambridge hired more Americans to work on the races that year, most of its data scientists were citizens of the United Kingdom or other European countries, according to two former employees.

Under the guidance of Brad Parscale, Mr. Trump's digital director in 2016 and now the campaign manager for his 2020 re-election effort, Cambridge performed a variety of services, former campaign officials said. That included designing target audiences for digital ads and fund-raising appeals, modeling voter turnout, buying $5 million in television ads and determining where Mr. Trump should travel to best drum up support.



The White House advisers Stephen K. Bannon and
Kellyanne Conway with Ms. Mercer at the 2017
inauguration. The firm helped the Trump campaign target
voters.

Cambridge executives have offered conflicting accounts about the use of
psychographic data on the campaign. Mr. Nix has said that the firm's profiles
helped shape Mr. Trump's strategy — statements disputed by other campaign
officials — but also that Cambridge did not have enough time to comprehensively
model Trump voters.

In a BBC interview last December, Mr. Nix said that the Trump efforts drew on
"legacy psychographics" built for the Cruz campaign.

## After the Leak

By early 2015, Mr. Wylie and more than half his original team of about a dozen
people had left the company. Most were liberal-leaning, and had grown
disenchanted with working on behalf of the hard-right candidates the Mercer

PX0303-011

family favored.

Cambridge Analytica, in its statement, said that Mr. Wylie had left to start a rival firm, and that it later took legal action against him to enforce intellectual property claims. It characterized Mr. Wylie and other former "contractors" as engaging in "what is clearly a malicious attempt to hurt the company."

Near the end of that year, a report in The Guardian revealed that Cambridge Analytica was using private Facebook data on the Cruz campaign, sending Facebook scrambling. In a statement at the time, Facebook promised that it was "carefully investigating this situation" and would require any company misusing its data to destroy it.

Facebook verified the leak and — without publicly acknowledging it — sought to secure the information, efforts that continued as recently as August 2016. That month, lawyers for the social network reached out to Cambridge Analytica contractors. "This data was obtained and used without permission," said a letter that was obtained by the Times. "It cannot be used legitimately in the future and must be deleted immediately."

Mr. Grewal, the Facebook deputy general counsel, said in a statement that both Dr. Kogan and "SCL Group and Cambridge Analytica certified to us that they destroyed the data in question."

PX0303-012



Cambridge Analytica harvested over 50 million Facebook users' data, one of the largest data leaks in the social network's history.  Justin Sullivan/Getty Images

But copies of the data still remain beyond Facebook's control. The Times viewed a set of raw data from the profiles Cambridge Analytica obtained.

While Mr. Nix has told lawmakers that the company does not have Facebook data, a former employee said that he had recently seen hundreds of gigabytes on Cambridge servers, and that the files were not encrypted.

Today, as Cambridge Analytica seeks to expand its business in the United States and overseas, Mr. Nix has mentioned some questionable practices. This January, in undercover footage filmed by Channel 4 News in Britain and viewed by The Times, he boasted of employing front companies and former spies on behalf of political clients around the world, and even suggested ways to entrap politicians in compromising situations.

All the scrutiny appears to have damaged Cambridge Analytica's political business. No American campaigns or "super PACs" have yet reported paying the company for work in the 2018 midterms, and it is unclear whether Cambridge will be asked

PX0303-013

to join Mr. Trump's re-election campaign.

In the meantime, Mr. Nix is seeking to take psychographics to the commercial advertising market. He has repositioned himself as a guru for the digital ad age — a "Math Man," he puts it. In the United States last year, a former employee said, Cambridge pitched Mercedes-Benz, MetLife and the brewer AB InBev, but has not signed them on.

Matthew Rosenberg, Nicholas Confessore and Carole Cadwalladr reported from London. Gabriel J.X. Dance contributed reporting from London, and Danny Hakim from New York.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Firm That Assisted Trump Exploited Data of Millions

PX0303-014