# PX0537

# Suicide, self-harm, and eating disorders policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below**. You can also check out this page for a full list of our guidelines.

**Note**: On April 18, 2023, we updated our Eating disorders policy to better protect the community from sensitive content that may pose a risk to some audiences. We may remove imitable content, age-restrict content, or show a crisis resource panel on videos about eating disorders or self-harm topics. The below policy is updated with these changes. You can learn more about our approach in this blog post.

At YouTube, we take the health and well-being of all our creators and viewers seriously. Awareness and understanding of mental health is important and we support creators sharing their stories, such as posting content discussing their experiences with depression, self-harm, eating disorders, or other mental health issues.

However, we do not allow content on YouTube that promotes suicide, self-harm, or eating disorders, that is intended to shock or disgust, or that poses a considerable risk to viewers.

## What to do if you find this content

If you believe someone is in danger:

- Get in touch with local emergency services for help
- Flag the video to bring it to our attention

If you find yourself being negatively affected by any mental health, suicide, self-harm, or eating disorder related content you come across, know that there is support available and you're not alone. In the next section you can find a list of resources and contact information for organizations that can offer advice.

For general guidance on how to talk to someone who you may be concerned about, contact local helplines.

## What to do if you need support

If you are depressed, having thoughts of suicide, self-harming, or experiencing an eating disorder, know there is help and you're not alone. While coping with painful emotions, many people might experience these issues. Talking to a mental health care provider can help determine if you have a mental illness that requires care. It can also help you identify healthy, effective coping strategies and develop skills to manage difficult feelings.

**Suicide and self-harm support resources**

Below is a list of organizations dedicated to helping those in need in different countries and regions. These are recognized crisis service partners. Partnerships vary by country/region.

The websites findahelpline.com  and www.wikipedia.org/wiki/List_of_suicide_crisis_lines  could help you find organizations for regions not listed here.

| Australia | Lifeline Australia | 13 11 14 |
|---|---|---|
| Argentina | Centro de Asistencia al Suicida - Buenos Aires | 135 (desde Capital y Gran Buenos Aires) |

PX0537-001

| | | (011) 5275-1135 (desde todo el país) |
|---|---|---|
| Brazil | Centro de Valorização da Vida | 188 |
| Belgium | Centre de Prévention du Suicide /<br><br>Centrum ter preventie van zelfdoding vzw | 0800 32 123<br><br>1813 |
| Belgium | Community Help Service | 32 2 648 4014 |
| Bulgaria | Български Червен Кръст | 02 492 30 30 |
| Czech Republic | Psychiatrická léčebna Bohnice - Centrum krizové intervence | +420 284 016 666 |
| Canada | Talk Suicide Canada<br>Parlons Suicide Canada | 988 |
| Costa Rica | Línea Aquí Estoy | +506 2272-3774 |
| Denmark | Livslinien | 70201201 |
| France | S.O.S Amitié | 09 72 39 40 50 |
| Finland | Suomen Mielenterveysseura / Kansallinen kriisipuhelin | 09-2525-0111 |
| Germany | Telefonseelsorge | 0800 111 01 11<br>0800 111 02 22<br>116 123 |
| Greece | ΚΛΙΜΑΚΑ | 1018 |
| Hong Kong | 香港撒瑪利亞防止自殺會 | 2389 2222 |
| Hungary | S.O.S. Telefonos Lelki Elsősegély Szolgálat | 06 1 116-123 |
| India | iCALL | 091529 87821 |
| Ireland | Samaritans | 116 123 |
| Israel | ער"ן - עזרה ראשונה נפשית | 1201 |
| Italy | Samaritans Onlus | 800 86 00 22 |
| Japan | こころの健康相談統一ダイヤル | 0570-064-556 |
| New Zealand | Lifeline New Zealand | 0800 543 354 |
| Netherlands | Stichting 113Online | 0900-0113 |
| Norway | Mental Helse | 116 123 |
| Pakistan | Umang Mental Health Helpline | 03117786264 |
| Peru | Ministerio de Salud | 113 |
| Russia | Фонд поддержки детей, находящихся в трудной жизненной ситуации | 8-800-2000-122 |
| Singapore | Samaritans of Singapore | 1800-221-4444<br><br>1767 |
| Spain | Telèfon de l'Esperança de Barcelona<br><br>Teléfono de la Esperanza | 93 414 48 48<br><br>717 003 717 |
| South Korea | 보건복지부 자살예방상담전화 | 109 |
| Switzerland | Die Dargebotene Hand<br><br>La Main Tendue<br><br>Telefono Amico | 143 |

PX0537-002

| Taiwan | 生命線協談專線 | 1995 |
| Thailand | กรมสุขภาพจิต กระทรวงสาธารณสุข | 1323 |
| United Kingdom | Samaritans | 116 123 |
| United States of America | Suicide & Crisis Lifeline | 988 /Chat |

To read tips and watch videos that can help you feel safer on YouTube, visit the Creator Safety Center
.

**Eating disorder support resources**

Below is a list of organizations that help individuals with eating disorders. These organizations are mental health support partners. Partnerships vary by country/region.

| Australia | Butterfly Foundation | 1800 33 4673 |
| Brazil | Centro de Valorização da Vida | 188 |
| Canada | National Eating Disorder Information Centre | 18666334220 |
| Canada | Anorexie et Boulimie Québec | 18006300907 |
| France | Fédération Française Anorexie Boulimie | 09 69 325 900 |
| Germany | BZgA - Essstörungen.de | |
| India | Vandrevala Foundation | 91 9999 666 555 |
| Japan | 摂食障害相談ほっとライン | 0477108869 |
| Mexico | Línea de la Vida | 8009112000 |
| South Korea | 국립정신건강센터 | 15770199 |
| United Kingdom | BEAT Eating Disorders | 0808 801 0677 England |
| | | 0808 801 0432 Scotland |
| | | 0808 801 0433 Wales |
| | | 0808 801 0434 N. Ireland |
| United States of America | Substance Abuse and Mental Health Services Administration | 1-800-662-4357 |

# Community Guidelines for posting suicide, self-harm, or eating disorder-related content

YouTube users should not be afraid to speak openly about the topics of mental health, suicide, self-harm, and eating disorders in a supportive and non-harmful way.

However, there are times when content is created that is sensitive and may pose a risk for some users. When you create content that contains suicide, self-harm, or eating disorder related topics, take into account the possible negative impact of your content on other users, especially minors and users who may be sensitive to this content.

To protect and support your viewers and other users, please follow the Community Guidelines below when creating content related to suicide, self-harm, or eating disorders. Not following these Community Guidelines may result in a strike, removal of your content, or other restrictions to protect users. Learn more.

This Community Guidelines policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

PX0537-003

**Don't post the following content:**

- Content promoting or glorifying suicide, self-harm, or eating disorders

- Instructions on how to die by suicide, engage in self-harm, or engage in eating disorders (including how to conceal them)

- Content related to suicide, self-harm, or eating disorders that is targeted at minors

- Graphic images of self-harm

- Visuals of bodies of suicide victims unless blurred or covered so they are fully obscured

- Videos showing the lead-up to a suicide, or suicide attempts and suicide rescue footage without sufficient context

- Content showing participation in or instructions for suicide and self-harm challenges (e.g. Blue Whale or Momo challenges)

- Suicide notes or letters without sufficient context

- Content that features weight-based bullying in the context of eating disorders

In some cases we may restrict, rather than remove, suicide, self-harm, or eating disorder content if it meets one or more of the following criteria (for example, by placing an age-restriction, a warning, or a Crisis Resource Panel on the video). Please note this is not a complete list:

- Content that is meant to be educational, documentary, scientific, or artistic

- Content that is of public interest

- Graphic content that is sufficiently blurred

- Dramatizations or scripted content, which includes but is not limited to animations, video games, music videos, and clips from movies and shows

- Detailed discussion of suicide or self-harm methods, locations and hotspots

- Graphic descriptions of self-harm or suicide

- Eating disorder recovery content that includes details which may be triggering to at-risk viewers

## Best practices for creators posting content about suicide, self-harm, or eating disorders

We recommend using these best practices in content related to suicide or self-harm to protect your viewers from harm and distress:

- Avoid showing the person who died by suicide, and respect their, and their families', privacy. Learn more.

- Use wording that is positive and supportive, and focuses on recovery, prevention, and stories of hope.

- Include information and resources for suicide and self-harm prevention and coping strategies. Try to include it in both the video itself and the description of the video.

- Do not use sensationalist language or dramatic visuals.

- Provide context, but avoid discussing how the victim died by suicide. Do not mention the methods or locations.

- Blur content that contains images of suicide victims. You can blur your video with the Editor in YouTube Studio. Learn more.

We recommend using these best practices in content related to eating disorders to protect your viewers from harm and distress:

- Focus on the impact of the disorder instead of the details of the disordered eating behavior.

- Tell your audience that eating disorders commonly cause severe complications.

- Include info and resources for eating disorder prevention and coping strategies. Try to include it in both the video itself and the description of the video.

PX0537-004

## What happens if content violates this policy

If your content violates this policy, we will remove the content and send you an email to let you know. If we can't verify that a link you post is safe, we may remove the link. Note that violative URLs posted within the video itself or in the video's metadata may result in the video being removed.

If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. You will have the chance to take a policy training to allow the warning to expire after 90 days. However, if the same policy is violated within that 90 day window, the warning will not expire and your channel will be given a strike. If you violate a different policy after completing the training, you will get another warning.

If you get 3 strikes within 90 days, your channel will be terminated. Learn more about our strikes system.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. We may prevent repeat offenders from taking policy trainings in the future. Learn more about channel or account terminations.

Finally we may also limit your access to live streaming if you suggest that you'll live stream content that will violate our Community Guidelines. Learn more about restrictions on live streaming.

### Warnings and supportive resources

YouTube may show features or resources to users when content contains suicide or self-harm topics. For example:

- A warning on your video before it starts playing, indicating that it contains content relating to suicide and self-harm
- A panel under the video containing supportive resources such as phone numbers of suicide prevention organizations

PX0537-005

# PX0538

🔍  What can we help you with?

Snapchat Support  >  Safety and Security  >  Wellbeing

# Wellbeing Features on Snapchat

Snap is deeply committed to the safety and wellbeing of its community. We employ teams, technologies, policies, and partnerships to keep our Snapchatters safe, healthy, and informed. Our wellbeing features are designed to educate and empower members of the Snapchat community to support friends who might be struggling with their own social and emotional wellbeing.

## Here For You

Explore our Here For You tool!

Here For You provides you with resources from expert localized partners when you type in words associated with being in crisis in Search. You can search for topics related to depression, anxiety, grieving, bullying, body positivity, LGBTQ, mental health, and more. Here For You provides proactive in-app support if you're experiencing a mental health crisis, or are curious to learn more.



## In-App Reporting

Our in-app reporting tools allow Snapchatters to alert us when they worry their friends are at risk for self-harm. If we reach out to a Snapchatter's friend in this situation, we do not include the name of the Snapchatter who sent the report. We do share resources with both the person alerting Snap to the situation and the person receiving the in-app support, including a Support Site page that has self-harm and crisis hotlines resources in over 20 countries and languages.

PX0538-001

Wellbeing Features on Snapchat – Snapchat Support

 

**Related articles**

How do I stay safe on Snapchat?

How do I report abuse or illegal content on Snapchat?

What is Snapchat+?

My Snapchat account is locked

How We Keep Our Snapchat Community Safe & Informed

**Recently viewed articles**

How do I report abuse or illegal content on Snapchat?

How can I change who can see My Story on Snapchat?

Where did my 'Everyone' privacy setting option for My Story go?

| **Company** | **Community** | **Advertising** | **Legal** |
|---|---|---|---|
| Snap Inc. | Snapchat Support | Snapchat Ads | Other Terms & Policies |
| Careers | Pixy Support | Advertising Policies | Law Enforcement |
| News | Community Guidelines | Political Ads Library | Cookie Policy |
| Privacy and Safety | | Brand Guidelines | Cookie Settings |
| | | Promotions Rules | Report Infringement |

**Snap Inc.**

Privacy Policy

PX0538-002

**Language**    English (US)

PX0538-003

# PX0541

Membership | GIFCT



## Members

    

PX0541-001

   

    

    

    

    



**By becoming a member of GIFCT, tech companies receive access to:**

- **Cross-platform tech solutions** to detect and prevent the further spread of terrorist and violent extremist content and activities online, including GIFCT's hash-sharing database, tech trials, and other technical innovation programs

- **Incident response resources and protocols** to strengthen collective responses to the online dimensions of a terrorist or violent extremist attack

- **Action-oriented research, bespoke tools, and resources** to identify and adapt to the latest trends and emerging developments in online terrorism and violent extremism

- **Knowledge-sharing opportunities** to work with a global community and scale approaches to online risk mitigation, including events, workshops, and communities of practice

## Membership Criteria

Digital platforms seeking to join GIFCT must meet the following six criteria that allow us to deliver on our mission while maintaining our values:

PX0541-002

1. Terms of service, community guidelines, or other publicly available policies that explicitly prohibit terrorist and/or violent extremist activity.

View More

2. The ability to receive, review, and act on both reports of activity that is illegal and/or violated terms of service and user appeals.

View More

3. A desire to explore new technical solutions to counter terrorist and violent extremist activity online.

View More

4. Regular, public data transparency reports.

View More

5. A public commitment to respecting human rights in accordance with the United Nations Guiding Principles on Business and Human Rights (UNGPs).

View More

6. Support for expanding the capacity of civil society organizations to challenge terrorism and violent extremism.

View More

## Don't yet meet GIFCT's criteria?

GIFCT connects companies seeking membership with partners to provide free mentorship towards meeting its membership criteria.

## Steps to GIFCT Membership

1. Application & Introduction

2. Free mentorship and hands-on support towards meeting GIFCT's six membership criteria

- One-on-one support from GIFCT expert staff
- Comprehensive capacity-building in counterterrorism and content moderation policies and enforcement mechanisms
- Professional consultations on how to mainstream human rights considerations in all counterterrorism work

3. Decision

Click Here to Apply

PX0541-003

# PX0545

**Meta Platforms, Inc. (FB)**
**Fourth Quarter 2021 Results Conference Call**
**February 2nd, 2022**

**Deborah Crawford, VP, Investor Relations**

Thank you. Good afternoon and welcome to Meta's fourth quarter and full year 2021 earnings conference call. Joining me today to discuss our results are Mark Zuckerberg, CEO; Sheryl Sandberg, COO; and Dave Wehner, CFO.

Before we get started, I would like to take this opportunity to remind you that our remarks today will include forward-looking statements. Actual results may differ materially from those contemplated by these forward-looking statements.

Factors that could cause these results to differ materially are set forth in today's press release, and in our quarterly report on form 10-Q filed with the SEC. Any forward-looking statements that we make on this call are based on assumptions as of today and we undertake no obligation to update these statements as a result of new information or future events.

During this call we may present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. The press release and an accompanying investor presentation are available on our website at investor.fb.com.

And now, I'd like to turn the call over to Mark.

**Mark Zuckerberg, CEO**

Hi everyone and thanks for joining today.

This was a solid quarter for our products and business. It was also an important one for our company. In October, we announced that "Meta" would be our new name and we laid out our vision for the metaverse. When we shared our plans at Connect, I said this is not something we're going to do on our own. The metaverse will be built by creators and developers, it will be interoperable, and it will touch many different parts of the economy. In the months since, it's been exciting to see lots of other companies share their own plans for the metaverse and how their experiences and products might show up too. And I look forward to partnering with a lot of them as we all work to bring this to life together.

If last year was about putting a stake in the ground for where we're heading, this year is going to be about executing. Today I'm going to discuss our seven major investment priorities for 2022: and they're Reels, community messaging, commerce, ads, privacy, AI, and of course the metaverse. These are the areas that we're putting a lot more talent and budget towards.

But before I get to that, I want to briefly touch on our Q4 results, which I know Sheryl and Dave are going to go deeper on. I'm proud of the work that our teams did here. We shipped products, our community continued to grow, and businesses of all sizes turned to us to help them reach people. But there are two things that I want to call out that are having an impact on our business.

1

The first is competition. People have a lot of choices for how they want to spend their time and apps like TikTok are growing very quickly. And this is why our focus on Reels is so important over the long-term. As is our work to make sure that our apps are the best services out there for young adults, which I spoke about on our last call.

The second area, and related to this, is that we're in the middle of a transition on our own services towards short-form video like Reels. So as more activity shifts towards this medium, we're replacing some time in News Feed and other higher monetizing surfaces. So as a result of both competition and this shift to short-form video as well as our focus on serving young adults over optimizing overall engagement, we're going to continue to see some pressure on impression growth in the near term. Now I'm confident that leaning harder into these trends is the right short-term tradeoff to make in order to get long-term gains. We've made these types of transitions before with mobile feed and Stories, where we took on headwinds in the near-term to align with important trends over the long-term. And while video has historically been slower to monetize, we believe that over time short-form video is going to monetize more like feed or Stories than like Watch – so I'm optimistic that we'll get to where we need to be with Reels too.

Ultimately, our continued success relies on building new products that people find valuable and enjoy using. And in a competitive marketplace, we're focused on understanding the areas that we need to deliver on for people and executing against this strategy.

Dave is going to share more on these impacts to the business in a minute. But before we get to that, I want to discuss our investment priorities for 2022.

The first one is Reels. It's clear short-form video will be an increasing part of how people consume content moving forward, and Reels is now our fastest growing content format by far. It's already the biggest contributor to engagement growth on Instagram and it's growing very quickly on Facebook too. As we continue to improve tools for creators, ranking for people watching, and as we roll out the product everywhere across the world, we expect that this will continue growing quickly. So looking ahead, we're investing in simplifying video across Instagram, building more great creative and monetization tools for creators, and helping more people discover and interact with relevant Reels.

The next investment priority is community messaging – which is about chatting with groups of people that you have something in common with, whether that's a shared community, interest or experience. We already run some of the world's most popular messaging platforms where people connect 1:1 or in groups with friends, family and colleagues. And we're seeing people increasingly want to share more things in messages that they would've previously maybe posted to feed. I think the popularity that we're seeing with apps like Slack in the workplace, or Discord or Telegram reflects this trend too. So we're going to help people on WhatsApp better organize their group chats and make it easier to find information for the communities that they're a part of – like parent groups or neighborhoods. And we're also building Community Chats on Facebook and Messenger for real-time conversations within those groups and communities.

I also want to call out business messaging too, since it's an area where there's real momentum. We estimate more than 1 billion users are connecting with a business account across our messaging services every week. And we're partnering with companies like Uber and JioMart to help people book a ride or have their groceries delivered right from a chat. And we're building new tools to make buying online

2

better for people and easier to manage for businesses. And we believe that this can be an important business for us in the years to come.

We're also making good progress on our broader commerce efforts. We already help a lot of businesses reach new and existing customers with personalized ads, and our commerce tools are an extension of that – it's a seamless way for people and businesses to buy and sell through our apps. Our strategy here since introducing Shops a year and a half ago has been to make it as easy as possible for people to make a purchase after discovering a new brand or product, without having to switch over to a browser or re-enter their payment info. Sheryl will share more about our progress here, including some of the success we saw over the holidays.

Next up is ads. With Apple's iOS changes and new regulation in Europe, there's a clear trend where less data is available to deliver personalized ads. But people still want to see relevant ads, and businesses still want to reach the right customers. So we're rebuilding a lot of our ads infrastructure so we can continue to grow and deliver high-quality personalized ads.

The next two investment priorities that I want to discuss focus on the infrastructure that underpins all our products. First is privacy. We've made huge investments in strengthening our approach to privacy, including rebuilding our privacy program and our privacy review process. We made updates to bring greater privacy to our products, including end-to-end encrypted backups and disappearing messages on WhatsApp, and end-to-end encrypted voice and video calling on Messenger. Over the next few years, we're focused on building out a major privacy infrastructure project that will encode our privacy commitments at a deeper level of our technical foundation to make them more durable and make product development faster in this evolving environment.

Now onto AI, this is one of the areas where we've routinely seen stronger returns on our investments over time than we've expected. Advances in AI enable a lot of the experiences that I've talked about so far – it enables us to deliver better ads to people while using less data; it's core to our safety and security work; it's meaningfully improved the relevance of Reels and overall content ranking in general; and it plays a big role in our commerce efforts.

Artificial intelligence is also going to play a big role in our work to help build the metaverse. We just announced our AI Research SuperCluster, which we think will be the world's fastest supercomputer once it is complete later this year. This is going to enable new AI models that can learn from trillions of examples and understand hundreds of languages – which will be key for the kinds of experiences that we're building.

Looking ahead, we're focused on further scaling our computing power and transforming our AI infrastructure through advances in foundational research, as well as improvements to data center design, networking, storage, and software.

Now the last investment priority here is the metaverse. We're focused on the foundational hardware and software required to build an immersive, embodied internet that enables better digital social experiences than anything that exists today.

On the hardware front, we're seeing real traction with Quest 2. People have spent more than $1B on Quest store content, helping virtual reality developers grow and sustain their business. We had a strong holiday season and Oculus reached the top of the App Store for the first time on Christmas Day in the

3

US. We're working towards a release of a high-end virtual reality headset later this year and we continue to make progress developing Project Nazare, which is our first fully-augmented reality glasses.

As for software, Horizon is core to our metaverse vision. This is our social VR world-building experience that we recently opened to people in the US and Canada. And we've seen a number of talented creators build worlds like a recording studio where producers collaborate or a relaxing space to meditate. And this year, we plan to launch a version of Horizon on mobile too, that will bring early metaverse experiences to more surfaces beyond VR. So while the deepest and most immersive experiences are going to be in virtual reality, you're also going to be able to access the worlds from your Facebook or Instagram apps as well, and probably more over time. This will enable us to build even richer social experiences where you can connect with friends in the metaverse whether they're in VR or not.

We're also focused on avatars, which will be how you represent yourself in Horizon and across other developers' experiences in the metaverse. In December, we rolled out our Meta Avatars SDK to all Unity developers on Quest, Rift and Windows-based VR platforms, letting developers bring Meta Avatars to their own VR experiences. We just announced an update that lets you further customize your avatar to better express yourself – and we're introducing digital clothing too, starting with an NFL partnership so you can cheer on your favorite team. You can use your avatar across Quest, Facebook, Instagram and Messenger. So it serves as another bridge between our 2D social apps and 3D immersive virtual reality experiences. We have a bunch of work ahead to make avatars as expressive and high-fidelity as they need to be to fully represent us and help us feel present with one another. But I am very excited for the advances that we're making here.

Making meaningful progress across all seven of these areas is going to improve the services we offer today and will help power a social, intuitive, and entertaining metaverse, where people, businesses and creators can all thrive. This fully realized vision is still a ways off, and although the direction is clear, our path ahead is not perfectly defined. But I'm pleased with the momentum and the progress that we've made so far and I'm confident these are the right investments for us to focus on going forward.

2022 is the first page of the next chapter for our company. I'm grateful for all the talented teams at Meta and our partners for executing on this important work. And of course for all of you who are on this journey with us. And now, here's Sheryl.

**Sheryl Sandberg, COO**

Thanks Mark, and hi everyone.

Our total ad revenue in Q4 was $32.6B, which is up 20% year-over-year. The close of the year also marked the first time our business generated more than $100B in annual revenue. I want to congratulate our teams and thank our partners for helping us reach this milestone.

Throughout 2021, we saw solid growth, which continued in Q4. But there were a number of dynamic factors that created headwinds for us this past quarter, in addition to those Mark described around competition and our shift to short-form video. We were lapping a period of strong demand in 2020 that benefited from very strong growth in online commerce, which has since slowed. Q4 was also the first holiday season after Apple's iOS changes, which have had an impact on businesses of all sizes – especially small businesses who rely on digital advertising to grow. This will continue to be a factor in 2022.

4

We've also heard from advertisers about other macro trends that contributed to the headwinds in Q4, including global supply chain disruptions, labor shortages, and inflationary pressures. A number of industry reports have pointed to people shopping earlier in the holiday season to avoid potential supply chain issues and shipping delays. This is in line with the behavior we saw from advertisers, many of whom frontloaded their spend earlier than usual.

Mark talked about 7 areas of investment. I'd like to talk about our progress in three of those: ads, commerce and messaging.

First, ads. Like others in our industry, we've faced headwinds as a result of Apple's iOS changes. As we described last quarter, Apple created two challenges for advertisers. One is that the accuracy of our ads targeting decreased, which increased the cost of driving outcomes. The other is that measuring those outcomes became more difficult.

These challenges are complex and interrelated. We're working to try and improve things, for example by making progress in closing the underreporting gap for iOS web conversions, and by introducing tools like our Aggregated Events Measurement solution to deliver better insights for advertisers. These efforts will help to mitigate some of the challenges, but we expect the overall targeting and measurement headwinds to moderately increase from Apple's changes and from regulatory changes in Q1 and throughout 2022.

On the shift to short-form video, I want to emphasize that while we're going through a transition, we're optimistic. Right now, Reels monetizes at a lower rate than Feed and Stories, but we expect this to improve over time. We've made successful transitions before – the shift from web to mobile, and then another shift from Feed to Stories. We have a playbook here. The experience we have from monetizing Stories is directly applicable, so we're not starting from scratch. We think that over the long term this shift will be a success for us and our partners too.

Second, commerce. We launched a number of new tools in Q4. We released new features like ratings, reviews and community replies to product questions, and significantly improved Checkout stability. We brought Shops to Groups, and we started testing Live Shopping for creators – an early glimpse of the immersive shopping experiences that will be possible in the metaverse.

Our commerce strategy remains focused on three areas: continuing to be the best place for advertisers to find customers and get strong ROI; making it easier to sell on our platform; and improving the customer experience. We still have a lot of work to do compared to other mobile and web shopping experiences, but we're seeing promising early signs. It's great to see businesses and consumers using social and immersive shopping experiences like Product Tags, Drops, and Live Shopping.

A good example is The Laundress, a premium fabric care and home cleaning brand from Unilever that wanted to build awareness of a new line it developed with the musician John Mayer. In November, they launched exclusively on Instagram for 24 hours, and hosted a Live Shopping event: a conversation between John Mayer and Laundress co-founder Lindsey Julia Boyd, where people could buy the new products as they talked about them live. The hour-long event generated more than $40,000 in sales.

Overall, we're pleased with the engagement we saw with our commerce tools over the holiday season and view Q4 as a promising milestone in our multi-year journey.

5

Third, business messaging. Our focus is on helping businesses and consumers connect. Our largest monetization effort is Click to Messaging ads, where you click on an ad in your Facebook or Instagram feed and it opens a chat with the business in Messenger, Instagram Direct or WhatsApp. It's a great way for businesses to drive engagement. And we've seen lots of demand from consumers who want to use our messaging apps for everyday services like utilities, financial services, education and travel.

In Q4, we expanded the types of information people can choose to receive from businesses and the formats in which they can interact. We're continuing to invest in new tools to make it easier for people to get help and make purchases right from a chat. More than 150M users globally now view a business catalog on WhatsApp each month. And new features like 'Collections' on WhatsApp help businesses organize their products and make it straightforward for people to find things to buy.

As we enter 2022, our focus is where it has always been: building products that help people connect and businesses grow. We're making long-term investments to evolve our business and continue to drive real value for our partners. In the coming year, we'll continue to invest in things that improve ad performance for our clients, in short-form video like Reels, and in making the commerce experience better for consumers and marketers on our platforms.

As ever, I'm grateful to our partners around the world – big and small – who we learn from every day. And to our teams at Meta who work so hard to help businesses through the holiday season and beyond.

Now, here's Dave.

**Dave Wehner, CFO**

Thanks Sheryl and good afternoon everyone.

As we announced in October, beginning this quarter we are reporting revenue and operating income in two segments: Family of Apps and Reality Labs. I will begin by discussing our consolidated results before moving to segments and ending with our outlook. All comparisons are on a year-over-year basis unless otherwise noted.

We delivered solid results in the fourth quarter, ending a strong year for our business as full year 2021 total revenue grew 37% to nearly $118 billion.

Q4 total revenue was $33.7 billion, up 20% or 21% on a constant currency basis. Unlike the first three quarters of 2021, we experienced a currency headwind in Q4 and had foreign exchange rates remained constant with Q4 of last year, total revenue would have been about $307 million higher.

Q4 total expenses were $21.1 billion, up 38% compared to last year. In terms of the specific line items:

Cost of revenue increased 22%, driven primarily by Reality Labs hardware costs, core infrastructure investments, and payments to partners.

R&D increased 35%, driven primarily by hiring to support Family of Apps and Reality Labs as well as increased Reality Labs R&D operating costs.

6

Marketing & Sales increased 34%, mainly driven by marketing spend and hiring.

Lastly, G&A increased 107%, driven primarily by legal-related costs and employee-related costs.

We added over 3,700 net new hires in Q4, the majority in technical functions. We ended the quarter with over 71,900 full-time employees, up 23% compared to last year.

Fourth quarter operating income was $12.6 billion, representing a 37% operating margin.

Our tax rate was 19%. Net income was $10.3 billion or $3.67 per share.

Capital expenditures, including principal payments on finance leases, were $5.5 billion, driven by investments in data centers, servers, network infrastructure and office facilities.

Free cash flow was $12.6 billion. We repurchased $19.2 billion of our Class A common stock in the fourth quarter and we ended the quarter with $48.0 billion in cash and marketable securities.

Moving now to our segment results.

I'll begin with the Family of Apps segment.

Q4 Total Family of Apps Revenue was $32.8 billion, up 20%.

Q4 Family of Apps ad revenue was $32.6 billion, up 20% or 21% on a constant currency basis.

On a user geography basis, year-over-year ad revenue growth was strongest in Asia Pacific at 31%. Rest of World, Europe, and North America grew 28%, 20%, and 15%, respectively. Currency was a modest headwind in all international regions.

In Q4, the total number of ad impressions served across our services increased 13% and the average price per ad increased 6%.

Impression growth was primarily driven by Asia Pacific and Rest of World, while impressions in North America declined 6% year-over-year. On a global basis, impression growth benefited from ad load increases and user growth. This was partially offset by engagement-related headwinds as we faced increased competition for people's time and a shift of engagement within our apps to video surfaces like Reels, which show fewer ads than Feed or Stories today.

Pricing growth was broad-based across regions. Worldwide pricing growth slowed from the third quarter as we lapped stronger growth in the year ago period and faced currency headwinds. Pricing was also negatively impacted by advertisers facing challenges from macroeconomic factors and measurement and targeting headwinds.

Family of Apps other revenue was $155 million, down 8% due to a decline in payment revenue earned from games.

Family of Apps expenses were $16.9 billion, up 35% due to higher legal-related costs, employee-related expenses, marketing, infrastructure-related costs and payments to partners.

7

PX0545-007

Family of Apps operating income was $15.9 billion, representing a 48% operating margin.

We estimate that approximately 2.8 billion people used at least one of our Family of Apps on a daily basis in December, and that approximately 3.6 billion people used at least one on a monthly basis.

Facebook daily active users were1.93 billion, up 5% or 84 million compared to last year. DAUs represented approximately 66% of the 2.91 billion monthly active users in December. MAUs grew by 115 million or 4% compared to last year.

Facebook user growth was impacted by a few headwinds in the fourth quarter. In Asia-Pacific and Rest of World, we believe Covid resurgences during prior periods pulled forward user growth. User growth in India was also limited by an increase in data package pricing. In addition to these factors, we believe competitive services are negatively impacting growth, particularly with younger audiences.

Within our Reality Labs segment, Q4 revenue was $877 million, up 22%, driven by strong Quest 2 sales during the holiday season.

Reality Labs expenses were $4.2 billion, up 48%, driven by employee-related costs, R&D operating expenses and cost of goods sold.

Reality Labs operating loss was $3.3 billion in the fourth quarter. For the full year 2021, Reality Labs operating loss was $10.2 billion.

Turning now to the outlook.

We expect first quarter 2022 total revenue to be in the range of $27-29 billion, which represents 3-11% year-over-year growth. We expect our year-over-year growth in the first quarter to be impacted by headwinds to both impression and price growth.
- On the impressions side, we expect continued headwinds from both increased competition for people's time and a shift of engagement within our apps towards video surfaces like Reels, which monetize at lower rates than Feed and Stories.
- On the pricing side, we expect growth to be negatively impacted by a few factors:
  - First, we will lap a period in which Apple's iOS changes were not in effect and we anticipate modestly increasing ad targeting and measurement headwinds from platform and regulatory changes.
  - Second, we will lap a period of strong demand in the prior year and we're hearing from advertisers that macroeconomic challenges like cost inflation and supply chain disruptions are impacting advertiser budgets.
  - Finally, based on current exchange rates, we expect foreign currency to be a headwind to year-over-year growth.

In addition, as noted on previous calls, we also continue to monitor developments regarding the viability of transatlantic data transfers and their potential impact on our European operations.

Turning now to the expense outlook.

8

We expect 2022 total expenses to be in the range of $90-95 billion, updated from our prior outlook of $91-97 billion. Our anticipated expense growth is driven by investments in technical and product talent and infrastructure-related costs.

We expect 2022 capital expenditures, including principal payments on finance leases, to be in the range of $29-34 billion, unchanged from our prior estimate. Our planned capital expenditures are primarily driven by investments in data centers, servers, network infrastructure, and office facilities. As we discussed previously, this range reflects a significant increase in our AI and Machine Learning investments, which will support a number of areas across our Family of Apps. While our Reality Labs products and services may require more infrastructure capacity in the future, they do not require substantial capacity today and, as a result, are not a significant driver of 2022 capital expenditures.

Onto tax. Absent any changes to U.S. tax law, we expect our full year 2022 tax rate to be similar to the full year 2021 rate.

Separately, today we announced that our Class A common stock will begin trading on NASDAQ under the ticker symbol 'META' in the first half of 2022. The new ticker symbol aligns with our rebranding from Facebook to Meta.

In closing, 2021 was a strong year for our business and an important year for the company as we aligned our corporate identity with our long-term ambition to build the next generation of online social experiences. We are investing aggressively in 2022 to support our product road map as we work to deliver new and engaging experiences for people and support the businesses and creators who rely on our services.

With that, France, let's open up the call for questions.

| | |
|---|---|
| Operator: | We will now open the line for a question and answer session. To ask a question, press one followed by the number four on your touch tone phone. Please pick up your handset before asking your question to ensure clarity. If you are streaming today's call, please mute your computer speakers. And our first question is from the line of Brian Nowak with Morgan Stanley. Please go ahead. |
| Brian Nowak: | Thanks for taking my questions. I have two. The first one on the Reels transition, you all talked about how you've been through other transitions in the past with Mobile and Stories, et cetera, and you successfully navigated through. Is there anything that's unique or more challenging about the Reels transition that makes you think it could take potentially longer to sort of scale those ad products for this format as opposed to other formats in the past? |
| | Then the second one, Dave, when you sort of talk about the headwinds around ad targeting and measurement becoming larger in the first quarter and in 2022, is there anything other than sort of year-on-year data comps there? Or are you expecting other changes from a signal perspective? And maybe help us understand any further changes you expect to come on the signal loss perspective? Thanks. |

9

Dave Wehner:        Yes. Thanks, Brad. I can probably take both of those or -- yes. So on Reels, I mean I think there's a lot of the characteristics of Reels that makes it quite similar to the transitions that we've gone through before.

As in the past when we were focused on Stories, we're really focused on consumer experience and really making short-form video work effectively on both Instagram and Facebook, and we're already seeing that to be the biggest driver of growth on Instagram, and it's growing very quickly on Facebook. So we're really encouraged by what we're seeing.

But we're really focused on making the consumer experience right. And over time, we do think it's a format that will work effectively for advertising, and we think the experience that we have for Stories will really lend itself well in the Reels format.

So we're confident in our ability to monetize over time, but right now, there's relatively few ads in Stories -- sorry, relatively few ads in Reels today. So it's definitely something that from an impression growth and monetization perspective is going to be a headwind.

On iOS 14, we saw the revenue impact with iOS 14 -- sorry, iOS just in general, in Q4, and that was in line with our expectations and similar to the Q3 headwind. But obviously, as we go into 2022, we're going to be lapping a period in which in Q1 and Q2, those headwinds were not in place in the year ago period. So that definitely makes for a tough comp in the first half of the year.

And we believe the impact of iOS overall as a headwind on our business in 2022 is on the order of $10 billion, so it's a pretty significant headwind for our business. And we're seeing that impact in a number of verticals. E-commerce was an area where we saw a meaningful slowdown in growth in Q4. And similarly, we've seen other areas like gaming be challenged.

But on e-commerce, it's quite noticeable -- notable that Google called out, seeing strength in that very same vertical. And so given that we know that e-commerce is one of the most impacted verticals from iOS restrictions, it makes sense that those restrictions are probably part of the explanation for the difference between what they were seeing and what we were seeing.

And if you look at it, we believe those restrictions from Apple are designed in a way that carves out browsers from the tracking prompts Apple requires for apps. And so what that means is that search ads could have access to far more third-party data for measurement and optimization purposes than app-based ad platforms like ours.

So when it comes to using data, you can think of it -- that it's not really apples-to-apples for us. And as a result, we believe Google's search ads business could have benefited relative to services like ours that face a different set of restrictions from Apple. And given that Apple continues to take billions of dollars a year from Google Search ads, the incentive clearly exists for this policy discrepancy to continue.

10

Operator:              Our next question is from Eric Sheridan with Goldman Sachs. Please go ahead.

Eric Sheridan:         Thank so much. Maybe two questions, if I can. First, following up on Brian's
                       questions about Reels, I think when we've gone through these transitions before,
                       you've talked a little bit about what you're seeing from an engagement standpoint
                       about Reels and how levels of engagement compared to other forms of engagement
                       from a consumer perspective on the property and what the differential might be in
                       terms of, while it's early innings, in terms of differential ad pricing and how you
                       think to close that gap.

                       Is there any willingness you're able to give us on both engagement levels or pricing
                       differential so we can think through what the transition scope might need to be?

                       And then, Sheryl, on the last call, if I remember correctly, you talked about elements
                       of as we move into Q1 in the first half, some of the workaround efforts that the
                       team were trying to implement would start to show some efficacy. Can you give us
                       an update on where you stand internally on workarounds and broader advertiser
                       community acceptance of some of the workarounds on targeting and measurement
                       as we move into the first half? Thank you.

Mark Zuckerberg:       Sure. I can start with your first question on some of what we're seeing on engaging -
                       - engagement. Reels and short-form video overall are very engaging. And a lot of
                       what we're seeing is that there is -- people are spending a lot more time.

                       And I think I mentioned this in my script upfront that it's growing very quickly. This is
                       already the biggest contributor to engagement growth on Instagram. I think it's one
                       of the biggest contributors that we're seeing to positive engagement on Facebook
                       too already.

                       But I think, going back to the last question, there was a question on what -- are
                       there any factors here that will -- what are the similarities and differences to what
                       we've seen in the past. The big similarity is that this is certainly not the first time
                       that we've gone through a major format evolution.

                       And what these transitions have all had in common from desktop feed to mobile
                       feed, feed to Stories and now to Reels, is in the beginning our ads system and
                       business are not as tuned for the new format, so as the engagement of the new
                       thing starts to replace some of the engagement in the old thing, it creates a near-
                       term headwind for revenue, but it's not -- that part, at this point, now is not that big
                       of a concern for us. I mean it makes some of the stuff not as clean in the near term,
                       but over the long term, we're pretty optimistic about that.

                       The dynamic that I think is actually a little bit different with Reels than what we've
                       seen with Stories and mobile feed in the past, is with Reels, I would say that the
                       teams are executing quite well, and the product is growing very, very quickly. The
                       thing that is somewhat unique here is that TikTok is so big as a competitor already
                       and also continues to grow at quite a fast rate off of a very large base.

11

And so that -- to the question that was asked before around are we like -- that was asked before around, is there anything that's going to make it so that we -- it takes us longer to kind of get to where we want on this, is that even though we're compounding extremely quickly, that's -- we also have a competitor that is compounding at a pretty quick rate, too.

But overall, back to the question, Reels, it's extremely engaging. I think overall engagement will grow as a part of this. And that's why we're optimistic about the future, but there's a lot of work to do here.

**Dave Wehner:**     And then, Sheryl, were you going to take the second part of the question on the mitigation front?

**Sheryl Sandberg:**     Yes. So when we talked about mitigation, we've said there are two key challenges from the iOS changes, targeting and measuring performance. On targeting, it's very much a multiyear development journey to rebuild our ads optimization systems to drive performance while we're using less data.

And as part of this effort, we're investing in automation to enable advertisers to leverage machine learning to find the right audience with less effort and reduce reliance on targeting. That's going to be a longer-term effort.

On measurement, there were two key areas within measurement, which were impacted as a result of Apple's iOS changes. And I talked about this on the call last quarter as you referenced. The first is the underreporting gap. And what's happening here is that advertisers worry they're not getting the ROI they're actually getting.

On this part, we've made real progress on that underreporting gap since last quarter, and we believe we'll continue to make more progress in the years ahead. I do want to caution that it's easier to address this with large campaigns and harder with small campaigns, which means that part will take longer, and it also means that Apple's changes continue to hurt small businesses more.

The second area underneath the measurement challenge is really -- are really data delays. As part of the iOS changes, we and many other ad platforms, we receive less granular conversion data on a delayed basis.

And what advertisers shared with us that this makes real-time decision-making especially difficult, and that's particularly important during the holiday period, where people are often spending a lot and really monitoring their ads and adjusting spend not even on a daily basis, but often on an hourly basis. And that was one of the challenges we faced during this holiday quarter.

**Operator:**     Our next question is from Justin Post with Bank of America. Please go ahead.

**Justin Post:**     Great, thank you, a couple. Mark, just on a big picture basis, you're adding a lot of short-form video and maybe the content shifting from content from your friends to

PX0545-012

general content, what does that mean for Facebook? I'm sure you've thought about a lot of it. But how do you think about the evolution of Facebook as a platform?

And then for Dave, as you think about the measurement and targeting challenges, when we get out to September and October, should we be effectively lapping the issues? Or is there the reason to think it could actually get worse in the second half, just thinking about revenue growth kind of reaccelerating? Thank you.

Mark Zuckerberg:     I can take the first one. So for Facebook, I think content from your friends is always going to be an important part of the experience, and so will be discussing stuff that you find with friends, whether it's in a group or community or public content or Reels or news or different content like that.

But I think overall, you're right, that the balance of content that people see in Feeds is shifting a little bit more towards stuff that isn't coming from their friends, which you may discuss with your friends, but it is kind of shifting towards more public content.

I think, at the same time, we're seeing this trend where if you think about your day-to-day behavior on a lot of this stuff, this pattern may resonate with you. But a lot of people now are taking a lot of the content that they may have previously shared in a Feed and sending it to friends over Chats, whether it's one-on-one or through group chats.

And this is one of the reasons why I called out community messaging as one of the major priorities for us because if you look at the overall constellation of services, a lot of the kind of personal sharing is sort of shifting towards messaging.

And a lot of the -- what we're seeing in Feeds is just basically this content consumption and a lot of just really highly engaging content that forms the basis for conversations, whether it's in chat or in common trends in those feed apps. But that type of creative work is a lot more of what we're seeing across the feed apps, so whether that's Facebook or Instagram.

Dave Wehner:     Hey Justin, it's Dave. On the second part of your question, it's really about sort of what's the landscape of headwinds look like as it relates to targeting and measurement. And there, I think what we're seeing is kind of two things going on, we've got incremental headwinds coming from things like iOS 15, which provides some additional sort of targeting and measurement headwinds.

But those are far less significant than the changes made with iOS 14.5, which really started to have an impact more seriously on the business in the second half of last year. So I think that lapping effect is going to be very pronounced in the first half of the year where we're lapping periods that didn't have that impact. So that's where we're going to see the biggest impact from the lapping.

But we're continuing to fix more headwinds as it relates to like iOS 15 and also further regulatory headwinds that restrict the use of data for targeting purposes in

13

regions like Europe. So we're continuing to see headwinds. I think we're working to mitigate those. But the biggest lapping effect will be in the first half of the year where we didn't have the big iOS 14 headwinds in the same period last year.

Operator:             Our next question is from Doug Anmuth with JP Morgan. Please go ahead.

Douglas Anmuth:   Thanks for taking my questions. Mark, you talked last quarter, I think, about how Reels would become better integrated into both Facebook and Instagram. Can you just talk about where you are in that process?

Clearly, we've seen some just curious if there's more in the product pipeline and could that deeper integration potentially have even greater drag on revenue going forward? And then, Dave, just curious if you're willing to comment on a Reality Lab spend or a loss number in '22?

Mark Zuckerberg:   I can talk about the first piece. I mean, I think we're probably a little further along than just the beginning, but I'd say we're closer to the beginning than the end of the trend on Reels. There's a big flywheel here where more creators share more content.

And because we have a mix of content in the feeds from all different types, we're only going to show Reels or recommend them if we feel like there's high-quality content to show as there's more high-quality content, we show more of it. There certainly will be a lot more. We think it's growing -- it is going to grow a lot going forward, we believe, and engagement on both of those platforms. So yes, I mean I think that we probably will see as we're forecasting, and I think Dave has talked about here, the relative monetization rate of Reels for the next, I don't know, for whatever the foreseeable future is, will be lower than Feeds as we kind of displace some of that with this. But over time, we think that there's a potential for a tremendous amount of overall engagement growth and we think that in a steady state over time, we think that Reels should monetize closer to Feeds or Stories than other longer-form video.

So I think we're optimistic about it. And I think that that's -- we think it's definitely the right thing to lean into this and to push us hard to grow Reels as quickly as possible and not hold on the brakes at all, even though it may create some near-term slower growth than we would have wanted. That's kind of -- that's the picture that I see. I don't know if you want to add anything to that?

Dave Wehner:       No, I think that's exactly right. That's what's kind of factored into the guidance we're providing specifically for Q1. And then, Doug, on the expense outlook, we're not breaking out expenses by segment.

But I probably can give some color here. We're expecting accelerated headcount growth in 2022 to be the biggest contributor of expense growth and that's largely in tech and product roles to support the seven product priorities that Mark laid out, Reels, community messaging, commerce, ads, privacy, AI, and the Metaverse.

14

And the -- a number of those investment priorities map to our Family of Apps segment, and we expect Family of Apps to continue to drive the majority of expense growth in 2022, though we do expect Reality Labs operating loss to increase meaningfully in '22, and that's incorporated into our outlook.

Operator:    Our next question is from the line of Mark Mahaney with Evercore ISI. Please go ahead.

Dave Wehner:    Mark?

Operator:    Mr. Mahaney, your line is open sir.

Mark Mahaney:    One more time, okay got it. All right, I want to ask two questions, please. First, on ESG, could you just -- there's been a series of steps that have been taken, reducing the ability to do political targeting, the introduction of the take a break feature within Instagram, and maybe a few other things that arguably have been put out there to kind of address some of the ESG concerns. Where do you think you are in terms of addressing some of those that we've heard in the investment community?

And then, Dave, I think you mentioned this $10 billion headwind, and I think that was related to some of these policy changes -- to Apple policy changes. Could you just give a little color as to how you came up with that number? Thanks a lot.

Dave Wehner:    Yes, Mark, on the headwind, we're just estimating what we think is the overall impact of the cumulative iOS changes to where 2022 -- our 2022 revenue forecast is. So if you kind of aggregate the changes that we're seeing across iOS, that's sort of the order of magnitude. We can't be precise on this. It's an estimate. We've got ranges on the impact to our business.

So we think it's a substantial -- the substantial headwind to work our way through. And obviously, we're working hard to mitigate those impacts and continue to make ads relevant and effective for users. I don't have anything specific on the ESG front. So I probably can't comment on that. I can follow up with you offline on that.

Operator:    Our next question is from Youssef Squali with Truist Securities. Please go ahead.

Youssef Squali:    Great, thank you. I have two questions as well. Mark, you stated your goal of refocusing on growth of younger audiences on the last earnings call, and I think you even signaled back then that it could mean maybe less focus on other constituency. I know it may be early, but any color maybe to share on growth on users and engagement by maybe age groups?

And then probably another question for you, I'm curious about when you think we can start seeing the kind of the meshing of apps like Instagram with AR and VR and the interoperability of these apps. Is that something where you think we're going to see gradually evolve? Or something that gets kind of opened only once the metaverse is sufficiently built up, whenever that is? Thanks.

15

Dave Wehner:  Let me take the first one, I can take the first one on user growth uses. I think what we said about overall kind of user growth is we're certainly seeing an impact from strong competition, particularly with younger audiences. So that's true, and we're kind of seeing that globally.

        If you look at kind of the overall user growth landscape for the fourth quarter, we're seeing MAU and DAU in the U.S. and Canada, sort of bounce around as sort of expected and indicated given our high level of penetration.

        And then if you look at the Rest of World, we've seen some headwinds there, kind of a little bit unique in the quarter in areas like India, where we saw data plan pricing increase lead to slower growth there. So that's another kind of some unique elements of the quarter on that front.

Mark Zuckerberg: Sure. And in terms of when there's some aspects to the Metaverse showing up, I mean I talked about avatars in my remarks at the beginning and how we're making it so you can have increasingly both expressive and eventually, and we've shown some demos around photorealistic avatars of yourself that you can show up in all the different apps and your avatar can show across Facebook and Instagram and Messenger as well in Quest, and we'll expand that further.

        And I think I also commented before about our goal for 2022 to make it so that Horizon works not just in immersive VR but on 2D screens as well. So that you could potentially jump into those kind of worlds from Facebook or Instagram or different apps as well. So I think you're seeing some of that stuff will -- is already there. Some of it will come over the course of this year.

        Of course, the ability to message across apps is something that we've been working on for a while. You can already do that across Messenger and Instagram and there's more there that we'll roll out over time as well. So I think -- I think you are going to see this stuff work seamlessly across the family.

Operator:    Our next question is from John Blackledge with Cowen. Please go ahead.

John Blackledge: Oh great, thanks. Two questions, maybe first one for Mark. How has Reels differentiated versus TikTok, YouTube shorts, and other short-form video services? And one for Sheryl, any further color on how SMBs are changing ad spend budget since the iOS changes? And is it slowing adoption of new SMB advertisers on Facebook? Thank you.

Mark Zuckerberg: Sure. So I can start with Reels. One of the things that I think we've seen is that there are some fundamental formats in social media like Feeds and Stories, and now I think this Reels short-form video format, that within the context of a different network or community, the same format will take on different characteristics.

        So for example, the kind of discussions that you might have in a feed on Twitter or on Pinterest are different from what you would do in Facebook or Instagram, even given a relatively similar format. So I think, to some degree, even if a creator

16

chooses to reshare their content across the number, you'll have different discussions with your friends across the different services based on who's there.

And then there's a social dynamic where friends and different communities create these as well. So you see somewhat different Reels across Facebook and Instagram, and I'm sure you see different stuff across TikTok too. But what we're seeing is that this is all growing incredibly quickly.

So it's hard to know exactly where this is going to settle in the end, but we just think the appetite that people have -- there's been this long-term trend that I commented on a number of times where over the time that I've been running this company, 18 years this week, basically, we've gone from text being the primary way that people share and consume content online at the beginning of the early 2000s to -- then we got cameras on our phones and photos became the primary thing.

And now that mobile networks are starting to get -- gotten really good, video is really becoming the primary thing, and it is a lot more natural and engaging. This is partially, by the way, why I think that an even more immersive format around virtual reality and augmented reality is going to be the kind of next step after video and why we're so invested there.

But definitely, what we're seeing with short-form video is it's the next step from the kind of visual feeds that we have and the amount of engagement and content that people want to share and interact with and whether it's taking it and sending it to a friend in messaging or commenting online or just having fun watching it themselves. It's -- in general, we're seeing people spend a lot more time on this than what we've seen from apps so far.

And that's also reflected in the success that other apps like TikTok have had. So there's a lot more to go here. We think we will have competitors across the industry. But as we've seen with some of these other formats too, it will feel different depending on the context in which it's implemented and the content from your friends.

Operator:           Our next question is from Lloyd Walmsley with RBS.

Sheryl Sandberg:   Sorry, I...

Dave Wehner:       I think we had a follow-up on SMBs.

Sheryl Sandberg:   We had a follow up -- on SMBs. So, it's a good question because as we've said, the iOS changes definitely hurt advertisers across the board, but they're much harder for SMBs. The progress we made on the measurement gap, which I talked about before, we've made more progress with larger clients than we have with SMBs.

It's also the case that personalized ads are more important for SMBs. An SMB really needs to buy a very small targeted audience that they're looking for and the larger

17

the business, the more you're able to personalize the ad less. So we're definitely seeing that this has more of an impact for SMBs.

We do feel, over the long run, that we believe we have strong benefits for SMBs in using our ad system. We are going to continue to work on these measurement gaps and continue to make sure SMBs can use it. We're also working hard on SMBs adopting some of our commerce tools and some of our other solutions like business messaging and seeing some success there. But you are right that this remains a challenge.

| | |
|---|---|
| Operator: | And our next question is from Lloyd Walmsley with UBS. You may go ahead. |
| Lloyd Walmsley: | Thanks for taking the question. Maybe one for Mark and one for Sheryl. Mark, if we look at short-form video, how do you feel right now about the state of your content and your matching algorithm relative to where you want it to be? I mean do you have the content you need? Are you getting it in front of the right users? Or is there a lot of room to improve this and drive more engagement? |

And then, Sheryl, where exactly are you in terms of rebuilding the ad product? And what are the key things you need to see to kind of roll out or what do customers either need to adopt or do on their end to really start to see improvement to ROAS and a return on that budget? Like are there certain features like CAPI that you need to get adopted? Are there tools in the pipeline? Are there things they need to do on their end? And what do we need to see to see that come back?

| | |
|---|---|
| Mark Zuckerberg: | I can take the Reels question. So we do see a huge amount of potential ahead. But I think sometimes when we say that there's -- that we're closer to the beginning, what that means is that we still have a lot of kind of fundamental questions to overcome in order to make progress to get where we're going. |

With this product, what we see is, there is very clear product market fit, and it is growing incredibly quickly. It -- we face a competitor in TikTok that is a lot bigger, so it will take a while to compound and catch up there. But fundamentally, we think that there's just a lot of potential for it to continue growing. So to your question, do we have the content that we need, it's a flywheel.

So the better tools that we can build for creators and the better monetization we can offer them, which tends to be an advantage that we have over other competitors is how effective our monetization and ad systems are, then I mean the bigger it gets, the more it will attract more creators, and it will kind of build on itself.

And we think that we're already at a scale where we're seeing that flywheel really kick in and start to grow. And if it keeps on compounding at the rates that it's growing at this is going to grow extremely quickly over the next year and potentially beyond that.

But yes, I think that's kind of the best summary that I can give of where we are. Clear product market fit, growing quickly, a long way to go to catch up to be the

PX0545-018

biggest in the space. But I think the pieces are in place and the focus is certainly there at this point to really go after that.

It's just that as this grew, it is -- at least for the coming quarters, it's going to monetize at a somewhat lower rate, which is reflected in the guidance that Dave gave. But again, I think this is clearly the right strategy for us to push on. This is what people want. They enjoy the product. We're going to -- so we're just going to roll it out as quickly and as well as we can.

Sheryl Sandberg:     On the question of what we need to see to rebuild ad products and continue to grow return on ad spend, in the short run, as I talked about, we're working on measurement.

We're rolling out new ways to help businesses continue to measure campaigns using Apple's SKAd Network API and Meta's Aggregated Events Measurement and conversion modeling. So we have specific products that people can adopt that help us.

Over the longer term, we need to develop privacy-enhancing tech to help minimize the amount of personal information we learn and we use. Use more aggregate, use more anonymized data while still allowing us to show relevant ads and that's going to take us time.

But one thing I do want to point out is there are also a lot of things that small businesses and large businesses can do to take advantage of the many targeting and measurement tools we have. So while we have seen an impact from these changes, we also didn't start from a place where 100% of our millions and millions of advertisers are using the tools that are available.

So while we continue to get those that were all the way on the adoption curve to learn and adapt to these changes, there are also advertisers out there that aren't doing even the basic things yet that we can continue to work on and improve their performance. We still believe there's a lot of performance improvement left in the system.

Deborah Crawford:   Great. Operator, we have time for one last question.

Operator:            Very good. Our last question will be from the line of Ross Sandler with Barclays. Please go ahead.

Ross Sandler:        Thanks for squeezing me in. I guess, Dave, a question on the Family of Apps segment margin. This hasn't come up yet, but it was down about 6 points year-on-year. And I know that you had kind of forecasted the expense growth that you came in at for '21.

But I think that downtick is coming as a bit of a surprise for some folks who thought your ad business had fairly stable margins. So any more color on what's driving that?

19

Is that just the revenue headwinds that you're experiencing or any other lumpy items?

And then related to that, as you build out short-form video, how has your thinking evolved around paying rev share like YouTube does? Or other things like that to catalyze the shift? Any thoughts on that?

Dave Wehner:      Yes, Ross. I think in terms of lumpy items, I mean, you will see that G&A was up a pretty substantial amount in Q4, so a part of that is related to legal-related expenses. Those tend to be lumpy, so there was a factor there.

I think, in general, as it relates to Family of Apps and margin, I'd come back to the commentary that I made on the investments that we're making in Family of Apps being an area where we're investing heavily in 2022 across the priorities that Mark outlined, including Reels, messaging, commerce, and ads.

There's a big investment that we're making on the CapEx side that's primarily geared towards AI and machine learning for the Family of Apps business, so -- segment. So there's a lot of investments that we're making there.

What was -- I'm sorry, the second question? Yes, in terms of payments to partners, that clearly will play into the expense profile as we grow that -- as we grow short form, so that's also reflected as part of the guidance for expenses. So over time, that will be an impact as well, and that's part of the investment that we're making on the Reels side and is factored into the 2022 outlook.

Deborah Crawford:   Thank you. Thanks to everybody for joining us today. We appreciate your time, and we look forward to speaking with you again.

Operator:         And this concludes today's conference call. Thank you for joining us. You may now disconnect your lines.

20

# PX0546



TikTok Australia Pty Ltd
Level 10, 68 Pitt Street
Sydney NSW 2000

**TikTok's Response to the ACCC's Report on Social Media Services Issues Paper**

1.      **Introduction**

TikTok welcomes the opportunity to respond to the ACCC's Issues Paper on social media services for the sixth report in the Digital Platform Services Inquiry (**Issues Paper**).

TikTok is an entertainment platform whose mission is to inspire creativity and bring joy. As a young and growing company, a challenger in a crowded digital sector with many strong incumbents, we have been fortunate to benefit from strong growth since our initial 2017 launch in Australia. That growth is testament to the power to convert great new ideas into commercial success through merits-based competition, and shows Australian consumers were eager for the greater choice that TikTok provides.

As an entertainment platform, we have a competitive set which extends beyond the 'social media services' listed in the Issues Paper, and includes YouTube and YouTube Shorts, Reels, Netflix (which recently announced its "Fast Laughs" feature), Twitch, and many others. TikTok competes vigorously in dynamic and constantly developing markets for both users and advertisers. The main way we compete is by seeking to provide our community with quality products and services – so they can access content that engages and inspires. In this respect, we are continually innovating and adapting the features of our platform to serve the needs of our growing community of more than one billion people worldwide.

We face fierce competition in offering these services, from both incumbents and other challengers. Many entrenched incumbents have large app ecosystems at their disposal, which they have leveraged into new competing products in the face of TikTok's disruptive growth. TikTok hopes to continue growing and building out its features in Australia in order to provide even more competition in various areas of the digital economy.

In this highly competitive environment, online consumer safety is a top priority for TikTok, and we have robust policies and processes in place to protect consumers from scams and misleading or deceptive conduct.

2.      **About TikTok in Australia**

TikTok launched in Australia in May 2017. Since that time, we have grown to where millions of Australians come to TikTok to be entertained, to learn and to connect. Since our local launch, and as the ACCC states in the Issues Paper,[1] we have continued to grow around the world and TikTok now has over one billion global users.

We attribute our successful entry to the quality and innovation in our products and services. We offer our users a fun, welcoming experience where authenticity is celebrated. In the fast-changing digital world, TikTok is consistently working to develop new features to respond to our community's needs and expectations.

---

[1]    Issues Paper, p 10.



We have historically been able to grow based on the value of our "discovery engine," as epitomized by our "For You" feed, which delivers creative content that our users are interested in, instead of focusing only on social connections. We provided users with engaging content in an appealing format which they were not finding on other platforms, partly because other platforms appeared focused on delivering content which only affirmed existing relationships and interests, instead of delivering novel and fresh experiences.

Upon opening TikTok, users are presented with the "For You" feed, our landing page which provides users with a stream of videos curated to their interests based on their interaction with the platform.[2] Users may also look to their "Following" feed and "Friends" tab,[3] which include content from TikTok accounts that a user has proactively chosen to follow. It is worth noting that, unlike say a user's network on Facebook, in many cases, a user will have no real-world connection to many of the accounts that they follow and TikTok has historically been less reliant on the so-called "social graph" associated with pure social networking. However, we have explored ways that social connections may provide other avenues to discovery and entertainment. All of these feature improvements, optionality, and innovations feed back into TikTok's core entertainment purpose.

**3.    Competitive landscape**

**3.1.    Competition beyond "social media services" across a broad competitive set**

TikTok is an entertainment platform, competing with many conventional and developing forms of media where delineated categories are increasingly blurred. We find ourselves competing in a so-called "attention economy" to provide interesting and engaging content. At TikTok, we often say while users may "check" other platforms, they "watch" TikTok. CNBC relevantly reported in 2021 that "the competitive lines between traditional media companies and online video services like TikTok, Google's YouTube, Facebook's Instagram and Amazon's Twitch are blurring."[4]

We witness a competitive canvas that includes but extends beyond the "main social media services" identified in the Issues Paper, to include YouTube, as well as YouTube Shorts, Reels, Reddit, Twitter, Twitch, and many others. As TikTok has grown, many firms have developed their products to become more like TikTok.[5] The UK communications regulator has observed a fierce competitive growth of similar features elsewhere:

> "Instagram and Facebook's parent company Meta (previously known as Facebook) said in its Q1 2022 earnings calls that Reels would be core to its business strategy and future growth. The company highlighted that 20% of the time spent on Instagram globally was spent on Reels, and that video overall makes up 50% of the time that people spend on Facebook. Meanwhile, YouTube announced in June 2022 that 1.5 billion global users log into YouTube Shorts monthly. Alphabet, the parent company of YouTube, announced in its Q1 2022 earnings call that YouTube Shorts was averaging over 30 billion daily views – four times as many as a year earlier. Twitter is set to follow this trend in 2022, preparing to roll out a new

---

[2]    TikTok, 'How TikTok Recommends Videos #ForYou' (Web Page, 19 June 2020) <https://newsroom.tiktok.com/en-us/how-tiktok-recommends-videos-for-you>.
[3]    TikTok, 'Friends Tab' (Web Page) <https://support.tiktok.com/en/using-tiktok/exploring-videos/friends-tab>.
[4]    Sherman, Alex, 'TikTok and Instagram inch closer to the streaming wars as competitive barriers blur', *CNBC* (Online, 5 July 2021) <https://www.cnbc.com/2021/07/05/tiktok-and-instagram-inch-closer-to-streaming-wars.html>.
[5]    Isaac, Mike, 'Meta tweaks Facebook app to act more like TikTok', *The New York Times* (Online, 21 July 2022) <https://www.nytimes.com/2022/07/21/technology/facebook-app-changes-home.html>.

PX0546-002



test feature that invites users to post video reactions to tweets… Snap is also developing its service through investing in UK originals."[6]

A further example is Netflix, which recently launched a "Fast Laughs" feed for mobile devices. Netflix now identifies TikTok as a competitor to its investors,[7] as did the music streaming platform Spotify in its annual report.[8] These are just some examples of the ever-developing competitive landscape. The resulting picture is an intense and fluid competitive environment of adapting services grappling for time and attention.

**3.2.    Overcoming barriers to entry**

There are no doubt structural challenges for new entrants wishing to compete against large and established platforms like Meta's Facebook. For example, it may be difficult to attract advertisers until a certain scale and reach has been realised – with advertisers looking for platforms that have exposure to a large number of consumers. Further, in relation to social networking, users are generally attracted to networks where they can find a significant number of connections (for example, friends, professional contacts, or people with similar interests), and a more established player will obviously have an immediate advantage over a new entrant whose users do not have those developed networks in place.

We have, nevertheless, seen that it is possible for new entrants to establish themselves relatively quickly and to effectively compete based on the quality and innovation of their product and service offerings, as the recent growth of TikTok has shown.

TikTok wishes to continue presenting new and disruptive competition to incumbent platforms. Many of these platforms have market power across broad app ecosystems, which they can leverage into new services in a way challenger firms (such as TikTok) cannot. It is critical that TikTok and other new entrants maintain their ability to build out and diversify their offerings to provide important new competition.

**3.3.    Low switching costs and multi-homing**

TikTok sees a significant degree of multi-homing by both users and advertisers. Users generally employ multiple platforms for the same or similar types of services, such as entertainment, messaging, content and social interactions. Similarly, advertisers may promote different content on different platforms, or the same content across multiple platforms. We believe that this ability of users and advertisers to easily switch platforms and multi-home drives competition.

Most platforms do not operate on an exclusive basis. There are generally no subscription fees connected with the use of these platforms. Participation is rarely invitational and compatibility issues with users operating on more than one platform rarely occur.

TikTok users have very limited, if any, switching costs and there are no real practical limits with TikTok users being active on and sharing their content on other platforms. TikTok allows users to easily download their TikTok videos and share them elsewhere. This can be seen, for example, by the

6    The Office of Communications (OFCOM), 'Media Nations: UK 2022' (Report, 17 August 2022) pp 27-28
     <https://www.ofcom.org.uk/__data/assets/pdf_file/0016/242701/media-nations-report-2022.pdf>.
7    Netflix, Inc., 'Shareholder Letter for Q2 2020' (Letter, 16 July 2020)
     <https://s22.q4cdn.com/959853165/files/doc_financials/2020/q2/FINAL-Q2-20-Shareholder-Letter-V3-with-Tables.pdf>.
8    Spotify Technology S.A., 'Annual Report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year
     ended December 31, 2021' (Annual Report, 3 February 2022)
     <https://s29.q4cdn.com/175625835/files/doc_financials/2021/AR/2021-Spotify-AR.pdf>.

PX0546-003



number of videos with TikTok watermarks that are shared to Reels. TikTok users can also find friends on Facebook and invite them to TikTok, and sign up to TikTok by using their Google or Facebook accounts. While there are some platforms where it is more difficult or time-consuming for users to download content to share with another platform (for example, to export an entire social graph or download albums of photos)[9], it is generally easy for users to move between platforms.

In this way, it is not the case that users permanently switch between providers like customers might switch between sellers of specific products – rather, platform users may keep their accounts with different providers and simply add to the number of apps on their mobile phones.

The significance of multi-homing is supported by the Issues Paper's data, which refer to Australian adult social media users using Facebook (75%), Instagram (44%), Snapchat (20%), Twitter (16%) and TikTok (15%) and add to more than 100%. This is also illustrated by the multi-homing statistics included in the UK CMA's Final Report with respect to Facebook/Giphy, as set out in **Figure 1** below.[10]

**Figure 1:** Consumer cross-visiting behaviour amongst social media platforms, March 2021 (UK)

|  | Facebook Blue & Messenger | Instagram | WhatsApp | Snapchat | TikTok | Twitter |
|---|---|---|---|---|---|---|
| **Facebook Blue & Messenger** | 100.0 | 90.2 | 91.8 | 83.7 | 84.4 | 89.4 |
| **Instagram** | 62.5 | 100.0 | 67.0 | 86.9 | 80.1 | 72.3 |
| **WhatsApp** | 70.3 | 74.1 | 100.0 | 83.7 | 77.5 | 69.1 |
| **Snapchat** | 20.4 | 30.5 | 26.6 | 100.0 | 45.3 | 25.0 |
| **TikTok** | 29.9 | 40.9 | 35.8 | 66.0 | 100.0 | 37.5 |
| **Twitter** | 45.8 | 53.4 | 46.2 | 52.7 | 54.3 | 100.0 |

*Source: CMA analysis of ComScore MMX Multi-Platform data supplied by Facebook. Total Digital Population, UK.*

### 3.4. Demographics

In response to the question in the Issues Paper regarding the influence that demographics have on users' choice of platform,[11] our view is that it is the quality and features of a service which drive the popularity of a platform more than any other factor. Younger users are often "early adopters" of new technology, but in the relatively short time TikTok has operated in Australia, we have already seen our community "age up" and our users broadly diversify.[12] Third parties have also observed

---

9    Data types between platforms may not always be "apples to apples" because of unique features.
10   Competition and Markets Authority (CMA), 'Completed acquisition by Facebook, Inc. (now Meta Platforms, Inc.) of Giphy, Inc.' (Final Report, 30 November 2021) p 110 (Figure 16) <https://assets.publishing.service.gov.uk/media/61a64a618fa8f5037d67b7b5/Facebook__Meta__GIPHY_-_Final_Report_1221_.pdf>.
11   Issues Paper, p 12 (Question 10).
12   Kantar, 'The Power of TikTok: Achieving breakthrough brand building with TikTok' (Slide Deck, September 2020) p 30 <https://www.tiktok.com/business/library/the-power-of-tiktok.pdf>, "[T]he platform is swiftly attracting older users."; TikTok, 'Family time has evolved: From TV to TikTok' (Web Page, 26 March 2021) <https://www.tiktok.com/business/en/blog/from-tv-to-tiktok-family-time-has-evolved?platform=facebook&channel=facebook-organic-post-blog-familytime-44281&attr_source=facebook&attr_medium=organic-post&attr_campaign=facebook-organic-post-blog-familytime-44281&attr_agency=gbmhq>, "Parents make up an active, vocal and fast-growing slice of the community on TikTok".

PX0546-004



increasing adoption of TikTok among older users[13] and that TikTok sees teen usage rates similar to other platforms.[14]

## 4.    Advertising

### 4.1.    Competition for advertising budgets is vigorous

Advertising is the principal source of TikTok's revenues. We compete with other digital platforms, as well as various other forms of advertising, for advertising budgets based on effectiveness and return on the advertiser's spend. Platforms compete to show advertisers the effectiveness of the platform, such as the richness of data, the ability to target certain audiences, evidence of audience engagement, a large and diverse user base, and time spent on a platform. Brands are sophisticated with their advertising spend. We make detailed data and analytics tools available for advertisers to track their ad spend and effects. Advertisers evaluate the return on their advertising budget and shift between different services if the ad does not return the expected value.

### 4.2.    How we sell advertising

We sell advertising directly on TikTok via our TikTok for Business Advertising platform.[15] That advertising takes two main forms:

(a)    Advertisers may utilise the self-serve ad platform to bid for and purchase in-feed advertising (i.e., in the "For You" feed) and manage their own campaign (typically referred to as "auction ads"); and

(b)    An advertiser can engage TikTok to manage an advertising campaign on its behalf by contacting the TikTok brand partnership team (typically referred to as "reservation ads").

### 4.3.    "Influencer" advertising on TikTok

TikTok does not typically refer to "influencers", instead, TikTok refers to users who post content on TikTok as "creators". Any user can create content for TikTok and attract views, attention and followers. Some creators are followed by a significant number of other users.

In Australia, TikTok provides creators with a range of opportunities to monetise, including through the "TikTok Creator Marketplace"[16] which is available in 24 countries and allows brands to connect with and sponsor creators who take part. Creators can build a profile through this program which allows brands to browse, search and invite creators they want to work with, serving as an incentive to attract entertaining and engaging content.

Creators may also connect with brands outside of our platform and programs, where an individual creator has (or will) receive something of value from a third party to promote that brand's products or service. This could be a brand endorsement, partnership, or other kind of promotion. In such circumstances, creators must comply with our Branded Content Policy[17], which requires the branded content toggle to be turned on when posting and prohibits advertising of products or services

---

[13]    The Guardian, 'Older People Using TikTok to Defy Ageist Stereotypes Research Finds' (Web Page, 18 May 2022), available at <https://www.theguardian.com/technology/2022/may/18/older-people-using-tiktok-to-defy-ageist-stereotypes-research-finds>
[14]    Pew Research Center, 'Teens, Social Media and Technology 2022' (Web page, 10 August 2022) <https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/>
[15]    TikTok, 'TikTok for Business' (Web Page) <https://www.tiktok.com/business/en-AU>.
[16]    TikTok, 'Creator Marketplace' (Web Page) <https://www.tiktok.com/creators/creator-portal/en-us/getting-paid-to-create/creator-marketplace/>.
[17]    TikTok, 'Branded Content Policy' (Web Page) <https://www.tiktok.com/legal/bc-policy?lang=en>.

PX0546-005



relating to certain industries. To the extent that Branded Content does not comply with these rules, we remove the content or impose other restrictions.

TikTok also operates "creator funds"[18] in some countries (including the US, UK, France, Germany, Spain and Italy) which is an opportunity to be compensated based on certain content metrics, but this program is not currently available in Australia.

## 5. Consumer engagement with platforms

TikTok is dedicated to consumer safety. Our aim is to protect consumers against various harms including scams and misleading or deceptive content. We strive to be the most transparent and accountable company in the industry when it comes to keeping our users safe.

We have a number of tools available to our users to assist with consumer safety online, including:

(a) Our Terms of Service[19] which describe how TikTok can be appropriately used. Our Terms of Service provide that users that find inappropriate content can report this to us, and that we take reasonable measures to expeditiously remove infringing material that we become aware of. We can also disable a user account, including if a user's activities might violate applicable laws. Our Terms of Service also incorporate our Community Guidelines.

(b) Our Community Guidelines[20] which are our code of conduct for a safe and friendly environment on TikTok. We created our Community Guidelines so users know what is, and what is not, allowed on the platform. In accordance with the Guidelines, we remove content or accounts that involve spam or fake engagement, impersonation, or misleading information that causes significant harm.

(c) TikTok has an Online Safety Centre[21] which provides tools and resources for users of all ages to facilitate safe use of an online environment. This includes resources specifically for parents and younger people (such as our Family Pairing features, which allows parents to link their TikTok account to their teen's account in order to enable a variety of content and privacy settings).[22]

(d) We regularly publish Transparency Reports[23] to provide insight into the volume and nature of content removed for violating our Community Guidelines or Terms of Service, and how we respond to law enforcement requests for information, government requests for content removals and copyrighted content take-down notices.[24]

(e) Advertisers must also comply with TikTok's Terms of Service, Community Guidelines and additionally, our Ads Policy[25], which set out the requirements for and limitations around the

18 TikTok, 'TikTok Creator Fund: Your questions answered' (Web Page, 25 March 2021) <https://newsroom.tiktok.com/en-gb/tiktok-creator-fund-your-questions-answered>; TikTok, 'TikTok Creator Fund Terms' (Web Page) <https://www.tiktok.com/legal/tiktok-creator-fund-terms?lang=en>.

19 TikTok, 'Terms of Service' (Web Page, February 2021) <https://www.tiktok.com/legal/terms-of-service-row?lang=en>.

20 TikTok, 'Community Guidelines' (Web Page, February 2022) <https://www.tiktok.com/community-guidelines?lang=en>.

21 TikTok, 'Safety Centre' (Web Page) <https://www.TikTok.com/safety/en-au/>.

22 TikTok, 'Guardian's Guide' (Web Page) <https://www.TikTok.com/safety/en-au/guardians-guide/?enter_method=category_card>.

23 TikTok, 'Reports' (Web Page) <https://www.TikTok.com/transparency/en/reports/>.

24 TikTok, 'Community Guidelines Enforcement Report' (Report, 30 June 2022) <https://www.TikTok.com/transparency/en/community-guidelines-enforcement-2022-1/>. For example, our Community Guidelines Enforcement Report states that the total volume of ads removed for violating our advertising policies and guidelines increased in that quarter.

25 TikTok, ' TikTok Advertising Policies: Industry Entry – Oceania' (Web Page) <https://ads.tiktok.com/help/article?aid=10005239>.



types of ads that can appear on TikTok. We strive to keep up with changing times and regulations, and our ads policies are reflective of that.

6.    **Other comments and corrections on the Issues Paper**

In providing our response to the Issues Paper, we have not sought to address every matter raised by the ACCC, and instead we hope that our comments will assist the ACCC in better understanding our platform. Again, without having considered or fact-checked each of the matters in the Issues Paper, we note that:

(a)    It is not clear to us what is meant by "posts" in Table 1 in the Issues Paper[26], as TikTok does not offer text posts for users in a way that is equivalent to posts on Facebook;

(b)    The Issues Paper lists a number of platforms collectively termed "social media service providers." However, the listed platforms generally focus on different experiences and offerings for users, not all of which involve "social" connections as a key factor. For example, platforms like Facebook and WhatsApp emphasise social connections and messaging features, whereas TikTok focuses on entertaining and inspiring content, regardless of whether it originates from a social connection;

(c)    The Issues Paper raises questions regarding the extent to which users engage with social media service through apps, as opposed to mobile or desktop web browsers,[27] and states that the majority of social media usage is on mobile apps.[28] Without seeking to comment on the other platforms, we note that TikTok is a mobile-first app experience, and while it is possible to visit TikTok on a desktop, it is a small part of our consumption and not a business focus; and

(d)    The Reuters report referred to in the Issues Paper[29] which states that TikTok's ad revenue in 2022 will be greater than that of Twitter and Snapchat is referring to global, as opposed to Australian revenue.

**29 September 2022**

---

26    Issues Paper, p 7.
27    Issues Paper, p 12 (Question 12).
28    Issues Paper, p 2.
29    Issues Paper, p 8.

PX0546-007

# PX0547

Review of Industrial Organization (2019) 54:683–694
https://doi.org/10.1007/s11151-019-09693-7



# Digital Data, Platforms and the Usual [Antitrust] Suspects: Network Effects, Switching Costs, Essential Facility

Catherine Tucker[1]

Published online: 13 February 2019
© Springer Science+Business Media, LLC, part of Springer Nature 2019

## Abstract

This paper asks whether the large amounts of digital data that are typically observed on large technology platforms—such as Google, Facebook, Uber and Amazon—typically give rise to structural conditions that would lead to antitrust concerns. In particular, I evaluate whether digital data augments or decreases concerns with regard to network effects and switching costs. I also evaluate whether data should be thought of as an 'essential facility'.

**Keywords** Platforms · Antitrust · Big data · Network effects · Switching costs

Many new platform business models involve the collection, storing and parsing of data. One of the main charges that have been made against such digital platforms–including Facebook, Amazon, Uber and Google—is that they gain market power based on these data-based activities. Recent work by Stucke and Grunes (2016) coined the term 'Data-opoly' to give color to this notion. This paper discusses from an economics perspective whether the notion of a 'Data-opoly' makes sense, using in-depth analysis of whether large swathes of digital data are related to the typical sources of market power.

Specifically, I address three sources of market power that are recognized broadly by economists. The first is network effects. Network effects occur when a good or service increases in usefulness with more users. Firms can derive market power from network effects because they imply increasing returns to firm size. This makes it hard for smaller competitors to attract users. Take, for example, a unified airline reservations system with participation by all the airlines. It is then harder for a smaller airline reservations system with just a handful of airlines participating to compete.

The second source of market power is switching costs, which occur when it is costly for users to switch firms. Switching costs make it harder for competitors to poach customers. For example, potential customers may resist the offer of a cheaper

✉ Catherine Tucker
cetucker@mit.edu

[1]   MIT Sloan School of Management, 100 Main St., Cambridge, MA 02142, USA



This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-001

checking account because they anticipate that it will be an enormous hassle to switch the electronic debits and credits associated with that account to a new account. This makes it harder for new banks trying to attract customers to compete.

The third source of market power occurs with an 'essential facility:'—when an input is essential for competitor to compete and the current holder of that facility refuses access to it. A classic example of an essential facility is the railroad bridge across the Mississippi River approaching the St. Louis train station—without being able to cross the bridge, competing rail companies could not serve the St. Louis rail market.[1]

I find little evidence that digital data augments market power due to either network effects or switching costs. Instead, digitization may have weakened these two economic forces, because it frees a user from a particular hardware system. Last, it seems unlikely that data can ever meet the criteria for an essential facility, simply because it is often not very valuable and because, since digital data is non-rival, many sources usually exist. Further, there is a tension between forcing access to data and consumer privacy.

I also offer suggestions as to the right questions or framework that regulators should use when considering whether or not data-driven network effects and switching costs may dampen competition. Similarly, I suggest that regulators should, when evaluating whether data is an essential facility, establish what alternative sources of data are available, and if there are no alternative sources, try to understand what precludes the establishment of such a market.

## 1 Is There Such a Thing as a 'Data-Driven Network Effect'?

### 1.1 Network Effects are Weaker in the Digital Age than When Embedded in Hardware

In the 1990s, network effects were viewed as a source of potential market power, especially in technology markets. This argument was central to the antitrust action against Microsoft (Bresnahan 2001). The argument was that Microsoft used its large user base to encourage software developers and computer hardware markets to focus their efforts on the Windows operating system that relied on the Intel chip. This led to a positive feedback loop that rendered competitive products unattractive and, therefore reinforced both Microsoft's and Intel's market power.

In (Tucker 2018), I have argued that the switch in digital tools away from hardware has weakened the power of network effects for the following reasons:

---

[1] United States v. Terminal Railroad Association, 224 U.S. 383 (1912). Economists have questioned whether even this example was an essential facility, or was instead a horizontal monopoly (Reiffen and Kleit 1990).

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-002

1. Network effects destabilize market power. While network effects facilitate the rapid growth of platforms, they also accelerate their demise. The demise of MySpace is a dramatic example of this.
2. Network effects can be very localized. For example, when I consider whether to use Dropbox or another file sharing service, I do not care about the total number of users of Dropbox; instead, I care about how many of my handful of collaborators also use it.
3. Users often prefer fewer other users and options in digital contexts. This may be because consumers value curation and a limited set of options, because they find some users off-putting, or because consumers value their privacy.

For these reasons, network effects in our new digital age that are based on data may be weaker and less stable than was previously thought.

## 1.2 Economies of Scale and Scope are Not Network Effects. Neither Is It Clear that There are Increasing Returns to Scale and Scope in Data

A recent book by two legal scholars Grunes and Stucke (2016) stated that data-driven industries can be 'subject to several network effects:'

1. Traditional network effects, including social networks such as Facebook;
2. Network effects involving the scale of data;
3. Network effects involving the scope of data; and
4. Network effects where the scale and scope of data on one side of the market affect the other side of the market (such as advertising).

In this work, traditional network effects are what economists classically think of as 'direct network effects' or 'same-side' network effects. Direct network effects occur when the value of the product or service is larger when more of the same type of user are using the service. Examples include most modern forms of communication technology—from social media, to Slack, to Skype, to even the now-redundant fax machine and telegraph.

The last category of network effect described by Grunes and Stucke (2016) where the "scale and scope of data on one side of the market affect the other side of the market (such as advertising)." is what economists classically think of as 'indirect network effects' or a 'cross-side' network effect. Indirect network effects occur when the value of the product or service is larger for a certain group of users, when more users who are in a different category of users are using the service. A classic example is an operating system: Users benefit as more software developers start developing software; and software developers benefit from having more potential customers.

The middle two categories of network effects described by Grunes and Stucke (2016), are simply known as economies of scale and scope in economics terminology and are considered to be distinct from network effects. An economy of scale occurs when costs increase less than proportionately relative to an increased level of production of a specific product. An economy of scope occurs when there


Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

is a proportionate savings in costs relative to an increased level of production of multiple products. Economics distinguishes between economies of scale and scope which operate through cost savings as production increases, and network effects which operate through user benefits enhancement as production increases. Network effects are therefore a reflection of consumers' perception of value, while economies of scale are a reflection of cost-side savings.

There is an empirical question as to whether or not there are economies of scale and scope in big data. There are three useful studies on this point. One is Chiou and Tucker (2017), which is on the specific topic addressed by Stucke and Ezrachi (2016), namely, whether more data enhances search engine results' accuracy through learning by doing. In Chiou and Tucker (2017), we examine what happened to search engine accuracy when the search engines changed the length of time that they retained data as a response to a crackdown by the European Commission. We found no effect on search engine accuracy as measured by whether a consumer felt the need to repeat the search. We discuss a potential explanation: That search engines operate a 'long tail' business where many search queries are actually unique. As a result, more data on what consumers did in the past is not useful. Instead, what is useful is smart predictive algorithms that help predict what a user might mean or want by their search. This is another form of learning by doing, which may itself be difficult for entrants to emulate. However, better prediction through learning by doing has obvious benefits for consumers.

A second study explores the question of whether there are economies of scope from digital data. Researchers used Amazon data to explore whether having additional data from multiple products helped improve forecasting (Bajari et al. 2018). They found that though additional data about a single product helped Amazon's ability to forecast demand, there were no gains from more data from other products for the purposes of forecasting.

Neumann et al. (2018) explores accuracy of the data collection and data-profiling industry, and suggests that often advertisers would be better off guessing the gender of a user, rather than using online data profiles built on browsing behavior. The data presented in that study shows that larger data brokers who have access to more data profiles, do not perform any more accurately than data brokers who have data on fewer data profiles.

In general, this evidence suggests that empirically there is little evidence of economies of scale and scope in digital data in the instances where one would expect to find them.

There are two potential explanations for this. The first two studies suggest that personalization and customization undermine the potential for economies of scale and scope in data. If the aim of many digital algorithms is to provide a perfect customized and personalized experience or predictive analysis, then it is not surprising that this is a function not simply of the size of the data that are held, but instead the ability of the firm to take only small pieces of *relevant* data and use the right algorithm on those data.

Second, the third study suggests that the use of data to make useful predictions is not always straightforward. Instead of data mattering for firm performance in

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

data-driven industries, instead what may matter is the quality of the algorithm and the underlying engineering team.

### 1.3 When Can the Strength of Network Effects Be Augmented by the Presence of Digital Data?

At the consumer level, for direct or indirect network effects to be strengthened by digital data, consumers must see benefits to pooling their data with other consumers' data.

One example where this may be true is websites that are devoted to ancestry based on DNA. If my aim is to find potential relatives through commonalities in our genomes, then it makes sense for me to try and to find a genetic-data-sharing platform that has the most people and consequently the most data.

If I am a hospital and I am trying to decide whether to join a health information exchange, then it makes sense that I would be most attracted to the platform that had the most extensive health information data from the largest variety of health providers.

The useful insight from these examples where we would expect network effects to be dependent on data, is that the primary purpose of the platform needs to be premised on the sharing of those data among participants. Though there are technology platforms that focus on this function, there are many for whom that is not a primary function. This suggests, perhaps unsurprisingly, that the relationship between digital data and network effects is contextual and needs to be evaluated on a case-by-case basis.

## 2 How Do Digital Data Affect Switching Costs?

### 2.1 Most Digital Tools are Directed at Reducing Switching Costs

Digital data are by their nature virtually costless to transfer between different repositories. As a result, many of the applications and tools that process and use digital data are focused on facilitating this transfer.

Take for example, a mobile operating system. In our mobile world, that would seem to be the direct corollary of the Windows desktop operating system: There are mobile users, handset manufacturers, and app developers. These are clear counterparts to the desktop users, desktop manufacturers, and software developers that interacted over the Windows operating system and the Intel chip in the 1990s.

However it is useful to consider what is different.

First, in the desktop world the costs of writing different software versions for different desktop operating systems were perhaps prohibitively high. By contrast, now if a developer is thinking about developing an app for both Android and iOS, the costs are far lower.

This is because of the development of various software languages that a developer can use to build the baseline functionality of the code before translating it for



Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

use in the iOS system or to Java for Android.[2] Indeed the promise of these platforms is to 'target multiple [mobile] platforms with one code base'.[3]

Second, it is now far easier for users to switch software across two operating systems. This used to be expensive. For example, if someone wanted to switch from Office on Windows to Office on a Mac, they would have had to buy completely new software. They would also have faced problems with data compatibility that would have manifested themselves through documents' formats being corrupted and so on.

By contrast, if I want to use Microsoft Office today, I can simply subscribe to Office 360. My documents are stored on the cloud and it matters not at all whether I edit them on my Android phone, my Microsoft desktop or my Apple computer. Apple sells the same Microsoft Office subscription as is available for Windows desktop users.[4]

This example highlights two shifts in the software business that facilitate switching: First, the move to store data in the cloud makes porting data between different devices easy. Second, switching has been facilitated by the change in pricing models for many types of software. Rather than buying software upfront, and potentially losing the money when switching, subscriptions allow users more easily to switch between platforms.

Third, it is easy for users to port their data between operating systems. Indeed, Apple provides an app—shown in Fig. 1—to facilitate the move from Android to iOS. Although the switch from iOS is a little less automated on Google, Google provides simple instructions on its websites which are easily followed.[5]

## 2.2  When Can Switching Costs Be Augmented by the Presence of Digital Data?

Given this analysis, a natural question is when switching costs can be augmented or even driven by the presence of digital data.

Let us imagine an example where, for some reason, there is no digital tool or process for a user to extract the digital data they have stored on a particular platform. The question is then how easy or costly it is for that user to switch platforms. Here, the key question for the user is what the value is of their old data. If the benefit that the user derives from using the platform primarily lies in the fact that the platform stores their historic data for them, then that would potentially give rise to switching costs.

For most consumer-facing applications, it is difficult to see that there would be real switching costs due to the storage of historic data. For example, I don't find the fact that Amazon has records of all my orders over the past 10 years a particularly compelling reason to not buy from another online platform in the future.

---

[2] For an example of such a platform see https://www.codenameone.com/blog/port-native-android-app-ios-iphone-guide.html.

[3] https://cordova.apache.org/.

[4] https://www.apple.com/shop/product/HK2Z2LL/A/office-365-personal-1-year-subscription-1-license and https://www.microsoft.com/en-us/p/office-365-personal/cfq7ttc0k5bf.

[5] https://www.android.com/switch/.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-006





# It's easy to make the switch to iPhone.

Everything about iPhone is designed to be easy. That includes switching to one. With just a few steps, you can migrate your content automatically and securely from your Android phone with the Move to iOS app. Or visit an Apple Store — we'll help you move to your new iPhone and get you all set up. Either way, it couldn't be simpler.

- ⊘ Contacts
- ⊘ Message history
- ⊘ Camera photos and videos
- ⊘ Web bookmarks
- ⊘ Mail accounts
- ⊘ Calendars
- ⊘ Free apps

**Fig. 1**  App developed by Apple for users of the Android Operating System

One exception on the consumer side could be health analytics data. It is useful for me to be able to track, for example, my blood pressure over time and monitor changes and factors that seem to shift my readings. In this case, I might be reluctant to give up my health analytics app if it meant losing all those data records.

Another potential exception could be financial data if it were required for tax compliance purposes. For example, I use the program 'Itsdeductible' to store data on my non-monetary donations to charity. Since I need these data for tax compliance purposes, it would be difficult for me to switch midway through the year to another website.[6]

For business facing applications, there may also be similar concerns that are related to regulatory compliance: For example, a firm that is concerned about

---

[6] Turbotax, which owns Itsdeductible, is only loosely a platform, based on the fact that it may be an intermediary for interactions between me and my tax professional.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-007

litigation or audits may find it difficult to leave a platform that keeps records of its earlier actions.

However, there are also many instances even in business-to-business applications where historic data records are not particularly useful. For example, an advertiser is unlikely to keep using the Facebook advertising platform just because it has statistics about the previous years advertising campaign. This example generalizes to any platform where the storage and use of business data is primarily orientated towards short-term tactical decisions. Instead, switching costs seem more likely in instances where businesses store data with regulatory or strategic intent that may actually warrant long-term study and retention.

## 3  Are Data an Essential Facility?

'Essential facility' is a key notion in antitrust law, because denial of access to an essential facility means the monopolist will be immune, at least for some time, to most forms of competition (Pitofsky et al. 2002).

There have been claims made that digital data can be an essential facility (Graef 2016).

From an economics perspective, thinking about standard models of vertical competition, there are three main criteria for whether something is an essential facility. First, is it a valuable input in the production process? Second, are there other means by which rivals can gain access to the input? Last, can a firm actually control who has access to it? Though this is an economist's perspective, it echoes the analysis of Abrahamson (2014) in the context of litigation, who suggests that for data to be an essential facility, the following should hold: (1) The monopolist must control and deny access to the data; (2) competition must fail without access to the data; (3) the plaintiff must lack means to duplicate the data; (4) the monopolist—in principle—must be able to share the data; and (5) the essential facility plaintiff must demonstrate the monopolist's power in the market.

### 3.1  Data Alone are Often Not Very Valuable

Much of my research has been focused on the use of data in online advertising. Much of this research has focused on documenting the pitfalls of relying on data rather than understanding consumer behavior in devising online advertising campaigns.

Lambrecht and Tucker (2013) shows that 'retargeting'—a very data-intensive form of online advertising—is not very effective. Retargeted ads track users' browsing behavior, so as to show consumers online display ads for similar products for which consumers previously searched. Though consumers describe these ads as creepy and annoying, great claims have been made for their effectiveness. We show that they are less effective than an ad that uses far less consumer data. This is because such ads are trying to sell products that a customer decided explicitly not to buy, when there is no evidence that the consumer is back in the market for that product.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

As discussed above, in Neumann et al. (2018), we highlight other failures of the use of browsing data. In this work, we show that despite collecting extensive browsing data on people, many black box algorithms are unable to predict gender correctly more than 50% of the time. This highlights that browsing data alone is often not predictive about the kind of person who is doing the browsing.

On occasions, where my research has found that data are valuable, what has been striking is the extent to which that value varies across customers. For example, Miller and Tucker (2011) found that data and the healthcare IT that holds and parses these data can be valuable in saving the lives of babies. However, there were many instances these data were not valuable. For educated white mothers whose first language was English and who had no external risk factors, there was little value in the technology. Instead, the value was driven by mothers who were experiencing high-risk births or who came from demographic groups whose needs were poorly addressed through personal interactions with hospital staff.

## 3.2 Data are Non-rival and Widely Available

For an input to be an essential facility, it must be unique and no alternative input is available.

However, this is unlikely to hold for digital data. Digital data are non-rival in their consumption, in that their consumption does not decrease their availability to others. Perhaps more crucially, it is also often non-rival in its production. For example, when I visit the New York Times website multiple firms can learn about that fact from tracking cookies placed there. There could be first-party cookies placed there by the New York Times website, but also cookies placed their by advertising networks, data brokers, and ad metrics firms.[7]

Complementing this non-rivalry is the fact that data has near-zero marginal cost of production and distribution even over long distances. Further large shifts in supply infrastructure have rendered the tools for gathering digital data commonplace. Cloud-based resources such as Amazon, Microsoft, and Rackspace make these tools not dependent on scale[8] and storage costs for data continue to fall, so that some speculate they may eventually approach zero.[9] This allows ever smaller firms to have access to powerful and inexpensive computing resources. Furthermore, free open source technologies that allow users to analyze large datasets are widely available and accessible (Lambrecht and Tucker 2017).

These two basic characteristics—combined with the fact that customers constantly leave footprints on the internet—have led to a thriving industry that resells the insights that they gather from digital data.

There are many examples of very big commercially available data sets. The FTC recently investigated 9 major data brokers—Acxiom, Corelogic, Datalogix, eBureau,

---

[7] There is a small increase in page latency - that is, how quickly it loads - if there are too many cookies, which is why data aggregators can be a helpful tool.

[8] https://aws.amazon.com/s3/pricing/.

[9] http://www.smsmt.com/resources/the-cost-of-the-cloud-the-race-to-zero.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-009

**Table 1** Data elements commercially available through a data broker. *Source*: https://www.acxiom.com/what-we-do/infobase/

| Type | Element |
| --- | --- |
| Demographics | Age, gender, ethnicity, education, occupation |
| Household characteristics | Household size, number/ages of children |
| Financial | Income ranges, net worth, economic stability |
| Life events | Marriage and divorce, birth of children, home purchase, moves |
| Interests | Sports, leisure activities, family, pets, entertainment |
| Buying activities | Products bought, method of payment |
| Behavior | Community involvement, causes, gaming |
| Major purchases | Travel, automotive, real property, technology |

ID Analytics, Intelius, PeekYou, Rapleaf, and Recorded Future.[10] The FTC highlighted that 'Data Brokers Store Billions of Data Elements Covering Nearly Every US Consumer.'[11]

For example, Acxiom, through its 'Infobase' product, offers "comprehensive consumer data on approximately 250 million U.S. addressable consumers."[12] Typical data elements that are offered for sale to firms are described in Table 1. The key point of this table is to emphasize that for most elements of consumer behavior that might be part of a data set that is owned by a large technology platform, it is possible for a rival firm to gain that insight through purchasing data from a data broker. The other key insight is that the value of the services that a data broker offers doesn't just depend on the size and scope of the data, but also on the insights and inferences the the broker is able to extract from that data.[13]

These datasets often span multiple data sources to make them even more informative. For example, Comcast licenses its digital TV viewing data to Nielsen to incorporate television viewing data into Nielsen's traditional panel.[14] For a more general discussion of the expansiveness of online and offline data combinations, see Geronimo (2017).

Therefore, the crucial insight from economics is that there are many firms whose business models are dependent on offering other firms insights via consumer data. Their incentives to provide these data and also success at collecting these data undermine the notion that digital can be a unique 'essential facility' that can be uniquely controlled by a single technology platform.

In general, therefore, there are two questions that a regulator should ask when considering whether data are an essential facility: Is there an alternative source of

---

[10] https://qz.com/213900/the-nine-companies-that-know-more-about-you-than-google-or-facebook/.

[11] https://www.ftc.gov/news-events/press-releases/2014/05/ftc-recommends-congress-require-data-broker-industry-be-more?utm_source=govdelivery.

[12] https://www.acxiom.com/what-we-do/infobase/.

[13] Neumann et al. (2018) also suggests that sometimes these insights may not be accurate; it is the scope and size of the data itself that drives value in these markets.

[14] http://www.nielsen.com/us/en/press-room/2017/nielsen-and-comcast-agree-to-incorporate-set-top-box-viewing-data.html.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-010

data that—even if not identical—gives similar insights to the data that a technology platform holds? If there is an alternative data source, is that because that type of data is not generally considered to be very valuable, or because it is indeed impossible to gather and parse such data?

### 3.3 Privacy Protections Can Give Firms the Ability to Exclude Others from the Use of Particular Data

The last question for an economist is—given that data is non-rival and easy to port—whether a firm can really limit access to it by its rivals.

Generally, this question will be particular to the context and instance of the data that are at issue. For example, YouTube cannot restrict access to data on Shares and Likes of its videos that consumers can see, so as to prevent rivals from accessing these data. There of course can be questions of copyright even regarding publicly posted data. On the other hand, route data for ride-sharing drivers may be something that a ride-sharing platform does not feel the need to share openly and, therefore, the platform controls access to those data.

Given that the question of control over access is context-specific, I focus on the particular tension between allowing access to rivals and protecting consumer privacy. Miller and Tucker (2014) discuss how hospitals often limit the portability of patient data or intentionally 'silo' data while citing privacy concerns as their motivation for doing so. However, as we discuss, this 'siloing' of data under the name of privacy also means that patients are locked into using a specific hospital system or network as they are unable easily to take their X-rays, for example, to another provider.

Campbell et al. (2015) studied the potential anti-competitive effects of privacy regulation in general, in terms of suppressing competition in online advertising markets. The basic idea is that the more strenuous are opt-in requirements, the more likely it is that consumers will opt into sharing their data with just a few firms, rather than being willing to share data with new firms or potential entrants. Though this was a theoretical paper, commentary on the recent GDPR privacy directive in Europe suggest that its insights hold empirically and that GDPR will unintentionally suppress the ability of new start-ups to rival existing large technology platforms.[15]

## 4  Conclusions

This paper analyzes whether the large amounts of digital data that are typically observed on large technology platforms—such as Google, Facebook and Amazon—typically give rise to structural conditions that would lead to antitrust concerns.

I conclude that there are many reasons to be optimistic that— rather than reinforcing network effects and switching costs—there are many instances where the process of digitization has weakened them. I also offer a framework to help identify instances

---

[15] https://www.wsj.com/articles/how-europes-new-privacy-rules-favor-google-and-facebook-1524536324?mod=article_inline.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

PX0547-011

where data could give rise to network effects and switching costs. There can be data-driven network effects if the platform's primary purpose is to facilitate data sharing—for example a genomic data-sharing website where people hope to match their genomic data to others' data. There can be data-driven switching costs if companies or individuals cannot easily extract their data, and they have a particular need or utility from historic data rather than more current data.

Last, I consider whether data should be thought of as an essential facility. I suggest that data are unlikely to be an essential facility, because the data are often not that useful and because the data are often ubiquitous. I emphasize that the primary framework for regulators should therefore to be to analyze why there does not exist a market for data that offers similar insights to the data in question. I also note the tension between consumer protection and antitrust in this arena, in that the easiest way for companies actually to foreclose access to data is on the basis of privacy regulation or the stated privacy concerns of sharing it more widely.

## References

Abrahamson, Z. (2014). Essential data. *Yale Law Journal*, *124*, 867.

Bajari, P., Chernozhukov, V., Hortaçsu, A., & Suzuki, J. (2018). *The impact of big data on firm performance: An empirical investigation*. NBER Working Paper No. 24334.

Bresnahan, T. F. (2001). *Network effects and Microsoft*. Stanford Institute for Economic Policy Research Discussion Paper No. 00–51.

Campbell, J., Goldfarb, A., & Tucker, C. (2015). Privacy regulation and market structure. *Journal of Economics & Management Strategy*, *24*(1), 47–73.

Chiou, L., & Tucker, C. (2017). *Search engines and data retention: Implications for privacy and antitrust*. National Bureau of Economic Research Working Paper: 23815.

Geronimo, M. (2017). Online browsing: Can, should, and may companies combine online and offline data to learn about you. *Hastings Science & Technology Law Journal*, *9*, 211.

Graef, I. (2016). *Data as essential facility: Competition and innovation on online platforms* (Vol. 68). Kluwer Law International, International Competition Law Series.

Grunes, A., & Stucke, M. (2016). *Big data and competition policy*. Oxford: Oxford University Press.

Lambrecht, A., & Tucker, C. (2013). When does retargeting work? Information specificity in online advertising. *Journal of Marketing Research*, *50*(5), 561–576.

Lambrecht, A., & Tucker, C. E. (2017). Can big data protect a firm from competition? *Competition Policy International*. CPI Antitrust Chronicle.

Miller, A., & Tucker, C. (2011). Can healthcare information technology save babies? *Journal of Political Economy*, *2*, 289–324.

Miller, A., & Tucker, C. (2014). Health information exchange, system size and information silos. *Journal of Health Economics*, *33*(2), 28–42.

Neumann, N., Tucker, C., & Whitfield, T. (2018). *How effective is black-box digital consumer profiling and audience delivery?: Evidence from field studies*. New York: Mimeo.

Pitofsky, R., Patterson, D., & Hooks, J. (2002). The essential fecilities doctrine under us antitrust law. *Antitrust Law Journal*, *70*, 443.

Reiffen, D., & Kleit, A. N. (1990). Terminal railroad revisited: Foreclosure of an essential facility or simple horizontal monopoly? *The Journal of Law and Economics*, *33*(2), 419–438.

Stucke, M. E., & Ezrachi, A. (2016). When competition fails to optimize quality: A look at search engines. *Yale Journal of Law and Technology*, *18*, 70.

Stucke, M. E., & Grunes, A. P. (2016). *Big data and competition policy*. Oxford: Oxford University Press.

Tucker, C. (2018). Network effects and market power. *Antitrust*, *32*(2), 72–79.

**Publisher's Note**  Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

 Springer

This content downloaded from
136.226.19.48 on Wed, 08 May 2024 16:55:51 +00:00
All use subject to https://about.jstor.org/terms

# PX0548

 

Media & Entertainment

# 45 Privacy Changes Facebook Will Make To Comply With Data Protection Law

**Josh Constine**

/ 2:56 PM PST • December 21, 2011


Comment



PX0548-001

In 2012, Facebook will be making 45 privacy-related changes to comply with the recommendations of an audit by Ireland's Office of the Data Protection Commissioner (DPC) released today. Below I've compiled a roadmap of all the changes Facebook will implement based on the the 149 pages of DPC recommendations and how the social network says it will address them.

First, read my analysis of the audit's findings from this morning. It explains why these changes won't seriously interfere with Facebook's business model or product development. That's very good news for Facebook. Still, complying with the audit's recommendations could prevent the company from building a huge stockpile of historical data for some unknown later use.

The changes mostly deal with how long Facebook retains data, and how people are educated about Facebook's usage of that data. Some will require engineering work, such as irrevocably deleting user data within 40 days of an account deletion request. Others will simply see Facebook adding additional links or messaging within the product to improve transparency and user understanding.

Facebook avoided having to make some big changes that could have hurt its business, such as needing users to explicitly opt in to ad targeting based on their personal data. It also won't have to discontinue its facial recognition feature, or requires users to opt into having their content used in Sponsored Stories ads.

Here are the 45 changes Facebook will implement and their due dates:

**Privacy and Data Use Policy**

- Simplify the explanations of its Data Use Policy- End of Q1 2012

PX0548-002

- Add a mechanism for controlling personal data to the registration process – End of Q1 2012
- Increase the size of links to the privacy policy and statement of rights in the registration process –  End of February 2012
- Add privacy policy, statement of rights, and Help Center links to the left side of the Facebook home page – End of February 2012

**Advertising Use of User Data**



- Clarify how it employs user data in ad targeting to ensure full transparency – End of Q1 2012
- Limit data collection from social plugins, restrict access to this data, and delete it on schedule, though social plugin data is not currently used in ad targeting – Immediately
- Move option to opt out of having one's content shown in social ads from the Account Settings to the Privacy Settings – End of Q1 2012
- Prior to implementation, discuss any plans to provide individuals' profile pictures and names to third parties for advertising purposes – Ongoing
- Switch from retaining ad-click data indefinitely to a 2 year retention period – Review in July 2012

PX0548-003



## Access Requests

- If identifiable personal data of users or non-users is held, it must be provided in response to an access request within 40 days – Beginning in January 2012
- Provide easier access to this data via the profile, Activity Log, and Download Your Information tool – Beginning in January 2012

## Retention of Data

- Clarify to users how deleted data such as received friend requests and removed tags is retained – End of Q1 2012
- Provide users with the ability to delete friend requests, pokes, tages, posts, and messages on a per item basis – Begin in Q1 2012, show progress by July 2012.
- Change Groups invitations so user won't appear as members until they've visited the Group and been given an easy way to leave – End of Q1 2012
- Delete personal data once the purpose for which it was collected has ceased – Immediate, ongoing, review in July 2012
- Delete all social plugin impression data with 90 days of a website visit
- For non-users and logged out users, delete social plugin impression data within 10 days

PX0548-004

- Anonymize data about a user's searches on Facebook with 6 months
- Anonymize all ad click data after 2 years
- Significantly shorten the retention period of log-in information
- Educate users through the Data Use Policy about recording of login activity across browsers and devices – End of Q1 2012
- Work with the DPC to identify an acceptable retention period of data from inactive or deactivated accounts – July 2012

**Third-Party Apps**

- Roll out updated granular data permissions dialog box to all applications – End of February 2012, review in July 2012
- Clarify that use of an app is visible to friends by default (Facebook has fixed this with the audience selector of its granular data permissions dialog box) – Review in July 2012
- Educate users on the importance of reading app privacy policies, possibly increase size of links to report an app or view app its privacy policy in the data permissions dialog box – End of February 2012
- Implement a tool that determines if links to app privacy policies are live. First, Facebook will asses the technical feasibility of such as tool – Review progress towards implementation in July 2012
- Examine alternative privacy controls for allowing friends to provide one's data to applications, as currently users must turn off apps entirely to prevent friends from giving apps their data – Report back to DPC in July 2012
- Investigate technical solutions to reduce risk of abuse of authorization tokens via one app transferring a token to another – Immediate assessment, solution by end of Q1 2012
- Expand mesaging to developers regarding policy prohibiting sharing of authorization tokens –  End of January 2012

PX0548-005

• Refine automated tools that detect and prevent abuse of user data by developers – Progress review in July 2012



## Disclosures to Third Parties

• Improve system for disclosing data to law enforcement by requiring validation from a senior officer and a full explanation for why the data is needed – Commence in January 2012, review in July 2012

## Facial Recognition / Tag Suggest

• Notify users that Tag Suggest exists with a series of home page prompts and link to an explanation of how it works – First week of January 2012
• Prior to implementation, discuss with DPC  any plans to extend tag suggest to allow suggestions beyond confirmed friends – Ongoing

PX0548-006

## Security

- Formally document security policies and procedures – Review in July 2012
- Monitor employees to ensure user password resets aren't used to gain unauthorized access to user data – End of January 2012
- Implement a new access provisioning tool to allow for fine-grained, role-specific control of employee access to user data to ensure all access is authorized – Review in July 2012

## Deletion of Accounts

- Continue devoting engineering resources towards improving the system that irrevocably deletes user accounts and data within 40 days of receipt of a deletion request – Review in July 2012

## Friend Finder

- Provide education about and review alternatives for reducing risks inherent in transmitting contact information via plain text for use in the contact sync feature – End of Q1 2012
- Add text explaining that deactivating the contact sync feature does not remove previously synced data – End of Q1 2012
- Prevent Pages that have uploaded email addresses to send messages to European users or non-users via geoblocking of major EU domains and

warn businesses using the feature about ePrivacy law – Geoblocking immediately, warnings by end of Q1 2012

## Tagging

• Review implications of DPC's recommendation to allow users to prevent themselves from being tagged in photos or other content – In advance of July 2012

## Posting On Other Profiles

• Review implications of DPC's recommendation that prior to posting, users be shown how broad the audience will be for a potential post on the wall of another user, and notify users if that wall's owner changes that audience size – In advance of July 2012

## Facebook Credits

• Add information to the Data Use Policy regarding Facebook's role as a data controller and that information about a user's use of Credits is linked to their account, and launch a privacy policy dedicated to its payments systems in approximately 6 months – End of Q1 2012

## Compliance Management / Governance

• Develop documented procedures for direct marketing by Facebook employees and train employees to ensure data protection – Completed
• Review European data protection laws and consult with the DPC when developing new products or uses to ensure compliance with data protection law

Additionally, the DPC's audit made statements, indicating its satisfaction with how Facebook handles these potentially controversial issues:

PX0548-008

- Cookies are not used for profiling or ad targeting
- Apps were found to not be able to access user data without consent
- Disabling Tag Suggest deletes a user's facial recognition profile
- User data is available to employees on a need-to-know basis
- There is no threat to user photos during upload to Akamai or during deletion
- The site protects against large-scale data harvesting through screen-scraping
- User contact info, including phone numbers and email addresses, is only stored and not used unless users choose to supply email addresses for use in the Friend Finder
- When users give Friend Finder access to their third-party email accounts and other services, their passwords are held securely and destroyed
- Facebook has provided sufficient justification of its policy of refusing pseudonymous accounts
- Facebook provides sufficient ways to report abuse on the site



# More TechCrunch



**Dell discloses data breach of customers' physical addresses**



**Reddit locks down its public data in new content policy, says use now requires a contract**

PX0548-009





**Meta and Amazon team up on new in-app shopping feature on Facebook & Instagram**

**TikTok will automatically label AI-generated content created on platforms like DALL·E 3**

**Get the industry's biggest tech news**                    **Explore all newsletters ↗**

PX0548-010

**TechCrunch Daily News** 

Every workday and Sunday, you can get the best of TechCrunch's coverage.

**Startups Weekly** 

Startups are the core of TechCrunch, so get our best coverage delivered weekly.

**TechCrunch Fintech** 

The latest Fintech news and analysis, delivered every Sunday.

**TechCrunch Mobility** 

TechCrunch Mobility is your destination for transportation news and insight.

**Email address (required)**

| Email address | Subscribe |

*By submitting your email, you agree to our* *Terms* *and* *Privacy Notice*.

# Tags

Facebook, privacy

# Google I/O 2024: How to watch

6 seconds ago

Startups

# Triomics raises $15M Series A to automate cancer clinical trials matching

**Marina Temkin**
8 mins ago

PX0548-011

Transportation

## Tesla drives Luminar lidar sales and Motional pauses robotaxi plans

**Kirsten Korosec**
8 mins ago

AI

## Reddit locks down its public data in new content policy, says use now requires a contract

**Sarah Perez**
19 mins ago

## Fika Ventures co-founder Eva Ho will step back from the firm after its current fund is deployed

**Rebecca Szkutak**
26 mins ago

AI

## Amazon's CTO built a meeting-summarizing app for some reason

**Kyle Wiggers**
50 mins ago

PX0548-012

# Sources: Mistral AI raising at a $6B valuation, SoftBank 'not in' but DST is

**Ingrid Lunden**
1 hour ago

Enterprise

# Google I/O 2024: What to expect

**Brian Heater**
1 hour ago

Apps

# Bumble says it's looking to M&A to drive growth

**Sarah Perez**
1 hour ago

Startups

# Blackboard founder transforms Zoom add-on designed for teachers into business tool

**Ron Miller**
2 hours ago

Startups

# Groww joins the first wave of Indian startups moving domiciles back home from US

**Manish Singh**

PX0548-013

2 hours ago

---

Security

## Dell discloses data breach of customers' physical addresses

**Lorenzo Franceschi-Bicchierai**
2 hours ago

---

**Featured Article**

## Fairgen 'boosts' survey results using synthetic data and AI-generated responses

**Paul Sawers**
2 hours ago

---

Hardware

## Rowing startup Hydrow acquires a majority stake in Speede Fitness as their CEO steps down

**Lauren Forristal**
3 hours ago

PX0548-014

AI

# Retell AI lets companies build 'voice agents' to answer phone calls

**Kyle Wiggers**
4 hours ago

Apps

# TikTok will automatically label AI-generated content created on platforms like DALL·E 3

**Aisha Malik**
5 hours ago

Fintech

# India likely to delay UPI market caps in win for PhonePe-Google Pay duopoly

**Manish Singh**
7 hours ago

Commerce

# Thai food delivery app Line Man Wongnai weighs IPO in Thailand, US in 2025

**Kate Park**
12 hours ago

PX0548-015

Media & Entertainment

# Apple's 'Crush' ad is disgusting

**Devin Coldewey**
20 hours ago

---

AI

# OpenAI offers a peek behind the curtain of its AI's secret instructions

**Devin Coldewey**
21 hours ago

---

Security

# US Patent and Trademark Office confirms another leak of filers' address data

**Zack Whittaker**
21 hours ago

---

Security

# Encrypted services Apple, Proton and Wire helped Spanish police identify activist

**Lorenzo Franceschi-Bicchierai**
21 hours ago

---

Apps

# Match looks to Hinge as Tinder fails

**Lauren Forristal**
22 hours ago

PX0548-016

Apps

## Gratitude Plus makes social networking positive, private and personal

**Sarah Perez**
23 hours ago

Startups

## Can AI help founders fundraise more quickly and easily?

**Alex Wilhelm**
23 hours ago

Apps

## Google brings a variation on 'Circle to Search' to iPhone users

**Sarah Perez**
23 hours ago

Enterprise

## Always-on video portal lets people in NYC and Dublin interact in real time

**Ron Miller**
24 hours ago

Hardware

## TechCrunch Minute: When did iPads get as expensive as MacBooks?

**Alex Wilhelm**

PX0548-017

1 day ago

AI

# Bye-bye bots: Altera's game-playing AI agents get backing from Eric Schmidt

**Lauren Forristal**
1 day ago

Biotech & Health

# Google DeepMind debuts huge AlphaFold update and free proteomics-as-a-service web app

**Devin Coldewey**
1 day ago

**TechCrunch Disrupt 2024**    Innovation For Every Stage

**LEARN MORE**

**About**

TechCrunch

Staff

Contact Us

Advertise

Crunchboard Jobs

Site Map

**Legal**

PX0548-018

5/9/24, 1:08 PM                    45 Privacy Changes Facebook Will Make To Comply With Data Protection Law | TechCrunch

Terms of Service

Privacy Policy

RSS Terms of Use

Privacy Dashboard

Code of Conduct

About Our Ads

**Trending Tech Topics**

Google DeepMind

Apple iPad Event

The Portal

FTX

Bloom eBikes

Tech Layoffs

ChatGPT

f  Facebook                                        𝕏  X

▶  Youtube                                         Instagram

in  LinkedIn                                       m  Mastodon

© 2024 Yahoo. All rights reserved. Powered by WordPress VIP

PX0548-019

# PX0549



Back to Newsroom

Facebook

# Now You Can See and Control the Data That Apps and Websites Share With Facebook

August 20, 2019

PX0549-001



*By Erin Egan, Chief Privacy Officer, Policy, and David Baser, Director of Product Management*

Many apps and websites are free because they're supported by online advertising. And to reach people who are more likely to care about what they are selling, businesses often share data about people's interactions on their websites with ad platforms and other services. This is how much of the internet works, but given that the average person with a smartphone has underline{more than 80 apps} and uses about 40 of them every month, it can be really difficult for people to keep track of who has information about them and what it's used for.

To help shed more light on these practices that are common yet not always well understood, today we're introducing a new way to view and control your off-Facebook activity. Off-Facebook Activity lets you see a summary of the apps and websites that send us information about your activity, and clear this information from your account if you want to. This is another way to give people more

transparency and control on Facebook, along with recent <u>updates to our Ad Library</u>, updates to "<u>Why am I seeing this ad?</u>" and the launch of a new feature called "<u>Why am I seeing this post?</u>".

**What Is Off-Facebook Activity?**

Imagine a clothing website wants to show ads to people who are interested in a new style of shoes. They can send information to Facebook saying someone on a particular device looked at those shoes. If that device information matches someone's Facebook account, we can show ads about those shoes to that person. To explain this further, we put together some resources <u>here</u>.

With Off-Facebook Activity, you can see and control the data that other apps and websites share with Facebook. You can:

- See a summary of the information other apps and websites have sent Facebook through our online <u>business tools</u>, like Facebook Pixel or Facebook Login;

- Disconnect this information from your account if you want to; and

- Choose to disconnect future off-Facebook activity from your account. You can do this for all of your off-Facebook activity, or just for specific apps and websites.

We are starting by gradually making Off-Facebook Activity available to people in Ireland, South Korea and Spain. We will continue to roll it out everywhere over the coming months to help ensure it's working reliably for everyone.

***(Updated on August 20, 2019 at 11:40AM PT to include additional screenshots of the product.)***



## What Happens When You Clear Your Off-Facebook Activity

If you clear your off-Facebook activity, we'll remove your identifying information from the data that apps and websites choose to send us. We won't know which websites you visited or what you did there, and we won't use any of the data you disconnect to target ads to you on Facebook, Instagram or Messenger. We expect this could have some impact on our business, but we believe giving people control over their data is more important.

When you visit Off-Facebook Activity, you'll see the websites and apps that you use regularly, but you might also see some services that you don't recognize. For example, a website you didn't visit could show up because a friend looked it up on your phone. Or because you share a home computer with your partner and kids. To help answer common questions people might have, we have additional information in our Help Center.

## How We Built This and What's Next

Since Off-Facebook Activity is a new kind of tool, there was no template for us to follow. Our engineering teams redesigned our systems and built a new way for them to process information. We also conducted months of research to get input from people, privacy advocates, policymakers, advertisers and industry groups. We made important changes in response to what we learned. For example, several months into our product development, people asked for a way to disconnect future online activity from individual businesses — not just all at once. We also heard from privacy experts that it was important to be able to reconnect a specific app or website while keeping other future activity turned off. We decided to build these options so people could have a better product, even though it delayed our rollout.

> "As part of Unilever's Responsibility Framework, we are committed to creating a better digital ecosystem working with our partners. The Off-Facebook Activity tool aims to provide people with greater transparency and control over their own data, helping to improve their online experience. We support this step from Facebook and encourage them and all industry players to continue in the journey to build back trust in the advertising ecosystem."
> — Luis Di Como, EVP Global Media, Unilever

This feature marks a new level of transparency and control, and we'll keep improving. We welcome conversations with privacy experts, policymakers and other companies about how to continue building tools like this.

Categories:
Data and Privacy, Facebook, Product News

Tags: Pages

   

## RELATED NEWS

Meta

## Privacy Matters: Meta's Generative AI Features

We included important privacy safeguards in our new generative AI features to protect people's

PX0549-005

information and help them understand how the features work.

September 27, 2023

### Related Pages

Facebook

### Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

Featured News

## Meta

How Companies Are Using Meta Llama

May 7, 2024

PX0549-007

Instagram

**New Stickers in Instagram Stories**

May 3, 2024



Follow Us



## Virtual reality

## Smart glasses

About us    ⌄

Our community    ⌄

Our actions    ⌄

Support    ⌄

© 2024 Meta    Community Standards    Data Policy    Terms    Cookie policy

United States

(English)  ▼

# PX0550

 Meta

Back to Newsroom

Meta

# Introducing Privacy Center

January 7, 2022



- **We're introducing Privacy Center, a new place to learn more about our approach to privacy across our apps and technologies.**

- **Privacy Center provides helpful information about five common privacy topics: sharing, security, data collection, data use and ads.**

PX0550-001

- **Privacy Center is now available to a limited number of people using Facebook on desktop in the US, and we plan to roll it out to more people and more of our apps in the coming months.**

Today, we're introducing <u>Privacy Center</u> to educate people on their privacy options and make it easier to understand how we collect and use information. In Privacy Center, you can learn about our approach to privacy, read up on our Data Policy and learn how to use the many privacy and security controls that we offer.

To start, Privacy Center is now available to some people using Facebook on desktop, and we will roll it out to more people and apps in the coming months. We've built a number of privacy and security controls across our apps and technologies over the years, and our goal is for Privacy Center to serve as a hub for those controls and privacy education.

The current version of Privacy Center has five modules, each containing guides and controls related to a common privacy topic:

- **Security**: You can brush up on account security, set up tools like two-factor-authentication or learn more about how Meta fights data scraping.

- **Sharing**: You can visit this guide if you have questions about who sees what you post, or how you can clean up old posts on your profile using tools like <u>Manage Activity</u>.

- **Collection**: Learn about the different types of data that Meta collects, and how you can view that data through tools like <u>Access Your Information</u>.

- **Use**: Learn more about how and why we use data, and explore the controls we offer to manage how your information is used.

- **Ads**: Learn more about how your information is used to determine the ads you see, and make use of ad controls like <u>Ad Preferences</u>.



People who have access to this initial launch can find Privacy Center by navigating to Settings and Privacy on the desktop version of Facebook. As we expand Privacy Center, we will add more ways to access it in places where you may have privacy concerns.

We'll continue to update Privacy Center and add more modules and controls to help people understand our approach to privacy across our apps and technologies.

Categories:
Data and Privacy, Integrity and Security, Meta, Product News

   

Tags: Controls, Privacy Matters

**RELATED NEWS**

Meta

# Upholding Our Commitment to Protecting Your Privacy: What the FTC Gets Wrong

The FTC's latest complaint against Meta is a political stunt. Since 2019, we've overhauled our approach to privacy, investing $5 billion in a rigorous privacy program.

May 3, 2023

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

PX0550-004

Featured News

Meta

How Companies Are Using Meta Llama

May 7, 2024

PX0550-005

Instagram

**New Stickers in Instagram Stories**

May 3, 2024



**Follow Us**



## Virtual reality

## Smart glasses

About us        ⌄

Our community        ⌄

Our actions        ⌄

Support        ⌄

United States

© 2024 Meta     Community Standards     Data Policy     Terms     Cookie policy

(English) ▼

PX0550-007

# PX0551

5/9/24, 1:21 PM                    Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch



Social

# Meta rolls out new privacy updates for teens on Instagram and Facebook

**Aisha Malik**

/ 7:19 AM PST • November 21, 2022

 Comment



📷 **Image Credits:** Bryce Durbin / TechCrunch

Meta announced today that it's introducing new privacy updates for teens on Instagram and Facebook. Most notably, everyone under the age of 16, or under 18 in certain countries, will now be defaulted into more private settings when they join Facebook.

PX0551-001

For teens already on the app, Facebook is going to start encouraging them to choose more private settings in terms of who can see their friends lists, the posts they're tagged in, the people and lists they follow, and who is allowed to comment on their public posts. The Facebook privacy update comes over a year after Instagram started to default young users' accounts to private accounts at sign-up.

Meta is also testing ways to protect teens from messaging suspicious adults they aren't connected to. An example of a suspicious account is one that belongs to an adult that was recently blocked or reported by a young user. On Facebook, Meta won't show suspicious accounts in teens' People You May Know recommendations. Meta is also testing removing the message button on teens' Instagram accounts when they're viewed by suspicious adults.



**Image Credits:** Meta

In addition, Meta is working with the National Center for Missing and Exploited Children (NCMEC) to build a global platform for teens who are worried their intimate images might be shared online without their consent. The goal of the platform is to help Meta prevent a teen's intimate images from being posted online. The platform will work similarly Meta's current system designed to prevent the sharing of intimate images from adults. Meta says once the platform is built, it can be used by other companies across the tech industry.

"We've been working closely with NCMEC, experts, academics, parents and victim advocates globally to help develop the platform and ensure it responds to the needs of teens so they can regain control of their content in these horrific situations," Meta said in a blog post. "We'll have more to share on this new resource in the coming weeks."

PX0551-002

Meta is also working with Thorn and their NoFiltr brand to create educational materials that reduce the shame and stigma surrounding intimate images. The educational materials will aim to empower teens to seek help and take control if they are experiencing sextortion.







## More TechCrunch



TikTok will automatically label AI-generated content created on platforms like DALL·E 3



Amazon's CTO built a meeting-summarizing app for some reason



Bumble says it's looking to M&A to drive growth



PX0551-003

5/9/24, 1:21 PM                    Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

**Dell discloses data breach of customers' physical addresses**



## Get the industry's biggest tech news

**Explore all newsletters** ↗

**TechCrunch Daily News**
Every workday and Sunday, you can get the best of TechCrunch's coverage.

**Startups Weekly**
Startups are the core of TechCrunch, so get our best coverage delivered weekly.

**TechCrunch Fintech**
The latest Fintech news and analysis, delivered every Sunday.

**TechCrunch Mobility**
TechCrunch Mobility is your destination for transportation news and insight.

**Email address (required)**

Email address                                                    Subscribe

*By submitting your email, you agree to our Terms and Privacy Notice.*

# Tags

Facebook, Instagram, meta

PX0551-004

5/9/24, 1:21 PM                    Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

## Google I/O 2024: How to watch

13 mins ago

---

Startups

### Triomics raises $15M Series A to automate cancer clinical trials matching

**Marina Temkin**
20 mins ago



---

Transportation

### Tesla drives Luminar lidar sales and Motional pauses robotaxi plans

**Kirsten Korosec**
21 mins ago



---

AI

### Reddit locks down its public data in new content policy, says use now requires a contract

**Sarah Perez**
31 mins ago



---

### Fika Ventures co-founder Eva Ho will step back from the firm after its current fund is deployed

**Rebecca Szkutak**
39 mins ago



---

AI

### Amazon's CTO built a meeting-summarizing app for some reason

**Kyle Wiggers**
1 hour ago



PX0551-005

5/9/24, 1:21 PM                          Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

## Sources: Mistral AI raising at a $6B valuation, SoftBank 'not in' but DST is

**Ingrid Lunden**
2 hours ago



Enterprise

## Google I/O 2024: What to expect

**Brian Heater**
2 hours ago



Apps

## Bumble says it's looking to M&A to drive growth

**Sarah Perez**
2 hours ago



Startups

## Blackboard founder transforms Zoom add-on designed for teachers into business tool

**Ron Miller**
2 hours ago



Startups

## Groww joins the first wave of Indian startups moving domiciles back home from US

**Manish Singh**
2 hours ago



Security

## Dell discloses data breach of customers' physical addresses

**Lorenzo Franceschi-Bicchierai**
2 hours ago



5/9/24, 1:21 PM                    Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch



**Featured Article**

## Fairgen 'boosts' survey results using synthetic data and AI-generated responses

**Paul Sawers**
2 hours ago

Hardware

## Rowing startup Hydrow acquires a majority stake in Speede Fitness as their CEO steps down

**Lauren Forristal**
3 hours ago



AI

## Retell AI lets companies build 'voice agents' to answer phone calls

**Kyle Wiggers**
4 hours ago



PX0551-007

5/9/24, 1:21 PM                           Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

### Apps
**TikTok will automatically label AI-generated content created on platforms like DALL·E 3**

Aisha Malik
5 hours ago



### Fintech
**India likely to delay UPI market caps in win for PhonePe-Google Pay duopoly**

Manish Singh
7 hours ago



### Commerce
**Thai food delivery app Line Man Wongnai weighs IPO in Thailand, US in 2025**

Kate Park
12 hours ago



### Media & Entertainment
**Apple's 'Crush' ad is disgusting**

Devin Coldewey
20 hours ago



### AI
**OpenAI offers a peek behind the curtain of its AI's secret instructions**

Devin Coldewey
21 hours ago



### Security
**US Patent and Trademark Office confirms another leak of filers' address data**

Zack Whittaker
22 hours ago



PX0551-008

Security

## Encrypted services Apple, Proton and Wire helped Spanish police identify activist

**Lorenzo Franceschi-Bicchierai**
22 hours ago



Apps

## Match looks to Hinge as Tinder fails

**Lauren Forristal**
22 hours ago



Apps

## Gratitude Plus makes social networking positive, private and personal

**Sarah Perez**
23 hours ago



Startups

## Can AI help founders fundraise more quickly and easily?

**Alex Wilhelm**
23 hours ago



Apps

## Google brings a variation on 'Circle to Search' to iPhone users

**Sarah Perez**
23 hours ago



Enterprise

## Always-on video portal lets people in NYC and Dublin interact in real time

**Ron Miller**
24 hours ago



PX0551-009

5/9/24, 1:21 PM                    Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

Hardware

## TechCrunch Minute: When did iPads get as expensive as MacBooks?

**Alex Wilhelm**
1 day ago



AI

## Bye-bye bots: Altera's game-playing AI agents get backing from Eric Schmidt

**Lauren Forristal**
1 day ago



Biotech & Health

## Google DeepMind debuts huge AlphaFold update and free proteomics-as-a-service web app

**Devin Coldewey**
1 day ago



| **TechCrunch Disrupt 2024** | Innovation For Every Stage |
| --- | --- |
| **LEARN MORE** | |

**About**

TechCrunch
Staff
Contact Us
Advertise
Crunchboard Jobs
Site Map

**Legal**

Terms of Service
Privacy Policy
RSS Terms of Use
Privacy Dashboard
Code of Conduct
About Our Ads

PX0551-010

5/9/24, 1:21 PM                                Meta rolls out new privacy updates for teens on Instagram and Facebook | TechCrunch

**Trending Tech Topics**

Google DeepMind

Apple iPad Event

The Portal

FTX

Bloom eBikes

Tech Layoffs

ChatGPT

**f** Facebook                              **X** X

▶ Youtube                                   🔲 Instagram

**in** LinkedIn                             🐘 Mastodon

© 2024 Yahoo. All rights reserved. Powered by WordPress VIP

PX0551-011

# PX0552



Back to Newsroom

Meta

# Facebook and Instagram to Offer Subscription for No Ads in Europe

October 30, 2023



PX0552-001

# Takeaways

- Meta will offer people in the EU, EEA and Switzerland the choice to pay a monthly subscription to use Facebook and Instagram without any ads. They can alternatively continue to use these services for free while seeing ads that are relevant to them.

- We believe in a free, ad-supported internet – and will continue to offer people free access to our personalised products and services regardless of income.

- Whether people choose to use our products for free with ads or subscribe to stop seeing ads, we are committed to keeping people's information private and secure, under our own policies as well as the EU's General Data Protection Regulation (GDPR).

*Update on December 4, 2023 at 2:00 AM PT:*

We are committed to an ads-supported digital business model, because it is the cornerstone of an inclusive internet where everyone can access online services and content for free. It allows people to use services like Facebook and Instagram for free while benefiting from seeing personalised advertising, helping them discover new products and brands that are most relevant to them.

Personalised advertising also enables businesses of all sizes – particularly small and medium-sized businesses – to find customers most likely to be interested in what they offer. This creates considerable value for businesses: in Europe, every Euro spent on our ads drives on average 3.37 Euros in revenues for advertisers, supporting over €84 billion in business revenues every year.[1]

However, Europe's regulatory landscape is evolving. And with new regulatory interpretations of permitted legal bases for personalised advertising under the GDPR, as well as the coming into force of the Digital Markets Act, we are now

required to offer people in the EU, EEA and Switzerland an alternative way of using Facebook and Instagram.

That's why, in October, we announced that people in the EU could choose to continue to use Facebook and Instagram with ads, or they could choose to pay a monthly fee for a subscription service with no ads on Facebook and Instagram.[2] If a person chooses to subscribe, they won't see ads and we will not process their information for personalised advertising.

We introduced this choice, called 'Subscription for no ads', as our consent solution to comply with a unique combination of connected and sometimes overlapping EU regulatory obligations with differing compliance deadlines.

Subscriptions as an alternative to seeing advertising are a well-established and economically viable business model spanning many industries, from news publishing and gaming to music and entertainment. That's why we believe it is the best compliance solution. Like countless other businesses, we believe it allows us to meet changing regulatory obligations while offering users a clear choice.

'Subscription for no ads' addresses the latest regulatory developments, guidance and judgments shared by leading European regulators and the courts over recent years. Specifically, it conforms to direction given by the highest court in Europe: in July, the Court of Justice of the European Union (CJEU) endorsed the subscriptions model as a way for people to consent to data processing for personalised advertising. And even before that decision, the validity of a subscription service as part of a model to obtain valid consent had been acknowledged by numerous European data protection authorities, including in France, Denmark and Germany.

Regardless of whether a person chooses to subscribe or not, everyone who uses Facebook and Instagram can continue to use our Privacy Centre to access the extensive range of tools that we have built to give people choice over the information they share and how we process their data. Those who choose to continue to see personalised ads will also continue to have full control over whether or not we use information from third party websites and apps to personalise the ads we show them. And as has been the case for people in the EU, EEA and Switzerland since 2018, unless a person actively opts in to see ads based on information from third parties, it won't happen.

PX0552-003

Additionally, those who choose to continue to see personalised ads can also access features to further manage how their data is used to inform their ads, including Why am I seeing this ad? and our long-standing ad preferences tools. We remain committed to ensuring that people who choose to use our services for free continue to have a positive ad experience.

At Meta, we believe that technology is about giving everyone a voice, and that the best way to do that is to offer services for free – and that's why we will always advocate for an internet funded by ads.

*1. Europe's calculations are based on methods published with the National Bureau of Economic Research. 'Learning, Sophistication, and the Returns to Advertising: Implications for Differences in Firm Performance' 2023. Calculations using 2022 Data.*

*2. EU, EEA and Switzerland.*

**Originally published on October 30, 2023 at 5:00 AM PT:**

To comply with evolving European regulations, we are introducing a new subscription option in the EU, EEA and Switzerland. In November, we will be offering people who use Facebook or Instagram and reside in these regions the choice to continue using these personalised services for free with ads, or subscribe to stop seeing ads. While people are subscribed, their information will not be used for ads.

People in these countries will be able to subscribe for a fee to use our products without ads. Depending on where you purchase it will cost €9.99/month on the web or €12.99/month on iOS and Android. Regardless of where you purchase, the subscription will apply to all linked Facebook and Instagram accounts in a user's Accounts Center. As is the case for many online subscriptions, the iOS and Android pricing take into account the fees that Apple and Google charge through respective purchasing policies. Until March 1, 2024, the initial subscription covers all linked accounts in a user's Accounts Center. However, beginning March 1, 2024, an additional fee of €6/month on the web and €8/month on iOS and Android will apply for each additional account listed in a user's Account Center.

# Why Are We Doing This?

We believe in an ad-supported internet, which gives people access to personalised products and services regardless of their economic status. It also allows small businesses to reach potential customers, grow their business and create new markets, driving growth in the European economy. And like other companies we'll continue to advocate for an ad-supported internet, even with our new subscription offering in the EU, EEA and Switzerland.  But we respect the spirit and purpose of these evolving European regulations, and are committed to complying with them.

We announced in August our intention to move people in the EU, EEA and Switzerland to the GDPR legal basis of "Consent" for the purpose of processing data collected on our own platforms for advertising purposes. We made that change to address a number of evolving and emerging regulatory requirements in the region. This includes how our lead data protection regulator in the EU, the Irish Data Protection Commission, is interpreting GDPR following a recent <u>ruling</u> by the Court of Justice of the European Union (CJEU) and anticipating the entry into force of the Digital Markets Act (DMA).

The option for people to purchase a subscription for no ads balances the requirements of European regulators while giving users choice and allowing Meta to continue serving all people in the EU, EEA and Switzerland. In its ruling, the CJEU expressly recognised that a subscription model, like the one we are announcing, is a valid form of consent for an ads funded service.

If you choose to continue to use our products for free, your experience will stay the same – and that experience will continue to be supported by the tools and settings that we have created to empower people to control their ads experience. These include <u>Ad Preferences</u>, which offers a range of controls that enable you to influence the ads you see as well as the data used to inform these ads, including  activity information from ad partners. We also have tools in our product that explain <u>"Why am I seeing this ad?"</u>, as well as how people can <u>manage their ad experience</u>.

Meanwhile, advertisers will be able to continue running personalised advertising campaigns in Europe to reach those who choose to continue to receive a free, ad-supported online service. Going forward, we will continue to invest to build new tools that preserve the value that both people and businesses get out of

personalised advertising, while allowing users to control their ads experience on our platforms.  The subscription for no ads will be available for people aged 18 and up, and we're continuing to explore how to provide teens with a useful and responsible ad experience given this evolving regulatory landscape.

*This new subscription model has been factored into our most recently announced business outlook and guidance. This post contains forward-looking statements, including about Meta's business outlook and the evolving regulatory landscape. You should not rely on these statements as predictions of future events. Additional information regarding potential risks and uncertainties about our business and financial results can be found in our most recent Form 10-Q. Meta undertakes no obligation to update these statements as a result of new information or future events.*

Categories:
Meta, Newsroom for Europe, Middle East and Africa, Product News, Public Policy

   

**RELATED NEWS**

Meta

## New Features and Additional Transparency Measures as the Digital Services Act Comes Into Effect

Later this month, the European Union's Digital Services Act (DSA), one of the most comprehensive pieces of internet regulation, will begin to fully apply to Facebook, Instagram and a number of other tech platforms and services.

August 22, 2023

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

## Featured News

Meta
___

How Companies Are Using Meta Llama

May 7, 2024

PX0552-007



**New Stickers in Instagram Stories**

May 3, 2024



**Follow Us**

   

## Virtual reality

PX0552-008

Smart glasses    ⌄

About us    ⌄

Our community    ⌄

Our actions    ⌄

Support    ⌄

© 2024 Meta    Community Standards    Data Policy    Terms    Cookie policy

United States

(English)  ⌄

PX0552-009

# PX0553

5/9/24, 2:55 PM                                     Setting Up a New Facebook Group | Facebook Community



**When you're starting a new community, the most important thing to think of is what the communities' purpose is going to be, and the rule set that you need to create to make it that.**

Jeff, Community Admin

**Key Tips**

- Use your communities' description to explain what your community is about.

- Upload a cover photo that represents your communities' topic and style.

- Invite a trusted friend to join your community.

- Make a post in the community to welcome members and show them the kind of posts they can share.

- Write your communities' rules to help members know what is and is not allowed.

PX0553-001

Resources        What's New        Community Spotlights



Upload a community cover photo that's relevant to your
communities' theme and catches people's attention.

Getting started with your new community takes just a few steps. Whether you're looking to create
a community for family and friends or looking to start a community to connect with like-minded
people, these tips will have your community up and running in no time.

**Add a description**

Your community description is a great chance to set the first impression for new members.
Admins tell us that your community description should state the intent of your community clearly
to help new members understand how to best contribute and engage.

**Upload a cover photo**

Your community cover photo can help shape your communities' identity. Is your community about
a specific topic or distinct location? You might want to use an image of that topic or place as your
first cover photo. Your first cover photo doesn't need to be perfect since you can change it as
your community grows. Some admins eventually hold cover photo contests and ask members to
submit images that represent the community. Have some fun with it and make it your own.

**Add people to your group**

Add a trusted friend as your first member who can give you initial feedback about the group.
When you're ready, add members who you think would enjoy being part of your group. Find
people who share your interests and who may be excited about your group. Take time to make
those new members feel welcome and valued. Use Community Chats to give your members the
opportunity to connect in real-time, form relationships, and more easily spark early
conversations.

**Make your first post**

Your first post can be about anything, from welcoming people to the community, to uploading a
relevant photo or video. Consider the kind of tone you want to set for your community. If your
community is about a specific topic or interest, tell folks why you are passionate about it.

Admins tell us that asking open-ended questions generates discussions and models the types of
interactions you want in your community.

Experienced admins tell us that when a community is just getting started, regular admin
participation is essential. Members might not know how to participate, so leading by example
helps people feel more confident.

**Write a few rules**

As an admin, you can decide on the types of rules you want to set for your community. Examples
of rules include the kinds of posts that are encouraged, the types of behavior that are
discouraged and your member approval process. Experienced admins tell us that
writing clear rules from day one helps establish your communities' culture and prevent conflict.

**Community setup includes adding a description, cover photo, members,
writing your first post and rules.**

PX0553-002

5/9/24, 2:55 PM                          Setting Up a New Facebook Group | Facebook Community

Resources ⌄      What's New      Community Spotlights                        

## Related tips from admins



ESTABLISHING MEMBERSHIP AND RULES

**Writing great community rules**



GETTING STARTED WITH GROUPS

**Choosing the right privacy setting for your group**



KEEPING YOUR GROUP ACTIVE

**Encouraging members to participate**

ABOUT      PRIVACY POLICY      COOKIES      HELP      English (US)      FACEBOOK © 2024

PX0553-003

## How it works

**Get started with Amazon Personalize and generative AI**

You can now use Amazon Personalize and generative AI powered capabilities to quickly create hyper-personalization experiences for your users. To learn how to get started, click here >>



🔍 Click to enlarge

## Use cases

| | |
|---|---|
| Optimize recommendations | + |
| Target customers more accurately | + |
| Maximize your data's value | + |
| Promote items using business rules | + |

## Customers



# PX0554

Recommender System, Recommendation Engine - Amazon Personalize - AWS



Products | Solutions | Pricing | Documentation | Learn | Partner Network | AWS Marketplace | Customer Enablement | Events | Explore More

About AWS | Contact Us | Support ▾ | English ▾ | My Account ▾ | Sign In | **Create an AWS Account**

Amazon Personalize | Overview | Features | Pricing | Resources | FAQs | Customers | Partners

**Free AWS Training** | Focus on the cloud skills most relevant to you—choose from 600+ digital courses across 30+ AWS solutions »

Products › Machine Learning › Amazon Personalize

# Amazon Personalize

Elevate the customer experience with ML-powered personalization



## Why Amazon Personalize?

Amazon Personalize accelerates your digital transformation with ML, making it easier to integrate personalized recommendations into existing websites, applications, email marketing systems, and more.



**Amazon Personalize**

# Benefits of Amazon Personalize

| Unified data for seamless customer experiences | + |
|---|---|
| Tailor experiences to customer preferences | + |
| Rapid customized personalization | + |
| Dynamic recommendations for personalized experiences | + |

PX0554-001

# Next steps





# PX0555

KATIE COLLINS    **BUSINESS**    JUL 17, 2013 10:42 AM

# WhatsApp on iPhone now charges small annual subscription fee



**WHATSAPP IS**now free to download on the iPhone, with the messaging app moving to the same annual subscription model that its Android app currently uses. Until now, iPhone users have had to pay a one-off fee of 69p when first downloading the app, but now will pay a fee of $0.99 (65p) every year.

WhatsApp eschews ads in favour of charging for use, and this change has been planned for some time. The change will only affect new users and not those who have already downloaded the app.

The app is over-the-top (OTT) messaging service that uses the phone's data or Wi-Fi connection to send and receive data.

Earlier this year, WhatsApp CEO Jan Koum claimed the the app had a bigger user base than Twitter, and on 13 June the service handled a record 27 billion messages in a 24-hour period.

Even though unlimited text messaging is now an almost universally standard feature of UK phone contracts, the popularity of comparatively cheap OTT messaging apps continues to grow. Pay as you go customers often still have to pay over the odds for

PX0555-001

texts, and even contract customers incur extra charges when texting from abroad. The ability to send messages from anywhere in the world using Wi-Fi and send picture messages for free give the apps the edge over the traditional text.

Many phones now come with free messaging apps built in -- the two most famous examples being iMessage (for iOS and OS X devices) and BBM (currently only available on BlackBerry devices, though iOS and Android apps are coming soon). The downside of these native apps is that the person you're messaging will usually need to be using the same brand of phone as you, which is why cross-platform apps like WhatsApp and Viber are now dominating the market.

By the end of this year traffic figures from over-the-top messaging apps are set to be double the figures for text messages, according to Informa analyst Pamela Clark-Dickson. This doesn't mean the end for the humble text just yet, though. "Although there are multiple OTT-messaging 'communities' within which mobile users can message each other for free, OTT-messaging users typically use SMS when communicating with non-OTT users," says Clark-Dickson.

In the past, text messages have been a highly effective money spinner for mobile networks, but with SMS growth rates falling, mobile data revenues are set to overtake text messaging revenues next year, Neha Dharia from Ovum predicts. To make up the shortfall, mobile operators will increasingly attempt to partner with OTT platforms to allow users discounted data access while using messaging apps, Dahia says. This will allow messaging apps to broaden their reach, while letting networks benefit from subscription plans.

*This article was originally published by WIRED UK*

TOPICS    NEWS

READ MORE

PX0555-002

# PX0556

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2023**
**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from          to**
**Commission File Number: 001-35551**

∞ Meta

# Meta Platforms, Inc.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **20-1665019** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**1 Meta Way, Menlo Park, California 94025**
(Address of principal executive offices and Zip Code)
**(650) 543-4800**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.000006 par value | META | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (Exchange Act) during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

The aggregate market value of the voting and non-voting stock held by non-affiliates of the registrant as of June 30, 2023, the last business day of the registrant's most recently completed second fiscal quarter, was $637 billion based upon the closing price reported for such date on the Nasdaq Global Select Market. On January 26, 2024, the registrant had 2,200,048,907 shares of Class A common stock and 349,356,199 shares of Class B common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Proxy Statement for the 2024 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2023.

**Meta Platforms, Inc.**
**Form 10-K**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| Note About Forward-Looking Statements | | 3 |
| Limitations of Key Metrics and Other Data | | 4 |
| | | |
| **PART I** | | |
| Item 1. | Business | 7 |
| Item 1A. | Risk Factors | 15 |
| Item 1B. | Unresolved Staff Comments | 51 |
| Item 1C. | Cybersecurity | 51 |
| Item 2. | Properties | 52 |
| Item 3. | Legal Proceedings | 52 |
| Item 4. | Mine Safety Disclosures | 56 |
| | | |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 57 |
| Item 6. | [Reserved] | 58 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 59 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 82 |
| Item 8. | Financial Statements and Supplementary Data | 84 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 126 |
| Item 9A. | Controls and Procedures | 126 |
| Item 9B. | Other Information | 126 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 126 |
| | | |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 127 |
| Item 11. | Executive Compensation | 127 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 127 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 127 |
| Item 14. | Principal Accountant Fees and Services | 127 |
| | | |
| **PART IV** | | |
| Item 15. | Exhibit and Financial Statement Schedules | 128 |
| Item 16. | Form 10-K Summary | 130 |
| Signatures | | 131 |

PX0556-003

Table of Contents

### NOTE ABOUT FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements. All statements contained in this Annual Report on Form 10-K other than statements of historical fact, including statements regarding our future results of operations and financial position, our business strategy and plans, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements are subject to a number of risks, uncertainties and assumptions, including those described in Part I, Item 1A, "Risk Factors" in this Annual Report on Form 10-K. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the future events and trends discussed in this Annual Report on Form 10-K may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements.

We undertake no obligation to revise or publicly release the results of any revision to these forward-looking statements, except as required by law. Given these risks and uncertainties, readers are cautioned not to place undue reliance on such forward-looking statements.

Unless expressly indicated or the context requires otherwise, the terms "Meta," "company," "we," "us," and "our" in this document refer to Meta Platforms, Inc., a Delaware corporation, and, where appropriate, its subsidiaries. The term "Family" refers to our Facebook, Instagram, Messenger, and WhatsApp products. For references to accessing Meta's products on the "web" or via a "website," such terms refer to accessing such products on personal computers. For references to accessing Meta's products on "mobile," such term refers to accessing such products via a mobile application or via a mobile-optimized version of our websites such as m.facebook.com, whether on a mobile phone or tablet.

PX0556-004

Table of Contents

## LIMITATIONS OF KEY METRICS AND OTHER DATA

The numbers for our key metrics are calculated using internal company data based on the activity of user accounts. We report our estimates of the numbers of our daily active people (DAP), monthly active people (MAP), and average revenue per person (ARPP) (collectively, our "Family metrics") based on the activity of users who visited at least one of Facebook, Instagram, Messenger, and WhatsApp (collectively, our "Family" of products) during the applicable period of measurement. We have historically reported the numbers of our daily active users (DAUs), monthly active users (MAUs), and average revenue per user (ARPU) (collectively, our "Facebook metrics") based on user activity only on Facebook and Messenger and not on our other products. We believe our Family metrics better reflect the size of our community and the fact that many people are using more than one of our products. Beginning with our Quarterly Report on Form 10-Q to be filed for the first quarter of 2024, we will no longer report DAUs, MAUs, ARPU, and MAP in our periodic reports filed with the Securities and Exchange Commission, but will continue reporting DAP and ARPP (calculated based on DAP).

While these numbers are based on what we believe to be reasonable estimates of our user base for the applicable period of measurement, there are inherent challenges in measuring usage of our products across large online and mobile populations around the world. The methodologies used to measure these metrics require significant judgment and are also susceptible to algorithm or other technical errors. In addition, we are continually seeking to improve our estimates of our user base, and such estimates may change due to improvements or changes in our methodology. We regularly review our processes for calculating these metrics, and from time to time we discover inaccuracies in our metrics or make adjustments to improve their accuracy, which can result in adjustments to our historical metrics. Our ability to recalculate our historical metrics may be impacted by data limitations or other factors that require us to apply different methodologies for such adjustments. We generally do not intend to update previously disclosed Family metrics for any such inaccuracies or adjustments that are within the error margins disclosed below.

In addition, our Family metrics and Facebook metrics estimates will differ from estimates published by third parties due to differences in methodology or other factors such as data limitations or other challenges in measuring large online and mobile populations. For example, our Family metrics estimates in some instances exceed estimates of addressable online and mobile populations that are based on data published by third parties.

### Family Metrics

Many people in our community have user accounts on more than one of our products, and some people have multiple user accounts within an individual product. Accordingly, for our Family metrics, we do not seek to count the total number of user accounts across our products because we believe that would not reflect the actual size of our community. Rather, our Family metrics represent our estimates of the number of unique people using at least one of Facebook, Instagram, Messenger, and WhatsApp. We do not require people to use a common identifier or link their accounts to use multiple products in our Family, and therefore must seek to attribute multiple user accounts within and across products to individual people. To calculate these metrics, we rely upon complex techniques, algorithms and machine learning models that seek to count the individual people behind user accounts, including by matching multiple user accounts within an individual product and across multiple products when we believe they are attributable to a single person, and counting such group of accounts as one person. These techniques and models require significant judgment, are subject to data and other limitations discussed below, and inherently are subject to statistical variances and uncertainties. We estimate the potential error in our Family metrics primarily based on user survey data, which itself is subject to error as well. While we expect the error margin for our Family metrics to vary from period to period, we estimate that such margin generally will be approximately 3% of our worldwide MAP. At our scale, it is very difficult to attribute multiple user accounts within and across products to individual people, and it is possible that the actual numbers of unique people using our products may vary significantly from our estimates, potentially beyond our estimated error margins. As a result, it is also possible that our Family metrics may indicate changes or trends in user numbers that do not match actual changes or trends.

To calculate our estimates of Family DAP and MAP, we currently use a series of machine learning models that are developed based on internal reviews of limited samples of user accounts and calibrated against user survey data. We apply significant judgment in designing these models and calculating these estimates. For example, to match user accounts within individual products and across multiple products, we use data signals such as similar device information, IP addresses, and user names. We also calibrate our models against data from periodic user surveys of varying sizes and frequency across our products, which are inherently subject to error. The timing and results of such user surveys have in the past contributed, and may in the future contribute, to changes in our reported Family metrics from period to period. In addition, our data limitations may affect our understanding of certain details of our business and increase the risk of error for our Family metrics estimates.

PX0556-005

Table of Contents

Our techniques and models rely on a variety of data signals from different products, and we rely on more limited data signals for some products compared to others. For example, as a result of limited visibility into encrypted products, we have fewer data signals from WhatsApp user accounts and primarily rely on phone numbers and device information to match WhatsApp user accounts with accounts on our other products. Any loss of access to data signals we use in our process for calculating Family metrics, whether as a result of our own product decisions, actions by third-party browser or mobile platforms, regulatory or legislative requirements, or other factors, also may impact the stability or accuracy of our reported Family metrics, as well as our ability to report these metrics at all. Our estimates of Family metrics also may change as our methodologies evolve, including through the application of new data signals or technologies, product changes, or other improvements in our user surveys, algorithms, or machine learning that may improve our ability to match accounts within and across our products or otherwise evaluate the broad population of our users. In addition, such evolution may allow us to identify previously undetected violating accounts (as defined below).

We regularly evaluate our Family metrics to estimate the percentage of our MAP consisting solely of "violating" accounts. We define "violating" accounts as accounts which we believe are intended to be used for purposes that violate our terms of service, including bots and spam. In the fourth quarter of 2023, we estimated that approximately 3% of our worldwide MAP consisted solely of violating accounts. Such estimation is based on an internal review of a limited sample of accounts, and we apply significant judgment in making this determination. For example, we look for account information and behaviors associated with Facebook and Instagram accounts that appear to be inauthentic to the reviewers, but we have limited visibility into WhatsApp user activity due to encryption. In addition, if we believe an individual person has one or more violating accounts, we do not include such person in our violating accounts estimation as long as we believe they have one account that does not constitute a violating account. From time to time, we disable certain user accounts, make product changes, or take other actions to reduce the number of violating accounts among our users, which may also reduce our DAP and MAP estimates in a particular period. Violating accounts are very difficult to measure at our scale, and it is possible that the actual number of violating accounts may vary significantly from our estimates.

The numbers of Family DAP and MAP discussed in this Annual Report on Form 10-K, as well as ARPP, do not include users on our other products, unless they would otherwise qualify as DAP or MAP, respectively, based on their other activities on our Family products.

**Facebook Metrics**

We regularly evaluate our Facebook metrics to estimate the number of "duplicate" and "false" accounts among our MAUs. A duplicate account is one that a user maintains in addition to his or her principal account. We divide "false" accounts into two categories: (1) user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service); and (2) violating accounts, which represent user profiles that we believe are intended to be used for purposes that violate our terms of service, such as bots and spam. The estimates of duplicate and false accounts are based on an internal review of a limited sample of accounts, and we apply significant judgment in making this determination. For example, to identify duplicate accounts we use data signals such as identical IP addresses and similar user names, and to identify false accounts we look for names that appear to be fake or other behavior that appears inauthentic to the reviewers. Any loss of access to data signals we use in this process, whether as a result of our own product decisions, actions by third-party browser or mobile platforms, regulatory or legislative requirements, or other factors, also may impact the stability or accuracy of our estimates of duplicate and false accounts. Our estimates also may change as our methodologies evolve, including through the application of new data signals or technologies or product changes that may allow us to identify previously undetected duplicate or false accounts and may improve our ability to evaluate a broader population of our users. Duplicate and false accounts are very difficult to measure at our scale, and it is possible that the actual number of duplicate and false accounts may vary significantly from our estimates.

In the fourth quarter of 2023, we estimated that duplicate accounts may have represented approximately 10% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets. In the fourth quarter of 2023, we estimated that false accounts may have represented approximately 4% of our worldwide MAUs. Our estimation of false accounts can vary as a result of episodic spikes in the creation of such accounts, which we have seen originate more frequently in specific countries such as Indonesia, Vietnam, and Nigeria. From time to time, we disable certain user accounts, make product changes, or take other actions to reduce the number of duplicate or false accounts among our users, which may also reduce our DAU and MAU estimates in a particular period.

5

Table of Contents

The numbers of DAUs and MAUs discussed in this Annual Report on Form 10-K, as well as ARPU, do not include users on Instagram, WhatsApp, or our other products, unless they would otherwise qualify as DAUs or MAUs, respectively, based on their other activities on Facebook.

**User Geography**

Our data regarding the geographic location of our users is estimated based on a number of factors, such as the user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a user may appear to be accessing Facebook from the location of the proxy server that the user connects to rather than from the user's actual location. The methodologies used to measure our metrics are also susceptible to algorithm or other technical errors, and our estimates for revenue by user location and revenue by user device are also affected by these factors.

6

Table of Contents

# PART I

## Item 1.  Business

### Overview

Our mission is to give people the power to build community and bring the world closer together.

All of our products, including our apps, share the vision of helping to bring the metaverse to life. We build technology that helps people connect and share, find communities, and grow businesses. Our products enable people to connect and share with friends and family through mobile devices, personal computers, virtual reality (VR) and mixed reality (MR) headsets, and wearables. We also help people discover and learn about what is going on in the world around them, enable people to share their experiences, ideas, photos and videos, and other activities with audiences ranging from their closest family members and friends to the public at large, and stay connected everywhere by accessing our products. Meta is moving our offerings beyond 2D screens toward immersive experiences like augmented and virtual reality to help build the metaverse, which we believe is the next evolution in social technology. Our vision for the metaverse does not center on any single product, but rather an entire ecosystem of experiences, devices, and new technologies. While the metaverse is in the very early stages of its development, we believe it will become the next computing platform and the future of social interaction. Across our work, we are innovating in artificial intelligence (AI) technologies to build new experiences that help make our platform more social, useful, and immersive.

We report financial results for two segments: Family of Apps (FoA) and Reality Labs (RL). Currently, we generate substantially all of our revenue from selling advertising placements on our family of apps to marketers, which is reflected in FoA. Ads on our platform enable marketers to reach people across a range of marketing objectives, such as generating leads or driving awareness. Marketers purchase ads that can appear in multiple places including on Facebook, Instagram, Messenger, and third-party applications and websites. RL generates revenue from sales of consumer hardware products, software, and content.

We invest in our business based on our company priorities. In 2024, we intend to focus on six key investment areas: AI, the metaverse, our discovery engine, monetization of our products and services, regulatory readiness, and enhancing developer efficiency to build, iterate, and optimize products quickly. Our AI investments support initiatives across our products and services, helping power the systems that rank content in our apps, our discovery engine that recommends relevant content, the tools advertisers use to reach customers, the development of new generative AI experiences, and the tools that make our product development more efficient and productive.

The majority of our investments are directed toward developing our family of apps. In 2023, 80% of our total costs and expenses were recognized in FoA and 20% were recognized in RL. Our FoA investments were $70.13 billion in 2023 and include expenses relating to headcount, data centers and technical infrastructure as part of our efforts to develop our apps and our advertising services. We are also making significant investments in our metaverse efforts, including developing virtual and augmented reality devices, software for social platforms, neural interfaces, and other foundational technologies. Our total RL investments were $18.02 billion in 2023 and include expenses relating to headcount and technology development across these efforts. These are fundamentally new technologies that we expect will evolve as the metaverse ecosystem develops, and many products for the metaverse may only be fully realized in the next decade. Although it is inherently difficult to predict when and how the metaverse ecosystem will develop, we expect our RL segment to continue to operate at a loss for the foreseeable future, and our ability to support our metaverse efforts is dependent on generating sufficient profits from other areas of our business. We expect this will be a complex, evolving, and long-term initiative. We are investing now because we believe this is the next chapter of the internet and will unlock monetization opportunities for businesses, developers, and creators, including around advertising, hardware, and digital goods.

### Family of Apps Products

- **_Facebook._** Facebook helps give people the power to build community and bring the world closer together. It's a place for people to share life's moments and discuss what's happening, nurture and build relationships, discover and connect to interests, and create economic opportunity. They can do this through Feed, Reels, Stories, Groups, Marketplace, and more.

PX0556-008

Table of Contents

- ***Instagram.*** Instagram brings people closer to the people and things they love. Instagram Feed, Stories, Reels, Live, and messaging are places where people and creators can connect and express themselves through photos, video, and private messaging, and discover and shop from their favorite businesses.

- ***Messenger.*** Messenger is a simple yet powerful messaging application for people to connect with friends, family, communities, and businesses across platforms and devices through text, audio, and video calls.

- ***Threads.*** Threads is an application for text-based updates and public conversations, where communities come together to discuss topics of interest. People can connect directly with their favorite creators and others who love the same things or build a loyal following of their own to share their ideas, opinions, and creativity with the world.

- ***WhatsApp.*** WhatsApp is a simple, reliable, and secure messaging application that is used by people and businesses around the world to communicate and transact in a private way. Within WhatsApp we launched WhatsApp Channels, a one-to-many broadcast service designed to help people follow information from people and organizations that are important to them.

**Reality Labs Products**

Many of our metaverse investments are directed toward long-term, cutting-edge research and development for products that are not on the market today and may only be fully realized in the next decade. This includes exploring new technologies such as neural interfaces using electromyography, which lets people control their devices using neuromuscular signals, as well as innovations in AI and hardware to help build next-generation interfaces. In the near term, we are continuing to develop early metaverse experiences through Reality Labs products that help people feel connected, anytime, anywhere.

Our current product offerings in VR include our Meta Quest devices, as well as software and content available through the Meta Quest Store, which enable a range of social experiences that allow people to defy physical distance while engaging in gaming, fitness, entertainment, and more. For example, Meta Horizon Worlds is a social platform where people can interact with friends, meet new people, play games, and attend virtual events.

To drive greater adoption and acceptance of VR we have also introduced MR capabilities, which allow users to experience the immersion and presence of VR while still being grounded in the physical world, through our Meta Quest Pro and Meta Quest 3 devices.

We have continued to advance our augmented reality (AR) roadmap to include offerings such as the Ray-Ban Meta smart glasses, which feature Meta AI, our advanced conversational assistant, as well as offer the ability to livestream video and let people stay more present through hands-free interaction. We also offer Meta Spark, a platform that allows creators and businesses to build AR experiences that bring the digital and physical worlds together in our apps.

In general, while all of these investments are part of our long-term initiative to help build the metaverse, our VR and social platform efforts also include notable shorter-term projects developing specific products and services to go to market, whereas our AR efforts are primarily directed toward longer-term research and development projects. For example, in 2024, we expect to spend approximately 50% of our Reality Labs operating expenses on our AR initiatives, approximately 40% on our VR (including MR) initiatives, and approximately 10% on social platforms and other initiatives. We apply significant judgment in estimating this expense breakdown as there are certain shared costs across product lines, and our expectations are subject to change, including as the metaverse ecosystem and our business strategies evolve. In particular, we regularly evaluate our product roadmaps and make significant changes as our understanding of the technological challenges and market landscape and our product ideas and designs evolve.

**Competition**

Our business is characterized by innovation, rapid change, and disruptive technologies. We compete with companies providing connection, sharing, discovery, and communication products and services to users online, as well as companies that sell advertising to businesses looking to reach consumers and/or develop tools and systems for managing and optimizing advertising campaigns. We face significant competition in every aspect of our business, including, but not limited to, companies that facilitate the ability of users to create, share, communicate, and discover content and information online or

PX0556-009

Table of Contents

enable marketers to reach their existing or prospective audiences. We compete to attract, engage, and retain people who use our products, to attract and retain businesses that use our free or paid business and advertising services, and to attract and retain developers who build compelling applications that integrate with our products. We also compete with companies that develop and deliver consumer hardware and virtual and augmented reality products and services. We also expect to face additional competition as we introduce or acquire new products, as our existing products evolve, or as other companies introduce new products and services, including as part of efforts to develop the metaverse or innovate through the development and application of new technologies such as AI.

**Technology**

Our product development philosophy centers on continuous innovation in creating and improving products that are social by design, which means that our products are designed to place people and their social interactions at the core of the product experience. As our user base grows, as engagement with products like video, VR, and MR increases, and as we deepen our investment in new technologies, our computing needs continue to expand. We have designed and built our own data centers and key portions of our technical infrastructure, and a substantial portion of our technical infrastructure is also provided by third parties. Our ability to provide and continue to innovate our products and services depends on the continued availability of components, power, and network capacity.

We make significant investments in technology both to improve our existing products and services and to develop new ones, as well as for our marketers and developers. We are also investing in protecting the security, privacy, and integrity of our platform by investing in both people and technology to strengthen our systems against abuse. Across all of these efforts, we are making significant investments in AI initiatives, including generative AI, to, among other things, recommend relevant content across our products through our AI-powered discovery engine, enhance our advertising tools and improve our ad delivery, targeting, and measurement capabilities, and to develop new products as well as new features for existing products.

**Sales and Operations**

The majority of our marketers use our self-service ad platform to launch and manage their advertising campaigns. We also have a global sales force that is focused on attracting and retaining advertisers and providing support to them throughout the stages of the marketing cycle from pre-purchase decision-making to real-time optimizations to post-campaign analytics. We work directly with these advertisers, as well as through advertising agencies and resellers. We operate offices in approximately 90 cities around the globe, the majority of which have a sales presence. We also invest in and rely on self-service tools to provide direct customer support to our users and partners.

For our RL products, our sales and operations efforts utilize third-party sales channels such as retailers, resellers, and our direct-to-consumer channel, Meta.com. These efforts are focused on driving consumer and enterprise sales and adoption of our Meta Quest portfolio of products and Ray-Ban Meta smart glasses.

**Marketing**

Historically, our communities have generally grown organically with people inviting their friends to connect with them, supported by internal efforts to stimulate awareness and interest. In addition, we have invested and will continue to invest in marketing our products and services to grow our brand and help build community around the world.

**Intellectual Property**

To establish and protect our proprietary rights, we rely on a combination of patents, trademarks, copyrights, trade secrets, including know-how, license agreements, confidentiality procedures, non-disclosure agreements with third parties, employee disclosure and invention assignment agreements, and other contractual rights. In addition, to further protect our proprietary rights, from time to time we have purchased patents and patent applications from third parties. We do not believe that our proprietary technology is dependent on any single patent or copyright or groups of related patents or copyrights. We believe the duration of our patents is adequate relative to the expected lives of our products.

PX0556-010

Table of Contents

## Government Regulation

We are subject to a variety of laws and regulations in the United States and abroad that involve matters central to our business, many of which are still evolving and being tested in courts, and could be interpreted in ways that could harm our business. These laws and regulations involve matters including privacy, data use, data protection and personal information, the provision of our services to younger users, biometrics, encryption, rights of publicity, content, integrity, intellectual property, advertising, marketing, distribution, data security, data retention and deletion, data localization and storage, data disclosure, AI and machine learning, electronic contracts and other communications, competition, protection of minors, consumer protection, civil rights, accessibility, telecommunications, product liability, e-commerce, taxation, economic or other trade controls including sanctions, anti-corruption and political law compliance, securities law compliance, and online payment services. Foreign data protection, privacy, content, competition, consumer protection, and other laws and regulations can impose different obligations or be more restrictive than those in the United States, and create the potential for significant fines to be imposed.

These U.S. federal and state, EU, and other international laws and regulations, which in some cases can be enforced by private parties in addition to government entities, are constantly evolving and can be subject to significant change. As a result, the application, interpretation, and enforcement of these laws and regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently from jurisdiction to jurisdiction and inconsistently with our current policies and practices. For example, regulatory or legislative actions or litigation concerning the manner in which we display content to our users, moderate content, provide our services to younger users, or are able to use data in various ways, including for advertising, or otherwise relating to content that is made available on our products, could adversely affect our financial results, including by imposing significant fines that increasingly may be calculated based on global revenue. In the United States, in 2023, the U.S. Supreme Court heard oral argument in a matter in which the scope of the protections available to online platforms under Section 230 of the Communications Decency Act (Section 230) was at issue, but it ultimately declined to address Section 230 in its decision. In addition, there have been, and continue to be, various efforts to remove or restrict the scope of the protections available to online platforms under Section 230, and any such changes may increase our costs or require significant changes to our products, business practices, or operations, which could adversely affect our business and financial results.

We are also subject to evolving laws and regulations that dictate whether, how, and under what circumstances we can transfer, process or receive certain data that is critical to our operations, including data shared between countries or regions in which we operate and data shared among our products and services. If we are unable to transfer data between and among countries and regions in which we operate, or if we are restricted from sharing data among our products and services, it could affect our ability to provide our services, the manner in which we provide our services or our ability to target ads, which could adversely affect our financial results. For example, the Privacy Shield, a transfer framework we relied upon for data transferred from the European Union to the United States, was invalidated in July 2020 by the Court of Justice of the European Union (CJEU). In addition, the other bases upon which Meta relies to transfer such data, such as Standard Contractual Clauses (SCCs), have been subjected to regulatory and judicial scrutiny. For example, although the CJEU upheld the validity of SCCs as a basis to transfer user data from the European Union to the United States in July 2020, on May 12, 2023, the Irish Data Protection Committee (IDPC) issued a Final Decision concluding that Meta Platforms Ireland's reliance on SCCs in respect of certain transfers of European Economic Area (EEA) Facebook user data was not in compliance with the European General Data Protection Regulation (GDPR). The IDPC issued an administrative fine of EUR €1.2 billion as well as corrective orders requiring Meta Platforms Ireland to suspend the relevant transfers and to bring its processing operations into compliance with Chapter V GDPR by ceasing the unlawful processing, including storage, of such data in the United States. We are appealing this decision and the corrective orders are currently subject to an interim stay from the Irish High Court. Separately, on March 25, 2022, the European Union and United States announced that they had reached an agreement in principle on a new EU-U.S. Data Privacy Framework (EU-U.S. DPF). On October 7, 2022, President Biden signed the Executive Order on Enhancing Safeguards for United States Signals Intelligence Activities (E.O.), and on June 30, 2023, the European Union and the three invalidated countries making up the EEA were designated by the United States Attorney General as a "qualifying state" under Section 3(f) of the E.O. On July 10, 2023, the European Commission adopted an adequacy decision in relation to the United States. The adequacy decision concludes that the United States ensures an adequate level of protection for personal data transferred from the European Union to organizations in the United States that are included in the "Data Privacy Framework List," maintained and made publicly available by the United States Department of Commerce pursuant to the EU-U.S. DPF. The implementation of the EU-U.S. DPF and the adequacy decision are important and welcome milestones, and we are implementing steps to comply with the above corrective orders following engagement with the IDPC. If we are required to take additional steps to comply with the corrective orders, this could increase the cost and complexity of delivering our products and services in Europe. Furthermore, the EU-U.S. DPF replaces

10

Table of Contents

two prior adequacy frameworks which were invalidated by the CJEU. A further invalidation of the EU-U.S. DPF by the CJEU could create considerable uncertainty and lead to us being unable to offer a number of our most significant products and services, including Facebook and Instagram, in Europe, which would materially and adversely affect our business, financial condition, and results of operations.

We have been subject to other significant legislative and regulatory developments, which together with proposed or new legislation and regulations could significantly affect our business in the future. For example, we have implemented a number of product changes and controls as a result of requirements under the GDPR, and may implement additional changes in the future. The GDPR also requires submission of personal data breach notifications to our lead European Union privacy regulator, the IDPC, and includes significant penalties for non-compliance with the notification obligation as well as other requirements of the regulation. The interpretation of the GDPR is still evolving, including through decisions of the CJEU, and draft decisions in investigations by the IDPC are subject to review by other European privacy regulators as part of the GDPR's consistency mechanism, which may lead to significant changes in the final outcome of such investigations. As a result, the interpretation and enforcement of the GDPR, as well as the imposition and amount of penalties for non-compliance, are subject to significant uncertainty, and as it evolves, could potentially have a negative impact on our business and/or our operations. In addition, Brazil, the United Kingdom, and other countries have enacted similar data protection regulations imposing data privacy-related requirements on products and services offered to users in their respective jurisdictions. The California Consumer Privacy Act, as amended by the California Privacy Rights Act, and similar laws recently enacted by other states also establish certain transparency rules and create certain data privacy rights for users. Some states have also proposed or enacted laws specifically focused on the privacy rights and controls for users under 18 years old and their parents or guardians. Like comprehensive privacy laws, these laws are evolving and subject to interpretation, and may restrict our ability to offer certain products and services provided to all or certain cohorts of users in those states, adversely affecting our advertising business. In addition, the European Union's ePrivacy Directive and national implementation laws impose additional limitations on the use of data across messaging products and include significant penalties for non-compliance. Changes to our products or business practices as a result of these or similar developments have adversely affected, and may in the future adversely affect, our advertising business. For example, in response to regulatory developments in Europe, we announced plans to change the legal basis for behavioral advertising on Facebook and Instagram in the EU, EEA, and Switzerland from "legitimate interests" to "consent," and in November 2023 we began offering users in the region a "subscription for no ads" alternative. We are continuing to engage with regulators on our new consent model, including regarding compliance with requirements under the GDPR, Digital Markets Act (DMA), and EU consumer laws. These or any similar developments in the future may negatively impact our user growth and engagement, revenue, and financial results. Similarly, there are a number of legislative proposals or recently enacted laws in the European Union, the United States, at both the federal and state level, as well as other jurisdictions that could impose new obligations or limitations in areas affecting our business. For example, the DMA in the European Union imposes new restrictions and requirements on companies like ours, including in areas such as the combination of data across services, mergers and acquisitions, and product design. The DMA also includes significant penalties for non-compliance, and its key requirements will be enforceable against designated gatekeeper companies beginning in March 2024. The DMA has caused, and may in the future cause, us to incur significant compliance costs and make changes to our products or business practices. The requirements under the DMA will likely be subject to further interpretation and regulatory engagement. Pending or future proposals to modify competition laws in the United States and other jurisdictions could have similar effects. We are also subject to content-related legislation such as the Digital Services Act (DSA) in the European Union, which started to apply to our business as of August 2023, imposes certain restrictions and requirements for our products and services, and subjects us to increased compliance costs. The DSA also includes significant penalties for non-compliance. In addition, some countries, such as India and Turkey, are considering or have passed legislation implementing data protection requirements, new competition requirements, or requiring local storage and processing of data or similar requirements that could require substantial changes to our products, increase the cost and complexity of delivering our services, cause us to cease the offering of our products and services in certain countries, and/or result in fines or other penalties. New legislation or regulatory decisions that restrict our ability to collect and use information about minors may also result in limitations on our advertising services or our ability to offer products and services to minors in certain jurisdictions.

We are, and expect to continue to be, the subject of investigations, inquiries, data requests, requests for information, actions, and audits by government authorities and regulators in the United States, Europe, and around the world, particularly in the areas of privacy, data use and data protection, including with respect to processing of sensitive data, data from third parties, data for advertising purposes, data security, minors, safety, law enforcement, consumer protection, civil rights, content moderation, use of our platform for illegal, illicit, or otherwise objectionable activity, competition, AI, and machine learning. We are also currently, and may in the future be, subject to regulatory orders or consent decrees, including the modified consent order we entered into with the U.S. Federal Trade Commission (FTC), which took effect in April 2020 and,

11

[Table of Contents](#)

among other things, required us to significantly enhance our practices and processes for privacy compliance and oversight. The FTC also continues to monitor us and our compliance with the modified consent order and initiated an administrative proceeding against us, which we are challenging, that alleges deficient compliance and violations of the Children's Online Privacy Protection Act (COPPA), the COPPA Rule, and Section 5 of the Federal Trade Commission Act and seeks changes to our business. If we are unsuccessful in our challenge to the FTC's action and the agency imposes its proposed order in its current form, we would be subject to significant limitations, including on our ability to launch new and modified products or use data of users under 18 years old. Orders issued by, or inquiries or enforcement actions initiated by, government or regulatory authorities could cause us to incur substantial costs, expose us to civil and criminal liability (including liability for our personnel) or penalties (including substantial monetary remedies), interrupt or require us to change our business practices in a manner materially adverse to our business (including changes to our products or user data practices), result in negative publicity and reputational harm, divert resources and the time and attention of management from our business, or subject us to other structural or behavioral remedies that adversely affect our business.

For additional information about government regulation applicable to our business, see Part I, Item 1A, "Risk Factors" in this Annual Report on Form 10-K.

**Human Capital**

At Meta, everything we do is about helping people feel connected and closer, and we are proud of our unique company culture.

We had a global workforce of 67,317 employees as of December 31, 2023, and we have offices in approximately 90 cities around the world. We are committed to fostering an enriching environment for our workforce and we are focused on supporting our people in doing the best work of their careers. We offer competitive compensation and a wide range of benefits, including many learning and development resources, and we work to build a diverse and inclusive workplace.

Beginning in November 2022, we took a number of steps to reduce our expense base. For example, our cost reduction efforts have included scaling back budgets, reducing company perks, shrinking our real estate footprint, and employee layoffs and restructurings. We make it a priority to treat outgoing employees with respect and provide a generous severance package. For U.S. employees, that includes severance of 16 weeks of base pay plus two additional weeks for every year of service, payment for all remaining paid time off, restricted stock unit vesting through their last day on payroll, health insurance, coverage of the cost of healthcare for employees and their families for six months, career services that included three months of career support with an external vendor and early access to unpublished job leads, immigration support that included dedicated immigration specialists to help guide employees based on their needs. We offer similar support for outgoing employees outside of the United States while taking into account local employment laws.

### *Employee Learning and Development*

We value our investment in growing and keeping a highly skilled workforce. We aim to provide all of our employees with regular performance reviews twice a year as we believe it is an important part of how we support their growth and career development while also recognizing and rewarding their impact at Meta. We also offer career development opportunities and work experience programs that extend beyond the physical and virtual classroom. To do this, we utilize various learning modalities, such as live virtual and in-person learning experiences, on-demand e-learning, self-service resources, learning communities, and coaching engagements.

### *The Pulse of Our Workforce*

Each year, we conduct company-wide employee surveys to help us understand how employees feel about working at Meta and what we can do to improve their experience. Our surveys help us measure company, manager, team, and personal experience over time. Further, our more frequent surveys, such as those that have been administered daily to an ongoing random sample of employees, allow us to measure real-time sentiment around emerging events and company changes. These surveys are designed to invite feedback and actionable suggestions, inform decisions, and drive change across the company. In 2024, we expect to update our listening strategy and product capabilities, based on feedback from key groups, to further improve actionability and impact.

PX0556-013

Table of Contents

*Compensation, Benefits, Health, and Well-being*

We offer competitive compensation to attract and retain the best people, and we help care for our people so they can focus on our mission. Our employees' total compensation package includes market-competitive salary, bonuses or sales incentives, and equity. We generally offer full-time employees equity at the time of hire and through annual equity grants because we want them to be owners of the company and committed to our long-term success. We have conducted pay equity analyses for many years, and continue to be committed to pay equity. For example, in July 2023, we announced that our analyses confirm that we continue to have pay equity across genders globally and by race in the United States for people in similar jobs, accounting for factors such as location, role, and level.

Through Life@ Meta, our holistic approach to benefits, we continue to provide our employees and their dependents with resources to help them thrive. We offer a wide range of benefits across areas such as health, family, finance, community, and time away, including family building benefits, family care resources, retirement savings plans, access to legal services, Meta Resource Groups to build community at Meta, and health and well-being benefits.

Our health and well-being programs are designed to give employees a choice of flexible benefits to help them reach their personal well-being goals. Our programs are tailored to help boost employee physical and mental health, create financial peace of mind, provide support for families, and help employees build a strong community. Programs are designed and funded to support needs like autism care, cancer care, transgender services, holistic well-being, including mental health programs and retirement savings, which represent a few of the ways we support our employees and their dependents.

*Diverse and Inclusive Workplace*

We work to build a diverse and inclusive workplace where we can leverage our collective cognitive diversity to build the best products and make the best decisions for the global community we serve.

In our 2023 Responsible Business Practices Report, we published our global diversity and U.S. ethnic diversity workforce data. As of December 31, 2022, our global employee base was composed of 45.4% underrepresented people, with 47.9% underrepresented people in the U.S., and 43.1% of our leaders in the U.S. being people of color. As published in our 2023 Responsible Business Practices Report, people with disabilities now represent 7.2% of our U.S. workforce, and based on voluntary self-identification, veterans represented 2.3% and members of the LGBTQ+ community make up 9.8% of our U.S. workforce.

We want our products to work for people around the world and we need to grow and keep the best talent in order to do that. We also remain committed to having a skilled, inclusive and diverse workforce because we believe cognitive diversity fuels innovation. To aid in this effort, we have taken steps to reduce bias from our hiring processes and performance management systems, as well as offering learning and development courses for our employees.

## Corporate Information

We were incorporated in Delaware in July 2004. We completed our initial public offering in May 2012 and our Class A common stock is currently listed on the Nasdaq Global Select Market under the symbol "META." Our principal executive offices are located at 1 Meta Way, Menlo Park, California 94025, and our telephone number is (650) 543-4800.

Meta, the Meta logo, Meta Quest, Meta Horizon, Facebook, FB, Instagram, Oculus, WhatsApp, Reels, and our other registered or common law trademarks, service marks, or trade names appearing in this Annual Report on Form 10-K are the property of Meta Platforms, Inc. or its affiliates. Other trademarks, service marks, or trade names appearing in this Annual Report on Form 10-K are the property of their respective owners.

## Available Information

Our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to reports filed pursuant to Sections 13(a) and 15(d) of the Securities Exchange Act of 1934, as amended (Exchange Act), are filed with the U.S. Securities and Exchange Commission (SEC). We are subject to the informational requirements of the Exchange Act and file or furnish reports, proxy statements, and other information with the SEC. Such reports and other information filed by us with the SEC are available free of charge on our website at investor.fb.com when such reports are

PX0556-014

Table of Contents

available on the SEC's website. We use our investor.fb.com and about.fb.com/news/ websites as well as Mark Zuckerberg's Facebook Page (www.facebook.com/zuck), Instagram account (www.instagram.com/zuck), and Threads profile (www.threads.net/zuck) as means of disclosing material non-public information and for complying with our disclosure obligations under Regulation FD.

The SEC maintains an Internet site that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC at www.sec.gov.

The contents of the websites referred to above are not incorporated into this filing. Further, our references to the URLs for these websites are intended to be inactive textual references only.

14

PX0556-015

Table of Contents

## Item 1A. Risk Factors

*Certain factors may have a material adverse effect on our business, financial condition, and results of operations. You should consider carefully the risks and uncertainties described below, in addition to other information contained in this Annual Report on Form 10-K, including our consolidated financial statements and related notes. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties that we are unaware of, or that we currently believe are not material, may also become important factors that adversely affect our business. If any of the following risks actually occurs, our business, financial condition, results of operations, and future prospects could be materially and adversely affected. In that event, the trading price of our Class A common stock could decline, and you could lose part or all of your investment.*

### Summary Risk Factors

Our business is subject to a number of risks, including risks that may prevent us from achieving our business objectives or may adversely affect our business, financial condition, results of operations, cash flows, and prospects. These risks are discussed more fully below and include, but are not limited to, risks related to:

### *Risks Related to Our Product Offerings*

- our ability to add and retain users and maintain levels of user engagement with our products;

- the loss of, or reduction in spending by, our marketers;

- reduced availability of data signals used by our ad targeting and measurement tools;

- ineffective operation with mobile operating systems or changes in our relationships with mobile operating system partners;

- failure of our new products, or changes to our existing products, to attract or retain users or generate revenue;

### *Risks Related to Our Business Operations and Financial Results*

- our ability to compete effectively;

- fluctuations in our financial results;

- unfavorable media coverage and other risks affecting our ability to maintain and enhance our brands;

- our ability to build, maintain, and scale our technical infrastructure, and risks associated with disruptions in our service, catastrophic events, and crises;

- operating our business in multiple countries around the world;

- acquisitions and our ability to successfully integrate our acquisitions;

- litigation, including class action lawsuits;

### *Risks Related to Government Regulation and Enforcement*

- government restrictions on access to Facebook or our other products, or other actions that impair our ability to sell advertising, in their countries;

- complex and evolving U.S. and foreign privacy, data use and data protection, content, competition, consumer protection, and other laws and regulations, including the General Data Protection Regulation (GDPR), Digital Markets Act (DMA), and Digital Services Act (DSA);

PX0556-016

Table of Contents

- the impact of government investigations, enforcement actions, and settlements, including litigation and investigations by privacy, consumer protection, and competition authorities;

- our ability to comply with regulatory and legislative privacy requirements, including our consent order with the Federal Trade Commission (FTC);

***Risks Related to Data, Security, Platform Integrity, and Intellectual Property***

- the occurrence of security breaches, improper access to or disclosure of our data or user data, and other cyber incidents, as well as intentional misuse of our services and other undesirable activity on our platform;

- our ability to obtain, maintain, protect, and enforce our intellectual property rights; and

***Risks Related to Ownership of Our Class A Common Stock***

- limitations on the ability of holders of our Class A Common Stock to influence corporate matters due to the dual class structure of our common stock and the control of a majority of the voting power of our outstanding capital stock by our founder, Board Chair, and Chief Executive Officer (CEO).

## Risks Related to Our Product Offerings

***If we fail to retain existing users or add new users, or if our users decrease their level of engagement with our products, our revenue, financial results, and business may be significantly harmed.***

The size of our active user base and our users' level of engagement across our products are critical to our success. Our financial performance has been and will continue to be significantly determined by our success in adding, retaining, and engaging active users of our products that deliver ad impressions, particularly for Facebook and Instagram. We have experienced, and expect to continue to experience, fluctuations and declines in the size of our active user base in one or more markets from time to time, particularly in markets where we have achieved higher penetration rates. User growth and engagement are also impacted by a number of other factors, including competitive products and services, such as TikTok, that have reduced some users' engagement with our products and services, as well as global and regional business, macroeconomic, and geopolitical conditions. For example, the COVID-19 pandemic led to increases and decreases in the size and engagement of our active user base from period to period at different points during the pandemic. In addition, in connection with the war in Ukraine, access to Facebook and Instagram was restricted in Russia and these services were then prohibited by the Russian government, which contributed to slight decreases in the size of our active user base following the onset of the war. Any future declines in the size of our active user base may adversely impact our ability to deliver ad impressions and, in turn, our financial performance.

If people do not perceive our products to be useful, reliable, and trustworthy, we may not be able to attract or retain users or otherwise maintain or increase the frequency and duration of their engagement. A number of other social networking companies that achieved early popularity have since seen their active user bases or levels of engagement decline, in some cases precipitously. There is no guarantee that we will not experience a similar erosion of our active user base or engagement levels. Our user engagement patterns have changed over time, and user engagement can be difficult to measure, particularly as we and our competitors introduce new and different products and services. Any number of factors can negatively affect user retention, growth, and engagement, including if:

- users increasingly engage with other competitive products or services;

- we fail to introduce new features, products, or services that users find engaging or if we introduce new products or services, or make changes to existing products and services, that are not favorably received;

- users feel that their experience is diminished as a result of the decisions we make with respect to the frequency, prominence, format, size, and quality of ads that we display;

- users have difficulty installing, updating, or otherwise accessing our products on mobile devices as a result of actions by us or third parties that we rely on to distribute our products and deliver our services;

16

Table of Contents

- user behavior on any of our products changes, including decreases in the quality and frequency of content shared on our products and services;

- we are unable to continue to develop products for mobile devices that users find engaging, that work with a variety of mobile operating systems and networks, and that achieve a high level of market acceptance;

- there are decreases in user sentiment due to questions about the quality or usefulness of our products or our user data practices, concerns about the nature of content made available on our products, or concerns related to privacy, safety, security, well-being, or other factors;

- we are unable to manage and prioritize information to ensure users are presented with content that is appropriate, interesting, useful, and relevant to them;

- we are unable to obtain or attract engaging third-party content;

- we are unable to successfully maintain or grow usage of and engagement with applications that integrate with our products;

- users adopt new technologies where our products may be displaced in favor of other products or services, or may not be featured or otherwise available;

- there are changes mandated by legislation, government and regulatory authorities, or litigation that adversely affect our products or users;

- we are unable to offer a number of our most significant products and services, including Facebook and Instagram, in Europe, or are otherwise limited in our business operations, as a result of European courts invalidating the EU-U.S. DPF or regulators, courts, or legislative bodies determining that the legal bases we rely upon to transfer user data from the European Union to the United States are invalid;

- there is decreased engagement with our products, or failure to accept our terms of service, as part of changes that we have implemented or may implement in the future, whether voluntarily, in connection with the GDPR, the European Union's ePrivacy Directive, the DMA, the DSA, U.S. state privacy and youth social media laws including the California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), Arkansas Social Media Safety Act, Ohio Parental Notification Act, Utah Social Media Regulation Act, or other laws, regulations, or regulatory actions, or otherwise;

- technical or other problems prevent us from delivering our products in a rapid and reliable manner or otherwise affect the user experience, such as security breaches or failure to prevent or limit spam or otherwise objectionable content, or users feel their experience is diminished as a result of our efforts to protect the security and integrity of our platform;

- we adopt terms, policies, or procedures related to areas such as sharing, content, user data, or advertising, or we take, or fail to take, actions to enforce our policies, that are perceived negatively by our users or the general public, including as a result of decisions or recommendations from the independent Oversight Board regarding content on our platform;

- we elect to focus our product decisions on longer-term initiatives that do not prioritize near-term user growth and engagement (for example, we have announced plans to focus product decisions on optimizing the young adult experience in the long term);

- we make changes in our user account login or registration processes or changes in how we promote different products and services across our family of products;

- initiatives designed to attract and retain users and engagement, including the use of evolving technologies such as generative artificial intelligence, are unsuccessful or discontinued, whether as a result of actions by us, our competitors, or other third parties, or otherwise;

PX0556-018

Table of Contents

- third-party initiatives that may enable greater use of our products, including low-cost or discounted data plans, are scaled back or discontinued, or the pricing of data plans otherwise increases;

- there is decreased engagement with our products as a result of taxes imposed on the use of social media or other mobile applications in certain countries, internet shutdowns, or other actions by governments that affect the accessibility of our products in their countries (for example, beginning in the first quarter of 2022, our user growth and engagement were adversely affected by the war in Ukraine and service restrictions imposed by the Russian government);

- we fail to provide adequate customer service to users, marketers, developers, or other partners;

- we, developers whose products are integrated with our products, or other partners and companies in our industry are the subject of adverse media reports or other negative publicity, including as a result of our or their user data practices; or

- our current or future products, such as our development tools and application programming interfaces that enable developers to build, grow, and monetize applications, reduce user activity on our products by making it easier for our users to interact and share on third-party applications.

From time to time, certain of these factors have negatively affected user retention, growth, and engagement to varying degrees. If we are unable to maintain or increase our user base and user engagement, particularly for our significant revenue-generating products like Facebook and Instagram, our revenue and financial results may be adversely affected. Any significant decrease in user retention, growth, or engagement could render our products less attractive to users, marketers, and developers, which is likely to have a material and adverse impact on our ability to deliver ad impressions and, accordingly, our revenue, business, financial condition, and results of operations. As the size of our active user base fluctuates in one or more markets from time to time, we will become increasingly dependent on our ability to maintain or increase levels of user engagement and monetization in order to grow revenue.

***We generate substantially all of our revenue from advertising. The loss of marketers, or reduction in spending by marketers, could seriously harm our business.***

Substantially all of our revenue is currently generated from marketers advertising on Facebook and Instagram. As is common in the industry, our marketers do not have long-term advertising commitments with us. Many of our marketers spend only a relatively small portion of their overall advertising budget with us. Marketers will not continue to do business with us, or they will reduce the budgets they are willing to commit to us, if we do not deliver ads in an effective manner, if they do not believe that their investment in advertising with us will generate a competitive return relative to other alternatives, or if they are not satisfied for any other reason. We have implemented, and we will continue to implement, changes to our user data practices. Some of these changes reduce our ability to effectively target ads, which has to some extent adversely affected, and will continue to adversely affect, our advertising business. If we are unable to provide marketers with a suitable return on investment, the demand for our ads may not increase, or may decline, in which case our revenue and financial results may be harmed.

Our advertising revenue can also be adversely affected by a number of other factors, including:

- decreases in user engagement, including time spent on our products;

- our inability to continue to increase user access to and engagement with our products;

- product changes or inventory management decisions we may make that change the size, format, frequency, or relative prominence of ads displayed on our products or of other unpaid content shared by marketers on our products;

- our inability to maintain or increase marketer demand, the pricing of our ads, or both;

- our inability to maintain or increase the quantity or quality of ads shown to users;

- changes to the content or application of third-party policies that limit our ability to deliver, target, or measure the

18

Table of Contents

effectiveness of advertising, including changes by mobile operating system and browser providers such as Apple and Google;

• adverse litigation, government actions, or legislative, regulatory, or other legal developments relating to advertising, including developments that may impact our ability to deliver, target, or measure the effectiveness of advertising;

• user behavior or product changes that may reduce traffic to features or products that we monetize at a higher rate, such as our feed and Stories products, including as a result of increased usage of our Reels or other video or messaging products;

• reductions of advertising by marketers due to our efforts to implement or enforce advertising policies that protect the security and integrity of our platform;

• the availability, accuracy, utility, and security of analytics and measurement solutions offered by us or third parties that demonstrate the value of our ads to marketers, or our ability to further improve such tools;

• loss of advertising market share to our competitors, including if prices to purchase our ads increase or if competitors offer lower priced, more integrated, or otherwise more effective products;

• limitations on our ability to offer a number of our most significant products and services, including Facebook and Instagram, in Europe as a result of European courts invalidating the EU-U.S. DPF or regulators, courts, or legislative bodies determining that the legal bases we rely upon to transfer user data from the European Union to the United States are invalid;

• limitations on our ability to deliver ads to users under the age of 18 and, in some cases, to continue to offer certain products or services to certain cohorts of users, whether voluntarily, as a result of new laws and regulations in the United States and other jurisdictions, or otherwise;

• changes in our marketing and sales or other operations that we are required to or elect to make as a result of risks related to complying with laws or regulatory requirements or other government actions;

• decisions by marketers to reduce their advertising as a result of announcements by us or adverse media reports or other negative publicity involving us, our user data practices, our advertising metrics or tools, content on our products, our interpretation, implementation, or enforcement of policies relating to content on our products (including as a result of decisions or recommendations from the independent Oversight Board), developers with applications that are integrated with our products, or other companies in our industry;

• reductions of advertising by marketers due to illegal, illicit, or otherwise objectionable content made available on our products by third parties, questions about our user data practices or the security of our platform, concerns about brand safety or potential legal liability, or uncertainty regarding their own legal and compliance obligations;

• the effectiveness of our ad targeting or degree to which users consent to or opt out of the use of data for ads, including as a result of product changes and controls that we have implemented or may implement in the future in connection with the GDPR, ePrivacy Directive, CCPA, as amended by the CPRA, DMA, other laws, regulations, regulatory actions, or litigation, or otherwise, that impact our ability to use data for advertising purposes (for example, in November 2023, in response to regulatory developments in Europe, we began offering our users a "subscription for no ads" alternative in the EU, EEA, and Switzerland);

• the degree to which users cease or reduce the number of times they engage with our ads;

• changes in the way advertising on mobile devices or on personal computers is measured or priced;

• the success of technologies designed to block the display of ads or ad measurement tools;

• changes in the composition of our marketer base or our inability to maintain or grow our marketer base; and

PX0556-020

Table of Contents

- the impact of macroeconomic and geopolitical conditions, whether in the advertising industry in general, or among specific types of marketers or within particular geographies, which in turn can have broader effects in other regions (for example, the war in Ukraine and service restrictions imposed by the Russian government have adversely affected our advertising business in Europe and other regions, and advertiser spending also can be subject to adverse effects from the Israel-Hamas war).

From time to time, certain of these factors have adversely affected our advertising revenue to varying degrees. The occurrence of any of these or other factors in the future could result in a reduction in demand for our ads, which may reduce the prices we receive for our ads, or cause marketers to stop advertising with us altogether, either of which would negatively affect our revenue and financial results.

***Our ad targeting and measurement tools incorporate data signals from user activity on websites and services that we do not control, as well as signals generated within our products, and changes to the regulatory environment, third-party mobile operating systems and browsers, and our own products have impacted, and we expect will continue to impact, the availability of such signals, which will adversely affect our advertising revenue.***

Our ad targeting and measurement tools rely on data signals from user activity on websites and services that we do not control, as well as signals generated within our products, in order to deliver relevant and effective ads to our users, and any changes in our ability to use such signals will adversely affect our business. For example, legislative and regulatory developments, such as the GDPR, ePrivacy Directive, and CCPA, as amended by the CPRA, have impacted, and we expect will continue to impact, our ability to use such signals in our ad products. In particular, we have seen increases in the number of users opting to control certain types of ad targeting in Europe following product changes implemented in connection with our GDPR and ePrivacy Directive compliance, and we have introduced product changes that limit data signal use for certain users in California following adoption of the CCPA. Judicial and regulatory guidance, decisions, or enforcement actions, or new legislation in these or other jurisdictions, such as the DMA, may require us to make additional changes to our products in the future that further reduce our ability to use these signals, which has occurred in the past. For example, in response to regulatory developments in Europe, we announced plans to change the legal basis for behavioral advertising on Facebook and Instagram in the European Union, European Economic Area, and Switzerland from "legitimate interests" to "consent," and in November 2023 we began offering users in the region a "subscription for no ads" alternative. We are continuing to engage with regulators on our new consent model, including regarding compliance with requirements under the GDPR, DMA, and EU consumer laws.

In addition, mobile operating system and browser providers, such as Apple and Google, have implemented product changes and/or announced future plans to limit the ability of websites and application developers to collect and use these signals to target and measure advertising. For example, in 2021, Apple made certain changes to its products and data use policies in connection with changes to its iOS operating system that reduce our and other iOS developers' ability to target and measure advertising, which has negatively impacted, and we expect will continue to negatively impact, the size of the budgets marketers are willing to commit to us and other advertising platforms. In addition, we have implemented, and may continue to implement, product changes that give users the ability to limit our use of such data signals to improve ads and other experiences on our products and services, including changes implemented in connection with the GDPR, ePrivacy Directive, DMA, and other regulatory frameworks.

These developments have limited our ability to target and measure the effectiveness of ads on our platform and negatively impacted our advertising revenue. For example, our advertising revenue has been negatively impacted by marketer reaction to targeting and measurement challenges associated with iOS changes beginning in 2021. If we are unable to mitigate these developments as they take further effect in the future, our targeting and measurement capabilities will be materially and adversely affected, which would in turn significantly impact our advertising revenue.

20

Table of Contents

***Our user growth, engagement, and monetization on mobile devices depend upon effective operation with mobile operating systems, networks, technologies, products, and standards that we do not control.***

The substantial majority of our revenue is generated from advertising on mobile devices. There is no guarantee that popular mobile devices will continue to feature our products, or that mobile device users will continue to use our products rather than competing products. We are dependent on the interoperability of our products with popular mobile operating systems, networks, technologies, products, and standards that we do not control, such as the Android and iOS operating systems and mobile browsers. Changes, bugs, or technical issues in such systems, or changes in our relationships with mobile operating system partners, handset manufacturers, browser developers, or mobile carriers, or in the content or application of their terms of service or policies (which they have made in the past and continue to seek to implement) that degrade our products' functionality, reduce or eliminate our ability to update or distribute our products, give preferential treatment to competitive products, limit our ability to deliver, target, or measure the effectiveness of ads, or charge fees related to the distribution of our products or our delivery of ads have adversely affected, and could in the future adversely affect, the usage of our products and monetization on mobile devices. For example, Apple previously released an update to its Safari browser that limits the use of third-party cookies, which reduces our ability to provide the most relevant ads to our users and impacts monetization, and also released changes to iOS that limit our ability to target and measure ads effectively, while expanding their own advertising business. In addition, in January 2024, Google began the process of phasing out third-party cookies in its Chrome browser. We expect that any similar changes to Apple's, Google's, or other browser or mobile platforms will further limit our ability to target and measure the effectiveness of ads and impact monetization. Additionally, in order to deliver high quality mobile products, it is important that our products work well with a range of mobile technologies, products, systems, networks, and standards that we do not control, and that we have good relationships with handset manufacturers, mobile carriers, and browser developers. We may not be successful in maintaining or developing relationships with key participants in the mobile ecosystem or in developing products that operate effectively with these technologies, products, systems, networks, or standards. In the event that it is more difficult for our users to access and use our products on their mobile devices, or if our users choose not to access or use our products on their mobile devices or use mobile products that do not offer access to our products, our user growth and user engagement could be harmed. From time to time, we may also take actions regarding the distribution of our products or the operation of our business based on what we believe to be in our long-term best interests. Such actions may adversely affect our users and our relationships with the operators of mobile operating systems, handset manufacturers, mobile carriers, browser developers, other business partners, or advertisers, and there is no assurance that these actions will result in the anticipated long-term benefits. In the event that our users are adversely affected by these actions or if our relationships with such third parties deteriorate, our user growth, engagement, and monetization could be adversely affected and our business could be harmed. We have experienced challenges in operating with mobile operating systems, networks, technologies, products, and standards that we do not control, and any such occurrences in the future may negatively impact our user growth, engagement, and monetization on mobile devices, which may in turn materially and adversely affect our business and financial results.

***Our new products and changes to existing products could fail to attract or retain users or generate revenue and profits, or otherwise adversely affect our business.***

Our ability to retain, increase, and engage our user base and to increase our revenue depends heavily on our ability to continue to evolve our existing products and to create successful new products, both independently and in conjunction with developers or other third parties. We may introduce significant changes to our existing products or acquire or introduce new and unproven products, including using technologies with which we have little or no prior development or operating experience. For example, we have relatively limited experience with consumer hardware products and virtual and augmented reality technology, which may adversely affect our ability to successfully develop and market these evolving products and technologies. We are also making significant investments in artificial intelligence (AI) initiatives across our business. For example, we recently launched new AI features on our products, including conversational AIs, stickers, and editing tools. We continue to incur substantial costs, and we may not be successful in generating profits, in connection with these efforts.

In addition, we have invested, and expect to continue to invest, significant resources in growing our messaging products to support increasing usage of such products. We have historically monetized messaging in only a limited fashion, and we may not be successful in our efforts to generate meaningful revenue or profits from messaging over the long term. We also recently commenced implementation of end-to-end encryption across our messaging services on Facebook and Instagram, which has been subject to governmental and regulatory scrutiny in multiple jurisdictions.

PX0556-022

Table of Contents

If our new products or changes to existing products fail to engage users, marketers, or developers, or if our business plans are unsuccessful, we may fail to attract or retain users or to generate sufficient revenue, operating margin, or other value to justify our investments, and our business may be adversely affected.

***We may not be successful in our artificial intelligence initiatives, which could adversely affect our business, reputation, or financial results.***

We are making significant investments in AI initiatives, including generative AI, to, among other things, recommend relevant content across our products, enhance our advertising tools, develop new products, and develop new features for existing products. In particular, we expect our AI initiatives will require increased investment in infrastructure and headcount.

There are significant risks involved in developing and deploying AI and there can be no assurance that the usage of AI will enhance our products or services or be beneficial to our business, including our efficiency or profitability. For example, our AI-related efforts, particularly those related to generative AI, subject us to risks related to harmful or illegal content, accuracy, misinformation (including related to elections), bias, discrimination, toxicity, intellectual property infringement or misappropriation, defamation, data privacy, cybersecurity, and sanctions and export controls, among others. It is also uncertain how various laws related to online services, intermediary liability, and other issues will apply to content generated by AI. In addition, we are subject to the risks of new or enhanced governmental or regulatory scrutiny, litigation, or other legal liability, ethical concerns, negative consumer perceptions as to automation and AI, activities that threaten people's safety or well-being on- or offline, or other complications that could adversely affect our business, reputation, or financial results.

As a result of the complexity and rapid development of AI, it is also the subject of evolving review by various governmental and regulatory agencies in jurisdictions around the world, which are applying, or are considering applying, platform moderation, intellectual property, cybersecurity, and data protection laws to AI and/or are considering general legal frameworks on AI. We may not always be able to anticipate how courts and regulators will apply existing laws to AI, predict how new legal frameworks will develop to address AI, or otherwise respond to these frameworks as they are still rapidly evolving. We may also have to expend resources to adjust our offerings in certain jurisdictions if the legal frameworks on AI are not consistent across jurisdictions.

Further, we face significant competition from other companies that are developing their own AI features and technologies. Other companies may develop AI features and technologies that are similar or superior to our technologies or are more cost-effective to develop and deploy. Given the long history of development in the AI sector, other parties may have (or in the future may obtain) patents or other proprietary rights that would prevent, limit, or interfere with our ability to make, use, or sell our own AI features. Further, our ability to continue to develop and effectively deploy AI technologies is dependent on access to specific third-party equipment and other physical infrastructure, such as processing hardware and network capacity, as to which we cannot control the availability or pricing, especially in a highly competitive environment.

We are also developing AI technology that we make available via open source, commercial, and non-commercial license agreements to third-parties that can use this technology for use in their own products and services. We may not have insight into, or control over, the practices of third parties who may utilize such AI technologies. As such, we cannot guarantee that third parties will not use such AI technologies for improper purposes, including through the dissemination of illegal, inaccurate, defamatory or harmful content, intellectual property infringement or misappropriation, furthering bias or discrimination, cybersecurity attacks, data privacy violations, other activities that threaten people's safety or well-being on- or offline, or to develop competing technologies. While we may mitigate certain risks associated with the improper use of our AI models through both technical measures and the inclusion of contractual restrictions on third-party use in any agreement between us and any third party, we cannot guarantee that such measures will be effective. Such improper use by any third party could adversely affect our business, reputation, or financial results or subject us to legal liability.

It is not possible to predict all of the risks related to the use of AI and changes in laws, rules, directives, and regulations governing the use of AI may adversely affect our ability to develop and use AI or subject us to legal liability.

22

Table of Contents

***We make product and investment decisions that may not prioritize short-term financial results and may not produce the long-term benefits that we expect.***

We frequently make product and investment decisions that may not prioritize short-term financial results if we believe that the decisions are consistent with our mission and benefit the aggregate user experience and will thereby improve our financial performance over the long term. For example, we have implemented, and we will continue to implement, changes to our user data practices. Some of these changes reduce our ability to effectively target ads, which has to some extent adversely affected, and will continue to adversely affect, our advertising business. For example, our Off-Facebook Activity tool enables users to place limits on our storage and use of information about their interactions with advertisers' apps and websites, which reduces our ability to deliver the most relevant and effective ads to our users. Similarly, from time to time we update our feed display and ranking algorithms or other product features to improve the user experience, and these changes have had, and may in the future have, the effect of reducing time spent and some measures of user engagement with our products, which could adversely affect our financial results. From time to time, we also change the size, frequency, or relative prominence of ads as part of our product and monetization strategies. In addition, we have made, and we expect to continue to make, other changes to our products which may adversely affect the distribution of content of publishers, marketers, and developers, and could reduce their incentive to invest in their efforts on our products. We also may introduce new features or other changes to existing products, or introduce new stand-alone products, that attract users away from properties, formats, or use cases where we have more proven means of monetization, such as our feed products. In addition, as we focus on growing users and engagement across our family of products, from time to time these efforts have reduced, and may in the future reduce, engagement with one or more products and services in favor of other products or services that we monetize less successfully or that are not growing as quickly. For example, we plan to continue to promote Reels, which we expect will continue to monetize at a lower rate than our feed and Stories products for the foreseeable future. These decisions may adversely affect our business and results of operations and may not produce the long-term benefits that we expect.

***We may not be successful in our metaverse strategy and investments, which could adversely affect our business, reputation, or financial results.***

We believe the metaverse, an embodied internet where people have immersive experiences beyond two-dimensional screens, is the next evolution in social technology. In 2021, we announced a shift in our business and product strategy to focus on helping to bring the metaverse to life. We expect this will be a complex, evolving, and long-term initiative that will involve the development of new and emerging technologies, continued investment in infrastructure as well as privacy, safety, and security efforts, and collaboration with other companies, developers, partners, and other participants. However, the metaverse may not develop in accordance with our expectations, and market acceptance of features, products, or services we build for the metaverse is uncertain. We regularly evaluate our product roadmaps and make significant changes as our understanding of the technological challenges and market landscape and our product ideas and designs evolve. In addition, we have relatively limited experience with consumer hardware products and virtual and augmented reality technology, which may enable other companies to compete more effectively than us. We may be unsuccessful in our research and product development efforts, including if we are unable to develop relationships with key participants in the metaverse or develop products that operate effectively with metaverse technologies, products, systems, networks, or standards. Our metaverse efforts may also divert resources and management attention from other areas of our business. We expect to continue to make significant investments in virtual and augmented reality and other technologies to support these efforts, and our ability to support these efforts is dependent on generating sufficient profits from other areas of our business. In addition, as our metaverse efforts evolve, we may be subject to a variety of existing or new laws and regulations in the United States and international jurisdictions, including in the areas of privacy, safety, competition, content regulation, consumer protection, and e-commerce, which may delay or impede the development of our products and services, increase our operating costs, require significant management time and attention, or otherwise harm our business. As a result of these or other factors, our metaverse strategy and investments may not be successful in the foreseeable future, or at all, which could adversely affect our business, reputation, or financial results.

***If we are not able to maintain and enhance our brands, our ability to maintain or expand our base of users, marketers, and developers may be impaired, and our business and financial results may be harmed.***

We believe that our brands have significantly contributed to the success of our business. We also believe that maintaining and enhancing our brands is critical to maintaining and expanding our base of users, marketers, and developers. Many of our new users are referred by existing users. Maintaining and enhancing our brands will depend largely on our ability to continue to provide useful, reliable, trustworthy, and innovative products, which we may not do successfully. We may introduce new products, terms of service, or policies that users do not like, which may negatively affect our brands.

PX0556-024

Table of Contents

Additionally, the actions of our developers or advertisers may affect our brands if users do not have a positive experience using third-party applications integrated with our products or interacting with parties that advertise through our products. We will also continue to experience media, legislative, or regulatory scrutiny of our actions or decisions regarding user privacy, data use, encryption, content, product design, algorithms, advertising, competition, generative AI, younger users, and other issues, including actions or decisions in connection with elections or geopolitical events, which has adversely affected, and may in the future adversely affect, our reputation and brands. For example, beginning in September 2021, we became the subject of media, legislative, and regulatory scrutiny as a result of a former employee's allegations and release of internal company documents relating to, among other things, our algorithms, advertising and user metrics, and content enforcement practices, as well as misinformation and other undesirable activity on our platform, and user well-being. In addition, in March 2018, we announced developments regarding the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies. We also may fail to respond expeditiously or appropriately to the sharing of content on our services, or to practices by advertisers or developers, that are illegal, illicit, or in violation of our policies, or fail to otherwise enforce our policies, address objectionable content or practices on our services, or address other user concerns, which has occurred in the past and which could erode confidence in our brands.

Our brands may also be negatively affected by the actions of users that are deemed to be hostile or inappropriate to other users, by the actions of users acting under false or inauthentic identities, by the use of our products or services to disseminate information that is deemed to be misleading (or intended to manipulate opinions), by perceived or actual efforts by governments to obtain access to user information for security-related purposes or to censor certain content on our platform, by the use of our products or services for illicit or objectionable ends, including, for example, any such actions around geopolitical events or elections in the United States and around the world, by decisions or recommendations regarding content on our platform from the independent Oversight Board, by research or media reports concerning the perceived or actual impacts of our products or services on user well-being, by our decisions regarding whether to remove content or suspend participation on our platform by persons who violate our community standards or terms of service, or by any negative sentiment associated with our management.

Maintaining and enhancing our brands will require us to make substantial investments and these investments may not be successful. Certain of our actions, such as the foregoing matter regarding developer misuse of data and concerns around our handling of political speech and advertising, hate speech, and other content, as well as user well-being issues, have eroded confidence in our brands and may continue to do so in the future. If we fail to successfully promote and maintain our brands or if we incur excessive expenses in this effort, our business and financial results may be adversely affected.

***We may not be able to continue to successfully maintain or grow usage of and engagement with applications that integrate with our products.***

We have made and are continuing to make investments to enable developers to build, grow, and monetize applications that integrate with our products. Such existing and prospective developers may not be successful in building, growing, or monetizing applications that create and maintain user engagement. Additionally, developers may choose to build on other platforms, including platforms controlled by third parties, rather than building products that integrate with our products. We are continuously seeking to balance the distribution objectives of our developers with our desire to provide an optimal user experience, and we may not be successful in achieving a balance that continues to attract and retain such developers. For example, from time to time, we have taken actions to reduce the volume of communications from these developers to users on our products with the objective of enhancing the user experience, and such actions have reduced distribution from, user engagement with, and our monetization opportunities from, applications integrated with our products. In addition, as part of our efforts related to privacy, safety, and security, we conduct investigations and audits of platform applications from time to time, and we also have announced several product changes that restrict developer access to certain user data. In some instances, these actions, as well as other actions to enforce our policies applicable to developers, have adversely affected, or will adversely affect, our relationships with developers. If we are not successful in our efforts to maintain or grow the number of developers that choose to build products that integrate with our products or if we are unable to continue to build and maintain good relations with such developers, our user growth and user engagement and our financial results may be adversely affected.

24

Table of Contents

### Risks Related to Our Business Operations and Financial Results

***Our business is highly competitive. Competition presents an ongoing threat to the success of our business.***

We compete with companies providing connection, sharing, discovery, and communication products and services to users online, as well as companies that sell advertising to businesses looking to reach consumers and/or develop tools and systems for managing and optimizing advertising campaigns. We face significant competition in every aspect of our business, including, but not limited to, companies that facilitate the ability of users to create, share, communicate, and discover content and information online or enable marketers to reach their existing or prospective audiences. We compete to attract, engage, and retain people who use our products, to attract and retain businesses that use our free or paid business and advertising services, and to attract and retain developers who build compelling applications that integrate with our products. We also compete with companies that develop and deliver consumer hardware and virtual and augmented reality products and services. We also expect to face additional competition as we introduce or acquire new products, as our existing products evolve, or as other companies introduce new products and services, including as part of efforts to develop the metaverse or innovate through the development and application of new technologies such as AI.

Some of our current and potential competitors may have greater resources, experience, or stronger competitive positions in certain product segments, geographic regions, or user demographics than we do. For example, some of our competitors may be domiciled in different countries and subject to political, legal, and regulatory regimes that enable them to compete more effectively than us. These factors may allow our competitors to respond more effectively than us to new or emerging technologies and changes in market conditions. We believe that some users, particularly younger users, are aware of and actively engaging with other products and services similar to, or as a substitute for, our products and services, and we believe that some users have reduced their use of and engagement with our products and services in favor of these other products and services. In addition, from time to time we make updates to our products and services to improve the user experience (including to help provide users with safe, positive, age-appropriate experiences), and these changes have had, and may in the future have, the effect of reducing time spent and some measures of user engagement with our products and services. In the event that users increasingly engage with other products and services, we may experience a decline in use and engagement in key user demographics or more broadly, in which case our business would likely be harmed.

Our competitors may develop products, features, or services that are similar to ours or that achieve greater acceptance, may undertake more far-reaching and successful product development efforts or marketing campaigns, or may adopt more aggressive pricing policies. Some competitors may gain a competitive advantage against us in areas where we operate, including: by limiting our ability to deliver, target, or measure the effectiveness of ads; by imposing fees or other charges related to our applications or our delivery of ads; by making access to our products more difficult or impossible; by making it more difficult to communicate with our users; or by integrating competing platforms, applications, or features into products they control such as mobile device operating systems, search engines, browsers, or e-commerce platforms. For example, each of Apple and Google have integrated competitive products with iOS and Android, respectively. In addition, Apple has released changes to iOS that limit our ability, and the ability of others in the digital advertising industry, to target and measure ads effectively. As a result, our competitors may, and in some cases will, acquire and engage users or generate advertising or other revenue at the expense of our own efforts, which would negatively affect our business and financial results. In addition, from time to time, we may take actions in response to competitive threats, but we cannot assure you that these actions will be successful or that they will not negatively affect our business and financial results.

We believe that our ability to compete effectively depends upon many factors both within and beyond our control, including:

- the popularity, usefulness, ease of use, performance, and reliability of our products compared to our competitors' products;

- the size and composition of our user base;

- the engagement of users with our products and competing products;

- our ability to attract and retain businesses who use our free or paid business and advertising services;

- the timing and market acceptance of products, including developments and enhancements to our or our competitors' products;

PX0556-026

Table of Contents

- our safety and security efforts and our ability to protect user data and to provide users with control over their data;

- our ability to distribute our products to new and existing users;

- our ability to monetize our products;

- the frequency, size, format, quality, and relative prominence of the ads displayed by us or our competitors;

- customer service and support efforts;

- marketing and selling efforts, including our ability to measure the effectiveness of our ads and to provide marketers with a compelling return on their investments;

- our ability to establish and maintain developers' interest in building applications that integrate with our products;

- our ability to establish and maintain publisher interest in integrating their content with our products;

- changes mandated by legislation, regulatory authorities, or litigation, some of which may have a disproportionate effect on us;

- acquisitions or consolidation within our industry, which may result in more formidable competitors;

- our ability to attract, retain, and motivate talented employees, particularly software engineers, designers, and product managers;

- our ability to cost-effectively manage our operations; and

- our reputation and brand strength relative to those of our competitors.

If we are not able to compete effectively, our user base, level of user engagement, and ability to deliver ad impressions may decrease, we may become less attractive to developers and marketers, and our revenue and results of operations may be materially and adversely affected.

***Our financial results will fluctuate from quarter to quarter and are difficult to predict.***

Our quarterly financial results have fluctuated in the past and will fluctuate in the future. Additionally, we have a limited operating history with the current scale of our business, which makes it difficult to forecast our future results. As a result, you should not rely upon our past quarterly financial results as indicators of future performance. You should take into account the risks and uncertainties frequently encountered by companies in rapidly evolving markets. Our financial results in any given quarter can be influenced by numerous factors, many of which we are unable to predict or are outside of our control, including:

- our ability to maintain and grow our user base and user engagement, particularly for our products that deliver ad impressions;

- our ability to attract and retain marketers in a particular period;

- our ability to recognize revenue or collect payments from marketers or advertising agencies or resellers in a particular period;

- fluctuations in spending by our marketers due to seasonality, such as historically strong spending in the fourth quarter of each year, episodic regional or global events, or other factors;

- the frequency, prominence, size, format, and quality of ads shown to users;

- the success of technologies designed to block the display of ads;

26

Table of Contents

- changes to the content or application of third-party policies that limit our ability to deliver, target, or measure the effectiveness of advertising, including changes by mobile operating system and browser providers such as Apple and Google;

- the pricing of our ads and other products;

- the diversification and growth of revenue sources beyond advertising on Facebook and Instagram;

- our ability to generate revenue from Payments, or the sale of our consumer hardware products or other products we may introduce in the future;

- changes to existing products or services or the development and introduction of new products or services by us or our competitors;

- user behavior or product changes that may reduce traffic to features or products that we successfully monetize;

- increases in marketing, sales, and other operating expenses that we will incur to grow and expand our business and to remain competitive, including costs related to our data centers and technical infrastructure;

- costs related to our privacy, safety, security, and content review efforts, including as a result of implementing changes to our practices, whether voluntarily, in connection with laws, regulations, regulatory actions, or decisions or recommendations from the independent Oversight Board, or otherwise;

- costs and expenses related to the development, manufacturing, and delivery of our consumer hardware products;

- our ability to maintain gross margins and operating margins;

- costs related to acquisitions, including costs associated with amortization and additional investments to develop the acquired technologies;

- charges associated with impairment or abandonment of any assets on our balance sheet, including as a result of changes to our real property lease arrangements and data center assets;

- our ability to obtain equipment, components, and labor for our data centers and other technical infrastructure in a timely and cost-effective manner;

- system failures or outages or government blocking that prevent us from serving ads for any period of time;

- breaches of security or privacy, and the costs associated with any such breaches and remediation;

- changes in the manner in which we distribute our products or inaccessibility of our products due to third-party actions;

- fees paid to third parties for content or the distribution of our products;

- refunds or other concessions provided to advertisers;

- share-based compensation expense, including acquisition-related expense;

- adverse litigation judgments, settlements, or other litigation-related costs;

- changes in the legislative or regulatory environment, including with respect to privacy, data protection, antitrust, content, or AI, or actions by governments or regulators, including fines, orders, or consent decrees;

- the overall tax rate for our business, which is affected by the mix of income we earn in the U.S. and in jurisdictions with different tax rates, the effects of share-based compensation, the effects of integrating intellectual property from

PX0556-028

Table of Contents

acquisitions, the effects of changes in our business or structure, and the effects of discrete items such as legal and tax settlements and tax elections;

- the impact of changes in tax laws or judicial or regulatory interpretations of tax laws, which are recorded in the period such laws are enacted or interpretations are issued, and may significantly affect the effective tax rate of that period;

- tax obligations that may arise from resolutions of tax examinations, including the examination we are currently under by the Internal Revenue Service (IRS), that materially differ from the amounts we have anticipated;

- fluctuations in currency exchange rates and changes in the proportion of our revenue and expenses denominated in foreign currencies;

- trading activity in our share repurchase program;

- fluctuations in the market values of our investments in marketable securities, in the valuation of our non-marketable equity securities, and in interest rates;

- the incurrence of indebtedness or our ability to refinance existing indebtedness on acceptable terms;

- changes in U.S. generally accepted accounting principles; and

- changes in regional or global business, macroeconomic, or geopolitical conditions, which may impact the other factors described above.

***Unfavorable media coverage negatively affects our business.***

We receive a high degree of media coverage around the world. Our reputation has been, and could in the future be, adversely affected by unfavorable publicity regarding, for example, our privacy practices, advertising policies, product decisions, product quality, litigation or regulatory activity, government surveillance, the actions of our advertisers, the actions of our developers whose products are integrated with our products, the use of our products or services for illicit or objectionable ends, the substance or enforcement of our community standards, terms of service, or other policies, the actions of our users, the quality and integrity of content shared on our platform, the perceived or actual impacts of our products or services on user well-being, our management, or the actions of other companies that provide similar services to ours. For example, we have been the subject of significant media coverage involving concerns around our handling of political speech and advertising, hate speech, and other content, as well as user well-being issues, and we continue to receive negative publicity related to these topics. Beginning in September 2021, we became the subject of significant media coverage as a result of allegations and the release of internal company documents by a former employee. In addition, we have been, and may in the future be, subject to negative publicity in connection with our handling of misinformation and other illicit or objectionable use of our products or services, including in connection with geopolitical events and elections in the United States and around the world. Any such negative publicity could have an adverse effect on the size, engagement, and loyalty of our user base and marketer demand for advertising on our products, which could result in decreased revenue and adversely affect our business and financial results, and we have experienced such adverse effects to varying degrees from time to time.

***We are subject to the risk of catastrophic events and crises, which may have a significant adverse impact on our business and operations.***

We are subject to the risk of public health crises such as pandemics, earthquakes, adverse weather conditions, other natural disasters, terrorism, geopolitical conflict, other physical security threats, power loss, cyber-attacks, and other catastrophic events and crises. For example, the COVID-19 pandemic previously significantly impacted our business and results of operations. In particular, the pandemic resulted in authorities implementing numerous preventative measures from time to time to contain or mitigate the outbreak of the virus, such as travel bans and restrictions, limitations on business activity, quarantines, and shelter-in-place orders, which caused business slowdowns or shutdowns in certain affected countries and regions. These developments led to volatility in the demand for and pricing of our advertising services at various points throughout the pandemic, and we may experience similar effects in the future as a result of the pandemic or other catastrophic events. Such events also expose our business, operations, and workforce to a variety of other risks, including:

Table of Contents

- volatility in the size of our user base and user engagement;

- delays in product development or releases, or reductions in manufacturing production and sales of consumer hardware, as a result of inventory shortages, supply chain or labor shortages;

- significant volatility and disruption of global financial markets, which could cause fluctuations in currency exchange rates or negatively impact our ability to access capital in the future;

- illnesses to key employees, or a significant portion of our workforce, which may result in inefficiencies, delays, and disruptions in our business; and

- increased volatility and uncertainty in the financial projections we use as the basis for estimates used in our financial statements.

Any of these developments may adversely affect our business, harm our reputation, or result in legal or regulatory actions against us.

***We incur significant expenses in operating our business, and some of our investments, particularly our investments in Reality Labs, have the effect of reducing our operating margin and profitability. If our investments are not successful longer-term, our business and financial performance will be harmed.***

We incur significant expenses in operating our business, and we expect our expenses to continue to increase in the future as we broaden our user base, as users increase the amount and types of content they consume and the data they share with us, for example with respect to video, as we develop and implement new products, as we market new and existing products and promote our brands, as we continue to expand our technical infrastructure, as we continue to invest in new and unproven technologies, including AI and machine learning, and as we continue our efforts to focus on privacy, safety, security, and content review. We have recently undertaken cost reduction measures in light of a more challenging operating environment, which may adversely affect these or other business initiatives, and some of these measures have involved, and may in the future involve, up-front charges and outlays of cash to reduce certain longer-term expenses. In addition, from time to time we are subject to settlements, judgments, fines, or other monetary penalties in connection with legal and regulatory developments that may be material to our business. We are also continuing to increase our investments in new platforms and technologies, including as part of our efforts related to building the metaverse. Some of these investments, particularly our significant investments in Reality Labs, have generated only limited revenue and reduced our operating margin and profitability, and we expect the adverse financial impact of such investments to continue for the foreseeable future. For example, our investments in Reality Labs reduced our 2023 overall operating profit by approximately $16.12 billion, and we expect our Reality Labs investments and operating losses to increase meaningfully in 2024. If our investments are not successful longer-term, our business and financial performance will be harmed.

***Our business is dependent on our ability to maintain and scale our technical infrastructure, and any significant disruption in our products and services could damage our reputation, result in a potential loss of users and engagement, and adversely affect our financial results.***

Our reputation and ability to attract, retain, and serve our users is dependent upon the reliable performance of our products and services and our underlying technical infrastructure. We have experienced, and may in the future experience, interruptions in the availability or performance of our products and services from time to time. Our systems may not be adequately designed or may not operate with the reliability and redundancy necessary to avoid performance delays or outages that could be harmful to our business. If our products or services are unavailable when users attempt to access them, or if they do not load as quickly as expected, users may not use our products or services as often in the future, or at all, and our ability to serve ads may be disrupted, any of which could adversely affect our business and financial performance. We have experienced such issues to varying degrees from time to time. In addition, as the amount and types of information shared on our products continue to grow and evolve, as the usage patterns of our global community continue to evolve, and as our internal operational demands continue to grow, especially with the deployment of AI technologies, we will need an increasing amount of technical infrastructure, including network capacity and computing power, to continue to satisfy our needs. It is possible that we may fail to continue to effectively scale and grow our technical infrastructure to accommodate these increased demands, which may adversely affect our user engagement and advertising revenue. In addition, our business may be subject to interruptions, delays, or failures resulting from earthquakes, adverse weather conditions, other natural

29

Table of Contents

disasters, power loss, terrorism, geopolitical conflict, other physical security threats, cyber-attacks, or other catastrophic events and crises. Global climate change could result in certain types of natural disasters occurring more frequently or with more intense effects. Any such events may result in users being subject to service disruptions or outages and we may not be able to recover our technical infrastructure and user data in a timely manner to restart or provide our services, which may adversely affect our financial results. We also have been, and may in the future be, subject to increased energy and/or other costs to maintain the availability or performance of our products and services in connection with any such events.

A substantial portion of our technical infrastructure is provided by third parties. Any disruption or failure in the services we receive from these providers could harm our ability to handle existing or increased traffic and could significantly harm our business. Any financial or other difficulties these providers face may adversely affect our business, and we exercise little control over these providers, which increases our vulnerability to problems with the services they provide. We have experienced, and expect to continue to experience, various challenges with the supply chain related to supporting our technical infrastructure. As a result, we have adjusted, and may continue to adjust in the future, our procurement practices to adapt to the evolving landscape. We may not be able to secure sufficient components, equipment, or services from third parties to satisfy our needs, or we may be required to procure such components, equipment, or services on unfavorable terms.

Any of these developments may result in interruptions in the availability or performance of our products or services, require unfavorable changes to existing products or services, delay the introduction of future products or services, or otherwise adversely affect our business and financial results.

***We have experienced, and could experience in the future, difficulties in building and operating key portions of our technical infrastructure.***

We have designed and built our own data centers and key portions of our technical infrastructure through which we serve our products, and we plan to continue to significantly expand the size of our infrastructure primarily through data centers, subsea and terrestrial fiber optic cable systems, and other projects. The infrastructure expansion we are undertaking is complex and involves projects in multiple locations around the world, including in developing regions that expose us to increased risks relating to anti-corruption compliance, trade compliance, and political challenges, among others. We have changed, suspended, and terminated certain of these projects as a result of various factors, and may continue to do so in the future. Additional unanticipated delays or disruptions in the completion of these projects, including due to the availability of components, power, or network capacity, or any shortage of labor necessary in building portions of such projects, challenges in obtaining required government or regulatory approvals, or other geopolitical challenges or actions by governments, whether as a result of trade disputes or otherwise, may lead to increased project costs, operational inefficiencies, interruptions in the delivery or degradation of the quality or reliability of our products and services, or impairment of assets on our balance sheet. For example, like others in our industry, we rely on certain third-party equipment and components for our technical infrastructure that are manufactured by a small number of third parties, often with significant operations in a single region such as Asia. Any of the foregoing delays or disruptions, including actions by governments or geopolitical events such as international conflicts, could result in tariffs, sanctions, export controls, and other measures that restrict international trade, could reduce or eliminate the ability of our suppliers, manufacturers, or other third-party providers to continue their operations to manufacture, or limit or eliminate our ability to purchase, key components of our technical infrastructure.

In addition, there may be issues related to this infrastructure that are not identified during the testing phases of design and implementation, which may only become evident after we have started to fully utilize the underlying equipment, that could further degrade the user experience or increase our costs. Further, much of our technical infrastructure is located outside the United States, and action by a foreign government, or our response to such government action, has resulted, and may result in the future, in the impairment of a portion of our technical infrastructure, which may interrupt the delivery or degrade the quality or reliability of our products and lead to a negative user experience or increase our costs. Any of these events could adversely affect our business, reputation, or financial results.

***Real or perceived inaccuracies in our community and other metrics may harm our reputation and negatively affect our business.***

The numbers for our key metrics, which include our Family metrics (DAP, MAP, and average revenue per person (ARPP)) and Facebook metrics (DAUs, MAUs, and average revenue per user (ARPU)), are calculated using internal company data based on the activity of user accounts. While these numbers are based on what we believe to be reasonable estimates of our user base for the applicable period of measurement, there are inherent challenges in measuring usage of our products across large online and mobile populations around the world. The methodologies used to measure these metrics

PX0556-031

Table of Contents

require significant judgment and are also susceptible to algorithm or other technical errors. In addition, we are continually seeking to improve our estimates of our user base, and such estimates may change due to improvements or changes in our methodology. We regularly review our processes for calculating these metrics, and from time to time we discover inaccuracies in our metrics or make adjustments to improve their accuracy, which can result in adjustments to our historical metrics. Our ability to recalculate our historical metrics may be impacted by data limitations or other factors that require us to apply different methodologies for such adjustments. We generally do not intend to update previously disclosed Family metrics for any such inaccuracies or adjustments that are within the error margins disclosed below.

In addition, our Family metrics and Facebook metrics estimates will differ from estimates published by third parties due to differences in methodology or other factors such as data limitations or other challenges in measuring large online and mobile populations. For example, our Family metrics estimates in some instances exceed estimates of addressable online and mobile populations that are based on data published by third parties.

Many people in our community have user accounts on more than one of our products, and some people have multiple user accounts within an individual product. Accordingly, for our Family metrics, we do not seek to count the total number of user accounts across our products because we believe that would not reflect the actual size of our community. Rather, our Family metrics represent our estimates of the number of unique people using at least one of Facebook, Instagram, Messenger, and WhatsApp. We do not require people to use a common identifier or link their accounts to use multiple products in our Family, and therefore must seek to attribute multiple user accounts within and across products to individual people. To calculate these metrics, we rely upon complex techniques, algorithms and machine learning models that seek to count the individual people behind user accounts, including by matching multiple user accounts within an individual product and across multiple products when we believe they are attributable to a single person, and counting such group of accounts as one person. These techniques and models require significant judgment, are subject to data and other limitations discussed below, and inherently are subject to statistical variances and uncertainties. We estimate the potential error in our Family metrics primarily based on user survey data, which itself is subject to error as well. While we expect the error margin for our Family metrics to vary from period to period, we estimate that such margin generally will be approximately 3% of our worldwide MAP. At our scale, it is very difficult to attribute multiple user accounts within and across products to individual people, and it is possible that the actual numbers of unique people using our products may vary significantly from our estimates, potentially beyond our estimated error margins. As a result, it is also possible that our Family metrics may indicate changes or trends in user numbers that do not match actual changes or trends.

To calculate our estimates of Family DAP and MAP, we currently use a series of machine learning models that are developed based on internal reviews of limited samples of user accounts and calibrated against user survey data. We apply significant judgment in designing these models and calculating these estimates. For example, to match user accounts within individual products and across multiple products, we use data signals such as similar device information, IP addresses, and user names. We also calibrate our models against data from periodic user surveys of varying sizes and frequency across our products, which are inherently subject to error. The timing and results of such user surveys have in the past contributed, and may in the future contribute, to changes in our reported Family metrics from period to period. In addition, our data limitations may affect our understanding of certain details of our business and increase the risk of error for our Family metrics estimates. Our techniques and models rely on a variety of data signals from different products, and we rely on more limited data signals for some products compared to others. For example, as a result of limited visibility into encrypted products, we have fewer data signals from WhatsApp user accounts and primarily rely on phone numbers and device information to match WhatsApp user accounts with accounts on our other products. Any loss of access to data signals we use in our process for calculating Family metrics, whether as a result of our own product decisions, actions by third-party browser or mobile platforms, regulatory or legislative requirements, or other factors, also may impact the stability or accuracy of our reported Family metrics, as well as our ability to report these metrics at all. Our estimates of Family metrics may also change as our methodologies evolve, including through the application of new data signals or technologies, product changes, or other improvements in our user surveys, algorithms, or machine learning that may improve our ability to match accounts within and across our products or otherwise evaluate the broad population of our users. In addition, such evolution may allow us to identify previously undetected violating accounts (as defined below).

We regularly evaluate our Family metrics to estimate the percentage of our MAP consisting solely of "violating" accounts. We define "violating" accounts as accounts which we believe are intended to be used for purposes that violate our terms of service, including bots and spam. In the fourth quarter of 2023, we estimated that approximately 3% of our worldwide MAP consisted solely of violating accounts. Such estimation is based on an internal review of a limited sample of accounts, and we apply significant judgment in making this determination. For example, we look for account information and behaviors associated with Facebook and Instagram accounts that appear to be inauthentic to the reviewers, but we have

PX0556-032

Table of Contents

limited visibility into WhatsApp user activity due to encryption. In addition, if we believe an individual person has one or more violating accounts, we do not include such person in our violating accounts estimation as long as we believe they have one account that does not constitute a violating account. From time to time, we disable certain user accounts, make product changes, or take other actions to reduce the number of violating accounts among our users, which may also reduce our DAP and MAP estimates in a particular period. Violating accounts are very difficult to measure at our scale, and it is possible that the actual number of violating accounts may vary significantly from our estimates.

We also regularly evaluate our Facebook metrics to estimate the number of "duplicate" and "false" accounts among our MAUs. A duplicate account is one that a user maintains in addition to his or her principal account. We divide "false" accounts into two categories: (1) user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service); and (2) violating accounts, which represent user profiles that we believe are intended to be used for purposes that violate our terms of service, such as bots and spam. The estimates of duplicate and false accounts are based on an internal review of a limited sample of accounts, and we apply significant judgment in making this determination. For example, to identify duplicate accounts we use data signals such as identical IP addresses and similar user names, and to identify false accounts we look for names that appear to be fake or other behavior that appears inauthentic to the reviewers. Any loss of access to data signals we use in this process, whether as a result of our own product decisions, actions by third-party browser or mobile platforms, regulatory or legislative requirements, or other factors, also may impact the stability or accuracy of our estimates of duplicate and false accounts. Our estimates also may change as our methodologies evolve, including through the application of new data signals or technologies or product changes that may allow us to identify previously undetected duplicate or false accounts and may improve our ability to evaluate a broader population of our users. Duplicate and false accounts are very difficult to measure at our scale, and it is possible that the actual number of duplicate and false accounts may vary significantly from our estimates.

In the fourth quarter of 2023, we estimated that duplicate accounts may have represented approximately 10% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets. In the fourth quarter of 2023, we estimated that false accounts may have represented approximately 4% of our worldwide MAUs. Our estimation of false accounts can vary as a result of episodic spikes in the creation of such accounts, which we have seen originate more frequently in specific countries such as Indonesia, Vietnam, and Nigeria. From time to time, we disable certain user accounts, make product changes, or take other actions to reduce the number of duplicate or false accounts among our users, which may also reduce our DAU and MAU estimates in a particular period.

Other data limitations also may affect our understanding of certain details of our business. For example, while user-provided data indicates a decline in usage among younger users, this age data may be unreliable because a disproportionate number of our younger users register with an inaccurate age. Accordingly, our understanding of usage by age group may not be complete.

In addition, our data regarding the geographic location of our users is estimated based on a number of factors, such as the user's IP address and self-disclosed location. These factors may not always accurately reflect the user's actual location. For example, a user may appear to be accessing Facebook from the location of the proxy server that the user connects to rather than from the user's actual location. The methodologies used to measure our metrics are also susceptible to algorithm or other technical errors, and our estimates for revenue by user location and revenue by user device are also affected by these factors.

In addition, from time to time we provide, or rely on, certain other metrics and estimates, including those relating to the reach and effectiveness of our ads. Many of our metrics involve the use of estimations and judgments, and our metrics and estimates are subject to software bugs, inconsistencies in our systems, and human error. Such metrics and estimates also change from time to time due to improvements or changes in our terminology or methodology, including as a result of loss of access to data signals we use in calculating such metrics and estimates. We have been, and may in the future be, subject to litigation as well as marketer, regulatory, and other inquiries regarding the accuracy of such metrics and estimates. Where marketers, developers, or investors do not perceive our metrics or estimates to be accurate, or where we discover material inaccuracies in our metrics or estimates, we may be subject to liability, our reputation may be harmed, and marketers and developers may be less willing to allocate their budgets or resources to our products that deliver ad impressions, which could negatively affect our business and financial results.

PX0556-033

Table of Contents

***We cannot assure you that we will effectively manage our scale.***

Our employee headcount and the scale and complexity of our business have increased significantly over time. The scale of our business and breadth of our products create significant challenges for our management, operational, and financial resources, including managing multiple relationships with users, marketers, developers, and other third parties, and maintaining information technology systems and internal controls and procedures that support the scale and complexity of our business. In addition, some members of our management do not have significant experience managing a large global business operation, so our management may not be able to manage our scale effectively. To effectively manage our scale, we must maintain, and continue to adapt, our operational, financial, and management processes and systems, manage our headcount and facilities, and effectively train and manage our personnel. Many of our personnel work remotely, which may lead to challenges in productivity and collaboration. In addition, from time to time, we implement organizational changes to pursue greater efficiency and realign our business and strategic priorities. For example, in 2022 and 2023, we announced several initiatives, including restructurings, employee layoffs, and measures to scale down our office facilities, but we cannot guarantee that they will achieve our intended results. These efforts also subject us to risks such as greater than anticipated costs, adverse effects on employee retention, and increased difficulty managing the scale and complexity of our business. For example, we could face delays or challenges with product development, other business and strategic initiatives, or legal and regulatory compliance, as well as other disruptions to our operations. As our organization continues to evolve, and we are required to implement and adapt complex organizational management structures, we may find it difficult to maintain the benefits of our corporate culture, including our ability to quickly develop and launch new and innovative products. Any of these developments could negatively affect our business, reputation, or financial results.

***We have significant international operations, which subject us to increased business, economic, and legal risks that could affect our financial results.***

We have significant international operations. We currently make Facebook available in more than 100 different languages, and we have offices or data centers in approximately 40 different countries. We may enter new international regions where we have limited or no experience in marketing, selling, and deploying our products. Our products are generally available globally, but some or all of our products or functionality may not be available in certain regions due to legal and regulatory complexities. For example, several of our products are not generally available in China. We also outsource certain operational functions to third parties globally. If we fail to deploy, manage, or oversee our international operations successfully, our business may suffer. In addition, we are subject to a variety of risks inherent in doing business internationally, including:

- political, social, or economic instability;

- risks related to legal, regulatory, and other government scrutiny applicable to U.S. companies with sales and operations in foreign jurisdictions, including with respect to privacy, tax, law enforcement, content, trade compliance, supply chain, competition, consumer protection, intellectual property, environmental, health and safety, licensing, and infrastructure matters;

- potential damage to our brand and reputation due to compliance with local laws, including potential censorship or requirements to provide user information to local authorities;

- enhanced difficulty in reviewing content on our platform and enforcing our community standards across different languages and countries;

- fluctuations in currency exchange rates and compliance with currency controls;

- foreign exchange controls and tax and other regulations and orders that might prevent us from repatriating cash earned in countries outside the United States or otherwise limit our ability to move cash freely, and impede our ability to invest such cash efficiently;

- higher levels of credit risk and payment fraud;

- enhanced difficulties of integrating any foreign acquisitions;

- burdens of complying with a variety of foreign laws, including laws related to taxation, content removal, content

33

Table of Contents

moderation, data localization, data protection, competition, e-commerce and payments, and regulatory oversight;

- reduced protection for intellectual property rights in some countries;

- difficulties in staffing, managing, and overseeing global operations and the increased travel, infrastructure, and legal compliance costs associated with multiple international locations, including difficulties arising from personnel working remotely;

- compliance with statutory equity requirements and management of tax consequences; and

- geopolitical events affecting us, our marketers or our industry, including trade disputes, armed conflicts, and pandemics.

In addition, we must manage the potential conflicts between locally accepted business practices in any given jurisdiction and our obligations to comply with laws and regulations, including anti-corruption laws or regulations applicable to us, such as the U.S. Foreign Corrupt Practices Act and the U.K. Bribery Act 2010. We also must manage our obligations to comply with laws and regulations related to import and export controls, trade restrictions, and sanctions, including regulations established by the U.S. Office of Foreign Assets Control. Government agencies and authorities have a broad range of civil and criminal penalties they may seek to impose against companies for violations of anti-corruption laws or regulations, import and export controls, trade restrictions, sanctions, and other laws, rules, and regulations.

If we are unable to expand internationally and manage the complexity of our global operations successfully, our financial results could be adversely affected. We also may be required to or elect to cease or modify our operations or the offering of our products and services in certain regions, including as a result of the risks described above, which could adversely affect our business, user growth and engagement, and financial results.

***We face design, manufacturing, and supply chain risks with respect to our consumer hardware products that, if not properly managed, could adversely impact our financial results.***

We face a number of risks related to design, manufacturing, and supply chain management with respect to our consumer hardware products. For example, the consumer hardware products we sell from time to time have had, and in the future may have, quality issues resulting from the design or manufacture of the products, or from the software used in the products. Sometimes, these issues may be caused by components we purchase from other manufacturers or suppliers. Our brand and financial results could be adversely affected by any such quality issues, other failures to meet our customers' expectations, or findings of our consumer hardware products to be defective.

We rely on third parties to manufacture and manage the logistics of transporting and distributing our consumer hardware products, which subjects us to a number of risks. The manufacturing of our consumer hardware products depends on a small number of third parties, often with significant operations in a single region such as Asia. We have experienced, and may in the future experience, supply or labor shortages or other disruptions in logistics and the supply chain, which could result in shipping delays and negatively impact our operations, product development, and sales. We could be negatively affected if we are not able to engage third parties with the necessary capabilities or capacity on reasonable terms, or if those we engage with fail to meet their obligations (whether due to financial difficulties, manufacturing or supply constraints, or other reasons), or make adverse changes in the pricing or other material terms of such arrangements with them. The manufacturing, distribution, and sale of our consumer hardware products also may be negatively impacted by macroeconomic conditions, geopolitical challenges, trade disputes, or other actions by governments (including international conflicts that could result in tariffs, sanctions, export controls, and other measures that restrict international trade) that subject us to supply shortages, increased costs, or supply chain or logistics disruptions.

We also require the suppliers and business partners of our consumer hardware products to comply with laws and certain company policies regarding sourcing practices and standards on labor, trade compliance, health and safety, the environment, and business ethics, but we do not control them or their practices and standards. If any of them violates laws, fails to implement changes in accordance with newly enacted laws, or implements practices or standards regarded as unethical, corrupt, or non-compliant, we could experience supply chain disruptions, government action or fines, canceled orders, or damage to our reputation.

PX0556-035

Table of Contents

*We face inventory risk with respect to our consumer hardware products.*

We are exposed to inventory risks with respect to our consumer hardware products as a result of rapid changes in product cycles and pricing, unsafe or defective merchandise, supply chain disruptions, changes in consumer demand and consumer spending patterns, changes in consumer tastes with respect to our consumer hardware products, and other factors. The demand for our products can also change significantly between the time inventory or components are ordered and the date of sale. While we endeavor to accurately predict these trends and avoid overstocking or understocking consumer hardware products we may sell, from time to time we have experienced difficulties in accurately predicting and meeting the consumer demand for our products. In addition, when we begin selling or manufacturing a new consumer hardware product or enter new international regions, it may be difficult to establish vendor relationships, determine appropriate product or component selection, and accurately forecast demand. The acquisition of certain types of inventory or components may require significant lead-time and prepayment and they may not be returnable. Any one of the foregoing factors may adversely affect our operating results.

*We plan to continue to make acquisitions and pursue other strategic transactions, which could impact our financial condition or results of operations and may adversely affect the price of our common stock.*

As part of our business strategy, we have made and intend to continue to make acquisitions to add specialized employees and complementary companies, products, or technologies, and from time to time may enter into other strategic transactions such as investments and joint ventures. We may not be able to find suitable acquisition candidates, and we may not be able to complete acquisitions or other strategic transactions on favorable terms, or at all, including as a result of regulatory challenges. For example, we completed our divestiture of Giphy in 2023 following the United Kingdom Competition and Markets Authority's order directing us to divest Giphy post-acquisition. In addition, although we were able to successfully complete the acquisition after prevailing in federal court, the FTC sought to enjoin our proposed acquisition of Within Unlimited. In some cases, the costs of such acquisitions or other strategic transactions may be substantial, and there is no assurance that we will realize expected synergies and potential monetization opportunities for our acquisitions or a favorable return on investment for our strategic investments.

We may pay substantial amounts of cash or incur debt to pay for acquisitions or other strategic transactions, which has occurred in the past and could adversely affect our liquidity. The incurrence of indebtedness also results in increased fixed obligations and increased interest expense, and could also include covenants or other restrictions that would impede our ability to manage our operations. We may also issue equity securities to pay for acquisitions and we regularly grant restricted stock units to retain the employees of acquired companies, which could increase our expenses, adversely affect our financial results, and result in dilution to our stockholders. In addition, any acquisitions or other strategic transactions we announce could be viewed negatively by users, marketers, developers, or investors, which may adversely affect our business or the price of our Class A common stock.

We may also discover liabilities, deficiencies, or other claims associated with the companies or assets we acquire that were not identified in advance, which may result in significant unanticipated costs. The effectiveness of our due diligence review and our ability to evaluate the results of such due diligence are dependent upon the accuracy and completeness of statements and disclosures made or actions taken by the companies we acquire or their representatives, as well as the limited amount of time in which acquisitions are executed. In addition, we may fail to accurately forecast the financial impact of an acquisition or other strategic transaction, including tax and accounting charges. Acquisitions or other strategic transactions may also result in our recording of significant additional expenses to our results of operations and recording of substantial finite-lived intangible assets on our balance sheet upon closing. Any of these factors may adversely affect our financial condition or results of operations.

*We may not be able to successfully integrate our acquisitions, and we incur significant costs to integrate and support the companies we acquire.*

The integration of acquisitions requires significant time and resources, particularly with respect to companies that have significant operations or that develop products where we do not have prior experience, and we may not manage these processes successfully. We have made, and may in the future make, substantial investments of resources to support our acquisitions, which can result in significant ongoing operating expenses and the diversion of resources and management attention from other areas of our business. We cannot assure you that these investments will be successful. If we fail to successfully integrate the companies we acquire, we may not realize the benefits expected from the transaction and our business may be harmed.

PX0556-036

Table of Contents

***We are involved in numerous class action lawsuits and other litigation matters that are expensive and time consuming, and, if resolved adversely, could harm our business, financial condition, or results of operations.***

We are involved in numerous lawsuits, including stockholder derivative lawsuits and putative class action lawsuits, many of which claim statutory damages and/or seek significant changes to our business operations, and we anticipate that we will continue to be a target for numerous lawsuits in the future. Because of the scale of our user, advertiser, and developer base, the plaintiffs in class action cases filed against us typically claim enormous monetary damages even if the alleged per-user or entity harm is small or non-existent. In addition, we have faced, currently face, and will continue to face additional class action and other lawsuits based on claims related to advertising, antitrust, privacy, security, biometrics, content, algorithms, copyright, user well-being, employment, contingent workers, activities on our platform, consumer protection, or product performance or other claims related to the use of consumer hardware and software, including virtual reality technology and products, which are new and unproven. For example, we are currently the subject of multiple putative class action suits in connection with our platform and user data practices and the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies; the disclosure of our earnings results for the second quarter of 2018; our acquisitions of Instagram and WhatsApp, as well as other alleged anticompetitive conduct; a former employee's allegations and release of internal company documents beginning in September 2021; the disclosure of our earnings results for the fourth quarter of 2021; and allegations that we inflated our estimates of the potential audience size for advertisements, resulting in artificially increased demand and higher prices. We are also the subject of multiple lawsuits related to our alleged use of facial recognition technology, our alleged recommendation of and/or failure to remove harmful content, information from third-party websites or apps via our business tools, our alleged use of copyright-protected content to train our AI models, and allegations that Facebook and Instagram cause "social media addiction" in users and allegations of violations of the Children's Online Privacy Protection Act (COPPA). The results of any such lawsuits and claims cannot be predicted with certainty, and any negative outcome from any such lawsuits could result in payments of substantial monetary damages or fines, or undesirable changes to our products or business practices, and accordingly our business, financial condition, or results of operations could be materially and adversely affected.

There can be no assurances that a favorable final outcome will be obtained in all our cases, and defending any lawsuit is costly and can impose a significant burden on management and employees. Any litigation to which we are a party may result in an onerous or unfavorable judgment that may not be reversed upon appeal or in payments of substantial monetary damages or fines, or we may decide to settle lawsuits on similarly unfavorable terms, which has occurred in the past and which could adversely affect our business, financial conditions, or results of operations.

***We may have exposure to greater than anticipated tax liabilities.***

Our tax obligations, including income and non-income taxes, are based in part on our corporate operating structure and intercompany arrangements, including the manner in which we operate our business, develop, value, manage, protect, and use our intellectual property, and the valuations of our intercompany transactions. The tax laws applicable to our business, including the laws of the United States and other jurisdictions, are subject to interpretation and certain jurisdictions are aggressively interpreting their laws in new ways in an effort to raise additional tax revenue from companies such as Meta. We are subject to regular review and audit by U.S. federal, state, and foreign tax authorities. Tax authorities may disagree with certain positions we have taken, including our methodologies for valuing developed technology or intercompany arrangements, and any adverse outcome of such a review or audit could increase our worldwide effective tax rate, increase the amount of non-income taxes imposed on our business, and harm our financial position, results of operations, and cash flows. For example, in 2016 and 2018, the IRS issued formal assessments relating to transfer pricing with our foreign subsidiaries in conjunction with the examination of the 2010 through 2013 tax years. Although we disagree with the IRS's position and are litigating this issue, the ultimate resolution is uncertain and, if resolved in a manner unfavorable to us, may adversely affect our financial results.

The determination of our worldwide provision for income taxes and other tax liabilities requires significant judgment by management, and there are many transactions where the ultimate tax determination is uncertain. Our provision for income taxes is determined by the manner in which we operate our business, and any changes to such operations or laws applicable to such operations may affect our effective tax rate. Although we believe that our provision for income taxes and estimates of our non-income tax liabilities is reasonable, the ultimate settlement may differ from the amounts recorded in our financial statements and may materially affect our financial results in the period or periods for which such determination is made.

PX0556-037

[Table of Contents](#)

Our future income tax rates could be volatile and difficult to predict due to changes in jurisdictional profit split, changes in the amount and recognition of deferred tax assets and liabilities, or by changes in tax laws, regulations, or accounting principles.

***Changes in tax laws or tax rulings could materially affect our financial position, results of operations, and cash flows.***

The tax regimes we are subject to or operate under, including income and non-income taxes, are unsettled and may be subject to significant change. Changes in tax laws or tax rulings, or changes in interpretations of existing laws, could materially affect our financial position, results of operations, and cash flows. For example, the 2017 Tax Cuts and Jobs Act (Tax Act) enacted in December 2017 had a significant impact on our tax obligations and effective tax rate for the fourth quarter of 2017. The issuance of additional regulatory or accounting guidance related to the Tax Act, or other executive or Congressional actions in the United States or globally could materially increase our tax obligations and significantly impact our effective tax rate in the period such guidance is issued or such actions take effect, and in future periods. In addition, many countries have recently proposed or recommended changes to existing tax laws or have enacted new laws that could significantly increase our tax obligations in many countries where we do business or require us to change the manner in which we operate our business.

Over the last several years, the Organization for Economic Cooperation and Development has been working on a Base Erosion and Profit Shifting Project that, if implemented, would change various aspects of the existing framework under which our tax obligations are determined in many of the countries in which we do business. As of July 2023, nearly 140 countries have approved a framework that imposes a minimum tax rate of 15%, among other provisions. As this framework is subject to further negotiation and implementation by each member country, the timing and ultimate impact of any such changes on our tax obligations are uncertain. Similarly, the European Commission and several countries have issued proposals that would apply to various aspects of the current tax framework under which we are taxed. These proposals include changes to the existing framework to calculate income tax, as well as proposals to change or impose new types of non-income taxes, including taxes based on a percentage of revenue. For example, several jurisdictions have proposed or enacted taxes applicable to digital services, which include business activities on digital advertising and online marketplaces, and which apply to our business.

The European Commission has conducted investigations in multiple countries focusing on whether local country tax rulings or tax legislation provides preferential tax treatment that violates European Union state aid rules and concluded that certain member states, including Ireland, have provided illegal state aid in certain cases. These investigations may result in changes to the tax treatment of our foreign operations.

Due to the large and expanding scale of our international business activities, many of these types of changes to the taxation of our activities described above could increase our worldwide effective tax rate, increase the amount of non-income taxes imposed on our business, and harm our financial position, results of operations, and cash flows. Such changes may also apply retroactively to our historical operations and result in taxes greater than the amounts estimated and recorded in our financial statements.

***Given our levels of share-based compensation, our tax rate has in the past varied, and may in the future vary, significantly depending on our stock price.***

The tax effects of the accounting for share-based compensation have in the past impacted, and may in the future impact, our effective tax rate, sometimes significantly, from period to period. In periods in which our stock price varies from the grant price of the share-based compensation vesting in that period, we will recognize excess tax benefits or shortfalls that will impact our effective tax rate. For example, in 2023, excess tax benefits recognized from share-based compensation decreased our provision for income taxes by $708 million and our effective income tax rate by one percentage point as compared to the tax rate without such benefits. In future periods in which our stock price varies in comparison to the grant price of the share-based compensation vesting in that period, our effective tax rate may be inversely impacted. The amount and value of share-based compensation issued relative to our earnings in a particular period will also affect the magnitude of the impact of share-based compensation on our effective tax rate. These tax effects are dependent on our stock price, which we do not control, and a decline in our stock price could significantly increase our effective tax rate and adversely affect our financial results.

PX0556-038

Table of Contents

*If our goodwill or intangible assets become impaired, we may be required to record a significant charge to earnings.*

We review our intangible assets for impairment when events or changes in circumstances indicate the carrying value may not be recoverable, such as a decline in stock price and market capitalization. We test goodwill for impairment at the reporting unit level at least annually. If such goodwill or intangible assets are deemed to be impaired, an impairment loss equal to the amount by which the carrying amount exceeds the fair value of the assets would be recognized. We may be required to record a significant charge in our financial statements during the period in which any impairment of our goodwill or intangible assets is determined, which would negatively affect our results of operations.

*The loss of one or more of our key personnel, or our failure to attract and retain other highly qualified personnel in the future, could harm our business.*

We currently depend on the continued services and performance of our key personnel, including Mark Zuckerberg. Mr. Zuckerberg and certain other members of management participate in various high-risk activities, such as combat sports, extreme sports, and recreational aviation, which carry the risk of serious injury and death. If Mr. Zuckerberg were to become unavailable for any reason, there could be a material adverse impact on our operations. The loss of other key personnel, including members of management as well as key engineering, product development, marketing, and sales personnel, could also disrupt our operations and have an adverse effect on our business.

In addition, we cannot guarantee we will continue to attract and retain the personnel we need to maintain our competitive position. In particular, we expect to continue to face significant challenges in hiring specialized technical personnel, particularly senior engineering talent, whether as a result of competition with other companies or other factors. As we continue to mature, the incentives to attract, retain, and motivate employees provided by our equity awards or by future arrangements may not be as effective as in the past, and if we issue significant equity to attract additional employees or to retain our existing employees, we would incur substantial additional share-based compensation expense and the ownership of our existing stockholders would be further diluted. Our ability to attract, retain, and motivate employees may also be adversely affected by stock price volatility. In addition, restrictive immigration policies or legal or regulatory developments relating to immigration may negatively affect our efforts to attract and hire new personnel as well as retain our existing personnel. If we do not succeed in attracting, hiring, and integrating excellent personnel, or retaining and motivating existing personnel, we may be unable to grow effectively.

*Our CEO has control over key decision making as a result of his control of a majority of the voting power of our outstanding capital stock.*

Mark Zuckerberg, our founder, Board Chair, and CEO, is able to exercise voting rights with respect to a majority of the voting power of our outstanding capital stock and therefore has the ability to control the outcome of all matters submitted to our stockholders for approval, including the election of directors and any merger, consolidation, or sale of all or substantially all of our assets. This concentrated control could delay, defer, or prevent a change of control, merger, consolidation, or sale of all or substantially all of our assets that our other stockholders support, or conversely this concentrated control could result in the consummation of such a transaction that our other stockholders do not support. This concentrated control could also discourage a potential investor from acquiring our Class A common stock, which has limited voting power relative to the Class B common stock, and might harm the trading price of our Class A common stock. In addition, Mr. Zuckerberg has the ability to control the management and major strategic investments of our company as a result of his position as our CEO and his ability to control the election or, in some cases, the replacement of our directors. In the event of his death, the shares of our capital stock that Mr. Zuckerberg owns will be transferred to the persons or entities that he has designated. As a board member and officer, Mr. Zuckerberg owes a fiduciary duty to our stockholders and must act in good faith in a manner he reasonably believes to be in the best interests of our stockholders. As a stockholder, even a controlling stockholder, Mr. Zuckerberg is entitled to vote his shares in his own interests, which may not always be in the interests of our stockholders generally.

*We cannot guarantee that our share repurchase program will be fully consummated or that it will enhance long-term stockholder value. Share repurchases and dividend payments could also increase the volatility of the trading price of our stock and will diminish our cash reserves.*

Although our board of directors has authorized a share repurchase program that does not have an expiration date, the program does not obligate us to repurchase any specific dollar amount or to acquire any specific number of shares of our Class A common stock. The specific timing and amount of any share repurchases, and the specific timing and amount of any

PX0556-039

Table of Contents

dividend payments, will depend on prevailing share prices, general economic and market conditions, company performance, and other considerations. We cannot guarantee that the repurchase program will be fully consummated or that it will enhance long-term stockholder value. The repurchase program and dividend payments could affect the trading price of our stock and increase volatility, and any announcement of a termination of this repurchase program or dividend payments may result in a decrease in the trading price of our stock. In addition, this repurchase program and dividend payments will diminish our cash reserves.

***There can be no assurance that we will continue to declare cash dividends.***

On February 1, 2024, we announced the initiation of our first-ever quarterly cash dividend. The payment of any cash dividends in the future is subject to continued capital availability, market conditions, applicable laws and agreements, and our board of directors continuing to determine that the declaration of dividends are in the best interests of our stockholders. The declaration and payment of any dividend may be discontinued or reduced at any time, and there can be no assurance that we will declare cash dividends in the future in any particular amounts, or at all.

### Risks Related to Government Regulation and Enforcement

***Actions by governments that restrict access to Facebook or our other products in their countries, censor or moderate content on our products in their countries, or otherwise impair our ability to sell advertising in their countries, could substantially harm our business and financial results.***

Governments from time to time seek to censor or moderate content available on Facebook or our other products in their country, restrict access to our products from their country partially or entirely, or impose other restrictions that may affect the accessibility of our products in their country for an extended period of time or indefinitely. For example, user access to Facebook and certain of our other products has been or is currently restricted in whole or in part in China, Iran, and North Korea. In addition, government authorities in other countries may seek to restrict user access to our products if they consider us to be in violation of their laws or a threat to public safety or for other reasons, and certain of our products have been restricted by governments in other countries from time to time. For example, in 2020, Hong Kong adopted a National Security Law that provides authorities with the ability to obtain information, remove and block access to content, and suspend user services, and if we are found to be in violation of this law then the use of our products may be restricted. Hong Kong is also expected to pass additional national security legislation in 2024. In addition, if we are required to or elect to make changes to our marketing and sales or other operations in Hong Kong as a result of the National Security Law or other legislation, our revenue and business in the region will be adversely affected. In addition, in connection with the war in Ukraine in the first quarter of 2022, access to Facebook and Instagram was restricted in Russia and the services were then prohibited by the Russian government, which has adversely affected, and will likely continue to adversely affect, our revenue and business in the region.

It is also possible that government authorities could take action that impairs our ability to sell advertising, including in countries where access to our consumer-facing products may be blocked or restricted. For example, we generate meaningful revenue from a small number of resellers serving advertisers based in China, and it is possible that the Chinese government could take action that reduces or eliminates our China-based advertising revenue, whether as a result of the trade dispute with the United States, in response to content issues or information requests in Hong Kong or elsewhere, or for other reasons, or take other action against us, such as imposing taxes or other penalties, which could adversely affect our financial results.

Similarly, if we are found to be out of compliance with certain legal requirements for companies in Turkey, the Turkish government could take action to reduce or eliminate our Turkey-based advertising revenue or otherwise adversely impact access to our products. In the event that content shown on Facebook or our other products is subject to censorship, access to our products is restricted, in whole or in part, in one or more countries, we are required to or elect to make changes to our operations, or other restrictions are imposed on our products, or our competitors are able to successfully penetrate new geographic markets or capture a greater share of existing geographic markets that we cannot access or where we face other restrictions, our ability to retain or increase our user base, user engagement, or the level of advertising by marketers may be adversely affected, we may not be able to maintain or grow our revenue as anticipated, and our financial results could be adversely affected.

PX0556-040

Table of Contents

***Our business is subject to complex and evolving U.S. and foreign laws and regulations regarding privacy, data use and data protection, content, competition, safety and consumer protection, e-commerce, and other matters. Many of these laws and regulations are subject to change and uncertain interpretation, and could result in claims, changes to our products and business practices, monetary penalties, increased cost of operations, or declines in user growth or engagement, or otherwise harm our business.***

We are subject to a variety of laws and regulations in the United States and abroad that involve matters central to our business, including privacy, data use, data protection and personal information, the provision of our services to younger users, biometrics, encryption, rights of publicity, content, integrity, intellectual property, advertising, marketing, distribution, data security, data retention and deletion, data localization and storage, data disclosure, AI and machine learning, electronic contracts and other communications, competition, protection of minors, consumer protection, civil rights, accessibility, telecommunications, product liability, e-commerce, taxation, economic or other trade controls including sanctions, anti-corruption and political law compliance, securities law compliance, and online payment services. The introduction of new products, expansion of our activities in certain jurisdictions, or other actions that we may take may subject us to additional laws, regulations, or other government scrutiny. In addition, foreign data protection, privacy, content, competition, consumer protection, and other laws and regulations can impose different obligations or be more restrictive than those in the United States, and create the potential for significant fines to be imposed.

These U.S. federal and state, EU, and other international laws and regulations, which in some cases can be enforced by private parties in addition to government entities, are constantly evolving and can be subject to significant change. As a result, the application, interpretation, and enforcement of these laws and regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently from jurisdiction to jurisdiction and inconsistently with our current policies and practices. For example, regulatory or legislative actions or litigation concerning the manner in which we display content to our users, moderate content, provide our services to younger users, or are able to use data in various ways, including for advertising, could adversely affect user growth and engagement. Such actions could affect the manner in which we provide our services or adversely affect our financial results, including by imposing significant fines that increasingly may be calculated based on global revenue.

We are also subject to evolving laws and regulations that dictate whether, how, and under what circumstances we can transfer, process or receive certain data that is critical to our operations, including data shared between countries or regions in which we operate and data shared among our products and services. For example, in 2016, the European Union and United States agreed to a transfer framework for data transferred from the European Union to the United States, called the Privacy Shield, but the Privacy Shield was invalidated in July 2020 by the Court of Justice of the European Union (CJEU). In addition, the other bases upon which Meta relies to transfer such data, such as Standard Contractual Clauses (SCCs), have been subjected to regulatory and judicial scrutiny. For example, the CJEU considered the validity of SCCs as a basis to transfer user data from the European Union to the United States following a challenge brought by the Irish Data Protection Commission (IDPC). Although the CJEU upheld the validity of SCCs in July 2020, on May 12, 2023, the IDPC issued a Final Decision concluding that Meta Platforms Ireland's reliance on SCCs in respect of certain transfers of European Economic Area (EEA) Facebook user data was not in compliance with the GDPR. The IDPC issued an administrative fine of EUR €1.2 billion as well as corrective orders requiring Meta Platforms Ireland to suspend the relevant transfers and to bring its processing operations into compliance with Chapter V GDPR by ceasing the unlawful processing, including storage, of such data in the United States. We are appealing this decision and the corrective orders are currently subject to an interim stay from the Irish High Court.

On March 25, 2022, the European Union and United States announced that they had reached an agreement in principle on a new EU-U.S. Data Privacy Framework (EU-U.S. DPF). On October 7, 2022, President Biden signed the Executive Order on Enhancing Safeguards for United States Signals Intelligence Activities (E.O.), and on June 30, 2023, the European Union and the three additional countries making up the EEA were designated by the United States Attorney General as a "qualifying state" under Section 3(f) of the E.O. On July 10, 2023, the European Commission adopted an adequacy decision in relation to the United States. The adequacy decision concludes that the United States ensures an adequate level of protection for personal data transferred from the European Union to organizations in the United States that are included in the "Data Privacy Framework List," maintained and made publicly available by the United States Department of Commerce pursuant to the EU-U.S. DPF. The implementation of the EU-U.S. DPF and the adequacy decision are important and welcome milestones, and we are implementing steps to comply with the above corrective orders following engagement with the IDPC. If we are required to take additional steps to comply with the corrective orders, this could increase the cost and complexity of delivering our products and services in Europe. Furthermore, the EU-U.S. DPF replaces two prior adequacy frameworks which were invalidated by the CJEU. A further invalidation of the EU-U.S. DPF by the CJEU could create

PX0556-041

Table of Contents

considerable uncertainty and lead to us being unable to offer a number of our most significant products and services, including Facebook and Instagram, in Europe, which would materially and adversely affect our business, financial condition, and results of operations.

We have been subject to other significant legislative and regulatory developments, which together with proposed or new legislation and regulations could significantly affect our business in the future. For example, we have implemented a number of product changes and controls as a result of requirements under the European General Data Protection Regulation (GDPR), and may implement additional changes in the future. The GDPR also requires submission of personal data breach notifications to our lead European Union privacy regulator, the IDPC, and includes significant penalties for non-compliance with the notification obligation as well as other requirements of the regulation. The interpretation of the GDPR is still evolving, including through decisions of the CJEU, and draft decisions in investigations by the IDPC are subject to review by other European privacy regulators as part of the GDPR's consistency mechanism, which may lead to significant changes in the final outcome of such investigations. As a result, the interpretation and enforcement of the GDPR, as well as the imposition and amount of penalties for non-compliance, are subject to significant uncertainty, and as it evolves, could potentially have a negative impact on our business and/or our operations. In addition, Brazil, the United Kingdom, and other countries have enacted similar data protection regulations imposing data privacy-related requirements on products and services offered to users in their respective jurisdictions. The California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), also establishes certain transparency rules and creates certain data privacy rights for users, including limitations on our use of certain sensitive personal information and more ability for users to control the purposes for which their data is shared with third parties. Other states have proposed or enacted similar comprehensive privacy laws that afford users with similar data privacy rights and controls. These laws and regulations are evolving and subject to interpretation, and resulting limitations on our advertising services, or reductions of advertising by marketers, have to some extent adversely affected, and will continue to adversely affect, our advertising business. Some states have also proposed or enacted laws specifically focused on the privacy rights and controls for users under 18 years old and their parents or guardians. Like comprehensive privacy laws, these laws are evolving and subject to interpretation, and may restrict our ability to offer certain products and services provided to all or certain cohorts of users in those states, adversely affecting our advertising business. In Europe, regulators continue to enforce guidance concerning the ePrivacy Directive's requirements regarding the use of cookies and similar technologies, and may impose specific measures in the future which could directly impact our use of such technologies. In addition, the ePrivacy Directive and national implementation laws impose additional limitations on the use of data across messaging products and include significant penalties for non-compliance. Changes to our products or business practices as a result of these or similar developments have adversely affected, and may in the future adversely affect, our advertising business. For example, in response to regulatory developments in Europe, we announced plans to change the legal basis for behavioral advertising on Facebook and Instagram in the EU, EEA, and Switzerland from "legitimate interests" to "consent," and in November 2023 we began offering users in the region a "subscription for no ads" alternative. We are continuing to engage with regulators on our new consent model, including regarding compliance with requirements under the GDPR, DMA, and EU consumer laws. These or any similar developments in the future may negatively impact our user growth and engagement, revenue, and financial results.

Similarly, there are a number of legislative proposals or recently enacted laws in the European Union, the United States, at both the federal and state level, as well as other jurisdictions that could impose new obligations or limitations in areas affecting our business. For example, the DMA in the European Union imposes restrictions and requirements on companies like ours, including in areas such as the combination of data across services, mergers and acquisitions, and product design. The DMA also includes significant penalties for non-compliance, and its key requirements will be enforceable against designated gatekeeper companies beginning in March 2024. The DMA has caused, and may in the future cause, us to incur significant compliance costs and make changes to our products or business practices. The requirements under the DMA will likely be subject to further interpretation and regulatory engagement. Pending or future proposals to modify competition laws in the United States and other jurisdictions could have similar effects. Further, the Digital Services Act (DSA) in the European Union, which started to apply to our business as of August 2023, imposes certain restrictions and requirements for our products and services and subjects us to increased compliance costs. The DSA also includes significant penalties for non-compliance. In addition, some countries, such as India and Turkey, are considering or have passed legislation implementing data protection requirements, new competition requirements, or requiring local storage and processing of data or similar requirements that could require substantial changes to our products, increase the cost and complexity of delivering our services, cause us to cease the offering of our products and services in certain countries, and/or result in fines or other penalties. New legislation or regulatory decisions that restrict our ability to collect and use information about minors may also result in limitations on our advertising services or our ability to offer products and services to minors in certain jurisdictions.

41

Table of Contents

These laws and regulations, as well as any associated claims, inquiries, or investigations or any government actions, have led to, and may in the future lead to, unfavorable outcomes including increased compliance costs, loss of revenue, delays or impediments in the development of new products, negative publicity and reputational harm, increased operating costs, diversion of management time and attention, and remedies that harm our business, including fines or demands or orders that we modify or cease existing business practices.

***We have been subject to regulatory and other government investigations, enforcement actions, and settlements, and we expect to continue to be subject to such proceedings and other inquiries in the future, which could cause us to incur substantial costs or require us to change our business practices in a manner materially adverse to our business.***

We receive formal and informal inquiries from government authorities and regulators regarding our compliance with laws and regulations, many of which are evolving and subject to interpretation. We are and expect to continue to be the subject of investigations, inquiries, data requests, requests for information, actions, and audits in the United States, Europe, and around the world, particularly in the areas of privacy, data use and data protection, including with respect to processing of sensitive data, data from third parties, data for advertising purposes, data security, minors, safety, law enforcement, consumer protection, civil rights, content moderation, use of our platform for illegal, illicit, or otherwise objectionable activity, competition, AI, and machine learning. In addition, we are currently, and may in the future be, subject to regulatory orders or consent decrees. For example, data protection, competition, and consumer protection authorities in the European Union, United States, and other jurisdictions have initiated actions, investigations, or administrative orders seeking to restrict the ways in which we collect and use information, or impose sanctions, and other authorities may do the same. In addition, we have been and continue to be the subject of litigation and investigations related to the ways in which we collect and use information, including where advertisers are subject to additional regulation such as housing, employment, credit, and financial services. In addition, beginning in March 2018, we became subject to FTC, state attorneys general, and other government inquiries in the United States, Europe, and other jurisdictions in connection with our platform and user data practices as well as the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies. In July 2019, we entered into a settlement and modified consent order to resolve the FTC inquiry, which took effect in April 2020 and, among other things, required us to significantly enhance our practices and processes for privacy compliance and oversight. The state attorneys general inquiry and certain government inquiries in other jurisdictions remain ongoing. The FTC also continues to monitor us and our compliance with the modified consent order and initiated an administrative proceeding against us, which we are challenging, that alleges deficient compliance and violations of the Children's Online Privacy Protection Act (COPPA), the COPPA Rule, and Section 5 of the Federal Trade Commission Act and seeks changes to our business. If we are unsuccessful in our challenge to the FTC's action and the agency imposes its proposed order in its current form, we would be subject to significant limitations, including on our ability to launch new and modified products or use data of users under 18 years old. We also notify the IDPC, our lead European Union privacy regulator under the GDPR, and other regulators of certain other personal data breaches and privacy issues, and are subject to inquiries and investigations by the IDPC and other regulators regarding various aspects of our regulatory compliance. We have been, and may in the future be, subject to penalties, fines, and requirements to change our business practices as a result of such inquiries and investigations. In addition, we are subject to a lawsuit by the state of Texas in connection with the "tag suggestions" feature and other uses of facial recognition technology.

We are also subject to various litigation and formal and informal inquiries and investigations by competition authorities in the United States, Europe, and other jurisdictions, which relate to many aspects of our business, including with respect to users and advertisers. Such inquiries, investigations, and lawsuits concern, among other things, our business practices in the areas of social networking or social media services, messaging services, digital advertising, and/or mobile or online applications, as well as our acquisitions. For example, beginning in 2019, we became the subject of antitrust inquiries and investigations by the FTC and the U.S. Department of Justice. Beginning in 2020, we became subject to a lawsuit by the FTC alleging that we violated antitrust laws, including by acquiring Instagram in 2012 and WhatsApp in 2014. The complaint seeks a permanent injunction against our company's alleged violations of the antitrust laws, and other equitable relief, including divestiture or reconstruction of Instagram and WhatsApp. In addition, in December 2022, the European Commission issued a Statement of Objections alleging that we tie Facebook Marketplace to Facebook and use data in a manner that infringes European Union competition rules. We are also subject to other government inquiries and investigations relating to our business activities and disclosure practices. For example, beginning in September 2021, we became subject to government investigations and requests relating to allegations and the release of internal company documents by a former employee.

42

PX0556-043

Table of Contents

Orders issued by, or inquiries or enforcement actions initiated by, government or regulatory authorities could cause us to incur substantial costs, expose us to civil and criminal liability (including liability for our personnel) or penalties (including substantial monetary remedies), interrupt or require us to change our business practices in a manner materially adverse to our business (including changes to our products or user data practices), result in negative publicity and reputational harm, divert resources and the time and attention of management from our business, or subject us to other structural or behavioral remedies that adversely affect our business, and we have experienced some of these adverse effects to varying degrees from time to time.

***Compliance with our FTC consent order, the GDPR, the CCPA, as amended by the CPRA, the ePrivacy Directive, the DMA, the DSA, and other regulatory and legislative privacy requirements require significant operational resources and modifications to our business practices, and any compliance failures may have a material adverse effect on our business, reputation, and financial results.***

We are engaged in ongoing privacy compliance and oversight efforts, including in connection with our modified consent order with the FTC, requirements of the GDPR, and other current and anticipated regulatory and legislative requirements around the world, such as the CCPA, as amended by the CPRA, ePrivacy Directive, DMA, DSA, the Korean Personal Information Protection Act, and the Indian Digital Personal Data Protection Act. In particular, we are maintaining a comprehensive privacy program in connection with the FTC consent order that includes substantial management and board of directors oversight, stringent operational requirements and reporting obligations, prohibitions against making misrepresentations relating to user data, a process to regularly certify our compliance with the privacy program to the FTC, and regular assessments of our privacy program by an independent third-party assessor, which has been and will continue to be challenging and costly to maintain and enhance. These compliance and oversight efforts are increasing demand on our systems and resources, and require significant new and ongoing investments, including investments in compliance processes, personnel, and technical infrastructure. We continually reallocate resources internally to assist with these efforts, and this has had, and will continue to have, an adverse impact on our other business initiatives. In addition, these efforts require substantial modifications to our business practices and make some practices such as product and ads development more difficult, time-consuming, and costly. As a result, we believe our ability to develop and launch new features, products, and services in a timely manner has been and will continue to be adversely affected. Further, our privacy compliance and oversight efforts have required, and we expect will continue to require, significant time and attention from our management and board of directors. The requirements of the FTC consent order and other privacy-related laws and regulations are complex and apply broadly to our business, and from time to time we notify relevant authorities of instances where we are not in full compliance with these requirements or otherwise discover privacy issues, and we expect to continue to do so as any such issues arise in the future. In addition, regulatory and legislative privacy requirements are constantly evolving and can be subject to significant change and uncertain interpretation. For example, we are subject to restrictions and requirements under the DMA, including in areas such as the combination of data across services and product design, which will likely be subject to further interpretation and regulatory engagement.

The FTC initiated an administrative proceeding against us alleging, among other things, deficient compliance with the FTC consent order and seeking substantial modifications to the requirements of the consent order, including a prohibition on our use of minors' data for any commercial purposes, changes to the composition of our board of directors, and significant limitations on our ability to modify and launch new products. We are challenging the FTC's administrative proceeding. If the challenge is unsuccessful and the FTC is able to impose the proposed order in its current form, it would limit our ability to provide certain features and services, engage in certain business practices, require us to further increase the time, resources, and costs we spend on compliance and oversight efforts, and would adversely affect our business and financial results.

If we are unable to successfully implement and comply with the mandates of the FTC consent order (including any future modifications to the order), GDPR, U.S. state privacy laws, including the CCPA, ePrivacy Directive, DMA, DSA, or other regulatory or legislative requirements, or if any relevant authority believes that we are in violation of the consent order or other applicable requirements, we may be subject to regulatory or governmental investigations or lawsuits, which may result in significant monetary fines, judgments, penalties, or other remedies, and we may also be required to make additional changes to our business practices. Any of these events could have a material adverse effect on our business, reputation, and financial results.

PX0556-044

Table of Contents

***We may incur liability as a result of information retrieved from or transmitted over the internet or published using our products or as a result of claims related to our products, and legislation regulating content on our platform may require us to change our products or business practices and may adversely affect our business and financial results.***

We have faced, currently face, and will continue to face claims and government inquiries relating to information or content that is published or made available on our products, including claims, inquiries, and investigations relating to our policies, algorithms, and enforcement actions with respect to such information or content. In particular, the nature of our business exposes us to claims related to defamation, dissemination of misinformation or news hoaxes, deceptive and fraudulent advertising, discrimination, harassment, intellectual property rights, rights of publicity and privacy, personal injury torts, laws regulating hate speech or other types of content, on- or offline safety and well-being (such as acts of violence, terrorism, improper promotion or distribution of pharmaceuticals and illicit drugs, human exploitation, child exploitation, illegal gaming, and other fraudulent or otherwise illegal activity), products liability, consumer protection, and breach of contract, among others. For example, we have recently seen an increase in claims brought by younger users related to well-being issues based on allegedly harmful content that is shared on or recommended by our products. In addition, we have been subject to litigation alleging that our ad targeting and delivery practices constitute violations of anti-discrimination laws.

The potential risks relating to any of the foregoing types of claims are currently enhanced in certain jurisdictions outside the United States where our protection from liability for third-party actions may be unclear or where we may be less protected under local laws than we are in the United States. For example, in April 2019, the European Union passed a directive (the European Copyright Directive) expanding online platform liability for copyright infringement and regulating certain uses of news content online, which most member states have already implemented into their national laws. In addition, the European Union revised the European Audiovisual Media Service Directive to apply to online video-sharing platforms, which member states are implementing. In the United States, in 2023, the U.S. Supreme Court heard oral argument in a matter in which the scope of the protections available to online platforms under Section 230 of the Communications Decency Act (Section 230) was at issue, but it ultimately declined to address Section 230 in its decision. There also have been, and continue to be, various other litigation concerning, and state and federal legislative and executive efforts to remove or restrict, the scope of the protections under Section 230, as well as to impose new obligations on online platforms with respect to commerce listings, user access and content, counterfeit goods and copyright-infringing material, and our current protections from liability for third-party content in the United States could decrease or change. We could incur significant costs investigating and defending such claims and, if we are found liable, significant damages.

We could also face fines, orders restricting or blocking our services in particular geographies, or other judicial or government-imposed remedies as a result of content hosted on our services. For example, legislation in Germany and India has resulted, and may result in the future, in the imposition of fines or other penalties for failure to comply with certain content removal, law enforcement cooperation, and disclosure obligations. Numerous other countries in Europe, the Middle East, Asia-Pacific, and Latin America are considering or have implemented similar legislation imposing liability or potentially significant penalties, including fines, service throttling, or advertising bans, for failure to remove certain types of content or follow certain processes. For example, we have been subject to fines and may in the future be subject to other penalties in connection with social media legislation in Turkey, and we have been subject to fines and service blocking and prohibition in Russia. Content-related legislation also has required us, and may require us in the future, to change our products or business practices, increase our costs, or otherwise impact our operations or our ability to provide services in certain geographies. For example, the European Copyright Directive requires certain online services to obtain authorizations for copyrighted content or to implement measures to prevent the availability of that content, which may require us to make substantial investments in compliance processes. Member states' laws implementing the European Copyright Directive may also require online platforms to pay for content. In addition, our products and services are subject to restrictions and requirements, and we are subject to increased compliance costs, as a result of the Digital Services Act in the European Union, which started to apply to our business as of August 2023, and other content-related legislative developments such as the Online Safety and Media Regulation Act in Ireland and the Online Safety Act in the United Kingdom. Certain countries have also implemented or proposed legislation that may require us to pay publishers for certain news content shared on our products. For example, as a result of such legislation in Canada, we have removed the availability of news content for Canadian users on Facebook and Instagram. In the United States, changes to the protections available under Section 230 or the First Amendment to the U.S. Constitution or new state or federal content-related legislation may increase our costs or require significant changes to our products, business practices, or operations, which could adversely affect user growth and engagement.

Any of the foregoing events could adversely affect our business and financial results.

44

PX0556-045

Table of Contents

***Payment-related activities may subject us to additional regulatory requirements, regulatory actions, and other risks that could be costly and difficult to comply with or that could harm our business.***

Several of our products offer Payments functionality, including enabling our users to purchase tangible, virtual, and digital goods from merchants and developers that offer applications using our Payments infrastructure, send money to other users, and make donations to certain charitable organizations, among other activities. We are subject to a variety of laws and regulations in the United States, Europe, and elsewhere, including those governing anti-money laundering and counter-terrorist financing, money transmission, stored value, gift cards and other prepaid access instruments, electronic funds transfer, virtual currency, consumer protection, charitable fundraising, economic sanctions, and import and export restrictions. In addition, we could become subject to new consumer protection laws and regulations that may be adopted or amended, including those related to payments activity as well as sharing, collection, and use of payments-related data. Depending on how our Payments products evolve, we may also be subject to other laws and regulations including those governing gambling, banking, and lending. In some jurisdictions, the application or interpretation of these laws and regulations is not clear. We have received certain payments licenses in the United States, the European Economic Area, and other jurisdictions for our regulated Payments-related products and activities. These licenses increase flexibility in how our use of Payments may evolve, help mitigate regulatory uncertainty, and will generally require us to demonstrate compliance with many domestic and foreign laws in relation to our regulated Payments products and activities. Our efforts to comply with these laws and regulations could be costly and result in diversion of management time and attention and may still not guarantee compliance. In the event that we are found to be in violation of any such legal or regulatory requirements, we may be subject to monetary fines or other penalties such as a cease and desist order, or we may be required to make product changes, any of which could have an adverse effect on our business and financial results.

In addition, we are subject to a variety of additional risks as a result of Payments transactions, including: increased costs and diversion of management time and attention and other resources to address bad transactions or customer disputes; potential fraudulent or otherwise illegal activity by users, developers, employees, or third parties; restrictions on the investment of consumer funds used to transact Payments; and additional disclosure and reporting requirements. We have also launched payments functionality on certain of our applications and may in the future undertake additional payments initiatives, including as part of our metaverse efforts, which may subject us to many of the foregoing risks and additional licensing requirements.

### Risks Related to Data, Security, Platform Integrity, and Intellectual Property

***Security breaches, improper access to or disclosure of our data or user data, other hacking and phishing attacks on our systems, or other cyber incidents could harm our reputation and adversely affect our business.***

Our industry is prone to cyber-attacks by third parties seeking unauthorized access to our data or users' data or to disrupt our ability to provide service. Our products and services involve the collection, storage, processing, and transmission of a large amount of data. Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data, including personal information, content, or payment information from users, or information from marketers, could result in the loss, modification, disclosure, destruction, or other misuse of such data, which could harm our business and reputation and diminish our competitive position. In addition, computer malware, viruses, social engineering (such as spear phishing attacks), scraping, and general hacking continue to be prevalent in our industry, have occurred on our systems, and will occur on our systems in the future. We also regularly encounter attempts to create false or undesirable user accounts, purchase ads, or take other actions on our platform for purposes such as spamming, spreading misinformation, or other illegal, illicit, or otherwise objectionable ends. As a result of our prominence, the size of our user base, the types and volume of personal data and content on our systems, and the evolving nature of our products and services (including our efforts involving new and emerging technologies), we believe that we are a particularly attractive target for such breaches and attacks, including from nation states and highly sophisticated, state-sponsored, or otherwise well-funded actors, and we experience heightened risk from time to time as a result of geopolitical events. Our efforts to address undesirable activity on our platform also increase the risk of retaliatory attacks. Such breaches and attacks may cause interruptions to the services we provide, degrade the user experience or otherwise adversely affect users, cause users or marketers to lose confidence and trust in our products, impair our internal systems, or result in financial harm to us. Our efforts to protect our company data or the information we receive, and to disable undesirable activities on our platform, may also be unsuccessful due to software bugs or other technical malfunctions; employee, contractor, or vendor error or malfeasance, including social engineering or other cyber-attacks directed towards our personnel, misuse of company data or systems by our personnel, as well as defects or vulnerabilities in our vendors' information technology systems or offerings; government surveillance; breaches of physical security of our facilities, technical infrastructure, or other equipment; or other threats that evolve. In addition, third parties

PX0556-046

Table of Contents

may attempt to fraudulently induce employees or users to disclose information in order to gain access to our data or our users' data. Cyber-attacks continue to evolve in sophistication and volume, and inherently may be difficult to detect for long periods of time. Although we have developed systems and processes that are designed to protect our data and user data, to reduce the risk of data loss or misuse, to disable undesirable accounts and activities on our platform, and to reduce the risk of or detect security breaches, such measures will not provide absolute security, and we cannot assure you that we will be able to react in a timely manner to any cyber-attacks or other security incidents, or that our remediation efforts will be successful. Our business and operations span numerous geographies around the world and involve thousands of employees, contractors, vendors, developers, partners, and other third parties. At any given time, we face known and unknown cybersecurity risks and threats that are not fully mitigated, and we discover vulnerabilities in our security efforts.

In addition, some of our developers or other partners, such as those that help us measure the effectiveness of ads, may receive or store information provided by us or by our users through mobile or web applications integrated with our products. We provide limited information to such third parties based on the scope of services provided to us. However, if these third parties or developers fail to adopt or adhere to adequate data security practices, or in the event of a breach of their networks, our data or our users' data may be improperly accessed, used, or disclosed.

We regularly experience such cyber-attacks and other security incidents of varying degrees, and we incur significant costs in protecting against or remediating such incidents. In addition, we are subject to a variety of laws and regulations in the United States and abroad relating to cybersecurity and data protection, as well as obligations under our modified consent order with the FTC. As a result, affected users or government authorities could initiate legal or regulatory actions against us in connection with any actual or perceived security breaches or improper access to or disclosure of data, which has occurred in the past and which could cause us to incur significant expense and liability or result in orders or consent decrees forcing us to modify our business practices. Such incidents or our efforts to remediate such incidents may also result in a decline in our active user base or engagement levels. Any of these events could have a material and adverse effect on our business, reputation, or financial results.

For example, in September 2018, we announced our discovery of a third-party cyber-attack that exploited a vulnerability in Facebook's code to steal user access tokens, which were then used to access certain profile information from approximately 29 million user accounts on Facebook. The events surrounding this cyber-attack became the subject of Irish Data Protection Commission and other government inquiries. Any such inquiries could subject us to substantial fines and costs, require us to change our business practices, divert resources and the attention of management from our business, or adversely affect our business.

***Intentional misuse of our services and user data and other undesirable activity by third parties on our platform could adversely affect our business.***

We have experienced, and expect to continue to experience, intentional misuse of our services and user data by third parties, as well as other undesirable, illicit, or high-risk activity on our platform. We are making significant investments in privacy, safety, security, and content review efforts to combat these activities, including investigations and audits of platform applications, as well as other enforcement efforts. We have discovered and announced, and anticipate that we will continue to discover and announce, additional incidents of misuse of user data or other undesirable or illicit activity by third parties. We will not discover all such incidents or activity, whether as a result of our data or technical limitations, including our lack of visibility over our encrypted services, the scale of activity on our platform, the allocation of resources to other projects, or other factors, and we may be notified of such incidents or activity by the independent privacy assessor required under our modified consent order with the FTC, government authorities, the media, or other third parties.

Such incidents and activities include the use of user data or our systems in a manner inconsistent with our terms, contracts or policies, the existence of false or undesirable user accounts, election interference, improper advertising practices, activities that threaten people's safety or well-being on- or offline (such as acts of violence, terrorism, improper promotion or distribution of pharmaceuticals and illicit drugs, human exploitation, child exploitation, and illegal gaming), instances of spamming, surveillance, scraping, data harvesting, unsecured datasets, or spreading misinformation, or other fraudulent or otherwise illegal activity. We may also be unsuccessful in our efforts to enforce our policies or otherwise prevent or remediate any such incidents.

Consequences of any of the foregoing developments include negative effects on user trust and engagement, harm to our reputation and brands, changes to our business practices in a manner adverse to our business, and adverse effects on our business and financial results. Such developments have subjected, and may in the future subject, us to additional litigation

Table of Contents

and regulatory inquiries, which could subject us to monetary penalties and damages, divert management's time and attention, and lead to enhanced regulatory oversight.

***Our products and internal systems rely on software and hardware that is highly technical, and any errors, bugs, or vulnerabilities in these systems, or failures to address or mitigate technical limitations in our systems, could adversely affect our business.***

Our products and internal systems rely on software and hardware, including software and hardware developed or maintained internally and/or by third parties (including open source software), that is highly technical and complex. In addition, our products and internal systems depend on the ability of such software and hardware to store, retrieve, process, and manage immense amounts of data. The software and hardware on which we rely has contained, and will in the future contain, errors, bugs, or vulnerabilities, and our systems are subject to certain technical limitations that may compromise our ability to meet our objectives. Some errors, bugs, or vulnerabilities inherently may be difficult to detect and may only be discovered after the code has been released for external or internal use. For example, in September 2018, we announced our discovery of a third-party cyber-attack that exploited a vulnerability in Facebook's code to steal user access tokens and access certain profile information from user accounts on Facebook. Errors, bugs, vulnerabilities, design defects, or technical limitations within the software and hardware on which we rely, or human error in using such systems, have led to, and may in the future lead to, outcomes including a negative experience or other adverse effects for users and marketers who use our products, compromised ability of our products to perform in a manner consistent with our terms, contracts, or policies, delayed product introductions or enhancements, targeting, measurement, or billing errors, compromised ability to protect the data of our users and/or our intellectual property or other data, or reductions in our ability to provide some or all of our services. For example, we make commitments to our users as to how their data will be collected, used, shared, and retained within and across our products, and our systems are subject to errors, bugs and technical limitations that may prevent us from fulfilling these commitments reliably. In addition, any errors, bugs, vulnerabilities, or defects in our systems or the software and hardware on which we rely, failures to properly address or mitigate the technical limitations in our systems, or associated degradations or interruptions of service or failures to fulfill our commitments to our users, have led to, and may in the future lead to, outcomes including damage to our reputation, loss of users, loss of marketers, loss of revenue, regulatory inquiries, litigation, or liability for fines, damages, or other remedies, any of which could adversely affect our business and financial results.

***If we are unable to protect our intellectual property, the value of our brands and other intangible assets may be diminished, and our business may be adversely affected.***

We rely and expect to continue to rely on a combination of confidentiality, assignment, and license agreements with our employees, consultants, and third parties with whom we have relationships, as well as trademark, copyright, patent, trade secret, and domain name protection laws, to protect our proprietary rights. In the United States and internationally, we have filed various applications for protection of certain aspects of our intellectual property, and we currently hold a significant number of registered trademarks and issued patents in multiple jurisdictions and have acquired patents and patent applications from third parties. Third parties may knowingly or unknowingly infringe our proprietary rights, third parties may challenge proprietary rights held by us, and pending and future trademark and patent applications may not be approved. In addition, effective intellectual property protection may not be available in every country in which we operate or intend to operate our business. In any or all of these cases, we may be required to expend significant time and expense in order to prevent infringement or to enforce our rights. Although we have generally taken measures to protect our proprietary rights, there can be no assurance that others will not offer products or concepts that are substantially similar to ours and compete with our business. In addition, we regularly contribute software source code under open source and other permissive licenses and have made other technology we developed available under such licenses, and we include open source software in our products. Additionally, our AI is trained on data sets that may include open source software and the outputs of our AI may be subject to open source license restrictions or obligations. As a result of our open source contributions and the use of open source in our products, we may license or be required to license or disclose code and/or innovations that turn out to be material to our business and may also be exposed to increased litigation risk. If the protection of our proprietary rights is inadequate to prevent unauthorized use or appropriation by third parties, the value of our brands and other intangible assets may be diminished and competitors may be able to more effectively mimic our products, services, and methods of operations. Any of these events could have an adverse effect on our business and financial results.

PX0556-048

Table of Contents

***We are currently, and expect to be in the future, party to patent, trademark, and copyright lawsuits and other intellectual property rights claims that are expensive and time consuming and, if resolved adversely, could have a significant impact on our business, financial condition, or results of operations.***

Companies in the internet, technology, and media industries own large numbers of patents, copyrights, trademarks, and trade secrets, and frequently enter into litigation based on allegations of infringement, misappropriation, or other violations of intellectual property or other rights. In addition, various "non-practicing entities" that own patents and other intellectual property rights often attempt to aggressively assert their rights in order to extract value from technology companies. Furthermore, from time to time we may introduce or acquire new products, including in areas where we historically have not competed, or introduce new features for existing products, which could increase our exposure to intellectual property claims from competitors, non-practicing entities, and other rights holders.

From time to time, we receive notice from patent, copyright, and trademark holders and other parties alleging that certain of our products and services, trademarks, or user content, infringe their intellectual property rights. We presently are involved in a number of intellectual property lawsuits, and as we face increasing competition and develop new products and services, we expect the number of intellectual property claims against us to grow. Defending intellectual property litigation is often costly and can impose a significant burden on management and employees, and there can be no assurances that favorable final outcomes will be obtained in all cases. In addition, plaintiffs may seek, and we may become subject to, preliminary or provisional rulings in the course of any such litigation, including potential preliminary injunctions requiring us to change or cease some or all of our operations. We may decide to settle such lawsuits and disputes on terms that are unfavorable to us. Similarly, if any litigation to which we are a party is resolved adversely, we may be subject to an unfavorable judgment that may not be reversed upon appeal. The terms of such a settlement or judgment may require us to change or cease some or all of our operations or pay substantial amounts to the other party. In addition, we may have to seek a license to continue practices found to be in violation of a third party's rights, which may not be available on reasonable terms, or at all, and may significantly increase our operating costs and expenses. As a result, we may also be required to develop alternative non-infringing technology or practices, or branding or discontinue the practices or branding. The development of alternative non-infringing technology, branding or practices could require significant effort and expense, could result in less effective technology, branding or practices or otherwise negatively affect the user experience, or may not be feasible. We have experienced unfavorable outcomes in such disputes and litigation in the past, and our business, financial condition, and results of operations could be adversely affected as a result of an unfavorable resolution of the disputes and litigation referred to above.

### Risks Related to Ownership of Our Class A Common Stock

***The trading price of our Class A common stock has been and will likely continue to be volatile.***

The trading price of our Class A common stock has been, and is likely to continue to be, volatile. Since shares of our Class A common stock were sold in our initial public offering in May 2012 at a price of $38.00 per share, our stock price has ranged from $17.55 to $384.33 through December 31, 2023. In addition to the factors discussed in this Annual Report on Form 10-K, the trading price of our Class A common stock has in the past fluctuated and may in the future fluctuate significantly in response to numerous factors, many of which are beyond our control, including:

- actual or anticipated fluctuations in our revenue and other operating results for either of our reportable segments;

- the financial projections we may provide to the public, any changes in these projections, or our failure to meet these projections;

- actions of securities analysts who initiate or maintain coverage of us, changes in financial estimates by any securities analysts who follow our company, or our failure to meet these estimates or the expectations of investors;

- additional shares of our stock being sold into the market by us, our existing stockholders, or in connection with acquisitions, or the anticipation of such sales;

- investor sentiment with respect to our competitors, our business partners, and our industry in general;

- announcements by us or our competitors of significant products or features, technical innovations, acquisitions, strategic partnerships, joint ventures, or capital commitments;

PX0556-049

Table of Contents

- announcements by us or estimates by third parties of actual or anticipated changes in the size of our user base, the level of user engagement, or the effectiveness of our ad products;

- changes in operating performance and stock market valuations of technology companies in our industry, including our developers and competitors;

- price and volume fluctuations in the overall stock market, including as a result of trends in the economy as a whole;

- the inclusion, exclusion, or deletion of our stock from any trading indices, such as the S&P 500 Index;

- media coverage of our business and financial performance;

- lawsuits threatened or filed against us, or developments in pending lawsuits;

- adverse government actions or legislative or regulatory developments relating to advertising, competition, content, privacy, or other matters, including interim or final rulings by tax, judicial, or regulatory bodies;

- trading activity in our share repurchase program; and

- other events or factors, including those resulting from war, incidents of terrorism, pandemics, and other disruptive external events, or responses to these events.

In addition, the stock markets have experienced extreme price and volume fluctuations that have affected and continue to affect the market prices of equity securities of many technology companies. We are currently subject to securities litigation in connection with our platform and user data practices and the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies; the disclosure of our earnings results for the second quarter of 2018; a former employee's allegations and release of internal company documents beginning in September 2021; and the disclosure of our earnings results for the fourth quarter of 2021. We may experience more such litigation following future periods of volatility. Any securities litigation could subject us to substantial costs, divert resources and the attention of management from our business, and adversely affect our business.

***The dual class structure of our common stock has the effect of concentrating voting control with our CEO and certain other holders of our Class B common stock; this will limit or preclude your ability to influence corporate matters.***

Our Class B common stock has ten votes per share and our Class A common stock has one vote per share. Holders of our Class B common stock, including our founder, Board Chair, and CEO, together hold a majority of the combined voting power of our outstanding capital stock, and therefore are able to control the outcome of all matters submitted to our stockholders for approval so long as the shares of Class B common stock represent at least 9.1% of all outstanding shares of our Class A and Class B common stock. This concentrated control will limit or preclude your ability to influence corporate matters for the foreseeable future.

Transfers by holders of Class B common stock will generally result in those shares converting to Class A common stock, subject to limited exceptions, such as certain transfers effected for estate planning or charitable purposes. The conversion of Class B common stock to Class A common stock will have the effect, over time, of increasing the relative voting power of those holders of Class B common stock who retain their shares in the long term. If, for example, Mr. Zuckerberg retains a significant portion of his holdings of Class B common stock for an extended period of time, he could, in the future, continue to control a majority of the combined voting power of our outstanding capital stock.

49

Table of Contents

***Our status as a "controlled company" could make our Class A common stock less attractive to some investors or otherwise harm our stock price.***

Because we qualify as a "controlled company" under the corporate governance rules for Nasdaq-listed companies, we are not required to have a majority of our board of directors be independent, nor are we required to have a compensation committee or an independent nominating function. In the future we could elect not to have a majority of our board of directors be independent or not to have a compensation committee or an independent nominating function. Accordingly, should the interests of our controlling stockholder differ from those of other stockholders, the other stockholders may not have the same protections afforded to stockholders of companies that are subject to all of the corporate governance rules for Nasdaq-listed companies. Our status as a controlled company could make our Class A common stock less attractive to some investors or otherwise harm our stock price.

***Delaware law and provisions in our certificate of incorporation and bylaws could make a merger, tender offer, or proxy contest difficult, thereby depressing the trading price of our Class A common stock.***

Our status as a Delaware corporation and the anti-takeover provisions of the Delaware General Corporation Law may discourage, delay, or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. In addition, our current certificate of incorporation and bylaws contain provisions that may make the acquisition of our company more difficult, including the following:

- until the first date on which the outstanding shares of our Class B common stock represent less than 35% of the combined voting power of our common stock, any transaction that would result in a change in control of our company requires the approval of a majority of our outstanding Class B common stock voting as a separate class;

- we currently have a dual class common stock structure, which provides Mr. Zuckerberg with the ability to control the outcome of matters requiring stockholder approval, even if he owns significantly less than a majority of the shares of our outstanding Class A and Class B common stock;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, certain amendments to our certificate of incorporation or bylaws will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, vacancies on our board of directors will be able to be filled only by our board of directors and not by stockholders;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our board of directors will be classified into three classes of directors with staggered three-year terms and directors will only be able to be removed from office for cause;

- when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of our common stock, our stockholders will only be able to take action at a meeting of stockholders and not by written consent;

- only our board chair, our chief executive officer, our president, or a majority of our board of directors are authorized to call a special meeting of stockholders;

- advance notice procedures apply for stockholders to nominate candidates for election as directors or to bring matters before an annual meeting of stockholders;

- our certificate of incorporation authorizes undesignated preferred stock, the terms of which may be established, and shares of which may be issued, without stockholder approval; and

- certain litigation against us can only be brought in Delaware.

PX0556-051

Table of Contents

**Item 1B. Unresolved Staff Comments**

None.

**Item 1C. Cybersecurity**

At Meta, cybersecurity risk management is an important part of our overall risk management efforts. Our industry is prone to cybersecurity threats and attacks, and we regularly experience cybersecurity incidents of varying degrees. We believe we are a particularly attractive target as a result of our prominence and scale, the types and volume of personal data and content on our systems, and the evolving nature of our products and services. Our products and services reach billions of users and involve the collection, storage, processing, and transmission of a large amount of data. In addition, our business and operations span numerous geographies around the world, involve thousands of employees, contractors, vendors, developers, partners, and other third parties, and rely on software and hardware that is highly technical and complex. We maintain an information security program that is comprised of policies and controls designed to mitigate cybersecurity risk. However, at any given time, we face known and unknown cybersecurity risks and threats that are not fully mitigated, and we discover vulnerabilities in our program. We continuously work to enhance our information security program and risk management efforts.

We use a risk management framework based on applicable laws and regulations, and informed by industry standards and industry-recognized practices, for managing cybersecurity risks within our products and services, infrastructure, and corporate resources. To identify and assess risks from cybersecurity threats, we evaluate a variety of developments including threat intelligence, first- and third-party vulnerabilities, evolving regulatory requirements, and observed cybersecurity incidents, among others. We regularly conduct risk assessments to evaluate the maturity and effectiveness of our systems and processes in addressing cybersecurity threats and to identify any areas for remediation and opportunities for enhancements. We also engage third-party security experts and consultants to assist with assessment and enhancement of our cybersecurity risk management processes, as well as benchmarking against industry practices. In addition, we maintain a privacy risk management program to assess privacy risks related to how we are collecting, using, sharing, and storing user data, which is subject to assessment by an independent, third-party privacy assessor. Our internal audit function provides independent assessment and assurance on the overall operations of our cybersecurity and privacy programs and the supporting control frameworks. These processes support informed risk-based decision-making and prioritization of cybersecurity countermeasures and risk mitigation strategies. Our risk mitigation strategies include a broad variety of technical and operational measures, as well as annual cybersecurity and privacy training for all of our employees.

In addition, we maintain specific policies and practices governing our third-party security risks, including our third-party assessment (TPA) process. Under our TPA process, we gather information from certain third parties who contract with Meta and share or receive data, or have access to or integrate with our systems, in order to help us assess potential risks associated with their security controls. We also generally require third parties to, among other things, maintain security controls to protect our confidential information and data, and notify us of material data breaches that may impact our data.

Our board of directors has oversight of our strategic and business risk management and has delegated cybersecurity risk management oversight to the audit & risk oversight committee of our board of directors (Audit & Risk Oversight Committee). Our Audit & Risk Oversight Committee is responsible for ensuring that management has processes in place designed to identify and evaluate cybersecurity risks to which the company is exposed and to implement processes and programs to manage cybersecurity risks and mitigate cybersecurity incidents. The privacy committee of our board of directors (Privacy Committee) oversees risks related to privacy and data use, including overseeing compliance with our comprehensive privacy program. Management is responsible for identifying, assessing, and managing material cybersecurity risks on an ongoing basis, establishing processes to ensure that such potential cybersecurity risk exposures are monitored, putting in place appropriate mitigation measures, maintaining cybersecurity policies and procedures, and providing regular reports to our board of directors, including through the Audit & Risk Oversight Committee and Privacy Committee.

Our Chief Information Security Officer (CISO) Guy Rosen leads our cybersecurity program and oversees teams across the company supporting our security functions of identify, prevent, detect, respond, and recover. These teams are comprised of personnel with a broad range of experience across the private and public sectors, the technology industry, and different geographic regions. Mr. Rosen has two decades of experience in various cybersecurity, software development, product management, and other technology-related roles. Mr. Rosen has served in a number of significant leadership roles at our company since 2013, including oversight of security, safety, and integrity initiatives, and was appointed as our CISO in 2022.

PX0556-052

Table of Contents

Prior to joining our company, Mr. Rosen served in senior leadership, engineering, and operational roles across technology organizations.

Our cybersecurity teams monitor the prevention, detection, mitigation, and remediation of cybersecurity incidents through a variety of technical and operational measures, and regularly report to our CISO. Our CISO is part of the senior management team at the company and regularly updates the Audit & Risk Oversight Committee on the company's cybersecurity program, including cybersecurity risks, incidents, and mitigation strategies.

In 2023, we did not identify any cybersecurity threats that have materially affected or are reasonably likely to materially affect our business strategy, results of operations, or financial condition. However, despite our efforts, we cannot eliminate all risks from cybersecurity threats, or provide assurances that we have not experienced undetected cybersecurity incidents. For additional information about these risks, see Part I, Item 1A, "Risk Factors" in this Annual Report on Form 10-K.

## Item 2.  Properties

Our corporate headquarters are located in Menlo Park, California. As of December 31, 2023, we owned and leased approximately 10 million square feet of office and building space for our corporate headquarters and in the surrounding areas, which included approximately three million square feet of unoccupied office and building space that we plan to either sublease, early terminate, or abandon related to our facilities consolidation restructuring efforts. We also owned and leased approximately 62 acres of land to be developed to accommodate anticipated future growth.

In addition, we have offices in approximately 90 cities across North America, Europe, the Middle East, Africa, Asia Pacific, and Latin America. We also own 21 data center locations globally.

See Note 3 — Restructuring in the notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information regarding our facilities consolidation efforts.

We believe that our facilities are adequate for our current needs.

## Item 3.  Legal Proceedings

As a multinational company with a complex and evolving business, we are, and expect to continue to be, subject to numerous claims, litigation, regulatory, tax, and government inquiries and investigations, and other legal proceedings in jurisdictions around the world. Although we believe many of these matters are without merit and are vigorously defending them, we may not be successful. Any litigation to which we are a party may be resolved adversely or we may be subject to an unfavorable judgment that may not be reversed upon appeal. We may also decide to settle litigation, disputes, or other legal proceedings in some instances on terms that are unfavorable to us. In addition, we may become subject to orders or consent decrees imposed by government or regulatory authorities. Any such developments could cause us to incur substantial costs, expose us to civil and criminal liability (including liability for our personnel) or penalties (including substantial monetary remedies), interrupt or require us to change our business practices in a manner materially adverse to our business (including changes to our products and services or user data practices), result in negative publicity and reputational harm, divert resources and the time and attention of management from our business, or subject us to other structural or behavioral remedies that adversely affect our business. We have experienced such outcomes to varying degrees in the past, and we expect to continue to face a challenging litigation and regulatory environment, including in light of complex and evolving laws and regulations, as well as the scale of our business and the size of our user and advertiser base.

Over the last several years, the number and potential significance of the litigation and investigations involving the company have increased, and there can be no assurance that this trend will not continue. For example, we are facing numerous cases in the United States in which plaintiffs are attempting to avoid or limit the application of Section 230 of the Communications Decency Act to their claims. Outside of the United States, we are subject to new regulatory regimes, including the Digital Services Act, Digital Markets Act, and similar statutes in non-EU countries, and new fining guidelines under existing regulatory regimes like the General Data Protection Regulation (GDPR). We are also responding to litigation and government investigations related to our alleged role in causing or contributing to various societal harms, including mental and physical health and safety impacts on users, particularly younger users, child and adult sexual exploitation, illegal activity with respect to drugs, fraud, unlawful discrimination, and other harms potentially impacting large numbers of people.

PX0556-053

Table of Contents

This is in addition to significant tax, antitrust, stockholder, and privacy litigation and investigations. Furthermore, as the number of our users and amount of our revenue have grown, our potential exposure to substantial damages awards and fines has increased.

In some instances, particularly with novel legal and factual claims, new regulatory regimes or statutes that have not previously been enforced, or where the nature or type of enforcement pursued against us is novel, it can be very difficult to assess the likelihood or extent of potential liabilities, including the applicability and amount of any fines or penalties. While we have identified below certain matters that we believe to be material, there can be no assurance that additional material losses or limitations on our activities will not result from claims that have not yet been asserted or are not yet determined to be material.

**Privacy and Related Matters**

Beginning on March 20, 2018, multiple putative class actions were filed in state and federal courts in the United States and elsewhere against us and certain of our directors and officers alleging various causes of action in connection with our platform and user data practices as well as the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies, and seeking unspecified damages and injunctive relief. With respect to the putative class actions alleging fraud and violations of consumer protection, privacy, and other laws in connection with the same matters, several of the cases brought on behalf of consumers in the United States were consolidated in the U.S. District Court for the Northern District of California (*In re Facebook, Inc., Consumer Privacy User Profile Litigation*). On September 9, 2019, the court granted, in part, and denied, in part, our motion to dismiss the consolidated putative consumer class action. On December 22, 2022, the parties entered into a settlement agreement to resolve the lawsuit, which provides for a payment of $725 million by us. The settlement was approved by the court on October 10, 2023, and the payment was made in November 2023. In addition, our platform and user data practices, as well as the events surrounding the misuse of certain data by a developer, became the subject of U.S. Federal Trade Commission (FTC), state attorneys general, and other government inquiries in the United States, Europe, and other jurisdictions. We entered into a settlement and modified consent order to resolve the FTC inquiry, which took effect in April 2020 and required us to pay a penalty of $5.0 billion and to significantly enhance our practices and processes for privacy compliance and oversight. The state attorneys general inquiry and certain government inquiries in other jurisdictions remain ongoing and could subject us to additional substantial fines and costs, require us to change our business practices, divert resources and the attention of management from our business, or adversely affect our business. On July 16, 2021, a stockholder derivative action was filed in Delaware Court of Chancery against certain of our directors and officers asserting breach of fiduciary duty and related claims relating to our historical platform and user data practices, as well as our settlement with the FTC. On July 20, 2021, other stockholders filed an amended derivative complaint in a related Delaware Chancery Court action, asserting breach of fiduciary duty and related claims against certain of our current and former directors and officers in connection with our historical platform and user data practices. On November 4, 2021, the lead plaintiffs filed a second amended and consolidated complaint in the stockholder derivative action. The pending consolidated matter is *In re Facebook Inc. Derivative Litigation*. On January 19, 2022, we filed a motion to dismiss, which was denied in part on May 10, 2023. The insider trading claim was dismissed as to all defendants except Mark Zuckerberg, and the motion was denied as to the breach of fiduciary duty claims.

On May 3, 2023, the FTC filed a public administrative proceeding (*In the Matter of Facebook, Inc.*), seeking substantial changes to the modified consent order, which took effect in April 2020 after its entry by the U.S. District Court for the District of Columbia. The changes sought by the FTC are set forth in a proposed order and include, among others, a prohibition on our use of minors' data for any commercial purposes, changes to the composition of our board of directors, and significant limitations on our ability to modify and launch new products. On May 31, 2023, we filed a motion before the U.S. District Court for the District of Columbia (*USA v. Facebook, Inc.*) seeking to enjoin the FTC from further pursuing its agency process to modify the modified consent order. On November 27, 2023, the district court denied our motion, and we have appealed to the U.S. Court of Appeals for the District of Columbia Circuit (*U.S. v. Facebook, Inc.*) and sought to stay the FTC proceeding pending resolution of the appeal. On January 12, 2024, the district court denied our motion for a stay pending appeal and, on January 25, 2024, we filed a motion for a stay pending appeal before the Court of Appeals. On November 29, 2023, we separately filed a complaint, also in the U.S. District Court for the District of Columbia (*Meta Platforms, Inc. v. FTC*), asserting constitutional challenges to the structure of the FTC, and seeking to preliminarily enjoin the FTC proceeding during the pendency of the litigation. On December 13, 2023, the FTC filed an opposition to our motion for preliminary injunction and a motion to dismiss the complaint. Oral argument on our motion to enjoin and the FTC's motion to dismiss is scheduled for March 1, 2024. If the FTC proceeding is not enjoined or stayed, our response in the proceeding will be due on March 15, 2024, after which time the FTC could amend the order to impose these additional requirements set forth in the proposed order. We should have the opportunity to appeal an FTC decision modifying the order and could request the

PX0556-054

Table of Contents

appellate court to stay the enforcement of the modifications to the order while the appeal is pending. It is unclear whether the appeal or the request for a stay would be successful.

We also notify the Irish Data Protection Commission (IDPC), our lead European Union privacy regulator under the GDPR, of certain other personal data breaches and privacy issues, and are subject to inquiries and investigations by the IDPC and other European regulators regarding various aspects of our regulatory compliance. For example, on May 12, 2023, the IDPC issued a Final Decision concluding that Meta Platforms Ireland's reliance on Standard Contractual Clauses in respect of certain transfers of European Economic Area (EEA) Facebook user data was not in compliance with the GDPR. The IDPC issued an administrative fine of EUR €1.2 billion as well as corrective orders requiring Meta Platforms Ireland to suspend the relevant transfers and to bring its processing operations into compliance with Chapter V GDPR by ceasing the unlawful processing, including storage, of such data in the United States. We are appealing this decision and the corrective orders are currently subject to an interim stay from the Irish High Court. On October 7, 2022, President Biden signed the Executive Order on Enhancing Safeguards for United States Signals Intelligence Activities (E.O.), and on June 30, 2023, the European Union and the three additional countries making up the EEA were designated by the United States Attorney General as a "qualifying state" under Section 3(f) of the E.O. On July 10, 2023, the European Commission adopted an adequacy decision in relation to the United States. The adequacy decision concludes that the United States ensures an adequate level of protection for personal data transferred from the European Union to organizations in the United States that are included in the "Data Privacy Framework List," maintained and made publicly available by the United States Department of Commerce pursuant to the EU-U.S. Data Privacy Framework (EU-U.S. DPF). The implementation of the EU-U.S. DPF and the adequacy decision are important and welcome milestones, and we are implementing steps to comply with the above corrective orders following engagement with the IDPC. For additional information, see Part II, Item 1A, "Risk Factors—Our business is subject to complex and evolving U.S. and foreign laws and regulations regarding privacy, data use and data protection, content, competition, safety and consumer protection, e-commerce, and other matters" in this Annual Report on Form 10-K. Any such inquiries or investigations (including the IDPC proceedings) could subject us to substantial fines and costs, require us to change our business practices, divert resources and the attention of management from our business, or adversely affect our business.

On February 14, 2022, the State of Texas filed a lawsuit against us in Texas state court (*Texas v. Meta Platforms, Inc.*) alleging that "tag suggestions" and other uses of facial recognition technology violated the Texas Capture or Use of Biometric Identifiers Act and the Texas Deceptive Trade Practices-Consumer Protection Act, and seeking statutory damages and injunctive relief. The case is currently scheduled for trial in June 2024.

Beginning on June 7, 2021, multiple putative class actions were filed against us alleging that we improperly received individuals' information from third-party websites or apps via our business tools in violation of our terms and various state and federal laws and seeking unspecified damages and injunctive relief (for example, *In re Meta Pixel Healthcare Litigation; In re Meta Pixel Tax Filing Cases; Frasco v. Flo Health, Inc.; Doe v. Hey Favor, Inc. et al.; Doe v. GoodRx Holdings, Inc. et al.* in the U.S. District Court for the Northern District of California; and *Rickwalder, et al. v. Meta Platforms, Inc.* in the California Supreme Court).

**Competition**

We are subject to various litigation and government inquiries and investigations, formal or informal, by competition authorities in the United States, Europe, and other jurisdictions. Such investigations, inquiries, and lawsuits concern, among other things, our business practices in the areas of social networking or social media services, digital advertising, and/or mobile or online applications, as well as our acquisitions. For example, in 2019 we became the subject of antitrust investigations by the FTC and U.S. Department of Justice. On December 9, 2020, the FTC filed a complaint (*FTC v. Meta Platforms, Inc.*) against us in the U.S. District Court for the District of Columbia alleging that we engaged in anticompetitive conduct and unfair methods of competition in violation of Section 5 of the Federal Trade Commission Act and Section 2 of the Sherman Act, including by acquiring Instagram in 2012 and WhatsApp in 2014 and by maintaining conditions on access to our platform. The FTC sought a permanent injunction against our company's alleged violations of the antitrust laws, and other equitable relief, including divestiture or reconstruction of Instagram and WhatsApp. On June 28, 2021, the court granted our motion to dismiss the complaint filed by the FTC with leave to amend. On August 19, 2021, the FTC filed an amended complaint, and on October 4, 2021, we filed a motion to dismiss this amended complaint. On January 11, 2022, the court denied our motion to dismiss the FTC's amended complaint. Multiple putative class actions have also been filed in state and federal courts in the United States and in the United Kingdom against us alleging violations of antitrust laws and other causes of action in connection with these acquisitions and/or other alleged anticompetitive conduct, and seeking damages and injunctive relief. Several of the cases brought on behalf of certain advertisers and users in the United States were consolidated

PX0556-055

Table of Contents

in the U.S. District Court for the Northern District of California (*Klein et al., v. Meta Platforms, Inc.*). On January 14, 2022, the court granted, in part, and denied, in part, our motion to dismiss the consolidated actions. On March 1, 2022, a first amended consolidated complaint was filed in the putative class action brought on behalf of certain advertisers. On December 6, 2022, the court denied our motion to dismiss the first amended consolidated complaint filed in the putative class action brought on behalf of certain advertisers. In December 2022, the European Commission issued a Statement of Objections alleging that we tie Facebook Marketplace to Facebook and use data in a manner that infringes European Union competition rules.

On February 6, 2019, the German Federal Cartel Office (FCO) issued an antitrust injunction order claiming that our terms and policies on data sharing across our apps, and collection from third-party websites via our business tools, breached European data protection principles and German competition law. We brought a lawsuit seeking to invalidate the order on February 11, 2019. On March 24, 2021, the Higher Regional Court, Düsseldorf, Germany referred several questions to the Court of Justice of the European Union (CJEU) including certain questions regarding interpretation of the GDPR. On July 4, 2023, the CJEU issued a decision which in particular made it more difficult to rely on "legitimate interests," and "contractual necessity" as opposed to user "consent," as a legal basis for data processing under the GDPR for ads and personalization purposes.

The result of such litigation, investigations or inquiries could subject us to substantial monetary remedies and costs, interrupt or require us to change our business practices, divert resources and the attention of management from our business, or subject us to other structural or behavioral remedies that adversely affect our business.

**Securities and Other Actions**

Beginning on March 20, 2018, multiple putative class actions and derivative actions were filed in state and federal courts in the United States and elsewhere against us and certain of our directors and officers alleging violations of securities laws, breach of fiduciary duties, and other causes of action in connection with our platform and user data practices as well as the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies, and seeking unspecified damages and injunctive relief. Beginning on July 27, 2018, two putative class actions were filed in federal court in the United States against us and certain of our directors and officers alleging violations of securities laws in connection with the disclosure of our earnings results for the second quarter of 2018 and seeking unspecified damages. These two actions subsequently were transferred and consolidated in the U.S. District Court for the Northern District of California (*In Re Facebook, Inc. Securities Litigation*) with the putative securities class action described above relating to our platform and user data practices. In a series of orders in 2019 and 2020, the district court granted our motions to dismiss the plaintiffs' claims. On January 17, 2022, the plaintiffs filed a notice of appeal of the order dismissing their case, and on October 18, 2023, the U.S. Court of Appeals for the Ninth Circuit issued its decision affirming in part and reversing in part the district court's order dismissing the plaintiffs' case.

We are also subject to other government inquiries and investigations relating to our business activities and disclosure practices. For example, beginning in September 2021, we became subject to government investigations and requests relating to a former employee's allegations and release of internal company documents concerning, among other things, our algorithms, advertising and user metrics, and content enforcement practices, as well as misinformation and other undesirable activity on our platform, and user well-being. We have since received additional requests relating to these and other topics. Beginning on October 27, 2021, multiple putative class actions and derivative actions were filed in the U.S. District Court for the Northern District of California against us and certain of our directors and officers alleging violations of securities laws, breach of fiduciary duties, and other causes of action in connection with the same matters, and seeking unspecified damages. *Ohio Pub. Empl. Ret. Sys. v. Meta Platforms, Inc.*

On March 8, 2022, a putative class action was filed in the U.S. District Court for the Northern District of California against us and certain of our directors and officers alleging violations of securities laws in connection with the disclosure of our earnings results for the fourth quarter of 2021 and seeking unspecified damages (*Plumbers & Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc.*). On July 18, 2023, the court dismissed the claims against Meta and its officers with leave to amend. On September 18, 2023, the plaintiffs filed an amended complaint.

**Youth-Related Actions**

Beginning in January 2022, we became subject to litigation and other proceedings that were filed in various federal and state courts alleging that Facebook and Instagram cause "social media addiction" in users, with most proceedings focused

PX0556-056

Table of Contents

on those under 18 years old, resulting in various mental health and other harms. Putative class actions have been filed in the United States and Canada on behalf of users in those jurisdictions, and numerous school districts, municipalities and one state in the United States have filed public nuisance claims based on similar allegations. On October 6, 2022, the federal cases were centralized in the U.S. District Court for the Northern District of California (*In re Social Media Adolescent Addiction Product Liability Personal Injury Litigation*). On October 13, 2023, in *In re Social Media Cases*, the Los Angeles County Superior Court presiding over the California state court proceedings sustained in part and overruled in part our demurrer as to the plaintiff's claims. Beginning in October 2023, additional U.S. states have filed lawsuits on these topics in various federal and state courts. These additional lawsuits include allegations regarding violations of the Children's Online Privacy Protection Act (COPPA) as well as violations of state laws concerning consumer protection, unfair business practices, and products liability, with proceedings focused on our alleged business practices and harms to users under 18 years old. These lawsuits seek damages and injunctive relief, and include cases filed by various state attorneys general in *In re Social Media Adolescent Addiction Product Liability Personal Injury Litigation* in the U.S. District Court for the Northern District of California, as well as various state courts around the country. We are also subject to government investigations and requests from multiple regulators concerning the use of our products, and the alleged mental and physical health and safety impacts on users, particularly younger users.

**Other Actions**

Beginning on August 15, 2018, multiple putative class actions were filed against us alleging that we inflated our estimates of the potential audience size for advertisements, resulting in artificially increased demand and higher prices. The cases were consolidated in the U.S. District Court for the Northern District of California (*DZ Reserve v. Facebook, Inc.*) and seek unspecified damages and injunctive relief. In a series of rulings in 2019, 2021, and 2022, the court dismissed certain of the plaintiffs' claims, but permitted their fraud and unfair competition claims to proceed. On March 29, 2022, the court granted the plaintiffs' motion for class certification. On June 21, 2022, the U.S. Court of Appeals for the Ninth Circuit granted our petition for permission to appeal the district court's class certification order, and the court heard argument on September 12, 2023. The case is stayed in the district court pending appeal.

Beginning on July 7, 2023, multiple putative class actions were filed against us in the U.S. District Court for the Northern District of California (*Kadrey, et al. v. Meta Platforms, Inc.* and *Chabon, et al. v. Meta Platforms, Inc.*) and U.S. District Court for the Southern District of New York (*Huckabee, et al. v. Meta Platforms, Inc. et al., which was subsequently transferred to the U.S. District Court for the Northern District of California*) alleging that we used various copyrighted books and materials to train our artificial intelligence models, and seeking unspecified damages and injunctive relief.

In the first quarter of 2024, the Supreme Court is scheduled to hear argument in *Vivek H. Murthy, Surgeon General, et al. v. Missouri, et al.*, on the question of whether federal government officials violated the First Amendment in their communications with the company and others related to content moderation practices, and to hear argument in *Netchoice, et al. v. Paxton* and *Moody, et al.* v. *Netchoice et al.*, regarding the application of the First Amendment relating to content moderation on tech platforms. Although Meta is not a defendant in these actions, the Supreme Court's decision and ultimate resolution of the lawsuit could impact our business.

In addition, we are subject to litigation and other proceedings involving law enforcement and other regulatory agencies, including in particular in Brazil, Russia, and other countries in Europe, in order to ascertain the precise scope of our legal obligations to comply with the requests of those agencies, including our obligation to disclose user information in particular circumstances. A number of such instances have resulted in the assessment of fines and penalties against us. We believe we have multiple legal grounds to satisfy these requests or prevail against associated fines and penalties, and we intend to vigorously defend such fines and penalties.

We are also party to various other legal proceedings, claims, and regulatory, tax or government inquiries and investigations that arise in the ordinary course of business, and we expect to be subject to additional legal proceedings and disputes in the future.

**Item 4.  Mine Safety Disclosures**

Not applicable.

PX0556-057

Table of Contents

# PART II

### Item 5.  Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities

**Market Information for Common Stock**

Our Class A common stock is trading on the Nasdaq Global Select Market under the ticker symbol 'META'. This replaced the ticker symbol 'FB,' which had been used since the company's initial public offering in 2012. Prior to that time, there was no public market for our stock.

Our Class B common stock is not listed on any stock exchange nor traded on any public market.

**Holders of Record**

As of December 31, 2023, there were 3,098 stockholders of record of our Class A common stock, and the closing price of our Class A common stock was $353.96 per share as reported on the Nasdaq Global Select Market. Because many of our shares of Class A common stock are held by brokers and other institutions on behalf of stockholders, we are unable to estimate the total number of stockholders represented by these record holders. As of December 31, 2023, there were 23 stockholders of record of our Class B common stock.

**Dividend Policy**

Prior to 2024, we had never declared or paid any cash dividend on our common stock. On February 1, 2024 we announced the initiation of our first ever cash dividend program. This cash dividend of $0.50 per share of Class A common stock and Class B common stock (together, the "common stock") is equivalent to $2.00 per share on an annual basis. The first cash dividend will be paid on March 26, 2024 to all holders of record of common stock at the close of business on February 22, 2024.

The payment of future cash dividends is subject to future declaration by our board of directors, which will be based in part on continued capital availability, market conditions, applicable laws and agreements, and our board of directors continuing to determine that the declaration of dividends is in the best interests of our stockholders.

**Purchases of Equity Securities by the Issuer and Affiliated Purchasers**

The following table summarizes the share repurchase activity for the three months ended December 31, 2023:

| | Total Number of Shares Purchased | | Average Price Paid Per Share [2] | | Total Number of Shares Purchased as Part of Publicly Announced Programs [1] | | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs [1] |
| | (in thousands) | | | | (in thousands) | | (in millions) |
|---|---|---|---|---|---|---|---|
| October 1 - 31, 2023 | 10,105 | $ | 294.59 | | 10,105 | $ | 34,246 |
| November 1 - 30, 2023 | — | $ | — | | — | $ | 34,246 |
| December 1 - 31, 2023 | 9,607 | $ | 345.27 | | 9,607 | $ | 30,929 |
| Total | 19,712 | | | | 19,712 | | |

(1) On November 18, 2016, we announced that our board of directors had authorized a share repurchase program of our Class A common stock, which commenced in January 2017 and does not have an expiration date. In January 2024, an additional $50 billion of repurchases was authorized under this program. The timing and actual number of shares repurchased depend on a variety of factors, including price, general business and market conditions, and other investment opportunities, and shares may be repurchased through open market purchases or privately negotiated transactions, including the use of trading plans intended to qualify under Rule 10b5-1 under the Exchange Act. See Note 13 — Stockholders' Equity in Part II, Item 8 of this Annual Report on Form 10-K for additional information related to share repurchases.

(2) Average price paid per share includes costs associated with the repurchases but excludes the 1% excise tax accrued on our share repurchases as a result of the Inflation Reduction Act of 2022.

PX0556-058

Table of Contents

**Recent Sale of Unregistered Securities and Use of Proceeds**

    *Recent Sale of Unregistered Securities*

    None.

**Stock Performance Graph**

*This performance graph shall not be deemed "soliciting material" or to be "filed" with the SEC for purposes of Section 18 of the Exchange Act, or otherwise subject to the liabilities under that Section, and shall not be deemed to be incorporated by reference into any filing of Meta Platforms, Inc. under the Securities Act of 1933, as amended, or the Exchange Act.*

    The following graph shows a comparison of the cumulative total return for our Class A common stock, the Dow Jones Internet Composite Index (DJINET), the Standard & Poor's 500 Stock Index (S&P 500) and the Nasdaq Composite Index (Nasdaq Composite) for the five years ended December 31, 2023. The graph assumes that $100 was invested at the market close on the last trading day for the fiscal year ended December 31, 2018 in the Class A common stock of Meta Platforms, Inc., the DJINET, the S&P 500, and the Nasdaq Composite and data for the DJINET, the S&P 500, and the Nasdaq Composite assumes reinvestments of gross dividends. The stock price performance of the following graph is not necessarily indicative of future stock price performance.



Comparison of Five-Year Cumulative Total Return for Meta Platforms, Inc.,

DJINET, S&P 500 and Nasdaq Composite

**Item 6.  [Reserved]**

PX0556-059

Table of Contents

**Item 7.  Management's Discussion and Analysis of Financial Condition and Results of Operations**

*You should read the following discussion of our financial condition and results of operations in conjunction with our consolidated financial statements and the related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K. In addition to our historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and elsewhere in this Annual Report on Form 10-K, particularly in Part I, Item 1A, "Risk Factors." For a discussion of limitations in the measurement of certain of our community metrics, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K.*

*To supplement our consolidated financial statements, which are prepared and presented in accordance with generally accepted accounting principles in the United States (GAAP), we present revenue on a constant currency basis and free cash flow, which are non-GAAP financial measures. Revenue on a constant currency basis is presented in the section entitled "—Revenue—Foreign Exchange Impact on Revenue." To calculate revenue on a constant currency basis, we translated revenue for the full year 2023 using 2022 monthly exchange rates for our settlement or billing currencies other than the U.S. dollar. For a full description of our free cash flow non-GAAP measure, see the section entitled "—Liquidity and Capital Resources—Free Cash Flow."*

*These non-GAAP financial measures are not intended to be considered in isolation or as a substitute for, or superior to, financial information prepared and presented in accordance with GAAP. These measures may be different from non-GAAP financial measures used by other companies, limiting their usefulness for comparison purposes. Moreover, presentation of revenue on a constant currency basis is provided for year-over-year comparison purposes, and investors should be cautioned that the effect of changing foreign currency exchange rates has an actual effect on our operating results. We believe these non-GAAP financial measures provide investors with useful supplemental information about the financial performance of our business, enable comparison of financial results between periods where certain items may vary independent of business performance, and allow for greater transparency with respect to key metrics used by management in operating our business.*

**Executive Overview of Full Year 2023 Results**

Our mission is to give people the power to build community and bring the world closer together.

Our financial results and key community metrics for 2023 are set forth below. Our total revenue for 2023 was $134.90 billion, an increase of 16% compared to 2022, due to an increase in advertising revenue. Revenue on a constant currency basis would have increased 15% compared to 2022. Ad impressions delivered across our Family of Apps increased 28% year-over-year in 2023, partially offset by a 9% year-over-year decrease in the average price per ad.

Income from operations for 2023 was $46.75 billion, an increase of $17.81 billion, or 62%, compared to 2022, driven by an increase in advertising revenue.

PX0556-060

Table of Contents

*Consolidated and Segment Results*

We report our financial results for our two reportable segments: Family of Apps (FoA) and Reality Labs (RL). FoA includes Facebook, Instagram, Messenger, WhatsApp, and other services. RL includes our augmented, mixed and virtual reality related consumer hardware, software, and content.

| | Family of Apps | | | Reality Labs | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | Year Ended December 31, | | | Year Ended December 31, | | |
| | 2023 | 2022 | % change | 2023 | 2022 | % change | 2023 | 2022 | % change |
| | *(in millions, except percentages)* | | | | | | | | |
| Revenue | $ 133,006 | $ 114,450 | *16%* | $ 1,896 | $ 2,159 | *(12)%* | $ 134,902 | $ 116,609 | *16%* |
| Costs and expenses | $ 70,135 | $ 71,789 | *(2)%* | $ 18,016 | $ 15,876 | *13%* | $ 88,151 | $ 87,665 | *1%* |
| Income (loss) from operations | $ 62,871 | $ 42,661 | *47%* | $ (16,120) | $ (13,717) | *(18)%* | $ 46,751 | $ 28,944 | *62%* |
| *Operating margin* | *47 %* | *37 %* | | *(850)%* | *(635)%* | | *35 %* | *25 %* | |

- Net income was $39.10 billion, with diluted earnings per share (EPS) of $14.87 for the year ended December 31, 2023.
- Capital expenditures, including principal payments on finance leases, were $28.10 billion for the year ended December 31, 2023.
- Effective tax rate was 17.6% for the year ended December 31, 2023.
- Cash, cash equivalents, and marketable securities were $65.40 billion as of December 31, 2023.
- Long-term debt was $18.39 billion as of December 31, 2023.
- Headcount was 67,317 as of December 31, 2023, a decrease of 22% year-over-year.

*Dividend*

Prior to 2024, we had never declared or paid any cash dividend on our common stock. On February 1, 2024 we announced the initiation of our first ever cash dividend program. This cash dividend of $0.50 per share of Class A common stock and Class B common stock (together, the "common stock") is equivalent to $2.00 per share on an annual basis. The first cash dividend will be paid on March 26, 2024 to all holders of record of common stock at the close of business on February 22, 2024.

PX0556-061

Table of Contents

*Restructuring*

Beginning in 2022, we initiated several measures to pursue greater efficiency and to realign our business and strategic priorities. As of December 31, 2023, we have completed the data center initiatives and the employee layoffs, and substantially completed the facilities consolidation initiatives.

A summary of our restructuring charges, including subsequent adjustments, for the year ended December 31, 2023 by major activity type is as follows (in millions):

|  | Year Ended December 31, 2023 | | | |
|  | Facilities Consolidation | Severance and Other Personnel Costs | Data Center Assets | Total |
|---|---|---|---|---|
| Cost of revenue | $ 177 | $ — | $ (224) | $ (47) |
| Research and development | 1,581 | 413 | — | 1,994 |
| Marketing and sales | 396 | 307 | — | 703 |
| General and administrative | 352 | 450 | — | 802 |
| Total | $ 2,506 | $ 1,170 | $ (224) | $ 3,452 |

During 2023 and 2022, we recognized total pre-tax restructuring charges of $2.84 billion and $4.10 billion under our FoA segment, and $612 million and $515 million under our RL segment, respectively.

See Note 3 — Restructuring in the notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information regarding restructuring charges.

*Family of Apps Metrics*

- Family daily active people (DAP) was 3.19 billion on average for December 2023, an increase of 8% year-over-year.
- Family monthly active people (MAP) was 3.98 billion as of December 31, 2023, an increase of 6% year-over-year.
- Facebook daily active users (DAUs) were 2.11 billion on average for December 2023, an increase of 6% year-over-year.
- Facebook monthly active users (MAUs) were 3.07 billion as of December 31, 2023, an increase of 3% year-over-year.
- Ad impressions delivered across our Family of Apps increased by 28% year-over-year in 2023, and the average price per ad decreased by 9% year-over-year in 2023.

Beginning with our Quarterly Report on Form 10-Q to be filed for the first quarter of 2024, we will no longer report DAUs, MAUs, ARPU, and MAP in our periodic reports filed with the Securities and Exchange Commission. We intend to begin reporting year-over-year percentage changes in ad impressions delivered and the average price per ad by geographic region, while continuing to report DAP and ARPP (calculated based on DAP), beginning with our Quarterly Report on Form 10-Q to be filed for the first quarter of 2024. For additional information, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K.

*Developments in Advertising*

Substantially all of our revenue is currently generated from advertising on Facebook and Instagram. We rely on targeting and measurement tools that incorporate data signals from user activity on websites and services that we do not control in order to deliver relevant and effective ads to our users. Our advertising revenue has been, and we expect will continue to be, adversely affected by reduced marketer spending as a result of limitations on our ad targeting and measurement tools arising from changes to the regulatory environment and third-party mobile operating systems and browsers.

In particular, legislative and regulatory developments such as the General Data Protection Regulation, including its evolving interpretation through decisions of the Court of Justice of the European Union, ePrivacy Directive, the European Digital Services Act, and U.S. state privacy laws including the California Consumer Privacy Act, as amended by the California Privacy Rights Act, have impacted our ability to use data signals in our ad products, and we expect these and other

PX0556-062

Table of Contents

developments such as the Digital Markets Act will have further impact in the future. As a result, we have implemented, and we will continue to implement, whether voluntarily or otherwise, changes to our products and user data practices, which reduce our ability to effectively target and measure ads. For example, in response to regulatory developments in Europe, we announced our plans to change the legal basis for behavioral advertising on Facebook and Instagram in the EU, European Economic Area, and Switzerland from "legitimate interests" to "consent," and began offering users in the region a "subscription for no ads" alternative. We are continuing to engage with regulators on our new consent model. In addition, mobile operating system and browser providers, such as Apple and Google, have implemented product changes and/or announced future plans to limit the ability of websites and application developers to collect and use these signals to target and measure advertising. For example, in 2021, Apple made certain changes to its products and data use policies in connection with changes to its iOS operating system that reduce our and other iOS developers' ability to target and measure advertising, which has negatively impacted, and we expect will continue to negatively impact, the size of the budgets marketers are willing to commit to us and other advertising platforms.

To mitigate these developments, we are continually working to evolve our advertising systems to improve the performance of our ad products. We are developing privacy enhancing technologies to deliver relevant ads and measurement capabilities while reducing the amount of personal information we process, including by relying more on anonymized or aggregated third-party data. In addition, we are developing tools that enable marketers to share their data into our systems, as well as ad products that generate more valuable signals within our apps. More broadly, we also continue to innovate our advertising tools to help marketers prepare campaigns and connect with consumers, including developing growing formats such as Reels ads and our business messaging ad products. Across all of these efforts, we are making significant investments in artificial intelligence (AI), including generative AI, to improve our delivery, targeting, and measurement capabilities. Further, we are focused on driving onsite conversions in our business messaging ad products by developing new features and scaling existing features.

We are also engaging with others across our industry to explore the possibility of new open standards for the private and secure processing of data for advertising purposes. We believe our ongoing improvements to ad targeting and measurement are continuing to drive improved results for advertisers. However, we expect that some of these efforts will be long-term initiatives, and that the legislative, regulatory and platform developments described above will continue to adversely impact our advertising revenue for the foreseeable future.

*Other Business and Macroeconomic Conditions*

Other global and regional business, macroeconomic, and geopolitical conditions also have had, and we believe will continue to have, an impact on our user growth and engagement and advertising revenue. In particular, we believe advertising budgets have been pressured from time to time by factors such as inflation, rising interest rates, and related market uncertainty, which has led to reduced marketer spending. While we saw improvement in business and macroeconomic conditions in 2023, continued business, macroeconomic, and geopolitical uncertainty remains, which could impact our financial results in future periods. In addition, competitive products and services have reduced some users' engagement with our products and services. We are investing in Reels and in AI initiatives across our products, including our AI-powered discovery engine to recommend relevant content, which we have already seen results in improved user engagement and monetization of our products. While Reels is growing in usage, it monetizes at a lower rate than our feed and Stories products and we expect it will continue to monetize at a lower rate for the foreseeable future. We also have seen fluctuations and declines in the size of our active user base in one or more regions from time to time. For example, in connection with the war in Ukraine, access to Facebook and Instagram was restricted in Russia and the services were then prohibited by the Russian government, which continued to adversely affect user growth and engagement in 2023. These trends adversely affected advertising revenue in 2023, and we expect will continue to affect our advertising revenue in the foreseeable future.

Although we regularly evaluate a variety of sources to understand trends in our advertising revenue, we do not have perfect visibility into the factors driving advertiser spending decisions and our assessments involve complex judgments about what is driving advertising decisions across a large and diversified advertiser base across the globe. Trends impacting advertising spend are also dynamic and interrelated. As a result, it is difficult to identify with precision which advertiser spending decisions are attributable to which trends, and we are unable to quantify the exact impact that each trend had on our advertising revenue during the periods presented.

PX0556-063

Table of Contents

*Investment Philosophy*

We expect to continue to build on the discipline and habits that we developed in 2022 when we initiated several efforts to increase our operating efficiency, while still remaining focused on investing in significant opportunities. In 2023, 80% of our total costs and expenses were recognized in FoA and 20% were recognized in RL. Our FoA investments include expenses relating to headcount, data centers, and technical infrastructure as part of our efforts to develop our apps and our advertising services. These efforts include significant investments in AI initiatives, including to recommend relevant content across our products, enhance our advertising tools, develop new products, and develop new features for existing products using generative AI.

We are also making significant investments in our metaverse efforts, including developing virtual, augmented, and mixed reality devices, software for social platforms, neural interfaces, and other foundational technologies for the metaverse. Our RL investments include expenses relating to technology development across these efforts. Many of our RL investments are directed toward long-term, cutting-edge research and development for products for the metaverse that may only be fully realized in the next decade. In 2023, our RL segment reduced our overall operating profit by approximately $16.12 billion, and we expect our RL operating losses to increase meaningfully in 2024. We expect this will be a complex, evolving, and long-term initiative, and our ability to support our metaverse efforts is dependent on generating sufficient profits from other areas of our business. We are investing now because we believe this is the next chapter of the internet and will unlock monetization opportunities for businesses, developers, and creators, including around advertising, hardware, and digital goods.

63

PX0556-064

Table of Contents

**Trends in Our Family Metrics**

The numbers for our key Family metrics, our DAP, MAP, and average revenue per person (ARPP), do not include users on our other products unless they would otherwise qualify as DAP or MAP, respectively, based on their other activities on our Family products.

Trends in the number of people in our community affect our revenue and financial results by influencing the number of ads we are able to show, the value of our ads to marketers, as well as our expenses and capital expenditures. Substantially all of our daily and monthly active people (as defined below) access our Family products on mobile devices.

- *Daily Active People (DAP).* We define a daily active person as a registered and logged-in user of Facebook, Instagram, Messenger, and/or WhatsApp (collectively, our "Family" of products) who visited at least one of these Family products through a mobile device application or using a web or mobile browser on a given day. We do not require people to use a common identifier or link their accounts to use multiple products in our Family, and therefore must seek to attribute multiple user accounts within and across products to individual people. Our calculations of DAP rely upon complex techniques, algorithms, and machine learning models that seek to estimate the underlying number of unique people using one or more of these products, including by matching user accounts within an individual product and across multiple products when we believe they are attributable to a single person, and counting such group of accounts as one person. As these techniques and models require significant judgment, are developed based on internal reviews of limited samples of user accounts, and are calibrated against user survey data, there is necessarily some margin of error in our estimates. We view DAP, and DAP as a percentage of MAP, as measures of engagement across our products. For additional information, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K.



**Daily Active People**
**Worldwide**
**(in billions)**
**(daily average over month ended)**

| | Dec 31 2021 | Mar 31 2022 | Jun 30 2022 | Sep 30 2022 | Dec 31 2022 | Mar 31 2023 | Jun 30 2023 | Sep 30 2023 | Dec 31 2023 |
|---|---|---|---|---|---|---|---|---|---|
| Value | 2.82 | 2.87 | 2.88 | 2.93 | 2.96 | 3.02 | 3.07 | 3.14 | 3.19 |
| DAP/MAP | 79% | 79% | 79% | 79% | 79% | 79% | 79% | 79% | 80% |

*Note: We report the numbers of DAP and MAP as specific amounts, but these numbers are estimates of the numbers of unique people using our products and are subject to statistical variances and errors. While we expect the error margin for these estimates to vary from period to period, we estimate that such margin generally will be approximately 3% of our worldwide MAP. At our scale, it is very difficult to attribute multiple user accounts within and across products to individual people, and it is possible that the actual numbers of unique people using our products may vary significantly from our estimates, potentially beyond our estimated error margins. For additional information, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K. In the third quarter of 2022, we updated our Family metrics calculations to maintain calibration of our models against recent user survey data, and we estimate such update contributed an aggregate of approximately 30 million DAP to our reported worldwide DAP in September 2022. Beginning in the fourth quarter of 2023, our Family metrics no longer include Messenger Kids users.*

Worldwide DAP increased 8% to 3.19 billion on average during December 2023 from 2.96 billion during December 2022.

PX0556-065

Table of Contents

- *Monthly Active People (MAP).* We define a monthly active person as a registered and logged-in user of one or more Family products who visited at least one of these Family products through a mobile device application or using a web or mobile browser in the last 30 days as of the date of measurement. We do not require people to use a common identifier or link their accounts to use multiple products in our Family, and therefore must seek to attribute multiple user accounts within and across products to individual people. Our calculations of MAP rely upon complex techniques, algorithms, and machine learning models that seek to estimate the underlying number of unique people using one or more of these products, including by matching user accounts within an individual product and across multiple products when we believe they are attributable to a single person, and counting such group of accounts as one person. As these techniques and models require significant judgment, are developed based on internal reviews of limited samples of user accounts, and are calibrated against user survey data, there is necessarily some margin of error in our estimates. We view MAP as a measure of the size of our global active community of people using our products. For additional information, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K.



**Monthly Active People Worldwide (in billions)**

| Dec 31 2021 | Mar 31 2022 | Jun 30 2022 | Sep 30 2022 | Dec 31 2022 | Mar 31 2023 | Jun 30 2023 | Sep 30 2023 | Dec 31 2023 |
|---|---|---|---|---|---|---|---|---|
| 3.59 | 3.64 | 3.65 | 3.71 | 3.74 | 3.81 | 3.88 | 3.96 | 3.98 |

*Note: We report the numbers of DAP and MAP as specific amounts, but these numbers are estimates of the numbers of unique people using our products and are subject to statistical variances and errors. While we expect the error margin for these estimates to vary from period to period, we estimate that such margin generally will be approximately 3% of our worldwide MAP. At our scale, it is very difficult to attribute multiple user accounts within and across products to individual people, and it is possible that the actual numbers of unique people using our products may vary significantly from our estimates, potentially beyond our estimated error margins. For additional information, see the section entitled "Limitations of Key Metrics and Other Data" in this Annual Report on Form 10-K. In the third quarter of 2022, we updated our Family metrics calculations to maintain calibration of our models against recent user survey data, and we estimate such update contributed an aggregate of approximately 40 million MAP to our reported worldwide MAP in September 2022. Beginning in the fourth quarter of 2023, our Family metrics no longer include Messenger Kids users.*

As of December 31, 2023, we had 3.98 billion MAP, an increase of 6% from 3.74 billion as of December 31, 2022.

PX0556-066

Table of Contents

- ***Average Revenue Per Person (ARPP).*** We define ARPP as our total revenue during a given quarter, divided by the average of the number of MAP at the beginning and end of the quarter. While ARPP includes all sources of revenue, the number of MAP used in this calculation only includes users of our Family products as described in the definition of MAP above. We estimate that the share of revenue from users who are not also MAP was not material.



Revenue
Worldwide
(in $ millions, except ARPP)

*Note: Non-advertising revenue includes RL revenue generated from the delivery of consumer hardware products and FoA Other revenue, which consists of revenue from WhatsApp Business Platform, net fees we receive from developers using our Payments infrastructure, and revenue from various other sources. Beginning with our Quarterly Report on Form 10-Q to be filed for the first quarter of 2024, we intend to report ARPP based on DAP instead of MAP.*

Our annual worldwide ARPP in 2023, which represents the sum of quarterly ARPP during such period, was $34.72, an increase of 9% from 2022.

PX0556-067

Table of Contents

**Trends in Our Facebook User Metrics**

The numbers for our key Facebook metrics, our DAUs, MAUs, and average revenue per user (ARPU), do not include users on Instagram, WhatsApp, or our other products, unless they would otherwise qualify as DAUs or MAUs, respectively, based on their other activities on Facebook.

Trends in the number of users affect our revenue and financial results by influencing the number of ads we are able to show, the value of our ads to marketers, as well as our expenses and capital expenditures. Substantially all of our daily and monthly active users (as defined below) access Facebook on mobile devices.

- *Daily Active Users (DAUs).* We define a daily active user as a registered and logged-in Facebook user who visited Facebook through our website or a mobile device, or used our Messenger application (and is also a registered Facebook user), on a given day. We view DAUs, and DAUs as a percentage of MAUs, as measures of user engagement on Facebook.





*Note: For purposes of reporting DAUs, MAUs, and ARPU by geographic region, Europe includes all users in Russia and Turkey and Rest of World includes all users in Africa, Latin America, and the Middle East.*

PX0556-068

Table of Contents

Worldwide DAUs increased 6% to 2.11 billion on average during December 2023 from 2.00 billion during December 2022. Users in India, Bangladesh, and Nigeria represented the top three sources of growth in DAUs during December 2023, relative to the same period in 2022.

- *Monthly Active Users (MAUs).* We define a monthly active user as a registered and logged-in Facebook user who visited Facebook through our website or a mobile device, or used our Messenger application (and is also a registered Facebook user), in the last 30 days as of the date of measurement. MAUs are a measure of the size of our global active user community on Facebook.



As of December 31, 2023, we had 3.07 billion MAUs, an increase of 3% from December 31, 2022. Users in India, Bangladesh, and Nigeria represented the top three sources of growth in 2023, relative to the same period in 2022.

68

PX0556-069

Table of Contents

**Trends in Our Monetization by Facebook User Geography**

We calculate our revenue by user geography based on our estimate of the geography in which ad impressions are delivered, virtual and digital goods are purchased, or consumer hardware products are shipped. We define ARPU as our total revenue in a given geography during a given quarter, divided by the average of the number of MAUs in the geography at the beginning and end of the quarter. While ARPU includes all sources of revenue, the number of MAUs used in this calculation only includes users of Facebook and Messenger as described in the definition of MAU above. While the share of revenue from users who are not also Facebook or Messenger MAUs has grown over time, we estimate that revenue from users who are Facebook or Messenger MAUs represents the substantial majority of our total revenue. See "Average Revenue Per Person (ARPP)" above for our estimates of trends in our monetization of our Family products. The geography of our users affects our revenue and financial results because we currently monetize users in different geographies at different average rates. Our revenue and ARPU in regions such as United States & Canada and Europe are relatively higher primarily due to the size and maturity of those online and mobile advertising markets. For example, ARPU in 2023 in the United States & Canada region was more than 11 times higher than in the Asia-Pacific region.







*Note: Non-advertising revenue includes RL revenue generated from the delivery of consumer hardware products and FoA Other revenue, which consists of revenue from WhatsApp Business Platform, net fees we receive from developers using our Payments infrastructure, and revenue from various other sources.*

PX0556-070

Table of Contents

*Our revenue by user geography in the charts above is geographically apportioned based on our estimation of the geographic location of our users when they perform a revenue-generating activity. This allocation differs from our revenue disaggregated by geography disclosure in Note 2 — Revenue in our consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplemental Data" where revenue is geographically apportioned based on the addresses of our customers.*

Our annual worldwide ARPU in 2023, which represents the sum of quarterly ARPU during such period, was $44.60, an increase of 13% from 2022. For 2023, ARPU increased by 21% in Europe, 20% in Rest of World, 11% in Asia-Pacific, and 10% in United States & Canada. User growth was mostly in geographies with relatively lower ARPU, such as Asia-Pacific and Rest of World. We expect that user growth in the future will be primarily concentrated in those regions where ARPU is relatively lower, such that worldwide ARPU may continue to increase at a slower rate relative to ARPU in any geographic region in a particular period, or potentially decrease even if ARPU increases in each geographic region.

70

PX0556-071

Table of Contents

**Critical Accounting Estimates**

Our consolidated financial statements are prepared in accordance with GAAP. The preparation of these consolidated financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, costs and expenses, and related disclosures. On an ongoing basis, we evaluate our accounting estimates based on historical experience and on various other assumptions that we believe are reasonable under the circumstances. The actual impact on our financial performance could differ from these estimates under different assumptions or conditions.

An accounting estimate is considered critical if both (i) the nature of the estimates or assumptions is material due to the levels of subjectivity and judgment involved, and (ii) the impact within a reasonable range of outcomes of the estimates and assumptions is material to our consolidated financial statements. We believe that the estimates and assumptions associated with loss contingencies, income taxes, and valuation of assets, when applicable, have the greatest potential impact on our consolidated financial statements. Therefore, we consider these to be our critical accounting estimates. For further information on all of our significant accounting policies, see Note 1 — Summary of Significant Accounting Policies in the accompanying notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

*Loss Contingencies*

We are involved in legal proceedings, claims, and regulatory, tax or government inquiries and investigations that arise in the ordinary course of business. Certain of these matters include speculative claims for substantial or indeterminate amounts of damages. Additionally, we are required to comply with various legal and regulatory obligations around the world, and we regularly become subject to new laws and regulations in the jurisdictions in which we operate. The requirements for complying with these obligations may be uncertain and subject to interpretation and enforcement by regulatory and other authorities, and any failure to comply with such obligations could eventually lead to asserted legal or regulatory action. With respect to these matters, asserted and unasserted, we evaluate the associated developments on a regular basis and accrue a liability when we believe that it is both probable that a loss has been incurred and the amount can be reasonably estimated.

We review the developments in our contingencies that could affect the amount of the provisions that have been previously recorded, and the matters and related reasonably possible losses disclosed. We make adjustments to our provisions and changes to our disclosures accordingly to reflect the merits of our defenses and the impact of negotiations, settlements, regulatory proceedings, rulings, advice of legal counsel, and updated information. Significant judgment is required to determine the probability of loss and the estimated amount of loss, including when and if the probability and estimate has changed for asserted and unasserted matters. Certain factors, in particular, have resulted in significant changes to these estimates and judgments in prior quarters based on updated information available. For example, in certain jurisdictions where we operate, fines and penalties may be the result of new laws and preliminary interpretations regarding the basis of assessing damages, which may make it difficult to estimate what such fines and penalties would amount to if successfully asserted against us. In addition, certain government inquiries and investigations, such as matters before our lead European Union privacy regulator, the Irish Data Protection Commission, are subject to review by other regulatory bodies before decisions are finalized, which can lead to significant changes in the outcome of an inquiry. As a result of these and other factors, we reasonably expect that our estimates and judgments with respect to our contingencies may continue to be revised in future quarters.

The ultimate outcome of these matters, such as whether the likelihood of loss is remote, reasonably possible, or probable or if and when the reasonably possible range of loss is estimable, is inherently uncertain. Therefore, if one or more of these matters were resolved against us for amounts in excess of management's estimates of losses, our results of operations and financial condition, including in a particular reporting period in which any such outcome becomes probable and estimable, could be materially adversely affected. See Note 12 — Commitments and Contingencies and Note 15 — Income Taxes of the accompanying notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" and Part I, Item 3, "Legal Proceedings" of this Annual Report on Form 10-K for additional information regarding these contingencies.

*Income Taxes*

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws. Our actual and forecasted income (loss) before

71

Table of Contents

provision is subject to change due to economic, political and other conditions and significant judgment is required in determining our ability to recognize our net deferred tax assets.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. These uncertain tax positions include our estimates for transfer pricing that have been developed based upon analyses of appropriate arms-length prices. Similarly, our estimates related to uncertain tax positions concerning research and development tax credits are based on an assessment of whether our available documentation corroborating the nature of our activities supporting the tax credits will be sufficient. Although we believe that we have adequately reserved for our uncertain tax positions (including net interest and penalties), we can provide no assurance that the final tax outcome of these matters will not be materially different, as significant judgment is required in evaluating and estimating our provision for income taxes. We make adjustments to these reserves in accordance with the income tax accounting guidance when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. To the extent that the final tax outcome of these matters is different from the amounts recorded, such differences will affect the provision for income taxes in the period in which such determination is made, and could have a material impact on our financial condition and operating results.

*Valuation of Assets*

The valuation and impairment assessment of certain assets, including recoverability, requires significant judgment and assumptions such as estimation of future cash flows, discount rates, market data of comparable assets and companies, holding period and residual value of asset groups, among others.

Impairment testing for long-lived-assets, including property and equipment and operating lease right-of-use assets, occurs whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable compared to the future undiscounted cash flows the assets are expected to generate from the use and eventual disposition. The impairment test is performed at the asset group level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. When the test results indicate that the carrying amount of long-lived assets is not recoverable, the carrying amount of such assets is reduced to fair value.

Impairment testing for non-marketable equity securities without readily determinable fair values accounted for using the measurement alternative, is performed at each reporting date to determine whether there are triggering events for impairment. Such qualitative assessment considers factors such as, but not limited to, the investee's financial condition and business outlook; industry and sector performance; regulatory, economic or technological environment; operational and financing cash flows; and other relevant events and factors affecting the investee. When indicators of impairment exist, we estimate the fair value of our non-marketable equity securities using the market approach and/or the income approach and recognize impairment loss in our consolidated statements of income if the estimated fair value is less than the carrying value. In addition, for these non-marketable equity securities, determining whether a non-marketable equity security issued by the same issuer is similar to the non-marketable equity security we hold may require judgment in (a) assessment of differences in rights and obligations associated with the instruments such as voting rights, distribution rights and preferences, and conversion features, and (b) adjustments to the observable price for differences such as, but not limited to, rights and obligations, control premium, liquidity, or principal or most advantageous markets. The identification of observable transactions will depend on the timely reporting of these transactions from our investee companies, which may occur in a period subsequent to when the transactions take place. Therefore, our fair value adjustment for these observable transactions may occur in a period subsequent to when the transaction actually occurred.

PX0556-073

Table of Contents

**Components of Results of Operations**

**Revenue**

*Family of Apps (FoA)*

*Advertising.* We generate substantially all of our revenue from advertising. Our advertising revenue is generated by displaying ad products on Facebook, Instagram, Messenger, and third-party mobile applications. Marketers pay for ad products either directly or through their relationships with advertising agencies or resellers, based on the number of impressions delivered or the number of actions, such as clicks, taken by users.

We recognize revenue from the display of impression-based ads in the contracted period in which the impressions are delivered. Impressions are considered delivered when an ad is displayed to a user. We recognize revenue from the delivery of action-based ads in the period in which a user takes the action the marketer contracted for. The number of ads we show is subject to methodological changes as we continue to evolve our ads business and the structure of our ads products. In particular, the ads we show may vary by product (for example, our video and Reels products are not currently monetized at the same rate as our feed or Stories products), and from time to time we increase or decrease the number or frequency of ads we show as part of our product and monetization strategies. We calculate average price per ad as total advertising revenue divided by the number of ads delivered, representing the average price paid per ad by a marketer regardless of their desired objective such as impression or action. For advertising revenue arrangements where we are not the principal, we recognize revenue on a net basis.

*Other revenue.* Other revenue consists of revenue from WhatsApp Business Platform, net fees we receive from developers using our Payments infrastructure and revenue from various other sources.

*Reality Labs (RL)*

RL revenue is generated from the delivery of consumer hardware products, such as Meta Quest, wearables, and related software and content.

**Cost of Revenue and Operating Expenses**

**Cost of revenue.** Our cost of revenue consists of expenses associated with the delivery and distribution of our products. These mainly include expenses related to the operation of our data centers and technical infrastructure, such as depreciation expense from servers, network infrastructure and buildings, as well as payroll and related expenses which include share-based compensation for employees on our operations teams, and energy and bandwidth costs. Cost of revenue also includes costs associated with partner arrangements, including traffic acquisition costs and credit card and other fees related to processing customer transactions; RL inventory costs, which consist of cost of products sold and estimated losses on non-cancelable contractual commitments; and content costs.

**Research and development.** Research and development expenses consist mostly of payroll and related expenses which include share-based compensation, RL technology development costs, facilities-related costs for employees on our engineering and technical teams who are responsible for developing new products as well as improving existing products, and restructuring charges.

**Marketing and sales.** Marketing and sales expenses consist mainly of marketing and promotional expenses as well as payroll and related expenses which include share-based compensation for our employees engaged in sales, sales support, marketing, business development, and customer service functions. Our marketing and sales expenses also include professional services such as content reviewers to support our community and product operations and restructuring charges.

**General and administrative.** General and administrative expenses consist primarily of legal-related costs, which include estimated fines, settlements, or other losses in connection with legal and related matters, as well as other legal fees; payroll and related expenses which include share-based compensation for certain of our executives as well as our legal, finance, human resources, corporate communications and policy, and other administrative employees; other taxes, such as digital services taxes and other non-income-based tax levies; professional services and restructuring charges.

73

PX0556-074

Table of Contents

**Results of Operations**

In this section, we discuss the results of our operations for the year ended December 31, 2023 compared to the year ended December 31, 2022. For a discussion of the year ended December 31, 2022 compared to the year ended December 31, 2021, please refer to Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K for the year ended December 31, 2022.

The following table sets forth our consolidated statements of income data (in millions):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Revenue | $ 134,902 | $ 116,609 | $ 117,929 |
| Costs and expenses: | | | |
| Cost of revenue | 25,959 | 25,249 | 22,649 |
| Research and development | 38,483 | 35,338 | 24,655 |
| Marketing and sales | 12,301 | 15,262 | 14,043 |
| General and administrative | 11,408 | 11,816 | 9,829 |
| Total costs and expenses | 88,151 | 87,665 | 71,176 |
| Income from operations | 46,751 | 28,944 | 46,753 |
| Interest and other income (expense), net | 677 | (125) | 531 |
| Income before provision for income taxes | 47,428 | 28,819 | 47,284 |
| Provision for income taxes | 8,330 | 5,619 | 7,914 |
| Net income | $ 39,098 | $ 23,200 | $ 39,370 |

The following table sets forth our consolidated statements of income data (as a percentage of revenue)[(1)]:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Revenue | 100 % | 100 % | 100 % |
| Costs and expenses: | | | |
| Cost of revenue | 19 | 22 | 19 |
| Research and development | 29 | 30 | 21 |
| Marketing and sales | 9 | 13 | 12 |
| General and administrative | 8 | 10 | 8 |
| Total costs and expenses | 65 | 75 | 60 |
| Income from operations | 35 | 25 | 40 |
| Interest and other income (expense), net | 1 | — | — |
| Income before provision for income taxes | 35 | 25 | 40 |
| Provision for income taxes | 6 | 5 | 7 |
| Net income | 29 % | 20 % | 33 % |

(1)   Percentages have been rounded for presentation purposes and may differ from unrounded results.

PX0556-075

Table of Contents

*Revenue*

The following table sets forth our revenue by source and by segment:

| | | Year Ended December 31, | | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | 2021 | | |
| | | *(in millions, except percentages)* | | | | | |
| Advertising | $ | 131,948 | $ | 113,642 | $ | 114,934 | 16 % | (1)% |
| Other revenue | | 1,058 | | 808 | | 721 | 31 % | 12 % |
| Family of Apps | | 133,006 | | 114,450 | | 115,655 | 16 % | (1)% |
| Reality Labs | | 1,896 | | 2,159 | | 2,274 | (12)% | (5)% |
| Total revenue | $ | 134,902 | $ | 116,609 | $ | 117,929 | 16 % | (1)% |

### Family of Apps

FoA revenue in 2023 increased $18.56 billion, or 16%, compared to 2022. The increase was almost entirely driven by advertising revenue.

### Advertising

Advertising revenue in 2023 increased $18.31 billion, or 16%, compared to 2022 due to an increase in the number of ads delivered, partially offset by a decrease in the average price per ad. In 2023, the number of ads delivered increased by 28%, as compared with an 18% increase in 2022 as ads impressions grew in all regions during 2023, especially in Asia-Pacific and Rest of World. The increase in the ads delivered during 2023 was driven by increases in the number and frequency of ads displayed across our products and an increase in users. In 2023, the average price per ad decreased by 9%, as compared with a decrease of 16% in 2022. The decrease in average price per ad was driven by an increase in the number of ads delivered, especially in geographies and in products, such as Reels, that monetize at lower rates. While the average price per ad declined year-over-year, we believe the improvements to our ad targeting and measurement tools have had a favorable impact on our ad performance and advertising demand. Other factors are also discussed in the section entitled "—Executive Overview of Full Year 2023 Results." In addition, year-over-year advertising revenue growth for the full year 2023 was driven mainly by marketer spending in online commerce, which benefited from marketers based in China, consumer packaged goods, and entertainment and media. We anticipate that future advertising revenue will be driven by a combination of price and the number of ads delivered.

### Other revenue

FoA other revenue in 2023 increased $250 million, or 31%, compared to 2022. The increase was mainly driven by WhatsApp Business Platform revenue.

### Reality Labs

RL revenue in 2023 decreased $263 million, or 12%, compared to 2022. The decrease in RL revenue was mostly driven by a net decrease in the volume of Meta Quest sales.

### Revenue Seasonality

Revenue is traditionally seasonally strong in the fourth quarter of each year due in part to seasonal holiday demand. We believe that this seasonality in both advertising revenue and RL consumer hardware sales affects our quarterly results, which generally reflect significant growth in revenue between the third and fourth quarters and a decline between the fourth and subsequent first quarters. For instance, our total revenue increased 17%, 16%, and 16% between the third and fourth quarters of 2023, 2022, and 2021, respectively, while total revenue for the first quarters of 2023, 2022, and 2021 declined 11%, 17%, and 7% compared to the fourth quarters of 2022, 2021, and 2020 respectively.

PX0556-076

Table of Contents

*Foreign Exchange Impact on Revenue*

Changes in foreign exchange rates had a favorable impact on our total revenue in the full year 2023 compared to the same period in 2022. If we had translated revenue for the full year 2023 using the prior year's monthly exchange rates for our settlement or billing currencies other than the U.S. dollar, our total revenue and advertising revenue would have been $134.53 billion and $131.57 billion, respectively. Using these constant rates, total revenue and advertising revenue would have been $374 million and $379 million lower than actual total revenue and advertising revenue, respectively, for the full year 2023. Using the same constant rates, full year 2023 total revenue and advertising revenue would have been $17.92 billion and $17.93 billion higher than actual total revenue and advertising revenue, respectively, for the full year 2022.

*Cost of revenue*

| | Year Ended December 31, | | | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2021 | | |
| | *(in millions, except percentages)* | | | | | | |
| Cost of revenue | $ | 25,959 | $ | 25,249 | $ | 22,649 | 3 % | 11 % |
| Percentage of revenue | | 19 % | | 22 % | | 19 % | | |

Cost of revenue in 2023 increased $710 million, or 3%, compared to 2022. The increase was primarily driven by higher operational expenses related to our data centers and technical infrastructure, partially offset by a decrease in data center abandonment charges related to restructuring and lower content costs.

See Note 3 — Restructuring in the notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information regarding restructuring charges.

*Research and development*

| | Year Ended December 31, | | | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2021 | | |
| | *(in millions, except percentages)* | | | | | | |
| Research and development | $ | 38,483 | $ | 35,338 | $ | 24,655 | 9 % | 43 % |
| Percentage of revenue | | 29 % | | 30 % | | 21 % | | |

Research and development expenses in 2023 increased $3.15 billion, or 9%, compared to 2022. The increase was primarily from higher payroll and related expenses driven by an increase in share-based compensation expenses.

*Marketing and sales*

| | Year Ended December 31, | | | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2021 | | |
| | *(in millions, except percentages)* | | | | | | |
| Marketing and sales | $ | 12,301 | $ | 15,262 | $ | 14,043 | (19)% | 9 % |
| Percentage of revenue | | 9 % | | 13 % | | 12 % | | |

Marketing and sales expenses in 2023 decreased $2.96 billion, or 19%, compared to 2022. The decrease was mainly due to decreases in marketing and promotional expenses as well as payroll and related expenses. The payroll and related expenses decreased as a result of a decrease in employee headcount from December 31, 2022 to December 31, 2023 in our marketing and sales functions.

PX0556-077

Table of Contents

*General and administrative*

| | | Year Ended December 31, | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|
| | 2023 | | 2022 | 2021 | | |
| | | | *(in millions, except percentages)* | | | |
| General and administrative | $ 11,408 | $ | 11,816 | $ 9,829 | (3)% | 20 % |
| Percentage of revenue | 8 % | | 10 % | 8 % | | |

General and administrative expenses in 2023 decreased $408 million, or 3%, compared to 2022. The decrease was mainly due to lower payroll and related expenses, as a result of a decrease in employee headcount from December 31, 2022 to December 31, 2023 in our general and administrative functions.

*Segment profitability*

The following table sets forth income (loss) from operations by segment:

| | | Year Ended December 31, | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|
| | 2023 | | 2022 | 2021 | | |
| | | | *(in millions, except percentages)* | | | |
| Family of Apps | $ 62,871 | $ | 42,661 | $ 56,946 | 47 % | (25)% |
| Reality Labs | (16,120) | | (13,717) | (10,193) | (18)% | (35)% |
| Total income from operations | $ 46,751 | $ | 28,944 | $ 46,753 | 62 % | (38)% |

*Family of Apps*

FoA income from operations in 2023 increased $20.21 billion, or 47%, compared to 2022. The increase was mostly driven by higher advertising revenue and a decrease in marketing and sales expenses.

*Reality Labs*

RL loss from operations in 2023 increased $2.40 billion, or 18%, compared to 2022. The increase in loss was mainly due to an increase in payroll and related expenses and a decrease in RL revenue.

*Interest and other income (expense), net*

| | | Year Ended December 31, | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|
| | 2023 | | 2022 | 2021 | | |
| | | | *(in millions, except percentages)* | | | |
| Interest income | $ 1,639 | $ | 461 | $ 484 | 256 % | (5)% |
| Interest expense | (446) | | (185) | (23) | (141)% | NM |
| Foreign currency exchange losses, net | (366) | | (81) | (140) | (352)% | 42 % |
| Other income (expense), net | (150) | | (320) | 210 | 53 % | (252)% |
| Interest and other income (expense), net | $ 677 | $ | (125) | $ 531 | NM | (124)% |

Interest and other income (expense), net in 2023 increased $802 million compared to 2022. The increase in interest income was due to a combination of higher interest rates and higher balances, compared to the same period in 2022. Changes in other income (expense), net were mostly related to gains (losses) recognized for our equity investments.

PX0556-078

Table of Contents

*Provision for income taxes*

| | | Year Ended December 31, | | | | | 2023 vs 2022 % change | 2022 vs 2021 % change |
|---|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | 2021 | | |
| | | *(in millions, except percentages)* | | | | | | |
| Provision for income taxes | $ | 8,330 | $ | 5,619 | $ | 7,914 | 48 % | (29)% |
| Effective tax rate | | 18 % | | 19 % | | 17 % | | |

Our provision for income taxes in 2023 increased $2.71 billion, or 48%, compared to 2022, due to an increase in income before provision for income taxes.

Our effective tax rate in 2023 decreased compared to 2022, primarily due to excess tax benefits recognized from share-based compensation in 2023 and the effect of additional guidance issued by the Internal Revenue Service (IRS) providing temporary relief on foreign tax credits. This was partially offset by a decrease in the proportion of U.S. tax benefits from foreign-derived intangible income relative to income before provision for income taxes and additional clarification issued by the IRS in September 2023 regarding research and development expenses subject to mandatory capitalization and amortization.

*Effective Tax Rate Items*. Our effective tax rate in the future will depend upon the proportion between the following items and income before provision for income taxes: U.S. tax benefits from foreign-derived intangible income, tax effects from share-based compensation, research tax credit, tax effects from capital losses not expected to be utilized, restructurings, settlement of tax contingency items, tax effects of changes in our business, and the effects of changes in tax law.

The accounting for share-based compensation may increase or decrease our effective tax rate based upon the difference between our share-based compensation expense and the deductions taken on our tax return, which depend upon the stock price at the time of employee award vesting. If our stock price remains constant to the January 26, 2024 price, and absent any changes to U.S. tax law, we expect our effective tax rate for the full year 2024 to be in the mid-teens. This includes the effects of the mandatory capitalization and amortization of research and development expenses incurred in 2023, as required by the 2017 Tax Cuts and Jobs Act (Tax Act). The mandatory capitalization requirement increased our 2023 cash tax liabilities materially but also decreased our effective tax rate due to increasing the foreign-derived intangible income deduction. If the mandatory capitalization is deferred, our effective tax rate in 2024 could be higher when compared to current law and our cash tax liabilities could be lower.

*Unrecognized Tax Benefits*. As of December 31, 2023, we had net uncertain tax positions of $6.95 billion which were accrued as other liabilities. These unrecognized tax benefits were predominantly accrued for uncertainties related to transfer pricing with our foreign subsidiaries, which includes licensing of intellectual property, providing services and other transactions, as well as for uncertainties regarding the utilization of our research tax credits. The ultimate settlement of the liabilities will depend upon resolution of tax audits, litigation, or events that would otherwise change the assessment of such items. Based upon the status of litigation described below and the current status of tax audits in various jurisdictions, we do not anticipate a material change to such amounts within the next 12 months.

See Note 15 — Income Taxes in the notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information regarding income tax contingencies.

78

Table of Contents

**Liquidity and Capital Resources**

Our principal sources of liquidity are our cash, cash equivalents, marketable securities, and cash generated from operations. Cash, cash equivalents, and marketable securities are comprised of cash on deposit with banks, time deposits, money market funds, U.S. government and agency securities, and investment grade corporate debt securities. As part of our cash management strategy, we concentrate cash deposits with large financial institutions and our investment holdings are in diversified highly rated securities. Cash, cash equivalents, and marketable securities were $65.40 billion as of December 31, 2023, an increase of $24.67 billion from December 31, 2022. The increase was mostly due to $71.11 billion of cash generated from operations, and $8.46 billion of net proceeds from the issuance of fixed-rate senior unsecured notes (the Notes) in May 2023. These increases were partially offset by $28.10 billion for capital expenditures, including principal payments on finance leases, $19.77 billion for repurchases of our Class A common stock, and $7.01 billion of taxes paid related to net share settlement of employee restricted stock unit (RSU) awards.

The following table presents our cash flows (in millions):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Net cash provided by operating activities | $ 71,113 | $ 50,475 | $ 57,683 |
| Net cash used in investing activities | $ (24,495) | $ (28,970) | $ (7,570) |
| Net cash used in financing activities | $ (19,500) | $ (22,136) | $ (50,728) |

*Cash Provided by Operating Activities*

Cash provided by operating activities during 2023 mostly consisted of $39.10 billion net income adjusted for certain non-cash items, such as $14.03 billion of share-based compensation expense and $11.18 billion of depreciation and amortization expense, as well as $3.29 billion of favorable changes in working capital. The increase in cash flows from operating activities during 2023 compared to 2022 was mostly due to an increase in cash collection from our customers driven by the increase in revenue, and a decrease in payments to our vendors.

*Cash Used in Investing Activities*

Cash used in investing activities during 2023 mostly consisted of $27.05 billion of net purchases of property and equipment as we continued to invest in data centers, servers, and network infrastructure, partially offset by $3.20 billion net proceeds from maturities and sales of marketable debt securities. The decrease in cash used in investing activities during 2023 compared to 2022 was mostly due to a decrease in purchases of property and equipment.

We anticipate making capital expenditures of approximately $30 billion to $37 billion in 2024.

*Cash Used in Financing Activities*

Cash used in financing activities during 2023 mostly consisted of $19.77 billion for repurchases of our Class A common stock and $7.01 billion of taxes paid related to net share settlement of RSUs, partially offset by $8.46 billion proceeds from the issuance of the Notes in May 2023. The decrease in cash used in financing activities during 2023 compared to 2022 was mainly due to a decrease in cash paid for repurchases of our Class A common stock, partially offset by an increase in taxes paid related to net share settlement of employee RSU awards and a decrease in net proceeds from our debt offerings.

*Free Cash Flow*

In addition to other financial measures presented in accordance with U.S. GAAP, we monitor free cash flow (FCF) as a non-GAAP measure to manage our business, make planning decisions, evaluate our performance, and allocate resources. We define FCF as net cash provided by operating activities reduced by net purchases of property and equipment and principal payments on finance leases.

PX0556-080

Table of Contents

We believe that FCF is one of the key financial indicators of our business performance over the long term and provides useful information regarding how cash provided by operating activities compares to the property and equipment investments required to maintain and grow our business.

We have chosen our definition for FCF because we believe that this methodology can provide useful supplemental information to help investors better understand underlying trends in our business. We use FCF in discussions with our senior management and board of directors.

FCF has limitations as an analytical tool, and you should not consider it in isolation or as a substitute for analysis of other GAAP financial measures, such as net cash provided by operating activities. FCF is not intended to represent our residual cash flow available for discretionary expenses. Some of the limitations of FCF are:

- FCF does not reflect our future contractual commitments; and
- other companies in our industry present similarly titled measures differently than we do, limiting their usefulness as comparative measures.

Management compensates for the inherent limitations associated with using the FCF measure through disclosure of such limitations, presentation of our financial statements in accordance with GAAP, and reconciliation of FCF to the most directly comparable GAAP measure, net cash provided by operating activities, as presented below.

The following is a reconciliation of FCF to the most comparable GAAP measure, net cash provided by operating activities (in millions):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Net cash provided by operating activities | $ 71,113 | $ 50,475 | $ 57,683 |
| Purchases of property and equipment, net | (27,045) | (31,186) | (18,567) |
| Principal payments on finance leases | (1,058) | (850) | (677) |
| Free cash flow | $ 43,010 | $ 18,439 | $ 38,439 |

## Material Cash Requirements

We currently anticipate that our available funds and cash flow from operations and financing activities will be sufficient to meet our operational cash needs and fund our share repurchases and dividend payments for at least the next 12 months and thereafter for the foreseeable future. We continuously evaluate our liquidity and capital resources, including our access to external capital, to ensure we can finance our future capital requirements.

### Leases and Contractual Commitments

Our operating lease obligations mostly include offices, data centers, and colocations. Our finance lease obligations include certain network infrastructure. Our facilities consolidation restructuring efforts did not materially change our operating lease obligations.

Our contractual commitments are primarily related to our investments in servers, network infrastructure, and consumer hardware products in Reality Labs.

### Long-term Debt

As of December 31, 2023, we had outstanding long-term debt in the form of senior unsecured notes for an aggregate principal amount of $18.50 billion. These notes were issued in multiple series, which mature from 2027 through 2063. Short-term and long-term future interest payments obligations as of December 31, 2023 are $848 million and $16.40 billion, respectively. Net proceeds from the offerings are used for general corporate purposes, which may include, but are not limited to, capital expenditures, share repurchases, dividend payments, acquisitions or investments.

PX0556-081

Table of Contents

### Share Repurchase

Our board of directors has authorized a share repurchase program of our Class A common stock, which commenced in January 2017 and does not have an expiration date. In 2023, we repurchased and subsequently retired 92 million shares of our Class A common stock for an aggregate amount of $20.03 billion, which includes the 1% excise tax accruals as a result of the Inflation Reduction Act of 2022. As of December 31, 2023, $30.93 billion remained available and authorized for repurchases. In January 2024, an additional $50 billion of repurchases was authorized under this program.

### Dividend

On February 1, 2024, we announced the initiation of our first ever cash dividend program. This cash dividend of $0.50 per share of common stock is equivalent to $2.00 per share on an annual basis. The first cash dividend will be paid on March 26, 2024 to all holders of record of common stock at the close of business on February 22, 2024.

Subject to legally available funds and future declaration by our board of directors, we currently intend to continue to pay a quarterly cash dividend on our outstanding Class A common stock and Class B common stock. The declaration and payment of future dividends is at the sole discretion of our board of directors after taking into account various factors, including our financial condition, operating results, available cash, and current and anticipated cash needs.

### Taxes

Cash paid for income taxes was $6.61 billion for the year ended December 31, 2023. As of December 31, 2023, we had taxes payable of $1.14 billion related to a one-time transition tax payable incurred as a result of the Tax Act, of which $575 million is due within one year. As permitted by the Tax Act, we will pay the transition tax in annual interest-free installments through 2025. Our other liabilities also include $6.95 billion related to the uncertain tax positions as of December 31, 2023. Due to uncertainties in the timing of the completion of tax audits, the timing of the resolution of these positions is uncertain and we are unable to make a reasonably reliable estimate of the timing of payments.

### Loss Contingencies

We are involved in legal proceedings, claims, and regulatory, tax or government inquiries and investigations. We record a liability when we believe that it is both probable that a liability has been incurred, and that the amount can be reasonably estimated. If we determine there is a reasonable possibility that we may incur a loss and the loss or range of loss can be estimated, we disclose the possible loss in the accompanying notes to the consolidated financial statements to the extent material. Significant judgment is required to determine both probability and the estimated amount of loss. Such matters are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

See Note 8 — Leases, Note 10 — Long-term Debt, Note 12 — Commitments and Contingencies, Note 13 — Stockholders' Equity, and Note 15 — Income Taxes in the notes to the consolidated financial statements included in Part II, Item 8, and "Legal Proceedings" contained in Part I, Item 3 of this Annual Report on Form 10-K for additional information regarding leases and contractual commitments, debt, taxes, and contingencies.

## Recently Issued Accounting Pronouncements

For information on recently issued accounting pronouncements, see Note 1 — Summary of Significant Accounting Policies in the accompanying notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

PX0556-082

Table of Contents

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risks, including changes to foreign currency exchange rates, interest rates, and equity price risk.

**Foreign Currency Exchange Risk**

We have foreign currency risks related to our revenue and operating expenses denominated in currencies other than the U.S. dollar, primarily the Euro. Accordingly, changes in exchange rates, and in particular a strengthening of the U.S. dollar, have in the past, and may in the future, negatively affect our revenue and other operating results as expressed in U.S. dollars. See Management's Discussion and Analysis of Financial Condition and Results of Operations — Foreign Exchange Impact on Revenue section included in Part II, Item 7 of this Annual Report on Form 10-K for additional information.

We have experienced and will continue to experience fluctuations in our net income as a result of transaction gains or losses related to remeasuring monetary asset and liability balances that are denominated in currencies other than the functional currency of the entities in which they are recorded. At this time, we have not entered into, but in the future we may enter into, derivatives or other financial instruments in an attempt to hedge our foreign currency exchange risk. It is difficult to predict the effect hedging activities would have on our results of operations. Foreign currency exchange net losses of $366 million, $81 million, and $140 million were recognized in 2023, 2022, and 2021, respectively.

**Interest Rate Sensitivity**

Our exposure to changes in interest rates relates primarily to interest income and market value of our cash equivalents, marketable debt securities, and the fair value of our long-term debt.

Our cash, cash equivalents, and marketable debt securities consist of cash, time deposits, money market funds, U.S. government securities, U.S. government agency securities, and investment grade corporate debt securities. Our investment policy and strategy are focused on preservation of capital and supporting our liquidity requirements. Changes in U.S. interest rates affect the interest earned on our cash, cash equivalents, and marketable securities, and the market value of those securities. A hypothetical 100 basis point increase in market interest rates would have resulted in a decrease of $355 million and $558 million in the market value of our available-for-sale debt securities and cash equivalents as of December 31, 2023 and 2022, respectively. Any realized gains or losses resulting from such interest rate changes and from the current unrealized gains or losses would only occur if we sold the investments prior to maturity.

As of December 31, 2023 and 2022, we also had aggregate principal amounts of fixed-rate senior notes (the Notes) outstanding of $18.50 billion and $10.00 billion, respectively. Since our Notes bear interest at fixed rates and are carried at amortized cost, fluctuations in interest rates do not have any impact on our consolidated financial statements. However, the fair value of the Notes will fluctuate with movements in market interest rates, increasing in periods of declining interest rates and declining in periods of increasing interest rates.

PX0556-083

Table of Contents

**Equity Price Risk**

Our equity investments are in non-marketable equity securities and are subject to equity price risks that could have a material impact on the carrying value of our holdings.

Our non-marketable equity securities are investments in privately-held companies without readily determinable fair values. We elected to account for substantially all of our non-marketable equity securities using the measurement alternative, which is cost, less any impairment, adjusted for changes in fair value resulting from observable transactions for identical or similar investments of the same issuer. We perform a qualitative assessment at each reporting date to determine whether there are triggering events for impairment. The qualitative assessment considers factors such as, but not limited to, the investee's financial condition and business outlook; industry and sector performance; economic or technological environment; and other relevant events and factors affecting the investee. Valuations of our non-marketable equity securities are complex due to the lack of readily available market data and observable transactions. Uncertainties in the global economic climate and financial markets could adversely impact the valuation of these companies we invest in and, therefore, result in a material impairment or downward adjustment in our investments. Our total non-marketable equity securities, which mostly consists of our investment in Jio Platforms Limited, had a carrying value of $6.14 billion and $6.20 billion as of December 31, 2023 and 2022, respectively.

For additional information, see Note 1 — Summary of Significant Accounting Policies, Note 5 — Financial Instruments, Note 6 — Non-marketable Equity Securities, and Note 10 — Long-term Debt in the notes to the consolidated financial statements included in Part II, Item 8, "Financial Statements and Supplementary Data" and Part II, Item 7, "Management's Discussion and Analysis of Financial Conditions and Results of Operations — Critical Accounting Estimates" contained in this Annual Report on Form 10-K.

PX0556-084

Table of Contents

**Item 8.  Financial Statements and Supplementary Data**

META PLATFORMS, INC.

INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

| | Page |
|---|---|
| Reports of Independent Registered Public Accounting Firm (PCAOB ID No. 42) | 85 |
| Consolidated Financial Statements: | |
| Consolidated Balance Sheets | 89 |
| Consolidated Statements of Income | 90 |
| Consolidated Statements of Comprehensive Income | 91 |
| Consolidated Statements of Stockholders' Equity | 92 |
| Consolidated Statements of Cash Flows | 93 |
| Notes to Consolidated Financial Statements | 95 |

84

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and the Board of Directors of Meta Platforms, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Meta Platforms, Inc. (the Company) as of December 31, 2023 and 2022, the related consolidated statements of income, comprehensive income, stockholders' equity and cash flows for each of the three years in the period ended December 31, 2023, and the related notes (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2023 and 2022, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2023, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2023, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework), and our report dated February 1, 2024, expressed an unqualified opinion thereon.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the Audit & Risk Oversight Committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

85

Table of Contents

**Loss Contingencies**

*Description of the Matter*

As described in Note 12 to the consolidated financial statements, the Company is party to various legal proceedings, claims, and regulatory or government inquiries and investigations. The Company accrues a liability when it believes a loss is probable and the amount can be reasonably estimated. In addition, the Company believes it is reasonably possible that it will incur a loss in some of these cases, actions or inquiries described above. When applicable, the Company discloses an estimate of the amount of loss or range of possible loss that may be incurred. However, for certain other matters, the Company discloses that the amount of such losses or a range of possible losses cannot be reasonably estimated at this time.

Auditing the Company's accounting for, and disclosure of, these loss contingencies was especially challenging due to the significant judgment required to evaluate management's assessments of the likelihood of a loss, and their estimate of the potential amount or range of such losses.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of controls over the identification and evaluation of these matters, including controls relating to the Company's assessment of the likelihood that a loss will be realized and their ability to reasonably estimate the potential range of possible losses.

Our audit procedures included reading the minutes or a summary of the meetings of the committees of the board of directors, reading the proceedings, claims, and regulatory, or government inquiries and investigations, or summaries as we deemed appropriate, requesting and receiving internal and external legal counsel confirmation letters, meeting with internal and external legal counsel to discuss the nature of the various matters, and obtaining representations from management. We also evaluated the appropriateness of the related disclosures included in Note 12 to the consolidated financial statements.

Table of Contents

**Uncertain Tax Positions**

*Description of the Matter*

As discussed in Note 15 to the consolidated financial statements, the Company has received certain notices from the Internal Revenue Service (IRS) related to transfer pricing agreements with the Company's foreign subsidiaries for certain periods examined. The IRS has stated that it will also apply its position to tax years subsequent to those examined. If the IRS prevails in its position, it could result in an additional federal tax liability, plus interest and any penalties asserted. The Company uses judgment to (1) determine whether a tax position's technical merits are more-likely-than-not to be sustained and (2) measure the amount of tax benefit that qualifies for recognition.

Auditing the Company's accounting for, and disclosure of, these uncertain tax positions was especially challenging due to the significant judgment required to assess management's evaluation of technical merits and the measurement of the tax position based on interpretations of tax laws and legal rulings.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of controls over the Company's process to assess the technical merits of tax positions related to these transfer pricing agreements and to measure the benefit of those tax positions.

As part of our audit procedures over the Company's accounting for these positions, we involved our tax professionals to assist with our assessment of the technical merits of the Company's tax positions. This included assessing the Company's correspondence with the relevant tax authorities, evaluating income tax opinions or other third-party advice obtained by the Company, and requesting and receiving confirmation letters from third-party advisors. We also used our knowledge of, and experience with, the application of international and local income tax laws by the relevant income tax authorities to evaluate the Company's accounting for those tax positions. We analyzed the Company's assumptions and data used to determine the amount of the federal tax liability recognized and tested the mathematical accuracy of the underlying data and calculations. We also evaluated the appropriateness of the related disclosures included in Note 15 to the consolidated financial statements in relation to these matters.

/s/ Ernst & Young LLP

We have served as the Company's auditor since 2007.

San Mateo, California
February 1, 2024

PX0556-088

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and the Board of Directors of Meta Platforms, Inc.

**Opinion on Internal Control over Financial Reporting**

We have audited Meta Platforms, Inc.'s internal control over financial reporting as of December 31, 2023, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework), (the COSO criteria). In our opinion, Meta Platforms, Inc. (the Company) maintained, in all material respects, effective internal control over financial reporting as of December 31, 2023, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of December 31, 2023 and 2022, the related consolidated statements of income, comprehensive income, stockholders' equity and cash flows for each of the three years in the period ended December 31, 2023, and the related notes and our report dated February 1, 2024 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control Over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young LLP

San Mateo, California
February 1, 2024

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED BALANCE SHEETS**
*(In millions, except for number of shares and par value)*

| | December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 41,862 | $ 14,681 |
| Marketable securities | 23,541 | 26,057 |
| Accounts receivable, net | 16,169 | 13,466 |
| Prepaid expenses and other current assets | 3,793 | 5,345 |
| Total current assets | 85,365 | 59,549 |
| Non-marketable equity securities | 6,141 | 6,201 |
| Property and equipment, net | 96,587 | 79,518 |
| Operating lease right-of-use assets | 13,294 | 12,673 |
| Intangible assets, net | 788 | 897 |
| Goodwill | 20,654 | 20,306 |
| Other assets | 6,794 | 6,583 |
| **Total assets** | $ 229,623 | $ 185,727 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 4,849 | $ 4,990 |
| Partners payable | 863 | 1,117 |
| Operating lease liabilities, current | 1,623 | 1,367 |
| Accrued expenses and other current liabilities | 24,625 | 19,552 |
| Total current liabilities | 31,960 | 27,026 |
| Operating lease liabilities, non-current | 17,226 | 15,301 |
| Long-term debt | 18,385 | 9,923 |
| Other liabilities | 8,884 | 7,764 |
| Total liabilities | 76,455 | 60,014 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock, $0.000006 par value; 5,000 million Class A shares authorized, 2,211 million and 2,247 million shares issued and outstanding, as of December 31, 2023 and 2022, respectively; 4,141 million Class B shares authorized, 350 million and 367 million shares issued and outstanding, as of December 31, 2023 and 2022, respectively | — | — |
| Additional paid-in capital | 73,253 | 64,444 |
| Accumulated other comprehensive loss | (2,155) | (3,530) |
| Retained earnings | 82,070 | 64,799 |
| Total stockholders' equity | 153,168 | 125,713 |
| **Total liabilities and stockholders' equity** | $ 229,623 | $ 185,727 |

*See Accompanying Notes to Consolidated Financial Statements.*

89

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED STATEMENTS OF INCOME**
*(In millions, except per share amounts)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Revenue | $ 134,902 | $ 116,609 | $ 117,929 |
| Costs and expenses: | | | |
| Cost of revenue | 25,959 | 25,249 | 22,649 |
| Research and development | 38,483 | 35,338 | 24,655 |
| Marketing and sales | 12,301 | 15,262 | 14,043 |
| General and administrative | 11,408 | 11,816 | 9,829 |
| Total costs and expenses | 88,151 | 87,665 | 71,176 |
| Income from operations | 46,751 | 28,944 | 46,753 |
| Interest and other income (expense), net | 677 | (125) | 531 |
| Income before provision for income taxes | 47,428 | 28,819 | 47,284 |
| Provision for income taxes | 8,330 | 5,619 | 7,914 |
| Net income | $ 39,098 | $ 23,200 | $ 39,370 |
| Earnings per share attributable to Class A and Class B common stockholders: | | | |
| Basic | $ 15.19 | $ 8.63 | $ 13.99 |
| Diluted | $ 14.87 | $ 8.59 | $ 13.77 |
| Weighted-average shares used to compute earnings per share attributable to Class A and Class B common stockholders: | | | |
| Basic | 2,574 | 2,687 | 2,815 |
| Diluted | 2,629 | 2,702 | 2,859 |

*See Accompanying Notes to Consolidated Financial Statements.*

90

PX0556-091

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
*(In millions)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Net income | $ 39,098 | $ 23,200 | $ 39,370 |
| Other comprehensive income (loss): | | | |
| Change in foreign currency translation adjustment, net of tax | 618 | (1,184) | (1,116) |
| Change in unrealized gain (loss) on available-for-sale investments and other, net of tax | 757 | (1,653) | (504) |
| Comprehensive income | $ 40,473 | $ 20,363 | $ 37,750 |

*See Accompanying Notes to Consolidated Financial Statements.*

91

PX0556-092

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
*(In millions)*

| | Class A and Class B Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Par Value | | | | |
| **Balances at December 31, 2020** | 2,849 | $ — | $ 50,018 | $ 927 | $ 77,345 | $ 128,290 |
| Issuance of common stock | 45 | — | — | — | — | — |
| Shares withheld related to net share settlement | (17) | — | (3,371) | — | (2,144) | (5,515) |
| Share-based compensation | — | — | 9,164 | — | — | 9,164 |
| Share repurchases | (136) | — | — | — | (44,810) | (44,810) |
| Other comprehensive loss | — | — | — | (1,620) | — | (1,620) |
| Net income | — | — | — | — | 39,370 | 39,370 |
| **Balances at December 31, 2021** | 2,741 | — | 55,811 | (693) | 69,761 | 124,879 |
| Issuance of common stock | 54 | — | — | — | — | — |
| Shares withheld related to net share settlement | (20) | — | (3,359) | — | (236) | (3,595) |
| Share-based compensation | — | — | 11,992 | — | — | 11,992 |
| Share repurchases | (161) | — | — | — | (27,926) | (27,926) |
| Other comprehensive loss | — | — | — | (2,837) | — | (2,837) |
| Net income | — | — | — | — | 23,200 | 23,200 |
| **Balances at December 31, 2022** | 2,614 | — | 64,444 | (3,530) | 64,799 | 125,713 |
| Issuance of common stock | 65 | — | — | — | — | — |
| Shares withheld related to net share settlement | (26) | — | (5,218) | — | (1,794) | (7,012) |
| Share-based compensation | — | — | 14,027 | — | — | 14,027 |
| Share repurchases | (92) | — | — | — | (20,033) | (20,033) |
| Other comprehensive income | — | — | — | 1,375 | — | 1,375 |
| Net income | — | — | — | — | 39,098 | 39,098 |
| **Balances at December 31, 2023** | 2,561 | $ — | $ 73,253 | $ (2,155) | $ 82,070 | $ 153,168 |

*See Accompanying Notes to Consolidated Financial Statements.*

92

PX0556-093

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
*(In millions)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| **Cash flows from operating activities** | | | |
| Net income | $ 39,098 | $ 23,200 | $ 39,370 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 11,178 | 8,686 | 7,967 |
| Share-based compensation | 14,027 | 11,992 | 9,164 |
| Deferred income taxes | 131 | (3,286) | 609 |
| Impairment charges for facilities consolidation, net | 2,432 | 2,218 | — |
| Data center assets abandonment | (224) | 1,341 | — |
| Other | 635 | 641 | (127) |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (2,399) | 231 | (3,110) |
| Prepaid expenses and other current assets | 559 | 162 | (1,750) |
| Other assets | (80) | (106) | (349) |
| Accounts payable | 51 | 210 | 1,436 |
| Partners payable | (271) | 90 | (12) |
| Accrued expenses and other current liabilities | 5,352 | 4,210 | 3,544 |
| Other liabilities | 624 | 886 | 941 |
| Net cash provided by operating activities | 71,113 | 50,475 | 57,683 |
| **Cash flows from investing activities** | | | |
| Purchases of property and equipment | (27,266) | (31,431) | (18,690) |
| Proceeds relating to property and equipment | 221 | 245 | 123 |
| Purchases of marketable debt securities | (2,982) | (9,626) | (30,407) |
| Sales and maturities of marketable debt securities | 6,184 | 13,158 | 42,586 |
| Acquisitions of businesses and intangible assets | (629) | (1,312) | (851) |
| Other investing activities | (23) | (4) | (331) |
| Net cash used in investing activities | (24,495) | (28,970) | (7,570) |
| **Cash flows from financing activities** | | | |
| Taxes paid related to net share settlement of equity awards | (7,012) | (3,595) | (5,515) |
| Repurchases of Class A common stock | (19,774) | (27,956) | (44,537) |
| Proceeds from issuance of long-term debt, net | 8,455 | 9,921 | — |
| Principal payments on finance leases | (1,058) | (850) | (677) |
| Other financing activities | (111) | 344 | 1 |
| Net cash used in financing activities | (19,500) | (22,136) | (50,728) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 113 | (638) | (474) |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | 27,231 | (1,269) | (1,089) |
| Cash, cash equivalents, and restricted cash at beginning of the period | 15,596 | 16,865 | 17,954 |
| **Cash, cash equivalents, and restricted cash at end of the period** | $ 42,827 | $ 15,596 | $ 16,865 |
| **Reconciliation of cash, cash equivalents, and restricted cash to the consolidated balance sheets** | | | |
| Cash and cash equivalents | $ 41,862 | $ 14,681 | $ 16,601 |
| Restricted cash, included in prepaid expenses and other current assets | 99 | 294 | 149 |
| Restricted cash, included in other assets | 866 | 621 | 115 |
| **Total cash, cash equivalents, and restricted cash** | $ 42,827 | $ 15,596 | $ 16,865 |

*See Accompanying Notes to Consolidated Financial Statements.*

93

PX0556-094

Table of Contents

**META PLATFORMS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
*(In millions)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| **Supplemental cash flow data** | | | |
| Cash paid for income taxes, net | $ 6,607 | $ 6,407 | $ 8,525 |
| Cash paid for interest, net of amounts capitalized | $ 448 | $ — | $ — |
| Non-cash investing and financing activities: | | | |
| Property and equipment in accounts payable and accrued expenses and other current liabilities | $ 4,105 | $ 3,319 | $ 3,404 |
| Acquisition of businesses in accrued expenses and other current liabilities and other current liabilities | $ 119 | $ 291 | $ 73 |
| Other current assets through financing arrangement in accrued expenses and other current liabilities | $ 15 | $ 16 | $ 508 |
| Repurchases of Class A common stock in accrued expenses and other current liabilities | $ 474 | $ 310 | $ 340 |

*See Accompanying Notes to Consolidated Financial Statements.*

94

Table of Contents

**META PLATFORMS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1. Summary of Significant Accounting Policies**

*Organization and Description of Business*

We were incorporated in Delaware in July 2004. Our mission is to give people the power to build community and bring the world closer together. All of our products, including our apps, share the vision of helping to bring the metaverse to life.

We report our financial results based on two reportable segments: Family of Apps (FoA) and Reality Labs (RL). The segment information aligns with how the chief operating decision maker (CODM), who is our chief executive officer (CEO), reviews and manages the business. We generate substantially all of our revenue from advertising.

*Basis of Presentation*

We prepared the consolidated financial statements in accordance with U.S. generally accepted accounting principles (GAAP). The consolidated financial statements include the accounts of Meta Platforms, Inc., its subsidiaries where we have controlling financial interests, and any variable interest entities for which we are deemed to be the primary beneficiary. All intercompany balances and transactions have been eliminated.

*Use of Estimates*

Preparation of consolidated financial statements in conformity with GAAP requires the use of estimates and judgments that affect the reported amounts in the consolidated financial statements and accompanying notes. These estimates form the basis for judgments we make about the carrying values of our assets and liabilities, which are not readily apparent from other sources. We base our estimates and judgments on historical information and on various other assumptions that we believe are reasonable under the circumstances. GAAP requires us to make estimates and judgments in several areas, including, but not limited to, those related to loss contingencies, income taxes, valuation of long-lived assets and their associated estimated useful lives, valuation of non-marketable equity securities, revenue recognition, valuation of goodwill, credit losses of available-for-sale (AFS) debt securities and accounts receivable, and fair value of financial instruments and leases. These estimates are based on management's knowledge about current events, interpretation of regulations, and expectations about actions we may undertake in the future. Actual results could differ materially from those estimates.

*Revenue Recognition*

We recognize revenue under Accounting Standards Codification (ASC) *606 Revenue From Contracts With Customers*. Revenue is recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to be entitled to in exchange for those goods or services.

Sales commissions we pay in connection with contracts are expensed when incurred because the amortization period is one year or less. These costs are recorded within marketing and sales on our consolidated statements of income. We do not disclose the value of unsatisfied performance obligations for contracts with an original expected length of one year or less.

Revenue includes sales and usage-based taxes, except for cases where we are acting as a pass-through agent.

*Advertising Revenue*

Advertising revenue is generated by displaying ad products on Facebook, Instagram, Messenger, and third-party mobile applications. Marketers pay for ad products either directly or through their relationships with advertising agencies or resellers, based on the number of impressions delivered or the number of actions, such as clicks, taken by our users.

We recognize revenue from the display of impression-based ads in the contracted period in which the impressions are delivered. Impressions are considered delivered when an ad is displayed to users. We recognize revenue from the delivery of action-based ads in the period in which a user takes the action the marketer contracted for. In general, we report advertising

PX0556-096

Table of Contents

revenue on a gross basis, since we control the advertising inventory before it is transferred to our customers. Our control is evidenced by our sole ability to monetize the advertising inventory before it is transferred to our customers.

For revenue generated from arrangements that involve third-parties, we evaluate whether we are the principal, and report revenue on a gross basis, or the agent, and report revenue on a net basis. In this assessment, we consider if we obtain control of the specified goods or services before they are transferred to the customer, as well as other indicators such as the party primarily responsible for fulfillment, inventory risk, and discretion in establishing price.

We may accept lower consideration than the amount promised per the contract for certain revenue transactions and certain customers may receive cash-based incentives, credits, or refunds, which are accounted for as variable consideration when estimating the amount of revenue to recognize. We estimate these amounts and reduce revenue based on the amounts expected to be provided to customers. We believe that there will not be significant changes to our estimates of variable consideration.

*Reality Labs Revenue*

RL revenue is generated from the delivery of consumer hardware products, such as Meta Quest, wearables, and related software and content. Revenue is recognized at the time control of the products is transferred to customers, which is generally at the time of delivery, in an amount that reflects the consideration RL expects to be entitled to in exchange for the products.

*Other Revenue*

Other revenue consists of revenue from WhatsApp Business Platform, net fees we receive from developers using our Payments infrastructure, and revenue from various other sources.

### Cost of Revenue

Our cost of revenue consists of expenses associated with the delivery and distribution of our products. These mainly include expenses related to the operation of our data centers and technical infrastructure, such as depreciation expense from servers, network infrastructure and buildings, as well as payroll and related expenses which include share-based compensation for employees on our operations teams, and energy and bandwidth costs. Cost of revenue also includes costs associated with partner arrangements, including traffic acquisition costs and credit card and other fees related to processing customer transactions; RL inventory costs, which consist of cost of products sold and estimated losses on non-cancelable contractual commitments; and content costs.

### Content Costs

Our content costs are mostly related to payments to content providers from whom we license video and music to increase engagement on the platform. We pay fees to these content providers based on revenue generated, a flat fee, or both. For licensed video, we expense the cost per title when the title is accepted and available for viewing if the capitalization criteria are not met. Video content costs that meet the criteria for capitalization were not material to date.

For licensed music, we expense the license fees over the contractual license period. We pay fees to music partners based on revenue generated, minimum guaranteed fees, flat fees, or a combination thereof. Expensed content costs are included in cost of revenue on our consolidated statements of income.

### Software Development Costs

Software development costs, including costs to develop software products or the software component of products to be marketed or sold to external users, are expensed before the software or technology reach technological feasibility, which is typically reached shortly before the release of such products.

Software development costs also include costs to develop software to be used solely to meet internal needs and applications used to deliver our services. These software development costs meet the criteria for capitalization once the preliminary project stage is complete and it is probable that the project will be completed and the software will be used to perform the function intended. Software development costs that meet the criteria for capitalization were not material to date.

PX0556-097

Table of Contents

*Share-based Compensation*

Share-based compensation expense consists of the company's restricted stock units (RSUs) expense. RSUs granted to employees are measured based on the grant-date fair value. In general, our RSUs vest over a service period of four years. Share-based compensation expense is generally recognized based on the straight-line basis over the requisite service period and forfeitures are accounted for as they occur.

*Income Taxes*

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws.

We record a provision for income taxes for the anticipated tax consequences of the reported results of operations using the asset and liability method. Under this method, we recognize deferred income tax assets and liabilities for the expected future consequences of temporary differences between the financial reporting and tax bases of assets and liabilities, as well as for loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using the tax rates that are expected to apply to taxable income for the years in which those tax assets and liabilities are expected to be realized or settled. We recognize the deferred income tax effects of a change in tax rates in the period of the enactment.

We record a valuation allowance to reduce our deferred tax assets to the net amount that we believe is more likely than not to be realized. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income and ongoing tax planning strategies in assessing the need for a valuation allowance.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. We recognize interest and penalties related to uncertain tax positions as a component of the provision for income taxes.

*Advertising Expense*

Advertising costs are expensed when incurred and are included in marketing and sales expenses on our consolidated statements of income. We incurred advertising expenses of $2.02 billion, $2.65 billion, and $2.99 billion for the years ended December 31, 2023, 2022, and 2021, respectively.

*Employee Severance*

We recognize one-time employee termination costs when notification occurs, based on the regional requirements in which the employee works.

*Cash and Cash Equivalents, Marketable Securities, and Restricted Cash*

Cash and cash equivalents consist of cash on deposit with financial institutions globally and highly liquid investments with maturities of 90 days or less from the date of purchase. We classify amounts in transit from customer credit cards and payment service providers as cash on our consolidated balance sheets.

We hold investments in marketable securities, consisting of U.S. government securities, U.S. government agency securities, and investment grade corporate debt securities. We classify our marketable securities as available-for-sale (AFS) investments in our current assets because they represent investments of cash available for current operations. Our AFS investments are carried at estimated fair value with any unrealized gains and losses, net of taxes, included in accumulated other comprehensive income (loss) in stockholders' equity. AFS debt securities with an amortized cost basis in excess of estimated fair value are assessed to determine what amount of that difference, if any, is caused by expected credit losses. Allowance for credit losses on AFS debt securities are recognized as a charge in interest and other income (expense), net on our consolidated statements of income, and any remaining unrealized losses, net of taxes, are included in accumulated other comprehensive income (loss) in stockholders' equity. The amounts of credit losses recorded for the years ended December 31, 2023, 2022, and 2021 were not material. We determine realized gains or losses on sale of marketable securities on a specific

PX0556-098

Table of Contents

identification method and include such gains or losses in interest and other income (expense), net on our consolidated statements of income.

We classify certain restricted cash balances, consisting primarily of cash related to insurance policies, and retention and indemnification holdback for our acquisitions, within prepaid expenses and other current assets and other assets on our consolidated balance sheets based upon the expected duration of the restrictions.

*Non-marketable Equity Securities*

Our non-marketable equity securities are investments in privately-held companies without readily determinable fair values. We elected to account for substantially all of our non-marketable equity securities using the measurement alternative, which is cost, less any impairment, adjusted for changes in fair value resulting from observable transactions for identical or similar investments of the same issuer as of the respective transaction dates. We periodically review our non-marketable equity securities for impairment. When indicators exist and the estimated fair value of an investment is below the carrying amount, we write down the investment to fair value. The change in carrying value, if any, gains and losses resulting from the remeasurements are recognized in interest and other income (expense), net on our consolidated statements of income. For additional information, see Note 6 — Non-marketable Equity Securities.

In addition, we also held other non-marketable equity securities accounted for under the equity method which were immaterial as of December 31, 2023 and 2022.

*Fair Value Measurements*

We apply fair value accounting for all financial assets and liabilities and non-financial assets and liabilities that are recognized or disclosed at fair value in the financial statements on a recurring basis. We define fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities, which are required to be recorded at fair value, we consider the principal or most advantageous market in which we would transact and the market-based risk measurements or assumptions that market participants would use in pricing the asset or liability, such as risks inherent in valuation techniques, transfer restrictions and credit risk. Fair value is estimated by applying the following hierarchy, which prioritizes the inputs used to measure fair value into three levels and bases the categorization within the hierarchy upon the lowest level of input that is available and significant to the fair value measurement:

*Level 1*- Quoted prices in active markets for identical assets or liabilities.

*Level 2*- Observable inputs other than quoted prices in active markets for identical assets and liabilities, quoted prices for identical or similar assets or liabilities in inactive markets, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

*Level 3*- Inputs that are generally unobservable and typically reflect management's estimate of assumptions that market participants would use in pricing the asset or liability.

Our cash equivalents and marketable debt securities are classified within Level 1 or Level 2 of the fair value hierarchy because their fair value is derived from quoted market prices or alternative pricing sources and models utilizing observable market inputs. Certain other assets are classified within Level 3 because factors used to develop the estimated fair value are unobservable inputs that are not supported by market activity.

Our non-marketable equity securities accounted for using the measurement alternative are recorded at fair value on a non-recurring basis. When indicators of impairment exist or observable price changes of qualified transactions occur, the respective non-marketable equity security would be classified within Level 3 of the fair value hierarchy because the valuation methods include a combination of the observable transaction price at the transaction date and other unobservable inputs including volatility, rights, and obligations of the securities we hold.

*Accounts Receivable and Allowances*

Accounts receivable are recorded and carried at the original invoiced amount less an allowance for any potential uncollectible amounts. We make estimates of expected credit and collectibility trends for the allowance for credit losses and

PX0556-099

Table of Contents

allowance for unbilled receivables based upon our assessment of various factors, including historical experience, the age of the accounts receivable balances, credit quality of our customers, current economic conditions, reasonable and supportable forecasts of future economic conditions, and other factors that may affect our ability to collect from customers. Expected credit losses are recorded as general and administrative expenses on our consolidated statements of income. As of December 31, 2023 and 2022, the allowances for accounts receivable were immaterial.

*Property and Equipment*

Property and equipment, including finance leases, are depreciated and stated at cost less accumulated depreciation. Depreciation is computed using the straight-line method over the estimated useful lives of the assets or the remaining lease term, whichever is shorter.

The estimated useful lives of property and equipment and amortization periods of finance lease right-of-use (ROU) assets are described below:

| Property and Equipment | Useful Life/ Amortization period |
| --- | --- |
| Servers and network assets | Four to Five years |
| Buildings | 25 to 30 years |
| Equipment and other | One to 25 years |
| Finance lease right-of-use assets | Three to 20 years |
| Leasehold improvements | Lesser of estimated useful life or remaining lease term |

We evaluate at least annually the recoverability of property and equipment for possible impairment whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable. If such review indicates that the carrying amount of property and equipment assets is not recoverable, and the asset's fair value is less than the carrying amount, an impairment charge is recognized. Additionally, we recorded abandonment charges and its related adjustments in 2023 and 2022 for data center construction in progress (CIP) assets under ASC Topic 360 related to our restructuring efforts. For additional information regarding our restructuring efforts, see Note 3 — Restructuring.

The useful lives of our property and equipment are determined by management when those assets are initially recognized and are routinely reviewed for the remaining estimated useful lives. Our current estimate of useful lives represents the best estimate of the useful lives based on current facts and circumstances, but may differ from the actual useful lives due to changes to our business operations, changes in the planned use of assets, and technological advancements. When we change the estimated useful life assumption for any asset, the remaining carrying amount of the asset is accounted for prospectively and depreciated or amortized over the revised estimated useful life.

Servers and network assets include property and equipment mostly in our data centers, which is used to support production traffic. Land and assets held within CIP are not depreciated. CIP is related to the construction or development of property and equipment that have not yet been placed in service for their intended use. We capitalize interest on our debt related to certain eligible CIP assets and depreciate over the useful life of the related assets.

The cost of maintenance and repairs is expensed as incurred. When assets are retired or otherwise disposed of, the cost and related accumulated depreciation are removed from their respective accounts, and gain or loss on such sale or disposal is reflected in income from operations.

*Lease Obligations*

Our operating leases mostly comprise of certain offices, data centers, and colocations. We also have finance leases for certain network infrastructure. We determine if an arrangement is a lease at inception. Most of our leases contain lease and non-lease components. Non-lease components include fixed payments for maintenance, utilities, real estate taxes, and management fees. We combine fixed lease and non-lease components and account for them as a single lease component. Our lease agreements may contain variable costs such as contingent rent escalations, common area maintenance, insurance, real estate taxes, or other costs. These amounts are affected by the Consumer Price Index, payments contingent on energy production for renewable energy purchase arrangements, and maintenance and utilities. Such variable lease costs are

PX0556-100

Table of Contents

expensed as incurred on our consolidated statements of income. For certain colocation and equipment leases, we apply a portfolio approach to effectively account for the operating lease ROU assets and lease liabilities.

For leases with a lease term greater than 12 months, ROU assets and lease liabilities are recognized on our consolidated balance sheets at the commencement date based on the present value of the remaining fixed lease payments and includes only payments that are fixed and determinable at the time of commencement.

Our lease terms may include options to extend or terminate the lease when it is reasonably certain that we will exercise such options. When determining the probability of exercising such options, we consider contract-based, asset-based, entity-based, and market-based factors. We do not assume renewals in our determination of the lease term unless the renewals are deemed to be reasonably assured. Our lease agreements generally do not contain any material residual value guarantees or material restrictive covenants.

As most of our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of lease payments. Our incremental borrowing rate is based on our understanding of what our credit rating would be in a similar economic environment.

Operating leases are included in operating lease ROU assets, operating lease liabilities, current, and operating lease liabilities, non-current on our consolidated balance sheets. Finance leases are included in property and equipment, net, accrued expenses and other current liabilities, and other liabilities on our consolidated balance sheets.

Operating lease costs are recognized on a straight-line basis over the lease terms. Finance lease assets are amortized on a straight-line basis over the shorter of the estimated useful lives of the assets or the lease terms.

During the year ended December 31, 2023 and 2022, we recorded net impairment losses of $2.43 billion and $2.22 billion in aggregate for operating lease ROU assets and leasehold improvements under ASC Topic 360 as a part of our facilities consolidation restructuring efforts. The fair values of the impaired assets were estimated using discounted cash flow models (income approach) based on market participant assumptions with Level 3 inputs. The assumptions used in estimating fair value include the expected downtime prior to the commencement of future subleases, projected sublease income over the remaining lease periods, and discount rates that reflect the level of risk associated with receiving future cash flows. For additional information regarding our restructuring efforts, see Note 3 — Restructuring.

### Loss Contingencies

We are involved in legal proceedings, claims, and regulatory, tax or government inquiries and investigations that arise in the ordinary course of business. Certain of these matters include speculative claims for substantial or indeterminate amounts of damages. Additionally, we are required to comply with various legal and regulatory obligations around the world, and we regularly become subject to new laws and regulations in the jurisdictions in which we operate. The requirements for complying with these obligations may be uncertain and subject to interpretation and enforcement by regulatory and other authorities, and any failure to comply with such obligations could eventually lead to asserted legal or regulatory action. With respect to these matters, asserted and unasserted, we evaluate the associated developments on a regular basis and accrue a liability when we believe that it is both probable that a loss has been incurred and the amount can be reasonably estimated. If we determine there is a reasonable possibility that we may incur a loss and the loss or range of loss can be reasonably estimated, we record such losses as general and administrative expenses on our consolidated statements of income and disclose the possible loss in the accompanying notes to the consolidated financial statements to the extent material.

### Business Combinations

We allocate the fair value of purchase consideration to the tangible assets acquired, liabilities assumed and intangible assets acquired based on their estimated fair values as of the acquisition date. The excess of the fair value of purchase consideration over the fair values of these identifiable assets and liabilities is recorded as goodwill to reporting units based on the expected benefit from the business combination. Allocation of purchase consideration to identifiable assets and liabilities affects the amortization expense, as acquired finite-lived intangible assets are amortized over the useful life, whereas any indefinite-lived intangible assets, including goodwill, are not amortized. During the measurement period, which is not to exceed one year from the acquisition date, we record adjustments to the assets acquired and liabilities assumed, with the corresponding offset to goodwill. Upon the conclusion of the measurement period, any subsequent adjustments are recorded to earnings. Acquisition-related expenses are recognized separately from business combinations and are expensed as incurred.

Table of Contents

***Goodwill and Intangibles Assets***

We allocate goodwill to reporting units based on the expected benefit from business combinations. We evaluate our reporting units annually, as well as when changes in our operating segments occur. For changes in reporting units, we reassign goodwill using a relative fair value allocation approach. Goodwill is tested for impairment at the reporting unit level annually or more frequently if events or changes in circumstances would more likely than not reduce the fair value of a reporting unit below its carrying value. We have two reporting units subject to goodwill impairment testing. As of December 31, 2023, no impairment of goodwill has been identified.

We evaluate the recoverability of finite-lived intangible assets for possible impairment whenever events or circumstances indicate that the carrying amount of such assets may not be recoverable. The evaluation of these intangible assets are performed at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. Recoverability of these assets is measured by a comparison of the carrying amounts to the future undiscounted cash flows the assets are expected to generate from the use and eventual disposition. If such review indicates that the carrying amount of finite-lived intangible assets is not recoverable, and the assets fair value is less than the carrying amount, an impairment charge is recognized. We have not recorded any material impairment charges during the years presented.

Our finite-lived intangible assets are amortized on a straight-line basis over the estimated useful lives of the assets. Indefinite-lived intangible assets are not amortized. If an indefinite-lived intangible asset is subsequently determined to have a finite useful life, the asset will be tested for impairment and accounted for as a finite-lived intangible asset prospectively over its estimated remaining useful life. We routinely review the remaining estimated useful lives of finite-lived intangible assets. If we change the estimated useful life assumption for any asset, the remaining unamortized balance is amortized over the revised estimated useful life.

***Foreign Currency***

Generally, the functional currency of our international subsidiaries is the local currency. We translate the financial statements of these subsidiaries to U.S. dollars using month-end rates of exchange for assets and liabilities, and average rates of exchange for revenue, costs, and expenses. Translation gains and losses are recorded in accumulated other comprehensive income (loss) as a component of stockholders' equity. As of December 31, 2023 and 2022, we had cumulative translation losses, net of tax of $1.24 billion and $1.86 billion, respectively.

Foreign currency transaction gains and losses from transactions denominated in a currency other than the functional currency of the subsidiary involved are recorded within interest and other income (expense), net on our consolidated statements of income. Net losses resulting from foreign currency transactions were $366 million, $81 million, and $140 million for the years ended December 31, 2023, 2022, and 2021, respectively.

***Credit Risk and Concentration***

Our financial instruments that are potentially subject to concentrations of credit risk consist primarily of cash, cash equivalents, restricted cash, marketable securities, and accounts receivable. Cash equivalents consists mostly of money market funds, that primarily invest in U.S. government and agency securities. Marketable securities consist of investments in U.S. government securities, U.S. government agency securities, and investment grade corporate debt securities. As part of our cash management strategy, we concentrate cash deposits with large financial institutions and our marketable securities are held in diversified highly rated securities. Our investment portfolio in corporate debt securities is highly liquid and diversified among individual issuers. The amount of credit losses recorded for the year ended December 31, 2023 was not material.

Accounts receivable are typically unsecured and are derived from revenue earned from customers across different industries and countries. We generated 37%, 40%, and 41% of our revenue for the years ended December 31, 2023, 2022, and 2021, respectively, from marketers and developers based in the United States, with a majority of the revenue outside of the United States in 2023 coming from customers located in western Europe, China, Brazil, Australia, Canada and Japan.

We perform ongoing credit evaluations of our customers and generally do not require collateral. We maintain an allowance for estimated credit losses, and bad debt expense on these losses was not material during the years ended

PX0556-102

Table of Contents

December 31, 2023, 2022, or 2021. In the event that accounts receivable collection cycles deteriorate, our operating results and financial position could be adversely affected.

No customer represented 10% or more of total revenue during the years ended December 31, 2023, 2022, and 2021.

*Recently Adopted Accounting Pronouncements*

On April 1, 2023 we early adopted Accounting Standards Update (ASU) No. 2023-01, *Leases (Topic 842): Common Control Arrangements* (ASU 2023-01), which requires leasehold improvements associated with common control leases to be amortized over the useful life to the common control group. The adoption of this new standard did not have a material impact on our consolidated financial statements.

*Accounting Pronouncements Not Yet Adopted*

In November 2023, the Financial Accounting Standards Board (FASB) issued ASU No. 2023-07, *Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures* (ASU 2023-07), which requires an enhanced disclosure of significant segment expenses on an annual and interim basis. This guidance will be effective for the annual periods beginning the year ended December 31, 2024, and for interim periods beginning January 1, 2025. Early adoption is permitted. Upon adoption, the guidance should be applied retrospectively to all prior periods presented in the financial statements. We do not expect the adoption of this guidance to have a material impact on our consolidated financial statements.

In December 2023, the FASB issued ASU No. 2023-09, *Income Taxes (Topic 740): Improvements to Income Tax Disclosures* (ASU 2023-09), which improves the transparency of income tax disclosures by requiring consistent categories and greater disaggregation of information in the effective tax rate reconciliation and income taxes paid disaggregated by jurisdiction. It also includes certain other amendments to improve the effectiveness of income tax disclosures. This guidance will be effective for the annual periods beginning the year ended December 31, 2025. Early adoption is permitted. Upon adoption, the guidance can be applied prospectively or retrospectively. We do not expect the adoption of this guidance to have a material impact on our consolidated financial statements.

PX0556-103

Table of Contents

**Note 2. Revenue**

Revenue disaggregated by revenue source and by segment consists of the following (in millions):

| | Year Ended December 31, | | | | | |
| | 2023 | | 2022 | | 2021 | |
|---|---|---|---|---|---|---|
| Advertising | $ | 131,948 | $ | 113,642 | $ | 114,934 |
| Other revenue | | 1,058 | | 808 | | 721 |
| Family of Apps | | 133,006 | | 114,450 | | 115,655 |
| Reality Labs | | 1,896 | | 2,159 | | 2,274 |
| Total revenue | $ | 134,902 | $ | 116,609 | $ | 117,929 |

Revenue disaggregated by geography, based on the addresses of our customers, consists of the following (in millions):

| | Year Ended December 31, | | | | | |
| | 2023 | | 2022 | | 2021 | |
|---|---|---|---|---|---|---|
| United States and Canada [1] | $ | 52,888 | $ | 50,150 | $ | 51,541 |
| Europe [3] | | 31,210 | | 26,681 | | 29,057 |
| Asia-Pacific [2] | | 36,154 | | 27,760 | | 26,739 |
| Rest of World [3] | | 14,650 | | 12,018 | | 10,592 |
| Total revenue | $ | 134,902 | $ | 116,609 | $ | 117,929 |

(1)  United States revenue was $49.78 billion, $47.20 billion, and $48.38 billion for the years ended December 31, 2023, 2022, and 2021, respectively.
(2)  China revenue was $13.69 billion, $7.40 billion, and $7.59 billion for the years ended December 31, 2023, 2022, and 2021, respectively.
(3)  Europe includes Russia and Turkey, and Rest of World includes Africa, Latin America, and the Middle East.

Our total deferred revenue was $675 million and $526 million as of December 31, 2023 and 2022, respectively. As of December 31, 2023, we expect $626 million of our deferred revenue to be realized in less than a year.

PX0556-104

Table of Contents

**Note 3. Restructuring**

*2023 Restructuring*

In March 2023, we announced three rounds of planned layoffs to further reduce our company size by approximately 10,000 employees across the Family of Apps (FoA) and Reality Labs (RL) segments (the 2023 Restructuring). Impacted employees in our recruiting, technology, and business groups were notified during March 2023 to May 2023. As of December 31, 2023, we have completed these employee layoffs. In certain regions, a small portion of the impacted employees continue to be included in our reported headcount through 2024. We recognized $1.20 billion pre-tax severance and related personnel costs across the FoA and RL segments during the year ended December 31, 2023 in accordance with ASC *Topic 420, Exit or Disposal Cost Obligations*, where applicable.

A summary of our 2023 Restructuring pre-tax charges, including subsequent adjustments, recorded for severance and related personnel costs during the year ended December 31, 2023 is as follows (in millions):

|  | Year Ended December 31, 2023 |
|---|---|
| Research and development | $ 422 |
| Marketing and sales | 308 |
| General and administrative | 467 |
| Total [(1)] | $ 1,197 |

_____

(1)   Includes $101 million of share-based compensation expense recognized for the 2023 layoffs during the year ended December 31, 2023.

The 2023 Restructuring charges recorded under our FoA segment were $1.10 billion and RL segment were $96 million during the year ended December 31, 2023.

The following is a summary of changes in the accrued severance and other personnel liabilities related to the 2023 layoff activities, included within accrued expenses and other current liabilities on our consolidated balance sheets (in millions):

|  | Severance Liabilities |
|---|---|
| Balance as of January 1, 2023 | $ — |
| Severance and other personnel costs | 1,097 |
| Cash payments | (1,021) |
| Balance as of December 31, 2023 | $ 76 |

*2022 Restructuring*

In 2022, we initiated several measures to pursue greater efficiency and to realign our business and strategic priorities. These measures included a facilities consolidation strategy to sublease, early terminate, or abandon several office buildings under operating leases, a layoff of approximately 11,000 employees across the FoA and RL segments, and a pivot towards a next generation data center design, including cancellation of multiple data center projects (the 2022 Restructuring). As of December 31, 2023, we have completed the data center initiatives and the 2022 employee layoffs, and substantially completed the facilities consolidation initiatives.

Table of Contents

A summary of our 2022 Restructuring pre-tax charges for the years ended December 31, 2023 and 2022, including subsequent adjustments, is as follows (in millions):

| | Year Ended December 31, 2023 | | | | Year Ended December 31, 2022 | | | |
|---|---|---|---|---|---|---|---|---|
| | Facilities Consolidation | Severance and Other Personnel Costs | Data Center Assets [1] | Total | Facilities Consolidation | Severance and Other Personnel Costs | Data Center Assets | Total |
| Cost of revenue | $ 177 | $ — | $ (224) | $ (47) | $ 154 | $ — | $ 1,341 | $ 1,495 |
| Research and development | 1,581 | (9) | — | 1,572 | 1,311 | 408 | — | 1,719 |
| Marketing and sales | 396 | (1) | — | 395 | 404 | 234 | — | 638 |
| General and administrative | 352 | (17) | — | 335 | 426 | 333 | — | 759 |
| Total | $ 2,506 | $ (27) | $ (224) | $ 2,255 | $ 2,295 | $ 975 | $ 1,341 | $ 4,611 |

(1)   Relates to changes in estimates in our data center restructuring charges recorded during 2022.

Total restructuring charges recorded under our FoA segment were $1.74 billion and $4.10 billion, and RL segment were $516 million and $515 million for the years ended December 31, 2023 and 2022, respectively.

The following is a summary of changes in the severance and other personnel liabilities related to the 2022 layoff activities, included within accrued expenses and other current liabilities on our consolidated balance sheets (in millions):

| | Severance Liabilities |
|---|---|
| Balance as of January 1, 2022 | $ — |
| Severance and other personnel costs | 975 |
| Cash payments | (203) |
| Balance as of December 31, 2022 | 772 |
| Adjustments and foreign exchange | (35) |
| Cash payments | (737) |
| Balance as of December 31, 2023 | $ — |

PX0556-106

Table of Contents

**Note 4. Earnings per Share**

We compute earnings per share (EPS) of Class A and Class B common stock using the two-class method. As the liquidation and dividend rights for both Class A and Class B common stock are identical, the undistributed earnings are allocated on a proportionate basis to the weighted-average number of common shares outstanding for the period.

Basic EPS is computed by dividing net income by the weighted-average number of shares of our Class A and Class B common stock outstanding. For the calculation of diluted EPS, net income for basic EPS is adjusted by the effect of dilutive securities, including restricted stock units (RSUs) awards under our Equity Incentive Plan.

In addition, the computation of the diluted EPS of Class A common stock assumes the conversion of our Class B common stock to Class A common stock, while the diluted EPS of Class B common stock does not assume the conversion of those shares to Class A common stock. Diluted EPS is computed by dividing the resulting net income by the weighted-average number of fully diluted common shares outstanding.

For the years ended December 31, 2023 and 2022, approximately 16 million and 95 million shares of Class A common stock equivalents of RSUs were excluded from the diluted EPS calculation, respectively, as including them would have an anti-dilutive effect. RSUs with anti-dilutive effect were not material for the year ended December 31, 2021.

Basic and diluted EPS are the same for each class of common stock because they are entitled to the same liquidation and dividend rights.

The numerators and denominators of the basic and diluted EPS computations for our common stock are calculated as follows (in millions, except per share amounts):

| | Year Ended December 31, | | | | | |
| | 2023 | | 2022 | | 2021 | |
| | Class A | Class B | Class A | Class B | Class A | Class B |
|---|---|---|---|---|---|---|
| **Basic EPS:** | | | | | | |
| Numerator | | | | | | |
| Net income | $ 33,722 | $ 5,376 | $ 19,729 | $ 3,471 | $ 33,328 | $ 6,042 |
| Denominator | | | | | | |
| Shares used in computation of basic earnings per share | 2,220 | 354 | 2,285 | 402 | 2,383 | 432 |
| Basic EPS | $ 15.19 | $ 15.19 | $ 8.63 | $ 8.63 | $ 13.99 | $ 13.99 |
| **Diluted EPS:** | | | | | | |
| Numerator | | | | | | |
| Net income | $ 33,722 | $ 5,376 | $ 19,729 | $ 3,471 | $ 33,328 | $ 6,042 |
| Reallocation of net income as a result of conversion of Class B to Class A common stock | 5,376 | — | 3,471 | — | 6,042 | — |
| Reallocation of net income to Class B common stock | — | (112) | — | (19) | — | (93) |
| Net income for diluted EPS | $ 39,098 | $ 5,264 | $ 23,200 | $ 3,452 | $ 39,370 | $ 5,949 |
| Denominator | | | | | | |
| Shares used in computation of basic earnings per share | 2,220 | 354 | 2,285 | 402 | 2,383 | 432 |
| Conversion of Class B to Class A common stock | 354 | — | 402 | — | 432 | — |
| Weighted-average effect of dilutive RSUs | 55 | — | 15 | — | 44 | — |
| Shares used in computation of diluted earnings per share | 2,629 | 354 | 2,702 | 402 | 2,859 | 432 |
| Diluted EPS | $ 14.87 | $ 14.87 | $ 8.59 | $ 8.59 | $ 13.77 | $ 13.77 |

PX0556-107

Table of Contents

**Note 5. Financial Instruments**

*Instruments Measured at Fair Value*

We classify our cash equivalents and marketable debt securities within Level 1 or Level 2 because we use quoted market prices or alternative pricing sources and models utilizing market observable inputs to determine their fair value. Certain other assets are classified within Level 3 because factors used to develop the estimated fair value are unobservable inputs that are not supported by market activity.

The following tables summarize our assets measured at fair value on a recurring basis and the classification by level of input within the fair value hierarchy (in millions):

| Description | December 31, 2023 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Cash | $ 6,265 | | | |
| Cash equivalents: | | | | |
| Money market funds | 32,910 | $ 32,910 | $ — | $ — |
| U.S. government and agency securities | 2,206 | 2,206 | — | — |
| Time deposits | 261 | — | 261 | — |
| Corporate debt securities | 220 | — | 220 | — |
| Total cash and cash equivalents | 41,862 | 35,116 | 481 | — |
| Marketable securities: | | | | |
| U.S. government securities | 8,439 | 8,439 | — | — |
| U.S. government agency securities | 3,498 | 3,498 | — | — |
| Corporate debt securities | 11,604 | — | 11,604 | — |
| Total marketable securities | 23,541 | 11,937 | 11,604 | — |
| Restricted cash equivalents | 857 | 857 | — | — |
| Other assets | 101 | — | — | 101 |
| Total | $ 66,361 | $ 47,910 | $ 12,085 | $ 101 |

107

PX0556-108

Table of Contents

| Description | December 31, 2022 | Fair Value Measurement at Reporting Date Using | | |
| --- | --- | --- | --- | --- |
| | | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| Cash | $ 6,176 | | | |
| Cash equivalents: | | | | |
| Money market funds | 8,305 | $ 8,305 | $ — | $ — |
| U.S. government and agency securities | 16 | 16 | — | — |
| Time deposits | 156 | — | 156 | — |
| Corporate debt securities | 28 | — | 28 | — |
| Total cash and cash equivalents | 14,681 | 8,321 | 184 | — |
| Marketable securities: | | | | |
| U.S. government securities | 8,708 | 8,708 | — | — |
| U.S. government agency securities | 4,989 | 4,989 | — | — |
| Corporate debt securities | 12,335 | — | 12,335 | — |
| Marketable equity securities | 25 | 25 | — | — |
| Total marketable securities | 26,057 | 13,722 | 12,335 | — |
| Restricted cash equivalents | 583 | 583 | — | — |
| Other assets | 157 | — | — | 157 |
| Total | $ 41,478 | $ 22,626 | $ 12,519 | $ 157 |

*Unrealized Losses*

The following tables summarize our available-for-sale marketable debt securities and cash equivalents with unrealized losses as of December 31, 2023 and 2022, aggregated by major security type and the length of time that individual securities have been in a continuous loss position (in millions):

| | December 31, 2023 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Less than 12 months | | 12 months or greater | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. government securities | $ 336 | $ (1) | $ 7,041 | $ (275) | $ 7,377 | $ (276) |
| U.S. government agency securities | 71 | — | 3,225 | (164) | 3,296 | (164) |
| Corporate debt securities | 647 | (3) | 10,125 | (491) | 10,772 | (494) |
| Total | $ 1,054 | $ (4) | $ 20,391 | $ (930) | $ 21,445 | $ (934) |

| | December 31, 2022 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Less than 12 months | | 12 months or greater | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. government securities | $ 5,008 | $ (234) | $ 3,499 | $ (247) | $ 8,507 | $ (481) |
| U.S. government agency securities | 524 | (17) | 4,415 | (308) | 4,939 | (325) |
| Corporate debt securities | 4,555 | (249) | 7,256 | (634) | 11,811 | (883) |
| Total | $ 10,087 | $ (500) | $ 15,170 | $ (1,189) | $ 25,257 | $ (1,689) |

The decrease in the gross unrealized losses for the year ended December 31, 2023 is mostly due to a shorter average portfolio duration. The allowance for credit losses and the gross unrealized gains on our marketable debt securities were not material as of December 31, 2023 and 2022.

PX0556-109

Table of Contents

*Contractual Maturities*

The following table classifies our marketable debt securities by contractual maturities (in millions):

|  | December 31, 2023 |
|---|---|
| Due within one year | $ 7,120 |
| Due after one year to five years | 16,421 |
| Total | $ 23,541 |

*Instruments Measured at Fair Value on Non-recurring Basis*

Our non-marketable equity securities accounted for using the measurement alternative are measured at fair value on a non-recurring basis and are classified within Level 3 of the fair value hierarchy because we use significant unobservable inputs to estimate their fair value. Assets remeasured at fair value on a non-recurring basis within Level 3 during the years ended December 31, 2023 and 2022 were $53 million and $198 million, respectively. For additional information, see Note 6 — Non-marketable Equity Securities.

**Note 6. Non-marketable Equity Securities**

Our non-marketable equity securities are investments in privately-held companies without readily determinable fair values. The following table summarizes our non-marketable equity securities that were measured using measurement alternative and equity method (in millions):

|  | December 31, | |
|---|---|---|
|  | 2023 | 2022 |
| Non-marketable equity securities under measurement alternative: | | |
| Initial cost | $ 6,389 | $ 6,388 |
| Cumulative upward adjustments | 293 | 293 |
| Cumulative impairment/downward adjustments | (599) | (497) |
| Carrying value | 6,083 | 6,184 |
| Non-marketable equity securities under equity method | 58 | 17 |
| Total | $ 6,141 | $ 6,201 |

During the years ended December 31, 2023, 2022 and 2021, impairment and downward adjustments recorded for our non-marketable equity securities that were measured using measurement alternative was $101 million, $447 million, and immaterial, respectively.

PX0556-110

Table of Contents

**Note 7. Property and Equipment**

Property and equipment, net consists of the following (in millions):

| | December 31, | |
| --- | ---: | ---: |
| | 2023 | 2022 |
| Land | $ 2,080 | $ 1,874 |
| Servers and network assets | 46,838 | 34,330 |
| Buildings | 37,961 | 27,720 |
| Leasehold improvements | 6,972 | 6,522 |
| Equipment and other | 7,416 | 5,642 |
| Finance lease right-of-use assets | 4,185 | 3,353 |
| Construction in progress | 24,269 | 25,052 |
| Property and equipment, gross | 129,721 | 104,493 |
| Less: Accumulated depreciation | (33,134) | (24,975) |
| Property and equipment, net | $ 96,587 | $ 79,518 |

Construction in progress includes costs mostly related to construction of data centers, network infrastructure and servers. As of December 31, 2023, and 2022, construction in progress also included $1.40 billion and $2.18 billion of servers and network assets components stored by our suppliers until required by our design manufacturers to fulfill certain purchase orders, respectively.

Depreciation expense on property and equipment was $11.02 billion, $8.50 billion, and $7.56 billion for the years ended December 31, 2023, 2022, and 2021, respectively. Within property and equipment, our servers and network assets depreciation expenses were $7.32 billion, $5.29 billion, and $4.94 billion for the years ended December 31, 2023, 2022, and 2021, respectively. During the year ended December 31, 2023, we capitalized $283 million of interest expense related to certain eligible construction in progress assets.

During the years ended December 31, 2023, and 2022, we recorded $671 million and $508 million of impairment losses mostly for leasehold improvements assets as part of our facilities consolidation restructuring efforts, respectively. For additional information, see Note 3 — Restructuring.

**Note 8. Leases**

We have entered into various non-cancelable operating lease agreements mostly for our offices, data centers, and colocations. We have also entered into various non-cancelable finance lease agreements for certain network infrastructure. Our leases have original lease periods expiring between 2024 and 2093. Many leases include one or more options to renew.

The components of lease costs are as follows (in millions):

| | Year Ended December 31, | | |
| --- | ---: | ---: | ---: |
| | 2023 | 2022 | 2021 |
| Finance lease cost: | | | |
| Amortization of right-of-use assets | $ 349 | $ 380 | $ 344 |
| Interest | 20 | 16 | 15 |
| Operating lease cost | 2,091 | 1,857 | 1,540 |
| Variable lease cost and other, net | 580 | 363 | 272 |
| Total lease cost | $ 3,040 | $ 2,616 | $ 2,171 |

PX0556-111

Table of Contents

We also recorded $1.76 billion and $1.71 billion net impairment losses for operating lease right-of-use assets as a part of our facilities consolidation restructuring efforts for the years ended December 31, 2023, and 2022, respectively. For additional information, see Note 3 — Restructuring.

Supplemental balance sheet information related to lease liabilities is as follows:

|  | December 31, | |
| --- | --- | --- |
|  | 2023 | 2022 |
| Weighted-average remaining lease term: | | |
| Finance leases | 14.0 years | 14.4 years |
| Operating leases | 11.6 years | 12.5 years |
| Weighted-average discount rate: | | |
| Finance leases | 3.4 % | 3.1 % |
| Operating leases | 3.7 % | 3.2 % |

The following is a schedule, by years, of maturities of lease liabilities as of December 31, 2023 (in millions):

|  | Operating Leases | | Finance Leases | |
| --- | --- | --- | --- | --- |
| 2024 | $ | 2,219 | $ | 111 |
| 2025 | | 2,330 | | 64 |
| 2026 | | 2,264 | | 64 |
| 2027 | | 2,233 | | 60 |
| 2028 | | 2,112 | | 60 |
| Thereafter | | 12,491 | | 492 |
| Total undiscounted cash flows | | 23,649 | | 851 |
| Less: Imputed interest | | (4,800) | | (161) |
| Present value of lease liabilities [1] | $ | 18,849 | $ | 690 |
| | | | | |
| Lease liabilities, current | $ | 1,623 | $ | 90 |
| Lease liabilities, non-current | | 17,226 | | 600 |
| Present value of lease liabilities [1] | $ | 18,849 | $ | 690 |

---

[1]    Lease liabilities include operating leases under restructuring as a part of our facilities consolidation efforts. For additional information, see Note 3 — Restructuring.

The table above does not include lease payments that were not fixed at commencement or lease modification. As of December 31, 2023, we have additional operating and finance leases, that have not yet commenced, with lease obligations of approximately $7.07 billion and $1.37 billion, respectively, mostly for data centers, colocations, and network infrastructure. These operating and finance leases will commence between 2024 and 2028 with lease terms of greater than one year to 30 years.

PX0556-112

Table of Contents

Supplemental cash flow information related to leases is as follows (in millions):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities: | | | |
| Operating cash flows for operating leases [1] | $ 2,233 | $ 1,654 | $ 1,406 |
| Operating cash flows for finance leases | $ 20 | $ 16 | $ 15 |
| Financing cash flows for finance leases | $ 1,058 | $ 850 | $ 677 |
| Lease liabilities arising from obtaining right-of-use assets: | | | |
| Operating leases | $ 4,370 | $ 4,366 | $ 4,466 |
| Finance leases | $ 588 | $ 223 | $ 160 |

(1)   Cash flows for operating leases during the year ended December 31, 2023 include cash paid for terminations of certain operating leases.

## Note 9. Acquisitions, Goodwill, and Intangible Assets

During the year ended December 31, 2023, we completed business acquisitions with total purchase consideration of $467 million in cash, including $88 million and $352 million allocated to intangible assets and goodwill, respectively. Goodwill generated from these business acquisitions was primarily attributable to expected synergies and potential monetization opportunities. The amount of goodwill generated that was deductible for tax purposes was not material. Acquisition-related costs were immaterial and were expensed as incurred. Pro forma historical results of operations related to these business acquisitions have not been presented because they are not significant to our consolidated financial statements, either individually or in aggregate. We have included the financial results of these acquired businesses in our consolidated financial statements from their respective dates of acquisition.

Changes in the carrying amount of goodwill by reportable segment for the years ended December 31, 2023 and 2022 are as follows (in millions):

| | Family of Apps | Reality Labs | Total |
|---|---|---|---|
| Goodwill at December 31, 2021 | $ 18,458 | $ 739 | $ 19,197 |
| Acquisitions | 773 | 364 | 1,137 |
| Adjustments | 19 | (47) | (28) |
| Goodwill at December 31, 2022 | 19,250 | 1,056 | 20,306 |
| Acquisitions | — | 357 | 357 |
| Adjustments | (4) | (5) | (9) |
| Goodwill at December 31, 2023 | $ 19,246 | $ 1,408 | $ 20,654 |

PX0556-113

Table of Contents

The following table sets forth the major categories of the intangible assets and their weighted-average remaining useful lives (in millions):

|  | | December 31, 2023 | | | December 31, 2022 | | |
|---|---|---|---|---|---|---|---|
|  | Weighted-Average Remaining Useful Lives (in years) | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| Acquired technology | 4.7 | $ 478 | $ (182) | $ 296 | $ 507 | $ (144) | $ 363 |
| Acquired patents | 2.4 | 287 | (233) | 54 | 380 | (289) | 91 |
| Other | 2.3 | 28 | (15) | 13 | 86 | (25) | 61 |
| Total finite-lived assets |  | 793 | (430) | 363 | 973 | (458) | 515 |
| Total indefinite-lived assets | N/A | 425 | — | 425 | 382 | — | 382 |
| Total intangible assets |  | $ 1,218 | $ (430) | $ 788 | $ 1,355 | $ (458) | $ 897 |

Amortization expense of intangible assets for the years ended December 31, 2023, 2022, and 2021 was $161 million, $185 million, and $407 million, respectively.

As of December 31, 2023, expected amortization expense for the unamortized finite-lived intangible assets for the next five years and thereafter is as follows (in millions):

| | |
|---|---|
| 2024 | $ 136 |
| 2025 | 97 |
| 2026 | 46 |
| 2027 | 24 |
| 2028 | 15 |
| Thereafter | 45 |
| Total | $ 363 |

PX0556-114

Table of Contents

**Note 10. Long-term Debt**

As of December 31, 2023, we had $18.50 billion of fixed-rate senior unsecured notes (the Notes), including $10.0 billion issued in August 2022 and $8.50 billion issued in May 2023. The following table summarizes the Notes and the carrying amount of our debt (in millions, except percentages):

| | Maturity | Stated Interest Rate | Effective Interest Rate | December 31, 2023 | December 31, 2022 |
|---|---|---|---|---|---|
| August 2022 debt: | | | | | |
| 2027 Notes | 2027 | 3.50% | 3.63% | $ 2,750 | $ 2,750 |
| 2032 Notes | 2032 | 3.85% | 3.92% | 3,000 | 3,000 |
| 2052 Notes | 2052 | 4.45% | 4.51% | 2,750 | 2,750 |
| 2062 Notes | 2062 | 4.65% | 4.71% | 1,500 | 1,500 |
| | | | | | |
| May 2023 debt: | | | | | |
| 2028 Notes | 2028 | 4.60% | 4.68% | 1,500 | |
| 2030 Notes | 2030 | 4.80% | 4.90% | 1,000 | |
| 2033 Notes | 2033 | 4.95% | 5.00% | 1,750 | |
| 2053 Notes | 2053 | 5.60% | 5.64% | 2,500 | |
| 2063 Notes | 2063 | 5.75% | 5.79% | 1,750 | |
| Total face amount of long-term debt | | | | 18,500 | 10,000 |
| Unamortized discount and issuance costs, net | | | | (115) | (77) |
| Long-term debt | | | | $ 18,385 | $ 9,923 |

Each series of the Notes in the table above rank equally with each other. Interest on the Notes is payable semi-annually in arrears. We may redeem the Notes at any time, in whole or in part, at specified redemption prices. We are not subject to any financial covenants under the Notes. Interest expense, net of capitalized interest, recognized on the debt was $420 million and $160 million for the years ended December 31, 2023 and 2022, respectively.

The total estimated fair value of our outstanding debt was $18.48 billion and $8.63 billion as of December 31, 2023 and 2022, respectively. The fair value was determined based on the closing trading price per $100 of the Notes and is categorized accordingly as Level 2 in the fair value hierarchy.

As of December 31, 2023, future principal payments for the Notes, by year, are as follows (in millions):

| | |
|---|---|
| 2024 through 2026 | $ — |
| 2027 | 2,750 |
| 2028 | 1,500 |
| Thereafter | 14,250 |
| Total outstanding debt | $ 18,500 |

114

Table of Contents

**Note 11. Liabilities**

The components of accrued expenses and other current liabilities are as follows (in millions):

| | December 31, | |
| | 2023 | 2022 |
|---|---|---|
| Legal-related accruals [1] | $ 6,592 | $ 4,795 |
| Accrued compensation and benefits | 6,659 | 4,591 |
| Accrued property and equipment | 2,213 | 2,921 |
| Accrued taxes | 3,655 | 2,339 |
| Other current liabilities | 5,506 | 4,906 |
| Accrued expenses and other current liabilities | $ 24,625 | $ 19,552 |

[1] Includes accruals for estimated fines, settlements, or other losses in connection with legal and related matters, as well as other legal fees. For further information, see *Legal and Related Matters* in Note 12 — Commitments and Contingencies.

The components of other liabilities are as follows (in millions):

| | December 31, | |
| | 2023 | 2022 |
|---|---|---|
| Income tax payable, non-current | $ 7,514 | $ 6,645 |
| Other non-current liabilities | 1,370 | 1,119 |
| Other liabilities | $ 8,884 | $ 7,764 |

**Note 12. Commitments and Contingencies**

*Contractual Commitments*

We have $16.49 billion of non-cancelable contractual commitments as of December 31, 2023, which are primarily related to our investments in servers, network infrastructure, and consumer hardware products in Reality Labs. The following is a schedule, by years, of non-cancelable contractual commitments as of December 31, 2023 (in millions):

| | |
|---|---|
| 2024 | $ 12,105 |
| 2025 | 1,152 |
| 2026 | 417 |
| 2027 | 218 |
| 2028 | 127 |
| Thereafter | 2,470 |
| Total | $ 16,489 |

Additionally, as part of the normal course of business, we have entered into multi-year agreements to purchase renewable energy that do not specify a fixed or minimum volume commitment or to purchase certain server components that do not specify a fixed or minimum price commitment. We enter into these agreements in order to secure either volume or price. Using the expected volume consumption, the total estimated spend related to our renewable energy agreements as of December 31, 2023 is approximately $15.12 billion, a majority of which is due beyond five years. The ultimate spend under these agreements may vary and will be based on actual volume purchased.

Table of Contents

*Legal and Related Matters*

With respect to the cases, actions, and inquiries described below, we evaluate the associated developments on a regular basis and accrue a liability when we believe a loss is probable and the amount can be reasonably estimated. In addition, we believe there is a reasonable possibility that we may incur a loss in some of these matters. With respect to the matters described below that do not include an estimate of the amount of loss or range of possible loss, such losses or range of possible losses either cannot be estimated or are not individually material, but we believe there is a reasonable possibility that they may be material in the aggregate.

We are also party to various other legal proceedings, claims, and regulatory, tax or government inquiries and investigations that arise in the ordinary course of business. Additionally, we are required to comply with various legal and regulatory obligations around the world. The requirements for complying with these obligations may be uncertain and subject to interpretation and enforcement by regulatory and other authorities, and any failure to comply with such obligations could eventually lead to asserted legal or regulatory action. With respect to these other legal proceedings, claims, regulatory, tax, or government inquiries and investigations, and other matters, asserted and unasserted, we evaluate the associated developments on a regular basis and accrue a liability when we believe a loss is probable and the amount can be reasonably estimated. In addition, we believe there is a reasonable possibility that we may incur a loss in some of these other matters. We believe that the amount of losses or any estimable range of possible losses with respect to these other matters will not, either individually or in the aggregate, have a material adverse effect on our business and consolidated financial statements.

The ultimate outcome of the legal and related matters described in this section, such as whether the likelihood of loss is remote, reasonably possible, or probable, or if and when the reasonably possible range of loss is estimable, is inherently uncertain. Therefore, if one or more of these matters were resolved against us for amounts in excess of management's estimates of loss, our results of operations and financial condition, including in a particular reporting period in which any such outcome becomes probable and estimable, could be materially adversely affected.

For information regarding income tax contingencies, see Note 15 — Income Taxes.

*Privacy and Related Matters*

Beginning on March 20, 2018, multiple putative class actions were filed in state and federal courts in the United States and elsewhere against us and certain of our directors and officers alleging various causes of action in connection with our platform and user data practices as well as the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies, and seeking unspecified damages and injunctive relief. With respect to the putative class actions alleging fraud and violations of consumer protection, privacy, and other laws in connection with the same matters, several of the cases brought on behalf of consumers in the United States were consolidated in the U.S. District Court for the Northern District of California (*In re Facebook, Inc., Consumer Privacy User Profile Litigation*). On September 9, 2019, the court granted, in part, and denied, in part, our motion to dismiss the consolidated putative consumer class action. On December 22, 2022, the parties entered into a settlement agreement to resolve the lawsuit, which provides for a payment of $725 million by us. The settlement was approved by the court on October 10, 2023, and the payment was made in November 2023. In addition, our platform and user data practices, as well as the events surrounding the misuse of certain data by a developer, became the subject of U.S. Federal Trade Commission (FTC), state attorneys general, and other government inquiries in the United States, Europe, and other jurisdictions. We entered into a settlement and modified consent order to resolve the FTC inquiry, which took effect in April 2020. Among other matters, our settlement with the FTC required us to pay a penalty of $5.0 billion which was paid in April 2020 upon the effectiveness of the modified consent order. The state attorneys general inquiry and certain government inquiries in other jurisdictions remain ongoing. On July 16, 2021, a stockholder derivative action was filed in Delaware Court of Chancery against certain of our directors and officers asserting breach of fiduciary duty and related claims relating to our historical platform and user data practices, as well as our settlement with the FTC. On July 20, 2021, other stockholders filed an amended derivative complaint in a related Delaware Chancery Court action, asserting breach of fiduciary duty and related claims against certain of our current and former directors and officers in connection with our historical platform and user data practices. On November 4, 2021, the lead plaintiffs filed a second amended and consolidated complaint in the stockholder derivative action. The pending consolidated matter is *In re Facebook Inc. Derivative Litigation*. On January 19, 2022, we filed a motion to dismiss, which was denied in part on May 10, 2023. The insider trading claim was dismissed as to all defendants except Mark Zuckerberg, and the motion was denied as to the breach of fiduciary duty claims.

116

Table of Contents

On May 3, 2023, the FTC filed a public administrative proceeding (*In the Matter of Facebook, Inc.*) seeking substantial changes to the modified consent order, which took effect in April 2020 after its entry by the U.S. District Court for the District of Columbia. The changes sought by the FTC are set forth in a proposed order and include, among others, a prohibition on our use of minors' data for any commercial purposes, changes to the composition of our board of directors, and significant limitations on our ability to modify and launch new products. On May 31, 2023, we filed a motion before the U.S. District Court for the District of Columbia (*USA v. Facebook, Inc.*) seeking to enjoin the FTC from further pursuing its agency process to modify the modified consent order. On November 27, 2023, the district court denied our motion, and we have appealed to the U.S. Court of Appeals for the District of Columbia Circuit (*U.S. v. Facebook, Inc.*) and sought to stay the FTC proceeding pending resolution of the appeal. On January 12, 2024, the district court denied our motion for a stay pending appeal and, on January 25, 2024, we filed a motion for a stay pending appeal before the Court of Appeals. On November 29, 2023, we separately filed a complaint, also in the U.S. District Court for the District of Columbia (*Meta Platforms, Inc. v. FTC*), asserting constitutional challenges to the structure of the FTC, and seeking to preliminarily enjoin the FTC proceeding during the pendency of the litigation. On December 13, 2023, the FTC filed an opposition to our motion for preliminary injunction and a motion to dismiss the complaint. Oral argument on our motion to enjoin and the FTC's motion to dismiss is scheduled for March 1, 2024. If the FTC proceeding is not enjoined or stayed, our response in the proceeding will be due on March 15, 2024, after which time the FTC could amend the order to impose these additional requirements set forth in the proposed order. We should have the opportunity to appeal an FTC decision modifying the order and could request the appellate court to stay the enforcement of the modifications to the order while the appeal is pending. It is unclear whether the appeal or the request for a stay would be successful.

We also notify the Irish Data Protection Commission (IDPC), our lead European Union privacy regulator under the General Data Protection Regulation (GDPR), of certain other personal data breaches and privacy issues, and are subject to inquiries and investigations by the IDPC and other European regulators regarding various aspects of our regulatory compliance. For example, on May 12, 2023, the IDPC issued a Final Decision concluding that Meta Platforms Ireland's reliance on Standard Contractual Clauses in respect of certain transfers of European Economic Area (EEA) Facebook user data was not in compliance with the GDPR. The IDPC issued an administrative fine of EUR €1.2 billion as well as corrective orders, which is described further in "Legal Proceedings" contained in Part I, Item 3 of this Annual Report on Form 10-K. The interpretation of the GDPR is still evolving, including through decisions of the Court of Justice of the European Union, and draft decisions in investigations by the IDPC are subject to review by other European privacy regulators as part of the GDPR's cooperation and consistency mechanisms, which may lead to significant changes in the final outcome of such investigations. As a result, the interpretation and enforcement of the GDPR, as well as the imposition and amount of penalties for non-compliance, are subject to significant uncertainty. Although we are vigorously defending our regulatory compliance, we have accrued significant amounts for loss contingencies related to these inquiries and investigations in Europe, and we believe there is a reasonable possibility that additional accruals for losses related to these matters could be material individually or in the aggregate.

On February 14, 2022, the State of Texas filed a lawsuit against us in Texas state court (*Texas v. Meta Platforms, Inc.*) alleging that "tag suggestions" and other uses of facial recognition technology violated the Texas Capture or Use of Biometric Identifiers Act and the Texas Deceptive Trade Practices-Consumer Protection Act, and seeking statutory damages and injunctive relief. The case is currently scheduled for trial in June 2024.

Beginning on June 7, 2021, multiple putative class actions were filed against us alleging that we improperly received individuals' information from third-party websites or apps via our business tools in violation of our terms and various state and federal laws and seeking unspecified damages and injunctive relief (for example, *In re Meta Pixel Healthcare Litigation; In re Meta Pixel Tax Filing Cases; Frasco v. Flo Health, Inc.; Doe v. Hey Favor, Inc. et al.; Doe v. GoodRx Holdings, Inc. et al.* in the U.S. District Court for the Northern District of California; and *Rickwalder, et al. v. Meta Platforms, Inc.* in the California Supreme Court).

*Competition*

We are subject to various litigation and government inquiries and investigations, formal or informal, by competition authorities in the United States, Europe, and other jurisdictions. Such investigations, inquiries, and lawsuits concern, among other things, our business practices in the areas of social networking or social media services, digital advertising, and/or mobile or online applications, as well as our acquisitions. For example, in 2019 we became the subject of antitrust investigations by the FTC, and U.S. Department of Justice. On December 9, 2020, the FTC filed a complaint (*FTC v. Meta Platforms, Inc.*) against us in the U.S. District Court for the District of Columbia alleging that we engaged in anticompetitive conduct and unfair methods of competition in violation of Section 5 of the Federal Trade Commission Act and Section 2 of

Table of Contents

the Sherman Act, including by acquiring Instagram in 2012 and WhatsApp in 2014 and by maintaining conditions on access to our platform. The FTC sought a permanent injunction against our company's alleged violations of the antitrust laws, and other equitable relief, including divestiture or reconstruction of Instagram and WhatsApp. On June 28, 2021, the court granted our motion to dismiss the complaint filed by the FTC with leave to amend. On August 19, 2021, the FTC filed an amended complaint, and on October 4, 2021, we filed a motion to dismiss this amended complaint. On January 11, 2022, the court denied our motion to dismiss the FTC's amended complaint. Multiple putative class actions have also been filed in state and federal courts in the United States and in the United Kingdom against us alleging violations of antitrust laws and other causes of action in connection with these acquisitions and/or other alleged anticompetitive conduct, and seeking damages and injunctive relief. Several of the cases brought on behalf of certain advertisers and users in the United States were consolidated in the U.S. District Court for the Northern District of California (*Klein et al., v. Meta Platforms, Inc.*). On January 14, 2022, the court granted, in part, and denied, in part, our motion to dismiss the consolidated actions. On March 1, 2022, a first amended consolidated complaint was filed in the putative class action brought on behalf of certain advertisers. On December 6, 2022, the court denied our motion to dismiss the first amended consolidated complaint filed in the putative class action brought on behalf of certain advertisers. In December 2022, the European Commission issued a Statement of Objections alleging that we tie Facebook Marketplace to Facebook and use data in a manner that infringes European Union competition rules.

*Securities and Other Actions*

Beginning on March 20, 2018, multiple putative class actions and derivative actions were filed in state and federal courts in the United States and elsewhere against us and certain of our directors and officers alleging violations of securities laws, breach of fiduciary duties, and other causes of action in connection with our platform and user data practices as well as the misuse of certain data by a developer that shared such data with third parties in violation of our terms and policies, and seeking unspecified damages and injunctive relief. Beginning on July 27, 2018, two putative class actions were filed in federal court in the United States against us and certain of our directors and officers alleging violations of securities laws in connection with the disclosure of our earnings results for the second quarter of 2018 and seeking unspecified damages. These two actions subsequently were transferred and consolidated in the U.S. District Court for the Northern District of California (*In Re Facebook, Inc. Securities Litigation*) with the putative securities class action described above relating to our platform and user data practices. In a series of orders in 2019 and 2020, the district court granted our motions to dismiss the plaintiffs' claims. On January 17, 2022, the plaintiffs filed a notice of appeal of the order dismissing their case, and on October 18, 2023, the U.S. Court of Appeals for the Ninth Circuit issued its decision affirming in part and reversing in part the district court's order dismissing the plaintiffs' case.

We are also subject to other government inquiries and investigations relating to our business activities and disclosure practices. For example, beginning in September 2021, we became subject to government investigations and requests relating to a former employee's allegations and release of internal company documents concerning, among other things, our algorithms, advertising and user metrics, and content enforcement practices, as well as misinformation and other undesirable activity on our platform, and user well-being. We have since received additional requests relating to these and other topics. Beginning on October 27, 2021, multiple putative class actions and derivative actions were filed in the U.S. District Court for the Northern District of California against us and certain of our directors and officers alleging violations of securities laws, breach of fiduciary duties, and other causes of action in connection with the same matters, and seeking unspecified damages. *Ohio Pub. Empl. Ret. Sys. v. Meta Platforms, Inc.*

On March 8, 2022, a putative class action was filed in the U.S. District Court for the Northern District of California against us and certain of our directors and officers alleging violations of securities laws in connection with the disclosure of our earnings results for the fourth quarter of 2021 and seeking unspecified damages (*Plumbers & Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc.*). On July 18, 2023, the court dismissed the claims against Meta and its officers with leave to amend. On September 18, 2023, the plaintiffs filed an amended complaint.

*Youth-Related Actions*

Beginning in January 2022, we became subject to litigation and other proceedings that were filed in various federal and state courts alleging that Facebook and Instagram cause "social media addiction" in users, with most proceedings focused on those under 18 years old, resulting in various mental health and other harms. Putative class actions have been filed in the United States and Canada on behalf of users in those jurisdictions, and numerous school districts, municipalities, and one state in the United States have filed public nuisance claims based on similar allegations. On October 6, 2022, the federal cases were centralized in the U.S. District Court for the Northern District of California (*In re Social Media Adolescent*

118

PX0556-119

Table of Contents

*Addiction Product Liability Personal Injury Litigation*). On October 13, 2023, in *In re Social Media Cases*, the Los Angeles County Superior Court presiding over the California state court proceedings sustained in part and overruled in part our demurrer as to the plaintiff's claims. Beginning in October 2023, additional U.S. states have filed lawsuits on these topics in various federal and state courts. These additional lawsuits include allegations regarding violations of the Children's Online Privacy Protection Act (COPPA) as well as violations of state laws concerning consumer protection, unfair business practices, and products liability, with proceedings focused on our alleged business practices and harms to users under 18 years old. These lawsuits seek damages and injunctive relief, and include cases filed by various state attorneys general in *In re Social Media Adolescent Addiction Product Liability Personal Injury Litigation* in the U.S. District Court for the Northern District of California, as well as various state courts around the country. We are also subject to government investigations and requests from multiple regulators concerning the use of our products, and the alleged mental and physical health and safety impacts on users, particularly younger users.

### Other Actions

Beginning on August 15, 2018, multiple putative class actions were filed against us alleging that we inflated our estimates of the potential audience size for advertisements, resulting in artificially increased demand and higher prices. The cases were consolidated in the U.S. District Court for the Northern District of California (*DZ Reserve v. Facebook, Inc.*) and seek unspecified damages and injunctive relief. In a series of rulings in 2019, 2021, and 2022, the court dismissed certain of the plaintiffs' claims, but permitted their fraud and unfair competition claims to proceed. On March 29, 2022, the court granted the plaintiffs' motion for class certification. On June 21, 2022, the U.S. Court of Appeals for the Ninth Circuit granted our petition for permission to appeal the district court's class certification order, and the court heard argument on September 12, 2023. The case is stayed in the district court pending appeal.

Beginning on July 7, 2023, multiple putative class actions were filed against us in the U.S. District Court for the Northern District of California (*Kadrey, et al. v. Meta Platforms, Inc.* and *Chabon, et al. v. Meta Platforms, Inc.*) and U.S. District Court for the Southern District of New York (*Huckabee, et al. v. Meta Platforms, Inc. et al.*), which was subsequently transferred to the U.S. District Court for the Northern District of California) alleging that we used various copyrighted books and materials to train our artificial intelligence models, and seeking unspecified damages and injunctive relief.

In addition, we are subject to litigation and other proceedings involving law enforcement and other regulatory agencies, including in particular in Brazil, Russia, and other countries in Europe, in order to ascertain the precise scope of our legal obligations to comply with the requests of those agencies, including our obligation to disclose user information in particular circumstances. A number of such instances have resulted in the assessment of fines and penalties against us. We believe we have multiple legal grounds to satisfy these requests or prevail against associated fines and penalties, and we intend to vigorously defend such fines and penalties.

### Indemnifications

In the normal course of business, to facilitate transactions of services and products, we have agreed to indemnify certain parties with respect to certain matters. We have agreed to hold certain parties harmless against losses arising from a breach of representations or covenants, or out of intellectual property infringement or other claims made by third parties. These agreements may limit the time within which an indemnification claim can be made and the amount of the claim. In addition, we have entered into indemnification agreements with our officers, directors, and certain employees, and our certificate of incorporation and bylaws contain similar indemnification obligations.

It is not possible to determine the maximum potential amount under these indemnification agreements due to the limited history of prior indemnification claims and the unique facts and circumstances involved in each particular agreement. Historically, payments made by us under these agreements have not had a material impact on our consolidated financial statements. In our opinion, as of December 31, 2023, there was not a reasonable possibility we had incurred a material loss with respect to indemnification of such parties. We have not recorded any liability for costs related to indemnification through December 31, 2023.

Table of Contents

**Note 13. Stockholders' Equity**

*Common Stock*

Our certificate of incorporation authorizes the issuance of Class A common stock and Class B common stock. As of December 31, 2023, we are authorized to issue 5,000 million shares of Class A common stock and 4,141 million shares of Class B common stock, each with a par value of $0.000006 per share. Holders of our Class A common stock and Class B common stock are entitled to dividends when, as, and if declared by our board of directors, subject to the rights of the holders of all classes of stock outstanding having priority rights to dividends. The holder of each share of Class A common stock is entitled to one vote, while the holder of each share of Class B common stock is entitled to ten votes. Shares of our Class B common stock are convertible into an equivalent number of shares of our Class A common stock and generally convert into shares of our Class A common stock upon transfer. Class A common stock and Class B common stock are collectively referred to as common stock throughout the notes to these financial statements, unless otherwise noted.

As of December 31, 2023, there were 2,211 million shares of Class A common stock and 350 million shares of Class B common stock issued and outstanding.

*Capital Return Program*

*Share Repurchase*

Our board of directors has authorized a share repurchase program of our Class A common stock, which commenced in January 2017 and does not have an expiration date. As of December 31, 2022, $10.87 billion remained available and authorized for repurchases under this program. In January 2023, an additional $40 billion of repurchases was authorized under this program. In 2023, we repurchased and subsequently retired 92 million shares of our Class A common stock for an aggregate amount of $20.03 billion, which includes the 1% excise tax accruals as a result of the Inflation Reduction Act of 2022. As of December 31, 2023, $30.93 billion remained available and authorized for repurchases. In January 2024, an additional $50 billion of repurchases was authorized under this program.

The timing and actual number of shares repurchased under the repurchase program depend on a variety of factors, including price, general business and market conditions, and other investment opportunities. Shares may be repurchased through open market purchases or privately negotiated transactions, including through the use of trading plans intended to qualify under Rule 10b5-1 under the Securities Exchange Act of 1934, as amended.

*Dividend*

On February 1, 2024, we announced the initiation of our first ever cash dividend program. This cash dividend of $0.50 per share of common stock is equivalent to $2.00 per share on an annual basis. The first cash dividend will be paid on March 26, 2024 to all holders of record of common stock at the close of business on February 22, 2024.

Subject to legally available funds and future declaration by our board of directors, we currently intend to continue to pay a quarterly cash dividend on our outstanding common stock. The declaration and payment of future dividends is at the sole discretion of our board of directors after taking into account various factors, including our financial condition, operating results, available cash, and current and anticipated cash needs.

*Share-based Compensation Plan*

We have one active share-based employee compensation plan, the 2012 Equity Incentive Plan (Amended 2012 Plan), which was amended in each of June 2016, February 2018, and December 2022. Our Amended 2012 Plan provides for the issuance of incentive and nonqualified stock options, restricted stock awards, stock appreciation rights, RSUs, performance shares, and stock bonuses to qualified employees, directors, and consultants. Shares that are withheld in connection with the net settlement of RSUs or forfeited are added to the reserves of the Amended 2012 Plan.

On March 1, 2023, the number of shares available for issuance under the Amended 2012 Plan increased by 425 million shares pursuant to the December 2022 amendment. As of December 31, 2023, there were 494 million shares of our Class A common stock reserved for future issuance under our Amended 2012 Plan.

Table of Contents

The following table summarizes our share-based compensation expense, which consists of the RSU expense, by line item in our consolidated statements of income (in millions):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Cost of revenue | $ 740 | $ 768 | $ 577 |
| Research and development | 11,429 | 9,361 | 7,106 |
| Marketing and sales | 952 | 1,004 | 837 |
| General and administrative | 906 | 859 | 644 |
| Total share-based compensation expense | $ 14,027 | $ 11,992 | $ 9,164 |

The following table summarizes the activities for our unvested RSUs for the year ended December 31, 2023:

| | Number of Shares | Weighted-Average Grant Date Fair Value Per Share |
|---|---|---|
| | (in thousands) | |
| Unvested at December 31, 2022 | 127,110 | $ 216.93 |
| Granted | 112,066 | $ 202.46 |
| Vested | (65,402) | $ 210.74 |
| Forfeited | (24,712) | $ 210.39 |
| Unvested at December 31, 2023 | 149,062 | $ 209.85 |

The weighted-average grant date fair value of RSUs granted in the years ended December 31, 2022 and 2021 was $195.66 and $305.40, respectively. The fair value as of the respective vesting dates of RSUs that vested during the years ended December 31, 2023, 2022, and 2021 was $17.46 billion, $9.44 billion, and $14.42 billion, respectively. The income tax benefit recognized related to awards vested during the years ended December 31, 2023, 2022, and 2021 was $3.65 billion, $2.00 billion, and $3.08 billion, respectively.

As of December 31, 2023, there was $29.46 billion of unrecognized share-based compensation expense related to RSU awards. This unrecognized compensation expense is expected to be recognized over a weighted-average period of approximately three years based on vesting under the award service conditions.

**Note 14. Interest and Other Income (Expense), Net**

The following table presents the detail of interest and other income (expense), net (in millions):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Interest income | $ 1,639 | $ 461 | $ 484 |
| Interest expense | (446) | (185) | (23) |
| Foreign currency exchange losses, net | (366) | (81) | (140) |
| Other income (expense), net | (150) | (320) | 210 |
| Interest and other income (expense), net | $ 677 | $ (125) | $ 531 |

PX0556-122

Table of Contents

**Note 15. Income Taxes**

The components of income before provision for income taxes are as follows (in millions):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Domestic | $ 43,499 | $ 25,025 | $ 43,669 |
| Foreign | 3,929 | 3,794 | 3,615 |
| Income before provision for income taxes | $ 47,428 | $ 28,819 | $ 47,284 |

The provision for income taxes consists of the following (in millions):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Current: | | | |
| Federal | $ 4,934 | $ 6,094 | $ 4,971 |
| State | 577 | 874 | 548 |
| Foreign | 2,688 | 1,928 | 1,786 |
| Total current tax expense | 8,199 | 8,896 | 7,305 |
| | | | |
| Deferred: | | | |
| Federal | 67 | (2,776) | 585 |
| State | 123 | (405) | 43 |
| Foreign | (59) | (96) | (19) |
| Total deferred tax (benefits)/expense | 131 | (3,277) | 609 |
| Provision for income taxes | $ 8,330 | $ 5,619 | $ 7,914 |

A reconciliation of the U.S. federal statutory income tax rates to our effective tax rate is as follows (in percentages):

| | Year Ended December 31, | | |
| | 2023 | 2022 | 2021 |
|---|---|---|---|
| U.S. federal statutory income tax rate | 21.0 % | 21.0 % | 21.0 % |
| State income taxes, net of federal benefit | 1.1 | 1.0 | 1.0 |
| Share-based compensation | (0.6) | 2.6 | (1.7) |
| Research and development tax credits | (1.5) | (2.4) | (1.3) |
| Foreign-derived intangible income deduction | (4.3) | (7.0) | (3.5) |
| Effect of non-U.S. operations | 0.9 | 3.0 | 0.9 |
| Other | 1.0 | 1.3 | 0.3 |
| Effective tax rate | 17.6 % | 19.5 % | 16.7 % |

PX0556-123

Table of Contents

Our deferred tax assets (liabilities) are as follows (in millions):

| | December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| Deferred tax assets: | | |
| Loss carryforwards | $ 353 | $ 234 |
| Tax credit carryforwards | 2,028 | 1,576 |
| Share-based compensation | 459 | 368 |
| Accrued expenses and other liabilities | 2,168 | 1,627 |
| Lease liabilities | 3,752 | 3,200 |
| Capitalized research and development | 9,292 | 8,175 |
| Unrealized losses in securities and investments | 232 | 489 |
| Other | 487 | 621 |
| Total deferred tax assets | 18,771 | 16,290 |
| Less: valuation allowance | (2,879) | (2,493) |
| Deferred tax assets, net of valuation allowance | 15,892 | 13,797 |
| | | |
| Deferred tax liabilities: | | |
| Depreciation and amortization | (8,320) | (6,296) |
| Right-of-use assets | (2,708) | (2,555) |
| Total deferred tax liabilities | (11,028) | (8,851) |
| Net deferred tax assets | $ 4,864 | $ 4,946 |

The valuation allowance was approximately $2.88 billion and $2.49 billion as of December 31, 2023 and 2022, respectively, primarily related to U.S. state tax credit carryforwards, U.S. foreign tax credits, unrealized losses in marketable securities, and certain foreign tax attributes for which we do not believe a tax benefit is more likely than not to be realized.

As of December 31, 2023, the U.S. federal and state net operating loss carryforwards were $200 million and $2.78 billion, which will begin to expire in 2035 and 2031, respectively, if not utilized. We have federal tax credit carryforwards of $490 million, which will begin to expire in 2029, if not utilized, and state tax credit carryforwards of $4.08 billion, most of which do not expire.

Utilization of our net operating loss and tax credit carryforwards may be subject to substantial annual limitations due to the ownership change limitations provided by the Internal Revenue Code and similar state provisions. Such annual limitations could result in the expiration of the net operating loss and tax credit carryforwards before their utilization. The events that may cause ownership changes include, but are not limited to, a cumulative stock ownership change of greater than 50% over a three-year period.

The following table reflects changes in the gross unrecognized tax benefits (in millions):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Gross unrecognized tax benefits - beginning of period | $ 10,757 | $ 9,807 | $ 8,692 |
| Increases related to prior year tax positions | 168 | 210 | 328 |
| Decreases related to prior year tax positions | (264) | (172) | (86) |
| Increases related to current year tax positions | 1,204 | 1,166 | 963 |
| Decreases related to settlements of prior year tax positions | (199) | (254) | (90) |
| Gross unrecognized tax benefits - end of period | $ 11,666 | $ 10,757 | $ 9,807 |

PX0556-124

Table of Contents

These unrecognized tax benefits were primarily accrued for the uncertainties related to transfer pricing with our foreign subsidiaries, which include licensing of intellectual property, providing services and other transactions, as well as for the uncertainties with our research tax credits. During all years presented, we recognized interest and penalties related to unrecognized tax benefits within the provision for income taxes on our consolidated statements of income. The amount of interest and penalties accrued as of December 31, 2023, 2022, and 2021 were $1.48 billion, $1.07 billion, and $960 million respectively.

If our gross unrecognized tax benefits of $11.67 billion as of December 31, 2023 were realized in a future period, this would result in a tax benefit of $7.33 billion within our provision for income taxes at such time.

We are subject to taxation in the United States and various other state and foreign jurisdictions. The material jurisdictions in which we are subject to potential examination include the United States and Ireland. We are under examination by the Internal Revenue Service (IRS) for our 2017 through 2019 tax years. Our 2014 through 2016 tax years are with the IRS Independent Office of Appeals for certain unresolved issues. Our 2020 and subsequent tax years remain open to examination by the IRS and the Irish Revenue Commissioners.

In July 2016, we received a Statutory Notice of Deficiency (Notice) from the IRS related to transfer pricing with our foreign subsidiaries in conjunction with the examination of the 2010 tax year. While the Notice applies only to the 2010 tax year, the IRS stated that it will also apply its position for tax years subsequent to 2010 and has done so in years covered by the second Notice described below. We do not agree with the position of the IRS and have filed a petition in the Tax Court challenging the Notice. On January 15, 2020, the IRS's amendment to answer was filed stating that it planned to assert at trial an adjustment that is higher than the adjustment stated in the Notice. The first session of the trial was completed in March 2020 and the final trial session was completed in August 2022. We expect the Tax Court to issue an opinion in 2024. Based on the information provided, we believe that, if the IRS prevails in its updated position, this could result in an additional federal tax liability of an estimated, aggregate amount of up to approximately $9.0 billion in excess of the amounts in our originally filed U.S. return, plus interest and any penalties asserted.

In March 2018, we received a second Notice from the IRS in conjunction with the examination of our 2011 through 2013 tax years. The IRS applied its position from the 2010 tax year to each of these years and also proposed new adjustments related to other transfer pricing with our foreign subsidiaries and certain tax credits that we claimed. If the IRS prevails in its position for these new adjustments, this could result in an additional federal tax liability of up to approximately $680 million in excess of the amounts in our originally filed U.S. returns, plus interest and any penalties asserted. We do not agree with the positions of the IRS in the second Notice and have filed a petition in the Tax Court challenging the second Notice.

We have previously accrued an estimated unrecognized tax benefit consistent with the guidance in ASC 740, Income Taxes (ASC 740), that is lower than the potential additional federal tax liability from the positions taken by the IRS in the two Notices and its Pretrial Memorandum. In addition, if the IRS prevails in its positions related to transfer pricing with our foreign subsidiaries, the additional tax that we would owe would be partially offset by a reduction in the tax that we owe under the mandatory transition tax on accumulated foreign earnings from the 2017 Tax Cuts and Jobs Act. As of December 31, 2023, we have not resolved these matters and proceedings continue in the Tax Court.

We believe that adequate amounts have been reserved in accordance with ASC 740 for any adjustments to the provision for income taxes or other tax items that may ultimately result from these examinations. The timing of the resolution, settlement, and closure of any audits is highly uncertain, and it is reasonably possible that the balance of gross unrecognized tax benefits could significantly change in the next 12 months. Given the number of years remaining that are subject to examination, we are unable to estimate the full range of possible adjustments to the balance of gross unrecognized tax benefits. If the tax authorities prevail in the assessment of additional tax due, the assessed tax, interest, and penalties, if any, could have a material adverse impact on our financial position, results of operations, and cash flows.

PX0556-125

Table of Contents

**Note 16. Segment and Geographical Information**

We report our financial results for our two reportable segments: Family of Apps (FoA) and Reality Labs (RL). FoA includes Facebook, Instagram, Messenger, WhatsApp, and other services. RL includes our augmented, mixed and virtual reality related consumer hardware, software, and content. Our operating segments are the same as our reportable segments.

Our chief executive officer is our chief operating decision maker (CODM), who allocates resources to and assesses the performance of each operating segment using information about the operating segment's revenue and income (loss) from operations. Our CODM does not evaluate operating segments using asset or liability information.

Revenue and costs and expenses are generally directly attributed to our segments. These costs and expenses include certain product development related operating expenses, costs associated with partnership arrangements, consumer hardware product costs, content costs, legal-related costs, and severance costs. Indirect costs are allocated to segments based on a reasonable allocation methodology, when such costs are significant to the performance measures of the operating segments. Indirect cost of revenue is allocated to our segments based on usage, such as costs related to the operation of our data centers and technical infrastructure. Indirect operating expenses, such as facilities, information technology, certain shared research and development activities, recruiting, physical security expenses, and certain restructuring costs, are mostly allocated based on headcount.

The following table sets forth our segment information of revenue and income (loss) from operations (in millions):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | 2021 |
| Revenue: | | | | | | |
| Family of Apps | $ | 133,006 | $ | 114,450 | $ | 115,655 |
| Reality Labs | | 1,896 | | 2,159 | | 2,274 |
| Total revenue | $ | 134,902 | $ | 116,609 | $ | 117,929 |
| | | | | | | |
| Income (loss) from operations: | | | | | | |
| Family of Apps | $ | 62,871 | $ | 42,661 | $ | 56,946 |
| Reality Labs | | (16,120) | | (13,717) | | (10,193) |
| Total income from operations | $ | 46,751 | $ | 28,944 | $ | 46,753 |

For information regarding revenue disaggregated by geography, see Note 2 — Revenue.

The following table sets forth our long-lived assets by geographic area, which consist of property and equipment, net and operating lease right-of-use assets (in millions):

| | December 31, | | | |
|---|---|---|---|---|
| | | 2023 | | 2022 |
| United States | $ | 91,940 | $ | 76,334 |
| Rest of the world [1] | | 17,941 | | 15,857 |
| Total long-lived assets | $ | 109,881 | $ | 92,191 |

(1) No individual country, other than disclosed above, exceeded 10% of our total long-lived assets for any period presented.

PX0556-126

Table of Contents

**Item 9.  Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

None.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our chief executive officer (CEO) and chief financial officer (CFO), has evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a- 15(e) and 15d- 15(e) under the Securities Exchange Act of 1934, as amended (Exchange Act)), as of the end of the period covered by this Annual Report on Form 10-K. Based on such evaluation, our CEO and CFO have concluded that as of December 31, 2023, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, and that such information is accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

**Management's Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rule 13a-15(f) under the Exchange Act). Management conducted an assessment of the effectiveness of our internal control over financial reporting based on the criteria set forth in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework). Based on the assessment, management has concluded that its internal control over financial reporting was effective as of December 31, 2023 to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with U.S. GAAP. Our independent registered public accounting firm, Ernst & Young LLP, has issued an audit report with respect to our internal control over financial reporting, which appears in Part II, Item 8 of this Annual Report on Form 10-K.

**Changes in Internal Control**

There were no changes in our internal control over financial reporting identified in management's evaluation pursuant to Rules 13a-15(d) or 15d-15(d) of the Exchange Act during the fourth quarter of 2023 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Limitations on Effectiveness of Controls and Procedures and Internal Control over Financial Reporting**

In designing and evaluating the disclosure controls and procedures and internal control over financial reporting, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives. In addition, the design of disclosure controls and procedures and internal control over financial reporting must reflect the fact that there are resource constraints and that management is required to apply judgment in evaluating the benefits of possible controls and procedures relative to their costs.

**Item 9B. Other Information**

**Rule 10b5-1 Trading Plans**

On November 30, 2023, Jennifer Newstead, our Chief Legal Officer, entered into a trading plan intended to satisfy the affirmative defense conditions of Rule 10b5-1(c) under the Securities Exchange Act of 1934, as amended. The trading plan provides for the sale of an aggregate of 10,968 shares of our Class A common stock and all shares received during the duration of the plan pursuant to Ms. Newstead's outstanding equity awards and any future equity award grants, excluding any shares withheld by the company to satisfy its income tax withholding and remittance obligations in connection with the net settlement of the equity awards. The plan will terminate on May 13, 2025, subject to early termination for certain specified events set forth in the plan.

**Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections**

Not Applicable.

PX0556-127

[Table of Contents](#)

**PART III**

**Item 10.  Directors, Executive Officers and Corporate Governance**

The information required by this item is incorporated by reference to our Proxy Statement for the 2024 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2023.

Our board of directors has adopted a Code of Conduct applicable to all officers, directors, and employees, which is available on our website (investor.fb.com) under "Leadership & Governance." We intend to satisfy the disclosure requirement under Item 5.05 of Form 8-K regarding amendment to, or waiver from, a provision of our Code of Conduct by posting such information on the website address and location specified above.

**Item 11.  Executive Compensation**

The information required by this item is incorporated by reference to our Proxy Statement for the 2024 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2023.

**Item 12.  Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this item is incorporated by reference to our Proxy Statement for the 2024 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2023.

**Item 13.  Certain Relationships and Related Transactions, and Director Independence**

The information required by this item is incorporated by reference to our Proxy Statement for the 2024 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2023.

**Item 14.  Principal Accountant Fees and Services**

The information required by this item is incorporated by reference to our Proxy Statement for the 2024 Annual Meeting of Stockholders to be filed with the SEC within 120 days of the fiscal year ended December 31, 2023.

Table of Contents

## PART IV

**Item 15. Exhibit and Financial Statement Schedules**

We have filed the following documents as part of this Form 10-K:

1. Consolidated Financial Statements:

|  | Page |
|---|---|
| Reports of Independent Registered Public Accounting Firm (PCAOB ID No. 42) | 85 |
| Consolidated Balance Sheets | 89 |
| Consolidated Statements of Income | 90 |
| Consolidated Statements of Comprehensive Income | 91 |
| Consolidated Statements of Stockholders' Equity | 92 |
| Consolidated Statements of Cash Flows | 93 |
| Notes to Consolidated Financial Statements | 95 |

2. Financial Statement Schedules

All schedules have been omitted because they are not required, not applicable, not present in amounts sufficient to require submission of the schedule, or the required information is otherwise included.

3. Exhibits

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | | Filed Herewith |
|---|---|---|---|---|---|---|
|  |  | Form | File No. | Exhibit | Filing Date |  |
| 3.1 | Amended and Restated Certificate of Incorporation. | 8-K | 001-35551 | 3.1 | October 28, 2021 |  |
| 3.2 | Amended and Restated Bylaws. | 8-K | 001-35551 | 3.2 | October 28, 2021 |  |
| 4.1 | Form of Class A Common Stock Certificate. | 10-K | 001-35551 | 4.1 | February 3, 2022 |  |
| 4.2 | Form of Class B Common Stock Certificate. | 10-K | 001-35551 | 4.2 | February 3, 2022 |  |
| 4.3 | Indenture, dated as of August 9, 2022, between Meta Platforms, Inc. and U.S. Bank Trust Company, National Association, as trustee. | 8-K | 001-35551 | 4.1 | August 9, 2022 |  |
| 4.4 | First Supplemental Indenture, dated as of August 9, 2022, between Meta Platforms, Inc. and U.S. Bank Trust Company, National Association, as trustee. | 8-K | 001-35551 | 4.2 | August 9, 2022 |  |
| 4.5 | Second Supplemental Indenture, dated as of May 3, 2023, by and between Meta Platforms, Inc. and U.S. Bank Trust Company, National Association, as trustee. | 8-K | 001-35551 | 4.1 | May 3, 2023 |  |
| 4.6 | Description of Registrant's Capital Stock. |  |  |  |  | X |
| 10.1+ | Form of Indemnification Agreement. | 8-K | 001-35551 | 10.1 | April 15, 2019 |  |
| 10.2(A)+ | 2012 Equity Incentive Plan, as amended. | 10-K | 001-35551 | 10.2(A) | February 2, 2023 |  |
| 10.2(B)+ | Third Amendment to the 2012 Equity Incentive Plan. | 10-K | 001-35551 | 10.2(B) | February 2, 2023 |  |
| 10.2(C)+ | 2012 Equity Incentive Plan forms of award agreements. | 10-Q | 001-35551 | 10.2 | July 31, 2012 |  |
| 10.2(D)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.1 | May 4, 2017 |  |

Table of Contents

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | | Filed Herewith |
|---|---|---|---|---|---|---|
| | | Form | File No. | Exhibit | Filing Date | |
| 10.2(E)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.1 | July 27, 2017 | |
| 10.2(F)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.2 | April 26, 2018 | |
| 10.2(G)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-K | 001-35551 | 10.3(G) | January 31, 2019 | |
| 10.2(H)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.2 | April 25, 2019 | |
| 10.2(I)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.2 | April 30, 2020 | |
| 10.2(J)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.2 | July 29, 2021 | |
| 10.2(K)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.3 | April 28, 2022 | |
| 10.2(L)+ | 2012 Equity Incentive Plan forms of award agreements (Additional Forms). | 10-Q | 001-35551 | 10.1 | April 27, 2023 | |
| 10.3+ | Amended and Restated Bonus Plan, effective January 1, 2023. | 10-Q | 001-35551 | 10.1 | October 26, 2023 | |
| 10.4+ | Amended and Restated Offer Letter, dated January 27, 2012, between Registrant and Mark Zuckerberg. | S-1 | 333-179287 | 10.6 | February 8, 2012 | |
| 10.5+ | Offer Letter, dated June 5, 2020, between Registrant and Christopher K. Cox. | 10-Q | 001-35551 | 10.1 | April 29, 2021 | |
| 10.6+ | Offer Letter, dated December 22, 2022, between Registrant and Javier Olivan. | 10-K | 001-35551 | 10.8 | February 2, 2023 | |
| 10.7+ | Offer Letter, dated March 14, 2022, between Registrant and Andrew Bosworth. | 10-Q | 001-35551 | 10.3 | April 27, 2023 | |
| 10.8+ | Offer Letter, dated November 1, 2022, between Registrant and Susan Li. | 10-Q | 001-35551 | 10.4 | April 27, 2023 | |
| 10.9+ | Form of Executive Officer Offer Letter. | 10-Q | 001-35551 | 10.3 | July 25, 2019 | |
| 10.10+ | Director Compensation Policy, as amended. | 10-Q | 001-35551 | 10.5 | April 27, 2023 | |
| 10.11+ | Deferred Compensation Plan for Non-Employee Directors. | 10-K | 001-35551 | 10.12 | February 2, 2023 | |
| 10.12+ | Indemnification Agreement Relating to Subsidiary Operations, dated March 14, 2021, between Registrant and Mark Zuckerberg. | 10-Q | 001-35551 | 10.2 | April 29, 2021 | |
| 21.1 | List of Subsidiaries. | | | | | X |
| 23.1 | Consent of Independent Registered Public Accounting Firm. | | | | | X |
| 31.1 | Certification of Mark Zuckerberg, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | X |
| 31.2 | Certification of Susan Li, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | X |
| 32.1# | Certification of Mark Zuckerberg, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | X |

PX0556-130

Table of Contents

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | | Filed Herewith |
|---|---|---|---|---|---|---|
| | | Form | File No. | Exhibit | Filing Date | |
| 32.2# | Certification of Susan Li, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | X |
| 97.1 | Compensation Recoupment Policy. | | | | | X |
| 101.INS | Inline XBRL Instance Document (the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document). | | | | | X |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document. | | | | | X |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document. | | | | | X |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document. | | | | | X |
| 101.LAB | Inline XBRL Taxonomy Extension Labels Linkbase Document. | | | | | X |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document. | | | | | X |
| 104 | Cover Page Interactive Data File (formatted as inline XBRL and contained in Exhibit 101). | | | | | X |

+ Indicates a management contract or compensatory plan.

# This certification is deemed not filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (Exchange Act), or otherwise subject to the liability of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act.

## Item 16. Form 10-K Summary

None.

130

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Menlo Park, State of California, on this 1st day of February 2024.

**META PLATFORMS, INC.**

Date:     February 1, 2024                    /s/ Susan Li

**Susan Li**
**Chief Financial Officer**

131

PX0556-132

Table of Contents

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Susan Li and Katherine R. Kelly, and each of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming that all said attorneys-in-fact and agents, or any of them or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Annual Report on Form 10-K has been signed by the following persons on behalf of the Registrant and in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ Mark Zuckerberg<br>Mark Zuckerberg | Board Chair and Chief Executive Officer<br>*(Principal Executive Officer)* | February 1, 2024 |
| /s/ Susan Li<br>Susan Li | Chief Financial Officer<br>*(Principal Financial Officer)* | February 1, 2024 |
| /s/ Aaron Anderson<br>Aaron Anderson | Chief Accounting Officer<br>*(Principal Accounting Officer)* | February 1, 2024 |
| /s/ Peggy Alford<br>Peggy Alford | Director | February 1, 2024 |
| /s/ Marc L. Andreessen<br>Marc L. Andreessen | Director | February 1, 2024 |
| /s/ Andrew W. Houston<br>Andrew W. Houston | Director | February 1, 2024 |
| /s/ Nancy Killefer<br>Nancy Killefer | Director | February 1, 2024 |
| /s/ Robert M. Kimmitt<br>Robert M. Kimmitt | Director | February 1, 2024 |
| /s/ Sheryl K. Sandberg<br>Sheryl K. Sandberg | Director | February 1, 2024 |
| /s/ Tracey T. Travis<br>Tracey T. Travis | Director | February 1, 2024 |
| /s/ Tony Xu<br>Tony Xu | Director | February 1, 2024 |

132

EXHIBIT 4.6

## DESCRIPTION OF CAPITAL STOCK

The following description of capital stock of Meta Platforms, Inc. (the "company," "we," "us" and "our") summarizes certain provisions of our amended and restated certificate of incorporation and our amended and restated bylaws. The description is intended as a summary, and is qualified in its entirety by reference to our amended and restated certificate of incorporation and our amended and restated bylaws, copies of which have been filed as exhibits to this Annual Report on Form 10-K.

Our authorized capital stock consists of 9,241,000,000 shares, consisting of: (i) 5,000,000,000 shares of Class A common stock, $0.000006 par value per share; (ii) 4,141,000,000 shares of Class B common stock, $0.000006 par value per share; and (iii) 100,000,000 shares of preferred stock, $0.000006 par value per share.

### Common Stock

#### *Dividend Rights*

Subject to preferences that may apply to shares of preferred stock outstanding at the time, the holders of outstanding shares of our common stock are entitled to receive dividends out of funds legally available if our board of directors, in its discretion, determines to issue dividends and only then at the times and in the amounts that our board of directors may determine.

#### *Voting Rights*

The holders of our Class B common stock are entitled to ten votes per share, and holders of our Class A common stock are entitled to one vote per share. The holders of our Class A common stock and Class B common stock vote together as a single class, unless otherwise required by law. Delaware law could require either holders of our Class A common stock or our Class B common stock to vote separately as a single class in the following circumstances:

- if we were to seek to amend our amended and restated certificate of incorporation to increase the authorized number of shares of a class of stock, or to increase or decrease the par value of a class of stock, then that class would be required to vote separately to approve the proposed amendment; and

- if we were to seek to amend our amended and restated certificate of incorporation in a manner that alters or changes the powers, preferences or special rights of a class of stock in a manner that affected its holders adversely, then that class would be required to vote separately to approve the proposed amendment.

Stockholders do not have the ability to cumulate votes for the election of directors. Our amended and restated certificate of incorporation and amended and restated bylaws provide for a classified board of directors consisting of three classes of approximately equal size, each serving staggered three-year terms, when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock. Our directors will be assigned by the then-current board of directors to a class when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock.

#### *No Preemptive or Similar Rights*

Our common stock is not entitled to preemptive rights and is not subject to conversion, redemption or sinking fund provisions.

1

*Right to Receive Liquidation Distributions*

Upon our dissolution, liquidation or winding-up, the assets legally available for distribution to our stockholders are distributable ratably among the holders of our common stock, subject to prior satisfaction of all outstanding debt and liabilities and the preferential rights and payment of liquidation preferences, if any, on any outstanding shares of preferred stock.

*Conversion*

The outstanding shares of Class B common stock are convertible at any time as follows: (1) at the option of the holder, a share of Class B common stock may be converted at any time into one share of Class A common stock or (2) upon the election of the holders of a majority of the then outstanding shares of Class B common stock, all outstanding shares of Class B common stock may be converted into shares of Class A common stock. In addition, each share of Class B common stock will convert automatically into one share of Class A common stock upon any transfer, whether or not for value, except for certain transfers described in our amended and restated certificate of incorporation, including transfers to family members, trusts solely for the benefit of the stockholder or their family members, and partnerships, corporations, and other entities exclusively owned by the stockholder or their family members. Once converted or transferred and converted into Class A common stock, the Class B common stock will not be reissued.

**Preferred Stock**

Subject to limitations prescribed by Delaware law, our board of directors is authorized to issue preferred stock in one or more series, to establish from time to time the number of shares to be included in each series and to fix the designation, powers, preferences and rights of the shares of each series and any of its qualifications, limitations or restrictions. Our board of directors also can increase or decrease the number of shares of any series, but not below the number of shares of that series then outstanding, without any further vote or action by our stockholders. Our board of directors may authorize the issuance of preferred stock with voting or conversion rights that could adversely affect the voting power or other rights of the holders of the common stock. The issuance of preferred stock, while providing flexibility in connection with possible acquisitions and other corporate purposes, could, among other things, have the effect of delaying, deferring or preventing a change in control of our company.

**Anti-Takeover Provisions**

So long as the outstanding shares of our Class B common stock represent a majority of the combined voting power of common stock, Mark Zuckerberg will effectively control all matters submitted to our stockholders for a vote, as well as the overall management and direction of our company, which will have the effect of delaying, deferring or discouraging another person from acquiring control of our company.

After such time as the shares of our Class B common stock no longer represent a majority of the combined voting power of our common stock, the provisions of Delaware law, our amended and restated certificate of incorporation and our amended and restated bylaws may have the effect of delaying, deferring or discouraging another person from acquiring control of our company.

*Delaware Law*

A Delaware corporation may "opt out" of these provisions with an express provision in its original certificate of incorporation or an express provision in its certificate of incorporation or bylaws resulting from a stockholders' amendment approved by at least a majority of the outstanding voting shares. We have expressly elected not to be governed by the business combination provisions of Section 203 of the Delaware General Corporation Law.

2

*Amended and Restated Certificate of Incorporation and Bylaw Provisions*

Our amended and restated certificate of incorporation and our amended and restated bylaws include a number of provisions that may have the effect of deterring hostile takeovers or delaying or preventing changes in control of our company, even after such time as the shares of our Class B common stock no longer represent a majority of the combined voting power of our common stock, including the following:

- Separate Class B Vote for Certain Transactions. Any transaction that would result in a change in control of our company requires the approval of a majority of our outstanding Class B common stock voting as a separate class until such time as shares of our Class B common stock represent less than thirty-five percent (35%) of the combined voting power of our common stock. This provision could delay or prevent the approval of a change in control that might otherwise be approved by a majority of outstanding shares of our Class A and Class B common stock voting together on a combined basis.

- Dual Class Stock. Our amended and restated certificate of incorporation provides for a dual class common stock structure, which provides Mark Zuckerberg, our founder, Chairman, and CEO, with the ability to control the outcome of matters requiring stockholder approval, even if he owns significantly less than a majority of the shares of our outstanding Class A and Class B common stock, including the election of directors and significant corporate transactions, such as a merger or other sale of our company or its assets.

- Supermajority Approvals. Our amended and restated certificate of incorporation and amended and restated bylaws do not provide that certain amendments to our amended and restated certificate of incorporation or amended and restated bylaws by stockholders will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock. However, when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, certain amendments to our amended and restated certificate of incorporation or amended and restated bylaws by stockholders will require the approval of two-thirds of the combined vote of our then-outstanding shares of Class A and Class B common stock. This will have the effect of making it more difficult to amend our amended and restated certificate of incorporation or amended and restated bylaws to remove or modify certain provisions.

- Board of Directors Vacancies. Our amended and restated certificate of incorporation and amended and restated bylaws provide that stockholders may fill vacant directorships. When the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our amended and restated certificate of incorporation and amended and restated bylaws authorize only our board of directors to fill vacant directorships. In addition, the number of directors constituting our board of directors is set only by resolution adopted by a majority vote of our entire board of directors. These provisions restricting the filling of vacancies will prevent a stockholder from increasing the size of our board of directors and gaining control of our board of directors by filling the resulting vacancies with its own nominees.

- Classified Board. Our board of directors is not classified. Our amended and restated certificate of incorporation and amended and restated bylaws provide that when the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our board of directors will be classified into three classes of directors each of which will hold office for a three-year term. In addition, thereafter, directors may only be removed from the board of directors for cause. The existence of a classified board could delay a successful tender offeror from obtaining majority control of our board of directors, and the prospect of that delay might deter a potential offeror.

- Stockholder Action; Special Meeting of Stockholders. Our amended and restated certificate of incorporation provides that stockholders will be able to take action by written consent. When the outstanding shares of our Class B common stock represent less than a majority of the combined voting power of common stock, our stockholders will no longer be able to take action by written consent, and will only be able to take action at annual or special meetings of our stockholders. Stockholders will not be permitted to cumulate their votes for the election of directors. Our amended and restated bylaws further provide that special meetings of our

3

stockholders may be called only by a majority of our board of directors, the chairman of our board of directors, our chief executive officer or our president.

•    Advance Notice Requirements for Stockholder Proposals and Director Nominations. Our amended and restated bylaws provide advance notice procedures for stockholders seeking to bring business before our annual meeting of stockholders, or to nominate candidates for election as directors at any meeting of stockholders. Our amended and restated bylaws also specify certain requirements regarding the form and content of a stockholder's notice. These provisions may preclude our stockholders from bringing matters before our annual meeting of stockholders or from making nominations for directors at our meetings of stockholders.

•    Issuance of Undesignated Preferred Stock. Our board of directors has the authority, without further action by the stockholders, to issue up to 100,000,000 shares of undesignated preferred stock with rights and preferences, including voting rights, designated from time to time by the board of directors. The existence of authorized but unissued shares of preferred stock enables our board of directors to render more difficult or to discourage an attempt to obtain control of us by means of a merger, tender offer, proxy contest or otherwise.

### Choice of Forum

Our amended and restated certificate of incorporation provides that the Court of Chancery of the State of Delaware is the exclusive forum for any derivative action or proceeding brought on our behalf; any action asserting a breach of fiduciary duty; any action asserting a claim against us arising pursuant to the Delaware General Corporation Law, our amended and restated certificate of incorporation or our amended and restated bylaws; or any action asserting a claim against us that is governed by the internal affairs doctrine.

### Listing

Our Class A common stock is listed on the Nasdaq Global Select Market under the symbol "META."

### Transfer Agent and Registrar

The transfer agent and registrar for our common stock is Computershare Trust Company, N.A.

4

EXHIBIT 21.1

**LIST OF SUBSIDIARIES**
**META PLATFORMS, INC.**

Cassin Networks ApS (Denmark)

Edge Network Services Limited (Ireland)

Facebook Circularity, LLC (Delaware)

Facebook Holdings, LLC (Delaware)

Facebook India Online Services Private Limited (India)

Facebook Operations, LLC (Delaware)

Facebook Procurement LLC (Delaware)

Facebook Serviços Online Do Brasil Ltda. (Brazil)

Facebook UK Limited (United Kingdom)

FCL Tech Limited (Ireland)

Goldframe LLC (Delaware)

Greater Kudu LLC (Delaware)

Hibiscus Properties, LLC (Delaware)

Instagram, LLC (Delaware)

Malkoha Pte. Ltd. (Singapore)

Meta Payments Inc. (Florida)

Meta Platforms Ireland Limited (Ireland)

Meta Platforms Technologies, LLC (Delaware)

Morning Hornet LLC (Delaware)

Pinnacle Sweden AB (Sweden)

Raven Northbrook LLC (Delaware)

Redale LLC (Delaware)

Runways Information Services Limited (Ireland)

Scout Development, LLC (Delaware)

Siculus, Inc. (Delaware)

Sidecat LLC (Delaware)

Stadion LLC (Delaware)

Starbelt LLC (Delaware)

Vitesse, LLC (Delaware)

WhatsApp LLC (Delaware)

Winner LLC (Delaware)

Woolhawk LLC (Delaware)

**EXHIBIT 23.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in the following Registration Statements:

(1)  Registration Statement (Form S-8 No. 333-270184) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(2)  Registration Statement (Form S-8 No. 333-262508) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(3)  Registration Statement (Form S-8 No. 333-252518) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(4)  Registration Statement (Form S-8 No. 333-236161) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(5)  Registration Statement (Form S-8 No. 333-229457) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(6)  Registration Statement (Form S-8 No. 333-222823) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(7)  Registration Statement (Form S-8 No. 333-186402) pertaining to the 2012 Equity Incentive Plan of Meta Platforms, Inc.,

(8)  Registration Statement (Form S-8 No. 333-181566) pertaining to the 2005 Officers' Stock Plan, 2005 Stock Plan, and 2012 Equity Incentive Plan of Meta Platforms, Inc., and

(9)  Registration Statement (Form S-3 No. 333-271535) of Meta Platforms, Inc.

of our reports dated February 1, 2024, with respect to the consolidated financial statements of Meta Platforms, Inc. and the effectiveness of internal control over financial reporting of Meta Platforms, Inc. included in this Annual Report (Form 10-K) of Meta Platforms, Inc. for the year ended December 31, 2023.

/s/ Ernst & Young LLP

San Mateo, California
February 1, 2024

**EXHIBIT 31.1**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Mark Zuckerberg, certify that:

1. I have reviewed this annual report on Form 10-K of Meta Platforms, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:        February 1, 2024

                                /s/ MARK ZUCKERBERG

                                Mark Zuckerberg
                                *Board Chair and Chief Executive Officer*
                                (Principal Executive Officer)

**EXHIBIT 31.2**

**CERTIFICATION OF PERIODIC REPORT UNDER SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002**

I, Susan Li, certify that:

1. I have reviewed this annual report on Form 10-K of Meta Platforms, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:          February 1, 2024

/s/ SUSAN LI
Susan Li
*Chief Financial Officer*
(Principal Financial Officer)

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS ADOPTED PURSUANT TO SECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

I, Mark Zuckerberg, Board Chair and Chief Executive Officer of Meta Platforms, Inc. (Company), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

- the Annual Report on Form 10-K of the Company for the year ended December 31, 2023 (Report) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

- the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company for the periods presented therein.

Date:        February 1, 2024

/s/ MARK ZUCKERBERG
Mark Zuckerberg
*Board Chair and Chief Executive Officer*
(Principal Executive Officer)

PX0556-142

**EXHIBIT 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS ADOPTED PURSUANT TO SECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

I, Susan Li, Chief Financial Officer of Meta Platforms, Inc. (Company), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

- the Annual Report on Form 10-K of the Company for the year ended December 31, 2023 (Report) fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

- the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company for the periods presented therein.

Date:        February 1, 2024

/s/ SUSAN LI
Susan Li
*Chief Financial Officer*
(Principal Financial Officer)

**EXHIBIT 97.1**

**META PLATFORMS, INC.**
**COMPENSATION RECOUPMENT POLICY**

This Meta Platforms, Inc. Compensation Recoupment Policy (the "**Policy**") has been adopted by the Compensation, Nominating & Governance Committee of the Board of Directors (the "**Board**") of Meta Platforms, Inc. (the "**Company**") on June 1, 2023. This Policy provides for the recoupment of certain executive compensation in the event of an accounting restatement resulting from material noncompliance with financial reporting requirements under U.S. federal securities laws in accordance with the terms and conditions set forth herein. This Policy is intended to comply with the requirements of Section 10D of the Exchange Act (as defined below) and Section 5608 of the Nasdaq Listing Rules.

1.  <u>Definitions</u>. For the purposes of this Policy, the following terms shall have the meanings set forth below.

(a) "**Committee**" means the Compensation, Nominating & Governance Committee of the Board or any successor committee thereof. If there is no Compensation, Nominating & Governance Committee of the Board, references herein to the "Committee" shall refer to the Company's committee of independent directors that is responsible for executive compensation decisions, or in the absence of such a compensation committee, the independent members of the Board.

(b) "**Covered Compensation**" means any Incentive-based Compensation "received" by a Covered Executive during the applicable Recoupment Period; *provided* that:

(i) such Covered Compensation was received by such Covered Executive (A) after the Effective Date, (B) after he or she commenced service as an Executive Officer and (C) while the Company had a class of securities publicly listed on a United States national securities exchange; and

(ii) such Covered Executive served as an Executive Officer at any time during the performance period applicable to such Incentive-based Compensation.

For purposes of this Policy, Incentive-based Compensation is "**received**" by a Covered Executive during the fiscal period in which the Financial Reporting Measure applicable to such Incentive-based Compensation (or portion thereof) is attained, even if the payment or grant of such Incentive-based Compensation is made thereafter.

(c) "**Covered Executive**" means any current or former Executive Officer.

(d) "**Effective Date**" means the date on which Section 5608 of the Nasdaq Listing Rules becomes effective.

(e) "**Exchange Act**" means the U.S. Securities Exchange Act of 1934, as amended.

(f) "**Executive Officer**" means, with respect to the Company, (i) its president, (ii) its principal financial officer, (iii) its principal accounting officer (or if there is no such accounting officer, its controller), (iv) any vice-president in charge of a principal business unit, division or function (such as sales, administration or finance), (v) any other officer who performs a policy-making function for the Company (including any officer of the Company's parent(s) or subsidiaries if they perform policy-making functions for the Company) and (vi) any other person who performs similar policy-making functions for the Company. Policy-making function is not intended to include policy-making functions that are not significant. The determination as to an individual's status as an Executive Officer shall be made by the Committee and such determination shall be final, conclusive and binding on such individual and all other interested persons.

(g) "**Financial Reporting Measure**" means any (i) measure that is determined and presented in accordance with the accounting principles used in preparing the Company's financial statements, (ii) stock price measure or (iii) total shareholder return measure (and any measures that are derived wholly or in part from any measure referenced in clause (i), (ii) or (iii) above). For the avoidance of doubt, any such measure does not need to be presented within the Company's financial statements or included in a filing with the U.S. Securities and Exchange Commission to constitute a Financial Reporting Measure.

(h) "**Financial Restatement**" means a restatement of the Company's financial statements due to the Company's material noncompliance with any financial reporting requirement under U.S. federal securities laws that is required in order to correct:

(i) an error in previously issued financial statements that is material to the previously issued financial statements; or

(ii) an error that would result in a material misstatement if (A) the error were corrected in the current period or (B) left uncorrected in the current period.

For purposes of this Policy, a Financial Restatement shall not be deemed to occur in the event of a revision of the Company's financial statements due to an out-of-period adjustment (i.e., when the error is immaterial to the previously issued financial statements and the correction of the error is also immaterial to the current period) or a retrospective (1) application of a change in accounting principles; (2) revision to reportable segment information due to a change in the structure of the Company's internal organization; (3) reclassification due to a discontinued operation; (4) application of a change in reporting entity, such as from a reorganization of entities under common control; or (5) revision for stock splits, reverse stock splits, stock dividends or other changes in capital structure.

(j) "**Incentive-based Compensation**" means any compensation (including, for the avoidance of doubt, any cash or equity or equity-based compensation, whether deferred or current) that is granted, earned and/or vested based wholly or in part upon the achievement of a Financial Reporting Measure. For purposes of this Policy, "Incentive-based Compensation" shall also be deemed to include any amounts which were determined based on (or were otherwise calculated by reference to) Incentive-based Compensation (including, without limitation, any amounts under any long-term disability, life insurance or supplemental retirement or severance plan or agreement or any notional account that is based on Incentive-based Compensation, as well as any earnings accrued thereon).

(k) "**Nasdaq**" means the NASDAQ Global Select Market, or any successor thereof.

(l) "**Recoupment Period**" means the three fiscal years completed immediately preceding the date of any applicable Recoupment Trigger Date. Notwithstanding the foregoing, the Recoupment Period additionally includes any transition period (that results from a change in the Company's fiscal year) within or immediately following those three completed fiscal years, provided that a transition period between the last day of the Company's previous fiscal year end and the first day of its new fiscal year that comprises a period of nine (9) to twelve (12) months would be deemed a completed fiscal year.

(m) "**Recoupment Trigger Date**" means the earlier of (i) the date that the Board (or a committee thereof or the officer(s) of the Company authorized to take such action if Board action is not required) concludes, or reasonably should have concluded, that the Company is required to prepare a Financial Restatement, and (ii) the date on which a court, regulator or other legally authorized body directs the Company to prepare a Financial Restatement.

2.  <u>Recoupment of Erroneously Awarded Compensation.</u>

(a) In the event of a Financial Restatement, if the amount of any Covered Compensation received by a Covered Executive (the "**Awarded Compensation**") exceeds the amount of such Covered Compensation that would have otherwise been received by such Covered Executive if calculated based on the Financial Restatement (the "**Adjusted Compensation**"), the Company shall reasonably promptly recover from such Covered Executive an amount equal to the excess of the Awarded Compensation over the Adjusted Compensation, each calculated on a pre-tax basis (such excess amount, the "**Erroneously Awarded Compensation**").

(b) If (i) the Financial Reporting Measure applicable to the relevant Covered Compensation is stock price or total shareholder return (or any measure derived wholly or in part from either of such measures) and (ii) the amount of Erroneously Awarded Compensation is not subject to mathematical recalculation directly from the information in the Financial Restatement, then the amount of Erroneously Awarded Compensation shall be determined (on a pre-tax basis) based on the Company's reasonable estimate of the effect of the Financial Restatement on the Company's stock price or total shareholder return (or the derivative measure thereof) upon which such Covered Compensation was received.

(c) For the avoidance of doubt, the Company's obligation to recover Erroneously Awarded Compensation is not dependent on (i) if or when the restated financial statements are filed or (ii) any fault of any Covered Executive for the accounting errors or other actions leading to a Financial Restatement.

(d) Notwithstanding anything to the contrary in Sections 2(a) through (c) hereof, the Company shall not be required to recover any Erroneously Awarded Compensation if both (x) the conditions set forth in either of the following clauses (i) or (ii) are satisfied and (y) the Committee (or a majority of the independent directors serving on the Board) has determined that recovery of the Erroneously Awarded Compensation would be impracticable:

(i) the direct expense paid to a third party to assist in enforcing the recovery of the Erroneously Awarded Compensation under this Policy would exceed the amount of such Erroneously Awarded Compensation to be recovered; *provided* that, before concluding that it would be impracticable to recover any amount of Erroneously Awarded Compensation pursuant to this Section 2(d), the Company shall have first made a reasonable attempt to recover such Erroneously Awarded Compensation, document such reasonable attempt(s) to make such recovery and provide that documentation to the Nasdaq;

(ii) recovery of the Erroneously Awarded Compensation would likely cause an otherwise tax-qualified retirement plan, under which benefits are broadly available to employees of the Company, to fail to meet the requirements of Sections 401(a)(13) or 411(a) of the U.S. Internal Revenue Code of 1986, as amended (the "**Code**").

(e) The Company shall not indemnify any Covered Executive, directly or indirectly, for any losses that such Covered Executive may incur in connection with the recovery of Erroneously Awarded Compensation pursuant to this Policy, including through the payment of insurance premiums or gross-up payments.

(f) The Committee shall determine, in its sole discretion, the manner and timing in which any Erroneously Awarded Compensation shall be recovered from a Covered Executive in accordance with applicable law, including, without limitation, by (i) requiring reimbursement of Covered Compensation previously paid in cash; (ii) seeking recovery of any gain realized on the vesting, exercise, settlement, sale, transfer or other disposition of any equity or equity-based awards; (iii) offsetting the Erroneously Awarded Compensation amount from any compensation otherwise owed by the Company or any of its affiliates to the Covered Executive; (iv) cancelling outstanding vested or unvested equity or equity-based awards; and/or (v) taking any other remedial and recovery action permitted by applicable law. For the avoidance of doubt, except as set forth in Section 2(d), in no event may the Company accept an amount that is less than the amount of Erroneously Awarded Compensation; *provided* that, to the extent necessary to avoid any adverse tax consequences to the Covered Executive pursuant to Section 409A of the Code, any offsets against amounts under any nonqualified deferred compensation plans (as defined under Section 409A of the Code) shall be made in compliance with Section 409A of the Code.

3.  Administration. This Policy shall be administered by the Committee. All decisions of the Committee shall be final, conclusive and binding upon the Company and the Covered Executives, their beneficiaries, executors, administrators and any other legal representative. The Committee shall have full power and authority to (i) administer and interpret this Policy; (ii) correct any defect, supply any omission and reconcile any inconsistency in this Policy; and (iii) make any other determination and take any other action that the Committee deems necessary or desirable for the administration of this Policy and to comply with applicable law (including Section 10D of the Exchange Act) and applicable stock market or exchange rules and regulations. Notwithstanding anything to the contrary contained herein, to the extent permitted by Section 10D of the Exchange Act and Section 5608 of the Nasdaq Listing Rules, the Board may, in its sole discretion, at any time and from time to time, administer this Policy in the same manner as the Committee.

4.  Amendment/Termination. Subject to Section 10D of the Exchange Act and Section 5608 of the Nasdaq Listing Rules, this Policy may be amended or terminated by the Committee at any time. To the extent that any applicable law, or stock market or exchange rules or regulations require recovery of Erroneously Awarded Compensation in circumstances in addition to those specified herein, nothing in this Policy shall be deemed to limit or restrict the right or obligation of the Company to recover Erroneously Awarded Compensation to the fullest extent required by such applicable law, stock market or exchange rules and regulations. Unless otherwise required

by applicable law, this Policy shall no longer be effective from and after the date that the Company no longer has a class of securities publicly listed on a United States national securities exchange.

5.    <u>Interpretation</u>. Notwithstanding anything to the contrary herein, this Policy is intended to comply with the requirements of Section 10D of the Exchange Act and Section 5608 of the Nasdaq Listing Rules (and any applicable regulations, administrative interpretations or stock market or exchange rules and regulations adopted in connection therewith). The provisions of this Policy shall be interpreted in a manner that satisfies such requirements and this Policy shall be operated accordingly. If any provision of this Policy would otherwise frustrate or conflict with this intent, the provision shall be interpreted and deemed amended so as to avoid such conflict.

6.    <u>Other Compensation Clawback/Recoupment Rights</u>. Any right of recoupment under this Policy is in addition to, and not in lieu of, any other remedies, rights or requirements with respect to the clawback or recoupment of any compensation that may be available to the Company pursuant to the terms of any other recoupment or clawback policy of the Company (or any of its affiliates) that may be in effect from time to time, any provisions in any employment agreement, offer letter, equity plan, equity award agreement or similar plan or agreement, and any other legal remedies available to the Company, as well as applicable law, stock market or exchange rules, listing standards or regulations; *provided*, *however*, that any amounts recouped or clawed back under any other policy that would be recoupable under this Policy shall count toward any required clawback or recoupment under this Policy and vice versa.

7.    <u>Exempt Compensation</u>. Notwithstanding anything to the contrary herein, the Company has no obligation to seek recoupment of amounts paid to a Covered Executive which are granted, vested or earned based solely upon the occurrence or non-occurrence of nonfinancial events. Such exempt compensation includes, without limitation, base salary, time-vesting awards, compensation awarded on the basis of the achievement of metrics that are not Financial Reporting Measures or compensation awarded solely at the discretion of the Committee or the Board, *provided* that such amounts are in no way contingent on, and were not in any way granted on the basis of, the achievement of any Financial Reporting Measure.

8.    <u>Miscellaneous</u>.

(a) Any applicable award agreement or other document setting forth the terms and conditions of any compensation covered by this Policy shall be deemed to include the restrictions imposed herein and incorporate this Policy by reference and, in the event of any inconsistency, the terms of this Policy will govern. For the avoidance of doubt, this Policy applies to all compensation that is received on or after the Effective Date, regardless of the date on which the award agreement or other document setting forth the terms and conditions of the Covered Executive's compensation became effective or was first granted or awarded, including, without limitation, compensation received under the Meta Platforms, Inc. 2012 Equity Incentive Plan (as amended) and any successor plan thereto.

(b) This Policy shall be binding and enforceable against all Covered Executives and their beneficiaries, heirs, executors, administrators or other legal representatives.

(c) If any provision of this Policy is determined to be unenforceable or invalid under any applicable law, such provision will be applied to the maximum extent permitted by applicable law and shall automatically be deemed amended in a manner consistent with its objectives to the extent necessary to conform to any limitations required under applicable law.