# PX1002

**Filed Under Seal**

# PX1006

**Filed Under Seal**

# PX1009

**Filed Under Seal**

# PX1012

**Filed Under Seal**

# PX1013

**Filed Under Seal**

# PX1017

**Filed Under Seal**

# PX1019

**Filed Under Seal**

# PX1036

**Filed Under Seal**

# PX1047

## Filed Under Seal

# PX1086

**Filed Under Seal**

# PX1102

**Filed Under Seal**

# PX1103

**Filed Under Seal**

# PX1115

**Filed Under Seal**

# PX1116

**Filed Under Seal**

# PX1127

**Filed Under Seal**

# PX1135

**Filed Under Seal**

# PX1136

**Filed Under Seal**

# PX1137

**Filed Under Seal**

# PX1138

**Filed Under Seal**

# PX1141

**Filed Under Seal**

# PX1153

**Filed Under Seal**

# PX1154

**Filed Under Seal**

# PX1155

**Filed Under Seal**

# PX1163

**Filed Under Seal**

# PX1180

**Filed Under Seal**

# PX1182

**Filed Under Seal**

# PX1186

**Filed Under Seal**