# PX1187

**Filed Under Seal**

# PX1202

**Filed Under Seal**

# PX1204

**Filed Under Seal**

# PX1208

**Filed Under Seal**

# PX1219

**Filed Under Seal**

# PX1230

**Filed Under Seal**

# PX1265

**Filed Under Seal**

# PX1266

**Filed Under Seal**

# PX1284

**Filed Under Seal**