# PX1294

## Filed Under Seal

# PX1295

**Filed Under Seal**

# PX1297

**Filed Under Seal**

# PX1329

**Filed Under Seal**

# PX1345

**Filed Under Seal**

# PX1363

**Filed Under Seal**

# PX1365

## Filed Under Seal

# PX1371

## Filed Under Seal

# PX1410

**Filed Under Seal**

# PX1413

**Filed Under Seal**

# PX1486

**Filed Under Seal**

# PX1491

**Filed Under Seal**

# PX1502

**Filed Under Seal**

# PX1514

**Filed Under Seal**

# PX1554

**Filed Under Seal**

# PX1580

**Filed Under Seal**

# PX1586

**Filed Under Seal**

# PX1590

**Filed Under Seal**

# PX1594

**Filed Under Seal**

# PX1611

**Filed Under Seal**