# PX1620

**Filed Under Seal**

# PX1708

## Filed Under Seal

# PX1895

**Filed Under Seal**

# PX1901

**Filed Under Seal**

# PX1903

**Filed Under Seal**

# PX1968

**Filed Under Seal**

# PX2019

**Filed Under Seal**

# PX2042

**Filed Under Seal**

# PX2093

**Filed Under Seal**

# PX2104

**Filed Under Seal**

# PX2132

**Filed Under Seal**

# PX2145

**Filed Under Seal**

# PX2227

**Filed Under Seal**

# PX2245

**Filed Under Seal**