# PX2296

**Filed Under Seal**

# PX2331

## Filed Under Seal

# PX2342

**Filed Under Seal**

# PX2352

**Filed Under Seal**

# PX2356

**Filed Under Seal**

# PX2357

**Filed Under Seal**

# PX2364

**Filed Under Seal**

# PX2373

**Filed Under Seal**

# PX2375

**Filed Under Seal**