# PX2473

**Filed Under Seal**

# PX2474

**Filed Under Seal**

# PX2477

## Filed Under Seal

# PX2481

**Filed Under Seal**

# PX2488

**Filed Under Seal**

# PX2501

**Filed Under Seal**

# PX2502

**Filed Under Seal**

# PX2508

**Filed Under Seal**

# PX2514

**Filed Under Seal**

# PX2518

**Filed Under Seal**

# PX2519

**Filed Under Seal**

# PX2522

**Filed Under Seal**

# PX2527

**Filed Under Seal**

# PX2532

**Filed Under Seal**

# PX2543

**Filed Under Seal**

# PX2576

**Filed Under Seal**

# PX2577

**Filed Under Seal**