# PX2580

**Filed Under Seal**

# PX2588

**Filed Under Seal**

# PX2596

**Filed Under Seal**

# PX2614

**Filed Under Seal**

# PX2616

**Filed Under Seal**

# PX2618

**Filed Under Seal**