# PX2640

**Filed Under Seal**

# PX2646

**Filed Under Seal**

# PX2658

**Filed Under Seal**

# PX2660

**Filed Under Seal**

# PX2664

**Filed Under Seal**

# PX2677

**Filed Under Seal**

# PX2687

**Filed Under Seal**

# PX2689

**Filed Under Seal**