# PX2702

**Filed Under Seal**

# PX2706

**Filed Under Seal**

# PX2738

**Filed Under Seal**

# PX2740

**Filed Under Seal**

# PX2746

## Filed Under Seal

# PX2747

**Filed Under Seal**