# PX2757

# Filed Under Seal

# PX2759

## Filed Under Seal

# PX2775

# Filed Under Seal