# PX2789

**Filed Under Seal**

# PX2799

**Filed Under Seal**

# PX2811

**Filed Under Seal**

# PX2822

**Filed Under Seal**

# PX2831

**Filed Under Seal**

# PX2867

**Filed Under Seal**

# PX2888

**Filed Under Seal**

# PX2892

**Filed Under Seal**

# PX2946

**Filed Under Seal**

# PX2947

**Filed Under Seal**

# PX2948

**Filed Under Seal**

# PX2951

**Filed Under Seal**

# PX2955

**Filed Under Seal**

# PX2959

**Filed Under Seal**

# PX2961

**Filed Under Seal**

# PX2962

**Filed Under Seal**

# PX2963

**Filed Under Seal**

# PX2965

**Filed Under Seal**

# PX2969

**Filed Under Seal**

# PX2970

**Filed Under Seal**

# PX2971

**Filed Under Seal**

# PX2972

**Filed Under Seal**

# PX2974

**Filed Under Seal**