# PX2975

**Filed Under Seal**

# PX2979

**Filed Under Seal**

# PX2980

**Filed Under Seal**

# PX2981

**Filed Under Seal**

# PX2982

**Filed Under Seal**

# PX2983

**Filed Under Seal**

# PX2984

**Filed Under Seal**

# PX2985

**Filed Under Seal**

# PX2986

**Filed Under Seal**

# PX2987

**Filed Under Seal**

# PX2988

## Filed Under Seal

# PX2989

**Filed Under Seal**

# PX2990

**Filed Under Seal**

# PX2991

**Filed Under Seal**

# PX2992

**Filed Under Seal**

# PX2993

**Filed Under Seal**

# PX2994

**Filed Under Seal**

# PX2995

**Filed Under Seal**

# PX2996

**Filed Under Seal**

# PX2997

**Filed Under Seal**