# PX3001

**Filed Under Seal**

# PX3002

## Filed Under Seal

# PX3003

**Filed Under Seal**

# PX3005

**Filed Under Seal**

# PX3006

**Filed Under Seal**

# PX3007

**Filed Under Seal**

# PX3008

## Filed Under Seal