# PX3009

**Filed Under Seal**

# PX3010

**Filed Under Seal**

# PX3011

**Filed Under Seal**

# PX3012

**Filed Under Seal**

# PX3013

**Filed Under Seal**

# PX3015

**Filed Under Seal**

# PX3016

## Filed Under Seal