# PX3017

**Filed Under Seal**

# PX3019

**Filed Under Seal**

# PX3021

**Filed Under Seal**

# PX3022

**Filed Under Seal**

# PX3023

## Filed Under Seal