# PX3024

**Filed Under Seal**

# PX3025

**Filed Under Seal**

# PX3026

**Filed Under Seal**

# PX3027

**Filed Under Seal**

# PX3031

**Filed Under Seal**