# PX3032

**Filed Under Seal**

# PX3033

**Filed Under Seal**

# PX3034

**Filed Under Seal**

# PX3035

**Filed Under Seal**

# PX3036

**Filed Under Seal**

# PX3037

**Filed Under Seal**

# PX3038

**Filed Under Seal**

# PX3039

**Filed Under Seal**

# PX3040

**Filed Under Seal**

# PX3041

**Filed Under Seal**

# PX3042

**Filed Under Seal**

# PX3043

**Filed Under Seal**

# PX3044

**Filed Under Seal**

# PX3045

**Filed Under Seal**

# PX3050

**Filed Under Seal**

# PX3051

## Filed Under Seal

# PX3052

**Filed Under Seal**

# PX3055

**Filed Under Seal**

# PX3059

**Filed Under Seal**

# PX3060

**Filed Under Seal**

# PX3061

**Filed Under Seal**

# PX3062

## Filed Under Seal

# PX3063

**Filed Under Seal**

# PX3064

**Filed Under Seal**

# PX3066

**Filed Under Seal**

# PX3067

**Filed Under Seal**

# PX3069

**Filed Under Seal**