# PX3070

**Filed Under Seal**

# PX3073

**Filed Under Seal**

# PX3074

**Filed Under Seal**

# PX3075

**Filed Under Seal**

# PX3077

## Filed Under Seal

# PX3079

**Filed Under Seal**

# PX3080

**Filed Under Seal**

# PX3082

**Filed Under Seal**

# PX3083

**Filed Under Seal**

# PX3084

**Filed Under Seal**

# PX3086

**Filed Under Seal**

# PX3088

**Filed Under Seal**

# PX3089

**Filed Under Seal**

# PX3090

**Filed Under Seal**

# PX3094

**Filed Under Seal**

# PX3095

**Filed Under Seal**