# PX3096

**Filed Under Seal**

# PX3097

**Filed Under Seal**

# PX3099

**Filed Under Seal**

# PX3102

**Filed Under Seal**

# PX3105

**Filed Under Seal**

# PX3106

**Filed Under Seal**

# PX3111

**Filed Under Seal**

# PX3112

**Filed Under Seal**

# PX3116

**Filed Under Seal**

# PX3117

**Filed Under Seal**

# PX3118

**Filed Under Seal**

# PX3119

## Filed Under Seal

# PX3120

**Filed Under Seal**

# PX3121

**Filed Under Seal**

# PX3122

**Filed Under Seal**

# PX3123

**Filed Under Seal**

# PX3124

**Filed Under Seal**

# PX3125

**Filed Under Seal**

# PX3126

**Filed Under Seal**

# PX3127

**Filed Under Seal**

# PX3128

**Filed Under Seal**

# PX3129

**Filed Under Seal**

# PX3130

**Filed Under Seal**

# PX3131

**Filed Under Seal**

# PX3132

**Filed Under Seal**

# PX3133

**Filed Under Seal**

# PX3134

**Filed Under Seal**