# PX3136

**Filed Under Seal**

# PX3137

**Filed Under Seal**

# PX3138

**Filed Under Seal**

# PX3139

**Filed Under Seal**

# PX3140

**Filed Under Seal**

# PX3141

**Filed Under Seal**

# PX3142

**Filed Under Seal**

# PX3143

**Filed Under Seal**

# PX3144

**Filed Under Seal**

# PX3145

**Filed Under Seal**

# PX3147

**Filed Under Seal**

# PX3148

## Filed Under Seal

# PX3149

**Filed Under Seal**

# PX3150

**Filed Under Seal**