# PX3151

**Filed Under Seal**

# PX3152

**Filed Under Seal**

# PX3153

## Filed Under Seal

# PX3154

**Filed Under Seal**

# PX3160

**Filed Under Seal**

# PX3161

**Filed Under Seal**

# PX3164

**Filed Under Seal**

# PX3165

**Filed Under Seal**

# PX3166

**Filed Under Seal**

# PX3167

**Filed Under Seal**

# PX3168

**Filed Under Seal**