# PX12992

## Filed Under Seal