# PX12993

**Filed Under Seal**