# PX13038

## Filed Under Seal

# PX13039

## Filed Under Seal

# PX13041

## Filed Under Seal

# PX13042

## Filed Under Seal

# PX13047

## Filed Under Seal

# PX13197

## Filed Under Seal