# PX13203

## Filed Under Seal

# PX13204

## Filed Under Seal

# PX13215

## Filed Under Seal

# PX13216

## Filed Under Seal

# PX13218

## Filed Under Seal