# PX13221

## Filed Under Seal

# PX13266

## Filed Under Seal

# PX13272

## Filed Under Seal