# PX13283

## Filed Under Seal

# PX13495

## Filed Under Seal

# PX13506

## Filed Under Seal

# PX13564

## Filed Under Seal

# PX13575

## Filed Under Seal

# PX13581

## Filed Under Seal

# PX13583

## Filed Under Seal