# PX13608

## Filed Under Seal

# PX13746

## Filed Under Seal

# PX13757

## Filed Under Seal

# PX13758

## Filed Under Seal

# PX13794

## Filed Under Seal

# PX13799

## Filed Under Seal

# PX13800

## Filed Under Seal

# PX13874

## Filed Under Seal