# PX13948

## Filed Under Seal

# PX13949

## Filed Under Seal

# PX14113

**Filed Under Seal**

# PX14131

## Filed Under Seal

# PX14139

## Filed Under Seal

# PX14319

## Filed Under Seal

# PX14687

## Filed Under Seal

# PX14794

## Filed Under Seal

# PX14795

## Filed Under Seal

# PX14798

## Filed Under Seal

# PX14801

## Filed Under Seal

# PX14806

## Filed Under Seal

# PX14809

## Filed Under Seal