# PX14829

# Filed Under Seal