# PX14894

**Filed Under Seal**

# PX14898

**Filed Under Seal**