# PX14952

## Filed Under Seal