# PX14955

## Filed Under Seal