# PX14959

## Filed Under Seal