# PX14977

## Filed Under Seal

# PX15001

## Filed Under Seal

# PX15006

## Filed Under Seal