# PX15041

**Filed Under Seal**

# PX15043

## Filed Under Seal