# PX15058

## Filed Under Seal

# PX15060

**Filed Under Seal**

# PX15074

**Filed Under Seal**

# PX15112

## Filed Under Seal

# PX15115

## Filed Under Seal

# PX15123

**Filed Under Seal**

# PX15129

## Filed Under Seal

# PX15138

**Filed Under Seal**

# PX15160

**Filed Under Seal**

# PX15162

**Filed Under Seal**

# PX15174

**Filed Under Seal**

# PX15179

**Filed Under Seal**

# PX15180

**Filed Under Seal**

# PX15191

## Filed Under Seal

# PX15197

**Filed Under Seal**

# PX15200

**Filed Under Seal**

# PX15206

**Filed Under Seal**