# PX15222

**Filed Under Seal**

# PX15223

**Filed Under Seal**

# PX15224

**Filed Under Seal**

# PX15225

**Filed Under Seal**

# PX15226

**Filed Under Seal**

# PX15233

**Filed Under Seal**

# PX15237

**Filed Under Seal**

# PX15239

**Filed Under Seal**

# PX15241

**Filed Under Seal**

# PX15244

**Filed Under Seal**

# PX15269

**Filed Under Seal**

# PX15273

**Filed Under Seal**

# PX15275

**Filed Under Seal**

# PX15277

**Filed Under Seal**

# PX15316

**Filed Under Seal**