# PX15323

**Filed Under Seal**

# PX15335

**Filed Under Seal**

# PX15360

**Filed Under Seal**

# PX15381

**Filed Under Seal**

# PX15382

**Filed Under Seal**

# PX15411

**Filed Under Seal**

# PX15424

**Filed Under Seal**

# PX15427

**Filed Under Seal**