# PX15428

## Filed Under Seal

# PX15429

## Filed Under Seal

# PX15438

## Filed Under Seal

# PX15447

## Filed Under Seal

# PX15508

## Filed Under Seal