# PX15513

## Filed Under Seal