# PX15544

## Filed Under Seal

# PX15545

## Filed Under Seal

# PX15546

## Filed Under Seal

# PX15547

## Filed Under Seal

# PX15548

## Filed Under Seal

# PX15554

## Filed Under Seal

# PX15556

**Filed Under Seal**

# PX15558

## Filed Under Seal

# PX15561

## Filed Under Seal

# PX15562

## Filed Under Seal