# PX15563

# Filed Under Seal

# PX15564

## Filed Under Seal

# PX15565

## Filed Under Seal

# PX15567

## Filed Under Seal

# PX15568

## Filed Under Seal

# PX15569

## Filed Under Seal

# PX15571

## Filed Under Seal

# PX15572

## Filed Under Seal