# PX4002

**Filed Under Seal**

# PX4003

**Filed Under Seal**

# PX4004

**Filed Under Seal**

# PX4008

**Filed Under Seal**