# PX5001

## Filed Under Seal

# PX5002

## Filed Under Seal

# PX5003

**Filed Under Seal**

# PX5005

## Filed Under Seal

# PX5006

## Filed Under Seal

# PX5007

# Filed Under Seal

# PX5008

**Filed Under Seal**

# PX5009

# Filed Under Seal

# PX5010

**Filed Under Seal**

# PX5011

## Filed Under Seal

# PX5012

## Filed Under Seal

# PX5013

## Filed Under Seal