# PX6001

**Filed Under Seal**

# PX6006

**Filed Under Seal**

# PX6008

**Filed Under Seal**

# PX6009

**Filed Under Seal**

# PX6010

**Filed Under Seal**

# PX6013

**Filed Under Seal**

# PX6015

**Filed Under Seal**

# PX6016

## Filed Under Seal

# PX6017

**Filed Under Seal**

# PX6018

**Filed Under Seal**

# PX6020

**Filed Under Seal**