# PX6021

## Filed Under Seal

# PX6022

## Filed Under Seal

# PX6023

**Filed Under Seal**

# PX6025

## Filed Under Seal

# PX6026

## Filed Under Seal

# PX6027

## Filed Under Seal

# PX6028

# Filed Under Seal

# PX6029

**Filed Under Seal**

# PX6031

**Filed Under Seal**

# PX6033

**Filed Under Seal**

# PX6035

**Filed Under Seal**

# PX6036

**Filed Under Seal**

# PX6037

## Filed Under Seal

# PX6039

## Filed Under Seal