# PX6040

**Filed Under Seal**

# PX6041

**Filed Under Seal**

# PX6042

**Filed Under Seal**

# PX6043

**Filed Under Seal**

# PX6044

## Filed Under Seal

# PX6045

**Filed Under Seal**

# PX6046

**Filed Under Seal**

# PX6047

**Filed Under Seal**

# PX6048

**Filed Under Seal**

# PX6049

**Filed Under Seal**

# PX6050

**Filed Under Seal**

# PX6051

**Filed Under Seal**

# PX6052

## Filed Under Seal

# PX6054

**Filed Under Seal**

# PX6055

**Filed Under Seal**