# PX6056

**Filed Under Seal**

# PX6058

**Filed Under Seal**

# PX6060

**Filed Under Seal**

# PX6061

**Filed Under Seal**

# PX6062

**Filed Under Seal**

# PX6063

**Filed Under Seal**

# PX6064

**Filed Under Seal**

# PX6065

**Filed Under Seal**

# PX6066

## Filed Under Seal

# PX6067

**Filed Under Seal**

# PX6068

**Filed Under Seal**

# PX6069

**Filed Under Seal**

# PX6070

**Filed Under Seal**

# PX6072

**Filed Under Seal**

# PX6074

**Filed Under Seal**

# PX6075

**Filed Under Seal**