# PX6076

**Filed Under Seal**

# PX6077

**Filed Under Seal**

# PX6078

**Filed Under Seal**

# PX6079

**Filed Under Seal**

# PX6080

**Filed Under Seal**

# PX6082

**Filed Under Seal**

# PX6083

**Filed Under Seal**

# PX6084

**Filed Under Seal**

# PX6085

**Filed Under Seal**

# PX6086

**Filed Under Seal**

# PX6087

**Filed Under Seal**

# PX6088

**Filed Under Seal**

# PX6090

**Filed Under Seal**

# PX6091

**Filed Under Seal**

# PX6092

**Filed Under Seal**

# PX6093

## Filed Under Seal