# PX6094

**Filed Under Seal**

# PX6095

**Filed Under Seal**

# PX6096

**Filed Under Seal**

# PX6097

**Filed Under Seal**

# PX6099

**Filed Under Seal**

# PX6100

**Filed Under Seal**

# PX6101

**Filed Under Seal**

# PX6102

**Filed Under Seal**

# PX6103

**Filed Under Seal**

# PX6104

**Filed Under Seal**

# PX6106

**Filed Under Seal**

# PX6107

**Filed Under Seal**

# PX6108

**Filed Under Seal**

# PX6109

**Filed Under Seal**

# PX6110

**Filed Under Seal**

# PX6111

**Filed Under Seal**