# PX6112

## Filed Under Seal

# PX6113

## Filed Under Seal

# PX6114

## Filed Under Seal

# PX6115

## Filed Under Seal

# PX6117

Filed Under Seal

# PX6118

## Filed Under Seal

# PX6119

## Filed Under Seal

# PX6121

## Filed Under Seal

# PX6122

## Filed Under Seal

# PX6123

## Filed Under Seal

# PX6124

## Filed Under Seal

# PX6126

## Filed Under Seal

# PX6127

## Filed Under Seal