# PX6128

## Filed Under Seal

# PX6130

## Filed Under Seal

# PX6131

## Filed Under Seal

# PX6133

## Filed Under Seal

# PX6134

## Filed Under Seal

# PX6135

**Filed Under Seal**

# PX6136

## Filed Under Seal

# PX6137

**Filed Under Seal**

# PX6138

**Filed Under Seal**

# PX6139

## Filed Under Seal

# PX6141

## Filed Under Seal

# PX6142

**Filed Under Seal**