# PX6143

**Filed Under Seal**

# PX6144

**Filed Under Seal**

# PX6145

**Filed Under Seal**

# PX6146

**Filed Under Seal**

# PX6147

**Filed Under Seal**

# PX6148

**Filed Under Seal**

# PX6149

**Filed Under Seal**

# PX6151

**Filed Under Seal**

# PX6152

**Filed Under Seal**

# PX6153

**Filed Under Seal**

# PX6156

**Filed Under Seal**

# PX6157

**Filed Under Seal**