# PX6158

**Filed Under Seal**

# PX6159

**Filed Under Seal**

# PX6160

**Filed Under Seal**

# PX6161

**Filed Under Seal**

# PX6162

**Filed Under Seal**

# PX6169

**Filed Under Seal**

# PX6172

**Filed Under Seal**

# PX6173

**Filed Under Seal**

# PX6175

**Filed Under Seal**

# PX6176

**Filed Under Seal**