# PX6177

**Filed Under Seal**

# PX6178

**Filed Under Seal**

# PX6179

**Filed Under Seal**

# PX6180

**Filed Under Seal**

# PX6181

**Filed Under Seal**

# PX6182

**Filed Under Seal**

# PX6183

**Filed Under Seal**

# PX6184

**Filed Under Seal**

# PX6185

**Filed Under Seal**

# PX6187

**Filed Under Seal**