# PX7004

**Filed Under Seal**

# PX7005

**Filed Under Seal**

# PX7006

**Filed Under Seal**

# PX7008

**Filed Under Seal**

# PX7009

**Filed Under Seal**

# PX7011

**Filed Under Seal**

# PX7013

**Filed Under Seal**

# PX7014

**Filed Under Seal**

# PX7015

**Filed Under Seal**

# PX7016

**Filed Under Seal**

# PX7017

**Filed Under Seal**

# PX7018

**Filed Under Seal**