# PX7019

**Filed Under Seal**

# PX7030

**Filed Under Seal**

# PX7031

**Filed Under Seal**

# PX7032

**Filed Under Seal**

# PX7033

**Filed Under Seal**

# PX7034

**Filed Under Seal**

# PX7035

**Filed Under Seal**

# PX7036

**Filed Under Seal**

# PX7037

**Filed Under Seal**

# PX7038

**Filed Under Seal**

# PX7039

**Filed Under Seal**

# PX7041

**Filed Under Seal**

# PX7042

**Filed Under Seal**

# PX7043

**Filed Under Seal**

# PX7044

**Filed Under Seal**

# PX7045

**Filed Under Seal**