# PX7046

**Filed Under Seal**

# PX7047

**Filed Under Seal**

# PX7048

**Filed Under Seal**

# PX7049

## Filed Under Seal

# PX7050

**Filed Under Seal**

# PX7051

**Filed Under Seal**

# PX7052

**Filed Under Seal**

# PX7053

**Filed Under Seal**

# PX7054

**Filed Under Seal**