# PX7055

# Filed Under Seal

# PX7056

## Filed Under Seal

# PX7057

**Filed Under Seal**

# PX7058

**Filed Under Seal**

# PX7059

## Filed Under Seal

# PX7060

**Filed Under Seal**

# PX7062

**Filed Under Seal**

# PX7065

**Filed Under Seal**

# PX7066

## Filed Under Seal

# PX7067

**Filed Under Seal**

# PX7068

## Filed Under Seal

# PX7069

## Filed Under Seal

# PX7070

**Filed Under Seal**

# PX7071

**Filed Under Seal**