# PX8006

**Filed Under Seal**

# PX8007

# Filed Under Seal

# PX8008

## Filed Under Seal

# PX8009

## Filed Under Seal

# PX8010

## Filed Under Seal

# PX8011

# Filed Under Seal