# PX9000

**Filed Under Seal**

# PX9001

**Filed Under Seal**

# PX9002

**Filed Under Seal**