# PX9003

**Filed Under Seal**

# PX9004

**Filed Under Seal**

# PX9005

**Filed Under Seal**

# PX9006

**Filed Under Seal**