# PX9007

**Filed Under Seal**

# PX9008

**Filed Under Seal**

# PX9009

**Filed Under Seal**