# PX9010

**Filed Under Seal**

# PX9011

**Filed Under Seal**

# PX9012

**Filed Under Seal**

# PX9013

**Filed Under Seal**

# PX9014

**Filed Under Seal**