# PX9015

**Filed Under Seal**

# PX9016

**Filed Under Seal**

# PX9017

**Filed Under Seal**

# PX9018

**Filed Under Seal**

# PX9019

**Filed Under Seal**

# PX9020

**Filed Under Seal**

# PX9021

**Filed Under Seal**

# PX9022

**Filed Under Seal**

# PX9023

**Filed Under Seal**