# PX10020

**Filed Under Seal**

# PX10023

**Filed Under Seal**

# PX10025

**Filed Under Seal**

# PX10026

**Filed Under Seal**

# PX10045

**Filed Under Seal**

# PX10060

**Filed Under Seal**

# PX10074

**Filed Under Seal**

# PX10080

**Filed Under Seal**

# PX10082

**Filed Under Seal**

# PX10087

**Filed Under Seal**

# PX10089

**Filed Under Seal**

# PX10092

**Filed Under Seal**

# PX10101

**Filed Under Seal**

# PX10105

**Filed Under Seal**

# PX10106

**Filed Under Seal**

# PX10124

**Filed Under Seal**

# PX10156

**Filed Under Seal**

# PX10161

**Filed Under Seal**