# PX10189

## Filed Under Seal

# PX10197

## Filed Under Seal

# PX10216

## Filed Under Seal

# PX10219

## Filed Under Seal

# PX10221

## Filed Under Seal

# PX10223

## Filed Under Seal

# PX10227

**Filed Under Seal**

# PX10228

## Filed Under Seal