# PX10232

**Filed Under Seal**

# PX10242

**Filed Under Seal**

# PX10268

**Filed Under Seal**

# PX10271

**Filed Under Seal**

# PX10275

**Filed Under Seal**

# PX10279

**Filed Under Seal**

# PX10283

**Filed Under Seal**

# PX10284

**Filed Under Seal**

# PX10294

**Filed Under Seal**

# PX10295

**Filed Under Seal**

# PX10312

**Filed Under Seal**

# PX10316

**Filed Under Seal**

# PX10319

**Filed Under Seal**

# PX10321

**Filed Under Seal**

# PX10322

**Filed Under Seal**

# PX10323

**Filed Under Seal**

# PX10328

**Filed Under Seal**

# PX10329

**Filed Under Seal**

# PX10330

**Filed Under Seal**

# PX10334

**Filed Under Seal**

# PX10336

**Filed Under Seal**

# PX10338

**Filed Under Seal**

# PX10446

**Filed Under Seal**

# PX10449

**Filed Under Seal**