# PX10452

**Filed Under Seal**

# PX10453

**Filed Under Seal**

# PX10454

**Filed Under Seal**

# PX10457

**Filed Under Seal**

# PX10498

**Filed Under Seal**

# PX10504

**Filed Under Seal**

# PX10505

**Filed Under Seal**

# PX10522

**Filed Under Seal**

# PX10548

**Filed Under Seal**

# PX10556

**Filed Under Seal**

# PX10558

**Filed Under Seal**

# PX10568

**Filed Under Seal**

# PX10592

**Filed Under Seal**

# PX10594

**Filed Under Seal**

# PX10595

**Filed Under Seal**

# PX10598

**Filed Under Seal**