# PX10607

# Filed Under Seal

# PX10608

## Filed Under Seal

# PX10626

## Filed Under Seal

# PX10655

## Filed Under Seal

# PX10662

## Filed Under Seal