# PX10689

## Filed Under Seal

# PX10695

## Filed Under Seal

# PX10743

## Filed Under Seal

# PX10744

## Filed Under Seal