# PX10747

## Filed Under Seal

# PX10750

## Filed Under Seal

# PX10755

## Filed Under Seal

# PX10758

## Filed Under Seal

# PX10759

## Filed Under Seal

# PX10763

## Filed Under Seal

# PX10764

## Filed Under Seal

# PX10765

## Filed Under Seal

# PX10799

# Filed Under Seal