# PX10800

**Filed Under Seal**

# PX10808

**Filed Under Seal**

# PX10827

**Filed Under Seal**

# PX10828

**Filed Under Seal**

# PX10849

**Filed Under Seal**

# PX10855

**Filed Under Seal**

# PX10857

**Filed Under Seal**

# PX10861

**Filed Under Seal**

# PX10881

**Filed Under Seal**

# PX10882

**Filed Under Seal**

# PX10883

**Filed Under Seal**

# PX10887

**Filed Under Seal**

# PX10899

**Filed Under Seal**

# PX10900

**Filed Under Seal**

# PX10902

**Filed Under Seal**

# PX10903

**Filed Under Seal**

# PX10928

**Filed Under Seal**

# PX10939

**Filed Under Seal**