# PX10940

**Filed Under Seal**

# PX10988

**Filed Under Seal**

# PX11022

**Filed Under Seal**

# PX11028

**Filed Under Seal**

# PX11030

**Filed Under Seal**

# PX11032

**Filed Under Seal**

# PX11034

**Filed Under Seal**

# PX11036

**Filed Under Seal**

# PX11039

**Filed Under Seal**

# PX11042

**Filed Under Seal**

# PX11050

**Filed Under Seal**

# PX11059

**Filed Under Seal**

# PX11060

**Filed Under Seal**

# PX11061

**Filed Under Seal**

# PX11070

**Filed Under Seal**

# PX11076

**Filed Under Seal**