# PX11078

## Filed Under Seal

# PX11079

**Filed Under Seal**

# PX11086

## Filed Under Seal

# PX11094

**Filed Under Seal**

# PX11095

**Filed Under Seal**

# PX11108

**Filed Under Seal**

# PX11278

**Filed Under Seal**

# PX11284

**Filed Under Seal**

# PX11286

**Filed Under Seal**

# PX11287

**Filed Under Seal**

# PX11304

**Filed Under Seal**

# PX11309

**Filed Under Seal**

# PX11312

**Filed Under Seal**

# PX11654

**Filed Under Seal**

# PX11662

**Filed Under Seal**

# PX11670

**Filed Under Seal**

# PX11677

**Filed Under Seal**

# PX11678

**Filed Under Seal**

# PX11727

## Filed Under Seal

# PX11803

**Filed Under Seal**