# PX11804

## Filed Under Seal

# PX11806

## Filed Under Seal

# PX11971

## Filed Under Seal

# PX11972

## Filed Under Seal

# PX11974

## Filed Under Seal

# PX11996

## Filed Under Seal

# PX12102

## Filed Under Seal

# PX12106

## Filed Under Seal

# PX12108

## Filed Under Seal

# PX12110

## Filed Under Seal

# PX12115

## Filed Under Seal

# PX12127

## Filed Under Seal

# PX12193

## Filed Under Seal

# PX12201

## Filed Under Seal

# PX12202

## Filed Under Seal

# PX12204

## Filed Under Seal