# PX12271

**Filed Under Seal**

# PX12330

**Filed Under Seal**

# PX12333

**Filed Under Seal**

# PX12338

**Filed Under Seal**

# PX12339

**Filed Under Seal**

# PX12347

**Filed Under Seal**

# PX12348

**Filed Under Seal**

# PX12351

**Filed Under Seal**

# PX12360

**Filed Under Seal**

# PX12374

**Filed Under Seal**