# PX12389

**Filed Under Seal**

# PX12403

**Filed Under Seal**

# PX12405

**Filed Under Seal**

# PX12407

**Filed Under Seal**

# PX12409

**Filed Under Seal**

# PX12411

**Filed Under Seal**

# PX12486

**Filed Under Seal**

# PX12497

**Filed Under Seal**

# PX12501

**Filed Under Seal**

# PX12609

**Filed Under Seal**