# PX12611

**Filed Under Seal**

# PX12625

**Filed Under Seal**

# PX12663

**Filed Under Seal**