# PX12664

## Filed Under Seal

# PX12666

## Filed Under Seal

# PX12669

## Filed Under Seal

# PX12676

## Filed Under Seal