# PX12685

## Filed Under Seal

# PX12692

## Filed Under Seal

# PX12704

## Filed Under Seal

# PX12745

**Filed Under Seal**

# PX12753

## Filed Under Seal

# PX12973

## Filed Under Seal

# PX12978

## Filed Under Seal