# PX12982

## Filed Under Seal

# PX12990

## Filed Under Seal