# PX12991

**Filed Under Seal**