# PX3169

**Filed Under Seal**

# PX3170

**Filed Under Seal**

# PX3172

**Filed Under Seal**

# PX3173

**Filed Under Seal**

# PX3174

**Filed Under Seal**