# PX3175

**Filed Under Seal**

# PX3177

## Filed Under Seal

# PX3178

**Filed Under Seal**

# PX3179

**Filed Under Seal**

# PX3180

## Filed Under Seal

# PX3181

**Filed Under Seal**

# PX3182

## Filed Under Seal