# PX3183

## Filed Under Seal

# PX3184

## Filed Under Seal