# PX3185

**Filed Under Seal**

# PX3186

## Filed Under Seal

# PX3187

**Filed Under Seal**

# PX3188

## Filed Under Seal

# PX3189

## Filed Under Seal

# PX3190

## Filed Under Seal

# PX3191

## Filed Under Seal

# PX3194

**Filed Under Seal**

# PX3195

**Filed Under Seal**

# PX3196

**Filed Under Seal**

# PX3198

**Filed Under Seal**

# PX3199

## Filed Under Seal

# PX3200

**Filed Under Seal**

# PX3201

**Filed Under Seal**

# PX3202

## Filed Under Seal

# PX3204

## Filed Under Seal

# PX3205

**Filed Under Seal**

# PX3206

## Filed Under Seal

# PX3207

**Filed Under Seal**

# PX3208

## Filed Under Seal