# PX3209

**Filed Under Seal**

# PX3210

**Filed Under Seal**

# PX3211

**Filed Under Seal**

# PX3212

**Filed Under Seal**

# PX3213

**Filed Under Seal**

# PX3217

**Filed Under Seal**

# PX3221

**Filed Under Seal**

# PX3224

**Filed Under Seal**

# PX3225

**Filed Under Seal**

# PX3227

**Filed Under Seal**

# PX3228

**Filed Under Seal**

# PX3229

**Filed Under Seal**