# PX3330

**Filed Under Seal**

# PX3331

**Filed Under Seal**

# PX3332

**Filed Under Seal**

# PX3333

## Filed Under Seal

# PX3335

**Filed Under Seal**

# PX3336

**Filed Under Seal**

# PX3337

**Filed Under Seal**

# PX3338

**Filed Under Seal**

# PX3339

**Filed Under Seal**

# PX3340

**Filed Under Seal**

# PX3341

**Filed Under Seal**

# PX3342

**Filed Under Seal**

# PX3343

**Filed Under Seal**

# PX3344

**Filed Under Seal**

# PX3345

**Filed Under Seal**

# PX3346

**Filed Under Seal**

# PX3347

**Filed Under Seal**

# PX3348

**Filed Under Seal**

# PX3349

**Filed Under Seal**

# PX3350

**Filed Under Seal**

# PX3351

**Filed Under Seal**

# PX3352

**Filed Under Seal**

# PX3354

**Filed Under Seal**

# PX3355

**Filed Under Seal**

# PX3356

**Filed Under Seal**

# PX3357

**Filed Under Seal**

# PX3358

**Filed Under Seal**