# PX3359

**Filed Under Seal**

# PX3360

**Filed Under Seal**

# PX3361

**Filed Under Seal**

# PX3362

**Filed Under Seal**

# PX3363

## Filed Under Seal