# PX3364

## Filed Under Seal

# PX3365

## Filed Under Seal