# PX3367

**Filed Under Seal**

# PX3368

**Filed Under Seal**

# PX3369

**Filed Under Seal**

# PX3370

**Filed Under Seal**

# PX3371

**Filed Under Seal**

# PX3372

**Filed Under Seal**

# PX3373

**Filed Under Seal**

# PX3374

**Filed Under Seal**

# PX3375

**Filed Under Seal**

# PX3376

**Filed Under Seal**

# PX3377

**Filed Under Seal**

# PX3378

**Filed Under Seal**

# PX3379

**Filed Under Seal**

# PX3380

**Filed Under Seal**

# PX3381

**Filed Under Seal**

# PX3382

**Filed Under Seal**

# PX3383

**Filed Under Seal**

# PX3384

**Filed Under Seal**

# PX3385

**Filed Under Seal**

# PX3386

**Filed Under Seal**

# PX3387

**Filed Under Seal**