# PX3388

## Filed Under Seal

# PX3389

**Filed Under Seal**

# PX3390

## Filed Under Seal

# PX3391

## Filed Under Seal

# PX3392

**Filed Under Seal**

# PX3393

**Filed Under Seal**

# PX3394

**Filed Under Seal**

# PX3395

**Filed Under Seal**

# PX3396

**Filed Under Seal**

# PX3397

**Filed Under Seal**

# PX3400

**Filed Under Seal**

# PX3401

**Filed Under Seal**

# PX3402

**Filed Under Seal**

# PX3404

**Filed Under Seal**