# PX3405

## Filed Under Seal

# PX3406

## Filed Under Seal

# PX3407

## Filed Under Seal

# PX3409

## Filed Under Seal

# PX3410

Filed Under Seal

# PX3411

## Filed Under Seal

# PX3412

## Filed Under Seal

# PX3413

## Filed Under Seal

# PX3414

## Filed Under Seal

# PX3415

## Filed Under Seal

# PX3416

**Filed Under Seal**

# PX3417

## Filed Under Seal

# PX3418

**Filed Under Seal**