# PX3419

## Filed Under Seal

# PX3420

## Filed Under Seal

# PX3421

## Filed Under Seal

# PX3422

**Filed Under Seal**

# PX3423

**Filed Under Seal**

# PX3424

## Filed Under Seal

# PX3425

**Filed Under Seal**

# PX3426

## Filed Under Seal

# PX3427

## Filed Under Seal

# PX3428

**Filed Under Seal**

# PX3429

## Filed Under Seal

# PX3430

**Filed Under Seal**

# PX3431

## Filed Under Seal

# PX3432

**Filed Under Seal**

# PX3433

**Filed Under Seal**

# PX3434

**Filed Under Seal**

# PX3435

**Filed Under Seal**

# PX3436

## Filed Under Seal