# PX3437

**Filed Under Seal**

# PX3438

**Filed Under Seal**

# PX3439

**Filed Under Seal**

# PX3440

**Filed Under Seal**

# PX3441

**Filed Under Seal**

# PX3442

**Filed Under Seal**

# PX3443

**Filed Under Seal**

# PX3444

**Filed Under Seal**

# PX3445

**Filed Under Seal**

# PX3446

## Filed Under Seal