# PX3447

**Filed Under Seal**

# PX3449

**Filed Under Seal**

# PX3450

**Filed Under Seal**

# PX3451

**Filed Under Seal**

# PX3452

**Filed Under Seal**

# PX3454

**Filed Under Seal**

# PX3455

**Filed Under Seal**

# PX3456

**Filed Under Seal**

# PX3457

**Filed Under Seal**

# PX3458

**Filed Under Seal**

# PX3459

**Filed Under Seal**

# PX3460

**Filed Under Seal**

# PX3461

## Filed Under Seal

# PX3462

**Filed Under Seal**

# PX3463

## Filed Under Seal

# PX3464

**Filed Under Seal**

# PX3465

**Filed Under Seal**

# PX3466

**Filed Under Seal**

# PX3467

**Filed Under Seal**

# PX3468

**Filed Under Seal**

# PX3469

**Filed Under Seal**

# PX3470

**Filed Under Seal**

# PX3471

**Filed Under Seal**