# PX3472

**Filed Under Seal**

# PX3473

**Filed Under Seal**

# PX3474

**Filed Under Seal**

# PX3475

**Filed Under Seal**

# PX3477

**Filed Under Seal**

# PX3478

**Filed Under Seal**

# PX3479

**Filed Under Seal**

# PX3480

**Filed Under Seal**

# PX3481

**Filed Under Seal**

# PX3482

**Filed Under Seal**

# PX3483

**Filed Under Seal**

# PX3484

**Filed Under Seal**