# PX3485

## Filed Under Seal

# PX3486

## Filed Under Seal

# PX3487

## Filed Under Seal

# PX3488

## Filed Under Seal

# PX3489

## Filed Under Seal

# PX3490

**Filed Under Seal**

# PX3491

## Filed Under Seal

# PX3492

## Filed Under Seal

# PX3493

**Filed Under Seal**

# PX3494

**Filed Under Seal**

# PX3495

**Filed Under Seal**

# PX3496

**Filed Under Seal**

# PX3497

**Filed Under Seal**

# PX3498

**Filed Under Seal**

# PX3499

**Filed Under Seal**

# PX3500

**Filed Under Seal**

# PX3501

**Filed Under Seal**