# PX3502

**Filed Under Seal**

# PX3503

**Filed Under Seal**

# PX3504

**Filed Under Seal**

# PX3505

**Filed Under Seal**

# PX3506

**Filed Under Seal**

# PX3508

**Filed Under Seal**

# PX3509

**Filed Under Seal**

# PX3510

**Filed Under Seal**

# PX3511

**Filed Under Seal**

# PX3512

**Filed Under Seal**

# PX3513

**Filed Under Seal**

# PX3514

**Filed Under Seal**

# PX3516

**Filed Under Seal**

# PX3517

**Filed Under Seal**

# PX3518

**Filed Under Seal**

# PX3519

**Filed Under Seal**