# PX3520

**Filed Under Seal**

# PX3522

**Filed Under Seal**

# PX3523

**Filed Under Seal**

# PX3524

**Filed Under Seal**

# PX3525

**Filed Under Seal**

# PX3526

**Filed Under Seal**

# PX3527

**Filed Under Seal**

# PX3528

**Filed Under Seal**

# PX3529

**Filed Under Seal**

# PX3530

**Filed Under Seal**

# PX3531

**Filed Under Seal**

# PX3532

**Filed Under Seal**

# PX3533

**Filed Under Seal**

# PX3534

**Filed Under Seal**

# PX3535

**Filed Under Seal**

# PX3536

**Filed Under Seal**

# PX3537

**Filed Under Seal**

# PX3538

**Filed Under Seal**

# PX3539

**Filed Under Seal**