# PX3540

**Filed Under Seal**

# PX3541

**Filed Under Seal**

# PX3542

**Filed Under Seal**

# PX3543

**Filed Under Seal**

# PX3544

**Filed Under Seal**

# PX3545

**Filed Under Seal**

# PX3546

**Filed Under Seal**

# PX3547

**Filed Under Seal**

# PX3548

**Filed Under Seal**

# PX3549

**Filed Under Seal**

# PX3550

**Filed Under Seal**

# PX3551

**Filed Under Seal**

# PX3552

**Filed Under Seal**

# PX3553

**Filed Under Seal**

# PX3555

**Filed Under Seal**

# PX3556

**Filed Under Seal**

# PX3557

**Filed Under Seal**

# PX3558

**Filed Under Seal**