# PX3559

**Filed Under Seal**

# PX3560

**Filed Under Seal**

# PX3561

**Filed Under Seal**

# PX3562

**Filed Under Seal**

# PX3563

**Filed Under Seal**

# PX3564

**Filed Under Seal**

# PX3565

**Filed Under Seal**

# PX3566

**Filed Under Seal**

# PX3567

**Filed Under Seal**

# PX3568

**Filed Under Seal**