# PX3569

**Filed Under Seal**

# PX3570

## Filed Under Seal

# PX3571

## Filed Under Seal

# PX3572

## Filed Under Seal

# PX3573

**Filed Under Seal**

# PX3574

**Filed Under Seal**

# PX3575

**Filed Under Seal**