# Volume 118 Produced via Kiteworks Large File

# Filed Under Seal