# Volume 119 Produced via Kiteworks Large File