IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION REGARDING UPDATED
FTC MEMORANDUM AND RULE 7(h) COUNTERSTATEMENT**

Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms, Inc. ("Meta") jointly move the Court to (1) allow the FTC to revise its Memorandum of Law in Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment ("Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment") (filed under seal at ECF No. 328-1) and its Counterstatement of Material Facts in Support of Federal Trade Commission's Motion for Partial Summary Judgment and in Opposition to Meta Platforms, Inc.'s Motion for Summary Judgment ("Plaintiff's Counterstatement of Material Facts") (filed under seal at ECF No. 328-3); and (2) replace ECF Nos. 328-1 and 328-3, with the FTC's revised pleadings hereto attached as Exhibit A and Exhibit B, respectively, which have been filed under seal to replace the prior sealed versions.

Since the FTC made its initial filing on May 24, 2024, the parties have discussed certain aspects of the Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary

Judgment and the Plaintiff's Counterstatement of Material Facts. In light of those discussions, the FTC agreed to make a small modification to language used on page 60 of the Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and pages 885 and 886 of Plaintiff's Counterstatement of Material Facts. The FTC represents that it has not made any other modifications to its Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and Plaintiff's Counterstatement of Material Facts, and the proposed modifications will not change the pagination of either filing.

In jointly making this motion, the parties seek to avoid a needless dispute: Meta does not concede the accuracy of any assertions appearing on page 60 of the FTC's Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment, on pages 885 and 886 of Plaintiff's Counterstatement of Material Facts, or in any other portion of the FTC's summary judgment papers; and the FTC does not concede that the statements it has agreed to revise were inaccurate as initially drafted. The parties further agree that this revised filing does not alter the remaining summary judgment briefing schedule.

The parties have submitted a proposed order with this Joint Motion and request that the Court enter it.

Dated: June 4, 2024

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

James P. Rouhandeh (NY0390)
Michael Scheinkman (NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754
james.rouhandeh@davispolk.com

Sonal N. Mehta (CA SBN 222086)
Wilmer Cutler Pickering Hale & Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
Sonal.Mehta@wilmerhale.com

3

David Z. Gringer (D.C. Bar No. 1001200)
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
David.gringer@wilmerhale.com

*Counsel for Defendant Meta Platforms, Inc.*