IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING JOINT MOTION REGARDING UPDATED FTC MEMORANDUM AND RULE 7(h) COUNTERSTATEMENT**

Upon consideration of the parties' Joint Motion Regarding Updated FTC Memorandum and Rule 7(h) Counterstatement ("Joint Motion"), it is hereby:

**ORDERED** that the Joint Motion is GRANTED; and it is further

**ORDERED** that the FTC may revise its filings docketed at ECF Nos. 328-1 and 328-3, as reflected in Exhibits A and B to the Joint Motion; and it is further

**ORDERED** that the FTC's filing at ECF No. 328-1 (filed under seal) shall be replaced in the record with the sealed Updated Memorandum in Support of Plaintiff's Cross-Motion for Partial Summary Judgment (Exhibit A to the Joint Motion), and the FTC's filing at ECF No. 328-3 (filed under seal) shall be replaced in the record with the sealed Updated Plaintiff's Counterstatement of Material Facts (Exhibit B to the Joint Motion).

**IT IS SO ORDERED**.

DATED: _____       _____
                                  Honorable James E. Boasberg
                                  United States District Court Chief Judge