# Exhibit A

# Plaintiff Federal Trade Commission's Updated Memorandum of Law in Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment

# Filed Under Seal