# Exhibit B

# Federal Trade Commission's Updated Counterstatement of Material Facts in Support of Federal Trade Commission's Motion for Partial Summary Judgment and in Opposition to Meta Platforms, Inc.'s Motion for Summary Judgment

## Filed Under Seal