IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

    v.

**META PLATFORMS, INC.,**

    Defendant.

Case No.: 1:20-cv-03590

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that James H. Weingarten hereby withdraws as attorney of record for Plaintiff Federal Trade Commission in the above-captioned matter.

Dated: June 6, 2024

Respectfully submitted,

/s/ *James H. Weingarten*
James H. Weingarten

/s/ *Daniel J. Matheson*
Daniel J. Matheson

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
Telephone: 202-326-3013
Email: jweingarten@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2024, I filed the foregoing document electronically via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   */s/ James H. Weingarten*
James H. Weingarten

*Attorney for Plaintiff*
*Federal Trade Commission*