AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br> *Plaintiff* <br> v. <br> META PLATFORMS, INC. <br> *Defendant* | Case No. 1:20-cv-03590-JEB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 06/03/2024

*Thomas Mattes*
Attorney's signature

Thomas Mattes, Cal. Bar # 355010
*Printed name and bar number*

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024
*Address*

tmattes@ftc.gov
*E-mail address*

(202) 297-6108
*Telephone number*

*FAX number*