**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 20-3590 (JEB)** |
| **META PLATFORMS, INC.,** | |
| **Defendant.** | |

## <u>ORDER</u>

In anticipation of requests by members of the press to unseal certain summary-judgment materials, the Court ORDERS that:

1. After FTC files its Reply on August 9, 2024, the parties shall meet and confer on reducing the amount of sealed material filed in connection with summary-judgment proceedings;

   a. If the parties have no disputes about which materials should remain sealed, they shall file on the public docket all lesser-redacted summary-judgment materials by September 6, 2024;

   b. If the parties cannot reach full agreement, Meta shall file a statement by September 13, 2024, explaining which materials are dispute and why they should remain sealed pursuant to the factors set out in <u>United States v. Hubbard</u>, 650 F.2d 293 (D.C. Cir. 1980);

   c. If Meta files such a statement, FTC shall file any response by September 20, 2024;

    d.  In the event that the Court must resolve disputes concerning sealing, the parties shall appear for a hearing on September 27, 2024, at 9:30 a.m. via zoom and shall file all lesser-redacted summary-judgment materials in accordance with the Court's rulings on October 4, 2024; and

2.  If, after the parties have filed their unsealed summary-judgment materials in accordance with the above process, any member of the press wishes to seek further unsealing, such member must:

    a.  Move to intervene prior to filing for unsealing.  Any opposition to intervention shall be filed by the parties within seven days; and

    b.  If the motion to intervene is granted, the member of the press may then move for unsealing.  Any such motion should explain why the Hubbard factors support unsealing.  Any opposition to unsealing shall be filed by the parties or any interested non-party within seven days of a motion for unsealing.  Any reply shall be filed within seven days of the opposition.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  June 25, 2024