# META PLATFORMS, INC.'S REPLY TO FEDERAL TRADE COMMISSION'S RULE 7(H) STATEMENT OF GENUINE ISSUES

# FILED UNDER SEAL

No. 1:20-CV-03590-JEB