# META PLATFORMS, INC.'S RESPONSE TO FEDERAL TRADE COMMISSION'S COUNTERSTATEMENT OF MATERIAL FACTS

# FILED UNDER SEAL

No. 1:20-CV-03590-JEB