**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DECLARATION OF MARK C. HANSEN IN SUPPORT OF META PLATFORMS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO THE FEDERAL TRADE COMMISSION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Mark C. Hansen, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and counsel for Defendant Meta Platforms, Inc. ("Meta") in this action. I am an attorney admitted to practice law in the District of Columbia and am a member of the Bar of the United States District Court for the District of Columbia. I submit this Declaration in Support of Meta's Reply in Support of Its Motion for Summary Judgment and Opposition to the Federal Trade Commission's Cross-Motion for Partial Summary Judgment ("Reply Brief"). To the best of my personal knowledge and based on information provided to me in the course of my supervision of this case, the facts set forth in this Declaration are true and correct, and I am competent to testify about them if called as a witness.

2. Meta's Reply to the Federal Trade Commission's Rule 7(h) Statement of Genuine Issues and Meta's Response to the Federal Trade Commission's Counterstatement of Material Facts, both filed as attachments to the Reply Brief, refer to the exhibits that Meta filed in connection with its summary judgment papers, including the exhibits that Meta attached to its Reply Brief (labeled Exhibit 460 through Exhibit 543).

3. An Exhibit Index and Deponent Index ("Exhibit Index"), which lists all of the exhibits that Meta filed in connection with its Motion for Summary Judgment and Reply Brief, is also attached to the Reply Brief. The Exhibit Index has four columns. The first column identifies the number for each of Meta's exhibits, the second identifies the volume number in which the exhibit appears, the third provides a description of the exhibit, and the fourth identifies whether Meta has filed the exhibit under seal.

4. Each exhibit attached to Meta's Reply Brief (labeled Exhibit 460 through Exhibit 543) is a true and correct copy of the document described in the exhibit's corresponding description column in the Exhibit Index.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 12, 2024                                Respectfully submitted,

                                                    /s/ *Mark C. Hansen*
                                                    Mark C. Hansen (D.C. Bar No. 425930)
                                                    KELLOGG, HANSEN, TODD,
                                                       FIGEL & FREDERICK, P.L.L.C.
                                                    1615 M Street, N.W., Suite 400
                                                    Washington, D.C. 20036
                                                    Tel: (202) 326-7900
                                                    mhansen@kellogghansen.com

                                                    *Counsel for Defendant Meta Platforms, Inc.*