**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

**EXHIBIT INDEX AND DEPONENT INDEX TO META PLATFORMS, INC.'S
REPLY TO FEDERAL TRADE COMMISSION'S RULE 7(H) STATEMENT OF
GENUINE ISSUES AND META PLATFORMS, INC.'S RESPONSE TO FEDERAL
TRADE COMMISSION'S COUNTERSTATEMENT OF MATERIAL FACTS**

**EXHIBIT INDEX**

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 1 | 1 | ████████████████████████ | UNDER SEAL |
| 2 | 1 | ███████████████████████████ | UNDER SEAL |
| 3 | 1 | ████████████████████████ | UNDER SEAL |
| 4 | 1 | ████████████████████████ | UNDER SEAL |
| 5 | 1 | ████████████████████ | UNDER SEAL |
| 6 | 1 | ████████████████████████ | UNDER SEAL |
| 7 | 1 | ██████████████████████████ | UNDER SEAL |
| 8 | 2 | ████████████████████████ | UNDER SEAL |
| 9 | 2 | ██████████████████████ | UNDER SEAL |
| 10 | 2 | ██████████████████████ | UNDER SEAL |
| 11 | 2 | ████████████████████████ | UNDER SEAL |
| 12 | 2 | ████████████████████████ | UNDER SEAL |
| 13 | 2 | ██████████████████████████ | UNDER SEAL |
| 14 | 2 | ██████████████████████████ | UNDER SEAL |
| 15 | 2 | ████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 16 | 2 | | UNDER SEAL |
| 17 | 3 | | UNDER SEAL |
| 18 | 3 | | UNDER SEAL |
| 19 | 3 | | UNDER SEAL |
| 20 | 3 | | UNDER SEAL |
| 21 | 3 | | UNDER SEAL |
| 22 | 3 | | UNDER SEAL |
| 23 | 3 | | UNDER SEAL |
| 24 | 4 | | UNDER SEAL |
| 25 | 4 | | UNDER SEAL |
| 26 | 4 | | UNDER SEAL |
| 27 | 4 | | UNDER SEAL |
| 28 | 4 | | UNDER SEAL |
| 29 | 4 | | UNDER SEAL |
| 30 | 4 | | UNDER SEAL |
| 31 | 4 | | UNDER SEAL |
| 32 | 4 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 33 | 4 | █████████████████████████ | UNDER SEAL |
| 34 | 4 | ████████████████ | UNDER SEAL |
| 35 | 4 | █████████████████████ | UNDER SEAL |
| 36 | 4 | ███████████████████ | UNDER SEAL |
| 37 | 4 | ██████████████████ | UNDER SEAL |
| 38 | 4 | ████████████████████████ | UNDER SEAL |
| 39 | 5 | ███████████████████ | UNDER SEAL |
| 40 | 5 | ██████████████████ | UNDER SEAL |
| 41 | 5 | ████████████████████████ | UNDER SEAL |
| 42 | 5 | ████████████████████████ | UNDER SEAL |
| 43 | 5 | █████████████████████████ | UNDER SEAL |
| 44 | 5 | ████████████████████ | UNDER SEAL |
| 45 | 5 | ███████████████████ | UNDER SEAL |
| 46 | 5 | ████████████████████ | UNDER SEAL |
| 47 | 5 | █████████████████ | UNDER SEAL |
| 48 | 5 | ███████████████ | UNDER SEAL |
| 49 | 5 | ██████████████████ | UNDER SEAL |
| 50 | 5 | ████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 51 | 5 | █████████████████████████ | UNDER SEAL |
| 52 | 5 | █████████████████████████ | UNDER SEAL |
| 53 | 5 | █████████████████████████ | UNDER SEAL |
| 54 | 5 | █████████████████████████ | UNDER SEAL |
| 55 | 5 | █████████████████████████ | UNDER SEAL |
| 56 | 5 | █████████████████████████ | UNDER SEAL |
| 57 | 5 | █████████████████████████ | UNDER SEAL |
| 58 | 5 | █████████████████████████ | UNDER SEAL |
| 59 | 5 | █████████████████████████ | UNDER SEAL |
| 60 | 5 | █████████████████████████ | UNDER SEAL |
| 61 | 5 | █████████████████████████ | UNDER SEAL |
| 62 | 5 | █████████████████████████ | UNDER SEAL |
| 63 | 6 | █████████████████████████ | UNDER SEAL |
| 64 | 6 | █████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 65 | 6 | █████████████████████ | UNDER SEAL |
| 66 | 6 | █████████████████████ | UNDER SEAL |
| 67 | 6 | █████████████████████ | UNDER SEAL |
| 68 | 6 | █████████████████████ | UNDER SEAL |
| 69 | 6 | █████████████████████ | UNDER SEAL |
| 70 | 6 | █████████████████████ | UNDER SEAL |
| 71 | 6 | █████████████████████ | UNDER SEAL |
| 72 | 6 | █████████████████████ | UNDER SEAL |
| 73 | 6 | █████████████████████ | UNDER SEAL |
| 74 | 6 | █████████████████████ | UNDER SEAL |
| 75 | 6 | █████████████████████ | UNDER SEAL |
| 76 | 7 | █████████████████████ | UNDER SEAL |
| 77 | 7 | █████████████████████ | UNDER SEAL |
| 78 | 7 | █████████████████████ | UNDER SEAL |
| 79 | 7 | █████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 80 | 7 | | UNDER SEAL |
| 81 | 7 | | UNDER SEAL |
| 82 | 7 | | UNDER SEAL |
| 83 | 7 | | UNDER SEAL |
| 84 | 7 | | UNDER SEAL |
| 85 | 7 | | UNDER SEAL |
| 86 | 7 | | UNDER SEAL |
| 87 | 7 | | UNDER SEAL |
| 88 | 7 | | UNDER SEAL |
| 89 | 7 | | UNDER SEAL |
| 90 | 7 | | UNDER SEAL |
| 91 | 7 | | UNDER SEAL |
| 92 | 7 | | UNDER SEAL |
| 93 | 7 | | UNDER SEAL |
| 94 | 7 | | UNDER SEAL |
| 95 | 8 | | UNDER SEAL |
| 96 | 8 | | UNDER SEAL |
| 97 | 8 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 98 | 8 | █████████████████████████ | UNDER SEAL |
| 99 | 8 | █████████████████████████ | UNDER SEAL |
| 100 | 8 | █████████████████████████ | UNDER SEAL |
| 101 | 8 | █████████████████████████ | UNDER SEAL |
| 102 | 8 | █████████████████████████ | UNDER SEAL |
| 103 | 8 | █████████████████████████ | UNDER SEAL |
| 104 | 8 | █████████████████████████ | UNDER SEAL |
| 105 | 8 | █████████████████████████ | UNDER SEAL |
| 106 | 9 | █████████████████████████ | UNDER SEAL |
| 107 | 9 | █████████████████████████ | UNDER SEAL |
| 108 | 9 | █████████████████████████ | UNDER SEAL |
| 109 | 9 | █████████████████████████ | UNDER SEAL |
