# Volume 31: Exhibits 460-467

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB

# Exhibit 460

**FILED UNDER SEAL**

# Exhibit 461

**FILED UNDER SEAL**

# Exhibit 462

**FILED UNDER SEAL**

# Exhibit 463

**FILED UNDER SEAL**

# Exhibit 464

**FILED UNDER SEAL**

# Exhibit 465

**FILED UNDER SEAL**

# Exhibit 466

**FILED UNDER SEAL**

# Exhibit 467

**FILED UNDER SEAL**