# Volume 32: Exhibits 468-495

## FILED UNDER SEAL

# Exhibit 468

## FILED UNDER SEAL

# Exhibit 469

## FILED UNDER SEAL

# Exhibit 470

## FILED UNDER SEAL

# Exhibit 471

## FILED UNDER SEAL

# Exhibit 472

## FILED UNDER SEAL

# Exhibit 473

## FILED UNDER SEAL

# Exhibit 474

## FILED UNDER SEAL

# Exhibit 475

## FILED UNDER SEAL

# Exhibit 476

**FILED UNDER SEAL**

# Exhibit 477

## FILED UNDER SEAL

# Exhibit 478

**FILED UNDER SEAL**

# Exhibit 479

## FILED UNDER SEAL

# Exhibit 480

**FILED UNDER SEAL**

# Exhibit 481

**FILED UNDER SEAL**

# Exhibit 482

**FILED UNDER SEAL**

# Exhibit 483

**FILED UNDER SEAL**

# Exhibit 484

## FILED UNDER SEAL

# Exhibit 485

## FILED UNDER SEAL

# Exhibit 486

## FILED UNDER SEAL

# Exhibit 487

**FILED UNDER SEAL**

# Exhibit 488

## FILED UNDER SEAL

# Exhibit 489

**FILED UNDER SEAL**

# Exhibit 490

## FILED UNDER SEAL

# Exhibit 491

**FILED UNDER SEAL**

# Exhibit 492

## FILED UNDER SEAL

# Exhibit 493

**FILED UNDER SEAL**

# Exhibit 494

## FILED UNDER SEAL

# Exhibit 495

**FILED UNDER SEAL**