# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>       Defendant. | Case No. 1:20-cv-03590-JEB |

## [PROPOSED] ORDER DENYING THE FEDERAL TRADE COMMISSION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Plaintiff Federal Trade Commission's Cross-Motion for Partial Summary Judgment dated May 24, 2024, together with the papers and arguments submitted in support of and in opposition to that Cross-Motion, it is hereby:

**ORDERED** that Plaintiff's Cross-Motion for Partial Summary Judgment is DENIED.

**IT IS SO ORDERED.**


DATED: _____

_____
Honorable James E. Boasberg
United States District Court Chief Judge