# Plaintiff Federal Trade Commission's Reply Memorandum of Law in Support of Plaintiff's Cross Motion for Partial Summary Judgment

## Filed Under Seal