# Federal Trade Commission's Reply to Meta Platforms, Inc.'s Response to Federal Trade Commission's Counterstatement of Material Facts

## Filed Under Seal