# PX0592

## Replacement





Mutimodal AI

# Generate text, code, video, audio, and images from virtually any content type

Multimodal models can process a wide variety of inputs, including text, images, and audio, as prompts and convert those prompts into various outputs, not just the source type.

**New customers get up to $300 in free credits** to try multimodal models in Vertex AI and other Google Cloud products.

Try Vertex AI free | Learn about multimodal models

Highlights

- How multimodal AI works
- What is multimodal AI?
- Generate text with an image prompt

Gemini: Google's newest and most capable AI model
04:34

OVERVIEW

**What is an example of multimodal AI?**

A multimodal model is a ML (machine learning) model that is capable of processing information from different modalities, including images, videos, and text. For example, Google's multimodal model, Gemini, can receive a photo of a plate of cookies and generate a written recipe as a response and vice versa.

**What is the different between generative AI and multimodal AI?**

Generative AI is an umbrella term for the use of ML models to create new content, like text, images, music, audio, and videos typically from a prompt of a single type. Multimodal AI expands on these generative capabilities, processing information from multiple modalities, including images, videos, and text. Multimodality can be thought of as giving AI the ability to process and understand different sensory modes. Practically this means users are not limited to one input and one output type and can prompt a model with virtually any input to generate virtually any content type.

**What is an AI that can use images as a prompt?**

Gemini is a multimodal model from the team at Google DeepMind that can be prompted with not only images, but also text, code, and video. Gemini was designed from the ground up to reason seamlessly across text, images, video, audio, and code. Gemini on Vertex AI can even use prompts to extract text from images, convert image text to JSON, and generate answers about uploaded images.

**What is the future of multimodal AI and why is it important?**

Multimodal AI and multimodal models represent a leap forward in how developers build and expand the functionality of AI in the next generation of applications. For example, Gemini can understand, explain and generate high-quality code in the world's most popular programming languages, like Python, Java, C++, and Go—freeing developers to work on building more feature filled applications. Multimodal AI's potential also bring the world closer to AI that's less like smart software and more like an expert helper or assistant.

**What are the benefits of multimodal models and multimodal AI?**

The benefits of multimodal AI is that it offers developers and users an AI with more advanced reasoning, problem-solving, and generation capabilities. These advancements offer endless possibilities for how next generation applications can change the way we work and live. For developers looking to start building, Vertex AI Gemini API offers features such as enterprise security, data residency, performance, and technical support. Existing Google Cloud customers can start prompting with Gemini in Vertex AI right now.

View more




COMMON USES

## Try multimodal prompts



How-tos

### Prompt Gemini with text, images, and video

Test the Gemini model using natural language, code, or images. Try sample prompts for extracting text from images, converting image text to JSON, and even generate answers about uploaded images to build next-gen AI applications.

Prompt in console




Text descriptions of a video

Few shot image to JSON

Image text to JSON

## Use multimodal models



How-tos

### Get started with Gemini, Google's multimodal model

Get an overview of multimodal model usage in Google Cloud, Gemini strengths and limitations, prompt and request info, and token counts.

View documentation




Learn about the Vertex AI Gemini API

Set up Google Cloud for Gemini

Get Python SDK classes for Gemini API




Why Google
- Choosing Google Cloud
- Trust and security
- Open cloud
- Multicloud
- Global infrastructure
- Customers and case studies
- Analyst reports
- Whitepapers
- Blog

Products and pricing
- Google Cloud pricing
- Google Workspace pricing
- See all products

Solutions
- Infrastructure modernization
- Databases
- Application modernization
- Smart analytics
- Artificial Intelligence
- Security
- Productivity & work transformation
- Industry solutions
- DevOps solutions
- Small business solutions
- See all solutions

Resources
- Google Cloud Affiliate Program
- Google Cloud documentation
- Google Cloud quickstarts
- Google Cloud Marketplace
- Learn about cloud computing
- Support
- Code samples
- Cloud Architecture Center
- Training
- Certifications
- Google for Developers
- Google Cloud for Startups
- System status
- Release Notes

Engage
- Contact sales
- Find a Partner
- Become a Partner
- Events
- Podcasts
- Developer Center
- Press Corner
- Google Cloud on YouTube
- Google Cloud Tech on YouTube
- Follow on X
- Join User Research
- We're hiring. Join Google Cloud!
- Google Cloud Community

About Google | Privacy | Site terms | Google Cloud terms

Our third decade of climate action: join us

Sign up for the Google Cloud newsletter Subscribe

English