# PX15572

**Replacement**

**Filed Under Seal**