IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION REGARDING CORRECTIONS TO
META'S REPLY TO THE FTC'S RULE 7(h) STATEMENT OF GENUINE ISSUES**

Defendant Meta Platforms, Inc. ("Meta") and Plaintiff Federal Trade Commission ("FTC") jointly move the Court to (1) allow the parties to make minor, non-substantive corrections to their respective statements in Meta's Reply to the FTC's Rule 7(h) Statement of Genuine Issues ("Meta SMF") (filed under seal at ECF No. 370-2); and (2) deem that the corrected version of the Meta SMF, attached as Exhibit A to this Motion (filed under seal), shall be the operative version of the Meta SMF.

Since the filing of the Meta SMF, the parties have conferred and proposed non-substantive corrections to their respective statements in the Meta SMF that the parties believe will aid the Court. The parties' proposed corrections to the Meta SMF are: typographical corrections to the FTC's Introduction on page 1 and the FTC's responses to paragraphs 141, 142, 150, and 780; removing an incorrectly placed paragraph break that caused part of Meta's reply to paragraph 856 to be combined with paragraph 857; re-insertion of a heading that was inadvertently deleted before paragraph 133; and correcting the lettering of the subparagraphs to

paragraphs 591 and 612, and the lettering of the subparagraphs of the FTC's response to paragraph 723, so that the subparagraphs begin at (a). These proposed corrections do not affect the Meta SMF citations in either party's summary judgment briefs.

      The parties have submitted a proposed order with this Joint Motion and request that the Court enter it.

## SIGNATURES

Dated: August 28, 2024

Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Lillian V. Smith (D.C. Bar No. 252516)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*