IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 1:20-cv-03590-JEB

**ORDER GRANTING JOINT MOTION REGARDING
META'S REPLY TO THE FTC'S RULE 7(h) STATEMENT OF GENUINE ISSUES**

Upon consideration of the parties' Joint Motion Regarding Corrections to Meta's Reply to the FTC's Rule 7(h) Statement of Genuine Issues ("Joint Motion"), it is hereby:

**ORDERED** that the Joint Motion is GRANTED; and it is further

**ORDERED** that the parties may make the proposed corrections to their respective statements in Meta's Reply to the FTC's Rule 7(h) Statement of Genuine Issues ("Meta SMF") (filed under seal at ECF No. 370-2), as reflected in Exhibit A to the Joint Motion; and it is further

**ORDERED** that Exhibit A to the Joint Motion shall be deemed the operative version of the Meta SMF.

**IT IS SO ORDERED.**

DATED: 8/29/24

Honorable James L. Boasberg
United States District Court Chief Judge