IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms, Inc. ("Meta") respectfully move for an extension of time to file lesser-redacted summary judgment materials. The parties have met and conferred multiple times over the past few months to discuss reducing the amount of sealed material filed in connection with summary judgment proceedings. *See* Order ¶ 1, ECF No. 368 (June 25, 2024). The parties recently reached an agreement about which summary judgment materials may be unsealed, so they do not anticipate needing to raise any sealing disputes with the Court at this time. Under the Court's Order, because "the parties have no disputes about which materials should remain sealed," the lesser-redacted summary judgment materials are currently due today, September 6, 2024. *Id.* ¶ 1.a.

The parties jointly request that the Court extend the deadline to file lesser-redacted summary judgment materials until September 20, 2024 (i.e., by two weeks). Good cause exists for this joint request. *See* Fed. R. Civ. P. 6(b)(1)(A). The parties have been diligently working to meet the current deadline. However, in light of the volume of summary judgment materials,

the parties require this additional time to apply redactions and confirm that such redactions have been applied accurately. This brief extension will not impact any other case deadlines.

Dated: September 6, 2024

Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Lillian V. Smith (D.C. Bar No. 252516)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*