UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING PARTIES'
JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the Parties' Joint Motion for Extension of Time, the Joint Motion is hereby **GRANTED**; and it is further

**ORDERED** that the deadline to file lesser-redacted summary judgment materials on the public docket shall be extended until September 20, 2024.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable James E. Boasberg
United States District Court Chief Judge