IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S NOTICE OF FILING
LESSER-REDACTED SUMMARY JUDGMENT MATERIALS**

Pursuant to the Court's Minute Order dated September 6, 2024, Defendant Meta Platforms, Inc. ("Meta") submits this Notice attaching the following lesser-redacted summary judgment materials on the public docket:

| Attachment # | Filing | Docket Number for Operative Sealed Version |
|---|---|---|
| 1 | Memorandum in Support of Meta Platforms, Inc.'s Motion for Summary Judgment | ECF No. 325-1 |
| 2 | Meta Platforms, Inc.'s Reply in Support of Its Motion for Summary Judgment and Opposition to the Federal Trade Commission's Cross-Motion for Partial Summary Judgment | ECF No. 370-1 |
| 3 | Meta Platforms, Inc.'s Reply to Federal Trade Commission's Rule 7(h) Statement of Genuine Issues (comprising Meta's initial Rule 7(h) Statement and replies to the FTC's responses) | ECF No. 375-1 |

Dated: September 20, 2024						Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Lillian V. Smith (D.C. Bar No. 252516)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*
