IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

### FEDERAL TRADE COMMISSION'S NOTICE OF FILING LESSER-REDACTED SUMMARY JUDGMENT MATERIALS

Pursuant to the Court's Minute Order dated September 6, 2024, Plaintiff Federal Trade Commission ("FTC") submits this Notice attaching the following lesser-redacted summary judgment materials on the public docket:

| Attachment # | Filing | Docket Number for Operative Sealed Version |
|---|---|---|
| 1 | Plaintiff Federal Trade Commission's Updated Memorandum of Law in Opposition to Defendant Meta Platforms, Inc.'s Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment | ECF No. 363-1 |
| 2 | Federal Trade Commission's Reply to Meta Platforms, Inc.'s Response to Federal Trade Commission's Counterstatement of Material Facts (comprising the FTC's initial Counterstatement and replies to Meta's responses) | ECF No. 372-2 |
| 3 | Federal Trade Commission Lesser Redacted Public Exhibit Index | ECF No. 372-3 |
| 4 | PX1013 | ECF No. 334-1 |

1

| Attachment # | Filing | Docket Number for Operative Sealed Version |
|:---:|:---:|:---:|
| 5 | PX1019 | ECF No. 334-1 |
| 6 | PX1036 | ECF No. 334-1 |
| 7 | PX1102 | ECF No. 334-1 |
| 8 | PX1115 | ECF No. 334-1 |
| 9 | PX1116 | ECF No. 334-1 |
| 10 | PX1180 | ECF No. 334-1 |
| 11 | PX1202 | ECF No. 337-1 |
| 12 | PX1208 | ECF No. 337-1 |
| 13 | PX1266 | ECF No. 337-1 |
| 14 | PX1365 | ECF No. 339-1 |
| 15 | PX1486 | ECF No. 339-1 |
| 16 | PX1580 | ECF No. 339-1 |
| 17 | PX1708 | ECF No. 339-2 |
| 18 | PX2245 | ECF No. 339-2 |
| 19 | PX2357 | ECF No. 339-3 |

| Attachment # | Filing | Docket Number for Operative Sealed Version |
|---|---|---|
| 20 | PX2373 | ECF No. 339-3 |
| 21 | PX2501 | ECF No. 341-1 |
| 22 | PX2502 | ECF No. 341-1 |
| 23 | PX2522 | ECF No. 341-1 |
| 24 | PX2759 | ECF No. 341-5 |
| 25 | PX2822 | ECF No. 341-6 |
| 26 | PX2892 | ECF No. 341-6 |
| 27 | PX2965 | ECF No. 341-6 |
| 28 | PX2970 | ECF No. 341-6 |
| 29 | PX3002 | ECF No. 336-2 |
| 30 | PX3006 | ECF No. 336-2 |
| 31 | PX3528 | ECF No. 330-6 |
| 32 | PX10271 | ECF No. 332-2 |
| 33 | PX11108 | ECF No. 332-9 |
| 34 | PX11287 | ECF No. 332-9 |

| Attachment # | Filing | Docket Number for Operative Sealed Version |
|---|---|---|
| 35 | PX12108 | ECF No. 332-10 |
| 36 | PX12201 | ECF No. 332-10 |
| 37 | PX12202 | ECF No. 332-10 |
| 38 | PX12351 | ECF No. 332-11 |
| 39 | PX15160 | ECF No. 335-11 |

Dated: September 20, 2024          Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Justin Lorber (D.C. Bar 90005184)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*