# PX1013

## Public Record Version

**From:** ▮ </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮>
**To:** Chris Cox
**CC:** ▮
**BCC:** ▮@mongoose.thefacebook.com
**Sent:** 7/11/2011 8:50:00 AM
**Subject:** RE: Mobile 1H Roadmap Review Preso
**Attachments:** 6 Month Check In - Mobile 11.07.10.pptx

Good feedback. Thanks Chris!

We'll talk through the more detailed story behind "Completeness" later today in the review.

And you're absolutely right about better quantifying our engagement goals. We should be getting our first look at our new Mobile Engagement Dash tomorrow. As soon as we have that, we'll start establishing some quantified engagement goals.

▮: will you be projecting these slides today? If so, I have a slightly more updated version for you, attached here.

Thanks!
▮

---

**From:** Chris Cox
**Sent:** Monday, July 11, 2011 8:03 AM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Mobile 1H Roadmap Review Preso

Thanks, this seems better.

- It still feels like a bunch is buried behind "completeness", like a story around which the order of operations that matters here and what we need to prioritize in terms of app experiences.

- My other meta-comment here is the mobile team's results (esp. compared to other teams) are data-poor, aside from l6/7 and MAU. When we're redesigning/re-tooling experiences (like m-site), we should be proving they are better with going after goals that are more substantive and measurable WRT how the product is used and by whom. Now that we have these interfaces instrumented, I'm hoping we can move towards some more operational engagement goals in addition to the quality stuff you've outlined here.

Chris

On Jul 10, 2011, at 4:54 PM, ▮ wrote:

Hey Chris and ▮

Attached is an updated version of the Mobile 2H preso.

Chris: would love your thoughts on whether this deck will do a better job of sparking the critical discussion we want.

Thanks!

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02432384
PX1013-001

**From:** ▮
**Sent:** Thursday, July 07, 2011 4:44 PM
**To:** Chris Cox
**Subject:** RE: Mobile 1H Roadmap Review Preso

Got it. This is really helpful feedback. Thanks! Will update this deck, and send you another draft!

---

**From:** Chris Cox
**Sent:** Thursday, July 07, 2011 3:02 PM
**To:** ▮
**Subject:** Re: Mobile 1H Roadmap Review Preso

My first reaction is this is a too rosy. The goals we hit are great and there's some very good stuff in here, but it feels like we're trying to present a picture that everything's awesome when what we want to see is a really critical look at the business we are running and the product development process.

For example, why is mobile photos app development moving so slowly? We still are getting our ass kicked by Instagram. Why is iPhone so unstable and getting moreso? etc. How come the best mobile app we've built was done by a contractor? You will earn more credibility if you are the one pointing at the fire rather than standing in front of it, so in this room, let's get more vicious!

Let me know if you want to chat. also, I've been giving this same feedback to most folks.

Chris

On Jul 7, 2011, at 10:51 AM, ▮ wrote:

Hey Chris and ▮,

Attached, please find our preso for next week's Mobile Roadmap Review.

Please let us know if you have any questions in the meantime.

Thanks!
▮

<6 Month Check In - Mobile 11.07.06.pptx>

<6 Month Check In - Mobile 11.07.09.pptx>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02432385
PX1013-002

**Document produced only in native format**

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02432386

PX1013-003



# Mobile
## 2011 2H Roadmap Review

July 11, 2011

FB_FTC_CID_02432386
PX1013-004

# 2011 1st Half

**Highlights**

- Faceweb launched on iPhone & Android, and has been deployed with News Feed, Search, Places Nearby, and Deals. Half of our flagship apps will be rewritten in HTML for Faceweb by August
- New progressively-enhanced mobile site launched. Touch-site eliminated
- Strong native apps growth – iPhone: 80M (+5.1% m/m) & Android: 48M (+11.6% m/m)
- Engagement: Beat H1 goal of 40% L6/7. Currently at 40.6% L6/7

**Lowlights**

- Mobile development generally moving slower than we want (e.g., Faceweb, Mobile Photos)
- Faceweb led to significant performance degradation on the iPhone
- As Mobile Eng turns into a "job shop" for apps teams, folks are getting thrashed and frustrated with competing requests from different teams (e.g., Elder, Canvas, Plans, Photos)
- iPad app launch keeps getting delayed
- Mobile Canvas and Mobile Nav launch delayed. Causes include scope creep, design thrash, and being stuck in limbo between Mobile & Platform

