# PX1019

## Public Record Version

| | |
|---|---|
| From: | █████@lists.facebook.com on behalf of Jocelyn Goldfein |
| To: | █████@lists.facebook.com |
| BCC: | █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@fb.com; █████@mongoose.thefacebook.com |
| Sent: | 9/13/2011 12:33:01 AM |
| Subject: | [e-dirs] HPM |

## Highlights

### News Feed

- <50 launch blocking tasks remain as of EOD today. We're coming in hot for our 9/16 launch; no one issue sticks out as a high risk, but we'll probably be pedal to the metal the full week after launch making sure we nail all the details. Overall momentum in the team is high. Tons of progress last week but one thing that stands out is hammering out the accord for the behavior at the intersection of friendslist, subscribe, and boulder-feed. ███, ███ and ███ deserve mega-kudos for anticipating the issues and not letting them hit the floor.

### Search

- Unicorn team consumed w/ reliability and correctness work. Product team making some headway on Facebar; 2nd round of user studies this week which was an improvement on the 1st round two weeks ago. Some good work happening on grammar perf and ranking, but getting more and more design blocked. Expecting a designer post-F8.

### Photos

- Photos team needs a reset. I've decided not to hand it off to a new manager post-F8 but stick around through Snap shipping in order to effect that reset rather than leave it as a job for the next manager. I'd like to get the photos team into a steady pace where we can both deliver new projects and also steadily optimize key photos metrics (uploads, tags, bug counts, code quality.) I also want to build up the team to own its mobile product experiences.
- Snap still has no target ship date. None of it's rocket science but we're hampered by not having a single experienced iOS developer, so every engineer on the project is climbing the learning curve. Also limited code leverage since mobile team wants to nuke from orbit and start over on existing mobile photos code. We're about to have 4 engineers + 2 interns allocated to Snap. We don't need any more warm bodies, but we could *really* use at least one knowledgeable iOS developer to make sure this group of well-intentioned noobs doesn't build another body of code we'll live to regret. Zuck is anxious for the snap app (mainly motivated by a desire to slow down Instagram's growth); I don't think we are higher priority than the 4.0 mobile app but hoping that post-4.0 we are the next highest priority for iOS devs. Also trying to convince mobile team it's a better use of their time to ramp my 4 engineers than invest more of their time in photos features in FB iPhone.
- Snowbox perf our most urgent quality priority; we think this is responsible for half our tagging regression (moving "tag this photo" back above the fold the other half) but not out of the woods yet. Other than that, www upload flows, tagging for android, and long tail of bugs in photo & video all need work.

### Recruiting

- Sell interview w/ ███
- ███ here for initial onsite; feedback pending
- Exploratory sell w/ key engineers from project Frodo; organizing interviews this week

## People

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02927674

PX1019-001

- ▓▓▓ decided to rotate into News Feed and out of search after F8. This is a win/win for ▓▓ to flatten search org and for feed team, which will shortly lose ▓▓▓ to messages backend. Tough sell since ▓▓▓ was initially determined to stay in search even w/o a management charter, but we pulled it off in the end.
- Don't want to randomize anyone prior to F8 but FYI I intend to reorg News Feed team after 9/22. ▓▓▓ has too many directs (16 between product and ranking) and the team as a whole feels too big and monolithic. Want to restructure into a set of smaller, more vertically integrated teams, who work together under the feed/home/distribution umbrella. A number of related teams in product or platform that could potentially be involved in this if it turned out to be convenient. ▓▓▓ has a clear plan w/ ShareConn which is fine -- we just need to make sure we collaborate well with those teams as friends lists/subscribe/audience are all closely related to future of distribution.
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Long heart to heart w/ ▓▓▓ last week about his career, bootcamp, next projects. Search might be a good landing place for him if the timing & team chemistry were to line up right.

Me

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Zuck cranky about lack of progress on snap and doesn't consider it worthwhile to tradeoff speed on Snap for investment in building a team that can build more Snaps in the future. I'm choosing to interpret this as feedback calculated to extract maximum output from me & photos team rather than literally not seeing the forest for the trees.
- Really wish I could find a rhythm for sending these Fridays instead of late Monday night. :/

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02927675
PX1019-002