# PX1036

## Public Record Version

**From:**     Mark Zuckerberg <█@fb.com>
**Sent:**     Saturday, April 6, 2013 9:48 AM
**To:**       Jan Koum <█@whatsapp.com>
**Subject:**  Rumor

I assume this isn't true, but can you confirm?

http://m.digitaltrends.com/social-media/google-acquiring-whatsapp/

If you are thinking of having WhatsApp join another company, we'd of course love to talk at this price range and are almost certainly a much better fit than Google!

Separately, we should hang out again sometime soon. I never got back to you about last weekend since I was busy getting ready for the Home announcement. But let me know if you're around in the next couple of weekends.

CONFIDENTIAL                    Facebook, Inc.                    FB00001330

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC                    FB_FTC_CID_00003687

PX1036-001