# PX1102

## Public Record Version

Outlook E-mail

**From:** Mark Zuckerberg
**Sent:** 2/11/2012 2:33:10 PM
**To:**
**Subject:** [ ▮ ] I wonder if we should consider buying Instagram,...

Mark Zuckerberg posted in ▮



**Mark Zuckerberg**  11 February 14:33

I wonder if we should consider buying Instagram, even if it costs ~$500m.

Right now they seem to have two things that we don't: a really good camera and a photo-centric sharing network.

For the camera piece, their camera just takes photos that look much nicer than the native camera because of their filters, tilt-shift effects and even their new lux feature. I just took a photo this morning from the native camera and uploaded it to FB and it looked so low quality compared to the Instagram shots I see. Theoretically we could go build this technology, but I'm worried we're so far behind that we don't even understand how far behind we are and that this is going to be a huge amount of work. (For example, Schrep was telling me yesterday that some people on the photos team think the new Instagram camera isn't good, but it introduced this awesome new lux feature that essentially double their number of filters and seems to improve the quality of every photo I try to take with it.) Given this, I worry that it will take us too long to catch up, if we even will. And regardless, their brand is established as the awesome mainstream camera, so even if we catch up on features they're still the awesome iPhone camera app.

For the network piece, one concerning trend is that a huge number of people are using Instagram every day -- including everyone ranging from non-technical high school friends to even FB employees -- and they're only uploading some of their photos to FB. This creates a huge hole for us and one that I'm sure anything we're going to do on platform or with social dynamics will completely solve. Sometimes you don't want to bug all your FB friends with a lot of photos so you put them in the photo-posting place instead.

With Snap, our basic thesis is that what people need is a good way to post a bunch of photos on FB. We're doing some work on filters but not a ton, and the team is approaching this more as a nice feature and somewhat of a gimmick. Instagram, on the other hand, is approaching this problem from the perspective of how to help people take beautiful photos. I think it's quite possible that our initial thesis was wrong and that theirs is right -- that what people want is more to take the best photos than to put them on FB. If so, Snap might be a good first step but we'd be very behind in both functionality and brand on how one of the core use cases of Facebook will evolve in the mobile world, which is really scary and why we might want to consider paying a lot of money for this.

What do you guys think?

View Post on Facebook · Edit email settings · Reply to this email to add a comment.

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0020185
FB_FTC_CID_01548247

PX1102-001