# PX1115

## Public Record Version

| | |
|---|---|
| **From:** | Sheryl Sandberg </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=█████ |
| **To:** | Mark Zuckerberg; Sheryl Sandberg |
| **Sent:** | 4/22/2012 12:26:20 PM |
| **Subject:** | Message summary [mlMxRylmy+SDp4Y2DwzOcA==] |

Mark Zuckerberg:
>I want to give you a heads up on something in case Schrep mentions it to you:
>
>I am pushing Schrep very hard to cancel or scale back many of the projects in his group that are not directly related to mobile apps so that his team can focus more completely on mobile apps and specifically mobile messages.
>
>Examples of things we could scale back or cancel:
>
>- Desktop messenger
>- Web messenger code rewrite
>- Shoebox (syncing private photos for easier sharing on desktop)
>- Mobile photos app (since we're acquiring Instagram)
>- Mobile location app (not working on this currently but team wants to start and I'm worried about starting new things now)
>
>These are all good projects that we need to do, but winning in mobile at the core things we do is more important in my opinion.
>
>I want to be clear with you that my intention here is to have these people work on mobile messages and not monetization. It's quite possible that a small number of these people might work on monetization if they're not good fits for messages for whatever reason, but that is not the point of this.
>
>I think messaging apps (eg texting, email, etc) are by far the most used app on almost everyone's phones and this is therefore strategically important for us to be the best at. We are currently not the best and are a lot of work away from being there. If we fail to be the best here, then I think the loss is likely bigger than the loss of games as more usage shifts to mobile.
>
>Anyhow, I wanted to give you a heads up on this because I pushing him quite hard on this. I think he wants to do the right thing but is being a bit slow about moving in any direction, likely because it will be so disruptive to people on his teams.
>
>There are some decision points coming up in the next week (eg the location team wants a green light to work on their new app) that should force this issue.
>
>I am hopeful that he makes a big enough shift here so that I don't have to make this decision for him, but I will do that if I am put in the position where I need to.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06166678

PX1115-001