# PX1116

## Public Record Version

Message

| | |
|---|---|
| From: | Mike Schroepfer [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN███] |
| Sent: | 4/22/2012 12:04:40 PM |
| To: | Mark Zuckerberg [███@fb.com]; Mike Schroepfer [███@fb.com] |
| Subject: | Message summary [<1342968178560-0@mail.projektitan.com>] |

Mark Zuckerberg:
>We need to make a decision this week (or very soon) about what we're doing with Nearby.
>
>This decision is also very connected to another decision I am very focused on, which is whether our staffing for mobile messages is currently set to maximize our chances of success there.
>
>These are important and somewhat connected for a few reasons:
>
>(1) I think we should finish what we start and make sure the apps we're building now are very high quality before taking on new things.
>
>(2) I think messaging and photos are strictly more important than location. I actually think that messaging is the single most important app on anyone's phone. It may not be the biggest business, but it is almost certainly by far the most used app, and therefore it's a critical strategic point for us.
>
>(3) Since we bought Instagram (and extended the close date!), I now feel like we're ahead in photos but falling increasingly behind in messages. In addition to WhatsApp, other messaging apps like KakaoTalk, Naver Line and Tencent's WeChat are growing quickly and are all already bigger than us at >1b daily mobile messages.
>
>(4) With the exception of WhatsApp, all of these other messaging apps are using messages as a springboard to build more general mobile social networks. Kakao launched a photos app that got millions of downloads in its first day based off the popularity of its messaging network. Given how important messaging is on mobile, this seems like a reasonable way for a network to grow to me.
>
>Perhaps the folks who would work on Nearby aren't fungible and couldn't work on mobile messages. I could see that being the case and therefore it might be the right thing to work on it even if it's strictly a lower priority.
>
>However, if we do choose to talk on yet another project right now, it seems like we should be disciplined and then cut off some other project to make sure we're investing enough in the most important stuff. It's not sustainable to keep investing in less important stuff and not invest enough in something we think is more important just because the people we have would rather work on other things.
>
>Peter has a more exhaustive list of what needs to be done on messages, but my understanding is that there are several large buckets of work:
>
>- Stability and performance: we're starting to work on most of the things we want to do here now, but it seems to me like we'd have a good chance of doing more of the proposed projects and doing them quicker if we invested more.
>
>- Feedback, presence, response time, context: we're about to ship Roger, but the last active states, persistent location, and giving you more of a sense of what's going on with the person you're messaging and therefore when you can expect a reply is very valuable and complex.
>
>- Network and reach: sending messages to FOFs, sending messages to people in your contacts and otherwise reducing any feature advantages that other messaging apps have over us is critical.
>
>- Messaging features like emoji, voice messages, better photo sharing integration, etc are each fairly important and things people can do in these other apps.
>
>- Growth tactics: we should have a team that is strictly dedicated to tactics

Mark Zuckerberg:
>...got cut off, will continue from here...
>
>...around growing messaging use faster. This will require experiments that break out of the frame of simply the messages app, like expanding the new message contents of the jewel in the iOS and Android apps when a new message comes in instead of simply showing a red dot. There are likely lots of other things we could do here as well.
>
>- Deep integration with Android especially, including things like the SMS takeover app.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06208072
PX1116-001

>
>Anyhow, I guess my point here is that we have a lot to do. We're doing a lot of it, but I basically believe we're not doing enough of the things quickly enough, and that on our current path we will lose. Therefore, I think the rational thing to do is double down aggressively. That is also why the prospect of starting another new thing is scary to me.
>
>When we last talked about staffing and projects we could cancel or slow, there were four main areas I was thinking about:
>
>- Desktop software
>
>- Web Messenger rewrite
>
>- Shoebox
>
>- Communities (although if we cancelled this it would most likely to do something else with groups instead)
>
>Since then, I would add two more options to this list:
>
>- Snap (now or post-launch) since we are acquiring Instagram
>
>- Nearby (since this team is now seeking direction)
>
>Just so I can be completely clear on this, my advice would be to cancel every single one of these projects (with the exception of Communities) and put as many of these people as possible on mobile messages. Believe me that I want to do all of these things. I just think mobile messages is more important and our outlook in this area has recently become much worse than we'd previously thought, so I believe a rather extreme adjustment like this is necessary.
>
>I'm assuming you won't want to cancel all of these projects, or that even if you did that many of the people could not productively work on mobile messages anyway. In that case, my advice would be to pick the one project or maybe two that you most want to keep doing of these and figure out how to get as many of the good people from the others as possible to contribute to mobile messages as quickly as possible.
>
>This is connected to Nearby because maybe Nearby is the project or one of the two you really want to push forward on. If so, that would seem reasonable to me.
>
>Anyhow, my goal in writing this up for you is to elucidate these issues for what is clearly a looming big decision point. We're reaching the point where in addition to needing the people for mobile messages, we need to make calls on things like Nearby, so we really should lock this down as quickly as possible.
>
>I'm open to a pretty wide range of options here, but I need to feel like we have a path to win in the core areas we're investing in like messages.
>
>I don't know how I can help think through this other than to trying to be as clear as possible about how I see things playing out. My hope is that you get into the details and figure out a good allocation since I think that if I end of doing it myself then I'll do a worse job than you will with the important details of this.
>
>I do think we need to make a call on this soon though. Likely in the next few days if not later this week.
>
>Let me know how I can help work through this.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06208073

PX1116-002