# PX1180

## Public Record Version

| | |
|---|---|
| From: | Andrew Boz Bosworth </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=█████ |
| To: | Jocelyn Goldfein |
| CC: | Mike Schroepfer |
| BCC: | █████@mongoose.thefacebook.com |
| Sent: | 9/12/2011 12:26:15 PM |
| Subject: | Re: photos team & snap |

I don't think that would be wise. The team is trying to internationalize which he is an expert at and, in general, would be a bad signal for that team. On a plane now but happy to discuss more later tonight

from the mobile

On Sep 12, 2011, at 10:50 AM, "Jocelyn Goldfein" █████@fb.com> wrote:

> Could we get █████████? What's happening in orca land right now?
>
> Jocelyn
>
>
> Sent from my iPhone
>
> On Sep 12, 2011, at 9:29 AM, "Mike Schroepfer" █████@fb.com> wrote:
>
>> One concrete tradeoff we'll need to consider is whether we pull resources from core iPhone for this - given the urgency around mobile canvas and the quality of the app I had been recommending we not do this until we get a reasonable 4.0.x out with mobile canvas.
>>
>> Mike
>>
>> On Sep 12, 2011, at 8:22 AM, Jocelyn Goldfein wrote:
>>
>>> Your direction is clear, Mark, and it's the feedback we were looking for with our note. I'll take next steps offline w/ Justin and Schrep.
>>>
>>> -Jocelyn
>>>
>>> _____
>>> From: Justin Shaffer
>>> Sent: Monday, September 12, 2011 8:08 AM
>>> To: Mark Zuckerberg
>>> Cc: Jocelyn Goldfein; Mike Schroepfer; Chris Cox
>>> Subject: Re: photos team & snap
>>>
>>> Understood. We'll get it done.
>>>
>>>
>>>
>>> On Sep 11, 2011, at 2:06 PM, "Mark Zuckerberg" █████@fb.com> wrote:
>>>
>>>> Just to follow up on this again, I think it's a really big deal that we ship this photos app quickly.
>>>>
>>>> One theme in many of the products we're about to launch -- News Feed, Timeline, Open Graph -- is that people love nice big photos. A lot of the time people don't even understand how the new News Feed or Timeline work, but they love those products because of the bigger and richer photos. While this is nice in the short term, I view this as a big strategic risk for us if we don't completely own the photos space. If Instagram continues to kick ass on mobile or if Google buys them, then over the next few years they could easily add pieces of their service that copy what we're doing now, and if they have a growing number of people's photos then that's a real issue for us.
>>>>
>>>> They're growing extremely quickly right now. It seems like they double every couple of

