# PX1202

## Public Record Version

Message

**From:** ▮▮▮▮ /O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN▮
**Sent:** 4/5/2012 11:23:14 PM
**To:** ▮▮▮▮ @fb.com]; Mark Zuckerberg ▮▮▮ @fb.com]
**Subject:** Message summary [<2238135296@mail.projektitan.com>]

Mark Zuckerberg:
>Around?

▮▮▮
>Yeah

Mark Zuckerberg:
>If you could buy one of either Instagram, Foursquare or Pinterest, which would you buy?

▮▮▮
>That's a pretty tough question as they all obviously have pros/cons. My first instinct is Foursquare as I think that's the most compelling of the products in a way that would be harder for us to easily replicate

▮▮▮
>However, I think it probably also has the least mass appeal of those three

▮▮▮
>As it's really targeted towards young, urban people

▮▮▮
>Pinterest has the potential for the widest appeal, although I also think we could pretty naturally evolve some notion of spaces on Timeline that facilitated the kind of curation Pinterest does and it's not totally obvious to me not that the team itself would really be that huge of an asset here

▮▮▮
>I don't know too much about Foursquare's product/design/engineering folks

▮▮▮
>I also definitely think that there's a strategic question around who else would be interested in buying these companies and whether they're likely to sell

▮▮▮
>for example, I think Instagram might end up being more compelling than Foursquare from a defense perspective because of the potential for someone like Apple to use them as a foothold

▮▮▮
>What's your thinking?

Mark Zuckerberg:
>I just need to decide if we're going to buy Instagram

Mark Zuckerberg:
>I don't think the others are for sale at the moment.

Mark Zuckerberg:
>It's really expensive -- probably ~$1 billion.

Mark Zuckerberg:
>I think they're pretty threatening to us, but I'm not sure how much so compared to other companies out there.

▮▮▮
>That's a lot of money. What do you think is the threat model for them? Something more than contention for attention/content?

Mark Zuckerberg:
>I think it's basically that, but it's pretty major.

Mark Zuckerberg:
>I mean, it depends on how big they'd get.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06290875

PX1202-001

Mark Zuckerberg:
>But photos is one of a few core use cases for us.

Mark Zuckerberg:
>There are different ways to think about the service.

Mark Zuckerberg:
>On is the ways that things flow through it: News Feed, Timeline, OG, Search, etc.

Mark Zuckerberg:
>That's a functional breakdown of our site and how we work on it.

Mark Zuckerberg:
>The other is in terms of core use cases: sending messaging, sharing photos, playing games, etc.

Mark Zuckerberg:
>we have this big issue right now because gaming is shifting from us to mobile platforms. It's causing all this negative momentum in a bunch of ways around gamer overall user engagement, ad spend from gamers, overall revenue, etc.

Mark Zuckerberg:
>If another key use case transitioned away, I think that would be pretty bad for us.

[REDACTED]
>Yeah, that makes sense

Mark Zuckerberg:
>On the other hand, getting a new use case is theoretically as valuable as not losing an existing one.

Mark Zuckerberg:
>Pinterest and Foursquare are likely more valuable markets than photos.

Mark Zuckerberg:
>For e-commerce and local, respectively.

Mark Zuckerberg:
>They're all really immature products though.

Mark Zuckerberg:
>Instagram can hurt us meaningfully without becoming a huge business though. For the others, if they become big we'll just regret not doing them.

Mark Zuckerberg:
>Or we can buy them then, or build them along the way.

Mark Zuckerberg:
>We're kind of already working on building some version of Foursquare.

Mark Zuckerberg:
>I actually think Foursquare might get crushed by Square.

Mark Zuckerberg:
>Actually, changing topics -- I was thinking about that Square proposed use case you were telling me about the other day and I think we may want to do that for ourselves.

