# PX1208

## Public Record Version

Outlook E-mail

**From:** Boz
**Sent:** 4/10/2012 11:23:32 PM
**To:** ███████████████████
**Subject:** Re: [██████████████████] CONFIDENTIAL -- DO NOT SHARE

Boz commented on Mike Schroepfer's post in ████████████████



**Boz**                                               11:23pm Apr 10

The worry I have with this thread is not that people are underestimating Instagram so much as that they are overestimating Facebook.

For those who are curious, I rank photo tagging as the single most important thing we have ever done, just above internationalization and news feed. I actually expect browse to rank as #4 on that list soon. But all behind #1: photos. And we were getting our ass kicked by this company in mobile photo sharing. I share the concerns of everyone here but, from the economic side, I'm pretty pumped to have them in our corner. We are not too big to be dethroned just as those before us were not.

The question of whether or not a company is worth $1B assumes there is an objective valuation. There is not. Value depends on the buyer. I believe that us buying instagram almost certainly increased our net future value as a company by more than what we paid. If you rewind the clock to 2008 and imagine we had this kind of cash, would we have bought twitter for it? I hope so. If twitter didn't exist today (or existed under our mantle) we'd be worth more than whatever it would have cost us back then. It isn't that they are worth that much -- it is that they can affect how much we are worth by more than that much, if that makes sense.

There is a funny thing that happens with acquisitions. People tend think of them as a done deal and wonder if, in a few years when we look back, they will be successful. That is not a good way to look at it. Whether or not this is a success will depend on all of us and whether we sit back and throw stones or use that energy to help realize the future we hope will exist.

Comment History



███████████                                          7:45pm Apr 10

It's actually kind of funny that anyone thinks I'm doubting the team because my friends always joke with me and say "why don't you just go work at Instagram?" since I use it all the time, have Instagram installed on my phone but not the Facebook app and did that nifty cool engineering puzzle they had a while back for fun.

I'm ecstatic to have them come work here and hope to work with these folks in the future.

███████████                                          7:37pm Apr 10

Ya I think people may have misunderstood me here.

I was mainly suggesting we that interview these people so that we have a datapoint of how a bunch of super talented people who went and built one of our biggest competitors perform in our interview process.

The point of this wouldn't be to judge their abilities as much as it would be for us to learn how good we are at getting signal in our interview process.



███████████         As ███████████ pointed out - this is more than just an acquihire, so I think it's most    6:39pm Apr 10
appropriate to look at the acquisition from a holistic overview; engineers + a great product + long term growth/gains/mitigation in mobile vs. trying to decipher how to split the $1BN worth between just assets and engineers. On a per user basis, they're generating nearly 4x's the photos/user (assuming 30m instagram installs vs. the 120m for us with similar upload #s) as we are on iOS - that is actually scary when you think about how important photos are to the social and mobile experience. Could we do this our self? Sure - would it be a surefire win and would it reduce the interactions on Instagram? Unknown. Not only did we just ~double the # of photos people are engaging with on a particularly popular mobile platform, we've also prevented any competitors from gaining this traction. There is surely some defensive value that we need to take into account here as well.

The Q&A on Friday should most certainly be interesting :-)

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0012391
FB_FTC_CID_01540471

PX1208-001

 5:19pm Apr 10

I believe in our leadership as much as I'd believe in any leadership, but I believe even moreso in the eng. interview process which has been honed for years and surrounded me with consistently great engineers. Plus, the interview process is much more transparent to me than acquisitions are. S████ ████ - I think the fact that I am light on facts is *exactly* why I feel unsettled.

The ship has sailed on Instagram. I am more concerned with ongoing acquisition strategies, as we will get many more engineers through acquisition over the coming years.

 5:11pm Apr 10

The issue I have with this discussion is not that we are questioning a $1B acquisition, but the way we're questioning it in terms of the worth and skill of the engineers coming with it. I think we should trust that we paid enough for the engineering talent that came with it, and focus on questioning whether the *rest* was worth whatever fraction of the $1B we paid for it.

View All Comments

Original Post

 **Mike Schroepfer** 9:59am Apr 9

CONFIDENTIAL -- DO NOT SHARE

Following Mark's note on Instagram I wanted to offer up a few other key details.

I'm obviously super-excited to have Instagram be part of Facebook.

They've built a product that has really resonated with users: tens of millions of users, growing to be about the same number of photo likes/day as us on iOS, 5 star app store rating, and an impressive number of photo uploads a day.

Our primary goal is to help Instagram's continued growth and product development. Together we can make Facebook the best place in the world to share photos.

A couple of key questions you might have:

Are we keeping the product and brand?

Yes! We want to further enable development of the Instagram product on Android and iOS.

Will we merge the Instagram follower graph and accounts?

Instagram has built a follow graph centered around photo sharing and allows you to easily publish photos to many other networks including Twitter. It is critical for growth that we preserve the ability to have a separate Instagram account with a separate follower graph and the ability to post to multiple networks (Twitter,fb,etc). In particular, we've heard from users that one of the reasons they post to Instagram rather than Facebook is that they have a fear of over-publishing to their friends. We want to be very careful not to disrupt this. Over the long run we should be able to merge these graphs while allowing for people to post without fear of over-communicating to their friends.

What happens with Snap?

We will continue working on Snap and ship it asap. We believe there is a need for a Facebook photos mobile experience that is tied tightly into the Facebook social graph and allows for easy instant upload of photos to Facebook.

Will the Instagram team stay in SF or move to Menlo Park?

Current plan is to have them move into Menlo Park and sit with the photos team sometime after the deal closes.

Will they go through bootcamp?

We want the team to focus on growing Instagram so they will not go through bootcamp immediately. But we do want to make sure all teams go through bootcamp so they'll go through it later.

Will we transition Instagram to Facebook infrastructure?

We want to focus on near-term product growth so we won't migrate immediately but will do so over the long run.

Will we integrate Instagram into the core iOS and Android apps?

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

We will likely integrate much of the functionality into those apps  much of this is TBD.

Where will the team report?

The Instagram team will stay together reporting to Kevin Systrom who will report to me (Schrep).

SWEET how can I help?

We need to wait for the deal to close (which may take > 1 month) before we can begin working together but if you are interested in helping out let me know!

View Post on Facebook · Edit Email Settings · Reply to this email to add a comment.