# PX1266

## Public Record Version



Mr. Mark Zuckerberg
March 3, 2014
Attachment 4(c)-14

# Cobalt Transaction

February 17, 2014

Confidential Materials - Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC                    FB_FTC_CID_00002272

# facebook

# Transaction Summary

| | Acquisition of Cobalt |
|---|---|
| Company Overview | • Cross-platform mobile messaging app that allows messages to be exchanged without paying SMS charges<br>• Supports photo, video, and audio messages<br>• Founded in 2009 by Jan Koum and Brian Acton (ex-Yahoo employees). Funded by Sequoia.<br>• Headquarters in Mountain View, CA. Currently ~55 employees<br>• Business model: was $1/app download – now subscription (free first year, in some cases $1 thereafter)<br>• 460 MAU, mostly international (5% or 20M MAU in the U.S.) and growing extremely quickly (1.5M new registered users per day) |
| Structure | • Total cost of $19B (~$12B stock + $4B cash as purchase price; $3B in retention RSUs)<br>• Other deal terms such as breakup fee still to be negotiated |
| Integration Plan | • Jan Koum will join the Facebook Board of Directors<br>• Cobalt will continue to operate in its Mountain View headquarters and retain its brand and operations relatively unchanged; we will provide recruiting, policy, comms, legal, finance, ops/infrastructure resources to Cobalt as required |

Confidential Materials – Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002273

PX1266-002

# facebook

## Transaction Summary (2)

| | Acquisition of Cobalt |
|---|---|
| Strategic Rationale | • Cobalt is a leader in phone contact-based, small group communications, which is a rapidly expanding area with significant potential as smartphone adoption continues to increase and voice moves to asynchronous communications<br>• Cobalt is an extraordinarily fast growing and highly engaging messaging service: 460M MAU; currently adding ~1.5M people each day; currently 70% DAU/MAU overall and even higher in some countries<br>• Cobalt's focus on 1-to-1 and small group communications naturally complements Facebook's traditional friend-based sharing model, creating synergies and efficiency opportunities:<br>    o We can help Cobalt grow using our distribution, infrastructure, etc.<br>    o Cobalt can help Facebook grow by exposing Facebook to people who are not yet part of our friend graph and Cobalt's high engagement can help drive friend-based engagement on Facebook<br>    o Cobalt is a great fit with our internet.org initiative to provide leading basic services for free in the developing world<br>• The mobile ecosystem is characterized by extremely high concentration by Android and iOS to a degree that threatens Facebook's mobile strategy. Cobalt improves our strategic positioning in mobile by enabling us to offer several of the most important mobile apps for different kinds of communication (Facebook, Cobalt, Instagram, and Messenger) |

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002274

PX1266-003

# Cobalt People Metrics

## Over 600 Registered, 460M MAU, 325M DAU



WhatsApp Users (2009-2014)
Total Registered Users, MAU, DAU

© 2014 WhatsApp. Privileged and Confidential   Confidential Materials – Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002275

PX1266-004





CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002277

PX1266-006

# facebook

# Public Comparable Company Analysis

(in millions, except per unit amounts)

|  | Enterprise Value | Current MAUs | EV / MAU | MAU LTM Growth | 2013 ARPU |
|---|---|---|---|---|---|
| Google (1) | $367,563 | 1,233 | $298 | 12% | $36.34 |
| Facebook | 168,469 | 1,228 | 137 | 16% | 6.81 |
| Tencent (2) | 124,871 | 816 | 153 | 2% | 11.99 |
| Twitter | 38,397 | 241 | 159 | 30% | 2.97 |
| Naver (3) | 22,505 | 207 | 109 | 240% | na |
| LinkedIn (4) | 21,761 | 187 | 116 | 21% | 8.38 |
| Yahoo! (5) | 8,095 | 695 | 12 | (3%) | 6.12 |
| Max |  |  | $298 |  |  |
| Mean |  |  | 141 |  |  |
| Median |  |  | 137 |  |  |
| Min |  |  | 12 |  |  |
| Cobalt | $19,000 | 460 | $41 | 150% | $0.10 |

