# PX1486

## Public Record Version

**From:** Mark Zuckerberg </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=███>
**To:** Javier Olivan
**Sent:** 8/8/2013 10:05:32 AM
**Subject:** Re: game on!

We can definitely try to staff the team more to deliver more sooner, but we need to make sure we're doing the right things.

My point about WhatsApp's direction is that if they build substantive features beyond just making SMS free, that could be enough for them to tip markets like the US where SMS is still the primarily platform.

Building features like phone number registration probably won't help that in the near term because it's a feature everyone else already has.

The bigger question to me is about whether there are some key photos features that we can get to before they do. For example, maybe there's a top level tab in the app that has all the incoming photos you've received in an album/grid view to really highlight and organize the photo sharing piece. That could be really differentiating and help achieve lock in. At a minimum, having all of your photos in a thread stored in an album with a nice album/grid view instead of only being visible in the chronological message thread would be helpful, although that doesn't seem like a defining feature.

These are all things you can't do with SMS though. They're reasons to use this app instead of SMS or WhatsApp or anything else. I'd think more about doing something like this than I would about just adding more follow on features, unless I'm missing something.

On Aug 8, 2013, at 8:53 AM, "Javier Olivan" <███@fb.com> wrote:

I have been thinking hard about this for the past couple of sleepless nights since I am really worried... these guys are the real deal! (of course - ███ waking up - helped with the thinking time...)

With the window of opportunity to solve the messaging situation shrinking there are a couple of things we might want to add to messenger 3.0 – specifically around the phone # name-space. We currently had to postpone them to 3.2 (which effectively won't happen until 2014) due to lack of eng capacity, but that might be the wrong thing to do as a company. I will run it by you offline briefly to get your thoughts / see if we should double down now (it might be now or never given how fast these guys keep growing / the ambitions they are signaling)

---

**From:** Mark Zuckerberg
**Sent:** Tuesday, August 06, 2013 11:43 PM
**To:** Javier Olivan
**Subject:** Re: game on!

The most interesting thing to me in the article is that they're focused on photos features next.

One big challenge WhatsApp has is that they need to offer something beyond just simple texting in order to get folks in places like the US to use them over regular SMS.

If they succeed at building differentiated photos features, then they could start winning in the US and other markets where they've historically struggled.

This doesn't affect our goals in the near term, but this is getting more complex every day.

On Aug 6, 2013, at 10:44 PM, "Javier Olivan" <███@fb.com> wrote:

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC          FB_FTC_CID_06086195
PX1486-001

http://allthingsd.com/20130806/the-quiet-mobile-giant-with-300m-active-users-whatsapp-adds-voice/

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06086196

PX1486-002