# PX1580

## Public Record Version

Outlook E-mail

**From:** ▬ zuckerberg
**Sent:** 3/26/2012 6:01:57 PM
**To:** Mike Vernal
**Cc:** ▬; Bret Taylor; ▬; Justin Osofsky; Sam Lessin
**Subject:** Re:

---

I've been thinking about this some more and I'm starting to think we should just build something like this out for all top tier partners and launch them. Initially I thought about it as a way to gain leverage to get folks to do the right thing, but now I actually just think it might be a better and easier way to get more people to sync their data and for us to be in control of our product experience for the most important social apps out there.

Right now we're struggling to convince these companies to do the right integrations with us, but we have the power to just do them ourselves. I basically think we should build out a timeline store as part of our strategy and have these integrations be in there. We can how you the right apps to connect with based on which ones we already know you've authed or even shared data from recently.

One other advantage of this is we can perform operations on the data to make it better and more useful on FB. For example, we could have a Twitter importer (which I've discussed with ▬ and think they'd allow) which rewrites @names to links to user profiles. We could also download images from Pinterest and just display them inline if we wanted. I'm not 100% sure we'd end up doing that, but it's something we've discussed. If we don't need to provide a ton of distribution back to these apps to convince them to prioritize these features since we're building them ourselves, we actually have a lot more flexibility to do them well.

Arguably, if you look at the incentives in the market, Twitter and perhaps Instagram (if they keep going) will never prioritize having the perfect FB integration since they're trying to build parallel networks. If we want them to do this well, doing it ourselves makes sense and it might be the only way. Given the amount of time we spend discussing them and their strategic importance to us, it seems very reasonable for us to take this approach to have the integration we want with them.

For other companies beyond the top 5-10, we could just do an oauth implementation for the timeline store as well as supporting everything in Open Graph like we're moving towards doing today.

I don't really understand why you want to build this as an employee-only tool. What does that get us rather than building it as consumer product and planning to launch it?

Sent from 中国

On Mar 27, 2012, at 7:27 AM, "Mike Vernal" wrote:

> I think it's an interesting idea for us to internally build a few "bridge"
> apps for apps like Dropbox, Instagram, etc. that allow us to basically own
> the end-to-end system for design + testing purposes. This is similar to
> what we did with the Phabricator + Diffusion apps. If we built those apps
> using their public APIs, only made them available to Facebook employees, I
> think we could really test Open Graph end-to-end and explore the limits of
> what News Feed + Timeline will allow us to do, design-wise.
>
> If we approach the problem that way, then I think we could always decide
> to show these to partners to show them what's possible and inspire them to
> build a complete integration.
>
> I think building them for internal testing + showing them if appropriate
> is probably a better framing than building them as leverage with partners,
> even though they have similar results. I think the team was going to
> think through which of the Tier 0 partners would make sense to do this
> with.
>
> Seem reasonable? We can report back after some investigation if that
> seems reasonable.
>
> -mike
>
> -----Original Message-----
> From: ▬ zuckerberg
> Date: Sun, 25 Mar 2012 03:06:43 -0700
> To: ▬

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015693
FB_FTC_CID_01543773

PX1580-001

```
> Cc: Microsoft Office User , Justin Osofsky
> , Sam Lessin
> Subject: Re:
>
> I don't think it's that crazy for there to be some lag in ongoing polling.
> The most important thing is that when the person first connects it should
> pull in all of their historical data immediately. Going forward, it would
> be good if users could tell us to refresh the aggregation if it got behind
> and they were annoyed by that.
>
> Sent from China
>
> On Mar 25, 2012, at 3:36 PM, "███████" wrote:
>
>> Yeah, my short answer to the technical feasibility of the non-consensual
>> extraction approach would be that it is generally possible on a
>> per-partner basis with the following caveats:
>>
>> - Fairly high per-partner engineering cost
>>
>>
>> - Some of the partners you listed (like Path) don't even have publicly
>> available read APIs while others (Dropbox) don't have any real-time APIs
>>
>>
>> - Slow updates for edges other than those made available via a real-time
>> subscription service (as Vernal mentioned polling could theoretically
>> take
>> up many hours depending on what kind of rate-limiting is imposed on us)
>> --
>> I agree that latency is probably fine if this is aimed at Timeline,
>> though
>> it still may feel a little broken to users.
>>
>>
>> ██
>>
>> On 3/24/12 9:41 PM, "████ zuckerberg" wrote:
>>
>>> Also, keep in mind that the primary goal is to encourage / apply
>>> leverage
>>> to get partners to do better integrations themselves. So even if this
>>> isn't perfect, it's still pretty valuable if we can do this this
>>> technically.
>>>
>>> Sent from 中国
>>>
>>> On Mar 25, 2012, at 12:37 PM, "████ zuckerberg"
>>> wrote:
>>>
>>>> Just to clarify, the idea here is to do this without these other
>>>> companies' participation so that way they just get to decide what to do
>>>> when we show them we've built this.
>>>>
>>>> Also, this is all about timeline and not about NF / ticker (ie I'm not
>>>> even sure we'd want this content to show up there anyway) so having
>>>> some
>>>> latency is acceptable.
>>>>
>>>> Therefore, the things to optimize for ate being able to do this
>>>> ourselves without the partners' help and making this as easy as
>>>> possible
>>>> for users.
>>>>
>>>> Sent from 中国
>>>>
>>>> On Mar 25, 2012, at 11:57 AM, "████████" wrote:
>>>>
```

