# PX1708

## Public Record Version

| From: | Mark Zuckerberg </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=■■■■> |
| To: | Peter Deng |
| CC: | Raymond Endres; Cory Ondrejka; Mike Schroepfer |
| Sent: | 3/24/2013 11:48:57 PM |
| Subject: | Re: Winning at messaging |

Thanks for all sending such detailed analyses here. I've had a chance to read through all of them.

For tomorrow's meeting, it would be great to distill this down to some concrete asks for exactly what resources you think we should consider allocating towards messaging instead of wherever else they'd go.


Peter Deng <■■■@fb.com> wrote:

Cory's and Raymond's emails are great detailed descriptions of what we've discussed. Bringing it up a level, I'd emphasize that on the product level, we are at the point of tuning features now that we have our big ones built (groups, broadcast, stickers, chat heads). Sorry for the slight overlap with the previous emails, but here's what's top of mind for me.

Product areas we need to tune:

 - NUXes + optimization. For all the features we've built, we've done no work tuning them, nor have we told people what things like "Blast" or "stickers" are. We need to optimize these.
 - Perceived reliability + actual reliability + low-end Android. More engineers here would help move messaging numbers and perception almost guaranteed. We have ideas, and they need to be executed, starting with meticulous logging and understanding. I'm asking ■■ to help focus the team on the highest leverage reliability wins until I find a senior full time PM.
 - Presence + Matchmaking. Early tests are showing great results fro things like keeping the green dot while your screen is on in Android. Lots
of optimization with dive bar ranking, presence icons, etc... Also, we want to make sure we're promoting friends who will respond to your message (this is new). ■■■ is driving this.
 - Chat heads on FB4A. In the interim, we should at least do an upsell to Messenger in FB4A. ■■■ is driving this.

New product initiatives (some are crazy):

 - Country-focused growth. India and Indonesia have been identified as the key countries, which if we can tip, will give us the blueprint for tipping other countries. I would need a dedicated senior PM who's passionate about going all out: understanding the market, features, low-end devices, buying billboards, etc... Pitched this to a few people, no traction yet.

 - Go big on VOIP and video. Raymond covered this. We could go a lot faster with more resources.
 - Build location/meetup features. The live "on my way" map will help us be better at event coordination than others. We've correctly deprioritized this because we needed to get the basics, but this can be a differentiator for us. ■■■■■■ is looking to acquire Twist, which has built this feature. We should beef up our location team anyway. This one is not dependent on Aura if we have more engineers.
 - Free SMS + contact messaging. We don't have any PM resources to look into this, but this is a potential opportunity for us to differentiate ourselves and fix the graph problem: make phone number to phone number messaging really good, go to market as letting you send free SMSes (we'd

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

pay for them), but over time, people who have the app would go over IP.
Kind of like what iMessage did, but on all devices. Because we're focusing
on phone numbers, we'd get people to try this for close friend
communication. Not vetted, but something to think about.


Processes we need to fix:

 - Speed up design. I'm working with ███ o make the design process more
streamlined. He's got two new designers he's thinking about moving to
messages that will help set the standard for delivering designs quickly
and allowing us to build more tests to move our numbers. Design hasn't
been fast enough, and we're working on it.
 - Fix the release process. Quite bluntly: the amount of time ███ and
Raymond had to spend on arguing for our features to get in the release
(risks that were not even risks) was a misallocation of resources. I'm so
glad Raymond and ███ are working on the mobile release process, and I
don't want to come off as someone who needs special treatment, but the
release process slows us down. Last year, I had to fight like hell to get
dive bar in (turned out to be +20% lift in message sends), and recently,
we spent a lot of energy making the case for polish for stickers. I kno these features are coming in hot, but we're working as fast as we can.
Put
another way: if LINE had a big feature coming out, they would absolutely
hold the release and/or take on more risk for that feature. No question.



On 3/23/13 9:26 AM, "Raymond Endres" <███ @fb.com> wrote:

>I confess I'm not sure what I would do with 940 engineers... but there is
>definitely more that we could be doing.
>
>- I could put another 10+ engineers to work immediately on existing
>projects to accelerate them.
>- Progressively, we could leverage another 30 engineers to do more
>projects in parallel
>- We could vastly improve the tooling, automation, and testing for all the
>mobile apps which would both improve overall efficiency and help messaging
>iterate more easily.
>
>
>Here's a quick first pass by your categories:
>
>Large feature areas:
>- zero rating the main app - we could be starting this now and
>accelerating our zero rating progra >- contacts and wildfire - instead of only focusing participation rate
>within the network, we could run this in parallel.
>- voice & video - we could double down on competing with hangouts (web &
>mobile) this year instead of running a resource constrained project
>- emerging markets - we could explicitly target markets tests &
>potentially features and improve low end android no >
>
>Engineers on messaging:
>- reliability / performance / bandwidth - we could do incrementally more
>per platfor >- perceived reliability & performance - we could be experimenting more in
>parallel in each release
>- web/php - we understaffed by 2 eng here because of attrition but could
>easily use 4+ across www & mobile sites
>- appserver - we could expand service reliability, latency investigations
>with hbase, and start additional hardening projects
>- apollo/hydrabase - we'll want to staff up a long term hbase alternative
>soon
>- growth - room for one more engineer
>- android - invest more in sms, contacts, dialer
>- iOS - accelerate integration with wilde code base


CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

>- real time infra - need to do a little backfilling but not urgent
>- api - we could do a better job of internal apis (to support other teams)
>and xmpp/apis for integration
>- desktop client/firefox/blackberry - we're essentially ignoring these
>clients
>
>
>Other teams:
>- Core/releng tools/automation/testing (in progress, but understaffed on
>at least iOS)
>- Photos in messages (in progress, but needs more Android support)
>- Breakfast club (in progress, but understaffed)
>- Platform (in exploration)
>
>
>Process:
>- Fix the overly conservative iOS release process to make sure important
>messaging features can land in each release. ███████ has been a great
>partner in finessing the current release and in trying to figure out the
>right balance and culture longer term.
>- Get Android weeklies running again ASAP. (Planned.)
>- Make sure there are consistent, stable releases for FB4A post Ansible so
>messaging has ship vehicles. I'm worried about delays here post lockdown
>and want to make sure we consider a messaging only FB4A release shortly
>after ansbile if necessary.
>
>
>
>
>
>On 3/22/13 10:04 PM. "Cory Ondrejka" <███████@fb.com> wrote:
>
>>* Had really useful talk with Raymond today and now better understand ho >>the release process is slowing messaging and how their
focus has shifted
>>to include the main app. Raymond and ██████ already digging in and
>>starting the process of identifying improvements. Short version is that
>>with teams who are willing to own their parts of quality and perf in the
>>main app, we should become comfortable federating more trust and
>>responsibility. This will involve adjusting people involved in the
>>release
>>process, continued progress towards tooling, and better shared between
>>teams related to product features and quality. Raymond/Peter have
>>additional color here.
>>
>>If I had more resources to put towards messagingŠ
>>
>>
>>* Unify our posting and messaging abstractions and infrastructure. We
>>should be able to like messages, easily choose audiences for a post, etc.
>>More broadly, we're still being reactive around messaging rather than
>>focusing on what messaging and posting really mean in the Facebook
>>context. I'm *not* suggesting that we abandon thread views and other ways
>>to see messaging-like content, but if we were turtles all the way down,
>>we'd have easier options around moving the user -- and their content --
>>between feed and messaging contexts.
>>
>>* Related. where else should be running with the core ideas of content
>>and
>>people centric? Aura, chat heads and head case, of course. But hot heads,
>>putting presence in more places, social browsing on tablets, social tv,
>>etc. Generally, get more experimental in how we operated from our core
>>principles.
>>
>>* Messaging + posting + hashtags + hashtag filters is like chocolate and
>>peanut butter plus salt and caramel. Having a mobile view in both our

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

>>main
>>apps and messenger apps focused on the more Twitter-like use case (but
>>with the ability to control audience, carry on a threaded conversation,
>>add photos, links, etc) would be a killer use case (and play nicely with
>>both groups and public content efforts).
>>
>>
>>* Messaging + local + events + photos could be another sweet spot,
>>whether
>>planning an event, documenting it, reminding friends they are missing it,
>>etc. We could spend the time to optimize flows and interfaces to ensure
>>messenger is the key piece for attending and sharing events large and
>>small.
>>
>>*** Next three are related to the bottom of the market where I'd hate to
>>give any of our competitors an easy foothold
>>
>>* Double down on Snaptu-messaging. Messaging is a great
>>java-phone/low-end
>>use case, it's easy to understand, and Snaptu gives us a killer
>>development and deployment platform. Currently Snaptu is relatively
>>under-staffed, not integrated into FB infrastructure/abstractions, and
>>has
>>never received any design love. Also, messaging Snaptu is a killer
>>on-ramp
>>to Apollo.
>>
>>* Same argument for Snaptu. More Snaptu will broaden messaging
>>availability on Java phones, act as an on-ramp, etc. Snaptu has greater
>>advantages for the messaging case so I'd put this strictly lower priority
>>than snaptu-messaging.
>>
>>* Growth + messaging is on this, but make sure that SMS + m-site is a
>>viable chat and messaging platform to supplement low-end coverage with
>>Snaptu and higher end with Android.
>>
>>
>>
>>--
>>Cory Ondrejka
>>             ██████@fb.co >>(c)██████████
>>
>>
>>
>>
>>
>>On 3/22/13 9:07 AM, "Mark Zuckerberg" <██████@fb.com> wrote:
>>
>>>Being the best messaging service is the biggest opportunity and
>>>mitigation to the biggest threat we face today. The space keeps heating
>>>up, including Google about to get into this in a big way, Line with more
>>>than 1,000 engineers just focused on their app and rumors of WhatsApp
>>>expanding into more services as well.
>>>
>>>We have a team of ~60 engineers, which is a lot, but given the
>>>importance
>>>of success here, I often find myself wondering what else we could do to
>>>increase the chances of our success.
>>>
>>>It seems like a good time for me to put this question to you guys, no >>>that a lot of the big features we've worked on for a while are nearing
>>>release (eg Chat Heads, broadcast, composer integration, stickers, like
>>>button, aura, etc) and we'll be able to start shipping more Android code
>>>post-Ansible release.
>>>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

>>>If we had more engineers working on messages, what else would we be able
>>>to do?
>>>
>>>If we could get other teams at Facebook to build anything we wanted for
>>>messaging, what would we have them do?
>>>
>>>What are the process bottlenecks that we have today that we could
>>>improve
>>>to speed things up?
>>>
>>>I'd love to hear all of the ideas you guys have here, including
>>>relatively extreme things that might sound crazy at first.
>>>
>>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC