# PX2357

## Public Record Version

| | |
|---|---|
| **From:** | Chris Cox </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=█████> |
| **To:** | █████ |
| **BCC:** | █@fb.com; █@fb.com; █@fb.com █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com; █@fb.com |
| **Sent:** | 2/22/2011 9:24:46 AM |
| **Subject:** | HPM |

HPM

- **Engagement.** Just nudged 41.0% L6+ (+1% w/w), driven by an absurd week in KR and strong continued mobile adoption. We are double-checking the Koreans aren't fake before we celebrate.
- **Photos.** Center Stage launched to 100% of users. Feedback on this feature has been pretty bi-polar, positive engagement numbers sustain. The photos team is now focused almost exclusively on a new mobile photo app as we gawk at Instagram's simple photo-sharing app taking off (and even our own app sees fat growth...mobile uploads increased to 17.7M day, +5.3% w/w). Like Beluga, watching these guys explode validates our strategy of de-cluttering our mobile experience and offering standalone messaging and photos products outside from the monolithic app garden...
- **Beluga.** This deal should be closing next week after we agreed to terms. We've worked out a plan for these guys will become our mobile messaging team; start shortly, sunset Beluga and launch a standalone FB messaging product. This will look like an upgraded version of Titan with some of the high-quality Beluga integrations like location and map-view. This team will move to launch something quickly (~ 6 weeks), with the goal of folding this back into FW/Buffy once we have more traction in this space. Meanwhile, our Titan rollout is crawling.
- **Mobile Production.** A report pulled this week showed that **38% of status updates** are published from phones (by volume), with **20% alone** coming from m-site. While consumption is still overwhelmingly web-based by volume, content production is over-indexed to mobile by almost an order of magnitude.
- **Places.** If you're following this, last week 4SQ announced 6.5M MAUs w/ 2M checkins/day @ 17% m/m growth in MAU vs. our 11M MAUs w/ 2M checkins/day @ 23% m/m growth. So we're in reasonable shape here, boosted by another crazy week last week driven by US engagement (+9% WAU).
- **Groups.** Slowed down a bit this week (142M MAU, +4.3% w/w) while Groups became the vehicle of choice for the middle-east which kept numbers afloat. Check out the attached picture of groups activity in Egypt v. ROW.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC



- **Local.** May have to revise upwards our growth targets on engaged businesses (on track to 1.5M by H1, 3M by H2) after our page/place merging is going better than we thought. More on this next week.

## People

█████. For his 5-year cliff, trying to craft a role for him to work on Super-Like (users paying for distribution) in addition to just Games -- we hope to get him engaged in something that will play to his strengths and that the commerce team badly needs. Work in progress.

Optimize.ly. Exploring a potential acquisition with these guys, they would help █████ out as the PM staff for Platform.

Snaptu. Naomi picks up the slack to run the Snaptu visit this week after █████ is out, doesn't flinch.

## Me

███████████████████████████████████████████████████████████████

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC