# PX2501

## Public Record Version

Mr. Mark Zuckerberg
April 16, 2012

Attachment 4(c)-14



posted in

Open Q&A with Mark – April 13, 2012

Video

All Q&A archives can be found off the company homepage:

9:48pm Apr 15

Intro (11 min): Launched Communities to 100 schools and about 45% of students joined within the first two days. The context of this product is that we want people to understand their different social groups and the different engagement that can be created on FB. Gives us the highest leverage to get and we will expand into work and other types of Communities.

Upcoming launches are Android 1.9, then Messenger with read receipts and then Snap.

We bought Instagram because they have similar values in terms of the product and company, but the growth trajectory is immense. They had 36 million users when we signed the agreement, since then they launched Android plus the press, and are growing at 8 million users a week. They had a higher like rate for photos and we are getting a part of their user base that should be 100 million in a year. I compare where we were with Instagram with Twitter and we actually tried to acquire Twitter too. We put an offer in on what people we're saying they were valued, but it never happened and what I took away was that they needed to be purchased at more than what they're worth. We don't think about FB for what it's worth now, but what it will be worth, and I didn't want to make the same mistake that we did with Twitter. I don't think Snap will hurt Instagram's growth or vice versa, but together we can do so much more. The probability of them getting to 100 million is high and they're a meaningful social product that got built, so it was a no brainer to do this. A lot of companies that grow quickly don't want to sell, but they did because of our culture, how we worked with them on their growth and their Open Graph implementation. We want to do even more together now once the acquisition is final.

Highlights:

1. What future revenue streams that don't exist today are most excited about and think have the most potential? At 18:20 (14 min) [Answer Summary: We are behind in revenue which gives us a good moment to step back and think about all of these good models. We haven't explored as much in ads like search, in commerce like testing virtual gifts for birthdays and in games to paying for extra stuff. There's other stuff like APIs for developers or helping companies fight spam problems since we have a great model for doing it. I think we will be doing a bunch of these things in the next few years and will unlock new value, not just money.]

2. We're hiring engineers and we're going to need more managers as a result. How do we ensure that they won't change the culture of the company? Are we looking internally? At 48:00 (3 min) [Answer Summary: People talk about not wanting the culture to change and what we really want is for the company to evolve, but our core values to stay the same. We want to get better and it's not going to be the same previously and not in the future. The culture could be worse if we didn't have great people and the most important thing is to make sure they care about building stuff and adding value. Jocelyn Goldfein: In 2011 we had 40 new managers in eng and we hired 4 or 5 externally. So we definitely grow within and that is absolutely our plan going forward. We are growing eng at a faster rate, so we will need to look outside more because of this, but we are going to stick to our referrals, look harder and I think you can still expect that the balance will be internal because that's our DNA.]

3. Alex Schultz story - Turning around growth in 2007/2008 and how right now is the best opportunity to make the biggest impact. You can change the trajectory of the company and make an impact on the whole world.

-----------
Full Chronological Order:

What's the timeline for us to put out a search product? At 10:50 (5 min) [Answer Summary: Later this year, which is ambitious. The vision is to index all OG content, then newsfeed and posts. It's not

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_01527429

PX2501-001

going to look like traditional search in any way, but once we launch this we will get good feedback to get use cases that will layer in advertising and help with the business.]

Why do we support CISPA which is opposed by EFF? At 15:20 (3 min) [Answer Summary: Ted: CISPA is a good idea because it protects us against cyber-attacks and intrusions, like the famous Chinese attack. The more that we can learn from other companies, the better we can defend the site and our users. EFF raised that there could be insufficient safeguards about information, so we respect the concern. We will see where the sponsors take it at this point.]

Highlight 1

Can you explain the strong arming of us by Menlo Park City, as we paid a few million for extra parking and more people on campus? At 32:40 (2 min) [Answer Summary: Ebersman: Unpleasant things happen when you want to get an approval to change the configuration of either your home or business and you get to learn about the city rules. We inherited the Sun contract but don't pay a sales tax, so we agreed to make payments to the city to enable them to improve the traffic, lights and ongoing funding for other projects. The payments to Menlo Park seem distasteful, but there's no other way. The city has been really collaborative and this is really how every city does this.]

Posters have been put up about focusing on the average user, are there any takeaways from these? At 35:50 (1 min) [Answer Summary: I haven't seen these posters or why they have put any of them up.]

We said we were going to have a global opt out on Read Receipts and had a huge debate -- what are your thoughts? At 37:30 (7 min) [Answer Summary: Setting the expectation for how we want this to work now is important. We need to win in this market because it's clearly the future. Layering in read receipts might feel weird, but we are starting at the ground floor for mobile messages. However, stuff like read receipts is the norm on other networks and we need to take the short term pain of this. I think mobile messaging is fairly early in the market, but we have to be committed to be the best.]

Do you think you've screwed business development because companies are going to want to know where's their billion dollars? At 44:20 (4 min) [Answer Summary: Instagram is a mega-network and on a path to be a big business, but it's a little deceiving that they only had 13 employees because it seemed like a smaller talent acquisition. Being smart and good is not always sufficient to being a good company, but we bought the one that was biggest and was on the path to win.]

Highlight 2

Any update on ▮ and her TV project? At 51:20 (1 min) [Answer Summary: I asked her if she would be acting in it and she said no. She's more so helping them manage it. ▮ is creative and crazy, a Zuckerberg. I'm sure it will end up being pretty cool.]

Highlight 3

Q and A with Mark April 13th 2012
Q and A with Mark April 13th 2012

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_01527430

PX2501-002