# PX2502

## Public Record Version

- from: ▮▮▮ (▮▮▮@facebook.com)
- to: Mark Zuckerberg(▮▮▮@facebook.com), ▮▮▮ (▮▮▮@facebook.com),
- time: Mon Apr 09 10:09:06 PDT 2012 (1333991346941)
- subject: null
- body

    Wow, awesome news. I like that you're not killing the independent product. I love instagram.

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0015999
FB_FTC_CID_01544079
PX2502-001

PX2502-002

- from: Mark Zuckerberg (█@facebook.com)
- to: ██████ (█████@facebook.com), Mark Zuckerberg █@facebook.com),
- time: Mon Apr 09 10:51:24 PDT 2012 (1333993884473)
- subject:
- body

Yeah, I remember your internal post about how Instagram was our threat and not Google+. You were basically right. One thing about startups though is you can often acquire them. I think this is a good outcome for everyone.

CONFIDENTIAL

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB0016000

FB_FTC_CID_01544080

- from: ██████ (██████@facebook.com)
- to: Mark Zuckerberg(█@facebook.com), ██████ (██████@facebook.com),
- time: Mon Apr 09 11:21:44 PDT 2012 (1333995704999)
- subject:
- body

Yeah, totally. Excited to see more people using it as it gets more distribution, better login integration, etc. Individual photos are such a good way to share what you're doing.

CONFIDENTIAL

FB0016001

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_01544081

PX2502-003