# PX2522

## Public Record Version

| | |
|---|---|
| From: | Sheryl Sandberg </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=▮▮▮▮▮> |
| To: | Mark Zuckerberg; Sheryl Sandberg |
| Sent: | 4/5/2012 10:52:15 PM |
| Subject: | Message summary [mlMxRylmy+SDp4Y2DwzOcA==] |

Mark Zuckerberg:
>I think we're going to get Instagram done at 1.3% or 1.4%. I'm breaking to interview someone now but Kevin and I will likely agree on a number later tonight.
>
>Can you get the team mobilized to get together and get this done quickly? He has extreme time pressure because of his other investment, so if we can get this done Saturday that is better than Sunday. They should have all day tomorrow to work.

Sheryl Sandberg:
>Yes!

Sheryl Sandberg:
>starting an email thread to get started --we can move fast. Please respond so we get all of the info we need.
>

Mark Zuckerberg:
>He's calling ▮▮▮▮ now to get approval. ▮▮▮▮ doesn't want to do it since he thinks price is too low.

Sheryl Sandberg:
>One other thing, Amin was ▮▮▮▮ boss - he worked for him in corp dev. So this is good.
>

Mark Zuckerberg:
>It will be ~1.38% of our stock.

Mark Zuckerberg:
>▮▮▮▮? You mean Kevin?

Sheryl Sandberg:
>yes - sorry - tired
>
>But, Amin thinks we are dramatically overpaying. I talked him through it but he wants to talk to you. Please take 10 min to talk to him in the AM. respectful and he rocks.

Sheryl Sandberg:
>he will do the deal as if he believes - but just a nice thing to do
>

Mark Zuckerberg:
>Just want to gut check that this is reasonable. Do you think it's way too much?

Sheryl Sandberg:
>can I call you?
>

Sheryl Sandberg:
>yes of course it is way too much
>

Sheryl Sandberg:
>but we knew that

Sheryl Sandberg:
>calling
>

Sheryl Sandberg:

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_09913973
PX2522-001

>just spoke to █

Sheryl Sandberg:
>calling you now
>

Mark Zuckerberg:
>Kevin came back and said he's not sure if he's willing to push his investors to do this. I think he likely means it. He's going to sleep on it and we're going to meet up in the morning. I'll let you know how that goes.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_09913974
PX2522-002