# PX2892

## Public Record Version

**From:** Facebook <██████████@facebookmail.com>
**To:** Chris Cox
**Sent:** 2/8/2011 9:55:41 AM
**Subject:** Mark Zuckerberg sent you a message on Facebook...

Mark sent you a message.

---

Instagram seems like it's growing quickly. In 4 months they're up to 2m users and 300k daily photo uploads. That's a lot. We need to track this closely.

Also, apparently Dropbox's next big push is going to be in photo sharing. ██, have you heard anything back from ██ on this?

Conversation with Chris Cox, ██████ and Mark Zuckerberg
---

You can reply to this email to reply to all recipients of this message.
Recipients: Chris Cox, ██████ and Mark Zuckerberg

To reply to this message, follow the link below:
████████████████████████████████████████████████████████████████

========================================
This message was intended for ██@fb.com. Want to control which emails you receive from Facebook? Go to:
████████████████████████████████████████████████████████████████

Facebook, Inc. P.O. Box 10005, Palo Alto, CA 94303

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

PX2892-001

FB_FTC_CID_02437592