# PX2965

## Public Record Version

| | |
|---|---|
| **From:** | Mike Schroepfer </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▇▇▇ |
| **To:** | Mark Zuckerberg; Mike Schroepfer |
| **Sent:** | 4/3/2012 5:34:08 PM |
| **Subject:** | Message summary [▇▇▇@mail.▇▇▇.com>] |

Mark Zuckerberg:
>I was just looking through the stats Kevin sent me about Instagram as part of our diligence on them. At the time they had 24m registrations, 9m 30-day actives and 5.5m 1-day actives. They had 6.7m photos/day. All metrics were growing at a rate of ~5-6% w/w.
>
>This is interesting on a few levels:
>
>- Monthlies are lower than I'd expected (37.5%), and this isn't even a percent of their overall downloads, which I imagine is even higher. This may just be a result of them still being fairly early, but it means they're not quite as established quite yet as it seems.
>
>- The ratio of dailies / monthlies is quite high (61%) around where ours is, which means that even though they only do one thing, it's extremely sticky once you start doing it.
>
>- Their growth rate is crazy. 6% weekly is really fast when growing off of their current base. We should expect this to only increase as they just launched their Android app and have an open market there to exploit.
>
>What this means for us is that we really need to launch something soon. We should push the team to crank and get this out. If we launch soon, we can hopefully get to a comparable scale to what they have now relatively quickly. If we take a lot longer then they may really be unreachable.
>
>Please don't share these exact stats or their source with anyone on the messages team. You can use the high level themes to motivate them though.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_08621082
PX2965-001