# PX2970

## Public Record Version

**From:** ▮▮▮▮ </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮> on behalf of Peter Deng
**To:** Alex Schultz; ▮▮▮▮
**Sent:** 10/8/2012 12:53:16 PM
**Subject:** Messenger Growth XFN SWAT

10/8 Adding Alex and ▮▮▮▮

Hey everyone,

We are facing a huge threat with messaging competitors. As I told the Messages team at our all hands yesterday, this is the biggest threat to our product that I've ever seen in my 5 years here at Facebook; it's bigger than G+, and we're all terrified. These guys actually have a credible strategy: start with the most intimate social graph (I.e. The ones you message on mobile), and build from there.

We've been working independently, and we've kicked off some initiatives, but now, it's time to regroup. I've been digging deeper with teams this week, and we'll be ready to have a productive meeting. ▮▮▮▮, let's get 90 min together early next week. **All – please make time for this.** It's very important. This may need to be an evening or Wednesday.

Agenda:
0. Framing (▮▮▮▮)
1. Growing within integrated apps ▮▮▮▮
    - What we're doing & timeline
    - Discussion: what are bolder things we should be doing?
    - Conclusion: where should we shift resources/invest in
2. Growing Messenger within FB ▮▮▮▮
    - What we're doing & timeline
    - Discussion: what are bolder things we should be doing?
    - Conclusion: where should we shift resources/invest in
3. Growing Messenger to new users ▮▮▮▮
    - What we're doing & timeline
    - Discussion: what are bolder things we should be doing?
    - Conclusion: where should we shift resources/invest in
4. Growing via Partnerships ▮▮▮▮
    - What we're doing & timeline
    - Discussion: what are bolder things we should be doing?
    - Conclusion: where should we shift resources/invest in
5. Growing via new features (▮▮▮▮
    - What we're doing & timeline
    - Discussion: what are bolder things we should be doing?
    - Conclusion: where should we shift resources/invest in

We will schedule smaller follow ups as necessary and another 30 min check in one week later ▮▮▮▮ – please schedule this as well). Please make time for this as well.

Thanks everyone,
▮▮▮▮

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_09504642
PX2970-001