# PX3002

## Public Record Version

Confidential

# Case M.7217 – Facebook / WhatsApp

## Responses to Questions of 6 August 2014

**RELEVANT MARKETS**

1. Please discuss the following possible relevant markets:

    a) **The retail market for (mobile IP-based) consumer communications services.**

[See Section 6.1 of Form CO.]

   b) **The retail market for social networking services.**

[See Section 6.2 of Form CO.]

   c) **A possible market for consumer engagement: this market would result from the strict interrelation between consumer communications services and social networking services. In this market undertakings would compete for share of user time which can be monetised in several ways e.g. through additional relevant markets, advertising.**

[*See* paras. 156 to 162 of the Form CO]

The Parties understand that third parties are seeking to define a market for "consumer engagement", namely a market for activity which attracts and holds the attention of consumers and which can be monetised. Such a market would be comprised of all online activities and offline engagement activities such as watching streaming videos, watching TV, listening to streaming music, radio, reading online content, and print media like newspapers and magazines, going shopping, gaming, *etc.* Consumers "engage" when they take part in these online and offline activities, all of which have been monetised in various ways. No possible competition issues could arise in such a market in relation to the proposed concentration.

The same is true if the proposed market for "consumer engagement" were limited to *online* activities. Such a market would include all online engagement activities (*e.g.*, online and streamed television and video content, search, online banking, e-commerce, email, communications, social networking, gaming, and online and streamed music and radio). As Ofcom's 2014 Communications Market Report makes clear, in Q1 2014 consumers in the UK have identified engaging in at least this range of activities using the internet:[1]

---

[1] http://stakeholders.ofcom.org.uk/binaries/research/cmr/cmr14/2014_UK_CMR.pdf.

1

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00005242

PX3002-001

Confidential



The following chart makes a similar point for "consumer engagement" related to online engagement on smartphones.[2]



Figure 6: Average time per day spent using various functions and apps on smartphones, 2013 (n = 1596) [Source: Analysys Mason and Nielsen, 2014]

- Communication
- Social networking
- Gaming
- Other entertainment
- Utilities and commerce
- Browsing
- PIM
- Multimedia
- Maps and transport
- Uncategorised

Total: 194.7 minutes
25%

Once again, there can be no competition concern with the proposed transaction in such a market. WhatsApp and Facebook both account for a miniscule slice of "online engagement."

Third parties apparently do not limit their argument to a "consumer engagement" market. In addition - or alternatively - they seem to propose various versions of a constructed market that draws an artificial line around social networking plus consumer communications minus everything else. This argument fails as well, because in the real world, there is no such "market."

From a user's perspective, a social networking service is not a substitute for a consumer communications service (or vice versa). Users of consumer communications services want to exchange urgent messages with a single recipient or a small group of their inner circle. By contrast, users of social networks post pictures or links to their walls, comment on or "like" other user's

---

[2] *"Consumer smartphone usage 2014: OTT communication services"*, Analysys Mason, April 2014, at page 15.

2

activities, follow their friends' feeds or streams, play games, hone their profiles, explore other users' networks (i.e., through visible "friend lists"), friend or unfriend other users, engage in polls, etc. Moreover, while services with social features can include communications functionality (see further Q2 below), this functionality is generally used differently to that provided by stand-alone communications services. For example, users commenting on a post cannot direct their message to a particular user and then continue to engage in a dialog with that user, they know that their comments may be addressed by commenters other than the poster of the original material, and they do not expect a real-time response.[3]

Finally, third parties are arguing that WhatsApp and Facebook fall into the same product market (while most everything else is excluded) on the basis that WhatsApp integrates social networking functionality and, thus, is a social networking service. As the Parties have made clear in the Form CO and in response to Q2, below, WhatsApp is not a social network. It does not enable users to create detailed profiles containing a number of data fields like date of birth, relationship status, job status, etc., time-lines or news feeds, or to post information, explore other users' networks (i.e., through visible "friend lists") or carry out many of the other features that form part of the social networking user experience. WhatsApp is a consumer communications tool that enables users to send messages to each other and, soon, to make voice calls. The Parties understand that third parties have pointed to WhatsApp's Broadcast List messaging functionality as being a social networking feature. It is not. As explained in more detail in response to Q2, below, the Broadcast List messaging functionality simply enables users to send the same message to multiple recipients without disclosing the distribution list. This is a tool to *avoid* group discussions, not to encourage social networking. If the Broadcast List functionality is a social networking feature then so is the Bcc functionality in email.

### d) A possible wholesale market for online social advertising, a non-consumer market through which consumer communications and social networking services are monetised and which would be distinct from other forms of mobile advertising services (e.g. Google search).

[See paras. 163 to 165 of the Form CO]

This argument relates to the other side of the social networking plus consumer communications multi-sided market proposed above. However, because there are no advertisers on WhatsApp, it is simply not a two-sided platform.

---

[3] The Parties also note that communications functionality is a complement to many other online activities. Consumer communications services are no better suited to be used alongside a service with social functionality than they are to be used while users are also watching television or YouTube clips, listening to streamed music or gaming. TVs increasingly have built-in cameras for video communications. Similarly, the use of communications apps while gaming has been acknowledged for some time, and drove Microsoft's decision to make Skype available on Xbox One (http://blogs.skype.com/2013/11/26/the-road-to-skype-for-xbox-one/), and Sony's to offer PS4 Chat Party (http://uk.playstation.com/psvita/apps/detail/item471888/Party/). Users have also been using communications functionality, such as instant messaging or embedded voice and video communications in Gmail and Yahoo! Mail, alongside productivity apps (e.g., email) for years (http://www.techrepublic.com/blog/five-apps/five-enterprise-instant-messaging-systems/).

3

Confidential

As the Parties have explained in the Form CO, WhatsApp does not currently allow ads because it believes that they would disrupt the experience it wants to deliver to its users.[4] Facebook has no current plans post-merger to introduce ads on WhatsApp. Moreover, to the extent that third parties are claiming that the proposed concentration would enhance the consumer data that Facebook could use to target its own ads, display ads that it might serve or data analytics that it could provide, the Parties reiterate that the proposed concentration would not impact the type of data that WhatsApp collects and stores. WhatsApp does not currently collect data about its users concerning age, verified name, gender, social group, activities, consuming habits or other characteristics[5] that would augment the data that Facebook could use to better target marketing and advertising (see further response to Q10, below). Facebook has made it clear that it has no current plans to modify WhatsApp's collection and use of user data. Thus, in the Parties' view the issues raised by this question are not relevant to assessing the competitive effects of the proposed merger.

In addition, there is simply no basis for defining an advertiser-facing market for "social advertising". Advertisers buy search ads and display ads. Social networking and ad-sponsored consumer communication services (the latter of which do not include WhatsApp) are part of display advertising, along with a vast universe of additional publisher categories. The collection of services that the third parties suggest constitutes a relevant product market does not reflect market reality.[6]

2. **Please explain whether in the Parties' view broadcasting of (or posting) messages can be considered a service characteristic of social networking services. More generally, please explain what are in the Parties' view, the elements of the offerings distinguishing social networking services from consumer communications services.**

[See paras. 163 to 165 of the Form CO]

As the Parties have explained in Section 6.2 of the Form CO, WhatsApp is a mobile consumer communications service that enables one-to-one and group real-time communications with other WhatsApp users on mobile handsets . While it offers functionality including group chat, the sending of photos and videos, and the sharing of location information, it is not a social networking service. Rather, it is focused on enabling fast, simple communications between WhatsApp users who already have entered each other's phone numbers in their handsets' native address books.   In contrast to social networking services, WhatsApp does not allow to add new contacts by exploring other users' visible "networks" (i.e., "friends lists").

---

[4]   See http://blog.whatsapp.com/245/Why-we-dont-sell-ads.
[5]   VNU/ACNielsen Case COMP/M.2291, at para. 23.
[6]   To the extent that third parties have suggested that the Commission's 2012 decision in Case COMP/M.6314 - Telefónica UK/VodafoneUK/Everything Everywhere/JV, helps their cause, they are mistaken. In that case, the Commission considered whether there are distinct markets for different types of mobile advertising and expressly decided to leave the question open. In its analysis, the Commission noted that the various types of mobile advertising form part of a bundle of different advertising techniques within integrated campaigns in which warehoused data is used across the various advertising techniques, a finding that contradicts finding a narrow market for "social advertising". In any event, there is no reason to revisit this decision in the context of the pending investigation, because WhatsApp is not a participant in any advertising market.

4

Confidential

Consumer communications apps such as WhatsApp do not offer the rich social user experience organised around a user's (and his or her friends') detailed profiles, timelines and news feeds. They do not offer a content-based social graph that includes users' likes and interests (including music, movies, sport, theatre, restaurants, activities, etc.) such that it is digitally expressing the objects and activities users are connected to off-line. Users of consumer communications services want to exchange messages with a single recipient or smaller groups consisting of their inner circle. By contrast, users of social networking services post pictures or links to their walls, comment on or "like" other user's activities, follow their friends' feeds or streams, play games, hone their profiles, explore other users' networks (through visible "friends lists")friend or unfriend other users, engage in polls, etc.

Social networking services enable communication with a broad 'social graph' encompassing contacts from a wide variety of social settings – from university to family to colleagues – and new contacts that can be added from the visible "networks" (i.e., "friend lists") of other users. Consumer communications apps are used to communicate privately with a user's inner circle of family and friends.

Services with social features often include communications functionality (e.g., enabling contacts to comment on postings). However, this communications functionality does not constitute the core user experience and is generally used differently to that provided by stand-alone communications services. For example, users commenting on a post do so publicly with several other users, do not expect real-time responses, and they know that their comments may be addressed by commenters other than the poster of the original material. A user knows that he/she is often communicating publicly with a friend's social graph, not just his/her friend:



Poster - friend of the user

Friends of the poster but not the user

5

Confidential

Stand-alone consumer communications services facilitate private messaging, voice calls and video communications with individuals or smaller groups identified by the user. They are more immediate (with notifications being pushed to recipients). Further, they are intended for the addressees and are not seen by friends of those addressees, and the sender is expecting a response from the recipient.

