# PX3006

## Public Record Version

| | |
|---|---|
| **From:** | ▉▉▉▉ </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS /CN=▉▉▉▉▉▉▉▉▉▉▉▉▉> |
| **To:** | Fidji Simo |
| **Sent:** | 3/28/2019 8:06:24 PM |
| **Subject:** | FB App Leadership Mtg - Slides & Notes |
| **Attachments:** | FB App Leadership Mtg - 3.29 - notes.pdf |

Hi Fidji,

I really hope that you're getting some time to rest this evening and that you're starting to feel a bit better. Please let me know how and if I can help in any way this evening or tomorrow.

Sorry to be sending this so late tonight, but please see attached PDF for the leadership meeting slides + speaker notes and then you can find the full deck here in case you want to go through it! I included your changes to David's slides, but if there is anything else that you'd like changed, let me know!

Have a good (restful) night!

▉▉▉▉

FB_FTC_CID_05449564

PX3006-001

**FB App Leadership Meeting**
March 2019

---

AGENDA

- General Announcements - Fidji
- FB App - Diversity & Inclusion Task Force - Fidji
- Metrics Update - ▮▮▮
- Strategy & Prioritization - Fidji/David

---



**Talking Points:**
- What's on your mind this week
- What have you been hearing from Mark?
- What's coming up in the next couple of weeks that you're excited about?



We all know that D&I work is super important. Now as our org continues to grow, we need to be more intentional about the ways in which we think about D&I efforts. Along with our core mission, we need to invest in creating communities of people within our larger org and think about ways to continue to fuel the developments we've already made in the D&I space.



For us, this mission is simple:

Building a product to connect the world, starts with a workforce that is diverse and connected. Our mission is to intentionally prioritize Diversity & Inclusion efforts to foster a more dynamic, creative, inclusive and innovative FB App Org that reflects the products and services we are building and the communities we serve.

This is a joint effort with our HRBP, L&D and Diversity partners as well as our teams and leaders in FB App Org, some of whom are in this room.



In order to tackle this mission, we've started by building out a task force focused on our D&I efforts. This task force will be broken out into three pillars. As you can see, we have pillar champions and some teams already formed- we will be continuing to recruit teams for each pillar.

**Our first pillar is "FIND"** – The goal here is to improve our diverse recruiting efforts. We will do this through educating hiring managers on the value of diversity and available resources. We also think that there are more unique recruiting approaches that we can take, so we're currently exploring ways other ideas like: Diverse referral drives, external recruiting events, participating in conferences that could lead to diverse recruits.

**Our next pillar is Grow & Keep** - this pillar is focused on building a culture of inclusion and retaining diverse talent within FB org.  This pillar will have strong collaboration with L&D and with the goal of driving driving attendance in programs and have our teams leveraging all of the amazing L&D courses that our company has to offer.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC



None of this will be possible without your leadership. We need to ensure that our teams feel informed of Taskforce progress and understand why diversity is important to FB App and our community, and feel empowered to share feedback to the Taskforce. I will be making regular post but here are some ways that you all can get involved...

- First - if you're interested in getting in any of the pillars - get involved. Engage with the pillar leads for more information. (*PM SIDE BAR - It's not great that we don't have any women leading pillars - i don't think we should call this out, but its something to flag*)
- Next we will need you to amplify these D&I efforts with your teams - we will be creating a post that you can leverage for talking points or to post in your team workplace groups.
- Your leadership will be super important with our L&D efforts - lead by example and please encourage your teams to be leveraging programs, courses and other L&D resources - a post will be coming with all of the resources available to the org
- Share your story & perspective - why is diversity and inclusion important to you? Anything personal

![FB App Metrics Update]





CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC



CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_05449569





Strategy & Prioritization

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC



- Recap on our Strategy:
- We are going to build new socially-powered services that provide meaningful value to people and that fulfill our mission to build community and bring the world closer together.



Family and Friends is our core use case and the one that has contributed most to our core social assets.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC





CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_05449572

PX3006-009