# PX3528

## Public Record Version

Outlook E-mail

**From:**        David Ebersman
**Sent:**        4/16/2012 9:33:30 AM
**To:**          Dan Levy; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:**     Re: Instagram capex
**Attachments**  image001.png

I think we should not waste any time discussing moving them to our infrastructure in 2012.  There are only 8 engineers on their team and we do not want to distract them.

**From:** Dan Levy ▮▮▮▮▮@fb.com>
**Date:** Mon, 16 Apr 2012 08:41:18 -0700
**To:** ▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮▮▮@fb.com>, Microsoft Office User▮▮▮@fb.com>
**Subject:** RE: Instagram capex

The reason I've heard (which I believe) is: focus on growth not on cost savings (for now). We don't want them to lose momentum. The cost savings will always be there; the momentum is hard to recapture.
I saw this firsthand with eBay's acquisition of eachnet in China. Was China's leading site. They spent 9 months "getting on eBay's platform". By the time they got back to the customer experience, they had been passed by more nimble startups and never recovered

**From:** ▮▮▮▮▮▮▮
**Sent:** Monday, April 16, 2012 8:36 AM
**To:** ▮▮▮▮▮ David Ebersman; Dan Levy
**Subject:** RE: Instagram capex

After we close, is there any reason we'd keep them on AWS?  I wonder if serving the photos on our network would faster and / or cheaper.

▮▮▮▮▮
Facebook
10 Network Circle, Menlo Park
▮▮▮▮▮

**From:** ▮▮▮▮
**Sent:** Monday, April 16, 2012 8:30 AM
**To:** ▮▮▮▮▮▮; David Ebersman; Dan Levy
**Subject:** RE: Instagram capex

David ▮▮▮▮

A quick follow-up on Instagram:

- <!--[if !supportLists]-->·   <!--[endif]-->Looked through the projections Instagram shared with us over the weekend - from the end of March through the end of December this year they were planning for a user growth of ~250% (from 30M to 107M) and a growth in the number of photos of ~450% (from 1.0B to 5.7B) . This appears to take into account a 50% rise in users in April, presumably for Android.
- <!--[if !supportLists]-->·    <!--[endif]-->All their infrastructure costs are from Amazon Web Services (AWS) – they expect to rise from ~360K in March to $1.3M a month in December.  This is important to know, assuming that we leave Instagram on AWS infrastructure through at least the end of the year.
- <!--[if !supportLists]-->·    <!--[endif]-->Discussed with Jay regarding possible explosive growth and related costs if we migrate to FB infrastructure – He is more comfortable with ~$50M in capex (compared to the $38M I had suggested in the email below), but this is probably a high end estimate for 2013.  2012 probably won't see any significant capex outlay.

Please let me know if you have any additional questions or concerns.

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

Thanks,



**From:** ▮▮▮▮▮▮
**Sent:** Thursday, April 12, 2012 2:01 PM
**To:** David Ebersman; ▮▮▮▮▮; Dan Levy
**Subject:** RE: Instagram capex

Sure thing.  I let Amin know that this conversation should only be a couple of minutes and that we want to make sure we can invest appropriately to allow instagram to grow.  This will not be like a budget justification mtg.

Facebook
10 Network Circle, Menlo Park

**From:** David Ebersman
**Sent:** Thursday, April 12, 2012 1:59 PM
**To:** ▮▮▮▮; Dan Levy; ▮▮▮▮▮▮
**Subject:** Re: Instagram capex

Thank you.  In terms of connecting with Kevin, please note that the deal has not closed yet and that it is imperative to Mark that the Instagram team remains completely focused on growth and does not feel like joining Facebook adds any complexity or bureaucracy to their work.  So we need to be in "how can we help" mode rather than "we have ideas for how to make you more efficient" mode.  Thanks,

David

**From:** ▮▮▮▮▮▮@fb.com>
**Date:** Thu, 12 Apr 2012 08:42:24 -0700
**To:** David Ebersman ▮▮▮▮@fb.com>, Dan Levy ▮▮▮▮@fb.com>, ▮▮▮▮▮▮@fb.com>
**Subject:** Instagram capex

David, ▮▮▮▮

This is a follow-up on the question on Instagram costs.

Projection based on current Instagram photo base:
Instagram currently has ~1B photos.  If we were to migrate these over to FB infrastructure, assuming 1M storage/photo (this is a high-end estimate), 3.6 replication and $0.10 cost of storage per GB, we would need ~$360K for server capex. With data center and network capex, this rises to ~$630K.

Projection assuming 60x growth in photo base:
The more interesting question is how much it would cost us if Instagram experienced tremendous growth.  Let us assume for now that Instagram does extremely well in the next year and grows 60x to a 60B photos base.  In that case, our model shows that we would need ~$21.6M in server capex.  We typically use a 1.75 multiplier to estimate data center and network capex, so with this the total capex is ~$37.8M.

As a point of comparison, we currently store ~150B photos on our FB infrastructure.

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC



**Opex:**

On the opex side, Instagram currently pays ~500K/month to AWS. As next steps, we are trying to set up some time with Kevin Systrom at Instagram to discuss current costs and growth rates to come up with a reasonable estimate for continued opex costs for the remainder of the year (assuming Instagram does not migrate to FB infrastructure in the near future)

We are also working with CEA and Jay on the Shoebox/Browse costs for 2013. Initial estimates show that if we go mobile only, we'd need ~$50M in 2013 for shoebox. We currently are investigating with CEA whether the ~$45M allocated for search/browse next year will be sufficient to cover.

Please let me know is you have questions or concerns.

FB0016941
FB_FTC_CID_01645022

| number of photos (current) | | 1,000,000,000 | MB |
|---|---|---|---|
| storage per photo | | 1.0 | MB |
| replication | | 3.6 | |
| storage | | 3,600,000 | GB |
| cost/GB | $ | 0.10 | |
| Server capex | $ | 360,000 | |
| data center + network | $ | 270,000 | |
| Total capex | $ | 630,000 | |
| | | | |
| | | | |
| number of photos (60x) | | 60,000,000,000 | MB |
| storage per photo | | 1.0 | MB |
| replication | | 3.6 | |
| storage | | 216,000,000 | GB |
| cost/GB | $ | 0.10 | |
| Server capex | $ | 21,600,000 | |
| data center + network | $ | 16,200,000 | |
| Total capex | $ | 37,800,000 | |

CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

PX3528-004