# PX11108

## Public Record Version

| | |
|---|---|
| From: | Raymond Endres </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮ |
| To: | ▮▮▮▮ Alex Schultz; ▮▮▮▮ Javier Olivan; Naomi Gleit |
| CC: | ▮▮▮▮ |
| Sent: | 2/22/2014 9:55:57 PM |
| Subject: | Re: managing the fallout |

[Sorry, missed this when I responded to Alex's...]

Absolutely agree on the planning question. I've been bluntly telling folks my opinion that we haven't planned well so far this half, talking through the reasons that contributed to it, what we're planning to do differently, and that we will have a team discussion post groups release. Seems to go over well. I'm very clear that we're not planning to change the monthly release cadence and that we need to account for that more conservatively in our planning (design, eng, pm).

Your identity point is a great characterization. I think this is hardest problem we have. Even with a good pitch and plenty of reinforcement, I don't think we fix this until we have executed on it and proven it. (e.g. Shipped a release that focuses on expression and is perceived as being so by others.)

On the goals/pace, I do think they're sustainable for eng. We can't have a team wide lockdown eternally and that was one of the reasons I was against that for groups, but I think sequential war rooms for different features would work. (Not everyone is on fire every release.) We need to scope down releases to avoid the churn that really complicates shipping. But having multiple tracks making progress every release seems realistic given the team size we have. However, I can understand if you might be more concerned about the design team as they're all in war rooms right now. We need to see if scoping releases better helps for them, and if you can really separate them by feature and so perhaps rotate who is on the hot seat.

Related - I had these conversations with Ben on Fri night. He reached out to me and we touched on everything from the state of planning, to whether we can ship any of the designs he has built, to some of the team dynamics, and his motivations. I explained the business requirement for incremental releases and he acknowledged that it's not the way he wants to work as a designer. We talked a bit about whatsapp and what I viewed as horizontal features that all messaging apps need to have vs differentiators like the ones he was striving for us to build. He didn't love that the approach I was proposing of balance until we eliminated the adoption blockers but I think he understood it. I also challenged him to have a little more empathy for needs of each discipline and how they all need to come together in planning and execution. I proposed that a next step would be for the designers to walk through the roadmap doc with you/me/peter so they clearly understood the execution constraints. But then I think he needs to decide if he's willing to work within that framework and trust us that we will be focusing more on differentiators in subsequent releases.

From: ▮▮▮▮ ▮▮▮▮ @fb.com>
Date: Thursday, February 20, 2014 at 8:58 AM
To: Alex Schultz ▮▮▮▮ @fb.com>, ▮▮▮▮ ▮▮▮▮ @fb.com>, Javier Olivan <▮▮▮▮ @fb.com>, Raymond Endres <▮▮▮▮ @fb.com>, Naomi Gleit ▮▮▮▮ @fb.com>
Subject: Re: managing the fallout

Regarding ▮▮▮ he is expressing concerns about a separate but related issue. "Isn't your [me, Peter, Raymond, GC] job planing? It doesn't seem like you're doing your job very well because our plan keeps on changing and slowing us down." This is feedback based on the shift from groups and composer in parallel to groups first to further stripping down groups, delaying and then speeding up video, etc. At a high level the plan has remained constant, but there changes have worn on him and I think on the larger team.

Regarding the acquisition announcement, I totally understand how this is a difficult situation for the messages team to process right now. From a business perspective this is a huge win, but that is pretty far removed from the team's day-to-day. The team wants to work on important and high impact problems and this makes Messenger feel less important because we're no longer dependent on it. It's also tricky how much we've fixated on competition and how that's become a part of the team's identity. Our 90/10 probability goals and the grueling pace we're asking of

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_03879643
PX11108-001

everyone amplify all of the above.

Some of Mark's messages were positive for the team, if a bit quiet. For example he said that the world is moving toward private sharing and that there is space for multiple products in that market. Also, he believes that Messenger is different from others due to the graph and will become more differentiated through the vision and roadmap we've created. [Though the team feels that most of the differentiated features or better execution of similar features are being cut back or postponed]

Some of Mark's messages were more easy to read in a negative way. For example, his comments about Whatsapp being focused on core communication and not adding any frills. Implicitly this suggests that Messenger is not about those things. I don't think anyone is interested in cramming lots of extra features into Messenger and it seems like we do our best work when we are focused on richer versions of core communication.

