# PX11287

## Public Record Version

**From:** Javier Olivan </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=███████
**To:** Sheryl Sandberg; Dan Rose
**CC:** ███████; Mike Vernal
**Sent:** 10/9/2012 2:11:32 PM
**Subject:** RE: offsite topics

Sure – I will bring the latest data with me

**From:** Sheryl Sandberg
**Sent:** Tuesday, October 09, 2012 1:32 PM
**To:** Dan Rose
**Cc:** ███████; Javier Olivan; Mike Vernal
**Subject:** RE: offsite topics

We already did the agenda but this is a good idea.

Javi – can you bring numbers and remind us to cover this as part of the platform section?

**From:** Dan Rose
**Sent:** Tuesday, October 09, 2012 11:27 AM
**To:** Sheryl Sandberg
**Cc:** ███████
**Subject:** Re: offsite topics
**Importance:** High

I think we should talk about the competitive threat from WhatsApp, KakaoTalk, Line, etc. This might be the biggest threat we've ever faced as a company.

**From:** Sheryl Sandberg <███@fb.com>
**Date:** Sunday, October 7, 2012 2:15 PM
**To:** ███████ <███@fb.com>
**Cc:** ███████ <███@fb.com>
**Subject:** offsite topics

We got very few ideas from anyone. We need to do an agenda tomorrow – so if anyone has anything you want to cover, please send to me and ███ before tomorrow 9:00 AM.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_06194835
PX11287-001