# PX12201

## Public Record Version

**Mark Zuckerberg** on January 21, 2012 at 11:38 PM

After I talked to ▇ today about Instagram and Path, I spent a while playing around with those apps and have a few thoughts on what we should do differently than we're currently doing. I'm sharing this here since this affects at least Schrep, Bret and Cox. For photos, the more I think about this the more it seems pretty crazy to me that we're designing Snap primarily as a standalone app rather than something that will be integrated into the main app. Our main app already supports every feature we want to support with Snap except for filters (which we're somewhat minimizing in Snap anyway). The fact that Snap can be placed on the dash directly is nice, but what we've seen with Messenger is that still more than 2/3 of messages come from the integrated app (where we currently offer a worse experience), so I'm not sure the story will be any different here with photos. The biggest difference is that our integrated messaging app isn't very crappy whereas our integrated photos app feels really non-obvious to use. Here are a few really basic things we can fix: - When you load NF, you can take a photo from the composer, but first you have to select that you want to take a photo rather than select one from your camera roll. That extra click is painful. The approach of this composer feels like it just follows the web where it asks you where you want to attach the photo from: your camera roll or a photo you take right now. If instead it just took you directly to the camera to take a photo and you had the option to click to the camera roll and grab a photo instead, that would make our app feel more like a camera and less like a tool you can use for uploading photos you've already taken. - Related, our composer just feels like the web composer rather than a composer you'd find in a mobile app. There's a clear mobile convention for apps that let you invoke a camera, and that's to have a big camera button right at the bottom center of the screen. This is what Instagram does as well as Batch and even other apps like Pinterest that aren't primarily camera apps but that want to highlight that you can invoke a camera to take a photo. I think it's strongly worth considering re-skinning the composer for mobile NF so that the camera is much more prominent and adding a status or checkin are slightly less prominent on the sides. Aside from this being the mobile convention, it has the nice property of emphasizing the behavior that people least associate with our mobile app today -- going to it to take a photo to share -- so this will also educate people on that. - We already support the ability to share multiple photos at once, but that functionality is completely buried. The way you get there today is you get one photo in the composer ready to share and then you click the camera icon again (which is already blue/selected at this point since you already have a photo attached) and it pops up the current photo you're about to share with an X on which with an option asking you if you want to take a photo or select one from the camera roll. This is completely confusing and if you even figured out that clicking this camera again gave you these options, this flow makes it feel like you're going to replace your first photo with another one. But it actually adds another photo and it works. If we just made it so that once you've added a first photo to the composer we just had a big plus button next to that photo that you could click to add more photos, that would make this many, many times better. Finally, when there are multiple photos it would be awesome if we actually showed them rather than just showing a pile of photos. The pile graphic is pretty useless but being able to see and X out photos inline is useful. - Our current app does a reasonable job of prompting you to tag your photos (better than what I've seen in Snap so far). However, I don't understand why you should have to tag your photo yourself instead of us just suggesting the tags for you. That seems pretty simple and valuable to me. - Back to NF, it's a huge deficiency of our app currently that photos show up so small. When you look at Instagram and Path and then go back to our NF, it looks like ours was built in the stone age. It's crazy how small the photos are. It just screams that this is not a serious app for sharing photos. If we really want to tackle mobile photos, we need to solve this soon as well. Inline feedback in NF is related to this, since part of what makes photos feel first class in these other apps is that you can see the social interaction around them right there. I know the NF team is already working on these changes but I wonder how quickly we can get them pushed out to people. - Re: feedback, I spent a while playing with Path to see what it felt like to see who was looking at my photos. It feels really good. Surprisingly, it feels almost as good as getting likes from some of these people. It really feels like you're sharing this moment with people you're close to. I really think we should figure out how to turn that social dynamic / feedback loop on as soon as possible as well. It's so much stronger than just having a numeric view count and I think this will really help drive Path's growth if we don't enable it. Overall, I think we should strongly consider whether fixing these things in the integrated app is a better approach than focusing primarily on building a standalone app for now. This is especially driven by Schrep's estimate in our last review that this app will get done sometime before the end of H1. If that's really the timeframe, then it seems like doing this as part of Wilde likely makes more sense. At the very least, I now think it would be crazy to build this in a framework that isn't completely compatible with Wilde. So that way even if we continue building this out as a standalone app, we should be able to plug this back into the integrated app extremely easily. The reason I end up thinking that working on the integrated app / Wilde is likely the better path is because so much of the stuff I just mentioned that I think we should fix around the composer and its placement in NF are parts of the core app rather than the photos app, so I imagine that regardless of which framework we use for Snap that's not work we'll get for free by integrating Snap anyway. It does seem to me like that's higher leverage stuff, so that leads me to think we should focus on Wilde primarily for iOS and the integrated app for Android as well -- where we can just have a separate standalone icon pointing to the camera in the integrated app if we want that for free. Thoughts?

