# PX12202

## Public Record Version

**Mark Zuckerberg** on June 11, 2011 at 4:00 PM
What is going on with our photos team? Between ▇ leaving an ▇ being checked out / a bad manager as well as ▇ also being checked out and ▇ not wanting to work with this team because he thinks the team sucks, it seems like we have a really critical situation to fix here. We really need to get our act together quickly on this since Instagram is growing so fast. ▇ told me and Chris that Instagram's FB outbound traffic grew by >30% this week alone and that they're now squarely the #3 recipient of traffic from us behind Zynga and YouTube. Anecdotally it seems like they're doing really well too. Table stakes for beating them are a standalone mobile app where you can easily upload photos plus filters. That may not be enough since they appear to be reaching critical mass as a place you go to share nice photos which we're not as much, but if we want to have any hope here we need to get this stuff out as quickly as possible. We've already reviewed the designs for this and now just need to do a bunch of building and ship this. Who is focused on fixing this situation and making this happen?

**Mike Schroepfer** on June 11, 2011 at 7:58 PM
I'm working on it. Am spending time with ▇ next week to understand his take on the team. Have already done the same with ▇ and Boz - expect that when Boz is back week after next we are transitioning this team out from under ▇ and either directly to Boz or possibly to Raymond Endres - who's starting that week.

**Mike Schroepfer** on June 11, 2011 at 7:59 PM
But the short assessment is that ▇ has been way to busy with elder/timeline to pay any attention to this at all. We've got 5 interns - and ▇ are building the stand alone photos app as an intern project.

**Mark Zuckerberg** on June 13, 2011 at 12:08 AM
Are you working on getting the filters built too? I remember the thread with ▇ but I forget if he was just prototyping or actually building them.

**Mike Schroepfer** on June 13, 2011 at 9:43 AM
Yep - from ▇ "Yeah, ▇ is currently working on the artistic side and ▇ on the math. Goal is to have a Zuck review on July 8th and iterate with feedback from there. ▇ actually has a decent working version already, just needs a lot of polish and some well designed filters."

**Mark Zuckerberg** on June 13, 2011 at 1:53 PM
July 8th is pretty far out for an initial review. Is there anything we can do to pull this in a bit, even if that just means going over the designs first before we have anything fully working?

**Mike Schroepfer** on June 14, 2011 at 7:50 AM
I'm doing a full roadmap review with ▇ today. Will report back.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_12302585
PX12202-001