# PX12351

## Public Record Version

| | |
|---|---|
| From: | ▮▮▮▮ &lt;/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮&gt; |
| To: | ▮▮▮▮; ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ Adam Mosseri; Vishal Shah |
| CC: | ▮▮▮▮ |
| Sent: | 1/4/2019 4:19:07 PM |
| Subject: | TikTok Competitive User Research |

Hi SE Leads plus Adam and Vishal,

At the end of 2018 ▮▮▮ and I traveled to Mexico City and interviewed 12 teens to learn more about why people are hiring TikTok and better asses how much of a competitive threat they are. I wanted to share a quick summary of what we learned as I know TikTok is top of mind and questions about them often come up in Q&A.

At a high level although we should keep a watchful eye on TikTok as a competitor, I do not consider them a major threat. We do compete with TikTok in terms of our user's time and attention but beyond that people are hiring TikTok for very different jobs to Instagram and they are not directly competing in the core areas of focus for our business. I would recommend watching the data and keeping track of what they launch but would currently advise against investing time and resources into building strategies to compete with them.

Here is a high an overview of what we learned:

- TikTok is hired for two unique jobs (entertainment and relaxation) whereas Instagram is hired for a broader and more social set of jobs
- From a consumption perspective people hire TikTok for entertainment around humor, whereas IG is hired for entertainment around pop culture & interests
- Identity is not important on TikTok, people only care about the content
- TikTok is not hired for sharing with friends and family
- Tiktok inventory comprises of more than music, funny sayings, movies & TV and funny sounds also made up a significant portion of what people created to and consumed

For a more detailed summary here's a quip with more context.

Let me know if you have any questions.

Thanks!

▮▮▮▮

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_02872739
PX12351-001