# PX15160

## Public Record Version

| | |
|---|---|
| From: | Sheryl Sandberg </O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=███ |
| To: | Mark Zuckerberg; Sheryl Sandberg |
| Sent: | 10/26/2013 11:43:03 PM |
| Subject: | Message summary [mIMxRyImy+SDp4Y2DwzOcA==] |

Mark Zuckerberg:
>If things go well today and we move to negotiate all day tomorrow, it might be good for you to free up some time to spend with the founders in LA. I'll keep you posted but just wanted to plant this seed.

Sheryl Sandberg:
>Happy to do it. Do you mean tomorrow or this week?

Mark Zuckerberg:
>It would likely be tomorrow, but I'll keep you posted.

Sheryl Sandberg:
>Great. I am in Palm Springs. I can go in the morning.

Sheryl Sandberg:
>Any update? How is it going?

Mark Zuckerberg:
>It went well. I will know more later tonight.

Mark Zuckerberg:
>Biggest issue is they don't want to move to MPK.

Mark Zuckerberg:
>Price seems fine and may be lower than I thought, but we'll see.

Sheryl Sandberg:
>I think they don't need to move. We will have less influence and control - but we can make it work. Exciting!

Sheryl Sandberg:
>Should I plan on going tomorrow? Are they coming back to you? Can I call to hear more?

Mark Zuckerberg:
>I'm on the plane back now. (I'm getting dinner with the WhatsApp founder so didn't want to cancel it, and may just fly back down to LA tomorrow morning.)

Mark Zuckerberg:
>█████ is going to get back to me later tonight after thinking through things.

Sheryl Sandberg:
>Any highlights to share?

Mark Zuckerberg:
>We still don't have a real indication of how they're feeling about our offer. He just messaged Amin saying he wanted the day to think about it, but still wants to talk to Chris. Amin and I might not go down tomorrow though.

Mark Zuckerberg:
>Amin and I decided to offer $3b for the company plus $1b in retention packages for them.

Mark Zuckerberg:
>They seemed happier with that than I'd expected from previous signals, but his latest messages make me wonder if they're taking more time to think things through.

Sheryl Sandberg:
>My schedule for tomorrow - ███ and ███ are flying home at 900 am so I could stay done here. I would get to la around 1030 am.

CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC

FB_FTC_CID_08609556
PX15160-001

Sheryl Sandberg:
>Knowing tonight would help get a car to do it

Mark Zuckerberg:
>My current assumption is you won't have to do it, but I will let you know for certain by end of the evening.

Sheryl Sandberg:
>Happy to join if I can help.

Sheryl Sandberg:
>Even if I knew tomorrow am.

Mark Zuckerberg:
>I'll send you a note confirming tonight.

Sheryl Sandberg:
>What's app is better - so charm them at dinner!

Mark Zuckerberg:
>I'll do my best!

Sheryl Sandberg:
>Success?

Mark Zuckerberg:
>WhatsApp is a longer term project. I think I'm making progress and we might have our chance in Q1. I've been working on this for almost two years now.

Mark Zuckerberg:
>For Snapchat, our shot is right now. They're deciding between joining us and taking a big financing on the path to going public.

Sheryl Sandberg:
>Tomorrow?

Mark Zuckerberg:
>You don't have to go. They're taking the day to think about it and Chris is going to hang out with them. That's probably enough.

Mark Zuckerberg:
>Thanks for offering.

Sheryl Sandberg:
>Happy to go - anytime. Are you sure not tomorrow?

Mark Zuckerberg:
>I think so

Mark Zuckerberg:
>Let me check with ▮. One moment.

Sheryl Sandberg:
>Or any day next week too

Mark Zuckerberg:
>You're in LA all week?

Sheryl Sandberg:
>No. I am in San Fran all week so easy to go down any day

Sheryl Sandberg:
>No other travel planned