**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:20-cv-03590-JEB |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Justin Hedge for Non-Party Match Group, Inc. ("Match") is hereby withdrawn.  The remaining counsel admitted on behalf of Non-Party Match will continue to represent it as necessary in these proceedings.

Dated: September 26, 2024

Respectfully Submitted,

*/s/ Justin Hedge*

Justin Hedge (979378)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000
justin.hedge@arnoldporter.com

*Counsel for Match Group, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 26, 2024, I caused the foregoing document to be electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the CM/ECF system.

/s/ Justin Hedge
Justin Hedge (979378)