IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Case No.: 1:20-cv-03590 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Anusha Sunkara hereby withdraws as attorney of record for counsel supporting the complaint in the above-captioned matter.

Dated: November 12, 2024

Respectfully submitted,

*s/ Anusha Sunkara*
Anusha Sunkara

*s/ Daniel J. Matheson*
Daniel J. Matheson

Federal Trade Commission
Bureau of Competition
400 7th Street, SW
Washington, DC 20024

*Counsel Supporting the Complaint*