**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, I filed the foregoing document electronically via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                By:  *s/ Daniel J. Matheson*
                                                           Daniel J. Matheson

                                               *Counsel Supporting the Complaint*