UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, which will be issued later today after the parties have had a chance to redact any confidential business information, the Court ORDERS that:

1. Defendant's [324] Motion for Summary Judgment is GRANTED as to the interoperability portion of Count II but otherwise DENIED;

2. Plaintiff's [327] Motion for Partial Summary Judgment is GRANTED as to Defendant's tenth procompetitive justification but otherwise DENIED; and

3. The parties shall appear for a status conference via Zoom on November 25, 2024, at 2:00 p.m., to discuss trial scheduling.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: November 13, 2024

1