# Exhibit 1

**(Excerpt)**

1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF DELAWARE

 3                                - - -

 4    LG PHILIPS DISPLAY          :
      COMPANY, LTD.,              :
 5                                :
                  Plaintiffs,     :
 6                                :
            v.                    :  C.A. No. 06-726
 7                                :
      CHI MEI OPTOELECTRONICS     :
 8    CORPORATION, et al.         :
                                  :
 9                Defendant.      :

10                                - - -

11                                      Wilmington, Delaware
                                        May 5, 2009
12                                      10:42 o'clock a.m.
                                        Pretrial Conference
13
                                  - - -
14
      BEFORE:  HONORABLE JOSEPH J. FARNAN, JR., U.S.D.C.J.
15
                                  - - -
16
      APPEARANCES:
17
              BAYARD, P.A.
18            BY:  RICHARD D. KIRK, ESQUIRE
                   STEPHEN B. BRAUERMAN, ESQUIRE
19

20            McKENNA LONG & ALDRIDGE, LLP
              BY:  GASPARE J. BONO, ESQUIRE
21                 LORA BRZEZYNSKI, ESQUIRE
                   CASS CHRISTENSON, ESQUIRE
22                 TYLER GOODWYN, ESQUIRE
                   DEREK AUITO, ES QUIRE
23
                          Counsel for Plaintiff
24

25
```

Case 1:20-cv-03590-JEB   Document 387-1   Filed 12/05/24   Page 3 of 5
Case 1:06-cv-00726-LPS   Document 1244   Filed 05/10/09   Page 18 of 54 PageID #: 26556

18

1    instructions.
2    　　　　Motions in Limine.  Each party may submit seven Motions
3    in Limine.  They are to be submitted by May 15th.  The motions
4    should be single topic motions and should be numbered Motion in
5    Limine No. 1, Motion in Limine No. 2, et cetera.
6    　　　　With regard to a jury questionnaire, each side is
7    permitted to submit -- this does apply to defendants as a group
8    and plaintiff -- so each side may submit 18 single part
9    questions.  They should all be submitted by May 11th.
10   　　　　The parties will not need to include in those 18 single
11   part questions, any of the 18 voir dire that the Court typically
12   gives to the jury, which concerns the jury panels' knowledge of
13   the attorneys, or their firms, the parties, the facts, a dispute
14   that may be known by the panel.  They will be given at the time
15   the panel is voir dired on June 2nd.  These questions deal more
16   and should be relevant to the issues of the case.
17   　　　　I will select, after submission on May 11th, questions
18   that I think are appropriate to be sent out to the potential
19   jurors, and return my selection from the submission by May 13th.
20   And then the parties, as I said, will be responsible for the
21   organization, cost of the mailing, and I anticipate that the
22   questionnaires will be returned, and have a return date by the
23   jurors to the Court and the parties by May 28th.
24   　　　　With regard to witness and exhibit lists for the direct
25   infringement trial, the list shall be modified for that portion

Case 1:20-cv-03590-JEB   Document 387-1   Filed 12/05/24   Page 4 of 5
Case 1:06-cv-00726-LPS   Document 1244   Filed 05/10/09   Page 19 of 54 PageID #: 26557

19

1   of the trial, and resubmitted by May 20th.  In that submission,
2   all witnesses shall be listed by a party.  The witness list
3   should include rebuttal witnesses.
4           I understand that it may be necessary for a party to be
5   surprised at trial, and if they can demonstrate good cause to be
6   potentially allowed a rebuttal witness not listed, but that
7   would be the rare occasion.  I don't anticipate it in this
8   trial, but that will be available as a matter of the pretrial
9   order that all witnesses should be listed.
10          Exhibits shall also be listed for the direct
11  infringement trial.  For an exhibit to be listed, that exhibit
12  should be contemplated by the parties to be offered at trial
13  with the testimony of a witness that will be appearing.  Any
14  other exhibit, only on an application for cause shown, would I
15  admit it.
16          With regard to the exhibit list and the witness list,
17  during the course of the trial, any exhibit to be used or
18  witness to be called besides that is calling it should give the
19  other parties 48 hours notice of that witness and the exhibits
20  that will be utilized.
21          With regard to the remainder of the witness and exhibit
22  lists in the proposed pretrial order, that will be dealt with at
23  the time those trials are near, but any exhibit premarked and
24  listed on the exhibit list will be considered admitted subject
25  to any objection other than hearsay or relevance.

Case 1:20-cv-03590-JEB   Document 387-1   Filed 12/05/24   Page 5 of 5
Case 1:06-cv-00726-LPS   Document 1244   Filed 05/10/09   Page 20 of 54 PageID #: 26558

20

```
 1            MR. SHULMAN:  I'm sorry, your Honor.  I didn't
 2   understand the last part.
 3            If I understood what you said, in order to get an
 4   exhibit in evidence, you need a sponsoring witness --
 5            THE COURT:  Yes.
 6            MR. SHULMAN:  -- and then I think I also heard you say
 7   everything on the exhibit list will be admitted.
 8            THE COURT:  No, I'm trying to make that distinction.
 9            All the exhibits that are in the proposed pretrial
10   order are not admitted.
11            MR. SHULMAN:  Are not admitted.
12            THE COURT:  Are not admitted.  But on the list that you
13   submit by May 20th, if it is on that list, then I assume that
14   you're representing that it will be offered with a sponsoring
15   witness, and, therefore, if it's on that list, it's an admitted
16   exhibit.
17            MR. SHULMAN:  I understand, your Honor.
18            THE COURT:  So I'm disregarding everything else in your
19   proposed pretrial order, and for purposes of defendants'
20   pretrial, only what's submitted by May 20th is admitted.
21            (Pause.)
22            The jury will be permitted to take notes.  If the
23   parties agree, the jury will be permitted to ask questions that
24   will be screened both by me and the parties.
25            With regard to the demonstrative exhibits, the
```