# Exhibit 6

**(Excerpt)**

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    EUGENE HUDSON, JR.,
                                          Civil Action
                  Plaintiff(s),           No. 17-01867 (JEB)
          v.
                                          Washington, D.C.
    AMERICAN FEDERATION OF
    GOVERNMENT EMPLOYEES (AFGE),
                                          January 19, 2024
                  Defendant(s).
    ------------------------------------------------------------
                    FINAL PRETRIAL CONFERENCE
              BEFORE THE HONORABLE JAMES E. BOASBERG
                 UNITED STATES DISTRICT CHIEF JUDGE

    APPEARANCES:

    FOR THE PLAINTIFF(S):  Marlene D. Morten, Esquire
                           Unfoldment Law Offices
                           3825 South Capitol Street Southwest
                           Washington, D.C. 20032

                           Kimberly S. Estelle, Esquire
                           Elizabeth Bone, Esquire
                           Harold Bone, II, Esquire
                           Suite 709 Forum Building
                           950 22nd Street North
                           Birmingham, Alabama 35203


    FOR THE DEFENDANT(S):  Elisabeth M. Oppenheimer, Esquire
                           Rushab Sanghvi, Esquire
                           Lane Shadgett, Esquire
                           American Federation of Government
                            Employees
                           Office of General Counsel
                           80 F Street Northwest
                           Washington, D.C. 20001


    REPORTED BY:           Tammy Nestor, RMR, CRR
                           Official Court Reporter
                           333 Constitution Avenue Northwest
                           Washington, D.C. 20001
                           tammy_nestor@dcd.uscourts.gov
```

1    THE COURT: All right. Next issue is, before we
2    get into witnesses specifically, is the issue of a clock
3    on the trial. And that's something that I have been
4    considering after receiving the pretrial statements,
5    particularly the plaintiff's, and the comments I made at
6    the last pretrial hearing. And given where things stand
7    in the next pretrial, I mean, that Ms. Morten, you've got
8    witnesses testifying about pages of topics, and then you
9    say one hour, it's completely unrealistic. And so I think
10   that putting a clock on each side makes sense.
11       I believe that the defense proposal is a correct
12   one in terms of hours. And so each side will be on a
13   15-hour clock that will cover direct and cross. I will be
14   the timekeeper. I will keep you posted perhaps at lunch,
15   but certainly at the end of each day as to the amount you
16   have used and what remains.
17       And if at some point you want me to tell the jury
18   that I have limited each side to that amount, you can let
19   me know so they are not wondering why you may have
20   curtailed certain presentations or examinations. But to
21   me, the plaintiff's case still remains far too unwieldy
22   for what this case is really about despite my strenuous
23   efforts to narrow it over, I will say, the years.
24       So again, this is not a complicated case. The
25   plaintiff is to put on evidence that he was removed from