# Exhibit 7

**(Excerpt)**

1

```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


FEDERAL TRADE COMMISSION,    .
et al.,                      .
                             .
         Plaintiffs,         .  Civil Action Nos. 04-0534
                             .                    04-0535
    v.                       .  Washington, D.C.
                             .  Monday, May 10, 2004
ARCH COAL, INC., et al.,     .  9:53 a.m.
                             .
         Defendants.         .
                             .
. . . . . . . . . . . . . .  .
```

```
                 SCHEDULING CONFERENCE
         BEFORE THE HONORABLE JOHN D. BATES
             UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For Plaintiff FTC:          RHETT R. KRULLA, ESQ.
                            MELVIN H. ORLANS, ESQ.
                            Federal Trade Commission
                            600 Pennsylvania Avenue, N.W.
                            Washington, D.C. 20580
                            202-326-2608

For Plaintiff Missouri:     ANNE E. SCHNEIDER, ESQ.
                            State of Missouri
                            Attorney General's Office
                            Supreme Court Building
                            P.O. Box 899
                            Jefferson City, Missouri 65102
                            573-751-8455

For Plaintiff Arkansas:     BRADFORD PHELPS, ESQ.
(via telephone)             Arkansas Attorney General's Office
                            323 Center Street
                            Suite 200
                            Little Rock, Arkansas 72201
                            501-682-3625

Case 1:20-cv-03590-JEB   Document 387-7   Filed 12/05/24   Page 3 of 3
Case 1:04-cv-00534-JDB   Document 118   Filed 10/31/16   Page 10 of 20

10

1   proceeding on Monday the 21st.
2           MR. ORLANS: Thank you, Your Honor. I wanted to
3   generally apprise the Court that the parties are continuing to
4   talk about the manner in which to equitably split the trial
5   time.
6           THE COURT: That's item No. 3 on my list. So you --
7   and I assume you're speaking for everyone, so you're all doing
8   very well.
9           MR. ORLANS: In the past, Your Honor, what we've done
10  in these kinds of cases like Staples, for example, is to work
11  off a chess clock, where each side has an equal amount of time.
12  I'm inclined to recommend that approach to the Court here.
13      The defendants had raised the question of how that would
14  interact with the possible use of depositions and/or written
15  direct, and we're continuing to talk about that.
16      But my current view is that we still should be able to use
17  that approach, however we came to the use of deposition
18  testimony and written direct, that a chess clock still works the
19  best in terms of allocating time.
20          THE COURT: The only complication I can see is if
21  there's some inequity in terms of the written presentation --
22  in other words, that one side is doing more through a written
23  presentation -- how does that then translate into any possible
24  adjustment with respect to the chess clock trial time, and we
25  can try to deal with it. Seems to me that's the complication.