# Exhibit 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 20-cv-3010 (APM) |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| **STATE OF COLORADO**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 20-cv-3715 (APM) |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Trial in this matter is scheduled to commence on September 12, 2023. Consistent with the parties' time assessments discussed during the scheduling conference held on June 28, 2023, the court orders the following with regard to trial proceedings.

I. <u>Pretrial Dates</u>

    A.    The parties shall appear for a remote status conference on **July 19, 2023, at 4:00 p.m.**;

    B.    The parties shall appear for a remote status conference and hearing regarding confidentiality designations on **August 11, 2023, at 1:00 p.m.**;

    C.    The parties shall appear for a pretrial conference in Courtroom 10 on **September 1, 2023, at 2:00 p.m.**

II. Trial Schedule

A. Trial shall begin on **September 12, 2023,** with the parties' opening statements and the start of the DOJ Plaintiffs' case-in-chief. The DOJ Plaintiffs' case-in-chief shall conclude on or about **October 6, 2023 (appx. 105 hours)**;

B. Colorado Plaintiffs' case-in-chief shall begin on or about **October 9, 2023,** and conclude on or about **October 24, 2023 (appx. 65 hours)**;

C. Google's case-in-chief shall begin on or about **October 25, 2023,** and conclude on or about **November 15, 2023 (appx. 98 hours)**;

D. The court will **not** sit on **September 25**, **September 29, October 20**, and **October 23, 2023**, and the above time estimates take these days into account;

E. Time for rebuttal cases, if any, is to be determined.

III. Motion for Sanctions Evidentiary Hearing

The court will consolidate trial on the merits with the requested evidentiary hearing on the DOJ and Colorado Plaintiffs' motions for sanctions. Plaintiffs may examine in their cases-in-chief the five witnesses they have identified, and Google will be permitted to call three witnesses in its case-in-chief. Testimony concerning the sanctions motion shall count towards each parties' allotted trial time.

Dated: June 30, 2023

Amit P. Mehta
United States District Court Judge