# Exhibit 9

**(Excerpt)**

Case 1:20-cv-03590-JEB   Document 387-9   Filed 12/05/24   Page 2 of 3
Case 5:22-cv-04325-EJD   Document 494   Filed 12/21/22   Page 1 of 51

1

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   FEDERAL TRADE COMMISSION,      )
                                  )
              PLAINTIFF,          )   CV-22-04325 EJD
                                  )
                       V.         )   DECEMBER 5, 2022
                                  )
   META PLATFORMS, INC., ET       )   PAGES 1 - 50
   AL.,                           )
                                  )
              DEFENDANTS.         )
   _____  )

             TRANSCRIPT OF PRETRIAL PROCEEDINGS

          BEFORE THE HONORABLE EDWARD J. DAVILA

                UNITED STATES DISTRICT JUDGE

   A P P E A R A N C E S:

   FOR THE PLAINTIFF:     FEDERAL TRADE COMMISSION
                          DISTRICT OF COLUMBIA
                          BY:  JEANINE BALBACH
                               ABBY DENNIS
                          600 PENNSYLVANIA AVENUE NW
                          SUITE CC-7528
                          WASHINGTON, DC 20580

                          BY:  PEGGY FEMENELLA
                          400 7TH STREET SW
                          WASHINGTON, DC 20024


   OFFICIAL COURT REPORTER:
                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                          CERTIFICATE NUMBER 8074


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

Case 1:20-cv-03590-JEB   Document 387-9   Filed 12/05/24   Page 3 of 3
Case 5:22-cv-04325-EJD   Document 494   Filed 12/21/22   Page 33 of 51

33

| | | |
|---|---|---|
| 10:51AM | 1 | IN MY TRIALS WE USUALLY START AT 9:00 A.M. AND WE END AT |
| 10:51AM | 2 | 4:00, AND I WILL TELL YOU THAT WE END AT 4:00 TO ALLOW THE |
| 10:51AM | 3 | JURORS TO GET TO THEIR VEHICLES AND AVOID TRAFFIC.  I'M HAPPY |
| 10:52AM | 4 | TO EXTEND THAT TO 5:00 P.M. IF THAT'S SOMETHING THAT WE WOULD |
| 10:52AM | 5 | DO.  WE COULD CAPTURE AN EXTRA 20-SOME HOURS DOING THAT, 15 |
| 10:52AM | 6 | HOURS. |
| 10:52AM | 7 | BUT WHAT I INTEND TO DO IS TOTAL UP THE HOURS AND THEN |
| 10:52AM | 8 | SPLIT THOSE, AND THEN EACH OF YOU WOULD HAVE 50 PERCENT OF |
| 10:52AM | 9 | THOSE HOURS TO USE AS YOU SAW FIT. |
| 10:52AM | 10 | ANY QUESTION ABOUT THAT?  AND I INVITE YOU TO DO THE MATH, |
| 10:52AM | 11 | TOO, ON THE DAYS YOU HAVE RECOGNIZING -- LET ME KNOW IF THERE'S |
| 10:52AM | 12 | ANY DAYS THAT YOU WOULD LIKE TO BE DARK BECAUSE OF ANY |
| 10:52AM | 13 | OBSERVANCE AND THEN WE'LL LOOK AND CALCULATE. |
| 10:52AM | 14 | AS I SAID, I'M HAPPY TO EXTEND UNTIL 5:00 O'CLOCK.  WE CAN |
| 10:52AM | 15 | START AT, YOU KNOW, 8:30 IF THAT'S SOMETHING THAT WORKS FOR |
| 10:52AM | 16 | YOU. |
| 10:52AM | 17 | WHAT I'VE DONE IN TRIALS, AND I'M SURE YOU'VE HAD IN |
| 10:52AM | 18 | TRIALS AS WELL, IS THAT WHEN THERE'S A 9:00 START, I HAVE |
| 10:53AM | 19 | USUALLY RESERVED FROM 8:00 TO 9:00 O'CLOCK, THAT TIME TO MEET |
| 10:53AM | 20 | WITH THE LAWYERS TO DISCUSS ANY ISSUES OUTSIDE THE PRESENCE OF |
| 10:53AM | 21 | THE JURY.  AND THAT SAVES US JURY TIME. |
| 10:53AM | 22 | WE CAN DO THE SAME HERE, AND I'M HAPPY TO ACCOMMODATE |
| 10:53AM | 23 | THAT.  IF YOU DECIDE ON A 9:00 O'CLOCK START AND WE NEED TO |
| 10:53AM | 24 | DISCUSS SOMETHING, WE WILL CERTAINLY MEET AHEAD OF THAT 9:00 |
| 10:53AM | 25 | O'CLOCK START OR 8:30 START, WHATEVER YOU WOULD LIKE. |