# Exhibit 10
## (Excerpt)

Case 1:20-cv-03590-JEB   Document 387-10   Filed 12/05/24   Page 2 of 3
Case 1:20-cv-03010-APM   Document 696   Filed 09/12/23   Page 1 of 126

1

```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
        Plaintiffs,                )
                                   )   CV No. 20-3010
     vs.                           )   Washington, D.C.
                                   )   September 1, 2023
GOOGLE LLC,                        )   3:00 p.m.
                                   )
        Defendant.                 )
_____)


                       TRANSCRIPT OF
              PRETRIAL CONFERENCE PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
```

Case 1:20-cv-03590-JEB   Document 387-10   Filed 12/05/24   Page 3 of 3
Case 1:20-cv-03010-APM   Document 696   Filed 09/12/23   Page 24 of 126

24

1  burden.
2         But I will just say the following:  Live testimony
3  is important to me because I'm the trier of fact.  And so
4  I have the opportunity, which juries don't usually get to
5  do, which is to ask questions, which I plan to do, and
6  I can't do that if I permit what the plaintiffs have
7  described as key witnesses to simply sit on the sidelines
8  and let me look at their deposition testimony.
9         MR. SUNSHINE:  I understand that, Your Honor.  Not
10 at all surprised to hear it.
11        I think what presents here is perhaps a little bit
12 of an unusual situation, given how much time the Apple
13 executives already put in.
14        So to my mind the question is what's the
15 incremental advantage of presenting this testimony live
16 versus seeing videotaped depositions compared to the
17 probative value on that piece.
18        And I think that our witnesses will, take Mr. Cue,
19 for example, Mr. Cue, who is a very senior executive at
20 Apple, runs pretty much half the company, reports directly
21 to Mr. Cook.  He's already given more than five days of his
22 professional time to this matter, being asked every possible
23 question by five different capable attorneys from the
24 plaintiffs, and requiring him to come here will be at least
25 three more days between prep and travel and testimony.  And