# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

## [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE

| Event | Date |
|---|---|
| January JSR filing<br>• Parties to propose final trial time allotments and exhibit list cap in this JSR | Tuesday, January 16, 2025 |
| Opening deposition designations due*<br><br>    * A party may submit opening designations of a witness's deposition testimony at a later time (but before pretrial statements are due) upon a showing that the party was unable to procure the witness's live testimony.<br><br>Deadline for parties' simultaneous exchange of preliminary witness & exhibit lists*<br><br>    *The parties may amend witness and exhibit lists after this initial exchange (with notice to the other side) until three days before final witness and exhibit lists are due. If one party amends its witness or exhibit list in the three days before amendments are due, then the other party shall have three days after that date to make amendments to its witness or exhibit list in response (including if that results in amendments after the deadline to amend three days prior to the final exhibit and witness list exchange deadline). | Monday, February 10, 2025<br>(9 weeks before trial) |

1

| Event | Date |
|---|---|
| Preliminary witness lists shall comply with Local Rule 16.5(b)(5), and also include whether the party intends to present each witness via live testimony or through a videotaped deposition.<br><br>Preliminary exhibit lists shall list exhibits by title and date, if known, and include a description of each exhibit the party may offer in evidence (other than those created at trial).<br><br>Preliminary exhibit lists need not include: documents used solely for impeachment; Rule 1006 exhibits; or illustrative aids.<br><br>To the extent post-trial submissions of evidence are permitted, preliminary witness and exhibit lists, and opening deposition designations, shall include materials (both testimony, via pretrial witness list and deposition designation exchanges, and documents via exhibit list exchanges) that a party intends to introduce post-trial. | |
| February JSR filing<br>• Parties to propose schedule for completing deposition designation exchange process | Monday, February 17, 2025 |
| Deadline for motions in limine and other pretrial motions<br>• An opposition to a motion in limine or pretrial motion shall be due 14 days after the motion is filed.<br>• A reply in support of a motion in limine or pretrial motion shall be due 10 days after the opposition is filed. | Friday, February 21<br>(7.5 weeks before trial) |
| Deadline for submission of parties' proposed confidentiality procedures | Monday, February 24, 2025<br>(7 weeks before trial) |

| Event | Date |
|---|---|
| Final pretrial statement (pursuant to L.R. 16.5), including:<br>• Final witness lists, *see* L.R. 16.5(b)(1)(iv);<br>• Final exhibit lists (including objections), *see* L.R. 16.5(b)(1)(v); and<br>• Final deposition designations, *see* L.R. 16.5(b)(1)(vi);<br><br>Final witness lists shall comply with Local Rule 16.5(b)(5), and also include whether the party intends to present each witness via live testimony or through a videotaped deposition.<br><br>Final exhibit lists shall comply with Local Rule 16.5(b)(6). Final exhibit lists need not include: documents used solely for impeachment; Rule 1006 exhibits; or illustrative aids.<br><br>Final deposition designations shall comply with Local Rule 16.5(b)(7).<br><br>To the extent post-trial submissions of evidence are permitted, final witness and exhibit lists, and deposition designations, shall include materials (both testimony, via the witness list and deposition designations, and documents via exhibit lists) that a party intends to introduce post-trial. | Monday, March 10, 2025<br>(5 weeks before trial) |
| Date by which FTC must disclose to Meta its proposed order for all witnesses it may call live at trial in its case-in-chief, the week in which the FTC expects to call the witness, and the estimated time for the FTC's examinations.*<br><br>*Schedules for certain executives will need to be coordinated earlier to ensure availability on the FTC's desired testimony date. After Meta identifies these Meta executives to the FTC, the FTC shall meet and confer with Meta about scheduling their testimony promptly, and shall provide anticipated testimony dates as soon as possible (and by no later than the deadline for final witness lists). | Monday, March 17, 2025<br>(4 weeks before trial) |
| Pretrial conference | Monday, March 24, 2025<br>(10:00 a.m.)<br>(3 weeks before trial) |
| Pretrial briefs due | Monday, April 7, 2025<br>(1 week before trial) |
| Trial begins | Monday, April 14, 2025 |

3

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable James E. Boasberg
United States District Court Chief Judge

4