# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SABRE INTERNATIONAL SECURITY, :
:
    Plaintiff, :
:
v. : Civil Action No. 11-806 (GK)
:
TORRES ADVANCED ENTERPRISE :
SOLUTIONS, LLC, et al., :
:
    Defendants. :
:

## ORDER

A Pretrial Conference was held in this case on August 26, 2014. Upon consideration of the representations of Counsel, and the entire record herein, it is hereby

**ORDERED**, that the Jury Trial previously scheduled to begin on **October 27, 2014**, is continued to **November 17, 2014**;[1] and it is further

**ORDERED**, that, no later than **September 2, 2014**, Plaintiff Sabre International Security ("Sabre") shall file its response to Defendant Torres Advanced Enterprise Solutions ("Torres'") proposal to bifurcate the conversion, tortious interference, and punitive damages claims from the remainder of the proceedings; and it is further

---

[1] The Court shall sit Monday through Wednesday during the week of Thanksgiving, November 24-26, 2014, and resume its regular trial schedule the following week.

**ORDERED**, that, also on **September 2, 2014**, Plaintiff's counsel shall email the Court's law clerk, copying all counsel, regarding its position on the number of jurors to be seated on the jury; and it is further

**ORDERED**, that the parties shall file their Motions in Limine, which shall not exceed five pages, no later than **September 9, 2014**, and any Oppositions no later than **September 23, 2014**; and it is further

**ORDERED**, that, if clarification of the Court's August 20, 2014, Memorandum Opinion [Dkt. No. 373] is desired, Sabre shall file its Motion for Clarification no later than **September 9, 2014**, and Defendant Torres shall file its response no later than **ten days** thereafter; and it is further

**ORDERED**, that, by **September 20, 2014**, the parties shall jointly file:

- A list, to be provided to the jury, of any acronyms to which counsel, any witness, or any documentary evidence may refer at trial, and the meaning of such acronyms, and

- A list of all contracts and subcontracts between Sabre and Torres and the dates of such contracts and subcontracts;

and it is further

**ORDERED**, that Sabre and Torres are each limited to **100 exhibits** and **15 rebuttal exhibits**. The parties shall revise

-2-

their exhibit lists to reflect these limits and include only such exhibits as they believe are genuinely probative and helpful to the jury; and it is further

**ORDERED**, that, by **October 9, 2014,** the parties shall meet and confer regarding their revised exhibit lists and any objections thereto; and it is further

**ORDERED**, that, by **October 17, 2014,** the parties shall jointly submit an updated, realistic list of exhibits and any non-boilerplate objections as to which a resolution has not been reached, as well as a revised list of proposed jury instructions, voir dire questions, and verdict forms; and it is further

**ORDERED**, that the parties' opening statements shall not exceed the following time allotments:

- Sabre: 45 minutes
- Defendant Torres: 45 minutes
- Individual Defendant Jerry Torres: 15 minutes
- Individual Defendants Kathryn Jones and Rebekah Dyer: 10 minutes;

    and it is further

-3-

**ORDERED**, that, having heard nothing to the contrary, the Court shall proceed under the assumption that the trial is an open, public trial; and it is further

**ORDERED**, that, no later than **September 15, 2014**, Torres shall inform the Court of the Government's response to its request for permission to unseal the pleadings, Motions, and Orders presently filed under seal on the Court's docket. To the extent the Government has not yet responded to such request, Torres shall file the exact statutory, contractual, or other regulatory provision(s) it contends requires continued sealing of the Motions and Orders on the Court's docket.

Finally, the parties should contact the Court's Courtroom Deputy, Tonya Hightower, at (202) 354-3147 or via email at tonya_hightower at dcd.uscourts.gov, regarding procedures for identifying, marking, and publishing exhibits at trial. Regarding any specialized audiovisual or technological needs that may arise at trial, the parties should contact John Cramer at 202-354-3019 or via e-mail at john_cramer@dcd.uscourts.gov.

August 26, 2014

*Gladys Kessler*
Gladys Kessler
United States District Judge