# Exhibit 4

## (Excerpt)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------X

PATRICIA DIANE LEWIS,

                 Plaintiff

           v.          Civil Action  15-521

DISTRICT OF COLUMBIA, et al.,

                 Defendants

----------------------------X

                         Washington, D.C
                Thursday, February 22, 2018
                    11:00 a.m.

TRANSCRIPT OF PRETRIAL CONFERENCE
BEFORE THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:  Adam C. Bonner, Esq.
                     BONNER & BONNER
                     475 Gate Five Road, Suite 212
                     Sausalito, CA 94965
                     (415) 331-3070

For the Defendants:  Fernando Amarillas, AAG
                     Conrad Risher, AAG
                     OFFICE OF THE D.C. ATTORNEY GENERAL
                     441 4th Street, NW, Suite 600 South
                     Washington, DC 20001
                     (202) 442-9887

Court Reporter:     Lisa Walker Griffith, RPR
                     U.S. District Courthouse, Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247

1    instructions that you will then have a chance to review and

2    comment on at the close of the evidence.  But what I

3    typically do is, I don't break between the close of

4    evidence and moving into instructions and closings.  So I

5    handle that as near as possible to the conclusion.  So the

6    point is you don't need to submit anything before trial.

7              Let me talk for a minute about some other trial

8    practices.  Then if you folks have anything else, I will be

9    happy to hear you.  The trial, I sit from 9:30 to 5:00.  I

10   usually take lunch from about a little before 1:00, to

11   2:00.  I try to run a pretty efficient courtroom.  What

12   that means is, if I say I am going to take a 10 minute

13   break, I don't take a 20 minute break.  If I say I am going

14   to take the bench at 9:30, that's what I do.  I believe it

15   is a courtesy and only appropriate to you folks that I do

16   so.

17             In exchange, I ask that you be on time from

18   breaks.  Have your witnesses ready.  Do not tell me at 3:00

19   one afternoon "I've run out of witnesses."  Have your

20   people ready and line them up, ready to go.

21             I let you try your case in the sense that you are

22   not bound to the podium.  We'll give you a lapel mic.  For

23   example, for openings and closings, you can move around.

24   You don't need to ask my permission to approach a witness.

25   We'll have, in this courtroom, every juror has an