# Exhibit 6

**(Excerpt)**

1

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL., )
                                  )
        Plaintiffs,               )
                                  )    CV No. 20-3010
     vs.                          )    Washington, D.C.
                                  )    July 19, 2023
GOOGLE LLC,                       )    4:00 p.m.
                                  )
        Defendant.                )
_____)


                         TRANSCRIPT OF
            STATUS CONFERENCE VIA ZOOM PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov
```

Case 1:20-cv-03590-JEB   Document 389-6   Filed 12/17/24   Page 3 of 5
Case 1:20-cv-03010-APM   Document 617   Filed 07/20/23   Page 16 of 43

16

```
 1   complexity of the case, I think an hour for each of the
 2   plaintiffs would be appropriate to give us a chance to lay
 3   out the facts and the necessary information for the Court.
 4              THE COURT:  Mr. Sallet, your thoughts.
 5              MR. SALLET:  That would certainly be sufficient
 6   for the states.
 7              THE COURT:  Okay.
 8              MR. SCHMIDTLEIN:  Your Honor, if you're inclined
 9   to give each of them an hour, I would like an hour and a
10   half.
11              THE COURT:  Yeah, I wasn't going to give them an
12   hour.
13              Each side will get 45 minutes, each of the
14   plaintiffs will get 45 minutes, and Google will get 60.
15   I assume that'll be enough, Mr. Schmidtlein, to respond to
16   both.
17              MR. SCHMIDTLEIN:  That would be fine, Your Honor.
18              THE COURT:  So 45 and 45 for the plaintiffs.
19              And then in terms of an order of witnesses,
20   Mr. Dintzer, Mr. Sallet, what are your thoughts?  I do think
21   it would be important at some point for you all to begin
22   identifying the witnesses you want to have in a general
23   order so that Google in particular can begin notifying
24   witnesses and making sure they're available.
25              When do you think that is a realistic possibility
```

Case 1:20-cv-03590-JEB   Document 389-6   Filed 12/17/24   Page 4 of 5
Case 1:20-cv-03010-APM   Document 617   Filed 07/20/23   Page 18 of 43

18

1           But I do think it would benefit all of us to have
2    some sort of order of operations in terms of witnesses just
3    if for no other reason than it will allow you all to start
4    lining up people and when they need to be here so we don't
5    have dead time during what's already a very tight trial
6    schedule.
7           MR. DINTZER:  And in a lot of my trials,
8    Your Honor, what we end up agreeing with the other side, is
9    the Thursday before each week, one side tells the other side
10   who the order of witnesses that will be coming on in the
11   week to come.
12          In trying to do it too many weeks in advance, from
13   experience, I mean, things change, you know, this witness
14   can't make it or we're going to need to move this witness up
15   because this witness went short.
16          They have our witness list and they have our --
17   so -- but like I said, we think we probably can reach --
18          THE COURT:  Why don't you all talk it through,
19   because, look, I think in the ordinary case what you've
20   suggested may be sensible; I think it's more challenging
21   here.  It's a long witness list, I don't know how many
22   Google witnesses you have on that list.  You know, maybe you
23   think the third parties are a little bit more --
24          Well, let me put it this way:  You've got to
25   sequence these folks and Google's got to get them here.  And

Case 1:20-cv-03590-JEB   Document 389-6   Filed 12/17/24   Page 5 of 5
Case 1:20-cv-03010-APM   Document 617   Filed 07/20/23   Page 19 of 43

19
1   you've got 50 people, I don't know how many are Google
2   witnesses on your list, and they're 3,000 miles away
3   presumably.
4          So, you know, it's not -- again, it's not like
5   this case is in the Northern District where you'd have some
6   more flexibility in terms of -- shuttling people in and out.
7   This is going to have to be planned a little bit more in
8   advance, it seems to me, because I'm sure witnesses for all
9   parties, you know, they set their schedules more than a week
10  in advance.
11          MR. SCHMIDTLEIN:  Your Honor, there are very -- as
12  you might imagine, the witnesses in this case are not junior
13  entry-level employees.  And it's really just not fair or
14  reasonable to say to them, just block off all of September
15  and October and the first couple weeks of November, because
16  we don't know.
17          We're into this now three years.  Mr. Dintzer
18  should know who the witnesses are and the order in which
19  they're coming.  It's time.  It's time for him and
20  Mr. Sallet to make those decisions.
21          MR. SALLET:  Your Honor, it turns out the lawyers
22  who are appearing before you in this case are not
23  particularly junior either.  We didn't know about this issue
24  until the status conference began.
25          But I agree with Mr. Dintzer, we can get together,