# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.

Case No. 1:20-cv-03590-JEB

**[PROPOSED] ORDER SETTING PRETRIAL SCHEDULE**

| Event | Date |
|---|---|
| January JSR filing | January 16, 2025 5:00 PM EST |
| Exchange of preliminary witness & exhibit lists<br>• Preliminary witness lists shall identify: name of witness; whether the party presently intends that it "will call" or "may call" the witness; current or former relevant employer; contact information, including contact information for counsel, if known; a brief description of the testimony to be elicited from the witness; and whether the party intends to present each witness via live testimony or through video designation. The FTC will also make best efforts to identify which witnesses it presently anticipates it may call in rebuttal versus in its case-in-chief, reserving all rights to change such designations in its final witness list and amend its list of rebuttal witnesses in response Meta's witness disclosures.<br>• Preliminary exhibit lists shall list exhibits by title and date if known and include a description of each exhibit the party may offer in evidence (other than those created at trial).<br>• Preliminary exhibit lists need not include: documents used solely for impeachment; deposition transcripts that the party may designate or cite in proposed | January 27, 2025 |

1

| Event | Date |
|---|---|
| findings; Rule 1006 exhibits; or illustrative aids. If a party does not include an exhibit on its preliminary exhibit list, that party shall not be prevented from including that exhibit on its final exhibit list or from introducing it for good cause. | |
| Submission of proposed time allotments, exhibit list caps, and, if needed, limits on motions in limine. | February 7, 2025 |
| February JSR filing (including the submission of the parties' proposed confidentiality procedures) | February 17, 2025 5:00 PM EST |
| Exchange of final witness & exhibit lists<br>• Final witness lists shall satisfy the conditions of Local Rule 16.5, including identifying: the full names and addresses of all witnesses the party "will call" or "may call if the need arises including rebuttal witnesses"; the identity of the witness's current or former relevant employer; contact information, including contact information for counsel, if known; a brief description of the testimony to be elicited from the witness; an estimate of the time the party will take in eliciting such testimony; and whether the party intends to present each witness via live testimony or through video designation. Separately, expert witnesses shall be designated by asterisks and a party need not list any witness who will be called solely for impeachment.<br>• Final exhibit lists shall list exhibits by title and date if known, include a description of each exhibit the party may offer in evidence (other than those created at trial), and identify those exhibits which the party "expects" to offer and those which the party "may offer if the need arises."<br>• Final exhibit lists need not include: documents used solely for impeachment, deposition transcripts that the party may designate, Rule 1006 exhibits, or illustrative aids. Parties further may add additional exhibits to their final exhibit list to address witnesses who appear on the opposing party's final witness list and who did not appear on their preliminary witness list, or for good cause. | February 24, 2025 |
| Pretrial motions in limine<br>Responses<br>Replies | February 26, 2025<br>March 12, 2025<br>March 19, 2025 |

| Event | Date |
|---|---|
| Final pretrial statement (pursuant to L.R. 16.5) | March 10, 2025 |
| Pretrial conference | March 24, 2025 (10 AM) |
| Pretrial brief | April 7, 2025 |
| Trial | April 14, 2025 |

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable James E. Boasberg
United States District Court Chief Judge

3