UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

META PLATFORMS, INC.,

    Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

The Court ORDERS that the following deadlines shall govern pretrial procedures in this matter:

| Event | Date |
| --- | --- |
| January JSR filing | January 16, 2025, at 5:00 p.m. EST |
| Exchange of preliminary witness and exhibit lists<br>• Preliminary witness lists shall identify: name of witness; whether the party presently intends that it "will call" or "may call" the witness; current or former relevant employer; contact information, including contact information for counsel, if known; a brief description of the testimony to be elicited from the witness; and whether the party intends to present each witness via live testimony or through video designation. The FTC will also make best efforts to identify which witnesses it presently anticipates it may call in rebuttal versus case-in-chief, reserving all rights to change such dispositions in its final witness list and amend its list of rebuttal witnesses in response to Meta's witness disclosures.<br>• Preliminary exhibit lists shall list exhibits by title and date, if known, and include a description of | January 27, 2025 |

1

| | |
|---|---|
| <ul><li>each exhibit the party may offer in evidence (other than those created at trial).</li><li>Preliminary exhibit lists need not include the following: documents used solely for impeachment; deposition transcripts that the party may designate or cite in proposed findings; Rule 1006 exhibits; or illustrative aids. If a party does not include an exhibit on its preliminary exhibit list, that party shall not be prevented from including that exhibit on its final exhibit list or from introducing it for good cause.</li></ul> | |
| Submission of proposed time allotments, exhibit list caps, and, if needed, limits on motions in limine | February 7, 2025 |
| February JSR filing<ul><li>Parties to propose schedule for completing deposition designation exchange process</li></ul> | February 17, 2025, at 5:00 p.m. EST |
| Date for filing of all motions in limine and other pretrial motions<ul><li>All oppositions to motions in limine or pretrial motions shall be due by March 7, 2025.</li><li>All replies in support of motions in limine or pretrial motions shall be due by March 14, 2025.</li></ul> | February 21, 2025 |
| Deadline for submission of parties' proposed confidentiality procedures | February 24, 2025 |
| Final pretrial statement (pursuant to L.R. 16.5), including:<ul><li>Final witness lists, see L.R. 16.5(b)(1)(iv);</li><li>Final exhibit lists (including objections), see L.R. 16.5(b)(1)(v); and</li><li>Final video deposition designations, see L.R. 16.5(b)(1)(vi).</li></ul>Final witness lists shall comply with Local Rule 16.5(b)(5) and also include whether the party intends to present each witness via live testimony or through a videotaped deposition.<br><br>Final exhibit lists shall comply with Local Rule 16.5(b)(6). Final exhibit lists need not include: documents used solely for impeachment; Rule 1006 exhibits; or illustrative aids.<br><br>Final deposition designations shall comply with Local Rule 16.5(b)(7). | March 10, 2025 |

| | |
|---|---|
| To the extent post-trial submissions of evidence are permitted, final witness and exhibit lists, and deposition designations, shall include materials (both testimony, via the witness list and deposition designations, and documents via exhibit lists) that a party intends to introduce post-trial. | |
| Date by which both sides must disclose their proposed order for all witnesses they may call live at trial and any written deposition excerpts either party will introduce at trial or seek to file at the conclusion of its case. | March 17, 2025 |
| Pretrial conference | March 24, 2025 |
| Pretrial briefs due | April 7, 2025 |
| Trial begins | April 14, 2025 |

In addition, Meta shall provide by January 16, 2025, to the FTC blackout dates in the first four weeks of trial for its executives identified as pretrial witnesses by the FTC. By January 27, 2025, the FTC will provide the dates on which they will be called as witnesses.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: December 20, 2024