IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>　　　Defendants. | Case No.: 1:20-cv-3590-JEB |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Axinn, Veltrop & Harkrider LLP (the "Firm") has relocated its New York office to the following:

**Axinn, Veltrop & Harkrider LLP**
**630 Fifth Avenue, 33rd Floor**
**New York, NY 10111**

The Firm's telephone, fax numbers, and email addresses remain unchanged. Please direct any hard copy service to the new address.

The addresses of the Firm's other offices also remain unchanged, and hard copy service to attorneys at the Firm's other offices should continue to be directed to their current addresses.

Dated: January 9, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　AXINN, VELTROP & HARKRIDER LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Craig M. Reiser*
　　　　　　　　　　　　　　　　　　　　　Craig M. Reiser (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　630 Fifth Avenue, 33rd Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　　　　(212) 728-2200
　　　　　　　　　　　　　　　　　　　　　creiser@axinn.com

Michael L. Keeley
Tiffany Rider Rohrbaugh
1901 L Street NW
Washington, DC 20036
(202) 912-4700
mkeeley@axinn.com
trider@axinn.com

*Counsel for Non-Party TikTok Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Craig M. Reiser*
Craig M. Reiser
