# Exhibit A

| | |
|---|---|
| **From:** | Mattes, Thomas |
| **To:** | Hartman, Jacob E.; Polavarapu, Aaseesh P.; Hansen, Mark C.; Paul, Ana N.; Huff, Kevin B.; Fetterman, Kenneth M.; gklineberg-contact; Panner, Aaron M.; Miller, Kevin J.; Strikis, Silvija A.; Hall, Joseph S.; Horvitz, Kevin D.; Parkinson, Alex A.; Mehta, Sonal; Gringer, David; "Scheinkman, Michael"; Rouhandeh, James; Marini, Ripton A.; Tapkas, Jason J.; Rodriguez, Melissa; Jackson, Kathleen N.; Witebsky, David E.; Gillespie, Nataliia; Smith, Lillian V. |
| **Cc:** | Dimoscato, Maria; Matheson, Daniel; Cerilli, Krisha; Galvan, Patricia V.; Widnell, Nicholas; Smith, Michael; Zuver, Robert; Masters, Owen; Rashkovich, Benjamin; Goff, Karen; Miller, Noel; Brenner, Nathan; Musser, Susan; Albright, Isaiah; Edmonds, Lila; Gatas Johnson, Alejandra; Hinson, Hunter; Lee, Jinwook; Murphy, Quinn; Powell, Steven; Wint, Corene |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB |
| **Date:** | Wednesday, January 15, 2025 4:07:58 PM |

Jake,

Please find attached the FTC's initial written responses to Meta's First Proposed Set of Joint Stipulated Facts. As indicated last night, we are available to meet and confer with you promptly about these responses. Let us know if there is a time you are available on Tuesday, January 21st.

We will be following up separately today to respond to the offer conveyed in your email earlier. *See* Email from J. Hartman (Jan. 15, 2025, 1:26 PM).

Best,
Thomas

**Thomas Mattes**

Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

---

**From:** Hartman, Jacob E. <jhartman@kellogghansen.com>
**Sent:** Wednesday, January 15, 2025 1:26 PM
**To:** Mattes, Thomas <tmattes@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Goff, Karen

<kgoff@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Thomas,

   Meta will provide its positions regarding the 36 statements you've identified below on January 22 (the response date requested by the FTC in the draft JSR) on the condition that the FTC agree to remove the issue from the JSR.  If the FTC continues to insist on troubling the Court with this issue, Meta intends to ask the Court to set a deadline of February 10 for the parties to exchange positions on 40 or fewer proposed fact statements and will await the Court's guidance.

Best,
Jake

**Jacob E. Hartman**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7989

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Mattes, Thomas <tmattes@ftc.gov>
**Sent:** Tuesday, January 14, 2025 8:27 PM
**To:** Hartman, Jacob E. <jhartman@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters,

Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Jake,

We disagree with Meta's description of the FTC's conduct. The FTC's decision to include compound statements in the January 13th document—which consisted of stipulations that were substantively identical to a subset of the stipulations the FTC proposed nearly a month ago on December 18, 2024—was informed by Meta's own First Set of proposed facts, which includes multiple compound statements. *See, e.g.*, Meta's First Set of Proposed Joint Stipulations of Fact, ¶ 4 (Jan. 8, 2025) ("In response to the Second Request, Meta produced more than 9,000 documents—collected from several custodians, including Mr. Zuckerberg—and Instagram produced more than 10,000 documents."). Any misunderstanding of what was communicated or agreed upon during our January 10th Meet & Confer was unintentional.

In the interest of moving forward, given your objections, the FTC will withdraw the January 13th document and ask that Meta instead review the first 35 statements included in its original list, along with our geographic market request, all of which you have had since December 18th. To be more specific, the parties can consider the FTC's January 2nd document (reattached here)—which reflects the FTC's original list with the citations you requested, plus two minor corrections—to be the operative set of FTC requests. And we request a response on the geographic market stipulation.

As for Meta's requests, the FTC will provide its positions on Meta's First Set of proposed facts in writing tomorrow, one week after receiving Meta's proposals on January 8th, and we will be available to meet and confer promptly if you would like to discuss our responses.

