UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

Having reviewed the parties' latest [392] Joint Status Report, the Court ORDERS that:

1. There is no need yet for the Court to set deadlines for the parties' responses regarding proposed joint stipulations; however, the Court will look with disfavor upon a party's refusal to stipulate to undisputed facts;

2. The Court agrees that resolving the vast majority of Rule 1006 disputes pretrial is advisable.  To that end, the FTC shall disclose its Rule 1006 exhibits by March 17, 2025; Meta shall offer its objections and its own Rule 1006 exhibits by March 27, 2025; and the FTC shall offer its objections by April 4, 2025.  This does not preclude Meta in its case or the FTC in rebuttal from offering other Rule 1006 exhibits if the party can demonstrate a compelling reason why it was not offered pretrial; and

3. There is no reason to set post-trial schedules at this juncture.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 17, 2025

1