# Exhibit 1

**(Excerpt)**

| | |
|---|---|
| **From:** | Polavarapu, Aaseesh P. |
| **To:** | Rashkovich, Benjamin; Hansen, Mark C.; Paul, Ana N.; Huff, Kevin B.; Fetterman, Kenneth M.; Klineberg, Geoffrey M.; Panner, Aaron M.; Miller, Kevin J.; Strikis, Silvija A.; Hall, Joseph S.; Hartman, Jacob E.; Horvitz, Kevin D.; Parkinson, Alex A.; Mehta, Sonal; Gringer, David; "Scheinkman, Michael"; Rouhandeh, James; Marini, Ripton A.; Tapkas, Jason J.; Rodriguez, Melissa; Jackson, Kathleen N.; Witebsky, David E.; Gillespie, Nataliia; Smith, Lillian V. |
| **Cc:** | Dimoscato, Maria; Matheson, Daniel; Cerilli, Krisha; Galvan, Patricia V.; Smith, Michael; Zuver, Robert; Miller, Noel; Musser, Susan; Edmonds, Lila; Albright, Isaiah; Gatas Johnson, Alejandra; Hinson, Hunter; Lee, Jinwook; Murphy, Quinn; Powell, Steven; Wint, Corene; Brenner, Nathan; Goff, Karen; Masters, Owen |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 7 Submission |
| **Date:** | Friday, February 7, 2025 3:00:00 PM |

Counsel,

Meta does not agree to the FTC's request. Over Meta's objection that this joint submission should have been limited to time allotments, exhibit list caps, and, if needed, motion *in limine* limits, the FTC injected the issue of written deposition designation procedures and offered interpretations of the Court's December 20, 2024 Order in its position statement. *See* Email from B. Rashkovich (Feb. 4, 2025). The FTC argued that the Court "clearly indicated that it would permit the use of deposition designations for post-trial briefing." FTC Feb. 5 JSR Draft at 10. The FTC also argued that it should be allowed to submit substantive deposition designations for any witness Meta removes from its preliminary or final witness list – making clear the FTC is not limiting its intended designations to "ancillary" matters as the Court instructed. *See* Status Conf. Tr. at 19:6-8 (Dec. 9, 2024), ECF No. 388 (limiting any potential use of post-trial transcripts to "ancillary" matters); FTC Feb. 5 JSR Draft at 4 ("The FTC respectfully requests that the Court order that either party may provide written deposition designations after the parties' agreed February 14, 2025 exchange of designations for any witness that was removed from the opposing party's preliminary or final witness list."). We are entitled to respond to the positions that the FTC put at issue – including seeking clarification where Meta understands the Court's prior rulings differently than the FTC asserted in its sections.

We disagree that Meta's positions have changed. During the Monday, February 3, meet and confer, we explained Meta's position that the Court has not authorized submission of written deposition designations for use post-trial. We also asked how many written deposition designations the FTC intends to provide to Meta on February 14, to determine whether the FTC is limiting its written designations to ancillary matters. The FTC would not say. Moreover, in Meta's February 5 draft position statement, we again explained that the Court should prohibit the FTC's attempted use of deposition designations post-trial: "Meta maintains that the Court should put an end to the FTC's attempt to flood the record with deposition transcripts after trial by again making clear that the FTC may not do so." Meta Feb. 5 JSR Draft at 6. We also explained the problems created by the FTC's refusal to commit to "limiting any such written deposition designations to 'ancillary' matters only." *Id*. We accordingly believe the FTC has been on notice of Meta's positions and has had an adequate opportunity to respond.

In the interest of compromise, we are amenable to one more exchange today at 7 pm ET, if that would be useful to the FTC. We are flexible if the FTC prefers a different time.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Rashkovich, Benjamin <brashkovich@ftc.gov>
**Sent:** Friday, February 7, 2025 1:09 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Masters, Owen <omasters@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 7 Submission

Counsel,

The FTC has reviewed Meta's position statements and it appears Meta has substantively modified its requested relief with respect to written deposition designations. Meta is now requesting that the Court order that written deposition designations may not be submitted for post-trial use absent good cause and that, to the extent any are permitted, their use be limited

to "ancillary matters." These are new requests for relief and have not been previously disclosed to the FTC.

The parties agreed to finalize the topics at issue on Tuesday, February 4th, and Meta did not disclose this novel position until today. *See* Email from O. Masters (Jan. 28, 2025) (proposed schedule); Email from A. Polavarapu (Jan. 29, 2025) (agreeing to proposed schedule); Email from B. Rashkovich (Feb. 4, 2025) (communicating the FTC's positions as of Tuesday, February 4); Email from A. Polavarapu (Feb. 5, 2025) (sending Meta's draft positions, which did not include Meta's new requests regarding post-trial written deposition designations). In the FTC's view, Meta has dramatically and impermissibly altered its position at the last minute and these new requests are improper.

The FTC therefore requests Meta remove these new requests for today's submission. Please let us know by 3pm today whether Meta will remove these new requests so the FTC can respond appropriately before filing.

Regards,
Ben

**Benjamin D. Rashkovich** (he/him)
Staff Attorney || Technology Enforcement Division
Federal Trade Commission
202.480.1763
brashkovich@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Friday, February 7, 2025 12:03 PM
**To:** Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;

Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 7 Submission

Counsel,

Please find Meta's positions attached.  Meta reserves all rights.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Friday, February 7, 2025 11:59 AM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>