# Exhibit A

**Public Redacted Version**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB<br><br>**FILED UNDER SEAL** |

**META PLATFORMS, INC.'S AMENDED PRELIMINARY WITNESS LIST**

Pursuant to the Court's Order (ECF No. 390), Defendant Meta Platforms, Inc. ("Meta") provides this Amended Preliminary Witness List.

Meta discloses the party, non-party, and expert witnesses it currently anticipates that it will or may call at trial, with the expected subjects of their testimony. Meta currently expects that it will call witnesses live but reserves the right to offer prior sworn testimony in the event that witnesses are unavailable. Meta reserves the right to add or drop witnesses from the list. In addition, Meta will designate witnesses on the forthcoming FTC witness list as witnesses that Meta will or may call, to avoid disputes at trial over the scope of Meta's examination of those witnesses.

1

**Meta Current and Former Employees – Will Call**

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Acton, Brian | Joseph J. Matelis<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W., Suite 700<br>Washington, D.C. 20006<br>Matelisj@sullcrom.com<br>(202) 956-7610 | The competitive landscape; WhatsApp acquisition; product improvement and innovation. |
| Alison, Tom | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Backstrom, Lars | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Bosworth, Andrew | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Bozeman, Patrick | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Cathcart, Will | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; WhatsApp acquisition; product improvement and innovation. |
| Cobb, Curtiss | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Cole, Amy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; product improvement and innovation. |
| Cox, Chris | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Deng, Peter | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Gleit, Naomi | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Hegeman, John | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Janardhan, Santosh | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Krieger, Mike | David Wales<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W., Washington, D.C. 20005<br>david.wales@skadden.com<br>(202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. |
| Li, Susan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Mosseri, Adam | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Olivan, Javier | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Parikh, Jay | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Rosen, Guy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Sandberg, Sheryl | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Schroepfer, Mike | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Schultz, Alex | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Shortway, Nick | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. |
| Simo, Fidji[*] | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Systrom, Kevin | David Wales<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005<br>david.wales@skadden.com<br>(202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. |

---

[*] As previously agreed, Meta will file a motion seeking leave for Ms. Simo to testify remotely.

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Zuckerberg, Mark | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

**Meta Current and Former Employees – May Call**

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Chudnovsky, Stan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Cutler, Blake | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Ebersman, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Gupta, Nitin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | WhatsApp acquisition; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Idema, Matthew | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Mortenson, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Product improvement and innovation. |
| Nguyen, Nam | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; the competitive landscape; product improvement and innovation. |
| Osofsky, Justin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Pan, Bowen | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Raji, Vijaye | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Shah, Vishal | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Stoop, Dirk | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Toffey, Dan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. |
| Velazquez, Miguel | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Vora, Ami | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Wehner, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Zoufonoun, Amin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

**Federal Trade Commission Employees – Will Call**

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| FTC employees or representatives in connection with the FTC investigation of Meta's acquisition of Instagram in 2012, Meta's acquisition of WhatsApp in 2014, or any other investigations related to alleged harms. | Federal Trade Commission | The competitive landscape; Instagram acquisition; WhatsApp acquisition; the FTC's clearance of those acquisitions. |

**Non-Party Witnesses – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Chen, Jonathan<br>Twitter | Casey Lucier, Esq.<br>McGuireWoods LLP,<br>888 16th Street N.W.<br>Suite 500<br>Black Lives Matter Plaza<br>Washington, DC 20006<br>clucier@mcguirewoods.com<br>(202) 857-2482 | The competitive landscape. |
| Coleman, Scott<br>Pinterest | Peter J. Mucchetti, Esq.<br>Clifford Chance US LLP<br>2001 K Street N.W.,<br>Washington, D.C. 20006<br>Peter.Mucchetti@cliffordchance.com<br>(202) 912-5053 | The competitive landscape. |
| Filner, Aaron<br>YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Greenfield, Samuel<br>Google | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | Product improvement and innovation. |
| Hsu, Flora<br>Nextdoor Holdings | Brad Estes, Esq.<br>Lewis & Llewellyn LLP<br>601 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111<br>bestes@lewisllewellyn.com<br>(415) 762-0907 | The competitive landscape. |
| Levenson, David<br>Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | The competitive landscape. |
| Pappas, V<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. |
| Pattabiraman, Kumaresh<br>LinkedIn | Ryan Z. Watts<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW,<br>Washington, DC 20001<br>ryan.watts@arnoldporter.com<br>(202) 942-6609 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Raymond, Winter<br>Reddit | Leah Martin<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue N.W. Washington, D.C. 20004<br>lmartin@debevoise.com<br>(202) 383-8203 | The competitive landscape. |
| Shah, Ronak<br>Apple | Evan Kreiner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1 Manhattan West<br>New York, NY 10001<br>evan.kreiner@skadden.com<br>(212) 735-2491 | The competitive landscape. |
| Smith, Ian<br>Allen & Co. | Maria Galeno<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>maria.galeno@pillsburylaw.com<br>(212) 858-1833 | WhatsApp acquisition. |
| Tang, Julia<br>Discord | Krystal Durham<br>Williams & Connolly LLP<br>680 Maine Ave, SW Washington, D.C. 20024<br>kdurham@wc.com<br>(202) 434-5000 | The competitive landscape. |

