# Exhibit C

| | |
|---|---|
| **From:** | Polavarapu, Aaseesh P. |
| **To:** | Masters, Owen; Brenner, Nathan; Hansen, Mark C.; Paul, Ana N.; Huff, Kevin B.; Fetterman, Kenneth M.; gklineberg-contact; Panner, Aaron M.; Miller, Kevin J.; Strikis, Silvija A.; Hall, Joseph S.; Hartman, Jacob E.; Horvitz, Kevin D.; Parkinson, Alex A.; Mehta, Sonal; Gringer, David; "Scheinkman, Michael"; Rouhandeh, James; Marini, Ripton A.; Tapkas, Jason J.; Rodriguez, Melissa; Jackson, Kathleen N.; Witebsky, David E.; Gillespie, Nataliia; Smith, Lillian V. |
| **Cc:** | Dimoscato, Maria; Matheson, Daniel; Cerilli, Krisha; Galvan, Patricia V.; Smith, Michael; Zuver, Robert; Rashkovich, Benjamin; Miller, Noel; Musser, Susan; Edmonds, Lila; Albright, Isaiah; Gatas Johnson, Alejandra; Hinson, Hunter; Lee, Jinwook; Murphy, Quinn; Powell, Steven; Wint, Corene |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR |
| **Date:** | Tuesday, January 14, 2025 4:01:48 PM |
| **Attachments:** | 2025 01 14 JSR Draft [Meta - For 4pm Exchange].docx |

Counsel,

Meta's JSR positions are attached. Meta reserves the right to make changes as needed.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Polavarapu, Aaseesh P.
**Sent:** Tuesday, January 14, 2025 2:43 PM
**To:** Masters, Owen <omasters@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Rashkovich, Benjamin

1

&lt;brashkovich@ftc.gov&gt;; Miller, Noel &lt;nmiller2@ftc.gov&gt;; Musser, Susan &lt;smusser@ftc.gov&gt;; Edmonds, Lila &lt;ledmonds@ftc.gov&gt;; Albright, Isaiah &lt;ialbright@ftc.gov&gt;; Gatas Johnson, Alejandra &lt;agatasjohnson@ftc.gov&gt;; Hinson, Hunter &lt;hhinson@ftc.gov&gt;; Lee, Jinwook &lt;jlee9@ftc.gov&gt;; Murphy, Quinn &lt;qmurphy@ftc.gov&gt;; Powell, Steven &lt;spowell1@ftc.gov&gt;; Wint, Corene &lt;cwint@ftc.gov&gt;
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

In light of the FTC's responses to the clarifications we requested, we will remove the deposition designation issue from the January JSR.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Masters, Owen &lt;omasters@ftc.gov&gt;
**Sent:** Tuesday, January 14, 2025 12:42 PM
**To:** Polavarapu, Aaseesh P. &lt;apolavarapu@kellogghansen.com&gt;; Brenner, Nathan &lt;nbrenner@ftc.gov&gt;; Hansen, Mark C. &lt;mhansen@kellogghansen.com&gt;; Paul, Ana N. &lt;apaul@kellogghansen.com&gt;; Huff, Kevin B. &lt;khuff@kellogghansen.com&gt;; Fetterman, Kenneth M. &lt;kfetterman@kellogghansen.com&gt;; Klineberg, Geoffrey M. &lt;gklineberg@kellogghansen.com&gt;; Panner, Aaron M. &lt;apanner@kellogghansen.com&gt;; Miller, Kevin J. &lt;kmiller@kellogghansen.com&gt;; Strikis, Silvija A. &lt;sstrikis@kellogghansen.com&gt;; Hall, Joseph S. &lt;jhall@kellogghansen.com&gt;; Hartman, Jacob E. &lt;jhartman@kellogghansen.com&gt;; Horvitz, Kevin D. &lt;khorvitz@kellogghansen.com&gt;; Parkinson, Alex A. &lt;aparkinson@kellogghansen.com&gt;; Mehta, Sonal &lt;Sonal.Mehta@wilmerhale.com&gt;; Gringer, David &lt;David.Gringer@wilmerhale.com&gt;; 'Scheinkman, Michael' &lt;michael.scheinkman@davispolk.com&gt;; Rouhandeh, James &lt;rouhandeh@davispolk.com&gt;; Marini, Ripton A. &lt;rmarini@kellogghansen.com&gt;; Tapkas, Jason J. &lt;jtapkas@kellogghansen.com&gt;; Rodriguez, Melissa &lt;mrodriguez@kellogghansen.com&gt;; Jackson, Kathleen N. &lt;kjackson@kellogghansen.com&gt;; Witebsky, David E. &lt;dwitebsky@kellogghansen.com&gt;; Gillespie, Nataliia &lt;ngillespie@kellogghansen.com&gt;; Smith, Lillian V. &lt;lsmith@kellogghansen.com&gt;
**Cc:** Dimoscato, Maria &lt;mdimoscato@ftc.gov&gt;; Matheson, Daniel &lt;dmatheson@ftc.gov&gt;; Cerilli, Krisha &lt;kcerilli@ftc.gov&gt;; Galvan, Patricia V. &lt;PGALVAN@ftc.gov&gt;; Smith, Michael &lt;msmith9@ftc.gov&gt;; Zuver, Robert &lt;rzuver@ftc.gov&gt;; Rashkovich, Benjamin &lt;brashkovich@ftc.gov&gt;; Miller, Noel &lt;nmiller2@ftc.gov&gt;; Musser, Susan &lt;smusser@ftc.gov&gt;;

Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

Below are in-line responses to your two follow-up questions:

- To the extent post-trial submissions of evidence are permitted, the February 14 (5 p.m.) deadline would require a party to include in its opening deposition designations any testimony that a party intends to introduce post-trial.

    > The FTC agrees that any opening designations a party intends to use post-trial should be included in the designations exchanged on February 14. The FTC would also clarify that post-trial a party should also be permitted to rely on the cross- and counter-designations it submits in response to another party's opening designations.

- The February 14 (5 p.m.) deadline would not prejudice a party from submitting, at a later date, opening deposition designations for any witnesses disclosed on the party's witness list whose live testimony the party is unable to procure.

    > The FTC agrees, but with the understanding that the proponent of any such late designation must provide the responding party a reasonable time to object, if circumstances warrant, and to cross- or counter-designate testimony from the relevant witness before introducing any late designation at trial or relying on the testimony post-trial.

If Meta agrees, we will remove this issue from the JSR.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700
(he/him/his)

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Tuesday, January 14, 2025 10:58 AM
**To:** Masters, Owen <omasters@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M.

3

&lt;apanner@kellogghansen.com&gt;; Miller, Kevin J. &lt;kmiller@kellogghansen.com&gt;; Strikis, Silvija A. &lt;sstrikis@kellogghansen.com&gt;; Hall, Joseph S. &lt;jhall@kellogghansen.com&gt;; Hartman, Jacob E. &lt;jhartman@kellogghansen.com&gt;; Horvitz, Kevin D. &lt;khorvitz@kellogghansen.com&gt;; Parkinson, Alex A. &lt;aparkinson@kellogghansen.com&gt;; Mehta, Sonal &lt;Sonal.Mehta@wilmerhale.com&gt;; Gringer, David &lt;David.Gringer@wilmerhale.com&gt;; 'Scheinkman, Michael' &lt;michael.scheinkman@davispolk.com&gt;; Rouhandeh, James &lt;rouhandeh@davispolk.com&gt;; Marini, Ripton A. &lt;rmarini@kellogghansen.com&gt;; Tapkas, Jason J. &lt;jtapkas@kellogghansen.com&gt;; Rodriguez, Melissa &lt;mrodriguez@kellogghansen.com&gt;; Jackson, Kathleen N. &lt;kjackson@kellogghansen.com&gt;; Witebsky, David E. &lt;dwitebsky@kellogghansen.com&gt;; Gillespie, Nataliia &lt;ngillespie@kellogghansen.com&gt;; Smith, Lillian V. &lt;lsmith@kellogghansen.com&gt;
**Cc:** Dimoscato, Maria &lt;mdimoscato@ftc.gov&gt;; Matheson, Daniel &lt;dmatheson@ftc.gov&gt;; Cerilli, Krisha &lt;kcerilli@ftc.gov&gt;; Galvan, Patricia V. &lt;PGALVAN@ftc.gov&gt;; Smith, Michael &lt;msmith9@ftc.gov&gt;; Zuver, Robert &lt;rzuver@ftc.gov&gt;; Rashkovich, Benjamin &lt;brashkovich@ftc.gov&gt;; Miller, Noel &lt;nmiller2@ftc.gov&gt;; Musser, Susan &lt;smusser@ftc.gov&gt;; Edmonds, Lila &lt;ledmonds@ftc.gov&gt;; Albright, Isaiah &lt;ialbright@ftc.gov&gt;; Gatas Johnson, Alejandra &lt;agatasjohnson@ftc.gov&gt;; Hinson, Hunter &lt;hhinson@ftc.gov&gt;; Lee, Jinwook &lt;jlee9@ftc.gov&gt;; Murphy, Quinn &lt;qmurphy@ftc.gov&gt;; Powell, Steven &lt;spowell1@ftc.gov&gt;; Wint, Corene &lt;cwint@ftc.gov&gt;
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

Thank you for sending a compromise proposal. Could you please clarify if the FTC agrees to the following:

- To the extent post-trial submissions of evidence are permitted, the February 14 (5 p.m.) deadline would require a party to include in its opening deposition designations any testimony that a party intends to introduce post-trial.
- The February 14 (5 p.m.) deadline would not prejudice a party from submitting, at a later date, opening deposition designations for any witnesses disclosed on the party's witness list whose live testimony the party is unable to procure.

If the FTC will agree to these points, then the FTC's proposal is acceptable to us, and we will remove this issue from the January JSR. Please let us know.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or

the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Monday, January 13, 2025 9:34 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

In response to your deposition designation proposal, we disagree with your reading of the Court's December 20th Order. It is implausible that the Court ordered designations be due at some unspecified date before February 17th purely by implication of the word "completing." Rather, the Dec. 20 Order provides that the parties propose a schedule for the deposition designation process on February 17. Order, Dkt. No. 390, at 1 (Dec. 20, 2025) ("Parties to *propose scheduling* for completing deposition designation process") (emphasis added). Nevertheless, the FTC would agree to the below in the spirit of compromise and to minimize the issues presented to the Court in this JSR.

  February 14, 2025 at 5 p.m. – parties exchange video and written deposition designations
  February 15, 2025 – parties meet and confer regarding a proposed schedule for finishing designations
  February 16, 2025 at 4 p.m. – parties exchange any necessary position statements

regarding deposition designations
> February 17, 2025 – at noon, parties exchange final copies of any deposition designation position statements.  Meta to file JSR by 5pm.

If Meta is open to this proposal or would like to discuss further, please confirm by noon tomorrow whether Meta intends to include this topic in the 4 p.m. JSR statement exchange.  If necessary, we are available to meet and confer regarding this proposal between 11 a.m. and 1 p.m. tomorrow.   In the event that Meta either refuses to engage in the FTC's compromise position or the parties fail to reach an agreement, the FTC reserves all rights to argue that it is premature to discuss a schedule for deposition designations until the court-ordered February JSR on this topic.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700
(he/him/his)

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Monday, January 13, 2025 3:01 PM
**To:** Masters, Owen <omasters@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel:

Meta's positions on the items raised in your January 11 email are set forth below. Please let us know if it would be useful to meet and confer today to clarify what issues will be included in the JSR.

**JSR Topics:** In light of the FTC's email on January 11 and the parties' meet and confer on January 10, Meta intends to raise the issue of when the parties should begin exchanging opening deposition designations (including for any intended post-trial submissions of deposition testimony), if the parties cannot reach an agreement on that issue (described below).

**Deposition Designations:** For the avoidance of doubt, the Court stated its preference for live testimony, and the FTC should be calling witnesses live as a result. *See* Status Conf. Tr. (Dec. 9, 2025) at 3:19-20, 4:21-22. We address your points in the event deposition designations are necessary.

We agree that for the witnesses on the parties' preliminary lists due on January 27, the Court ordered each party to include "whether the party intends to present each witness via live testimony or through video designation." Order (Dec. 20, 2024) at 1.

We propose that the parties agree to exchange any opening deposition designations by February 10. This deadline would not prejudice a party from submitting, at a later date, opening deposition designations for any witnesses disclosed on the party's witness list whose live testimony the party is unable to procure.

We do not agree that after January 27, "the next deadline relating to deposition designations is not until the parties are required to submit a proposed schedule for completing the deposition exchange process in the February JSR" due on February 17. Email from O. Masters (Jan. 11, 2025). To "[p]ropose [a] schedule for *completing* deposition designation exchange process" by February 17, Meta believes the Court intended that the parties would begin exchanges of all opening deposition designations before February 17. Order (Dec. 20, 2024) at 2 (emphasis added). That includes opening designations of testimony a party intends to submit by video or via written excerpts, and, "[t]o the extent post-trial submissions of evidence are permitted," the "testimony" that "a party intends to introduce post-trial." *Id.* at 3. This process ensures that the parties will know the scope of deposition designations that may be at issue, which will allow the parties to propose realistic timelines for completing the deposition designation process and make necessary adjustments to their respective pre-trial submissions. Moreover, we do not believe it is necessary to delay the deposition designation process until after February 17; both parties have contemplated exchanging opening designations before then. *See, e.g.*, Email from N. Brenner (Dec. 16, 2024, 5:36 PM) (stating the FTC was willing to begin opening deposition designation exchanges around the time "preliminary witness lists are exchanged").

7

If the FTC will not agree to begin the deposition designation exchange process by February 10, Meta intends to raise this issue in the JSR.

**Motions in Limine:** The FTC's understanding of Meta's position is correct. Thank you for confirming that the FTC will remove this issue from the JSR.

**Illustrative Aids:** You asked for Meta's proposed revisions to the FTC's proposal on illustrative aids. Our proposed edits are in red below. Please confirm that the FTC will remove this issue from the JSR.

> *A party that intends to use an illustrative aid with a witness must* use best efforts to *disclose that illustrative aid* by noon ET *two calendar days before the relevant witness will testify.* ~~This disclosure must occur no later than noon.~~
>
> *Upon receipt of an illustrative aid, the receiving party shall have until noon the following calendar day to state any objections.*
>
> *If the receiving party offers objections, the parties must meet and confer by 8pm on the calendar day before an illustrative aid is to be used.*
>
> *For the avoidance of doubt, the deadlines above do not apply to an illustrative aid used for opening or closing. The parties will discuss deadlines for opening and closing illustrative aid disclosures separately.*

**1006 Exhibits:** During the meet and confer on Friday, Meta proposed that a party should use best efforts to disclose a FRE 1006 exhibit 14 days before using it, subject to reasonable modifications after that. The other party would then have 7 days after disclosure of the FRE 1006 exhibit to raise any objections to the exhibit.

If the FTC wishes to have a process that would allow the FTC to disclose its FRE 1006 exhibits before trial and have Meta's objections to them resolved before trial, we are amenable to discussing exchange deadlines to facilitate that. However, to the extent the FTC is insisting that both parties' FRE 1006 exhibits must be disclosed and objections resolved before trial, Meta does not agree. As the defendant, Meta must have the ability to determine during trial which FRE 1006 exhibits it will introduce in response to the FTC's case, and the FRE 1006 disclosure deadlines should reflect that. Please clarify the FTC's position on this issue.

**Opening Statements:** Thank you for agreeing to remove this issue from the January JSR.

**Closing Arguments:** Thank you for agreeing to remove the FTC's closing argument time allotment proposal from the January JSR. We understand that the FTC will raise its proposed date for closing arguments in the January JSR. Meta believes that any date for closing

arguments should be set by the Court, based on the Court's schedule and in light of what the Court will consider most useful.

*Remote Testimony:*  Thank you for confirming during Friday's meet and confer that the FTC does not object to Fidji Simo testifying remotely.  We explained during the meet and confer, of the 19 witnesses on the FTC's list of disclosed Meta witnesses that the FTC will call at trial, we do not presently anticipate that any others will seek leave to appear remotely.  If necessary, we will inform the FTC reasonably soon after we learn that a Meta witness will need to testify remotely and seek leave under the applicable rules, as long as the FTC agrees to do the same for any witnesses on the FTC's witness lists that are not in Meta's control.

*Witness Scheduling:*  We responded to your question on a separate thread this morning.  *See* Email from H. DePalo (Jan. 13, 2025).  In light of that, we do not believe this issue should be included in the January JSR.  Please confirm you agree.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Saturday, January 11, 2025 2:34 PM
**To:** Brenner, Nathan <nbrenner@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>

**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

In advance of Monday's planned exchange of JSR issues, we wanted to confirm Meta's position on several issues from Friday's meet and confer.

> *Meta's JSR Topics* – Meta identified no topics for the January 16, 2025 status report.
>
> *Deposition Designations* – Meta suggested that all topics the FTC proposed relating to deposition designations were premature, and are better addressed in the February 7 submission about time allotments or the February JSR. The FTC maintains its positions stated in Nathan Brenner's January 8 email, but is willing to remove these topics from the January JSR if Meta will confirm that it shares the following understanding: (1) that the first deadline relating to deposition designations requires that preliminary witness lists include witnesses to be called via video deposition; (2) that the next deadline relating to deposition designations is not until the parties are required to submit a proposed schedule for completing the deposition exchange process in the February JSR. In other words, can Meta confirm that its understanding of the JSR does not currently set any other deadlines or required disclosures relating to deposition designations until sometime after the February JSR, when presumably the Court will enter an order setting a schedule for completing the deposition designation exchange process (for both video and written excerpts)?
>
> *Motions in Limine* – Meta agrees to meet and confer by February 5, 2025 regarding motions in limine. The parties agree that this initial meet and confer will not prejudice either parties' ability to introduce, and subsequently meet and confer, about additional motions in limine between this time and the deadline for filing motions in limine and other pretrial motions (February 21). Please confirm that we understand Meta's position correctly. Assuming we have reached agreement on this issue, the FTC will remove it from the January JSR.
>
> *Progress of Joint Stipulations* – The FTC plans to update the Court on the status of this process, as previewed in Thomas Mattes' January 10 email.
>
> *Illustrative Aids* – Meta confirmed it is amenable to the FTC's proposed disclosure timing provided the agreement includes a good cause exception and includes a requirement that objections be due 24 hours after disclosure. In response to Meta's timing proposal, the FTC proposes the following disclosure and objections process for illustrative aids, and we ask that Meta propose language regarding the good faith exception it would like to request:

> *A party that intends to use an illustrative aid with a witness must disclose that illustrative aid two calendar days before the relevant witness will testify. This disclosure must occur no later than noon.*
>
> *Upon receipt of an illustrative aid, the receiving party shall have until noon the following calendar day to state any objections.*
>
> *If the receiving party offers objections, the parties must meet and confer by 8pm on the calendar day before an illustrative aid is to be used.*

Assuming we are able to reach agreement on this issue, the FTC will remove it from the January JSR.

***1006 Exhibits*** – Could Meta confirm whether it objects to any schedule that would have 1006 exhibits disclosed, and objections resolved, prior to the start of trial? If Meta's position is that it would only agree to a rolling process for disclosures and objections, continuing throughout the trial, then the FTC will not agree and will include this issue in the January JSR.

***Post-trial Filings*** – Meta's position is that it is premature to discuss either the schedule or any limits relating to post-trial filings. The FTC will include this issue in the January JSR.

***Opening Statements*** – Meta agrees that opening statements count against a party's trial time. The parties disagree about whether there should be a limit on either parties' opening statements, but the FTC is willing to remove this issue from the January JSR to instead address it in the time allotment submission on February 7.

***Closing Arguments*** – The parties disagree about whether closing arguments should count against allotted trial time, but nonetheless the FTC is willing to remove this issue from the January JSR and instead address it in the time allotment submission on February 7. The FTC does, however, plan to submit a proposed date for closing arguments in the January JSR given its connection to the proposal regarding post-trial filings.

***Remote Testimony*** – As required by the Court, Meta has looked into the availability of witnesses identified by the FTC and currently anticipates that only Fidji Simo will testify remotely. Meta explained that it will notify the FTC promptly if it learns that any other current or former Meta employees, represented by Meta, may seek leave to appear remotely for good cause. The FTC reserves its right to object to any further requests. Please confirm our understanding. Assuming this is an accurate reflection of Meta's position, the FTC does not plan to address this matter in the January JSR.

***Witness Scheduling*** – The FTC requested that Meta disclose the time it anticipates using to examine witnesses called by the FTC as that time may influence the dates on which the FTC can call those witnesses. We anticipate this information will help provide clarity for witness scheduling. We ask that Meta confirm whether it intends to provide estimates of the time it intends to examine witnesses called by the FTC. Depending on Meta's willingness to engage in this process, the FTC may add this

11

issue to the January JSR.

We ask that you please respond by Monday, so we can determine which issues to include in our JSR exchange.

Regards,
Owen

----------------------------------
Owen Masters
Federal Trade Commission
400 7th Street SW
Washington, DC 20024
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700
(he/him/his)

---

**From:** Brenner, Nathan <nbrenner@ftc.gov>
**Sent:** Wednesday, January 8, 2025 4:00 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

As agreed, please find below the FTC's planned topics to be addressed in the January JSR, along with a high-level description of each proposal.

**Deposition Designations** -- The FTC will seek clarification about when/how the Court requests designations. The FTC proposes the following:

*Video Deposition Designations*: The Court has already ordered that final video deposition designations are due March 10. The Court has also ordered that designations must comply with LR 16.5(b)(7), which provides that FRE 106 completeness cross-designations are due at the final pretrial conference.

- The FTC will seek clarification that the parties must disclose affirmative video deposition designations on March 10, and that the opposing party may provide FRE 106 completeness cross-designations on March 24 (at the Pretrial Conference).

*Written Deposition Designations*: The Court has ordered that written deposition excerpts that parties may introduce at trial or to file post-trial must be disclosed on March 17.

- The FTC will seek clarification that the parties must disclose affirmative written deposition excerpts that parties wish to cite in post-trial filings on March 17, and that the opposing party may provide FRE 106 completeness cross-designations on March 24 (at the Pretrial Conference).

- The FTC will also propose that written deposition excerpts, cited only in post-trial filings, should not count against either parties allotted trial time.

*LR 16.5(b)(7) – cross-designations pursuant to FRE 106*

- The FTC will seek clarification from the Court that cross-designations must be limited to those made pursuant to FRE 106.

**Motions in Limine M&C Requirement** – The FTC will propose that the parties be obligated to meet and confer about contemplated motions in limine no later than Wednesday, February 5, before the parties are required to address possible limits.

**Progress of Joint Stipulations** – The FTC plans to update the Court on the status of ongoing joint stipulation efforts.

**Illustrative Aids and 1006 Exhibits** -- The FTC plans to propose the following procedures:

*Illustrative Aids*: Parties must disclose illustrative aids by noon two calendar days before the day they are used in court.

*1006 Exhibits*: Parties must disclose Rule 1006 exhibits no later than March 17. Objections are due March 21.

**Post-trial Filing Schedule** -- The FTC will propose that post-trial filings be due on July 17, with reply filings due on August 14. The FTC will also propose the following limitations:

Proposed Findings of Fact: 500 pages
Proposed Conclusions of Law: 30 pages
Post-trial Brief: 80 pages

>    Reply Findings of Fact: shall not add more than 100 pages to the opposing party's proposed findings
>    Reply Brief: 40 pages

**Opening/Closing** – The FTC plans to propose the following procedures:

>    *Opening*: Opening Statements count against each party's allotted time, and there are no time limits.

>    *Closing*: Closing Arguments do not count against allotted trial time. The FTC will propose that Closing Arguments be set for September 8 (or other date convenient for the Court), and will seek the Court's guidance about closing length.

Regards,
Nathan

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Wednesday, January 8, 2025 9:26 AM
**To:** Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Nathan,

We're available at 3:30 pm ET on Friday. I'll send a Zoom link for that time.

Best,

Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Brenner, Nathan <nbrenner@ftc.gov>
**Sent:** Tuesday, January 7, 2025 9:41 AM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Aaseesh,

Could you propose a time for Friday's meet and confer? I'm available any time after 12pm ET.

Regards,
Nathan

---

**From:** Brenner, Nathan
**Sent:** Friday, January 3, 2025 10:55 AM

**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Aaseesh,

Meta's proposed schedule works for the FTC. I will respond under separate cover regarding witness scheduling.

Regards,
Nathan

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, January 2, 2025 4:48 PM
**To:** Brenner, Nathan <nbrenner@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N.

<kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Nathan,

Thanks for sending a proposed JSR exchange schedule. We suggest the following revised version instead.

- Wednesday (1/8) at 4 pm: Parties exchange topics to be addressed with a high-level description of any proposal.
- Friday (1/10): Parties meet and confer; during this meet and confer, parties to discuss the list of JSR topics and structure of the JSR.
- Monday (1/13) at 4 pm: No additional topics should be added after this point.
- Tuesday (1/14) at 4 pm: Parties exchange draft position statements on all JSR topics (both affirmative and in opposition).
- Thursday (1/16) at noon: Parties exchange final position statements; no additional changes may be made after this time (except for non-substantive changes, such as typo corrections and page cross-references). FTC to combine parties' position statements, obtain Meta's consent to file the FTC's proposed final version of the JSR, and then file by 5 pm.

With respect to witness scheduling, to the extent the FTC has not done so already, please identify all Meta current employee witnesses and former employee witnesses represented by Kellogg Hansen that the FTC will call by January 9, so that we can provide blackout dates for those witnesses by January 16 pursuant to the Court's December 20, 2024 Order. It is not feasible for Meta to provide blackout dates by the Court-ordered deadline if the FTC delays providing that information to Meta. We understand that by January 27, the FTC will then, pursuant to the Court's December 20, 2024 Order (at 3), "provide the dates on which they will be called as witnesses."

Regards,
Aaseesh

**Aaseesh P. Polavarapu**

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Brenner, Nathan <nbrenner@ftc.gov>
**Sent:** Monday, December 30, 2024 2:54 PM
**To:** Hansen, Mark C. <mhansen@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | January JSR

Counsel,

With our next JSR due in a little over two weeks, the FTC proposes the following schedule:

- Monday (1/6) at 3pm: parties exchange topics to be addressed with a high-level description of any proposal
- Wednesday (1/8) at 3pm: parties respond with areas of agreement or, if necessary, high-level descriptions of any counter-proposals
- Friday (1/10): parties meet and confer; during this meet and confer, parties agree to the complete list of JSR topics as well as the structure of the JSR; no additional topics should be added after this point

- Tuesday (1/14) at 3pm: parties exchange draft position statements on all JSR topics (both affirmative and in opposition)
- Thursday (1/16) at noon: parties exchange final position statements; no additional changes may be made after this time. FTC to combine parties' position statements, obtain Meta's consent to file the FTC's proposed final version of the JSR, and then file by 5pm

Please let us know no later than Thursday, January 2, whether Meta is amenable to this proposed schedule.

I am also writing to identify two additional Meta witnesses that the FTC intends to call during its case-in-chief: Mr. Cathcart and Mr. Deng. Per the Court's December 20 order, the FTC requests that Meta provide blackout dates in the first four weeks of trial for these executives by January 16, 2025. The FTC will then provide the dates on which these witnesses will likely be called by January 27.

Regards,
Nathan


**Nathan Brenner**
Deputy Chief Trial Counsel | Bureau of Competition
U.S. Federal Trade Commission
400 7th Street, SW
Washington, DC 20024
202.326.2314
nbrenner@ftc.gov

19