# Exhibit A

| From: | Polavarapu, Aaseesh P. |
|---|---|
| To: | Rashkovich, Benjamin; Masters, Owen; Paul, Ana N.; Hansen, Mark C.; Huff, Kevin B.; Fetterman, Kenneth M.; gklineberg-contact; Panner, Aaron M.; Miller, Kevin J.; Strikis, Silvija A.; Hall, Joseph S.; Hartman, Jacob E.; Horvitz, Kevin D.; Parkinson, Alex A.; Mehta, Sonal; Gringer, David; "Scheinkman, Michael"; Rouhandeh, James; Marini, Ripton A.; Tapkas, Jason J.; Rodriguez, Melissa; Jackson, Kathleen N.; Witebsky, David E.; Smith, Lillian V.; Weaver, Hilary M. |
| Cc: | Dimoscato, Maria; Matheson, Daniel; Cerilli, Krisha; Galvan, Patricia V.; Smith, Michael; Zuver, Robert; Miller, Noel; Musser, Susan; Edmonds, Lila; Albright, Isaiah; Gatas Johnson, Alejandra; Hinson, Hunter; Lee, Jinwook; Murphy, Quinn; Powell, Steven; Wint, Corene; Brenner, Nathan; Goff, Karen |
| Subject: | RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR |
| Date: | Sunday, February 16, 2025 5:36:49 PM |
| Attachments: | 2025 02 16 Meta Deposition Designations Insert for Exchange.docx |

Counsel,

Attached is Meta's JSR insert on deposition designations. Meta reserves the right to modify its position statement as needed.

Can you please confirm by 10 am on Monday if the FTC intends to amend its witness list to include some or all of the people the FTC submitted deposition designations for on Friday?

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Polavarapu, Aaseesh P.
**Sent:** Sunday, February 16, 2025 4:37 PM
**To:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Paul, Ana N. <apaul@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>;

Smith, Lillian V. <lsmith@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,
Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser,
Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;
Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee,
Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>;
Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Ben,

Thanks for sending the draft.  We won't review the FTC's draft before we send Meta's draft.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or
the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of
this communication. Thank you.

**From:** Rashkovich, Benjamin <brashkovich@ftc.gov>
**Sent:** Sunday, February 16, 2025 4:13 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Masters, Owen
<omasters@ftc.gov>; Paul, Ana N. <apaul@kellogghansen.com>; Hansen, Mark C.
<mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth
M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>;
Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>;
Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>;
Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D.
<khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal
<Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman,
Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>;
Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>;
Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N.
<kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Smith, Lillian
V. <lsmith@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,
Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael

<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

The FTC does not agree to Meta's unilateral last-minute request to modify the parties' agreed-upon schedule, *see* Email from A. Polavarapu to O. Masters (Feb. 11, 2025 at 11:25 AM), particularly as the FTC has indicated that we have no plans to change our proposal, *see* Email from O. Masters to A. Paul (Feb. 16, 2025 at 11:56 AM).

The FTC's position statement regarding the parties' deposition designation exchange schedule is attached.  Please confirm that no one on Meta's team will review the FTC's draft until Meta has sent its late disclosure.

Regards,
Ben

**Benjamin D. Rashkovich** (he/him)
Staff Attorney || Technology Enforcement Division
Federal Trade Commission
202.480.1763
brashkovich@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Sunday, February 16, 2025 3:57 PM
**To:** Masters, Owen <omasters@ftc.gov>; Paul, Ana N. <apaul@kellogghansen.com>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,

Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser,
Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;
Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee,
Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>;
Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

We disagree with the FTC's position.  We'll send Meta's position statement on deposition
designations at 5 pm ET today.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or
the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of
this communication. Thank you.

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Sunday, February 16, 2025 11:56 AM
**To:** Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P.
<apolavarapu@kellogghansen.com>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C.
<mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth
M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>;
Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>;
Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>;
Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D.
<khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal
<Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman,
Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>;
Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>;
Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N.
<kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Smith, Lillian
V. <lsmith@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,
Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser,

Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

We are disappointed to see that Meta has decided to unilaterally seek new motions practice with some 48 hours until the JSR deadline.  The parties agreed upon a process to discuss the *schedule* for deposition designations over email.  *See* Email A. Polavarapu to O. Masters (Feb. 11, 2025 at 11:25 a.m.) (proposing "parties exchange any necessary position statement regarding deposition designations"); Email O. Masters to A. Polavarapu (Feb. 11, 2025 at 4:48 p.m.) (responding with schedule to confer regarding "a proposed schedule for finishing designations");. Email A. Polavarapu to O. Masters (Feb. 11, 2025 at 9:38 p.m.) (rejecting FTC timing as "we do not believe such a rigid process is necessary for email discussions about deposition designation exchanges.").  We did not agree that Meta could introduce an entirely new pretrial motion seeking to exclude admissible evidence on the Saturday evening of a holiday weekend ahead of a Monday filing.

The FTC does not understand the basis for Meta's requested relief and does not believe Meta's proposed motion to strike is proper.  A motion to strike is a non-dispositive motion that requires the parties meet and confer in advance.  *See* LCvR 7(m) (duty to confer on nondispositive motions); *see also* Fed. R. Civ. P. 12(f) (motions to strike).  Meta's Saturday evening email does not satisfy this requirement.  *See U.S. Ex rel. K&R Ltd. P'ship v. Mass. Housing Finance Agency*, 456 F. Supp. 2d 46, 52 (D.D.C. 2006) (Rule 7(m) "may not be satisfied by perfunctory action," and "at least 'contemplates that counsel will speak to each other'").  At present, Meta's email leaves the FTC with no understanding of the legal basis for Meta's motion to exclude otherwise admissible deposition testimony.  *See* Email A. Paul to O. Masters (Feb. 15, 2025 at 4:38 p.m.) (citing no authorities); *see also* Joint Scheduling Order at 12, Mar. 3, 2022, ECF 103 (ordering that availability for nationwide service under 15 USC § 23 does not make a witness available under Rule 32 or FRE 804 with respect to the use of a deposition at trial).

If Meta wants to file a motion to strike, it should request that the Court set a briefing schedule.  It may not use the JSR process to force the FTC into a simultaneous briefing schedule with less than 24 hours to respond to any arguments Meta might make.  Moreover, material not yet placed on the docket is in no position to be stricken, and Meta's request seeks to prevent the FTC from later introducing admissible evidence.  If Meta has any basis for contending that any of the FTC's designated testimony is not admissible evidence, it should follow the objection process the Court expects from us in deposition designation exchanges.  But your email identifies no basis that any specific designation is inadmissible.  And to the extent Meta seeks a categorical exclusion of certain evidence, it should file a motion in limine as part of the process and page limits already set by the Court.

Simply put, the parties have not met and conferred, so the FTC does not understand the basis of Meta's motion, and the FTC does not believe Meta's proposed relief is procedurally appropriate.  Without understanding the legal basis for Meta's request, we cannot agree that it is appropriate to withdraw deposition designations for the 24 witnesses about which Meta

complains. If Meta nevertheless insists on filing a new motion in this JSR, the FTC reserves the right to provide, after noon on Monday, whatever response the FTC can prepare in the limited time Meta has left it.

We have separately reviewed Meta's proposed designation exchange schedule and cannot agree to Meta's proposal. Separate and apart from the parties' apparent disagreements regarding the use of deposition testimony post-trial, we believe Meta's proposed schedule is needlessly complex and inappropriately delays the exchange of certain designations until after trial. We therefore intend to propose that the Court enter the schedule the FTC provided at 2 p.m. on Saturday.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700

**From:** Paul, Ana N. <apaul@kellogghansen.com>
**Sent:** Saturday, February 15, 2025 4:38 PM
**To:** Masters, Owen <omasters@ftc.gov>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Weaver, Hilary M. <hweaver@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel:

Yesterday the FTC provided extensive deposition designations for 32 witnesses. For several reasons

we believe a large majority of these designations are inappropriate.

First, as to the 8 witnesses who are on the FTC's witness list, these witnesses should be called live as the Court has stated its preference for live testimony. Beyond Mr. Pattabiraman (LinkedIn) residing outside of the United States, we are not aware of any reasons why these witnesses cannot appear, and expect the FTC to make an appropriate showing before attempting to play videos. We reserve all rights in this regard, but propose below a schedule for counter-designations.

Second, as to the 24 witnesses who are *not* on the FTC's witness list, we believe the extensive and substantive testimony, which totals almost 8 hours, is improper and cannot be used in any post-trial submission. The Court has informed the parties that "it is not interested in receiving a substantial number of written depositions designations to review after the trial, and it intends to largely base its verdict on testimony introduced at trial." The Court has also informed the parties that it is "certainly not receptive" to the parties using written deposition designations as a "backdoor" to submit testimony "after the trial that they didn't want crossed on." Accordingly, Meta should not be required to counter these obviously substantive (and therefore inappropriate) designations. Unless you agree to withdraw them and restrict the designations to the materials the Court said it was willing to entertain, we will be forced to seek relief in the upcoming JSR. Specifically, we plan to ask the Court to strike the designations, or in the alternative impose a one-hour cap on post- trial deposition submissions, allowing us at trial's end to counter-designate or move to strike.

In the spirit of compromise, we are willing to agree to a 7 day period during which you will narrow your designations to avoid this issue. We would need to adjust any deadline for counter-designations accordingly.

Please let us know your position on this in time for us to present the issue, if necessary, in the report due this coming Monday.

As mentioned above, Meta proposes the following schedule for preparing counter-designations for the witnesses on the FTC's preliminary witness list (listed below) and the witnesses on Meta's preliminary witness list.

Patel, Keval (Meta)
Stoop, Dirk (Meta)
Botha, Roelof (Sequoia Capital)
Mehta, Rahul (DST)
Ortega, Mateo (Strava)
Pattabiraman, Kumaresh (LinkedIn)
Tucker, Eli (Automatic - Tumblr)
Vallery, Jason (Microsoft)

1. **February 24, 2025 at 5pm ET**: Parties exchange counter-designations and objections for all deposition designations for the witnesses on the parties' preliminary witness lists.

2. **February 28, 2025 at 5pm ET**: Parties exchange completeness-designations and objections for

all deposition designations for the witnesses on the parties' preliminary witness lists.

3. **March 3, 2025 at 5 pm ET**: Parties exchange objections to completeness designations for the witnesses on the parties' preliminary witness lists.

4. **March 4-7, 2025 at time TBD**: Parties will meet and confer regarding objections.

5. **March 9, 2025 at time TBD**: Parties exchange final video designations to be included in the March 10, 2025 pretrial statement.


Regards,
Ana

---

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Saturday, February 15, 2025 2:00 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR


Counsel,

The FTC offers the following proposals regarding deposition designations.  The FTC is available to meet and confer if necessary.  Out of respect for each party's time this weekend, the FTC requests that Meta please respond to this proposal by today at 7 p.m. ET.

**Schedule** – the FTC proposes the following schedule for completing deposition designations:

    **Thursday, February 27 at 5 p.m.** – In response to an opposing party's opening designations, each party will have until 5 p.m. on Thursday February 27, 2025 to

submit any completeness designations and counter-designations.  All objections to an opposing party's opening designations must be included in this exchange.

**Thursday, March 6 at 5 p.m.** – In response to an opposing party's counter and completeness designations, a party will have until 5 p.m. on Thursday, March 6, 2025 to submit any completeness and counter-designations.  All objections to an opposing party's counter or completeness designations must be included in this exchange.

**<u>Witnesses removed from "will call" lists</u>** – If a party removes a witness from its "will call" witness, the opposing party will have two weeks after learning of a witness' removal from a "will call" list to submit opening deposition designations for the witness removed from the "will call" list.  If an opposing party offers opening designations for the removed "will call" witness, the party that removed the "will call" witness will have one week after receiving any opening designations to offer any counter or completeness designations and objections in response.  Any last counter-designations or completeness designations or objections from the opposing party will be due a week after receiving counter and completeness designations from the party that removed the "will call" witness.

**<u>Objections</u>**: Having considered the issue further, the FTC does not believe the parties need to use standard language to make their objections to designations, provided that both parties follow the formatting Meta proposed and the FTC accepted.  *See* Email H. Weaver to D. Matheson (Feb. 11, 2025 at 7:34 p.m.).

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700

**From:** Polavarapu, Aaseesh P. <apolavarapu@kelloghansen.com>
**Sent:** Friday, February 14, 2025 6:30 PM
**To:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Hansen, Mark C. <mhansen@kelloghansen.com>; Paul, Ana N. <apaul@kelloghansen.com>; Huff, Kevin B. <khuff@kelloghansen.com>; Fetterman, Kenneth M. <kfetterman@kelloghansen.com>; gklineberg-contact <gklineberg@kelloghansen.com>; Panner, Aaron M. <apanner@kelloghansen.com>; Miller, Kevin J. <kmiller@kelloghansen.com>; Strikis, Silvija A. <sstrikis@kelloghansen.com>; Hall, Joseph S. <jhall@kelloghansen.com>; Hartman, Jacob E. <jhartman@kelloghansen.com>; Horvitz, Kevin D. <khorvitz@kelloghansen.com>; Parkinson, Alex A. <aparkinson@kelloghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kelloghansen.com>; Tapkas, Jason J. <jtapkas@kelloghansen.com>; Rodriguez, Melissa <mrodriguez@kelloghansen.com>; Jackson, Kathleen N. <kjackson@kelloghansen.com>; Witebsky, David E. <dwitebsky@kelloghansen.com>; Gillespie, Nataliia <ngillespie@kelloghansen.com>; Smith, Lillian V. <lsmith@kelloghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,

Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser,
Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;
Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee,
Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>;
Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Masters, Owen
<omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

Please find Meta's positions attached.  Meta reserves the right to modify its positions as needed.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Rashkovich, Benjamin <brashkovich@ftc.gov>
**Sent:** Friday, February 14, 2025 6:16 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C.
<mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B.
<khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg,
Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>;
Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall,
Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz,
Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>;
Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>;
'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James
<rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J.
<jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson,
Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>;
Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli,
Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser,
Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;

Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

The FTC's draft position statement for the parties' February 17, 2025 joint status report is attached here. The FTC has included proposed language for the parties' joint request to the Court as to the use of electronic devices in the courtroom for counsel, support staff, and employees assisting with the litigation.

Regarding witness sequestration and given that both parties have invoked FRE 615, the FTC requests that Meta discloses who it intends to designate as its corporate representative and reserves the right to object to the identity of Meta's corporate representative.

Regarding witness disclosure, the FTC is fine with Meta's revision and agrees to remove the witness disclosure issue from the JSR.

Have a good weekend,
Ben

**Benjamin D. Rashkovich** (he/him)
Staff Attorney || Technology Enforcement Division
Federal Trade Commission
202.480.1763
brashkovich@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Friday, February 14, 2025 4:19 PM
**To:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>

**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

Thank you for your email.  Meta provides the following updates:

**Dossier:**  Meta does not agree to jointly request that the Court order the parties to prepare a "dossier" of up to 150 individuals' names, job titles, and tenures, for the time period 2008-present.

**Use of Electronic Devices in the Courtroom:**  By Meta employees assisting with the litigation, we are referring to employees such as administrative and communications personnel as well as Meta's designated corporate representative, and not trial witnesses (other than corporate representative).  Trial fact witnesses will be sequestered pursuant to Fed. R. Evid 615(a).  Please confirm that the FTC will not oppose Meta's administrative request that the Court allow Meta's counsel (outside counsel and in-house counsel) and their support staff, and Meta employees assisting with the litigation, to use electronic devices "to transmit and receive data communications, such as email or text messages, and to access the Internet."  Electronic Device Policy, D.D.C., https://www.dcd.uscourts.gov/electronic-device-policy.  If the FTC will agree, Meta is amenable to the FTC's proposal to jointly request electronic device access for both parties.

**Sequestration:**  We believe the information above should moot the FTC's questions.  Regarding your question about FRE 615(a), the FTC may have misunderstood our response during yesterday's meet and confer.  So the record is clear, we explained that we had not discussed FRE 615(a) sequestration with our client, and that we would get back to you.  Meta agrees that, with the exception of Meta's designated corporate representative, fact witnesses (not expert witnesses) should be excluded from the courtroom during trial (of course, other than when they are testifying in court) pursuant to FRE 615(a).

**Trial Witness and Exhibit Disclosures**
- For witness disclosures, the FTC's revision regarding deposition designations is okay with us. Given the parties' ongoing dispute about scope of examinations, we've revised subpart (b) of the language the FTC sent back as follows:  "To the extent the Court allows a non-presenting Party to conduct a direct examination during the time for cross-examination, the non-presenting Party will confirm its intent to do so no later than 24 hours after receipt of the presenting Party's list of witnesses for the upcoming week, along with the estimated time for the examination."  Can we reach an agreement on witness disclosures during trial, using the

FTC's proposed language below, with Meta's revision here, and remove the witness disclosure issue from the JSR?

- Regarding exhibits, we understand the parties still have a narrow dispute about when the parties are to disclose exhibits they anticipate using in direct examinations during trial. Meta intends to raise this issue in the JSR. Meta will revise its proposal to clarify that Meta is willing to disclose in advance exhibits that Meta anticipates using for direct examinations that Meta intends to conduct in the FTC's case-in-chief. Please let us know if it would be useful to discuss.

Finally, to the extent the FTC's email intended to suggest anything different, and to avoid unnecessary disputes later, we clarify that during the meet and confer, we confirmed we intend to comply with the Local Rules and requirements in the Court's December 20, 2024 Order.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Rashkovich, Benjamin <brashkovich@ftc.gov>
**Sent:** Thursday, February 13, 2025 5:02 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>

**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

Below are updates to several topics that the parties discussed during today's meet and confer regarding our upcoming joint status report.

**<u>Confidentiality</u>**
The FTC agrees to address confidentiality procedures next week and will not raise this topic in this JSR.

**<u>Dossier</u>**
During today's meet and confer, Meta indicated that it was unwilling to agree or disagree with asking the Court whether a dossier (or "roster") of individuals relevant to the information presented at trial would be useful for the Court. The FTC explained that it believes such a dossier would aid the Court and promote efficiency during trial.

In the interest of cooperation and efficiency, we write to provide the following details in response to the questions Meta raised about specifics regarding the dossier proposal. We reiterate our position during today's meet and confer that this is a proposal that the FTC remains willing to discuss with Meta in an effort to make this dossier useful to the Court.

- **Who would be included?** The parties would work together to compile a list of individuals relevant to the case. We can discuss whether it is most helpful and efficient to include all, some, or no witnesses in the dossier.
- **How many individuals would be on the list?** About 100-150.
- **What is meant by "roles and responsibilities"?** Job titles and tenure.
- **What time periods will the dossier cover?** Depends on the witness: the dossier could cover a witness's titles from 2008 to the current day or be limited to a specific time period.
- **Would the dossier cover third parties?** Yes, if the parties agree based on prior testimony what an individual's job title was.

Further, to address Meta's burden concern, the FTC is open to preparing the first draft.

Please let the FTC know whether Meta will agree to jointly ask the Court to consider whether such a dossier would be useful and, if so, to order the parties to discuss its preparation.

**<u>Use of Electronics</u>**
As we said in the parties' meet-and-confer, the FTC is generally amenable to Meta's request for use of electronic devices in the courtroom, assuming Meta is likewise amenable to the FTC

making the same request.  The FTC proposes that the parties offer the Court a joint request covering counsel and support staff for both parties to that end.

The FTC has concerns, however, about the unclear meaning of "Meta employees assisting with the litigation," especially given Meta's response that this line may include witnesses in this case.  It would be helpful for Meta to clarify who this exception covers so that the FTC can fully understand Meta's request and reach consensus.

Relatedly, as stated, the FTC plans to request the Court to order that fact witnesses (not expert witnesses) are excluded from the courtroom pursuant to FRE 615(a).  Assuming we can resolve the above question about who Meta means by "Meta employees assisting with the litigation," the FTC would agree to raise FRE 615(a) a later time (i.e., not as part of this JSR).

## Trial Witness & Exhibit Disclosures

If Meta will adopt the FTC's proposed changes in red below, the FTC will agree to Meta's Trial Witness Disclosure.  With regard to exhibit disclosures, we agree with Meta that it would be productive to resolve this issue in advance of trial; however, we think it is premature at this point given that the parties are just beginning to discuss procedures with regard to confidentiality and exhibit objections, both of which will be relevant to trial exhibit disclosures.  Will Meta agree to remove the exhibit disclosure issue from the upcoming JSR filing?  As we noted on the call, it would also be helpful to understand whether Meta's proposed exhibit disclosure is intended to apply to Meta as well for witnesses that will be called during the FTC's case-in-chief.

Beginning on Thursday, April 10, 2025 and continuing through the end of trial, unless otherwise mutually agreed, no later than 10 a.m. ET on the preceding Thursday, the presenting Party for the coming week of trial will confirm the witnesses that Party expects to call, the order it expects to call them in, the estimated time for its direct examination, and the day that it expects to call them, as well as the exhibits the presenting Party anticipates using with each witness.

a.    If the presenting Party expects to rest during the coming week, it should inform the next presenting party no later than 10 a.m. ET on the preceding Thursday, and then the next presenting Party will share the same information for the remainder of the week no later than 10 a.m. ET on the preceding Friday.

b.    If a non-presenting Party intends to conduct a direct examination during the time for cross-examination, the non-presenting Party will confirm that no later than 24 hours after receipt of the presenting Party's list of witnesses for the upcoming week, along with the estimated time for the examination.

c.    All parties recognize that changes may occur and will work together to accommodate any changes that may arise. The presenting Party will update all Parties, as needed and at least daily, about any changes or updates, including additions or subtractions, to the weekly schedule.

d.    The weekly schedule will include any plans to present designated

deposition testimony to the Court by video <span style="color:red">during the upcoming week.</span> <s style="color:red">(if permitted by the Court).</s>  <span style="color:red">However, the weekly schedule need not include the precise order or day that a party intends to present video designated deposition testimony.</span>

As you committed, we anticipate receiving an estimate of the time that Meta will take in eliciting testimony from the witnesses on its witness list with its Final Pretrial Statement due on March 10 (as required by Local Rule 16.5(b)(5)) and Meta will provide the order for all witnesses they may call live at trial on March 17 per the Court's December 20, 2024 Order (ECF 390).

Regards,
Ben

**Benjamin D. Rashkovich** (he/him)
Staff Attorney || Technology Enforcement Division
Federal Trade Commission
202.480.1763
brashkovich@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Wednesday, February 12, 2025 12:30 PM
**To:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Thanks, Ben.  Meta's topics for the February 17 joint status report are below.  Meta reserves the right to modify its positions as needed.

**Deposition Designations**
- Meta proposes that to the extent the Court allows video deposition designations for a witness, the deposition testimony designated by either side for the witness should be played in sequence when the witness is called for the first time to testify by deposition.  Please let us know if the FTC will agree to present this as a joint proposal.

- Meta intends to address the Court's request for proposals on a "schedule for completing deposition designation exchange process."  Order (Dec. 20, 2024) at 2, ECF No. 390.  Please let us know how many deposition designations the FTC presently plans to provide on Friday.  That information would be useful and may simplify discussions over the weekend regarding an appropriate deposition designation exchange schedule.

**Trial Witness and Exhibit Disclosures**
- Meta proposes that the parties agree to the following to aid efficient trial presentations.  Please let us know if the FTC will agree to present this as a joint proposal.

    Beginning on Thursday, April 10, 2025 and continuing through the end of trial, unless otherwise mutually agreed, no later than 10 a.m. ET on the preceding Thursday, the presenting Party for the coming week of trial will confirm the witnesses that Party expects to call, the order it expects to call them in, the estimated time for its direct examination, and the day that it expects to call them, as well as the exhibits the presenting Party anticipates using with each witness.

    a.    If the presenting Party expects to rest during the coming week, it should inform the next presenting party no later than 10 a.m. ET on the preceding Thursday, and then the next presenting Party will share the same information for the remainder of the week no later than 10 a.m. ET on the preceding Friday.

    b.    If a non-presenting Party intends to conduct a direct examination during the time for cross-examination, the non-presenting Party will confirm that no later than 24 hours after receipt of the presenting Party's list of witnesses for the upcoming week, along with the estimated time for the examination.

    c.    All parties recognize that changes may occur and will work together to accommodate any changes that may arise. The presenting Party will update all Parties, as needed and at least daily, about any changes or updates, including additions or subtractions, to the weekly schedule.

    The weekly schedule will include any plans to present designated

d.

deposition testimony to the Court by video (if permitted by the Court).

**Use of Electronic Devices in the Courtroom**

- For pretrial and trial proceedings, Meta intends to request that the Court allow Meta's counsel (outside counsel and in-house counsel) and their support staff, and Meta employees assisting with the litigation, to use electronic devices "to transmit and receive data communications, such as email or text messages, and to access the Internet."  Electronic Device Policy, D.D.C., https://www.dcd.uscourts.gov/electronic-device-policy (requiring "express prior approval of the presiding judge").  Please let us know if Meta can represent that the FTC does not oppose this request.

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Rashkovich, Benjamin <brashkovich@ftc.gov>
**Sent:** Wednesday, February 12, 2025 12:25 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>;

Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Aaseesh,

That works for the FTC.

Regards,
Ben

**Benjamin D. Rashkovich** (he/him)
Staff Attorney || Technology Enforcement Division
Federal Trade Commission
202.480.1763
brashkovich@ftc.gov

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Wednesday, February 12, 2025 12:23 PM
**To:** Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Owen,

We're ready to exchange topics now.  Does a 12:30 pm ET exchange time work for the FTC?

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or
the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of
this communication. Thank you.

---

**From:** Polavarapu, Aaseesh P.
**Sent:** Wednesday, February 12, 2025 11:54 AM
**To:** 'Masters, Owen' <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C.
<mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B.
<khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg,
Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>;
Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall,
Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz,
Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>;
Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>;
'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James
<rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J.
<jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson,
Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>;
Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>;
Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V.
<PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller,
Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>;
Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson,
Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>;
Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan
<nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Thanks, Owen.  For today, we should be able to get you our topics for the 2/17 joint status report
soon, but will need a little more time.  I'll let you know as soon as we're ready to exchange.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Wednesday, February 12, 2025 11:07 AM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Aaseesh,

The FTC will share its proposed topics at noon today and we look forward to discussing tomorrow at 12:30. Please send a meeting invite for tomorrow's call.

We have received and are reviewing the designation exchange proposal from yesterday. We

hope to have a response soon.

Regarding my proposal to limit late changes to each party's requested relief: I would simply like to avoid a repeat of last week's filing. We offered to abide by the same limit we proposed to Meta so that the parties would have ample opportunity to understand and respond to an opposing party's requested relief. We are disappointed that Meta could not agree to what we hoped would be a common sense and efficiency enhancing proposal. While disappointing, we do not think this issue should delay the remainder of the schedule.

For this coming weekend, we proposed specific timing for exchanges to avoid spending all Saturday waiting on email responses. We understand Meta has rejected our proposal. We can agree to an email exchange on Saturday provided Meta agrees that both parties will send any initial proposals by 2 p.m. ET.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Tuesday, February 11, 2025 9:38 PM
**To:** Masters, Owen <omasters@ftc.gov>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Owen,

Thanks for confirming that Meta's proposed timing works for the FTC.

As for the additional caveats and questions the FTC added:

- We're available to meet and confer on Thursday at 12:30 p.m. ET.

- For the February 14 exchange of deposition designations, we agree to exchange in .csv format. We reached out separately with further proposals on the exchange format. *See* Email from H. Weaver (Feb. 11, 2025, 7:34 p.m.).

- For the Friday, February 14 and Sunday, February 16 position statement exchanges, we will include the relief we are requesting on each issue presented, as usual. We do not agree that a party may not alter its requested relief after initial exchanges. The purpose of exchanging draft position statements is to crystallize where the parties might be able to narrow the issues in dispute and where the parties disagree, and that may require post-exchange adjustments. For example, in the past, the FTC has changed its requested relief hours before a joint status report was due. *See, e.g.*, Email from N. Brenner (Jan. 16, 2025, 10:36 a.m.) (changing requested relief for FRE 1006 exhibit disclosures on day joint status report was due to match a compromise proposal the FTC had offered, in lieu of the FTC's original requested relief). For the avoidance of doubt, we do not intend to include brand new positions in the final exchange on Monday, February 17. We intend to disclose Meta's positions to the FTC through the exchange and meet-and-confer process so that the FTC has an adequate opportunity to respond to Meta's positions — just as we have done in the past — and we understand the FTC will do the same.

- On Saturday, February 15, we do not believe such a rigid process is necessary for email discussions about deposition designation exchanges. We will respond promptly to any FTC proposals on Saturday. But as you know, we will need adequate time to confer with our client before we can respond. If the FTC insists on having a call on a Saturday instead of discussing by email, we can be available at 2 p.m. ET on that day. As we have noted, though, that seems unnecessary.

Thanks,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Masters, Owen <omasters@ftc.gov>
**Sent:** Tuesday, February 11, 2025 4:48 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

We propose the below additions to the schedule in bold italics.  Please let us know if Meta will agree to the below.

- **Wednesday, February 12 at noon ET**:  Parties exchange topics to be addressed with a high-level description of any proposal.

- **Thursday, February 13**:
    - Parties meet and confer; during this meet and confer, parties to discuss the structure of the submission.
        - ***The FTC is available to meet and confer between 11 a.m. and 1 p.m. ET.***
    - 5 p.m. ET:  No additional topics should be added after this time, except topics

related to deposition designations that the parties will exchange on Friday, February 14.

- **Friday, February 14**
  - 5 p.m. ET: Parties exchange video and written deposition designations.  *See* Email from O. Masters (Jan. 14, 2025 12:42 p.m.).  ***The parties agree to exchange deposition designations as .csv files.***
  - 6:30 p.m. ET:  Parties exchange joint status report position statements (both affirmative and in opposition) for the 2/17 submission.  ***The parties must specify in their draft what specific relief, if any, they will request from the Court and may not alter their requested relief after this exchange except by agreement of the parties.***

- **Saturday, February 15**:  Parties meet and confer regarding a proposed schedule for finishing designations.
  - Given that the FTC scheduled this meet and confer on a weekend, Meta believes the parties can meet and confer about a deposition designation exchange schedule via email.  Please let us know if you agree.
  - ***Meta agreed to the proposed schedule, including a weekend meet and confer, in January.  See Email from A. Polavarapu (Jan. 14, 2025 2:43 p.m.).  And while the FTC does not agree that an email exchange is a reasonable substitute for a meet and confer call, the FTC nevertheless proposes the following alternative schedule to accommodate Meta's concern:***
    - ***At noon, the parties exchange, via email, their proposals for finishing designations;***
    - ***At 5 p.m. the parties exchange, via email, any counter-proposals for finishing designations.***

- **Sunday, February 16, 2025 at 4 p.m. ET**:  Parties exchange any necessary position statements regarding deposition designations.  ***The parties must specify in their draft what specific relief, if any, they will request from the Court and may not alter their requested relief after this exchange except by agreement of the parties.***

- **Monday, February 17, 2025 at noon ET**:  Parties exchange final copies of all position statements for the 2/17 filing.  Meta to obtain the FTC's consent to file and then file JSR by 5 p.m.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Tuesday, February 11, 2025 11:25 AM

**To:** Goff, Karen <kgoff@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>
**Subject:** RE: FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

Thanks for the proposed JSR exchange schedule.  We suggest the following exchange schedule instead.  Let us know if this works for the FTC.

- **Wednesday, February 12 at noon ET**:  Parties exchange topics to be addressed with a high-level description of any proposal.

- **Thursday, February 13**:
    - Parties meet and confer; during this meet and confer, parties to discuss the structure of the submission.
    - 5 p.m. ET:  No additional topics should be added after this time, except topics related to deposition designations that the parties will exchange on Friday, February 14.

- **Friday, February 14**
    - 5 p.m. ET: Parties exchange video and written deposition designations.  *See* Email from O. Masters (Jan. 14, 2025 12:42 p.m.).
    - 6:30 p.m. ET:  Parties exchange joint status report position statements (both affirmative and in opposition) for the 2/17 submission.

- **Saturday, February 15**: Parties meet and confer regarding a proposed schedule for finishing designations.
  - Given that the FTC scheduled this meet and confer on a weekend, Meta believes the parties can meet and confer about a deposition designation exchange schedule via email. Please let us know if you agree.

- **Sunday, February 16, 2025 at 4 p.m. ET**: Parties exchange any necessary position statements regarding deposition designations.

- **Monday, February 17, 2025 at noon ET**: Parties exchange final copies of all position statements for the 2/17 filing. Meta to obtain the FTC's consent to file and then file JSR by 5 pm.

Best,
Aaseesh

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Goff, Karen <kgoff@ftc.gov>
**Sent:** Monday, February 10, 2025 5:10 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Hansen, Mark C. <mhansen@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Strikis, Silvija A. <sstrikis@kellogghansen.com>; Hall, Joseph S. <jhall@kellogghansen.com>; Hartman, Jacob E. <jhartman@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; 'Scheinkman, Michael' <michael.scheinkman@davispolk.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Marini, Ripton A. <rmarini@kellogghansen.com>; Tapkas, Jason J. <jtapkas@kellogghansen.com>; Rodriguez, Melissa <mrodriguez@kellogghansen.com>; Jackson, Kathleen N. <kjackson@kellogghansen.com>; Witebsky, David E. <dwitebsky@kellogghansen.com>; Gillespie, Nataliia <ngillespie@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>
**Cc:** Masters, Owen <omasters@ftc.gov>; Rashkovich, Benjamin <brashkovich@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha

<kcerilli@ftc.gov>; Galvan, Patricia V. <PGALVAN@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Miller, Noel <nmiller2@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Edmonds, Lila <ledmonds@ftc.gov>; Albright, Isaiah <ialbright@ftc.gov>; Gatas Johnson, Alejandra <agatasjohnson@ftc.gov>; Hinson, Hunter <hhinson@ftc.gov>; Lee, Jinwook <jlee9@ftc.gov>; Murphy, Quinn <qmurphy@ftc.gov>; Powell, Steven <spowell1@ftc.gov>; Wint, Corene <cwint@ftc.gov>; Brenner, Nathan <nbrenner@ftc.gov>; Goff, Karen <kgoff@ftc.gov>
**Subject:** [EXTERNAL] FTC v. Meta Platforms, Inc. 1:20-cv-03590-JEB | February 17 JSR

Counsel,

Ahead of our joint status report due on February 17, we propose the following schedule that includes the deposition designation schedule to which the parties have already agreed:

- February 11, 2025 at 8 p.m. – parties exchange topics to be addressed with a high-level description of any proposal.
- February 12, 2025 – parties meet and confer; during this meet and confer, parties to discuss the structure of the submission.
- February 13, 2025 at noon – parties exchange email with final set of topics; no additional topics should be added after this point.
- February 14, 2025 at 4 p.m. – parties exchange draft position statements (both affirmative and in opposition) for this submission.
- February 14, 2025 at 5 p.m. – parties exchange video and written deposition designations.
- February 15, 2025 – parties meet and confer regarding a proposed schedule for finishing designations.
- February 16, 2025 at 4 p.m. – parties exchange any necessary position statements regarding deposition designations.
- February 17, 2025 at noon – parties exchange final copies of all position statements for this filing.  Meta to obtain the FTC's consent to file and then file JSR by 5pm.

Please let us know if this schedule works for Meta.

Regards,
Karen


Karen V. Goff
Federal Trade Commission
Attorney, Western Competition Group

90 7th Street, Suite 14-300
San Francisco, CA 94103
415.848.5124 (office)
202.569.6984 (mobile)
kgoff@ftc.gov