# Exhibit B

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
      FEDERAL TRADE COMMISSION,         )   C-17-00220 LHK
 6                                      )
                        PLAINTIFF,      )   SAN JOSE, CALIFORNIA
 7                                      )
                 VS.                    )   JANUARY 4, 2019
 8                                      )
      QUALCOMM INCORPORATED, A          )   VOLUME 1
 9    DELAWARE CORPORATION,             )
                                        )   PAGES 1-159
10                      DEFENDANT.      )
                                        )
11    _____

12

13                     TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE LUCY H. KOH
14                   UNITED STATES DISTRICT JUDGE

15    A P P E A R A N C E S:

16    FOR THE PLAINTIFF:      FEDERAL TRADE COMMISSION
                              BY:  JENNIFER MILICI
17                                 DANIEL J. MATHESON
                                   WESLEY G. CARSON
18                                 KENT COX
                                   NATHANIEL M. HOPKIN
19                                 PHILIP J. KEHL
                              600 PENNSYLVANIA AVENUE, NW
20                            WASHINGTON, D.C.  20580

21              APPEARANCES CONTINUED ON NEXT PAGE

22    OFFICIAL COURT REPORTERS:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, CRR, RMR
                                  CERTIFICATE NUMBER 8074
24
              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      APPEARANCES (CONTINUED)
 3
 4      FOR THE DEFENDANT:      KEKER, VAN NEST & PETERS
                                BY:  ROBERT A. VAN NEST
 5                                   JUSTINA K. SESSIONS
                                     EUGENE M. PAIGE
 6                                   CHRISTINA BLAIS
                                     MATAN SHACHAM
 7                                   CODY HARRIS
                                     KRISTIN HUCEK
 8                              633 BATTERY STREET
                                SAN FRANCISCO, CALIFORNIA  94111
 9
10                              CRAVATH, SWAINE & MOORE
                                BY:  GARY A. BORNSTEIN
11                                   MICHAEL BRENT BYARS
                                     YONATAN EVEN
12                                   JORDAN D. PETERSON
                                     MING-TOY TAYLOR
13                                   DEREK SUTTON
                                     ANDREW HUYNH
14                              825 EIGHTH AVENUE
                                NEW YORK, NEW YORK  10019
15
16      ALSO PRESENT:           MARK SNYDER
17
18
19
20
21
22
23
24
25
```

```
 1
 2                      INDEX OF PROCEEDINGS
 3
 4      OPENING STATEMENT BY MS. MILICI1              P. 6
 5      OPENING STATEMENT BY MR. VAN NEST             P. 27
 6
 7
 8                       INDEX OF WITNESSES
 9      PLAINTIFF'S
10      ERIC REIFSCHNEIDER
             VIDEOTAPED DEPOSITION                    P. 48
11
12      IRA BLUMBERG
             VIDEOTAPED DEPOSITION                    P. 59
13
14      PAUL JACOBS
             VIDEOTAPED DEPOSITION                    P. 77
15
16      DAVID WISE
             DIRECT EXAM BY MR. MATHESON              P. 83
17           CROSS-EXAM BY MS. SESSIONS               P. 112
             REDIRECT EXAM BY MR. MATHESON            P. 129
18           RECROSS-EXAM BY MS. SESSIONS             P. 134
19      NANFEN YU
             VIDEOTAPED DEPOSITION                    P. 139
20
21
22
23
24
25
```