# Exhibit C

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5
     FEDERAL TRADE COMMISSION,      )  C-17-00220 LHK
 6                                  )
                  PLAINTIFF,        )  SAN JOSE, CALIFORNIA
 7                                  )
            VS.                     )  JANUARY 18, 2019
 8                                  )
     QUALCOMM INCORPORATED, A       )  VOLUME 7
 9   DELAWARE CORPORATION,          )
                                    )  PAGES 1343-1584
10                DEFENDANT.        )  SEALED PAGES 1473-1477,
                                    )  1570-1573
11   _____

12               TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE LUCY H. KOH
13               UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    FEDERAL TRADE COMMISSION
                           BY:  JENNIFER MILICI
16                              DANIEL J. MATHESON
                                WESLEY G. CARSON
17                              KENT COX
                                NATHANIEL M. HOPKIN
18                              PHILIP J. KEHL
                                MIKA IKEDA
19                         600 PENNSYLVANIA AVENUE, NW
                           WASHINGTON, D.C.  20580
20

21            APPEARANCES CONTINUED ON NEXT PAGE

22   OFFICIAL COURT REPORTERS:  LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23                              IRENE RODRIGUEZ, CSR, CRR, RMR
                                CERTIFICATE NUMBER 8074
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      APPEARANCES (CONTINUED)
 3
 4      FOR THE DEFENDANT:      KEKER, VAN NEST & PETERS
                                BY:  ROBERT A. VAN NEST
 5                                   JUSTINA K. SESSIONS
                                     EUGENE M. PAIGE
 6                                   CHRISTINA BLAIS
                                     MATAN SHACHAM
 7                                   CODY HARRIS
                                     KRISTIN HUCEK
 8                              633 BATTERY STREET
                                SAN FRANCISCO, CALIFORNIA  94111
 9
10                              CRAVATH, SWAINE & MOORE
                                BY:  GARY A. BORNSTEIN
11                                   MICHAEL BRENT BYARS
                                     YONATAN EVEN
12                                   JORDAN D. PETERSON
                                     MING-TOY TAYLOR
13                                   DEREK SUTTON
                                     ANDREW HUYNH
14                                   ANTONY RYAN
                                825 EIGHTH AVENUE
15                              NEW YORK, NEW YORK  10019

16                              NORTON, ROSE, FULBRIGHT
                                BY:  RICHARD S. ZEMBEK
17                              1301 MCKINNEY, SUITE 5100
                                HOUSTON, TEXAS  77010
18
19      ALSO PRESENT:           MARK SNYDER
                                JEFF DAHM
20                              KEN KOTARSKI
21
22
23
24
25
```

```
 1
 2
 3
 4                        INDEX OF WITNESSES

 5    DEFENDANT'S

 6    JAMES THOMPSON
              DIRECT EXAM BY MR PAIGE                P. 1348
 7            CROSS-EXAM BY MR. KEHL                 P. 1382

 8    ERIC REIFSCHNEIDER
              VIDEOTAPED DEPOSITION                  P. 1389
 9

10    FABIAN GONELL
              DIRECT EXAM BY MR. BORNSTEIN           P. 1393
11            CROSS-EXAM BY MR. MERBER               P. 1481
              REDIRECT EXAM BY MR. BORNSTEIN         P. 1499
12

13    MATTHIAS SAUER
              DIRECT EXAM BY MR. PAIGE               P. 1502
14            CROSS-EXAM BY MR. CARSON               P. 1522
              REDIRECT EXA BY MR. PAIGE              P. 1529
15

16    LIREN CHEN
              DIRECT EXAM BY MR. ZEMBEK              P. 1533
17

18    JOHN GRUBBS
              VIDEOTAPED DEPOSITION                  P. 1564
19

20    IRA BLUMBERG
              VIDEOTAPED DEPOSITION                  P. 1565
21

22    MARTIN ZANDER
              VIDEOTAPED DEPOSITION                  P. 1569
23

24    TODD MADDEROM
              VIDEOTAPED DEPOSITION                  P. 1570
25
```

```
 1    NANFEN YU
          VIDEOTAPED DEPOSITION                         P. 1572
 2


 3


 4                         INDEX OF EXHIBITS


 5                                  MARKED      ADMITTED


 6    PLAINTIFF'S


 7    5402                                       1383
      6334                                       1386
 8    6786R                                      1485
      7961                                       1497
 9


10    DEFENDANT'S


11    9350                           1365
      9204                                       1368
12    1725                                       1410
      9223                                       1414
13    9242                                       1427
      2776                                       1445
14    9266                                       1457
      2259A                                      1463
15    1353                                       1506
      9084                                       1507
16    9088                                       1518
      9240                                       1536
17    2929                                       1569
      2454 AND 2459                              1570
18


19    JOINT


20    0047                                       1403
      0105                                       1407
21


22


23


24


25
```