# Exhibit D

| | |
|---|---|
| **From:** | Masters, Owen |
| **To:** | Weaver, Hilary M.; Matheson, Daniel; Smith, Michael; Wilson, Dominique; ssteephen@ftc.gov; Cerilli, Krisha; Zuver, Robert; Dimoscato, Maria |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Fetterman, Kenneth M.; gklineberg-contact; Miller, Kevin J.; Panner, Aaron M.; Smith, Lillian V.; Horvitz, Kevin D.; Parkinson, Alex A.; Paul, Ana N.; Polavarapu, Aaseesh P.; Dorris, Daniel V.; "Mehta, Sonal"; "Gringer, David"; Rouhandeh, James; "michael.scheinkman@davispolk.com" |
| **Subject:** | RE: FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB - Deposition Designations |
| **Date:** | Thursday, February 13, 2025 4:10:00 PM |

Counsel,

Meta's proposed designation formatting works for the FTC. Please propose any objection codes you would like us to consider. We are planning not to designate objections within a question and answer pair. We also agree that if a party intends to introduce an exhibit into evidence that exhibit should be on a party's exhibit list.

Regards,
Owen

Owen Masters
omasters@ftc.gov
o. 202-326-2138
m. 202-341-2700

**From:** Weaver, Hilary M. <hweaver@kellogghansen.com>
**Sent:** Tuesday, February 11, 2025 7:34 PM
**To:** Matheson, Daniel <dmatheson@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; ssteephen@ftc.gov; Cerilli, Krisha <kcerilli@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; Rouhandeh, James <rouhandeh@davispolk.com>; 'michael.scheinkman@davispolk.com' <michael.scheinkman@davispolk.com>
**Subject:** FTC v. Meta Platforms, Inc. - 1:20-cv-03590-JEB - Deposition Designations

Counsel,

In anticipation of the upcoming exchange of deposition designations, we wanted to connect on a few procedural issues.

    I.   Format

First, thank you for agreeing to exchange deposition designations as .csv files. We propose that the

parties exchange separate .csv files for each witness being designated, and that each .csv file contain the following information:

1. Column A: Transcript Name
2. Column B: PgFrom
3. Column C: LnFrom
4. Column D: PgTo
5. Column E: LnTo
6. Column F: Notes
7. Column G: Issues

In the "Issues" field, the parties would indicate the relevant category for the information provided in the other columns.  Meta proposes that the parties use the following Issue categories and codes:

|  | **Meta** | **FTC** |
|---|---|---|
| **Initial Designations** | MetaInitialDesig | FTCInitialDesig |
| **Counter Designations** | MetaCounterDesig | FTCCounterDesig |
| **Completeness Designations** | MetaCompleteDesig | FTCCompleteDesig |

For example, if Meta intends to counter-designate a witness's testimony, it would select "MetaCounterDesig" in the "Issues" Column and then it would identify the counter-designated testimony in Columns B-E.  The same would apply for the FTC, but the FTC would use the "FTCCounterDesig" code.

In the "Notes" field, the parties would indicate any objections to the opposing party's designations. Meta proposes that the parties use the following prefixes for their objections:

|  | **Meta** | **FTC** |
|---|---|---|
| **Objections** | MetaObj- | FTCObj- |
|  | MetaCounterObj- | FTCCounterObj- |
|  | MetaCompleteObj- | FTCCompleteObj- |

For example, if the FTC intends to assert a hearsay objection to one of Meta's initial designations, the FTC would indicate in the "Notes" field of the row corresponding to Meta's initial designation its objection as "FTCObj-Hearsay."  The same would apply for Meta, but Meta would indicate in the "Notes" field of the row corresponding to FTC's initial designation its objection using the "MetaObj-" prefix.

If there are multiple objections, Meta proposes that the parties will separate them using commas:  e.g., "MetaObj-Hearsay, Foundation, MIL."

If only a portion of an initial designation is being objected to, Meta proposes that the parties will include the page and line information to identify the objectionable portion of testimony:  e.g., MetaObj-Hearsay (1:12-14), Foundation (1:12-2:25).

If a party decides to withdraw a designation of testimony in response to an objection from the opposing party, it would indicate in the "Notes" field in the row corresponding to the testimony being withdrawn its position – i.e., "Testimony Withdrawn" – in the .csv file served in the next exchange.

## II.     Objection Codes

Second, in our experience, using an agreed-upon set of objection codes can streamline negotiations and reduce administrative burdens.  Please confirm that is also your experience.  If it is, Meta can provide a proposal of codes that can be used for objections to deposition designations and exhibits.

## III.    Q&A Pairs

Third, Meta proposes that the parties endeavor to designate complete question and answer pairs, and that the parties not designate objections that appear in the middle of a question-answer pair.

## IV.    Exhibits

Finally, please confirm that the FTC agrees that where a party has designated testimony introducing an exhibit or discussing an exhibit, that the document must be included on that party's exhibit list if it intends to introduce the exhibit into evidence.

Please let us know if the FTC agrees to the above proposal.  We are available to discuss if that would be helpful.

Regards,
Hilary

**Hilary M. Weaver**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7804

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.