**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 20-3590 (JEB) |
| **META PLATFORMS, INC.,** | |
| **Defendant.** | |

**ORDER**

Having reviewed the parties' latest [399] Joint Status Report and as discussed at today's hearing, the Court ORDERS that:

1. By March 17, 2025, Defendant shall disclose up to 1,250 pages of written deposition excerpts for potential post-trial submission. Plaintiff shall make its similar disclosure by March 21, 2025. Plaintiff shall limit its ultimate post-trial submission to 400 pages of deposition excerpts. Defendant shall note any objections in its post-trial filing, which shall include no more than 400 pages of its own deposition excerpts. Plaintiff may note any objections in its reply submission.

2. On video designations, each party shall play in chronological order its designations along with the other side's cross-designations as long as the cross-designations are within the scope of the direct designations. If not, the other party must play them in its own case.

3. The parties may conduct cross-examination and redirect examination not limited to the scope of direct provided that Plaintiff's cross of Defendant's witnesses must be within the scope of direct or appropriate rebuttal testimony.

4. The parties shall submit to the Court on the day of trial as a demonstrative aid a roster in alphabetical order (with relevant job titles) of the people who will appear as witnesses or who will be discussed more than minimally at trial.

5. The parties shall continue to negotiate regarding exhibit-disclosure procedures.

6. Defendant shall make its video counter-designations for Plaintiff's video witnesses by February 28, 2025, and the parties shall continue to negotiate regarding Defendant's video designations and Plaintiff's counter-designations.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: February 21, 2025