# Exhibit 4

**FILED UNDER SEAL**

**(Excerpt)**