# Exhibit 5

**FILED UNDER SEAL**

**(Excerpt)**