# Exhibit 20

FULL COMMITTEE

# Big Tech and the Online Child Sexual Exploitation Crisis

### Full Committee Hearing

**Date:** Wednesday, January 31st, 2024

**Time:** 10:00am

**Location:** Dirksen Senate Office Building Room G50

**Presiding:** Chair Durbin



Open in New Window

00:15:00                                                                                     04:04:50

https://www.judiciary.senate.gov/committee-activity/hearings/big-tech-and-the-online-child-sexual-exploitation-crisis