# Exhibit 24

**FILED UNDER SEAL**

(Excerpt)