# Exhibit 25

**FILED UNDER SEAL**

**(Excerpt)**