# Exhibit 27

**FILED UNDER SEAL**

**(Excerpt)**