# Exhibit 42

**FILED UNDER SEAL**

**(Excerpt)**