# Exhibit 43

**FILED UNDER SEAL**

**(Excerpt)**