# Exhibit 44

**FILED UNDER SEAL**

**(Excerpt)**