# Exhibit 45

**FILED UNDER SEAL**

(Excerpt)