# Exhibit 46

**FILED UNDER SEAL**

**(Excerpt)**