# Exhibit 49

**FILED UNDER SEAL**

(Excerpt)