# Exhibit 48

**FILED UNDER SEAL**

(Excerpt)