# Exhibit 50

**FILED UNDER SEAL**

**(Excerpt)**