IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

### [PROPOSED] ORDER GRANTING META PLATFORMS, INC.'S <u>PRETRIAL MOTIONS *IN LIMINE*</u>

Upon consideration of Defendant Meta Platforms, Inc.'s Pretrial Motions *in Limine* dated February 21, 2025, together with the papers and arguments submitted in support of and in opposition to those Motions, the Court hereby **ORDERS**:

Meta's Motion *in Limine* To Preclude Evidence or Arguments in Support of New and Undisclosed Market Definition is **GRANTED**;

Meta's Motion *in Limine* To Exclude from Trial Previously Dismissed or Abandoned Claims and Allegations is **GRANTED**;

Meta's Motion *in Limine* To Preclude Testimony and Argument Regarding Meta's Hart-Scott-Rodino Productions is **GRANTED**;

Meta's Motion *in Limine* To Preclude Evidence or Argument Regarding Inflammatory Matters is **GRANTED**;

Meta's Motion *in Limine* To Exclude Foreign Regulatory Filings is **GRANTED**;

Meta's Motion *in Limine* To Preclude Professor Rim's Speculation About How WhatsApp Might Have Developed but for the Acquisition is **GRANTED**; and

1

Meta's Motion *in Limine* To Preclude Professor Hemphill's Misuse of Consumer Surveys To Derive "Market Shares" is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____

                                                  Honorable James E. Boasberg
                                                  United States District Court Chief Judge