IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms, Inc. ("Meta") respectfully move for an extension of time to file proposals on procedures governing confidentiality at trial, which are currently due today. *See* Order (Dec. 20, 2024) at 2, ECF 390 (setting February 24, 2025 deadline for "submission of parties' proposed confidentiality procedures"). The parties jointly request that the Court extend by one day the deadline to submit proposed confidentiality procedures to February 25, 2025.

Good cause exists for this joint request. *See* Fed. R. Civ. P. 6(b)(1)(A). The parties have met and conferred, exchanged proposals, and are continuing to negotiate in good faith to reach compromise where possible. Both parties have recently exchanged revised proposals, and the parties believe that an additional day may help narrow or eliminate potential disputes. This brief extension will not impact any other case deadlines.

Dated: February 24, 2025                Respectfully submitted,

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Lillian V. Smith (D.C. Bar No. 252516)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*


/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*