UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING PARTIES'
JOINT MOTION FOR EXTENSION OF TIME**

Upon consideration of the Parties' Joint Motion for Extension of Time, the Joint Motion is hereby **GRANTED**; and it is further

**ORDERED** that the deadline to submit proposed confidentiality procedures shall be extended until February 25, 2025.

**IT IS SO ORDERED.**


DATED: _____          _____
                                                                            Honorable James E. Boasberg
                                                                            United States District Court Chief Judge