**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) <br><br> **PUBLIC VERSION** |

**Declaration of Daniel Matheson in Support of Plaintiff Federal Trade Commission's
Motion *in Limine* to Admit Select Testimony of Adam Presser and Julia Roberts**

I, Daniel Matheson, declare as follows:

1. I am Senior Trial Counsel in the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am serving as the FTC's lead trial counsel in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.). I am admitted to practice in the United States District Court for the District of Columbia.

2. I make this declaration in support of Plaintiff Federal Trade Commission's Motion *in Limine* to Admit Select Testimony of Adam Presser and Julia Roberts.

3. Attached as Exhibit A is a true and correct copy of PX13604, Subpoena to Testify at a Deposition in a Civil Action Issued to TikTok, Inc., dated April 10, 2023.

4. Attached as Exhibit B is a true and correct copy of PX12626, Subpoena to Testify at a Deposition in a Civil Action Issued to Pinterest, Inc., dated February 7, 2023.

5. Attached as Exhibit C is a true and correct copy of ▇▇▇, TikTok document: ▇▇▇

6. Attached as Exhibit D is a true and correct copy of ▇▇▇, TikTok document: ▇▇▇

7. Attached as Exhibit E is a true and correct copy of ▇▇▇, TikTok document: ▇▇▇

8. Attached as Exhibit F is a true and correct copy of ▇▇▇, Pinterest document: ▇▇▇

1

9. Attached as Exhibit G is a true and correct copy of ████████, Pinterest document: ████ ████████████████████████████████████████████████████ ████████

10. Attached as Exhibit H is a true and correct copy of excerpts of the deposition transcript of TikTok's Adam Presser.

11. Attached as Exhibit I is a true and correct copy of excerpts of the deposition transcript of Pinterest's Julia Roberts.

12. Attached as Exhibit J is a true and correct copy of the court's Order Denying Motion to Quash Trial Subpoena, *FTC v. Qualcomm, Inc.*, No. 17-CV-00220-LHK, Dkt. 1196 (N.D. Cal. Jan. 8, 2019).

13. Attached as Exhibit K is a true and correct copy of PX0689, Declaration of Adam Presser, *TikTok v. Garland*, 122 F.4th 930 (D.C. Cir. 2024), *aff'd*, 145 S. Ct. 57 (2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of February, 2025, in Arlington, Virginia.

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)