IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**[PROPOSED] ORDER REGARDING
THE ADMISSIBILITY OF SELECT TESTIMONY
OF ADAM PRESSER AND JULIA ROBERTS**

Upon consideration of Plaintiff Federal Trade Commission's Motion *in Limine* to Admit the Select Testimony of Adam Presser and Julia Roberts, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that:

1. The testimony of Adam Presser regarding Topics 12-14 of Plaintiff Federal Trade Commission's Rule 30(b)(6) subpoena to TikTok Inc. will be admissible; and

2. The testimony of Julia Roberts regarding Topic 4 of Plaintiff Federal Trade Commission's Rule 30(b)(6) subpoena to Pinterest Inc will be admissible.

**SO ORDERED**, this ____ day of _____, 2025

_____
James E. Boasberg
United States District Judge