**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.**

Defendant.

Civil Action No. 1:20-cv-03590 (JEB)

**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S
MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF JASON NIEH REGARDING
ALLEGED COST SAVINGS**

Upon consideration of Plaintiff Federal Trade Commission's Motion *in Limine* to

Exclude Testimony of Jason Nieh Regarding Alleged Cost Savings dated February 21, 2025 (the

"Motion"), and together with the papers and arguments submitted in support of and in opposition

to the Motion, it is hereby **ORDERED** that:

Plaintiff's Motion is GRANTED;

Jason Nieh's opinions regarding purported infrastructure cost savings arising from

Defendant Meta Platforms, Inc.'s ("Meta's") acquisitions of Instagram or WhatsApp ("cost-

savings opinions") are EXCLUDED; and

Meta is further prohibited from eliciting testimony from Jason Nieh, and Jason Nieh is

prohibited from offering, cost-savings opinions at trial.

**IT IS SO ORDERED.**


DATED: _____                    _____
                                         Honorable James E. Boasberg
                                         United States District Court Chief Judge