# ATTACHMENT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

## PLAINTIFF'S FINAL WITNESS LIST

Pursuant to Local Civil Rule 16.5 of the U.S. District Court for the District of Columbia and the Court's December 20, 2024 Order (ECF No. 390), Plaintiff Federal Trade Commission respectfully submits the following final witness list.  Plaintiff also submits as Attachment A-1 a summary of salient information, provided for ease of reference.  Plaintiff reserves the right:

1. To call any other individuals not included on this witness list for the purpose of impeachment;

2. To call the custodian of records of any party or non-party or other witness to the extent necessary to demonstrate the authenticity or admissibility of documents, in the event a stipulation cannot be reached concerning the authentication or admissibility of such documents or an appropriate certification cannot be obtained pursuant to Federal Rule of Evidence 902(11);

3. To question the persons listed below about any topics that are the subjects of testimony by witnesses called by Defendant;

1

4.  To question the persons listed below about any other topics that the person testified about at his or her deposition or investigational hearing, or about any matter that is discussed in any document to which the person had access and which is designated as an exhibit by any party, or produced since the person's deposition was taken, or any other matters as to which it is determined that the person has knowledge that is relevant to the allegations of the Complaint or Defendant's defenses;

5.  Not to call any of the persons listed, as circumstances may warrant;

6.  To question any witnesses on Defendant's witness list, including pursuant to Court's February 21, 2025 Order (ECF No. 401 ¶ 3) regarding scope of testimony;

7.  To call any witness through video designation, rather than live, if needed, including to accommodate witnesses or address scheduling or availability constraints;

8.  To call any of these individuals, or any witnesses identified on Defendant's witness list, for rebuttal testimony; and

9.  To question witnesses for more or less than the estimated time, within Plaintiff's allocation of time in this trial.

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Alison, Tom<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |
| Cathcart, Will<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Cobb, Curtiss<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; the attributes, characteristics, and use of personal social networking services and other online services; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1.5 hours |
| Deng, Peter<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Ebersman, David<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |
| Hegeman, John<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, and use of personal social networking services and other online services; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Mosseri, Adam<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 2 hours |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Olivan, Javier<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Patel, Keval<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |
| Rosen, Guy<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; the attributes, characteristics, and use of personal social networking services and other online services; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Sandberg, Sheryl<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |
| Schroepfer, Mike<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Schultz, Alex<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1.5 hours |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Stoop, Dirk<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |
| Zuckerberg, Mark<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 7 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Arora, Neeraj<br>Meta<br>Google<br><br>Contact Information:<br>Joseph Matelis,<br>matelisj@sullcrom.com;<br>Tracy Nelson Wirth,<br>wirtht@sullcrom.com<br>Sullivan & Cromwell, LLP,<br>1700 New York Avenue, N.W.,<br>Suite 700,<br>Washington, D.C. 20006 | Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Google's operations and company practices, policies, and strategies; Google's interest in WhatsApp prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |
| Coleman, Keith<br>Twitter/X<br><br>Contact Information:<br>Nick Giles,<br>NGiles@mcguirewoods.com<br>McGuireWoods,<br>Gateway Plaza,<br>800 East Canal Street,<br>Richmond, VA 23219 | Twitter/X's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Twitter/X; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| DeWolfe, Chris<br>MySpace<br><br>Contact Information:<br>George Lindahl,<br>gmorrislindahl@gmail.com<br>2628 N Fairways Pl W,<br>Wilson, WY 83014 | MySpace's operations and company practices, policies, and strategies; Meta's and MySpace's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by MySpace; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |
| Filner, Aaron<br>Alphabet (YouTube)<br><br>Contact Information:<br>Greg Wells,<br>gregwells@velaw.com<br>Vinson & Elkins LLP,<br>2200 Pennsylvania Avenue, N.W.,<br>Suite 500 West,<br>Washington, D.C. 20037 | YouTube's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by YouTube; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Goetz, Jim<br>Sequoia Capital<br><br>Contact Information:<br>Samer Musallam,<br>Samer.musallam@ropesgray.com<br>Ropes & Gray LLP,<br>2099 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20006 | Sequoia Capital's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |
| Horowitz, Bradley<br>Alphabet<br><br>Contact Information:<br>Greg Wells,<br>gregwells@velaw.com<br>Vinson & Elkins LLP,<br>2200 Pennsylvania Avenue, N.W.,<br>Suite 500 West,<br>Washington, D.C. 20037 | Google's operations and company practices, policies, and strategies; Meta's and Google's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Google; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Jain, Saral<br>Snap<br><br>Contact Information:<br>John Karin,<br>jkarin@wsgr.com<br>Debevoise & Plimpton LLP,<br>801 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20004 | Snapchat's operations and company practices, policies, and strategies; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |
| Ortega, Mateo<br>Strava<br><br>Contact Information:<br>Ann O'Brien,<br>aobrien@sheppardmullin.com<br>Sheppard, Mullin, Richter &<br>Hampton LLP,<br>2099 Pennsylvania Avenue N.W.,<br>Suite 100,<br>Washington, D.C. 20006 | Strava's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Strava; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Presser, Adam<br>TikTok<br><br>Contact Information:<br>Craig Reiser,<br>creiser@axinn.com<br>Axinn, Veltrop, & Harkrider LLP,<br>114 West 47th Street,<br>New York, NY 10036 | TikTok's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by TikTok; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1.25 hours |
| Roberts, Julia<br>Pinterest<br><br>Contact Information:<br>Peter Mucchetti,<br>Peter.Mucchetti@cliffordchance.com<br>Clifford Chance US LLP,<br>2001 K Street, N.W.,<br>Washington, D.C. 20006 | Pinterest's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Pinterest; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Shah, Ronak<br>Apple<br><br>Contact Information:<br>Evan Kreiner,<br>Evan.kreiner@skadden.com<br>Skadden, Arps, Slate, Meagher & Flom LLP,<br>1 Manhattan West,<br>New York, NY 10001 | Apple's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Apple; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Systrom, Kevin<br>Meta<br><br>Contact Information:<br>Dave Wales,<br>david.wales@skadden.com<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP,<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 3 hours |
| Tang, Julia<br>Discord<br><br>Contact Information:<br>Adam Harber,<br>aharber@wc.com<br>Williams & Connolly LLP,<br>725 12th Street, N.W.,<br>Washington, D.C. 20005 | Discord's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Discord; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Tucker, Eli<br>Tumblr/Automattic<br><br>Contact Information:<br>Mindy Morton,<br>Mindy.morton@Procopio.com<br>Procopio,<br>1117 S. California Avenue,<br>Suite 200,<br>Palo Alto, CA 94304 | Tumblr's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Tumblr; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Andreou, Jacob<br>Snap<br><br>Contact Information:<br>David A. O'Neil,<br>Debevoise & Plimpton LLP,<br>801 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20004 | Snapchat's operations and company practices, policies, and strategies; Meta's and Snapchat's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Snapchat; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 1.4 hours |
| Botha, Roelof<br>Sequoia Capital<br><br>Contact Information:<br>Samer Musallam,<br>Samer.musallam@ropesgray.com<br>Ropes & Gray LLP,<br>2099 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20006 | Sequoia Capital's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.7 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Chandlee, Blake<br>TikTok<br><br>Contact Information:<br>Craig Reiser,<br>creiser@axinn.com<br>Axinn, Veltrop, & Harkrider LLP,<br>114 West 47th Street,<br>New York, NY 10036 | TikTok's operations and company practices, policies, and strategies; Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by TikTok; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.3 hours |
| Mehta, Rahul<br>DST Global<br><br>Contact Information:<br>Andy Lacy,<br>alacy@goodwinlaw.com<br>Goodwin Procter LLP,<br>1900 N Street, N.W.,<br>Washington, D.C. 20036 | DST Global's operations and company practices, policies, and strategies; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.3 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Pappas, Vanessa "V"<br>TikTok<br><br>Contact Information:<br>Craig Reiser,<br>creiser@axinn.com<br>Axinn, Veltrop, & Harkrider LLP,<br>114 West 47th Street,<br>New York, NY 10036 | TikTok's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by TikTok; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.3 hours |
| Pattabiraman, Kumaresh<br>LinkedIn<br><br>Contact Information:<br>Ryan Watts,<br>Ryan.watts@arnoldporter.com<br>Arnold & Porter Kaye Scholer LLP,<br>601 Massachusetts Avenue, N.W.,<br>Washington, D.C. 20001 | LinkedIn's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by LinkedIn; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.5 hours |

| Plaintiff's Other Case-in-Chief Witnesses: Will Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Raymond, Winter<br>Reddit<br><br>Contact Information:<br>Ted Hassi,<br>thassi@debevoise.com<br>Debevoise & Plimpton LLP,<br>801 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20004 | Reddit's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Reddit; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.9 hours |

| **Plaintiff's Expert Witnesses[1] To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live)** | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *Aral, Sinan<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; the attributes, characteristics, and use of personal social networking services and other online services; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Professor Aral's expert reports and the materials cited therein. | 1 hour |
| *Bray, Tim<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Mr. Bray's expert reports and the materials cited therein. | 1.5 hours |

---

[1] Pursuant to Local Rule 16.5(b)(5), expert witnesses are designated by an asterisk.

| Plaintiff's Expert Witnesses To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *Hearle, Kevin<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Mr. Hearle's expert reports and the materials cited therein. | 0.75 hours |

| Plaintiff's Expert Witnesses To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *Hemphill, Scott<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's and others' provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by other apps; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Professor Hemphill's expert reports and the materials cited therein. | 6 hours |

| Plaintiff's Expert Witnesses To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *Lampe, Cliff<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's and others' provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by other apps; barriers to entry and expansion in the personal social networking services market; the analyses described in Professor Lampe's expert reports and the materials cited therein. | 1.5 hours |
| *Malkiewicz, Michal<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's and others' provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; the attributes, characteristics, use of, and competitive conditions faced by Meta and other online services; the analyses described in Mr. Malkiewicz's expert reports and the materials cited therein. | 1 hour |

| **Plaintiff's Expert Witnesses To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live)** | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *McCoy, Damon<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; the attributes, characteristics, use of, and competitive conditions faced by Meta and other online services; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Professor McCoy's expert reports and the materials cited therein. | 1 hour |

| Plaintiff's Expert Witnesses To Be Called During Plaintiff's Case-in-Chief and Rebuttal: Will Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| *Rim, Jihoon<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Meta's acquisition of WhatsApp; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's and others' provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by mobile messaging apps; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; the analyses described in Mr. Rim's expert report and the materials cited therein. | 1 hour |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta:  May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Malhotra, Nipoon<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |
| Simo, Fidji<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Plaintiff's Other Case-in-Chief Witnesses: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Gaynor, Alex<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Admissibility of Rule 1006 summary exhibit to prove the content of a voluminous spreadsheet. | 0.25 hours |
| Hinson, Hunter<br><br>Contact Information:<br>Daniel Matheson,<br>dmatheson@ftc.gov<br>Federal Trade Commission<br>Bureau of Competition,<br>400 7th Street, S.W.,<br>Washington, D.C. 20024 | Admissibility of Rule 1006 summary exhibits to prove the content of voluminous spreadsheets. | 0.25 hours |

| **Plaintiff's Case-in-Chief Witnesses Represented by Meta: May Call (Video or Read Testimony)** | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Davenport, Ben<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; barriers to entry and expansion in the personal social networking services market. | 0.1 hours<br>(Video) |
| Idema, Matthew<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.1 hours<br>(Video) |

| Plaintiff's Case-in-Chief Witnesses Represented by Meta: May Call (Video or Read Testimony) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Rose, Dan<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market. | 0.4 hours<br>(Video) |
| Zoufonoun, Amin<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market. | 0.1 hours<br>(Read Testimony) |

| Plaintiff's Other Case-in-Chief Witnesses: May Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Bennett, Jason<br>AWS<br><br>Contact Information:<br>Alexis James Gilman,<br>agilman@crowell.com<br>Crowell & Moring LLP,<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Amazon's AWS operations and company practices, policies, and strategies; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.3 hours |
| Esfahani, Ali<br>Morgan Stanley<br><br>Contact Information:<br>Jeffrey H. Perry,<br>jeffrey.perry@weil.com<br>Weil, Gotshal & Manges LLP,<br>2001 M Street, N.W.<br>Washington, D.C. 20036 | Morgan Stanley's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; competition in the personal social networking services market. | 0.1 hours |

| Plaintiff's Other Case-in-Chief Witnesses: May Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Kim, Thomas<br>Alphabet<br><br>Contact Information:<br>Greg Wells,<br>gregwells@velaw.com<br>Vinson & Elkins LLP,<br>2200 Pennsylvania Avenue N.W.,<br>Suite 500 West,<br>Washington, D.C. 20037 | YouTube's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by YouTube; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.2 hours |
| Morrison, Eric<br>TikTok<br><br>Contact Information:<br>Craig Reiser,<br>creiser@axinn.com<br>Axinn, Veltrop, & Harkrider LLP,<br>114 West 47th Street,<br>New York, NY 10036 | TikTok's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by TikTok; barriers to entry and expansion in the personal social networking services market. | 0.2 hours |

| Plaintiff's Other Case-in-Chief Witnesses: May Call (Video) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Vallery, Jason<br>Microsoft<br><br>Contact Information:<br>Amy Ray,<br>amyray@orrick.com<br>Orrick Herrington & Sutcliffe LLP,<br>2100 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20037 | Microsoft Azure's operations and company practices, policies, and strategies; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp. | 0.2 hours |

| Witnesses That Plaintiff Anticipates It May Call in Rebuttal: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Acton, Brian<br>Meta<br><br>Contact Information:<br>Joseph Matelis,<br>matelisj@sullcrom.com<br>Sullivan & Cromwell LLP,<br>1700 New York Avenue, N.W.,<br>Suite 700,<br>Washington, D.C. 20006 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; the attributes, characteristics, use of, and competitive conditions faced by WhatsApp; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1 hour |
| Heysse, Todd<br>Meta<br><br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's claimed procompetitive justifications relating to its acquisition of WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Witnesses That Plaintiff Anticipates It May Call in Rebuttal: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Imam, Mubarik<br>Meta<br><br>Contact Information:<br>Joseph Matelis,<br>matelisj@sullcrom.com;<br>Tracy Wirth,<br>wirtht@sullcrom.com<br>Sullivan & Cromwell LLP,<br>1870 Embarcadero Road,<br>Palo Alto, CA 94303 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of WhatsApp; WhatsApp's operations and company practices, policies, and strategies prior to Meta's acquisition; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |

| Witnesses That Plaintiff Anticipates It May Call in Rebuttal: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Krieger, Mike<br>Meta<br><br>Contact Information:<br>Dave Wales,<br>david.wales@skadden.com<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP,<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005 | Meta's operations and company practices, policies, and strategies; Meta's acquisition of Instagram; Instagram's operations and company practices, policies, and strategies prior to Meta's acquisition; the attributes, characteristics, use of, and competitive conditions faced by Instagram; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 1.5 hours |

| Witnesses That Plaintiff Anticipates It May Call in Rebuttal: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Morin, Dave<br>Path<br><br>Contact Information:<br>Robert Rieders,<br>rob@rhrlegaladvisory.com<br>21 Oak Pl,<br>Bel Tiburon, CA 94920 | Path's operations and company practices, policies, and strategies; Meta's and Path's provision of personal social networking services; competition in the personal social networking services market; the attributes, characteristics, use of, and competitive conditions faced by Path; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |
| Simo, Fidji<br>Meta<br><br>Contact Information:<br>Ana Nikolic Paul,<br>apaul@kellogghansen.com<br>Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC,<br>1615 M Street, N.W.,<br>Suite 400,<br>Washington, D.C. 20036 | Meta's operations and company practices, policies, and strategies; Meta's provision of personal social networking services; the attributes, characteristics, and use of personal social networking services and other online services; competition in the personal social networking services market; barriers to entry and expansion in the personal social networking services market; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.75 hours |

| Witnesses That Plaintiff Anticipates It May Call in Rebuttal: May Call (Live) | | |
|---|---|---|
| **Witness Name and Address** | **Brief Description of Testimony** | **Estimate of Trial Time** |
| Vallery, Jason<br>Microsoft<br><br>Contact Information:<br>Amy Ray,<br>amyray@orrick.com<br>Orrick Herrington & Sutcliffe LLP,<br>2100 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20037 | Microsoft Azure's operations and company practices, policies, and strategies; Meta's claimed procompetitive justifications relating to its acquisitions of Instagram and/or WhatsApp; any other matters as to which it is determined that the witness has knowledge that is relevant to the allegations in the complaint or Meta's defenses. | 0.5 hours |

Dated: March 12, 2025                    Respectfully submitted,

                                         */s/ Daniel Matheson*
                                         Daniel Matheson (D.C. Bar 502490)
                                         Krisha Cerilli (D.C. Bar 983281)
                                         Nathan Brenner (IL Bar 6317564)
                                         Noel Miller (D.C. Bar 1026068)
                                         Karen Goff (N.Y. Bar 4630901)
                                         Federal Trade Commission
                                         Bureau of Competition
                                         400 Seventh Street, S.W.
                                         Washington, D.C. 20024
                                         Telephone: (202) 326-2075
                                         Email: dmatheson@ftc.gov

                                         *Attorneys for Plaintiff Federal Trade Commission*

# ATTACHMENT A-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**PLAINTIFF'S WITNESS LIST SUPPLEMENT**

**Live Fact Witnesses**

| Witness | Current or Former Affiliation | Form of Testimony | Time Estimate | Will Call/May Call |
|---|---|---|---|---|
| Acton, Brian | Meta | Live | 1 hour | May Call (rebuttal) |
| Alison Tom | Meta | Live | 1 hour | Will Call |
| Arora, Neeraj | Meta, Google | Live | 1 hour | Will Call |
| Cathcart, Will | Meta | Live | 0.75 hours | Will Call |
| Cobb, Curtiss | Meta | Live | 1.5 hours | Will Call |
| Coleman, Keith | Twitter/X | Live | 1 hour | Will Call |
| Deng, Peter | Meta | Live | 0.75 hours | Will Call |
| DeWolfe, Chris | MySpace | Live | 0.75 hours | Will Call |
| Ebersman, David | Meta | Live | 0.5 hours | Will Call |
| Filner, Aaron | Alphabet (YouTube) | Live | 1 hour | Will Call |
| Gaynor, Alex | FTC | Live | 0.25 hours | May Call |
| Goetz, Jim | Sequoia Capital | Live | 1 hour | Will Call |
| Hegeman, John | Meta | Live | 1 hour | Will Call |
| Heysse, Todd | Meta | Live | 0.75 hours | May Call (rebuttal) |
| Hinson, Hunter | FTC | Live | 0.25 hours | May Call |
| Horowitz, Bradley | Alphabet | Live | 0.75 hours | Will Call |

| Imam, Mubarik | Meta | Live | 0.5 hours | May Call (rebuttal) |
|---|---|---|---|---|
| Jain, Saral | Snap | Live | 0.75 hours | Will Call |
| Krieger, Mike | Meta | Live | 1.5 hours | May Call (rebuttal) |
| Malhotra, Nipoon | Meta | Live | 0.5 hours | May Call |
| Morin, Dave | Path | Live | 0.5 hours | May Call (rebuttal) |
| Mosseri, Adam | Meta | Live | 2 hours | Will Call |
| Olivan, Javier | Meta | Live | 1 hour | Will Call |
| Ortega, Mateo | Strava | Live | 0.75 hours | Will Call |
| Patel, Keval | Meta | Live | 0.75 hours | Will Call |
| Presser, Adam | TikTok | Live | 1.25 hours | Will Call |
| Roberts, Julia | Pinterest | Live | 1 hour | Will Call |
| Rosen, Guy | Meta | Live | 1 hour | Will Call |
| Sandberg, Sheryl | Meta | Live | 1 hour | Will Call |
| Schroepfer, Mike | Meta | Live | 1 hour | Will Call |
| Schultz, Alex | Meta | Live | 1.5 hours | Will Call |
| Shah, Ronak | Apple | Live | 0.5 hours | Will Call |
| Simo, Fidji | Meta | Live | 0.75 hours | May Call (case-in-chief and rebuttal) |
| Stoop, Dirk | Meta | Live | 0.5 hours | Will Call |
| Systrom, Kevin | Meta | Live | 3 hours | Will Call |
| Tang, Julia | Discord | Live | 0.5 hours | Will Call |
| Tucker, Eli | Tumblr/Automattic | Live | 0.5 hours | Will Call |
| Vallery, Jason | Microsoft | Live | 0.5 hours | May Call (rebuttal) |
| Zuckerberg, Mark | Meta | Live | 7 hours | Will Call |

**Live Expert Witnesses**

| Witness | Current or Former Affiliation | Form of Testimony | Time Estimate | Will Call/May Call |
|---------|-------------------------------|-------------------|---------------|--------------------|
| Aral, Sinan | Expert | Live | 1 hour | Will Call (case-in-chief and rebuttal) |
| Bray, Tim | Expert | Live | 1.5 hours | Will Call (case-in-chief and rebuttal) |
| Hearle, Kevin | Expert | Live | 0.75 hours | Will Call (case-in-chief and rebuttal) |
| Hemphill, Scott | Expert | Live | 6 hours | Will Call (case-in-chief and rebuttal) |
| Lampe, Cliff | Expert | Live | 1.5 hours | Will Call (case-in-chief and rebuttal) |
| Malkiewicz, Michael | Expert | Live | 1 hour | Will Call (case-in-chief and rebuttal) |
| McCoy, Damon | Expert | Live | 1 hour | Will Call (case-in-chief and rebuttal) |
| Rim, Jihoon | Expert | Live | 1 hour | Will Call (case-in-chief and rebuttal) |

**Video or Read Testimony Witnesses**

| Witness | Current or Former Affiliation | Form of Testimony | Time Estimate | Will Call/May Call |
|---------|-------------------------------|-------------------|---------------|--------------------|
| Andreou, Jacob | Snap | Video | 1.4 hours | Will Call |
| Bennett, Jason | AWS | Video | 0.3 hours | May Call |
| Botha, Roelof | Sequoia Capital | Video | 0.7 hours | Will Call |
| Chandlee, Blake | TikTok | Video | 0.3 hours | Will Call |
| Davenport, Ben | Meta | Video | 0.1 hours | May Call |
| Esfahani, Ali | Morgan Stanley | Video | 0.1 hours | May Call |
| Idema, Matthew | Meta | Video | 0.1 hours | May Call |
| Kim, Thomas | Alphabet | Video | 0.2 hours | May Call |
| Mehta, Rahul | DST Global | Video | 0.3 hours | Will Call |
| Morrison, Eric | TikTok | Video | 0.2 hours | May Call |
| Pappas, Vanessa "V" | TikTok | Video | 0.3 hours | Will Call |
| Pattabiraman, Kumaresh | LinkedIn | Video | 0.5 hours | Will Call |
| Raymond, Winter | Reddit | Video | 0.9 hours | Will Call |
| Rose, Dan | Meta | Video | 0.4 hours | May Call |
| Vallery, Jason | Microsoft | Video | 0.2 hours | May Call |
| Zoufonoun, Amin | Meta | Read Testimony | 0.1 hours | May Call |