# ATTACHMENT C

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

## Plaintiff's Case-in-Chief Witnesses Represented by Meta

| Davenport, Ben – Meta (2022.12.19) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 7 | 16 | 7 | 19 |
| 18 | 4 | 18 | 14 |
| 25 | 5 | 25 | 7 |
| 25 | 19 | 26 | 1 |
| 84 | 14 | 84 | 16 |
| 84 | 18 | 84 | 21 |
| 189 | 10 | 189 | 13 |
| 189 | 15 | 189 | 16 |
| 191 | 10 | 191 | 12 |
| 191 | 14 | 191 | 14 |
| 192 | 5 | 192 | 6 |
| 192 | 8 | 192 | 9 |
| 192 | 16 | 192 | 19 |
| 193 | 15 | 193 | 17 |
| 193 | 18 | 194 | 15 |
| 194 | 17 | 194 | 21 |
| 194 | 23 | 195 | 4 |
| 195 | 8 | 195 | 13 |
| 195 | 15 | 195 | 15 |
| 209 | 21 | 209 | 23 |
| 209 | 25 | 210 | 5 |
| 210 | 7 | 210 | 8 |
| 210 | 9 | 210 | 15 |
| 210 | 16 | 210 | 22 |
| 210 | 24 | 210 | 25 |

| Idema, Matthew – Meta (2023.01.11) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 7 | 1 | 7 | 4 |
| 11 | 25 | 12 | 2 |
| 12 | 14 | 12 | 16 |
| 12 | 21 | 12 | 24 |
| 19 | 8 | 19 | 12 |
| 99 | 9 | 99 | 16 |
| 110 | 23 | 111 | 1 |
| 111 | 19 | 111 | 20 |
| 116 | 13 | 116 | 23 |
| 117 | 6 | 118 | 4 |
| 120 | 12 | 121 | 2 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| Rose, Dan – Meta (2023.03.09) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 8 | 18 | 8 | 20 |
| 17 | 24 | 19 | 2 |
| 22 | 19 | 23 | 8 |
| 23 | 24 | 24 | 15 |
| 27 | 17 | 27 | 22 |
| 28 | 11 | 28 | 13 |
| 28 | 19 | 28 | 24 |
| 29 | 1 | 29 | 23 |
| 75 | 9 | 77 | 23 |
| 77 | 24 | 79 | 1 |
| 80 | 4 | 80 | 13 |
| 81 | 6 | 81 | 9 |
| 81 | 10 | 81 | 11 |
| 82 | 3 | 82 | 6 |
| 86 | 5 | 86 | 13 |
| 86 | 15 | 86 | 15 |
| 88 | 20 | 89 | 1 |
| 89 | 2 | 89 | 6 |
| 89 | 24 | 91 | 6 |
| 91 | 7 | 91 | 9 |
| 91 | 10 | 92 | 10 |
| 103 | 17 | 103 | 21 |
| 108 | 20 | 109 | 5 |
| 109 | 13 | 110 | 9 |
| 137 | 25 | 138 | 2 |
| 138 | 7 | 138 | 8 |
| 138 | 17 | 141 | 15 |
| 141 | 20 | 141 | 22 |
| 142 | 5 | 144 | 14 |
| 150 | 11 | 150 | 24 |
| 153 | 2 | 153 | 15 |

| Zoufonoun, Amin (IH) – Meta (2020.08.12)) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 10 | 13 | 10 | 16 |
| 19 | 20 | 19 | 24 |
| 20 | 7 | 20 | 13 |
| 21 | 14 | 21 | 19 |
| 287 | 22 | 287 | 24 |
| 288 | 2 | 288 | 5 |
| 288 | 6 | 288 | 10 |
| 288 | 22 | 289 | 5 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| 289 | 8 | 289 | 10 |
| 290 | 19 | 291 | 12 |
| 292 | 18 | 292 | 23 |

### Plaintiff's Other Case-in-Chief Witnesses

| Andreou, Jacob – Snap (2023.05.03) | | | |
| PgFrom | LnFrom | PgTo | LnTo |
|---|---|---|---|
| 14 | 2 | 14 | 6 |
| 16 | 20 | 18 | 1 |
| 21 | 11 | 22 | 12 |
| 22 | 13 | 22 | 21 |
| 23 | 3 | 26 | 3 |
| 27 | 21 | 28 | 7 |
| 28 | 22 | 29 | 7 |
| 29 | 14 | 31 | 1 |
| 31 | 2 | 31 | 6 |
| 40 | 9 | 40 | 19 |
| 48 | 6 | 49 | 1 |
| 49 | 2 | 50 | 14 |
| 54 | 12 | 55 | 11 |
| 59 | 12 | 60 | 8 |
| 98 | 14 | 99 | 2 |
| 149 | 16 | 150 | 1 |
| 151 | 19 | 152 | 12 |
| 152 | 13 | 153 | 2 |
| 153 | 10 | 154 | 10 |
| 155 | 9 | 158 | 6 |
| 159 | 14 | 161 | 6 |
| 162 | 5 | 162 | 13 |
| 163 | 17 | 164 | 4 |
| 164 | 14 | 165 | 2 |
| 166 | 2 | 166 | 10 |
| 171 | 17 | 174 | 8 |
| 181 | 1 | 181 | 13 |
| 181 | 15 | 182 | 11 |
| 182 | 12 | 186 | 19 |
| 186 | 20 | 188 | 14 |
| 189 | 19 | 191 | 2 |
| 191 | 4 | 192 | 10 |
| 193 | 3 | 196 | 8 |
| 196 | 11 | 202 | 20 |
| 204 | 7 | 206 | 21 |
| 207 | 17 | 210 | 19 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| 227 | 1 | 227 | 10 |
|-----|-----|-----|-----|
| 227 | 17 | 228 | 12 |
| 228 | 13 | 229 | 3 |
| 230 | 12 | 241 | 14 |
| 241 | 15 | 242 | 20 |
| 242 | 21 | 243 | 22 |
| 244 | 3 | 245 | 15 |
| 249 | 15 | 250 | 10 |
| 275 | 3 | 276 | 10 |
| 277 | 5 | 277 | 8 |
| 279 | 16 | 281 | 6 |
| 281 | 10 | 283 | 15 |
| 289 | 4 | 289 | 12 |
| 290 | 3 | 290 | 17 |
| 290 | 18 | 292 | 20 |
| 297 | 9 | 298 | 10 |
| 298 | 12 | 299 | 20 |
| 303 | 7 | 303 | 19 |

| Bennett, Jason - Amazon (2023.05.11) | | | |
|-----|-----|-----|-----|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 8 | 9 | 8 | 12 |
| 8 | 15 | 8 | 22 |
| 13 | 3 | 13 | 20 |
| 22 | 8 | 22 | 11 |
| 22 | 19 | 22 | 20 |
| 24 | 18 | 24 | 21 |
| 25 | 5 | 25 | 7 |
| 25 | 8 | 25 | 12 |
| 27 | 14 | 27 | 15 |
| 27 | 17 | 27 | 19 |
| 44 | 2 | 44 | 11 |
| 46 | 9 | 46 | 12 |
| 46 | 14 | 46 | 22 |
| 47 | 1 | 47 | 10 |
| 50 | 16 | 51 | 7 |
| 51 | 8 | 51 | 9 |
| 51 | 11 | 51 | 14 |
| 51 | 16 | 51 | 17 |
| 51 | 19 | 52 | 1 |
| 87 | 18 | 88 | 7 |
| 88 | 9 | 88 | 10 |
| 88 | 13 | 89 | 1 |
| 89 | 15 | 90 | 11 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| 97 | 6 | 97 | 7 |
|---|---|---|---|
| 97 | 9 | 97 | 18 |
| 103 | 4 | 103 | 15 |
| 105 | 15 | 105 | 17 |
| 105 | 22 | 106 | 7 |
| 106 | 8 | 106 | 10 |
| 106 | 11 | 106 | 13 |
| 106 | 18 | 107 | 5 |
| 107 | 6 | 107 | 8 |
| 113 | 14 | 113 | 22 |
| 114 | 1 | 114 | 2 |
| 114 | 10 | 114 | 19 |
| 128 | 9 | 128 | 10 |
| 128 | 12 | 128 | 12 |
| 135 | 17 | 135 | 18 |
| 135 | 20 | 135 | 21 |
| 137 | 3 | 137 | 10 |
| 141 | 8 | 141 | 11 |
| 141 | 13 | 141 | 18 |
| 190 | 3 | 190 | 11 |
| 190 | 16 | 190 | 20 |
| 191 | 2 | 191 | 4 |
| 191 | 5 | 191 | 6 |
| 191 | 10 | 191 | 14 |
| 216 | 12 | 216 | 20 |
| 295 | 16 | 295 | 18 |
| 295 | 19 | 296 | 4 |
| 296 | 5 | 296 | 12 |
| 345 | 4 | 345 | 6 |
| 345 | 7 | 345 | 14 |
| 359 | 7 | 359 | 9 |
| 359 | 13 | 359 | 13 |
| 379 | 22 | 380 | 3 |
| 380 | 5 | 380 | 16 |

| Botha, Roelof - Sequoia Capital (2023.01.24) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 8 | 1 | 8 | 4 |
| 8 | 12 | 8 | 20 |
| 16 | 12 | 17 | 7 |
| 18 | 2 | 18 | 21 |
| 19 | 21 | 20 | 11 |
| 20 | 12 | 20 | 13 |
| 20 | 14 | 21 | 2 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| | | | |
|---|---|---|---|
| 21 | 8 | 22 | 6 |
| 22 | 7 | 22 | 11 |
| 22 | 12 | 23 | 3 |
| 29 | 11 | 29 | 21 |
| 30 | 3 | 31 | 14 |
| 33 | 22 | 35 | 1 |
| 36 | 21 | 38 | 11 |
| 38 | 12 | 41 | 3 |
| 41 | 17 | 43 | 10 |
| 43 | 13 | 43 | 20 |
| 44 | 6 | 46 | 3 |
| 49 | 7 | 50 | 5 |
| 51 | 10 | 51 | 17 |
| 51 | 18 | 53 | 1 |
| 59 | 12 | 59 | 15 |
| 59 | 16 | 59 | 21 |
| 59 | 22 | 61 | 2 |
| 62 | 6 | 63 | 16 |
| 65 | 5 | 65 | 20 |
| 65 | 21 | 66 | 2 |
| 66 | 3 | 68 | 1 |
| 69 | 10 | 70 | 14 |
| 75 | 11 | 76 | 1 |
| 76 | 5 | 76 | 11 |
| 76 | 17 | 78 | 7 |
| 78 | 8 | 78 | 11 |
| 79 | 11 | 79 | 20 |
| 81 | 13 | 82 | 8 |
| 82 | 9 | 83 | 8 |
| 84 | 4 | 85 | 7 |
| 87 | 15 | 88 | 15 |
| 88 | 16 | 89 | 4 |
| 89 | 11 | 89 | 15 |
| 89 | 17 | 91 | 12 |
| 91 | 13 | 91 | 22 |
| 94 | 3 | 94 | 10 |
| 99 | 1 | 99 | 6 |
| 99 | 11 | 99 | 14 |
| 99 | 19 | 100 | 5 |
| 100 | 7 | 101 | 14 |
| 106 | 10 | 106 | 16 |
| 122 | 14 | 123 | 15 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| Chandlee, Blake – TikTok (2023.05.23) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 7 | 14 | 7 | 16 |
| 8 | 9 | 9 | 14 |
| 10 | 17 | 10 | 21 |
| 12 | 12 | 12 | 16 |
| 14 | 9 | 14 | 20 |
| 15 | 14 | 15 | 15 |
| 16 | 10 | 18 | 13 |
| 18 | 15 | 19 | 8 |
| 19 | 10 | 21 | 16 |
| 34 | 5 | 34 | 18 |
| 34 | 20 | 34 | 20 |
| 34 | 22 | 35 | 3 |
| 35 | 5 | 35 | 12 |
| 35 | 14 | 35 | 18 |
| 36 | 9 | 36 | 17 |
| 36 | 19 | 38 | 19 |
| 46 | 18 | 49 | 20 |
| 51 | 3 | 51 | 6 |
| 52 | 14 | 52 | 15 |
| 53 | 18 | 53 | 19 |
| 53 | 21 | 54 | 2 |
| 54 | 4 | 54 | 7 |
| 54 | 9 | 54 | 13 |
| 55 | 16 | 56 | 1 |
| 56 | 3 | 56 | 20 |
| 56 | 22 | 57 | 5 |
| 57 | 7 | 57 | 16 |
| 59 | 12 | 60 | 5 |
| 60 | 7 | 60 | 15 |
| 60 | 18 | 61 | 5 |
| 62 | 8 | 62 | 18 |

| Esfahani, Ali – Morgan Stanley (2023.05.09) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 6 | 11 | 6 | 13 |
| 15 | 15 | 15 | 21 |
| 47 | 3 | 47 | 5 |
| 49 | 14 | 50 | 12 |
| 79 | 8 | 79 | 10 |
| 80 | 5 | 80 | 13 |
| 81 | 17 | 82 | 9 |
| 82 | 19 | 83 | 11 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| 89 | 10 | 91 | 14 |
| 93 | 1 | 93 | 3 |
| 93 | 16 | 94 | 9 |
| 99 | 14 | 99 | 22 |

| Kim, Thomas - Alphabet (2023.05.19) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 12 | 8 | 12 | 11 |
| 16 | 14 | 17 | 5 |
| 17 | 15 | 17 | 20 |
| 78 | 6 | 78 | 8 |
| 78 | 10 | 78 | 18 |
| 78 | 20 | 79 | 1 |
| 79 | 3 | 79 | 11 |
| 239 | 20 | 239 | 21 |
| 240 | 2 | 240 | 9 |
| 240 | 11 | 240 | 13 |
| 249 | 11 | 251 | 3 |
| 286 | 7 | 286 | 13 |
| 337 | 3 | 337 | 8 |
| 338 | 13 | 338 | 16 |
| 338 | 18 | 339 | 11 |
| 339 | 13 | 340 | 17 |
| 344 | 20 | 345 | 6 |
| 346 | 7 | 346 | 22 |
| 347 | 5 | 348 | 8 |

| Mehta, Rahul - DST (2023.05.05) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 9 | 1 | 9 | 4 |
| 9 | 12 | 9 | 14 |
| 10 | 3 | 10 | 9 |
| 15 | 1 | 15 | 20 |
| 15 | 21 | 16 | 4 |
| 16 | 5 | 16 | 11 |
| 16 | 22 | 17 | 4 |
| 17 | 5 | 17 | 20 |
| 18 | 7 | 18 | 18 |
| 18 | 21 | 19 | 4 |
| 19 | 16 | 19 | 21 |
| 20 | 14 | 20 | 19 |
| 21 | 5 | 21 | 6 |
| 21 | 13 | 22 | 2 |
| 22 | 8 | 22 | 22 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| | | | |
|---|---|---|---|
| 23 | 2 | 23 | 3 |
| 23 | 12 | 23 | 19 |
| 23 | 20 | 23 | 22 |
| 24 | 5 | 24 | 22 |
| 25 | 3 | 25 | 13 |
| 25 | 17 | 26 | 3 |
| 26 | 13 | 26 | 19 |
| 27 | 3 | 27 | 11 |
| 27 | 18 | 27 | 21 |
| 28 | 4 | 30 | 9 |
| 30 | 20 | 30 | 22 |
| 31 | 5 | 31 | 14 |
| 31 | 20 | 31 | 21 |
| 32 | 1 | 32 | 11 |
| 32 | 13 | 32 | 17 |
| 33 | 2 | 33 | 6 |
| 34 | 9 | 34 | 18 |
| 34 | 19 | 35 | 3 |
| 35 | 8 | 35 | 14 |
| 35 | 16 | 35 | 17 |
| 36 | 2 | 36 | 9 |
| 42 | 3 | 42 | 6 |
| 42 | 16 | 42 | 21 |
| 43 | 3 | 43 | 8 |
| 44 | 17 | 44 | 20 |
| 45 | 3 | 45 | 17 |
| 45 | 18 | 46 | 3 |
| 46 | 4 | 46 | 12 |
| 46 | 14 | 47 | 3 |
| 47 | 5 | 47 | 9 |
| 52 | 8 | 52 | 10 |
| 52 | 11 | 52 | 18 |
| 107 | 8 | 107 | 10 |
| 107 | 12 | 107 | 12 |
| 123 | 16 | 123 | 21 |

| Morrison, Eric - TikTok (2023.05.26) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 8 | 16 | 8 | 20 |
| 12 | 3 | 12 | 16 |
| 12 | 21 | 13 | 1 |
| 13 | 2 | 13 | 16 |
| 13 | 17 | 13 | 20 |
| 14 | 3 | 14 | 8 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| | | | |
|---|---|---|---|
| 14 | 10 | 14 | 13 |
| 34 | 9 | 34 | 20 |
| 65 | 1 | 65 | 3 |
| 65 | 17 | 66 | 1 |
| 66 | 16 | 67 | 8 |
| 67 | 22 | 68 | 7 |
| 68 | 10 | 68 | 15 |
| 68 | 17 | 69 | 2 |
| 69 | 4 | 69 | 11 |
| 69 | 13 | 69 | 15 |
| 69 | 18 | 69 | 18 |
| 69 | 20 | 69 | 20 |
| 70 | 1 | 70 | 10 |
| 70 | 12 | 71 | 4 |
| 71 | 6 | 71 | 11 |
| 71 | 13 | 71 | 15 |
| 105 | 1 | 105 | 4 |
| 105 | 6 | 105 | 13 |
| 105 | 14 | 105 | 19 |
| 190 | 14 | 192 | 11 |
| 192 | 14 | 192 | 21 |
| 193 | 1 | 193 | 3 |
| 193 | 6 | 193 | 7 |
| 193 | 9 | 193 | 9 |
| 195 | 12 | 195 | 13 |
| 198 | 1 | 198 | 19 |

| Pappas, V - TikTok (2023.05.11) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 9 | 17 | 9 | 19 |
| 10 | 13 | 11 | 10 |
| 11 | 17 | 12 | 9 |
| 12 | 14 | 12 | 22 |
| 13 | 9 | 13 | 16 |
| 13 | 22 | 15 | 10 |
| 16 | 9 | 16 | 18 |
| 17 | 7 | 18 | 2 |
| 18 | 18 | 20 | 13 |
| 20 | 15 | 24 | 14 |
| 28 | 4 | 29 | 1 |
| 35 | 9 | 36 | 2 |
| 37 | 4 | 37 | 17 |
| 41 | 6 | 41 | 20 |
| 41 | 22 | 42 | 10 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| 44 | 8 | 44 | 18 |
|---|---|---|---|
| 46 | 3 | 46 | 15 |
| 47 | 15 | 48 | 6 |
| 66 | 22 | 67 | 17 |
| 84 | 4 | 85 | 13 |
| 88 | 5 | 88 | 18 |
| 89 | 5 | 89 | 7 |

| Pattabiraman, Kumaresh - LinkedIn (2023.04.28) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 10 | 12 | 10 | 16 |
| 14 | 17 | 14 | 19 |
| 17 | 5 | 17 | 12 |
| 24 | 8 | 24 | 21 |
| 25 | 3 | 26 | 9 |
| 27 | 2 | 27 | 14 |
| 37 | 12 | 37 | 15 |
| 37 | 19 | 38 | 8 |
| 39 | 11 | 39 | 13 |
| 39 | 16 | 39 | 17 |
| 39 | 19 | 40 | 22 |
| 41 | 1 | 41 | 17 |
| 82 | 9 | 82 | 14 |
| 82 | 22 | 83 | 5 |
| 83 | 15 | 83 | 19 |
| 126 | 7 | 126 | 12 |
| 126 | 14 | 126 | 17 |
| 128 | 1 | 128 | 11 |
| 128 | 17 | 128 | 17 |
| 131 | 3 | 131 | 16 |
| 131 | 19 | 131 | 22 |
| 132 | 3 | 132 | 3 |
| 132 | 5 | 132 | 13 |
| 132 | 15 | 132 | 17 |
| 132 | 19 | 133 | 5 |
| 135 | 18 | 136 | 9 |
| 136 | 11 | 137 | 18 |
| 137 | 20 | 138 | 6 |
| 138 | 9 | 138 | 13 |
| 138 | 15 | 139 | 7 |
| 139 | 9 | 139 | 9 |
| 141 | 1 | 141 | 5 |
| 141 | 7 | 141 | 12 |
| 141 | 17 | 142 | 6 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| | | | |
|---|---|---|---|
| 142 | 8 | 142 | 11 |
| 142 | 14 | 142 | 19 |
| 143 | 9 | 143 | 17 |
| 143 | 19 | 143 | 19 |
| 144 | 8 | 144 | 17 |
| 145 | 13 | 146 | 2 |
| 146 | 7 | 146 | 9 |
| 146 | 19 | 146 | 21 |
| 147 | 1 | 147 | 3 |
| 147 | 5 | 147 | 11 |
| 147 | 13 | 148 | 5 |
| 148 | 7 | 148 | 10 |
| 148 | 12 | 149 | 1 |
| 161 | 7 | 161 | 14 |
| 161 | 17 | 162 | 17 |
| 186 | 18 | 187 | 9 |
| 188 | 3 | 188 | 19 |
| 189 | 22 | 190 | 2 |
| 190 | 7 | 190 | 10 |
| 190 | 12 | 190 | 13 |
| 190 | 15 | 191 | 12 |
| 191 | 14 | 192 | 10 |
| 200 | 13 | 200 | 21 |
| 201 | 1 | 201 | 17 |
| 202 | 17 | 203 | 1 |
| 203 | 3 | 205 | 18 |
| 210 | 20 | 210 | 21 |
| 211 | 1 | 211 | 5 |
| 220 | 15 | 220 | 19 |
| 220 | 22 | 221 | 5 |
| 221 | 7 | 221 | 8 |
| 221 | 10 | 221 | 12 |
| 222 | 12 | 222 | 16 |
| 222 | 20 | 223 | 14 |
| 224 | 2 | 226 | 5 |
| 245 | 1 | 245 | 4 |
| 245 | 7 | 245 | 8 |
| 245 | 10 | 245 | 12 |
| 245 | 15 | 245 | 17 |

| Raymond, Winter - Reddit (2023.05.02) | | | |
|---|---|---|---|
| PgFrom | LnFrom | PgTo | LnTo |
| 17 | 13 | 18 | 16 |
| 20 | 3 | 20 | 7 |

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| | | | |
|---|---|---|---|
| 20 | 13 | 20 | 21 |
| 23 | 22 | 24 | 12 |
| 30 | 20 | 31 | 16 |
| 31 | 21 | 32 | 12 |
| 33 | 3 | 33 | 15 |
| 77 | 12 | 77 | 17 |
| 141 | 7 | 141 | 16 |
| 149 | 8 | 150 | 17 |
| 175 | 1 | 175 | 5 |
| 177 | 21 | 179 | 11 |
| 180 | 16 | 181 | 9 |
| 181 | 10 | 181 | 22 |
| 192 | 15 | 193 | 6 |
| 194 | 11 | 194 | 14 |
| 197 | 6 | 197 | 8 |
| 209 | 6 | 210 | 21 |
| 213 | 20 | 214 | 13 |
| 215 | 1 | 215 | 12 |
| 218 | 10 | 220 | 15 |
| 221 | 3 | 221 | 21 |
| 222 | 12 | 222 | 22 |
| 223 | 14 | 225 | 6 |
| 225 | 17 | 226 | 14 |
| 226 | 15 | 229 | 11 |
| 230 | 3 | 230 | 17 |
| 232 | 3 | 234 | 18 |
| 235 | 2 | 237 | 5 |
| 237 | 6 | 237 | 13 |
| 238 | 9 | 239 | 15 |
| 240 | 3 | 241 | 12 |
| 241 | 22 | 243 | 5 |
| 245 | 21 | 248 | 3 |
| 248 | 9 | 249 | 22 |
| 250 | 13 | 262 | 3 |
| 262 | 15 | 262 | 18 |
| 264 | 11 | 264 | 14 |
| 266 | 5 | 266 | 12 |
| 297 | 22 | 298 | 4 |
| 298 | 9 | 298 | 10 |
| 321 | 15 | 322 | 15 |
| 331 | 10 | 332 | 19 |
| 357 | 7 | 358 | 22 |

13

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission Initial Designations

| Vallery, Jason – Microsoft (2023.05.18) | | | |
|---|---|---|---|
| **PgFrom** | **LnFrom** | **PgTo** | **LnTo** |
| 9 | 12 | 9 | 15 |
| 24 | 13 | 25 | 6 |
| 28 | 19 | 29 | 13 |
| 51 | 4 | 51 | 20 |
| 76 | 14 | 76 | 16 |
| 76 | 19 | 76 | 20 |
| 77 | 2 | 78 | 3 |
| 156 | 4 | 156 | 7 |
| 163 | 14 | 164 | 10 |
| 165 | 10 | 166 | 7 |
| 167 | 16 | 168 | 4 |
| 168 | 7 | 168 | 8 |
| 168 | 12 | 168 | 17 |
| 168 | 18 | 169 | 2 |
| 169 | 5 | 169 | 21 |
| 180 | 18 | 181 | 6 |
| 193 | 9 | 193 | 12 |
| 200 | 10 | 200 | 14 |
| 203 | 14 | 203 | 15 |
| 203 | 17 | 203 | 20 |
| 216 | 2 | 216 | 3 |
| 216 | 5 | 216 | 12 |
| 226 | 19 | 226 | 21 |
| 227 | 1 | 227 | 10 |
| 233 | 2 | 233 | 4 |
| 234 | 8 | 234 | 11 |
| 238 | 6 | 238 | 16 |
| 241 | 2 | 241 | 3 |
| 241 | 6 | 241 | 6 |
| 268 | 6 | 268 | 20 |