# Exhibit 3

Meta's Initial Deposition Designations: ███████ (eBay)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| ████████ 2023 05 18 (eBay) | 8 | 2 | 8 | 6 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 8 | 9 | 8 | 14 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 9 | 21 | 10 | 16 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 11 | 12 | 11 | 13 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 11 | 21 | 12 | 3 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 12 | 5 | 12 | 6 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 12 | 10 | 12 | 19 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 13 | 20 | 14 | 5 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 14 | 12 | 14 | 14 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 14 | 18 | 14 | 21 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 15 | 9 | 16 | 15 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 16 | 18 | 16 | 19 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 17 | 4 | 17 | 5 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 17 | 8 | 17 | 15 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 18 | 8 | 18 | 9 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 18 | 13 | 19 | 4 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 19 | 6 | 20 | 14 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 20 | 16 | 20 | 18 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 21 | 2 | 21 | 19 | | MetaInitialDesig |
| ████████ 2023 05 18 (eBay) | 22 | 21 | 23 | 1 | | MetaInitialDesig |

Meta's Initial Deposition Designations: ███████ (eBay)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| ████████████ 2023 05 18 (eBay) | 23 | 18 | 24 | 2 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 29 | 2 | 29 | 8 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 29 | 12 | 30 | 1 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 30 | 3 | 30 | 4 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 30 | 8 | 30 | 14 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 33 | 16 | 33 | 20 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 33 | 22 | 34 | 5 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 35 | 11 | 35 | 16 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 35 | 17 | 35 | 17 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 35 | 18 | 36 | 1 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 36 | 5 | 36 | 21 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 45 | 9 | 45 | 11 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 45 | 12 | 45 | 14 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 45 | 16 | 45 | 19 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 46 | 1 | 46 | 3 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 46 | 19 | 47 | 1 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 48 | 12 | 48 | 22 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 49 | 3 | 49 | 12 | | MetaInitialDesig |
| ████████████ 2023 05 18 (eBay) | 53 | 18 | 54 | 11 | | MetaInitialDesig |

Meta's Initial Deposition Designations: K. Pattabiraman (LinkedIn)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 10 | 12 | 10 | 16 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 17 | 5 | 17 | 12 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 24 | 8 | 24 | 21 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 26 | 5 | 26 | 9 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 27 | 2 | 27 | 14 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 28 | 1 | 28 | 3 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 28 | 4 | 28 | 14 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 28 | 15 | 28 | 16 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 29 | 4 | 29 | 7 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 29 | 9 | 30 | 1 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 31 | 15 | 31 | 19 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 31 | 21 | 33 | 3 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 35 | 3 | 35 | 5 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 35 | 7 | 35 | 18 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 36 | 10 | 37 | 4 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 37 | 5 | 37 | 8 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 37 | 19 | 38 | 8 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 50 | 20 | 51 | 4 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 51 | 5 | 52 | 2 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 52 | 3 | 52 | 5 | | MetaInitialDesig |

Meta's Initial Deposition Designations: K. Pattabiraman (LinkedIn)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 52 | 7 | 52 | 7 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 56 | 3 | 57 | 13 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 57 | 14 | 57 | 17 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 59 | 14 | 59 | 15 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 59 | 16 | 59 | 16 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 59 | 18 | 60 | 5 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 61 | 18 | 62 | 13 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 62 | 16 | 63 | 2 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 65 | 7 | 65 | 14 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 66 | 15 | 66 | 18 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 67 | 1 | 67 | 2 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 67 | 8 | 68 | 14 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 69 | 8 | 69 | 10 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 69 | 15 | 69 | 15 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 69 | 17 | 69 | 18 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 69 | 20 | 70 | 16 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 70 | 17 | 70 | 19 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 71 | 3 | 71 | 14 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 72 | 17 | 72 | 18 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 73 | 21 | 73 | 22 | | MetaInitialDesig |

Meta's Initial Deposition Designations: K. Pattabiraman (LinkedIn)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 75 | 1 | 75 | 3 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 76 | 1 | 76 | 13 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 76 | 16 | 77 | 4 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 77 | 7 | 78 | 4 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 78 | 6 | 79 | 3 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 79 | 5 | 79 | 20 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 91 | 5 | 91 | 13 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 93 | 10 | 93 | 12 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 94 | 5 | 94 | 17 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 94 | 20 | 94 | 20 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 94 | 22 | 95 | 6 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 95 | 8 | 95 | 8 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 95 | 10 | 95 | 10 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 95 | 12 | 95 | 12 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 96 | 5 | 96 | 9 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 96 | 12 | 96 | 12 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 96 | 16 | 96 | 17 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 96 | 19 | 96 | 19 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 96 | 21 | 96 | 21 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 97 | 1 | 97 | 1 | | MetaInitialDesig |

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 124 | 6 | 124 | 7 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 124 | 9 | 124 | 9 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 125 | 1 | 125 | 2 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 125 | 5 | 125 | 5 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 149 | 3 | 149 | 5 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 149 | 7 | 149 | 19 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 162 | 19 | 162 | 22 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 163 | 3 | 163 | 13 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 209 | 4 | 209 | 8 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 209 | 11 | 209 | 16 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 209 | 18 | 209 | 20 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 209 | 22 | 210 | 6 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 270 | 6 | 270 | 9 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 270 | 12 | 270 | 18 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 270 | 20 | 271 | 1 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 271 | 4 | 271 | 4 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 271 | 6 | 271 | 20 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 271 | 21 | 272 | 3 | | MetaInitialDesig |
| Pattabiraman, Kumaresh 2023 04 28 (LinkedIn) | 272 | 6 | 272 | 6 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 9 | 3 | 9 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 11 | 18 | 12 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 12 | 22 | 13 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 15 | 4 | 15 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 17 | 20 | 17 | 22 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 18 | 6 | 18 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 19 | 1 | 19 | 4 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 20 | 21 | 20 | 22 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 21 | 2 | 21 | 3 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 34 | 16 | 35 | 1 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 35 | 16 | 36 | 1 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 39 | 9 | 39 | 11 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 39 | 14 | 39 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 39 | 18 | 39 | 19 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 39 | 21 | 40 | 11 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 42 | 1 | 42 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 42 | 19 | 42 | 22 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 43 | 4 | 43 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 46 | 5 | 46 | 7 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 46 | 9 | 46 | 9 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 46 | 14 | 46 | 18 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 50 | 8 | 50 | 18 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 51 | 1 | 51 | 4 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 51 | 6 | 51 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 52 | 14 | 52 | 17 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 52 | 19 | 53 | 3 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 53 | 5 | 53 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 53 | 13 | 53 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 54 | 17 | 54 | 18 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 54 | 21 | 55 | 2 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 59 | 9 | 59 | 17 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 69 | 15 | 69 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 69 | 18 | 70 | 22 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 71 | 2 | 71 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 74 | 17 | 74 | 20 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 75 | 2 | 75 | 3 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 75 | 6 | 75 | 7 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 76 | 1 | 76 | 4 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 77 | 3 | 77 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 77 | 10 | 77 | 14 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 85 | 3 | 85 | 12 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 85 | 17 | 86 | 12 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 86 | 21 | 88 | 10 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 114 | 11 | 114 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 114 | 18 | 114 | 21 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 115 | 5 | 115 | 5 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 115 | 9 | 115 | 18 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 116 | 6 | 116 | 10 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 142 | 3 | 142 | 7 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 142 | 9 | 142 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 143 | 8 | 143 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 143 | 11 | 143 | 18 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 143 | 20 | 143 | 22 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 144 | 3 | 144 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 144 | 8 | 144 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 144 | 10 | 144 | 11 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 145 | 2 | 145 | 5 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 145 | 7 | 145 | 10 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 149 | 5 | 149 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 151 | 3 | 151 | 12 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 151 | 17 | 152 | 10 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 154 | 2 | 154 | 4 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 154 | 10 | 154 | 13 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 155 | 3 | 155 | 10 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 156 | 12 | 156 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 164 | 12 | 164 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 164 | 17 | 165 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 186 | 19 | 187 | 2 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 187 | 13 | 188 | 1 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 193 | 13 | 193 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 194 | 13 | 195 | 3 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 200 | 22 | 201 | 2 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 201 | 4 | 201 | 4 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 201 | 6 | 201 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 215 | 14 | 215 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 215 | 18 | 216 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 216 | 12 | 216 | 17 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 217 | 10 | 217 | 13 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 217 | 20 | 218 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 222 | 8 | 222 | 12 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 223 | 9 | 223 | 12 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 225 | 11 | 225 | 16 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 226 | 6 | 226 | 8 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 226 | 22 | 229 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 235 | 12 | 236 | 5 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 236 | 8 | 236 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 237 | 5 | 237 | 12 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 237 | 16 | 237 | 20 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 238 | 2 | 239 | 1 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 239 | 15 | 240 | 3 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 241 | 9 | 241 | 15 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 242 | 4 | 242 | 7 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 242 | 9 | 242 | 9 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 242 | 11 | 242 | 14 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 242 | 17 | 242 | 17 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 242 | 22 | 243 | 6 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 244 | 5 | 244 | 17 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 252 | 6 | 253 | 1 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 303 | 20 | 304 | 2 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 304 | 5 | 304 | 8 | | MetaInitialDesig |

Meta's Initial Deposition Designations: D. Weinstein (YouTube)

| Transcript | PgFrom | LnFrom | PgTo | LnTo | Notes | Issues |
|---|---|---|---|---|---|---|
| Weinstein, Debbie 2023 04 27 (YouTube) | 335 | 5 | 336 | 5 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 336 | 18 | 337 | 2 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 337 | 12 | 337 | 19 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 338 | 6 | 338 | 13 | | MetaInitialDesig |
| Weinstein, Debbie 2023 04 27 (YouTube) | 338 | 22 | 339 | 10 | | MetaInitialDesig |