IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) <br><br> **PUBLIC VERSION** |

**Declaration of Nathan Brenner in Support of Plaintiff Federal Trade Commission's Opposition to Meta Platforms, Inc.'s Pretrial Motions *in Limine***

I, Nathan Brenner, declare as follows:

1. I am Deputy Chief Trial Counsel at the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am serving as FTC trial counsel in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.).

2. I make this declaration in support of Plaintiff Federal Trade Commission's Opposition to Meta Platforms, Inc.'s Pretrial Motions *in Limine*.

**Opposition to Meta's Motion *in Limine* to Preclude Evidence or Argument in Support of New and Undisclosed Market Definition (Meta MIL #1)**

3. Attached as Meta MIL #1, Ex. A, is a true and correct copy of FTC's Objs. & Suppl. Resps. to Meta's First Set of Interrogs. (June 14, 2022).

4. Attached as Meta MIL #1, Ex. B, is a true and correct copy of FTC's Objs. & Resp. to Meta's List of Features or Activities (Sept. 12, 2022).

5. Attached as Meta MIL #1, Ex. C, is a true and correct copy of FTC's Suppl. Objs. & Resps. to Meta's Second Set of Interrogs. (Jan. 24, 2023).

6. Attached as Meta MIL #1, Ex. D, is a true and correct copy of Meta's First Set of Interrogs. to the FTC (March 30, 2022).

7. Attached as Meta MIL #1, Ex. E, is a true and correct copy of FTC's Objs. & Resps. to Meta's First Set of Interrogs. (April 29, 2022).

8. Attached as Meta MIL #1, Ex. F, is a true and correct copy of Meta's Second Set of Interrogs. to FTC (Oct. 17, 2022).

9. Attached as Meta MIL #1, Ex. G, is a true and correct copy of excerpts from PX6095, deposition transcript of Aaron Filner (YouTube).

10. Attached as Meta MIL #1, Ex. H, is a true and correct copy of excerpts from PX6085, deposition transcript of Flora Hsu (Nextdoor).

11. Attached as Meta MIL #1, Ex. I, is a true and correct copy of excerpts from PX9000, Report of C. Scott Hemphill (July 24, 2023).

12. Attached as Meta MIL #1, Ex. J, is a true and correct copy of excerpts from PX9007, Rebuttal Report of C. Scott Hemphill (Dec. 8, 2023).

13. Attached as Meta MIL #1, Ex. K, is a true and correct copy of excerpts from PX9004, Report of Dr. Clifford Lampe (July 24, 2023).

14. Attached as Meta MIL #1, Ex. L, is a true and correct copy of excerpts from PX9010, Rebuttal Report of Dr. Clifford Lampe (Dec. 5, 2023).

15. Attached as Meta MIL #1, Ex. M, is a true and correct copy of excerpts from PX9019, Rebuttal Expert Report of Dennis W. Carlton (Oct. 3, 2023).

16. Attached as Meta MIL #1, Ex. N, is a true and correct copy of excerpts from PX9016, Expert Report of Anindya Ghose (Oct. 3, 2023).

17. Attached as Meta MIL #1, Ex. O, is a true and correct copy of excerpts from PX6184, deposition transcript of Christopher Scott Hemphill (FTC).

18. Attached as Meta MIL #1, Ex. P, is a true and correct copy of PX15347, U.S. Department of Justice and the Federal Trade Commission, Merger Guidelines (2023).

19. Attached as Meta MIL #1, Ex. Q, is a true and correct copy of T. Mattes email to J. Hartman dated Feb. 12, 2025 at 11:02 AM.

**Opposition to Meta's Motion *in Limine* to Exclude From Trial Previously Dismissed or Abandoned Claims and Allegations (Meta MIL #2)**

20. Attached as Meta MIL #2, Ex. A, is a true and correct copy of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3

21. Attached as Meta MIL #2, Ex. B, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22. Attached as Meta MIL #2, Ex. C, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23. Attached as Meta MIL #2, Ex. D, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24. Attached as Meta MIL #2, Ex. E, is a true and correct copy of excerpts from PX6133, deposition transcript of Kevin Systrom (Meta/Instagram).

25. Attached as Meta MIL #2, Ex. F, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

26. Attached as Meta MIL #2, Ex. G, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

27. Attached as Meta MIL #2, Ex. H, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

28. Attached as Meta MIL #2, Ex. I, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

29. Attached as Meta MIL #2, Ex. J, is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

30. Attached as Meta MIL #2, Ex. K, is a true and correct copy of ███████████ ████████████████████████████████████████████████████████ ██████████████████████.

**Opposition to Meta's Motion *in Limine* to Preclude Testimony and Argument Regarding Meta's Hart-Scott-Rodino Productions (Meta MIL #3)**

31. Attached as Meta MIL #3, Ex. A, is a true and correct copy of Meta's Second Amended Witness List (Feb. 14, 2025).

32. Attached as Meta MIL #3, Ex. B, is a true and correct copy of the FTC's Response to Meta's First Set of Proposed Joint Stipulations of Fact (Jan. 15, 2025).

33. Attached as Meta MIL #3, Ex. C, is a true and correct copy of the FTC's Second Set of Proposed Joint Stipulations (Feb. 17, 2025).

34. Attached as Meta MIL #3, Ex. D, is a true and correct copy of ███████████ ████████████████████████████████████████████████████████ ██████████████████████.

**Opposition to Meta's Motion *in Limine* to Preclude Evidence or Argument Regarding Inflammatory Matters (Meta MIL #4)**

35. Attached as Meta MIL #4, Ex. A, is a true and correct copy of PX10092, Def. Meta Platforms, Inc.'s Suppl. Objs. and Resps. to Pl. Federal Trade Commission's Interrog. Nos. 10 and 12 (May 31, 2023).

36. Attached as Meta MIL #4, Ex. B, is a true and correct copy of Meta's Second Amended Witness List (Feb. 14, 2025).

37. Attached as Meta MIL #4, Ex. C, is a true and correct copy of ███████████ ████████████████████████████████████████████████████.

5

38. Attached as Meta MIL #4, Ex. D, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

39. Attached as Meta MIL #4, Ex. E, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

40. Attached as Meta MIL #4, Ex. F, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

41. Attached as Meta MIL #4, Ex. G, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

42. Attached as Meta MIL #4, Ex. H, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43. Attached as Meta MIL #4, Ex. I, is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

44. Attached as Meta MIL #4, Ex. J, is a true and correct copy of PX15552, Def. Meta Platforms, Inc.'s Objs. and Resps. to Pl. Federal Trade Commission's Interrog. No. 9 (Feb. 28, 2023).

45. Attached as Meta MIL #4, Ex. K, is a true and correct copy of an email from D. Matheson to H. Weaver et al., re: "FTC v. Meta Platforms, Inc., Case No. 1:20-cv-03590-JEB," (May 28, 2024).

6

46. Attached as Meta MIL #4, Ex. L, is a true and correct copy of ██████████

████████████████████████████████████████████████

██████████████

**Opposition to Meta's Motion *in Limine* to Exclude Foreign Regulatory Filings (Meta MIL #5)**

47. Attached as Meta MIL #5, Ex. A, is a true and correct copy of excerpts from Meta's Am. Preliminary Ex. List (Feb. 17, 2025).

48. Attached as Meta MIL #5, Ex. B, is a true and correct copy of an email from L. Smith, Meta, to N. Miller et al., FTC, re: "Meta's Preliminary Witness & Exhibit Lists," (Feb. 26, 2025).

**Opposition to Meta's Motion *in Limine* to Preclude Professor Rim's Speculation About How WhatsApp Might Have Developed But for the Acquisition (Meta MIL #6)**

49. Attached as Meta MIL #6, Ex. A, is a true and correct copy of excerpts from PX6183, deposition transcript of Steven Kaplan (Meta).

50. Attached as Meta MIL #6, Ex. B, is a true and correct copy of excerpts from PX9023, Expert Report of Steven N. Kaplan (Oct. 3, 2023).

51. Attached as Meta MIL #6, Ex. C, is a true and correct copy of excerpts from PX9014, Expert Rebuttal Report of Jihoon Rim (Dec. 5, 2023).

52. Attached as Meta MIL #6, Ex. D, is a true and correct copy of excerpts from PX9019, Rebuttal Expert Report of Dennis W. Carlton (Oct. 3, 2023).

53. Attached as Meta MIL #6, Ex. E, is a true and correct copy of excerpts from PX6182, deposition transcript of Jihoon Rim (FTC).

54. Attached as Meta MIL #6, Ex. F, is a true and correct copy of ███████████ ███████████████████████████████ ███████████.

55. Attached as Meta MIL #6, Ex. G, is a true and correct copy of ███████████ ███████████████████████████████ ███████████.

56. Attached as Meta MIL #6, Ex. H, is a true and correct copy of ███████████ ███████████.

**Opposition to Meta's Motion *in Limine* to Preclude Professor Hemphill's Misuse of Consumer Survey's to Derive "Market Shares" (Meta MIL #7)**

57. Attached as Meta MIL #7, Ex. A, is a true and correct copy of excerpts from PX9007, Rebuttal Report of C. Scott Hemphill (Dec. 8, 2023).

58. Attached as Meta MIL #7, Ex. B, is a true and correct copy of excerpts from PX9000, Report of C. Scott Hemphill (July 24, 2023).

59. Attached as Meta MIL #7, Ex. C, is a true and correct copy of excerpts from PX9019, Rebuttal Expert Report of Dennis W. Carlton (Oct. 3, 2023).

60. Attached as Meta MIL #7, Ex. D, is a true and correct copy of excerpts from PX9016, Expert Report of Anindya Ghose (Oct. 3, 2023).

61. Attached as Meta MIL #7, Ex. E, is a true and correct copy of Edward E. Leamer, *Let's Take the Con Out of Econometrics*, 73 THE AM. ECON. REV. 31 (1983).

62. Attached as Meta MIL #7, Ex. F, is a true and correct copy of Gregory J. Werden, Luke M. Froeb & David T. Scheffman, *A Daubert Discipline for Merger Simulation*, 18 ANTITRUST 89 (Summer 2004).

63. Attached as Meta MIL #7, Ex. G, is a true and correct copy of Dennis W. Carlton, Mark A. Israel & Allan L. Shampine, *Lessons from AT&T/Time Warner*, CPI ANTITRUST CHRONICLE (July 2019).

64. Attached as Meta MIL #7, Ex. H, is a true and correct copy of excerpts from Shari Seidman Diamond, "Reference Guide on Survey Research," *in* Fed. Jud. Ctr., *Reference Manual on Scientific Evidence* (3d ed. 2011).

65. Attached as Meta MIL #7, Ex. I, is a true and correct copy of excerpts from PX6108, deposition transcript of Scott Coleman (Pinterest).

66. Attached as Meta MIL #7, Ex. J, is a true and correct copy of excerpts from PX6022, investigational hearing transcript of Sheryl Sandberg (Meta).

67. Attached as Meta MIL #7, Ex. K, is a true and correct copy of excerpts from PX6171, deposition transcript of Michal Malkiewicz (FTC).

68. Attached as Meta MIL #7, Ex. L, is a true and correct copy of excerpts from PX9006, Expert Report of Michal A. Malkiewicz (July 24, 2023).

69. Attached as Meta MIL #7, Ex. M, is a true and correct copy of excerpts from PX9012, Rebuttal Expert Report of Michael A. Malkiewicz (Dec. 5, 2023).

70. Attached as Meta MIL #7, Ex. N, is a true and correct copy of excerpts from Hearing Transcript, *FTC v. Tapestry, Inc.*, No. 1:24-cv-03109 (S.D.N.Y. Sept. 6, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2025, in Washington, DC.

Respectfully submitted,

 */s/ Nathan Brenner*
Nathan Brenner (Ill. Bar 6317564)