# Meta MIL #2, Exhibit A

**Filed Under Seal**

# Meta MIL #2, Exhibit B

## Filed Under Seal

# Meta MIL #2, Exhibit C

## Filed Under Seal

# Meta MIL #2, Exhibit D

## Filed Under Seal

# Meta MIL #2, Exhibit E

## Filed Under Seal

# Meta MIL #2, Exhibit F

## Filed Under Seal

# Meta MIL #2, Exhibit G

**Filed Under Seal**

# Meta MIL #2, Exhibit H

## Filed Under Seal

# Meta MIL #2, Exhibit I

**Filed Under Seal**

# Meta MIL #2, Exhibit J

## Filed Under Seal

# Meta MIL #2, Exhibit K

## Filed Under Seal