# Meta MIL #3, Exhibit A

## Filed Under Seal

# Meta MIL #3, Exhibit B

## Filed Under Seal

# Meta MIL #3, Exhibit C

**Filed Under Seal**

# Meta MIL #3, Exhibit D

## Filed Under Seal