# Meta MIL #4, Exhibit A

**Filed Under Seal**

# Meta MIL #4, Exhibit B

**Public Redacted Version**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, |  |
| Plaintiff, |  |
| v. | Case No. 1:20-cv-03590-JEB |
|  | **FILED UNDER SEAL** |
| META PLATFORMS, INC., |  |
| Defendant. |  |

## <u>META PLATFORMS, INC.'S AMENDED PRELIMINARY WITNESS LIST</u>

Pursuant to the Court's Order (ECF No. 390), Defendant Meta Platforms, Inc. ("Meta")
provides this Amended Preliminary Witness List.

Meta discloses the party, non-party, and expert witnesses it currently anticipates that it
will or may call at trial, with the expected subjects of their testimony.  Meta currently expects
that it will call witnesses live but reserves the right to offer prior sworn testimony in the event
that witnesses are unavailable.  Meta reserves the right to add or drop witnesses from the list.  In
addition, Meta will designate witnesses on the forthcoming FTC witness list as witnesses that
Meta will or may call, to avoid disputes at trial over the scope of Meta's examination of those
witnesses.

**Meta Current and Former Employees – Will Call**

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Acton, Brian | Joseph J. Matelis<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W.,<br>Suite 700<br>Washington, D.C. 20006<br>Matelisj@sullcrom.com<br>(202) 956-7610 | The competitive landscape;<br>WhatsApp acquisition; product<br>improvement and innovation. |
| Alison, Tom | Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product<br>improvement and innovation. |
| Backstrom, Lars | Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product<br>improvement and innovation. |
| Bosworth, Andrew | Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product<br>improvement and innovation. |
| Bozeman, Patrick | Kellogg, Hansen, Todd, Figel,<br>& Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product<br>improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Cathcart, Will | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; WhatsApp acquisition; product improvement and innovation. |
| Cobb, Curtiss | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Cole, Amy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; product improvement and innovation. |
| Cox, Chris | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Deng, Peter | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Gleit, Naomi | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Hegeman, John | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Janardhan, Santosh | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Krieger, Mike | David Wales<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W., Washington, D.C. 20005<br>david.wales@skadden.com<br>(202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. |
| Li, Susan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Mosseri, Adam | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Olivan, Javier | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Parikh, Jay | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Rosen, Guy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Sandberg, Sheryl | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Schroepfer, Mike | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Schultz, Alex | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Shortway, Nick | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | Instagram acquisition; product improvement and innovation. |
| Simo, Fidji* | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Systrom, Kevin | David Wales Skadden, Arps, Slate, Meagher & Flom LLP 1440 New York Avenue, N.W., Washington, D.C. 20005 david.wales@skadden.com (202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. |

---

* As previously agreed, Meta will file a motion seeking leave for Ms. Simo to testify remotely.

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Zuckerberg, Mark | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

### Meta Current and Former Employees – May Call

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Chudnovsky, Stan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Cutler, Blake | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Ebersman, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Gupta, Nitin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | WhatsApp acquisition; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Idema, Matthew | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Mortenson, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Product improvement and innovation. |
| Nguyen, Nam | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; the competitive landscape; product improvement and innovation. |
| Osofsky, Justin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Pan, Bowen | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Raji, Vijaye | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Shah, Vishal | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Stoop, Dirk | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Toffey, Dan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. |
| Velazquez, Miguel | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| Vora, Ami | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Wehner, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Zoufonoun, Amin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |

**Federal Trade Commission Employees – Will Call**

| Witness | Contact Information | Brief Description of Testimony |
|---|---|---|
| FTC employees or representatives in connection with the FTC investigation of Meta's acquisition of Instagram in 2012, Meta's acquisition of WhatsApp in 2014, or any other investigations related to alleged harms. | Federal Trade Commission | The competitive landscape; Instagram acquisition; WhatsApp acquisition; the FTC's clearance of those acquisitions. |

**Non-Party Witnesses – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Chen, Jonathan Twitter | Casey Lucier, Esq. McGuireWoods LLP, 888 16th Street N.W. Suite 500 Black Lives Matter Plaza Washington, DC 20006 clucier@mcguirewoods.com (202) 857-2482 | The competitive landscape. |
| Coleman, Scott Pinterest | Peter J. Mucchetti, Esq. Clifford Chance US LLP 2001 K Street N.W., Washington, D.C. 20006 Peter.Mucchetti@cliffordchance.com (202) 912-5053 | The competitive landscape. |
| Filner, Aaron YouTube | Greg Wells, Esq. Vinson & Elkins LLP 2200 Pennsylvania Avenue NW Suite 500 West Washington, DC 20037 gregwells@velaw.com (202) 639-6516 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Greenfield, Samuel<br>Google | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | Product improvement and innovation. |
| Hsu, Flora<br>Nextdoor Holdings | Brad Estes, Esq.<br>Lewis & Llewellyn LLP<br>601 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111<br>bestes@lewisllewellyn.com<br>(415) 762-0907 | The competitive landscape. |
| Levenson, David<br>Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | The competitive landscape. |
| Pappas, V<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. |
| Pattabiraman, Kumaresh<br>LinkedIn | Ryan Z. Watts<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW,<br>Washington, DC 20001<br>ryan.watts@arnoldporter.com<br>(202) 942-6609 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Raymond, Winter<br>Reddit | Leah Martin<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>lmartin@debevoise.com<br>(202) 383-8203 | The competitive landscape. |
| Shah, Ronak<br>Apple | Evan Kreiner<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>1 Manhattan West<br>New York, NY 10001<br>evan.kreiner@skadden.com<br>(212) 735-2491 | The competitive landscape. |
| Smith, Ian<br>Allen & Co. | Maria Galeno<br>Pillsbury Winthrop Shaw Pittman<br>LLP<br>31 West 52nd Street<br>New York, NY 10019<br>maria.galeno@pillsburylaw.com<br>(212) 858-1833 | WhatsApp acquisition. |
| Tang, Julia<br>Discord | Krystal Durham<br>Williams & Connolly LLP<br>680 Maine Ave, SW Washington,<br>D.C. 20024<br>kdurham@wc.com<br>(202) 434-5000 | The competitive landscape. |

**Non-Party Witnesses – May Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Aguhob, JJ Viddy | Andrew Han<br>Warner Media<br>230 Park Ave S,<br>New York, NY 10003<br>Andrew.Han@warnermedia.com<br>(212) 548-5555 | The competitive landscape. |
| Andreou, Jacob Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | The competitive landscape. |
| Baumgarten, Kimberly Epic Games | Jonathan Rotter, Esq.<br>Glancy Prongay & Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>jrotter@glancylaw.com<br>(310) 201-9150 | The competitive landscape. |
| Chandlee, Blake TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. |
| Bardeen, William The New York Times | Demetri Blaisdell<br>The New York Times<br>620 Eighth Avenue<br>New York, New York 10018<br>demetri.blaisdell@nytimes.com<br>(212) 556-7314 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| ▇▇▇▇▇<br>Netflix | Justina Sessions, Esq.<br>Freshfields, LLP<br>855 Main Street<br>Redwood City, CA 94063<br>justina.sessions@freshfields.com<br>(650) 461-8276 | The competitive landscape. |
| Crowley, Dennis<br>Foursquare | Daniel N. Anziska<br>Troutman Pepper<br>875 Third Avenue<br>New York, NY 10022<br>daniel.anziska@troutman.com<br>(212) 704-6009 | The competitive landscape. |
| Jain, Saral<br>Snap | John Karin<br>Wilson Sonsini<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>jkarin@wsgr.com<br>(212) 497-7797 | Product improvement and innovation. |
| Kim, Thomas<br>You Tube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Mead, Chris<br>Amazon | Aaron Ross, Esq., Amazon.com, Inc.<br>410 Terry Avenue North, Seattle, WA 98109<br><br>Alexis James Gilman<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>agilman@crowell.com<br>(202) 624-2570 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| ████████ <br> eBay, Inc. | Allison Huebert <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, Illinois 60606 <br> allisonhuebert@quinnemanuel.com <br> (312) 705-7427 | The competitive landscape. |
| Morrison, Eric <br> TikTok | Craig M. Reiser, Esq. <br> Axinn, Veltrop & Harkrider LLP <br> 45 Rockefeller Plaza <br> (630 5th Avenue) <br> New York, NY 10111 <br> creiser@axinn.com <br> (212) 728-2218 | The competitive landscape. |
| Pinto, Neil <br> LinkedIn | Ryan Z. Watts <br> Arnold & Porter Kaye Scholer LLP <br> 601 Massachusetts Ave., NW, <br> Washington, DC 20001 <br> ryan.watts@arnoldporter.com <br> (202) 942-6609 | Product improvement and innovation. |
| Perzyk, Tim <br> Twitter | Peter J. Mucchetti, Esq. <br> Clifford Chance US LLP <br> 2001 K Street N.W., <br> Washington, D.C. 20006 <br> Peter.Mucchetti@cliffordchance.com <br> (202) 912-5053 | The competitive landscape. |
| Ortega, Mateo <br> Strava | Ann O'Brien <br> Shepard Mullin <br> 2099 Pennsylvania Avenue, N.W. <br> Suite 100 Washington, DC 20006 <br> aobrien@sheppardmullin.com <br> (202) 747-3340 | The competitive landscape. |
| Roberts, Julia <br> Pinterest | Peter J. Mucchetti, Esq. <br> Clifford Chance US LLP <br> 2001 K Street N.W., <br> Washington, D.C. 20006 <br> Peter.Mucchetti@cliffordchance.com <br> (202) 912-5053 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Showerman, Court Quora | Becca Furman<br>Lewis & Llewellyn LLP,<br>601 Montgomery Street,<br>Suite 2000,<br>San Francisco, CA 94111<br>bfurman@lewisllewellyn.com<br>(415) 762-7692 | The competitive landscape. |
| Slattery, Alastair Google | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Vallery, Jason Microsoft, Azure | Amy Ray<br>Orrick Herrington & Sutcliffe LLP<br>1152 15th Street NW, Washington, DC 20005<br>amyray@orrick.com<br>(202) 339-8598 | Product improvement and innovation. |
| Weinstein, Debbie YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. |
| Yam, Sylvia Walmart | Elai Katz<br>McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY 10017<br>ekatz@mwe.com<br>(212) 547-5791 | The competitive landscape. |

**Meta Experts – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Carlton, Dennis Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Fischel, Daniel Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition. |
| Ghose, Anindya New York University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; product improvement and innovation. |
| Kaplan, Steve University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| List, John University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape. |

| Witness, Employer | Contact Information | Brief Description of Testimony |
|---|---|---|
| Nieh, Jason Columbia University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Simonson, Itamar Stanford University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape. |
| Subrahmanian, V.S. Northwestern University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. |
| Tucker, Catherine Massachusetts Institute of Technology | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; product improvement and innovation. |

# Meta MIL #4, Exhibit C

## Filed Under Seal

# Meta MIL #4, Exhibit D

**Filed Under Seal**

# Meta MIL #4, Exhibit E

**Filed Under Seal**

# Meta MIL #4, Exhibit F

**Filed Under Seal**

# Meta MIL #4, Exhibit G

**Filed Under Seal**

# Meta MIL #4, Exhibit H

**Filed Under Seal**

# Meta MIL #4, Exhibit I

**Filed Under Seal**

# Meta MIL #4, Exhibit J

**Filed Under Seal**

# Meta MIL #4, Exhibit K

| | |
|---|---|
| **From:** | Matheson, Daniel |
| **To:** | Weaver, Hilary M.; Masters, Owen; Smith, Michael; Wilson, Dominique; Steephen, Sunila; Cerilli, Krisha; Zuver, Robert; Dimoscato, Maria |
| **Cc:** | Hansen, Mark C.; Huff, Kevin B.; Fetterman, Kenneth M.; gklineberg-contact; Miller, Kevin J.; Panner, Aaron M.; Smith, Lillian V.; Horvitz, Kevin D.; Parkinson, Alex A.; Paul, Ana N.; Polavarapu, Aaseesh P.; "Mehta, Sonal"; "Gringer, David"; Rouhandeh, James; Scheinkman, Michael |
| **Subject:** | RE: FTC v. Meta Platforms, Inc., Case No. 1:20-cv-03590-JEB |
| **Date:** | Tuesday, May 28, 2024 11:28:41 AM |

Counsel,

We disagree that the language that appeared in the FTC's Brief and Counterstatement fails to accurately reflect the contents of the materials cited.  However, in order to avoid a needless controversy, the FTC is willing to propose the two edits below, which we do not believe will change the pagination of either the Brief or the Counterstatement.  We are providing this language in advance of our 1:30 call in order to facilitate our discussion.

Brief at 60:

> Likewise, Meta has underinvested in integrity on Instagram and adopted integrity policies that harm users. For example, evidence indicates that: Meta is ineffective in its efforts to remove objectionable content including material sexualizing children, and reportedly Instagram's algorithm has even recommended such material to certain users, CS § V.D.5.e.1, 2; and Meta imposed a policy of delaying removal of content posted by high-profile accounts, resulting in widespread exposure to harmful content (including but not limited to "revenge porn"), *see* CS § V.D.6.a.

Counterstatement

> 2258.    Moreover, recent studies indicate that Meta's automated systems and hashtags have promoted material sexualizing children on Instagram.

Regards,
Dan

---

**From:** Weaver, Hilary M. <hweaver@kellogghansen.com>
**Sent:** Monday, May 27, 2024 9:51 AM
**To:** Matheson, Daniel <dmatheson@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Scheinkman, Michael

<michael.scheinkman@davispolk.com>
**Subject:** RE: FTC v. Meta Platforms, Inc., Case No. 1:20-cv-03590-JEB

Thank you, Dan.  Tomorrow (May 28) at 1:30pm works for us.  A Zoom link, along with dial-in information, is below.

Regards,
Hilary

Join Zoom Meeting
███████████████████████████████████████████████████

Meeting ID: ██████████
Passcode: ████████

---

One tap mobile
██████████████████████████
██████████████████████████

---

Dial by your location
██████████████
██████████████
███████████████████
██████████████
████████████████████
██████████████████████
██████████████
██████████████
███████████████████
███████████████████
██████████████
██████████████
██████████████
██████████████
██████████████
████████████████████

Meeting ID: ██████████
Passcode: ████████

Find your local number: ██████████████████████████

---

Join by SIP

████████████████

---

Join by H.323



Meeting ID: ████████████

Passcode: ██████

---

**From:** Matheson, Daniel <dmatheson@ftc.gov>
**Sent:** Monday, May 27, 2024 9:31 AM
**To:** Weaver, Hilary M. <hweaver@kellogghansen.com>; Masters, Owen <omasters@ftc.gov>; Smith, Michael <msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Steephen, Sunila <ssteephen@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>; Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Horvitz, Kevin D. <khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta, Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>; Rouhandeh, James <rouhandeh@davispolk.com>; Scheinkman, Michael <michael.scheinkman@davispolk.com>

**Subject:** [EXTERNAL] RE: FTC v. Meta Platforms, Inc., Case No. 1:20-cv-03590-JEB

Counsel,
We have reviewed your correspondence.  We are available to meet and confer on Tuesday
afternoon (May 28).  1:30 p.m. would work for us if that is convenient for you.
Regards,
Dan

---

**From:** Weaver, Hilary M. <hweaver@kellogghansen.com>
**Sent:** Sunday, May 26, 2024 9:10 PM
**To:** Matheson, Daniel <dmatheson@ftc.gov>; Masters, Owen <omasters@ftc.gov>; Smith, Michael
<msmith9@ftc.gov>; Wilson, Dominique <dwilson1@ftc.gov>; Steephen, Sunila
<ssteephen@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Zuver, Robert <rzuver@ftc.gov>; Dimoscato,
Maria <mdimoscato@ftc.gov>
**Cc:** Hansen, Mark C. <mhansen@kellogghansen.com>; Huff, Kevin B. <khuff@kellogghansen.com>;
Fetterman, Kenneth M. <kfetterman@kellogghansen.com>; gklineberg-contact
<gklineberg@kellogghansen.com>; Miller, Kevin J. <kmiller@kellogghansen.com>; Panner, Aaron M.
<apanner@kellogghansen.com>; Smith, Lillian V. <lsmith@kellogghansen.com>; Horvitz, Kevin D.
<khorvitz@kellogghansen.com>; Parkinson, Alex A. <aparkinson@kellogghansen.com>; Paul, Ana N.
<apaul@kellogghansen.com>; Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; 'Mehta,
Sonal' <sonal.mehta@wilmerhale.com>; 'Gringer, David' <david.gringer@wilmerhale.com>;
Rouhandeh, James <rouhandeh@davispolk.com>; Scheinkman, Michael
<michael.scheinkman@davispolk.com>
**Subject:** FTC v. Meta Platforms, Inc., Case No. 1:20-cv-03590-JEB

Counsel,

Please see the attached correspondence.  Meta requests that the FTC provide its position on the
requests outlined in the attached letter by no later than Tuesday, May 28, at 5pm EDT.

We are available to meet and confer on Monday, May 27, between 9am-12pm EDT, and anytime on
Tuesday, May 28.

Regards,
Hilary

**Hilary M. Weaver**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7804

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is
privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or
the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of
this communication. Thank you.

# Meta MIL #4, Exhibit L

## Filed Under Seal