# Meta MIL #5, Exhibit A

## Filed Under Seal

# Meta MIL #5, Exhibit B

## Filed Under Seal