# Meta MIL #6, Exhibit A

## Filed Under Seal

# Meta MIL #6, Exhibit B

## Filed Under Seal

# Meta MIL #6, Exhibit C

## Filed Under Seal

# Meta MIL #6, Exhibit D

## Filed Under Seal

# Meta MIL #6, Exhibit E

## Filed Under Seal

# Meta MIL #6, Exhibit F

## Filed Under Seal

# Meta MIL #6, Exhibit G

## Filed Under Seal

# Meta MIL #6, Exhibit H

## Filed Under Seal