IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

                Plaintiff,

    v.

**META PLATFORMS, INC.**

                Defendant.

Civil Action No. 1:20-cv-03590 (JEB)

**[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION TO EXCLUDE UNTIMELY AND CHERRY-PICKED EVIDENCE**

Upon consideration of Plaintiff Federal Trade Commission's Motion to Exclude Untimely and Cherry-Picked Evidence ("Motion"), the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that:

1. Defendant's data productions dated on February 20, 2025 and February 28, 2025 are **EXCLUDED**;

2. Professor Carlton's expert report dated March 6, 2025 and any expert opinions regarding the same are **EXCLUDED**;

3. Any documents or data produced in response to Meta's third-party trial subpoenas are **EXCLUDED**; and

4. Meta is further prohibited from eliciting testimony relating to the excluded materials at trial.

**SO ORDERED**, this ____ day of _____, 2025

_____
James E. Boasberg
United States District Judge