# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**,

            Plaintiff,

   v.

**META PLATFORMS, INC.**

            Defendant.

Civil Action No. 1:20-cv-03590 (JEB)

**PUBLIC VERSION**

**Declaration of Daniel Matheson in Support of Plaintiff Federal Trade Commission's Reply in Support of its Motion *in Limine* to Admit Select Testimony of Adam Presser and Julia Roberts**

I, Daniel Matheson, declare as follows:

1. I am Senior Trial Counsel in the Federal Trade Commission ("FTC" or "Commission") Bureau of Competition. I am serving as the FTC's lead trial counsel in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.). I am admitted to practice in the United States District Court for the District of Columbia.

2. I make this declaration in support of Plaintiff Federal Trade Commission's Reply in Support of its Motion *in Limine* to Admit Select Testimony of Adam Presser and Julia Roberts.

3. Attached as Exhibit A is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Preclude 30(B)(6) Testimony Not Based on Personal Knowledge, ECF No. 674, Nov. 29, 2021, *FTC v. Vyera Pharmaceuticals, Inc.*, No. 20cv00706, 2021 WL 5300019 (S.D.N.Y. Nov. 15, 2021).

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' Memorandum in Support of Their Motion *in Limine* to Preclude 30(B)(6) Testimony Not Based on Personal Knowledge, ECF 679, Nov. 29, 2021, *FTC v. Vyera Pharmaceuticals, Inc.*, No. 20cv00706, 2021 WL 5300019 (S.D.N.Y. Nov. 15, 2021). The exhibit also contains an appendix, which begins on page 9 of the exhibit. Please note that appendix pagination references in the FTC's Reply Brief relate to the page in the appendix and not the page of the overall exhibit.

5. Attached as Exhibit C is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 14th day of March, 2025, in Arlington, Virginia.

                                        Respectfully submitted,

                                        */s/ Daniel Matheson*
                                        Daniel Matheson (D.C. Bar 502490)