# Meta Platforms Inc.'s Motion to Seal Exemplar Potential Trial Exhibits

# Filed Under Seal