# PX3405

**Filed Under Seal**