UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER**

Upon consideration of the FTC's Motion to Exclude Untimely and Cherry-Picked Evidence, Meta Platforms, Inc.'s Opposition to the Federal Trade Commission's Motion To Exclude Supplemental Data and Expert Analysis Regarding Current Market Conditions, and the FTC's briefing in support of its Motion, it is hereby **ORDERED** that:

The FTC's Motion (ECF No. 422) is **DENIED**.

**IT IS SO ORDERED.**


DATED: _____          _____
                                                                    Honorable James E. Boasberg
                                                                    United States District Court Chief Judge