IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-03590-JEB |

## JOINT SUBMISSION

The parties jointly request that this Court enter the Joint Proposed Confidentiality Order attached to this Joint Submission. This Joint Proposed Confidentiality Order reflects this Court's guidance provided in the March 7, 2025, hearing as well as additional provisions agreed to by the parties. To date, the parties are still discussing additional proposed confidentiality procedures. The parties will raise those issues with the Court, if needed, at the appropriate time, including at the Pretrial Conference on Monday, March 24, 2025 if necessary.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Nathan Brenner (IL Bar 6317564)
Susan A. Musser (D.C. Bar 1531486)
Maria Dimoscato (D.C. Bar 489743)
Justin Lorber (D.C. Bar 90005184)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

1

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
Justin B. Berg (D.C. Bar No. 90003841)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*
