IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 1:20-cv-3590-JEB <br><br> HON. JAMES E. BOASBERG |

**PROPOSED ORDER**

Upon consideration of the Motion of The New York Times Company ("The Times") to Intervene and for Access to Judicial Records and Proceedings (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and

ORDERED that any sealing of trial exhibits or testimony must substantively comport with the common law and First Amendment rights of public access; and

ORDERED that ideally as soon as possible, and certainly by the evening of each trial day, each party shall make the exhibits admitted into evidence that day available for download from a public website, with each party responsible for uploading its own exhibits to the website; and

ORDERED that in the rare case where a party is unable to comply with this deadline, it shall so notify the Court at the beginning of the following trial day, provide an explanation for its noncompliance, and state when the exhibit(s) will be released; and

ORDERED that The Times reserves its right to object to the sealing of exhibits while the trial is ongoing, and the Court shall endeavor to resolve any such objections as soon as practicable; and

ORDERED that if the parties anticipate seeking closure of the courtroom during any testimony, they must make that request by the end of the prior trial day, so that the press and public have notice and an opportunity to object to closure at the start of the next trial day; and

ORDERED that in the event of any closure, (i) the parties (and where relevant, third parties), within 24 hours of the end of the closed session, shall review the transcript of the closed session and propose redactions to the Court, and (ii) the Court shall then independently review the proposed redactions and determine whether they comport with the common law and First Amendment, ordering release of any portions that do not.

Date: _____   _____

Hon. James E. Boasberg
United States District Judge