IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-03590-JEB |

## JOINT SUBMISSION

The parties jointly request that this Court enter the Amended Joint Proposed Confidentiality Order, pursuant to this Court's guidance in the March 24, 2025 Pretrial Conference. To date, the parties are still engaging on a proposed process to address any confidentiality disputes regarding the testimony of Meta executives, including but not limited to the timing regarding how best to raise any dispute with the Court. To the extent that the parties cannot reach resolution regarding this issue, the parties may seek relief from this Court.

Dated: March 24, 2025

Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Nathan Brenner (IL Bar 6317564)
Susan A. Musser (D.C. Bar 1531486)
Maria Dimoscato (D.C. Bar 489743)
Justin Lorber (D.C. Bar 90005184)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

1

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
Justin B. Berg (D.C. Bar No. 90003841)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*