AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-03590-JEB |
| META PLATFORMS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Walmart Inc.

Date: 03/26/2025

*Attorney's signature*

Elai Katz - Pro Hac Vice - N.Y. Bar. No. 2854586
*Printed name and bar number*

McDermott Will & Emery LLP,
One Vanderbilt Avenue,
New York, NY 10017-3852
*Address*

ekatz@mwe.com
*E-mail address*

(212) 547-5400
*Telephone number*

(212) 547-5444
*FAX number*