UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING SUPPLEMENTAL MOTION TO QUASH TRIAL SUBPOENA FILED ON BEHALF OF A NON-PARTY WITNESS FORMERLY EMPLOYED BY EPIC GAMES**

Upon consideration of the Joinder and Supplemental Motion to Quash Trial Subpoena Filed on Behalf of a Non-Party Witness Formerly Employed by Epic Games filed by non-party Kimberly Baumgarten (the "Motion"), it is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED** in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2025

                                  _____
                                  Honorable James E. Boasberg
                                  United States District Judge