UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Civil Action No.: 1:20-cv-003590-JEB |

**[PROPOSED] ORDER REGARDING MOTION TO QUASH**

Upon consideration of Saral Jain, David Levenson, Jacob Andreou, and Snap Inc.'s Motion to Quash, it is hereby **ORDERED** that:

1. The document requests within Meta Platforms, Inc.'s trial subpoenas issued to nonparties David Levenson and Saral Jain are quashed; and

2. The trial subpoenas issued to nonparties Saral Jain, David Levenson, and Jacob Andreou are quashed in their entirety.

IT IS SO ORDERED

Dated: _____  _____

Honorable James E. Boasberg
United States District Court Chief Judge