IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms, Inc. ("Meta") respectfully move for a one-week extension of the March 31 deadline set forth in the Court's March 25, 2025 Order Regarding Confidentiality Procedures Before And At Trial. *See* ECF 478 at 3-4 ("Trial Confidentiality Order").

Good cause exists for this joint request. *See* Fed. R. Civ. P. 6(b)(1)(A). The parties have continued to meet and confer with nonparties regarding confidentiality issues and certain nonparties have sought a one-week extension of their motion deadline. The parties believe that the additional week could aid the process, and potentially provide nonparties and the parties the benefit of guidance from the Court's ruling on Meta's March 18 motion regarding exemplar documents. This brief extension would amend the deadlines in the second and third bullet points of § 2 of the Court's Trial Confidentiality Order, as follows:

- Absent agreement between Meta, the FTC, and the nonparty over confidentiality of the documents or testimony at issue, by ~~March 31~~ April 7, any nonparty:

- o Seeking to assert confidentiality over any of its produced documents, or portions of them, on either exhibit list shall file a motion with the Court to seek such treatment.

- o With a "will call" witness on a party's final witness list shall file a motion seeking confidential treatment of any portions of that witness's deposition transcript.

- Any opposition to any nonparty's ~~March 31~~ April 7 motion shall be filed by ~~April 4~~ April 11.

Dated: March 28, 2025

Respectfully submitted,

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Lillian V. Smith (D.C. Bar No. 252516)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Susan Musser (D.C. Bar 1531486)
Krisha Cerilli (D.C. Bar 983281)
Maria DiMoscato (D.C. Bar 489743)
Patricia Galvan
Noel Miller (D.C. Bar 1026068)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075

Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*