IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

## JOINT STATUS REPORT

On March 26, the parties met and conferred with the New York Times regarding the relief it requested in its Motion to Intervene and for Access to Judicial Records and Proceedings, ECF No. 461 ("Motion"). The parties are continuing to confer productively. The parties plan to file by April 2 at 8:00 PM another Joint Status Report reporting on the parties' progress with respect to the Motion.

Dated: March 28, 2025

Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Susan A. Musser (D.C. Bar 1531486)
Douglas A. Gretz (N.Y. Bar 5666318)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

1

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
Justin B. Berg (D.C. Bar No. 90003841)
Andrew P. Skaras (D.C. Bar No. 90004011)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*
