# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ACTAVIS, INC., et al.,

    Defendants.

Case No.: 1:09-cv-955-TWT

### Order

Upon consideration of Plaintiff Federal Trade Commission's Motion for Permission to Serve Nine Trial Subpoenas, and any responses thereto, the Motion is GRANTED and it is hereby ORDERED that the FTC may serve trial subpoenas on the following witnesses in any District in which the witness may be found: David Buchen, Paul Campanelli, Murray Kay, ~~Louis Lipinski~~, William Mink, Joseph Todisco, Edward Tykot, Difei (Elaine) Yang, and ~~Carol Yeomans~~.

So ORDERED this __4__ day of __February__, 2019.

Thomas W. Thrash, Jr.
United States District Judge