# Exhibit 8

Case 1:20-cv-03590-JEB    Document 498-8    Filed 03/31/25    Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX0689
Page 2 of 45

USCA Case #24-1113    Document #2060757    Filed: 06/20/2024    Page 1 of 267

PUBLIC APPENDIX—
## SEALED MATERIAL IN SEPARATE SUPPLEMENT

ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 16, 2024

No. 24-1113 (and consolidated cases)

IN THE

### United States Court of Appeals
### for the District of Columbia Circuit

———————

## TIKTOK INC. and BYTEDANCE LTD.

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,

*Respondent.*

———————

*caption continued on inside cover*

———————

On Petitions for Review of Constitutionality of
the Protecting Americans from Foreign Adversary Controlled
Applications Act

———————

## APPENDIX TO BRIEF OF PETITIONERS
## TIKTOK INC. AND BYTEDANCE LTD.
## Volume I of III (Pages 1–260)

———————

Andrew J. Pincus
Avi M. Kupfer
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3220
apincus@mayerbrown.com

*Counsel for Petitioners*
*TikTok Inc. and ByteDance Ltd.*
*(continued on inside cover)*

Alexander A. Berengaut
*Counsel of Record*
David M. Zionts
Megan A. Crowley
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
aberengaut@cov.com

BRIAN FIREBAUGH et al.,

*Petitioners*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the
United States,

*Respondent.*

———————

BASED Politics Inc.,

*Petitioner*,

v.

MERRICK B. GARLAND, in his official capacity as Attorney General of the
United States,

*Respondent.*

—————————————————————————

John E. Hall
Anders Linderot
S. Conrad Scott
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000

*Counsel for Petitioners*
*TikTok Inc. and ByteDance Ltd.*

PX0689-002

# TABLE OF CONTENTS

## Volume I

H.R. Comm. on Energy & Com., *Protecting Americans from
Foreign Adversary Controlled Applications Act*,
H.R. Rep. No. 118-417 (2024) ................................................................. 1

*Legislation to Protect American Data and National Security from
Foreign Adversaries: Hearing Before the Comm. on Energy &
Com.*, 118th Cong. (2024) (excerpts) ..................................................... 19

170 Cong. Rec. H1164 (daily ed. Mar. 13, 2024) .................................... 39

170 Cong. Rec. S2629 (daily ed. Apr. 8, 2024) (excerpts) ...................... 48

170 Cong. Rec. H2561 (daily ed. Apr. 20, 2024) (excerpts) ................... 71

170 Cong. Rec. S2943 (daily ed. Apr. 23, 2024) (excerpts) .................... 98

Declaration of Alexander A. Berengaut ................................................. 148

    Ex. A: Document Entitled "Threat Posed by TikTok
    (Department of Justice - March 6, 2024)" ..................................... 155

    Ex. B: Draft National Security Agreement (Aug. 23, 2022)
    (redacted version; full version filed under seal) ........................... 157

## Volume II

Declaration of Alexander A. Berengaut (continued)

    Ex. C: Governance Presentation to CFIUS (Sept. 17, 2021) ........... 261

    Ex. D: Protected Data Presentation to CFIUS (Oct. 13, 2021)
    (redacted version; full version filed under seal) ........................... 277

    Ex. E: Content Moderation Presentation to CFIUS (Nov. 29,
    2021) .............................................................................................. 306

    Ex. F: Source Code Presentation to CFIUS (Nov. 30, 2021)
    (redacted version; full version filed under seal) ........................... 339

i

Ex. G: Content Assurance Process Summary (Apr. 26, 2022) ......... 357

Ex. H: Letter from D. Fagan and M. Leiter to Hon. W. Adeyamo
(Dec. 28, 2022) ................................................................... 359

Ex. I: Letter from E. Andersen to Hon. W. Adeyamo and Hon.
L. Monaco (Feb. 25, 2023) ........................................... 363

Ex. J: Email Exchange Between D. Fagan and M. Leiter and B.
Reissaus (Mar. 2023) ...................................................... 366

Ex. K: Email from D. Fagan and M. Leiter to B. Reissaus (Apr.
27, 2023) ........................................................................ 372

Ex. L: NSA Updates Presentation to CFIUS (May 23, 2023) .......... 374

Ex. M: NSA Updates Presentation to CFIUS (Sept. 8, 2023) .......... 385

Ex. N: Letter from D. Fagan and M. Leiter to D. Newman (Apr.
1, 2024) (redacted version; full version filed under seal) ............ 412

## Volume III

Declaration of Alexander A. Berengaut (continued)

Ex. O: Nicholas Kaufman et al., U.S.-China Econ. & Sec. Rev.
Comm'n, Shein, Temu, and Chinese e-Commerce: Data
Risks, Sourcing Violations, and Trade Loopholes (Apr. 14,
2023) ............................................................................. 530

Ex. P: Statements by Members of Congress ................................... 540

Transcript of Interview with Rep. Mike Gallagher, Fox
News (Nov. 16, 2023) ........................................... 541

House Comm. on the Chinese Communist Party, Press
Release, Gallagher, Bipartisan Coalition Introduce
Legislation to Protect Americans from Foreign
Adversary Controlled Applications, Including TikTok
(Mar. 5, 2024) ...................................................... 544

PX0689-004

Transcript of Interview with Reps. Mike Gallagher and
    Krishnamoorthi, CNN (Mar. 7, 2024)...................................548

Sen. Tom Cotton (@SenTomCotton), X, https://x.com/
    SenTomCotton/status/1766875766111732082,
    https://perma.cc/UY6H-4ZCY (Mar. 10, 2024) ...................553

Transcript of Interview with Rep. Raja Krishnamoorthi,
    Meet the Press (Mar. 12, 2024)............................................554

Sapna Maheshawri et al., *House Passes Bill to Force
    TikTok Sale from Chinese Owner or Ban the App*, N.Y.
    Times (Mar. 13, 2024) .........................................................558

Transcript of Interview with Sen. Mark Warner, Fox
    News (Mar. 14, 2024) (excerpts) .........................................565

Transcript of Interview with Rep. Mike Gallagher, Fox
    News (Mar. 16, 2024) ..........................................................572

Jane Coaston, *What the TikTok Bill Is Really About,
    According to a Leading Republican*, N.Y. Times
    (Apr. 1, 2024) ......................................................................577

Sapna Maheshwari et al., *'Thunder Run': Behind
    Lawmakers' Secretive Push to Pass the TikTok Bill*,
    N.Y. Times (Apr. 24, 2024)..................................................584

Transcript of Keynote Conversation Between Secretary of
    State Anthony Blinken and Sen. Mitt Romney, McCain
    Institute (May 3, 2024) (excerpts) .......................................593

Prem Thakker et al., *In No Labels Call, Josh Gottheimer,
    Mike Lawler, and University Trustees Agree: FBI
    Should Investigate Campus Protests*, The Intercept
    (May 4, 2024) (excerpts)......................................................597

Transcript of Interview with Rep. Elise Stefanik, Maria
    Bartiromo (May 5, 2024) (excerpts) ....................................599

PX0689-005

Sen. John Fetterman (@SenFettermanPA), X,
     https://x.com/SenFettermanPA/status/
     1787891840022139280, https://perma.cc/2BW9-Z78H
     (May 7, 2024) .................................................................... 609

Ex. Q: Paul Mozur et al., *TikTok Deal Is Complicated by New
     Rules From China Over Tech Exports*, N.Y. Times
     (Aug. 29, 2020)................................................................. 610

Ex. R: Xinhua News Agency, *Planned TikTok Deal Entails
     China's Approval Under Revised Catalogue: Expert*,
     XinhuaNet (Aug. 30, 2020) ............................................ 614

Ex. S: Letter from Sen. Charles E. Schumer (Apr. 5, 2024) ........... 617

Ex. T: Rachel Dobkin, *Mike Johnson's Letter Sparks New Flood
     of Republican Backlash*, Newsweek (Apr. 17, 2024) ................. 620

Ex. U:  Regulation (EU) 2022/2065 of the European Parliament
     and of the Council of 19 October 2022 on a Single Market
     For Digital Services and amending Directive 2000/31/EC
     (Digital Services Act) (excerpts).................................... 625

     European Commission, *DSA: Very Large Online Platforms
          and Search Engines*, https://digital-strategy. ec.
          europa. eu/en/policies/dsa-vlops, https://perma.cc/49D9-
          F2UZ (last accessed June 17, 2024)................................... 626

     Digital Services Act, 2022 O.J. (L 277) (excerpts) ................. 632

Declaration of Randal S. Milch ............................................................ 643

Ex. 1: Summary of Divestitures Reviewed...................................... 688

Appx. A: Curriculum Vitae................................................................ 705

Appx. B: Examples of Verizon's Divestitures of Highly
     Integrated Assets ........................................................ 711

Declaration of Christopher P. Simkins................................................. 719

Appx. 1: Curriculum Vitae.............................................................. 758

iv

Declaration of Steven Weber.................................................................. 760

    Appx. 1: Curriculum Vitae............................................................ 790

Declaration of Adam Presser ............................................................... 799

PX0689-007

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————————— )
                                     )
TIKTOK INC.                          )
                                     )
   and                 )
                                     )
BYTEDANCE LTD.,                      )
                                     )
      *Petitioners*,   )
                                     )
   v.                  )       No. 24-1113
                                     )
                                     )
MERRICK B. GARLAND, in his           )
official capacity as Attorney General )
of the United States,                )
                                     )
      *Respondent*.   )
———————————————————— )

## <u>DECLARATION OF ADAM PRESSER</u>

1.    I am TikTok's Head of Operations and Trust & Safety, a role I have served in since March 2024, and I am employed by Petitioner TikTok Inc. Between June 2023 and March 2024, I was TikTok's Head of Operations, and before that, from April 2022 to June 2023, I was Vice President and TikTok Chief of Staff. As Head of Operations and Trust & Safety, my responsibilities include cultivating, maintaining and protecting TikTok's global content ecosystem. The teams I lead manage

**APP-799**

PX0689-008

our content operations and distribution all over the world, as well as our efforts to identify and remove harmful content on the platform globally. As a senior executive, I have also become broadly familiar with our operations and policies across a range of areas, including TikTok's data privacy and security policies, engineering operations, and our engagement with stakeholders and regulators in the United States and abroad.

2.    I am a U.S. citizen born and raised in Los Angeles, California. I have a B.A. and M.A. from Yale University, a J.D. from Harvard Law School, and an MBA from Harvard Business School. Before I joined TikTok, I worked for Warner Bros. Entertainment and then WarnerMedia, most recently as Executive Vice President, International and Head of WarnerMedia China, Australia and New Zealand, and Head of WarnerMedia International Home Entertainment Licensing. I have extensive experience working in multinational business operations in a variety of structures, including with joint ventures, licensing partners, and, as with TikTok, globally integrated businesses.

PX0689-009

3.    The purpose of this declaration is to provide an overview of the TikTok platform, including how we protect U.S. users' data and guard against foreign government influence. I also explain why the U.S. TikTok platform cannot realistically be severed from the rest of the global platform in one year, as I understand would be required to avoid a ban of TikTok under the "Protecting Americans from Foreign Adversary Controlled Applications Act."

## I.    Background on Petitioners TikTok Inc. and ByteDance Ltd.

4.    Like many global businesses, TikTok operates through multiple corporate entities. In the United States, the TikTok platform is provided by TikTok Inc., a California-incorporated company that has its principal place of business in Culver City, California and offices in New York, San Jose, Chicago, and Miami, among other locations. TikTok Inc. has thousands of employees in the United States. References in my declaration to "TikTok Inc." are to this specific corporate entity; references to "TikTok" are to the online platform.

5.    TikTok Inc.'s ultimate parent company is ByteDance Ltd., a Cayman Islands-incorporated equity holding company that has multiple operating subsidiaries, including in China. References in my

PX0689-010

declaration to "ByteDance Ltd." are to this specific corporate entity, whereas more general references to "ByteDance" are to the corporate group, including its operating subsidiaries. ByteDance was founded in 2012 by two Chinese engineers. Today, approximately 58 percent of ByteDance Ltd. is owned by global institutional investors, including General Atlantic and Susquehanna International Group; 21 percent is owned by its global employee workforce; and 21 percent is owned by one of its founders, Zhang Yiming (a Chinese national who lives in Singapore).

6.      In addition to TikTok Inc., which provides the TikTok platform in the United States, other subsidiaries of ByteDance Ltd. provide several other applications, services, and online platforms in the United States, including for content sharing, video and music editing (such as the popular video-editing app CapCut), e-commerce, gaming, and enterprise productivity.

## II.    The TikTok Platform

7.      TikTok is an online platform that enables users to create, share, and view videos. TikTok's mission is "to inspire creativity and

4

**APP-802**

bring joy,"[1] and we seek to bring this mission to life through the products we build, the content we cultivate and recommend, and the rules we publish and enforce to keep harmful content away from our users.

8.    TikTok is designed to provide a creative and entertaining forum for our users to express themselves and make connections with other content creators and viewers. TikTok users primarily engage with the platform by creating and sharing videos or by watching and interacting with videos posted by others. In addition to sharing and commenting on videos, users can connect with one another in a variety of other ways, including "tagging" other users in the comments, using the app's "duet" and "stitch" tools to create new content that incorporates and responds to content created by others, using the "TikTok LIVE" feature to communicate live with others on the platform, and sending direct messages to one another. The TikTok platform is offered in more than 170 countries, but it is not offered in mainland China.

---

[1] Our Mission, TikTok, https://www.tiktok.com/about?lang_en (last visited June 17, 2024).

PX0689-012

9.      TikTok is a globally integrated platform, meaning that content posted in one country is generally available to users in any of the 170+ countries in which TikTok is available. There is an enormous array of international content available to U.S. users on the platform, some of which is extremely popular. Just to take a few examples, there is content about global sporting events like the Olympic Games (@olympics has 8.3 million followers), international sports teams (@realmadrid has 45.5 million followers), and international music such as K-pop (one of the most popular groups, BTS, has 65.3 million followers) and Tomorrowland, an annual music festival in Ibiza, Spain (@tomorrowland has 5.7 million followers).

10.     TikTok was first launched globally in May 2017 in over 150 countries, including the United States. After ByteDance Ltd. acquired another short-form video platform, musical.ly, and moved its user base to TikTok, TikTok was re-launched in the United States in August 2018.

11.     Since then, TikTok has grown to become one of the most widely used online platforms in the world. TikTok has more than 170 million monthly users in the United States and more than 1 billion

PX0689-013

users worldwide. With so many U.S. users, the volume of content created and viewed in the United States is correspondingly immense. In 2023, TikTok users in the United States uploaded more than 5.5 billion videos, which were viewed more than 13 trillion times here and abroad; half of those video views came from users outside the United States. In the same year, TikTok users in the United States viewed content from outside the United States more than 2.7 trillion times, which accounted for more than a quarter of all video views in the United States. U.S. content is also disproportionately popular abroad; for example, last year, even in several of TikTok's non-U.S. English-speaking markets, content from the United States comprised more than a third of all video views.

12.    TikTok's initial growth was spurred by its appeal to those who value the blend of light entertainment and humor our platform provides. Today, TikTok also has become a forum for all types of speech, including about politics, sports, family, religion, and users' jobs and hobbies.[2] Many content creators use our platform to express their

---

[2] TikTok does not, however, permit paid political advertising on the platform. *See* TikTok Business Help Center, Ad Policy Handbook: North

PX0689-014

opinions, share their stories, support their preferred political candidates, and speak out on today's many pressing issues, all to a global audience of more than one billion monthly users.

13.     TikTok Inc. itself maintains an active account on TikTok, operated by a U.S.-based team, which has more than 80 million followers globally. TikTok Inc. uses the TikTok platform to create and share its own content about issues and current events, including, for example, its support for small businesses, Earth Day, and literacy and education. The company also interacts with users by promoting public-interest content on TikTok, such as our "EduTok" campaign, which encourages users to create and share educational and motivational content on a variety of themes. The company has also launched other campaigns to promote public interest content. TikTok users also have the ability to use special filters, special effects, and stickers available on the platform to enhance their content and express their views on issues of public interest.

---

America (last updated June 2024), https://ads.tiktok.com/help/article/ad-policy-handbook-north-america.

PX0689-015

14.     Although there are other platforms that allow users to post and share content, TikTok differs from these platforms in important respects. For example, unlike other platforms, TikTok does not host written posts (except insofar as a user posts a video or picture showing written text), and it is not as focused on users' interactions with existing friends, family, or co-workers, like some other platforms are.

15.     Instead, the TikTok experience is centered on discovering video content primarily through the app's For You feed, which opens a collection of videos curated by TikTok's proprietary recommendation engine based on an individual user's interests and how the user interacts with content they watch. With the For You feed, TikTok's focus is on facilitating users' discovery and exploration of new content and new communities that might be of interest to them. The For You feed provides individual, regular TikTok users a unique ability to discover new content and, for those who choose to post their own content, to reach a new and broader audience. The For You feed (and its recommendation engine) is central to the TikTok experience and one of the defining features of the TikTok platform that made it successful.

PX0689-016

16.    Although the For You feed is the most popular way users use TikTok, users can explore content on TikTok in a variety of other ways. For example, users can use the search function to find content about particular topics they are interested in. Videos in search results are sorted according to a combination of factors, including relevance to a user's search query and other users' level of engagement with the video. Relevance is determined based on things like video captions, video text, and "hashtags," all of which can only be added by the users themselves upon uploading the videos.

17.    On TikTok and other online platforms, hashtags function as content aggregators, which means that a user can locate other content with that hashtag by searching for the hashtag or clicking on the hashtag in a comment or video caption. Hashtags help users to find content that appeals to their particular hobbies, athletic pursuits, or identities and to connect with others, including through #booktok (33.8 million posts), #baseball (4.3 million posts), #blacktiktok (4.7 million posts), and #fitness (37.8 million posts). Many creators also use the platform to post product reviews, business reviews, and travel

**APP-808**

PX0689-017

information and reviews. For example, #travel has 46.1 million posts on TikTok.

18.    Because a significant percentage of videos posted on TikTok do not have any hashtags at all, hashtags will rarely capture all of the content associated with a specific topic. For that reason, the platform's search function is based on a number of inputs, not just hashtags. For example, while #taylorswift is associated with 13.2 million posts on TikTok, a search for the term "Taylor Swift" would generate many more posts. For the same reason, it is not possible to compare the prevalence of different kinds of content on TikTok, or make comparisons to other platforms, by looking only at hashtag numbers. Through our Research Tools, qualifying researchers in the U.S. and Europe can apply to study public data about TikTok content and accounts.

19.    Users can also view a feed consisting only of content posted by those creators they have decided to "follow." That allows users to curate their own viewing experience, rather than only relying on TikTok to do so.

20.    Creators come to TikTok because of the platform's unique attributes. In my experience, creators join TikTok because of its ability

to facilitate discovery through organic reach—that is, the number of people who see a post through unpaid distribution. TikTok's organic reach allows creators to reach large numbers of users—beyond their current universe of followers—without any paid promotion. Moreover, TikTok's recommendation system facilitates users' access to content created by a wide range of individuals, meaning that it is not unusual for videos created by regular people to "go viral" and receive thousands, if not millions, of views. Many platforms offer creators a forum to reach new audiences. But TikTok is unique in its ability to generate reach for regular people. For example, nine of the top ten TikTok accounts with the most followers were regular people before they joined the platform and started posting, and the tenth account is TikTok's own account. By comparison, for several of our competitors, the most-followed accounts belong to people who are independently famous, like athletes, actors, and musicians.

## III.    The Content Available on the TikTok Platform

21.    We always strive to show our users content that serves our mission to "inspire creativity and bring joy" in a safe environment. In service of that goal, we use three main editorial processes to determine

what content is shown to users: content moderation, content

recommendation, and video promotion and filtering.

### A.  Content Moderation

22.    The first process that determines the content available to

users is content moderation. As noted above, I oversee the TikTok Trust

& Safety team, which is responsible for content moderation globally.

This year, we anticipate spending more than $2 billion on Trust &

Safety globally, and the TikTok Trust & Safety team I oversee includes

more than 40,000 employees and contractors worldwide.

23.    Consistent with our guiding principle to enable free

expression while preventing harm, the goal of content moderation is to

create a welcoming and safe experience for our users. The content

moderation process applies to all content available on the platform,

whether viewed on the For You feed or discovered via searching.

24.    Our approach to content moderation is built on the

foundation of our Community Guidelines, a publicly available collection

of rules and standards that apply to all TikTok users and content.[3] The

---

[3] *Community Guidelines*, TikTok (last updated April 17, 2024),
https://www.tiktok.com/community-guidelines?lang=en.

**APP-811**

PX0689-020

team that writes the Community Guidelines reports to me, and I
ultimately approve the Community Guidelines before they are
published on the platform and our website. The Community Guidelines
were created and are continually refined in consultation with third-
party experts, including our U.S. Content Advisory Council. The
Content Advisory Council brings together groups of American
independent experts who help us develop forward-looking policies and
processes to help create a safe platform for everyone. They work with us
to inform and strengthen our policies, product features, and safety
processes.

25.    The Community Guidelines include rules for what is allowed
on TikTok, as well as standards for what content is eligible for
recommendation to users in the For You feed. Among other things, the
Community Guidelines prohibit nudity; promotion of or incitement to
violence; promotion of criminal activities that may harm people,
animals, or property; hate speech, hateful ideology, and hateful
behaviors; promotion of violent or hateful political organizations;
animal abuse; and harassment and bullying. Of course, on a platform as
large as ours, it is natural for people to have different opinions, and we

PX0689-021

welcome that, but we do not allow influence operations, where networks of accounts work together to mislead people or our systems and try to strategically influence public discussion. The Community Guidelines also outline our policies for dealing with misinformation. And we also have a publicly disclosed policy regarding State-Affiliated Media.

26.    We proactively enforce our Community Guidelines through a mix of technology-based and human moderation. Every video uploaded to TikTok goes through automated moderation before it appears on the platform so that content flagged as potentially violative can be automatically removed or escalated for human review by trained moderators. More than 75% of all videos removed for violating the Community Guidelines are never viewed by a single user. We also encourage users to take advantage of various tools provided through the app or on the website to report content that they believe violates the Community Guidelines. If we identify violative content—on our own or through our users—we remove such content from the platform. The team responsible for enforcing the Community Guidelines globally also reports to me. This team is governed by strict company-wide policies intended to ensure that content is moderated in accordance with our

PX0689-022

Community Guidelines, and we enforce these policies with measures to track and audit moderation decisions.

27.    In total, over 176 million videos were removed from TikTok in the period of October through December 2023 for violating the Community Guidelines. We publicly disclose these and other statistics regarding our enforcement of the Community Guidelines in our quarterly Community Guidelines Enforcement reports, which are posted on our website.[4] We also publish a report with information about covert influence operations we disrupt, including how they were detected, how many accounts we removed, how many followers the accounts had, and a description of the operations, including where it was operating from and the country that was targeted.[5] In addition to our transparency reports, as I mentioned above, through our Research Tools, qualifying researchers in the U.S. and Europe can apply to study public data about TikTok content and accounts, which provides additional transparency into the activity on our platform.

---

[4] *Community Guidelines Enforcement Report*, TikTok (published Mar. 19, 2024), https://www.tiktok.com/transparency/en/community-guidelines-enforcement/.
[5] *Covert Influence Operations Report*, TikTok, https://www.tiktok.com/transparency/en/covert-influence-operations/.

PX0689-023

28.    Even if content does not violate our Community Guidelines, we take steps as part of our content moderation processes to limit access to content that may not be suitable for certain users. For example, even though it may not violate the Guidelines, content depicting consumption of excessive amounts of alcohol by adults is not eligible for recommendation in the For You feed. Additionally, videos that some users may find to be distressing but that involve a subject of important public interest, are instead covered by "opt-in viewing screens" when flagged. These opt-in screens warn the user that the video may contain sensitive material and give the user the option to either view the content or skip to the next video.[6] Such videos are also ineligible for recommendation on users' For You feeds.[7]

B.    Content Recommendation

29.    The second process we use to determine what content to show to users is content recommendation. Content recommendation is

---

[6] Cormac Keenan, Refreshing Our Policies to Support Community Well-Being, TikTok (Dec. 15, 2020), https://newsroom.tiktok.com/en-us/refreshing-our-policies-to-support-community-well-being; Tara Wadhwa, New Resources to Support Our Community's Well-Being, TikTok (Sept. 14, 2021), https://newsroom.tiktok.com/en-us/new-resources-to-support-well-being.
[7] Keenan, supra n.6; Wadhwa, supra n.6.

**APP-815**

PX0689-024

implemented by TikTok's recommendation engine, a sorting and ranking mechanism that uses statistical modeling to select videos for a user's For You feed.

30.     The recommendation system analyzes various signals from the user and other users, such as their likes, comments, and what they watch. The recommendation engine identifies a pool of candidate videos for a user, then scores and ranks those videos using machine-learning models that seek to determine which video would be most interesting to the user. As I described above, certain content is not eligible for recommendation in the For You feed and this content is not part of the candidate pool. To evaluate whether a user would find a particular video interesting, these models assign different weights to a variety of factors, including user engagement or activity information (such as video playtime, likes, shares, accounts followed, comments, content created), account or device information (such as language preference, country setting, device type), and video information (such as captions, sounds, hashtags). The system may adjust the weight assigned to a particular parameter if it "learns" that it is more or less important than

PX0689-025

other factors in determining whether users are, or a particular user is, likely to engage with a given video.

31.    In essence, the recommendation engine functions as a large matching system, matching users with content they are predicted to like based on their viewing habits.

32.    The source code for TikTok's recommendation engine was originally developed by ByteDance engineers based in China and is continually developed by the TikTok Global Engineering Team. The recommendation engine is customized for TikTok's various global markets, including in the United States, and that customization is subject to special vetting in the United States. In addition to those protections, which I describe below, as with other source code, we have technical measures in place intended to ensure that only employees with appropriate access controls are able to update the recommendation engine, and those updates are also auditable.

C.    <u>Video Promotion and Filtering</u>

33.    Video promotion and filtering is the third process determining what content is shown to users, and is similarly intended to ensure that users have a positive experience with content they enjoy.

We may promote specific content (e.g., highlights from the Super Bowl, or videos from a Beyoncé concert) in line with company content policies, including to support the inclusion of diverse and high-quality content on the platform.

34.    Our internal policies strictly limit which employees can request promotion of content. Each request to promote a video is manually reviewed and either approved or rejected based on an assessment of whether it follows the platform's content policies, including to support content diversity and quality (for example, being engaging and meaningful and focusing on timely/relevant content) and business objectives. Each video that is promoted is reviewed at least once by a human reviewer, and these teams are regionalized, so all videos promoted in the U.S. are reviewed by a U.S.-based reviewer. Our global security teams also audit promotion requests to ensure that they are consistent with our policies. Promotion currently impacts less than 1% of video views in the United States.

35.    Just as we promote certain specific content to improve the user experience, we also apply a set of rules to filter out and disperse certain content, i.e., not show one video after another about the same

PX0689-027

subject, in users' For You feeds. The objective of filtering content is to
make the platform safer and more enjoyable for our users and to
support commercial and product goals such as prioritizing content from
the same country, avoiding duplication, and ensuring appropriate video
length. For example, we filter out from users' For You feed content that
is predicted to be low quality (e.g., extremely short videos). We also
disperse content to try to ensure sufficient diversity of content in a
user's For You feed.

36.    We also attempt to identify and disperse content that,
viewed sparingly, is not harmful, but viewed repeatedly could be
problematic, such as content about exercise, dieting, or mental health.
These videos may be eligible for the For You feed, but, to protect our
community, we work to interrupt repetitive patterns to ensure they are
not viewed too often.

## IV.    TikTok's Efforts to Safeguard U.S. User Data and the Integrity of the Platform Against Foreign Government Influence.

37.    TikTok has undertaken unprecedented efforts to safeguard
U.S. user data and protect the integrity of the platform against foreign
government influence.

PX0689-028

38.     Like other platforms, TikTok collects certain information from users in accordance with its Privacy Policy and Terms of Service, to which users must agree as a condition of signing up for the app.[8] Pursuant to the Privacy Policy, TikTok collects users' usernames, dates of birth, and, depending on how they sign up for the app, a user's phone number or email address.[9] Notably, however, there are also several categories of data that we do not collect. Unlike other platforms, for example, TikTok does not require its users to provide certain types of personal identifying information, such as the user's real name, employment information, or familial relationships or relationship status. The current version of the TikTok app also does not collect GPS information from U.S. users.

39.     Starting in 2019, the U.S. government expressed concerns that the Chinese government could obtain access to user data TikTok collects from U.S. users, or compel ByteDance to manipulate the TikTok

---

[8] *Privacy Policy*, TikTok (last updated March 28, 2024), https://www.tiktok.com/legal/page/us/privacy-policy/en; *see also Terms of Service*, TikTok (last updated November 2023), https://www.tiktok.com/legal/page/us/terms-of-service/en.
[9] *Privacy Policy*, TikTok (last updated March 28, 2024), https://www.tiktok.com/legal/page/us/privacy-policy/en.

PX0689-029

platform to promote the Chinese government's agenda in the United
States. We disagree that these concerns are well-founded, but made a
voluntary decision to engage for several years with the Committee on
Foreign Investment in the United States on how to address those
concerns. Following extensive engagement and the incorporation of
significant U.S. government feedback, that process culminated in a 90-
page draft National Security Agreement, the latest draft of which we
provided to the government on August 23, 2022.

40.    The full range of commitments is described in the draft
National Security Agreement, but in summary it contains several layers
of protections that would enable the U.S. government to validate the
security of U.S. user data and confirm that the platform is free from
improper influence by any foreign government. To our knowledge, no
other online platform provides these kinds of protections, which even
include a "shut-down option" that would give the government the
authority to suspend TikTok in the United States if we violate certain
obligations under the agreement. These protections are in addition to
our existing policy, technical, and transparency safeguards

PX0689-030

implemented on a global basis to safeguard TikTok user data and protect the integrity of the platform against foreign interference.

41.    Although the draft National Security Agreement was never signed, we have voluntarily begun implementing many measures that do not require the U.S. government's cooperation. We have invested more than $2 billion on that effort—sometimes referred to as "Project Texas." Among the steps we have taken as part of this initiative are the following:

42.    <u>Independent Governance</u>. We have created a special purpose subsidiary of TikTok Inc. called TikTok U.S. Data Security Inc. ("TikTok USDS") to control access to protected U.S. user data (as defined in our draft National Security Agreement) and monitor the security of the platform. The TikTok USDS team is currently led by Interim General Manager Andy Bonillo and Interim Security Officer Will Farrell, both of whom are U.S. citizens with significant experience working with the U.S. government on national security and cybersecurity matters. All TikTok USDS employees, of which there are now over 2,000, report to Mr. Bonillo and Mr. Farrell. TikTok USDS

PX0689-031

employees work in offices that are physically separate from that of other TikTok or ByteDance personnel.[10]

43.    <u>Data Protection and Access Controls</u>. We have partnered with Oracle Corporation on the migration of the U.S. platform and protected U.S. user data to Oracle's cloud environment. Every U.S. user now interacts with a version of TikTok that is run in the Oracle environment, and we have taken steps to store protected U.S. user data there. Access to the Oracle environment is limited to only TikTok USDS personnel, unless authorization is given by TikTok USDS pursuant to limited exceptions, such as for legal and compliance purposes.

44.    <u>Software Assurance</u>. TikTok USDS and Oracle review updates to the U.S. TikTok app developed by employees outside TikTok USDS, and all software updates are deployed, i.e., implemented on the U.S. TikTok platform, by TikTok USDS personnel. TikTok USDS also reviews changes to the platform code base, and Oracle has full access to

---

[10] The draft National Security Agreement requires TikTok USDS to be governed by an independent board with Security Directors whose appointment would be subject to the U.S. government's approval and would exclude ByteDance and its subsidiaries and affiliates from any oversight of TikTok USDS. TikTok USDS has provided nominees for these directors to the U.S. government, but the government has not yet approved them.

review the entire source code, including any updates, in dedicated

transparency centers located in Columbia, Maryland; Denver, Colorado;

the United Kingdom; and Australia.

45.    <u>Content Assurance</u>. TikTok's U.S. recommendation engine is

stored in the Oracle cloud. TikTok USDS now deploys the

recommendation engine in the United States, and as noted above,

Oracle has full access to review the entire TikTok platform source code,

which includes the algorithm for the recommendation engine. TikTok

USDS also reviews and approves content promotion requests to help

ensure that content promotion on the U.S. TikTok platform is conducted

consistently with our policies and is free of foreign-government

interference.

## V.    The Prohibitions in the Act Will Lead to TikTok Being Inoperable in the United States.

46.    As I understand it, the Act contains two types of

prohibitions. First, it prohibits "services to distribute, maintain, or

update" the TikTok platform in the United States "by means of a

marketplace (including an online mobile application store)." Second, it

prohibits "internet hosting services to enable the distribution,

maintenance, or updating of" the TikTok platform. Together, these

PX0689-033

prohibitions would render the TikTok platform inoperable in the United States.

47.    With respect to the first prohibition, removing the app from U.S. app stores will halt the influx of any new U.S. users, immediately foreclosing millions of Americans who have not yet downloaded the app from joining TikTok.

48.    Even those users and creators who choose to stay on the platform would be affected by the removal of the TikTok app from app stores. We also regularly update the software for the TikTok app, and consumers receive those updates via app store downloads. This prohibition would accordingly prevent users from downloading updates to the app, including security fixes. The inability to download updates would eventually render the app incompatible with the TikTok platform and therefore inoperable.

49.    The second prohibition, on the provision of internet hosting services, would likewise prevent us and our commercial partners from providing the services that enable the TikTok platform to function, effectively shutting down TikTok in the United States. For example, internet service providers may stop routing traffic to TikTok.com; data

centers may not renew contracts because it would be unclear if they would be allowed to host TikTok code, content, or data; and content delivery networks ("CDNs") that are spread throughout the country may also be covered. The termination of these services would cripple the platform in the United States and make it totally unusable.

50.    Even a temporary implementation of these prohibitions would cause significant and irreversible harms to our business and our brand. Users and content creators tend to develop lasting brand loyalty when it comes to social media and online entertainment platforms, and if we lose these users and content creators to our competitors, even on a temporary basis, some are not likely to return, even if the prohibitions are later lifted. Accordingly, even if the prohibitions of the Act are later lifted, we would not be able to make up for lost ground, because people who would have downloaded TikTok will have already turned to other competing platforms.

51.    The prohibitions also would dramatically undercut the commercial goodwill associated with TikTok and impede our ability to form and maintain commercial partnerships. By destroying the vibrant TikTok community in the U.S., the prohibitions will deal a heavy blow

PX0689-035

to our reputation and attractiveness as a commercial partner. This collapse of goodwill will harm our revenues from existing partnerships and prevent us from realizing revenue from future opportunities, as prospective partners forge relationships with our competitors instead. If we are perceived to be an unreliable partner in the marketplace, advertisers will build partnerships with other platforms.

52.    Being banned from the United States will also devastate our U.S. workforce, permanently harming our ability to recruit and retain talent. TikTok is a technology company, and we compete fiercely for the software engineers and other talent we rely upon to run our business. These candidates often have multiple offers from other companies. Since the Act was signed into law, our competitors have been aggressively trying to recruit our talent. As the prohibitions come into effect, these problems with recruitment and retention will be greatly magnified, given that the business these employees support would be banned in the United States.

## VI.    Severing the U.S. TikTok Platform from ByteDance and the Global TikTok Platform.

53.    I understand that the only way to avoid those prohibitions is if the U.S. TikTok platform is sold, leaving no subsequent operational

relationship with the rest of the global TikTok platform or the

ByteDance affiliate employees that currently support it.

54.    As discussed above, TikTok in the United States is an

integrated part of the global TikTok platform. The global TikTok

business is led by a leadership team based in Singapore and the United

States. Many of the teams that support the global TikTok platform,

including engineering, operations, Trust & Safety, and advertising

sales, are spread across several different corporate entities and

countries.

55.    Because the platform and the content is global, the teams

working on the platform, and the tools they use, necessarily must be, as

well. For example, as I mentioned above, we do not allow animal abuse

on the platform, and we use software tools to identify content depicting

animal abuse. It is important that the tools used to automatically detect

animal abuse are effective and consistent. We have accordingly

developed and refined those tools at the global level, drawing on

resources from multiple functions in different countries.

56.    As another example, several members of my senior

leadership team are based outside the United States, including in

PX0689-037

London, Dublin, and Singapore, and they are responsible for a wide range of global functions on our Operations and Trust & Safety teams, including managing all content moderators globally, overseeing global publisher relationships, working with law enforcement authorities around the world to prevent crimes on the platform, and managing copyright takedown requests.

57.    The global TikTok platform also relies on the support of employees of other ByteDance subsidiaries for some functions, including the development of portions of the computer code that runs the TikTok platform. These integrated relationships are consistent with our commitments under Project Texas, pursuant to which TikTok USDS and Oracle vet updates to the U.S. platform developed by engineers outside TikTok USDS. In other words, Project Texas contemplates that source code supporting the TikTok platform, including the recommendation engine, will continue to be developed and maintained by ByteDance subsidiary employees, including in the United States and in China, and that any such source code is reviewed and vetted by TikTok USDS and Oracle.

**APP-829**

PX0689-038

58.     Given these integrated relationships, there are several
reasons why a severance of the U.S. TikTok platform from the rest of
the globally integrated TikTok platform and business is not feasible.

59.     First, as I have mentioned, TikTok is a globally integrated
online platform where content created in one place is generally
available everywhere else. The same is true of TikTok's competitors in
the United States, like YouTube, Instagram, and Snapchat. For
example, as mentioned above, in 2023, half of views of videos posted in
the United States came from users outside the United States, and non-
U.S. content accounted for more than a quarter of all video views in the
United States.

60.     Divesting the U.S. TikTok business in a way that precludes
any further operational relationship with the rest of TikTok outside the
United States would prevent international content from being
seamlessly available in the U.S. market and vice versa. I understand
that, to avoid a ban, the Act requires divestment of the U.S. TikTok
application, without any ongoing operational relationship with non-U.S.
TikTok or ByteDance entities, including any agreement to share user
data. In the absence of an operational relationship, including an

PX0689-039

agreement to share content and data with the entities that operate the global platform, the U.S. TikTok platform would become an "island" where Americans would have an experience isolated from the rest of the global platform. U.S. users on a U.S.-only version of TikTok would be unable to access the content posted by any non-U.S. TikTok users, and U.S. creators would be unable to reach that audience abroad.

61.    Such a U.S.-only version of TikTok would be unable to compete with rival, global platforms. The rich pool of global content on the TikTok platform helps generate more users and more traffic, which in turn attracts more (and more popular) creators, which in turn attracts more user traffic, restarting the cycle. Our ability to attract advertisers and drive revenue depends on user engagement. A platform of exclusively American users will be significantly less attractive to global advertisers and creators than a rival platform operating on a global scale, leading to the reverse of the cycle I described above.

62.    The operational costs associated with running an online platform for user-generated content, including the extensive Trust & Safety and content assurance operations I have described above, could not be sustained by a purely U.S.-only platform. For example, I

PX0689-040

mentioned above that we will spend over $2 billion on Trust & Safety this year. A U.S.-only platform would likely incur many of the same expenses, including on technology tools and third-party safety experts, because those costs are largely independent of the number of users on the platform and instead are mainly fixed costs associated with continually refining and maintaining a complicated set of technological and human systems and processes for a large platform hosting user-generated content. But while the costs for a U.S.-only platform would be on the same scale as they are currently, the base of revenue to support them would be considerably smaller.

63.    Second, setting aside these commercial dynamics, divesting the U.S. TikTok platform in the manner and on the timeline required by the Act would not be technologically feasible because it would require the U.S. platform to be severed from the ByteDance engineers responsible for maintaining and updating its code base.

64.    The code base supporting the TikTok platform includes billions of lines of code that have been developed over multiple years by a team of thousands of global engineers, including in China. To complete a divestiture required by the Act, *none* of those thousands of

ByteDance employees would be permitted to continue to support TikTok in the United States. Under those circumstances, there is no question that it would take at least several years for an entirely new set of engineers to gain sufficient familiarity with the source code to perform the ongoing, necessary maintenance and development activities for the platform. Even then, such a newly-created team of engineers would need access to custom-made ByteDance software tools, which the Act prohibits.

65.    As I mentioned above, during my time at WarnerMedia and most recently at TikTok, I have worked to implement a variety of corporate relationships and reorganizations, including licensing agreements, joint ventures, mergers, and spin-offs. The divestiture contemplated by the Act is fundamentally different—a sale within one year without any possibility of follow-on cooperation. Such a transaction for a platform of TikTok's size and scope is infeasible along the timeline dictated by the Act.

PX0689-042

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury

that the foregoing is true and correct to the best of my knowledge.

Executed this day June 17, 2024.

_____
Adam Presser

**APP-834**

PX0689-043

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on June 20, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

June 20, 2024

/s/ Alexander A. Berengaut
Alexander A. Berengaut
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-600
aberengaut@cov.com

*Counsel for Petitioners TikTok Inc. and ByteDance Ltd.*

PX0689-044