UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

**ORDER**

Meta is correct that the FTC must prove that it is currently violating the antitrust laws; as a result, evidence regarding the January 2025 TikTok outage is certainly relevant and obviously could not have been produced during discovery, which ended in 2023 (fact) and 2024 (expert). As a result, the Court agrees with Defendant that nonparty subpoenas relating to the outage are proper and will not be quashed, as detailed in a forthcoming Order. In addition, Prof. Carlton's updated expert report, which includes opinions about the effects of the outage, will not be excluded, as there is good cause for its admission. Finally, the additional data Meta produced relating to the outage will not be excluded. Any prejudice to the FTC here is outweighed by the evidence's probative value.

The Court, accordingly, ORDERS that Plaintiff's [422] [428] Motion to Exclude is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 2, 2025

1