UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Civil Action No. 20-3590 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The [486, 487, and 488] Motions to Quash are DENIED; and

2. Nonparty witnesses Julia Tang, Kimberly Baumgarten, and Ronak Shah may testify remotely.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: April 2, 2025