

Dana Green
Vice President &
Assistant General Counsel

T 212 556 5290
Dana.green@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

April 4, 2025

**VIA ECF**

Hon. James E. Boasberg
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Federal Trade Commission v. Meta Platforms, Inc.*, 1:20-cv-03590-JEB

Judge Boasberg:

I write on behalf of The New York Times Company ("The Times") in response to the parties' Joint Status Report, Dkt. 511, filed late yesterday evening. The report, which was not shared with The Times prior to being filed on the docket, makes lengthy arguments about a matter The Times understood the parties to be continuing to meet and confer about. Namely, whether and when the public will have access to the full evidentiary record in this case.

Based on the parties' report, it appears that Meta takes the position that only those portions of exhibits shown in open court or discussed by witnesses are "judicial records" to which the public right of access attaches. This position, if adopted, would be a severe limitation on the public right of access that cannot be aligned with our nation's commitment to open justice. It is akin to arguing that the exhibits filed in support of a motion for summary judgment are not "judicial records," only the snippets that are quoted in the summary judgment brief. That is, clearly, wrong.

Given the significance of these issues, we ask that the court stay entry of the proposed order and permit The Times to brief this issue.

Respectfully submitted,

Dana Green
Vice President and Assistant General Counsel