**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

</td><td>

Case No. 1:20-cv-03590-JEB

</td></tr>
</table>

**META PLATFORMS, INC.'S RESPONSE TO THE NEW YORK TIMES COMPANY'S
MOTION TO INTERVENE AND FOR ACCESS TO
JUDICIAL RECORDS AND PROCEEDINGS**

Defendant Meta Platforms, Inc. ("Meta") submits this filing to respond formally to the Motion to Intervene and for Access to Judicial Records and Proceedings by the New York Times ("Times"), ECF No. 461 ("Motion"). *See* Local Rule 7(b) (responsive brief due 14 days after motion). Meta and the Federal Trade Commission addressed the Times's Motion in the Joint Status Report filed on April 3, 2025, ECF No. 511, and submitted a joint proposed order to resolve the Motion, *see* ECF No. 511-1. If the Court enters the parties' joint proposed order, the Times's Motion will become moot. Meta notes that earlier today, the Times filed a Counter Status Report, ECF No. 514. Meta will be prepared to address that filing and respond to any questions the Court may have at the April 9 Pretrial Conference.

Dated: April 7, 2025

Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
Justin B. Berg (D.C. Bar No. 90003841)
Andrew Skaras (D.C. Bar No. 90004011)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*