UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Civil Action No.: 1:20-cv-003590-JEB |
| Plaintiff, | **DECLARATION OF DAVID O'NEIL IN SUPPORT OF MOTION TO SEAL** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

I, David O'Neil, declare as follows:

1. I am an attorney at Debevoise & Plimpton LLP, and am counsel for nonparty Snap Inc. ("Snap") in the above-captioned matter. I submit this Declaration in support of the Motion to Seal. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. In late January of this year, Snap was sent a list of anticipated exhibits on which the FTC and Meta (collectively, "the Parties") intended to rely at trial.

3. Snap began to meet and confer with the Parties about the exhibits which raised confidentiality concerns over a month and a half ago. Snap has continued to discuss these confidentiality concerns with the Parties through the filing of this declaration. As part of that process, Snap shared a list of exhibits with the Parties which raised confidentiality concerns and also shared proposed redactions with the Parties, including to the deposition transcripts.

4. The FTC does not oppose Snap's confidentiality designations or Snap's Motion.

5. In February of this year, Meta represented to Snap that it would not oppose Snap's confidentiality designations.

6. On April 4, 2025, Meta reversed course and informed Snap that it "reserved all of its rights" with respect to Snap's Motion.

7. Snap is moving to seal the following materials because they contain confidential and sensitive business information, trade secrets, and were produced pursuant to a protective order in this case (collectively, the "Confidential Information"). The Confidential Information includes trial exhibits and excerpts of deposition testimony, which have been redacted to withhold all content except for the pages identified for disclosure. Sealing the remaining portions of the following materials is necessary protect Snap's competitive standing, and the proposed sealing is

1

the least restrictive means to protect Snap's property and privacy interests as a nonparty. These materials have never been shared publicly and Snap has no intention ever to make them public.

| Decl. Ex. | Exhibit Bates Number | Proposed Pages to Disclose | Type of Confidential Information | Party's Exhibit |
|---|---|---|---|---|
| 1 | SNAP – FTC – No. 191-0134 – 0000121297 | 1, 3-4, 9, 10*, 11 | ███ | FTC |
| 2 | SNAP – FTC – No. 191-0134 – 0000148537 | 2-13, 53, 56, 59, 64, 72, 79, 84, 89, 97-135 | ███ | Both |
| 3 | SNAP – FTC – No. 191-0134 – 0000133923 | 1, 4, 6, 8, 10, 12, 14, 16, 18, 40*, 43*, 44-45, 56, 77-78 | ███ | Both |
| 4 | SNAP – FTC – No. 191-0134 – 0000129404 | 2-9, 32-35, 64-69 | ███ | FTC |
| 5 | SNAP – FTC – | 1-12, 14-16, 18-24, | ███ | FTC |

| | | | | |
|---|---|---|---|---|
| | No. 191-0134 – 0000033191 | 26, 28, 31-32, 35-38 | ■ | |
| 6 | SNAP – FTC – No. 191-0134 – 0000114801 | 1-2, 3*, 11, 18, 32 | ■ | FTC |
| 7 | SNAP – FTC – No. 191-0134 – 0000029679 | 1, 3, 10, 18, 35 | ■ | FTC |
| 8 | SNAP – FTC – No. 191-0134 – 0000113374 | 1-2, 22, 24, 26, 29, 31, 40, 42, 46, 48, 50, 53, 55, 57, 59, 61, 63, 74, 85, 93, 96-97 | ■ | FTC |
| 9 | SNAP – FTC – No. 191-0134 – 0000049299 | 1, 4, 9, 11, 17-18, 20-21, 23-26, 30, 34, 40-41, 46, 48, 50 | ■ | FTC |
| 10 | SNAP – FTC – No. 191-0134 – 0000029012[1] | 1-2, 6, 9, 18*, 19*, 20 | ■ | Meta |



| # | Bates | RFPs | | Producing Party |
|---|---|---|---|---|
| 11 | SNAP – FTC – No. 191-0134 – 0000029037[2] | 1, 3, 10, 21 | | Meta |
| 12 | SNAP – FTC – No. 191-0134 – 0000029089 | 13, 17, 28 | | Meta |
| 13 | SNAP – FTC – No. 191-0134 – 0000029343 | 1-3, 9-10, 14, 16, 20, 23, 27 | | Meta |
| 14 | SNAP – FTC – No. 191-0134 – 0000050224 | None | | Meta |
| 15 | SNAP – FTC – No. 191-0134 – 0000050784 | None | | Meta |
| 16 | SNAP – FTC – No. 191-0134 – 0000050874 | None | | Meta |

| | | | | |
|---|---|---|---|---|
| 17 | SNAP – FTC – No. 191-0134 – 0000050881 | None | ██████ | Meta |
| 18 | SNAP – FTC – No. 191-0134 – 0000112275[3] | 1-4, 6, 8, 10, 14, 16, 18, 21, 23, 25, 27, 28*, 29, 30*, 31, 34, 37, 39, 44-46, 50, 55 | ██████ | Meta |
| 19 | SNAP – FTC – No. 191-0134 – 0000112416 | None | ██████ | Meta |
| 20 | SNAP – FTC – No. 191-0134 – 0000112853 | 26 | ██████ | Meta |
| 21 | SNAP – FTC – No. 191-0134 – 0000113220 | 5 | ██████ | Meta |

| | | | | |
|---|---|---|---|---|
| 22 | SNAP – FTC – No. 191-0134 – 0000114342 | None | ███ | Meta |
| 23 | SNAP – FTC – No. 191-0134 – 0000114688 | 1, 11, 23, 25, 31, 37, 44, 48, 61, 76, 81, 111-113 | ███ | Meta |
| 24 | SNAP – FTC – No. 191-0134 – 0000115194 | 1, 12-14 | ███ | Meta |
| 25 | SNAP – FTC – No. 191-0134 – 0000115662 | None | ███ | Meta |

| | | | | |
|---|---|---|---|---|
| 26 | SNAP – FTC – No. 191-0134 – 0000115916 | 1, 12, 23, 32, 50, 59, 81, 91-93 | ███ | Meta |
| 27 | SNAP – FTC – No. 191-0134 – 0000116009 | 1* | ███ | Meta |
| 28 | SNAP – FTC – No. 191-0134 – 0000116219 | 2, 7, 16, 26 | ███ | Meta |
| 29 | SNAP – FTC – No. 191-0134 – 0000117380 | 11-12 | ███ | Meta |
| 30 | SNAP – FTC – No. 191-0134 – 0000120845 | None | ███ | Meta |

| | | | | |
|---|---|---|---|---|
| 31 | SNAP – FTC – No. 191-0134 – 0000122717 | 4, 16, 30 | ███ | Meta |
| 32 | SNAP – FTC – No. 191-0134 – 0000125834 | 1-2, 10, 13, 16, 19, 22-23, 45, 48-49, 54, 57, 77, 80, 85-86 | ███ | Meta |
| 33 | SNAP – FTC – No. 191-0134 – 0000126300 | None | ███ | Meta |
| 34 | SNAP – FTC – No. 191-0134 – 0000128293 | 1* | ███ | Meta |
| 35 | SNAP – FTC – | 2, 7, 15 | ███ | Meta |

| | | | | |
|---|---|---|---|---|
| | No. 191-0134 – 0000128405 | |  | |
| 36 | SNAP – FTC – No. 191-0134 – 0000129506 | None | | Meta |
| 37 | SNAP – FTC – No. 191-0134 – 0000137196 | 1-2, 4, 6, 8, 10, 12, 14, 18, 19*, 20, 21*, 22-23, 30, 34, 36, 38-39, 41, 43, 45, 47, 49, 51, 53, 55, 57 | | Meta |
| 38 | SNAP – FTC – No. 191-0134 – 0000146208 | 3 | | Meta |

*Page is sealed except for the portions indicated by red boxes that Snap previously consented to disclose.

[1] Meta does not oppose sealing pages 3, 15-16, 21-25.
[2] Meta does not oppose sealing pages 5-6, 7, 7-20.
[3] Meta does not oppose sealing pages 11-27, 36, 41-44, 56-58.

| Decl. Ex. | Deponent | Proposed Transcript Page: Line to Seal | Type of Confidential Information |
|---|---|---|---|
| 39 | Saral Jain | Jain Dep. Tr. 81:15-92:14 | █ |
| 39 | Saral Jain | Jain Dep. Tr. 196:10-217:3 | █ |
| 39 | Saral Jain | Jain Dep. Tr. 220:1-230:3 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 22:21-23:9 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 35:5-21 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 36:22-43:5 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 44:20-47:21 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 48:6-51:1 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 54:18-56:6 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 61:5-22 | █ |
| 40 | David Levenson | Levenson Dep. Tr. 63:8-16 | █ |

| 40 | David Levenson | Levenson Dep. Tr. 64:3-69:10 | ██████ |
| --- | --- | --- | --- |
| 40 | David Levenson | Levenson Dep. Tr. 71:12-77:15 | ██████ |
| 40 | David Levenson | Levenson Dep. Tr. 78:7-82:1 | ██████ |
| 40 | David Levenson | Levenson Dep. Tr. 83:13-84:20 | ██████ |
| 40 | David Levenson | Levenson Dep. Tr. 85:13-88:2 | ██████ |
| 40 | David Levenson | Levenson Dep. Tr. 89:22-91:11 | ██████ |
| 40 | David Levenson | Levenson Dep. Tr. 93:9-95:9 | ██████ |

| 40 | David Levenson | Levenson Dep. Tr. 96:14-103:3 | |
|----|----------------|-------------------------------|---|
| 40 | David Levenson | Levenson Dep. Tr. 107:13-108:6 | |
| 40 | David Levenson | Levenson Dep. Tr. 108:19-110:1 | |
| 40 | David Levenson | Levenson Dep. Tr. 127:6-11 | |
| 40 | David Levenson | Levenson Dep. Tr. 128:1-129:2 | |
| 40 | David Levenson | Levenson Dep. Tr. 149:18-153:2 | |
| 40 | David Levenson | Levenson Dep. Tr. 154:15-20 | |
| 40 | David Levenson | Levenson Dep. Tr. 155:14-156:19 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 49:2-50:21 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 73:4-11 | |

| 41 | Jacob Andreou | Andreou Dep. Tr. 75:9-82:6 | |
|---|---|---|---|
| 41 | Jacob Andreou | Andreou Dep. Tr. 82:12-84:21 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 87:7-92:10 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 95:9-100:7 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 109:21-115:18 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 117:5-127:9 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 128:21-131:16 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 133:12-141:13 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 142:22-146:22 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 177:5-180:19 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 194:4-195:11 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 210:11-19 | |

| 41 | Jacob Andreou | Andreou Dep. Tr. 212:20-219:3 | |
|---|---|---|---|
| 41 | Jacob Andreou | Andreou Dep. Tr. 222:11-18 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 234:14-235:3 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 236:16-241:14 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 262:13-19 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 263:17-20 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 270:19-271:3 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 283:16-288:9 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 289:3-290:2 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 294:9-297:8 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 318:20-319:5 | |

| 41 | Jacob Andreou | Andreou Dep. Tr. 320:1-16 | |
|---|---|---|---|
| 41 | Jacob Andreou | Andreou Dep. Tr. 323:1-328:1 | |
| 41 | Jacob Andreou | Andreou Dep. Tr. 330:13-332:13 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2025, in Washington, D.C.

By: /s/ David O'Neil
David O'Neil

15