**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.<br><br>                    Defendant. |

Case No. 1:20-cv-03590-JEB

<u>**DECLARATION OF MJ YOON IN SUPPORT OF NON-PARTY DISCORD INC.'S**</u>
<u>**MOTION FOR CONFIDENTIAL TREATMENT OF DOCUMENTS AND TESTIMONY**</u>

I, MJ Yoon, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am Senior Counsel, Litigation at Discord Inc. ("Discord").  I have worked at Discord for two years.  In my role, I consult and interact regularly with various components of Discord's business operations and commercial practice.  I am very familiar with Discord's business, practices, and commercial operations.

2.      I understand that in 2022, the parties in the above-captioned action issued document subpoenas to Discord, and that between August 2022 and May 2023, Discord produced certain documents in response to those subpoenas.  I further understand that the parties in this action intend to use as trial exhibits some of those documents that Discord produced, in particular:

- DISCORD0000312 (a true and correct copy of which is attached as Exhibit 1)

- DISCORD0000698 (a true and correct copy of which is attached as Exhibit 2)

- DISCORD0000708 (a true and correct copy of which is attached as Exhibit 3)

- DISCORD0001377 (a true and correct copy of which is attached as Exhibit 4)

- DISCORD0001413 (a true and correct copy of which is attached as Exhibit 5)

- DISCORD0001575, 1599 (a true and correct copy of which is attached as Exhibit 6)

- DISCORD0002560 (a true and correct copy of which is attached as Exhibit 7)

- DISCORD0002567 (a true and correct copy of which is attached as Exhibit 8)

3.      I understand that in February 2023, the parties served deposition subpoenas on Discord.  On May 4, 2023, the parties deposed Julia Tang, Discord's corporate designee.  I understand that the parties in this action intend to potentially use Ms. Tang's deposition testimony at trial.  A true and correct copy of Ms. Tang's deposition transcript is attached as Exhibit 9.

4.      I further understand that Discord is moving to keep limited portions of those trial exhibits and deposition testimony (and by extension, any subsequent trial testimony on the same topics) under seal.[1]  Each of Exhibits 1 through 9 contains yellow highlighting that Discord has added to show its proposed confidentiality redactions.  The portions of documents that are highlighted in both yellow and red indicate the subset of Discord's proposed redactions that Meta opposes.

5.      I have re-reviewed the documents and am familiar with them.  I attended Ms. Tang's deposition, have re-reviewed the transcript, and am familiar with it.

6.      The contents of this declaration are based on my personal knowledge of Discord's business practices and the information and documents relevant to competitive decision-making in Discord's business.  If called as a witness in this action, I could and would testify competently as to the contents of this declaration.

---

[1] I understand that Meta does not oppose Discord's proposed redactions of the following portions of Ms. Tang's deposition transcript:  Tang Dep. Tr. 75:15-78:1; 109:22-112:15; 113:18-114:14; 178:7-179:13; 237:22-244:10.

7.    Portions of the documents and deposition reveal email addresses, phone numbers, or other contact information for current and/or former Discord employees or for individuals at other companies with whom Discord employees were speaking.

8.    Discord is a privately-held company that does not make public disclosures about its financials, detailed user demographics or user metrics, or confidential internal business analyses.

9.    **DISCORD0000312.**  This document, titled "Discord Strategy", contains highly confidential, commercially sensitive information about Discord's competitive strategy, internal performance indicators, and business outlook at the time of the document.  Discord seeks to keep confidential the portions of the document reflecting granular statistics about the performance and usage rates of Discord's products, including detailed user demographic data; the portions of the document reflecting its marketing and customer acquisition strategy; the portions of the document reflecting internal analyses of its business and product performance—including risks, strengths, and weaknesses; and the portions of the document reflecting Discord's strategy for marketing its products and growing its business.  I understand that Meta opposes only the following portion of Discord's proposed redactions to this document:  the third full paragraph on page 8.  This information is highly commercially sensitive, as it reveals features and tools that Discord deemed strategically important to invest in, as well as Discord's internal strategic deliberation about the risks and benefits of potential features.  This information is not publicly-disclosed by Discord, which is a privately-held company.  Disclosure of the information highlighted in this document would result in significant competitive harm to Discord because it would provide an asymmetrical advantage to Discord's competitors, who would be empowered to plan their marketing efforts in response to Discord's and also to target Discord's users.  Disclosure of this information would

likewise permit Discord's competitors to exploit any perceived vulnerabilities in Discord's products or business positioning.

10.    **DISCORD0000698.**  This document discloses highly confidential information about Discord's business and competitive strategy at the time of the document.  In particular, it discloses Discord's internal evaluation of its products, including as measured against the products of other companies.  It also reflects information about how Discord positioned itself in the market.  This information is particularly sensitive.  If disclosed, it would permit Discord's competitors to leverage asymmetrical information about Discord's market position, thus enabling them to neutralize Discord's business strategies and/or target Discord's users.

11.    **DISCORD0000708.**  This document likewise reflects Discord's commercially sensitive information at the time of the document.  It contains granular discussion of Discord's competitive advantage, and the role of key product features in securing that advantage.  It also reflects internal analyses of Discord's strategic positioning against specified industry participants.  Disclosing this information would provide Discord's competitors unfair leverage to copy and/or respond to Discord's positioning.

12.    **DISCORD0001377, DISCORD0001413, DISCORD0001575, 1599**[2]**.**  These documents contain highly confidential information about Discord's internal analyses of its products, as well as its market and strategic positioning at the time of the document.  These documents disclose how Discord has marketed its products and targeted users, measured and tracked the performance of its products (including as against other industry participants), and Discord's competitive advantage.  Disclosing this information would work tremendous competitive harm on Discord.  It would provide competitors with undue insight into Discord's

---

[2] DISCORD0001599 is an attachment to DISCORD0001575.

market strategy and positioning, which they could exploit to neutralize Discord's business strategies and/or target Discord's users.

13.    **DISCORD0002560, DISCORD0002567.**    These documents contain internal correspondence between Discord employees.    Discord employees frequently used work-provided chat platforms to have ordinary course business conversations.    The discussions are highly confidential and commercially sensitive.    They reflect Discord's internal analyses of its standing and positioning in the market, and disclose Discord's competitive advantage.    The foregoing are key inputs in Discord's business and growth strategy and marketing approach.    Disclosing this information would grant unfair opportunity to Discord's competitors to neutralize Discord's business strategy, target Discord's users, or otherwise exploit any perceived vulnerabilities in Discord's positioning.

14.    **Julia Tang Deposition Transcript.**[3]    Discord seeks to seal limited portions of Ms. Tang's deposition testimony for the same reasons discussed above.    This testimony contains highly confidential business information that is non-public, the disclosure of which would work serious competitive harm on Discord.    The portions of Ms. Tang's testimony that should be sealed generally fall into the following categories: Non-public, granular information about Discord's user demographics and performance metrics; confidential internal analyses of Discord's products and product features, including the strengths and weaknesses thereof, and comparisons to other companies' products; Discord's strategy for marketing and growing its business, including its approach to user acquisition; and confidential information about Discord's positioning in the industry and related strategies.    If disclosed, this material would provide an asymmetrical

---

[3] The list below identifies portions of Ms. Tang's deposition transcript by page number.    A highlighted copy of the deposition transcript is attached as Exhibit 9.    Discord seeks confidential treatment over only the highlighted portions of the pages listed.

advantage to Discord's competitors, who would be empowered to plan their marketing efforts in response to Discord's, to copy Discord, and also to target Discord's users.  It would also enable Discord's competitors to exploit any perceived vulnerabilities in Discord's products or business positioning.

- **Tr. 46-53, 60-64, 67-68, 85-88, 91, 96-97, 101-103, 105, 109-114, 163.**  Discussing non-public information about Discord's position in the market, the method and manner by which Discord measured that position (including as compared to other industry participants), and Discord's performance against other industry participants.  Disclosing this information would work competitive harm on Discord, including by providing asymmetrical information to its competitors, and permitting its competitors to copy or respond to Discord's positioning.

- **Tr. 18-19, 36-40, 70-72, 75-78, 134, 144-145, 281-282.**  Disclosing confidential information about Discord's user acquisition strategy, including assessment of Discord's strategic marketing posture, and development and evaluation of its competitive offering and competitive advantage.  Disclosing this information would work competitive harm on Discord, including by providing Discord's competitors asymmetrical information, with which competitors could copy, respond to, or neutralize Discord's strategies and positioning, as well as target Discord's users.

- **Tr. 158-159, 258-260, 298.**  Disclosing non-public metrics regarding the use and performance of Discord's products' features.  Disclosing this information would be harmful to Discord.  It would provide Discord's competitors non-public information about Discord's performance, which would permit them to copy and/or exploit perceived strengths and weaknesses.

- **Tr. 151-152, 161-162, 163-176, 177-191, 198-199, 204-208, 214-217, 235-236, 237-244, 245, 249, 284-285, 288, 290-291, 294-296.**  Reflecting confidential information about the business logic and strategy behind specific features of Discord's products, internal metrics reflecting the performance of Discord's products' features, confidential information about Discord's market positioning and competitive advantage, and of the strengths, weaknesses, and risks of its products and business (including as compared to the products of other industry participants).  Further disclosing non-public information about user metrics and Discord's user acquisition strategy.  Disclosing this information would harm Discord.  In particular, it would provide asymmetrical information to its competitors, which those competitors could use to exploit to copy or respond to Discord's positioning and strategies.

- **Tr. 220-234, 256-259, 298-299.**  Disclosing non-public information about Discord's financial performance and financial strategy, including analysis of the strengths and weaknesses thereof.  Further disclosing non-public information about product usage, specific features and the business strategy behind those features, and Discord's approach to user acquisition.  Disclosing this commercially sensitive information

would work competitive harm on Discord by permitting competitors to exploit perceived strengths and weaknesses, or to copy, respond to, or neutralize Discord's positioning and strategies.

- **Tr. 32, 34-35, 43, 65-66, 79, 83, 281.** Disclosing non-public personally identifying information—namely, chat handles and contact information—of Discord employees.

15.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in New York, NY on: April 7, 2025

MJ Yoon
Senior Counsel, Litigation
Discord Inc.