UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.<br><br>　　　　　　Defendant. | Case No. 1:20-cv-03590-JEB |

## [PROPOSED] ORDER REGARDING CONFIDENTIAL TREATMENT OF NON-PARTY DISCORD INC.'S DOCUMENTS AND TESTIMONY

Pursuant to the Protective Order (ECF No. 134) and the Order Regarding Confidentiality Procedures Before Trial (ECF No. 478), the Court has considered non-party Discord Inc.'s ("Discord") Motion for Confidential Treatment of Documents and Testimony. For the reasons set forth in Discord's Motion, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that all of the materials that Discord has proposed to redact in the documents listed below and in the deposition transcript of Julia Tang (and thus, testimony elicited at trial on the same topics), shall maintain the designation Highly Confidential under the Protective Order, and shall be sealed to the extent entered into evidence at trial.

April ___, 2025

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT COURT JUDGE