IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 1:20-cv-03590-JEB |

## JOINT STATUS REPORT

The parties submit this Joint Status Report regarding confidentiality procedures pursuant to the Court's March 24, 2025 Minute Order.

**I.  Confidentiality Protocol for Meta Witness Testimony**

The FTC and Meta have agreed to a protocol to aid in the identification of confidential information that might arise during Meta witnesses' testimony during trial. The agreed-upon protocol is attached as Exhibit A.

**II.  Status of Confidentiality Discussions**

To date, the parties are still engaging in discussions regarding confidentiality following the Court's April 3, 2025 Order on the Motion to Seal Exemplar Potential Trial Exhibits, ECF No. 510. The parties will raise those issues with the Court, if needed, at the appropriate time, including at the Pretrial Conference on April 9, 2025 if necessary.

Dated: April 8, 2025                              Respectfully submitted,

/s/ Daniel Matheson
Daniel Matheson (D.C. Bar 502490)
Krisha Cerilli (D.C. Bar 983281)
Susan A. Musser (D.C. Bar 1531486)
Douglas A. Gretz (N.Y. Bar 5666318)
Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
Geoffrey M. Klineberg (D.C. Bar No. 444503)
Aaseesh P. Polavarapu (D.C. Bar No. 1740414)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*