# EXHIBIT A

## <u>Confidentiality Protocol for Witness Testimony</u>

### <u>Meta Will Call Witnesses (First Week of Trial)</u>

For each Meta witness listed as "will call" on the FTC's final witness list that will be called during the first week of trial (April 14-17, 2025):

- Meta shall identify to the FTC its confidentiality assertions for the witness's deposition testimony, and investigational hearing testimony from the FTC's pre-complaint investigation, by March 31, 2025.

- To the extent that the parties are unable to resolve any disputes relating to those confidentiality assertions, then:

  - The FTC shall identify the specific testimony in dispute (by page number and line), or specific topics of testimony in dispute (with specific examples by page number and line), by April 3.  If the FTC identifies specific topics of testimony in dispute, and Meta believes the FTC's identification of topics is unclear, Meta may request, and the FTC must provide, additional specific examples (by page number and line), to clarify the dispute it is raising.

  - To the extent that the parties are unable to resolve any disputes related to those confidentiality assertions, the parties shall raise any disputes to the Court in a joint submission by no later than April 7, 2025.

### <u>Other Meta Will Call Witnesses</u>
- For each Meta witness listed on the FTC's final witness list that will be called during second week of trial (April 21-24, 2025), Meta shall identify to the FTC its confidentiality assertions for each witness's deposition testimony, and investigational hearing testimony from the FTC's pre-complaint investigation, by no later than April 4, 2025.

- For all other Meta witnesses listed as "will call" on the FTC's final witness list, Meta shall identify to the FTC its confidentiality assertions for each witness's deposition testimony, and investigational hearing testimony from the FTC's pre-complaint investigation, by 14 days after the Court's ruling on Meta's Motion to Seal Exemplar Potential Trial Exhibits (ECF No. 431).

- To the extent that the parties are unable to resolve any disputes relating to these confidentiality assertions, then:

  - The FTC shall identify the specific testimony in dispute (by page number and line), or specific topics of testimony in dispute (with specific examples by page number and line), by Monday of the week before a witness's expected testimony date.  If the FTC identifies specific topics of testimony in dispute, and Meta believes the FTC's identification of topics is unclear, Meta may request, and the FTC must provide,

additional specific examples (by page number and line), to clarify the dispute it is raising.

o Each party shall submit a brief, totaling no more than 5 pages absent good cause, by Thursday addressing any confidentiality issues regarding testimony for the following week's "will call" Meta witnesses who were identified as testifying in the upcoming week in the FTC's Thursday 10 a.m. weekly witness disclosure.

## **Meta May Call Witnesses**

- For each Meta witness listed as a "may call" witness on the FTC's final witness list, Meta shall be given eight calendar days' notice before the witness's potential testimony to assess the confidentiality of the witness's deposition testimony and investigational hearing testimony from the FTC's pre-complaint investigation.

- The parties shall in good faith attempt to reach agreement on the confidentiality of the Meta "may call" witness's transcript(s) prior to the witness's testimony at trial (whether by deposition designation or live).

- To the extent that the parties are unable to resolve any disputes relating to confidentiality of the witness's transcript(s), the parties shall raise any disputes to the Court at the appropriate time, and by no later than two days before the relevant witness testifies.

## **Grouping Testimony**

- The parties shall work together in good faith to group testimony in such a manner as to reduce the number of times the courtroom must be closed.