# ATTACHMENT A



# Attachment A Exhibits

# DX1202

# FILED UNDER SEAL

# DX1203

## FILED UNDER SEAL

# DX1204

## FILED UNDER SEAL

# DX1205

## FILED UNDER SEAL

# DX1206

## FILED UNDER SEAL

# DX1207

## FILED UNDER SEAL

# DX1208

## FILED UNDER SEAL

# DX1209

## FILED UNDER SEAL

# DX1210

# FILED UNDER SEAL

# DX1211

# FILED UNDER SEAL

# DX1212

# FILED UNDER SEAL

# DX1243

## FILED UNDER SEAL

# DX1244

## FILED UNDER SEAL

# DX1245

## FILED UNDER SEAL

# DX1246

## FILED UNDER SEAL

# DX1247

# FILED UNDER SEAL

# DX1248

## FILED UNDER SEAL

# DX1249

# FILED UNDER SEAL

# DX1250

## FILED UNDER SEAL

# DX1251

## FILED UNDER SEAL

# DX1252

## FILED UNDER SEAL

# DX1253

## FILED UNDER SEAL