# ATTACHMENT B







# Attachment B Exhibits

# DX1128

## FILED UNDER SEAL

# DX1129

## FILED UNDER SEAL

# DX1130

## FILED UNDER SEAL

# DX1131

## FILED UNDER SEAL

# DX1132

# FILED UNDER SEAL

# DX1133

## FILED UNDER SEAL

# DX1134

## FILED UNDER SEAL

# DX1135

## FILED UNDER SEAL

# DX1136

## FILED UNDER SEAL

# DX1137

## FILED UNDER SEAL

# DX1138

## FILED UNDER SEAL

# DX1139

## FILED UNDER SEAL

# DX1140

## FILED UNDER SEAL

# DX1141

## FILED UNDER SEAL

# DX1142

## FILED UNDER SEAL

# DX1143

## FILED UNDER SEAL

# DX1144

## FILED UNDER SEAL

# DX1145

## FILED UNDER SEAL

# DX1146

## FILED UNDER SEAL

# DX1147

## FILED UNDER SEAL

# DX1148

## FILED UNDER SEAL

# DX1149

## FILED UNDER SEAL

# DX1150

## FILED UNDER SEAL

# DX1151

## FILED UNDER SEAL

# DX1152

## FILED UNDER SEAL

# DX1153

## FILED UNDER SEAL

# DX1154

## FILED UNDER SEAL

# DX1155

## FILED UNDER SEAL

# DX1156

## FILED UNDER SEAL

# DX1157

## FILED UNDER SEAL

# DX1158

## FILED UNDER SEAL

# DX1159

## FILED UNDER SEAL

# DX1160

## FILED UNDER SEAL

# DX1161

## FILED UNDER SEAL

# DX1162

## FILED UNDER SEAL

# DX1163

## FILED UNDER SEAL

# DX1164

## FILED UNDER SEAL

# DX1165

## FILED UNDER SEAL

# DX1166

## FILED UNDER SEAL

# DX1167

## FILED UNDER SEAL

# DX1168

## FILED UNDER SEAL

# DX1169

## FILED UNDER SEAL

# DX1170

## FILED UNDER SEAL

# DX1171

## FILED UNDER SEAL

# DX1172

## FILED UNDER SEAL

# DX1173

## FILED UNDER SEAL

# DX1174

## FILED UNDER SEAL

# DX1175

## FILED UNDER SEAL

# DX1176

## FILED UNDER SEAL

# DX1177

## FILED UNDER SEAL

# DX1178

## FILED UNDER SEAL

# DX1180

## FILED UNDER SEAL

# DX1181

## FILED UNDER SEAL

# DX1182

## FILED UNDER SEAL

# DX1183

## FILED UNDER SEAL

# DX1184

## FILED UNDER SEAL

# DX1185

## FILED UNDER SEAL

# DX1213

## FILED UNDER SEAL

# DX1214

# FILED UNDER SEAL

# DX1215

## FILED UNDER SEAL

# DX1216

## FILED UNDER SEAL

# DX1217

## FILED UNDER SEAL

# DX1218

## FILED UNDER SEAL

# DX1219

## FILED UNDER SEAL

# DX1220

## FILED UNDER SEAL

# DX1221

## FILED UNDER SEAL

# DX1222

# FILED UNDER SEAL

# DX1223

## FILED UNDER SEAL

# DX1224

## FILED UNDER SEAL

# DX1225

## FILED UNDER SEAL

# DX1226

## FILED UNDER SEAL

# DX1227

## FILED UNDER SEAL

# DX1228

## FILED UNDER SEAL

# DX1229

## FILED UNDER SEAL

# DX1230

## FILED UNDER SEAL

# DX1231

## FILED UNDER SEAL

# DX1232

## FILED UNDER SEAL

# DX1233

## FILED UNDER SEAL

# DX1234

## FILED UNDER SEAL

# DX1235

## FILED UNDER SEAL

# DX1236

## FILED UNDER SEAL

# DX1237

## FILED UNDER SEAL

# DX1238

## FILED UNDER SEAL

# DX1239

## FILED UNDER SEAL

# DX1240

## FILED UNDER SEAL

# DX1241

## FILED UNDER SEAL

# DX1242

# FILED UNDER SEAL