# Exhibit 1

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX0727

3/10/25, 2:38 PM







https://about.meta.com/technologies/facebook-app/

PX0727-001



https://about.meta.com/technologies/facebook-app/

PX0727-002

3/10/25, 2:38 PM

↓   Latest news from Facebook

Facebook

**Helping Creators Test Content and Earn Rewards**

We're adding new ways for creators to test their Reels content and understand performance to grow on Facebook.

→ Learn more

Facebook

**You Can Now Have Multiple Personal Profiles on Facebook**

Creating multiple personal profiles lets you easily organize who you share with and what content you see for the various parts of your life.

→ Learn more

Facebook

**Video on Facebook Keeps Get Better**

The Video tab is now the go-to so for all videos on Facebook, includi Reels, long-form video, and Live content.

→ Learn more

https://about.meta.com/technologies/facebook-app/

PX0727-003



## Facebook Resources

**Help Center**

**Privacy Basics**

**Safety Center**

**About Facebook Ads**

**For Business**

**For Developers**

**For Media**

**For Creators**

**For Nonprofits**

**Brand Resources**

**Careers**

**Meta Verified**

**Family Center**

https://about.meta.com/technologies/facebook-app/

3/10/25, 2:38 PM



https://about.meta.com/technologies/facebook-app/

PX0727-005

3/10/25, 2:38 PM

Community Standards | Privacy Policy

Terms | Cookie policy

Language English (US) ⌄