# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

      Plaintiff,

    v.

META PLATFORMS, INC.,

      Defendant.

Case No. 1:20-cv-03590-JEB

## DECLARATION OF ███████████

I, ███████████, declare as follows:

1. I am a Paralegal Specialist at the Federal Trade Commission ("FTC"), Bureau of Competition. I am over the age of 18.

2. The statements made herein are based upon my personal knowledge.

3. I was given the assignment to create an accurate summary of the information contained in the "Historical App Descriptions" tab in APL-FTCMETA_00042482. Exhibit PX8013A is a summary of that information. I submit this declaration in conjunction with Exhibit PX8013A.

4. On April 11, 2023, Apple, Inc. ("Apple") produced APL-FTCMETA_00042482 as part of discovery in the above-captioned matter.

5. APL-FTCMETA_00042482 is a spreadsheet with two tabs – one titled "Date Submitted-Approved" and the second, "Historical App Descriptions."

6. Apple's production letter for the spreadsheet states that the "Date Submitted-Approved" tab "lists 44 applications by name, provider, and App ID. It includes the following information for each app: The date the app was first submitted to Apple for review; and

1

[t]he date the app was first discoverable on the App Store" (4.11.2023 Apple Production Letter at page 2).

7. Apple's production letter states that the "Historical App Descriptions" tab "features current and historical iOS App Store descriptions since January 1, 2011 for 25 separate apps, also listed by name and App ID." Apple's production letter further states that "[t]hese descriptions are not maintained on an annualized basis; rather, Apple has provided records of app descriptions included with each version of the app released during the requested time period (which may or may not be updated on an annual basis)" (4.11.2023 Apple Production Letter at page 2).

8. The "Historical App Descriptions" tab contains 8,301 rows of information and six columns under the following headings:

   i.   name
   ii.  appId
   iii. version
   iv.  platform
   v.   description
   vi.  createdAt

9. There are 24 unique values under the name heading. These values appear to represent the names of apps on the Apple iOS App Store.

10. Each app name is associated with an appId number, which remains constant across changes in version number, app store description, and createdAt date. The information contained in the "Historical App Descriptions" tab appears to be grouped alphabetically

PX8013-002

by app name and then listed chronologically based on an app's version number and its

corresponding createdAt date.

11. The platform heading includes three unique values: iOS, tvOS, and macOS. All tvOS and

macOS descriptions were excluded from Exhibit PX8013A.

12. The createdAt column includes date and time stamp values, which appear to indicate

when a new version of an iOS app was created on the Apple iOS App Store. This column

includes date values ranging from July 3, 2008 to March 23, 2023.

13. To create Exhibit PX8013A, I took the following steps:

    a.  I created 24 different tables, one for each app name listed in the "Historical App

        Descriptions" tab. In parentheses next to the app name is the appId associated

        with the iOS descriptions for each app.

    b.  Each table consists of two columns: "Date" and "Description." For each date, I

        listed the associated description from the "Historical App Descriptions" tab based

        on the createdAt date value.

    c.  The first date listed corresponds to the first available iOS description for each

        listed app. I then listed the app store description that was displayed on January 1

        of each year available until January 1, 2023. To do so, I looked at the createdAt

        column to find the description on January 1 or the most immediate prior entry. I

        copied and pasted the corresponding descriptions into the tables for each app.

    d.  Finally, I added a Table of Contents on the first page of Exhibit PX8013A.

14. Ex. PX8013A accurately reflects the annualized historical descriptions of 24 iOS App Store

apps as represented by the spreadsheet produced by Apple.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of March 2025, in Washington, DC.

Respectfully submitted,

/s/ 

PX8013-004