UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

To ensure that the proceedings in this matter are conducted in a fair and orderly manner, the Court ORDERS that:

I. Trial of this matter will begin promptly at 9:30 a.m., Monday through Thursday, in Courtroom 22A, and typically run until 5:00 p.m.

II. <u>Courtroom 22A</u>

   a. <u>Reserved Seating</u>.
   
      i. The row of seats inside the well on the left side of the courtroom facing the bench and the first row of seats on the left side of the gallery are reserved for defense counsel and personnel.
      
      ii. The row of seats inside the well on the right side of the courtroom facing the bench and the first row of seats on the right side of the gallery are reserved for members and representatives of the government trial team.
      
      iii. Two rows of seats will be designated for members of the media. Any available seats in the media rows that are not filled ten minutes prior to the commencement of the proceedings may be offered to other attendees.
      
      iv. One row will be reserved for court staff and others as designated by the Court.
      
      v. The remaining rows may be occupied by members of the general public, on a first-come, first-served basis.

      vi. Up to three sketch artists may sit in a designated area identified by the Court.

      vii. Adjustments to the seating plan may be made as circumstances warrant.

      viii. Lines for seats in the courtroom may form in the hallway outside Courtroom 22A. The courtroom will be opened for seating approximately 30 minutes prior to the start of the proceedings.

   b. <u>Electronic Devices</u>.

      i. All electronic devices must be turned off and stowed away upon entering Courtroom 22A, unless explicitly authorized otherwise by the Court.

      ii. Attorneys and members of the trial teams representing the parties in this matter may use their laptops and electronic devices as necessary and authorized by the Court during the proceedings.

      iii. Use of talk-to-text software is prohibited.

      iv. Taking photographs, recording, transmitting, broadcasting, and livestreaming is prohibited. <u>See</u> *infra* ¶ IV.

III. <u>Video Feed Locations</u>. The Court has arranged for a live video feed of the proceedings to be shown at two locations within the courthouse.

   a. <u>Overflow Courtroom</u>. Members of the general public and the media may use a designated overflow courtroom to view a live video feed of the proceedings from Courtroom 22A. Signs will be posted indicating the location of the overflow courtroom.

      i. Seating in the overflow courtroom will be on a first-come, first-served basis.

      ii. The first row inside the well and the first row in the gallery of the overflow courtroom will be reserved for the parties. Only counsel and authorized representatives of the parties may sit in the well of the overflow courtroom.

      iii. Use of talk-to-text software is prohibited.

      iv. Taking photographs, recording, transmitting, broadcasting, and livestreaming is prohibited. <u>See</u> *infra* ¶ IV.

   b. <u>Media Room</u>. Members of the media may view a live video feed from Courtroom 22A in a designated "media room," the location of which will be posted on the main floor of the courthouse.

      i. Members of the media who wish to use the media room must have a media room pass and comply with the Media Room Rules of Use. Information about media room rules

      and application forms for media room passes are available on the Court's website: www.dcd.uscourts.gov/media-information.

    ii. The media room generally will be open by 8:30 a.m. each day.

    iii. Seats in the media room will be first-come, first-served, and may be limited to one per organization, depending upon the level of interest. Media organizations that have at least one reporter with a long-term media room pass are guaranteed at least one media room seat.

IV. <u>Prohibition on Photographs, Recording, Transmitting, Broadcasting, and Livestreaming</u>. Taking photographs, recording, transmitting, broadcasting, and livestreaming court proceedings is strictly prohibited throughout the courthouse, including in courtrooms, overflow rooms, and media rooms. Violation of this prohibition may result in sanctions, including removal of court-issued media credentials, denial of entry to future hearings, the closing of overflow and/or media rooms, or any other sanctions deemed necessary by the Court. <u>See</u> <u>In re</u> <u>Prohibition of Photographing, Recording, Broadcasting, and Livestreaming Judicial Proceedings</u>, Standing Order No. 24-31 (JEB) (Sept. 18, 2024).

V. <u>Compliance with Court Staff Requests</u>. Any member of the public or media who wishes to view the proceedings from Courtroom 22A, the designated overflow courtroom, or the media room must comply with any requests made by any Court Security Officer, the United States Marshals Service, or Court staff.

VI. <u>Sealed Proceedings</u>. If at any time the proceedings in Courtroom 22A are sealed or closed to the public, the video feeds to the overflow courtroom and the media room will be turned off. No sealed exhibits will be displayed.

VII. <u>Violation of Order</u>. Any violation of this order may result in the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

SO ORDERED.

                                          */s/ James E. Boasberg*
                                          JAMES E. BOASBERG
                                          United States District Judge

Date:  April 10, 2025