IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Civil Action No. 1:20-CV-03590-JEB <br><br> Hon. James E. Boasberg |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR GREGORY F. WELLS**

Pursuant to Rule 83.2(e) of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel Evan Miller, as a member of the Bar of this Court, respectfully moves that Gregory F. Wells be admitted *pro hac vice* in the above-captioned action as counsel for Non-Party Alphabet, Inc. pending his formal admission to the Bar of this Court. In support of this motion, the undersigned represents:

1. Mr. Wells is a lawyer at Vinson & Elkins, LLP, 2200 Pennsylvania Ave., N.W., Washington, DC 20037.

2. As set forth in Mr. Wells' Declaration accompanying this motion, Mr. Wells is a member in good standing of the California and District of Columbia Bars. Mr. Wells is also member in good standing of the following federal bars: the U.S. Court of Appeals for the Second Circuit, the U.S. District Court for the Northern District of California, and the U.S. Court of Federal Claims. Mr. Wells has not been disciplined by any bar.

3. Mr. Wells has never been admitted *pro hac vice* in this Court.

4. Mr. Wells engages in the practice of law from an office located in the District of Columbia and is a member of the District of Columbia state bar. Simultaneously with this application, Mr. Wells has sought admission to the Bar of this Court.

5. A declaration signed by Mr. Wells, certifying the foregoing information, is annexed hereto.

WHEREFORE, the undersigned counsel respectfully moves that this Court enter an Order permitting Gregory F. Wells to appear *pro hac vice* in the above-captioned action pending his admission to the Bar of this Court.

Dated: April 10, 2025

*s/ Evan D. Miller*
Evan D. Miller
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
emiller@velaw.com

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on April 10, 2025, I caused to be filed a copy of the foregoing Motion for Admission *Pro Hac Vice* to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

Dated:  April 10, 2025                          *s/ Evan D. Miller*
                                                Evan D. Miller
                                                VINSON & ELKINS LLP
                                                2200 Pennsylvania Avenue NW
                                                Suite 500 West
                                                Washington, DC 20037
                                                Telephone: (202) 639-6500
                                                emiller@velaw.com