UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**PROPOSED ORDER REGARDING SEQUESTRATION OF WITNESSES**

Pursuant to Fed. R. Evid. 615(a), (b), the Court **ORDERS** that:

If an individual has been identified as a fact witness on either party's witness list, until their trial testimony has been completed, they shall be excluded from the courtroom and shall not be provided with access to trial testimony or to either party's opening statements. This Order shall not apply to Defendant Meta Platforms' corporate representative or expert witnesses who expect to provide testimony pursuant to Fed. R. Evid. 702.

IT IS SO ORDERED.

DATED: 4/14/25

_____
Honorable James E. Boasberg
United States District Court Chief Judge