UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.,**<br><br>Defendant. | Civil Action No. 20-cv-3590 (JEB)<br>Hon. James E. Boasberg |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jessica R. Watters, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Non-Party Petitioner Kevin Systrom.

Dated:  Washington, DC
April 22, 2025

*/s/ Jessica R. Watters*
Jessica R. Watters (DC Bar No. 1617779)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7093
jessica.watters@skadden.com

*Attorney for Non-Party Petitioner Kevin Systrom*