UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.**<br><br>　　　　　Defendant. | Case No.: 20-cv-3590 (JEB)<br>Hon. James E. Boasberg |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ann O'Brien, a member of the law firm of Sheppard, Mullin, Richter & Hampton LLP and a member of the Bar of this Court, hereby enters her appearance in this action on behalf of Non-Party Respondent Strava, Inc..

Dated: Washington, DC
　　　　April 22, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Ann O'Brien
　　　　　　　　　　　　　　　　　　　　Ann O'Brien (DC Bar No. 469594)
　　　　　　　　　　　　　　　　　　　　SHEPPARD, MULLIN, RICHTER &
　　　　　　　　　　　　　　　　　　　　HAMPTON LLP
　　　　　　　　　　　　　　　　　　　　2099 Pennsylvania Avenue, NW, Suite 100
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-6801
　　　　　　　　　　　　　　　　　　　　Phone: (202) 747-1900
　　　　　　　　　　　　　　　　　　　　AOBrien@sheppardmullin.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Non-Party Respondent Strava.*
　　　　　　　　　　　　　　　　　　　　　　*Inc.*