AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-CV-03590-JEB |
| META PLATFORMS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc.

Date: 04/29/2025

/s/ Joseph S. Hall
*Attorney's signature*

Joseph S. Hall, DC Bar No. 475057
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036
*Address*

jhall@kellogghansen.com
*E-mail address*

(202) 326-7983
*Telephone number*

(202) 326-7999
*FAX number*