UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that:

1. By 8 p.m. EST two days before anticipated use, Meta shall disclose to a walled-off team of outside counsel the Snap-produced documents or deposition testimony Meta may use in its examination. This disclosure obligation applies only to documents or deposition testimony designated as Confidential or Highly Confidential under the Protective Order. It does not apply to public documents or statements.

2. The walled-off outside attorneys may work with walled-off in-house Snap lawyers for purposes of assessing any confidentiality issues. These outside and in-house lawyers may only share the disclosed information with each other; they may not disclose it to the FTC, to the team preparing the witnesses, or to the witnesses.

**IT IS SO ORDERED.**

DATED: _____     _____
Honorable James E. Boasberg
United States District Court Chief Judge