UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No.: 1:20-cv-03590-JEB

# [PROPOSED] ORDER

It is hereby **ORDERED** that:

1. By 8 p.m. EST two days before anticipated use, Meta shall disclose to Snap's counsel any Snap-produced documents, deposition testimony, or any testimony discussing the substance of such material that Meta may use or elicit at trial. This disclosure obligation applies only to documents or deposition testimony designated as Confidential or Highly Confidential under the Protective Order. It does not apply to public documents or statements.

2. Snap's counsel will agree not to disclose any information obtained solely through these disclosures with any third parties, the FTC, or any witnesses testifying at trial.

3. Meta need not give advance notice to Snap as long as it affords documents or deposition testimony designated as Confidential or Highly Confidential and any testimony discussing the substance of such material "Complete Nondisclosure" treatment as set forth in the Court's "Order Regarding Confidentiality Procedures Before and At Trial" and the Court's "Second Order Regarding Confidentiality Procedures At Trial." Dkt. 478, 545.

**IT IS SO ORDERED.**

DATED: _____

Honorable James E. Boasberg
United States District Court Chief Judge