**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03590-JEB |
| META PLATFORMS, INC., | |
| Defendant. | |

## <u>META PLATFORMS, INC.'S AMENDED FINAL WITNESS LIST</u>

Pursuant to Local Civil Rule 16.5 of the U.S. District Court for the District of Columbia and the Court's Order (ECF No. 390), Meta Platforms Inc. ("Meta") respectfully submits the following final witness list. Meta discloses the party, non-party, and expert witnesses it currently anticipates that it will or may call at trial, with the expected subjects of their testimony. Meta currently expects that it will call witnesses live but reserves the right to offer prior sworn video testimony in the event that witnesses are unavailable or other considerations warrant changing witnesses from live to video testimony. Meta reserves the right to add or drop witnesses from the list. Meta reserves the right not to call any of the people listed, as circumstances may warrant. Meta reserves the right to call the custodian of records of any party or non-party or other witness to the extent necessary to demonstrate the authenticity or admissibility of documents, in the event a stipulation cannot be reached concerning the authentication or admissibility of such documents or an appropriate certification cannot be obtained pursuant to Federal Rule of Evidence 902(11). Meta reserves the right to question witnesses for more or less

1

than the estimated time, within Meta's allocation of time in this trial.  In addition, Meta

designates witnesses on the final FTC witness list as witnesses that Meta will or may call, to

avoid disputes at trial over the scope of Meta's examination of those witnesses.  Meta reserves

the right to question the people listed below about any topics that are the subjects of testimony

by witnesses called by the Federal Trade Commission.  In the event Meta presents a rebuttal

case, Meta reserves the right to call witnesses for appropriate rebuttal.

**Meta Current and Former Employees – Will Call**

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---------|-------------------|------------------------------|---------------|-------------------|
| Acton, Brian | Joseph J. Matelis<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W., Suite 700<br>Washington, D.C. 20006<br>Matelisj@sullcrom.com<br>(202) 956-7610 | The competitive landscape; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Alison, Tom | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 90 minutes | Live |
| Cathcart, Will | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---------|--------------------|-----------------------------|---------------|-------------------|
| Cobb, Curtiss | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |
| Cox, Chris | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |
| Hegeman, John | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Janardhan, Santosh | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Li, Susan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |
| Mosseri, Adam | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 120 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Olivan, Javier | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |
| Parikh, Jay | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |
| Rosen, Guy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Sandberg, Sheryl | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kelloghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 45 minutes | Live |
| Schroepfer, Mike | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kelloghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 75 minutes | Live |
| Schultz, Alex | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kelloghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 120 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Shortway, Nick | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. | 30 minutes | Live |
| Systrom, Kevin | David Wales<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005<br>david.wales@skadden.com<br>(202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. | 105 minutes | Live |
| Zuckerberg, Mark | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 180 minutes | Live |

**Meta Current and Former Employees – May Call**

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Backstrom, Lars | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 30 minutes | Live |
| Bosworth, Andrew | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 30 minutes | Live |
| Cole, Amy | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; product improvement and innovation. | 30 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Deng, Peter | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 45 minutes | Live |
| Ebersman, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Gleit, Naomi | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Gupta, Nitin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kelloghansen.com<br>(202) 326-7993 | WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Krieger, Mike | David Wales<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, N.W.,<br>Washington, D.C. 20005<br>david.wales@skadden.com<br>(202) 371-7190 | The competitive landscape; Instagram acquisition; product improvement and innovation. | 45 minutes | Live |
| Patel, Keval | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kelloghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 30 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Raji, Vijaye | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 30 minutes | Live |
| Stoop, Dirk | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; product improvement and innovation. | 30 minutes | Live |
| Toffey, Dan | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | Instagram acquisition; product improvement and innovation. | 30 minutes | Live |

| Witness | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Wehner, David | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Zoufonoun, Amin | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC<br>1615 M Street, N.W.,<br>Suite 400<br>Washington, D.C. 20036<br>apaul@kellogghansen.com<br>(202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |

**Non-Party Witnesses – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Aguhob, JJ Viddy | Andrew Han Warner Media 230 Park Ave S, New York, NY 10003 Andrew.Han@warnermedia.com (212) 548-5555 | The competitive landscape. | 30 minutes | Live |
| Bigman, Jason Reddit | Ted Hassi Debevoise & Plimpton LLP 801 Pennsylvania Avenue N.W. Washington, D.C. 20004 lmartin@debevoise.com (202) 383-8135 | The competitive landscape. | 30 minutes | Live |
| Chandlee, Blake TikTok | Craig M. Reiser, Esq. Axinn, Veltrop & Harkrider LLP 45 Rockefeller Plaza (630 5th Avenue) New York, NY 10111 creiser@axinn.com (212) 728-2218 | The competitive landscape. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Chen, Jonathan<br>Twitter | Nick Giles, Esq.<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>ngiles@mcguirewoods.com<br>(804) 775-4760 | The competitive landscape. | 30 minutes | Live |
| Filner, Aaron<br>YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. | 45 minutes | Live |
| Jain, Saral<br>Snap | David O'Neil<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>daoneil@debevoise.com<br>(202)-383-8040 | The competitive landscape, product improvement and innovation. | 45 minutes | Live |
| Levenson, David<br>Snap | David O'Neil<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>daoneil@debevoise.com<br>(202)-383-8040 | The competitive landscape. | 60 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Pattabiraman, Kumaresh<br>LinkedIn | Ryan Z. Watts<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW, Washington, DC 20001<br>ryan.watts@arnoldporter.com<br>(202) 942-6609 | The competitive landscape. | 36 minutes | Video Designations |
| Shah, Ronak<br>Apple | Evan Kreiner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1 Manhattan West<br>New York, NY 10001<br>evan.kreiner@skadden.com<br>(212) 735-2491 | The competitive landscape. | 45 minutes | Live |
| Tang, Julia<br>Discord | Krystal Durham<br>Williams & Connolly LLP<br>680 Maine Ave, SW<br>Washington, D.C. 20024<br>kdurham@wc.com<br>(202) 434-5000 | The competitive landscape. | 30 minutes | Live |
| Weinstein, Debbie<br>YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. | 38 minutes | Video Designations |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Yam, Sylvia<br>Walmart | Elai Katz<br>McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY 10017<br>ekatz@mwe.com<br>(212) 547-5791 | The competitive landscape. | 30 minutes | Live |

**Non-Party Witnesses – May Call**

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Andreou, Jacob<br>Snap | David O'Neil<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>daoneil@debevoise.com<br>(202)-383-8040 | The competitive landscape. | 60 minutes | Live |
| Baumgarten, Kimberly<br>Epic Games | Robert Dugdale<br>Kendall Brill & Kelly, LLP<br>10100 Santa Monica Boulevard, Suite 2500<br>Los Angeles, CA 90067<br>rdugdale@kbkfirm.com<br>(310) 272-7904 | The competitive landscape. | 30 minutes | Live |
| Bennett, Jason<br>Amazon | Alexis James Gilman<br>Crowell & Moring LLC<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>agilman@crowell.com<br>(202) 624-2570 | Product improvement and innovation. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Coleman, Scott<br>Pinterest | Peter J. Mucchetti, Esq.<br>Clifford Chance US LLP<br>2001 K Street N.W.,<br>Washington, D.C. 20006<br>Peter.Mucchetti@cliffordchance<br>.com<br>(202) 912-5053 | The competitive landscape. | 45 minutes | Live |
| Crowley, Dennis<br>Foursquare | Daniel N. Anziska<br>Troutman Pepper<br>875 Third Avenue<br>New York, NY 10022<br>daniel.anziska@troutman.com<br>(212) 704-6009 | The competitive landscape. | 30 minutes | Live |
| Esfahani, Ali<br>Morgan Stanley | Jeffrey Perry<br>Weil, Gotshal & Manges, LLP<br>2001 M Street NW<br>Washington D.C. 20036<br>jeffrey.perry@weil.com<br>(202) 682-7105 | WhatsApp acquisition. | 30 minutes | Live |
| Goetz, Jim<br>Sequoia Capital | Samer Musallam<br>Ropes & Gray<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Samer.musallam@ropesgray.co<br>m<br>(202) 508-4850 | WhatsApp acquisition; the competitive landscape. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Greenfield, Samuel<br>Google | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | Product improvement and innovation. | 30 minutes | Live |
| Hsu, Flora<br>Nextdoor Holdings | Brad Estes, Esq.<br>Lewis & Llewellyn LLP<br>601 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111<br>bestes@lewisllewellyn.com<br>(415) 762-0907 | The competitive landscape. | 30 minutes | Live |
| Kim, Thomas<br>YouTube | Greg Wells, Esq.<br>Vinson & Elkins LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037<br>gregwells@velaw.com<br>(202) 639-6516 | The competitive landscape. | 45 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Pappas, V<br>TikTok | Justin Shur<br>MoloLamken LLP<br>600 New Hampshire Avenue, NW<br>Washington, D.C. 20037<br>jshur@mololamken.com<br>(202) 556-2005 | The competitive landscape. | 60 minutes | Live |
| ▬▬▬▬▬▬<br>eBay, Inc. | Allison Huebert<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>allisonhuebert@quinnemanuel.com<br>(312) 705-7427 | The competitive landscape. | 15 minutes | Video Designations |
| Morrison, Eric<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Perzyk, Tim<br>Twitter | Nick Giles, Esq.<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>ngiles@mcguirewoods.com<br>(804) 775-4760 | The competitive landscape. | 30 minutes | Live |
| Presser, Adam<br>TikTok | Craig M. Reiser, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>45 Rockefeller Plaza<br>(630 5th Avenue)<br>New York, NY 10111<br>creiser@axinn.com<br>(212) 728-2218 | The competitive landscape. | 45 minutes | Live |
| Raymond, Winter<br>Reddit | Leah Martin<br>Debevoise & Plimpton LLP<br>801 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>lmartin@debevoise.com<br>(202) 383-8203 | The competitive landscape. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Roberts, Julia Pinterest | Peter J. Mucchetti, Esq. Clifford Chance US LLP 2001 K Street N.W., Washington, D.C. 20006 Peter.Mucchetti@cliffordchance.com (202) 912-5053 | The competitive landscape. | 45 minutes | Live |
| Showerman, Court Quora | Becca Furman Brad Estes Lewis & Llewellyn LLP, 601 Montgomery Street, Suite 2000, San Francisco, CA 94111 bfurman@lewisllewellyn.com (415) 762-7692 | The competitive landscape. | 30 minutes | Live |
| Slattery, Alastair Google | Greg Wells, Esq. Vinson & Elkins LLP 2200 Pennsylvania Avenue NW Suite 500 West Washington, DC 20037 gregwells@velaw.com (202) 639-6516 | The competitive landscape. | 30 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Smith, Ian<br>Allen & Co. | Maria Galeno<br>Pillsbury Winthrop Shaw Pittman LLP<br>31 West 52nd Street<br>New York, NY 10019<br>maria.galeno@pillsburylaw.com<br>(212) 858-1833 | WhatsApp acquisition. | 30 minutes | Live |

**Meta Experts – Will Call**

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Carlton, Dennis* Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 180 minutes | Live |
| Fischel, Daniel* Compass Lexecon | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition. | 45 minutes | Live |
| Ghose, Anindya* New York University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Kaplan, Steve* University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |
| List, John* University of Chicago | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape. | 90 minutes | Live |
| Nieh, Jason* Columbia University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 60 minutes | Live |

| Witness, Employer | Contact Information | Brief Description of Testimony | Time Estimate | Form of Testimony |
|---|---|---|---|---|
| Simonson, Itamar* Stanford University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape. | 45 minutes | Live |
| Subrahmanian, V.S.* Northwestern University | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | Instagram acquisition; WhatsApp acquisition; product improvement and innovation. | 30 minutes | Live |
| Tucker, Catherine* Massachusetts Institute of Technology | Kellogg, Hansen, Todd, Figel, & Frederick, PLLC 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 apaul@kellogghansen.com (202) 326-7993 | The competitive landscape; product improvement and innovation. | 60 minutes | Live |