**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FEDERAL TRADE COMMISSION**,

                     Plaintiff,

     v.

**META PLATFORMS, INC.**

                   Defendant.

Civil Action No. 1:20-cv-03590 (JEB)

**Declaration of Barrett J. Anderson in Support of Plaintiff Federal Trade Commission's**
**Motion to Clarify that PX10798 Is Admitted into Evidence**

1

I, Barrett J. Anderson, declare as follows:

1.  I am a Senior Trial Counsel at the Federal Trade Commission ("FTC") Bureau of

    Competition. I am serving as trial counsel in *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-

    03590-JEB (D.D.C.).  I am admitted to practice in the United States District Court for the

    District of Columbia.

2.  I make this declaration in support of Plaintiff Federal Trade Commission's Motion to

    Clarify that PX10798 Is Admitted into Evidence.

3.  Attached as Exhibit 1 is a true and correct copy of the trial transcript from the morning

    session of May 21, 2025.

4.  Attached as Exhibit 2 is a true and correct copy of the pre-trial conference transcript from

    April 9, 2025

5.  Attached as Exhibit 3 is a true and correct copy of the trial transcript from the afternoon

    session of April 22, 2025.

6.  Attached as Exhibit 4 is a true and correct copy of the trial transcript from the afternoon

    session of April 24, 2025.

7.  Attached as Exhibit 5 is a true and correct copy of an excerpt from the redacted transcript

    from the deposition of Nicholas Shortway from February 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May, 2025, in Washington, D.C.


                                        Respectfully submitted,


                                        */s/ Barrett J. Anderson*
                                        Barrett J. Anderson (D.C. Bar 1024159)


2