# Exhibit 6

Home (/) › News (/news) › Press Highlights (/presshighlights) › Press Highlights

# Press Highlights

---

**EXPLORE THIS SECTION**

---

NYU School of Law and its faculty, students, alumni, centers and programs are frequently featured in the media. The following lists recent news stories, interviews and op-eds.

Select by Faculty Name

| Scott Hemphill | ⌄ |

Choose a name to browse by individual faculty.

Apply

 **"Judge Follows The Users And The Money In Meta's FTC Case" (https://www.law360.com/articles/2345354)**
05/27/2025
*Law 360*
Expert: Scott Hemphill

 **"The Case Against Facebook" (https://www.npr.org/transcripts/947160910)**
12/16/2020
*NPR*
Expert: Scott Hemphill

 **"Antitrust Is Back: A Q&A With The Experts" (https://www.forbes.com/sites/anatalonbeck/2020/12/14/antitrust-is-back-a-qa-with-the-experts/?sh=369823f4216d)**
12/14/2020
*Forbes*
Expert: Scott Hemphill

 **"'The Wrath Of Mark': 4 Takeaways From The Government's Case Against Facebook" (https://www.npr.org/2020/12/11/945234491/the-wrath-of-mark-takeaways-from-the-governments-case-against-facebook)**
12/11/2020
*NPR*
Expert: Scott Hemphill

 **"Google Up Against Laws That Thwarted Microsoft (and Others Since 1890)" (https://www.nytimes.com/2020/10/20/technology/google-antitrust-laws-microsoft.html)**
10/20/2020
*New York Times*
Expert: Scott Hemphill

 **"Big Tech Goes on Shopping Spree, Brushing Off Antitrust Scrutiny" (https://news.bloomberglaw.com/mergers-and-antitrust/big-tech-goes-on-shopping-spree-brushing-off-antitrust-scrutiny)**
07/27/2020
*Bloomberg Law*
Expert: Scott Hemphill



**"Behind the Big Tech antitrust backlash: A turning point for America" (https://finance.yahoo.com/news/amazon-facebook-google-antitrust-backlash-152518336.html)**

12/11/2019

*Yahoo Finance*

Expert: Scott Hemphill



**"What, if Anything, Should Be Done to Rein in Big Tech?" (https://www.nytimes.com/2019/11/11/business/dealbook/makan-delrahim-kevin-systrom-bill-gates-regulation-technology.html)**

11/11/2019

*New York Times*

Expert: Scott Hemphill



**"Dismembering Big Tech" (https://www.economist.com/business/2019/10/24/dismembering-big-tech)**

10/24/2019

*The Economist*

Expert: Scott Hemphill



**"New Google and Facebook Inquiries Show Big Tech Scrutiny Is Rare Bipartisan Act" (https://www.nytimes.com/2019/09/06/technology/attorney-generals-tech-antitrust-investigation.html)**

09/06/2019

*New York Times*

Experts: Harry First and Scott Hemphill

**"How Should Big Tech Be Reined In? Here Are 4 Prominent Ideas" (https://www.nytimes.com/2019/08/20/technology/big-tech-reined-in.html?rref=collection%2Fbyline%2Fsteve-lohr&action=click&contentCollection=undefined&region=stream&module=stream_unit&version=latest&contentPlacement=1&pgtyp**

08/20/2019

*New York Times*

Expert: Scott Hemphill

**"Inside Chris Hughes's campaign to break up Facebook, the tech 'monopoly' he helped create" (https://www.washingtonpost.com/technology/2019/07/25/inside-chris-hughess-campaign-break-up-facebook-tech-monopoly-he-helped-create/?utm_term=.4852bf57f81d)**

07/25/2019

*Washington Post*

Expert: Scott Hemphill

**"Chris Hughes Worked to Create Facebook. Now, He Is Working to Break It Up." (https://www.nytimes.com/2019/07/25/technology/chris-hughes-facebook-breakup.html?utm_source=CNN+Media%3A+Reliable+Sources&utm_campaign=dafcbc8ac8-EMAIL_CAMPAIGN_2018_09_11_04_47_COPY_01&utm_medium=email&utm_term=0_e95cdc16a9-dafcbc8ac8-81836405)**

07/25/2019

*New York Times*

Expert: Scott Hemphill

**"Does Genius have a case against Google in its fight over lyrics?" (https://www.thefader.com/2019/06/27/genius-google-lyrics-essay)**

06/27/2019

*Fader*

Expert: Scott Hemphill

**"Justice Department Investigates Chicken Industry" (https://www.wsj.com/articles/justice-department-investigates-chicken-industry-11561495088)**
06/25/2019
*Wall Street Journal*
Expert: Scott Hemphill

**"Sprint and T-Mobile Merger Faces New Hurdle With Lawsuit by States" (https://www.nytimes.com/2019/06/11/business/sprint-tmobile-merger.html)**
06/11/2019
*New York Times*
Expert: Scott Hemphill

**"Break Up Big Tech" (https://www.wnyc.org/story/ideas-festival-2020-break-big-tech/)**
05/14/2019
*WNYC: The Brian Lehrer Show (audio)*
Expert: Scott Hemphill

**"Time to break up big tech?" (https://www.bbc.co.uk/sounds/play/w3csy9tp)**
05/09/2019
*BBC: In the Balance (audio)*
Expert: Scott Hemphill

**"Are Mutual Funds Bad for U.S. Consumers?" (https://www.theregreview.org/2019/04/24/chen-mutual-funds-us-consumers/)**
04/24/2019
*Regulatory Review*
Experts: Scott Hemphill and Marcel Kahan

**"CEOs Learn Something in Business School" (https://www.bloomberg.com/opinion/articles/2019-04-09/ceos-learn-something-in-business-school)**
04/09/2019
*Bloomberg*
Experts: Scott Hemphill and Marcel Kahan

**"Antitrust 3: Big Tech" (https://www.npr.org/sections/money/2019/02/22/697170790/antitrust-3-big-tech)**
02/22/2019
*NPR: Planet Money (audio)*
Expert: Scott Hemphill

**"Common ownership of shares faces regulatory scrutiny" (https://www.ft.com/content/59325462-fe57-11e8-aebf-99e208d3e521)**
01/21/2019
*Financial Times*
Expert: Scott Hemphill

**"Big Buyers Beware the New Trustbusters" (https://www.wsj.com/articles/big-buyers-beware-the-new-trustbusters-11545993001)**
12/28/2018
*Wall Street Journal*
Expert: Scott Hemphill

**"What We Heard At The FTC Hearings: Day 14" (https://www.law360.com/articles/1108103/what-we-heard-at-the-ftc-hearings-day-14)**
12/13/2018

*Law360*
Expert: Scott Hemphill

**"Generic Viagra floods the market. Here's how Pfizer is reacting" (https://www.marketplace.org/2018/07/13/health-care/generic-viagra-floods-market-here-s-how-pfizer-reacting)**
07/13/2018
*Marketplace*
Expert: Scott Hemphill

**"Amazon, the Elephant in the Antitrust Room" (https://www.nytimes.com/2018/05/03/business/amazon-the-elephant-in-the-antitrust-room.html)**
05/03/2018
*New York Times*
Expert: Scott Hemphill

**"The Loopholes Drug Companies Use to Keep Prices High" (https://www.bloombergquint.com/business/2017/12/20/the-loopholes-drug-companies-use-to-keep-prices-high)**
12/21/2017
*Bloomberg*
Expert: Scott Hemphill

**"The Disney-Fox Deal Has Friends in High Places" (https://www.nytimes.com/2017/12/14/business/media/antitrust-disney-fox.html)**
12/14/2017
*New York Times*
Expert: Scott Hemphill

**"Consumer Watchdog, Anti-Trust Experts Warn of Higher Prices From Disney-Fox Merger" (http://variety.com/2017/biz/news/consumer-impact-disney-fox-1202641240/)**
12/14/2017
*Variety*
Expert: Scott Hemphill

**"AT&T-Justice Department Clash Puts Outspoken Judge Back in Spotlight" (https://www.wsj.com/articles/at-t-justice-department-clash-puts-outspoken-judge-back-in-spotlight-1511778600)**
11/27/2017
*Wall Street Journal*
Expert: Scott Hemphill

**"Pfizer Alleges J&J Thwarted Competition to Remicade, in Legal Test of Biotech-Drug Copies" (https://www.wsj.com/articles/pfizer-files-antitrust-lawsuit-alleging-j-j-thwarted-use-of-biosimilar-rival-to-remicade-1505913080)**
09/20/2017
*Wall Street Journal*
Expert: Scott Hemphill

**"Book Publishers Defeat Antitrust Appeals at Circuit" (http://www.newyorklawjournal.com/id=1202793211108/Book-Publishers-Defeat-Antitrust-Appeals-at-Circuit)**
07/17/2017
*New York Law Journal*
Expert: Scott Hemphill

**"Why a Media Merger That Should Go Through Might Not" (http://www.nytimes.com/2016/10/26/business/economy/why-a-media-merger-that-should-go-through-might-not.html?_r=0&mtrref=undefined&gwh=3326A0DD4E85FFA2BBA1C781B35E3EBA&gwt=pay)**

10/26/2016

*New York Times*

Expert: Scott Hemphill

**"Blocked US deals a sign that mergers have become more aggressive" (http://www.ft.com/cms/s/0/7608d102-177c-11e6-b197-a4af20d5575e.html#axzz48Rus1hGS)**

05/12/2016

*Financial Times (Subscription required)*

Expert: Scott Hemphill

**"Google under double scrutiny: Do tying arrangements really harm consumers?" (http://www.csmonitor.com/Technology/2016/0429/Google-under-double-scrutiny-Do-tying-arrangements-really-harm-consumers)**

04/29/2016

*Christian Science Monitor*

Expert: Scott Hemphill

**"Europe's Case Against Google Might Help Rivals More Than Consumers" (http://nyti.ms/1NXoVep)**

04/28/2016

*New York Times*

Expert: Scott Hemphill

**"FTC fights against new strategy for delaying generics" (http://www.marketplace.org/2016/03/31/health-care/ftc-fights-against-new-strategy-delaying-generics)**

04/01/2016

*Marketplace*

Expert: Scott Hemphill

**"Drug Firms Stave Off Generics, Costing Consumers Billions, Critics Say" (http://www.nbcnews.com/business/business-news/drug-firms-stave-generics-costing-consumers-billions-critics-say-n447916)**

10/21/2015

*NBC News*

Expert: Scott Hemphill

**"Amazon takes on Google and Apple" (http://www.marketplace.org/topics/business/amazon-takes-google-and-apple)**

10/02/2015

*Marketplace*

Expert: Scott Hemphill

**"Drugmakers Earn Poor Reputation" (http://enterprise.vnews.com/2015/09/06/drugmakers-earn-poor-reputation/)**

09/06/2015

*Enterprise*

Expert: Scott Hemphill

**"Here's why drugmakers are held in low esteem" (http://www.latimes.com/business/la-fi-lazarus-20150828-column.html)**

08/28/2015

*Los Angeles Times*

Expert: Scott Hemphill

**"An Antitrust Litigation 'Explosion'" (http://www.nationallawjournal.com/home/id=1202732509104/An-Antitrust-Litigation-Explosion-?mcode=1202615432992&curindex=0)**
07/20/2015
*National Law Journal*
Expert: Scott Hemphill

**"How Can You Prove Airlines Conspired To Keep Ticket Prices High?" (http://www.buzzfeed.com/mariahsummers/how-can-you-prove-airlines-conspired-to-keep-ticket-prices-h#.niY1O1PKD)**
07/02/2015
*BuzzFeed News*
Expert: Scott Hemphill

**"How Netflix Keeps Finding Itself on the Same Side as Regulators" (http://www.nytimes.com/2015/05/29/business/media/how-netflix-keeps-finding-itself-on-the-same-side-as-regulators.html)**
05/28/2015
*New York Times*
Expert: Scott Hemphill

**"Not to Be Stopped, Google Takes On the Wireless World" (http://www.nytimes.com/2015/05/08/business/not-to-be-stopped-google-takes-on-the-wireless-world.html?_r=0)**
05/07/2015
*New York Times*
Expert: Scott Hemphill

© 2025 New York University School of Law.

40 Washington Sq. South, New York, NY 10012.

Tel. (212) 998-6100

Equal Opportunity and Non-Discrimination at NYU - New York University is committed to maintaining an environment that encourages and fosters respect for individual values and appropriate conduct among all persons. In all University spaces—physical and digital—programming, activities, and events are carried out in accordance with applicable law as well as University policy, which includes but is not limited to its Non-Discrimination and Anti-Harassment Policy (https://www.nyu.edu/about/policies-guidelines-compliance/equal-opportunity/harassment-and-discrimination.html).