# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE FEDERAL TRADE COMMISSION**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc. requests that the Federal Trade Commission serve written responses to this First Set of Requests for Production of Documents under oath and produce for inspection and copying the Documents set forth below that are in its possession, custody, or control, whether or not prepared by Plaintiff or any other Person, at the offices of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., located at 1615 M Street, N.W., Suite 400, Washington, D.C. 20036.

**DEFINITIONS**

1. "Action" means the above-captioned action pending in this Court, including any related discovery, pretrial, trial, post-trial, or appellate proceedings.

2. "Amended Complaint" means the Substitute Amended Complaint for Injunctive and Other Equitable Relief filed in this Action by Plaintiff Federal Trade Commission on September 8, 2021.

3. "Communication" means the transmittal of information or request for information, including, but not limited to, any written contact between two or more people by

16. "Private Consumer Action" refers to the Amended Consolidated Consumer Class Action captioned *Klein*, *et al. v. Meta Platforms, Inc.*, Case No. 3:20-cv-08570-JD (N.D. Cal.), pending in the Northern District of California, including any related discovery, pretrial, trial, post-trial, or appellate proceedings.

17. "Pre-Complaint Investigation" means the Federal Trade Commission's investigation conducted in 2019 and 2020 into whether Meta engaged or is engaging in a violation or violations of antitrust laws that was initially disclosed to Meta in 2019, including, but not limited to, the investigation or file referred to as FTC File No. 191-0134, and any pre-investigative activity, review, inquiry, information gathering, or collection of Documents You engaged in, in relation to Meta's conduct that occurred prior to the commencement of any formal or informal investigation or inquiry in 2019.

18. "Relating to," "relate to," "related to," or "in relation to" mean concerning, constituting, regarding, referring to, describing, discussing, embodying, evidencing, memorializing, mentioning, recording, studying, analyzing, reflecting, pertaining to, supporting, refuting, responsive to, or with respect to.

19. The "State Action" means the action filed against Meta, captioned *New York v. Facebook, Inc.*, Case No. 1:20-cv-03589-JEB (D.D.C.), No. 21-7078 (D.C. Cir.).

20. "State Attorney General" refers to any Attorney General or other office of any State or Territory of the United States of America, including, but not limited to, any components, agents, representatives, consultants, contractors, employees, attorneys, and any other Person(s) acting or purporting to act with or on its behalf.

**REQUEST FOR PRODUCTION NO. 10:**

All Documents relating to any Communications between the Federal Trade Commission and any other Person (excluding Other Government Entities or Actors) in relation to the Pre-Complaint Investigation or this Action.

This request includes, but is not limited to:

(i) any Civil Investigative Demand, subpoena, compulsory process, or voluntary request for information sent by the Federal Trade Commission or other entity (including, but not limited to, any State Attorney General or Congress) in connection with the Pre-Complaint Investigation to a Person;

(ii) any Documents, data, or materials provided by a Person (directly or indirectly) to the Federal Trade Commission in response to (i);

(iii) any Document, declaration, affidavit, or written statement provided by any Person (directly or indirectly) to the Federal Trade Commission in connection with the Pre-Complaint Investigation;

(iv) any transcript or video of any investigative hearing or deposition or other testimony taken of any Person in connection with the Pre-Complaint Investigation;

(v) any memoranda, presentations, advocacy, transcripts, summaries, notes, or any other Documents memorializing, recording, or otherwise relating to the information obtained in any discussion or interview of any Person interviewed or contacted by the Federal Trade Commission or other entity (including, but not limited to, any State Attorney General or Congress) in relation to the Pre-Complaint Investigation; and

(vi) any other Communications with Persons (excluding Other Government Entities or Actors) relating to the Pre-Complaint Investigation.

**REQUEST FOR PRODUCTION NO. 11:**

All Documents relating to any Communications between the Federal Trade Commission and any Other Government Entity or Actor or former Federal Trade Commission Commissioners or personnel in relation to its Pre-Complaint Investigation or its decision whether to file the Complaint or Amended Complaint.

**REQUEST FOR PRODUCTION NO. 12:**

All Documents obtained by the Federal Trade Commission in relation to its Pre-Complaint Investigation, including Documents that the Federal Trade Commission did not create, consider, or rely on in its evaluation of whether to file the Complaint or Amended Complaint.

**REQUEST FOR PRODUCTION NO. 13:**

All Documents identified or reviewed in order to respond to any Interrogatory, Request for Admission, or deposition issued pursuant to Federal Rule of Civil Procedure 30(b)(6) from Meta in this Action.

**REQUEST FOR PRODUCTION NO. 14:**

All Documents relied upon by Your expert witnesses, including any economic or other analyses, models, and reports.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents You intend to or may use at trial or in any hearing in this matter.

**REQUEST FOR PRODUCTION NO. 16:**

Documents sufficient to identify Your record retention policies and practices, including, but not limited to, with respect to Documents You create and receive in relation to Your premerger notification program and merger review process under the Hart-Scott-Rodino Act, and

Documents You created and received in relation to the Prior Instagram Investigation, Prior WhatsApp Review, Pre-Complaint Investigation, and this Action.

Dated: March 9, 2022

                                                           Respectfully submitted,

                                                           */s/ Mark C. Hansen*
                                                           Mark C. Hansen (D.C. Bar No. 425930)
                                                           KELLOGG, HANSEN, TODD,
                                                             FIGEL & FREDERICK, P.L.L.C.
                                                           1615 M Street, N.W., Suite 400
                                                           Washington, D.C. 20036
                                                           Tel: (202) 326-7900
                                                           mhansen@kellogghansen.com

                                                           *Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he served a copy of Defendant's First Set of Requests for Production of Documents to the Federal Trade Commission to the following via electronic mail, on March 9, 2022:

Daniel Matheson
Owen Masters
Michael Smith
Krisha Cerilli
Robert Zuver
Maggie DiMoscato
Sunila Steephen
Dominique Wilson
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Tel: 202-326-2075
dmatheson@ftc.gov
omasters@ftc.gov
msmith9@ftc.gov
kcerilli@ftc.gov
rzuver@ftc.gov
mdimoscato@ftc.gov
ssteephen@ftc.gov
dwilson1@ftc.gov

        /s/ Mark C. Hansen
      Mark C. Hansen (D.C. Bar No. 425930)
      KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.
      1615 M Street, N.W., Suite 400
      Washington, D.C. 20036
      Tel: (202) 326-7900
      mhansen@kellogghansen.com

      *Counsel for Defendant Meta Platforms, Inc.*