UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 1:20-cv-03590-JEB |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE
TESTIMONY OF FTC EXPERT WITNESS C. SCOTT HEMPHILL**

Upon consideration of Defendant Meta Platforms, Inc.'s Motion to Strike Testimony of FTC Expert Witness C. Scott Hemphill, it is hereby **ORDERED** that:

Meta's Motion to Strike is **GRANTED**; and

The trial testimony of C. Scott Hemphill is **STRICKEN** from the record.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable James E. Boasberg
United States District Court Chief Judge