UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.,**<br><br>Defendant. | Civil Action No. 20-3590 (JEB) |

## ORDER

As trial wound down, the Federal Trade Commission filed the instant Motion, which seeks to admit FRE 1006 exhibits. See ECF No. 602-1. The Court has reviewed the parties' briefs and has weighed the bases for admission as well as the prejudice each side would suffer from an adverse ruling. It believes that the appropriate result is to admit all of the exhibits about which an FTC expert actually testified at trial. Those that an expert did not discuss (which would include appendices not mentioned) will not be admitted. This retains the Court's focus on the testimony actually offered.

As a result, the FTC shall submit by June 6, 2025, an updated (and presumably narrowed) list that refers to each proposed exhibit and a transcript reference to its discussion. If Meta believes that any of these exhibits were in fact not mentioned in testimony, it may file objections to such exhibits by June 11, 2025.

1

With such understanding, the Court ORDERS that the FTC's [602] Motion is GRANTED IN PART and DENIED IN PART.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 2, 2025