# EXHIBIT 2 (Excerpt)

| | |
|---|---|
| **From:** | Gretz, Douglas |
| **To:** | Polavarapu, Aaseesh P.; Dana Green |
| **Cc:** | Berg, Justin B.; Skaras, Andrew P.; Brenner, Nathan; Matheson, Daniel; Cerilli, Krisha; Musser, Susan; Dimoscato, Maria; Lorber, Justin; Hansen, Mark C.; Panner, Aaron M.; Klineberg, Geoffrey M.; DePalo, Hannah D.C.; 1041-Meta Paralegals-DL |
| **Subject:** | RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene |
| **Date:** | Thursday, April 10, 2025 11:46:05 PM |

This is fine. You have the FTC's consent to file.

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, April 10, 2025 11:43 PM
**To:** Gretz, Douglas <dgretz@ftc.gov>; Dana Green <dana.green@nytimes.com>
**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

Doug,

I'm not going to be able to get client authorization to respond to your clarification in the time left before the filing deadline. We'll agree to meet and confer with you should this become an issue later, and we added paragraph 6 earlier today to allow the FTC to seek modification to the extent a clarification is necessary. Could you please give consent to file so we don't miss the deadline?

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Gretz, Douglas <dgretz@ftc.gov>
**Sent:** Thursday, April 10, 2025 11:33 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Dana Green <dana.green@nytimes.com>

**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

The FTC has one point of clarification.  With respect to Section 4, nothing within Section 4 should be construed to contradict the Court's orders or guidance on the contours of the Judge's prior evidentiary rulings or trial orders.  We do not think any edits to the order are necessary.  So long as Meta shares this understanding you have the FTC's consent to file.

Regards,
Doug

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, April 10, 2025 11:20 PM
**To:** Gretz, Douglas <dgretz@ftc.gov>; Dana Green <dana.green@nytimes.com>
**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

Received.

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Gretz, Douglas <dgretz@ftc.gov>

2

**Sent:** Thursday, April 10, 2025 11:19 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Dana Green <dana.green@nytimes.com>
**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

We are confirming one last point.  Please do not file until we give the go ahead.

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, April 10, 2025 11:13 PM
**To:** Dana Green <dana.green@nytimes.com>; Gretz, Douglas <dgretz@ftc.gov>
**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

Thank you.  Here's the final cover submission, with the language below and the parties' signatures added.  We're cleaning up the joint proposed order that will be attached as Exhibit A.

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Dana Green <dana.green@nytimes.com>
**Sent:** Thursday, April 10, 2025 10:52 PM
**To:** Gretz, Douglas <dgretz@ftc.gov>

3

**Cc:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

This works for The Times. Thank you.

On Thu, Apr 10, 2025 at 10:51 PM Gretz, Douglas <dgretz@ftc.gov> wrote:
This works for the FTC. Thank you.

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, April 10, 2025 10:49 PM
**To:** Dana Green <dana.green@nytimes.com>
**Cc:** Gretz, Douglas <dgretz@ftc.gov>; Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

Thank you, Dana. For the cover submission attaching this joint proposed order, could the FTC and Times confirm the following language is acceptable? Meta may have a few more tweaks, but I am sending this draft in the interest of time.

> Pursuant to the Court's April 8, 2025 Minute Order, Plaintiff Federal Trade Commission and Defendant Meta Platforms, Inc. met and conferred with the New York Times ("Times") between April 8 and 10, 2025. In light of those discussions, the parties jointly request entry of the joint proposed order regarding confidentiality procedures, attached as Exhibit A. The Times authorized the parties to represent that the Times agrees to entry of this joint proposed order.

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Dana Green <dana.green@nytimes.com>
**Sent:** Thursday, April 10, 2025 10:38 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Cc:** Gretz, Douglas <dgretz@ftc.gov>; Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

The Times agrees. Thank you.

Dana

On Thu, Apr 10, 2025 at 10:34 PM Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com> wrote:

Thank you, Doug.  Yes, Meta agrees to the FTC's logistical proposal concerning the operation of the Box website, as Doug described to me earlier today.

Dana, could you please let us know if the New York Times agrees to this joint proposed order?  If not, could you please provide a position statement for us to include in the joint submission?  Given the time, we will need the Times's final position by no later than 11 pm to ensure we can timely file by the Court-ordered deadline today.

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.