# EXHIBIT A

| | |
|---|---|
| **From:** | Berg, Justin B. |
| **To:** | Musser, Susan |
| **Cc:** | Gretz, Douglas; Brenner, Nathan; Polavarapu, Aaseesh P.; Miller, Noel |
| **Subject:** | RE: [EXTERNAL] Re: FTC v. Meta, 20-cv-3590 -- NYT Motion to Intervene and for Access to Judicial Records and Proceedings |
| **Date:** | Thursday, April 3, 2025 2:09:22 PM |

Hi Susan:

Thanks for sending this. Based on our call, we were expecting a provision making clear that documents are not admitted to evidence until actually used with a witness at trial (to avoid the problem of potentially 800 documents on the preadmission list being deemed "judicial records" or "public records" triggering public-posting issues raised by the Times at the start of trial). Would the FTC be ok with the following language?

> Documents on the parties' preadmission lists shall not become part of the trial record unless they are used with a witness during trial.
>
> For documents ~~admitted into evidence~~ on either party's preadmission list that ~~but~~ are not used with a witness ~~in Court~~ during the trial, the Parties shall submit a joint submission after trial setting forth the Parties' positions on whether such documents may be publicly disclosed, and appropriate procedures (if any) for such disclosure. ~~either the Party's agreed upon proposal regarding whether (and how) to make such documents available or each Party's competing proposal on the same.~~ This proposal shall be submitted ~~five~~ ten business days after the last day of evidence presented to the Court.

Thanks,
Justin