# EXHIBIT C

| | |
|---|---|
| **From:** | Gretz, Douglas |
| **To:** | Polavarapu, Aaseesh P.; Dana Green |
| **Cc:** | Berg, Justin B.; Skaras, Andrew P.; Brenner, Nathan; Matheson, Daniel; Cerilli, Krisha; Musser, Susan; Dimoscato, Maria; Lorber, Justin; Hansen, Mark C.; Panner, Aaron M.; gklineberg-contact; DePalo, Hannah D.C.; 1041-Meta Paralegals-DL |
| **Subject:** | RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene |
| **Date:** | Thursday, April 10, 2025 11:45:00 PM |

This is fine.  You have the FTC's consent to file.

---

**From:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>
**Sent:** Thursday, April 10, 2025 11:43 PM
**To:** Gretz, Douglas <dgretz@ftc.gov>; Dana Green <dana.green@nytimes.com>
**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; gklineberg-contact <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

Doug,

I'm not going to be able to get client authorization to respond to your clarification in the time left before the filing deadline.  We'll agree to meet and confer with you should this become an issue later, and we added paragraph 6 earlier today to allow the FTC to seek modification to the extent a clarification is necessary.  Could you please give consent to file so we don't miss the deadline?

**Aaseesh P. Polavarapu**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7919 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Gretz, Douglas <dgretz@ftc.gov>
**Sent:** Thursday, April 10, 2025 11:33 PM
**To:** Polavarapu, Aaseesh P. <apolavarapu@kellogghansen.com>; Dana Green <dana.green@nytimes.com>

**Cc:** Berg, Justin B. <jberg@kellogghansen.com>; Skaras, Andrew P. <askaras@kellogghansen.com>; Brenner, Nathan <nbrenner@ftc.gov>; Matheson, Daniel <dmatheson@ftc.gov>; Cerilli, Krisha <kcerilli@ftc.gov>; Musser, Susan <smusser@ftc.gov>; Dimoscato, Maria <mdimoscato@ftc.gov>; Lorber, Justin <jlorber@ftc.gov>; Hansen, Mark C. <mhansen@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Klineberg, Geoffrey M. <gklineberg@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; 1041-Meta Paralegals-DL <1041-MetaParalegals-DL@ftc.gov>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:20-cv-03590-JEB FEDERAL TRADE COMMISSION v. META PLATFORMS, INC. Order on Motion to Intervene

The FTC has one point of clarification. With respect to Section 4, nothing within Section 4 should be construed to contradict the Court's orders or guidance on the contours of the Judge's prior evidentiary rulings or trial orders. We do not think any edits to the order are necessary. So long as Meta shares this understanding you have the FTC's consent to file.

Regards,
Doug