# EXHIBIT E

```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
       FEDERAL TRADE COMMISSION,
3                                        Civil Case
                      Plaintiff(s),      No. 20-03590 JEB
4           v.
                                         Washington, D.C.
5      META PLATFORMS, INC.,
                                         December 9, 2024
6                     Defendant(s).

7      ----------------------------------------------------------

8            STATUS CONFERENCE HELD VIA TELECONFERENCE
              BEFORE THE HONORABLE JAMES E. BOASBERG
9               UNITED STATES DISTRICT CHIEF JUDGE

10     APPEARANCES:

11     FOR THE PLAINTIFF(S):  Daniel J. Matheson, Esquire
                              Krishna Cerilli, Esquire
12                            Susan Musser, Esquire
                              Federal Trade Commission
13                            Bureau of Competition
                              400 Seventh Street Southwest
14                            Washington, D.C. 20024

15

16     FOR THE DEFENDANT(S):  Mark C. Hansen, Esquire
                              Geoffrey M. Klineberg, Esquire
17                            Aaron M. Panner, Esquire
                              Kellogg, Hansen, Todd, Figel
18                             & Fredrick, PLLC
                              1615 M Street Northwest
19                            Suite 400
                              Washington, D.C. 20036
20

21

22     REPORTED BY:          Tammy Nestor, RMR, CRR
                             Official Court Reporter
23                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
24                           tammy_nestor@dcd.uscourts.gov

25
```

1    put them on.  Don't save them for a posttrial dump.

2         Now, on numbers of witnesses, if you both agree to

3    cap, that's fine with me, but I am not really concerned with

4    a cap.  I don't think I would impose a witness cap.  And the

5    reason is if I'm imposing a chess clock, then you want to

6    call a few witnesses for a long time or a lot of witnesses

7    for a short time, you know, that's up to you.  But I don't

8    think I need to cap witnesses unless both of you agree

9    because capping time should cover that.

10        Okay.  So on exhibits, I definitely do want to limit

11   the number of exhibits, and I'll let you folks talk about

12   that and see if you can come up with numbers.  And there are

13   a few other disputes that you have about exhibits, so let me

14   tell you some thoughts on that.

15        The first is I strongly am urging you to, after

16   exchanging exhibits, to agree on which can be preadmitted.

17   What I mean is that at the very beginning of trial, I expect

18   each side to say, Judge, government is introducing

19   government's exhibits, here they all are.  And, Meta, we are

20   admitting all of these exhibits because you have talked to

21   the other side.  There's not an authenticity issue.  There's

22   not an admissibility issue.  So we are going to preadmit

23   them.  That way we don't have any authentication during the

24   trial.  We don't have to call sponsoring witnesses during

25   the trial.  So the vast majority of those exhibits, I would

1  think you would be able to agree and preadmit them.

2      Now, in terms of objections, relevance, I don't --

3  again, you are going to be capped on time and so, you know,

4  sort of put in what you want.  If it's not really relevant,

5  then I won't really consider it.  But I think you folks

6  shouldn't get -- also you are going to be capped on number

7  of exhibits.  So relevance objections I'm not terribly

8  interested in hearing.

9      Now, if there are specific hearsay objections, for

10  example, I will either deal with it during the trial

11  probably or possibly in posttrial briefings, but I'm

12  certainly not going to spend a bunch of days going over

13  pretrial what objections to certain parts of certain

14  documents.

15      Again, I think in a case like this that you folks, as

16  I said, should be able to agree on what's admissible, even

17  if you don't think it's particularly relevant, put them all

18  in, and then we will go from there.

19      So ultimately, so I don't think I am going to need or

20  require sponsoring witnesses, and I know that's an issue,

21  because, again, I think you should agree on most of these

22  exhibits.  But if there's some -- I can't believe there's

23  going to be authenticity concerns, but I think, again, if

24  there are, they can be addressed most likely in posttrial

25  briefing.

1          So you don't have sponsoring witnesses.  You take the

2   risk ultimately that I don't -- that if there is something

3   that's not authentic, again, you will tell me.  I would be

4   surprised if that's an issue for much of the case.

5          Similarly, with deposition excerpts, I don't expect

6   to read exhibits, a whole bunch of exhibits, that are dumped

7   after trial.  You want to put exhibits into the record after

8   trial, fine, but they need to be -- but only to the extent

9   they are going to be cited in posttrial briefing.

10         Then the last non-scheduling issue is

11  confidentiality, and you folks, I will let you folks

12  continue to talk to resolve a process to resolve these

13  issues.  I really don't want to be in a situation of closing

14  the courtroom for any -- except for very short periods of

15  time if truly necessary.

16         The one other issue you folks -- I know that came up

17  during Google and I want you folks to consult with is how we

18  deal with media access to exhibits that may have some

19  confidentiality.  And I may then give the media a deadline

20  for when they want to file a proposal themselves.  But I

21  will let you folks look at that too.

22         Okay.  So then the last thing I would say is here's

23  what I think we need dates on, and then I am going to hear

24  from you folks.

25         I think we need dates on, for an exchange of