UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

Following trial, the parties have submitted a Joint Status Report that notes certain issues upon which the parties agree and others on which they do not. See ECF No. 611 (JSR). As to the five agreed-upon issues, the Court endorses such agreements and is satisfied with an FTP link for now.

As to the three areas of disagreement, the Court holds that all disputed material will be admitted or may be submitted to the Court as part of post-trial briefing. More specifically, the Court will admit the pre-admitted exhibits from all three categories discussed in Issue VI, accept the transcripts for impeachment (not as substantive evidence) of the audio and video files discussed in Issue VII (provided that the FTC may raise any objections to their accuracy to Meta by June 19, 2025), and admit Meta's pre-admitted but unused exhibits, including the Rule 1006 exhibits. The Court nonetheless again cautions both parties that it expects their post-trial arguments to overwhelmingly focus on material that was actually discussed during witness testimony.

The Court, accordingly, ORDERS that the [611] JSR is RESOLVED as explained above.

1

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 5, 2025