# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**Declaration of Nathan Brenner in Support of Plaintiff Federal Trade Commission's Bench Brief Regarding Post-Discovery Evidence**

I, Nathan Brenner, declare as follows:

1. I am Deputy Chief Trial Counsel for the Federal Trade Commission ("FTC") Bureau of Competition. I am over the age of 18 and a counsel of record for the FTC in the above-captioned matter. I make this declaration based on personal knowledge. I make this declaration in support of Plaintiff's Bench Brief Regarding Post-Discovery Evidence.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. ████████████████████████████████████████ ████ ████████████████████████████████████████████████ ████████████████████████████ ████████████████████████████████

1

███████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████

4. ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████

5. Throughout the course of this litigation, Meta has repeatedly emphasized the close of fact discovery when seeking to compel FTC responses or to quash discovery requests to Meta. *See, e.g.*, Jt. Status Rep. at 35-36 (May 31, 2023), ECF No. 301 ("The FTC's request for additional communications and data 'relating to' these efforts is cumulative and disproportionate to the needs of the litigation at this late stage."); Jt. Status Rep. at 43, 48, 49, 50, 55, 56, 60-61, 64 (May 2, 2023), ECF No. 286 (citing close of fact discovery both as basis to require FTC responses and limit Meta responses); Jt. Status Rep. at 37 (Jan. 31, 2023), ECF No. 237 ("While Meta has been expeditiously pursuing non-party discovery, it has relied on that fact discovery deadline, and cutting short the timeline for non-party discovery would significantly prejudice Meta's ability to get the discovery it needs to defend against the FTC's ever-changing theories."); Meta Opp. to Mot. to Show Cause at 2-3 (Aug. 5, 2022), ECF No. 168 (citing June 30, 2022 cutoff date as a reason to delay completing document production).

6. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

██████████████████████████████████████████
████████████████████████████ Meta claimed burden at the idea of "refreshing" its document productions for the FTC as the close of fact discovery approached, and only agreed to a limited scope refresh in the first quarter of 2023 for a limited number of custodians. Meta Brief in Opp. at 2-3 (Apr. 21, 2023), ECF No. 276 (objecting that "[t]he FTC now unfairly casts aside Meta's settled expectations and demands that Meta redo its prior collections to find documents created after June 30, 2022" and "[w]ith just a month of fact discovery left, Meta should not be forced to also bear the immense burden of additional collection, review, and production of even more First RFP documents"); *see also* Jt. Status Rep. at 36-37, 60-62 (May 2, 2023), ECF No. 286.

Dated:  May 9, 2025                         Respectfully submitted,

                                            */s/ Nathan Brenner*
                                            Nathan Brenner (IL Bar 6317564)

3

# EXHIBIT A

CONFIDENTIAL - REDACTED IN ENTIRETY