# EXHIBIT E

CONFIDENTIAL - REDACTED IN ENTIRETY