# EXHIBIT F

CONFIDENTIAL - REDACTED IN ENTIRETY