# EXHIBIT A

CONFIDENTIAL - REDACTED IN ENTIRETY