# EXHIBIT A

FTC v. Meta Platforms, Inc., 1:20-cv-03590-JEB
Plaintiff Federal Trade Commission
Rule 1006 Exhibits
June 6, 2025
Confidential

| PX Number | Exhibit Description | FTC Expert | Trial Transcript Cites |
|---|---|---|---|
| PX8016 | 1006 Exhibit: Hemphill Rebuttal Report Exhibit 6: Meta Advertising Revenue by App and Location | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 104:14-106:9. |
| PX8052 | 1006 Exhibit: Hearle Report Table 2: WhatsApp's Pre-Acquisition Revenue and EBITDA in 2013 and 2014 | Kevin Hearle | Trial Tr. (April 24, 2025) at 25:24-26:20. |
| PX8053 | 1006 Exhibit: Hearle Report Table 3: Pre-Acquisition Value of WhatsApp As a Standalone Company | Kevin Hearle | Trial Tr. (April 24, 2025) at 30:1-31:19. |
| PX8054 | 1006 Exhibit: Hearle Report Table 6.1: WhatsApp Global Revenue, Expense, Monthly Active Users (MAUs), With 0% of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp | Kevin Hearle | Trial Tr. (April 24, 2025) at 36:5-21; 37:7-11. |
| PX8055 | 1006 Exhibit: Hearle Report Table 6.2: WhatsApp's Global Revenues, Expenses, Monthly Active Users (MAUs), With ▮ of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp | Kevin Hearle | Trial Tr. (April 24, 2025) at 36:5-13; 36:22-25; 37:7-11. |
| PX8056 | 1006 Exhibit: Hearle Report Table 6.3: WhatsApp Global Revenue, Expense, Monthly Active Users (MAUs), With ▮ of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp | Kevin Hearle | Trial Tr. (April 24, 2025) at 36:5-13; 37:1-11. |
| PX8057 | 1006 Exhibit: Hearle Report Table 7: Estimated Average Annual Rate of Return (IRR) Earned by Meta Since Inception | Kevin Hearle | Trial Tr. (April 24, 2025) at 15:9-16:13. |
| PX8058 | 1006 Exhibit: Hearle Report Table 8: Estimates of Meta's Weighted Average Cost of Capital (WACC) | Kevin Hearle | Trial Tr. (April 24, 2025) at 16:21-17:12. |
| PX8059 | 1006 Exhibit: Hearle Rebuttal Report Table 1: Targeted and Actual Global Revenues for WhatsApp | Kevin Hearle | Trial Tr. (April 24, 2025) at 43:6-19. |
| PX8060 | 1006 Exhibit: Malkiewicz Report Table 5: Distribution of Users' Most Important Reasons for Using Facebook | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:21-161:14. |
| PX8061 | 1006 Exhibit: Malkiewicz Report Table 6: Distribution of Users' Most Important Reasons for Using Instagram | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 168:20-169:11. |
| PX8062 | 1006 Exhibit: Malkiewicz Report Table 7: Distribution of Users' Most Important Reasons for Using Snapchat | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 169:25-170:13. |
| PX8063 | 1006 Exhibit: Malkiewicz Report Table 8: Distribution of Users' Most Important Reasons for Using MeWe | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20;166:14-165:4. |
| PX8064 | 1006 Exhibit: Malkiewicz Report Table 9: Distribution of Users' Most Important Reasons for Using TikTok | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 162:19-163:1. |
| PX8065 | 1006 Exhibit: Malkiewicz Report Table 10: Distribution of Users' Most Important Reasons for Using YouTube | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 163:2-7. |
| PX8066 | 1006 Exhibit: Malkiewicz Report Table 11: Distribution of Users' Most Important Reasons for Using LinkedIn | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 164:6-9. |
| PX8067 | 1006 Exhibit: Malkiewicz Report Table 12: Distribution of Users' Most Important Reasons for Using Twitter | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 163:8-17. |
| PX8068 | 1006 Exhibit: Malkiewicz Report Table 13: Distribution of Users' Most Important Reasons for Using Pinterest | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 164:14-24. |
| PX8069 | 1006 Exhibit: Malkiewicz Report Table 14: Distribution of Users' Most Important Reasons for Using Reddit | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 163:18-164:5. |
| PX8070 | 1006 Exhibit: Malkiewicz Report Table 15: Distribution of Users' Most Important Reasons for Using Nextdoor | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 164:10-13. |
| PX8071 | 1006 Exhibit: Malkiewicz Report Table 16: Distribution of Users' Most Important Reasons for Using Messenger | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20. |
| PX8072 | 1006 Exhibit: Malkiewicz Report Table 17: Distribution of Users' Most Important Reasons for Using WhatsApp | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 167:5-24; 170:14-171:7. |

| PX Number | Exhibit Description | FTC Expert | Trial Transcript Cites |
|---|---|---|---|
| PX8073 | 1006 Exhibit: Malkiewicz Report Table 18: Distribution of Users' Most Important Reasons for Using Text Messaging Function on Mobile Phone | Michal Malkiewicz | Trial Tr. (May 7, 2025) at 160:10-20; 167:5-24; 170:14-171:19. |
| PX8081 | 1006 Exhibit: Rim Rebuttal Report Exhibit 1: DAU/MAU for Select Consumer Tech Products in the U.S. | Professor Jihoon Rim | Trial Tr. (April 21, 2025) at 21:5-22:24. |
| PX8082 | 1006 Exhibit: Stories and Feed Posts 2021, United States | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 209:5-209:21 |
| PX8083 | 1006 Exhibit: Facebook Average Daily Post Sessions Per User by Friend Count Ventile | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 215:17-216:1. |
| PX8084 | 1006 Exhibit: Instagram Average Daily Post Count Per User by Reciprocal Followers Count Ventile | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 215:17-216:1. |
| PX8085 | 1006 Exhibit: Daily Active Reels Users not Using Feed or Stories | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 218:24-219:21. |
| PX8086 | 1006 Exhibit: Share of Monthly Active Users That Post | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 232:20-233:9. |
| PX8087 | 1006 Exhibit: Share of Friends (or Reciprocal Connections) in Total Connections | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 234:12-234:21. |
| PX8088 | 1006 Exhibit: Average Number of Friends (or Reciprocal Connections) Per User | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 234:22-235:11. |
| PX8089 | 1006 Exhibit: Share of Monthly Active Users that Post Facebook, Instagram, and TikTok | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 235:12-235:19. |
| PX8090 | 1006 Exhibit: Engagement on TikTok by Surface United States, April 2023 | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 235:20-236:10. |
| PX8091 | 1006 Exhibit: Facebook Meaningful Social Interaction Score (Excluding Messages) | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 236:11-238:1. |
| PX8092 | 1006 Exhibit: Week-over-Week Changes in Time Spent on Friends and Family Holidays Facebook, Instagram and TikTok | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 237:17-238:1. |
| PX8094 | 1006 Exhibit: Share of Monthly Active Users that Post PSN and Non-PSN Apps | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 243:16-243:24. |
| PX8095 | 1006 Exhibit: Week-over-Week Changes in Daily Active Users on Friends and Family Holidays Facebook, Instagram, and LinkedIn | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 243:25-244:9. |
| PX8096 | 1006 Exhibit: Week-over-Week Changes in Daily Active Users on Friends and Family Holidays Facebook, Instagram, and Twitter | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 243:25-244:9. |
| PX8097 | 1006 Exhibit: Facebook Original Broadcast Post Sessions April 2013-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 255:1-255:10. |
| PX8098 | 1006 Exhibit: Instagram Feed and Stories Posts March 2015-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 255:1-255:10. |
| PX8100 | Active Users Without Friends or Accounts Followed and Active Users With 10 or Fewer Friends or Accounts Followed, April 24 - 30, 2022, United States | Professor Scott Hemphill | Trial Tr. (May 12, 2025) at 263:6-263:25. |
| PX8102 | 1006 Exhibit: Meta's Revenue and Income 2024, Q1 2025 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 7:7-7:11. |
| PX8103 | 1006 Exhibit: Facebook Mobile Feed Ad Load Q3 2014–Q2 2022, North America and Worldwide | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 10:20-11:9. |
| PX8104 | 1006 Exhibit: Instagram Feed Ad Load Q2 2015–Q2 2022, North America and Worldwide | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 11:10-11:22. |
| PX8105 | 1006 Exhibit: Instagram Stories Ad Load Q1 2017–Q2 2022, North America and Worldwide | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 11:23-12:1. |
| PX8106 | 1006 Exhibit: CACTUS Survey: "Too Many Ads on Facebook" December 2016–June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 12:12-12:25. |
| PX8107 | 1006 Exhibit: Instagram Ad Sentiment Survey: "Too Many Ads on Instagram" December 2018–June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 12:12-12:25. |
| PX8108 | 1006 Exhibit: Components of Facebook Mobile Feed Ad Revenue Q3 2014–Q2 2022, North America | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 13:1-13:19; Trial Tr. (May 14, 2025) at 63:9-64:4. |
| PX8109 | 1006 Exhibit: Facebook Mobile Feed, Instagram Feed, and Instagram Stories as a Percentage of Ad Revenue, North America, 2022 H1 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 13:20-14:3. |
| PX8110 | 1006 Exhibit: Ad Revenue per Organic Impression and Time Spent on Facebook Mobile Feed, Instagram Feed, and Instagram Stories Relative to Other Facebook or Instagram Surfaces, North America, 2022 H1 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 14:6-14:17. |
| PX8111 | 1006 Exhibit: Facebook Feed Ad Load by Age, January 2025; United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 14:6-14:17. |
| PX8112 | 1006 Exhibit: Facebook Mobile Feed Ad Load September 2020-June 2022; North America | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 14:6-14:17. |
| PX8113 | 1006 Exhibit: Facebook Ad Load by Tenure and Year 2017-2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 19:2-19:15; 21:15-21:24. |
| PX8114 | 1006 Exhibit: Instagram Ad Load by Tenure and Year 2021-2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 19:2-19:15; 21:15-21:24. |
| PX8116 | 1006 Exhibit: Main Tracking Survey "Facebook Cares About Its Users" April 2014-June 2022 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 27:6-27:12. |

| PX Number | Exhibit Description | FTC Expert | Trial Transcript Cites |
|---|---|---|---|
| PX8117 | 1006 Exhibit: Main Tracking Survey "Instagram Cares About Its Users" November 2018-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 27:6-27:12. |
| PX8118 | 1006 Exhibit: Main Tracking Survey "Facebook is Good for the World" June 2018-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 27:13-27:17. |
| PX8119 | 1006 Exhibit: Main Tracking Survey "Instagram is Good for the World" November 2018-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 27:13-27:17. |
| PX8122 | 1006 Exhibit: Main Tracking Survey of U.S. Facebook Users "Overall, how satisfied are you with your Facebook experience?" June 2018-June 29, 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 30:3-30:5. |
| PX8123 | 1006 Exhibit: Main Tracking Survey of U.S. Instagram Users "Overall, how satisfied are you with your Instagram experience?" November 2018-June 29, 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 30:3-30:5. |
| PX8124 | 1006 Exhibit: Facebook User Sentiment and Daily Active Users Around Cambridge Analytica News December 2017-August 2018, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 31:4-31:23. |
| PX8125 | 1006 Exhibit: Facebook User Sentiment and Time Spent Around Cambridge Analytica News December 2017-August 2018, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 31:4-31:23. |
| PX8127 | 1006 Exhibit: Share of U.S. Users' Friends in the United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 35:17-36:16. |
| PX8128 | 1006 Exhibit: 2022 Market Shares by Monthly Active Users, Daily Active Users, and Time Spent | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 38:17-38:25. |
| PX8129 | 1006 Exhibit: 2025 Market Shares by Monthly Active Users, Daily Active Users, and Time Spent | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 39:8-39:14. |
| PX8130 | 1006 Exhibit: March 2012 Market Shares by Monthly Active Users, Daily Active Users, and Time Spent | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 39:15-39:21. |
| PX8131 | 1006 Exhibit: 2014 Market Shares by Monthly Active Users and Time Spent | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 39:18-39:21. |
| PX8132 | 1006 Exhibit: PSN Services Market Shares - Monthly Active Users September 2016-December 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 39:24-40:3. |
| PX8133 | 1006 Exhibit: Meta's PSN Services Market Share - Monthly Active Users July 2011-December 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 40:4-40:11. |
| PX8134 | 1006 Exhibit: PSN Services Market Shares - Daily Active Users January 2018-December 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 40:12-40:20. |
| PX8135 | 1006 Exhibit: PSN Services Market Shares - Time Spent September 2015-December 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 40:18-40:20. |
| PX8136 | 1006 Exhibit: PSN Services Market Shares as Measured by Stories and Feed Posts January 2022-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 40:25-41:9. |
| PX8137 | 1006 Exhibit: Share of PSN Services Market - Feed and Stories Only - Time Spent February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for Snapchat, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 41:22-42:3. |
| PX8138 | 1006 Exhibit: Meta's PSN Services Market Share Including Incidental Friend-Related Activity on Non-PSN Apps, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 43:21-44:16. |
| PX8139 | 1006 Exhibit: Facebook Average Daily Time Spent Per User by Friend Count Ventile | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 46:19-46:20. |
| PX8140 | 1006 Exhibit: Instagram Average Daily Time Spent Per User by Reciprocal Followers Count Ventile | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 46:19-46:20. |
| PX8141 | 1006 Exhibit: Facebook Photo Post Sessions by Registration Year January 4, 2015-July 3, 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 46:21-47:1. |
| PX8142 | 1006 Exhibit: Effect of Zero Ads on Time Spent on Facebook, Zero Ads vs. Regular Ad Load, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 50:20-51:17; Trial Tr. (May 14, 2025) at 64:5-64:25; 65:18-65:25. |
| PX8143 | 1006 Exhibit: User Sentiment for Facebook Ads vs. Facebook Feed Ad Load Indexed to Q1 2017 | Professor Scott Hemphill | Trial Tr. (May 13, 2024) at 51:24-52:12. |
| PX8144 | 1006 Exhibit: User Sentiment for Instagram Ads vs. Instagram Feed and Stories Ad Load Indexed to Q1 2019 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 51:24-52:12. |
| PX8146 | 1006 Exhibit: Facebook Impressions on "Friend" Content January 2025, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 53:5-53:14. |

3

| PX Number | Exhibit Description | FTC Expert | Trial Transcript Cites |
|---|---|---|---|
| PX8147 | 1006 Exhibit: Instagram Impressions on "Friend" Content January 2025, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 53:15-53:16. |
| PX8148 | 1006 Exhibit: Instagram Registered Users January 2011-March 2012, Worldwide | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 67:6-67:11. |
| PX8149 | 1006 Exhibit: Instagram and Path Monthly Active Users | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 70:21-71:8. |
| PX8150 | 1006 Exhibit: WhatsApp Monthly Active Users United States, 2012-2014 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 78:1-78:14. |
| PX8151 | 1006 Exhibit: Penetration Rate of Messaging Applications, United States, May 2013 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 78:1-78:14. |
| PX8152 | 1006 Exhibit: Mobile Messaging Landscape in the United States, 2021 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 79:6-79:13. |
| PX8153 | 1006 Exhibit: Global WhatsApp Annual Loss | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 83:8-83:21. |
| PX8154 | 1006 Exhibit: Instagram Feed Ad Load, North America | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 94:10-94:19. |
| PX8155 | 1006 Exhibit: Main Tracking Survey of U.S. Facebook Users "How much control do you have over your personal information on Meta's apps and products?" | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 104:10-104:15. |
| PX8156 | 1006 Exhibit: Main Tracking Survey of U.S. Instagram Users "How much control do you have over your personal information on Instagram?" | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 104:10-104:15. |
| PX8158 | 1006 Exhibit: Meta Revenue 2007-2024 | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 7:5-9:10; Trial Tr. (May 14, 2025) at 75:10-76:25. |
| PX8159 | 1006 Exhibit: Components of Instagram Feed Ad Revenue Q1 2018-Q2 2022, North America | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 88:18-90:24. |
| PX8160 | 1006 Exhibit: Components of Instagram Stories Ad Revenue Q1 2018-Q2 2022, North America | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 107:6-20. |
| PX8162 | 1006 Exhibit: Facebook and Instagram Ad Load by Selected Surface 2014 Q3 - 2022 Q2, North America | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 14:6-17. |
| PX8164 | 1006 Exhibit: Main Tracking Survey of U.S. Facebook Users "How reliably does Facebook work the way it's supposed to (i.e., without errors, bugs, or delays)?" | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 53:1-57:19. |
| PX8165 | 1006 Exhibit: Main Tracking Survey of U.S. Instagram Users "How reliably does Instagram work the way it's supposed to (i.e., without errors, bugs, or delays)?" | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 53:1-57:19. |
| PX8166 | 1006 Exhibit: Main Tracking Survey of U.S. Facebook Users "How easy or difficult is Facebook to use?" | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 53:1-57:19. |
| PX8167 | 1006 Exhibit: Main Tracking Survey of U.S. Instagram Users "How easy or difficult is Instagram to use?" | Professor Scott Hemphill | Trial Tr. (May 14, 2025) at 53:1-57:19. |
| PX8168 | 1006 Exhibit: PSN Services Market Shares - Monthly Active Users, July to December 2011, March 2012, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8169 | 1006 Exhibit: Meta's PSN Services Market Shares - Daily Active Users November 2011-January 2023, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8170 | 1006 Exhibit: PSN Services Market Shares - Daily Active Users, November 2011, December 2011, March 2012, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8171 | 1006 Exhibit: Meta's PSN Services Market Share - Time Spent, November 2011 - December 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8172 | 1006 Exhibit: PSN Services Market Shares - Time Spent, November 2011, December 2011, March 2012, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8173 | 1006 Exhibit: PSN Services Market Shares as Measured by Stories and Feed Posts October 2020-June 2022, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8174 | 1006 Exhibit: Shares of PSN Services Market - Time Spent (Feed and Stories) February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for Snapchat, United States | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |
| PX8175 | 1006 Exhibit: 2014 Market Shares by Monthly Active Users on Desktop, Monthly Active Users on Mobile, and Time Spent Desktop & Mobile | Professor Scott Hemphill | Trial Tr. (May 13, 2025) at 42:13-45:20. |