# EXHIBIT B

# PX8016

### Meta Advertising Revenue by App and Location

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| **United States** | | | | | | | | |
| Total advertising revenue ($B): | | | | | | | | |
| Facebook | $7.5 | $11.4 | $15.8 | $19.2 | $23.5 | $29.3 | $37.2 | $28.1 |
| Instagram | $0.3 | $1.0 | $2.3 | $5.0 | $7.6 | $9.0 | $12.7 | $10.7 |
| **Meta Total** | **$8.0** | **$13.0** | **$18.7** | **$25.5** | **$32.6** | **$40.2** | **$52.1** | **$39.9** |
| **North America** | | | | | | | | |
| Total advertising revenue ($B): | | | | | | | | |
| Facebook | $8.0 | $12.2 | $16.9 | $20.6 | $25.0 | $31.1 | $39.7 | $30.0 |
| Instagram | $0.3 | $1.1 | $2.4 | $5.4 | $8.1 | $9.6 | $13.6 | $11.5 |
| **Meta Total** | **$8.5** | **$13.9** | **$20.1** | **$27.3** | **$34.8** | **$42.8** | **$55.6** | **$42.7** |
| **Worldwide** | | | | | | | | |
| Total advertising revenue ($B): | | | | | | | | |
| Facebook | $16.7 | $24.8 | $35.5 | $42.9 | $51.3 | $62.4 | $82.1 | $62.8 |
| Instagram | $0.4 | $1.8 | $4.7 | $11.4 | $18.1 | $22.5 | $33.0 | $27.6 |
| **Meta Total** | **$17.6** | **$28.0** | **$41.8** | **$57.1** | **$72.8** | **$89.4** | **$119.9** | **$93.0** |
| **Percent of North American advertising revenue:** | | | | | | | | |
| Facebook | 94% | 88% | 84% | 75% | 72% | 73% | 71% | 70% |
| Instagram | 3% | 8% | 12% | 20% | 23% | 22% | 24% | 27% |
| **Percent of Total (Worldwide) Meta advertising revenue:** | | | | | | | | |
| Facebook in US | 43% | 41% | 38% | 34% | 32% | 33% | 31% | 30% |
| Instagram in US | 2% | 4% | 5% | 9% | 10% | 10% | 11% | 11% |
| Facebook + Instagram in US | 44% | 44% | 43% | 43% | 43% | 43% | 42% | 42% |

Notes: January 2015 - October 2022, United States, North America, Worldwide. Total Meta advertising revenue calculated by summing ad revenue for Facebook, Instagram, Facebook Messenger, WhatsApp, Audience Network, and Reality Labs. Available 2022 data span from January to October. Data from FTC-META-003310472 contain external legal budget data, a measure of ad revenue which generally reflects the amount advertisers were billed (after adjusting for coupons, fixed CPM bidding for premium products, and other adjustments). The advertising revenue displayed in this exhibit is slightly higher than the advertising revenue shown in Exhibit 52 from the initial report. In this exhibit, Meta's advertising revenue is between 5% to 8% higher in both North America and Worldwide.
Sources: FTC-META-003310472, Letter from L. Smith to P. Taylor re FTC's Data Questions, April 4, 2023.

PX9007 (Hemphill Rebuttal Report) at Ex. 6.

# PX8052

**WhatsApp's Pre-Acquisition Revenue and EBITDA in 2013 and 2014**

($ millions)

| | WhatsApp | Reported Year Ended 12/31/2013 | Reported 6 Months Through 6/30/2014 | 2014 Annualized | Estimates in Meta's Board Presentation |
|---|---|---|---|---|---|
| Row | [A] | [B] | [C] | [D] | [E] |
| [1] | Revenue | $10.2 | $15.3 | $30.6 | $46.0 |
| [2] | EBITDA | -$39.6 | -$25.7 | -$51.4 | #N/A |
| [3] | Average MAUs (millions) | 281.5 | 478.9 | -- | 460.0 |
| [4] | ARPU | $0.036 | $0.032 | -- | $0.100 |

Sources and notes:

[B]: Facebook, Inc., Current Report (Form 8-K/A), Ex. 99.1 at 4-6 (Oct. 28, 2014).

[C]: Facebook, Inc., Current Report (Form 8-K/A), Ex. 99.2 at 2-3 (Oct. 28, 2014).

[D]: = [C] x 2.

[E]: Revenue in row [1] calculated from FB_FTC_CID_00002272 at 278 as 460 million (Current MAUs) x $0.10 (2013 ARPU).

[2]: "EBITDA" stands for Earnings Before Interest, Taxes, Depreciation, and Amortization, and is a measure of a company's gross cash flow generation before it pays for income taxes, debt service, and capital investments and before recognizing certain working capital (revenue and expense timing) adjustments. The EBITDA values calculated from WhatsApp's financial statements in columns [B] and [C] reflect add backs of all reported share-based compensation expense.

[3]: [B]-[C]:  Calculated from FTC-META-012004977 by averaging month-end totals.

[4]: = [1] ÷ [3].

PX9005 Hearle Report, Table 2.

# PX8053

**Pre-Acquisition Valuations of WhatsApp As a Standalone Company**
($ millions)

| Row | Preparation Date | Valuation as of Date | Source | Value Basis | Valuation Method | WhatsApp Valuation Estimate |
|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Dec-2010 | 12/14/2010 | Google | n/a | Revenue Multiples and Per User | $30.0 to $150.0 |
| [2] | Apr-2011 | 4/13/2011 | Sequoia | Equity | Market Transaction | $80.0 |
| [3] | | | | | | |
| [4] | Jul-2013 | 7/17/2013 | Sequoia | Equity | Market Transaction | $1,500.0 |
| [5] | Oct-2013 | 9/30/2013 | Alvarez & Marsal | Equity | Market Transaction | $531.6 |
| [6] | Jan-2014 | Jan-2014 | Meta Personnel | Enterprise | "Last Financing" | $10,000.0 |
| [7] | Jan-2014 | Jan-2014 | Meta Personnel | Enterprise | Unknown. "Current EV" | $10,000.0 |
| [8] | Jan-2014 | Jan-2014 | Meta Personnel | Enterprise | Unknown. "EV with Premium" | $12,500.0 |
| [9] | Jan-2014 | 12/31/2013 | Morgan Stanley | Enterprise | Market Multiple (Projected EBITDA) | $5,282.7 |
| [10] | Jan-2014 | 12/31/2013 | Morgan Stanley | Enterprise | Market Multiple (Projected Revenue) | $9,605.0 |
| [11] | Jan-2015 | 2/19/2014 | KPMG (on behalf of Facebook) | Equity | Market Transaction | $8,101.5 |
| [12] | Mar-2014 | 3/28/2014 | DST and Sequoia | Equity | Market Transaction | $8,126.0 |
| | | | | | Maximum Valuation: | $12,500.0 |

Sources and notes:

[1]: GOOG-META-01997760 at 768 (PX14795 at 009).

[2]: SCO_00000318 at 322 (PX10217 at 005). Value is post Sequoia's investment to acquire a 10% minority interest.

[4]: SCO_00000324 at 331 (PX10232 at 008). Value is post Sequoia's investment to acquire a 3.3% minority interest.

[5]: KPMG_META_0011157 at 204.

[6]: FB_FTC_CID_05621407 (PX11662 at 007) (May "[a]ssume at least 25-30% Premium").

[7]-[8]: FB_FTC_CID_03090860 (PX10849).

[9]-[10]: FTC-META-003498484 (PX10225); MS_FTCMETA-00013342. The values shown are results from Morgan Stanley's "Standalone" Scenario. Morgan Stanley created seven Scenarios. The largest Scenario valuation estimate was $12,488.7. This Scenario used Facebook as the acquirer, included revenue synergies, and projected more than 50% of WhatsApp's revenues would come from ads.

[11]: KPMG_META_0003446 at 468. The WhatsApp Valuation Estimate shown above in column [F] is from KPMG's Standalone Scenario, less the "$2 billion breakup fee per the terms of the Facebook purchase agreement."

[12]: DST0000099 at 100, 121, and DST0000124 (for $8,000 million pre-money valuation); Facebook, Inc., Current Report (Form 8-K/A), Ex. 99.1 at 27 (Oct. 28, 2014) (for the additional $126 million post-money). Valuation Estimate shown in column [F] is post acquisitions of an approximate 1.6% minority interest.

PX9005 Hearle Report, Table 3.

# PX8054

**WhatsApp's Global Revenues, Expenses, and Monthly Active Users (MAUs)**

With 0% of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp



| Period | Global Non-Ad Non-CTWA Revenues ($ millions) | Reported Global CTWA Revenues ($ millions) | Global CTWA Revenues Allocated to WhatsApp at 0% ($ millions) | Global Revenues ($ millions) | Global Expenses ($ millions) | Global Revenues less Global Expenses ($ millions) | Global Average MAUs (millions) | Implied Nominal Average ARPU |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| Q4 2014 | | | | $4.6 | $614.5 | -$610.0 | 549 | |
| 2015 | | | | $16.2 | $1,829.7 | -$1,813.4 | 842 | |
| 2016 | | | | $8.4 | $1,774.9 | -$1,766.5 | 1,074 | |
| 2017 | | | | $5.5 | $1,609.0 | -$1,603.5 | 1,325 | |
| 2018 | | | | $10.2 | $1,347.9 | -$1,337.7 | 1,598 | |
| 2019 | | | | $23.3 | $1,068.6 | -$1,045.3 | 1,878 | |
| 2020 | | | | $49.0 | $1,179.3 | -$1,130.3 | 2,151 | |
| 2021 | | | | | | | 2,430 | |
| H1 2022 | | | | | | | | |
| 2015 through H1 2022: | | | | | | | | |
| Total | | | | | | | | |
| Average | | | | | | | | |

Sources and notes:

[B]: FTC-META-012005015.

[C]: For 2018-2019:

For 2020-2022:

[D]: = [C] x 0%.

[E]: = [B] + [D].

[F]: FTC-META-009687124. Includes "direct cost and expense" but not "indirect costs… (e.g., infrastructure costs)." Letter from L. Smith to D. Matheson, re data responsive to FTC's Second Set of Requests for Production, Dec. 15, 2022, at 4-5.

[G]: = [E] - [F].

[H]: Calculated from FTC-META-012004977 by averaging month-end totals.

[I]: = [E] ÷ [H].        "ARPU" = Average Revenue per User.

PX9005 Hearle Report, Table 6.1.

# PX8055

**WhatsApp's Global Revenues, Expenses, and Monthly Active Users (MAUs)**
With ▮% of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp

| Period | Global Non-Ad Non-CTWA Revenues ($ millions) | Reported Global CTWA Revenues ($ millions) | Global CTWA Revenues Allocated to WhatsApp at ▮% ($ millions) | Global Revenues ($ millions) | Global Expenses ($ millions) | Global Revenues less Global Expenses ($ millions) | Global Average MAUs (millions) | Implied Nominal Average ARPU |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| Q4 2014 | ▮ |  |  | $4.6 | $614.5 | -$610.0 | 549 | ▮ |
| 2015 |  |  |  | $16.2 | $1,829.7 | -$1,813.4 | 842 |  |
| 2016 |  |  |  | $8.4 | $1,774.9 | -$1,766.5 | 1,074 |  |
| 2017 |  |  |  | $5.5 | $1,609.0 | -$1,603.5 | 1,325 |  |
| 2018 |  | ▮ | ▮ | $21.2 | $1,347.9 | -$1,326.7 | 1,598 |  |
| 2019 |  |  |  | $34.3 | $1,068.6 | -$1,034.3 | 1,878 |  |
| 2020 |  |  |  | $81.6 | $1,179.3 | -$1,097.7 | 2,151 |  |
| 2021 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 2,430 |  |
| H1 2022 |  |  |  |  |  |  |  |  |
| 2015 through H1 2022: |  |  |  |  |  |  |  |  |
| Total | ▮ | ▮ | ▮ |  |  |  |  |  |
| Average |  |  |  |  |  |  |  | ▮ |

Sources and notes:

[B]: FTC-META-012005015.

[C]: For 2018-2019:



For 2020-2022:

[D]: = [C] x ▮%.

[E]: = [B] + [D].

[F]: FTC-META-009687124. Includes "direct cost and expense" but not "indirect costs… (e.g., infrastructure costs)." Letter from L. Smith to D. Matheson, re data responsive to FTC's Second Set of Requests for Production, Dec. 15, 2022, at 4-5.

[G]: = [E] - [F].

[H]: Calculated from FTC-META-012004977 by averaging month-end totals.

[I]: = [E] ÷ [H]. ▮ "ARPU" = Average Revenue per User.

PX9005 Hearle Report, Table 6.2.

# PX8056

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8056

**WhatsApp's Global Revenues, Expenses, and Monthly Active Users (MAUs)**
With ▮% of Reported Click-To-WhatsApp (CTWA) Revenue Allocated to WhatsApp



| Period | Global Non-Ad Non-CTWA Revenues ($ millions) | Reported Global CTWA Revenues ($ millions) | Global CTWA Revenues Allocated to WhatsApp at ▮% ($ millions) | Global Revenues ($ millions) | Global Expenses ($ millions) | Global Revenues less Global Expenses ($ millions) | Global Average MAUs (millions) | Implied Nominal Average ARPU |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| Q4 2014 | ▮ | | | $4.6 | $614.5 | -$610.0 | 549 | ▮ |
| 2015 | ▮ | | | $16.2 | $1,829.7 | -$1,813.4 | 842 | |
| 2016 | ▮ | | | $8.4 | $1,774.9 | -$1,766.5 | 1,074 | |
| 2017 | ▮ | | | $5.5 | $1,609.0 | -$1,603.5 | 1,325 | |
| 2018 | | ▮ | ▮ | $52.2 | $1,347.9 | -$1,295.7 | 1,598 | |
| 2019 | | ▮ | ▮ | $65.3 | $1,068.6 | -$1,003.3 | 1,878 | |
| 2020 | ▮ | ▮ | ▮ | $173.4 | $1,179.3 | -$1,005.9 | 2,151 | |
| 2021 | ▮ | ▮ | | | ▮ | ▮ | 2,430 | ▮ |
| H1 2022 | ▮ | ▮ | | ▮ | | | | |
| 2015 through H1 2022: | | | | | | | | |
| Total | | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| Average | | | | | | | ▮ | ▮ |

Sources and notes:

[B]: FTC-META-012005015.

[C]: For 2018-2019: ▮

▮

For 2020-2022: ▮

[D]: = [C] x ▮%.

[E]: = [B] + [D].

[F]: FTC-META-009687124. Includes "direct cost and expense" but not "indirect costs… (e.g., infrastructure costs)." Letter from L. Smith to D. Matheson, re data responsive to FTC's Second Set of Requests for Production, Dec. 15, 2022, at 4-5.

[G]: = [E] - [F].

[H]: Calculated from FTC-META-012004977 by averaging month-end totals.

[I]: = [E] ÷ [H]. ▮ "ARPU" = Average Revenue per User.

PX9005 Hearle Report, Table 6.3.

# PX8057

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8057

**Estimated Average Annual Rate of Return (IRR) Earned by Meta Since Inception**
($ Millions)

| Year | EBIT | - Taxes on EBIT | + Depreciation & Amortization | - Capital Expenditures | Acquisitions | - Increase in Non-Cash Net Working Capital | = Free Cash Flow |
|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] |
| 2004 | $0 | $0 | $0 | -$6 | $0 | $0 | -$6 |
| 2005 | -$21 | $0 | $1 | $0 | $0 | $2 | -$19 |
| 2006 | -$7 | $0 | $4 | -$19 | $0 | -$4 | -$26 |
| 2007 | -$124 | $2 | $16 | -$61 | -$2 | $28 | -$141 |
| 2008 | -$55 | $0 | $50 | -$89 | $0 | -$32 | -$126 |
| 2009 | $262 | -$26 | $77 | -$81 | -$18 | -$119 | $95 |
| 2010 | $1,032 | -$412 | $139 | -$383 | -$82 | -$51 | $243 |
| 2011 | $1,756 | -$720 | $323 | -$787 | -$82 | $102 | $592 |
| 2012 | $538 | -$480 | $649 | -$1,601 | -$1,185 | -$878 | -$2,957 |
| 2013 | $2,804 | -$1,276 | $1,011 | -$1,753 | -$445 | $194 | $535 |
| 2014 | $4,994 | -$2,003 | $1,243 | -$2,074 | -$19,319 | -$121 | -$17,280 |
| 2015 | $6,225 | -$2,515 | $1,945 | -$2,642 | -$313 | -$419 | $2,281 |
| 2016 | $12,427 | -$2,287 | $2,342 | -$4,803 | -$197 | -$777 | $6,705 |
| 2017 | $20,203 | -$4,566 | $3,025 | -$6,733 | -$445 | -$1,015 | $10,469 |
| 2018 | $24,913 | -$3,189 | $4,315 | -$13,915 | -$137 | $743 | $12,730 |
| 2019 | $23,986 | -$6,116 | $5,741 | -$15,654 | -$508 | $6,032 | $13,481 |
| 2020 | $32,671 | -$3,986 | $6,862 | -$15,767 | -$388 | -$2,418 | $16,974 |
| 2021 | $46,753 | -$7,808 | $7,967 | -$19,367 | -$851 | $1,202 | $27,896 |
| 2022 | $28,944 | -$5,644 | $8,686 | -$32,281 | -$1,312 | $5,748 | $4,141 |
| 2023 | $43,000 | -$8,170 | $9,000 | -$30,000 | $0 | $0 | $13,830 |
| 2024 | $46,000 | -$7,820 | $13,000 | -$37,000 | $0 | $0 | $14,180 |
| 2025 | | | | | | | |
| 2026 | | | | | | | |
| 2027 | | | | | | | |
| 2028 | | | | | | | |
| 2029 | | | | | | | |
| 2030 | | | | | | | |

**Nominal IRR:**

| 2004-2022: | 36.4% |
|---|---|
| 2004-2030: | 41.4% |

Sources and notes:

Meta Platforms, Inc. (c/o Facebook, Inc.), Annual Report (Form 10-K) (Jan. 29, 2015; Jan. 28, 2016; Feb. 3, 2017; Feb. 1, 2018; Jan. 31, 2019; Jan. 30, 2020; Jan. 28, 2021; Feb. 3, 2022; Feb. 2, 2023) (years ended 2014-2022); Facebook Inc., Registration Statement (Form S-1) (Feb. 1, 2012); FB_FTC_CID_08152062 and FB_FTC_CID_08766247 (2006-2009 Meta Audited Financial Statements); and FTC-META-012478663 (Meta's consolidated financial information for 2004 and 2005).

[B]: From reported Income from operations.

[C]: Calculated as effective tax rates x [B].

[E]: Figures through 2022 include Principal payments on finance leases.

[F]: Figures through 2022 include Issuance of common stock related to acquistions.

[G]: Calculated change in Net Working Capital, which is defined as: Current Assets (excluding cash and marketable securities) minus Current Liabilities (excluding interest-bearing items).

[H]: Cash flows projected for 2023 onwards derived from Meta's 2023 LRP. FTC-META-012554358 at 358, 362.

PX9005 Hearle Report, Table 7.

# PX8058

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8058

**Estimates of Meta's Weighted Average Cost of Capital (WACC)**

| Year | Cost of Capital Yearbooks | | Bloomberg | Inflation Index | Meta's Capex ($ Millions) | | Average WACC | Max WACC |
|---|---|---|---|---|---|---|---|---|
| | SIC 737 | SIC 7375 | | | Nominal | Real | | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| 2004 | 16.5% | 19.3% | | 14.8 | -$6 | -$6 | 17.9% | 19.3% |
| 2005 | 17.1% | 20.4% | | 13.6 | $0 | $0 | 18.7% | 20.4% |
| 2006 | 16.2% | 18.4% | | 12.5 | -$19 | -$16 | 17.3% | 18.4% |
| 2007 | 13.9% | 17.0% | 10.8% | 10.6 | -$61 | -$44 | 13.9% | 17.0% |
| 2008 | 12.1% | 13.9% | 11.7% | 10.1 | -$89 | -$60 | 12.6% | 13.9% |
| 2009 | 10.1% | 10.3% | 9.5% | 9.7 | -$81 | -$53 | 10.0% | 10.3% |
| 2010 | 10.8% | 11.8% | 8.3% | 9.4 | -$383 | -$243 | 10.3% | 11.8% |
| 2011 | 11.3% | 11.8% | 8.6% | 9.0 | -$787 | -$480 | 10.5% | 11.8% |
| 2012 | 9.7% | 9.8% | 7.2% | 8.7 | -$1,601 | -$945 | 8.9% | 9.8% |
| 2013 | 9.4% | 9.3% | 7.3% | 8.5 | -$1,753 | -$1,008 | 8.6% | 9.4% |
| 2014 | 8.7% | | 7.4% | 8.4 | -$2,074 | -$1,170 | 8.0% | 8.7% |
| 2015 | 8.9% | | 8.1% | 8.1 | -$2,642 | -$1,437 | 8.5% | 8.9% |
| 2016 | | | 9.2% | 7.8 | -$4,803 | -$2,532 | 9.2% | 9.2% |
| 2017 | | | 9.9% | 7.6 | -$6,733 | -$3,464 | 9.9% | 9.9% |
| 2018 | | | 11.4% | 7.5 | -$13,915 | -$7,017 | 11.4% | 11.4% |
| 2019 | | | 9.9% | 7.4 | -$15,654 | -$7,808 | 9.9% | 9.9% |
| 2020 | | | 8.4% | 7.3 | -$15,767 | -$7,796 | 8.4% | 8.4% |
| 2021 | | | 9.8% | 7.4 | -$19,367 | -$9,633 | 9.8% | 9.8% |
| 2022 | | | 10.0% | 7.2 | -$32,281 | -$15,780 | 10.0% | 10.0% |
| 2023 | | | 9.9% | 7.1 | -$30,000 | -$14,446 | 9.9% | 9.9% |
| Weighted Averages (annual WACCs weighted by real annual Capex) | | | | | | | 9.8% | 9.8% |

Sources and notes:

[B], [C]: SIC Composite.  SIC Codes for Meta obtained from S&P Capital IQ.
Cost of Capital Yearbook, Ibbotson Associates c/o Morningstar Inc. (Years 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013); Valuation Handbook Industry Cost of Capital, Duff & Phelps (Years 2014, 2015).

[D]: Bloomberg Finance L.P. (BMG -- WACC DATA- META.xlsx).

[E]: Federal Reserve Economic Data, https://fred.stlouisfed.org, Series CUUR0000SEEE.

[F]: Table 7, column [E].

[G]: = [F] x [E] ÷ ([E] for 2004).

[H]: Average of columns [B] through [D].

 [I]: Maximum across columns [B] through [D].

PX9005 Hearle Report, Table 8.

# PX8059

**Targeted and Actual Global Revenues for WhatsApp**
($ millions)

| | Year of | | | | | Projected Year | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | LRP | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| **WhatsApp's Targeted Revenues** | | | | | | | | | | | |
| [1] | 2014 | $0 | $0 | $52 | $278 | $1,500 | | | | | |
| [2] | 2015 | | $0 | $0 | $0 | $400 | $1,400 | | | | |
| [3] | 2016 | | | $8 | $5 | $300 | $1,000 | $2,000 | | | |
| [4] | 2017 | | | | $0 | $350 | $750 | $1,500 | | | |
| [5] | 2018 | | | | | $106 | $531 | $1,617 | | | |
| [6] | 2019 | | | | | | $25 | $98 | | | |
| **WhatsApp's Actual Revenues** | | | | | | | | | | | |
| [7] | | $4.6 | $16.2 | $8.4 | $5.5 | $10.2 | $23.3 | $49.0 | | | |
| [8] | | $4.6 | $16.2 | $8.4 | $5.5 | $21.2 | $34.3 | $81.6 | | | |
| [9] | | $4.6 | $16.2 | $8.4 | $5.5 | $52.2 | $65.3 | $173.4 | | | |

Sources and notes:

"LRP" = "Long Range Plan."

[1]: FB_FTC_CID_06343103 at Page 5.

[2]: FB_FTC_CID_02438976 at 980.

[3]: FB_FTC_CID_01520730 at 738.

[4]: FB_FTC_CID_01497426 at Page 8. Identified as "surface only."

[5]: FB_FTC_CID_01521333 at 341.

[6]: FB_FTC_CID_01502973 at Page 8.

[7]: Hearle Report Table 6.1 with CTWA Revenue allocated to WhatsApp at 0%. 2014 = Q4 2014; 2022 = H1 2022.

[8]: Hearle Report Table 6.2 with CTWA Revenue allocated to WhatsApp at ██%. 2014 = Q4 2014; 2022 = H1 2022.

[9]: Hearle Report Table 6.2 with CTWA Revenue allocated to WhatsApp at ██%. 2014 = Q4 2014; 2022 = H1 2022.

PX9009 Hearle Rebuttal Report, Table 1.

# PX8060

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8060

**Distribution of Users' Most Important Reasons for Using Facebook**

| Reason | Count | Percentage[1] |
|---|---|---|
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 1,129 | 60.1%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 154 | 8.2%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 139 | 7.4%*** |
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 113 | 6.0%*** |
| To keep up to date on happenings in my local area | 110 | 5.9%*** |
| Miscellaneous reasons[2] | 191 | 10.2%*** |
| I don't know | 43 | 2.3%*** |
| **Total Responses** | 1,879 | 100.0% |

*$p<0.1$; **$p<0.05$; ***$p<0.01$

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Facebook in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Facebook users as the most important reason behind their usage. These options include "Other" (3.0%***), "To buy or sell products online" (2.8%***), "To make or maintain professional connections" (1.8%***), "To meet new people online" (1.4%***), "To follow or interact with public figures (e.g., celebrities, influencers, etc.)" (1.2%***).

PX9006, Malkiewicz Report, Table 5.

# PX8061

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8061

**Distribution of Users' Most Important Reasons for Using Instagram**

| Reason | Count | Percentage[1] |
|---|---|---|
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 411 | 36.7%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 293 | 26.1%*** |
| To follow or interact with public figures (e.g., celebrities, influencers, etc.) | 85 | 7.6%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 77 | 6.9%*** |
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 61 | 5.4%*** |
| Miscellaneous reasons[2] | 151 | 13.5%*** |
| I don't know | 43 | 3.8%*** |
| **Total Responses** | **1121** | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Instagram in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Instagram users as the most important reason behind their usage. These options include "To make or maintain professional connections" (3.5%***), "Other" (3.1%***), "To meet new people online" (2.8%***), "To keep up to date on happenings in my local area" (2.3%***), "To buy or sell products online" (1.8%***).

PX9006, Malkiewicz Report, Table 6.

# PX8062

## Distribution of Users' Most Important Reasons for Using Snapchat

| Reason | Count | Percentage[1] |
|---|---|---|
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 143 | 34.1%*** |
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 130 | 31.0%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 51 | 12.2%*** |
| Miscellaneous reasons[2] | 81 | 19.3% |
| I don't know | 14 | 3.3%*** |
| **Total Responses** | 419 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Snapchat in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Snapchat users as the most important reason behind their usage. These options include "To meet new people" (4.3%***), "Other" (3.8%***), "To follow or interact with public figures" (3.8%***), "To obtain and/or share news and information about my interests" (2.6%***), "To keep up to date on happenings in my local area" (1.9%***), "To make or maintain professional connections" (1.9%***), "To buy or sell products online" (1.0%**).

PX9006, Malkiewicz Report, Table 7.

# PX8063

**Distribution of Users' Most Important Reasons for Using MeWe**

| Reason | Count | Percentage[1] |
|---|---|---|
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 8 | 22.9%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 7 | 20.0%*** |
| To enjoy entertainment content | 7 | 20.0%*** |
| To communicate privately with my contacts | 4 | 11.4%** |
| Other | 2 | 5.7% |
| To buy or sell products online | 2 | 5.7% |
| To meet new people online | 2 | 5.7% |
| Miscellaneous reasons[2] | 3 | 8.6% |
| **Total Responses** | 35 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used MeWe in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the MeWe users as the most important reason behind their usage. These options include "To make or maintain professional connections" (2.9%), "To keep up to date on happenings in my local area" (2.9%), "To follow or interact with public figures" (2.9%).

PX9006, Malkiewicz Report, Table 8.

# PX8064

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8064

**Distribution of Users' Most Important Reasons for Using TikTok**

| Reason | Count | Percentage[1] |
|---|---|---|
| To enjoy entertainment content (e.g., memes, videos, etc.) | 350 | 63.4%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 50 | 9.1%*** |
| To follow or interact with public figures (e.g., celebrities, influencers, etc.) | 32 | 5.8%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 25 | 4.5%*** |
| Miscellaneous reasons[2] | 74 | 13.4%*** |
| I don't know | 21 | 3.8%*** |
| **Total Responses** | 552 | 100.0% |

$*p<0.1; **p<0.05; ***p<0.01$

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used TikTok in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the TikTok users as the most important reason behind their usage. These options include "To keep up to date on happenings in my local area" (3.4%***), "Other" (3.1%***), "To communicate privately with my contacts" (2.0%***), "To meet new people online" (2.0%***), "To buy or sell products online" (1.6%***), "To make or maintain professional connections" (1.3%***).

PX9006, Malkiewicz Report, Table 9.

# PX8065

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8065

## Distribution of Users' Most Important Reasons for Using YouTube

| Reason | Count | Percentage[1] |
|--------|-------|------------|
| To enjoy entertainment content (e.g., memes, videos, etc.) | 1361 | 63.9%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 297 | 13.9%*** |
| Other | 226 | 10.6%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 59 | 2.8%*** |
| Miscellaneous reasons[2] | 144 | 6.8%*** |
| I don't know | 43 | 2.0%*** |
| **Total Responses** | 2,130 | 100.0% |

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used YouTube in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the YouTube users as the most important reason behind their usage. These options include "To follow or interact with public figures" (2.3%***), "To keep up to date on happenings in my local area" (1.3%***), "To communicate privately with my contacts" (1.2%***), "To buy or sell products online" (0.8%***), "To meet new people online" (0.7%***), "To make or maintain professional connections" (0.5%***).

PX9006, Malkiewicz Report, Table 10.

# PX8066

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8066

**Distribution of Users' Most Important Reasons for Using LinkedIn**

| Reason | Count | Percentage[1] |
|---|---|---|
| To make or maintain professional connections | 534 | 71.8%*** |
| Other | 58 | 7.8%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 34 | 4.6%*** |
| Miscellaneous reasons[2] | 94 | 12.6% |
| I don't know | 24 | 3.2%*** |
| **Total Responses** | 744 | 100.0% |

$*p<0.1; **p<0.05; ***p<0.01$

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used LinkedIn in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the LinkedIn users as the most important reason behind their usage. These options include "To communicate privately with my contacts" (3.8%***), "To obtain and/or share news and information about my interests" (3.5%***), "To keep up to date on happenings in my local area" (1.9%***), "To enjoy entertainment content" (1.5%***), "To meet new people online" (1.3%***), "To buy or sell products online" (0.4%*), "To follow or interact with public figures" (0.3%).

PX9006, Malkiewicz Report, Table 11.

# PX8067

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8067

**Distribution of Users' Most Important Reasons for Using Twitter**

| Reason | Count | Percentage[1] |
|---|---|---|
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 349 | 42.9%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 136 | 16.7%*** |
| To follow or interact with public figures (e.g., celebrities, influencers, etc.) | 97 | 11.9%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 45 | 5.5%*** |
| To keep up to date on happenings in my local area | 43 | 5.3%*** |
| Miscellaneous reasons[2] | 113 | 13.9%*** |
| I don't know | 31 | 3.8%*** |
| **Total Responses** | 814 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Twitter in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Twitter users as the most important reason behind their usage. These options include "Other" (4.4%***), "To communicate privately with my contacts" (3.3%***), "To make or maintain professional connections" (3.3%***), "To meet new people online" (2.0%***), "To buy or sell products online" (0.9%***).

PX9006, Malkiewicz Report, Table 12.

# PX8068

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8068

## Distribution of Users' Most Important Reasons for Using Pinterest

| Reason | Count | Percentage[1] |
|---|---|---|
| Other | 190 | 29.2%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 177 | 27.2%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 171 | 26.3%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 17 | 2.6%*** |
| Miscellaneous reasons[2] | 65 | 10.0% |
| I don't know | 30 | 4.6%*** |
| **Total Responses** | 650 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Pinterest in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Pinterest users as the most important reason behind their usage. These options include "To buy or sell products online" (3.8%***), "To follow or interact with public figures" (2.0%***), "To communicate privately with my contacts" (1.5%***), "To keep up to date on happenings in my local area" (1.2%***), "To make or maintain professional connections" (1.1%***), "To meet new people online" (0.3%).

PX9006, Malkiewicz Report, Table 13.

# PX8069

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8069

**Distribution of Users' Most Important Reasons for Using Reddit**

| Reason | Count | Percentage[1] |
|---|---|---|
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 257 | 47.9%*** |
| To enjoy entertainment content (e.g., memes, videos, etc.) | 147 | 27.4%*** |
| Other | 45 | 8.4%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 6 | 1.1%** |
| Miscellaneous reasons[2] | 60 | 11.2% |
| I don't know | 21 | 3.9%*** |
| **Total Responses** | 536 | 100.0% |

$*p<0.1; **p<0.05; ***p<0.01$

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Reddit in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Reddit users as the most important reason behind their usage. These options include "To keep up to date on happenings in my local area" (4.1%***), "To communicate privately with my contacts" (1.9%***), "To meet new people online" (1.9%***), "To buy or sell products online" (0.9%**), and "To follow or interact with public figures" (0.9%**).

PX9006, Malkiewicz Report, Table 14.

# PX8070

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8070

### Distribution of Users' Most Important Reasons for Using Nextdoor

| Reason | Count | Percentage[1] |
|---|---|---|
| To keep up to date on happenings in my local area | 395 | 77.8%*** |
| To obtain and/or share news and information about my interests (e.g., news about politics, sports, business, etc.) | 30 | 5.9%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 13 | 2.6%*** |
| Miscellaneous reasons[2] | 61 | 12.0% |
| I don't know | 9 | 1.8%*** |
| **Total Responses** | 508 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Nextdoor in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Nextdoor users as the most important reason behind their usage. These options include "Other" (3.9%***), "To buy or sell products online" (3.7%***), "To make or maintain professional connections" (1.4%***), "To communicate privately with my contacts" (1.0%**), "To enjoy entertainment content" (1.0%**), "To meet new people online" (1.0%**).

PX9006, Malkiewicz Report, Table 15.

# PX8071

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8071

**Distribution of Users' Most Important Reasons for Using Messenger**

| Reason | Count | Percentage[1] |
|---|---|---|
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 824 | 58.6%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 362 | 25.7%*** |
| Miscellaneous reasons[2] | 196 | 13.9%*** |
| I don't know | 25 | 1.8%*** |
| **Total Responses** | 1,407 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Facebook Messenger in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Messenger users as the most important reason behind their usage. These options include "To buy or sell products online" (4.3%***), "To obtain and/or share news and information about my interests" (2.0%***), "To enjoy entertainment content" (1.8%***), "Other" (1.6%***), "To make or maintain professional connections" (1.6%***), "To keep up to date on happenings in my local area" (1.0%***), "To meet new poeple online" (0.9%***), "To follow or interact with public figures" (0.8%***).

PX9006, Malkiewicz Report, Table 16.

# PX8072

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8072

**Distribution of Users' Most Important Reasons for Using WhatsApp**

| Reason | Count | Percentage[1] |
|---|---|---|
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 296 | 51.8%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 144 | 25.2%*** |
| Miscellaneous reasons[2] | 123 | 21.5%*** |
| I don't know | 8 | 1.4%*** |
| **Total Responses** | 571 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used WhatsApp in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this internet service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the WhatsApp users as the most important reason behind their usage. These options include "Other" (4.9%***), "To make or maintain professional connections" (4.9%***), "To enjoy entertainment content" (3.2%***), "To obtain and/or share news and information about my interests" (2.6%***), "To buy or sell products online" (1.6%***), "To keep up to date on happenings in my local area" (1.6%***), "To meet new people online," (1.6%***), "To follow or interact with public figures" (1.2%***).

PX9006, Malkiewicz Report, Table 17.

# PX8073

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8073

**Distribution of Users' Most Important Reasons for Using Text Messaging Function on Mobile Phone**

| Reason | Count | Percentage[1] |
|---|---|---|
| To communicate privately with my contacts (e.g., sending messages, sharing photos, etc.) | 1549 | 61.7%*** |
| To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.) | 628 | 25.0%*** |
| Miscellaneous reasons[2] | 277 | 11.0%*** |
| I don't know | 55 | 2.2%*** |
| **Total Responses** | 2,509 | 100.0% |

*p<0.1; **p<0.05; ***p<0.01

*Notes:*

[1] The percentage of users who indicated that the most important reason why they used Text Messaging function on their mobile phones in the last 12 months was determined by dividing the number of individuals who chose that specific reason for this service by the total number of respondents who answered this question pertaining to that particular service.

[2] Miscellaneous reason comprise options that are selected by less than 5% of the Text Messaging function users as the most important reason behind their usage. These options include "To make or maintain professional connections" (2.6%***), "To obtain and/or share news and information about my interests" (1.8%***), "To keep up to date on happenings in my local area" (1.6%***), "To enjoy entertainment content" (1.4%***), "Other" (1.3%***), "To follow or interact with public figures" (1.0%***), "To meet new poeple online" (0.7%***), "To buy or sell products online" (0.6%***).

PX9006, Malkiewicz Report, Table 18.

# PX8081

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8081

## DAU/MAU for Select Consumer Tech Products in the U.S.



PX8081-001

# PX8082

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8082

## Stories and Feed Posts
### 2021, United States



Notes: October 2020 – June 2022; United States.

Facebook posts are limited to posts for which event_type is equal to "CREATE_POST" or "ADD_MEDIA_TO_STORY." These posts do not include reels. The bottom panel excludes posts that are indicated as reshares.

Instagram posts are calculated as the sum of Stories, Feed posts, and Feed-to-Story reshares in the top panel, and as the sum of Stories and Feed posts in the bottom panel. On Instagram, users cannot reshare to the Feed.

███████ posts reflect Story Posts.

Sources: Third Party Monthly User Engagement Data, FTC-META-012516614 (RFP 46, Facebook), FTC-META-012189053 (RFP 46, Instagram), FTC-META-012004993 (RFP 46, Instagram reshares)

PX9000 (Hemphill Report) at Ex. 47.

# PX8083

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8083

### *Facebook Average Daily Post Sessions Per User by Friend Count Ventile*



Notes: September 2015 - June 2022, United States. The period is the overlap period of FTC-META-012258298 and FTC-META-012237051.Average post sessions per active user is a simple average across all months in September 2015 - June 2022.

Sources: FTC-META-012258298 (RFP 51(a, b), Facebook)

PX9000 (Hemphill Report) at Ex. 3.

# PX8084

### Instagram Average Daily Post Count Per User
### By Reciprocal Followers Count Ventile



Notes: March 2021 - June 2022, United States. The period is the overlap period of FTC-META-012258299 and FTC-META-012237051.Average post count per active user is a simple average across all months in March 2021 - June 2022.
Users without any connections (i.e., reciprocal follows, outbound follows, or followings) are not included in the data due to data limitations.

Sources: FTC-META-012258299 (RFP 51(a, b), Instagram)

PX9000 (Hemphill Report) at Ex. 5.

# PX8085

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8085

**Daily Active Reels Users Not Using Feed or Stories**
April 24-30, 2022, United States



Note: Feed use defined as at least 30 seconds on Feed.
Source: PX9000 (Hemphill Report) at ¶¶ 656-659, Appendix Exs. C-45, C-47.

***Exhibit C-45: Sampled Facebook Reels Users Using Feed or***
***Stories Feed Time Spent of Less Than 30 Seconds Disregarded***

| | Number of Reels Users | Number of Reels Users Using Feed or Stories | % of Reels Users Using Feed or Stories |
|---|---|---|---|
| April 24, 2022 | 12,556 | | |
| April 25, 2022 | 12,553 | | |
| April 26, 2022 | 12,300 | | |
| April 27, 2022 | 12,107 | | |
| April 28, 2022 | 12,041 | | |
| April 29, 2022 | 11,683 | | |
| April 30, 2022 | 11,888 | | |
| **Average** | **12,161** | | |

Notes: April 24 - 30, 2022, United States, User-Level Sample Data.

Time spent is identified using field page_type "newsfeed" for feed, "stories" for stories and "reels" for reels.

"Number of Reels Users" represents users with a positive total time spent on reels on a given day.

Observations with feed time of less than 30 seconds per day are not considered.

Sources: FTC-META-012303883-86 (RFP 59(b), Facebook)

***Exhibit C-47: Sampled Instagram Reels Users Using Feed or Stories Feed Time Spent of Less Than 30 Seconds Disregarded***

| | Number of Reels Users | Number of Reels Users Using Feed or Stories | % of Reels Users Using Feed or Stories |
|---|---|---|---|
| April 24, 2022 | 23,893 | | |
| April 25, 2022 | 24,049 | | |
| April 26, 2022 | 24,232 | | |
| April 27, 2022 | 24,200 | | |
| April 28, 2022 | 24,632 | | |
| April 29, 2022 | 24,095 | | |
| April 30, 2022 | 23,699 | | |
| **Average** | **24,114** | | |

Notes: April 24 - 30, 2022, United States, User-Level Sample Data.

Time spent is identified using product field "feed" and surface field "home" for feed,  product "stories" and surface "home" for stories and product "clips" for reels.

"Number of Reels Users" represents users with a positive total time spent on reels on a given day.

Observations with feed time of less than 30 seconds per day are not considered.

Sources: FTC-META-012505784 (RFP 60(b), Instagram)

# PX8086

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8086

## Share of Monthly Active Users that Post
## Facebook, Instagram, and YouTube



Notes: January 2019 – June 2022 (Facebook and Instagram), July 2019 – June 2022 (YouTube), United States.

The shares shown are the simple average over the share of users that post out of monthly active users in each month, averaged across months.

Monthly active users are measured as logged in monthly active users. To the extent that not all users are logged in, the posting participation rates are over-estimated. This applies in particular to YouTube as YouTube's data productions indicate that not all active users are logged in. YouTube posters reflect channels that uploaded videos.

The analysis does not include Instagram data for November 2019 through September 2020 because complete data on the number of users that post on Instagram for the United States are unavailable for these months.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, FTC-META-012516616, FTC-META-012516618-9.

PX9000 (Hemphill Report) at Ex. 28.

# PX8087

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8087

### Share of Friends (or Reciprocal Connections) in Total Connections
#### January 2022 to June 2022, United States



| Year | Facebook | Instagram | Twitter | TikTok |
|---|---|---|---|---|
| 2019 | 94% | N/A | 14% | |
| 2020 | 85% | N/A | 13% | |
| 2021 | 68% | N/A | 10% | |
| 2022 H1 | 64% | 42% | 8% | |

Notes: January 2019 to June 2022 (see notes below on data availability for each app), United States.
The values shown reflect the ratio of the annual average number of reciprocal followers (numerator) to the annual average number of total outbound follow connections, including reciprocal connections (denominator). (If one instead calculates the ratio for each month and then takes a simple average across months results are similar.) The annual averages in the numerator and denominator reflect averages across months in a year between January 2019 and June 2022 for which the data are available: Facebook January 2019 – June 2022 but values prior to January 2020 do not include page followings in the denominator; Instagram May 2022 - June 2022 in the numerator; TikTok September 2021 – June 2022.

Sources: Twitter Monthly User Engagement Data, FTC-META-012237051 (RFP 50(a)(i) for Facebook), FTC-META-012516623 (RFP 50(a)(v) for Facebook), FTC-META-010478093 (RFP 53 for Instagram), FTC-META-012516624 (refresh of CID Exhibit 3(a)-03 for Instagram), TWTR-META00242277, TIKTOK-SD-00000004

PX9000 (Hemphill Report) at Ex. 21.

# PX8088

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8088

## Average Number of Friends (or Reciprocal Connections) Per User

### January 2022 to June 2022, United States



| Year | Facebook | Instagram | Snapchat | Nextdoor | Twitter | TikTok | Twitch |
|------|----------|-----------|----------|----------|---------|--------|--------|
| 2019 | 442 | N/A | | | | | |
| 2020 | | N/A | | | | | |
| 2021 | | N/A | | | | | |
| 2022 H1 | 458 | 183 | | | | | |

Notes: January 2019 to June 2022 (see notes below on data availability for each app), United States.
The values shown reflect the average number of friends or reciprocal connections per monthly active user, averaged across months in a year between January 2019 and June 2022 for which the data are available: Facebook January 2019 – June 2022; Instagram May 2022 - June 2022; Snapchat October 2019 – June 2022; TikTok September 2021- June 2022; Nextdoor November 2021 - April 2022; Twitch June 2020 - May 2022.
For Twitter, the total numbers of reciprocal connections are divided by monetizable MAU to obtain reciprocal connections per MAU.
For Twitch, the values shown reflect the average number of friendships per Monthly Active Viewer.

Sources: Twitter Monthly User Engagement Data, Snapchat Monthly User Engagement Data, FTC-META-012237051 (RFP 50(a)(i) for Facebook), FTC-META-010478093 (RFP 53 for Instagram), SNAP – FTC – NO 191-0134 – 0000130648, ND-02561_HIGHLY CONFIDENTIAL, TWTR-META00242277, TIKTOK-SD-00000004, FTC-META_AMAZON_0069419

PX9000 (Hemphill Report) at ¶ 548, Ex. 20.

# PX8089

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8089

### Share of Monthly Active Users that Post Facebook, Instagram, and TikTok



Notes: January 2020 – June 2022, United States.
The shares shown are the simple average over the share of users that post out of monthly active users in each month, averaged across months.
Monthly active users are measured as logged in monthly active users. To the extent that not all users are logged in, the posting participation rates are over-estimated. This applies in particular to TikTok as TikTok's data productions indicate that not all active users are logged in.
The analysis does not include Instagram data for January through September 2020 because complete data on the number of users that post on Instagram for the United States are unavailable for these months.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, FTC-META-012516616, FTC-META-012516618-9

PX9000 (Hemphill Report) at Ex. 29.

# PX8090

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8090

**Engagement on TikTok by Surface**
United States, April 2023



■ **For You Page**    ■ **Follow Page**    ■ **Friends Tab**

Source: PX9000 (Hemphill Report) at ¶ 547; TIKTOK-SD-00000022.

PX8090-001

# PX8091

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8091

*Facebook Meaningful Social Interaction Score (Excluding Messages)*



Notes: Daily data for December 15, 2017 to August 19, 2020, United States.
Labeled holidays coincide with the top peaks in the data in each year, where a peak is defined as a positive week-over-week change and a level at least 0.1 standard deviations above the average over the previous seven days and the average over the following seven days. Week-over-week changes are calculated as the change relative to the day exactly seven days prior, except if that day coincides with a holiday, in which case the week-over-week change is calculated as the change relative to the day exactly seven days later.

Sources: FTC-META-009687120 (RFP 54, Facebook)

PX9000 (Hemphill Report) at Ex. 18.

# PX8092

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8092

### Week-over-Week Changes in Time Spent on Friends and Family Holidays
### Facebook, Instagram, and TikTok



Notes: Time period varying by app, United States.
The percentage changes shown are the simple averages of the percentage changes across all years with available data since 2015, as follows: New Year's Day, Valentine's Day: Facebook 2018; Instagram 2018; TikTok 2020-2023. Easter: Facebook 2018; Instagram 2018; TikTok 2020-2021, 2023. Mother's Day: Facebook 2018; Instagram 2018; TikTok 2020-2021. Father's Day: Facebook 2018, 2020; Instagram 2018; TikTok 2020-2021. Halloween: Facebook 2018; Instagram 2018; TikTok 2020-2022. Christmas: Facebook 2017; Instagram 2017; TikTok 2020-2022. New Year's Day, Valentine's Day: Facebook 2018; Instagram 2018; TikTok 2020-2023. TikTok time spent for the For You page for March 1 to June 7, 2022 is missing from TikTok's data production. These dates are therefore excluded from the analysis for TikTok.
Week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week before. If the day in the previous week is also a holiday, then the week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week after.

Sources: FTC-META-012237019 (RFP 43, Facebook), FTC-META-012468432 (RFP 44, Facebook), FTC-META-012505775 (RFP 44, Facebook), FTC-META-012237020 (RFP 43, Instagram), FTC-META-012237034 (RFP 44, Instagram), TIKTOK-SD-00000022

PX9000 (Hemphill Report) at Ex. 30.

# PX8094



**Share of Monthly Active Users that Post PSN and Non-PSN Apps**
January 2021 – June 2022, United States

Note: Data for LinkedIn is worldwide.
Source: PX9000 (Hemphill Report) at Ex. 22; DX1307 at 37.

PX8094-001

# PX8095

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8095

### *Week-over-Week Changes in Daily Active Users on Friends and Family Holidays Facebook, Instagram, and LinkedIn*



Notes: Time period varying by app, United States.

The percentage changes shown are the simple averages of the percentage changes across all years with available data since 2015, as follows: New Year's Day: Facebook 2018, 2021-2022; Instagram 2018, 2022; LinkedIn 2015-2023. Valentine's Day: Facebook 2018, 2020-2022; Instagram 2018, 2022; LinkedIn 2015-2023. Easter, Mother's Day: Facebook 2018, 2020-2022; Instagram 2018, 2022; LinkedIn 2015-2022. Father's Day: Facebook 2018, 2021-2022; Instagram 2018, 2020, 2022; LinkedIn 2015-2022. Halloween: Facebook 2018, 2020-2021; Instagram 2018; LinkedIn 2015-2022. Christmas: Facebook 2017, 2020-2021; Instagram 2021; LinkedIn 2015-2022.

Week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week before. If the day in the previous week is also a holiday, then the week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week after.

Sources: FTC-META-012237012 (RFP 43, Facebook), FTC-META-012237014 (RFP 43, Instagram), FTC-META-012237024 (RFP 44, Facebook), FTC-META-012237025 (RFP 44, Instagram), FTC-META-012237043 (RFP 49, Facebook), FTC-META-012237045 (RFP 49, Instagram), FTC-META-012237046 (RFP 49, Instagram), LI_METALIT_00083737

PX9000 (Hemphill Report) at Ex. 23.

# PX8096

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8096

### *Week-over-Week Changes in Daily Active Users on Friends and Family Holidays Facebook, Instagram, and Twitter*



Notes: Time period varying by app, United States.
The percentage changes shown are the simple averages of the percentage changes across all years with available data since 2015, as follows: New Year's Day: Facebook 2018, 2021-2022; Instagram 2018, 2022; Twitter 2016-2023. Valentine's Day: Facebook 2018, 2020-2022; Instagram 2018, 2022; Twitter 2016-2023. Easter: Facebook 2018, 2020-2022; Instagram 2018, 2022; Twitter 2016-2023. Mother's Day: Facebook 2018, 2020-2022; Instagram 2018, 2022; Twitter 2015-2023. Father's Day: Facebook 2018, 2021-2022; Instagram 2018, 2020, 2022; Twitter 2015-2022. Halloween: Facebook 2018, 2020-2021; Instagram 2018; Twitter 2015-2022. Christmas: Facebook 2017, 2020-2021; Instagram 2021; Twitter 2015-2022.
Week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week before. If the day in the previous week is also a holiday, then the week-over-week change is calculated as the difference between the number of daily active users on the holiday and the same day of the week in the week after.

Sources: FTC-META-012237012 (RFP 43, Facebook), FTC-META-012237014 (RFP 43, Instagram), FTC-META-012237024 (RFP 44, Facebook), FTC-META-012237025 (RFP 44, Instagram), FTC-META-012237043 (RFP 49, Facebook), FTC-META-012237045 (RFP 49, Instagram), FTC-META-012237046 (RFP 49, Instagram), TWTR-META00293804

PX9000 (Hemphill Report) at Ex. 25.

# PX8097

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8097

## Facebook Original Broadcast Post Sessions
### April 2013-June 2022, United States



Sources: FTC-META-012236982 (RFP 41, Facebook).

PX9007 (Hemphill Rebuttal Report) at Ex. 7.

# PX8098

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8098

## Instagram Feed and Stories Posts
### March 2015-June 2022, United States



Note: Instagram feed data for the United States are unavailable in the period December 2019 through August 2020, and incomplete in November 2019 and September 2020.

Sources: FTC-META-012189052 (RFP 46, Instagram), FTC-META-012189053 (RFP 46, Instagram).

PX9007 (Hemphill Rebuttal Report) at Ex. 8.

# PX8100

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8100



**Active Users Without Friends or Accounts Followed**
April 24 - 30, 2022, United States

Facebook: 0.5%
Instagram: 1.5%



**Active Users With 10 or Fewer Friends or Accounts Followed**
April 24 - 30, 2022, United States

Facebook: 2.1%
Instagram: 5.2%

Note: The percentage of active users without friends or accounts followed reflect the fraction of user-days without friends or account followed. The data includes user-days for which information on user demographics, time spent, and ad impressions is available, and time spent is not zero.
Source: PX9000 (Hemphill Report) at Exs. 61, 63; Meta data produced in response to RFP 59-60: FTC-META-012303883, FTC-META-012303884, FTC-META-012303885, FTC-META-012303886, FTC-META-012309806, FTC-META-012516612, FTC-META-012303882, FTC-META-012505776, FTC-META-012505783, FTC-META-012505784.

PX8100-001

# PX8102

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8102

**Meta's Revenue and Income**

2024, Q1 2025

| Dollars in billions | **2024** | **Q1 2025** |
|---|---|---|
| Family of Apps Advertising Revenue | $160.6 | $41.4 |
| Cost of Revenue (firm-wide) | $30.2 | $7.6 |
| Gross Profit | $130.5 | $33.8 |
| *Gross Margin* | *81.2%* | *81.7%* |
| Family of Apps Income from Operations | $87.1 | $21.8 |
| *Operating Margin* | *54.2%* | *52.6%* |

Note: Meta's Forms 10-K and 10-Q do not report cost of revenue for Family of Apps specifically. The table above shows Meta's firm-wide cost of revenue. Q1 2025 firm-wide revenue of $42.3 billion reflects an increase of 16% compared to Q1 2024, attributed to an increase in advertising revenue.

Source: PX0715 at -61, -75, -87, -101; Meta Q1 2025 Form 10-Q at 6-7, 13, 26, 28, 37-40.

# PX8103

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8103

### *Facebook Mobile Feed Ad Load*
## Q3 2014–Q2 2022, North America and Worldwide



Notes: Q3 2014 - Q2 2022; North America and worldwide. Ad load is measured as the ratio of ViewPort view (VPV) ad impressions to VPV total (ad and organic) impressions. Meta has stated that "[o]ne VPV impression occurs when a user sees a piece of content for at least 250 milliseconds, where 'sees' means either fully visible or covering at least 50% of the screen height." In quarterly accounting data Meta produced showing ad load by surface, ad load for Facebook Mobile Feed is reported starting Q3 2014.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, 2023 03 31 Ltr. from L. Smith to FTC re Tranche 2 Data Production.

PX9000 (Hemphill Report) at ¶ 718, Ex. 53.

# PX8104

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8104

### *Instagram Feed Ad Load*
### Q2 2015–Q2 2022, North America and Worldwide



Notes: Q2 2015 - Q2 2022; North America and worldwide. Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session. In quarterly accounting data Meta produced showing ad load by surface, ad load for Instagram Feed is reported starting Q2 2015.
Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at 120.

PX9000 (Hemphill Report) at ¶ 719, Ex. 54.

# PX8105

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8105

### *Instagram Stories Ad Load*

### Q1 2017–Q2 2022, North America and Worldwide



Notes: Q1 2017 - Q2 2022; North America and worldwide. Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session. In quarterly accounting data Meta produced showing ad load by surface, ad load for Instagram Stories is reported starting Q1 2017.
Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at 120.

PX9000 (Hemphill Report) at ¶ 719, Ex. 55.

# PX8106

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8106

### CACTUS Survey: "Too Many Ads on Facebook"
#### December 2016–June 2022, United States



Notes: December 2016 – June 2022; United States. In the data produced by Meta, responses to the question "To what extent do you agree or disagree with the following statement: There are too many ads on Facebook [or Instagram]" are scored as follows: Strongly Agree = 0; Strongly Disagree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week.

Sources: Meta data produced in response to RFP 55: FTC-META-010478092, FTC-META-009706433, FTC-META-009706170, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023 02 14 S Strikis Letter to A Teng re FTC's Sixth RFPs.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 70.

# PX8107

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8107

### *Instagram Ad Sentiment Survey: "Too Many Ads on Instagram"*
### December 2018–June 2022, United States



Notes: December 2018 – June 2022; United States. In the data produced by Meta, responses to the question "To what extent do you agree or disagree with the following statement: There are too many ads on Facebook [or Instagram]" are scored as follows: Strongly Agree = 0; Strongly Disagree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week.

Sources: Meta data produced in response to RFP 55: FTC-META-012193111, FTC-META-009706433, FTC-META-009706170, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023 02 14 S Strikis Letter to A Teng re FTC's Sixth RFPs.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 71.

# PX8108

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8108

### *Components of Facebook Mobile Feed Ad Revenue*

Q3 2014–Q2 2022, North America



Notes: Q3 2014 - Q2 2022; North America. For each series, the value in subsequent periods is measured as a multiple of its value in Q3 2014. Based on the data available in FB_FTC_CID_12190654 and FTC-META-011921400, in the chart above ad load reflects the ratio of ViewPort view (VPV) ad impressions to VPV total impressions; revenue per ad impression reflects the ratio of ad revenue to legal ad impressions; and total impressions reflect the remaining component of revenue--VPV total impressions multiplied by the ratio of legal ad impressions to VPV ad impressions. Meta has stated that "[o]ne VPV impression occurs when a user sees a piece of content for at least 250 milliseconds, where 'sees' means either fully visible or covering at least 50% of the screen height." Meta defines legal ad impressions as "the number of times an ad has been served to users that is billable to advertisers. Impressions will not be billed when advertiser budget has been exhausted; when the same ad is seen by the same user within 25 seconds; or when an ad fails to meet other parameters."

Sources: FB_FTC_CID_12190654, FTC-META-011921400, 2023 03 31 Ltr. from L. Smith to FTC re Tranche 2 Data Production.

PX9000 (Hemphill Report) at Ex. 56.

# PX8109

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8109

## Facebook Mobile Feed, Instagram Feed, and Instagram Stories as a Percentage of Ad Revenue

North America, 2022 H1



Note: Facebook Stories accounted for 2.0% of worldwide ad revenue in 2022 H1.
Source: PX9000 (Hemphill Report) at Ex. 52; FTC-META-011921400; FTC-META-003310472; FTC-META005915454.

PX8109-001

*Exhibit 52: Meta Advertising Revenue by Surface*

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 H1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **North America** | | | | | | | | | | |
| **Total advertising revenue ($B):** | | | | | | | | | | |
| Facebook Mobile Feed | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Instagram Feed | $0.0 | $0.0 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Instagram Stories | $0.0 | $0.0 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Other advertising revenue | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total advertising revenue** | **$3.2** | **$5.3** | **$8.4** | **$13.6** | **$19.5** | **$26.5** | **$33.5** | **$40.6** | **$53.4** | **$24.8** |
| | | | | | | | | | | |
| **Percent of total advertising revenue:** | | | | | | | | | | |
| FB Mobile Feed + Instagram Feed + Instagram Stories | 49% | 65% | 75% | 78% | 83% | 85% | 86% | 85% | 82% | 81% |
| **Worldwide** | | | | | | | | | | |
| **Total advertising revenue ($B):** | | | | | | | | | | |
| Facebook Mobile Feed | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Instagram Feed | $0.0 | $0.0 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Instagram Stories | $0.0 | $0.0 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Other advertising revenue | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total advertising revenue** | **$7.0** | **$11.5** | **$17.1** | **$26.9** | **$39.9** | **$55.0** | **$69.7** | **$84.2** | **$114.9** | **$55.2** |
| | | | | | | | | | | |
| **Percent of total advertising revenue:** | | | | | | | | | | |
| FB Mobile Feed + Instagram Feed + Instagram Stories | 45% | 64% | 76% | 79% | 84% | 87% | 87% | 86% | 83% | 81% |

Note: 2013-2022 H1; North America and worldwide. In each year from 2013 to 2022 H1, the U.S. accounts for more than 92% of Facebook ad revenue and more than 93% of Instagram ad revenue in North America.
Sources: FTC-META-011921400, FTC-META-003310472, and FTC-META-005915454.

# PX8110

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8110



Note: Instagram Feed is compared to other Instagram surfaces excluding Instagram Stories. Instagram Stories is compared to other Instagram surfaces excluding Instagram Feed. Facebook share of time spent and impressions is based on data for the U.S. in January 2023. Instagram share of time spent and impressions is based on data for the U.S. in February 2023. Ad revenue is based on data and estimates for 2022 H1.

Source: PX9000 (Hemphill Report) "Exs. 7, 35-37, 52-58, 81-82, C-51-C-53.xlsx"; PX9007 (Hemphill Rebuttal) "Ex. 6.xlsx"; Carlton Report Production, "U.S. Digital Ad Revenues by Company.xlsx" and "U.S. Instagram Share of Imp and TS on Content from Non-Creator Reciprocal Follows.xlsx".

PX8110-001

# PX8111

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8111

# Facebook Feed Ad Load by Age

### January 2025; United States



**Note:** Ad load reflects ad impressions as a percent of total impressions.

Source: FTC-META-014039755.

# PX8112

Case No. 1:20-cv-03590-JEB
Exhibit PX8112

### Facebook Mobile Feed Ad Load by Age Group
September 2020-June 2022, North America



Note: September 2020 – June 2022; United States and Canada. Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and non-ad) impressions. FTC-META-012237061 reflects a 1% sample of ad and non-ad impressions which Meta maintains in the ordinary course of business due to the size of the data. In FTC-META-012237061, information on ad load by the surfaces analyzed here is not available prior to September 2020. The following values of the variable "surface" are included in this analysis: "most_recent_feed," "seen_feed," and "top_news." The following values of the variable "interface" are excluded from this analysis: "android_tv," "appletv_native," "bizweb," "comet_www," "fblite_web," "firetv," "messenger_desktop_osx," "messenger_desktop_windows," "messenger_dot_com," "samsungtv_native," "windows_desktop_native," "messenger_win10," "messenger_win10_beta," "windows_native," "workplace_chat_desktop," "workplace_www," "www," and "xbox." In the chart above, ad load for "All Users" includes observations for which user age is missing.

Sources: Meta data produced in response to RFP 69: FTC-META-012237061, 2023 03 31 Ltr. From L. Smith to FTC re Tranche 2 Data Production, 2023 06 05 Meta's Sixth Set of Written Responses to FTC's Data 30b6 Questions.

PX9000 (Hemphill Report) at Ex. 59.

# PX8113

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8113

## Facebook Ad Load by Tenure and Year
### 2017-2022, United States



Note: 2017 – 2022, United States. Ad load is measured as the ratio of legal ad impressions to time spent in hours. Includes user-days for which information on user demographics, time spent, and ad impressions is available and time spent is not zero. Excludes user-days for which ad load is greater than 5 ads per minute (███ of user-days).

Sources: Meta data produced in response to RFP 59-60: FTC-META-012303883, FTC-META-012303884, FTC-META-012303885, FTC-META-012303886, FTC-META-012309806, FTC-META-012516612, FTC-META-012303882

PX9000 (Hemphill Report) at Ex. 62.

# PX8114

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8114

## *Instagram Ad Load by Tenure and Year*
### 2021-2022, United States



Note: 2021 – 2022, United States. Ad load is measured as the ratio of legal ad impressions to time spent in hours. Includes user-days for which information on user demographics, time spent, and ad impressions is available and time spent is not zero. Excludes user-days for which ad load is greater than 5 ads per minute (█████ of user-days).

Sources: Meta data produced in response to RFP 59-60: FTC-META-012505776, FTC-META-012505783, FTC-META-012505784

PX9000 (Hemphill Report) at Ex. 64.

# PX8116

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8116

### *Main Tracking Survey: "Facebook Cares About Its Users"*
### April 2014-June 2022, United States



Notes: April 2014 – June 2022; United States. In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook [or Instagram] cares about its users" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in July 2018 (the week starting July 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 - FTC-META-010296645, FTC-META-010296647 - FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 65.

# PX8117

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8117

### *Main Tracking Survey: "Instagram Cares About Its Users"*
### November 2019-June 2022, United States



Notes: November 2018 – June 2022; United States. In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook [or Instagram] cares about its users" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 66.

# PX8118

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8118

### *Main Tracking Survey: "Facebook Is Good for the World"*
### June 2018-June 2022, United States



Notes: June 2018 – June 2022; United States. In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook [or Instagram] is good for the world" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula.  In the data produced by Meta, the average response score for survey question is logged as zero until the week starting June 27, 2018. The chart above reflects the data produced by Meta, under the revised weighting formula, from that week onward.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 - FTC-META-010296645, FTC-META-010296647 - FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 67.

# PX8119

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8119

**Main Tracking Survey: "Instagram is Good for the World"**

November 2018–June 2022, United States



Notes: November 2018 – June 2022; United States. In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook [or Instagram] is good for the world" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9000 (Hemphill Report) at Ex. 68.

# PX8122

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8122

**Main Tracking Survey of U.S. Facebook Users "Overall, how satisfied are you with your Facebook experience?"**

June 2018-June 29, 2022; United States



Notes: week starting June 27, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in June/July 2018 (the week starting June 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 – FTC-META-010296645, FTC-META-010296647 – FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, FTC-META-003778587, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M.Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 1.

# PX8123

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8123

**Main Tracking Survey of U.S. Instagram Users "Overall, how satisfied are you with your Instagram experience?"**

November 2018-June 29, 2022; United States



Notes: week starting November 28, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf,2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 2.

# PX8124

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8124

### *Facebook User Sentiment and Daily Active Users Around Cambridge Analytica News*
#### *December 2017-August 2018, United States*



Notes: December 2017 - August 2018, United States; The red vertical line indicates March 17, 2018; In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook cares about its users" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); to the extent those weeks appear in this analysis, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in July 2018 (the week starting July 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula.

Sources: FTC-META-012237024 (RFP 44, Facebook), FTC-META-012237012 (RFP 43, Facebook), FTC-META-010296643 - FTC-META-010296645 (RFP 55, Facebook), FTC-META-010296647 - FTC-META-010296649 (RFP 55, Facebook), FTC-META-000096494 (RFP 55, Facebook), FTC-META-000096507 (RFP 55, Facebook), 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf (RFP 55, Facebook), 2023.03.30_SWAMP questions for MTS and CACTUS.pdf (RFP 55, Facebook), 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf (RFP 55, Facebook).

PX9000 (Hemphill Report) at Ex. 72.

# PX8125

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8125

**Facebook User Sentiment and Time Spent Around Cambridge Analytica News**
December 2017–August 2018, United States



Notes: December 2017 - August 2018, United States; The red vertical line indicates March 17, 2018; In the data produced by Meta, responses to the question "Please agree or disagree with the following statement: Facebook cares about its users" are scored as follows: Strongly Disagree = 0; Strongly Agree = 100; and responses between are scored 25 points apart. In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); to the extent those weeks appear in this analysis, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in July 2018 (the week starting July 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula; Time spent data for April 9, 2018 and April 26-30, 2018 are omitted due to apparent errors in the time spent data for these days.

Sources: FTC-META-012468432(RFP 44, Facebook), FTC-META-012505775(RFP 44, Facebook), FTC-META-012237019(RFP 43, Facebook), FTC-META-010296643 - FTC-META-010296645(RFP 55, Facebook), FTC-META-010296647 - FTC-META-010296649 (RFP 55, Facebook), FTC-META-000096494 (RFP 55, Facebook), FTC-META-000096507 (RFP 55, Facebook), 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf (RFP 55, Facebook), 2023.03.30_SWAMP questions for MTS and CACTUS.pdf (RFP 55, Facebook), 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf (RFP 55, Facebook)

PX9000 (Hemphill Report) at Ex. 73.

# PX8127

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8127

## Share of U.S. Users' Friends in the United States



Facebook

October-December 2022

Instagram

May-October 2022

Source: PX9000 (Hemphill Report) at § 3.2.3, Exs. 31, 32.

## *Exhibit 31: Share of Facebook Friends in the Same Country*



Notes:
October to December 2022; excluding China (except for Worldwide).
The average share of reciprocal connections in the same country is calculated as the average number of reciprocal connections in the same country, averaged across months available in the data, divided by the average number of reciprocal connections regardless of their country, also averaged across months.
The average number of friends in the same country is calculated as the simple average of the number of friends in the same country per active user on the last day of each month, averaged across months available in the data.
The median share of friends in the same country is calculated across the countries shown.
Worldwide data shown are produced by Meta and not an aggregation across the countries shown.

Source: FTC-META-011922222 (RFP 52, Facebook)

## *Exhibit 32: Share of Instagram Reciprocal Follows in the Same Country*



Notes: May to October 2022; excluding China (except for Worldwide).
The average share of reciprocal follows in the same country is calculated as a share of reciprocal follows in the same country, averaged across months available in the data, out of the average number of reciprocal follows regardless of their country, also averaged across months.
The average number of reciprocal follows in the same country is calculated as the simple average of the number of reciprocal follows in the same country per active user on the last day of each month, averaged across months available in the data.
The median share of reciprocal follows in the same country is calculated across the countries shown.
Worldwide data shown are produced by Meta and not an aggregation across the countries shown.

Source: FTC-META-010478093 (RFP 53, Instagram)

# PX8128

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8128



## Market Shares: 2022

Notes: "Other" includes MeWe, BeReal, Myspace, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo.
Source: PX9007 (Hemphill Rebuttal) at Exs. A-5, A-9, A-13.

PX8128-001

*Exhibit A-5*
***PSN Services Annual Market Shares - Daily Active Users, Market Participants' Data***

| | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DAU | Share | DAU | Share | DAU | Share | DAU | Share | DAU | Share |
| Facebook | 166,493,263 | 42.9% | 168,457,959 | 42.0% | 175,419,762 | 45.1% | 174,740,700 | 44.2% | 176,182,158 | 43.5% |
| Instagram | 97,582,208 | 25.1% | 110,654,590 | 27.6% | 121,396,455 | 31.2% | 127,081,836 | 32.1% | 133,985,462 | 33.1% |
| *Facebook + Instagram* | *264,075,471* | *68.0%* | *279,112,548* | *69.5%* | *296,816,218* | *76.4%* | *301,822,536* | *76.3%* | *310,167,620* | *76.6%* |
| **Total** | **388,098,745** | **100.0%** | **401,563,932** | **100.0%** | **388,559,291** | **100.0%** | **395,550,733** | **100.0%** | **404,691,302** | **100.0%** |

Notes: 2018 to 2022, United States. Yearly metrics are annual averages across months.
"Other" includes LiveJournal, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META- 012478772 (Facebook) and FTC-META- 012478774 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram DAU is slightly higher than Instagram DAU in Meta Monthly User Engagement Data, and therefore, the RFP 115 Instagram DAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram DAU data for June 2022. MeWe did not produce data on DAUs, or data broken out by country. MeWe DAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their DAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. DAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path are not available in Comscore's Multi-Platform reports and therefore DAU for Path are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META-012478772 (RFP 115, Facebook), FTC-META-012478774 (RFP 115, Instagram).

*Exhibit A-9*
*PSN Services Annual Market Shares - Monthly Active Users, Market Participants' Data*

| | 2016 (Sep-Dec) | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share |
| Facebook | 207,763,144 | 41.3% | 213,315,790 | 42.3% | 217,684,585 | 41.5% | 220,852,070 | 40.5% | 229,172,989 | 41.7% | 233,611,677 | 41.0% | 237,489,647 | 40.6% |
| Instagram | 110,712,073 | 22.0% | 128,668,361 | 25.5% | 151,550,785 | 28.9% | 169,857,287 | 31.2% | 194,221,320 | 35.4% | 208,517,462 | 36.6% | 218,421,024 | 37.3% |
| *Facebook + Instagram* | *318,475,218* | *63.3%* | *341,984,151* | *67.9%* | *369,235,371* | *70.4%* | *390,709,358* | *71.7%* | *423,394,309* | *77.1%* | *442,129,139* | *77.5%* | *455,910,671* | *77.9%* |
| Total | 503,457,199 | 100.0% | 503,924,434 | 100.0% | 524,526,548 | 100.0% | 545,025,802 | 100.0% | 549,358,900 | 100.0% | 570,125,528 | 100.0% | 584,927,992 | 100.0% |

Notes: 2016 to 2022, United States. 2016 includes September through December. Yearly metrics are annual averages across months.

"Other" includes LiveJournal, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).

Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012481350 (Facebook) and FTC-META-012478773 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram MAU is slightly higher than Instagram MAU in Meta Monthly User Engagement Data, and therefore, the RFP 115 Instagram MAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram MAU data for June 2022. MeWe did not produce data on MAU for the United States. MeWe MAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their MAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. MAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path, Pengyou, StudiVZ and Tuenti are not available in Comscore's Multi-Platform reports and therefore MAU for these entities are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi and PicPlz are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META-012481350 (RFP 115, Facebook), FTC-META-012478773 (RFP 115, Instagram).

PX8128-003

***Exhibit A-13***

***PSN Services Annual Market Shares – Time Spent, Market Participants' Data***

| | 2015 (Sep-Dec) | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share |
| Facebook | 215,535 | 74.4% | 236,381 | 70.9% | 252,466 | 64.1% | 233,469 | 57.4% | 250,705 | 56.9% | 299,888 | 59.3% | 266,061 | 56.7% | 272,218 | 56.8% |
| Instagram | 37,587 | 13.0% | 47,162 | 14.1% | 66,199 | 16.8% | 96,382 | 23.7% | 112,095 | 25.4% | 125,732 | 24.9% | 129,442 | 27.6% | 136,782 | 28.5% |
| *Facebook + Instagram* | *253,122* | *87.3%* | *283,543* | *85.0%* | *318,665* | *80.9%* | *329,851* | *81.1%* | *362,800* | *82.4%* | *425,620* | *84.2%* | *395,503* | *84.3%* | *409,000* | *85.3%* |
| Total | 289,854 | 100.0% | 333,464 | 100.0% | 393,906 | 100.0% | 406,943 | 100.0% | 440,535 | 100.0% | 505,696 | 100.0% | 468,892 | 100.0% | 479,296 | 100.0% |

Notes: 2015 to 2022, United States. 2015 includes September through December. Yearly metrics are annual averages across months.

"Other" includes LiveJournal, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).

Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012478765 (Facebook) and FTC-META-012478767 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Facebook time spent is slightly lower than Facebook time spent in Meta Monthly User Engagement Data, and therefore, the RFP 115 Facebook time spent observations between July and December 2022 are adjusted by the ratio of the RFP 115 and Meta Monthly User Engagement Facebook time spent data for June 2022. MeWe and other market participants did not provide reliable data on time spent for the United States throughout this period and their time spent data are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. Time spent for these entities are obtained by summing time spent across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META-012478765 (RFP 115, Facebook), FTC-META-012478767 (RFP 115, Instagram).

# PX8129

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8129

# Market Shares: 2025



Notes: For "Other," levels are assumed to be the same as in 2022.
Source: DDX13.3; FTC-META-012478772, FTC-META-012481350, FTC-META-012478773, FTC-META-012478774, FTC-META-014039752, FTC-META-014039753, SNAP-METASUBPOENA-0000000; PX9000 (Hemphill Report) Third Party Monthly User Engagement Data.

# PX8130

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8130



**Exhibit 39**
**2011-2012 PSN Services Market Shares – Daily Active Users**

|  | November 2011 | | December 2011 | | March 2012 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | DAU ('000) | Share | DAU ('000) | Share | DAU ('000) | Share |
| Facebook | 71,913 | 94.1% | 69,953 | 93.4% | 66,752 | 92.9% |
| Instagram | 679 | 0.9% | 679 | 0.9% | 886 | 1.2% |
| Facebook+Instagram | 72,592 | 95.0% | 70,632 | 94.4% | 67,639 | 94.1% |

Notes: November 2011, December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the maximum across desktop figures in each month and mobile figures for December 2011 (for months in 2011) and March 2012 (for March 2012) are used. Mobile figures in December 2011 are the maximum of mobile app only and mobile web only figures; mobile figures in March 2012 are the deduplicated sum of users across mobile web and app.
For Instagram, the maximum across mobile web only and mobile app only figures for December 2011 are used for November and December 2011, and the deduplicated number of users across mobile web and app are used for March 2012.
For ▮▮▮▮, figures represent the sum of desktop and approximated mobile figures in each month. Mobile figures in 2011 are approximated using the maximum across mobile web only and mobile app only for December 2011. Mobile figures in March 2012 are approximated using the maximum across mobile web for December 2011 and mobile app for March 2012.
For ▮▮, the sum of desktop data in each month and mobile app data for March 2012 is used.
For ▮▮, all figures reflect desktop figures for November 2011.
For ▮▮, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

**Exhibit 42**
**2011-2012 PSN Services Market Shares – Monthly Active Users**

| | July 2011 | | August 2011 | | September 2011 | | October 2011 | | November 2011 | | December 2011 | | March 2012 | |
| | MAU ('000) | Share | MAU ('000) | Share | MAU ('000) | Share | MAU ('000) | Share | MAU ('000) | Share | MAU ('000) | Share | MAU ('000) | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Facebook | 162,078 | 77.0% | 162,387 | 76.2% | 163,021 | 74.5% | 166,000 | 73.2% | 166,007 | 76.9% | 162,486 | 75.0% | 158,926 | 72.8% |
| Instagram | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 3,905 | 1.8% |
| Facebook+Instagram | 164,034 | 78.0% | 164,343 | 77.2% | 164,977 | 75.4% | 167,957 | 74.1% | 167,964 | 77.8% | 164,442 | 75.9% | 162,830 | 74.6% |

Notes: July to December 2011, March 2012, United States.

Due to limitations of the available data, the following approximations were used:

For Facebook the maximum across desktop figures in each month and mobile figures for December 2011 (for months in 2011) and March 2012 (for March 2012) are used. Mobile figures in December 2011 are the maximum of mobile web only and mobile app only figures; mobile figures in March 2012 are the deduplicated number of users across mobile web and app.

For Instagram, the maximum across mobile web only and mobile app only figures for December 2011 are used in 2011, and the deduplicated number of users across mobile web and app figures are used for March 2012.

For ███████, figures represent the sum of desktop and approximated mobile figures in each month. Mobile figures in 2011 are approximated using the maximum across mobile web only and mobile app only for December 2011. Mobile figures in March 2012 are approximated using the maximum across mobile web for December 2011 and mobile app for March 2012.

For ███, the sum of desktop data in each month and mobile app data for March 2012 is used.

For ███, all figures reflect desktop figures for November 2011.

For ███, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

**Exhibit 45**
**2011-2012 PSN Services Market Shares – Time Spent**

| | November 2011 Time Spent (Million Min) | Share | December 2011 Time Spent (Million Min) | Share | March 2012 Time Spent (Million Min) | Share |
|---|---|---|---|---|---|---|
| Facebook | 90,822 | 99.1% | 94,115 | 99.1% | 96,581 | 99.1% |
| Instagram | 291 | 0.3% | 291 | 0.3% | 391 | 0.4% |
| Facebook+Instagram | 91,114 | 99.5% | 94,406 | 99.5% | 96,972 | 99.5% |

Notes: November 2011, December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the sum across desktop figures in each month and mobile web and app figures for December 2011 (for November and December in 2011) and March 2012 (for March 2012) are used.
For Instagram, all figures are the sum of mobile web and app. December 2011 figures are used for November and December 2011, and March 2012 figures are used for March 2012.
For ███████, the sum of desktop figures in each month and mobile web and app figures for December 2011 (for November and December 2011) or the sum of mobile web for December 2011 and mobile app for March 2012 (for March 2012) are used.
For ███████, the sum of desktop data in each month and mobile app data for March 2012 is used.
For ███, all figures reflect desktop figures for November 2011.
For ███, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

# PX8131

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8131

# Market Shares: 2014



**Meta Share:** 72% 97%

Notes: "Other" includes Myspace, Google+, Path, LINE, LiveJournal, Orkut, Pengyou, Qzone, Renren, Tuenti, VKontakte, and Weibo. Desktop MAU reported for August to December 2014.
Source: PX9000 (Hemphill Report) at Exs. C-30, C-31, C-32.

PX8131-001

### *Exhibit C-30: PSN Services Market Shares - Monthly Active Users on Desktop, Comscore*

| | 2014 (Aug-Dec) | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share |
| Facebook | 134,844,357 | 67.4% | 140,732,964 | 70.1% | 137,147,720 | 73.2% | 113,239,660 | 73.9% | 100,488,804 | 75.9% | 93,824,035 | 75.9% | 86,974,463 | 74.1% | 79,588,198 | 70.6% |
| Instagram | 19,844,951 | 9.9% | 19,063,314 | 9.5% | 18,091,415 | 9.7% | 18,769,088 | 12.2% | 20,632,430 | 15.6% | 23,481,364 | 19.0% | 27,026,533 | 23.0% | 29,878,702 | 26.5% |
| *Facebook + Instagram* | *154,689,308* | *77.3%* | *159,796,277* | *79.6%* | *155,239,136* | *82.8%* | *132,008,748* | *86.1%* | *121,121,234* | *91.5%* | *117,305,398* | *94.9%* | *114,000,996* | *97.2%* | *109,466,900* | *97.0%* |
| Total | 200,201,356 | 100.0% | 200,653,134 | 100.0% | 187,461,107 | 100.0% | 153,301,402 | 100.0% | 132,400,507 | 100.0% | 123,550,383 | 100.0% | 117,320,814 | 100.0% | 112,805,893 | 100.0% |

Notes: 2014 - 2021, United States, Ages 2+. 2014 includes the months August to December. Yearly metrics are annual averages across months.
"Other" includes LiveJournal, Pengyou, Qzone, Renren, StudiVZ, Tuenti, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Path, KakaoStory, BeReal, PicPlz, and Mixi for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Total Audience Data

### *Exhibit C-31: PSN Services Market Shares - Monthly Active Users on Mobile, Comscore*

| | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share |
| Facebook | 101,918,213 | 60.3% | 136,396,428 | 51.0% | 157,108,744 | 47.1% | 172,892,934 | 46.6% | 175,771,591 | 42.7% | 188,403,070 | 40.5% | 195,329,317 | 41.2% | 190,773,402 | 47.1% | 182,870,355 | 48.3% |
| Instagram | 33,933,331 | 20.1% | 55,328,103 | 20.7% | 80,826,655 | 24.2% | 101,943,643 | 27.5% | 110,774,771 | 26.9% | 129,057,276 | 27.7% | 140,659,106 | 29.7% | 129,088,188 | 31.8% | 129,179,501 | 34.1% |
| *Facebook + Instagram* | *135,851,544* | *80.3%* | *191,724,532* | *71.7%* | *237,935,399* | *71.3%* | *274,836,577* | *74.1%* | *286,546,362* | *69.6%* | *317,460,346* | *68.2%* | *335,988,423* | *70.9%* | *319,861,590* | *78.9%* | *312,049,856* | *82.4%* |
| Total | 169,076,599 | 100.0% | 267,508,036 | 100.0% | 333,746,332 | 100.0% | 371,019,090 | 100.0% | 411,963,423 | 100.0% | 465,299,676 | 100.0% | 473,684,192 | 100.0% | 405,435,551 | 100.0% | 378,672,937 | 100.0% |

Notes: 2013 - 2021, United States, Ages 18+. Yearly metrics are annual averages across months.
"Other" includes LiveJournal, Mixi, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for BeReal, Pengyou, PicPlz, Qzone, StudiVZ, and Tuenti for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Total Audience Data

*Exhibit C-32: PSN Services Market Shares - Time Spent on Desktop and Mobile, Comscore*

| | 2012 (Dec) | | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share |
| Facebook | 122,133 | 93.2% | 142,622 | 90.4% | 196,052 | 90.0% | 227,215 | 88.1% | 183,948 | 81.9% | 148,166 | 71.7% | 126,745 | 63.7% | 115,142 | 61.1% | 119,590 | 64.8% | 98,491 | 64.2% | 99,856 | 64.9% |
| Instagram | 8,021 | 6.1% | 12,025 | 7.6% | 14,684 | 6.7% | 19,247 | 7.5% | 23,345 | 10.4% | 33,257 | 16.1% | 41,013 | 20.6% | 42,190 | 22.4% | 46,018 | 24.9% | 45,081 | 29.4% | 44,597 | 29.0% |
| *Facebook + Instagram* | *130,154* | *99.3%* | *154,647* | *98.0%* | *210,736* | *96.7%* | *246,462* | *95.6%* | *207,293* | *92.3%* | *181,424* | *87.8%* | *167,757* | *84.3%* | *157,332* | *83.4%* | *165,608* | *89.7%* | *143,573* | *93.6%* | *144,452* | *93.8%* |
| Total | 131,014 | 100.0% | 157,748 | 100.0% | 217,920 | 100.0% | 257,933 | 100.0% | 224,502 | 100.0% | 206,737 | 100.0% | 198,922 | 100.0% | 188,546 | 100.0% | 184,695 | 100.0% | 153,465 | 100.0% | 153,977 | 100.0% |

Notes: 2012 - 2022, United States, Ages 2+. 2012 only includes December. Yearly metrics are annual averages across months.
"Other" includes Orkut, LiveJournal, Mixi, Pengyou, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for PicPlz, StudiVZ and Tuenti for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Time spent are obtained by summing time spent across Comscore's Desktop and Mobile reports.
Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta.
Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Data from Meta, Comscore Total Audience Data

# PX8132

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8132

*PSN Services Market Shares – Monthly Active Users*



 Notes: September 2016 to December 2022, United States.
"Other" includes LiveJournal, Pengyou, Qzone, Renren, StudiVZ, Tuenti, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi and PicPlz. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012481350 (Facebook) and FTC-META-012478773 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram MAU is slightly higher than Instagram MAU in Meta Monthly User Engagement Data, and, therefore, the RFP 115 Instagram MAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram MAU data for June 2022. MeWe did not produce data on MAU for the United States. MeWe MAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their MAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. MAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path, Pengyou, StudiVZ and Tuenti are not available in Comscore's Multi-Platform reports and therefore MAU for these entities are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi and PicPlz are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META-012481350 (RFP 115, Facebook) and FTC-META-012478773 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal) at Ex. A-7.

# PX8133

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8133

### Meta's PSN Services Market Share – Monthly Active Users



Notes: July 2011 – December 2022, United States.
Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012481350 (Facebook) and FTC-META-012478773 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram MAU is slightly higher than Instagram MAU in Meta Monthly User Engagement Data, and therefore, the RFP 115 Instagram MAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram MAU data for June 2022. MeWe did not produce data on MAU for the United States. MeWe MAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their MAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. MAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path, Pengyou, StudiVZ and Tuenti are not available in Comscore's Multi-Platform reports and therefore MAU for these entities are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi and PicPlz are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, Meta Historical Comscore Reports, data.ai Data from Meta, FTC-META-012481350 (RFP 115, Facebook) and FTC-META-012478773 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal) at Ex. A-6.

# PX8134

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8134

### PSN Services Market Shares – Daily Active Users



Notes: January 2018 to December 2022, United States.
"Other" includes LiveJournal, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META- 012478772 (Facebook) and FTC-META- 012478774 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram DAU is slightly higher than Instagram DAU in Meta Monthly User Engagement Data, and therefore, the RFP 115 Instagram DAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram DAU data for June 2022. MeWe did not produce data on DAUs, or data broken out by country. MeWe DAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their DAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. DAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path are not available in Comscore's Multi-Platform reports and therefore DAU for Path are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META- 012478772 (RFP 115, Facebook) and FTC-META- 012478774 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal) at Ex. A-3.

# PX8135

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8135

*PSN Services Market Shares – Time Spent*



Notes: September 2015 to December 2022, United States.

"Other" includes LiveJournal, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti. The following entities stopped offering PSN services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).

Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012478765 (Facebook) and FTC-META-012478767 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Facebook time spent is slightly lower than Facebook time spent in Meta Monthly User Engagement Data, and therefore, the RFP 115 Facebook time spent observations between July and December 2022 are adjusted by the ratio of the RFP 115 and Meta Monthly User Engagement Facebook time spent data for June 2022. MeWe and other market participants did not provide reliable data on time spent for the United States throughout this period and their time spent data are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. Time spent for these entities are obtained by summing time spent across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, FTC-META-012478765 (RFP 115, Facebook), FTC-META-012478767 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal) at Ex. A-11.

# PX8136

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8136

## PSN Services Market Shares as Measured by Stories and Feed Posts

### January 2022–June 2022, United States



**Meta Share:** 

■ Facebook  ■ Instagram  ████████████

Notes: October 2020 – June 2022; United States.
Facebook posts are limited to posts for which event_type is equal to "CREATE_POST" or "ADD_MEDIA_TO_STORY." These posts do not include reels. The bottom panel excludes posts that are indicated as reshares.
Instagram posts are calculated as the sum of Stories, Feed posts, and Feed-to-Story reshares in the top panel, and as the sum of Stories and Feed posts in the bottom panel. On Instagram, users cannot reshare to the Feed.
██████████████████████

Sources: Third Party Monthly User Engagement Data, FTC-META-012516614 (RFP 46, Facebook), FTC-META-012189053 (RFP 46, Instagram), FTC-META-012004993 (RFP 46, Instagram reshares)

PX9000 (Hemphill Report) at Ex. 47.

# PX8137

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8137

**Shares of PSN Services Market – Feed and Stories Only – Time Spent**

February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for ▬▬▬ United States



**Meta Share:**



■ Facebook   ■ Instagram   ▬▬▬

Notes: February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for ▬▬▬ United States.
Time spent is shown in minutes per day, across all users.
▬▬▬ time spent aggregated across surfaces is slightly larger than total time spent provided by ▬▬▬ at the app level, where the latter is used for the "App-Level Time Spent" column.
Sub-App Time Spent includes the following:
- Facebook: page type values "newsfeed" (commonly identifies Facebook News Feed), "stories" (commonly identifies Facebook Stories);
- Instagram: surface-product combinations "home"-"feed", "home"-"stories";
- Snapchat: surface values "camera", "friend_story", "memories", "map".
Sub-App Time Spent excluding Video is identical to Sub-App Time Spent, except that video time on "newsfeed" is subtracted for Facebook.

Sources: ▬▬▬ Monthly User Engagement Data, FTC-META-012004980 (RFP 42(a), Facebook), FTC-META-012004982 (RFP 42(a), Instagram), FTC-META-012331287 (RFP 42(a), Facebook - Video Time Spent), Meta's Sixth Set of Responses to FTC Data 30(b)(6) Questions

PX9000 (Hemphill Report) at Ex. 48.

# PX8138

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8138

### *Meta's PSN Services Market Shares Including Incidental Friend-Related Activity on Non-PSN Apps*
### *United States*

| Survey Source (Year) | Prorated DAU | Prorated MAU | Prorated Time Spent |
|---|---|---|---|
| Malkiewicz (2023) | 78.3% | 76.7% | 77.7% |
| Meta (2021) | 72.4% | 69.3% | 72.0% |
| TikTok (2019) | 74.0% | 71.0% | 73.8% |
| Audience Project (2019) | 72.4% | 69.3% | 71.8% |

Notes: See Appendix Exhibits A-14—A-17. Meta's market share reflects the market share for "Facebook + Instagram" in the appendix exhibits.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, LI_METALIT_00083737, Exhibit 1(b)_DAU (CID, LinkedIn), Exhibit 1(e) – Guests (CID, LinkedIn), ND-02561, PIN - FTC - 0000007731, REDDIT_20cv3590-DDC_00002120, GOOG-META-03246373, Malkiewicz Report Schedule 4.7, Meta 2021 Survey (FTC-META-012453139, FTC-META-012408677), TikTok 2019 Survey (TIK-00006531), Audience Project 2019 Survey (https://www.audienceproject.com/wp-content/uploads/audienceproject_study_apps_social_media.pdf).

PX9007 (Hemphill Rebuttal) at Ex. 34; *see also* Ex. A14-A17.

### PSN Services Market Shares Including Incidental Friend-Related Activity on Non-PSN Apps Based on Malkiewicz Survey

| | Survey % | Pro-Rated DAU | % | Pro-Rated MAU | % | Pro-Rated Time Spent (Hours) | % |
|---|---|---|---|---|---|---|---|
| Facebook | 60.1% | 106,049,768 | 53.6% | 142,636,102 | 49.2% | 2,686,815,698 | 59.4% |
| Instagram | 36.7% | 49,021,120 | 24.8% | 79,583,592 | 27.5% | 825,919,751 | 18.3% |
| *Facebook + Instagram* | | *155,070,888* | *78.3%* | *222,219,694* | *76.7%* | *3,512,735,449* | *77.7%* |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Total** | | **198,031,940** | **100%** | **289,756,881** | **100%** | **4,521,311,381** | **100%** |

Notes: June 2022, United States. Survey % is based on Malkiewicz 2023 survey.
All values are for June 2022, United States, with the following exceptions due to data availability: Nextdoor DAU - average DAU during Sep 27, 2021 - Oct 18, 2021, MeWe DAU - Worldwide MAU, Nextdoor MAU - April 2022, MeWe MAU - Worldwide, LinkedIn Time Spent - Worldwide. TikTok total DAU/MAU, Twitter monetizable DAU/MAU, YouTube total DAU and logged-in MAU are used to be consistent with Carlton backup materials. YouTube DAU includes both logged in and logged out users: as clarified by Alphabet, logged out users are counted using unique visitor keys which are largely based on cookies, and thus overstate the true number of YouTube visitors. For other parties, the largest reasonable DAU/MAU metric available is used. For LinkedIn, DAU captures logged-in users due to data availability. For Reddit, DAU corresponds to all users and MAU corresponds to logged-in users. MeWe and NextDoor did not produce time spent data during discovery. To obtain pro-rated metrics, DAU, MAU and time spent are multiplied by the percent of Malkiewicz 2023 survey respondents who selected "To keep up with my friends' and family's lives in one place (e.g., seeing life updates from friends or family, sharing life updates, etc.)" as the most important reason for using a given app.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, LI_METALIT_00083737, ND-02561, PIN - FTC - 0000007731, REDDIT_20cv3590-DDC_00002120, GOOG-META-03246373, Malkiewicz Report Schedule 4.7.

PX9007 (Hemphill Rebuttal) at Ex. A-14.

**PSN Services Market Shares Including Incidental Friend-Related Activity on Non-PSN Apps Based on Meta Survey (2021)**



| | Survey % | Pro-Rated DAU | % | Pro-Rated MAU | % | Pro-Rated Time Spent (Hours) | % |
|---|---|---|---|---|---|---|---|
| Facebook | 51.6% | 90,144,056 | 54.7% | 120,514,019 | 49.6% | 2,287,564,249 | 59.2% |
| Instagram | 22.9% | 29,146,524 | 17.7% | 47,823,981 | 19.7% | 494,795,677 | 12.8% |
| *Facebook + Instagram* | | *119,290,580* | *72.4%* | *168,338,000* | *69.3%* | *2,782,359,925* | *72.0%* |
| Total | | 164,769,792 | 100% | 242,737,041 | 100% | 3,866,906,406 | 100% |

Notes: 2021, United States. Survey % is based on Meta 2021 survey.
All values are simple average across 2021, United States, with the following exceptions due to data availability: LinkedIn Time Spent - WW average in March - December 2021. TikTok total DAU/MAU, Twitter monetizable DAU/MAU, YouTube total DAU and logged-in MAU are used to be consistent with Carlton backup materials. YouTube DAU includes both logged in and logged out users: as clarified by Alphabet, logged out users are counted using unique visitor keys which are largely based on cookies, and thus overstate the true number of YouTube visitors. For other parties, the largest reasonable DAU/MAU metric available is used. For LinkedIn, DAU captures logged-in users due to data availability. To obtain pro-rated metrics, DAU, MAU and time spent are multiplied by the percent of Meta 2021 survey respondents who selected "Connecting with family and close friends" as a main reason for using a given app.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, LI_METALIT_00083737, PIN - FTC - 0000007731, GOOG-META-03246373, Meta 2021 Survey (FTC-META-012453139, FTC-META-012408677).

PX9007 (Hemphill Rebuttal) at Ex. A-15.

**PSN Services Market Shares Including Incidental Friend-Related Activity on Non-PSN Apps Based on TikTok Survey (2019)**

| | Survey % | Pro-Rated DAU | % | Pro-Rated MAU | % | Pro-Rated Time Spent (Hours) | % |
|---|---|---|---|---|---|---|---|
| Facebook | 69.0% | 116,235,991 | 54.3% | 152,387,929 | 49.9% | 2,883,108,697 | 59.2% |
| Instagram | 38.0% | 42,048,744 | 19.6% | 64,545,769 | 21.1% | 709,934,213 | 14.6% |
| Facebook + Instagram | | 158,284,735 | 74.0% | 216,933,698 | 71.0% | 3,593,042,910 | 73.8% |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | 214,040,998 | 100% | 305,668,902 | 100% | 4,867,563,330 | 100% |

Notes: 2019, United States. Survey % is based on TikTok 2019 survey.
All values are simple average across 2019, United States, with the following exceptions due to data availability: Reddit MAU - average US MAU in 2021, YouTube MAU - average US logged-in MAU in H2 2019, Reddit Time Spent - US average in June - December 2021. TikTok total DAU/MAU, Twitter monetizable DAU/MAU, YouTube total DAU and logged-in MAU are used to be consistent with Carlton backup materials. YouTube DAU includes both logged in and logged out users: as clarified by Alphabet, logged out users are counted using unique visitor keys which are largely based on cookies, and thus overstate the true number of YouTube visitors. For other parties, the largest reasonable DAU/MAU metric available is used. For Reddit, DAU corresponds to all users and MAU corresponds to logged-in users. To obtain pro-rated metrics, DAU, MAU and time spent are multiplied by the percent of TikTok 2019 survey respondents who selected "To stay connected to friends and family" the primary reason for using a given app.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, PIN - FTC - 0000007731, REDDIT_20cv3590-DDC_00002120, GOOG-META-03246373, TikTok 2019 Survey (TIK-00006531).

PX9007 (Hemphill Rebuttal) at Ex. A-16.

***PSN Services Market Shares Including Incidental Friend-Related Activity on Non-PSN Apps Based on Audience Project Survey (2019)***

| | Survey % | Pro-Rated DAU | % | Pro-Rated MAU | % | Pro-Rated Time Spent (Hours) | % |
|---|---|---|---|---|---|---|---|
| Facebook | 88.0% | 148,243,003 | 48.3% | 194,349,822 | 43.7% | 3,677,008,193 | 53.6% |
| Instagram | 67.0% | 74,138,575 | 24.2% | 113,804,383 | 25.6% | 1,251,726,112 | 18.2% |
| *Facebook + Instagram* | | *222,381,579* | *72.4%* | *308,154,204* | *69.3%* | *4,928,734,305* | *71.8%* |
| **Total** | | 306,970,713 | 100% | 444,701,617 | 100% | 6,861,885,114 | 100% |

Notes: 2019, United States. Survey % is based on Audience Project 2019 survey.
All values are simple average across 2019, United States, with the following exceptions due to data availability: Reddit MAU - average US MAU in 2021, YouTube MAU - average US logged-in MAU in H2 2019, LinkedIn Time Spent - WW average in March - December 2021, Reddit Time Spent - US average in June - December 2021. Twitter monetizable DAU/MAU, YouTube total DAU and logged-in MAU are used to be consistent with Carlton backup materials. YouTube DAU includes both logged in and logged out users: as clarified by Alphabet, logged out users are counted using unique visitor keys which are largely based on cookies, and thus overstate the true number of YouTube visitors. For other parties, the largest reasonable DAU/MAU metric available is used. For Reddit, DAU corresponds to all users and MAU corresponds to logged-in users. To obtain pro-rated metrics, DAU, MAU and time spent are multiplied by the percent of Audience Project 2019 survey respondents who selected "To keep contact with friends and family" as a purpose for using a given app.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, LI_METALIT_00083737, Exhibit 1(b)_DAU (CID, LinkedIn), Exhibit 1(e) – Guests (CID, LinkedIn), PIN - FTC - 0000007731, REDDIT_20cv3590-DDC_00002120, GOOG-META-03246373, Audience Project 2019 Survey (https://www.audienceproject.com/wp-content/uploads/audienceproject_study_apps_social_media.pdf).

PX9007 (Hemphill Rebuttal) at Ex. A-17.

# PX8139

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8139

### *Facebook Average Daily Time Spent Per User by Friend Count Ventile*



Notes: September 2015 - June 2022, United States. The period is the overlap period of FTC-META-012258298 and FTC-META-012237051. Average time spent (in minutes) per active user is a simple average across all months in September 2015 - June 2022.

Sources: FTC-META-012258298 (RFP 51(a, b), Facebook)

PX9000 (Hemphill Report) at Ex. 2.

# PX8140

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8140

### Instagram Average Daily Time Spent Per User by Reciprocal Followers Count Ventile



Notes: February 2019 - June 2022, United States. The period is the overlap period of FTC-META-012258299 and FTC-META-012237051.Average time spent (in minutes) per active user is a simple average across all months in February 2019 - June 2022. Users without any connections (i.e., reciprocal follows, outbound follows, or followings) are not included in the data due to data limitations.

Sources: FTC-META-012258299 (RFP 51(a, b), Instagram)

PX9000 (Hemphill Report) at Ex. 4.

# PX8141

### *Facebook Photo Post Sessions by Registration Year*
### *January 4, 2015, to July 3, 2022, United States*



Notes:

January 4, 2015, to July 3, 2022, United States.

2015 is the first year for which Meta provided reliable data. Values for 2022 are scaled up to the full year. Year 1 denotes the number of photos for users who have been on the app for a year.

Meta provided data on the number of photo post sessions in lieu of the number of photos broken out by registration year. Data on the total number of photos and the total number of photo post sessions show that the total number of photos is on average at least two times higher than the total number of post sessions for the period for which Meta provided data on both (July 2014 – September 2019), as one photo post session may lead to multiple photos being posted.

Sources: FTC-META-012258290 (RFP 41, for Facebook), Exhibit 3(a)-02 - CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK, INC..XLSX.

PX9000 (Hemphill Report) at ¶¶ 669-671, Ex. 6.

# PX8142

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8142



**Effect of Zero Ads on Time Spent on Facebook**
Zero Ads vs. Regular Ad Load, United States

Source: PX9000 (Hemphill Report) at Ex. C-50 (March 2021 and March 2022); List Report at ¶ 197 (as of January 2023).

*Exhibit C-50: Increase in Time Spent by Zero-Ad Facebook Users by Country*



Notes: March 2021 and March 2022; by country.

Sources: Meta data produced in response to RFP 41: FTC-META-012303848; Meta data produced in response to RFP 42: FTC-META-012004981; FTC-META-012303856; FTC-META-012309811; FTC-META-012309812.

PX8142-002

# PX8143

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8143

**User Sentiment for Facebook Ads vs. Facebook Feed Ad Load Indexed to Q1 2017**



Notes:

Ad load: Q1 2017-Q2 2022, North America. Ad load is measured as the ratio of ViewPort view (VPV) ad impressions to VPV total (ad and organic) impressions. Meta has stated that "[o]ne VPV impression occurs when a user sees a piece of content for at least 250 milliseconds, where 'sees' means either fully visible or covering at least 50% of the screen height."

Sentiment survey: Q1 2017-Q2 2022, United States. Responses to the question "To what extent do you agree or disagree with the following statement: There are too many ads on Facebook" are scored as follows: Strongly Agree = 0; Strongly Disagree = 100; and responses between are scored 25 points apart. In this analysis, average responses reflect a quarterly average across weekly values which reflect population-weighted averages across demographic groups within a week.

Sources: Hemphill Report and backup materials, Exhibits 53 and 70.

PX9007 (Hemphill Rebuttal Report) at Ex. 4.

# PX8144

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8144

**User Sentiment for Instagram Ads vs. Instagram Feed and Stories Ad Load Indexed to Q1 2019**



Notes:
Ad load: Q1 2019-Q2 2022, North America. Ad load is measured as the ratio of ViewPort view (VPV) ad impressions to VPV total (ad and organic) impressions. Meta has stated that "[o]ne VPV impression occurs when a user sees a piece of content for at least 250 milliseconds, where 'sees' means either fully visible or covering at least 50% of the screen height." Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session.

Sentiment survey: Q1 2019-Q2 2022, United States. Responses to the question "To what extent do you agree or disagree with the following statement: There are too many ads on Instagram" are scored as follows: Strongly Agree = 0; Strongly Disagree = 100; and responses between are scored 25 points apart. In this analysis, average responses reflect a quarterly average across weekly values which reflect population-weighted averages across demographic groups within a week.

Sources: Hemphill Report and backup materials, Exhibits 54-55 and 71.

PX9007 (Hemphill Rebuttal Report) at Ex. 3.

# PX8146

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8146

## Facebook Impressions on "Friend" Content
January 2025, United States



Source: DDX13.3; FTC-META-012478772, FTC-META-012481350; FTC-META-014039755.

# PX8147

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8147

## Instagram Impressions on "Friend" Content
### January 2025, United States



Source: DDX13.3; FTC-META-012478772, FTC-META-012481350; FTC-META-014039757.

# PX8148

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8148

## Instagram Registered Users

### January 2011 – March 2012, Worldwide



Notes: January 2011 – March 2012, worldwide.

Source: FB_FTC_CID_02601540 at 541 (Instagram, "Instagram Board Meeting," Mar. 19, 2011).

PX9000 (Hemphill Report) at Ex. 74.

# PX8149

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8149

## Instagram and Path Monthly Active Users



Notes: July to December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the maximum across desktop figures in each month and mobile figures for December 2011 (for months in 2011) and March 2012 (for March 2012) are used. Mobile figures in December 2011 are the maximum of mobile web only and mobile app only figures; mobile figures in March 2012 are the deduplicated number of users across mobile web and app.
For Instagram, the maximum across mobile web only and mobile app only figures for December 2011 are used in 2011, and the deduplicated number of users across mobile web and app figures are used for March 2012.
For Myspace, figures represent the sum of desktop and approximated mobile figures in each month. Mobile figures in 2011 are approximated using the maximum across mobile web only and mobile app only for December 2011. Mobile figures in March 2012 are approximated using the maximum across mobile web for December 2011 and mobile app for March 2012.
For Google+, the sum of desktop data in each month and mobile app data for March 2012 is used.
For Orkut, all figures reflect desktop figures for November 2011.
For Path, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

PX9000 (Hemphill Report) at ¶ 882, Ex. 42; Geoffrey Fowler, *Mobile-Networking App Path Raises $30 Million*, WALL STREET JOURNAL (Apr. 16, 2012), https://www.wsj.com/articles/SB10001424052702304299304577348302143474314; Comscore Total Audience Data.

# PX8150

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8150



**WhatsApp Monthly Active Users**
United States, 2012-2014

Source: PX9000 (Hemphill Report) at ¶ 1001; PX9000 (Hemphill Report) Meta Monthly User Engagement Data; PX1266 at -002 (Meta Presentation: "Cobalt Transaction," Feb. 17, 2014).

# PX8151



Source: PX9000 (Hemphill Report) at ¶ 1001; SCO_00000324 at 332 (Sequoia Capital Memo to Investors titled "WhatsApp Serise B − GFV," June 3, 2013).

# PX8152

**Mobile Messaging Landscape in the United States, 2021**



Notes: 2021, United States. The yearly averages shown reflect simple averages over the months with available data. DAU and MAU for imo Messenger come from US Comscore reports, while Messages Sent data come from Discovery data produced by Baby Penguin. Discovery data produced for ▮▮▮▮▮ MAU and ▮▮▮▮▮ DAU does not specify region; we assume that these data are for the United States. Discovery data on messages sent produced by Baby Penguin do not specify region; we assume that these data are for the United States.

Sources: Third Party Monthly User Engagement Data; Meta Monthly User Engagement Data; Comscore Total Audience Data; FTC-META-012005009 (RFP 61(a), for Facebook Messenger); FTC-META-012005008 (RFP 61(a), for WhatsApp); ▮▮▮▮▮ Response to FTC v. META Joint Discovery Request.

PX9000 (Hemphill Report) at Ex. 79.

# PX8153

## Global WhatsApp Annual Loss



Notes: January 2015 – December 2021, Global

Sources: FTC-META-009687124 (Meta, Data Produced in Response to Plaintiff FTC's RFP 79, Dec. 15, 2022); FTC-META-012005015 (Meta, Data Produced in Response to Plaintiff FTC's RFP 68(b), Feb. 28, 2023).

PX9000 (Hemphill Report) at Ex. 78.

# PX8154



**Instagram Feed Ad Load**
North America

**Facebook and Instagram Ad Load, Q2 2015 to Q2 2016**
North America and Worldwide

|  | Q2 2015 | Q3 2015 | Q4 2015 | Q1 2016 | Q2 2016 |
|---|---|---|---|---|---|
| **North America** | | | | | |
| Facebook Mobile Feed | ■ | ■ | ■ | ■ | ■ |
| Instagram Feed | | | | | |
|     Original Definition | ■ | ■ | ■ | ■ | ■ |
|     Revised Definition | N/A | N/A | N/A | N/A | N/A |
| **Worldwide** | | | | | |
| Facebook Mobile Feed | ■ | ■ | ■ | | ■ |
| Instagram Feed | | | | | |
|     Original Definition | ■ | ■ | ■ | ■ | ■ |
|     Revised Definition | N/A | N/A | N/A | N/A | N/A |

Notes: Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. In Q1 2020, Meta changed the calculation of ad load on Instagram to include content that was viewed by a user more than once. Data produced by Meta reports the revised ad load values starting in 1Q 2018. Data produced by Meta reports ad load for Instagram Stories starting Q1 2017.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at '120.

PX9000 (Hemphill Report) at Ex. 81.

**Facebook and Instagram Ad Load, Q4 2017 to Q1 2019**
North America and Worldwide

| | Q4 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | Q1 2019 |
|---|---|---|---|---|---|---|
| **North America** | | | | | | |
| Facebook Mobile Feed | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Instagram Feed | | | | | | |
|   Original Definition | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|   Revised Definition | N/A | ▮ | ▮ | ▮ | ▮ | ▮ |
| Instagram Stories | | | | | | |
|   Original Definition | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|   Revised Definition | N/A | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Worldwide** | | | | | | |
| Facebook Mobile Feed | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Instagram Feed | | | | | | |
|   Original Definition | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|   Revised Definition | N/A | ▮ | ▮ | ▮ | ▮ | ▮ |
| Instagram Stories | | | | | | |
|   Original Definition | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
|   Revised Definition | N/A | ▮ | ▮ | ▮ | ▮ | ▮ |

Notes: Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. In Q1 2020, Meta changed the calculation of ad load on Instagram to include content that was viewed by a user more than once. Data produced by Meta reports the revised ad load values starting in 1Q 2018.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at 120.

PX9000 (Hemphill Report) at Ex. 82.

# PX8155

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8155

**Main Tracking Survey of U.S. Facebook Users "How much control do you have over your personal information on Meta's apps and products?"**



Notes: week starting June 27, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in June/July 2018 (the week starting June 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 – FTC-META-010296645, FTC-META-010296647 – FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, FTC-META-003778587, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M.Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 1.

# PX8156

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8156

**Main Tracking Survey of U.S. Instagram Users "How much control do you have over your personal information on Instagram?"**



Notes: week starting November 28, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf,2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 2.

# PX8158

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8158

# Meta Income Statement

| ($B) | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | | |
| Family of Apps advertising revenue | N/A | N/A | 0.8 | 1.9 | 3.2 | 4.3 | 7.0 | 11.5 | 17.1 | 26.9 | 39.9 | 55.0 | 69.7 | 84.2 | 114.9 | 113.6 | 131.9 | 160.6 |
| Other revenue | N/A | N/A | 0.0 | 0.1 | 0.6 | 0.8 | 0.9 | 1.0 | 0.8 | 0.8 | 0.7 | 0.8 | 1.04 | 1.8 | 3.0 | 3.0 | 3.0 | 3.9 |
| **Total revenue** | **0.2** | **0.3** | **0.8** | **2.0** | **3.7** | **5.1** | **7.9** | **12.5** | **17.9** | **27.6** | **40.7** | **55.8** | **70.7** | **86.0** | **117.9** | **116.6** | **134.9** | **164.5** |
| **Total costs and expenses** | **0.3** | **0.3** | **0.5** | **0.9** | **2.0** | **4.6** | **5.1** | **7.5** | **11.7** | **15.2** | **20.5** | **30.9** | **46.7** | **53.3** | **71.2** | **87.7** | **88.2** | **95.1** |
| **Income from operations** | **(0.1)** | **(0.1)** | **0.3** | **1.0** | **1.8** | **0.5** | **2.8** | **5.0** | **6.2** | **12.4** | **20.2** | **24.9** | **24.0** | **32.7** | **46.8** | **28.9** | **46.8** | **69.4** |
| **Gross margin** | **73%** | **54%** | **71%** | **75%** | **77%** | **73%** | **76%** | **83%** | **84%** | **86%** | **87%** | **83%** | **82%** | **81%** | **81%** | **78%** | **81%** | **82%** |
| **Operating margin** | **-81%** | **-20%** | **34%** | **52%** | **47%** | **11%** | **36%** | **40%** | **35%** | **45%** | **50%** | **45%** | **34%** | **38%** | **40%** | **25%** | **35%** | **42%** |
| **Gross margin omitting Reality Labs** | **73%** | **54%** | **71%** | **75%** | **77%** | **73%** | **76%** | **83%** | **84%** | **86%** | **87%** | **83%** | **N/A** | **N/A** | **N/A** | **N/A** | **N/A** | **N/A** |
| **Operating margin omitting Reality Labs** | **-81%** | **-20%** | **34%** | **52%** | **47%** | **11%** | **36%** | **40%** | **35%** | **45%** | **50%** | **45%** | **41%** | **46%** | **49%** | **37%** | **47%** | **54%** |

Source: Meta Form 10-K, 2007-2024; PX9000 (Hemphill Report) at ¶¶ 57, 687, Exs. 1, 50.

# PX8159

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8159

## Components of Instagram Feed Ad Revenue

### Q1 2018 - Q2 2022, North America



Notes: Q1 2018 - Q2 2022; North America. This analysis reflects Meta's revised definition for Instagram ad load. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session, and is reported in data produced by Meta starting Q1 2018. For each series, the value in subsequent periods is measured as a multiple of its value in Q1 2018. Based on the data available in FB_FTC_CID_12190654 and FTC-META-011921400, in the chart above ad load reflects the ratio of VPV ad impressions to VPV total impressions; revenue per ad impression reflects the ratio of ad revenue to legal ad impressions; and total impressions reflect the remaining component of revenue--VPV total impressions multiplied by the ratio of legal ad impressions to VPV ad impressions.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at 120.

PX9000 (Hemphill Report) at Ex. 57.

# PX8160

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8160

## Components of Instagram Stories Ad Revenue
### Q1 2018 - Q2 2022, North America



Notes: Q1 2018 - Q2 2022; North America. This analysis reflects Meta's revised definition for Instagram ad load. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session, and is reported in data produced by Meta starting Q1 2018. For each series, the value in subsequent periods is measured as a multiple of its value in Q1 2018. Based on the data available in FB_FTC_CID_12190654 and FTC-META-011921400, in the chart above ad load reflects the ratio of VPV ad impressions to VPV total impressions; revenue per ad impression reflects the ratio of ad revenue to legal ad impressions; and total impressions reflect the remaining component of revenue--VPV total impressions multiplied by the ratio of legal ad impressions to VPV ad impressions.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at 120.

PX9000 (Hemphill Report) at Ex. 58.

# PX8162

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8162



Note: In this chart, revenue for Instagram Reels and Facebook Reels is worldwide.
Source: PX9000 (Hemphill Report) at Exs. 7, Exs. 35-37; FTC-META-011921400; FB_FTC_CID_12190654.

PX8162-001

### *Exhibit 1: Meta Advertising Revenue by App and Surface*



| ($ B) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022 H1** |
| **Facebook** | | | | | | | | | | |
| Mobile Feed | | | | | | | | | | |
| Web Feed | | | | | | | | | | |
| Other | | | | | | | | | | |
| **Instagram** | $0.0 | $0.0 | | | | | | | | |
| Instagram Feed | $0.0 | $0.0 | | | | | | | | |
| Instagram Stories | | | | | | | | | | |
| Other | | | | | | | | | | |
| **Messenger** | | | | | | | | | | |
| **Audience Network** | | $0.0 | | | | | | | | |
| **Instant Games** | | | | | | | | | | |
| | | | | | | | | | | |
| **Total** | $7.0 | $11.5 | $17.1 | $26.9 | $39.9 | $55.0 | $69.7 | $84.2 | $114.9 | $55.2 |
| **FB + IG % of ad revenue** | 100% | 100% | 99% | 98% | 99% | 98% | 98% | 98% | 98% | 99% |

Notes: 2013 - 2022 H1; worldwide. Meta has indicated that there are no ads on WhatsApp.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, 2022 12 02 Production Ltr. from L. Smith to FTC.

PX8162-002

### *Exhibit 2: Facebook Mobile Feed Ad Load by Region*



Notes: Q3 2014 - Q2 2022; all regions. Ad load is measured as the ratio of ViewPort view (VPV) ad impressions to VPV total (ad and organic) impressions. Meta has stated that "[o]ne VPV impression occurs when a user sees a piece of content for at least 250 milliseconds, where 'sees' means either fully visible or covering at least 50% of the screen height." The term organic relates to, for example, content shared by friends and pages a user follows. In quarterly accounting data Meta produced showing ad load by surface, ad load for Facebook Mobile Feed is reported starting Q3 2014.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, 2023 03 31 Ltr. from L. Smith to FTC re Tranche 2 Data Production, Defendant Meta Platforms, Inc.'s Supplemental Objections and Responses to Plaintiff Federal Trade Commission's Interrogatory No. 3, p. 14.

*Exhibit 3: Instagram Feed Ad Load by Region*



Notes: Q2 2015 - Q2 2022; all regions. Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session. In quarterly accounting data Meta produced showing ad load by surface, ad load for Instagram Feed is reported starting Q2 2015.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at '120.

*Exhibit 4: Instagram Stories Ad Load by Region*



Notes: Q1 2017 - Q2 2022; all regions. Ad load is measured as the ratio of VPV ad impressions to VPV total (ad and organic) impressions. Meta's revised definition for Instagram ad load accounts for repeated views of the same ad or organic content within a session. In quarterly accounting data Meta produced showing ad load by surface, ad load for Instagram Stories is reported starting Q1 2017.

Sources: FB_FTC_CID_12190654, FTC-META-011921400, FB_FTC_CID_12111393, FB_FTC_CID_10801113 at '120.

# PX8164

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8164

## Main Tracking Survey of U.S. Facebook Users "How reliably does Facebook work the way it's supposed to (i.e., without errors, bugs, or delays)?"



Notes: week starting June 27, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in June/July 2018 (the week starting June 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 – FTC-META-010296645, FTC-META-010296647 – FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, FTC-META-003778587, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M.Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 1.

# PX8165

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8165

**Main Tracking Survey of U.S. Facebook Users "How reliably does Facebook work the way it's supposed to (i.e., without errors, bugs, or delays)?"**



Notes: week starting November 28, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf,2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 2.

# PX8166

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8166

## Main Tracking Survey of U.S. Facebook Users "How easy or difficult is Facebook to use?"



Notes: week starting June 27, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. There are three weeks in which information for the week is reported as two separate, partial weeks (the last weeks of 2018, 2020, and 2021); in this analysis, for each of those three weeks, the weekly average response reflects the population-weighted average across demographic groups within the two partial weeks. Meta has indicated that the information it produced for July 2018 onward reflects a more precise weighting formula. During one week in June/July 2018 (the week starting June 27, 2018), the data produced by Meta reports survey responses under both the initial and the revised weighting formula; for that week, the chart above reflects survey responses under the revised weighting formula. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-010296643 – FTC-META-010296645, FTC-META-010296647 – FTC-META-010296649, FTC-META-000096494, FTC-META-000096507, FTC-META-003778587, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf, 2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M.Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 1.

# PX8167

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8167

**Main Tracking Survey of U.S. Instagram Users "How easy or difficult is Instagram to use?"**



Notes: week starting November 28, 2018-week starting June 29, 2022; United States. In the data produced by Meta, responses to each question are scored on a scale from 0 to 100, scored evenly apart by the number of answer options, where 100 means "extremely easy," "extremely reliably," "completely satisfied," or "completely in control" (depending on the survey question) and 0 means "extremely difficult," "not at all reliably," "completely dissatisfied," or "not at all in control." In this analysis, weekly average responses reflect a population-weighted average across demographic groups within a week. For each question, weekly data are restricted to those with non-missing values of weighted average response in the survey data.

Sources: Meta data produced in response to RFP 55: FTC-META-012193123 - FTC-META-012193136, FTC-META-000096494, FTC-META-000096507, 2023.01.20 S Strikis Production Letter to A Teng re SWAMP Data.pdf,2023.03.30_SWAMP questions for MTS and CACTUS.pdf, 2023 05 08 M. Reade Letter to A Teng re SWAMP Questions.pdf.

PX9007 (Hemphill Rebuttal) at Ex. 2.

# PX8168

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8168

### PSN Services Market Shares – Monthly Active Users
### July to December 2011, March 2012, United States

| | July 2011 MAU ('000) | Share | August 2011 MAU ('000) | Share | September 2011 MAU ('000) | Share | October 2011 MAU ('000) | Share | November 2011 MAU ('000) | Share | December 2011 MAU ('000) | Share | March 2012 MAU ('000) | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Facebook | 162,078 | 77.0% | 162,387 | 76.2% | 163,021 | 74.5% | 166,000 | 73.2% | 166,007 | 76.9% | 162,486 | 75.0% | 158,926 | 72.8% |
| Instagram | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 1,956 | 0.9% | 3,905 | 1.8% |
| Facebook+Instagram | 164,034 | 78.0% | 164,343 | 77.2% | 164,977 | 75.4% | 167,957 | 74.1% | 167,964 | 77.8% | 164,442 | 75.9% | 162,830 | 74.6% |
| Myspace | 36,253 | 17.2% | 36,172 | 17.0% | 33,658 | 15.4% | 31,544 | 13.9% | 28,073 | 13.0% | 27,153 | 12.5% | 27,824 | 12.7% |
| Google+ | 9,217 | 4.4% | 11,603 | 5.4% | 19,397 | 8.9% | 26,354 | 11.6% | 18,867 | 8.7% | 24,312 | 11.2% | 26,757 | 12.3% |
| Orkut | 720 | 0.3% | 720 | 0.3% | 720 | 0.3% | 720 | 0.3% | 720 | 0.3% | 720 | 0.3% | 720 | 0.3% |
| Path | 147 | 0.1% | 147 | 0.1% | 147 | 0.1% | 147 | 0.1% | 147 | 0.1% | 147 | 0.1% | 147 | 0.1% |

Notes: July to December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the maximum across desktop figures in each month and mobile figures for December 2011 (for months in 2011) and March 2012 (for March 2012) are used. Mobile figures in December 2011 are the maximum of mobile web only and mobile app only figures; mobile figures in March 2012 are the deduplicated number of users across mobile web and app.
For Instagram, the maximum across mobile web only and mobile app only figures for December 2011 are used in 2011, and the deduplicated number of users across mobile web and app figures are used for March 2012.
For Myspace, figures represent the sum of desktop and approximated mobile figures in each month. Mobile figures in 2011 are approximated using the maximum across mobile web only and mobile app only for December 2011. Mobile figures in March 2012 are approximated using the maximum across mobile web for December 2011 and mobile app for March 2012.
For Google+, the sum of desktop data in each month and mobile app data for March 2012 is used.
For Orkut, all figures reflect desktop figures for November 2011.
For Path, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

PX9000 (Hemphill Report) at Ex. 42.

# PX8169

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8169

## Meta's PSN Services Market Share – Daily Active Users
### November 2011 – January 2023, United States



Notes: November 2011 – January 2023, United States.
Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META- 012478772 (Facebook) and FTC-META- 012478774 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Instagram DAU is slightly higher than Instagram DAU in Meta Monthly User Engagement Data, and therefore, the RFP 115 Instagram DAU observations between July and December 2022 are first restricted to exclude the interface "instagram_www", then are adjusted by the ratio of the restricted RFP 115 and Meta Monthly User Engagement Instagram DAU data for June 2022. MeWe did not produce data on MAU for the United States. MeWe DAU in the United States are approximated by MeWe worldwide MAU for all age groups from MeWe's data production. Other market participants did not provide reliable data throughout this period and their DAU are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. DAU for Myspace, BeReal, Google+, KakaoStory, LINE, LiveJournal, Qzone, Renren, VKontakte, and Weibo are approximated by MAU as reported by Comscore's Multi-Platform reports for the United States. MAU for Path are not available in Comscore's Multi-Platform reports and therefore DAU for Path are obtained by summing MAU across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, Meta Historical Comscore Reports, data.ai Data from Meta, FTC-META- 012478772 (RFP 115, Facebook) and FTC-META- 012478774 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal Report) at Ex. A-2.

# PX8170

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8170

**PSN Services Market Shares – Daily Active Users**
November 2011, December 2011, March 2012, United States

| | November 2011 | | December 2011 | | March 2012 | |
|---|---|---|---|---|---|---|
| | DAU ('000) | Share | DAU ('000) | Share | DAU ('000) | Share |
| Facebook | 71,913 | 94.1% | 69,953 | 93.4% | 66,752 | 92.9% |
| Instagram | 679 | 0.9% | 679 | 0.9% | 886 | 1.2% |
| Facebook+Instagram | 72,592 | 95.0% | 70,632 | 94.4% | 67,639 | 94.1% |
| Myspace | 2,295 | 3.0% | 2,295 | 3.1% | 2,295 | 3.2% |
| Google+ | 1,326 | 1.7% | 1,748 | 2.3% | 1,761 | 2.4% |
| Orkut | 128 | 0.2% | 128 | 0.2% | 128 | 0.2% |
| Path | 58 | 0.1% | 58 | 0.1% | 58 | 0.1% |

Notes: November 2011, December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the maximum across desktop figures in each month and mobile figures for December 2011 (for months in 2011) and March 2012 (for March 2012) are used. Mobile figures in December 2011 are the maximum of mobile app only and mobile web only figures; mobile figures in March 2012 are the deduplicated sum of users across mobile web and app.
For Instagram, the maximum across mobile web only and mobile app only figures for December 2011 are used for November and December 2011, and the deduplicated number of users across mobile web and app are used for March 2012.
For Myspace, figures represent the sum of desktop and approximated mobile figures in each month. Mobile figures in 2011 are approximated using the maximum across mobile web only and mobile app only for December 2011. Mobile figures in March 2012 are approximated using the maximum across mobile web for December 2011 and mobile app for March 2012.
For Google+, the sum of desktop data in each month and mobile app data for March 2012 is used.
For Orkut, all figures reflect desktop figures for November 2011.
For Path, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports.

PX9000 (Hemphill Report) at Ex. 39.

# PX8171

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8171

## Meta's PSN Services Market Share – Time Spent
### November 2011 – December 2022, United States



Notes: November 2011 – December 2022, United States.

Meta Monthly User Engagement Data for Facebook and Instagram are available up to June 2022, and data are extended until December 2022 using Meta's FTC-META-012478765 (Facebook) and FTC-META-012478767 (Instagram) data provided by Meta in response to RFP 115. The RFP 115 data on Facebook time spent is slightly lower than Facebook time spent in Meta Monthly User Engagement Data, and therefore, the RFP 115 Facebook time spent observations between July and December 2022 are adjusted by the ratio of the RFP 115 and Meta Monthly User Engagement Facebook time spent data for June 2022. MeWe and other market participants did not provide reliable data on time spent for the United States throughout this period and their time spent data are therefore approximated based on data from Comscore. Comscore data cover desktop users of any age but only adult mobile users, and are conservatively scaled to cover all age groups by using the proportion of teens in Meta's Onavo data for Google+ and Myspace, and a factor of 20% for all other entities. Time spent for these entities are obtained by summing time spent across Comscore's Desktop and Mobile reports. Data for Mixi, Pengyou, PicPlz, StudiVZ, and Tuenti are not reported in the Comscore data for the United States for the relevant time period. Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta. Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Meta Monthly User Engagement Data, Third Party Monthly User Engagement Data, Comscore Data from Meta, Onavo Data, Comscore Total Audience Data, Meta Historical Comscore Reports, data.ai Data from Meta, FTC-META-012478765 (RFP 115, Facebook), FTC-META-012478767 (RFP 115, Instagram).

PX9007 (Hemphill Rebuttal Report) at Ex. A-10.

# PX8172

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8172

## PSN Services Market Shares – Time Spent

### November 2011, December 2011, March 2012, United States

|  | November 2011 | | December 2011 | | March 2012 | |
|---|---|---|---|---|---|---|
|  | Time Spent (Million Min) | Share | Time Spent (Million Min) | Share | Time Spent (Million Min) | Share |
| Facebook | 90,822 | 99.1% | 94,115 | 99.1% | 96,581 | 99.1% |
| Instagram | 291 | 0.3% | 291 | 0.3% | 391 | 0.4% |
| Facebook+Instagram | 91,114 | 99.5% | 94,406 | 99.5% | 96,972 | 99.5% |
| Myspace | 315 | 0.3% | 315 | 0.3% | 322 | 0.3% |
| Google+ | 119 | 0.1% | 141 | 0.1% | 123 | 0.1% |
| Orkut | 58 | 0.1% | 58 | 0.1% | 58 | 0.1% |
| Path | 7 | 0.0% | 7 | 0.0% | 7 | 0.0% |

Notes: November 2011, December 2011, March 2012, United States.
Due to limitations of the available data, the following approximations were used:
For Facebook the sum across desktop figures in each month and mobile web and app figures for December 2011 (for November and December in 2011) and March 2012 (for March 2012) are used.
For Instagram, all figures are the sum of mobile web and app. December 2011 figures are used for November and December 2011, and March 2012 figures are used for March 2012.
For Myspace, the sum of desktop figures in each month and mobile web and app figures for December 2011 (for November and December 2011) or the sum of mobile web for December 2011 and mobile app for March 2012 (for March 2012) are used.
For Google+, the sum of desktop data in each month and mobile app data for March 2012 is used.
For Orkut, all figures reflect desktop figures for November 2011.
For Path, all figures reflect mobile app figures for March 2012.

Sources: Meta Historical Comscore Reports

PX9000 (Hemphill Report) at Ex. 45.

# PX8173

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8173

**PSN Services Market Shares as Measured by Stories and Feed Posts**

October 2020 – June 2022; United States



Notes: October 2020 – June 2022; United States.
Facebook posts are limited to posts for which event_type is equal to "CREATE_POST" or "ADD_MEDIA_TO_STORY." These posts do not include reels. The bottom panel excludes posts that are indicated as reshares.
Instagram posts are calculated as the sum of Stories, Feed posts, and Feed-to-Story reshares in the top panel, and as the sum of Stories and Feed posts in the bottom panel. On Instagram, users cannot reshare to the Feed.
████████ posts reflect Story Posts.

Sources: Third Party Monthly User Engagement Data, FTC-META-012516614 (RFP 46, Facebook), FTC-META-012189053 (RFP 46, Instagram), FTC-META-012004993 (RFP 46, Instagram reshares)

PX9000 (Hemphill Report) at Ex. 47.

# PX8174

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8174

## Shares of PSN Services Market – Time Spent (Feed and Stories)

February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for Snapchat, United States.



Notes: February to June 2022 for Facebook and Instagram, September 2022 to January 2023 for Snapchat, United States.
Time spent is shown in minutes per day, across all users.
Snapchat time spent aggregated across surfaces is slightly larger than total time spent provided by Snapchat at the app level, where the latter is used for the "App-Level Time Spent" column.
Sub-App Time Spent includes the following:
- Facebook: page type values "newsfeed" (commonly identifies Facebook News Feed), "stories" (commonly identifies Facebook Stories);
- Instagram: surface-product combinations "home"-"feed", "home"-"stories";
- Snapchat: surface values "camera", "friend_story", "memories", "map".
Sub-App Time Spent excluding Video is identical to Sub-App Time Spent, except that video time on "newsfeed" is subtracted for Facebook.

Sources: Snapchat Monthly User Engagement Data, FTC-META-012004980 (RFP 42(a), Facebook), FTC-META-012004982 (RFP 42(a), Instagram), FTC-META-012331287 (RFP 42(a), Facebook - Video Time Spent), Meta's Sixth Set of Responses to FTC Data 30(b)(6) Questions

PX9000 (Hemphill Report) at Ex. 48.

# PX8175

Plaintiff Federal Trade Commission
Case No. 1:20-cv-03590-JEB
Exhibit PX8175



**Market Shares: 2014**

Notes: "Other" includes Myspace, Google+, Path, LINE, LiveJournal, Orkut, Pengyou, Qzone, Renren, Tuenti, VKontakte, and Weibo. Desktop MAU reported for August to December 2014.
Source: PX9000 (Hemphill Report) at Exs. C-30, C-31, C-32.

PX8175-001

*Exhibit C-30: PSN Services Market Shares - Monthly Active Users on Desktop, Comscore*

|  | 2014 (Aug-Dec) | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share |
| Facebook | 134,844,357 | 67.4% | 140,732,964 | 70.1% | 137,147,720 | 73.2% | 113,239,660 | 73.9% | 100,488,804 | 75.9% | 93,824,035 | 75.9% | 86,974,463 | 74.1% | 79,588,198 | 70.6% |
| Instagram | 19,844,951 | 9.9% | 19,063,314 | 9.5% | 18,091,415 | 9.7% | 18,769,088 | 12.2% | 20,632,430 | 15.6% | 23,481,364 | 19.0% | 27,026,533 | 23.0% | 29,878,702 | 26.5% |
| *Facebook + Instagram* | *154,689,308* | *77.3%* | *159,796,277* | *79.6%* | *155,239,136* | *82.8%* | *132,008,748* | *86.1%* | *121,121,234* | *91.5%* | *117,305,398* | *94.9%* | *114,000,996* | *97.2%* | *109,466,900* | *97.0%* |
| Total | 200,201,356 | 100.0% | 200,653,134 | 100.0% | 187,461,107 | 100.0% | 153,301,402 | 100.0% | 132,400,507 | 100.0% | 123,550,383 | 100.0% | 117,320,814 | 100.0% | 112,805,893 | 100.0% |

Notes: 2014 - 2021, United States, Ages 2+. 2014 includes the months August to December. Yearly metrics are annual averages across months.
"Other" includes LiveJournal, Pengyou, Qzone, Renren, StudiVZ, Tuenti, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for Path, KakaoStory, BeReal, PicPlz, and Mixi for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Total Audience Data

*Exhibit C-31: PSN Services Market Shares - Monthly Active Users on Mobile, Comscore*

|  | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share | MAU | Share |
| Facebook | 101,918,213 | 60.3% | 136,396,428 | 51.0% | 157,108,744 | 47.1% | 172,892,934 | 46.6% | 175,771,591 | 42.7% | 188,403,070 | 40.5% | 195,329,317 | 41.2% | 190,773,402 | 47.1% | 182,870,355 | 48.3% |
| Instagram | 33,933,331 | 20.1% | 55,328,103 | 20.7% | 80,826,655 | 24.2% | 101,943,643 | 27.5% | 110,774,771 | 26.9% | 129,057,276 | 27.7% | 140,659,106 | 29.7% | 129,088,188 | 31.8% | 129,179,501 | 34.1% |
| *Facebook + Instagram* | *135,851,544* | *80.3%* | *191,724,532* | *71.7%* | *237,935,399* | *71.3%* | *274,836,577* | *74.1%* | *286,546,362* | *69.6%* | *317,460,346* | *68.2%* | *335,988,423* | *70.9%* | *319,861,590* | *78.9%* | *312,049,856* | *82.4%* |
| Total | 169,076,599 | 100.0% | 267,508,036 | 100.0% | 333,746,332 | 100.0% | 371,019,090 | 100.0% | 411,963,423 | 100.0% | 465,299,676 | 100.0% | 473,684,192 | 100.0% | 405,435,551 | 100.0% | 378,672,937 | 100.0% |

Notes: 2013 - 2021, United States, Ages 18+. Yearly metrics are annual averages across months.
"Other" includes LiveJournal, Mixi, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for BeReal, Pengyou, PicPlz, Qzone, StudiVZ, and Tuenti for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).
Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Total Audience Data

PX8175-002

### Exhibit C-32: PSN Services Market Shares - Time Spent on Desktop and Mobile, Comscore

| | 2012 (Dec) | | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share | Minutes | Share |
| Facebook | 122,133 | 93.2% | 142,622 | 90.4% | 196,052 | 90.0% | 227,215 | 88.1% | 183,948 | 81.9% | 148,166 | 71.7% | 126,745 | 63.7% | 115,142 | 61.1% | 119,590 | 64.8% | 98,491 | 64.2% | 99,856 | 64.9% |
| Instagram | 8,021 | 6.1% | 12,025 | 7.6% | 14,684 | 6.7% | 19,247 | 7.5% | 23,345 | 10.4% | 33,257 | 16.1% | 41,013 | 20.6% | 42,190 | 22.4% | 46,018 | 24.9% | 45,081 | 29.4% | 44,597 | 29.0% |
| *Facebook + Instagram* | *130,154* | *99.3%* | *154,647* | *98.0%* | *210,736* | *96.7%* | *246,462* | *95.6%* | *207,293* | *92.3%* | *181,424* | *87.8%* | *167,757* | *84.3%* | *157,332* | *83.4%* | *165,608* | *89.7%* | *143,573* | *93.6%* | *144,452* | *93.8%* |
| Total | 131,014 | 100.0% | 157,748 | 100.0% | 217,920 | 100.0% | 257,933 | 100.0% | 224,502 | 100.0% | 206,737 | 100.0% | 198,922 | 100.0% | 188,546 | 100.0% | 184,695 | 100.0% | 153,465 | 100.0% | 153,977 | 100.0% |

Notes: 2012 - 2022, United States, Ages 2+. 2012 only includes December. Yearly metrics are annual averages across months.

"Other" includes Orkut, LiveJournal, Mixi, Pengyou, Qzone, Renren, VKontakte, and Weibo. There are no observations available in the Comscore data for the United States for PicPlz, StudiVZ and Tuenti for the relevant time period. The following entities stopped offering PSNS services and thus their shares are set to zero after these dates: Friendster (May 2011), Orkut (Sep 2014), Path (Oct 2018), and Google+ (April 2019).

Time spent are obtained by summing time spent across Comscore's Desktop and Mobile reports.

Comscore observations for 2022 are obtained from Comscore Multi-Platform data as produced by Meta.

Data are linearly interpolated for entities with missing data between two non-missing data points, and are assumed to be zero for months before the first or after the last month with non-missing data.

Sources: Comscore Data from Meta, Comscore Total Audience Data

PX8175-003