# EXHIBIT C

1                  BEFORE THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2

3    FEDERAL TRADE COMMISSION,           .
                                         .  Case Number 20-cv-3590
4              Plaintiff,                 .
                                         .
5         vs.                            .  Washington, D.C.
                                         .  May 12, 2025
6    META PLATFORMS, INC.,               .  Afternoon Session
                                         .  1:35 p.m.
7              Defendant.                 .
     - - - - - - - - - - - - - - - - -

8

9                  PUBLIC TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE JAMES E. BOASBERG
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:          DANIEL MATHESON, ESQ.
                                 JENNIFER TARR, ESQ.
13                               KRISHA CERILLI, ESQ.
                                 Federal Trade Commission
14                               400 Seventh Street Southwest
                                 Washington, D.C. 20024
15

16   For the Defendant:          MARK HANSEN, ESQ.
                                 Kellogg, Hansen, Todd, Figel &
17                                  Frederick, PLLC
                                 1615 M Street Northwest
18                               Suite 400
                                 Washington, D.C. 20036
19

20

21   Official Court Reporter:    SARA A. WICK, RPR, CRR
                                 333 Constitution Avenue Northwest
22                               Room 4704-B
                                 Washington, D.C. 20001
23                               202-354-3284

24

25   Proceedings recorded by stenotype shorthand.
     Transcript produced by computer-aided transcription.

connecting users with their friends and family.  And then

finally, a similar quotation from the founder of Path.

Q.   And do you have evidence of how large this demand for a

friends and family social networking product is?

A.   Yes.  The next slide, thank you, captures some of the

evidence on this point.  This distinct demand for maintaining

relationships with friends, family, and social acquaintances is

large and important.

So on the left-hand side, we see some illustrative

statistics for Facebook and Instagram respectively.  These are

monthly averages, the most recent data that I have in discovery

from 2021, 2022.  For Facebook, well north of a hundred million

users posted each month; for Instagram, again, above

106 million.  And you can see on the slide the subsets within

that, original broadcast posts, birthday posts, and so on, very

large.

On the right-hand side, we see stories and feed posts

cumulated over 2021 in the United States, and again, we see very

large, tens of billions, for Facebook, Instagram, and -- it's

blacked out, but the Court can see that for themselves, which is

Snapchat.

Q.   Okay.  And you also mentioned that you would introduce us

to the concept of what monopoly power is.

Can you walk us through that?

A.   Yeah, sure.  So this is a little bit econ 101, if we can

1      Just to remind, network effects arise when the value that

2   an individual user gets from a product or surface increases in

3   the number of other people on the network and to some degree

4   their usage.

5      Just to look at these quotes for a moment, Facebook's

6   secret sauce, it acknowledges internally, is having all your

7   friends on the network.  We see the same point being made in the

8   second quotation, albeit by an outsider, sort of maybe even

9   envious outsider, Google+, that "the network effect is that all

10  my friends are there."  And we've heard from Mr. Systrom that

11  network effects is what builds the staying power of a network.

12     Now, one thing that's important to notice here is the

13  reference to copying or copycats.  It's a recognition in the

14  Google+ and the Systrom trial testimony that copying which

15  already exists isn't going to work in the environment of strong

16  network effects.

17     And turning to the next slide, what we see in the

18  documentary evidence is confirmed by the data.  So on the

19  left-hand side is a chart associating the size of a user 's

20  network in terms of friend count on the horizontal axis.  So on

21  the left are folks with very few friends.  On the right are

22  people with a lot of friends and on the vertical axis the amount

23  of posting they're doing, measured by post sessions per user.

24     And what we see is that with a larger friend network, the

25  amount of activity increases.  And we see this similarly for

1    Instagram, using slightly different data.

2    Q.    Okay.  Now let's turn to norms.  What have you found with

3    respect to the role that norms play in how apps are used, and

4    how does that affect thinking about customer substitution?

5    A.    So, usage of PSN apps is powerfully shaped by norms.  And

6    the next slide offers some comments on this point.

7         For those apps that are providing personal social

8    networking services, there is a norm of sharing, as we see from

9    the first quotation, sharing everyday moments.  It's a place to

10   express yourself and share everyday moments, in the words of the

11   Instagram blog.

12        And then on the other side, you could have a norm on an app

13   that is not for sharing -- maintaining relationships with

14   friends and family.  You could have a norm that's to do

15   something else on the app.  And that's going to create friction

16   and make it more challenging, more unlikely, more costly to try

17   to serve a personal social networking demand.

18        And we see a document from YouTube that I'm not going to

19   read, the Court can read, that is illustrating that point when a

20   contrary norm arises.

21   Q.    Is there any other concept that you think is important to

22   assessing monopoly power in this case?

23   A.    Yes.  So the final concept I would like to discuss is an

24   idea that competition is not symmetric.  And what I mean by "not

25   symmetric" is that -- suppose I'm Expedia.  I'm Expedia, and I'm

1    But it's important to recognize that at the same time that

2    it's doing that, TikTok is not offering -- as we will discuss,

3    is not offering friends and family sharing.  It's not offering

4    personal social networking.  Mr. Presser's testimony sort of

5    flatly declares this.  We will talk about other evidence later.

6    And so there's, you know, competition in this asymmetric

7    way on this subset of what Meta is offering, but not on the

8    entirety of it to the same degree.

9    Q.    Okay.  Have you seen other examples of this?

10   A.    Yes.  The same point applies to other apps.  If we turn to

11   the next slide, we see a similar dynamic with YouTube.  YouTube

12   does not offer friends and family sharing.  It is not offering

13   personal social networking services.  It is, again with

14   short-form video, bringing the fight to YouTube, encroaching on

15   YouTube's turf in a way that is acknowledged in the redacted

16   language on the right-hand side of the slide.

17   And to turn to the next, again with Pinterest, Pinterest

18   plainly does not offer friends and family sharing.  Again, we

19   see Meta expanding its offerings in a way that increasingly

20   encroaches over time on Pinterest's, you know, basic business.

21   Q.    And the implications of Meta encroaching on other apps'

22   turf in this manner is something you're going to unpack in depth

23   for us as we proceed.

24   But is there anything you would like to preview here about

25   why Meta's behavior in adding activities to Facebook and

Instagram does not unsettle a relevant market for PSN services?

A.    Yes.  So, one important piece of the puzzle here is that nearly everybody comes to the site and spends time doing feed and stories.  If we could turn to the next slide, this is one proof point in support of the conclusion that Facebook and Instagram are firmly grounded in friends and family usage, which gets to a question you were asking before.

So this is an empirical exercise looking at daily active users of reels and determining whether there are a lot or only a few users that make no use of feed or stories.  And by "no use," I mean less than 30 seconds.  It counts on feed only if you spend 30 seconds or more.

And what we see is that on Facebook, these sort of reels-only users are vanishingly rare, that less than 1 percent in the data that I have spend time on reels without also spending time on feed or stories.  For Instagram, the comparable figure is 5 percent.

And so the point here is that yes, users are in addition spending time on reels, but that feed and stories remain sort of fundamental to the experience of the vast majority, or at least a part of the experience of the vast majority of users.

Q.    Okay.  And of course, as you said, we will be unpacking that as we proceed.

Is there any other way in which you have found competition to not be symmetric in this matter?

1    and by core functionality, do they possess the necessary, let's

2    say, machinery -- that's not quite right -- to satisfy this core

3    use.

4         And core functionality here has two pieces.  The first is a

5    social graph, a social graph of a particular kind, one that

6    connects users to friends and family, this providing the rails,

7    if you will, for these broadcast communications to occur.

8         And then second, a shared social space, a feed would be an

9    example, a place that sort of catches the communications in a

10   sense, I suppose, a shared social space for sharing with friends

11   and family for receiving and interacting with these broadcast

12   communications.

13   Q.   And is the core use concept something that you came up

14   with, or is it something that market participants use?

15   A.   It's ordinary course used.  If we could turn to the next

16   slide for some examples.

17        Facebook and Instagram use this term, the first

18   quotation, "family and friends is our core use case."  Below the

19   line, we can see, I guess it was -- it was X by now, yes.  X and

20   YouTube making much the same point, in X's terms thinking about

21   it as kind of jobs to be done, what is it that we're about, and

22   then from YouTube just flatly describing the core use case of

23   YouTube being to watch video.

24   Q.   Okay.  And which apps did you determine provide personal

25   social networking services and are market participants?

1    A.    If we could turn to the next slide, the major PSN apps in

2    the United States are Facebook, Instagram, and Snapchat.    There

3    are also smaller and foreign PSN apps.    You can see MeWe on this

4    list, and BeReal, and some of the Asian PSN firms as well, lINE

5    and Kakao and WeChat.    And then on the far right, I guess, is

6    sort of a graveyard of defunct apps:    Myspace, Path, Friendster,

7    Oricut, Google+.

8    Q.    What led you to believe these apps provide personal social

9    networking services?

10   A.    So as I said, the inquiry was to understand core use and

11   functionality.    And if we turn to the next page, this summarizes

12   some of the evidence on which I relied in order to come to a

13   determination that indeed for each of these apps, there is a

14   core use for friends and family sharing, and that consistent

15   with that, these apps each have the requisite functionality,

16   social graph, shared social space, and so on.

17   Q.    Okay.  And you mentioned including MeWe and some of these

18   other small foreign providers in the market.

19        Why did you choose to do that?

20   A.    Well, I mean, they are a PSN app, and so you include them.

21   It's conservative to do so.  It's standard to do so.  This isn't

22   a claim that MeWe is an important constraint on the exercise of

23   Meta's monopoly power.  Of course not.  There's no evidence that

24   I'm aware of that that's true.

25        But when we do market definition and we start with a

1  candidate market of the firms that do that thing, you

2  canonically include them all, and it is conservative to do so,

3  and that's what I have attempted to do here.

4  Q.   And you mentioned this slide is just showing a sampling of

5  that events.

6      Is there other evidence that you evaluated and relied on to

7  arrive at your conclusion here?

8  A.   Yes, there's a large set of evidence, some of which we'll

9  perhaps be reviewing.

10  Q.   And did you assess whether other types of apps were

11  reasonable substitutes and warranted inclusion in the relevant

12  market?

13  A.   Yes.  And that's summarized on the next slide, that other

14  social media apps are not reasonable substitutes, and that's

15  because they lack core use and functionality for satisfying this

16  demand, for satisfying this demand for friends and family

17  sharing.

18      And that has three pieces to it:  A lack of norm and use

19  for personal sharing.  We talked about norms.  For some of the

20  apps, there's an actively contrary norm.  Second, the lack of a

21  social graph, either a social graph period or a social graph of

22  friends and family.  And then third, the lack of a shared social

23  space in which these interactions of friends and family sharing

24  could occur.

25  Q.   Okay.  And so why is it significant, in assessing customer

1    substitution?

2    A.    So, network effects and norms work in favor of PSN apps to

3    encourage joining and usage and have the kind of opposite,

4    almost dark side, if you will, effect if you're running an app

5    that has some other goal in mind.

6         And so you might build powerful network effects around

7    professional sharing.  But those network effects and norms are

8    then going to be grinding against you when it comes to personal

9    social networking.

10   Q.    And is the evidence again that we're looking at in this

11   slide and the prior one an example of how qualitative evidence

12   can help answer the question posed by the hypothetical

13   monopolist test?

14   A.    Yes, that's correct.

15   Q.    Okay.  And we won't have time to go through your detailed

16   analysis that you did for each of these other social media apps.

17        Can you use YouTube as an example to introduce us to the

18   type of analysis you did for each app?

19   A.    Yes, sure.

20        So with respect to YouTube, we're again asking what's the

21   core use, is there a core use for friends and family sharing.

22        If we can turn to the next slide.  We heard from Mr. Filner

23   straightforwardly, you know, the core use is watching video and

24   then asking, "Does it have" -- "Does it facilitate connection

25   with friends and family?"  "This is not its focus."  "Does it

1    have a social graph?"  And, you know, the flat answer is not.

2         Now, continuing to the next slide, we can also get at this

3    question of reasonable substitutability, at this question of

4    core use and functionality with data.  And so what we have on

5    this slide is the share of monthly active users that post.  And

6    this is over a period for which I had data, 2019 to 2022.  And

7    we see Facebook and Instagram at high levels and -- and I'm not

8    going to say the number, but YouTube at a qualitatively much

9    lower level.

10        And to the extent that we have data about other apps, and

11   we will review some of that data, we can make similar contrasts

12   between what's happening on PSN apps and what's happening on

13   other apps.

14   Q.   Okay.  Let's also do a deeper dive on at least one other

15   app.  Let's take TikTok.

16        Based on your analysis, is TikTok a reasonable substitute

17   for PSN apps like Facebook and Instagram such that it should be

18   included in the relevant market?

19   A.   It's not, no, because it lacks core use and functionality

20   for personal social networking services.

21   Q.   And what type of evidence did you evaluate to reach that

22   conclusion?

23   A.   Right.  So again, a mix of testimony, documentary evidence,

24   and data.  And so just as a starting point, we can take

25   Mr. Presser's testimony.  "Why do TikTok's users use its

1    product?"  "They're looking for a very entertaining, enriching,

2    enlivening experience."  "Is TikTok different from Facebook and

3    Instagram's focus on interactions with existing friends and

4    family?"  "Yes."

5        And coming to the question of the social graph of friends

6    and family, he answers, "TikTok has really been built on the

7    concept of a content graph or an interest graph."

8        And so what we mean here is, the way in which content is

9    reaching a user is not over those friends and family connection

10   rails, but instead using basically algorithms to deliver content

11   based on interests.

12   Q.  Did you also perform a quantitative analysis to assess

13   whether TikTok was a reasonable substitute?

14   A.  I did.  And we can review some of that data.

15       So here, we have the share of friends or, in the case of

16   Instagram, reciprocal connections.  I won't repeat that every

17   time.  The share of friends within the overall set of total

18   connections -- 2022 was the time period for which I had data

19   from multiple firms -- it's relatively high for Facebook and

20   Instagram:  64 percent for Facebook, 42 percent for Instagram.

21   The number is blacked out, but it's much lower for TikTok.

22       Turning to the next slide, the average number of friends

23   per user, another measure of personal social networking

24   activity, we see for Facebook, 458 friends per user on average,

25   for Instagram 183.  And then if we turn and look at the line for

1   TikTok, much smaller.  And the average for the bottom

2   75 percent, smaller still.

3       Now, we can also think about the number of friends or

4   reciprocal connections on TikTok as a fraction of Facebook and

5   Instagram, or if you put it the other way around, Facebook and

6   Instagram as a multiple of TikTok.

7       And we heard at trial that the most recent numbers are, in

8   2025, 15 times as many friends for Facebook relative to TikTok

9   and four times for Instagram.  And the earlier-year number has

10  been blacked out, but that's based on the data presented in the

11  graph for comparison purposes.

12  Q.   And did you also do data analysis to see if there were

13  differences in how PSN apps on the one hand and TikTok were

14  actually used?

15  A.   Yes.  So if we can turn to the next slide, this is a

16  measure of just that, the share of monthly active users that

17  post, posting participation rate.  And we see that for Facebook

18  and Instagram, it's in the 50 to 60 percent range.  And for

19  TikTok, it's at a substantially lower level.

20  Q.   Okay.  Is there any other data analysis you conducted to

21  test whether TikTok is used differently than PSN apps?

22  A.   Yes.  So a further inquiry is to think about the three

23  different ways in which users consume content on TikTok:  On the

24  "for you" page, which is providing unconnected content; on the

25  "follow" page -- or recommended content that is -- the vast,

1  overwhelming majority of which is unconnected content; the

2  "follow" page; and the "friends" tab.

3      And so this slide, which is redacted, shows the relative

4  proportions of time spent and likes and comments on these

5  different surfaces.  And as the slide shows, the overwhelming

6  majority is on the "for you" page.  The "friends" tab is a very

7  small proportion of the activity on the app.

8  Q.   Okay.  And the "for you" page for TikTok is unconnected

9  content?

10 A.   That's correct, yes.

11 Q.   Do you have additional data analysis you did that bears on

12 the question of whether TikTok is used differently than PSN

13 apps?

14 A.    Indeed, I do.  If we turn to the next slide, this is a

15 separate empirical exercise that we undertook to try to

16 understand moments during the year in which personal social

17 networking is particularly important.  And so this as a starting

18 point is making use of Facebook's so-called meaningful social

19 interaction score, an internal measure.

20     What we can see in this graph is spikes at a set of seven

21 holidays where friends and family activity is particularly

22 important:  New Year's Day, Valentine's Day, Easter, Mother's

23 Day, Father's Day, Halloween, and Christmas Day.  And so we can

24 use those moments as leverage for trying to understand the

25 relative activity of different apps.

1    Before getting to that, I just want to mention that we

2    didn't have data, comparable data for Snapchat, but we do see on

3    the right-hand side of this slide Snapchat noting that holidays

4    give users a reason to connect with friends and family, and that

5    during these important cultural moments, we see what they

6    describe as uplift in engagement and DAUs.

7    So this is just evidence on the point that what's true for

8    Facebook, and as we'll see Instagram, is also true for Snapchat.

9    THE COURT:  So the charts on the left, it doesn't

10   identify by PSN app?  The left is Facebook and Instagram

11   combined?

12   THE WITNESS:  The left is just Facebook, Facebook's

13   MSI measure.  We're going to have Instagram data in one more

14   slide.  So this slide is basically setting up, what are the

15   holidays we should be focused on.  I'm not just dreaming up a

16   bunch of friends and family holidays.  These are the spikes.

17   And then we're going to take those seven spikes to the

18   data, if we can go to the next slide.  And so what this slide is

19   showing is on those seven holidays, what happens with Facebook,

20   with Instagram, and with TikTok.

21   And the TikTok data is redacted, but what we're trying to

22   understand is, all right, if we see these increases in Facebook

23   and Instagram on these holidays, does TikTok have a comparable

24   increase as one might anticipate if they were being used for

25   personal social networking.  And what we observe is no, we do

1     not see a similar uplift.

2         THE COURT:  I'm sure you're going to be asked by

3     Mr. Hansen, but perhaps analogous events besides the holidays

4     would be outages.

5         So why shouldn't I consider how users switch during outages

6     to be significant?

7         THE WITNESS:  Well, this is not -- this analysis is

8     not in response to a shock like an outage.  Right?  This is just

9     trying to understand a sort of basic point, that we would expect

10    increases during certain kinds of holidays to be correlated if

11    users were indeed using the product for this purpose.

12        THE COURT:  And I understand that, and this isn't

13    directly relevant, but wouldn't how users act during outages be

14    relevant?  In fact, why isn't that the best indicator of what is

15    a substitute, how they actually substitute their usage during

16    outages?

17        THE WITNESS:  So I guess the first thing I would want

18    to understand is which kind of outage we are talking about.  Are

19    we talking about an outage on the part of -- because we have

20    both sides.

21        THE COURT:  Sure.  So, for example, TikTok in

22    January '25.

23        THE WITNESS:  Right.  So -- we'll talk about this.

24    We've not heard testimony yet really about the TikTok outage.

25    And so I was planning to wait for rebuttal to really to get into

1    effective substitute.

2    Q.    Okay.    And we won't have time to cover other apps

3    individually in the way that you did for TikTok, but do you have

4    a summary of what your analysis showed for other social media

5    apps?

6    A.    Yes, if we can turn to the next slide.    This is sort of

7    summarizing at a high level the lack of core use and

8    functionality for friends and family sharing that each of those

9    categories of apps that I was talking about before, as to core

10   use, as to social graph, as to shared social space, for engaging

11   in friends and family sharing.

12        If we can turn to the next slide, this is a more detailed

13   summary of the same work, and in the appendix to the slides,

14   there's even more detail, which is based on work ultimately that

15   was done and collected in the reports.

16             THE COURT:    All right.    Let's take our afternoon --

17   second afternoon recess.    Ten minutes, please.

18        (Recess taken from 3:59 p.m. to 4:12 p.m.)

19        (Call to order of the court.)

20             THE COURT:    Okay, Ms. Cerilli.

21             MS. CERILLI:    I believe we left off on slide 46, if we

22   can bring that back up.

23             BY MS. CERILLI:

24   Q.    Briefly to restart us, can you describe what slide 46 is

25   showing?

1    much fewer friends per user and a much lower share of friends

2    and total connections.

3    Q.    And given that PSN services are about connecting with real

4    world friends and family, what is the significance, in thinking

5    of customer substitution, that these other apps here have such

6    low reciprocal connection rates?

7    A.    It supports and reinforces our understanding that from the

8    standpoint of user substitution, these apps are not a place that

9    one could reliably go to engage in friends and family sharing.

10   Q.    And I notice that YouTube isn't even listed here.

11         Does YouTube even have a regular concept of a reciprocal

12   connection?

13   A.    They do not.  You can subscribe to a channel, but that's

14   not the same thing.

15   Q.    What other data analysis did you prepare?

16   A.    If we could turn to the next slide, this is a further

17   elaboration on this analysis that I began earlier describing the

18   post-participation rate, the share of monthly active users that

19   post.

20         Before, we saw that in the context of TikTok.  Here, we

21   see, for a larger set of apps -- most of this is redacted.  One

22   thing of note is, if you look at the last column, you see a new

23   and more recent number for TikTok, which is redacted, but you

24   can see it on the slide.

25   Q.    Did you also analyze holiday usage for other apps?

1  A.   Yes.  If we could turn to the next slide, to the extent of

2  the data that was available in discovery, I also undertook this

3  analysis that we saw before in the context of TikTok.  It was

4  done for LinkedIn, which you can see on the left, and for

5  Twitter on the right.

6      And once again, the question is, whether in these holidays

7  that are congenial for friends and family sharing, do we see a

8  similar uptick for LinkedIn and for X.  And as you can see on

9  the slide, we do not.

10 Q.   And did you also see whether survey evidence indicates that

11 PSN apps have a different core use than other social media apps?

12 A.   Yes.  In this context, I use surveys as secondary and

13 confirmatory of some of the other evidence we're trying to

14 triangulate as best we can.

15     This slide shows the Malkiewicz survey results of the

16 respondents' most recent -- I'm sorry, most important reason for

17 using various apps.  And as we can see in the first column, I

18 suppose you could say, keeping up with friends' and families'

19 lives, high figures for Facebook and for Instagram and for

20 Snapchat, low for the others.

21     And then for entertainment, we see high levels for YouTube

22 and for TikTok, which is consistent with the other evidence that

23 we've seen about the core use and functionality of these

24 different apps.

25          THE COURT:  If you're about to move to messaging --

1      So this slide shows the available data about original

2  broadcast post sessions, and this is over the period for which I

3  have data, from 2013 to 2022.  And the top darkest line -- well,

4  it's jagged, but line shows these broadcast post sessions saying

5  big, stable.  It hasn't cratered, despite the growth of

6  messaging.  Composition has changed.  Feed has been on a

7  decline, and stories has been on a growth path.

8      Instagram, likewise, posts have stayed high.  The story

9  there is the story of growth, at least over the period from 2015

10  to 2022, which is the data that I have available.

11  Q.   With that analysis laid out, I now would like to return to

12  this core debate that we've been having in the litigation about

13  the import of Meta having nonfriend content on Facebook and

14  Instagram, particularly in recent years.

15      First, to just level set the discussion, can you give us

16  some examples of activities on Facebook and Instagram that do

17  not directly involve engaging with a family or friend?

18  A.   Sure.  Reels would be a big example, probably.  Marketplace

19  would be another, groups perhaps.

20  Q.   And I take it you agree that people can buy and sell things

21  or find unconnected video on apps that you have not included in

22  your relevant market, like TikTok or eBay?

23  A.   Sure.  There are various activities on the app that could

24  be performed similarly off the app.

25  Q.   And is this dynamic, where a product offering incorporates

with friends and family, even if they do spend some other time
on unconnected content?

A.   Yes.  If we go to the next slide, this actually gets to
what we were talking about before from a slightly different
angle.

So one question that I think came up at trial was the
existence of users -- maybe surprisingly, users that have no
friends on this site or have no reciprocal connections, who you
might imagine would be candidates for like being reels
aficionados.  And so what I did was try to understand how
frequent there are active users that have no friends, no
accounts followed.

And as you can see from the slide, at least for the data
that I have, it's tiny.  It's half a percent for Facebook.  It's
a percent and a half for Instagram.

And to your well, was 30 seconds the right amount, should
it be a different number, to sort of kick the tires on this,
open the aperture, we also took a look at active users with ten
or fewer friends or accounts followed.  And the numbers are
still very small:  2 percent for Facebook, about 5 percent for
Instagram.

The upshot, at least for people who only want reels viewed
a certain way and therefore don't even bother to accumulate
friends, that seems to be quite rare.  So it's not a complete
answer, but it's one piece of the puzzle.

1               UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2
   FEDERAL TRADE COMMISSION,
3                                    Civil Case
                    Plaintiff(s),    No. 20-03590 JEB
4          v.
                                     Washington, D.C.
5  META PLATFORMS, INC.,
                                     May 13, 2025
6               Defendant(s).        **Morning Session**

7  ----------------------------------------------------------

8                       BENCH TRIAL
          BEFORE THE HONORABLE JAMES E. BOASBERG
9            UNITED STATES DISTRICT CHIEF JUDGE

10 APPEARANCES:

11 FOR THE PLAINTIFF(S):  Daniel J. Matheson, Esquire
                          Krisha Cerilli, Esquire
12                        Federal Trade Commission
                          Bureau of Competition
13                        400 Seventh Street Southwest
                          Washington, D.C. 20024
14


15
   FOR THE DEFENDANT(S):  Mark Hansen, Esquire
16                        Kellogg, Hansen, Todd, Figel
                           & Frederick, PLLC
17                        1615 M Street Northwest
                          Suite 400
18                        Washington, D.C. 20036

19


20
   REPORTED BY:           Tammy Nestor, RMR, CRR
21                        Official Court Reporter
                          333 Constitution Avenue Northwest
22                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts.gov
23

24

25

1    competition, we would expect entry and competition that

2    would drive down those profits over time.  And the fact that

3    we haven't seen that is evidence of substantial market

4    power.

5    Q    What evidence have you seen of Meta earning high

6    profits?

7    A    Well, if we could go to the next slide, just to take a

8    step back and remind ourselves, certainly from an accounting

9    profit sort of -- point of view, you know, Meta is extremely

10    large.  We saw these figures already from Meta's 10K and

11    10Q.

12        Now, accounting profits aren't the right measure for

13    this.  If we turn to the next slide, as Mr. Hearle testified

14    previously, Meta has been highly profitable as an enterprise

15    since its inception as measured by average annual rate of

16    return exceeding by a factor of 3 to 4.1, it's weighted

17    average cost of capital.

18        And the same idea is confirmed kind of however way you

19    cut it.  In my report, I discuss various comparisons over

20    the economy just on an accounting profits basis, and of

21    course, Meta is at the very top of that heap.

22        You know, it's worth noting that although the report,

23    you know, makes some comparisons, we can evaluate monopoly

24    power without making direct comparisons to other firms.  So,

25    you know, we talked about YouTube before.  YouTube on a

1    revenue basis is one-third to one-fourth, I think, the size

2    of Meta.

3        Whatever its profits are, the focus here is on Meta

4    itself.  And for the reasons I have just given, the economic

5    profits are quite substantial.

6    Q    Okay.  And why do you say that you don't need to compare

7    Meta's profits to other firms' to conclude that the

8    sustained high profits are evidence of monopoly power?

9    A    Well, ultimately we are focused on the firm in front of

10   us and trying to work out whether competition has been

11   sufficiently strong so as to erode the profits.  And our

12   observation of continued high profits also in conjunction

13   with very substantial barriers to entry and expansion tell

14   us that monopoly profits are present.

15   Q    Okay.  And what evidence do you have that the high

16   profits Meta earns are associated with monopoly power over

17   the provision of personal social networking services to

18   users?

19   A    Right.  So, you know, as we have heard already at trial,

20   Meta is in a two-sided platform.  It is a two-sided

21   platform.  It's interacting with users on the one side and

22   advertisers on the other side.

23       And when we observe monopoly profits, it's not just from

24   that fact apparent whether they are exercising the power on

25   the user side or the advertising side or potentially both.

1        So given the focus of this matter on anticompetitive

2    harm to users, our focus on the user side, it's important to

3    try to work out whether and where the monopoly power is

4    being experienced.

5        And so the next step here is to evaluate evidence

6    bearing on the question whether the substantial market power

7    is being exercised in substantial part on the user side.

8    Q    What have you found in that regard?

9    A    That it does exercise its power substantially on the

10   user side.

11   Q    Okay.  And is your second category of direct evidence ad

12   load part of your assessment there?

13   A    Yes.  The ability to set a high and rising ad load over

14   time is evidence that the exercise is happening in

15   substantial part on the user side.

16       If we could turn to the next slide, just to sort of get

17   it started and remind us, in setting ad load, Meta faces a

18   tradeoff.  We talked about this tradeoff a little bit

19   yesterday.  Increasing ad load increases the revenue it can

20   earn per time spent, but it has a negative effect on

21   engagement.

22       So Meta has to think about that tradeoff.  There's a way

23   of putting this -- there's an opportunity to think about the

24   tradeoff because they are in a position to choose where

25   along that kind of demand curve they want to set ad load.

1    And this slide is just providing evidence on the point

2    that, you know, ad load is a tax.  It's a tax that decreases

3    user engagement.  We see this in the narrative response to

4    the CID.  We see it in the response to the interrogatory.

5    And we see it in Mr. Mosseri's testimony, among many other

6    places.

7        We want to make sure that we don't degrade the

8    experience by putting in too many ads and offputting people

9    because they will leave and they will go to other services

10   and they'll go to the competition.

11       And so we see throughout Meta's documents a

12   consciousness of this and care, if you will, in setting the

13   optimal, optimal for them, ad load.

14   Q   Does the degree of competition that Meta faces impact

15   where it can set that level of ad load?

16   A   Yes.  With competition, one would expect an opportunity

17   to compete along various dimensions of quality including ad

18   load.  So with more competition, there would not be the same

19   degree of latitude.

20   Q   So now let's turn to what your analysis shows with

21   respect to Meta's ad load.

22       Has Meta been able to profitably increase ad load for

23   users of Facebook and Instagram over time?

24   A   That's correct.  And the evidence is collected -- some

25   of the evidence is collected on the next few slides.

1           This chart is showing Facebook Feeds ad load over time.

2      The blue higher line is North America.  And we see it rising

3      from 6.4 percent at the beginning of the period in which I

4      have data, 2014, rising to around 20 percent by 2022, which

5      is the last data that was available in discovery.

6           Subsequent information from Meta indicates that in

7      January of 2023, ad load increased even more, to 23 percent.

8      As of the latest data that I have seen from January 2025, it

9      settled back at about 20 percent.

10          Turning to the next slide, much the same story can be

11     told in the Instagram feed, a rise from 0.3 percent to

12     17.8 percent.  I do not have more recent data on the

13     Instagram ad load.

14          Just a quit note, on the dotted line, in the early

15     period of Instagram, they measured ad load as a fraction of

16     total impressions in a particular manner that they then

17     revised.  So during the period of overlap, you can see there

18     are two lines.  This doesn't mean that ad load changed

19     between the two measures.  It just means this different

20     measure that they adopted yields a lower ad load percentage,

21     albeit still rising, and then it settles out about 17,

22     18 percent.

23          Turning to the next slide, we see that for Instagram

24     Stories, much the same story, beginning at a very low level,

25     half a percent in 2017, rising to 19.5 percent as of Q2

1    2022.

2    Q    Okay.  And why is evidence of Meta increasing ad load on

3    Facebook and Instagram direct evidence of monopoly power

4    over users?

5    A    Well, as we were talking about before, it means that

6    they are able to continue, against the dislike of users,

7    raise ad load, and through this reduction in quality, earn

8    higher profits.

9        So again, it's an example of a profitable exercise of

10   power by lowering quality that, again, with competition, we

11   would expect to yield a different result.

12   Q    Can you show us some evidence related to user responses

13   to this increase in ad load?

14   A    Yes.  If we could turn to the next slide, this is data

15   from internal surveys that Facebook and Instagram have with

16   respect to ad sentiment.  The question posed is are there

17   too many ads on Facebook, are there too many ads on

18   Instagram.  A lower response rate is a bigger problem from

19   this standpoint, more negative sentiment.

20       And we see that for Facebook and likewise for Instagram,

21   that the sentiment has been negative, which is a sign of

22   reduced quality and an indication that users increasingly

23   find the ad load to be heavy --

24   Q    Okay.

25   A    -- and problematic.

1    Q    And how have Meta's ad load increases affected its

2    revenue and profits over time?

3    A    Well, it's a major driver of revenue.  If we could turn

4    to the next slide, this chart maps out the main component of

5    Facebook's mobile feed ad revenue up through 2022, the data

6    that I have available.

7         The top line, I guess that's blue, is showing revenue

8    increases over time.  It's indexed to a hundred percent at

9    the beginning.  So if we read 800 percent at the end of this

10   period, that means revenue has increased eightfold, 8.1.

11        There are three components that we could see that lead

12   in to ad load.  The total number of impressions, which has

13   gone up but modestly.  The revenue per ad impression, which

14   has roughly doubled.  And finally, the increase in ad load,

15   which is the largest driver in a multiplicative sense, that

16   ad load has roughly tripled on Facebook mobile feed over

17   this period, which tells us that the increase in ad load is

18   a major driver, albeit not the only driver of Facebook's

19   increased revenue over time.

20   Q    Okay.  And does the evidence we are looking at on this

21   slide also have implications for the question that we spoke

22   about a moment ago about whether Meta's high profits are

23   derived from monopoly power over users versus some other

24   source like interactions with advertisers?

25   A    Right.  It's telling us that the exercise of market

 1    power, that the profits are attributable substantially,

 2    maybe not entirely, substantially to the exercise of market

 3    power on the user side.

 4         MS. CERILLI:  And sorry.  Can we go back one slide.

 5    BY MS. CERILLI:

 6    Q    And this slide that we are looking at here relates to

 7    components of mobile Facebook Feed ad revenue.  Do you have

 8    similar analysis related to Instagram Feed and Instagram

 9    Stories?

10    A    That's correct.  This exercise has been done for each of

11    the three kind of big surfaces, if you will.  I am talking

12    about big surfaces from the standpoint of where the money is

13    being made.

14    Q    And are the results similar?

15    A    The results are similar, that's correct.

16    Q    Can we find those results in an appendix to the slides?

17    A    That's correct.

18    Q    What other evidence have you seen regarding the

19    importance of the revenue generated on Facebook and

20    Instagram to Meta's overall profitability?

21    A    Right.  So if we could turn to the next slide, revenue

22    and profits are being substantially driven by these big

23    three surfaces.

24         To take a step back, we just saw that worldwide

25    revenue -- well, what we saw before was family of apps

```
 1   BY MS. CERILLI:
 2   Q    Can you walk us through the evidence you have seen
 3   regarding Meta varying ad load at the user level?
 4   A    Yes.  If we could turn to the next slide, so one example
 5   of this is the needy user rule, the content of which has
 6   changed over time but essentially means if you are a new
 7   user, if you are not using the site very much, you get a
 8   lower ad load.  You have higher ad load for most users, but
 9   there's a discount, a lower level, for these needy users.
10        And this discount in ad load for needy users stems from
11   the goal of increasing their engagement with services.
12   Their current low level of engagement gets a lower ad load.
13   And then as they kind of grow into the service and no longer
14   are so needy, that gets turned off, and they have a higher
15   ad load.  And this happens in a couple of different ways.
16        If I could turn to the next slide, one form of
17   user-by-user targeted ad load changes is to vary the ad load
18   by age.  So what we see on the slide is a discussion between
19   the Facebook app monetization team and Mark Zuckerberg
20   talking about an experiment that Meta had done showing that
21   teens and young adults might increase their engagement if
22   they got a lower ad load, a much lower ad load, as it turned
23   out.
24        Mr. Zuckerberg, here ruminating, says, okay, if these
25   demographics are disproportionately sensitive, teenagers and
```

1    young adults, well, there's some others that are

2    disproportionately insensitive, why don't we think about

3    increasing ad load for those people.  So this is sort of an

4    illustration of thinking about this tradeoff or this

5    opportunity.

6         If we can go to the next slide, after some discussion,

7    ultimately it was implemented that younger users, teenagers,

8    young adults, got a lower ad load.  You can see the red line

9    for teens and the yellow line for young adults.  They get,

10   upon implementing this, a much lower ad load that, you know,

11   I can observe in the data through 2022.  On the slide on the

12   right, which is redacted, you can see the extent to which

13   that discount continues or doesn't today.

14   Q    And pausing for a moment, in these last couple slides

15   and in your testimony a moment ago, you have been referring

16   to demand elasticity.  Can you explain for us what demand

17   elasticity is.

18   A    Yes.  We are just talking about the responsiveness of a

19   user to an incremental increase in ad load.  Do they reduce

20   usage a lot, or do they reduce usage just a little bit.  So

21   for an inelastic user, the reduction in usage is just a

22   little bit.

23   Q    How does demand in elasticity relate to the exercise of

24   market power?

25   A    Ultimately the exercise of market power is aimed at and

1    made possible by inelastic users.  The existence of such

2    users is more or less definitive in a way of the presence of

3    market power.

4    Q    Okay.  And is Meta's needy user rule an example of

5    varying ad load based on user demanding elasticity?

6    A    That's correct, yes.

7    Q    How so?

8    A    Well, because the teenagers and young adults have a

9    sensitivity to ads, in response, Meta is making the ad load

10   lower in order to better compete for that subset of users.

11   Q    Okay.  And have you also observed evidence of Meta

12   engaging in price discrimination based on the tenure of

13   users, meaning how long a user has been on Facebook and

14   Instagram?

15   A    That's correct.  If we can turn to the next slide, here

16   we see another, I think, self-conscience implementation by

17   Meta to, you know, along the lines of what we talked about

18   on the needy user rule, provide a lower ad load for those

19   who had spent the least amount of time on the site.  Those

20   are the ones with the least tenure.

21        You can see on the orange bars, that lower ad load that

22   users who have only been on the Facebook site or the

23   Instagram site for a relatively short time, that they get a

24   lower ad load.

25   Q    And is there evidence that Meta's ad load discrimination

1    ongoing evidence is from sentiment studies, sentiment

2    surveys.  We can see this on the right-hand side from the

3    main tracking survey.  How much control do you have over

4    your personal information.  We see that rating go down over

5    time.

6    Q   Okay.  And what about overall quality, does Meta have

7    surveys or metrics that it uses to track the overall quality

8    of Facebook and Instagram?

9    A   They do.  If we can turn to the next slide, the Facebook

10   cares about its users and good for the world measures both

11   get at this.  We can see for Facebook and Instagram, this

12   going down over time for CAU.

13       Turning to the next slide, we can also see it going down

14   for good for the world.  This is both for Facebook and for

15   Instagram.  And note, this is not true only in, if you will,

16   absolute terms, but also in a relative cares about users

17   basis.

18       If we could turn to the next slide, which I believe the

19   court has seen, we see an important decline happening over

20   time.  This is true through the data that I was able to

21   observe in preparing the reports.  And if we turn to the

22   next slide, we see that in the updated data that Facebook

23   has presented at trial, the decline in quality persists.

24           THE COURT:  But it seems certainly that the testimony

25   that we heard, for example, both on the privacy and on the

1           THE COURT:  Okay.

2           THE WITNESS:  Let me just go back one just for a

3    second.  This is just, you know, how satisfied are you with

4    your Facebook experience.  More data on the downward trend

5    point.  Going forward, we just saw -- can we go to 99?

6           So we just talked about 99.  Further on this point,

7    if we can go to a hundred, and this idea that surveys

8    reflect real product quality experiences, hopefully you can

9    see on the slide, I can see it better on the screen than I

10   can on the page, but you know, U.S. sentiment drivers for

11   CAU, connects friends and family is the first, ads is the

12   second, for good for the world, connects friends and family

13   is the first.  So it's getting out parts of the product

14   experience.

15   BY MS. CERILLI:

16   Q    Likewise, does slide 99 also give some examples of

17   specific product changes that had triggered declines in the

18   survey?

19   A    Yes, that's correct.  In the later Dr. Cobb testimony,

20   the Panavision test on Instagram, are a good example of

21   that.  And the suggested postlaunch in the last quotation

22   also speaks to that point.

23   Q    Okay.  And then the fifth type of direct evidence you

24   mentioned was the user response to Cambridge Analytica.  Can

25   you describe what happens there and why you view that as

1    direct evidence of monopoly power?

2    A    Yes.  So as the court knows, the Cambridge Analytica

3    breach made a lot of people upset.

4        If we can turn to the slide 101, we can observe in the

5    cares about users measure a big drop.  That's the red dotted

6    line.  I think they internally referred to it as the biggest

7    drop they had seen in the history of running this measure.

8    And then the blue line, it's a bit jagged because of the

9    variation, you know, within, I guess, a week, the blue line

10   is basically stable.

11       So the number of daily average users in blue stays

12   stable.  The number of daily active users on a -- I'm sorry.

13   Let me back up.

14       Left-hand side is DAU.  Right-hand side is time spent.

15   Those both stay basically stable despite the big drop in

16   CAU.  And I think the right interpretation of that is,

17   notwithstanding users, you know, displeasure about an

18   observation of this decline in perceived quality, they don't

19   have anywhere else to go.  They are staying put.  There are

20   some deactivations.  It's not that there's no effect, but

21   that it's a very small effect, which is an indication of the

22   inelasticity of the users with respect to this dimension of

23   quality.

24   Q    And just to make sure I fully understand it, why does

25   that pattern of a declining user's sentiment with limited

 1    to the following extent.  It was presented by Microsoft in

 2    court.  This was their demonstrative explaining how they

 3    viewed the world in terms of competition --

 4          MR. HANSEN:  (Inaudible.)

 5          (There was an interruption by the court reporter.)

 6          THE COURT:  I'm not going to consider anything for

 7    his analysis or comparison of that case with this case.

 8    BY MS. CERILLI:

 9    Q   What economic point are you making about the way in

10    which dominant firms might perceive themselves as

11    encountering headwinds to their growth?

12    A   Microsoft, during the 1990s, understood itself to have a

13    large set of competitors that hemmed it in, Unix -- I'm

14    sorry, Linux, Max, America Online, Palm Pilots.  Ultimately

15    their monopoly power was sustained, notwithstanding these

16    competitors more or less at the edges.

17    Q   Okay.  We can turn now to your assessment of geographic

18    market.  What geographic market did you identify as

19    appropriate for the analysis in this case?

20    A   In connection with the product market of personal social

21    networking services, the geographic scope of the market is

22    the United States.

23    Q   Okay.  And why did you arrive at that conclusion?

24    A   If we could turn to the next slide, this conclusion has

25    basically two pieces.

1       First, if you are a user in the United States, would you

2   substitute to a product offered outside the United States?

3   Even doing that would be challenging.  You would probably

4   need to use some kind of VPN to basically pretend you were a

5   non-U.S. user, and that's pretty unlikely.

6       Second, that users in the United States face the same

7   set of competitive alternatives so they can be aggregated

8   for convenience within a geographic market.  And this second

9   idea that they base the same set of competitive alternatives

10  is rooted in part in the fact that network effects in

11  personal social networking are felt to a substantial degree

12  at the national level.

13      So two pieces of evidence on this.

14      First, the share of U.S. users' friends that are in the

15  United States is high, north of 80 percent for Facebook and

16  also for Instagram.

17      Second, turning to the next slide, we see documentary

18  evidence on the same point from Meta speaking to the UK as

19  competition authority.  Facebook users located in a specific

20  region want to connect mostly with others users located in

21  that region.

22      Snapchat in similar terms, you know, growth hinges on

23  dense friends networks.  You get your dense friends networks

24  typically within the borders of your own country.

25      These are all points supportive of the idea that you

1    competitive significance.

2        At the end of the day, for the market shares to be

3    useful, we are hoping they pick up something real about the

4    competitive significance of the different firms.

5    Q   Does the standard approach you are describing here call

6    for including any sales or output from firms outside the

7    relevant market in the market share estimations?

8    A   No.  That's not what you would normally do.  You would

9    look at the market participants and count them up.  The

10   whole point of the market definition exercise in the first

11   place was to figure out who's in and who's out, recognizing

12   that this is often crude, right?  This is our best shot, our

13   rough and ready way of trying to understand whether this is

14   a market capable of being monopolized.  You know, it's never

15   going to be perfect, but the core of it in a way is some

16   firms are in, and you know, some products are out.

17   Q   Okay.  And can you introduce us to your market shares by

18   showing us one year what you found across multiple metrics.

19   A   Yes.  So if we turn to the next slide, these are market

20   shares for 2022 within the market for personal social

21   networking services.  As you can see from the slide, Meta

22   has a high dominant share whether measured by monthly active

23   users or daily active users or time spent.

24       2022 was picked because that was the last year for which

25   I had data in discovery.

1    Q    Okay.  And how does using MAU and DAU to calculate
2    market shares compare with using time spent?
3    A    Well, I mean, MAU and DAU has the virtue that it
4    might -- that it doesn't exaggerate time spent.  A lot of
5    time was spent on video, and that might not be the best way
6    of understanding competitive significance with respect to
7    personal social networking.
8    Q    Okay.  And the data, as you mentioned, that we are
9    looking at here ends in 2022.  Do you have evidence that
10   Meta still has a high market share in the relevant market
11   today?
12   A    I do.  If we did go to the next slide, 2025, the court
13   can see on the slide the Meta share remains dominant using
14   the 2025 data.
15   Q    Okay.  And were you, likewise, able to analyze Meta's
16   market shares at the time of the Instagram and WhatsApp
17   acquisitions?
18   A    Yes.  Turning to the next slide, in 2012, March 2012,
19   again, a dominant share.  And turning one more, please, to
20   2014, once again, a predominant share on all measures that
21   we have available.
22   Q    Okay.  And have you been able to analyze whether Meta
23   had similarly high market shares over time?
24   A    Yes.  That's accurate.  If we can turn to the next
25   slide, on a monthly active users basis, we have first-party

1    data, that means data from discovery, between 2016 and 2022.

2    And we see that the persistent dominance is true throughout

3    this period.

4        If we can turn to the next slide, we can use a variety

5    of measures.  We don't have first-party data all the way

6    back to 2012, but we do have various data sources that allow

7    us to look at an even larger range of times.  That's set out

8    on this slide using the different kinds of material that

9    were available to me.  And on all of these measures on an

10   MAU basis, Meta has had a dominant share throughout the

11   period.

12   Q   Do you have similar market shares over time for DAU and

13   time spent?

14   A   I do.  If we can turn to the next slide, we can see on a

15   DAU basis, Meta has maintained throughout a dominant share

16   throughout 2018 to 2022, which is the time period for which

17   I have first-party data of the major players.

18       And turning again to the next slide, time spent, again,

19   much the same story, a dominant share by Facebook and

20   Instagram taken together.

21   Q   And did you use any other measures of usage that Meta

22   uses in the ordinary course to calculate market shares?

23   A   Yes.  So if we can turn to the next slide.

24       Yes.  Sorry.  This doesn't exactly match mine.

25   Q   Slide 1 --

```
 1   A   I believe this is telling the same story.  What I have

 2   on 119 is -- no, I take it back.  I'm sorry.  It's exactly

 3   the same.  I just got a little lost in the redaction.

 4       We have already talked about DAU and MAU and time spent.

 5   Another measure of competitive significance would be to

 6   observe the production of Stories and Feed posts.  And to

 7   the extent that we have data on this question, again from

 8   2022, we can observe that on this measure as well, again

 9   redacted, Meta has a dominant share.

10   Q   Okay.  And we have earlier discussed the market

11   definition debate relating to Facebook and Instagram having

12   activities that do not directly involve engaging with

13   friends and family.

14       Did you do any market share calculations to ensure that

15   you were not overstating Meta's significance as a provider

16   of PSN services in light of those activities?

17   A   Yes.  And just to summarize the concern, if you thought

18   that the time spent on Reels, let's say, wasn't as

19   intensively oriented toward the consumption of friends and

20   family sharing, you could take a tighter look at Feed and

21   Stories time spent.

22       And if we can turn to slide 120, that's what's done

23   there, right?  It's talking about the competitive

24   significance of the whole app with respect to personal

25   social networking by looking at the time spent on those
```

1    surfaces that are more -- most intensively oriented towards

2    friends and family sharing.  When we look at that analysis,

3    the market share is again very high.

4    Q    Okay.  And so there's no misunderstanding, does your

5    calculation of shares in this way mean that you are

6    attempting to defend or define a relevant market for only a

7    portion of the Facebook and Instagram apps?

8    A    No, no.  Personal social networking is supplied by the

9    entire app.  We want to understand the competitive

10   significance of the whole app.  And we are worried about a

11   distortion, and so we are kicking the tires on that by doing

12   this additional exercise.

13   Q    Have you done any other checks or analyses to examine

14   the sensitivity of your market share analysis?

15   A    Yes, I have.

16        So to take a step back, you know, I understand an

17   argument has been made that other apps actually are in the

18   PSN business.  They actually are supplying personal social

19   networking, maybe not a lot, maybe only a little bit, but

20   not nothing.

21        And if that's so, then we need some way to think about

22   the relevant intensity of delivery of personal social

23   networking services, right?  To take an example that might

24   be on the court's mind, if TikTok were included, including

25   all of TikTok and all of Facebook and all of Instagram would

1    be sort of a weird comparison because we know that the

2    intensity of delivery, if it's happening at all, on TikTok

3    is a lot lower.  So we need some way of taking that into

4    account.

5            THE COURT:  I'm sorry.  Intensity of delivery

6    meaning?

7            THE WITNESS:  Meaning, you know, from a production

8    standpoint or a consumption standpoint, how much of TikTok

9    is friends and family sharing, right?  My position is it

10   should be excluded entirely.  But if you included it,

11   including each of these apps at par would give you a really

12   strange picture of who is significant and to what degree in

13   personal social networking.

14           So you need some way to sort of give it a haircut,

15   each of them.  Like Facebook and Instagram would get a

16   haircut presumably.  TikTok would get a haircut.  TikTok

17   would get larger haircut because personal social networking

18   is only a small part of what's happening if it's happening

19   at all.  It's a larger part of Facebook and Instagram.  How

20   big?  Hard to say.

21           I mean, looking at the whole app is administrable in

22   a way that this fine grain work might not be.  But we could

23   look for ways to identify how large a discount each of them

24   should get.

25           So here I have used one method, which would be to use

1    surveys.  Basically the survey is just helping us

2    understand, okay, usage for PSN services on Facebook and

3    Instagram is a lot higher than TikTok.  How much higher?

4    Well, we can use the survey results to tell us something.

5         The real key is to recognize that for, you know,

6    TikTok or YouTube to -- I mean, YouTube doesn't even

7    conceivably offer PSN services, I would say.  But the main

8    thing to see is that unless that kind of intensity, unless

9    the haircut is pretty similar, right, for Facebook,

10   Instagram, and TikTok, the shares are going to stay very

11   high.

12        So here, in order to identify -- as one way of doing

13   the haircut, I look to survey data.  And so here I have four

14   surveys, Malkiewicz' and three others, and show that the

15   DAU, MAU, time spent measures all stay very high under that

16   particular understanding.

17   BY MS. CERILLI:

18   Q   Specifically what part of this survey are you saying you

19   used to perform the haircut that you mentioned?

20   A   Who is being -- to what extent do you look to this app

21   for the provision of friends and family sharing or keeping

22   up with family and friends.

23   Q   Okay.  And again, so there's no misunderstanding, are

24   you saying that incidental ability to engage with friends on

25   a non-PSN app makes them a PSN service provider?

1    A    I think, no, it's not enough.  It's not enough to make

2    them a reliable place for users to go if they want PSN

3    services.  They are still not a good substitute.  But to

4    make assuredness doubly sure, let's take a look at this

5    other measure.

6    Q    Okay.  And you have now walked us through multiple

7    measures of Meta's market shares using different metrics and

8    over different time periods.  Do you have still other market

9    share metrics that you have made available to us in the

10   appendix to these slides?

11   A    That's correct.

12   Q    And then, again, summing up, what do all of your

13   different estimates of Meta's market share indicate?

14   A    All of them indicate that Meta has a dominant share of

15   personal social networking services in the United States no

16   matter how you cut it.

17   Q    Okay.  And again, over what time period have you

18   observed that?

19   A    Over the time period from the Instagram acquisition

20   until the present.

21   Q    Okay.  Let's turn to the third element of indirect

22   proof, entry barriers.  What do you mean by entry barriers?

23   A    So you know, barriers to entry and expansion are

24   important because they tell us to what degree our current

25   conditions are likely to persist.

1          So in face of high entry barriers, we expect these high

2     shares to be meaningful, that is, this is not just a flash

3     in the pan.  And so the analysis of barriers to entry and

4     expansion are part of how we recognize that the firm

5     possesses substantial market power that is monopoly power.

6     Q    Okay.  And what have you observed regarding the presence

7     of entry barriers in this matter?

8     A    That the barriers to entry and expansion are high

9     starting with, turning to the next slide, network effects.

10    We have already talked about network effects, but just to

11    remind, you know, the value of the service increases with

12    the number of other users.  Ms. Sandberg made this point

13    early.  We are hard to compete with.  Our network effects

14    are substantial.  Alex Schultz commenting, I was incredibly

15    impressed, from earlier work in his life, incredibly

16    impressed at how hard it was to kill something with real

17    network effects and then making the same point applied to

18    personal social networking.

19         Turning to the next slide, we have already talked about

20    the data suggesting important, strong network effects.

21         There's a second barrier to entry and expansion worth

22    also discussing, which is switching costs.  You know, once

23    you have invested in a particular personal social networking

24    app, your willingness to sort of chuck those investments and

25    start again, which is going to take a new fresh set of

1    investments, is limited.

2        If we could turn to the next slide, looking to the

3    right, you know, once you paid, that is paid the cost of

4    learning how it works, adding your friends, you will stick

5    with it even if the relative quality declines.

6        Mr. Horvitz, in his testimony for Google, reproducing

7    those clicks one by one, stitching together your network is

8    painstaking, and he says, especially when I have already

9    made that investment elsewhere.

10        The left-hand part of this slide is an illustration of

11    how this time on the app and work with the app accumulates

12    over time.  The years are registration year of user.  So the

13    right-hand side would be a user who registered in 2015 and,

14    you know, adds photos over time.  So you know, that

15    accumulates.  It's especially true for the longest-tenured

16    users.

17        So switching costs and network effects are each

18    important, and they are important in conjunction.  They are

19    important in conjunction because suppose I'm ready to switch

20    to some other PSN.  It's not enough for me to switch.  I

21    need the other friends and family and social acquaintances

22    to do that too.

23        So network effects and switching costs are mutually

24    reinforcing in their importance.

25    Q    Okay.  And have you considered the real-world evidence

```
 1    A    I have.  And some of that evidence is captured on the

 2    next slide.

 3         Mr. Zuckerberg saying that the quality of ads has

 4    basically approached the quality of organic content.

 5    Ms. Sandberg saying even more strongly that the ads add high

 6    quality or even better than the organic content, that they

 7    have achieved that over time.  And from Mr. Hegeman, that

 8    the impact was not very significant.

 9    Q    And is that suggestion of insignificant impact

10    consistent with what you have seen in the evidence?

11    A    No.  The evidence that I have seen suggests that it's,

12    indeed, a meaningful tax and an important strategic variable

13    that Meta has to contend with.

14         If we can turn to the next slide, you know, Mr. Hegeman,

15    you know, agreeing that people prefer fewer ads as opposed

16    to more, that there's not an age cohort that affirmatively

17    derives a positive engagement effect from ads, and then

18    Mr. Systrom speaking more plainly that, you know, increasing

19    ads hurts engagement because users don't like ads.

20    Q    What does your analysis show regarding how ad load

21    impacts user engagement?

22    A    What we see in the documents is confirmed by the data.

23         If we can turn to the next slide, this is an empirical

24    exercise looking at the effect of zero ads on time spent or,

25    if you will, on the effect of ads versus no ads.
```

1    As the court is probably aware, there's an ads holdout

2    group that Facebook has ran for a long period of time, one

3    half percent of users.  So with that comparison, we can say

4    something about at least the short-term effect of ads.  It

5    doesn't capture all of the effect.

6    One thing just to notice, the willingness to forgo a lot

7    of revenue in order to do this diagnostic is, itself,

8    indicative of, you know, ad load being an important matter.

9    What I found is that the removal of ads, right, the

10   boost you get from having no ads, is on average on the order

11   of 7 percent, larger for some, smaller for others.  This

12   doesn't, once again, reflect the effect of having all of

13   your friends see the same lower ad load, right?  There would

14   be a synergy, a network effect, that Meta has studied

15   internally that would generate a larger effect if we

16   understood the ad load change to be not just for these

17   individuals at the half-percent level but more broad.

18   Q    And what does your analysis show regarding how ad load

19   impacts user sentiment?

20   A    The evidence suggests that it harms user sentiment.  We

21   have already seen some data about the sentiment studies.

22   Pardon me.

23   We have already seen some of that sentiment analysis.

24   If we could go to the next slide, this is just putting

25   together some things we have already seen.  Again, we are

1    indexing at a hundred.  So you can think of these as

2    percentage increases relative to the 2017 baseline.  We see

3    ad load going up over time on Facebook Feed, and we see user

4    sentiment falling over the same period, which is some

5    evidence that, indeed, ad load is a meaningful tax, that

6    aside from the effect on engagement, there's also, right, a

7    measure of output.  There's also an effect on the consumer

8    surplus that the users that stay experience.

9         And the left-hand side shows this for Facebook.  And the

10   right-hand side shows this for Instagram for the other two

11   of the big three surfaces for purposes of ad load, Instagram

12   Stories, and Instagram feed.

13   Q    Okay.  And turning to another argument by Meta at trial,

14   have you seen arguments that friends and family sharing is

15   in decline?

16   A    I have.  Turning to the next slide, this is a table from

17   Professor Carlton arguing a point of this kind.

18   Q    Okay.  And what is your response to Meta's claim that

19   friends and family sharing is in decline?

20   A    Well, I think talking about percentages is the wrong way

21   to think about this if we are trying to understand whether

22   friends and family sharing remains large and important and

23   the heart of the apps and the major source of profits.

24        One empirical measure that we can do that I think is

25   more on point, turning to the next slide, is to ask what

1    have original broadcast posts done over time.  And what we

2    see here, as we saw before, is that they have stayed stable

3    for the period for which I have data on Facebook and that

4    they have, indeed, increased for Instagram.

5        Even beyond the data that I have been using in my own

6    analysis, we can look to Professor Carlton's friend data

7    itself for confirmation, turning to the next slide, even

8    under -- I need to be careful here because it's redacted.

9    Even under Professor Carlton's friend classifications as he

10   sees friend content, friends and family remains large on

11   Facebook today.

12       You can see the number of impressions for January 2025.

13   You can see the impressions per MAU.  And you can see the

14   impressions per DAU per day remains large and robust.

15       And turning to the next slide, we can see the analogous

16   calculations for Instagram.

17   Q   And just at a high level, since he hasn't yet introduced

18   his analysis, do you directionally have reasons to think

19   that Professor Carlton's friends classifications do not

20   fully credit the robustness of friend engagement on the

21   apps?

22   A   Yeah, I think that's accurate.

23   Q   Okay.  Now, does Meta making arguments that friends and

24   family sharing in decline or suggesting that sort of like

25   some ill health in the friends and family use case actually

1    inform your assessment?

2    A    Yes.  And we can think about that performance in two

3    pieces in terms of an extensive margin of number of users

4    and also an intensive margin of engagement.  So let's talk

5    about each of those.

6        Turning to the next slide, this is a chart of

7    Instagram's registered users over time.  You know, a million

8    and change worldwide in 2011, nearing 30 million in

9    March 2012, which is still prior to when the deal was

10   reached, and of course, put before the transaction actually

11   closed.

12   Q    And what about the other relevant metrics you mentioned?

13   A    Yes.  So turning to the next slide, Instagram's user

14   engagement was also very strong.  This is an internal

15   competitive analysis from early 2012 that Facebook, then

16   Facebook, performed.  It captures this user point we have

17   already been talking about, 30 million-plus registered users

18   as of April 2012.

19       But the intensive margin is what's really interesting on

20   this slide.  The number of photo uploads, 5 million per day;

21   likes, 50 million per day; comments, 7 million per day; a

22   lot of photos being uploaded, 1 billion-plus, especially to

23   be as early as, it's extremely successful, both from a

24   number of users and from a user engagement standpoint, you

25   know, this is an app that's sort of off like a rocket

1    a differentiated social mechanic, and then the difficulty of

2    competing once that differentiated social mechanic is

3    established.

4    Q    And were there -- but were there still, nonetheless,

5    other apps out there competing in the photo-sharing space at

6    this time?

7    A    Yeah, there were some.  If we can go to the next slide,

8    Mr. Systrom talks about three, Path, Treehouse, and picplz.

9    Q    And how did Instagram compare to those others apps?

10   A    Instagram was much more successful than either of the

11   others.  You know, this is captured on the quotations on

12   this slide.

13        Mr. Systrom, you know, recalls, Look, we were growing

14   very quickly, and we had heard that Path, Treehouse, and

15   picplz weren't, you know, exchanged with Mr. Zuckerberg.  I

16   don't care as much about Path.  I personally worry more

17   about Instagram.

18        And finally, from Mark Zuckerberg to Mr. Andreessen,

19   Path has a huge amount of hype, but only a million or so

20   people actually use it at all.

21        So Path was on, as Meta understood it and I think it

22   appears in reality, was on a much lower growth trajectory.

23   Q    And does your analysis bear out that Instagram was just

24   at a different level than Path?

25   A    Yes.  The next slide, you know, presents some empirical

```
 1    evidence of this.  The data confirms the documents.  This
 2    shows Instagram and Path monthly active users in March 2012,
 3    April 2012, and September 2012.  These are dates for which
 4    we have some evidence from Path that we can then try to
 5    compare to Instagram.  Much higher in March, much, much
 6    higher in April, and likewise in September.  They were
 7    just -- you know, it was a difference in degree that
 8    amounted to a difference in kind.
 9    Q    And what ultimately happened to Path after this 2012
10    period?
11    A    It was ultimately acquired and shut down in 2018, I
12    think.
13    Q    And did Instagram pose a threat to Meta's monopoly
14    position only as an independent company?
15    A    No.  It posed a threat as an independent company.  It
16    also posed a threat in the hands of other potential
17    acquirers.  And, you know, if we can go to the next slide,
18    there's some illustrative evidence on this point.
19         You know, from Mr. Zuckerberg, again, as far back as
20    September 2011, you know, over the next few years, they
21    could easily add pieces of their service that copy what we
22    are doing now, describing this as big, strategic risk, and
23    identifying this risk both with Instagram continuing to be
24    successful on mobile or if Google buys them.
25         So not only Google, but also what was then Twitter.
```

1    Q    And what is your assessment of that argument?

2    A    Well, I think it was a pivot threat in the United

3    States.  I mean, sure, in other countries, it was even

4    bigger.

5        If you could go to the next slide, it was growing

6    rapidly.  We see on the left-hand side, monthly active users

7    rising to, depending on how you count it in February 2014,

8    just shy of 15 million or, according to the board materials,

9    20 million.

10       WhatsApp was also achieving, you know, relatively high

11   penetration rate among messaging apps second to Facebook

12   Messenger, higher than the other competitive apps that -- I

13   believe this was Sequoia's presentation deemed relevant to

14   provide a comparison.

15   Q    Have you seen any other evidence indicating that

16   WhatsApp was a pivot threat in the United States?

17   A    Yes.  The next slide contains some additional evidence

18   of Meta's internal understanding that the market had not yet

19   tipped, that the United States market of messaging was still

20   open in some sense.

21       So in the first quotation, Mr. Zuckerberg is talking

22   about how, you know, with some additional features, they

23   might be in the position to tip markets like the U.S.  And

24   Mr. Schultz also commenting that the biggest prize is up for

25   grabs, meaning the United States market.

1  Q   And was WhatsApp one of many OTT messaging apps that

2  could have pivoted and threatened Meta's monopoly position?

3  A   No.  I think it was an unusually potent threat given its

4  larger scale.  We can see this in part, if we can turn to

5  the next slide, by, you know, what's happened since.

6      This slide is describing the mobile messaging landscape

7  in the United States in 2021.  And you see Messenger in the

8  lead and then WhatsApp grown to a quite substantial degree

9  and then, you know, a great degree of fragmentation among

10  the others.

11      So, you know, these large numbers suggest the kind of

12  scale that would be consistent with, you know, perhaps being

13  able to get into personal social networking.

14  Q   And thinking about the implications of these numbers,

15  what about the idea that the use of regular SMS text

16  messaging or the presence of iMessage in the United States

17  would block the ability of WhatsApp to get sufficient usage

18  in the U.S. to pivot into personal social networking?

19  A   Well, I think the fact that they have achieved scale,

20  have achieved continued increase in scale, suggests that

21  they might well have had what it took in order to overcome

22  the, you know, network effects and switching costs of a

23  personal social network.

24      And you know, as to iMessage -- well, I guess I will

25  leave it at that.

1    are not the correct ones and that the payment is rational as

2    an anticompetitive avoidance of competition.

3    Q    And specifically on the synergies explanation you

4    mentioned, has your review of the record revealed any

5    synergies planning that would explain the premium?

6    A    I have not seen such evidence that would explain the

7    premium, no.

8    Q    And does Meta's operation of WhatsApp since the

9    acquisition inform your view that it purchased WhatsApp to

10   remove a competitive threat?

11   A    It does.  If we can turn to the next slide, you know, as

12   the court is aware, Meta has incurred large losses on

13   WhatsApp since its acquisition.  We can see these annual

14   numbers that's visible through 2019 north of $1 billion.

15   The last two years are blacked out, but the court can see

16   them.

17        This tells us -- well, this is further evidence that

18   the, you know, ordinary profit maximization understanding of

19   the WhatsApp acquisition and the premium paid is not the

20   correct one.  It reinforces the conclusion that the project

21   was an anticompetitive competitive project.

22   Q    And you have already alluded to this with the court, but

23   just so you can show what you meant, you are no doubt aware

24   of arguments at trial suggesting that WhatsApp's founders

25   did not want to pivot into social networking or that they

1    surplus unleashed, although you know, the amount of output

2    might or might not go up.

3            THE COURT:  Okay.

4    BY MS. CERILLI:

5    Q   Could consumer surplus be higher in the but-for world

6    even if the Instagram app is smaller than it was today?

7    A   Yes, it could because of other entrants, because of the

8    way in which the Instagram business model played out.  Those

9    would be two examples.

10   Q   Now, you alluded to it orally, but can you show us the

11   two episodes you alluded to of Meta imposing significant ad

12   load increases on Instagram?

13   A   Yes.  That's on the next slide.  Here we see Instagram

14   Feed ad load increasing from second quarter of 2015 to

15   second quarter of 2016 from, you know, a fraction of a

16   percent to about 7 percent.

17       And then the second episode in 2018, we see the ad load

18   of 11 percent on an impressions basis rising to 18 and a

19   half percent by the first quarter of 2019.

20   Q   Okay.  And what is the impact of users of Meta having

21   this ability to raise ad load at Instagram as a result of

22   controlling both Facebook and Instagram?

23   A   Systrom at the time expressed worries that these ad load

24   increases would be bad for Instagram users, that it would

25   reduce engagement, and that's what Instagram observed.

1    earlier this morning.

2    Q    Okay.  You also mentioned weaker privacy protection.

3    How has Meta's preservation of its monopoly weakened privacy

4    protection?

5    A    Well, we see ongoing user frustration with privacy.  If

6    we turn to the next slide, you know, this idea that privacy

7    is the single biggest detractor in CAU surveys.  We see

8    Facebook lagging other companies on this idea of keeping my

9    personal information safe.

10       If we turn to the next slide, we have seen, measured by

11   sentiment and recognizing limitations of sentiment but still

12   thinking it has value and indicating what users are getting

13   from the service, we see declines over time in this main

14   tracking survey question, how much control do you have over

15   your personal information and -- I will stop there.

16   Q    So I apologize because this next slide is heavily

17   redacted, and this is the one that I mentioned yesterday

18   that might require a sealed session.

19       MS. CERILLI:  We have worked out an arrangement where

20   we are just going to discuss the concept at a high level, so

21   we will stay in open court.

22       THE COURT:  Thanks.

23       MS. CERILLI:  But I'll caution Professor Hemphill not

24   to articulate too many details here.

25

```
 1                  UNITED DISTRICT STATES COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
     FEDERAL TRADE COMMISSION,
 3                                     Civil Case
                     Plaintiff(s),     No. 20-03590 JEB
 4          v.
                                       Washington, D.C.
 5   META PLATFORMS, INC.,
                                       May 14, 2025
 6               Defendant(s).         Morning Session

 7   ----------------------------------------------------------

 8                        BENCH TRIAL
            BEFORE THE HONORABLE JAMES E. BOASBERG
 9             UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Daniel J. Matheson, Esquire
                            Krisha Cerilli, Esquire
12                          Federal Trade Commission
                            Bureau of Competition
13                          400 Seventh Street Southwest
                            Washington, D.C. 20024
14


15
     FOR THE DEFENDANT(S):  Mark Hansen, Esquire
16                          Kellogg, Hansen, Todd, Figel
                             & Frederick, PLLC
17                          1615 M Street Northwest
                            Suite 400
18                          Washington, D.C. 20036

19


20
     REPORTED BY:           Tammy Nestor, RMR, CRR
21                          Official Court Reporter
                            333 Constitution Avenue Northwest
22                          Washington, D.C. 20001
                            tammy_nestor@dcd.uscourts.gov
23

24

25
```

```
1    Q   I want to switch topics now to surveys if we could.

2        You suggest that responses to questions from Meta's MTS

3    are, quote, informative about the specific quality

4    attributes of Facebook and Instagram, is that correct?

5    A   That's correct.

6    Q   What does MTS stand for?

7    A   Main tracking survey.

8    Q   Those surveys were done by Meta?

9    A   I believe so, yes.

10   Q   You are not an expert on survey research, are you,

11   Professor Hemphill?

12   A   No.  As I mentioned, I'm an industrial organization

13   economist using a variety of tools.

14   Q   In fact, no survey expert for the FTC has evaluated

15   these MTS surveys either, right?

16   A   I believe that's correct.  There's evidence from Meta,

17   itself, about their role in decision-making, but I am not

18   aware of evidence of the kind that you are asking.

19   Q   Dr. Curtis Cobb of Meta is an expert on survey research,

20   isn't he?

21   A   Yes, I believe that's correct.

22   Q   You cite him a number of times in your reports?

23   A   I cite him in the direct testimony.  I believe in the

24   reports as well.

25   Q   You certainly would agree that Dr. Cobb is knowledgeable
```

1    about Meta's surveys and the conclusions that one can

2    properly draw from those surveys?

3    A    That seems within his expertise.

4    Q    And again, I don't want to be flip about this, but you

5    talked about staring into the soul.  I think it's a proxy

6    for not being a credibility finder here.  You are not making

7    a credibility finding as to Dr. Cobb, are you?

8    A    No, I'm not.

9    Q    Dr. Cobb has testified that you cannot, cannot, use the

10   surveys for which he supervises to draw conclusions about

11   the quality of Meta's apps.  You have seen that testimony,

12   haven't you?

13   A    I recall testimony of this kind.

14   Q    Generally these responses reflect user perceptions based

15   on current events and media stories.  You are familiar with

16   that testimony?

17   A    In general terms, yes.

18   Q    And Mr. Schultz also testified, as the head of data

19   analytics, to the same effect, didn't he?

20   A    That may well be.

21   Q    Okay.  Now, you have done a little bit of work here.

22   You rely on answers to six questions in the MTS surveys, is

23   that right?

24   A    I would have to count them up.  That sounds in round

25   terms about right.

```
1    Q    Didn't use all of them, though.  There are 11 questions

2    in the MTS survey, aren't there?

3    A    I don't remember the exact number.

4    Q    None of the questions that you have picked directly ask

5    about quality, do they?

6    A    I think they have close connections to quality.  They

7    don't literally ask the word quality.  They ask things like

8    satisfaction and good for the world and cares about users,

9    which are used by Meta for the purpose of understanding how

10   well their apps are performing on a quality basis, but they

11   don't literally say quality.

12   Q    In fact, the question you didn't choose to evaluate is

13   the closest thing to quality because it asks about value.

14   If you look at DDX28.42, here's a question you chose not to

15   evaluate, how much value do you get from using Facebook.

16   That might provide a window into quality, wouldn't it?

17   A    I don't know whether it would or not.

18   Q    Did you pick the 6 of 11 questions that were used for

19   your evaluation?

20   A    I reviewed a lot of data.  I don't remember whether I

21   picked these or not.

22   Q    Your staff did it for you?

23   A    Again, I don't recall on that.

24   Q    Anyway, you would assert that a decline in positive

25   response rates to the questions that you picked is evidence
```

1    of monopoly power, correct?

2    A    It's part, yes, it's part of the evidence.  Just, you

3    know, to complete the answer before, one difference between

4    how much value do you get and the measures that I am using

5    is that the measures that I am using are all over the

6    documents, cares about users, good for the world, and so

7    forth.

8         I don't remember how much value you get showing up in

9    their internal deliberations about, huh, should we turn up

10   ad load more, whereas these other measures are part of

11   product discussions.

12   Q    So now you do remember why you picked one question over

13   others?

14   A    I don't remember the exact mechanics of getting to this

15   point, but I do recall the connection between these measures

16   of user sentiment and the, you know, large body of other

17   evidence reviewed.  And I don't have that recollection at

18   all with respect to how much value do you get.

19   Q    You rely on what you say is an overall decline in these

20   metrics over a four-year period from 2018 to 2022, correct?

21   A    That's the data I had available, yes, I believe that's

22   correct.

23   Q    Let's look at the chart you have been relying on,

24   DDX28.43.

25        And this is the chart that you say supports your view

1    that there was an overall decline in these sentiment

2    metrics?

3    A    These in conjunction with good for the world, cares

4    about users, so this is part of the picture.  This is more

5    subsidiary analysis breaking out how the overall number is

6    confirmed by the decline among lots of components.

7    Q    This is your Exhibit 1 in your rebuttal report, isn't

8    it?

9    A    Yes, responding to a particularized critique of Meta's

10   experts.

11   Q    And you gave an opinion that there was a decline in

12   these sentiment metrics, and that supported your opinion,

13   correct?

14   A    Yes, it's a subsidiary point in favor of the idea that

15   the overall --

16            (There was an interruption by the court reporter.)

17            THE WITNESS:  As part of a subsidiary comment that

18   the specific component metrics confirmed the overall decline

19   in quality.

20   BY MR. HANSEN:

21   Q    We will get to the other CAU study in a minute.  I just

22   want to do one at a time.  These are the MTS survey

23   responses, right?

24   A    These are some of the MTS survey responses.

25   Q    The survey responses (sic) were on a scale of zero to a

1    Q    No, no.  Do you remember that testimony?

2    A    I have some recollection in general terms.  I don't know

3    if that's exactly what he said, but I remember in general

4    terms something like that.

5    Q    You would hardly say a chicken takeout place is an

6    appropriate benchmark for total quality on the Facebook or

7    Instagram apps, would you?

8    A    Not suggesting the Chick-fil-A specific comparison.

9    Q    So another survey -- we've got one more survey that you

10   did rely on.  We talked about some others yesterday that you

11   didn't rely on, but let's talk about the ones you did.

12        You cite to something called the CACTUS survey.

13   A    Yes, that's correct.

14   Q    CACTUS is an acronym, isn't it?

15   A    It is.

16   Q    What is it?  What does it mean?

17   A    I don't recall what the acronym stands for.  Instagram

18   uses a different name for their ad survey.  I don't remember

19   what CACTUS --

20   Q    You don't think that giving an opinion and relying on a

21   survey you should know what the survey purports to say?

22   A    What the survey purports to say, I think, is relevant.

23   The acronym is likely not relevant.

24   Q    This is about how people view ads, right?

25   A    Yes, correct.  They are asked are there too many ads on

1    Facebook, for example.

2    Q    As we have discussed, ads are just one dimension of

3    quality, correct?

4    A    An important dimension, yes.  I agree, one dimension.

5    Q    Now, you know, as a matter of fact, that there is a

6    group of Facebook and Instagram users who have never seen an

7    ad, correct, the so-called ads holdout group?

8    A    Yes.  I reported some data from the no-ads holdout group

9    yesterday.

10   Q    And in fact, when it supported one of your opinions

11   about ad effect on engagement, you used that data to prepare

12   your slide 130 from your demonstrative deck, right?

13   A    Well, I made fairly extensive use of the no-ads holdout

14   in my reports, and the slide summarizes some of that work.

15   Q    So you are not only aware of the holdout -- ads holdout

16   group, you used the data when it suited your purposes,

17   didn't you?

18   A    I disagree with the characterization when it suited my

19   purposes.  It was relevant for thinking about the disutility

20   that ads provide for users of the site.

21   Q    But when it came to the CACTUS survey, you didn't even

22   look at the holdout data to see what people who have never

23   seen an ad say about this issue, did you?

24   A    I'm not aware of a CACTUS survey with respect to no-ad

25   holdouts.

1    Q    Wouldn't that be an obvious question?  If you are going

2    to give an opinion that Meta users are bothered by seeing

3    too many ads, wouldn't it be a relevant piece of data that

4    the same responses were given by Meta app users who had

5    never seen an ad?

6    A    Like I said, I am not aware of this data being

7    available.

8    Q    It was available.  You used the very same data elsewhere

9    in your opinions, but you chose not to use it in this CACTUS

10   survey point because it made your point completely silly.

11   The same people who've never seen an ad give the same

12   opinion about seeing too many ads as people who do see ads,

13   isn't that true?

14   A    No, it's not true that I wasn't -- that I was using this

15   data elsewhere.  The no-ads holdout with respect to CACTUS

16   is not data that I was aware of.  I don't think I rely on

17   that data.

18   Q    No, wait a second.  Come on.  You were aware of the

19   no-ads holdout group because you used it in your engagement

20   opinion, didn't you?

21   A    Yes, that's what I said before.  I was aware of the

22   no-ads holdout group, and I'm aware of the CACTUS survey.

23   As for the intersection between the no-ads holdout group and

24   CACTUS survey, I'm not aware of that, have not seen

25   evidence --

1    any event, that would be accounting profits, so you know,

2    the economic profit question is distinct.

3    Q    Okay.  Try it one more time.

4         I will find nowhere in your 853 pages a number that

5    represents U.S. profits only for Meta, correct?

6    A    That wouldn't be the right number to look at, but I

7    don't think there's a number of exactly that kind.

8    Q    Well, you used global profits.  Let's talk about global

9    profits even though they are the wrong profits.

10        Let's look at Exhibit 50 to your opening report, PX9000

11   at page 260.

12        This is a chart that you used in your report?

13   A    This is page 259.

14   Q    Sure.  It says page 260.

15   A    I think it's page 259, but whatever.  It's fine.

16   Q    I'm sorry.  259.  I misspoke.  It's 260 on the Bates

17   number.

18   A    Yes, this exhibit is in my report.

19   Q    So operating margin is one measure of profitability,

20   isn't it?

21   A    Yes.  I mean, it's highly indirect for the reasons, you

22   know, I have acknowledged and emphasized.  We are really

23   interested in economic profits, and this is working off of

24   accounting profits.  So this is, you know, helpful

25   background, but you know, it's Mr. Hearle that's really

1   doing the lifting, I would say, on the economic profits.

2   Q   Well, I'm just pointing this out because you rely on it

3   as part of your opinion, don't you?  You comment on

4   operating profits or operating margin, don't you?

5   A   Yeah.  I mean the degree of reliance is not, I think,

6   high, but I do comment on it, and it is part of the evidence

7   that I think is relevant.

8   Q   So just looking at this yellow portion of operating

9   margin, do you see that the highest operating margin

10  anywhere on this chart is for 2010, which is a year when

11  Meta didn't even arguably have monopoly power, right?

12  A   I don't know that it's correct that in 2010, it did not

13  arguably have monopoly power.  What I would say is that I

14  haven't offered an opinion that as far back as 2010, it had

15  monopoly power.

16  Q   Well, we can agree that the highest operating margin on

17  your chart is 52 percent for 2010, correct?

18  A   The highest operating margin that I am aware of for Meta

19  is its most recent, which is Q1 2025, which is in, I want to

20  say, 53, 53, 54.  But I agree that on that row, the highest

21  number is in 2010.

22  Q   And you agree that these numbers, these accounting

23  numbers, don't necessarily reflect operating -- I'm sorry,

24  economic concepts of cost and profit, correct?

25  A   I agree with that, yes.

1    in response to an increase in competition.  But there's not

2    a separate opinion that its economic profits would be lower

3    except as an implication of how competition would be likely

4    to play out.

5    Q   Again, I'm just looking for a number.  You would agree

6    with me, would you not, that nowhere in your reports do you

7    say that in the but-for world, Meta's U.S. profits would be

8    dollar sign X?

9    A   No, I have never -- that wouldn't be the way you would

10   do this.  But in any event, there's not an exact number like

11   that.

12   Q   So your opinion is that Meta's increasing ad load is,

13   quote, an important part of Meta's profits?  That's your

14   opinion, isn't it?

15   A   My opinion is that its ability to set a high and

16   increasing ad load is a substantial cause of its -- that's

17   its monopoly profits arise in substantial part from that.

18   Q   You have a chart showing both ad load and ad revenue,

19   global ad revenue, in your opening report, Exhibit 57,

20   PX9000, at page 279.

21       Do you recall this chart from your opening report?

22   A   Yes, I recall that and showed it in my opening

23   testimony.

24   Q   So just so we are getting oriented here, you depict ad

25   load in the red line, correct?

```
 1    A    Yes.  That's right.  Ad load is roughly tripled over
 2    this period.
 3    Q    And you depict revenue in a purple line, correct?
 4    A    Sorry.  I'm on the wrong page.  This is mobile feed.
 5    Q    Exhibit 57, components of Instagram Feed ad revenue.
 6    A    Yes.  I thought we were on Facebook Feed.  I had
 7    misspoke before.  I showed Facebook Feed before.  This is
 8    Instagram Feed.  I did not show that in my opening, though
 9    the points are similar, just correcting my mistake.
10         Yes, so we see an ad load increase of 150 percent and a
11    revenue increase of --
12    Q    I haven't asked you a question yet.  I'm just asking you
13    if you are aware of the chart that you used showing both ad
14    load and revenue?
15    A    Yes, I am aware of the chart.
16    Q    We are in the same place.  Okay.
17         What this chart shows is that, as of 2019, ad load at
18    Instagram declines for every subsequent year, right?  Isn't
19    that what the chart shows as to ad load, or stays flat?  I
20    don't mean to misrepresent.  It's either flat or declining
21    every year after 2019, correct?
22    A    That's right.
23    Q    But throughout that period, 2019 to 2022, revenue, ad
24    revenue, is increasing quite substantially, right?
25    A    Yes, revenue per ad impression increases, and that's
```

1    true for each of the three components.  You know, the

2    relative proportions are different for each, but yes, I

3    think it's accurate that revenue for ad impression

4    increases.

5    Q   So just from looking at your chart, we know that the

6    increase in Instagram ad revenue after 2019 has nothing to

7    do with an increased ad load, does it?

8    A   Well, I mean, you are speaking of Instagram Feed as

9    opposed to Instagram Stories.

10       As to Instagram Feed, the increase in revenue as a

11   percentage is not attributable to a further increase in ad

12   load, but that's different from saying that ad load plays no

13   role.  It's that -- I agree that the number doesn't keep

14   going up for this component.  It keeps going up for Stories,

15   and it keeps going up for mobile feed.

16   Q   I don't want to belabor this, but we have no increase in

17   ad load at a time when revenue is increasing, so you can't

18   attribute the revenue increase to an increase in ad load,

19   can you?

20   A   You can attribute the increase in revenue in part to the

21   sustained high ad load, but I agree that in terms of how the

22   knob keeps turning, the knob that is further turned that

23   causes the higher line to go even higher is the yellow part,

24   is the revenue per ad impression.

25   Q   Final subject, price discrimination against friend

 1    it's making the, I think, uncontroversial point that the

 2    source of profits could have lots of sources that it could

 3    be -- it goes through a long list of them.

 4        I don't think that's a controversial idea here of, you

 5    know, when we think about monopoly power and the ability to

 6    charge a monopoly price or set a lower quality, that could

 7    have lots of sources.

 8    Q   And Mr. Hansen also asked you about whether you had

 9    information or had opinions on whether the source of Meta's

10    high profits could be tracked to the U.S. geographic market

11    for personal social networking services.  Do you recall

12    that?

13    A   I do, yes.

14    Q   And do you recall Professor Carlton registering a

15    similar question or critique to that effect?

16    A   Yes.  There were some questions about the global nature

17    of some of the, you know, sort of revenue and income numbers

18    in the initial report and in the rebuttal report.  To the

19    extent possible, given the available data, we broke this

20    down, talked about North America.  You know, giving a

21    precise number for the U.S. with respect to income was

22    beyond the limits of data but not in a way that, you know,

23    causes me any concern about understanding the nature of

24    monopoly power here.

25    Q   So you recall addressing Professor Carlton in your

1    rebuttal report?

2    A    Yes, I did, and there were some additional tables and

3    discussion made there.

4    Q    Do you recall where that was in your rebuttal report?

5    A    It's early.  It's like page 20 or so.  Let's see.

6    Q    To save us time, I can direct you to page 57 of your

7    rebuttal report.

8    A    I am off by a factor of 2, I guess.

9         Let's see.  Yes.  Right, so Exhibit 6 in the rebuttal

10   report breaks out, to the extent feasible, the U.S. and

11   North America advertising revenue.  And aside from talking

12   about this, you know, for completeness, you know, at

13   paragraph 164 of the rebuttal report, there is some

14   discussion, however, I do have detailed revenue -- detailed

15   data on revenue as summarized.  The exhibit shows that

16   nearly half of Meta revenues come from North America.  I

17   believe that's still roughly true today, maybe it's in the

18   low forties percent, and that more than  80 percent of North

19   American revenues --

20            (There was an interruption by the court reporter.)

21            THE WITNESS:  The exhibit shows that nearly half of

22   Meta revenues come from North America and that more than 80

23   percent of North American revenues in recent years comes

24   from the surfaces most closely associated with friends and

25   family sharing, News Feed and Stories.

1          And then in an exhibit I show for completeness that

2     nearly all of the revenues come from Facebook and Instagram,

3     again with the large share from the U.S. market.

4          And from that, I take, again, on an accounting

5     profits basis making some reasonable assumptions about

6     costs, these computations indicate that a significant

7     fraction of Meta's profits in recent years, at least

8     42 percent, come from Facebook and Instagram in the United

9     States.

10    BY MS. CERILLI:

11    Q    Thank you for that, Professor Hemphill.

12         The other elements of the discussion that you had with

13    Mr. Hansen about profits was about the source of Meta's

14    profits vis-a-vis users versus advertisers.  So I would like

15    to go back to slide 83 in your demonstrative direct evidence

16    to have you explain for us your opinion that the revenue and

17    profits is -- derive the material part from market power

18    over users.

19    A    Thank you.

20         So, I mean, the basic point here is that revenue has

21    increased a lot over time.  This one shows Facebook mobile

22    feed.  There are analogous slides for the others.  We saw

23    one of the others during cross.  And there are these

24    different components.  And the point here is that ad load

25    plays a significant role.

 1          It's not that necessarily ad load has increased at every

 2     moment, though at many moments it has.  It's that the

 3     ability to set a high ad load, notwithstanding users'

 4     dissatisfaction, is an important driver of the very large

 5     revenue that Meta has been able to achieve.

 6     Q    And you did not get a chance to explain though you

 7     referenced what this similar data was for Instagram Stories.

 8     But as you alluded to, you do have it in your appendix, so

 9     can you take us to slide 211 and show us what the dynamics

10     are for Instagram Stories.

11     A    In Instagram Stories we see much the same point.  We see

12     revenue increasing in this case sixteenfold.  We see ad

13     load -- here it is growing steadily, fourfold.  We see

14     some -- it looks like some increase in total impressions.

15          I mean, here, you know, revenue per ad impression is

16     actually kind of stuck, I guess.  But the combination, once

17     again, is a very high level.  And again the point is that

18     this high-rising ad load, notwithstanding the dislike of

19     users, is an important source of Meta's ability to increase

20     revenue.

21     Q    Okay.  And when Mr. Hansen was pressing you on whether

22     the source of the profits could, in addition to what you are

23     describing here over users, could be in part based on Meta's

24     ability to sell advertising to advertisers, is the

25     implication of that that Meta would have some degree of