# EXHIBIT D

```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3   FEDERAL TRADE COMMISSION,       .
                                     .  Case Number 20-cv-3590
 4           Plaintiff,              .
                                     .
 5       vs.                         .  Washington, D.C.
                                     .  May 7, 2025
 6   META PLATFORMS, INC.,           .  Afternoon Session
                                     .  1:35 p.m.
 7           Defendant.              .
     - - - - - - - - - - - - - - - -
 8

 9                      TRANSCRIPT OF BENCH TRIAL
                 BEFORE THE HONORABLE JAMES E. BOASBERG
10                    UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:         DANIEL MATHESON, ESQ.
                                JUSTIN LORBER, ESQ.
13                              JENNIFER TARR, ESQ.
                                Federal Trade Commission
14                              400 Seventh Street Southwest
                                Washington, D.C. 20024
15

16   For the Defendant:         MARK HANSEN, ESQ.
                                ANA PAUL, ESQ.
17                              Kellogg, Hansen, Todd, Figel &
                                   Frederick, PLLC
18                              1615 M Street Northwest
                                Suite 400
19                              Washington, D.C. 20036

20

21   Official Court Reporter:   SARA A. WICK, RPR, CRR
                                333 Constitution Avenue Northwest
22                              Room 4704-B
                                Washington, D.C. 20001
23                              202-354-3284

24
     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.
```

```
 1   avoid serial guessing or any randomized associations between
 2   different responses.
 3           Also, in the context of a question like this one, for
 4   respondents who have answered this question, they would at most
 5   see a question like this for up to five services that they have
 6   used in the last 12 months, and even those services would also
 7   be randomized in terms of which five services that they may have
 8   used in the last 12 months they would be asked this question
 9   about.
10   Q.   I want to transition now to talking about the results of
11   your survey.
12           What results do you plan to share with us today?
13   A.   Well, so the primary end point result, which is the
14   result 2 of block 2, question 1, I have prepared on the next
15   slide the actual table extracted from my expert report.  I just
16   wanted to illustrate the type of data that I've included in my
17   expert report, and those results here are specific to Facebook.
18           We will talk about a few other online services as well, but
19   I have included results tables like this for every single online
20   service in appendix A to this presentation.
21   Q.   So why don't we start with the results for Facebook
22   presented here.
23           What did the results for Facebook to block 2, question 1 of
24   your survey indicate?
25   A.   Well, so as an initial matter, there were approximately
```

1    3,500 respondents who qualified to take the survey.  Of those
2    respondents who qualified to take the survey, 1,879, which is
3    the number at the bottom of the table, were asked a question
4    about their attitudes and use of Facebook.
5         And of those 1,879 respondents who have used Facebook in
6    the last 12 months, by far, the largest group of respondents
7    responded to block 1, question 1 that "to keep up with my
8    friends' and family's lives in one place" was the most important
9    reason for using Facebook.  So that's 1,129 respondents out of
10   1,879, which is 60.1 percent.
11        The second-largest group of respondents were the
12   155 respondents who indicated that for them, the most important
13   reason was to enjoy entertainment content, and that's
14   8.2 percent of respondents.
15   Q.   And have you prepared any slides summarizing the
16   information for multiple services that we can see at once?
17   A.   I did.  So on the next slide, I provide a graphical
18   representation for six of the services that I've obtained
19   results for to block 2, question 1, and that's what's presented
20   on the chart.
21        So the six services on the chart here are Facebook,
22   Instagram, Snapchat, X, YouTube, and TikTok.  And the chart also
23   includes, along the X axis at the bottom, the prepopulated
24   answers, as well as the "other" and "I don't know" category.
25   Q.   I want to start on the left-most column of this summary

1  chart that you've created. We've already talked about
2  the "keeping up with friends' and family's lives" answer option
3  for Facebook.
4      Can you tell us more about what that answer option looked
5  like for the other five services here?
6  A.   Sure. So if you focus just on the left-hand side, so on
7  the option of "keep up with friends' and family's lives,"
8  Facebook, which we've seen in a table before, the largest group
9  of respondents was the 60.1 percent group. That's where the
10 blue bar stops, right, at 60.1 percent.
11     Now, for Instagram and Snapchat, plurality of respondents
12 have also indicated that "keep up with friends' and family's
13 lives in one place" is the largest group that have selected that
14 answer as their most important use case.
15     For the other services that respondents answered questions
16 about, meaning X, YouTube, and TikTok, the percentages for the
17 groups that indicated that for those services are all below
18 5 percent, or around 5 percent.
19 Q.   You mentioned YouTube. What did the results to block 2,
20 question 1 of your survey indicate for YouTube?
21 A.   Right. So for -- so that's the second set of bar charts --
22 sorry, of bars under the headline "entertainment" is the one
23 that in my mind is worth observing.
24     For YouTube specifically, also above 60 percent of
25 respondents have indicated that entertainment is their most

1  important reason for using YouTube as an online service.
2  Q.  What about TikTok?
3  A.  The results for TikTok were quite similar, also above
4  60 percent, which was the largest group of respondents for
5  TikTok indicated that entertainment is the primary use case,
6  again for those users who as of June 2023 have used TikTok in
7  the last 12 months.
8  Q.  And the last service on this slide we haven't talked about
9  is Twitter or X.
10     What did the results to block 2, question 1 indicate for
11  Twitter?
12  A.  Also for Twitter or X, I would focus on the third set of
13  bars, which is above the "obtain/share news about my interests."
14  That bar, just above 40 percent represents the signal for
15  Twitter.  That was by far the largest number of respondents who
16  have indicated that they've used Twitter most for obtaining and
17  sharing news about interests.
18  Q.  I want to ask about some of the other services which were
19  included in your survey, which I believe are on the next slide.
20  I see logos here for LinkedIn, Reddit, Nextdoor, and Pinterest.
21     Starting with Reddit, what did the results of block 2,
22  question 1 of your survey indicate for Reddit?
23  A.  So the first observation about Reddit is that the "keep up
24  with friends' and family's lives" option was selected by what I
25  will call de minimis numbers of respondents as the most

1    important use case for Reddit.
2         The data point that stands out for Reddit is that just
3    under 50 percent of respondents -- that's the largest group --
4    have selected as their most important use for Reddit
5    as "obtaining/sharing news about my interests."
6    Q.   What about LinkedIn?
7    A.   For LinkedIn, the most important use case was associated
8    with "make or maintain professional connections," and that group
9    was comprised of more than 70 percent of respondents.
10   Q.   What about Nextdoor?
11   A.   For Nextdoor, the results for the largest group were also
12   above 70 percent, and the answer choice was to "keep up-to-date
13   on happenings in my local area."
14   Q.   So I see for Pinterest, the top chart appears to be
15   the "other" category.
16        What kind of conclusion did you draw from that result?
17   A.   So for Pinterest, the "other" category being selected by
18   almost 30 percent of respondents indicates to me as a researcher
19   that, A, respondents did actually pay attention to the survey,
20   and B, the survey wasn't burdensome enough not to share
21   written-in responses.
22        When I viewed the written-in responses for Pinterest
23   specifically, the clear signal from those responses was centered
24   around inspiration and design-type answers.
25   Q.   We talked a little bit about the "keeping up with friends'

1    and family's lives" answer option already.  I want to focus on
2    that answer option a little bit more.
3         Overall for the services in your survey, what did the
4    results for block 2, question 1 indicate for that answer option?
5    A.   So if you can move on to the next slide, I mean, that slide
6    actually takes answers for each of the services we've discussed
7    so far specific to "keeping up with friends' and family's lives
8    in one place" as a respondent's most important reason for each
9    service we've discussed so far.
10        So on this chart, we see again this 60.1 percent statistic
11   for Facebook and then also for Instagram and Snap.  And then we
12   see a drop.  And for all the other services we've discussed so
13   far, so X, YouTube, TikTok, LinkedIn, Pinterest, Reddit, and
14   Nextdoor, the groups of respondents who have selected "keeping
15   up with friends' and family's lives in one place" are all around
16   5 percent or below.
17   Q.   And does this slide represent all the services which were
18   included in your survey?
19   A.   No, it does not.  There are additional services that I will
20   talk about on the next slide.
21   Q.   Why don't we go to the next slide.
22        I will ask you a couple different specific questions on
23   different portions of this slide, but just starting from a high
24   level, what information is this slide presenting?
25   A.   Well, so this slide presents another way of looking at the

1  data that I've already talked about for the first choice,
2  meaning the largest group of respondents, what option did they
3  select as the most important reason why they use a particular
4  online service.
5      I provide the statistic in percentages, and I also in
6  parenthetical included the number of actual respondents who
7  responded to the question with that given first choice.
8      Now, I also provide a column to the right of it which I
9  called "second choice."  So the "second choice" column
10 represents the second-largest group of respondents for a given
11 service that indicated another reason than that indicated by the
12 largest group, and I provide the same statistics for that second
13 group.
14 Q.  So we already talked about the "keep up with friends' and
15 family's lives" option for Facebook, Instagram, and Snapchat.  I
16 also see at the bottom here that it was the most-selected answer
17 option for MeWe.
18      Why wasn't MeWe included in any of the previous slides?
19 A.  Right.  So for MeWe, the signal was that in fact "keep up
20 with friends' and family's lives in one place" was the most
21 selected, most important option, but only 35 respondents
22 qualified into the survey who have used MeWe in the last 12
23 months.  Of those, eight have given a response about keeping up
24 with friends being their most important reason for using MeWe.
25      That's not enough of respondents for me to make any serious

1   assertion about MeWe itself.  I include it here for
2   completeness.  I've included in my expert report.  But I'm not
3   able to make any statistically valid determinations about that
4   data point.
5   Q.   And right above MeWe, I see three other logos that we
6   haven't talked about previously.
7       What are those services?
8   A.   So those are the messenger services.  So the first one is
9   Facebook's Messenger.  That's the green logo of WhatsApp.  And
10  then the third logo is of, you know, various types of text
11  messaging services.
12  Q.   And what do the results to block 2, question 1 of your
13  survey indicate for those three services?
14  A.   So for all three of those services, the results are very
15  consistent.  So for -- the largest group of respondents for each
16  of the three messaging applications have indicated that the most
17  important use for them is to "communicate privately with
18  contacts," and that's between roughly 52 to 62 percent of
19  respondents for those messaging services.
20      Now, also very consistently, "to keep up with friends' and
21  family's lives" at the order of 25 percent were the
22  second-largest group of respondents who have selected that
23  answer as the most important use case for the three messaging
24  services.
25  Q.   And why did you see fit to include the top two answers for

1  each service on this slide?
2  A.   Well, the primary reason is to point to the fact that for a
3  lot of the services, there is a clear leader in terms of what
4  the largest group of respondents have indicated the most
5  important reason for using a particular service is, but to also
6  show that there are groups of respondents who do indicate that
7  for them individually and, you know, in smaller groups, there
8  are other reasons that may be most important for why they use a
9  given service.
10 Q.   And looking again towards the top of this slide, I see
11 that, at least relative to Facebook, Instagram and Snapchat had
12 a smaller gap between the first choice and the second choice.
13      What kind of conclusion can you draw from that relatively
14 smaller gap?
15 A.   Well, so maybe it will help if we talked about some of the
16 specifics.  And on the next slide, I do provide the detailed
17 results for Instagram specifically.
18 Q.   All right.  So these are the Instagram results for block 2,
19 question 1 of your survey.
20      What do these results indicate for Instagram?
21 A.   So for Instagram specifically, the most selected option was
22 "to keep up with friends' and family's lives in one place."  411
23 out of 1,100 respondents who qualified for this question, or
24 36.7 percent, have selected that option.
25      The second-largest group selected "to enjoy entertainment"

1    as the most important reason for using Instagram.  That's
2    26.1 percent, or just above 10 percentage points less than the
3    first option.
4        Now, importantly, the sample sizes that I've obtained for
5    this question allow me as a researcher to determine that the
6    order of those reasons is not by chance alone.  In fact, I can
7    say with statistical significance that to keep up with my
8    friends' and family's lives in one place is in fact the most
9    selected, most important reason for the largest group of
10   Instagram users, adult U.S. population, adult users who have
11   used Instagram in the past 12 months.
12   Q.   And can you explain what you mean by "statistical
13   significance"?
14   A.   Sure.  So, I designed my survey in a way that it can be
15   extrapolated not just to the population, to the sample of
16   respondents that I've polled in my survey, but in fact to make
17   determinations about the U.S. population of adults who have used
18   these services in the last 12 months.
19       The samples that I've obtained allow me to determine
20   whether the actual order of the reasons in the table presented
21   in front of us could be a result of a mere chance or a fluke.
22   But given the statistical power, I can say with 99 percent
23   certainty that the order of the first two options, as well as
24   the third option, are statistically valid.
25   Q.   What about for Snapchat?  Were the results between the top

1  two options there statistically significant?
2  A.   So that is on the next slide.  The top two results for
3  Snapchat were what I will call a statistical tie, meaning that
4  despite the number of respondents who have in fact selected
5  these two options, "to keep up with friends' and family's lives
6  in one place" at 34.1 percent, and then "to communicate
7  privately with my contacts" at 31 percent, while 34 percent is
8  larger than 31 percent, given the standard errors of these point
9  estimates, of, let's say, plus/minus a percent and a half, at 99
10 percent level or 95 percent level of confidence, there would be
11 in fact overlap between these two statistics.
12      Now, the difference between the top two reasons and the
13 third reason is statistically significant at a 99 percent level.
14 Q.   A couple minutes ago, you mentioned messaging apps, and
15 they were included on that large table with the top two reasons
16 for each service.
17      I want to ask a little bit more about those three messaging
18 apps and what the results of your survey indicated for those
19 three services.
20 A.   Uh-huh, sure.  So if we move to the next slide, if you
21 recall, I've provided in the table the results for both the most
22 important reason for the largest group and then the most
23 important reason for the second-largest group.
24      And those were consistently to "communicate privately with
25 contacts."  And that's seen at the four grouping of bars from

1  the left, and they're all at 50 to 60 percent rate.  And then
2  the second-largest group for all three messaging applications
3  was "keeping up with friends' and family's lives in one place,"
4  and that's at roughly 25 percent.
5       Importantly, all the other reasons, including "other" that
6  respondents were exposed to, did not really reach levels above
7  just a few percentage points.
8  Q.   Was iMessage captured in any way in these results?
9  A.   Yes.
10 Q.   How so?
11 A.   Well, for the text messaging specifically, my survey in the
12 screening process, as well as in qualification process, did in
13 fact ask respondents to identify what type of communication
14 device they were using, whether they're, for example, an iPhone
15 user or an Android user.
16      So with respect to the text messaging services
17 specifically, an Android user would receive questions about, you
18 know, the Android type of text messaging, and an iPhone user
19 would receive questions about iMessages specifically.
20 Q.   In your review of the available survey and user research
21 evidence in this case, have you seen any distinctions between
22 messaging services and other types of services from Meta's
23 surveys?
24 A.   Yes.  So in the universe of research that I have reviewed,
25 there's a common distinction, an acknowledgment that when