# EXHIBIT E

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
      FEDERAL TRADE COMMISSION,
 3                                           Civil Case
                      Plaintiff(s),          No. 20-03590 JEB
 4         v.
                                             Washington, D.C.
 5    META PLATFORMS, INC.,
                                             April 24, 2025
 6                    Defendant(s).          Morning Session

 7    --------------------------------------------------------

 8                            BENCH TRIAL
              BEFORE THE HONORABLE JAMES E. BOASBERG
 9               UNITED STATES DISTRICT CHIEF JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFF(S):   Daniel J. Matheson, Esquire
                              Noel Miller, Esquire
12                            Nathan Brenner, Esquire
                              Federal Trade Commission
13                            Bureau of Competition
                              400 Seventh Street Southwest
14                            Washington, D.C. 20024

15


16    FOR THE DEFENDANT(S):   Mark C. Hansen, Esquire
                              Geoffrey M. Klineberg, Esquire
17                            Ariela Migdal, Esquire
                              Kellogg, Hansen, Todd, Figel
18                             & Frederick, PLLC
                              1615 M Street Northwest
19                            Suite 400
                              Washington, D.C. 20036
20

21

22    REPORTED BY:            Tammy Nestor, RMR, CRR
                              Official Court Reporter
23                            333 Constitution Avenue Northwest
                              Washington, D.C. 20001
24                            tammy_nestor@dcd.uscourts.gov

25
```

1            THE WITNESS:  Weighted average cost of capital is a
2    standard method of calculating a company's cost of capital.
3    BY MS. MILLER:
4    Q   For this case, did you calculate Meta's internal rate of
5    return using a particular formula?
6    A   I did.  I have a slide that shows the formula.
7    Q   And is this the formula that you used?
8    A   Yes, it is.
9    Q   Did you use any materials or documents to calculate
10   Meta's internal rate of return?
11   A   I did.  In order to calculate the company's rate of
12   return since inception, I estimated -- calculated the
13   company's cash flows year by year since its inception and
14   included additional cash flows beyond historical time period
15   to represent future expected cash flows.
16       In order to estimate those cash flows, I used financial
17   data, financial statements, and a long-range planning
18   document that Meta produced in the case.
19   Q   Did you reflect your calculations of Meta's internal
20   rates of return anywhere?
21   A   I did.  I think I have a slide that shows my
22   calculations and results.
23   Q   Based on your calculations, what was Meta's internal
24   rate of return?
25   A   Well, I calculated two estimates.  The first one

1   included cash flows from the company's inception through
2   2022, which is the last year for which I had historical
3   financial data. That result was 36.4 percent. It was an
4   average annual rate of return on the business.
5       The second calculation I did included --
6           THE COURT: Is that -- sorry. Never mind. It's at
7   the bottom. Got it. Go ahead.
8           THE WITNESS: The second calculation I ran included
9   cash flows I derived from a Meta long-range planning
10  document that reflected the base case projection for 2023
11  through 2030. And including those cash flows, I found a
12  rate of return over the full period of 41.4 percent per
13  year.
14  BY MS. MILLER:
15  Q   Do you have an understanding of whether 36.4 percent or
16  41.4 percent per year is a high internal rate of return?
17  A   Well, in my view, that's not really the right question
18  to ask. The right question is how the company's average
19  internal rate of return, internal rate of return, compared
20  to the company's cost of capital.
21  Q   Did you calculate Meta's cost of capital in this case?
22  A   Yes, I did.
23  Q   What did you use to calculate Meta's cost of capital?
24  A   I used some standard industry sources to obtain their
25  estimates of Meta's cost of capital year by year over the

1    same time period.  The sources were Ibbotson and its
2    successors, Bloomberg.  And I then averaged their results
3    year by year and constructed an overall average for the
4    whole time period.
5    Q    Did you reflect your calculations of Meta's cost of
6    capital anywhere?
7    A    Yes.  I have a slide that shows the data and the
8    calculations.
9    Q    Based on your calculations of Meta's cost of capital,
10   what did you conclude?
11   A    Well, the overall weighted average I obtained was
12   9.8 percent, roughly 10 percent.
13   Q    So comparing Meta's internal rate of return to its cost
14   of capital, what did you determine about Meta's profits?
15   A    I concluded that Meta has been highly profitable as an
16   enterprise since its inception.
17   Q    Is there any place that you provide an illustration of
18   this so we can maybe understand it a little bit better?
19   A    Yes.  I have a slide shown here, just a rough
20   illustration of what we are talking about.  On this slide,
21   the green line shows the cumulative cash flows that a
22   hypothetical investment would generate if it had a rate of
23   return equal to the weighted average cost of capital.  I
24   calculated 10 percent.  So this is sort of the competitive
25   benchmark.

```
 1    box with text that reads, In 2024, assuming Cobalt is worth
 2    12 times revenue and has 2 billion users, it would need to
 3    have $2.05 in ARPU which today is less than LINE's ARPU, and
 4    when adjusted for inflation is $1.53.
 5        Do you see that?
 6    A   Yes.
 7    Q   What does the 12 times revenue refer to?
 8    A   That's a revenue multiple.  It's an assumption that here
 9    in Meta in ten years the financial markets will value the
10    company as being worth 12 times the revenue it's generating.
11    Q   Have you seen anything in your analysis of what the
12    source for that multiple is?
13    A   My understanding, that's just an assumption.  So no, I
14    have not seen a document, any documentation, of a source for
15    that figure.
16    Q   Do you have an understanding of what ARPU refers to?
17    A   Yes.  That's an acronym.  It stands for average revenue
18    per user.
19    Q   Do you have an understanding of what WhatsApp's actual
20    ARPU was at this point in February 2014?
21    A   Well, yes.  In the same presentation, the slide just
22    before shows that the board was told WhatsApp had ARPU at
23    the time of 10 cents.
24    Q   Putting aside whether ARPU is useful as a valuation
25    tool, do you agree that 10 cents was WhatsApp's
```

```
 1    pre-acquisition ARPU?
 2    A   Well, actually, no.  I ran my own calculations of what
 3    WhatsApp's ARPU, average revenue per user, was at the time.
 4    Q   Did you present those calculations anywhere?
 5    A   Yes.  I think I have a slide that shows my results.
 6    Q   What did you use to calculate WhatsApp's pre-acquisition
 7    average revenue per user?
 8    A   Well, I used data on WhatsApp's actual revenues and also
 9    data on WhatsApp's actual user counts at the time.  The
10    revenues I obtained from financial statements that Meta
11    published just after the deal closed and shown in column B.
12    Those financial statements reported total revenue for
13    WhatsApp for the year 2013 was about $10 million.  And when
14    I divide that by the average users, monthly active users,
15    during that same time period, that's how I estimated ARPUs.
16    Q   Based on your calculation, what did you calculate
17    WhatsApp's pre-acquisition average revenue per user to be?
18    A   I did two calculations for 2013.  I found the company's
19    actual ARPU for the year was about 3.6 cents.  And during
20    the first half of 2014, I calculated an ARPU of 3.2 cents.
21    Q   In your review of the materials in this case, did you
22    see any plan identified by Meta about how it was going to
23    monetize WhatsApp after it acquired the company?
24    A   No, I saw no such plan.  In fact, the board presentation
25    that we were reviewing, the last slide in that entitled
```

```
 1    Q    So as you mentioned, we have talked about the
 2    $19 billion expected purchase cost already.  Did you compile
 3    your analysis for the second factor you mentioned, the
 4    standalone value of WhatsApp anywhere?
 5    A    I did.  I think I have a slide that shows my
 6    compilation.
 7    Q    How did you determine the valuations that you analyzed
 8    for your assessment?
 9    A    I researched, investigated the record here for every
10    valuation of WhatsApp I could find or that could be found
11    and reviewed those looking for two things.  Did they include
12    a valuation of the company, WhatsApp, before the acquisition
13    date, February 19, 2014, so the valuation date, and
14    secondly, I was looking for valuations that estimated the
15    value of WhatsApp as a standalone enterprise.
16    Q    What does it mean to estimate the value of WhatsApp as a
17    standalone enterprise?
18    A    Well, by standalone, I am looking for a valuation of the
19    company that's not influenced by news that the company has
20    been -- an offer has been made to acquire that company.  So
21    it's looking at its standalone independent value prior to
22    information being released that the company is potentially
23    being acquired.
24    Q    Based on your experience and analysis, did you end up
25    relying on any of these valuations here in the slide in
```

1    particular?
2    A   I did.  As shown here, row 11 in my table, I relied most
3    on a valuation analysis performed by the firm KPMG.
4    Q   Why did you rely on the valuation of analysis performed
5    by KPMG?
6    A   So KPMG performed a valuation study, and they did that
7    work on behalf of Meta.  So Meta hired KPMG.  And when I
8    reviewed the study, it was clearly a type of study I'm
9    normally used to seeing that describes the company,
10   describes the condition of the industry, describes valuation
11   methods, explains which method or methods made the most
12   sense to use to value the company.  So it employed standard
13   methods.
14       But in addition, KPMG explicitly estimated the value of
15   WhatsApp as a standalone enterprise, which was exactly the
16   type of value estimate I was looking for.
17   Q   What was the standalone value of WhatsApp that KPMG
18   calculated?
19   A   It was approximately $8.1 billion.
20   Q   Based on the standalone valuation done for WhatsApp and
21   the purchase cost you identified Meta incurring, did you
22   calculate the premium Meta expected to incur to acquire
23   WhatsApp?
24   A   I did.
25   Q   What was the premium that you calculated?

```
 1    expenses, over time broken down by product.  In that data
 2    they identified expenses for WhatsApp, and I summed up all
 3    the expense information year by year that Meta reported
 4    there.
 5    Q   So once you had identified WhatsApp's post-acquisition
 6    revenues and expenses, what did you do with that data?
 7    A   Well, I lined up the revenues and expenses year by year
 8    and did a subtraction of revenue minus expenses to compute
 9    what you might call losses, extent to which an expense has
10    exceeded the revenues.  And I have some tables here that
11    show the calculations I ran which reflected different
12    percentages of the click to WhatsApp revenue being included
13    in the revenue total.
14    Q   So looking at the first slide about WhatsApp revenue and
15    expense table, does this reflect the revenues Meta
16    identified as being attributable to WhatsApp?
17    A   Sorry.  I am trying to find it.
18    Q   It should be slide 22.
19    A   Yep.  Getting there.  Yes, this slide reflects the
20    revenues that Meta allocated in the ordinary course to
21    WhatsApp.
22    Q   And turning to the next slide, does this reflect one of
23    the potential measures of click to WhatsApp's incrementality
24    to WhatsApp that you identified?
25    A   Yes.
```

1    Q    And turning to the next slide, does this reflect what
2    you found to be the highest level of incrementality
3    potentially attributable to WhatsApp revenue from click to
4    WhatsApp ads based on your independent research?
5    A    Yes.  This reflects the highest percentage I found in
6    the documents I obtained.
7    Q    Were you able to calculate the losses, if any, that
8    WhatsApp has generated since being acquired by Meta?
9    A    Yes.  I calculated losses.  They were reflected on the
10   three slides we just went through.  But I also assembled the
11   results on a separate individual slide.
12   Q    Why do your calculations end at the first half of 2022?
13   A    That was the last time period for which I had complete
14   information.  In other words, at the time, the data I had
15   available included all revenues and expenses only through
16   that point.
17   Q    Meta has designated 2021 and later data on this topic as
18   confidential, but were you able to draw any conclusions
19   about WhatsApp's losses through 2020?
20   A    Yes.  I basically found, shown here, that in every year,
21   I was able to analyze through 2020 Meta's expenses from
22   WhatsApp exceeded revenues.  And in every year and every
23   version, the losses were at least a billion dollars.
24   Q    Does the later data here, which is confidential, change
25   your opinion at all?

```
1              THE WITNESS:  That's not a question I analyzed here.
2              THE COURT:  But were you present for that testimony?
3              THE WITNESS:  No.
4              THE COURT:  And I don't think there was data supplied
5     for it either.
6              THE WITNESS:  No, I wasn't present, but there is
7     something I did in connection with my rebuttal report.  I
8     have a table where I assembled in quotes projections the
9     company made of WhatsApp's future revenue generation when
10    those projects were made at different points in time.  And I
11    lined those up with the actual revenue WhatsApp had
12    generated just to see, you know, to what extent were Meta's
13    projections or targeted revenue, how well did that line up
14    with actuals, and that might be of interest.  There is a
15    wide gap between hoped-for targeted revenue and the actuals.
16             MS. MILLER:  Your Honor, we have a copy of what he's
17    referring to also if that would be helpful to see.
18             THE COURT:  Sure.  I will take a look at that.
19             MS. MILLER:  Permission to approach?
20             THE COURT:  So your bottom line, without using the
21    ARPU actual figures, which are sealed, is that on a purely
22    economic basis, this was a terrible deal for Meta and then
23    that their projections for what ARPU would be now aren't
24    even in the ballpark?
25             THE WITNESS:  My opinions are limited to what I have
```