# EXHIBIT F

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
      FEDERAL TRADE COMMISSION,
 3                                            Civil Case
                      Plaintiff(s),           No. 20-03590 JEB
 4          v.
                                              Washington, D.C.
 5    META PLATFORMS, INC.,
                                              April 21, 2025
 6                    Defendant(s).           Morning Session

 7    -----------------------------------------------------------

 8                              BENCH TRIAL
                 BEFORE THE HONORABLE JAMES E. BOASBERG
 9                  UNITED STATES DISTRICT CHIEF JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFF(S):   Daniel J. Matheson, Esquire
                              Jennifer E. Tarr, Esquire
12                            Federal Trade Commission
                              Bureau of Competition
13                            400 Seventh Street Southwest
                              Washington, D.C. 20024
14
      FOR THE DEFENDANT(S):   Mark C. Hansen, Esquire
15                            Geoffrey M. Klineberg, Esquire
                              Alex Parkinson, Esquire
16                            Kellogg, Hansen, Todd, Figel
                               & Frederick, PLLC
17                            1615 M Street Northwest
                              Suite 400
18                            Washington, D.C. 20036

19    FOR DISCORD:            Adam D. Harber, Esquire
                              Williams & Connolly, LLP
20                            680 Maine Avenue Southwest
                              Washington, D.C. 20024
21

22    REPORTED BY:            Tammy Nestor, RMR, CRR
                              Official Court Reporter
23                            333 Constitution Avenue Northwest
                              Washington, D.C. 20001
24                            tammy_nestor@dcd.uscourts.gov

25
```

```
 1   given day, how many unique daily users do you have.  And you
 2   can see all these three growing exponentially to an
 3   unbelievable scale, 600 million, 460 million, 325 daily
 4   active users.  So it was really exceptional.
 5   Q   As part of your expert analysis, did you evaluate how
 6   Instagram and WhatsApp's metrics compared to other consumer
 7   technology products?
 8   A   I did.  I analyzed it.
 9   Q   Professor Rim, I'm going to ask you some questions about
10   that analysis.  And as we have discussed, because some of
11   that data is confidential, I would caution you to be careful
12   to refer to the companies you are discussing only in
13   generalities.
14           MS. TARR:  Your Honor, there is an unredacted slide
15   at slide 12 in your binder that contains the names of all of
16   the companies that Professor Rim is going to be discussing
17   at a high level.
18           THE COURT:  Okay.
19   BY MS. TARR:
20   Q   Professor Rim, can you explain to the court how
21   Instagram and WhatsApp's metrics compared to other consumer
22   technology products?
23   A   Sure.  This graph shows the engagement, the daily active
24   user over monthly active user.  And all the companies and
25   mobile apps that are listed here are very well-known,
```

```
 1   successful apps that people use a lot.
 2        And across these companies, Instagram and WhatsApp stood
 3   out.  They are top of the group.  So comparing it with even
 4   successful consumer apps, we can see how sticky Instagram
 5   and WhatsApp were.  They were, again, very exceptional and
 6   extraordinary.
 7   Q   I see on this exhibit slide that the lowest engagement
 8   rate is 23 percent.  Is that considered a good engagement
 9   rate for a consumer tech product?
10   A   It is good.  It's high.
11   Q   And I see that there's an application in the middle of
12   your chart with 46 percent engagement.  Is that a well-known
13   company?
14   A   It's an extraordinarily well-known company that people
15   love to use, and it's still 46 percent.
16   Q   And is that company one that's considered successful?
17   A   Oh, for sure.
18   Q   What does it tell you that the engagement rates for
19   Instagram and WhatsApp are at the top of a group of
20   well-known consumer technology companies?
21   A   As I earlier said, engagement is the most important
22   metric.  It's a leading indicator to success.  And having
23   these kind of numbers, it shows that it was very highly
24   likely that they would have been successful.
25   Q   I would like to turn now to your second point, venture
```