IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>                              Plaintiff,<br><br>                v.<br><br>**META PLATFORMS, INC.**<br><br>                              Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**Plaintiff Federal Trade Commission's Unopposed Motion to Extend
Deadlines for Filing Hyperlinked Findings of Fact**

The Court's May 22, 2025 Minute Order stated that the parties' "proposed findings of facts shall contain hyperlinks to any cited exhibit." The parties requested in their June 3, 2025 Joint Status Report that they be permitted to provide hyperlinked versions of their respective proposed findings of fact within seven (7) calendar days of the deadline to file each proposed set of findings of fact on the docket. The Court endorsed that request in its June 5, 2025 Order.

Plaintiff Federal Trade Commission requests two additional days for the parties to provide the hyperlinked versions of their findings of fact (i.e., by July 11 for the FTC's opening findings of fact, by August 15 for Meta's opening / opposition findings of fact, and by September 5 for the FTC's opposition / reply findings of fact). The FTC believes these short extensions would be helpful, given the volume of materials the parties will be hyperlinking and because federal holidays fall immediately after the FTC files both of its post-trial briefs and related findings of fact (Independence Day and Labor Day). Allowing the parties two additional days would thus make the filing process smoother and give them more time to ensure the hyperlinking is correct. Defendant Meta Platforms, Inc., does not oppose this request.

1

Dated: July 1, 2025

Respectfully submitted,

*/s/ Daniel J. Matheson*
Daniel J. Matheson (D.C. Bar 502490)
Barrett J. Anderson (D.C. Bar 1024159)

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

2