# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>                    Plaintiff,<br><br>        v.<br><br>**META PLATFORMS, INC.**<br><br>                    Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**PROPOSED ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR FILING HYPERLINKED FINDINGS OF FACT**

Upon consideration of the Federal Trade Commission's Unopposed Motion to Extend Deadlines for Filing Hyperlinked Findings of Fact ("the Motion"), the Court **GRANTS** the Motion and further **ORDERS** the following deadlines for hyperlinked findings of fact: by July 11 for the FTC's opening findings of fact, by August 15 for Meta's opening / opposition findings of fact, and by September 5 for the FTC's opposition / reply findings of fact.

**IT IS SO ORDERED.**


DATED: _____                    _____
                                                                    Honorable James E. Boasberg
                                                                    United States District Court Chief Judge