# Appendix

**FILED UNDER SEAL**

No. 1:20-CV-03590-JEB