# META PLATFORMS, INC.'S POST-TRIAL FINDINGS OF FACT

## FILED UNDER SEAL

No. 1:20-CV-03590-JEB