IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 1:20-cv-3590-JEB<br><br>HON. JAMES E. BOASBERG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.6(b), undersigned counsel hereby withdraws his appearance in the above-captioned action on behalf of Intervenor The New York Times Company. Dana R. Green, who has entered an appearance, will continue to represent The New York Times Company in this action.

Dated: August 8, 2025

Respectfully submitted,

*/s/ Timothy Tai*
Timothy Tai (#NY0606)
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Fax: (212) 556-4634
timothy.tai@nytimes.com

*Counsel for The New York Times Company*