| 110 | 9 | █████████████████████████ | UNDER SEAL |
| 111 | 9 | █████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 112 | 9 | | UNDER SEAL |
| 113 | 9 | | UNDER SEAL |
| 114 | 10 | | UNDER SEAL |
| 115 | 10 | | UNDER SEAL |
| 116 | 10 | | UNDER SEAL |
| 117 | 10 | | UNDER SEAL |
| 118 | 10 | | UNDER SEAL |
| 119 | 10 | | UNDER SEAL |
| 120 | 10 | | UNDER SEAL |
| 121 | 11 | | UNDER SEAL |
| 122 | 11 | | UNDER SEAL |
| 123 | 11 | | UNDER SEAL |
| 124 | 11 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 125 | 12 | | UNDER SEAL |
| 126 | 12 | | UNDER SEAL |
| 127 | 12 | | UNDER SEAL |
| 128 | 12 | | UNDER SEAL |
| 129 | 13 | | UNDER SEAL |
| 130 | 13 | | UNDER SEAL |
| 131 | 13 | | UNDER SEAL |
| 132 | 13 | | UNDER SEAL |
| 133 | 13 | | UNDER SEAL |
| 134 | 13 | | UNDER SEAL |
| 135 | 13 | | UNDER SEAL |
| 136 | 13 | | UNDER SEAL |
| 137 | 13 | | UNDER SEAL |
| 138 | 13 | | UNDER SEAL |
| 139 | 14 | | UNDER SEAL |
| 140 | 14 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 141 | 14 | ███████████████████ | UNDER SEAL |
| 142 | 14 | ███████████████████ | UNDER SEAL |
| 143 | 14 | ███████████████████ | UNDER SEAL |
| 144 | 14 | ███████████████████ | UNDER SEAL |
| 145 | 14 | ███████████████████ | UNDER SEAL |
| 146 | 14 | ███████████████████ | UNDER SEAL |
| 147 | 14 | ███████████████████ | UNDER SEAL |
| 148 | 14 | ███████████████████ | UNDER SEAL |
| 149 | 14 | ███████████████████ | UNDER SEAL |
| 150 | 14 | ███████████████████ | UNDER SEAL |
| 151 | 14 | ███████████████████ | UNDER SEAL |
| 152 | 14 | ███████████████████ | UNDER SEAL |
| 153 | 14 | ███████████████████ | UNDER SEAL |
| 154 | 14 | ███████████████████ | UNDER SEAL |
| 155 | 14 | ███████████████████ | UNDER SEAL |
| 156 | 14 | ███████████████████ | UNDER SEAL |
| 157 | 14 | ███████████████████ | UNDER SEAL |
| 158 | 14 | ███████████████████ | UNDER SEAL |
| 159 | 14 | ███████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 160 | 14 | ███████████████████ | UNDER SEAL |
| 161 | 14 | ██████████████████ | UNDER SEAL |
| 162 | 14 | ██████████████████ | UNDER SEAL |
| 163 | 14 | ██████████████████ | UNDER SEAL |
| 164 | 14 | █████████████████ | UNDER SEAL |
| 165 | 14 | ███████████████████ | UNDER SEAL |
| 166 | 14 | ██████████████████ | UNDER SEAL |
| 167 | 14 | ███████████████████████ | UNDER SEAL |
| 168 | 14 | ████████████████████████ | UNDER SEAL |
| 169 | 14 | ████████████████████████ | UNDER SEAL |
| 170 | 14 | ████████████████████████ | UNDER SEAL |
| 171 | 14 | ██████████████████████████ | UNDER SEAL |
| 172 | 14 | █████████████████████████ | UNDER SEAL |
| 173 | 15 | ██████████████████████████ | UNDER SEAL |
| 174 | 15 | █████████████████████████ | UNDER SEAL |
| 175 | 15 | ██████████████████████████ | UNDER SEAL |
| 176 | 15 | ██████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 177 | 15 | █████████████████████ | UNDER SEAL |
| 178 | 15 | █████████████████████ | UNDER SEAL |
| 179 | 15 | ████████████████████ | UNDER SEAL |
| 180 | 15 | ████████████████████ | UNDER SEAL |
| 181 | 15 | ██████████████████ | UNDER SEAL |
| 182 | 15 | ██████████████████ | UNDER SEAL |
| 183 | 15 | ██████████████████ | UNDER SEAL |
| 184 | 15 | ██████████████████████ | UNDER SEAL |
| 185 | 15 | ██████████████████████ | UNDER SEAL |
| 186 | 15 | ██████████████████████ | UNDER SEAL |
| 187 | 15 | ██████████████████████ | UNDER SEAL |
| 188 | 15 | ████████████████████ | UNDER SEAL |
| 189 | 15 | ████████████████████ | UNDER SEAL |
| 190 | 15 | ██████████████████████ | UNDER SEAL |
| 191 | 15 | ████████████████████ | UNDER SEAL |
| 192 | 15 | ████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 193 | 15 |  | UNDER SEAL |
| 194 | 15 | | UNDER SEAL |
| 195 | 15 | | UNDER SEAL |
| 196 | 15 | | UNDER SEAL |
| 197 | 15 | | UNDER SEAL |
| 198 | 15 | | UNDER SEAL |
| 199 | 15 | | UNDER SEAL |
| 200 | 15 | | UNDER SEAL |
| 201 | 15 | | UNDER SEAL |
| 202 | 15 | | UNDER SEAL |
| 203 | 15 | | UNDER SEAL |
| 204 | 15 | | UNDER SEAL |
| 205 | 15 | | UNDER SEAL |
| 206 | 15 | | UNDER SEAL |
| 207 | 15 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 208 | 15 | | UNDER SEAL |
| 209 | 15 | | UNDER SEAL |
| 210 | 15 | | UNDER SEAL |
| 211 | 15 | | UNDER SEAL |
| 212 | 15 | | UNDER SEAL |
| 213 | 15 | | UNDER SEAL |
| 214 | 15 | | UNDER SEAL |
| 215 | 15 | | UNDER SEAL |
| 216 | 16 | | UNDER SEAL |
| 217 | 16 | | UNDER SEAL |
| 218 | 16 | | UNDER SEAL |
| 219 | 16 | | UNDER SEAL |
| 220 | 16 | | UNDER SEAL |
| 221 | 16 | | UNDER SEAL |
| 222 | 16 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 223 | 17 |  | UNDER SEAL |
| 224 | 17 | | UNDER SEAL |
| 225 | 17 | | UNDER SEAL |
| 226 | 17 | | UNDER SEAL |
| 227 | 17 | | UNDER SEAL |
| 228 | 17 | | UNDER SEAL |
| 229 | 17 | | UNDER SEAL |
| 230 | 17 | | UNDER SEAL |
| 231 | 17 | | UNDER SEAL |
| 232 | 17 | | UNDER SEAL |
| 233 | 17 | | UNDER SEAL |
| 234 | 17 | | UNDER SEAL |
| 235 | 17 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 236 | 17 | █████████████████████████ | UNDER SEAL |
| 237 | 17 | █████████████████████████ | UNDER SEAL |
| 238 | 17 | █████████████████████████ | UNDER SEAL |
| 239 | 17 | █████████████████████████ | UNDER SEAL |
| 240 | 17 | █████████████████████████ | UNDER SEAL |
| 241 | 17 | █████████████████████████ | UNDER SEAL |
| 242 | 17 | █████████████████████████ | UNDER SEAL |
| 243 | 17 | █████████████████████████ | UNDER SEAL |
| 244 | 17 | █████████████████████████ | UNDER SEAL |
| 245 | 18 | █████████████████████████ | UNDER SEAL |
| 246 | 18 | █████████████████████████ | UNDER SEAL |
| 247 | 18 | █████████████████████████ | UNDER SEAL |
| 248 | 18 | █████████████████████████ | UNDER SEAL |
| 249 | 18 | █████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 250 | 18 |  | UNDER SEAL |
| 251 | 18 | | UNDER SEAL |
| 252 | 18 | | UNDER SEAL |
| 253 | 18 | | UNDER SEAL |
| 254 | 19 | | UNDER SEAL |
| 255 | 19 | | UNDER SEAL |
| 256 | 19 | | UNDER SEAL |
| 257 | 19 | | UNDER SEAL |
| 258 | 19 | | UNDER SEAL |
| 259 | 19 | | UNDER SEAL |
| 260 | 19 | | UNDER SEAL |
| 261 | 19 | | UNDER SEAL |
| 262 | 19 | | UNDER SEAL |
| 263 | 19 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 264 | 20 | | UNDER SEAL |
| 265 | 20 | | UNDER SEAL |
| 266 | 20 | | UNDER SEAL |
| 267 | 20 | | UNDER SEAL |
| 268 | 20 | | UNDER SEAL |
| 269 | 20 | | UNDER SEAL |
| 270 | 20 | | UNDER SEAL |
| 271 | 20 | | UNDER SEAL |
| 272 | 20 | | UNDER SEAL |
| 273 | 21 | | UNDER SEAL |
| 274 | 21 | | UNDER SEAL |
| 275 | 21 | | UNDER SEAL |
| 276 | 21 | | UNDER SEAL |
| 277 | 21 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 278 | 21 | | UNDER SEAL |
| 279 | 22 | | UNDER SEAL |
| 280 | 22 | | UNDER SEAL |
| 281 | 22 | | UNDER SEAL |
| 282 | 22 | | UNDER SEAL |
| 283 | 22 | | UNDER SEAL |
| 284 | 22 | | UNDER SEAL |
| 285 | 22 | | UNDER SEAL |
| 286 | 22 | | UNDER SEAL |
| 287 | 22 | | UNDER SEAL |
| 288 | 22 | | UNDER SEAL |
| 289 | 22 | | UNDER SEAL |
| 290 | 22 | | UNDER SEAL |
| 291 | 22 | | UNDER SEAL |
| 292 | 22 | | UNDER SEAL |
| 293 | 22 | | UNDER SEAL |
| 294 | 22 | | UNDER SEAL |
| 295 | 22 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 296 | 22 | ███████████████ | UNDER SEAL |
| 297 | 22 | ███████████████ | UNDER SEAL |
| 298 | 22 | ███████████████ | UNDER SEAL |
| 299 | 22 | ███████████████ | UNDER SEAL |
| 300 | 22 | ███████████████ | UNDER SEAL |
| 301 | 22 | ███████████████ | UNDER SEAL |
| 302 | 23 | ███████████████ | UNDER SEAL |
| 303 | 23 | ███████████████ | UNDER SEAL |
| 304 | 23 | ███████████████ | UNDER SEAL |
| 305 | 23 | ███████████████ | UNDER SEAL |
| 306 | 23 | ███████████████ | UNDER SEAL |
| 307 | 23 | ███████████████ | UNDER SEAL |
| 308 | 23 | ███████████████ | UNDER SEAL |
| 309 | 23 | ███████████████ | UNDER SEAL |
| 310 | 23 | ███████████████ | UNDER SEAL |
| 311 | 23 | ███████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 312 | 23 |  | UNDER SEAL |
| 313 | 23 |  | UNDER SEAL |
| 314 | 23 |  | UNDER SEAL |
| 315 | 23 |  | UNDER SEAL |
| 316 | 23 |  | UNDER SEAL |
| 317 | 23 |  | UNDER SEAL |
| 318 | 23 |  | UNDER SEAL |
| 319 | 23 |  | UNDER SEAL |
| 320 | 23 |  | UNDER SEAL |
| 321 | 23 |  | UNDER SEAL |
| 322 | 23 |  | UNDER SEAL |
| 323 | 23 | Email from Amy Cole to Suzie Ryu re Artists Wanted with attachments (Mar. 18, 2012), PX10556, FTC-META-000018842 | SEALED IN PART |
| 324 | 24 | Meta's Suppl. Objs. & Resps. to FTC's Interrog. No. 2 (Sept. 9, 2022) | PUBLIC |
| 325 | 24 | Meta Platforms, Inc., 2023 Annual Report (Form 10-K) (Feb. 1, 2024) | PUBLIC |
| 326 | 24 | Facebook, *Pages*, https://perma.cc/W4ZR-BJFP | PUBLIC |
| 327 | 24 | Meta, *Groups*, https://perma.cc/8HD4-X8SJ?type=image | PUBLIC |
| 328 | 24 | Facebook, *Marketplace*, https://perma.cc/892J-5M9G | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 329 | 24 | Facebook, *Facebook Stories:  An Introduction for Content Creators*, https://perma.cc/F8F4-TN7K | PUBLIC |
| 330 | 24 | Facebook Newsroom, *Video on Facebook Keeps Getting Better* (July 17, 2023), https://perma.cc/L46D-LYHD | PUBLIC |
| 331 | 24 | Meta Platforms, Inc., Fourth Quarter 2023 Results Conference Call (Feb. 1, 2024) | PUBLIC |
| 332 | 24 | Facebook, *Facebook Dating*, https://perma.cc/QU76-56FN | PUBLIC |
| 333 | 24 | Meta, *Unlock Your Creativity with Reels on Facebook* (Sept. 29, 2021), https://perma.cc/BC5Z-CG46 | PUBLIC |
| 334 | 24 | Tweet, @clifflampe (Apr. 19, 2018), MetaFTC-DX-1152 | PUBLIC |
| 335 | 24 | Instagram, *How Instagram Feed Works*, https://perma.cc/C86D-U9ZV | PUBLIC |
| 336 | 24 | Instagram, *Instagram Group Chat Size Limits*, https://help.instagram.com/411911025604515 | PUBLIC |
| 337 | 24 | Instagram, *Share Your Everyday Moments*, https://perma.cc/G9UG-HWHB | PUBLIC |
| 338 | 24 | Instagram, *Live*, https://help.instagram.com/272122157758915 | PUBLIC |
| 339 | 24 | Instagram, *Shop*, https://help.instagram.com/194353285783006 | PUBLIC |
| 340 | 24 | Instagram, *Reels*, https://help.instagram.com/270447560766967 | PUBLIC |
| 341 | 24 | Instagram, *Who Can Share and See Your Reels on Instagram*, https://help.instagram.com/1392551434468488 | PUBLIC |
| 342 | 24 | Meta, *Introducing Threads:  A New Way to Share With Text* (July 5, 2023), https://about.fb.com/news/2023/07/introducing-threads-new-app-text-sharing/ | PUBLIC |
| 343 | 24 | Emil Protalinski, ZDNET, *Facebook Launches Facebook Messenger App for Android, iPhone* (Aug. 9, 2011), https://perma.cc/TKN5-HP2Q | PUBLIC |
| 344 | 24 | Meta, *Send a Photo, Video, Sticker or Voice Message on Messenger*, https://perma.cc/2MFA-QQPP?type=image | PUBLIC |
| 345 | 24 | Meta, *Group Chats*, https://perma.cc/AD28-MVNS?type=image | PUBLIC |
| 346 | 24 | Messenger, *What End-to-End Encryption on Messenger Means and How It Works*, https://perma.cc/8B2J-B6A5?type=image | PUBLIC |
| 347 | 24 | Instagram, *Messenger Rooms*, https://perma.cc/S4E4-NCFC | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 348 | 25 | Meta, *Introducing Community Chats:  Connecting Your Community in Real Time on Messenger and Facebook* (Sept. 13, 2022), https://about.fb.com/news/2022/09/community-chats-on-messenger-and-facebook/ | PUBLIC |
| 349 | 25 | *WhatsApp Features*, https://perma.cc/92S4-YF8F | PUBLIC |
| 350 | 25 | WhatsApp Business, *Built With the Small Business Owner in Mind*, https://perma.cc/GS5T-L9EV | PUBLIC |
| 351 | 25 | WhatsApp Blog, *Introducing WhatsApp Channels. A Private Way to Follow What Matters* (June 8, 2023), https://perma.cc/XBV5-3E6Q | PUBLIC |
| 352 | 25 | Facebook, Inc., 2019 Annual Report (Form 10-K) (Jan. 29, 2020) | PUBLIC |
| 353 | 25 | Meta Platforms, Inc., 2022 Annual Report (Form 10-K) (Feb. 1, 2023) | PUBLIC |
| 354 | 25 | Sinan Aral, *The Hype Machine* (2020), MetaFTC-DX-1157 (excerpt) | PUBLIC |
| 355 | 25 | YouTube Help, *Post & Interact with Comments*, https://perma.cc/JJU2-4JNK | PUBLIC |
| 356 | 25 | YouTube Help, *Share Videos and Channels, Computer*, https://perma.cc/YS55-6NDB | PUBLIC |
| 357 | 25 | Alphabet, Q2 2023 Earnings Call (July 25, 2023) | PUBLIC |
| 358 | 25 | Alphabet Q4 2023 Earnings Call (Jan. 30, 2024) | PUBLIC |
| 359 | 25 | YouTube Help, *Upload YouTube Videos, Computer*, https://support.google.com/youtube/answer/57407?hl=en&ref_topic=9257439&sjid=3763756096647810856-NA#zippy=%2Cdetails | PUBLIC |
| 360 | 25 | YouTube Help, *Upload Videos Longer Than 15 Minutes*, https://support.google.com/youtube/answer/71673?hl=en&ref_topic=9257439&sjid=3763756096647810856-NA | PUBLIC |
| 361 | 25 | YouTube Help, *Upload YouTube Videos, Android*, https://perma.cc/H6RB-AHFV | PUBLIC |
| 362 | 25 | Instagram Blog, *Introducing Instagram Reels* (Aug. 5, 2020), https://perma.cc/B5VL-UWXW | PUBLIC |
| 363 | 25 | YouTube Help, Shorts Editing Tips, https://perma.cc/S4JP-KFWZ | PUBLIC |
| 364 | 25 | Meta Platforms, Inc., 2021 Annual Report (Form 10-K) (Feb. 2, 2022) | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 365 | 25 | Alphabet Inc., 2021 Annual Report (Form 10-K) (Feb. 1, 2022), MetaFTC-Klein-DX-50, GOOG-META-00041245 | PUBLIC |
| 366 | 25 | Declaration of Vanessa Pappas, *TikTok Inc. v. Trump*, No. 20-cv-2658-CJN (D.D.C. Sept. 23, 2020), ECF No. 15-3, MetaFTC-Klein-DX-761 | PUBLIC |
| 367 | 25 | TikTok, *TikTok's Response to the ACCC's Report on Social Media Services Issues Paper* (Sept. 29, 2022), MetaFTC-Klein-DX-116 | PUBLIC |
| 368 | 25 | TikTok, *For You*, https://perma.cc/NY9U-D9K6 | PUBLIC |
| 369 | 25 | TikTok, *Suggested Accounts*, https://perma.cc/28N6-UJQ4 | PUBLIC |
| 370 | 25 | TikTok, *TikTok Stories:  What It Is and How to Use It*, https://perma.cc/P99G-46H6 | PUBLIC |
| 371 | 25 | TikTok, *Camera Tools*, https://perma.cc/4AYV-JHZE | PUBLIC |
| 372 | 25 | TikTok, *Video Privacy*, https://perma.cc/NTM5-3JUJ | PUBLIC |
| 373 | 25 | TikTok, *Changing Your Nickname*, https://perma.cc/2DKN-TMV4 | PUBLIC |
| 374 | 25 | TikTok, *Choosing Between a Private or Public Account*, https://perma.cc/9PF8-QAK7 | PUBLIC |
| 375 | 25 | TikTok, *Direct Messages*, https://perma.cc/V8Y2-TB5M | PUBLIC |
| 376 | 25 | Walmart Inc., Current Report (Form 8-K) (Sept. 21, 2020), MetaFTC-DX-120 | PUBLIC |
| 377 | 25 | Twitter, Inc., Registration Statement (Form S-1) (Oct. 3, 2013) | PUBLIC |
| 378 | 26 | Twitter, *New User FAQ* (2003), MetaFTC-DX-469 | PUBLIC |
| 379 | 26 | Ryan Mac and Tiffany Hsu, *From Twitter to X:  Elon Musk Begins Erasing an Iconic Internet Brand*, N.Y. Times, July 24, 2023, https://www.nytimes.com/2023/07/24/ technology/twitter-x-elon-musk.html | PUBLIC |
| 380 | 26 | Twitter, Inc., 2021 Annual Report (Form 10-K) (Feb. 16, 2022) | PUBLIC |
| 381 | 26 | Twitter, *New Video Products Make It Easier to Watch What's Happening on Twitter* (Sept. 29, 2022), https://blog.twitter.com/en_us/topics/product/2022/new-video-products-make-easier-watch-what-happening-twitter, MetaFTC-DX-467 | PUBLIC |
| 382 | 26 | X Blog, *X's Vertical Video Revolution:  Expanded Brand Safety Controls for Advertisers* (Jan. 8, 2024), https://perma.cc/8WRL-2D8M | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 383 | 26 | X Business, *Advertising X Ad Formats, Vertical Video Ads*, https://perma.cc/4PP5-9ASE | PUBLIC |
| 384 | 26 | X Help Center, *About Replies and Mentions*, https://perma.cc/3Q6Q-3SMZ | PUBLIC |
| 385 | 26 | X Help Center, *About Your Email and Phone Number Discoverability Privacy Settings*, https://perma.cc/7XT2-NT26 | PUBLIC |
| 386 | 26 | X Privacy Policy (Sept. 29, 2023), https://perma.cc/X3V9-G5MG | PUBLIC |
| 387 | 26 | X Help Center, *Audio and Video Calls*, https://perma.cc/4UW7-8XD3 | PUBLIC |
| 388 | 26 | X Help Center, *How to Create Live Videos on X*, https://perma.cc/G246-SG7Q | PUBLIC |
| 389 | 26 | X Help Center, *Glossary*, https://perma.cc/PVB7-9D5V | PUBLIC |
| 390 | 26 | X Help Center, *How to Use X Lists*, https://perma.cc/8MQQ-NUEV | PUBLIC |
| 391 | 26 | X Help Center, *Communities on X*, https://perma.cc/WJP2-G7VK | PUBLIC |
| 392 | 26 | X Help Center, *Identifying Information for a Post, Moment, List, X Space, Community or Product*, https://perma.cc/U7FT-SY9X | PUBLIC |
| 393 | 26 | Twitter, Inc., 2014 Annual Report (Form 10-K) (Mar. 2, 2015) | PUBLIC |
| 394 | 26 | Twitter, Inc., 2013 Annual Report (Form 10-K) (Mar. 6, 2014) | PUBLIC |
| 395 | 26 | Pinterest, Inc., Registration Statement (Form S-1) (Mar. 22, 2019) | PUBLIC |
| 396 | 26 | Pinterest, Inc., 2023 Annual Report (Form 10-K) (Feb. 8, 2024) | PUBLIC |
| 397 | 26 | Pinterest Help Center, *Edit Your Profile*, https://perma.cc/UJ3M-PLRK | PUBLIC |
| 398 | 26 | Pinterest Help Center, *Make Your Profile Private or Public*, https://perma.cc/2Z8J-SSMK | PUBLIC |
| 399 | 27 | Pinterest Help Center, *Guide to Creating Pins*, https://perma.cc/WM5H-VPZ9 | PUBLIC |
| 400 | 27 | Nextdoor Holdings, Inc., 2023 Annual Report (Form 10-K) (Feb. 27, 2024) | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 401 | 27 | Strava App, MetaFTC-DX-15 | PUBLIC |
| 402 | 27 | Facebook, Inc., Fourth Quarter 2020 Results Conference Call (Jan. 27, 2021) | PUBLIC |
| 403 | 27 | Facebook, Inc., Third Quarter 2021 Results Conference Call (Oct. 25, 2021) | PUBLIC |
| 404 | 27 | Nicole B. Ellison et al., *Connection Strategies: Social Capital Implications of Facebook-Enabled Communication Practices, New Media & Society* (May 17, 2016), MetaFTC-DX-1136 | PUBLIC |
| 405 | 27 | FTC's Resp. to Meta's List of Features or Activities (Sept. 12, 2022), MetaFTC-DX-997 | PUBLIC |
| 406 | 27 | Snap Inc., 2022 Annual Report (Form 10-K) (Jan. 31, 2023) | PUBLIC |
| 407 | 27 | Order to File a Special Report, FTC Matter No. P205402 (Dec. 11, 2020), MetaFTC-DX-1001 | PUBLIC |
| 408 | 27 | Snapchat, *Snapchat 101*, https://perma.cc/5MFJ-G7FX | PUBLIC |
| 409 | 27 | Snap Inc., 2020 Annual Report (Form 10-K) (Feb. 4, 2021) | PUBLIC |
| 410 | 27 | Business Insider, *How to Get a Snap Show to Make Money as an Influencer: Talent Manager* (May 2, 2023), https://www.businessinsider.com/snap-show-top-strategies-pitching-snapchat-influencer-manager-content-video-2023-4 | PUBLIC |
| 411 | 28 | Sarah Anderson, *What is Snapchat – A Marketers Guide for 2024*, Social Champ Blog (Dec. 12, 2023), https://perma.cc/2LMT-8BSZ | PUBLIC |
| 412 | 28 | Snapchat Newsroom, *Introducing Spotlight on Snapchat* (Nov. 23, 2020), https://newsroom.snap.com/introducing-spotlight | PUBLIC |
| 413 | 28 | Georgia Wells, *Snap Counters TikTok with Spotlight Video-Sharing Feature*, Wall Street Journal (Nov. 23, 2020), https://www.wsj.com/articles/snap-counters-tiktok-with-spotlight-video-sharing-feature-11606140000 | PUBLIC |
| 414 | 28 | Shona Ghosh, *Snapchat Is Launching a TikTok-Like Tab Called Spotlight*, Business Insider (Nov. 23, 2020), https://www.businessinsider.com/snap-tiktok-like-feed-spotlight-2020-11 | PUBLIC |
| 415 | 28 | Ashley Carman, *Snapchat Officially Launches In-App TikTok Competitor Called Spotlight*, The Verge (Nov. 23, 2020), https://perma.cc/W3QQ-6JQ9 | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 416 | 28 | Sarah Perez, *Snapchat Launches a TikTok-Like Feed Called Spotlight*, TechCrunch (Nov. 23, 2020), https://techcrunch.com/2020/11/23/snapchat-launches-a-tiktok-like-feed-called-spotlight-kick-started-by-paying-creators/ | PUBLIC |
| 417 | 28 | Snap Inc., 2021 Annual Report (Form 10-K) (Feb. 3, 2022) | PUBLIC |
| 418 | 28 | Snap Inc., 2023 Annual Report (Form 10-K) (Feb. 6, 2024) | PUBLIC |
| 419 | 28 | webwise, *Explained:  What is MeWe?* | PUBLIC |
| 420 | 28 | Meta's List of Features or Activities for Classification by the FTC (Aug. 22, 2022), MetaFTC-DX-996 | PUBLIC |
| 421 | 28 | Meta's Second Set of Interrogs. to FTC (Oct. 17, 2022) | PUBLIC |
| 422 | 28 | Meta's List of Features or Activities for Explanation by the FTC (Dec. 20, 2022), ECF No. 237-4 | PUBLIC |
| 423 | 28 | Tr. of Proceedings Before the Honorable James E. Boasberg (May 15, 2023), ECF No. 297 | PUBLIC |
| 424 | 28 | Meta's Notice of Rule 30(b)(6) Dep. of FTC (Apr. 3, 2023) | PUBLIC |
| 425 | 28 | Andrew D. Smock et al., *Facebook as a Toolkit:  A Uses and Gratification Approach to Unbundling Feature Use*, 27 Computers in Human Behavior 2322 (2011), MetaFTC-DX-1151 | PUBLIC |
| 426 | 28 | Office of Fair Trading, *Anticipated Acquisition by Facebook Inc. of Instagram Inc.*, Case No. ME/5525/12 (Aug. 22, 2012) | PUBLIC |
| 427 | 28 | InfoQ, *How a Small Team Scales Instagram*, https://perma.cc/P2AZ-RTVL (video) | PUBLIC |
| 428 | 29 | Jemima Kiss, *Instagram CEO Kevin Systrom:  'We're Working on Time Travel,'* The Guardian (Oct. 2, 2015), MetaFTC-DX-684 | PUBLIC |
| 429 | 29 | Letter from A. Tabor, FTC Acting Secretary, to T. Barnett, Counsel for Facebook, Inc., re Proposed Acquisition of Instagram, Inc. by Facebook, Inc. File No. 121-0121 (Aug. 22, 2012) | PUBLIC |
| 430 | 29 | FTC's Objs. & Resps. to Meta's First Set of Req. for Admis. (May 4, 2023) | PUBLIC |
| 431 | 29 | Instagram Blog, *Introducing Instagram Direct Message* (Dec. 12, 2013), https://perma.cc/G25M-EUAH | PUBLIC |
| 432 | 29 | Instagram Blog, *Introducing Improvements to Instagram Direct* (Sept. 1, 2015), https://about.instagram.com/blog/announcements/introducing-instagram-direct-improvements | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 433 | 29 | Instagram Blog, *See Posts You Care About First in Your Feed* (Mar. 15, 2016), https://about.instagram.com/blog/announcements/see-posts-you-care-about-first-in-your-feed | PUBLIC |
| 434 | 29 | Connor Hayes, *Facebook:  More Ways to Share with the Facebook Camera*, Meta (updated Aug. 15, 2017), https://perma.cc/76CG-7DDF | PUBLIC |
| 435 | 29 | Instagram Blog, *Introducing Instagram Stories* (Aug. 2, 2016), https://perma.cc/P4WV-K3FT | PUBLIC |
| 436 | 29 | Eddie Ruvinsky, *Engineering the Instagram Stories Team*, Instagram Engineering (Dec. 2, 2016), MetaFTC-DX-923 | PUBLIC |
| 437 | 29 | Instagram Blog, *Curate Instagram Stories for Close Friends Only* (Nov. 30, 2018), https://about.instagram.com/blog/announcements/curate-instagram-stories-for-close-friends-only | PUBLIC |
| 438 | 29 | Will Bailey, *A Year of Stories:  Launching Is the Easy Part*, Instagram Engineering (Dec. 20, 2017), MetaFTC-DX-922 | PUBLIC |
| 439 | 29 | Instagram Blog*, Doubling Up on Instagram Live with Live Rooms* (Mar. 2, 2021), https://about.instagram.com/blog/announcements/doubling-up-on-instagram-live-with-live-rooms | PUBLIC |
| 440 | 29 | Instagram Blog, *New:  Save Your Live Video to Your Phone* (Mar. 20, 2017), https://about.instagram.com/blog/announcements/new-save-your-live-video-to-your-phone | PUBLIC |
| 441 | 30 | Josh Constine, *Instagram Launches Disappearing Live Video and Messages*, TechCrunch (Nov. 21, 2016), https://perma.cc/8ZH7-UZQ5 | PUBLIC |
| 442 | 30 | Instagram, *Go Live on Instagram with a Friend* (Oct. 24, 2017), https://about.instagram.com/blog/announcements/go-instagram-live-with-a-friend | PUBLIC |
| 443 | 30 | Meta, *Launching Reels on Facebook in the US* (Sept. 29, 2021), https://perma.cc/Y5DU-G4MG | PUBLIC |
| 444 | 30 | Simon Marlow, *Fighting Spam with Haskell*, Engineering at Meta (June 26, 2015), https://perma.cc/A3T6-XKNJ | PUBLIC |
| 445 | 30 | Teng Xu et al., *Deep Entity Classification:  Abusive Account Detection for Online Social Networks*, Meta (Nov. 11, 2020) | PUBLIC |
| 446 | 30 | Medium, *Migrating from AWS to FB* (June 25, 2014), https://perma.cc/HBX3-TUBR | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 447 | 30 | Kakao Investor Relations, 4th Quarter and FY2015 Results (Feb. 5, 2016), MetaFTC-DX-1174 | PUBLIC |
| 448 | 30 | Sequoia Capital, Handwritten Notes, MetaFTC-DX-420 | PUBLIC |
| 449 | 30 | Rosa Jiménez Cano, *We Don't Want to Be a Social Network or a Gaming Platform*, El País (May 19, 2013), MetaFTC-DX-423 | PUBLIC |
| 450 | 30 | Federal Trade Commission, *Premerger Notification and the Merger Review Process*, https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/mergers/premerger-notification-merger-review-process | PUBLIC |
| 451 | 30 | European Commission, Case No COMP/M.7217 – Facebook/WhatsApp, Regulation (EC) No 139/2004 Merger Procedure (Oct. 3, 2014), MetaFTC-DX-1082 | PUBLIC |
| 452 | 30 | Facebook, Inc., Current Report (Form 8-K) (Oct. 6, 2014) | PUBLIC |
| 453 | 30 | Meta Platforms, Inc., Third Quarter 2022 Results Conference Call (Oct. 26, 2022) | PUBLIC |
| 454 | 30 | Discord, *Create Space for Everyone to Find Belonging*, https://perma.cc/XW3T-4H7Q | PUBLIC |
| 455 | 30 | WhatsApp Blog, *Improved Calling on WhatsApp* (Dec. 14, 2022), https://blog.whatsapp.com/improved-calling-on-whatsapp | PUBLIC |
| 456 | 30 | WhatsApp Blog, *New Features for More Privacy, More Protection, More Control* (Aug. 9, 2022), https://perma.cc/Z62R-CLZ9 | PUBLIC |
| 457 | 30 | WhatsApp Blog, *New Security Features:  Account Protect, Device Verification, Automatic Security Codes* (Apr. 13, 2023), https://perma.cc/T4PA-T5WK | PUBLIC |
| 458 | 30 | WhatsApp Blog, *Chat Lock:  Making Your Most Intimate Conversations Even More Private* (May 15, 2023), https://blog.whatsapp.com/chat-lock-making-your-most-intimate-conversations-even-more-private | PUBLIC |
| 459 | 30 | Meta Transparency Center, *Our Approach to Facebook Feed Ranking* (updated Nov. 28, 2023), https://transparency.fb.com/features/ranking-and-content/ | PUBLIC |
| 460 | 31 | ███████████████████████ | UNDER SEAL |
| 461 | 31 | ███████████████████████████ | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 462 | 31 | | UNDER SEAL |
| 463 | 31 | | UNDER SEAL |
| 464 | 31 | | UNDER SEAL |
| 465 | 31 | | UNDER SEAL |
| 466 | 31 | | UNDER SEAL |
| 467 | 31 | | UNDER SEAL |
| 468 | 32 | | UNDER SEAL |
| 469 | 32 | | UNDER SEAL |
| 470 | 32 | | UNDER SEAL |
| 471 | 32 | | UNDER SEAL |
| 472 | 32 | | UNDER SEAL |
| 473 | 32 | | UNDER SEAL |
| 474 | 32 | | UNDER SEAL |
| 475 | 32 | | UNDER SEAL |
| 476 | 32 | | UNDER SEAL |
| 477 | 32 | | UNDER SEAL |



| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 478 | 32 |  | UNDER SEAL |
| 479 | 32 | | UNDER SEAL |
| 480 | 32 | | UNDER SEAL |
| 481 | 32 | | UNDER SEAL |
| 482 | 32 | | UNDER SEAL |
| 483 | 32 | | UNDER SEAL |
| 484 | 32 | | UNDER SEAL |
| 485 | 32 | | UNDER SEAL |
| 486 | 32 | | UNDER SEAL |
| 487 | 32 | | UNDER SEAL |
| 488 | 32 | | UNDER SEAL |
| 489 | 32 | | UNDER SEAL |
| 490 | 32 | | UNDER SEAL |
| 491 | 32 | | UNDER SEAL |
| 492 | 32 | | UNDER SEAL |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 493 | 32 | ██████████████████████████████ | UNDER SEAL |
| 494 | 32 | ██████████████████████████████ | UNDER SEAL |
| 495 | 32 | ██████████████████████████████ | UNDER SEAL |
| 496 | 33 | Facebook, *Data Use Policy* (rev. June 8, 2012), https://web.archive.org/web/20121031210315/https://www.facebook.com/full_data_use_policy | PUBLIC |
| 497 | 33 | Letter from Lillian V. Smith to Nathan Brenner (May 31, 2023) | PUBLIC |
| 498 | 33 | X Post by Arvind Narayanan (Sept. 3, 2019), MetaFTC-DX-1159 | PUBLIC |
| 499 | 33 | Meta Platforms, Inc., *First Quarter 2024 Results Conference Call* (Apr. 24, 2024) | PUBLIC |
| 500 | 33 | Josh Constine, *Path's Competitors Aren't Facebook and Twitter, They're Email and SMS Says Dave Morin*, TechCrunch (Sept. 10, 2012), https://perma.cc/LJR7-4HAN?type=standard | PUBLIC |
| 501 | 33 | Julie Dobrow, *Be My Friend: The Staggering Number of Young People's Cell Phone Contacts*, HuffPost (Sept. 22, 2014), https://perma.cc/N27C-X8KX | PUBLIC |
| 502 | 33 | Decision Under Section 32(1) German Competition Act (GWB), Bundeskartellamt (Federal Cartel Office), Germany (Feb. 6, 2019) | PUBLIC |
| 503 | 33 | LinkedIn, *Share Photos or Videos*, https://perma.cc/C5HB-GXHQ | PUBLIC |
| 504 | 33 | Kevin Systrom, *Welcome to IGTV, Our New Video App* (June 20, 2018), https://perma.cc/563M-GN9B?type=image | PUBLIC |
| 505 | 33 | YouTube Help, *Manage Your Channel Branding*, https://perma.cc/PKV5-UG2A?type=image | PUBLIC |
| 506 | 33 | YouTube Help, *Manage Your YouTube Channel's Basic Info*, https://perma.cc/YK8X-7J4R?type=image | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 507 | 33 | YouTube Help, *Change Video Privacy Settings*, https://perma.cc/7KKZ-A3GW?type=image | PUBLIC |
| 508 | 33 | Instagram Help Center, *Differences Between Public and Private Accounts on Instagram*, https://help.instagram.com/517073653436611 | PUBLIC |
| 509 | 33 | Letter from Matthew D. Reade to Nathan Brenner (May 18, 2023) | PUBLIC |
| 510 | 33 | Facebook Help Center, *Send Messages*, https://www.facebook.com/help/487151698161671 | PUBLIC |
| 511 | 33 | Hunt Allcott et al., *The Welfare Effects of Social Media*, 110 Am. Econ. Rev. 629 (Nov. 8, 2019) | PUBLIC |
| 512 | 33 | Annabelle Timsit & Sofia Diogo Mateus, *'Hello Literally Everyone': Twitter Flooded with Users During Facebook, Instagram Outage*, Wash. Post, Oct. 5, 2021, MetaFTC-Klein-DX-807 | PUBLIC |
| 513 | 33 | Rebecca Szkutak, *Deal Dive:  BeReal Got Its Best-Case Scenario Exit*, TechCrunch (June 15, 2024), https://perma.cc/EFV6-LJJ3?type=standard | PUBLIC |
| 514 | 34 | Yahoo! Inc., 2012 Annual Report (Form 10-K) (Feb. 28, 2013) | PUBLIC |
| 515 | 34 | Shutterfly, Inc., 2012 Annual Report (Form 10-K) (Feb. 13, 2013) | PUBLIC |
| 516 | 34 | Nick Clegg & Jennifer Newstead, Our Response to the Decision on Facebook's EU-US Data Transfers, Meta (May 22, 2023), https://about.fb.com/news/2023/05/our-response-to-the-decision-on-facebooks-eu-us-data-transfers/ | PUBLIC |
| 517 | 34 | Medium, *Farewell, Periscope* (Dec. 15, 2020), https://perma.cc/MUD2-M28V | PUBLIC |
| 518 | 34 | Kurt Wagner, *Snapchat Built a Livestreaming Video Feature – but It's for the Olympics, Not for Regular Users*, Vox (Feb. 7, 2018), https://perma.cc/H84S-AGP4 | PUBLIC |
| 519 | 34 | Ariha Setalvad, *Instagram Direct Gets a Huge Update Focused on Messaging Your Friends*, The Verge (Sept. 1, 2015), https://www.perma.cc/PCU8-MNDS | PUBLIC |
| 520 | 34 | Ilya Brown, *Goodbye, Fleets*, X Blog (July 14, 2021), https://perma.cc/JHX2-2ESC | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 521 | 34 | Todd Sherman, *Bringing YouTube Shorts to the U.S.*, YouTube Official Blog (Mar. 18, 2021), https://blog.youtube/news-and-events/youtube-shorts-united-states/ | PUBLIC |
| 522 | 34 | Instagram Blog, *Instagram Live Stories:  Available Globally* (Jan. 24, 2017), https://about.instagram.com/blog/announcements/instagram-live-stories-available-globally | PUBLIC |
| 523 | 34 | Vox, *Full Transcript:  Instagram CEO Kevin Systrom on Recode Decode* (June 22, 2017), MetaFTC-DX-686 | PUBLIC |
| 524 | 34 | Oversight Board, *Q2 2023 Transparency Report:  Board's Recommendations Lead to Key Changes in Meta's Cross-Check Program* (Oct. 26, 2023), https://perma.cc/Y2UJ-PZ8J?type=standard | PUBLIC |
| 525 | 34 | Meta, *Suicide, Self-Injury, and Eating Disorders*, https://transparency.meta.com/policies/community-standards/suicide-self-injury/ | PUBLIC |
| 526 | 34 | Meta, *Providing Context on Sensitive or Misleading Content* (updated Apr. 2, 2024), https://transparency.meta.com/enforcement/taking-action/context-on-sensitive-misleading-content/ | PUBLIC |
| 527 | 34 | Meta, *Misinformation*, https://transparency.meta.com/policies/community-standards/misinformation#policy-details | PUBLIC |
| 528 | 34 | Cade Metz, *Google Releases Gemini, an A.I.-Driven Chatbot & Voice Assistant,* N.Y. Times, Feb. 8, 2024, https://www.nytimes.com/2024/02/08/technology/google-gemini-ai-app.html | PUBLIC |
| 529 | 34 | NCMEC, *Corporate Partners & Foundations*, https://www.missingkids.org/supportus/our-corporate-partners | PUBLIC |
| 530 | 34 | Meta, *New Tools to Help Protect Against Sextortion & Intimate Image Abuse* (Feb. 6, 2024), https://about.fb.com/news/2024/04/new-tools-to-help-protect-against-sextortion-and-intimate-image-abuse/ | PUBLIC |
| 531 | 34 | Corey Quinn, *S3's Durability Guarantees Aren't What You Think*, Last Week in AWS (Apr. 21, 2021), https://perma.cc/CAA3-JQLV?type=standard | PUBLIC |

| Exhibit No. | Volume No. | Exhibit Description | Sealing Treatment |
|---|---|---|---|
| 532 | 34 | Ryan Whitwam, *Amazon S3 Outage Has Broken a Large Chunk of the Internet*, Forbes (Feb. 28, 2017), https://www.forbes.com/sites/ryanwhitwam/2017/02/28/amazon-s3-outage-has-broken-a-large-chunk-of-the-internet/ | PUBLIC |
| 533 | 34 | Amazon, *Amazon Web Services Announces AWS Device Farm* (July 9, 2015), https://perma.cc/XVU6-G5BW | PUBLIC |
| 534 | 34 | Eric Garcia, *Programming Languages Endorsed for Server-Side Use at Meta*, Engineering at Meta (July 27, 2022), https://perma.cc/3YCQ-22FL | PUBLIC |
| 535 | 34 | Announcement by Deborah Platt Majoras, *Reforms to the Merger Review Process*, FTC (Feb. 16, 2006) | PUBLIC |
| 536 | 34 | FTC, Bureau of Competition, *Best Practices for Merger Investigations* (Aug. 2015) | PUBLIC |
| 537 | 34 | 15 U.S.C. § 18a (2000) | PUBLIC |
| 538 | 34 | Meta's Mem. in Supp. of Mot. to Compel Prod. of 2012 & 2014 FTC Memoranda (July 5, 2022), ECF No. 152-1 (Public, Redacted) | PUBLIC |
| 539 | 34 | FTC, *Premerger Notification and the Merger Review Process*, https://perma.cc/9PSZ-XU36?type=image | PUBLIC |
| 540 | 34 | Meta's Reply Mem. in Supp. of Mot. to Compel Answer to Interrog. No. 10 Regarding the FTC's Market Definition (July 21, 2022), ECF No. 161 (Public, Redacted) | PUBLIC |
| 541 | 34 | Joint Civil Rule 16.3 Report to the Court (Feb. 22, 2022), ECF No. 100 | PUBLIC |
| 542 | 34 | Joint Status Report Regarding Expert Discovery (Jan. 31, 2024), ECF No. 321 | PUBLIC |
| 543 | 34 | Ficus Kirkpatrick, *Introducing Camera Effects Platform*, Meta (Apr. 18, 2017), https://perma.cc/ZJT4-S3QU?type=image | PUBLIC |

**DEPONENT INDEX**

| Deponent | Company |
|---|---|
| Acton, Brian | WhatsApp Co-Founder/Meta |
| Aguhob, JJ | Viddy |
| Alison, Tom | Meta |
| Andreou, Jacob | Snap |
| Archibong, Ime | Meta |
| Arora, Neeraj | Meta |
| Backstrom, Lars | Meta |
| Baumgarten, Kimberly | Epic Games |
| Botha, Roelof | Sequoia Capital |
| Bozeman, Patrick | Meta |
| Cathcart, Will | Meta |
| Chandlee, Blake | TikTok |
| Chen, Jonathan | Twitter |
| Cohler, Matthew | Benchmark Capital |
| Cole, Amy | Meta |
| Coleman, Keith | Twitter |
| Coleman, W. Scott | Pinterest |
| Crowley, Dennis | Foursquare |
| Fernandes, Susie | Verizon |
| Filner, Aaron | Alphabet |
| Fischer, David | Meta |
| Fulay, Amit | Microsoft |
| Goetz, James | Sequoia Capital |
| Grimes, Michael | Morgan Stanley |
| Gupta, Nitin | Meta |
| Hsu, Flora | Nextdoor |
| Kim, Thomas | Alphabet |

| Deponent | Company |
|---|---|
| Kornfilt, Mark | Vimeo |
| Koum, Jan | WhatsApp Co-Founder/Meta |
| Krieger, Mike | Instagram Co-Founder/Meta |
| Leske, Matthew | Alphabet |
| Levenson, David | Snap |
| Morrison, Eric | TikTok |
| Mosseri, Adam | Meta |
| Ortega, Mateo | Strava |
| Nahon, Jean-Luc | Amazon |
| Olivan, Javier | Meta |
| Osofsky, Justin | Meta |
| Pappas, Vanessa "V" | TikTok |
| Parikh, Jay | Meta |
| Pattabiraman, Kumaresh | Microsoft |
| Perzyk, Timothy | Twitter |
| Presser, Adam | TikTok |
| Raymond, Winter | Reddit |
| Roberts, Julia | Pinterest |
| Rose, Dan | Meta |
| Sandberg, Sheryl | Meta |
| Schroepfer, Michael | Meta |
| Schultz, Alex | Meta |
| Seibel, Michael | Socialcam |
| Sevandersson, Ola | 123RF (Pixlr) |
| Shah, Ronak | Apple |
| Shortway, Nicholas | Meta |
| Showerman, Courtland James | Quora |
| Shrivastava, Abhishek | LinkedIn |

| Deponent | Company |
|---|---|
| Simo, Fidji | Meta |
| Slattery, Alastair | Alphabet |
| Systrom, Kevin | Instagram Co-Founder/Meta |
| Takashima, Edward | FTC |
| Tang, Julia | Discord |
| Toffey, Daniel | Meta |
| Wahi, Ashish | Snap |
| Weinstein, Debbie | Alphabet |
| Weinstein, Mark | MeWe |
| Yam, Sylvia | Walmart |
| Zuckerberg, Mark | Meta |

Dated: July 12, 2024

Respectfully submitted,

/s/ *Mark C. Hansen*

Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*