FB_FTC_CID_02432386

PX1013-005

# 2011 Projects – Report Card

| Project | Detail | Grade |
|---|---|---|
| Feature Development | Development in collaboration w/product teams (Mobile Canvas, Profile, Composer, Growth, Photos) – with mixed success. Have to figure out a more efficient way to co-develop with other product teams, now that mobile development is more federated. | C |
| Mobile Sites | Brand new progressively updating mobile site. Killed touch site. Enabling us to ship new features (News Feed, Canvas, Composer, Profile) with cross-platform deployment. | A- |
| Faceweb | 4 apps have been launched on Faceweb: News Feed, Nearby Places, Search, and Check-in Deals. Faceweb development is underway for Mobile Canvas, Elder, Around Me, Timeline, and Plans. Needs considerable performance tweaks and architectural redesign. | C+ |
| iOS Apps | Good growth (60M → 80M). Faceweb deployed with some perf degradation. iPad-inspired redesign extending to all devices. iPad release delayed to Q3. Mobile-builds download page | B- |
| Android Apps | More than 2X growth (26 → 48M). Faceweb deployed with significantly less perf degradation. Android tablet application built alongside iPad, for deployment if/when we choose. | B+ |
| Mobile Platform | iOS SDK showing strong growth. Mobile Canvas development suffered from some design thrash around mobile nav, but we now have a solid direction forward. | B- |
| Growth & Engagement | Solid natural top line growth driven by pre-loads, integrations, pricing (Zero), and "mobile-only" experiences. Engagement has grown steadily: 36.5% → 40.6% L6+/7 | B |

FB_FTC_CID_02432386
PX1013-006

# 2011 2H Game Plan

**Quality is a top priority**

- Make our apps and mobile site fast, rock solid, and consistently reliable.
- Dedicate 4 Eng to be focused exclusively on perf and reliability
- Spend 2 weeks per cycle improving the quality of our interfaces, to make products that delight.

**Completeness**

- Make our mobile experiences competitive (e.g., Mobile Photos). Update every core mobile experience by end of year, using Faceweb wherever applicable
- Add the most useful and relevant features from www to all mobile interfaces (e.g. mentions)

**Mobile Canvas**

- Launch Mobile Canvas on iOS, Android, and M-site, with at least 2 lighthouse partners
- Launch bookmarking and social app discovery

**Push notifications**

- Improve and redesign our real-time push notifications on all platforms
- Expand the types of pushed content (Newsfeed, Open Graph), to provide a more "alive" and always-relevant push experience

FB_FTC_CID_02432386

PX1013-007

# Second Half 2011 - Projects

| Project | Detail |
|---|---|
| Quality | **Mobile test framework**<br>• Roll out integrated regression testing through mobile browsers (Watir 2)<br>• Launch continuous testing through iOS native interfaces<br>**Performance: Client**<br>• Reduce native app startup time by 2 sec and TTI by 2 sec<br>• Preload and cache data wherever possible – e.g. notifications, search etc<br>**Performance: Web**<br>• Reduce m-site p50 web e2e from 3 seconds to 2 seconds<br>**Polish**<br>• Commit to 2 weeks per 2-month cycle to improve quality and feel<br>**Company-wide Dogfooding**<br>• Build push notifications that enable all relevant FB employees to download new mobile builds as they become available |
| Completeness | • Roll out new versions of every core mobile experience, based on Faceweb. |
| Mobile Canvas | • Launch Mobile Canvas on iPad, iPhone, M-site, and Android<br>• Provide OEM partners with resources to launch Mobile Canvas on other platforms (e.g., WebOS) |
| Push Notifications | • Faceweb notifications to provide a single unified experience<br>• Ensure all notifications are as fresh & relevant as possible<br>• Build mobile subchannel support for reliable, data-efficient notifications<br>• Make email notifications invoke native app endpoints, where possible |
| New mobile products | • Develop products to improve / ease friending & following |

FB_FTC_CID_02432386
PX1013-008

# Questions for Discussion

- As we continue to federate mobile development across the company, what will be the mission and structure of the mobile team?
    - Proposal:
        1. Architecture and Interfaces (Perf, Stability, Faceweb, Android, iOS)
        2. Mobile Eng Ninjas – to embed with different apps teams
        3. Mobile-Specific Product Development (e.g., Mobile Canvas, Notifications, Presence)
        4. Release Management
- Other suggestions for how we can fundamentally change our culture around Quality?
- How do we ensure the success of Mobile Canvas, and build a kickass mobile developer ecosystem around HTML5?

FB_FTC_CID_02432386

PX1013-009