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02945837

PX1180-001

months or so, and their base is already ~5-10m users. As soon as we launch a compelling product a lot of people will use ours more and future Instagram users will find no reason to use them. But at the current rate, literally every couple of months that we waste translates to a double in their growth and a harder position for us to work our way out of.
>>>>
>>>> I get that there are also team issues and we'll need to work through those, but if there are actually people available who could build this more quickly then I think we'd be crazy not to do that. I don't know if there are actually people available or what the costs of that would be though, so it's hard to give you a clear answer here. The message I got from your note though was that you care more about fixing the team than shipping the app. I think we need to do both, but I do think it's a crisis that we don't have a mobile photos app out and I'd prioritize pushing that out as much as possible. Getting the team to a good state is not a milestone by itself that I care about.
>>>>
>>>> Separately, I just don't understand why this app is so hard to build. It basically seems like a camera view, some filters, controls for deleting/tagging/captioning your photos, integration into a composer that already exists, and a skin for a photos feed whose infrastructure should already exist. We've had designs that I've been fine with for months. The only piece that seems technically new for us is the filters, but it seems like we're doing okay on those now after a long parallel track. What is so hard about the camera view, feed filters and composer integration? Are we building other unnecessary features?
>>>>
>>>> I guess my basic point is this: I get that your team has issues, so fix them and ship the app. I don't see why this should be so hard, and I don't think we should accept any excuses for not getting this done in a short period of time.
>>>>
>>>> _____
>>>> From: Justin Shaffer
>>>> Sent: Thursday, September 08, 2011 11:38 PM
>>>> To: Mark Zuckerberg
>>>> Cc: Jocelyn Goldfein; Mike Schroepfer; Chris Cox
>>>> Subject: Re: photos team & snap
>>>>
>>>> I can't say for sure yet, and I don't want to make another hard commitment until I'm positive we can hit it. We will lock this in asap, and what I can say is that this is our absolute highest priority now that elder is out.
>>>>
>>>> I'll find time with you tomorrow to meet with Chris, Dirk, Brian, Jocelyn and I to go over our latest work on design.
>>>>
>>>> With design in better shape, our biggest bottleneck is that our team is not yet highly experienced with iOS development, though they are learning. We believe that the right decision is to ramp up the photos team on mobile development, which is a more expensive process, but will leave us in a position where we can not only maintain this code, but also continue to meaningfully improve all of photos on mobile. One thing we could do, which I don't necessarily think is a good idea would be to bring already ramped up iOS developers (2 would be ideal) onto the team while we get this shipped. Right now my understanding is that that whole crew that could meaningfully contribute on this is fully booked on getting the 4.0 release and 4.1 releases shipped though.
>>>>
>>>> From: Mark Zuckerberg <████@fb.com<mailto:████fb.com>>
>>>> Date: Thu, 8 Sep 2011 23:00:58 -0700
>>>> To: JUSTIN SHAFFER <████fb.com<mailto:████fb.com>>
>>>> Cc: Jocelyn Goldfein <████@fb.com<mailto:████fb.com>>, Mike Schroepfer <████fb.com<mailto:████fb.com>>, Chris Cox <████@fb.com<mailto:████@fb.com>>
>>>> Subject: Re: photos team & snap
>>>>
>>>> So when is the app going to ship?
>>>>
>>>> If you're asking whether it's important to ship soon, then the answer is definitely yes. In the time it has taken us to get out act together on this Instagram has become a large and viable competitor to us on mobile photos, which will increasingly be the future of photos.
>>>>
>>>>
>>>>
>>>> On Sep 8, 2011, at 9:28 PM, "Justin Shaffer" <████fb.com<mailto:████fb.com>> wrote:
>>>>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

>>>> +Cox
>>>>
>>>> From where I sit, I'm completely in agreement with everything Jocelyn laid out below.
>>>>
>>>> We're really excited to have a new designer on the team - ▇▇▇▇▇▇▇, and to have Dirk Stoop from Sofa joining us as our full time PM for Photos. We have a new direction that we're much happier with, and can review this with you at your convenience - still a bit in progress, but happy to be as transparent as you'd like with our process on it. We can show you the flow ad-hoc tomorrow afternoon, or otherwise, we'll set something up for early next week to review it more formally with you. I'd like to give Dirk and ▇▇▇ a little time to get comfortable, as I'd been working closely with ▇▇▇ on the design prior and Dirk is just getting up to speed.
>>>>
>>>>
>>>>
>>>>
>>>> From: Jocelyn Goldfein ▇▇▇fb.com<mailto:▇▇▇fb.com>>
>>>> Date: Thu, 8 Sep 2011 20:44:34 -0700
>>>> To: Mark Zuckerberg ▇▇▇fb.com<mailto:▇▇▇fb.com>>
>>>> Cc: JUSTIN SHAFFER ▇▇▇fb.com<mailto:▇▇▇fb.com>>, Mike Schroepfer ▇▇▇fb.com<mailto:▇▇▇fb.com>>
>>>> Subject: photos team & snap
>>>>
>>>> Zuck -
>>>>
>>>> I think Shaffer has probably already reset with you about probable ship timeframe for snap. I wrote a note to schrep to fill him in on what I see as the reasons for delay and also as something of an overview of what I'm finding about the team. He thought you'd be interested in this level of detail so I'm sharing w/ you. These are my words but Justin and I are on the same page about most of this, I think. (Justin, feel free to chime in w/ color commentary).
>>>>
>>>>
>>>> Why is Snap delayed? Combo platter of reasons:
>>>>
>>>> 1) We are starting from a standstill w/ team members who have little or no mobile development experience. We are putting a lot of time into ramp. Piling on additional inexperienced mobile engineers will slow us down, not speed us up.
>>>>
>>>> 2) We are appropriately leveraging almost zero code from the main iOS app (with enthusiastic support of the mobile team who want to nuke that code from orbit and start over.)
>>>>
>>>> 3) Major elements of the design are still undergoing churn. Filters finally unblocked 2 weeks ago, but production and consumption flows are still churning - we had a new designer and new mocks as of last week. Multi-shot is tricky. We think we're finally close - mocks will be ready for your review next week.
>>>>
>>>> 4) Some of the engineers we have on it are not our most productive. I'm deliberately withholding some of our most productive photos engineers in order to have them work on quality (▇▇▇, ▇▇▇).
>>>>
>>>> 5) Android has a lot of ground to make up to reach Snap functionality. You probably know you can't tag photos on android - did you know you can't even view tags at all? On the plus side, we'll at least be sharing efforts b/w Android snap & main FB app, unlike iPhone, since the Android code base is mostly more modern and salvagable.
>>>>
>>>> 6) It was always a lot of work relative to our capacity, and in some ways "what's changed?" is that we did a lousy job estimating the work and setting expectations back in July. (Justin seems to feel responsible for this but from my POV, eng is as much or more culpable as PM.)
>>>>

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ they don't seem to have a track

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02945839
PX1180-003

>>>> record of ownership - they don't know how to dig in and steadily improve things like quality, upload & tagging rates, nor pursue features driven from within the photos team.
>>>>
>>>> Mobile in particular is a major pain point- it's suffered because photos are a comparatively low priority for the mobile team, but the photos team hasn't had the skills or the will to take ownership of the mobile photos experience. The 960px upload issue that you caught is a great example of a case in point. Mobile team wasn't driving it b/c they didn't feel accountable for the photos feature (barely aware 960px was happening and not a priority for them), and photos team wasn't driving it b/c the photos engineer who owned the 960px rollout didn't consider mobile to be part of his charter. It was a trivial amount of work that was easy (for the mobile team) to do once it was pointed out that it needed to happen. We need to get to a world where a photos engineer working on 960px would just naturally consider that work to be part of his job and have the knowhow to do it.
>>>>
>>>> Bottom line, at this moment, I am more worried about resetting the photos team than shipping Snap as fast as possible. There is a fast path to Snap involving hijacking 2 seasoned iPhone developers from elsewhere in the company (assuming they could be found), tossing them in a war room with our new PM and designer, and telling them to sprint. We don't have those 2 seasoned developers and if we do that we'll end up with another body of code the photos team is incapable of owning or improving. :/
>>>>
>>>> Unless there's a strategic imperative for speed on Snap that I don't understand, I think leaving it with the photos team is an investment in photos team that is worth making. We can use Snap as a learning experience to get the mobile dev expertise we badly need. We can use it to collaborate w/ the mobile team on the underpinnings of a new photos code base for iPhone app and Android app. Shipping a product will give us momentum and a win under our belt. It will take a little longer than the "hijack and sprint" method but I think the tradeoff is worth it.
>>>>
>>>> What else are we doing to reset the photos team?
>>>>
>>>> 1) New designer as of last week ( █████ ) - seems awesome so far
>>>>
>>>> 2) New PM as of this week (Dirk Stoop of Sofa); counting on Justin to stay involved as well.
>>>>
>>>> 3) I'm the team's eng manager as of this week; I plan to stick with the team as long as it takes to turn the ship on some of the people and organizational issues. Estimate 1-2 months at least.
>>>>
>>>> 4) I'm transferring away one engineer who was a good guy but a bad fit for a product team, and █████████████████████████████ We have a couple other weak links I'm scrutinizing closely. We're also receiving an internal transfer I hope will be good, and convincing a couple of rockstar interns to stick with the team (█ as a contractor from school - visa issues; █ hopefully dropping out of her PhD program).
>>>> All that is necessary but not sufficient. At this point Justin and I are in triage mode on the photos team as a whole, and each day we're learning more. As much as the delay on Snap sucks, we're going to come out of this with a photos team that functions and that's what I'm most focused on right now.
>>>>
>>>> -Jocelyn
>>>>
>>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02945840
PX1180-004