[REDACTED]
>Yeah, I think that Square could potentially crush Foursquare

[REDACTED]
>and yes, I think we should be looking into something like that if we can devote resources to it

[REDACTED]
>it's pretty clear that getting initial installs is really the key for them, and we have such a big advantage there in terms of penetration

Mark Zuckerberg:
>Make it so stores can basically sign up for the following deal with us:
>
>- Give users 5% off at your store
>- To claim this, when a user is in your store a little toast will pop up in your FB app and you click on it.
>- Opening the toast will also let the store know your identity (which we'll let you know the first time) so they can use it for targeting ads and messages at you later

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06290876
PX1202-002

>- Once you've opened the toast, you can show it to the cashier to claim the discount
>- If you want, you can also check in from that page

>Yeah, we also have the potential to create some pretty sweet organic social deals

>like sort of referral bonuses for getting friends to purchase at the location using FB

>or coming to a place with FB friends and getting a discount that scales with the # of people

Mark Zuckerberg:
>I wonder if over the long term we could do this without also handling the payments though.

Mark Zuckerberg:
>Ideally we wouldn't have to get into handling physical payments.

>Square really emphasizes the actual payment process with them (versus current physical payments) as a core part of what sets them apart and causes people to quickly become addicted when they've used it once

>I'm inclined to believe that if they actually are able to execute on getting enough merchants on board, they'll end up controlling the payments layer simply because the process is so slick that once you've used it you don't want to bother with a credit card, receipt, etc. ever again

>It's obviously a super long-term thing to actually have a substantial impact on the payments layer, but it seems like there eventually will be some shift and that it'd be tied to mobile phones

Mark Zuckerberg:
>I wonder if we could work with them to make it so the Square register took FB payments/credits. That way we could do the loyalty part and people could pay right from within the FB app linked to Square.

>That seems worth exploring -- we'd need to make sure it was set up such that we weren't just bootstrapping them though and that we didn't end up in a position where once enough users used Square/had the app installed they'd be able to function independently of us and could handle the loyalty/social stuff themselves.

>I think right now they're definitely working under the expectation that they're going to do the loyalty and social deals components themselves, and so I think they might be reluctant to cede that to us

>But if we were able to work something out such that it was sustainable for us to own that and them to own the payments layer and take a cut there, I think that'd be pretty ideal

Mark Zuckerberg:
>Well I think the way it would work is that we'd compete with them and work with them on the layer where the user pays and they'd own the register app.

Mark Zuckerberg:
>Which part of using Square do you think is so good: the card case part or their register?

>card case

Mark Zuckerberg:
>Why do you think it's so good?

Mark Zuckerberg:
>Which aspect I mean

>At its core, I think it's just the frictionless aspect. I mean, basically everyone views swiping a credit card, signing a receipt, throwing that receipt away as a sort of nuisance that they have to put up with, but when you can just say your name at the counter without even touching your phone, you really never want to deal with all of that again

Mark Zuckerberg:
>You still have to take your phone out, right?

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

▇
>Not if you auto-open your tab

▇
>It will automatically work based on location without you doing anything

Mark Zuckerberg:
>How does it know your location without you opening the app?

▇
>(using the location triggers stuff from iOS5 on iPhone/background location stuff on Android)

Mark Zuckerberg:
>Ah, that's neat. So you just have to open a tab the first time?

Mark Zuckerberg:
>Is it once per place or once at all?

▇
>Yeah, and then mark it as auto-open

▇
>Right now it's per-merchant

Mark Zuckerberg:
>That's pretty neat.

▇
>Yeah

Mark Zuckerberg:
>I wonder how hard it is to build the card case part of the app once you have the payments infrastructure.

Mark Zuckerberg:
>If we were to do what I'm saying, it seems like we'd have to rebuild most of their app. But it actually seems like a simple app.

▇
>Yeah, it doesn't seem to me like it'd be that difficult

Mark Zuckerberg:
>Okay, I'm going to get some sleep

Mark Zuckerberg:
>See you tomorrow

▇
>See you

Mark Zuckerberg:
>Hey, if you're going up to the city tomorrow night, let me know if you want the key to my apartment. I don't think I'm heading up this weekend.

▇
>Thanks, I think think I may take you up on that.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06290878
PX1202-004