Cobalt has very high DAU / MAU

Cobalt MAU growth rate at its scale is best in class

- Publicly-traded social and messaging companies trade at a significant premium to the proposed Cobalt transaction on a per user basis
- Only two Internet assets have amassed >1 billion MAUs. At its current user acquisition pace of 1.5 million / day, Cobalt should surpass 1 billion MAUs in 2015

Source: Public filings; Wall Street research; CapitalIQ as of February 14, 2014.
Note: Current MAUs for Google and Yahoo! based on unique visitors per ComScore, which excludes mobile attribution.
(1) Pro forma for sale of Motorola Mobility to Lenovo announced on January 30, 2014 and acquisition of Nest Labs announced on January 13, 2014.
(2) MAU metrics reflect QQ; WeChat / Weixin MAU of 271.9 million (>70% y-o-y growth).
(3) MAU based on 340 million Line registered users and estimated engagement rate of 61% per Business Insider report (January 2014).
(4) Pro forma for acquisition of Bright announced on February 6, 2014.
(5) Enterprise value adjusted for interests in Yahoo! Japan and Alibaba Group.

# facebook

## Selected Precedent Transactions: Social / Messaging

(in millions, except per unit amounts)

| Date | Target | Acquiror | Enterprise Value | MAUs | EV / MAU | MAU LTM Growth |
|---|---|---|---|---|---|---|
| Feb-14 | Viber Media | Rakuten | $900 | 105 | $9 | na |
| May-13 | Tumblr | Yahoo! | 1,084 | 40 | 27 | na |
| Apr-12 | Instagram | Facebook | 991 | 30 | 33 | 606% |
| May-11 | Skype | Microsoft | 8,600 | 170 | 51 | 37% |
| Mar-08 | Bebo | AOL | 850 | 21 | 40 | 95% |
| Oct-06 | YouTube | Google | 1,650 | 72 | 23 | nm |
| Jul-05 | Intermix (MySpace) | News Corp | 580 | 16 | 37 | nm |
|  |  |  |  | High | $51 |  |
|  |  |  |  | Mean | 31 |  |
|  |  |  |  | Median | 33 |  |
|  |  |  |  | Low | 9 |  |
|  | **Cobalt** |  | **$19,000** | **460** | **$41** | **150%** |

**No asset at the scale of Cobalt has traded before.
The closest deal in terms of size was Skype, which had only 37% of Cobalt's MAUs.**

Source: Public filings; Wall Street research; news articles.

Confidential Materials – Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002279

PX1266-008

7

# facebook

## Social Messaging Monetization Landscape

| | Monetization Services | | | | | | User Metrics | | | |
| | | | | | | | | ARPU[5] | | |
| | Advertising | App Installs | Mobile Games | Virtual Goods (Stickers) | Subscription | Other | MAUs (M) | 2012 | 2013 | Growth |
|---|---|---|---|---|---|---|---|---|---|---|
| facebook | ✓ | ✓ | | ✓ | | | 1,228 [1] | $5.32 | $6.81 | 28% |
| Skype | ✓ | | | | ✓ | Premium voice / messaging / video | 280 | na | $6.88 [4] | na |
| WeChat | ✓ | ✓ | ✓ | ✓ | ✓ | | 272 [2] | $0.00 | $1.80 | nm |
| twitter | ✓ | | | | | Data license / analytics | 241 | $1.98 | $2.97 | 50% |
| Line | ✓ | ✓ | ✓ | ✓ | | | 207 | $1.12 | $2.17 | 95% |
| KakaoTalk | ✓ | ✓ | ✓ | ✓ | | | 130 [3] | $0.72 | $1.67 | 133% |
| Viber | | | | | ✓ | | 105 | $0.00 | $0.01 | nm |
| Cobalt | | | | | ✓ | | 460 | $0.10 | $0.10 | - |

Potential: Enterprise mobility messaging, remittance, public messaging

| | |
|---|---|
| High | $6.88 |
| Mean | 3.19 |
| Median | 2.17 |
| Low | 0.01 |

**If Cobalt were to monetize at Line's current ARPU of $2.17 off its current user base of 460 MAUs, it would generate approximately $1 billion of revenue.**

Source: Public filings; press releases; Wall Street research; Capital IQ; press articles. Aggregate statistics exclude Cobalt.
(1) Excludes Instagram.
(2) Includes Weixin. Based on September 2013 metrics.
(3) Represents registered users.
(4) As of last annual metric (2010) reported prior to acquisition by Microsoft.
(5) Based on full-year revenue. Facebook and Twitter reflect average quarterly MAUs; all others reflect average of year-end user MAUs.

Confidential Materials - Do Not Distribute   8

# facebook

# Valuation Framework: Future Value

**Implied 2024 Operating and Financial Metrics Based on $19B 2014 Valuation**

|  | Cobalt |
|---|---|
| 2014 EV ($B) | $19 |
| Discount Rate | 10% |
| Required 2024 EV ($B) | $49 |
| Revenue Multiple | 12.0x |
| Required Net Revenue ($B) | $4.1 |

| | 2024 ARPU Revenue Multiple | | |
|---|---|---|---|
| People (B) | 8.0x | 12.0x | 16.0x |
| 1.5 | $4.11 | $2.74 | $2.05 |
| 2.0 | 3.08 | 2.05 | 1.54 |
| 2.5 | 2.46 | 1.64 | 1.23 |
| Implied EBITDA Multiple [1] | 13.3x | 20.0x | 26.7x |

Does not take into account synergies or other benefits of ownership

In 2024, assuming Cobalt is worth 12x revenue and has 2 billions users, it would need to have $2.05 in ARPU, which today is less than Line's ARPU and when adjusted for inflation is $1.53. [2]

Source: Public filings; Wall Street research; ComScore; CapitalIQ as of February 14, 2014.
(1) Assumes 60% margin on revenue.
(2) Discounted to present at CPI of 3%.

Confidential Materials – Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002281

PX1266-010

9

# Financial Issues: Accounting, Tax, and Cash

- Meaningful P&L impact
  - Shares outstanding will increase ~9% to 2.9B
  - $600-700M annual intangible amortization expense expected for 5 years
  - $750M annual share-based compensation expense expected for 4 years
  - Illustratively, full year impact would result in reduction of 2014 GAAP EPS from $1.18 (forecast) to ~$0.60

- Expect significant goodwill allocation from purchase price accounting

- Integrating Cobalt into tax structure (or not) could cause intercompany payments and significant associated tax liability ($1B - $7B). Future income tax rates and/or tax reserve requirements could also increase.

- $4B cash outlay from $11.5B cash position will limit ability to do other cash-based acquisitions unless we choose to raise additional funds.
  - Expect to end 2014 with ~$11B of cash + $6.5B credit facility capacity

Confidential Materials - Do Not Distribute

10

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002282

PX1266-011

# facebook

# Roadmap to Closing & Communication Plan

- Board approval of the mergers and merger agreement
- Signing of the merger agreement
- Cobalt stockholder approval
- Tuesday, after market public announcement and investor call
- File Form 8-K (merger agreement will be filed as an exhibit with our Q1 Form 10-Q)
- Interim period between signing and closing
  - Regulatory review in the United States and the EU
  - Completion of Cobalt audit
  - Cobalt expects to close a $126M financing round
- Closing of transaction
- Post-closing - file Form S-3 registering shares for resale

Confidential Materials - Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00002283

PX1266-012

# facebook

# Risks

- We do not plan to focus on monetization for years. For the deal to deliver a positive financial return will likely require two critical things:
    - Cobalt network must grow and maintain levels above 1B people for 10-20+ years
    - We must effectively monetize messaging during that time and Cobalt does not yet have a revenue model proven to work at scale
- The messaging field is crowded and fragmented (SMS, iMessage, Hangouts, Viber, other, plus carriers, Google, OEMs) with no significant barriers to entry given everyone's ability to access phone contacts and offer similar features. Some competitors can pre-load their service as default messaging app on phones for free
- We will continue to be dependent on Google and Apple and they may use their operating system positions against us even if we own Cobalt
- Unexpected costs from integration of people, culture, product, brand, etc.
- Unexpected costs from tax, regulatory review, accounting write-downs, etc.
- Reduction in cash position may reduce our future flexibility
- Investor reaction could be negative and thereby increase our cost of capital, and impact morale and momentum
- Could be significant time between signing and closing
- Potentially significant breakup fee if transaction does not close