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015694
FB_FTC_CID_01543774

PX1580-002

```
>>>>> To the latency point (which I agree is a big concern), I'll note that
>>>>> both foursquare and Instagram have real-time, subscription-based APIs
>>>>> for checkins and photos respectively. Neither have callback-based
>>>>> access to things like Likes/Comments/etc, though, and that's where the
>>>>> polling would be particularly expensive for most of these partners.
>>>>>
>>>>> Sent from mobile
>>>>>
>>>>> On Mar 24, 2012, at 7:40 PM, "Mike Vernal" wrote:
>>>>>
>>>>>> As you know, I'm a big fan of eventually having a store-like
>>>>>> experience on
>>>>>> Timeline which is something like the following:
>>>>>>
>>>>>> 1/ Click "Add other profiles to your Timeline"
>>>>>>
>>>>>> 2/ Get a view that is ordered more around popular identities on the
>>>>>> Web +
>>>>>> Mobile (Instagram, Path, Pinterest, Netflix, Spotify, Tumblr,
>>>>>> Twitter,
>>>>>> etc.)
>>>>>>
>>>>>> 3/ Select one of those, auth the service*, and then get basically a
>>>>>> ghost
>>>>>> timeline unit on your profile with a progress bar that progresses as
>>>>>> we
>>>>>> download / import all that information.
>>>>>>
>>>>>> 4/ When it finishes, have the full report available and let you
>>>>>> customize
>>>>>> as you want/see fit.
>>>>>>
>>>>>> To do this in a scalable way (by # of partners), I think we'd have to
>>>>>> define some protocol where we can auth you into another service
>>>>>> without
>>>>>> leaving our site. I'd need to think about how exactly that would
>>>>>> work,
>>>>>> but if we required other people to implement Oauth, then I think we
>>>>>> could
>>>>>> just pop the auth dialog for each of those sites, auth you, and then
>>>>>> basically make an API call to that site where we pass you both the
>>>>>> site's
>>>>>> token (e.g., Pinterest) and our token and then tell you to
>>>>>> back-populate
>>>>>> all the data for this user (by making API calls back to us).
>>>>>>
>>>>>> If we built that user experience (and in that way), we could
>>>>>> special-case
>>>>>> top partners that have APIs and just pull the data during that auth
>>>>>> flow
>>>>>> rather than asking them to push that data to us.
>>>>>>
>>>>>> I think having a per-partner integrations is pretty expensive - it's
>>>>>> probably 1-2 engineer / partner for a couple of months, and then
>>>>>> probably
>>>>>> 0.25-0.5/engineer ongoing to just keep it up + running (most people's
>>>>>> APIs
>>>>>> are pretty flaky).
>>>>>>
>>>>>> It's also technically more complex, because we'd have to massively
>>>>>> poll a
>>>>>> lot of sites to get this data. Given our size and the size of our
>>>>>> user
>>>>>> base, we'd have to do a lot of careful optimization to not completely
>>>>>> take
>>>>>> down these sites with our polling. In practice, they'd probably rate
>>>>>> limit us pretty heavily, which would also make for a crappier
>>>>>> experience
```

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015695
FB_FTC_CID_01543775

PX1580-003

>>>>>> (the content wouldn't be real-time but would be delayed by anywhere
>>>>>> from a
>>>>>> few minutes to potentially 6-12 hours).
>>>>>>
>>>>>> Net, I think this is a pretty interesting idea, but I'd want to build
>>>>>> it
>>>>>> in the scalable way where we can support anyone and then special-case
>>>>>> the
>>>>>> top folks who aren't giving us enough data. I'd also want to set
>>>>>> expectations that this is a big undertaking that would probably take
>>>>>> 4-5
>>>>>> engineers and a PM ~6 months to really fully build out and ship.
>>>>>>
>>>>>> It's biggest user experience Achilles Heel would be the latency in
>>>>>> getting
>>>>>> that content into Facebook. It would feel really crappy if your
>>>>>> Instagram
>>>>>> photos or Foursquare check-ins showed up 4-6 hours after you posted
>>>>>> them.
>>>>>> This probably isn't a big deal if you're just adding them to your
>>>>>> Timeline, but it's terrible/fatal for News Feed + Ticker.
>>>>>>
>>>>>> I'll think about it some more; the latency is the big open question
>>>>>> in my
>>>>>> mind.
>>>>>>
>>>>>> -mike
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: ▓▓▓▓▓ zuckerberg
>>>>>> Date: Sat, 24 Mar 2012 15:41:11 -0700
>>>>>> To: ▓▓▓▓▓ , Microsoft Office User ,
>>>>>> Justin
>>>>>> Osofsky , Sam Lessin
>>>>>>
>>>>>> I thought of an idea for getting Instagram, Foursquare to fully link
>>>>>> accounts with OG and I'm curious if it's possible and what you guys
>>>>>> think
>>>>>> of it.
>>>>>>
>>>>>> The basic idea is that these services have their own APIs and we know
>>>>>> which of our users have connected to those services and which users
>>>>>> have
>>>>>> posted things back to FB from them. We could prompt (either
>>>>>> aggressively
>>>>>> the former set or conservatively the latter set) these users on their
>>>>>> timeline or using notifications and ask if they want to sync their
>>>>>> activity to their timeline. If so, we'd get them to auth those apps
>>>>>> and
>>>>>> give us a direct token to those services' APIs and we could pull in
>>>>>> their
>>>>>> content and treat it appropriately in our system. (I'm hoping one of
>>>>>> you
>>>>>> can verify that this is indeed possible and practical.)
>>>>>>
>>>>>> It is obviously not sustainable for us to do this for every service
>>>>>> --
>>>>>> although we probably could do it for the largest and most important
>>>>>> ones
>>>>>> -- but the primary purpose here is more to encourage them to
>>>>>> implement
>>>>>> this correctly than to simply enable the functionality.
>>>>>>
>>>>>> These companies are currently uncertain about whether they want to do
>>>>>> this
>>>>>> fully linking with us. However, of we implement this ourselves, then
>>>>>> they
>>>>>> will be forced to make a decision out of non-ideal options:

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015696
FB_FTC_CID_01543776

PX1580-004

```
>>>>>>
>>>>>> 1) They can block our use of their API while expecting that we will
>>>>>> continue to allow them to use ours. If they block us, then I think it
>>>>>> is
>>>>>> pretty reasonable for us to block them. Obviously not the ideal state
>>>>>> for
>>>>>> us -- but it's a more reasonable way for us to apply leverage than
>>>>>> simply
>>>>>> threatening to turn them off now, which would seem too capricious and
>>>>>> random.
>>>>>>
>>>>>> 2) Do nothing and let us own this experience. They might do this but
>>>>>> I
>>>>>> suspect they would prefer to own this experience than have us do it.
>>>>>>
>>>>>> 3) Implement this functionality themselves and control the
>>>>>> experience.
>>>>>>
>>>>>> (2) and (3) both seem like acceptable outcomes for us. In fact, even
>>>>>> if
>>>>>> they do (3) we might still want to keep our implementation of (2)
>>>>>> running
>>>>>> to maintain leverage.
>>>>>>
>>>>>> One thing we've discussed in the past is the idea of having a store
>>>>>> linked
>>>>>> from your timeline of apps you can add there. From that perspective,
>>>>>> building and maintaining our own implementation of pulling data from
>>>>>> others' APIs seems like a reasonable thing to do sustainably.
>>>>>>
>>>>>> This should work for any service that has an API -- which includes
>>>>>> most
>>>>>> good, modern startups -- so we could do this for Dropbox, Pinterest,
>>>>>> Path,
>>>>>> etc as well if we wanted.
>>>>>>
>>>>>> Thoughts?
>>>>>>
>>>>>> Sent from ▯▯
>>>>>>
>>
>
```

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015697
FB_FTC_CID_01543777

PX1580-005