Broadcast messaging – like the Broadcast List service offered by WhatsApp – is not a social networking feature. Broadcast List is an abbreviated reference to the "Broadcast to List". Unlike the above example, this functionality does not enable the sharing of content with a broad group of 'friends' and invite engagement. It is a feature that is designed to make private messaging to multiple recipients efficient by enabling a user to send a message to more than one user without having to copy and paste the content of the message into a new message for each additional contact. While each recipient can respond to the sender through a one-to-one message, the recipients cannot reply to the other recipients. In other words, it creates a number of parallel private bi-lateral exchanges with different contacts for the sender, but does not enable communications between all parties to the message. Indeed, recipients cannot see the list of other recipients. Broadcast messages have a number of similarities to the "Bcc" function for email – the author can send an email to several recipients without revealing the full distribution list to any of the recipients.[7]

Finally, the Parties note that the Broadcast List feature does not play a significant role for WhatsApp, as it accounts for less than 1% of its total message traffic.

**MARKET SHARE METRICS**

3. As regards the market for <u>consumer communications services</u>, certain third parties have indicated that volume metrics (number of messages or amount of data exchanged) would present many limitations, including:

    - measurement definitions capturing one-to-one, one-to-many and many-to-many message types;

    - measurement of other functionalities of most communications platforms such as voice and video calling (which are a small proportion of overall usage but data intensive);

    - comparison of the importance of communications services with other types of service in the context of consumer engagement.

    According to these third parties, the best metric to assess customer engagement would be monthly minutes of use (how long a user engages with the app), as this metric captures:

    - the importance of the application to the end consumer (i.e. consumer engagement);

    - its potential value either through direct monetisation from the consumer or indirectly through advertising.

    These third parties indicated Mobidia as source of data on the basis of this metric.

---

[7] http://www.whatsapp.com/faq/general/23741782

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC    FB_FTC_CID_00005247

PX3002-006

Confidential

**Please comment.**

[*See* footnote 65 of the Form CO]

As the Commission is aware from prior concentrations relating to consumer communications services,[8] Monthly Active User ("MAU") and Daily Active User ("DAU") are the widely accepted industry standard metrics for measuring usage of, and engagement with, such apps.[9] Moreover, as the DAU and MAU data provided in response to Q7 make clear, these measures are broadly consistent with each other. Further, they provide a means to compare user behaviour across different types of apps.

However, various additional metrics have, over time, begun to be used by service providers as potentially relevant measures of consumer usage and engagement for different types of apps. For apps that seek to engage users to consume continuous dynamic content from various sources and publishers for lengthy periods, minutes of use can be a relevant metric. In contrast, apps built upon messaging functionality generally serve a different purpose. Their central utility is reflected in their ability to reliably send and receive messages between individuals and small groups, rather than in attracting users to dwell on the service and consume information (often without generating content of his/her own). It is self-evident that consumers are engaging more with messaging apps if they are accessing such apps on a given day or if they send one or many messages throughout the day. Time taken to compose a message or leaving an app open without any use is not a salient metric for messaging engagement. Minutes of use are not only a poor metric for measuring engagement of messaging functionality, they are – contrary to certain third parties' views – not a relevant metric for monetisation of such services. It is premature to determine what the relevant metric is for assessing the extent to which Facebook Messenger or WhatsApp is monetisable, since neither has started monetising in earnest. Moreover, to the extent WhatsApp and other communications apps have explored monetisation, it is through mechanisms (such as subscriptions or transactions) that do not correlate with time spent, so, of the available metrics to assess the ability to monetise, time spent seems likely to be the least relevant.

Consistent with the above, it WhatsApp does not use "minutes of use" to monitor, measure or manage its communications services in the ordinary course of business. For WhatsApp, which is designed to deliver messages quickly, securely and without distraction, the only time-related measure that it considers to be relevant is the speed with which it can deliver messages. WhatsApp does not collect data about users or their traffic, such that it has no incentive to encourage users to stay on the app to enable it to observe their behaviour. Similarly, the Facebook Messenger team does not rely on "minutes of use" as a key metric to measure performance or user engagement.

**ASSESSMENT**

4. **For each of the Parties' customer membership base, please provide an estimate of the proportion of users of Facebook which are already users of WhatsApp and viceversa. If possible, as regards Facebook, please consider both Facebook Messenger and Facebook.**

[*See* para. 209 of the Form CO]

---

[8] *See Microsoft/Skype* Case COMP/M.6281, at para 99 ff.
[9] *See* http://techcrunch.com/2011/07/30/vanity-metrics/.

7

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00005248

PX3002-007

Confidential

In the period between February and May 2014 between 60 and 70% of Facebook Messenger users in the EEA also used WhatsApp. Approximately 65% of users of the Facebook app also used WhatsApp.

5. **Please provide an analysis of the evolution of Facebook and WhatsApp membership bases from January 2013 to July 2014. To the best of the Parties' knowledge, please explain for any upwards and downwards movement whether it is due to: (a) signing up of new users who were not using any consumer communications app, (b) acquisition of users from another consumer communications app and which one.**

[*See* Annex 15 to the Form CO]

The MAU figures for Facebook Messenger and WhatsApp between January 2013 and July 2014 are as follows:

| Date | EEA MAU of Facebook Messenger (in millions) | EEA Mau of WhatsApp (in millions) |
| --- | --- | --- |
| 31/01/2013 | 21 | 72 |
| 28/02/2013 | 21 | 75 |
| 31/03/2013 | 22 | 79 |
| 30/04/2013 | 23 | 82 |
| 31/05/2013 | 25 | 85 |
| 30/06/2013 | 25 | 89 |
| 31/07/2013 | 25 | 93 |
| 31/08/2013 | 25 | 98 |
| 30/09/2013 | 25 | 103 |
| 31/10/2013 | 26 | 106 |
| 30/11/2013 | 31 | 109 |
| 31/12/2013 | 39 | 115 |
| 31/01/2014 | 431 | 121 |
| 28/02/2014 | 46 | 125 |
| 31/03/2014 | 48 | 127 |
| 30/04/2014 | 57 | 130 |
| 31/05/2014 | 66 | 133 |
| 30/06/2014 | 75 | 136 |
| 31/07/2014 | 83 | 139 |

As these figures make clear, both apps grew throughout the period. There is no evidence to suggest that one app grew at the expense of the other.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00005249

PX3002-008

Confidential

6. **Please provide a description of the main competitive dynamics in the market for <u>consumer communications services</u>.**

[*See* Sections 7 and 8 of the Form CO.]

7. **According to certain third parties, the market for <u>consumer communications services</u> is characterised by strong network effects. In this context, despite many of the traditional switching barriers are misleadingly low in the market for consumer communications services, consumers actually would only switch if a competing network provides higher or at least comparable value, in terms of penetration among users' existing network. According to these third parties, switching costs for consumers would be represented by the need to recreate the network and the lack of portability and loss of all data / history and usage /interactions. As a result of the proposed transaction, increased switching effort and costs also would mean that consumers will likely become locked-in to a single platform.**

   **Please comment.**

[*See* Annex 14 to the Form CO.]

8. **Please discuss possible barriers to entry for software providers who would like to offer a consumer communications app, other than network effects, such as intellectual property rights, including copyrights and design rights.**

[*See* para. 303 of the Form CO.]

The Parties are unaware of any copyright protected software or design rights that they hold that represent barriers to entry to third parties. To the extent that the "look and feel" of the user interfaces of their respective apps are protected by design rights such rights are pro-competitive differentiating features, not barriers to entry. Otherwise, third party rights regarding the Parties' code are set out in the Software Directive.[10]

9. **Please provide further information about the patent owned by Facebook relevant for consumer communications apps (now paragraph 255 of the Form CO).**

[*See* paras. 301 and 302 of the Form CO.]

Facebook holds a number of patents on which some messaging technologies may read. Facebook acquired many of these patents from AOL, and has not yet completed reviewing their claims. However, they are not patents that have been declared essential to any standard.

A number of these patents are licensed to third parties. However, Facebook offers a consumer communications app today – Facebook Messenger. As a result, the acquisition of WhatsApp would have no impact on Facebook's incentives to license patents on which some messaging technologies may read to any third party app provider. Facebook already competes with these third parties.

10. **According to certain third parties, FB is likely to integrate its platform with WhatsApp, as it did with Instagram. Please provide an assessment of the feasibility of each integration path**

---

[10]   Directive 2009/24/EC.

9

Confidential

between FB's and WhatsApp's platform indicated above. In particular, please explain whether any form of integration between FB and WhatsApp apps can be achieved without rewriting the app codes (for example, migration of data from WhatsApp data server to FB data server).

**In particular FB could undertake the following actions:**

[*See* paras. 286 to 296 of the Form CO]

At the outset, Facebook would note that the assumption underlying the third party assertion is that Facebook has broadly integrated its platform with Instagram. As the response to Q12, below, makes clear, this assumption is incorrect.

- Cross-platform communication between WhatsApp and Facebook Messenger;

Enabling cross-platform communication between WhatsApp and Facebook Messenger would require substantial re-engineering of the products and re-writing the app code. For instance, WhatsApp uses users' mobile phone numbers as their IDs, has a security system to validate that those mobile phone numbers are connected with the mobile device possessed by the user, assigns a password to an account that the app stores and the user cannot see, and requires no additional information from users. In contrast, Facebook and Facebook Messenger users must register and create a Facebook ID (which typically is not a mobile phone number, much less a validated one), create a password, and create a "profile" for themselves. The Facebook social networking service and the Facebook Messenger app use that profile to identify users. As a result, the "identifiers" used by Facebook and WhatsApp to identify users are different, posing a significant engineering hurdle to integration. Moreover, as both Facebook[11] and WhatsApp[12] have made clear, the Parties intend that WhatsApp would continue to operate independently and Facebook has no current plan to change WhatsApp's technological development plans.

- Expansion of contact options through integration of WhatsApp and Facebook address books;

In the Form CO the Parties have explained in some detail how WhatsApp functions. On installation, and after providing clear notice and obtaining explicit consent from a user, WhatsApp uploads the phone numbers of the contacts in the user's handset's native address book, and cross-checks those phone numbers against its database of existing WhatsApp users' names and phone numbers. The user's contacts in the handset's native address book, who also use WhatsApp, are then populated into the user's WhatsApp 'Favourite's' list (on devices where this feature is available).

Accordingly, any other consumer communications app installed on the user's handset would also be able to access, upload and cross-check the names and phone numbers in the user's handset address book against its own address book (with appropriate user consent). Since most consumer communications apps enable their users to invite their contacts to download the app (by simply sending an SMS/email inviting them to do so), those apps would be able to suggest to users that they

---

[11]   http://newsroom.fb.com/news/2014/02/facebook-to-acquire-whatsapp/.
[12]   https://blog.whatsapp.com/.

10

Confidential

invite their contacts who are not already using the app to download, register for and being ready to use the app.

Facebook could adopt this approach today. The fact that Facebook has not done so to date does not mean that the proposed concentration would provide Facebook with access to new potential users.

- Bring location and group data into FB social graph for increased advertising value;

Location

WhatsApp does not track or store its users' locations. However, WhatsApp does offer one feature that enables users to share their location with one another by sending a picture of a map with a pin showing the initiating user's location or a nearby place to another user or users as part of a one-to-one, group or Broadcast List communication (the "Share Location" feature). If a user elects to share her location, she selects the Share Location feature within a chat, and the user's handset shares the user's geolocation with a third party map and places service such as Google Maps, Microsoft Bing or Foursquare through APIs. The APIs return to the user both that user's pinpointed location on a map as well as nearby places, which the user first sees and then may choose to share through the chat. WhatsApp sampled use of its "Share Location" feature by Android users in the EEA between 8 and 16 August 2014.[13] The feature was used by between 0.4% (Belgium) and 2.2% (Spain) of users. In the lowest using EEA jurisdiction users clicked on the button an average of 1.1 times during this period. In the highest using EEA jurisdiction the average was 2.6.

Further, in addition to not generating a user's location data itself (WhatsApp has no record of it through internal mapping or places functionality), WhatsApp does not store the location information – the data is simply content in a message. Consistent with its broader policy of not accessing content of messages, WhatsApp does not access messages to store location data specifically. Accordingly, WhatsApp does not collect location data that it could provide to Facebook.

In other words, only a *de minimis* amount of location data is ever generated in relation to WhatsApp users, and the data that is generated is *ad hoc* and spasmodic. In any event, many Facebook Messenger users give Facebook permission to access their location data. As a result, the *de minimis ad hoc* location data created for WhatsApp users would be of marginal utility to Facebook.

Groups

When a WhatsApp user creates a group, WhatsApp acquires the following data about that group: the ID associated with that group (which can be a single digit, like the figure "1"), the time when the group was created, the size of the group, the mobile phone numbers of the users participating in the group (*i.e.*, their WhatsApp ID) and the subject or name of the group (which can again be a single letter/digit or a single word like "club"):

---

[13] The data is based on the latest Android version, 2.11.280.0, which is in beta and directly available from the website only. Accordingly, this represents a smaller set of users than would be the case if it were a market release. However, because beta users tend to be more active than the average WhatsApp user, WhatsApp anticipates that usage across the overall user base would be slightly lower than this sample.

11

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC                                                                FB_FTC_CID_00005252

PX3002-011



As the Parties have made clear in the Form CO and in response to Question 1(d), above, Facebook has no current plans to modify WhatsApp's collection and use of user data.

Third parties appear to be suggesting that this data would enhance Facebook's ability to target advertisements on its apps. However, the data that WhatsApp has access to is at best of marginal utility for Facebook's advertising purposes. As described above, users can complete the subject field however they see fit - *e.g.*, a single digit, an abbreviation, a location or day. As a result, the subject is likely to be ambiguous and of at best marginal utility. Moreover, users may change the group "subject" or "name" at any time. Further, the fact that the members of the group are known to the administrator is not new information - the administrator has their names and phone numbers in his/her handset (in order to create the group and add members). Beyond this, once WhatsApp implements end-to-end encryption, information about groups will no longer be accessible.

Further, the fact that the group administrator knows the members of the group is not new information - the group administrator has their names and phone numbers in her handset, since she could not have added the users to the group without this information.

- Increased monetisation;

WhatsApp does not monetise user data through advertising. Currently, WhatsApp generates revenues through its subscription model only. For the medium term, WhatsApp is exploring additional monetisation avenues, such as commercial messaging (*see* Section 8.7 of the Form CO), which are consistent with WhatsApp's current product strategy of providing a light and clean user experience. WhatsApp has made clear that the proposed concentration would not impact the type of data that WhatsApp collects and stores.

As the Parties have explained, Facebook intends to operate WhatsApp independently. Facebook may be able to assist WhatsApp in meeting its data demands due to increasing message volumes, including by use of Facebook's infrastructure system. However, Facebook does has no current plans to modify WhatsApp's collection and use of user data. Moreover, as with all Facebook services, to the extent an affiliate of Facebook engages in any sharing of data with another affiliate, it will do so in a manner consistent with the promises the relevant affiliates have made to users and with notice to the extent required by law.

- Potential roll-back of interoperability with other platforms.

12

As explained above, Facebook Messenger does not currently interoperate with other platforms. It makes APIs and Software Developer Kits available to third party app developers. However, the proposed concentration will have no impact on Facebook's incentives to encourage those third party developers to continue to develop apps that call on elements of Facebook's functionality. Similarly, Facebook Connect, which enables users to register with other apps using their Facebook ID, will be unaffected by the proposed concentration.

WhatsApp does not currently interoperate with other platforms.

11. **Certain third parties claim that WhatsApp has become a "must have" app. In this regard they mention that, during the course of 2014, Microsoft launched new Nokia devices with the Windows Phone 8 Operating System. Due to technical problems, it was not possible to install WhatsApp on those devices. Until the error had been remedied there was a sharp decline in sales, with consumers specifically citing the fact that they were not able to use WhatsApp.**

   **Please comment.**

[*See* footnote 185 to the Form CO.]

WhatsApp understands that this is a reference to its decision to "unpublish" its app for Windows Phone 8 and 8.1 from the Windows Phone Store on 17 May 2014. WhatsApp had received several complaints about a bug in Windows Phone 8 and 8.1 that affected the quality of its service and user experience. The technical issues related to the way notifications were handled on Windows Phone 8.1 and Windows Phone 8, Update 3 ("GDR 3"). Users reported that alerts were significantly delayed (up to 30 minutes) and, in some cases, users were not notified about incoming messages at all.[14] WhatsApp reported that bug to Microsoft, asking them to address it. When Microsoft did not react, WhatsApp unpublished the app, to maintain its high standard and to provide users with the best possible user experience. WhatsApp republished the app on 30 May 2014, once Microsoft had fixed its bug.

WhatsApp is not privy to the customer feedback to which third parties have referred. However, since the WhatsApp app was only unpublished for two weeks, and both Microsoft and WhatsApp made it clear to users that the problem was temporary and was being addressed,[15] it would be extraordinary for there to have been a material impact on Microsoft's sales.

12. **Please explain what actions FB has undertaken on Instragram app after its acquisition, for example changes in the interoperability between Instagram, on the one hand, and FB or other platforms on the other hand; introduction of advertising; other changes.**

[*See* paras. 295 and 296 of the Form CO]

---

[14] See http://www.wpcentral.com/whatsapp-broken-window-phone-81-no-fix-sight.

[15] Microsoft reportedly made the following statement: "WhatsApp chose to unpublish their app from the Windows Phone Store after discovering an issue with how notifications are being handled on Windows Phone 8, Update 3. We are working closely with WhatsApp to resolve the issue quickly. Thank you for your patience and sorry for the inconvenience." WhatsApp issued the following statement: "Unfortunately due to technical issues, we have chosen to un-publish WhatsApp Messenger on the Windows Phone platform. We are working closely with Microsoft to resolve the issues and hope to return to the store shortly".

13

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

Confidential

Consistent with Facebook's plans at the time of Instagram's purchase, Instagram now relies on Facebook's robust server infrastructure. The transfer of over 20 billion photos was carefully planned and required significant engineering effort to avoid any disruption to Instagram's users. In addition to this infrastructure change, and in order to better serve international users, Instagram has also begun to rely chiefly on Facebook Places — Facebook's location API. The Facebook Places API is a publicly available API that can be used by any developer.[16]

Instagram continues to enable users to share photos on other social services, including Facebook, Twitter, Tumblr, Flickr, Foursquare, VKontakte, and others. In June 2012, Twitter launched functionality – called "Twitter cards" – that enabled third party services (such as Instagram) to allow their users to embed photos, videos and texts into tweets with links in them. After using this functionality for several months, Instagram determined that in order to enable users to use the full set of features offered by Instagram (e.g., "like", comment, explore and report), users were better served by viewing Instagram photos shared with them on Twitter by clicking through photo links to Instagram's native mobile or web client (rather than viewing the photo in the Twitter feed itself). As a result of this determination that the use of Twitter cards was diminishing the Instagram user experience,[17] Instagram disabled Twitter cards (although, as noted, Instagram continues to facilitate the sharing of links to photos on Twitter).

Prior to its acquisition by Facebook Instagram was considering introducing advertising as a means of monetisation,[18] and it continued to explore the introduction of advertisements after the acquisition closed. In October 2013 Instagram introduced limited advertising in its US service, with ten selected advertisers.[19] Rollout has been controlled, and Instagram has solicited feedback from its users. For example, the Instagram blog noted that it "want[s] ads to be creative and engaging, so we're starting with just a handful of brands that are already great members of the Instagram community. If you see an ad that doesn't interest you, … hide it and provide feedback about what you didn't like." The response from both users and advertisers to the launch of limited advertising in the US was positive. Today the US Instagram service has 21 advertisers.[20]

Outside the US, Instagram does not currently have advertisements. However, it anticipates beginning to introduce advertisements outside the US in 2014. As in the US, Instagram intends to carefully select a small number of advertisers, and all advertisements will be reviewed by Instagram before being displayed.

---

[16] https://developers.facebook.com/docs/reference/opengraph/object-type/place.

[17] http://www.theverge.com/2012/12/5/3731134/instagram-ceo-twitter-card-support ("Instagram's CEO wants people to use the new web client on Instagram.com because he thinks it is a better user experience … Thanks to the major revisions Instagram has made to its web properties over the last few months, the company now wants to direct users to 'where their content lives originally.'").

[18] Instagram's founder always intended to monetise the service. In 2011, he told Mashable, "I've always been interested in social startups. From the early days of learning from Jack [Dorsey] and Ev [Williams] at Odeo, I always knew I wanted to create a business around social sharing."

[19] At the time a post saying: "From the start, Instagram was created to become a business. Advertising is one of many ways that Instagram can become a self-sustaining business, but not the only one" was added to the Instagram blog.

[20] Since October 2013 there have 55 advertisers have run ads on Instagram.

14

Confidential

13. **Please discuss possible <u>conglomerate effects</u> of the proposed transaction in the wholesale market for online social advertising and sale of virtual goods, such as emoticons and games.**[21]

As explained in response to Qs 1(c) and (d), above, there is no evidence that there is a market for online social advertising.

Further, Facebook notes that it does not currently sell virtual goods (emoticons, games or otherwise), and there are many other platforms that make this content available (both paid and unpaid).

WhatsApp does not advertise. Nor does it supply virtual goods (whether paid or unpaid). Further, as explained in response to Q10, above, WhatsApp has little to no data about users that could facilitate Facebook beginning to sell virtual goods.

**MISCELLANEOUS**

14. **Please include in the Form CO a description of FB's partnership with Skype.**

[*See* para. 330 of the Form CO.]

Facebook and Skype entered into an arrangement under which Skype's video calling platform is used for video calls between Facebook users who have enabled this functionality. This feature is available only for the desktop version of Facebook. It is not available for Facebook Messenger. Further, Facebook users who are also Skype users can invite their Skype contacts to become Facebook friends. To do this, a Facebook user enters his or her Skype user name and password and Facebook imports his or her Skype contact list. The user then chooses which of his/her Skype contacts to send Facebook invitations to, and those invitations are sent. The arrangement enables Facebook users who are becoming Skype users to reuse the information in their Facebook accounts when creating their Skype accounts, by consenting to Facebook providing Skype with access to their user ID, user name, full name, profile, picture, email address or friend list. Skype will use this information to create the user's Skype account, so that the user does not have to retype all of the information. When a user has created a Skype account in this way they can make video calls with other Facebook users, use the Facebook chat functionality from within Skype (and can see whether their Facebook friends are online), and they can use the Skype Home functionality to view a facsimile of their Facebook news feed within Skype.

15. **Please provide alternative contact details for the following competitors: Kakao Talk, Line, WeChat and Tango. Alternative contact details for Telegram are still missing.**

[*See* Annex 11 to the Form CO.]

16. **Please provide contact details for the following categories of Parties' customers: (i) associations of users; (ii) 10 advertisers, covering the top 5 and the smallest 5 customers of Facebook in terms of sales by value.**

[*See* Annex 13 to the Form CO.]

---

[21] The merged entity could either selling virtual goods itself or provide third parties a platform for their own sales.

15

Confidential

**INTERNAL DOCUMENTS**

<u>Questions to WhatsApp on internal document:</u>

17. **WhatsApp Road Map identify a series of different stages in the implementation of its product development actions, such as "on track", "trailing in progress", etc., and identify each of them with a colour code. Please explain the meaning of each implementation step. For each action, please explain what is the foreseen time of delivery of the new functionality, in particular in the EEA.**

[*See* Annex 16 to the Form CO.]

A version of the WhatsApp Road Map annotated to reflect the current development status is being provided to the Commission. As it makes clear, a number of features slated for development in 2014 have already been released. Short of this, one feature has been released in beta form only and is being tested. The chart also identifies other features in advanced or initial development. Finally, it identified those for which development has not begun and those that have been removed from the 2014 development programme.

Finally, because the functionality of some features is not immediately apparent, the functionality is briefly explained below:

- Group v2: Increasing the maximum size of groups and enabling multiple administrators; enabling members of the group to see who is typing a message to the group; and "last seen" display for the group.
- Archive mode: Chat management tool that enables users to consolidate message strings to reduce the number viewable in their chat list.
- Multi-send: Enabling users to send multiple images and/or video messages at once
- Large thumbs: Larger size thumbnails of images/video messages sent
- Change number: Enabling users to change the mobile number associated with his or her account if they obtain a new mobile number.

18. **Please explain in detail features and characteristics of the "broadcast" list functionality that WhatsApp indicate in the Road Map.**

[*See* para. 155 and Annex 16 to the Form CO.]

Broadcast List is an abbreviated reference to the "Broadcast to List" functionality described in response to Q2, above. As the annotated version of the Road Map makes clear (see response to Q17), this functionality has already been released. WhatsApp has no additional broadcast feature/functionality that is currently in development.

<u>Questions on FB internal documents:</u>

19. **Please explain the reference to "Leverage existing engagement in Facebook mobile apps" in Facebook 2013 strategy in the document Slides "Mobile Messaging" accompanying the Presentation of 13 February 2013. Please clarify whether this document has been provided in full.**

16

Confidential

As Facebook has explained in paras [221 to 224] of the Form CO, the technology sector is characterised by "ecosystems" - software products and services running on multiple devices, including smartphones. Ecosystems compete by offering an attractive core set of functionalities. To succeed in the highly competitive technology sector without supplying either its own operating system or devices, Facebook must ensure that its services collectively create a user environment that is attractive to a broad range of users and use cases, such that it can attract users to its own ecosystem. The reference to "leverage [of] existing engagement in Facebook mobile apps" is a reference to providing users engaging with existing Facebook apps with other attractive apps.

This document has been provided in full.

20. **Please explain the following extract from page 12 of the document "Presentation of 17 February 2014, "Cobalt Transaction". Please clarify whether this document has been provided in full.**

### Risks

- We do not plan to focus on monetization for years. For the deal to deliver a positive financial return will likely require two critical things:
    - Cobalt network must grow and maintain levels above 1B people for 10-20+ years
    - We must effectively monetize messaging during that time and Cobalt does not yet have a revenue model proven to work at scale

As the Parties have explained (at para. [51] of the Form CO, WhatsApp anticipates testing and possibly ultimately adopting a subscription model in additional countries. However, it has not yet proven that this model will work at scale. As the Parties have explained, the subscription model is currently deployed in four European jurisdictions, with another four under consideration. Further, it is currently experimenting, and will continue to experiment, with its monetisation model.

The Board presentation makes it clear that, over the next 10 to at least 20 years an effective monetisation model will need to be developed to make Facebook's investment worthwhile. While this is not a short- or even medium-term priority for Facebook, it is something that Facebook recognises must be developed in the long-term.

With the exception of a small number of pages that are the subject of legal professional privilege, this document has been provided in full.

21. **Please explain the following extract of the minutes of Facebook Board of Directors of 14 February 2014.**

17

Confidential

> improving the Company's strategic position in relation to mobile operating systems. Ms. Sandberg emphasized that the high concentration of the mobile operating system market – with two providers serving the vast majority of smartphone users around the world – poses a significant strategic threat to the Company's business, and also observed that adding an additional, popular, complementary mobile application to Facebook's suite of offerings would make it more difficult for operating system providers to exclude the Company's mobile applications from mobile platforms. Finally, Mr. ▇▇▇ noted that if the transaction were to be
>
> consummated, the Company intended to prioritize Target's user growth and engagement over short-term monetization. Questions were asked and discussion ensued.

As explained in response to Q19 above, to succeed in the highly competitive technology sector without supplying either its own operating system or devices, Facebook must offer services that collectively create a user environment that is attractive to a broad range of users and use cases, such that it can attract users to its own ecosystem. Facebook views WhatsApp as a popular, complementary app that will enhance the attractiveness of its ecosystem.

Further, as explained in para [27] of the Form CO, Facebook believes that being in the position to offer multiple popular applications (*e.g.*, WhatsApp in addition to Facebook, Instagram and Facebook Messenger) will help to ensure the continued availability of its applications to users of the two leading mobile operating systems – Android and iOS – that both integrate their own competing consumer communications services. Ms Sandberg's remarks regarding the exclusion of Facebook's apps related to this perceived risk.

Finally, Mr ▇▇▇'s remark regarding prioritisation of growth and engagement over short-term monetisation reflects the view addressed in response to Q20, above.

## 22. Please explain the following extract of the minutes of Facebook Board of Directors of 17 February 2014. In particular, what monetization strategies have been discussed.

> Mr. Ebersman then reviewed the industry landscape in terms of monetization and discussed potential long-term monetization strategies for WhatsApp. For valuation purposes, Mr. Ebersman indicated that if WhatsApp is able to maintain its projected user growth trajectory

Mr Ebersman reviewed the existing strategies adopted by different communications service/app providers (*see* slide 9 "the existing industry landscape" of the Presentation of 17 February 2014, "Cobalt Transaction" in Annex [4] to the Form CO). Specifically, he reviewed existing strategies adopted by different consumer communications service providers based on advertising, app installs, mobile games, virtual goods (including stickers), subscriptions, premium services (video, voice and messaging) and data licences/analytics.

He then went on to address potential strategies not yet implemented in the industry, including enterprise mobility messaging (*e.g.*, businesses messaging customers to update them regarding services - airlines messaging customers regarding flight delays), remittance services (*e.g.*, providing

18

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

Confidential

money transfer services) and public messaging (*e.g.*, severe weather warnings from government agencies).

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_00005260

PX3002-019