I believe we need to:

- Acknowledge that this is a change, that it is not a real thing yet and that people need a bit of time to process and internalize it.
- Reflect on our goals/pace — are they sustainable?
- Focus less of our messaging to the team on competition and more of our messaging to the team on making a great product, which we'll know from the behavioral data and from our sense of pride in what we've built.
- Continue with the same strategy and roadmap, which includes improvements to the core product, the goal to make significant progress in the most up for grabs markets and to differentiate Messenger through Spaces, Expression, etc.

---

**From:** Alex Schultz <░░░░@fb.com>
**Date:** Thursday, February 20, 2014 at 7:33 AM
**To:** ░░░░░ <░░░░@fb.com>, Javier Olivan <░░░░@fb.com>, Raymond Endres <░░░░@fb.com>, Naomi Gleit <░░░░@fb.com>, ░░░░ <░░░░@fb.com>
**Subject:** RE: managing the fallout

I'd love to also write a post on my thoughts about why I am more motivated than ever to still be working on messenger:

- Have to keep things honest so the deal doesn't fall through and prove there is competition
- The biggest prize is still up for grabs — USA! USA! USA! ;)
- Whatsapp is not the solution to asia but messenger may be
- Snapchat hasn't gone away and is a big deal and the moves on frictionless
- To Zuck's point we see multiple different forms of messaging and many countries where there are two major players or more. It's also true there are many industries chopped by many players:
    - Email: Hotmail, yahoo mail, gmail
    - Ecommerce marketplaces: craigslist, ebay, amazon
    - Portals: Microsoft, Yahoo

We have to keep executing and Mark's statements at the Q&A back that this team's work was instrumental in getting this deal. We should be super proud and the game isn't over yet. Anything I can do to help motivate specific individuals let me know, looking forward to the chat this morning.

Alex

---

**From:** ░░░░
**Sent:** Wednesday, February 19, 2014 9:37 PM
**To:** ░░░░ Javier Olivan; Raymond Endres; Naomi Gleit; Alex Schultz; ░░░░
**Cc:** ░░░░
**Subject:** RE: managing the fallout

From ░░░░ on another thread:

Hey!

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_03879644
PX11108-002

████ just pinged me – Mark isn't feeling well. He may take tomorrow off to rest up for MWC. We may have to cancel zuck review. ubt ████ asked me to keep a tentative hold for an hour on Friday. Just wanted to send a heads up!

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone


-------- Original message --------
From: ████████ <████████@fb.com>
Date: 02/19/2014 8:32 PM (GMT-08:00)
To: Javier Olivan <████@fb.com>,Raymond Endres <████@fb.com>,Naomi Gleit <████@fb.com>,Alex Schultz <████@fb.com>, ████ <████@fb.com>
Cc: ████████ <████@fb.com>
Subject: RE: managing the fallout

@all, I'll reach out to the admins to find thirty minutes for us all in the morning, let me know if you disagree

Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone


-------- Original message --------
From: Javier Olivan <████@fb.com>
Date: 02/19/2014 8:27 PM (GMT-08:00)
To: Raymond Endres <████@fb.com>,Naomi Gleit ████@fb.com>, ████████ ████@fb.com>,Alex Schultz ████@fb.com>, ████ ████@fb.com>
Subject: RE: managing the fallout

Discussion with Mark tomorrow based on specifics can go a long way. I agree with Raymond's point about need for empathy. The rational dispassionate thing to do is not always where people's hearts are… let's prep in the am before review.

I will definitely reach out to both ████ and ████ personally. Any others?

**From:** Raymond Endres
**Sent:** Wednesday, February 19, 2014 8:17 PM
**To:** Naomi Gleit; ████████ Javier Olivan; Alex Schultz; ████████
**Subject:** Re: managing the fallout

In green
- Harping on countdown in the war room. I think we have to accept that we're losing some productivity from this. Trying to ignore it or being perceived as not understanding would be a mistake. – I really don't think we should do this :/ I feel like doing this is a strong signal that acquiring Whatsapp means the pressure on Messenger is off (which I guess I personally just don't agree with…)
- This is definitely a short term reprieve. I would expect us act like things are back to normal next week. But I don't think it's realistic to say to the team this week that things haven't changed. They need to process it and we need to help them. (See quote about "losing identity" in forked thead.) So my point is that if we act like nothing is different and we're not sympathetic, we won't come across as credible leaders. Focusing on inspiring outcomes might work fine, but I don't think deadlines will.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_03879645
PX11108-003

- Releasing the March Messenger in a state that the team is not proud of. We just scoped it down, perhaps too much, in light of the news. I think retaining team motivation is more important than a week slip. I agree with this shipping something that we're proud of. But it also sounds like we want to revisit the roadmap prioritization – do we? (i.e. is wallpaper now more important?) If so, that's fine – but let's have that discussion with this group (a follow-up to the roadmap prioritization discussion that we had last week J)
- Definitely what I think we need to discuss with Zuck and GC and team tomorrow.

---

**From:** Naomi Gleit <░░░░@fb.com>
**Date:** Wednesday, February 19, 2014 at 8:03 PM
**To:** ░░░░ <░░░░@fb.com>, Raymond Endres <░░░░@fb.com>, Javier Olivan <░░░░@fb.com>, Alex Schultz <░░░░@fb.com>, ░░░░ <░░░░@fb.com>
**Subject:** RE: managing the fallout

Re: #2

- Cool, I asked ░░░ to add them all to the invite...Peter, just added ░░░

Agree with all the rest, EXCEPT:
Things I think would be a mistake

- Harping on countdown in the war room. I think we have to accept that we're losing some productivity from this. Trying to ignore it or being perceived as not understanding would be a mistake. – I really don't think we should do this :/ I feel like doing this is a strong signal that acquiring Whatsapp means the pressure on Messenger is off (which I guess I personally just don't agree with...)

- Releasing the March Messenger in a state that the team is not proud of. We just scoped it down, perhaps too much, in light of the news. I think retaining team motivation is more important than a week slip. I agree with this shipping something that we're proud of. But it also sounds like we want to revisit the roadmap prioritization – do we? (i.e. is wallpaper now more important?) If so, that's fine – but let's have that discussion with this group (a follow-up to the roadmap prioritization discussion that we had last week J)

---

**From:** ░░░░
**Sent:** Wednesday, February 19, 2014 7:57 PM
**To:** Raymond Endres; Javier Olivan; Naomi Gleit; Alex Schultz; ░░░░
**Subject:** Re: managing the fallout
**Importance:** High

re: 2. Zuck Review.
- I think this is a great idea.
- I'll follow up with ░░░ to get those people added
- If David isn't going to be there, I think we should have ░░░ there (so the Android engineers have someone to talk to about it)

re: 3. People
- @Raymond, I'm going to chat with Rich tomorrow morning, will share an update after
- ░░░░ made it very clear to me that you should chat with Mac (but it's unclear to me if that's because of the wallpaper meeting or this)

re: 4. Recruiting
- I'm also concerned about this

re: 5. Q&A
- Like

---

**From:** Raymond Endres <░░░░@fb.com>
**Date:** Wednesday, February 19, 2014 at 7:30 PM
**To:** Javier Olivan <░░░░@fb.com>, Naomi Gleit <░░░░@fb.com>, Alex Schultz <░░░░@fb.com>, ░░░░ <░░░░@fb.com>, ░░░░ <░░░░@fb.com>

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_03879646
PX11108-004

**Subject:** managing the fallout

My takeaway at this point is that there are a decent number of people who are demotivated by the announcement.

Here are a few next steps
1. I'm working on a post for the Messages Team group tonight. I mostly want to reinforce what people heard today and that Messenger is still important. (The narrative from Zuck was too defensive instead of inspirational.)
2. We should invite the key messages product leads to the Zuck review tomorrow. I want them all to hear reinforcement from Zuck.
    1. Naomi – Min additions would be ▇▇▇, ▇▇▇, ▇▇ ▇▇ (I could add more but I think the group would be too large.)
3. Follow up with all the key people. I'm going to flag them to this group with recommended next steps. Please let me know if you hear anything. So far
    1. ▇▇▇ – Javi, I think you should speak with him next. Pretty hard coming from Beluga when this was your original strategy.
    2. ▇▇▇ – I'm going to follow up with her.
    3. Rich – ▇▇▇ would you follow up and let me know if I should too?
4. After debrief tomorrow in GC, I want to post in Messages FYI saying that things don't change. I've already gotten questions from other teams. Jon was concerned about both our ability to recruit and other teams poaching our engineers.
5. I'm wondering if we should do another happy hour q&a Thu/Fri to let people ask questions in a casual setting.

Things I think would be a mistake
- Harping on countdown in the war room. I think we have to accept that we're losing some productivity from this. Trying to ignore it or being perceived as not understanding would be a mistake.
- Releasing the March Messenger in a state that the team is not proud of. We just scoped it down, perhaps too much, in light of the news. I think retaining team motivation is more important than a week slip.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_03879647

PX11108-005