**Mark Zuckerberg** on January 21, 2012 at 11:50 PM

Here's a shorter summary of the changes I think we should make to the integrated app: - The composer should have a big camera button rather than a little photos icon with word "Photo". - This camera button could be bigger than the other composer buttons (like in other apps) and the whole composer could be at the bottom to make it more prominent. - Tapping the camera button takes you directly to the camera. To select a photo from camera roll, you go to camera roll from the camera view. - From the composer, once you've added one photo, we should show a plus button to add more photos. - When there are multiple photos in the composer, they should all be visible rather than being hidden in a pile. - We should add automatic tag suggest and make it so people can remove tags they don't want rather than having to tag everything manually. - Photos in NF should be huge. - NF should show feedback inline and you should be able to give feedback inline. - We should add "viewed by" feedback. This is probably the longest term and most complex thing to add, so it can be separated out.

**Samuel W. Lessin** on January 21, 2012 at 11:59 PM

I am really excited about the "viewed by" function. From some conversations with ▇ late last year it seems like a moderate technical change, doable but not zero cost. The interesting thing about the change is how we would get people to turn it on/opt in... I think we would have to make it a reciprocity feature where to see who views your photos you must allow others to see your view of their photos

**Mike Schroepfer** on January 22, 2012 at 9:19 AM

Couple of thoughts: 1) Clarified with Cory yesterday that there is nothing he's aware of that makes Snap incompatible with Wilde. So not

sure where that comment come from. 2) My schedule estimate was very conservative accounting for the historical design iterations this project has gone through. As I said if we can lock down the multiple-photo selection workflow things should move very quickly 3) There are a bunch of details in the camera flow in the current app that are also a big deal built around the fact that we use hte native camera view rather than controlling the camera directly (as we do for snap/wilde). Primarily: a) The camera screen is provided by iOS - so we can't adjust the UI or the timing of the shutter. This is why there is no "camera roll" button there. b) There's an extra "preview" screen after you shoot where you don't tag or anything. These two issues make it a much less efficient experience and required re-doing the views which was the first thing done for snap. 4) The navigation issues are big - snap always launches to the shoot/share screen where the mail iOS app can be launched into a screen a few sheets deep which requires me to rav before I can take the photo. I think this is solvable it just requires design changes. My biggest fear is that we scope-creep wilde and it ships 2H rather than 1H. So I think the best plan of attack is as follows: a) Nail down the production flow for snap and really contain scope in the spirit of doing everything we can to get this out as fast as possible. We've explored a couple of different multi-select UIs - none of them are perfect. We just need to pick one and ship. b) Continue to work on Wilde with no scope creep. If Wilde is coming in sooner and snap is delayed we consider canceling the stand-alone work and merge it in. I think the ideal world is still the ability to have a standalone and integrated experience from the same codebase. I think if we bundle now we'll slow everything down - if we keep them running in parallel we can move much more quickly. On a related note ▇▇▇ is starting on Monday to work on Snap - this will help make sure there isn't any accidental divergence from Wilde.

**Mark Zuckerberg** on January 22, 2012 at 10:20 AM

The concern that Snap wasn't compatible with Wilde came from Bret, so he should weigh in on that. The new information I'm getting from you here is that we can't modify the camera at all in the integrated app without a big project, so that's good to know. I guess my main point though is still that the new things we're working on for Snap -- a more efficient multi-selecting process, filters and a one click from dash experience -- will likely be lower return than simply fixing the bugs like making it clear you can take photos at all, making it clear you can do multi-selecting at all, making it so that photos show up in your NF in a large format, etc. It will certainly be more work if fixing them includes having to rewrite the camera ourselves, but we can still save all the work of finishing the filters, building feeds and any other pieces we'll have to build for the standalone app. So I still think this is worth considering. One alternate plan is to work on Snap but also to plan on fixing the design bugs around photos in Wilde (and some things like NF will even come before Wilde). I know we're trying to not introduce new features or redesign things in Wilde, but we are trying to fix bugs and many of the things I mentioned are so confusing and broken that it would be pretty crazy for us to try to reproduce them as is when better solutions are so clear. It just still seems off to me to focus on building a standalone thing when the integrated experience is so bad. (Note that when we did this for messages, integrated messenger was totally functional and not nearly as broken as integrated photos is now). My biggest concern is that even if we build Snap to be completely Wilde-compatible and then we integrate it for the Wilde launch, that still won't fix most of the issues I mentioned above, which I still think are the biggest issues we have. And of course this problem is even more extreme on Android, where we should almost certainly never build a standalone app since we get all the benefits of the integrated app plus a separate icon on the dash. So concretely, my questions are: - If we do Snap but don't fix the things I talked about above, I'm assuming they'll still be broken even when we integrate Snap into Wilde. That is, Snap will not fix them, correct? - Assuming we want to fix the issues I mentioned above in Wilde as soon as possible, what will it take to fix them? Would that be the whole photos team, just one person or what? Should the Wilde team do this stuff or the photos team?

**Mark Zuckerberg** on January 22, 2012 at 10:23 AM

Also, one my question: - What does it mean to integrate Snap into Wilde? How much work and time would this take? Is it literally adding some classes to the integrated app or would we have to write a bunch of custom stuff to make it work? (If it's more than a small amount of work, I have a hard time seeing Snap as moving us in the right direction if it's solving generally harder, lower leverage problems in a less easily reusable way than the other broken stuff above.)

**Bret Taylor** on January 22, 2012 at 10:32 AM

The technical stuff was wrong, or at least mischaracterized to me. It is neither explicitly easy to integrate nor explicitly incompatible. Wilde was designed to be flexible to integrate third party code, but the code is being developed relatively separately now, so it probably won't be hard but also isn't drop-in compatible.

**Mark Zuckerberg** on January 22, 2012 at 10:36 AM

So how much work / how long would you estimate it might take to integrate?

**Bret Taylor** on January 22, 2012 at 10:38 AM

I don't think it would take that long based on Cory's synopsis, but I think we should include ▇▇▇ and the TL from Snap if we want a real estimate.

**Mike Schroepfer** on January 22, 2012 at 11:56 AM

A few other thoughts: a) Snap does solve the multi-select problem very well (making it discoverable and easy) so if we did integrate it into the main app then it is much better. b) It also solves the "take v.s. choose" issue because we can jump straight from composer -> snap main screen which allows you to shoot a pic or choose from the role. We'd have to duplicate a bunch of work to get this to work outside of snap. It also kills the second useless "preview" screen c)

**Mike Schroepfer** on January 22, 2012 at 11:57 AM

I know on web the majority of photos is uploaded from the photos view not the composer. Not sure if we have good enough analytics to get this on the iPhone. We also did have a camera icon at one point on the composer.

**Mike Schroepfer** on January 22, 2012 at 11:57 AM

d) Bigger photos on NF is the easiest thing to fix since it is faceweb currently. We can do that outside of any release.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_12302567

PX12201-002