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

---

**From:** Hartman, Jacob E. <jhartman@kellogghansen.com>
**Sent:** Tuesday, January 14, 2025 6:04 PM
**To:** Mattes, Thomas <tmattes@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth

M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Thomas,

  In our conversation last week, Meta agreed to engage with the FTC on joint stipulated facts if the FTC selected a significantly smaller number of proposed facts.  Based on your email of Friday, January 10, we understood that the FTC to agree to that approach such that the parties could proceed in good faith.  Neither the FTC's decision to insist to the Court that Meta be forced to respond to all 106 of the FTC's requests, nor its decision to simply aggregate the majority of the facts from its January 3 list into renumbered compound sentences, suggest that the FTC has any intention of engaging in this process in good faith.  We intend to apprise the Court accordingly.  If instead the FTC would prefer to reconsider its approach, Meta remains willing to proceed as discussed on the meet and confer, provided that the FTC identifies no more than 36 facts from its January 3 list, for which Meta will provide a position at the same time the FTC provides its positions on Meta's proposed facts.  We would also expect the FTC to remove this issue from the JSR.

Best,
Jake

**Jacob E. Hartman**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7989

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the

sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Mattes, Thomas <tmattes@ftc.gov>
**Sent:** Monday, January 13, 2025 2:30 PM
**To:** Hartman, Jacob E. <jhartman@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Jake,

Pursuant to our Friday email, pleased find attached the FTC's narrowed and revised First Proposed Set of Joint Stipulated Facts.  To be clear, however, the FTC continues to disagree that the initial First Set—a document totaling little more than 3,000 words, including caption and citations—imposed an unreasonable burden upon Meta.

As will be communicated separately today, in the Joint Status Report due January 16th, the FTC intends to affirmatively ask the Court to order Meta to respond to our entire First Set of 106 proposed stipulations, including our request for a stipulation regarding geographic market, in writing by January 22nd. In the interim, we have provided this narrowed and revised set of 36 proposed stipulations to prevent Meta's intransigence from delaying this process any further than it has already been unjustifiably delayed.

As discussed in Friday's Meet & Confer, please provide an estimate as to when Meta can provide a written response to this set of 36. We are available to meet and confer to facilitate your review.

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

---

**From:** Mattes, Thomas
**Sent:** Friday, January 10, 2025 6:37 PM
**To:** Hartman, Jacob E. <jhartman@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Jake,

Thank you for taking the time to discuss the Joint Stipulation of Facts (JSF) during today's Meet & Confer.

We remain disappointed by Meta's failure to engage with the substance of our first set of proposed stipulations. The FTC sent Meta this first set of 105 proposed facts over three weeks ago on December 18th. When Meta asked for citations supporting those facts on December 30th, the FTC provided citations three days later on January 2nd, notwithstanding the intervening holiday. Now, after another week, we understand that Meta's position is that the FTC sent an unreasonable

number of proposed stipulations on December 18 and that Meta refuses to respond substantively until the FTC pares down the number of facts to roughly match Meta's own first set of 36 proposed facts sent for the first time on January 8th.

We are also disappointed that Meta remains unwilling to discuss, let alone establish, a process for going forward with the JSF. Our understanding is that Meta is unwilling to provide guidance as to how long it will take to review even a pared-down set of proposed stipulations from the FTC until it receives that narrower set. It is likewise disappointing that Meta is unwilling to commit to consider additional sets of proposed stipulations until it receives this first narrow set.

To be clear, we do not agree that the FTC proposed such an "enormous" number of stipulations as to impose an unreasonable burden upon Meta. Beyond asserting that some indefinite number of the FTC's proposed stipulations are "immaterial," Meta has provided no indication that it has engaged substantively with our proposals, despite our best efforts to proceed reasonably and efficiently.

Nevertheless, in the interest of moving forward, we will plan to send Meta a narrower set of proposed stipulations by early next week. As was suggested, we would ask that Meta provide an estimate as to when it can provide a written response soon after that. We would be willing to reciprocate and would also be available to meet and confer regarding an appropriate process for moving forward beyond these first sets.

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

**From:** Hartman, Jacob E. <jhartman@kellogghansen.com>
**Sent:** Thursday, January 9, 2025 12:30 PM
**To:** Mattes, Thomas <tmattes@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,

Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Thomas,

   As I noted in my previous message, we will be prepared to discuss the FTC's requests on Friday.

Best,
Jake

**Jacob E. Hartman**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7989

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

**From:** Mattes, Thomas <tmattes@ftc.gov>
**Sent:** Wednesday, January 8, 2025 6:14 PM
**To:** Hartman, Jacob E. <jhartman@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>;

Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Jake,

I understand that the parties plan to meet and confer on Friday about the January JSR, in which the FTC plans to provide the Court with an update about the status of joint stipulations. To be clear, the FTC will not be prepared to discuss Meta's proposed joint stipulations that were transmitted less than 48 hours before the meet and confer.

That said, we continue to expect Meta's response no later than tomorrow, January 9, to the FTC's first set of proposed stipulations, which were shared in mid-December. Meta has now had over 3 weeks to respond.

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

---

**From:** Hartman, Jacob E. <jhartman@kellogghansen.com>
**Sent:** Wednesday, January 8, 2025 4:58 PM
**To:** Mattes, Thomas <tmattes@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra

<agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Counsel,

Please find attached Meta's first set of proposed facts for joint stipulation, including citations for each fact.  Per Nathan's email earlier this afternoon, we understand that the FTC would like to discuss the joint fact stipulations during Friday's meet and confer.  We look forward to discussing both parties' proposed stipulations at that time.

Best,
Jake

**Jacob E. Hartman**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7989

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Mattes, Thomas <tmattes@ftc.gov>
**Sent:** Thursday, January 2, 2025 4:01 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>;

Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Aaseesh,

We find it disappointing that it took you twelve days to provide any response to the FTC's proposed stipulated facts, and that your response failed to provide any position on any of the FTC's proposed facts (including such basic facts as "Facebook.com launched in 2004"), and instead requested something that you could have requested far more promptly. Nonetheless, we have provided the "pincites" you requested in the attached document, many of which are based on Meta's proposed "undisputed" facts in its motion for summary judgment.

Please inform us promptly which of these facts Meta will stipulate to, and which may require edits before the parties can agree to them. In our view, Meta should be able to provide its positions no later than Thursday, January 9. If that is not possible, please let us know. We are available to meet and confer if it would be helpful to discuss.

Please note that we have made minor adjustments to proposed stipulated facts Nos. 21 (changed "August 2018" to "July 2018") and 72 (changed "prevalence metrics" to "prevalence").

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Monday, December 30, 2024 12:58 PM
**To:** Mattes, Thomas <tmattes@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>

**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Counsel,

Thank you for sending the FTC's proposals. We are considering them. To aid our review, please provide a citation to the source(s), with pincites, for each of the FTC's proposed stipulated facts. We will do the same for any stipulated facts that we propose.

We can discuss a time to meet and confer about the FTC's proposals, and a time by when Meta will provide its positions on the FTC's proposals, after the FTC sends this information.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Mattes, Thomas <tmattes@ftc.gov>
**Sent:** Wednesday, December 18, 2024 3:35 PM
**To:** Hansen, Mark C. <mhansen@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James

<rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Widnell, Nicholas <nwidnell@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB

Counsel,

Please find attached the FTC's First Proposed Set of Joint Stipulated Facts.

In addition, we propose that Meta agree to the following stipulation:

"For purposes of the captioned litigation only, if the Court accepts the FTC's relevant product market, the United States is a relevant geographic market for that product market."

We request that Meta identify no later than January 8, 2025 which of the FTC's First Proposed Set of Joint Stipulated Facts are agreeable as drafted, and which might require modification in order for the parties to agree. We have broad availability to meet and confer in the intervening weeks, and request that Meta identify, no later than January 2, 2025, dates and times during the week of January 6, 2025 that would be convenient for Meta to discuss these proposed stipulations. The FTC is also willing to discuss any stipulations that Meta would like to propose.

Best,
Thomas

**Thomas Mattes**
Attorney, Technology Enforcement Division
Federal Trade Commission
202-297-6108 | tmattes@ftc.gov