**Non-Party Witnesses – May Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Aguhob, JJ<br>Viddy | Andrew Han<br>Warner Media<br>230 Park Ave S,<br>New York, NY 10003<br>Andrew.Han@warnermedia.com<br>(212) 548-5555 | The competitive landscape. |
| Andreou, Jacob<br>Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | The competitive landscape. |
| Baumgarten, Kimberly<br>Epic Games | Jonathan Rotter, Esq.<br>Glancy Prongay & Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>jrotter@glancylaw.com<br>(310) 201-9150 | The competitive landscape. |
| Chandlee, Blake<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. |
| Bardeen, William<br>The New York Times | Demetri Blaisdell<br>The New York Times<br>620 Eighth Avenue<br>New York, New York 10018<br>demetri.blaisdell@nytimes.com<br>(212) 556-7314 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| ███████<br>Netflix | Justina Sessions, Esq.<br>Freshfields, LLP<br>855 Main Street<br>Redwood City, CA 94063<br>justina.sessions@freshfields.com<br>(650) 461-8276 | The competitive landscape. |
| Crowley, Dennis<br>Foursquare | Daniel N. Anziska<br>Troutman Pepper<br>875 Third Avenue<br>New York, NY 10022<br>daniel.anziska@troutman.com<br>(212) 704-6009 | The competitive landscape. |
| Jain, Saral<br>Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | Product improvement and innovation. |
| Kim, Thomas<br>You Tube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Mead, Chris<br>Amazon | Aaron Ross, Esq., Amazon.com, Inc.<br>410 Terry Avenue North, Seattle, WA 98109<br><br>Alexis James Gilman<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>agilman@crowell.com<br>(202) 624-2570 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| ▬▬▬▬▬ eBay, Inc. | Allison Huebert<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>allisonhuebert@quinnemanuel.com<br>(312) 705-7427 | The competitive landscape. |
| Morrison, Eric<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. |
| Pinto, Neil<br>LinkedIn | Ryan Z. Watts<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW,<br>Washington, DC 20001<br>ryan.watts@arnoldporter.com<br>(202) 942-6609 | Product improvement and innovation. |
| Perzyk, Tim<br>Twitter | Peter J. Mucchetti, Esq.<br>Clifford Chance US LLP<br>2001 K Street N.W.,<br>Washington, D.C. 20006<br>Peter.Mucchetti@cliffordchance.com<br>(202) 912-5053 | The competitive landscape. |
| Ortega, Mateo<br>Strava | Ann O'Brien<br>Shepard Mullin<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100 Washington, DC 20006<br>aobrien@sheppardmullin.com<br>(202) 747-3340 | The competitive landscape. |
| Roberts, Julia<br>Pinterest | Peter J. Mucchetti, Esq.<br>Clifford Chance US LLP<br>2001 K Street N.W.,<br>Washington, D.C. 20006<br>Peter.Mucchetti@cliffordchance.com<br>(202) 912-5053 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Showerman, Court<br>Quora | Becca Furman<br>Lewis & Llewellyn LLP,<br>601 Montgomery Street,<br>Suite 2000,<br>San Francisco, CA 94111<br>bfurman@lewisllewellyn.com<br>(415) 762-7692 | The competitive landscape. |
| Slattery, Alastair<br>Google | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Vallery, Jason<br>Microsoft, Azure | Amy Ray<br>Orrick Herrington & Sutcliffe LLP<br>1152 15th Street NW, Washington, DC 20005<br>amyray@orrick.com<br>(202) 339-8598 | Product improvement and innovation. |
| Weinstein, Debbie<br>YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Yam, Sylvia<br>Walmart | Elai Katz<br>McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY 10017<br>ekatz@mwe.com<br>(212) 547-5791 | The competitive landscape. |

**Meta Experts – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Carlton, Dennis<br>Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Fischel, Daniel<br>Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition. |
| Ghose, Anindya<br>New York University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Kaplan, Steve<br>University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| List, John<br>University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Nieh, Jason<br>Columbia University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Simonson, Itamar<br>Stanford University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape. |
| Subrahmanian, V.S.<br>Northwestern University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Tucker, Catherine<br>Massachusetts Institute of Technology | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |