**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FEDERAL TRADE COMMISSION,

        Plaintiff,

    v.

META PLATFORMS, INC.,

        Defendant.

Case No. 1:20-cv-03590-JEB

**META PLATFORMS, INC.'S POST-TRIAL FINDINGS OF FACT**

## TABLE OF CONTENTS

I.   META PLATFORMS, INC. ...........................................................................................1

   A.   Meta's Business ........................................................................................1

      1.   Meta's Free Apps ...........................................................................2

      2.   The Business Model:  Advertising ....................................................4

      3.   Advertising Profits ........................................................................7

   B.   App Quality ..............................................................................................8

      1.   Investment and Innovation ..............................................................8

      2.   Dimensions of App Quality ...........................................................9

         a.   Output as a Net Quality Measure ........................................9

         b.   Isolated "Dimensions" of Quality ......................................10

         c.   Content Quality and Investment ........................................14

      3.   Brand Sentiment Surveys ...............................................................16

II.  COMPETITION AMONG SOCIAL APPS...............................................................18

   A.   Meta's Competitive Constraints ...............................................................18

      1.   Quantitative Substitution Data .......................................................21

         a.   Natural Experiments .........................................................22

            i.    2025 TikTok Outage ...............................................23

            ii.   2021 Meta Outage ...................................................25

            iii.  2020 TikTok India Ban............................................26

            iv.   2018 YouTube Outage .............................................27

         b.   Field Studies ....................................................................27

            i.    List Pricing Experiments.........................................27

            ii.   List Switching Data.................................................29

         c.   Real-World Substitution:  Short-Form Video ........................29

i

2.     Evidence of Competition as Experienced by Meta and Its Competitors ..........31

    a.     Meta ...................................................................................31

    b.     Meta's Most Significant Constraints:  The Big Three............................34

        i.     TikTok ................................................................ 34

        ii.     YouTube ............................................................. 38

        iii.    iMessage ............................................................ 41

    c.     FTC's Claimed "Personal Social Networking Services" ........................43

        i.     MeWe ................................................................. 43

        ii.     Snapchat ............................................................. 43

    d.     Additional Important Competitor Social Apps........................................46

        i.     X (Previously Twitter) ....................................... 46

        ii.     Pinterest ............................................................. 48

        iii.    LinkedIn ............................................................. 49

        iv.    Reddit ................................................................. 50

    e.     Other Industry Rivals and Participants.................................................51

B.    Market Shares ..............................................................................................53

C.    New Entry ....................................................................................................55

D.    Competitive Dynamics of Friend Sharing ....................................................57

    1.     Declining Friend Sharing .....................................................57

    2.     No Price Discrimination Against "Captive" Friend Sharers............................62

    3.     Friend Sharing Is Done on Many Apps and Services ......................66

E.    The FTC's Expert Witnesses Were Biased and Unreliable.............................67

    1.     C. Scott Hemphill..............................................................67

    2.     Clifford Lampe..................................................................69

    3.     Michal Malkiewicz............................................................71

III.    META'S ACQUISITIONS ...................................................................................................71

    A.    Instagram (2012)..............................................................................................................71

        1.    Instagram Pre-Acquisition ................................................................................72

        2.    Meta's Decision To Acquire Instagram ............................................................74

        3.    FTC Review and Clearance ..............................................................................78

        4.    The Instagram Acquisition Produced Enormous Consumer Benefits ..............78

        5.    No Consumer Harm ..........................................................................................84

    B.    WhatsApp (2014).............................................................................................................88

        1.    WhatsApp Pre-Acquisition ...............................................................................88

        2.    Meta's Decision To Acquire WhatsApp ...........................................................92

        3.    FTC Review and Clearance ..............................................................................96

        4.    The WhatsApp Acquisition Produced Enormous Consumer Benefits .............96

        5.    The FTC's Speculative and Unsupported Arguments .......................................99

## I.    META PLATFORMS, INC.

### A.    Meta's Business

1.      Meta's apps – including Facebook, Instagram, WhatsApp, and Messenger – are free to U.S. consumers in unlimited quantities.  5/21 Tr. 155:14-22 (Carlton); 4/15 Tr. 222:5-9 (Zuckerberg).  Zero is and always has been the price charged to users by social apps that allow users to interact with, comment on, and share user-generated and other content.  4/15 Tr. 227:24-228:1 (Zuckerberg).  Meta cannot charge users a price because they would switch to other free social apps.  *See id.* 224:22-225:7; *see also* Chen Dep. Tr. 154:4-155:3 (similar for X).

2.      Most users will not pay to use Meta's apps, even without ads.  *See* 4/15 Tr. 168:6-25, 226:25-227:23 (Zuckerberg).  In Europe, Meta recently began offering a paid, ad-free version of Facebook for 5.99€ per month.  5/1 Tr. 163:20-164:7 (Hegeman).  Only about 0.007% of users have opted to pay.  *Id.* 164:5-13; 5/20 Tr. 33:17-34:6 (C. Tucker).

3.      Meta has never paid consumers to use its apps.  5/1 Tr. 84:2-3, 147:16-18 (Hegeman); 5/20 Tr. 37:12-22 (C. Tucker).  Nor has any other social app featuring user-generated content.  *See* 5/14 Tr. 34:5-23 (Hemphill); Pattabiraman Dep. Tr. 124:6-125:5 (LinkedIn); Weinstein Dep. Tr. 242:22-243:6 (YouTube).  Paying users would encourage fake accounts, degrading quality.  5/20 Tr. 37:12-38:10 (C. Tucker).  The FTC offered no evidence that in the "but for" world (i.e., no Instagram or WhatsApp acquisitions by Meta) the competitive price for apps in its alleged "personal social networking services" (or "PSNS") market would be negative – i.e., that social apps would pay users.  *Cf.* 5/14 Tr. 32:18-33:2 (Hemphill).

4.      Meta's apps cost billions of dollars annually to operate.  *See* 4/15 Tr. 223:1-11 (Zuckerberg).  Meta finances those costs, plus substantial research and development, by selling ad placements.  *Id.*  For that business model to work, Meta must offer compelling apps, features, and content to attract users, and effective advertising to entice advertisers.  *Id.* 166:9-14; 4/16 Tr.

223:13-25 (Sandberg); 5/1 Tr. 150:24-151:7 (Hegeman); 5/19 Tr. 247:11-248:14 (C. Tucker).

### 1.    Meta's Free Apps

5.    **Facebook.**  When Facebook launched in 2004 – and for several of its early years – it was a way for users at U.S. colleges to connect and share with fellow students.  Joint Stipulations of Fact ¶ 2 (Apr. 11, 2025), ECF No. 539 ("JSF"); 5/12 Tr. 33:1-24 (Schultz). Myspace had more users than Facebook through the late 2000s.  5/14 Tr. 29:8-20 (Hemphill). Since then, Facebook has grown to more than 240 million U.S. monthly active users ("MAUs") and more than 3 billion global users.  5/8 Tr. 187:1-10 (Mosseri); 4/15 Tr. 228:22-25 (Zuckerberg).  Facebook has changed dramatically as technology has improved and norms of use have shifted.  *See* 5/12 Tr. 31:9-34:6, 39:10-40:24 (Schultz); 4/16 Tr. 266:19-25 (Sandberg); 5/14 Tr. 172:11-175:2, 251:20-253:14 & 5/15 Tr. 25:4-9, 27:5-24 (Alison); *see also* 4/23 Tr. 109:23-110:2, 159:3-160:5 (Lampe acknowledging norms and "core use" can change over time). Today there are dozens of features on Facebook, including Feed, Reels, Stories, Groups, and Marketplace.  DX1182 & DX1207 (Facebook features Meta added since 2012).

6.    The posting, sharing, and consumption of content among friends and family in a broadcast format ("Friend Sharing"), once primary, today represents a small and declining share of U.S. time spent on Facebook – at most 22% in January 2023 and 17% in January 2025.  *See* DX1169 & DX1152.  Likewise, only a fraction of "impressions" (i.e., distinct pieces of content) that a user sees on Facebook are friend-related – 33% in January 2023 and 21% in January 2025. *See id.*  The majority of U.S. time spent on Facebook today is spent consuming video, unrelated to Friend Sharing.  *See* DX1156 & DX1147 (U.S. time spent on Facebook video was more than 50% of total time spent by 2024).  Reels – short-form videos recommended by Meta's artificial intelligence ("AI") algorithms – grew from 17% of U.S. time spent on Facebook in January 2023 to 41% by January 2025; effectively none of that time is spent on Friend Sharing.  *See* DX1169 & DX1152.

7.     Time spent on Feed remained steady from January 2023 to January 2025 (at 40%
of total U.S. time), but the percentage of that time spent on Friend Sharing fell from 38% to 28%
over that period.  *See* DX1169 & DX1152.  Feed has evolved to become primarily a "discovery
engine" of "entertaining content," rather than a place for Friend Sharing.  4/14 Tr. 183:8-19
(Zuckerberg); *id.* 162:18-23.  Stories – ephemeral content from friends and other user-connected
sources – accounts for 4% of all U.S. time spent on Facebook as of January 2025.  *See* DX1152.

8.     Meta's CEO and founder, Mark Zuckerberg, testified that "the friend part" is "still
something that we care about" and "still a use of the service," but it "has gone down quite a bit"
as users flock to short-form video and AI-recommended content.  4/14 Tr. 162:18-163:8; *see also*
*id.* 159:18-23, 161:1-13, 164:1-6 & 4/16 Tr. 114:9-15, 115:3-17, 165:22-166:7.  Tom Alison, the
head of Facebook, testified that Friend Sharing is "becoming a supporting part of the cast instead
of the main character."  5/14 Tr. 218:11-12; *see also id.* 217:19-218:18.

9.     **Instagram.**  Instagram started as an app primarily for sharing photos.  *See* 4/22
Tr. 22:7-13 (Systrom); 5/12 Tr. 34:25-35:17 (Schultz).  It has grown from 3.9 million U.S.
MAUs in 2012, to approximately 200 million U.S. MAUs by 2022, to more than 230 million
today.  4/21 Tr. 67:22-68:10 (Rim); 5/8 Tr. 187:1-6 (Mosseri); 5/13 Tr. 227:1-8 (Hemphill);
DX1192; PX8128-003; 5/21 Tr. 80:2-17 (Carlton discussing DDX36.5).  Meta has added dozens
of features to Instagram since 2012.  DX1180 & DX1208; 5/12 Tr. 35:18-36:21 (Schultz).

10.    Total U.S. time spent on Reels – just one of multiple video options on Instagram –
grew from 16% in February 2023 to 51% by January 2025.  DX1171 & DX1153.  Of that Reels
time, approximately 0% is spent on Friend Sharing.  *Id.*  The next most-used surface is Feed,
which had 34% of U.S. time spent in February 2023 and 29% in January 2025.  *Id.*  In February
2023, 8% of time on Feed was spent on Friend Sharing, down to just 4% by January 2025.  *Id.*

The Stories surface accounted for 17% of U.S. time spent in February 2023, down to 12% by January 2025; of all Stories time, 41% was spent on Friend Sharing in February 2023, down to 37% by January 2025. *Id.*

11.     The vast majority of U.S. time spent on Instagram is not spent on Friend Sharing. 5/8 Tr. 200:15-201:8 (Mosseri); 4/14 Tr. 181:17-18 (Zuckerberg).  Conservatively calculated, as of February 2023, just 11% of U.S. time spent on Instagram was spent on Friend Sharing, which fell to 7% by January 2025.  DX1171 & DX1153; 5/21 Tr. 105:21-106:20 (Carlton discussing DDX36.20).  The FTC did not offer any alternative figures.  *See* 5/13 Tr. 234:6-12 (Hemphill).

12.     **WhatsApp.**  WhatsApp is another app that offers a variety of ways for users to connect and engage.  *See* 5/7 Tr. 73:18-74:2, 79:3-80:1 (Cathcart).  Meta has made WhatsApp more "social" by adding dozens of features, including features that facilitate Friend Sharing to large groups.  *See* DX1181 & DX1209.  WhatsApp has messaging, including group messaging with more than 1,000 group members; Channels, a feed of content from public accounts that users follow; Status, a broadcast of ephemeral stories posts; and Communities, a broadcast of interest and friend groups.  *See* 5/7 Tr. 76:8-77:23 (Cathcart, the head of WhatsApp, discussing groups); 84:15-85:17 (Channels), 52:1-13 (Status), 86:21-88:8 (Communities); 4/15 Tr. 237:20-24 (Zuckerberg discussing Status).

### 2.     The Business Model:  Advertising

13.     Competition to sell ads is fierce.  There are no U.S. audiences that advertisers can reach only on Meta's apps; rather, advertisers can reach consumers across many social apps, including TikTok, YouTube, X, Snapchat, Pinterest, and more, and easily shift their budgets across different apps to reach those users.  *See* 4/17 Tr. 25:25-26:23 (Sandberg); 5/1 Tr. 151:8-21 (Hegeman); 5/20 Tr. 227:10-24 (Yam, Walmart Connect); 5/20 Tr. 29:10-22 & 5/19 Tr. 248:15-249:8 (C. Tucker:  "[T]his easy switching [of ad spend] is exactly what is driving competition on

the advertising side of Meta's business."); 4/30 Tr. 141:18-23 (Presser, TikTok).  Advertisers track the broad cohort of social apps (including Facebook, Instagram, TikTok, and YouTube) as they consider ad placement options.  *See* 5/20 Tr. 221:16-222:7, 225:16-227:24 (Yam).

14.    Most ads on Meta's apps are "direct response," meaning that advertisers want to obtain a specific outcome – e.g., a user clicking on the ad – in contrast to "brand" or "awareness" advertising.  *See* 5/12 Tr. 121:14-17 (Schultz); 5/19 Tr. 246:7-248:4 (C. Tucker).  Thus, Meta must both retain users on its apps and show them ads worthy of a click.  *See* 5/19 Tr. 248:5-14 & 5/20 Tr. 32:25-33:5 (C. Tucker).  That requires ads on Facebook and Instagram to be interesting, relevant, and engaging, particularly because users can scroll past those ads in a fraction of a second.  *See* 4/17 Tr. 13:12-24 (Sandberg); 5/20 Tr. 19:14-20:15 (C. Tucker).  Because advertisers judge the effectiveness of ads based on user responses, showing more ads to unresponsive users is not a profit-maximizing strategy for Meta.  *See* 5/12 Tr. 121:18-22 (Schultz, Meta's Chief Marketing Officer, Vice President of Analytics, and corporate representative at trial:  "[i]f you are somebody who doesn't engage with ads, you are not going to convert," and "we won't make any money" by showing you more ads); 4/17 Tr. 24:4-17 (Sandberg); 5/1 Tr. 175:5-14, 182:25-183:4 (Hegeman); 5/20 Tr. 24:7-25:4 (C. Tucker).

15.    Meta's ad placement system uses AI to show users relevant ads.  5/1 Tr. 153:3-155:7 (Hegeman); 4/17 Tr. 15:15-23 (Sandberg).  Meta also invests in measurement and deployment tools and innovative ad formats to make ads more engaging to users.  5/19 Tr. 250:6-14, 254:4-13 & 5/20 Tr. 22:19-23:18 (C. Tucker); 4/15 Tr. 166:15-167:10 (Zuckerberg); 5/1 Tr. 166:5-23, 167:4-17 (Hegeman discussing DX978 at 2); 5/20 Tr. 220:2-17 (Yam).  Around 6,000 Meta engineers work to make ads high quality and relevant.  5/1 Tr. 150:14-23 (Hegeman); 5/19 Tr. 250:23-252:24 (C. Tucker).  Many ads on Meta's apps are as engaging to some users as non-

ad ("organic") content, and users report the quality of ads and organic content to be essentially the same. *See* 4/17 Tr. 22:21-23:12 (Sandberg); 4/15 Tr. 97:5-14, 178:3-9 (Zuckerberg). Users in Meta's ad "holdout" group – users who have never seen ads on Meta's apps – erroneously report seeing ads because "they are getting confused from other posts that they see from pages or businesses or public figures that aren't ads." 5/1 Tr. 162:15-20, 163:8-18 (Hegeman).

16.     Meta measures ad quality by assessing user engagement with ads (e.g., actions in response, such as clicks, or "conversions"). *See* 4/17 Tr. 15:3-6 (Sandberg); 5/1 Tr. 177:24-178:9 (Hegeman). Measured by conversions, ad quality has improved over time. *See* 5/1 Tr. 178:10-179:16 (Hegeman discussing DDX18.3).

17.     Ads can have positive utility for users. *See* 5/14 Tr. 47:3-14 (Hemphill). Many users engage with ads on Meta's apps because the ads supply useful information or help identify a desirable product or service. *See* 5/1 Tr. 159:18-23 (Hegeman discussing DX336: some users like ads because "you can find useful things from them, buy products that you will come to find useful and love"); Weinstein Dep. Tr. 143:8-18, 145:2-10, 200:22-201:9 (YouTube, similar); *see also* 5/19 Tr. 252:5-24 (C. Tucker).

18.     One reason ads may cause users to reduce time spent on Meta's apps is that when users click on an ad, they leave the app and are directed to another site, such that the ad serves as a beneficial gateway to what the user wants. *See* 5/27 Tr. 142:11-144:1 (Hemphill acknowledging Schultz's observation in DX1480 that "if you get people to click out of your product because you showed them something else compelling to spend their time on, they will leave your product and do that thing"). A National Bureau of Economic Research study using a "long-running field experiment" found that users who see more ads on Facebook spend less time on the app but still report the same level of consumer value from Facebook, which "could be due

6

to the beneficial effects of some well-targeted ads." *Id.* 146:7-148:13 (Hemphill agreeing the study "d[id] not find evidence of disutility from advertising" on Facebook). The FTC did not analyze whether or how much any reduction of engagement caused by ads on Meta's apps was due to users seeing ads that prompted them to leave. *See id.* 144:2-6.

19.    Meta compares usage and sentiment scores between users who see ads and "holdout" users who see no ads. *See* 4/17 Tr. 24:18-25:5 (Sandberg). Users who see no ads report effectively identical sentiment scores relative to users who see ads. *See* 5/1 Tr. 162:1-163:7 (Hegeman discussing DX342 at 6); 5/1 Tr. 68:9-24 (Cobb). Compared to other users, the holdout group spends only 7.1% more time on Facebook, which is a "small" increase considering it is an "infinite change" in ad load. 5/20 Tr. 36:16-37:11 (C. Tucker); *see also* 5/8 Tr. 65:23-66:5 (Mosseri, the head of Instagram: similar effect for Instagram "holdout" group); *see also* 5/1 Tr. 164:15-166:3 (Hegeman discussing PX12501-004, and testifying that a 3.2% increase in sessions in response to an 80% decrease in ad load "is a good example of how" price and ad load "are not analogous" because "I can't really think of any products where if you reduce the price by 80 percent, you would see only 3 percent increase in purchases").

20.    The FTC provided no statistical measure of ad disutility, *see* 5/27 Tr. 149:12-17 (Hemphill: "I haven't done a separate inquiry like that"), or any measure of changes in ad quality on Meta's apps, *see* 5/14 Tr. 49:1-23 (Hemphill). Hemphill acknowledged that an improvement in ad quality reduces consumer disutility from seeing an ad. *See id.* 48:18-25.

### 3.    Advertising Profits

21.    Meta earns substantially all its revenue from ad sales. 5/1 Tr. 90:23-91:4 (Hegeman). Meta's ad business is profitable because it invests in innovative ad features and formats that attract advertisers and enhance the user experience. 5/19 Tr. 249:23-255:19 & 5/20 Tr. 20:16-24:3 (C. Tucker). High profits can result from superior managerial talent, willingness to make risky

investments, and other factors unrelated to monopoly power. *See* 5/14 Tr. 67:19-68:13, 69:14-16, 71:11-21, 77:1-14 (Hemphill). The FTC did not analyze any of those factors with respect to Meta's advertising profits. *See id.* 69:4-23, 71:11-21, 77:15-18; 5/19 Tr. 245:11-17 (C. Tucker).

22.    The FTC's experts did not compare Meta's profitability to other firms. 4/24 Tr. 20:16-18 (Hearle); 5/14 Tr. 86:8-20 (Hemphill). The FTC offered no competitive benchmark for profits. *See* 5/14 Tr. 87:21-88:11 (Hemphill). The FTC also offered no evidence of Meta's profitability in the United States in any year, *see id.* 74:8-75:7, and used inconsistent measures of profits, *see id.* 81:6-11. Meta had a higher operating margin (one measure of profitability) before 2011, when the FTC claims it became a monopoly, than after. *Id.* 85:18-86:1.

**B.    App Quality**

**1.    Investment and Innovation**

23.    Meta invests billions of dollars in its apps annually to attract users and keep up with its competitors. 4/15 Tr. 185:6-186:2, 230:13-231:23 (Zuckerberg). Meta "would see a dramatic reduction in our revenue growth" without these investments. 5/1 Tr. 168:2-5 (Hegeman). As Zuckerberg explained, "[i]f you took a freeze frame of where our app used to be and that was the experience that they could have today, we would just be crushed. . . . [W]e've obviously had to kind of evolve the services and keep them modern and add, you know, a lot of new innovations, both things that we've pioneered and things that we've had to adopt that other people have pioneered, in order to keep up with the market." 4/15 Tr. 228:2-21. Meta spends billions of dollars annually on research and development – more than other technology firms as a percentage of revenue. *See id.* 230:13-231:23; 5/21 Tr. 159:20-160:3 (Carlton). Some of that spending is for new technologies, e.g., AI and augmented and virtual reality that Meta will use to enhance its apps. 4/15 Tr. 209:22-211:23, 230:13-21 (Zuckerberg).

24.    Meta has released hundreds of new features for Facebook, Instagram, and

WhatsApp since 2012.  *See* DX1182 & DX1207 (Facebook); DX1180 & DX1208 (Instagram); DX1181 & DX1209 (WhatsApp).  These are all quality improvements.  *See* 5/21 Tr. 158:8-24 (Carlton); 5/14 Tr. 42:9-23 (Hemphill).  Many of these quality improvements were competitive responses to features offered by, e.g., YouTube, TikTok, and Snapchat.  *See*, *e.g.*, *infra* ¶¶ 46(a), 40, 76, 77, 82, 83-84, 93, 95, 97, 99, 102, 104, 115, 145, 159.

25.     Meta spends billions of dollars annually to maintain the massive worldwide physical network for content delivery and storage spread around the globe to support its apps. 4/29 Tr. 197:24-198:23 (Olivan); 4/15 Tr. 229:1-22 (Zuckerberg); 5/8 Tr. 161:5-23 (Mosseri). Meta's infrastructure is bespoke and proprietary, which provides significant advantages in terms of reliability and functionality for users.  *See*, *e.g.*, *infra* ¶¶ 212, 215, 253.

## 2.     Dimensions of App Quality

### a.     Output as a Net Quality Measure

26.     An increase in output or use of the apps – at a constant price (here, zero) – indicates a *decrease* in quality-adjusted price (i.e., a quality improvement).  *See* 5/21 Tr. 155:11-157:18 (Carlton); 5/14 Tr. 41:12-16 (Hemphill).  Meta considers app usage to be the "best sign of the quality of the product."  4/16 Tr. 230:4-8 (Sandberg).  Here, output has increased dramatically not only for Meta's apps, but also for other apps the FTC claims are "PSNS" competitors, as well as for important competitors such as TikTok.  For example:

a.     Facebook grew from 158 million U.S. MAUs spending 96 billion minutes on the app each month in 2012, to more than 237 million U.S. MAUs by 2022 spending more than 272 billion minutes on the app each month.  PX8168 (2012 MAUs); PX8172 (2012 time spent); PX8128-003, -004 (2022 metrics).

b.     Instagram grew from 3.9 million U.S. MAUs spending 391 million minutes on the app each month in 2012, to more than 218 million U.S. MAUs by 2022 spending more than

136 billion minutes on the app each month.  PX8168 (2012 MAUs); PX8172 (2012 time spent); PX8128-003, -004 (2022 metrics).

      c.   Snapchat grew from its launch in 2011, *see* 5/15 Tr. 203:16-17 (Jain), to more than ██████ U.S. MAUs by 2022 spending more than ██████ minutes on the app each month, *see* PX8128-003, -004.

      d.   TikTok grew from ██████████ U.S. MAUs in 2018 to more than 170 million U.S. MAUs by 2025, ██████████████.  *See* 4/30 Tr. ██████, 139:5-12, ██████ (Presser).

27.     Meta's output growth is due to investments and innovations that have improved app quality.  *See* 5/15 Tr. 46:16-20, 48:8-13 (Alison).  Even if the market is limited to the FTC's alleged "PSNS" apps, ██████████████████.  *See* 5/21 Tr. 178:5-179:12 (Carlton discussing DDX36.34 and DDX36.35, using Hemphill's data); ██████.  In a monopolized market, output would be lower.  *See* 5/21 Tr. 77:18-78:1 (Carlton); 5/12 Tr. 54:3-8 (Schultz); 5/14 Tr. 37:4-10 (Hemphill).

### b.    Isolated "Dimensions" of Quality

28.     App quality – or quality-adjusted price – must account for all quality dimensions. *See* 5/14 Tr. 41:3-6, 41:17-42:8 (Hemphill).  "[A]d load is just one dimension of quality," *id.* 50:1-2, and is not equivalent to a price, *see id.* 50:13-51:7.  Other dimensions of the quality of Meta's apps – such as innovative new features and the quality of targeted ads – have concededly improved since 2012.  *See id.* 42:9-23, 43:10-44:8.  The FTC offered no measure of overall app quality and did not evaluate all "dimensions" of quality.  *See id.* 41:17-42:8, 47:6-14, 48:18-49:5. Nor did the FTC offer evidence of a competitive benchmark for app quality, *see id.* 52:21-25; *see also* 5/21 Tr. 78:15-22, 231:10-14, 232:20-233:12 (Carlton), or any quantifiable quality-adjusted price for Meta's apps, *see* 5/14 Tr. 52:2-20 (Hemphill); 5/21 Tr. 78:2-14 (Carlton).

29.     **Ad Load.**  Ad load (the number of ads shown relative to total content shown to the user) is just one aspect of one quality dimension – advertising.  5/14 Tr. 50:1-2 (Hemphill); 5/1 Tr. 91:23-92:2 (Hegeman).  To evaluate that one dimension, it is necessary to account for both the number of ads and their quality (including visual appeal and relevance).  4/17 Tr. 53:2-5 (Sandberg); 5/20 Tr. 30:5-17, 32:5-22 (C. Tucker:  not "every ad has the same net disutility to users" and so you cannot "just assume that an increase in ad load is problematic"); 4/15 Tr. 96:22-25 (Zuckerberg).  Seeing multiple high-quality ads (e.g., "two beautiful sailboat ads") may be a better user experience than seeing one low-quality ad (e.g., "one punch-the-monkey ad"). 5/19 Tr. 253:12-254:13 & 5/20 Tr. 17:20-18:17, 31:6-16 (C. Tucker discussing DDX33.5 & DDX33.8); *see also* 4/17 Tr. 21:4-15 (Sandberg).

30.     As a rule, Meta will not increase ad load unless there is a corresponding increase in ad quality.  *See* DX342 at 7; 4/17 Tr. 23:20-24:3 (Sandberg); 5/1 Tr. 177:13-23 (Hegeman); 5/8 Tr. 60:7-14 (Mosseri).  Meta considers both "the frequency of the ads" and "the quality of the ads" in setting ad load.  5/14 Tr. 185:16-20 (Alison:  "we often look at improving both or optimizing both as a matter of improving engagement or minimizing engagement losses"); *see also* 5/20 Tr. 30:18-31:5 (C. Tucker:  once a platform "invest[s] in making ads relevant" and "engaging," it "can increase ad load" "because you have improved how they work for both advertisers and users").  Today, Meta can increase revenue by improving ad quality without increasing ad load.  *See* 5/1 Tr. 177:13-23 (Hegeman).  Ad load has been flat or declining on Facebook Feed since 2023, *see id.* 176:24-177:11 (Hegeman discussing DDX18.1), and has been declining on Instagram Feed since 2019, *see* 5/14 Tr. 89:17-22 (Hemphill).  As usage has shifted to Reels, overall ad load has declined or plateaued across Meta's apps, *see* 5/1 Tr. 96:17-97:3 (Hegeman), all while ad quality on Meta's apps has increased, *see id.* 177:24-178:1.

31.    The FTC did not offer a competitive benchmark for ad load or evidence that Meta imposes a supracompetitive ad load.  *See* 5/14 Tr. 50:3-7 (Hemphill); *id.* 34:22-36:18, 51:16-52:1 (discussing importance of competitive benchmarks to analysis of monopoly power); 5/20 Tr. 34:22-25 (C. Tucker).  There is no evidence that ad load on Facebook or Instagram would be lower in the "but for" world.  List's "de-merger" model demonstrated that ad load would be *higher* if Instagram were separately owned.  *See* 5/19 Tr. 159:14-23 (List discussing DDX31.21).  Hemphill attempted to manipulate that model to support a contrary conclusion, but it produced an absurd result – Meta continuing to earn most of its revenue even if it shows zero ads.  *See id.* 162:1-23.

32.    **Content "Integrity."**  Meta has invested approximately $30 billion over the last decade and built a team of around 40,000 people to work on its apps' safety and security.  5/6 Tr. 96:2-5, 112:18-113:5 (Rosen, Meta's Chief Information Security Officer).  Meta has a 1,500-person "central integrity" team tackling common issues across Meta's apps.  *Id.* 11:9-19, 108:9-11.  That team partners with app-specific "surface teams" to address issues unique to their app and integrate the tools built by central integrity, *id.* 11:14-19, 12:6-21, 108:15-110:3, the global operations team that oversees human review of content, *id.* 111:17-112:11, and the policy team that develops the policies governing Meta's apps, *id.* 110:4-111:14.  Meta's integrity investments have increased over time.  *See id.* 106:19-107:2, 112:18-21, 115:17-116:22 (discussing DX1064 at 1-2); *id.* 31:19-24 & PX10940-013.

33.    To identify and eliminate policy-violating content, Meta leverages user reports, human review, and automated tools using AI and machine learning, most of which Meta developed in-house.  *See* 5/6 Tr. 14:4-10, 26:14-27:2, 99:6-100:1, 114:17-115:5 (Rosen).  Since 2018, Meta has published quarterly reports with integrity metrics, including prevalence – i.e., percent of views of violating content – and proactive rate – i.e., percent of content actioned

12

before a user reports it.  *Id.* 117:12-118:16, 121:1-122:4, 122:16-20; 5/6 Tr. 182:13-14, 199:23-24 (McCoy:  prevalence is an "ideal" and "robust" metric).  For reported problem areas, the prevalence of policy-violating content on Facebook and Instagram is extremely low – e.g., in the fourth quarter of 2024, the prevalence of adult nudity and sexual activity was about 0.06% (6 of every 10,000 views) and 0.04% (4 of every 10,000 views) on Facebook and Instagram, respectively.  5/6 Tr. 123:10-24 (Rosen) & DX1254 at 1-3.  And Meta's integrity systems proactively remove a very high percentage, often more than 90%, of policy-violating content or accounts – e.g., in the last quarter of 2024, Meta proactively removed 98.9% and 99.2% of content actioned for child nudity and physical abuse on Facebook and Instagram, respectively, and removed 99.9% of fake accounts on Facebook.  DX1254 at 1-3.

34.     Meta is an industry leader in integrity, as the FTC's expert admitted.  *See* 5/6 Tr. 193:2-194:4 (McCoy).  The FTC did not offer a competitive benchmark for investment in integrity efforts, nor is there any evidence Meta invests less than any peer firm or does not conform to industry best practices.  *See id.* 214:10-21, 215:1-216:2.  The integrity issues Meta faces are industry-wide.  *See, e.g., id.* 175:1-5; 5/6 Tr. 102:22-103:7 (Meta); 4/30 Tr. 144:14-145:3 (Presser, TikTok); 4/28 Tr. 77:24-79:19 (Coleman, X).

35.     **User Privacy.**  Meta offers users multiple privacy and security features, including end-to-end encryption on its messaging services.  *See* 4/15 Tr. 171:2-14 (Zuckerberg); 5/7 Tr. 91:11-25 (Cathcart).  It discloses its practices to users in a comprehensive privacy policy.  *See* 5/1 Tr. 84:5-22 (Hegeman discussing PX0722).  Meta has improved its privacy features over time, as the FTC's expert admitted.  *See* 4/23 Tr. 268:3-6 (Lampe).  Privacy is an industry-wide issue.  *See id.* 267:8-17; *see also* 5/1 Tr. 88:17-25 (Hegeman); 4/28 Tr. 81:7-24 (Coleman discussing X's "security and data privacy incidents over the years").

36.    In or around 2015, Cambridge Analytica accessed data from Meta users in violation of Meta's terms of service.  4/29 Tr. 157:16-158:1, 161:21-23 (Olivan); 4/16 Tr. 258:1-15 (Sandberg).  This was widely publicized in 2018 and generated much negative press.  4/29 Tr. 157:13-15, 158:20-23 (Olivan); PX12110-015.  Meta observed a decline in user sentiment (years after the fact), but it was not related to a current product experience and did not cause a substantial number of users to stop using Meta's apps.  4/30 Tr. 228:10-14 & 5/1 Tr. 60:13-61:16 (Cobb).  This demonstrated that users' expressed sentiments did not amount to a reason for them to stop using the apps.  *See* 4/29 Tr. 160:19-161:6, 163:21-164:1 (Olivan).  The FTC offered no competitive benchmark for privacy, and there is no evidence users continued to use Meta's apps because they were "captive" or lacked acceptable substitutes.

### c.    Content Quality and Investment

37.    There is no evidence that Meta "underinvests" in Friend Sharing or that reduced investment would amount to a degradation in quality.  5/12 Tr. 212:25-213:8 (Hemphill: lowered investment in Friend Sharing "might or might not be" a degradation in quality); *see also* 5/27 Tr. 61:10-23 (Hemphill, similar).  The FTC offered no evidence of how much Meta would have invested in this use case – or any other – in the "but for" world.  *See* 5/21 Tr. 73:1-21 (Carlton).  The FTC did not offer a benchmark or measure of how much Meta should or would be investing in Friend Sharing in a competitive market.  *See id.* 73:1-12.

38.    Meta has invested significantly in product improvements that benefit the user experience across all app use cases, and it has developed features to support Friend Sharing specifically.  *See* 4/15 Tr. 228:2-21 (Zuckerberg); 5/8 Tr. 23:9-24:5 (Mosseri); 5/14 Tr. 210:17-22 (Alison).  Meta has hundreds of engineers who work exclusively on building and supporting Friend Sharing features.  *See* 5/15 Tr. 10:23-11:8 (Alison).  Earlier this year, Meta attempted to revive interest in Friend Sharing by releasing a "Friends Tab" on Facebook – a new surface with

14

100% friend content.  *See* 5/14 Tr. 211:2-212:6 (Alison discussing PX0796); 4/14 Tr. 183:20-184:9 (Zuckerberg).  This is not the first time Meta has tried jump-starting Friend Sharing on Facebook.  *See* PX0798-001 (July 2022 Zuckerberg post announcing a new "Feeds tab where you can see posts from your friends, groups, Pages and more separately in chronological order" while the "Home tab" will be "where our discovery engine will recommend content we think you'll care most about").  But as Alison explained, the "[Friends Tab is] not used by the majority of people.  What it really represents to me is Facebook transitioning towards an entirely new set of use cases, but trying to preserve our original use case, but recognizing that it's going to be a smaller feature going forward."  5/14 Tr. 215:20-24.

39.    While some users lament the decline of Friend Sharing, Mosseri explained that "the major issue" is "friends post less," so there is less friend content to show users, and not that Meta somehow "down-rank[s] content from friends."  5/8 Tr. 65:20-22.  As Alison testified, "the reality is that the diminishing friend content in feed is less a function of our decisions and more a function of the fact that people just don't want to post to their friends anymore at increasing rates, and that's been true for many years."  5/14 Tr. 221:5-9.  In addition, any stated preferences for Friend Sharing do not match actual consumer behavior.  *See* 4/14 Tr. 189:24-190:1 (Zuckerberg); 5/1 Tr. 52:15-53:17 (Cobb); *see also* 5/21 Tr. 105:21-106:20 (Carlton).  As Zuckerberg testified, people's "revealed preference of what they were doing on the service was engaging with more and more other types of content."  4/14 Tr. 169:11-15; *see also id.* 169:21-23.  Meta tested this norm shift by boosting friend content in Facebook Feed by 20%.  5/14 Tr. 249:21-250:10 (Alison).  That *reduced* usage, while a 20% boost in video content *increased* usage.  *See* 5/21 Tr. 107:6-108:9 (Carlton discussing DDX36.21 and DX1168).

40.    Meta shows users what AI algorithms predict they want to see based on past

engagement.  5/14 Tr. 251:5-19 (Alison); 4/15 Tr. 214:14-20 & 4/16 Tr. 35:20-36:2

(Zuckerberg).  Zuckerberg testified, "that's sort of the best experience that we can provide, is to

do this kind of AI recommendation discovery engine of showing people kind of the best content

that we believe is going to be the most relevant to them."  4/14 Tr. 183:8-19.  Meta relies on AI

algorithms – and its multi-billion-dollar "Modern Recommendation System" – because that new

technology best enables Meta to show content users will find most engaging.  5/12 Tr. 37:17-

38:11, 187:9-188:1, 192:3-23 (Schultz); 4/15 Tr. 214:14-215:10 (Zuckerberg); *see* 4/29 Tr.

193:10-194:5, 198:15-23 (Olivan).  That is a quality improvement responsive to competitive

pressure from TikTok and others.  *See* 4/16 Tr. 24:19-25:13 (Zuckerberg); 5/8 Tr. 162:3-18

(Mosseri); 5/12 Tr. 192:3-23 (Schultz); 5/14 Tr. 178:1-19 (Alison).  As Zuckerberg explained,

"oftentimes the content the AI is filling in actually more accurately maps your interests than that

additional stuff that might have come from a friend."  4/16 Tr. 180:6-16.

### 3.    Brand Sentiment Surveys

41.    Meta tracks "brand perception" with surveys.  4/30 Tr. 199:14-17 & 5/1 Tr. 27:8-

28:4, 30:20-31:7 (Cobb); PX3013-006, -007.  These surveys do not measure the quality of

Meta's apps.  *See* 5/1 Tr. 30:5-19 (Cobb).  Sentiment metrics fluctuate with press cycles, as

consumers' perceptions about brands are strongly influenced by press coverage.  *See id.* 28:17-

32:20; 5/8 Tr. 266:25-267:6 (Schultz); 4/29 Tr. 158:4-10, 163:21-164:4 (Olivan); 5/14 Tr. 53:2-

54:20 (Hemphill); PX3397-006.  E.g., Meta's sentiment scores rose when Zuckerberg announced

he would use his personal wealth to start a charitable foundation.  5/1 Tr. 32:2-12 (Cobb).

42.    Meta measures RCAU – "Relative Cares About Users" – which compares Meta to

many firms – including social apps such as TikTok, YouTube, and Snapchat, as well as firms

such as Chick-fil-A, Comcast, and Wells Fargo – using a metric derived from "Cares About

Users" ("CAU").  *See* 5/1 Tr. 18:12-14, 41:5-43:8 (Cobb) (discussing DDX16.1); *see also id.*

19:3-14.  A lower or fluctuating RCAU score does not mean low user sentiment for Meta's apps, because CAU over time has stayed relatively stable.  *See id.* 43:5-23.  Survey respondents are not even required to use products or services from the brand they are scoring.  *See* 5/14 Tr. 61:7-22 (Hemphill).  Meta measures RCAU across several countries and obtains different scores even though the apps are functionally the same in each country.  *See* 5/8 Tr. 267:13-268:16, 269:5-24 (Schultz discussing DDX24.1); *see also* 5/1 Tr. 31:8-22, 40:13-41:2 (Cobb, Meta's Vice President of Research and head of Demography and Survey Science:  political trends unrelated to product quality can shift sentiment scores); PX3013-006.  Facebook's and Instagram's RCAU scores are in line with Snapchat, above TikTok, and below YouTube and WhatsApp.  *See* 5/8 Tr. 270:2-12 (Schultz); 5/1 Tr. 45:3-13 (Cobb).  Meta's net RCAU score has been increasing since 2021, after a period of declines following Cambridge Analytica in 2018 (preceded by increases before Cambridge Analytica).  *See* 5/8 Tr. 270:13-24 (Schultz); 5/1 Tr. 45:14-46:8 (Cobb); PX12110-015 (internal Meta document showing CAU rising for years).

43.     The FTC's attempt to show a declining trend from 2018-2022 was based on manipulation of a chart's Y-axis; when corrected (using a Y axis that ran from 0-100, in line with the relevant data), the chart showed no significant decline.  *See* 5/14 Tr. 56:23-59:25 (Hemphill discussing DDX28.43 & DDX28.44).  When more recent data were included, the chart showed that Meta's scores improved after 2022.  *See id.*  And at all times, the data showed a majority of Facebook users reported being satisfied with the service.  *See id.*

44.     Snapchat found in its own 2019 survey – conducted to learn about consumer perceptions of the *quality* of certain social apps that Snapchat viewed as competitors – that ██████████ Instagram have a better perceived app quality than competitors such as TikTok and X (with most users reporting they were "satisfied" or "very satisfied" ███████████ ), and

17

Instagram has a better perceived app quality than Snapchat. DX876 at 7, 15; ███████████

████████████████████████████; 5/15 Tr. 244:18-245:19 (Levenson).

## II.    COMPETITION AMONG SOCIAL APPS

### A.    Meta's Competitive Constraints

45.    Facebook, Instagram, TikTok, YouTube, X, iMessage, and others are "social

apps" where users connect with and like, comment, or share content. *See* 5/12 Tr. 36:22-37:16

(Schultz); 4/15 Tr. 212:13-213:13, 216:9-217:14 (Zuckerberg). "Social apps" are different from

paid subscription apps such as Netflix and Hulu, which Meta does not focus on to the same

extent as rival social apps. *See* 4/16 Tr. 39:22-40:16 (Zuckerberg); *see also* 5/12 Tr. 37:1-6,

117:9-20 (Schultz). Ad-supported social apps all compete for "marginal minutes" of usage that

they can then monetize by selling ads that consumers view while engaging with the apps. *See*

5/8 Tr. 265:4-266:3 & 5/12 Tr. 175:18-176:4 (Schultz); 5/21 Tr. 136:7-17 (Carlton); *see also*

4/17 Tr. 11:17-21 (Sandberg); 4/15 Tr. 222:10-21 (Zuckerberg); 4/22 Tr. 151:7-9 (Systrom).

46.    Competition among social apps includes several significant characteristics:

a.    *First*, there has been significant feature convergence – even outright copying –

among these apps, which closely track the features their competitors offer and adapt or adopt

features in response. *See* 5/12 Tr. 38:12-39:9 (Schultz); 5/8 Tr. 107:23-108:4, 182:7-13

(Mosseri); Chandlee Dep. Tr. 68:13-21 (TikTok); ██████████████████████████████.

Facebook, Instagram, and TikTok are particularly attuned to what each is offering and are adept

at responding, even when that means substantial changes to the apps – e.g., Meta added Reels,

████████████████████, and TikTok added a Friends tab and a Stories feature. *See* 4/16 Tr.

21:3-23 (Zuckerberg); 4/29 Tr. 196:22-197:10 (Olivan); 5/8 Tr. 105:14-22 (Mosseri); 5/12 Tr.

71:12-72:25 (Schultz); ██████████████████████████; 4/30 Tr. 89:8-23, 90:16-

91:1 (Presser, TikTok); Chandlee Dep. Tr. 68:13-15 (TikTok). This is also true for other apps,

such as YouTube.  *See* 4/15 Tr. 186:19-187:7 & 4/16 Tr. 36:24-37:23 (Zuckerberg).  Apps such
as LinkedIn have followed suit, adding short-form video and friend content.  *See* 4/15 Tr.
159:14-18, 160:24-161:12, 162:3-11 (Zuckerberg); 5/12 Tr. 106:23-107:15 (Schultz).  And
"[p]retty much every major app either has stories or tried to build a version of . . . stories."  5/8
Tr. 181:22-182:13 (Mosseri).  This feature convergence is economic evidence of substitution and
competition among social apps.  *See* 5/21 Tr. 68:6-20 (Carlton).

       b.  *Second*, social apps attempt to differentiate themselves in marketing to
consumers.  *See* 4/15 Tr. 161:6-12 (Zuckerberg).  That is not evidence of separate markets, but
rather of competition.  Differentiated features do not insulate social apps, including Facebook
and Instagram, from competition, as multiple witnesses from competing social apps testified.
*See* Chandlee Dep. Tr. 64:2-70:8 (TikTok); 4/17 Tr. 200:18-201:2, ███████ (Filner, YouTube);
Raymond Dep. Tr. 150:3-17 (Reddit); 4/28 Tr. 85:2-24 (X); Andreou Dep. Tr. 61:13-20
(Snapchat); 4/28 Tr. 185:3-22 (Roberts, Pinterest); *see also* 4/15 Tr. 161:9-12 (Zuckerberg:
"different apps may emphasize one aspect of what they do in their marketing," but there's "a lot
of overlap in terms of the functionality and competition for time and attention among all of
them").  Friend Sharing may be "a positive" for Meta, but it does not "insulate[] [Meta] from
competition," including because "other apps do that."  5/12 Tr. 64:18-65:3 (Schultz); *see also*
5/15 Tr. 13:22-14:1 (Alison:  Friend Sharing has not "shielded us very well at all").

       c.  *Third*, these apps – particularly Facebook, Instagram, TikTok, YouTube, and
Snapchat – are competing for the same content creators, spending hundreds of millions or even
billions of dollars for preferential access to content (largely short-form videos).  5/12 Tr. 89:17-
91:4 (Schultz); 5/8 Tr. 115:16-116:9, 176:14-19 (Mosseri); 5/14 Tr. 258:19-259:6 (Alison); 4/15
Tr. 151:10-23 & 4/16 Tr. 37:3-10 (Zuckerberg); *see also* Chandlee Dep. Tr. 77:10-20, 78:16-20

(TikTok agreeing); ███████████████████████████; Weinstein Dep. Tr.
187:13-188:1 (YouTube agreeing); ████████████████████████████
████████████████████████████████████████████████
██████████████████████████████.  These apps are competing for
the same content because they are competing to attract the same marginal minutes of user time.
5/21 Tr. 68:6-16 (Carlton); *see also* 5/8 Tr. 173:5-15, 174:10-175:20 (Mosseri); ████████████
████████████████; 4/21 Tr. 51:15-25 (Rim:  there is a "content war" between TikTok and
Instagram). ████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████.

     d.  *Fourth*, this high-tech industry changes rapidly, with continual "paradigm
shifts."  5/8 Tr. 117:4-17 (Mosseri); *see also* 4/22 Tr. 151:10-23 (Systrom); 4/29 Tr. 199:21-
201:3 (Olivan).  As Zuckerberg testified, one "profound shift" among social apps as "social
engagement online was evolving" was the transition away from "interacting in feed" to "group
chat[s] or one-on-one messages."  4/14 Tr. 167:19-168:9.  As Mosseri testified, the shifts also
include "the explosive growth of video particularly on mobile phones," "the growth of stories
across all these apps," and the shift "away from friend content and towards public content."  5/8
Tr. 16:24-17:5, 117:12-17.  And more shifts are coming:  OpenAI, a leading AI company, has
recently announced that it will launch a social network.  *See* 5/12 Tr. 150:9-153:15 (Schultz
discussing DDX24.16); 4/29 Tr. 200:10-201:3 (Olivan).  Meta does not dictate norms of use;
rather, user norms shift as technology evolves and consumers change preferences for what
content to share and where to share it.  *See* 5/12 Tr. 31:19-32:8, 40:7-41:8 (Schultz). ████████
████████████████████████████████████████████████

20

███████████████████████████████ .

47.     The FTC's claim that there is a "personal social networking services" product market in the United States is not supported by any evidence.  There is no ordinary use or common understanding of the term "personal social networking services" or even "social network."  *See* 4/15 Tr. 212:13-213:13 (Zuckerberg); *see also*, *e.g.*, Raymond Dep. Tr. 345:14-20 (Reddit); 4/29 Tr. 244:21-245:1 (Shah, iMessage); 4/17 Tr. 198:7-14, 204:12-205:4 (Filner, YouTube); Weinstein Dep. Tr. 302:10-304:8 (YouTube); 4/28 Tr. 173:2-14 (Roberts, Pinterest).  There is similarly no evidence from any source other than paid FTC experts that there is a relevant arena of competition limited to Facebook, Instagram, Snapchat, and MeWe.

### 1.     Quantitative Substitution Data

48.     Data on consumer "substitution" – where users go if Meta's apps become more expensive or lower quality (or where they go when other social apps become more expensive or lower quality) – is the best evidence of which firms "are the competitive constraints" on "Meta's behavior."  5/21 Tr. 67:14-21 (Carlton); *see also id.* 81:17-82:5, 181:5-6, 181:14-18.  A functional or feature analysis might give rise to a "hypothesis" that only some apps are competitive constraints, but quantitative substitution data is the way "to test it."  5/19 Tr. 76:19-77:14 (List).  Here, "the consumer substitution evidence is completely convincing that TikTok and YouTube are very important competitive constraints, much more important than Snapchat, on Meta's behavior."  5/21 Tr. 173:21-25 (Carlton).  Every substitution study independently reaches that result, *see id.* 84:1-19, which is "convergent validity" that strengthens confidence in the results, 5/19 Tr. 163:7-164:19 (List).

49.     The FTC did not perform any substitution or other empirical study to support its market definition.  *See* 5/27 Tr. 136:4-8 (Hemphill); 5/21 Tr. 69:4-14 (Carlton).  Instead, the FTC attempts to fault Meta's natural and field experiments as not involving a "small but

significant, non-transitory increase in price," but that critique means only that the studies are not a "hypothetical monopolist test." *See* 5/21 Tr. 87:21-89:15 (Carlton). Meta offered these studies as evidence that TikTok and YouTube are closer substitutes to – and therefore more powerful competitive constraints on – Facebook and Instagram than is Snapchat. *See id.* 89:16-90:4. It was not necessary to perform a "hypothetical monopolist test" to test that issue, and no witness testified to the contrary. *See*, *e.g.*, 5/27 Tr. 13:23-17:23 (Hemphill). Moreover, the length of List's experiment was "a good proxy for the long run." 5/19 Tr. 87:22-88:16 (List).

50.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████ when

TikTok was threatened with a ban in the United States, it anticipated that "even a temporary implementation" of the ban would "cause significant and irreversible harm to our business and our brand" because of substitution to other platforms. *Id.* 134:7-23.

51.    The FTC argues that Meta's studies are uninformative because of the *Cellophane* Fallacy, which posits that consumers may substitute to out-of-market alternatives when a product is sold at a monopoly price. But the *Cellophane* Fallacy does not address the *order* of substitution or suggest that this order will be different at a monopoly price. The FTC offered no contrary evidence. *See* 5/21 Tr. 91:12-93:2 (Carlton); 5/19 Tr. 104:3-107:9 (List).

### a.    Natural Experiments

52.    Several times, some of the social apps – specifically, Meta's apps, TikTok, and YouTube – have gone offline. 5/19 Tr. 83:11-14 (List); 5/27 Tr. 112:19-21 (Hemphill). Meta carefully tracks these outages and makes business decisions based on them, *see*, *e.g.*, 4/15 Tr. 226:1-13 (Zuckerberg); 5/12 Tr. 67:13-68:7 (Schultz); 4/29 Tr. 198:24-199:20 (Olivan), as

reflected in Meta's ordinary-course documents, *see*, *e.g.*, DX535 at 14 (May 2021 deck analyzing TikTok ban in India); *see also* 5/12 Tr. 83:25-84:19 (Schultz discussing DX535). Meta's competitors, including TikTok, ███████████████████ likewise track the impact of outages on their apps and competitors' apps. *See*, *e.g.*, DX921 (October 2021 TikTok document analyzing Meta outage); ██████████████████████████████.

### i.    2025 TikTok Outage

53.    In January 2025, TikTok went dark in the United States for 12-16 hours on the eve of a congressional ban. *See* 5/14 Tr. 22:15-24 (Hemphill). TikTok warned before the ban, in filings in U.S. courts, that a ban would drive users to TikTok's competitors, including Instagram, YouTube, and Snapchat. *E.g.*, PX0689-035, -039. Meta's executives tracked this closely, watching usage of Meta's apps ███████████████████████████████ ██████████████████████████. *See* 5/12 Tr. 67:21-68:13 (Schultz); 5/15 Tr. 20:3-21:12 (Alison); 5/8 Tr. 201:9-20 (Mosseri). Schultz explained: "time went where you would expect": to "YouTube, Facebook, Instagram, Snapchat." 5/12 Tr. 68:2-6. Time spent on Meta's apps increased across surfaces, including messaging, Feed, Stories, and Reels. *Id.* 68:2-13.

54.    As Mosseri observed, ███████████████████████████████



████████████████████████████████████████████ 5/8 Tr. 202:3-6 (discussing DDX1.28). ███████████████████████████

██████████████████████████████████████ *Id.* 202:7-9. ████

██████████████████████████████████████

███████████████████████████████████ *Id.* 202:10-13; *see*

---

* An asterisk identifies post-trial written deposition designations. *See* ECF Nos. 611 at 2, 613 at 1.

*also* 5/15 Tr. 20:3-22 (Alison: "We saw something on the order of a 10- to 15 percent increase in time spent on Facebook . . . .  We don't really see events like this that have that big of a jump in engagement in that short of a time period.").

55.    Other data corroborated those outage results.  *See* 5/21 Tr. 99:6-100:7, 100:19-24 (Carlton discussing DDX36.13 and DDX36.14).  Overall time spent on Instagram spiked by nearly 40% across the board.  *See* DX1148.  And the panel data showed that the lost TikTok time went to Facebook (20% of the increased usage among all apps), Instagram (17%), and then YouTube (14%); even Meta's Messenger app had a greater proportional increase (5%) than Snapchat (2%).  *See* DX1154.  Mosseri's assessment of these data was that "there's no question about whether or not we compete with TikTok" – and the data showed him "how much room we had to improve."  5/8 Tr. 202:16-19.  "But for me, the idea that if we were more compelling, we could have twice the business is – is insane and it just was – it was humbling."  *Id.* 202:24-203:1.

56.    ███████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████.

57.    █████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████████████████████.

58.    ██████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████.

### ii. 2021 Meta Outage

59.     Meta's apps were unavailable for six hours in October 2021, and Meta used a panel of thousands of consenting users to track where that lost time went.  *See* 5/12 Tr. 88:20-89:16 (Schultz); 5/21 Tr. 85:4-25 (Carlton).  Data showed which apps gained shares of the total increase in non-Meta time:  TikTok (11%), YouTube (8%), Android Messages (7%), X (4%), and Snapchat (4%).  *See* DX1167; 5/21 Tr. 85:14-25 (Carlton discussing DDX36.7).

60.     The order of substitution is the same if the sample is limited to users who primarily use apps other than WhatsApp and Messenger.  *See* 5/21 Tr. 90:15-91:7 (Carlton).  Carlton explained that it is not meaningful to measure substitution limited to "active" users (as defined by Hemphill) of a particular competing app because that simply confirms that users who have already shown a preference for a particular social app (whether TikTok, YouTube, messenger apps, X, or Snapchat) will predictably substitute more strongly to that app than users overall.  *See* DX1211; DX1167; 5/21 Tr. 93:3-94:20 (Carlton discussing DDX36.9).

61.     The outage data show that, "[i]f you think that Snapchat is in the market, then you are seriously underestimating the importance of the competitive constraints that apps like TikTok, YouTube, and probably messaging apps are imposing on Meta."  5/21 Tr. 86:6-12 (Carlton); *id.* 89:16-90:14.  Further, at this time in 2021, "Reels was very small," and so "what you're seeing . . . is that people are substituting" from what Hemphill would call apps "focused on family and friends sharing . . . to things like TikTok."  *Id.* 97:4-15.

62.    ██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████. So did

Pinterest, concluding it indicated users were substituting time between Pinterest and Meta's apps.

S. Coleman Dep. Tr.* 104:17-107:2, 108:4-109:22, 112:21-113:12 (discussing DX846).

### iii.    2020 TikTok India Ban

63.    India banned TikTok in June 2020, which Meta tracked in the ordinary course.

*See* 5/12 Tr. 67:13-20 (Schultz); 5/19 Tr. 116:6-7 (List).  Meta compared the effects of the ban

relative to other countries where TikTok continued to compete to understand the ban's effect on

Meta's apps.  5/14 Tr. 244:8-20 (Alison).  Meta observed that usage of its apps (and YouTube)

increased across the board when TikTok was unavailable.  5/12 Tr. 84:4-19 (Schultz); *see also*

DX535 at 14.  One learning was that the TikTok ban increased engagement on Meta's apps,

including in messaging, "which is clearly friend-to-friend sharing."  5/12 Tr. 84:15-19 (Schultz).

64.    List also studied the India ban, looking at changes in app usage in India relative to

a "synthetic India" that modeled what India "would have . . . looked like had there not been a ban."

5/19 Tr. 116:6-117:16.  He found that Instagram and Facebook usage increased by approximately

20% compared to "Synthetic India," *see* DX1224; DX1225, evidence that "Facebook and Instagram

are . . . important substitutes for TikTok."  5/19 Tr. 117:17-118:19.  List testified:  "It's almost a

law in economics that if Instagram is a substitute of TikTok, TikTok will also be a substitute of

Instagram.  And you can use the same words with Facebook."  *Id.* 119:2-4.  While the *degree* of

substitution from B to A may be different from A to B, the fact of substitution in both directions

is an established principle of economics.  *See id.*  The FTC offered no contrary evidence.

65.    Regarding the FTC criticism that India banned more than 50 other Chinese apps

26

when it banned TikTok, List noted that his results remain robust and informative because TikTok

was more than 80% of the time spent across the banned apps in India.  *See* 5/19 Tr. 237:4-15.

### iv.    2018 YouTube Outage

66.    YouTube had a temporary outage in 2018, which Meta tracked.  *See* DX345 at 3

(YouTube outage was "the experiment we had been dreaming about" because it confirmed

Meta's view that YouTube was taking time from Meta's apps).  Meta found that usage of

Facebook and Instagram increased when YouTube was unavailable.  *See* 5/12 Tr. 87:24-90:4

(Schultz).  Mosseri testified that outage studies showing substitution between YouTube and

Facebook spurred Meta to invest billions in developing video.  5/8 Tr. 179:2-16, 202:14-203:1.

### b.    Field Studies

67.    List performed extensive, "state of the art" field studies to evaluate and quantify

the order of substitution between social apps.  *See* 5/19 Tr. 79:23-81:2, 89:23-90:7.

### i.    List Pricing Experiments

68.    List recruited over 6,000 consenting study participants and put them into control

and treatment groups, the latter given financial incentives to reduce time spent on Facebook or

Instagram.  5/19 Tr. 83:23-84:20, 155:21-23.  List then tracked where users in both groups spent

time over a four-week period relative to a pre-treatment baseline of usage.  *See id.* 84:21-86:6.

69.    In the Facebook experiment, users with a financial incentive to reduce time spent

on Facebook ($1 for every 15 minutes reduced from their baseline usage) substituted to, among

social apps, YouTube (8.4%), Instagram (5.0%), TikTok (4.7%), X (1%), Messenger (1%), and

Snapchat (0.7%).  *See* DX1220; DX1246; 5/19 Tr. 86:14-87:2, 98:11-100:17 (List discussing

DDX31.9).  For Instagram, users with the same financial incentive substituted to, among social

apps, YouTube (18.9%), Facebook (13.4%), TikTok (10.5%), X (4.3%), Reddit (4.1%), and

Snapchat (2.2%).  *See* DX1221; DX1246; 5/19 Tr. 101:22-102:18 (List discussing DDX31.9).

27

List concluded, based on those results, that TikTok, YouTube, and others are "competitive constraints" on Facebook and Instagram, and the FTC's claim that only Snapchat (and MeWe) constrains Meta is inconsistent with the economic evidence.  5/19 Tr. 100:9-102:18; *id.* 163:7-164:11 (experiments are "all telling the same story, that [the FTC's] market is too narrow").

70.    List also tested the FTC's claim that Friend Sharing on Meta's apps has no acceptable substitutes, even if other use cases on Meta's apps do have substitutes.  If that were true, users in the pricing experiments could and would reduce usage of the other use cases while maintaining their level of usage on the features that provide Friend Sharing (Feed and Stories).  *See* 5/19 Tr. 95:3-22 (List).  But users reduced usage of Feed and Stories in approximately the same proportion as they reduced usage of other features on Meta's apps.  *See* DX1230.  Usage on "Feed and Stories actually decrease[d] by a greater amount" (69.1%) than on other Facebook surfaces (64.7%).  5/19 Tr. 94:2-18, 103:17-104:2 (List).  This also proved that users find acceptable substitutes for all the use cases on Meta's apps, either because those same use cases are on, e.g., TikTok, YouTube, and other apps, *see id.* 102:9-18, *or* because users find different use cases acceptable substitutes for the particular use cases on Meta's apps, *see id.* 95:3-24.

71.    Users in the pricing experiments increased the amount of time they spent on activities other than social apps, including games and browsers.  *See* DX1248 & DX1249.  Users engaged in those activities prior to the experiments, and, when users had more time available, they used it on all the things they liked to do – which is expected and confirms the experiment was well-designed.  *See id.*; 5/19 Tr. 111:2-11, 100:24-101:11 (List).  And the increase in off-device time is consistent with evidence that users spent a substantial amount of time off-device before the financial stimulus.  *See id.* 101:12-18.  None of the changes in time spent calls into question the observed order of substitution among social apps.  *See id.* 101:19-21.

72.     In response to an FTC critique that "indexed diversion" might show different results, List recalculated the pricing experiments' results using "indexed diversion," i.e., adjusted for each app's share of baseline time, to see which apps or activities got a higher than baseline share of time spent when users reduced time on Meta's apps.  The results of that recalculation were similar to the non-indexed diversion results and confirmed the FTC's market is too narrow. *See* 5/19 Tr. 108:2-110:11 (List discussing DDX31.11's illustration of DX1248 & DX1249).

### ii.     List Switching Data

73.     List used data from Meta's panel of approximately 48,000 consenting users to see which apps those consumers used when they reduced usage of Meta's apps.  5/19 Tr. 147:1-149:6, 155:3-23 (List).  This "wallet share" study showed that, when Facebook and Instagram users reduced time spent, they shifted a greater proportion of time to YouTube and TikTok than to Snapchat.  *Id.* 149:22-153:16 (discussing DDX31.18's illustration of DX1226 and DX1228).  List testified that these results were confirmatory of the pricing experiments.  *See id.* 153:4-16.

### c.     Real-World Substitution:  Short-Form Video

74.     Consumers freely substitute marginal minutes between various use cases available on social apps.  In particular, consumers substitute time spent viewing unconnected short-form video (not Friend Sharing) for time spent on Feed and Stories (some Friend Sharing).  *See*, *e.g.*, 4/16 Tr. 20:1-21:2 (Zuckerberg); 5/12 Tr. 105:18-24 (Schultz); 5/15 Tr. 13:22-15:4 (Alison).

75.     Meta's witnesses testified, without contradiction and supported by contemporaneous ordinary-course documents, that TikTok's AI-recommended short form video was taking engagement away from Facebook and Instagram before Meta launched Reels in the United States (August 2020 for Instagram and September 2021 for Facebook, JSF ¶¶ 20, 34).  *See* 4/16 Tr. 19:20-21:2, 28:17-29:8 (Zuckerberg); 4/17 Tr. 30:11-31:25 (Sandberg); 5/14 Tr. 237:25-238:23 (Alison); 4/29 Tr. 194:6-195:3 (Olivan); █████████████████

███████████████████████████████████████████; *see also* DX660 at 6 ("[c]onservative estimate" in 2019 that 40% of Instagram's year-over-year "decline in time spent [was] due to TikTok"); 5/8 Tr. 124:14-126:10, 154:13-17 (Mosseri discussing DX660); DX573 at 4 (March 2020: "[t]ime spent has dropped, stories consumption and production have plateaued, Feed's decline has continued, and time in Explore has been sliding since the summer of 2018," including because of "competition from TikTok and Snapchat").

76.     A September 2020 Meta board deck reported that TikTok was taking significant growth from Instagram, posing a material risk to Meta's ad revenue and demanding a significant strategy shift and investment in response (i.e., Reels and the Modern Recommendation System powered by AI).  *See* DX1018 at 15; 4/17 Tr. 29:15-34:4 (Sandberg, Meta's Chief Operating Officer from 2008 to 2022, discussing DX1018); DX650 at 1, 3, 5-7 (May 2020 email discussing TikTok overtaking Instagram before Reels had launched).  Meta's ordinary-course data showed that user cohorts who adopted TikTok early reduced time on Facebook by ██%, a decline Schultz characterized as "████████."  *See* DX605 at 10; 5/12 Tr. 78:20-81:2 (Schultz discussing DX605); DX535 at 4 (May 2021 deck showing declines of up to 26% on Facebook); 5/12 Tr. 82:9-83:24 (Schultz discussing DX535).

77.     ████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████.

78.     Meta conducted studies after it launched Reels to understand its effects on usage:

     a.     <u>U.S. Study</u>:  A Reels "holdout" study compared time spent by users for whom

Meta reduced the availability of Reels to those with ordinary access to Reels. The result: from April to May 2023, users with full access to Reels increased usage in the United States by 24-25% relative to the holdout group; however, users with access to Reels spent 14.8% *less* time on Feed and 4.5% less time on Stories than users in the holdout group. *See* 5/21 Tr. 101:22-103:19 (Carlton discussing DDX36.17).

      b. <u>Worldwide Study</u>: The global results of the same "holdout" experiment found that Reels contributed even more time to Instagram (█%), but again at the expense of time spent on Feed (█%) and Stories (█%). 5/8 Tr. 190:9-195:23 (Mosseri discussing DDX24.10); 5/12 Tr. 69:2-24 (Schultz). And "██ percent more people . . . stopped using [Instagram] entirely." 5/8 Tr. 194:1-12 (Mosseri). Mosseri described these results as "████"; "█████████████████████████████████████ . . . . [Reels] is the most successful series of features as measured by a holdout in my 17 years at the company." *Id.* 194:25-195:8.

79.    Schultz summarized the results of the Reels holdout studies: "It tells us two things. One, Instagram would be ████ smaller without Reels today. And two, Reels directly substitutes time in Feed and Stories." 5/12 Tr. 69:5-24. Carlton likewise explained that "it means that people are substituting away from those aspects, those features on an app that are associated with friends and family towards features that are less associated with friends and family, such as Reels." 5/21 Tr. 103:14-19; *see also id.* 108:16-21.

### 2.    Evidence of Competition as Experienced by Meta and Its Competitors
#### a.    Meta

80.    Meta executives manage the business based on the fact that TikTok and YouTube, along with other social apps such as iMessage, X, Reddit, and Snapchat, discipline and constrain Meta, pushing it to invest tens of billions of dollars in new features and product offerings. *See* 4/15 Tr. 216:9-217:10 (Zuckerberg); 5/12 Tr. 41:22-42:7, 104:20-106:22 (Schultz); 5/14 Tr.

261:5-19 (Alison); 5/8 Tr. 159:19-160:7, 179:2-16 (Mosseri). Meta monetizes minutes, which requires "skating to where the puck is going in social media," by following user demand for features and services. *See* DX663 at 1; 5/12 Tr. 74:8-78:5 (Schultz discussing DX663).

81.     Competition for marginal minutes of use drives Meta to monitor and test product changes for their impact on users and usage. *See*, *e.g.*, 4/15 Tr. 36:6-23 & 4/14 Tr. 183:3-184:9 (Zuckerberg); 5/12 Tr. 31:2-18, 39:24-40:6, 52:6-53:2 & 5/8 Tr. 266:8-24 (Schultz); 5/1 Tr. 27:8-28:16, 73:20-74:6 (Cobb describing the thousands of surveys Meta runs to test and improve products); 5/8 Tr. 190:9-15 (Mosseri discussing testing through holdout experiments); 5/14 Tr. 166:25-167:11, 234:6-236:20, 249:8-250:10, 259:13-260:5 & 5/15 Tr. 24:14-22 (Alison).

82.     To remain relevant as a competitor, Meta needs to respond to competitors' innovations and offerings. Meta launched video on Facebook and Instagram as a competitive response to YouTube. 5/12 Tr. 89:17-21 (Schultz); 5/14 Tr. 252:5-20 & 5/15 Tr. 22:2-12 (Alison); 5/8 Tr. 179:9-16, 180:5-181:17 (Mosseri). It adjusted the "real identity" policy for Groups to meet the competition from Reddit. *See* 5/14 Tr. 233:20-236:20 (Alison). It improved Marketplace to compete with online marketplaces. *See id.* 236:21-237:19. It launched Reels as a competitive response to TikTok. 5/8 Tr. 154:21-157:17 (Mosseri). And it launched Stories in response to Snapchat. 4/15 Tr. 234:7-235:8 (Zuckerberg).

83.     Meta's executives considered the TikTok threat urgent and even existential, as time spent on Facebook and Instagram leeched away to TikTok. *See* 5/12 Tr. 62:14-23, 68:14-25, 77:15-79:5 (Schultz); 4/16 Tr. 24:19-26:1 (Zuckerberg); 5/8 Tr. 153:19-25, 162:19-163:20 (Mosseri: "TikTok is probably the fiercest competition that we have faced during my tenure at the company," and "it was either TikTok was going to eat into all of our use cases and time spent on them or we were going to do it ourselves"); 5/14 Tr. 238:20-23 & 5/15 Tr. 15:5-14 (Alison:

TikTok is Facebook's "most ferocious and challenging competitor"); DX650 at 1 (May 2020 email describing the "urgen[t]" "threat" TikTok poses "to our entire family of apps").

84.    To meet the threat from TikTok, Meta has invested billions of dollars and fundamentally changed Facebook and Instagram to orient them around AI-recommended content, a Modern Recommendation System, and short-form videos.  *See* 4/29 Tr. 197:12-25 (Olivan); 5/8 Tr. 156:20-157:17, 159:19-160:7 (Mosseri:  Meta on track to invest about $4.5 billion in Reels in 2025); 5/14 Tr. 253:15-258:18 (Alison); 5/1 Tr. 170:22-171:22 (Hegeman). Meta's first-half 2022 review for the Facebook app exemplifies the transformation that new technologies and consumer preferences have required Meta to make:  "While still valuable, an explicit social graph is not necessary to surface the content you're most interested in . . . . Increasingly, connection and community are being enabled through AI-powered content-first experiences . . . ."  DX523 at 2; 5/15 Tr. 4:25-7:12 (Alison discussing DX523).

85.    The introduction of Reels caused Meta's revenue to drop at first because there were no ads that could be displayed on Reels, and it took time, money, and innovation to adapt ads for Reels.  *See* 5/12 Tr. 69:25-70:17 (Schultz); 5/8 Tr. 162:19-163:13 (Mosseri); 5/14 Tr. 261:5-10 (Alison).  This revenue sacrifice was necessary, reflecting a competitive imperative to adapt or die:  "██████████████████████████████████████ ███████████████████████████████ . . . .  We just had to move, or else we would have become significantly less relevant as a company."  5/12 Tr. 70:5-17 (Schultz); *see also id.* 69:13-24; 5/8 Tr. 163:14-20 (Mosseri).

86.    These investments – particularly the Modern Recommendation System – have benefited all aspects of Facebook and Instagram (including Feed and Stories) by improving unconnected content.  *See* 5/15 Tr. 8:8-16 (Alison).  But as Alison testified, "We still think

TikTok in particular is leading the entire industry on this, and we are trying to catch up, and we will be continuing to invest here over many multiple years." *Id.* 10:1-7.

87.    Other competitors observed Meta reacting to TikTok, e.g., an X witness testified that TikTok is "the highest-growing product in the space," and "Meta and Instagram specifically wanted to implement a similar video feature [Reels] because that is what the consumers are liking at this time." Chen Dep. Tr. 64:15-65:6 (discussing DX950 at 9); *see also* DX947 at 9 (X "Q3'21 Competitive Earnings Analysis" observing a "shift" in Instagram "driven by stiff competition from TikTok and YouTube").

88.    Zuckerberg testified that Meta's most significant competitors are "TikTok, YouTube, [and] iMessage." 4/15 Tr. 217:11-14; *id.* 236:6-25. Schultz testified that Meta's "three top competitors today are YouTube, TikTok, and iMessage." 5/12 Tr. 65:12-20; *see also* 5/1 Tr. 183:5-10 (Hegeman). Meta regularly tracks these apps in competition updates. *See* 5/12 Tr. 116:9-120:4 (Schultz). While Meta also considers Snapchat a competitor, *see infra* ¶ 113, there is no evidence Meta considers Snapchat its most important, much less its only, competitor.

### b.    Meta's Most Significant Constraints:  The Big Three

#### i.    TikTok

89.    TikTok offers a stream of user-generated content – predominantly short-form video – that AI algorithms recommend to the user. *See* 4/30 Tr. 51:23-52:18, 78:23-79:8, 82:2-14 (Presser); 5/8 Tr. 113:15-114:19 (Mosseri). Users can like, comment, and share that content, including through in-app messaging and a dedicated "Friends" tab. 4/30 Tr. 79:23-80:9, 84:13-91:1 (Presser). It also has a "social team" dedicated to adding features similar to those on Meta's apps to increase engagement. *See id.* 91:17-24, 96:21-97:21.

90.    As Presser explained, TikTok has "seen that the more we are able to give users the opportunity to connect with other people, the more it will enhance their entertainment

experience.  So ultimately the goal is to continue to add features or services that help users have

a richer entertainment consumption experience on the platform."  4/30 Tr. 44:8-20.  These social

features promote a "flywheel" of content discovery, consumption, and sharing, leading to

increased engagement, as Meta witnesses explained.  5/8 Tr. 113:9-114:24, 172:1-8 (Mosseri);

*see also id.* 98:1-22 (describing this as "the loop"); 5/12 Tr. 57:18-25 (Schultz).

91.    TikTok added these social features to compete more effectively against Meta's

apps.  *See* 4/30 Tr. 96:21-25 (Presser); *id.* 148:24-155:15 (TikTok has added social features,

including since the time it submitted PX13582 to the European Commission); DX932 at 14-15

(March 2022 TikTok document identifying "3 key product changes that the Social team has been

working on:  Story, Friends tab and inbox redesign," because "[s]ocial experience helps improve

user retention").  ███████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████.

92.    TikTok has every functionality it identified as important for a "personal social

networking" platform (in PX13583-003, -004, a 2020 submission to the European Commission).

4/30 Tr. 150:16-155:15 (Presser).  TikTok has evolved to be more "social" to match Meta app

features and compete for marginal minutes.  It has been successful:  a 2020 Meta survey of U.S.

TikTok users found that 51% of the adults and 65% of the teens reported using TikTok for

watching videos posted by friends.  DX584 at 14, 48; 4/23 Tr. 233:8-234:25 (Lampe discussing

DX584).  ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████.

93.     Meta has observed significant feature convergence on Facebook, Instagram, and TikTok.  *See* 5/8 Tr. 151:14-152:6 (Mosseri); 5/12 Tr. 71:8-72:25 (Schultz); 5/15 Tr. 19:14-20:2 (Alison); 4/16 Tr. 21:3-22:17 (Zuckerberg).  Multiple ordinary-course documents discuss TikTok's development of messaging and friending features.  *See*, *e.g.*, DX535 at 16; PX3827-002.  Zuckerberg explained that, today, TikTok is a "social network."  4/15 Tr. 186:3-15; 4/16 Tr. 22:2-17.  Other executives agreed, also observing that "Instagram and TikTok are even more similar than Facebook and TikTok," and "sometimes you can be confused" whether "you are on Instagram or on TikTok" because "[t]hey look so similar."  5/15 Tr. 21:16-23 (Alison); 5/8 Tr. 111:24-112:1 (Mosseri:  "If you put TikTok and Facebook on a spectrum for features or use cases or users, I would put Instagram between the two but much closer to TikTok.").

94.     For Instagram and TikTok, "the core features of the app, the features that people spend the vast majority of their time in the app on," are "videos," "stories," "messages, which is actually very important for both," "profile, search, [and] recommendation surfaces."  5/8 Tr. 112:5-10 (Mosseri).  Instagram does not have "any significant" social features that TikTok lacks:  "If you look at how much people use them, . . . the most important social features are messaging, the ability to post a photo or video, stories, liking, commenting.  Those are all the same on both."  *Id.* 112:14-21 (Instagram is not "more social" than TikTok); *see id.* 172:4-8 ("A huge part of what makes TikTok and Instagram work is people see videos that they love and they send them to people, friends that they think would enjoy them.  They do that both in app, via the TikTok inbox or the Instagram inbox, and off platform via apps like iMessage and WhatsApp.").  As Mosseri testified, "[i]n the last few years, [TikTok has] focused very intensely on friends.  They have a friends tab.  And we have also focused very intensely on entertain[ment].  So we have met in the middle, so to speak."  *Id.* 112:23-113:1.  TikTok is "every bit as participatory as"

Instagram; features "like content notes, which is another way to try to make Instagram

entertainment more social, are features that they've adopted." *Id.* 105:18-22.

95.    Presser acknowledged that TikTok competes against Facebook and Instagram.

4/30 Tr. 47:1-5, 134:7-137:15, ███████. So did other TikTok executives. *See, e.g.,* ███████

███████████████████████████████████████; Chandlee Dep. Tr.

68:16-70:8 (TikTok views Reels as Instagram's competitive response), 77:10-78:20; 4/17 Pappas

Dep. Tr. 37:21-39:1. Presser agreed that TikTok observed "Meta trying to replicate the video-

sharing capabilities that we have" to "reviv[e] the declining Facebook core app" and compete

directly with TikTok. 4/30 Tr. 108:1-109:8.

96.    

. A document from 2021 stated: "YouTube

and Instagram are TikTok's most important competitors." DX933 at 3; *see also*

; DX931 at 4 (July 2022 TikTok document stating that

"Shorts and Reels are ramping up");

DX932 at 4-5 (March 2022 TikTok document identifying each of Shorts and Reels as a "[k]ey

[c]ompetitor[]"). Another document tracked Facebook, Instagram, Snapchat, X, and Reddit as

rivals for ad dollars. *See* DX930 at 10; .

97.    The most significant social apps' features have converged, such that their

offerings are not just similar, but nearly identical. As TikTok recently stated to regulators in

Australia, "TikTok, Reels and Shorts are virtually – and deliberately – indistinguishable in

function and user experience." DX1088 at 3 (March 2025 submission); *see also id.* at 6 ("It would be difficult to conceive of an objective 'predominant purpose' test that could be equally applied to TikTok, Instagram Reels, and YouTube and yield different results"); 4/30 Tr. 95:12-19 (Presser discussing DX1088); Morrison Dep. Tr. 12:6-16, ██████████████████████ ████████████████████████████████████████; Chandlee Dep. Tr. 68:18-69:12 & Pappas Dep. Tr. 55:19-20 (TikTok witnesses testifying similarly).

98.    That view of feature convergence is consistent with sworn declarations by TikTok executives submitted in proceedings related to legislation banning TikTok. *See* DX60 at 5-6 ("our experience reveals that users and content creators will shift to less attractive and less functional substitutes if TikTok becomes unavailable to new users," including "the Reels feature on Instagram"); PX0689-035, -039 ("even if the prohibitions of the Act are later lifted, we would not be able to make up for lost ground, because people who would have downloaded TikTok will have already turned to other competing platforms," including "YouTube, Instagram, and Snapchat"); 5/14 Tr. 23:16-24:14 (Hemphill acknowledging another TikTok declaration stating that if TikTok were temporarily banned, "people who would have continued or started to use TikTok will have already turned to other competing platforms, such as Instagram, Facebook, or YouTube").

99.    In a 2022 report, TikTok recounted Meta's response to TikTok: "Meta heightened their focus [on video] in 2021 to recapture younger audiences, mitigate competitor growth (TikTok) and ensure growth of time spent on FB/IG content." DX922 at 14. The same report stated: "The user base of the core Facebook [B]lue app is aging, and younger generations are not embracing Facebook like previous generations, instead preferring competitors like TikTok or Snap." *Id.* at 22; 4/30 Tr. 107:8-108:14, 110:17-111:4 (Presser discussing DX922).

### ii.    YouTube

100.    YouTube, owned by Google and supported by its massive resources, *see* DX1 at

5-6, offers users access to billions of videos – including short-form videos – as well as pictures and comments, all of which users can share with friends and family within the app or over messaging apps and other social apps via share sheets, generating more usage and views for YouTube. 4/17 Tr. 150:7-8, 190:1-191:12, 194:1-197:21 (Filner). YouTube gives users the ability to create a personal profile – including with real names – where users can post videos, photos, and texts, and other users can like, comment, or share those posts. *Id.* 192:5-13, 193:11-195:3, 197:1-14. YouTube also offers "Shorts," a short-form video feature. *Id.* 191:4-192:6. ███

████████████████████████████████████████████████.

101.    YouTube has added social features, including the ability to like, comment, and share videos, and "Communities," which connects users with and around content creators. *See* 4/17 Tr. 216:22-218:22 (Filner); Pappas Dep. Tr. 86:7-19 (TikTok executive describing YouTube's "social" features); Weinstein Dep. Tr. 233:11-15 (YouTube executive agreeing that "users can use Facebook and YouTube as substitutes for sharing videos"). Consumers can use YouTube features for Friend Sharing. *See* 5/15 Tr. 143:16-144:5 (Horowitz). As Zuckerberg testified, "the sharing part has been a feature of YouTube that they have built out since very early on. And it's been critical to their success and how they grew and spread and what people do with the service." 4/16 Tr. 39:17-21; *see also* 4/17 Tr. 196:3-22 (Filner).

102.    Meta considers YouTube one of its three main competitors. *See* 4/15 Tr. 187:8-188:13, 217:7-14, 218:14-25 & 4/16 Tr. 36:13-37:23 (Zuckerberg); 5/8 Tr. 179:2-16 (Mosseri: Meta built features such as Facebook Live and Facebook Watch to compete with YouTube and invested "for many years over a billion dollars a year in . . . video content to try to compete with them"); 5/15 Tr. 22:2-23:7 (Alison: YouTube "influenced [Facebook's business] strategy significantly," and YouTube responded to Meta's apps); 4/16 Tr. 275:2-7 (Sandberg). Even

without in-app messaging, YouTube competes for sharing through both share sheets and Google's own suite of messaging apps. *See* 4/16 Tr. 274:6-275:7 (Sandberg).

103. YouTube considers Facebook and Instagram its competitors. Weinstein Dep. Tr. 241:9-242:17 (agreeing with DX771 at 3, which identifies YouTube, Facebook, Instagram, TikTok, Snapchat, and X as "major social platforms," and testifying that she considers all those apps to be competitors with each other); *id.* 336:1-19, 337:12-338:13 (YouTube also did competitive analyses of Snapchat). It prepared "Facebook Competitive Teardown[s]" in response to that competition. *See* DX782 at 2, 16. Alphabet's 2021 Form 10-K states that "[s]ocial networks offered by ByteDance, Meta, Snap, and X" compete against Alphabet's services. DX1 at 10; 4/17 Tr. 200:7-201:2 (Filner agreeing with DX1). A majority of time spent on Facebook and Instagram is watching video, DX1147, DX1153; most of what users do on Facebook and Instagram they can do on YouTube, 4/17 Tr. 209:3-11 (Filner). YouTube does not view Meta's competition as limited to Snapchat and MeWe. *Id.* 206:23-207:3.

104. YouTube consistently tracks key competitors, including Facebook, Instagram, Snapchat, and TikTok. *See* DX768 at 1, 6; 4/17 Tr. 207:5-208:14 (Filner discussing DX768). Its documents routinely identify these apps as competitors for video time spent, highlighting their investments and how YouTube should respond to attract user time. E.g., an August 2021 industry update from YouTube's "Market & Competitive Intelligence" group identifies YouTube as one of several "social platforms" along with Facebook, Instagram, TikTok, Snapchat, X, and Twitch. DX766 at 5. It also assesses "How Competitors are Investing," observing that Instagram "[w]ill reorient itself as a general entertainment app prioritizing video," and concluding that YouTube, along with Instagram, Snapchat, and Facebook "are losing share of Gen Z to TikTok and Twitch." *Id.* at 5, 17; 4/17 Tr. 214:2-215:19 (Filner discussing DX766).

105.    Filner – whose job responsibilities include assessing the competitive landscape –
was unaware of a single YouTube competitive report that omitted Facebook and Instagram.  *See*
4/17 Tr. 198:5-10, 212:4-213:5 (discussing DDX5.12-13).  He testified it is "reasonable" to
consider TikTok, Facebook, Instagram, Snapchat, and a few others as the leading social
networking services.  *Id.* 199:16-19; 202:17-20.  He also agreed with DX1071, a 2019 Alphabet
submission to the European Commission stating that YouTube competes with Facebook and
Instagram for user engagement, notwithstanding feature differentiation.  *See id.* 204:7-206:19.

106.    YouTube reacts to Meta product changes with feature innovations of its own, and
vice versa.  5/15 Tr. 22:2-23:7 (Alison).  ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
██████████████████████████████████████████████ .

107.    Debbie Weinstein – formerly Vice President of Global Advertising for YouTube
– testified that competition with Facebook and Instagram for user engagement is based on their
respective efforts to attract ad dollars.  *See* Weinstein Dep. Tr. 12:7-14, 20:21-55:2, 142:3-9,
242:4-17.  For that reason, YouTube made changes to its product to better compete.  *Id.* 42:19-
43:9.  Weinstein agreed that YouTube and Meta's apps had added short-form video to attract
user engagement.  *Id.* 114:18-115:18.  She also agreed advertisers are shifting budgets to apps
that are attracting more usage, such as recent shifts to TikTok "largely at the expense of
Facebook."  *Id.* 151:17-152:6 (discussing DX784 at 34).

### iii.    iMessage

108.    Meta has long identified messaging as a competitive threat to its apps.  *E.g.*,

PX11076-001 (Zuckerberg believed messaging was Facebook's "greatest competitive threat" in 2012); 5/7 Tr. 251:1-24 (Schultz:  in 2012, Meta was "really worried" about "friends and family sharing moving to messaging," which "played out"); Davenport Dep. Tr. 200:6-21, 201:12-202:10, 204:6-18.  Social apps and messengers are "competing for the same pie of activity" – "the best ways to share the stuff with the people they want" – even sharing without a traditional feed.  4/15 Tr. 240:5-25 (Zuckerberg).

109.    iMessage is the dominant messaging service in the United States.  *See* ███████; ███; 4/29 Tr. 245:6-246:9 (Shah); 4/15 Tr. 216:9-25 (Zuckerberg); 4/29 Tr. 99:5-6 (Olivan); 5/7 Tr. 97:18-98:3 (Cathcart).  It offers users a way to connect with friends and family that competes with Friend Sharing on Meta's apps.  *See* 4/29 Tr. 232:8-13 (Shah).  iMessage's "core use" includes "updating people about what's going on in your life" and "sharing photos and videos with one's friends and family."  *Id.* 232:14-20; *see also* DX221 at 2 ("[s]haring via texts is mostly with friends and significant others").  Apple users can message across platforms (i.e., to Android users).  4/29 Tr. 246:23-247:5 (Shah).

110.    iMessage allows users to "share content" from apps such as TikTok, YouTube, or Instagram using the pre-installed share sheet, 4/29 Tr. 237:11-238:2 (Shah), to use "[t]apbacks" like "a thumbs-up or a heart" to interact with messages (including photos, videos, and shared content), *id.* 238:14-24, and to display their real name and a profile picture, *id.* 239:9-15.  iMessage has a feed-like feature where users can see all content shared in an individual or group conversation on a "See All" screen.  *See id.* 236:9-22.

111.    Meta considers iMessage a top competitor to Facebook and Instagram.  *See* 4/15 Tr. 217:7-14, 219:1-25, 226:18-24 (Zuckerberg); 5/7 Tr. 251:1-24 & 5/12 Tr. 65:16-20, 91:5-92:10 (Schultz); DX585 at 3, 11; DX606 at 4, 20, 30; *see also* 5/15 Tr. 25:23-26:17 (Alison); 5/7

Tr. 98:19-99:4, 103:15-104:5 (Cathcart).  Internal Apple documents identify Facebook

Messenger, Instagram, Snapchat, and TikTok as key competitors to iMessage.  DX228 at 3-4;

██████████████████████████████████.  An Apple board document identifies

Facebook, Instagram (not limited to Instagram Direct), and WhatsApp as "very competitive"

with Apple, and calls Facebook and Instagram "[r]isks to Apple" for "replaced usage of native

OS [operating system] and apps."  DX219 at 6, 40, 42; ███████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████.

    **c.**    **FTC's Claimed "Personal Social Networking Services"**

      **i.**    **MeWe**

112.    ████████████████████████████████████████████

██████████████████████████████████; 5/19 Tr. 177:15-22 (List); ████████████████

███████████████████████.  According to MeWe's founder, whom the FTC did not call at trial,

Instagram is not a "personal social network" ███████████████████████████████████

██████████████████████.  *See* M. Weinstein Dep. Tr.* 88:8-12, 311:9-22, 315:15-20

████████████████████████████████████████████████████████; *see also*

*id.* 177:4-6, 177:9-15.  Hemphill testified that MeWe is a "PSNS" competitor, but he could not

identify MeWe when it was displayed to him, did not know whether MeWe showed ads or

charged a subscription fee, and could not recall who founded MeWe or if he had ever considered

that founder's testimony that Instagram was not a "personal social network."  5/13 Tr. 191:7-200:5.

      **ii.**    **Snapchat**

113.    Snapchat is a "meaningful competitor" to Meta's apps.  4/15 Tr. 134:5-8

(Zuckerberg).  Snapchat is primarily a messaging service.  5/7 Tr. 95:6-24 (Cathcart:  Snapchat is

more like WhatsApp than Facebook because "messaging" is Snapchat's "bread and butter");

██████████████████████. Meta has never considered Snapchat the only competitive constraint

on its apps.  4/15 Tr. 235:11-13 (Zuckerberg); *see also* 5/12 Tr. 103:12-104:13 (Schultz).

114.    Snapchat offers messaging, stories, short-form videos (called "Spotlight"), and

more.  Andreou Dep. Tr. 34:7-21, 38:6-8, 48:6-49:1, 71:14-72:20.  It offers a mix of friend,

public, and unconnected content on these features.  *Id.* 38:14-40:7; 5/15 Tr. 241:16-242:10

(Levenson).  Snapchat uses an algorithm to determine which content to show users.  *See*

Andreou Dep. Tr. 42:13-22.  Unlike other social apps, it does not have a friend graph that other

users can see.  *See id.* 186:20-187:16.

115.    According to Jacob Andreou – former Snap Senior Vice President of Growth –

users come to Snapchat for varied reasons.  *See* Andreou Dep. Tr. 17:4-9, 72:8-20 (discussing

DX7 at 17).  ██████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████.  PX1009, cited at FTC PF 34 for the

proposition that Stories is one of Snapchat's most popular features, is from 2014.  Spotlight,

████████████████████████████████████████████, is almost all content

from non-friends.  *See* ████████; Andreou Dep. Tr. 256:15-257:11.

116.    Snapchat considers ██████████████████████████████████████

██████████████████ TikTok a key rival for time spent watching video (e.g., stories and

short-form video), *see* DX1090 at 13 (2024 Form 10-K listing "YouTube" and "TikTok" as

competitors in addition to Meta's apps); 5/15 Tr. 246:7-247:3 ██████████████ (Levenson).

Andreou testified that Snapchat's "video entertainment components . . . certainly do compete

with TikTok, Instagram, and YouTube."  Andreou Dep. Tr. 74:16-21; *see also* 

.  And Levenson testified that Snapchat competes against iMessage for

"[o]verall time spent."  5/15 Tr. 247:16-20.

117.

118.

; DX1127 at 3-4 (September

2022 notes for the Snap CEO identifying TikTok as "a really tough competitor");

.

119.    One 2022 Snapchat document noted that users are shifting time "watching friends

stories" to "competitor options" with content better tailored to users' interests.  DX885 at 2;

.  The same document reports that "TikTok dominates

45

because they are always reliable for entertainment," and that ██████████████████

███████████████████████████████████████

████████████████████████████████ DX885 at 2, 21; *see*

*also* ████████████████████████████████████

███████████████████████████████████████

████████████████████████████████.

### d.    Additional Important Competitor Social Apps

### i.    X (Previously Twitter)

120.    X describes itself as "a service for friends, family, and coworkers to communicate and stay connected through the exchange of quick, frequent messages."  4/28 Tr. 44:21-45:17 (Coleman).  It features content that users can like, comment on, and share.  *See id.* 17:2-19.  X offers a feed of content from accounts a user follows, as well as a "For You" feed of recommended, unconnected content, including video, which is now the "dominant" feed as user preferences have shifted to algorithmic recommendations.  *See id.* 14:16-16:15; *see also* Chen Dep. Tr. 47:21-48:21.  It also has a "Communities tab" for group- and interest-based sharing, *see* 4/28 Tr. 18:15-21 (Coleman), and in-app messaging, *see id.* 19:16-19.

121.    Consumers use X "to stay up to date with friends and family."  Chen Dep. Tr. 67:20-68:17, 108:2-14, 112:10-15; *see also* PX15043-003.  X's public securities filing stated that it offers a way to share "with friends and family."  DX133 at 11 (2013 X Form S-1); *see also* 4/28 Tr. 47:10-24 (Coleman discussing DX133).  The app prompts new users to import phone contacts, including friends and family, to facilitate Friend Sharing.  *See* 4/28 Tr. 48:10-49:23 (Coleman); Chen Dep. Tr. 185:20-186:15.

122.    A 2015 X survey found more users joined the service to keep up with friends than to stay up to date on current events.  *See* DX1126 at 4, 12; 4/28 Tr. 60:6-61:14 (Coleman

46

discussing DX1126); *see also* Chen Dep. Tr. 111:15-112:15.  The survey's top answer for how

users viewed X was as a "social network best for connecting with friends and family."  DX1126

at 35; *see also id.* at 12 (finding some of the top "motivators for signing up on [X]" were "friends

are on it" and "[t]o stay up to date about my friends' lives").

123.    X's revenue comes mostly from selling ads.  4/28 Tr. 39:12-24 (Coleman).  Its

2021 Form 10-K identified several social apps, including Meta's apps, TikTok, and others, as

competitors "for people's attention and for advertisers' budgets."  DX1061 at 10; *see also* 4/28

Tr. 85:2-13 (Coleman discussing DX1061).  X has long tracked Meta's apps as competitors.

*See*, *e.g.*, DX1126 at 8-10, 27-28 (2015 X deck discussing Facebook, Instagram, and Snapchat in

the "competitive landscape"); DX952 at 12 (August 2021 X deck identifying Facebook,

Instagram, TikTok, and Snapchat as competitors and reporting that 64% of users surveyed rate

TikTok highly for the "[s]tay connected with others" use case, compared to 60% for Instagram

and 64% for Facebook – the highest score TikTok received for any "social media" app "jobs");

*id.* at 22 (identifying "friends [and] family" as the most important social circle for X users to

interact with); DX950 at 1, 3 (February 2022 X "Competitive Earnings Analysis" observing

"[c]ompetitors such as TikTok negatively impacting growth" of Facebook); 4/28 Tr. 58:3-5,

59:4-11 (Coleman); Chen Dep. Tr. 19:15-27:11, 229:18-230:12.

124.    X has observed that it loses engagement – despite product differences – to apps

such as TikTok.  *See* DX1123 at 16; 4/28 Tr. 68:8-70:5 (Coleman discussing DX1123).

Consumers can watch video on X's video tab or on Facebook, Instagram, TikTok, or YouTube,

and X recently has focused on "increasing video on the platform" because "[p]eople are

increasingly wanting to share information and consume information in video form."  4/28 Tr.

72:20-73:23 (Coleman); *see also* Chen Dep. Tr. 47:21-50:13, 64:21-65:6 (in 2022, video became

more important to X due to consumer demand, and observing – based on DX947 at 9 – that Instagram had become "video-centric" due to "stiff competition" from YouTube and TikTok).

125.    Meta has considered X a key competitor since as early as 2012. *See* 4/16 Tr. 278:12-20 (Sandberg discussing PX2514-002); 5/8 Tr. 41:3-13 (Mosseri: "[W]e had been focused on competing with [X] to different degrees since my first day at the company."). Zuckerberg testified that many consumers use X as "their primary social media app," including for connecting with "the people who they care about." 4/15 Tr. 182:4-20. Mosseri testified that X is "remarkably good at fostering communities around interests," which includes "interacting with friends." 5/8 Tr. 37:2-19.

### ii.    Pinterest

126.    Pinterest is a "visual search and discovery platform" that shows users a feed of content based on user interests and connections. 4/28 Tr. 133:7-15, 135:5-15, 169:7-13 (Roberts). Users can share that content with friends and family on the app or through the share sheet. *Id.* 158:9-23, 170:1-14. Pinterest generates revenue by selling ads and competes against Meta for those ad dollars. *Id.* 146:11-14, 186:17-22.

127.    Pinterest faces "significant competition" from Facebook, Instagram, YouTube, Snapchat, TikTok, X, and others "to attract, retain, and engage users for their time and attention." 4/28 Tr. 174:2-21 (Roberts discussing Pinterest's 2020 Form 10-K, DX63 at 19, 21). Its internal analyses regularly identify these apps as its direct competitors for user engagement. *See*, *e.g.*, DX833 at 1, 3 (2019 competitive report identifying Facebook, Instagram, Snapchat, X, and YouTube as apps with "relevant product updates, enhancements, that compete directly with our products"); 4/28 Tr. 175:2-176:17 (Roberts discussing DX833 and DDX12.10); DX851 at 50-51, 74 (2021 study finding that Pinterest users "switched to competitors, especially video platforms," including Facebook, Instagram, TikTok, and YouTube); 4/28 Tr. 182:16-183:25

(Roberts discussing DX851).  Every quarterly competitive assessment that Pinterest produced identifies Meta's apps as competitors.  4/28 Tr. 176:4-17 (Roberts discussing DDX12.10). Pinterest represented to the European Commission that Facebook and Instagram are "substitute[s]" to Pinterest for "user attention," *id.* 171:13-172:4 (discussing PX7034), and that Instagram and Snapchat are *not* "personal social network[s]," *id.* 172:21-173:14.  Instagram "consistently shows up on Pinterest's radar as a competitor that contends on market share and time share."  *Id.* 176:20-23.  Pinterest described Instagram as "an existential threat" that was "taking direct aim at our core turf," with a "rapid increase in customer overlap" (65%) and "increasing engagement" at Pinterest's "expense."  *Id.* 178:11-179:17, 180:1-9 (discussing DX830 at 4, 16).

128.    Meta has long considered Pinterest a key competitor, since as early as 2012.  4/16 Tr. 278:21-279:6 (Sandberg discussing PX2514-002); 5/12 Tr. 106:3-7 (Schultz:  "We think about Pinterest a ton" and "are talking about them a ton at the moment.").

### iii.    LinkedIn

129.    LinkedIn is a social network for "connecting professionals" and also "friends and family."  Pattabiraman Dep. Tr. ███████, 32:4-33:3; *see id.* 77:19-78:1 ("[W]e have always seen friends and family be a part of your experience on LinkedIn."); ███████████████████

████████████████████.  LinkedIn users use the service "very similar to any other social network" – "they have a feed of content that keeps them up to date on what's happening in their world," "messaging capabilities to reach people that are important to them," and "the ability to search . . . and find what they are looking for."  *Id.* 162:19-163:13.

130.    Kumaresh Pattabiraman – LinkedIn's Senior Director of Product Management – testified that LinkedIn considers itself "to be a participant in the social networking space," which includes Facebook, Instagram, TikTok, YouTube, X, and Pinterest.  *Id.* 24:18-19, 36:10-37:4; *see also id.* 93:10-97:1 (all those apps are in LinkedIn's addressable "market"); ███████████

49

████████████████████████████████████████████████████████

████████████████████████████. And LinkedIn studies "Facebook, Instagram, TikTok, YouTube, [and] [X]" for "learnings" about how to improve LinkedIn. *Id.* 35:3-18.

131.    A March 2022 LinkedIn document states that there has been a "paradigm shift" among "social platforms" as now "[e]very major feed-powered product has evolved from a chronological feed" to an "algorithmic feed powered by people you know" to a "topical feed" that is "led by TikTok, [X], IG, [and] YouTube." DX797 at 2. ██████████████████ ████████████████████████. LinkedIn also stated in a 2019 regulatory submission that "the line between professional and personal is increasingly blurred" among social networks. DX795 at 18. "[P]eople are bringing their personal and their professional lives a lot closer together" and, "[o]n LinkedIn, we see an increase in personal content being shared." Pattabiraman Dep. Tr. 76:10-78:1; *see also id.* 79:2-20. The change in norms on LinkedIn is so significant that Pattabiraman could not rule out that more than 50% of users use LinkedIn exclusively for personal connections. *See id.* 271:21-272:06; *see also* 5/12 Tr. 106:8-9, 107:2-15 (Schultz: "LinkedIn is coming up more these days [at Meta]" as "[LinkedIn] expanded their features, and then people's behaviors have followed"); 4/15 Tr. 159:9-18 (Zuckerberg: I "view LinkedIn . . . as [a] competitor[] . . . because it's also gone in the direction of adding more sharing and feed and short-form video-type content as well.").

### iv.    Reddit

132.    Reddit is a platform where users can "find groups or communities that they're interested in." Raymond Dep. Tr. 18:5-11. It allows users to like ("upvote"), comment on, and share user-generated content – including text, photos, videos, links to other platforms, and websites, *id.* 26:2-8, 44:21-45:5 – in interest-based groups called "subreddits," with "all of th[e] subreddits that a user" follows appearing in a "Home feed," *id.* 24:13-22. Reddit's Home feed

also includes unconnected, algorithmically determined content.  *See id.* 42:2-12.

133.    Reddit makes money by showing ads.  *See* Raymond Dep. Tr. 48:16-49:10. Reddit views Facebook, Instagram, TikTok, and YouTube as competitors for user time.  *See* DX852 at 33; Raymond Dep. Tr. 64:22-65:3; *see also id.* 59:21-61:7 (discussing DX852). Reddit believes it can effectively compete with Facebook and Instagram even though Reddit does not rely on connections between friends and family.  *See id.* 150:3-17; *see also id.* 89:19-90:04 (users looking for "breadth and depth of communit[y]" could go to Reddit or Facebook). Reddit regularly tracks Facebook, Instagram, TikTok, and others as competitors.  *See*, *e.g.*, DX855 at 1, 7 (September 2020 "Competitive Benchmarking Analysis" listing these and other social apps as "leading social media platforms"); DX856 at 1, 10 (October-November 2021 "Insights Report" listing these apps and others as "the competition"); *see also* Raymond Dep. Tr. 123:14-126:2 (discussing DX855), 140:3-22, 145:21-146:9 (discussing DX856).

134.    Meta considers Reddit a key rival for Facebook Groups.  4/15 Tr. 188:14-189:8, 236:1-5 (Zuckerberg).  Users can share content from Reddit with friends and family over other social apps such as messengers.  *See id.* 189:4-8.  Meta makes specific changes to Facebook to compete with Reddit.  *See* 5/14 Tr. 233:20-234:15 (Alison); DX546 at 3.  E.g., Facebook "recently added a feature where people can post anonymously in [G]roups."  5/14 Tr. 234:6-15 (Alison); Raymond Dep. Tr. 141:7-14 (Reddit accounts anonymous by default).

### e.    Other Industry Rivals and Participants

135.    Other social apps compete with Meta for user time; not a single witness from any social app testified that it is unable to compete with Meta unless it has Friend Sharing similar to Meta's.  For example, Strava – a social app for sharing workout content with friends – considers Facebook, Instagram, Snapchat, and X competitors for this sharing.  *See* 4/28 Tr. 105:1-15, 110:2-11 (Ortega); *see also* 4/30 Tr. 19:17-20:17, 23:8-13, 24:24-25:25 (E. Tucker, Tumblr).

Nextdoor – a social app for connecting with neighbors – believes it competes with Meta's apps and others for usage and ad dollars. *See* Hsu Dep. Tr.* 39:4-19, 102:9-16, 345:21-346:4; *id.* 123:7-11 (identifying "Facebook as a main competitor specifically on the product fronts of groups and marketplaces"). Nextdoor makes product improvements to take time spent away from Facebook specifically, *see id.* 106:4-107:7, 107:9, and sees Facebook as Nextdoor's most "significant competitor," *id.* 157:19-158:4; *see also* 4/15 Tr. 159:6-14 (Zuckerberg: Meta sees Nextdoor as "quite competitive" with Groups on Facebook); 5/14 Tr. 233:20-237:19 (Alison).

136.    Meta also considers Discord an important competitor. *See*, *e.g.*, 5/15 Tr. 32:21-23 (Alison). "Discord is an all-in-one communication app that people can communicate with friends and other people over voice, text or video." 4/24 Tr. 109:1-3 (Tang). "People use[] Discord primarily to communicate with their friends." *Id.* 125:11-14. Discord allows users to sync their contacts, which helps Discord users "find some of their real-life friends on Discord." *Id.* 139:5-13. By 2022, Discord had ███████████████████████████ ████████████████████████████████████████████████████████ ██████. Discord's ██████████████████████ executive identified Facebook and Instagram as ████████ competitors. *See* DX236 at 1; ████████████████████████ ███████████████████████████████████████████████ ██████████; *see also* 4/24 Tr. 140:18-141:19, ████████████████████ (Tang discussing DX236, ████████████████████████████████████████████).

137.    Sylvia Yam, who leads strategy for Walmart Connect, a platform that places ads for Walmart sellers on social networks, testified that Walmart Connect has never assessed competition for user engagement in the United States to include only Facebook, Instagram, and Snapchat (or MeWe). 5/20 Tr. 215:11-17, 231:20-232:1. Rather, Walmart Connect understands

that Facebook and Instagram compete with TikTok and YouTube for users, and that these apps, among others, can deliver Walmart's target U.S. audience – everyone in the United States who might shop at Walmart.  *See id.* 215:20-216:12, 219:3-220:1, 225:16-226:11, 231:7-15; DX965 at 7, 8.  Walmart regularly tracks the performance of many apps based on "user time spent" and uses that information in deciding where to place ads.  5/20 Tr. 221:7-222:7 (Yam).

138.    Apple operates an "App Store" that makes apps available to consumers to download.  *See* 4/16 Tr. 107:19-108:7 (Zuckerberg).  It classifies apps in the App Store by category and has no "PSNS" category.  *See* 4/29 Tr. 233:22-24, 234:16-18, 235:18-236:5 (Shah).  Instead, it classifies the following in its "Social Networking 101" category:  TikTok, Snapchat, Instagram, Facebook, X, Pinterest, Reddit, LinkedIn, and others.  *See id.* 235:18-236:5.  Apple categorizes iMessage as a "social networking" app in the App Store and has not created a "messaging" category separate from "social networking."  *Id.* 233:1-24.

### B.    Market Shares

139.    The most informative measure of market share is time spent, not number of active users per day or month.  *Cf.* 5/27 Tr. 76:23-77:4 (Hemphill:  MAUs and DAUs (daily active users) are "very crude" measures of output).  Time spent is exclusive – a minute on one social app is a minute not on another social app – and minutes of use are what ad-supported apps monetize by selling ads.  *See* 5/8 Tr. 265:21-266:3 (Schultz); 5/21 Tr. 154:20-155:2 (Carlton).



, *see* 5/8 Tr. 204:12-206:14 (Mosseri), ███████████████, *see id.* 207:17-24; 4/22 Tr. 29:19-30:1 (Systrom, an Instagram founder:  time spent is "the most important metric"); ████████████ ████████████████; 4/17 Tr. 209:24-210:5 (Filner, YouTube).

140.    Based on 2022 data, Meta had ██████████ of any market that accounts for acknowledged competitors.  *See* DX1185.  If Facebook, Instagram, Snapchat, TikTok, YouTube,

and X are included in the market, Meta's share of time spent was ███%.  *Id.*  If iMessage and other messengers (including Facebook Messenger and WhatsApp) are included, Meta's share drops to ███%.  If just YouTube and no other app is included along with Facebook, Instagram, and Snapchat, Meta's share of time spent was ███%.  *Id.*; *see also* 5/21 Tr. 75:13-76:10 (Carlton discussing DDX36.3).  If just TikTok but no other app is included along with Facebook, Instagram, and Snapchat, Meta's share of time spent was ███%.  *Id.*

141.    2025 data show that Meta's share of any market that includes acknowledged competitors ████████████████████.  Using 2025 TikTok metrics, Hemphill determined that, including just TikTok in the market with Facebook, Instagram, and Snapchat, Meta has ███% of time spent.  *See* 5/27 Tr. 71:3-12 (Hemphill discussing PDX0149-047).  According to third-party data Meta relies on in the ordinary course, Meta's share of time spent on Facebook, Instagram, Snapchat, and TikTok is below ███% – around ███% as of February 2025.  *See* 5/12 Tr. 116:9-119:17 (Schultz ███████████████████████████████████████ ████████████).  Adding YouTube, Meta's share declines to ███%.  *See id.*

142.    Measuring market share by DAUs or MAUs is less informative than time spent because consumers multi-home, *see* 5/12 Tr. 175:21-176:4 (Schultz), and DAUs / MAUs do not reflect how much monetizable time users spend on the app, which is what matters for assessing relative competitive significance.  *See* 5/21 Tr. 154:20-155:2 (Carlton).  Also, including all users of Facebook and Instagram results in double counting of users of both apps.  *Cf.* 5/13 Tr. 38:2-39:7 (Hemphill discussing market share by MAUs).  Nevertheless, *any* measure of Meta's market share – time spent, MAUs, or DAUs – that includes TikTok and YouTube along with Facebook, Instagram, and Snapchat results in market shares below 60%; the FTC offered no contrary evidence.  *See* 5/21 Tr. 154:4-10 (Carlton); *see also* 5/12 Tr. 119:18-120:4 (Schultz

discussing DDX24.15, tracking "estimated" MAUs in the United States and Canada, with Meta at ███ % when including Snapchat and TikTok, and ███ % when YouTube is also included).

143.    The FTC sought to admit, after trial when Meta had no opportunity to cross-examine the FTC's witnesses, Rule 1006 exhibits containing market share calculations based on DAUs, MAUs, and time spent.  *See*, *e.g.*, PX8128 & PX8129 (both of which Meta seeks to exclude in pending briefing, *see* ECF No. 618).  None of those market share calculations ███████

████████████████████████████████████████████████.

### C.    New Entry

144.    New apps have entered since 2011, when Meta supposedly attained (lawfully) a monopoly.  E.g., TikTok rose from nothing circa 2018 to more than 170 million U.S. MAUs by 2025, *see* 4/30 Tr. ██████ , 139:5-12 (Presser); Snapchat added Stories in 2013 – making it a "PSNS," according to the FTC – ████████████████████████████████

███████████████████ , *see* PX8128-003; 5/13 Tr. 202:6-8 (Hemphill).  MeWe's founder testified that there have been ████████████ "[c]ountless" social apps to launch since ██████ 2016.  M. Weinstein Dep. Tr.* 103:14-15, 103:17-18, 103:20-22, 104:2, ██████ .  There continues to be funding available to new social apps.  *See* 4/17 Tr. 142:22-143:18 (Goetz discussing Sequoia Capital's continued investment in social apps); 4/21 Tr. 180:19-181:8, 182:23-183:8 (Arora:  HalloApp, a new social app, was able to secure venture capital funding in 2020).

145.    Meta has observed and responded to new apps such as TikTok breaking through via innovation and then adding features as they converge with existing apps like Meta's.  *See* 4/16 Tr. 51:20-52:9 (Zuckerberg); 4/22 Tr. 152:15-153:5 (Systrom).  Network effects and switching costs have not impeded this successful entry.  *See* 4/16 Tr. 268:25-269:20 (Sandberg discussing PX14319).  And the FTC offered no quantitative evidence regarding network effects or switching costs.  *See* 5/27 Tr. 138:7-10 (Hemphill had no quantitative measure of this).

146.    TikTok represented to a foreign competition authority in September 2022 that it has "seen that it is possible for new entrants to establish themselves relatively quickly and to effectively compete based on the quality and innovation of their product and service offerings, as the recent growth of TikTok has shown." PX0546-003; *see also* 4/30 Tr. 141:5-12 (Presser agreeing with PX0546).

147.    A social graph is not necessary for a social app to grow. *See* 5/12 Tr. 108:5-21 (Schultz:  an app can grow by doing "what TikTok did and start focused on unconnected content and modern recommendation systems as the primary way people discover content and double down on sort of following later"); 4/16 Tr. 53:15-54:14 (Zuckerberg:  it matters much less if your friends are on a particular platform given evolution of apps as discovery engines and ability to share content out of the platform).  Nearly every app uses contact importers, which allow a user almost instantly to create a network of all the friends and family in the user's phonebook that use the app. *See* 4/14 Tr. 178:15-179:2 (Zuckerberg); 4/29 Tr. 192:6-193:8 (Olivan); 5/12 Tr. 115:8-14 (Schultz); 5/8 Tr. 152:15-153:4 (Mosseri); *see also*, *e.g.*, 4/30 Tr. 57:21-58:5 (Presser, TikTok); Pattabiraman Dep. Tr. 69:8-70:16 (LinkedIn); Chen Dep. Tr. 79:16-21 (X). Social apps – including apps focused on Friend Sharing – have launched or expanded on the back of contact importing since 2011. *See*, *e.g.*, 4/21 Tr. 182:7-22 (Arora, HalloApp); Mehta Dep. Tr. 59:7-60:17, 75:7-10 (BeReal); 4/30 Tr. 57:21-58:5 (Presser, TikTok).  Contact importing gives these apps access to a network that has more contacts than the Facebook network. *See* 5/12 Tr. 109:1-110:17 (Schultz discussing DDX24.13).

148.    Social apps also commonly rely on recommended accounts. *See* 5/8 Tr. 153:1-13 (Mosseri:  "[A]ll these apps" – Instagram, TikTok, Facebook, YouTube, Snapchat, and X – "are going to recommend accounts that you might want to follow, either accounts owned by people

you know or . . . public content they think you might be interested in.")  Users' ability to share across apps using messaging and share sheets has also eased entry.  *See* 4/16 Tr. 52:12-53:14 (Zuckerberg); 5/12 Tr. 58:4-59:7 (Schultz); *see also* 5/27 Tr. 139:2-4 (Hemphill).

149.    As norms have shifted, users increasingly want unconnected, AI-recommended content, and there is no evidence there are significant network effects or switching costs for ███ ███████████████████████████████████████████████ .  *See* 5/27 Tr. 136:21-138:10 (Hemphill).

150.    Today, a friend graph can have "negative network effects" because stale contacts in a user's graph can inhibit sharing (when a user no longer wants to communicate with that "friend") or cause an algorithm to recommend irrelevant or unwanted content and deter sharing. *See* 4/14 Tr. 195:2-14 & 4/16 Tr. 49:2-50:8 (Zuckerberg) (the FTC brief (at 18) omits the complete quote); 5/14 Tr. 222:16-223:13 (Alison).  Zuckerberg wrote in April 2022:  "Friending feels out of vogue right now" because "a lot of people's friend graphs are stale and not filled with the people they want to hear from or connect with" and "it feels heavyweight to request someone new as a friend."  PX10034-004.  As he testified, "the AI system has been very important for solving this negative network effects problem."  4/16 at 49:14-50:8.

### D.    Competitive Dynamics of Friend Sharing

#### 1.    Declining Friend Sharing

151.    **Actual Usage (Data).**  Traditional Friend Sharing has sharply declined on Facebook and Instagram.  *See* 4/16 Tr. 165:22-166:7 (Zuckerberg); 4/22 Tr. 154:24-155:9 (Systrom); 4/29 Tr. 9:19-25 (Olivan); 5/8 Tr. 30:20-24 (Mosseri); 5/15 Tr. 12:1-13:21 (Alison). That is true for all surfaces, including Feed and Stories, on Facebook, *see* 5/12 Tr. 48:1-24 (Schultz discussing DDX24.8 showing absolute declines), and in both relative terms (as a percentage of time spent and content) and absolute terms, s*ee id.* 45:1-19, 47:3-17 (Schultz discussing DDX24.6 and DDX24.7); 5/21 Tr. 74:2-15 (Carlton).

152.     Ordinary-course documents detail and confirm these trends.  *See*, *e.g.*, DX572 at 14 (declining Feed and Stories production in absolute terms on Facebook and Instagram); DX606 at 10 ("Despite significant investments, US production & impressions have plateaued or declined"); DX522 at 3 (Instagram "hitting a ceiling for Feed/Stories time"); *see also* 5/12 Tr. 52:6-53:12 (Schultz:  declines reflect changing norms, rise of TikTok, and Friend Sharing shifting to messaging); *id.* 102:1-18 (discussing DX606); *id.* 178:1-6 (discussing DX522 as showing that "feed sharing and stories is slowly declining or on a downward spiral").  Usage data from 2023 and 2025 shows these declines (as a percentage of time spent and impressions across surfaces).  *See* DX1169 & DX1152 (Facebook); DX1153 & DX1171 (Instagram); *see also* 5/21 Tr. 105:4-106:25 (Carlton discussing DDX36.19 and DDX36.20).

153.     One consequence of shifting use norms is that some users now use Facebook *only* to engage with non-friend content and have *no* Facebook friends.  The number of users between the ages of 18 and 24 with zero friends after 90 days on Facebook has increased from less than 10% in 2012 to nearly 50% today.  *See* 5/14 Tr. 230:16-231:18 (Alison discussing DDX29.1); 4/29 Tr. 12:11-23 (Olivan, Meta's Chief Operating Officer, explaining zero-friends users).  And the median number of friends per Facebook user has likewise fallen due to the increasing importance of content and use cases that do not involve any social connection.  *See* 5/14 Tr. 231:19-232:16 (Alison).

154.     Today, most time spent on Facebook and Instagram is spent on video, the vast majority of which is not friend content, and most of which is unconnected to the user.  *See* DX1147; DX1153; 5/21 Tr. 104:10-105:19 (Carlton discussing DDX36.18 and DDX36.19); 5/27 Tr. 136:17-20 (Hemphill:  "the majority of time spent on both Facebook and Instagram is spent viewing unconnected content"); 5/8 Tr. 200:15-201:8 (Mosseri:  Reels has ███████ time spent,

58

and Stories has "a little over ▮ percent," "maybe ▮" of content from mutual followers, while

such content on Feed "is much lower, less than ▮ percent," and Reels is "less than ▮ percent").

155.     Time spent on Friend Sharing has also shifted to messaging, both in apps such as

Instagram and TikTok, as well as over apps such as iMessage.  *See* 5/8 Tr. 232:10-233:3

(Mosseri); 5/12 Tr. 49:3-9 (Schultz); 5/7 Tr. 94:20-22, 99:1-4 (Cathcart); DX585 at 3, 6 (Meta

board document:  "the world is moving towards Messaging First," and the "trend is that people

are spending more time in messaging apps than in feed apps"); DX606 at 4 (April 2021

Instagram document:  Instagram Direct "has become a major driver of IG engagement" and

"[m]essaging is the only medium on IG that grew its share of close friend moments last year").

Meta has observed this shift in its own messaging features, where Friend Sharing is on the rise

while broadcast sharing declines.  *See* 4/14 Tr. 171:12-25 (Zuckerberg); 5/7 Tr. 70:2-21, 71:20-

73:15, 80:4-12 (Cathcart); 5/8 Tr. 118:10-22 (Mosseri); *id.* 196:7-200:10 (Instagram usage data

show that a "▮▮▮▮▮▮▮▮▮▮▮▮▮▮"; "▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮"; and "▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮"); 5/12 Tr. 53:13-56:20 (Schultz discussing DDX24.9).

156.     **Secular Shifts in Norms.**  The decline of Friend Sharing on Facebook and

Instagram is the continuation of a phenomenon Meta has tracked for years.  *See* 4/14 Tr. 170:8-

25 (Zuckerberg); 5/8 Tr. 16:20-17:5 (Mosseri); 5/7 Tr. 251:12-24 & 5/12 Tr. 49:10-22 (Schultz);

5/14 Tr. 177:1-11 (Alison); PX10034-007 (Zuckerberg in April 2022:  "friending and friend

sharing are losing steam"); PX3822-003, -011 (February 2018 Meta board deck:  "Feed sharing

has been declining on Facebook and Instagram for years now" and those Feeds "will become less

about friends and [Meta] need[s] to adapt"); DX517 at 2 (February 2018 Mosseri post:  "[m]ost

personal sharing will be in messaging"); 5/8 Tr. 118:8-22 (Mosseri discussing DX517 and

explaining, "the amount of content being shared into Stories and Feed just paled in comparison to the amount of content being shared in messaging," and confirming "[t]oday that's still true").

157. ███████████████████████████████████████████████

5/12 Tr. 63:24-64:2 (Schultz). ████████████████████████████████████

███████████████████████████████████████████████

████████████. *See id.* 63:9-23; *see also id.* 49:3-9. ████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████. *Id*. 63:5-64:2.

158. The shift of Friend Sharing to messaging reflects changing norms around posting to a broader audience and technological improvements in messengers that offer new ways of sharing and engaging with content. *See* 4/14 Tr. 171:19-25 & 4/15 Tr. 213:18-214:13 (Zuckerberg); DX521 at 8-9 (April 2021 deck discussing evolving norms around private sharing); 5/12 Tr. 61:17-62:13 (Schultz discussing DX521); *id.* 168:6-18; *see also* 4/23 Tr. 246:10-248:10 (Lampe's academic findings from 2011 to 2016 showing that 78% of Facebook users had shifted to sharing with a "narrower group" rather than "broadcast sharing"); Chen Dep. Tr. 95:10-22 (X witness: rich messaging "content-type features" facilitated this shift).

159. The shift of feeds to AI-recommended content from unconnected sources reflects technological advances that allow Meta (and other social apps) to deliver content best suited to a user's interests. *See* 4/15 Tr. 214:14-215:10 (Zuckerberg); 5/12 Tr. 45:16-25, 46:16-22 (Schultz: this is "the main substitute" for friend content); 5/14 Tr. 247:3-15, 248:2-249:7 (Alison). Alison testified: "We've largely done this in response to the competition that we see and in response to how people are evolving what they want from Facebook and from other apps. And we've had

less friend content in feed, but increasingly, people want to see good recommendations, and this reflects where we think consumer behavior is going."  5/14 Tr. 249:8-25.

160.    Broadcast posting friends-and-family content to Feed has also become less common.  5/7 Tr. 70:2-21 (Cathcart); 5/14 Tr. 176:11-177:11 & 5/15 Tr. 11:9-21 (Alison); 5/15 Tr. 84:8-23 (Alison discussing DDX29.2, showing 7-day average U.S. participation rates as of May 2025:  Original Broadcast Feed Post, ██%; Original Broadcast Stories Post, ██%; Original Broadcast Reels Post, ██%; Original Groups Post, ██%); 5/1 Tr. 176:11-23 (Hegeman); 5/8 Tr. 32:14-16 (Mosseri:  "About, on Instagram, maybe 1 in 40 or 30 people a day will post something to Feed, and about 1 in 6, 1 in 7 will post something to Stories.").

161.    Meta continues to view Friend Sharing as important – it sometimes tries marketing this as a differentiated reason to use Meta's apps instead of other social apps – but it is declining in all events.  *See* 5/8 Tr. 29:19-30:10, 101:8-15 (Mosseri:  "in a world where people are sharing less and less friend content, we are trying to keep Instagram social"); 5/14 Tr. 204:2-19 (Alison describing this as an "aspiration" for Facebook).

162.    ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████



163. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████.

164. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████.

**2.    No Price Discrimination Against "Captive" Friend Sharers**

165.    Facebook and Instagram compete with TikTok and YouTube for marginal

minutes, e.g., watching unconnected video.  *See* 5/13 Tr. 185:10-13 (Hemphill:  "TikTok is

competing with Reels . . . for time spent on video. . . . I would agree to that extent.") ▮▮▮▮▮

▮▮▮▮▮▮▮.  In the absence of price discrimination, i.e., charging a higher price to a

captive group of users, competition for marginal minutes protects *all* users of Facebook and

Instagram because that competition prevents Meta from exploiting users.  *See* 5/21 Tr. 135:18-

136:17 (Carlton).  Users who have acceptable alternatives will reduce usage or leave, making the

price increase unprofitable.  *See id.*  The FTC effectively conceded the point.  *See* 5/27 Tr. 67:7-

21 (Hemphill:  price discrimination required to prevent marginal users and usage from protecting

non-marginal (captive) users and usage).

166.    Meta does not subject Friend Sharing, or consumers with a greater demand for

Friend Sharing, to worse privacy protections, service speed, or content "integrity"; these are all

the same for all users and uses.  *See* 5/14 Tr. 91:15-18 (Hemphill agreeing that Meta does not

discriminate against Friend Sharing on these dimensions); 5/21 Tr. 70:18-72:5 (Carlton).

167.    Nor does Meta impose different ad loads based on Friend Sharing.  Meta does

vary the number of ads by user; specifically, Meta shows more ads to users who engage more

with ads.  *See* 4/15 Tr. 98:7-11, 99:4-6 (Zuckerberg); 5/1 Tr. 99:12-19, 157:2-13, 160:7-14,

180:6-24 (Hegeman); 4/17 Tr. 25:9-26:23 (Sandberg); 5/15 Tr. 23:12-24:8 (Alison); 5/12 Tr.

121:18-22 (Schultz:  "our entire system is optimized towards showing ads to people who are

likely to buy something or do something because they saw the ad").  The way Meta sets ad load

makes business sense; Meta makes money when users engage with ads; showing more ads to

users who do not respond to those ads will not help Meta make money.  *See supra* ¶ 14.  Other

ad-supported social apps also vary ad load by user.  *See* 5/20 Tr. 34:7-21 (C. Tucker); 5/1 Tr.

157:25-158:13 (Hegeman); Andreou Dep. Tr. 278:14-279:5 (Snapchat).

168.    Meta has the technical ability to vary ad load while users are engaging in Friend

Sharing, or because users engage in that activity to a greater extent than other users.  *See* 5/1 Tr. 180:3-5 (Hegeman); *see also* 5/14 Tr. 94:14-20 & 5/27 Tr. 151:2-10 (Hemphill).  But Meta does not do so and has no incentive to do so:  increasing ad load on unresponsive users, Friend Sharers or not, would not make Meta money.  *See* 5/1 Tr. 180:6-24 (Hegeman); 5/12 Tr. 150:3-8 (Schultz); 4/17 Tr. 25:9-26:23 (Sandberg); *see also* 5/20 Tr. 25:18-27:11 (C. Tucker).  Every Meta witness confronted with the FTC theory that Meta shows more ads to users based on higher demand for Friends Sharing denied it.  *See* 4/17 Tr. 25:9-24 (Sandberg); 5/1 Tr. 62:21-63:10 (Cobb); 5/1 Tr. 180:6-24 (Hegeman); 5/12 Tr. 149:13-24 (Schultz); 5/15 Tr. 24:4-8 (Alison); *see also* 5/21 Tr. 152:2-24 (Carlton:  "sensitivity" to ads has nothing to do with Friend Sharing); 5/20 Tr. 25:18-27:11 (C. Tucker:  Friend Sharing is a "very weak signal" and ineffective way to target ads).  Hemphill conceded that he is "not aware of specific evidence" that Meta "serves more ads to a user as that user does more friend sharing."  5/14 Tr. 92:2-9.

169.    Carlton explained that Hemphill's regression – a statistical analysis that "holds everything constant except how many friends you have" – showed that ad load declines for Facebook users with more friends, which is the opposite of what the FTC alleged and what one would expect if ad load was higher based on Friend Sharing.  *See* 5/21 Tr. 141:3-142:10, 143:10-145:18 (discussing DDX36.26 and DDX36.27).  That is consistent with the only ordinary-course Meta document to address this, which discusses showing *fewer* ads to users that produce "original" (i.e., organic) content.  *See* DX336 at 23; *see also* 5/1 Tr. 159:5-17 (Hegeman discussing DX336:  this made Meta "be more careful about ad load and showing fewer ads in some cases to people who shared more").

170.    Hemphill acknowledged there is no "monotonic relationship between ad load and friend count," testifying that his point was just that Meta gives a "discount" to users with fewer

friends.  5/27 Tr. 40:2-11; *see also id.* 41:6-42:20 (acknowledging "most people are getting the higher ad load").  But he declined – when the Court asked – to quantify the amount of supposed price discrimination that occurs on this basis, *see id.* 46:4-47:7 ("I don't, as I sit here, have, like, a dollar value for you of the amount"), and conceded he does not "know exactly what drives the fraction of" friend content for users, *id.* 43:5-7.

171.    Although Hemphill claimed that Meta shows more ads to older or longer-tenured users, or on surfaces with more friend content, Carlton explained why the relevant question is whether Meta shows more ads, *all else equal*, to users with a greater demand for Friend Sharing or content.  *See* 5/21 Tr. 145:19-21, 149:24-150:10.  Hemphill conceded "I do not have evidence of that kind." 5/27 Tr. 151:18-152:10.

172.    **Age / Tenure.**  Meta's witnesses – including Hegeman, its Chief Revenue Officer – explained that Meta shows more ads to older users generally because they have more purchasing power than younger users and Meta knows more about what those users like (based on their longer tenure on the apps), enabling more engaging ads, which is what advertisers want.  *See*, *e.g.*, 5/1 Tr. 180:25-181:13 (Hegeman); 5/12 Tr. 121:4-22 (Schultz).  The data do not show any correlation between age, ad load, and Friend Sharing:  Carlton showed that younger users spent proportionately more time on Friend Sharing on Facebook and Instagram relative to older users, but have lower ad loads.  DX1202 (Facebook); DX1205 (Instagram); 5/21 Tr. 146:25-148:2, 148:23-149:9 (Carlton discussing DDX36.28 and DDX36.29, explaining that, "[i]f you do this across age, you will not find any even simple correlation"); *see also* PX8111-001.

173.    **Surfaces.**  Hegeman also explained that Meta does not show more ads on surfaces that have more Friend Sharing, but instead will "start with a fairly low ad load" on a new surface (such as Reels) until Meta can "figure out how can we best introduce ads in a way that doesn't

disrupt the user experience." 5/1 Tr. 181:14-25; *see also* DX922 at 14 (2022 TikTok document:

"Facebook has primarily focused on growing Reels user adoption and engagement in the short-

term, rather than monetization.").

174.    The data do not bear out a correlation between friend content on a surface and ad

load:  Carlton showed that Facebook Feed has a higher ad load than Stories even though the

former has more friend content proportionally; meanwhile, some surfaces with little to no friend

content such as Watch have an ad load higher than Stories, but other surfaces such as photos

have high friend content with zero ad load.  DX1203; 5/21 Tr. 150:11-151:4 (discussing

DDX36.30).  Facebook even has a Friends Tab – 100% friend content – with zero ad load.  *See*

5/15 Tr. 24:9-12 (Alison); 5/27 Tr. 159:7-14 (Hemphill).  There is likewise no correlation for the

Instagram surfaces.  5/27 Tr. 156:20-159:3 (Hemphill discussing DDX37.13 & DDX37.14).

### 3.    Friend Sharing Is Done on Many Apps and Services

175.    All social apps facilitate Friend Sharing because of in-app messaging and share

sheets that allow users to share content over messaging services or other social apps.  *See* 4/16

Tr. 52:12-54:14 (Zuckerberg); 5/12 Tr. 58:4-59:7 (Schultz).  Witnesses from Meta's competitors

acknowledged that consumers can and do use non-"PSNS" apps for Friend Sharing, either on the

app or through a share sheet.  *See, e.g.*, 4/30 Tr. 62:23-63:9, 79:23-80:9, 84:13-87:10, 89:21-

90:12 (Presser, TikTok); 4/17 Tr. 196:3-22, 197:15-21 (Filner, YouTube); 4/29 Tr. 232:14-20

(Shah, iMessage); 4/28 Tr. 49:4-50:14, 55:23-56:25 (Coleman, X); 4/28 Tr. 158:9-159:1, 170:1-

14 (Roberts, Pinterest); Pattabiraman Dep. Tr. 77:10-78:1, ███████████████ .

176.    The FTC did nothing to account for this Friend Sharing on other social apps in

calculating Meta's share of the "PSNS" market.  *See* 5/13 Tr. 37:7-41:9 (Hemphill market share

calculations limited to "PSNS" apps).  Hemphill conducted one "sensitivity" analysis that

purported to estimate the amount of Friend Sharing on other apps by using surveys (not actual

usage data), but made clear that he was *not* defining any market that included those apps or attempting to measure Meta's share of such a market. *See id.* 42:4-44:4, 44:23-45:5. ████

████████████████████████████████████████████████████████████

████████████████████████████████████████ .

177.    Meta's declining Friend Sharing does not drive its profits. *See* 5/20 Tr. 27:10-29:9 (C. Tucker). By 2022, almost zero advertising placements used friends of connections to target ads. *See id.*; DX1130. Nonetheless, ad revenue increased on both Facebook and Instagram even as Friend Sharing declined. *See* PX8016-001; *see also supra* ¶¶ 151-161.

### E.    The FTC's Expert Witnesses Were Biased and Unreliable

#### 1.    C. Scott Hemphill

178.    **Scope of "PSNS" Candidate Market.** Hemphill testified – consistent with the FTC's position in discovery, *see* Takashima 30(b)(6) Dep. Tr.* 9:21-10:5, 195:12-16, 196:1-17, 222:18-223:11, 249:16-250:10 – that the "PSNS" market includes all time spent on Facebook and Instagram, not limited to activities that involve Friend Sharing. *See* 5/13 Tr. 141:23-143:22, 182:21-183:11. E.g., his opinion is that watching an unconnected video purely for entertainment is "personal social networking" when done on Facebook or Instagram, but not when done on TikTok or YouTube. *Id.* 184:4-13. But Hemphill acknowledged that "TikTok is competing with Reels for . . . time spent on video," which he agreed is a "substantial part" – half or more – of time spent on Instagram. *Id.* 185:5-21, 186:23-24 ("TikTok is competing with Instagram Reels over video time spent"). He agreed that "there is . . . competition happening between TikTok on the one hand and – and Reels within the context of this personal social networking." *Id.* 187:2-7.

179.    Hemphill testified that functional differences among social apps define the contours of the market. *See, e.g.*, 5/13 Tr. 193:11-15. But he could not identify or tell the apps apart when given a chance. *See, e.g., id.* 201:2-21 (Hemphill unable to identify Snapchat). For

example, Hemphill could not distinguish a visual of Instagram from one of YouTube.  *See id.* 224:15-22.  Nor had Hemphill used all the apps at issue in this case.  *See id*. 191:1-6; *see also id.* 195:12-21 (unaware that MeWe was an ad-free service because he had "never used MeWe").  He could not recognize – and had never used – X.  *See id.* 252:3-11.

180.    **Bias and Prejudgment.**  Hemphill formed opinions about Meta's liability in this case long before it began – and before there had been any investigation or discovery – when he pitched a monopolization case against Meta to the FTC and various State Attorneys General.  *See* 5/13 Tr. 149:12-21; *see also*, *e.g.*, *id.* 167:2-18, 169:14-23; 5/27 Tr. 167:15-173:8.  The case the FTC filed years after his presentation largely tracked the case he urged regulators to bring.  *See* 5/13 Tr. 159:23-160:2, 163:16-19, 169:14-23 & 5/27 Tr. 174:22-176:6; DX1481.

181.    Hemphill was an advocate for suing to break up Meta.  He and his colleague and fellow ideologue Tim Wu (author of a book advocating the breakup) were developing a case to break up Meta when they saw Chris Hughes's editorial in *The New York Times* ("It's Time To Break Up Facebook").  *See* 5/13 Tr. 148:24-149:18, 153:14-20, 155:1-159:15 & 5/27 Tr. 171:4-12.  The three joined forces to conduct a "roadshow" for federal and state enforcers, urging them to bring antitrust claims against Meta.  *See* 5/13 Tr. 148:24-149:15, 158:22-159:4.  Their pitch made conclusory statements about the law (regarding monopoly power), *see id.* 177:18-178:1; advised on legal tactics ("friendly" subpoenas and a preliminary injunction), *see* 5/27 Tr. 169:17-170:19, 171:4-25; and discussed "evidence" alluded to in the press (that Hemphill had not seen), *see* 5/13 Tr. 161:10-162:1.  Their pitch deck also made baseless accusations, such as the claim that Systrom had lied under oath.  *See id.* 172:9-173:11.  And it contained errors, such as that X had offered to buy Instagram (which never happened, according to Systrom, *see* 4/22 Tr. 63:5-10).  *See* 5/13 Tr. 171:4-19 (Hemphill).  Hemphill's presentation advocated for antitrust markets

that were based, in part, on sources that included X and TikTok as relevant competitors to Meta. *See id.* 178:2-180:2. The FTC issued a Civil Investigative Demand to Meta shortly after Hemphill's presentation. *See* 5/27 Tr. 173:1-8 (Hemphill).

182. When confronted with his advocacy piece and quotations attributed to him in the press (*The New York Times*, *The Washington Post*), Hemphill claimed that he had been misquoted and that his pitch deck did not contain any opinions whatsoever. *See* 5/13 Tr. 152:22-153:7, 158:8-159:15, 165:14-16. He claimed, incredibly, that he had come to his assignment as an expert in the case, in which he has earned "millions of dollars," without bias and with an open mind. *Id.* 147:24-149:18; *see also* 5/27 Tr. 174:22-176:6 & DX1481 at 4 (Hemphill calling Meta a "monopolist" with "anticompetitive intent" one day after FTC filed suit against Meta).

### 2. Clifford Lampe

183. Lampe testified about the purported "core uses" of various apps. He acknowledged that "core uses" are determined by actual "user behavior," and that the ways to determine "user behavior" are actual usage data, surveys, and interviews. 4/23 Tr. 190:8-11, 268:22-269:22. But he conceded that surveys and interviews have "challenges" – namely that "people's recall of what behavior they're actually doing is often not very precise." *Id.* 269:11-270:6. Lampe relied on surveys that either contradicted his testimony, *see id.* 194:4-6, 195:9-196:4 (Pew survey finding top use of Instagram was "entertainment" and 44% of respondents used TikTok "to keep up with their friends and family"), or were unreliable due to limited or skewed samples, *see id.* 196:23-197:4, 197:17-199:14 ("body of evidence" was a survey of 12 teens in Mexico City, a survey of 121 French women academics, and 14 qualitative interviews).

184. Lampe acknowledged that usage data is important to assess norms of use, but he did not consider such data (even though it was available). *See id.* 268:22-269:22. He did not perform quantitative analysis, *see id.* 169:11-19; consider time spent on apps or features, *id.*

162:12-14, 264:14-20; or attempt to connect what consumers may say about norms to what consumers actually do, *id.* 193:14-194:2. His last publication on app usage was nearly a decade ago. *See id.* 252:11-24. That research found that Friend Sharing was shifting to private channels – such as messaging – and away from broadcast feeds, *see id.* 247:11-248:10, and he was not aware of any academic research supporting his opinion that there is a single core use for Facebook, *id.* 253:3-14. Lampe did not study substitution between apps, *id.* 202:5-14, 256:4-8, 260:11-18; switching in response to a price increase or quality decrease, *id.* 265:20-23; or whether any one app is in competition with any other app, *id.* 265:9-17. He declined to opine whether TikTok takes time from Facebook and Instagram. *Id.* 265:24-266:1.

185.    Lampe conceded that use of Facebook is "extremely heterogenous," *id.* 216:24-217:3, and as far back as 2011, there is "no one answer" to "why do people use Facebook," *id.* 217:4-19 (discussing DX159), 218:18-219:6. He conceded that a "significant use" of Facebook and Instagram is watching video "for entertainment," *id.* 227:19-228:22, and that Instagram has a "significant use" of "follow[ing] brands, celebrities, or other topics that people are interested in," *id.* 220:4-7, 231:7-232:7. He agreed consumers share with close friends and family over messaging apps, *see id.* 202:1-4; that TikTok and LinkedIn are "social network[s]," *id.* 245:17-18, 259:15-16; and that some consumers use X for "personal social networking," *id.* 258:4-25.

186.    Lampe gave inconsistent testimony, e.g., claiming at trial that all time spent on Facebook and Instagram is "personal social networking," *id.* 231:7-232:7, despite testifying at his deposition that messaging on those apps would not be "personal social networking," *id.* 208:3-209:8; *see also id.* 220:19-221:18 (similar regarding Marketplace). He also previously testified – contrary to the FTC's market definition – that Snapchat is "primarily used" for "close personal relationship maintenance, which is like the use of messaging apps," though, here too, he

changed his testimony at trial, *see id.* 253:15-254:10.

### 3.  Michal Malkiewicz

187.    Malkiewicz conducted a survey that, he admitted, does not measure substitution between apps, time spent, or actual usage, and was not designed to measure market share or define a market.  *See* 5/7 Tr. 196:23-198:4, 204:16-205:16, 206:5-207:6.  His survey (about the "most important" reason for using an app) does not account for all the reasons consumers might use an app, *see id.* 198:22-199:11, 209:21-210:9, and provides only a hypothesis about the primary or most common use of an app, *id.* 208:11-209:2; *see also* 5/1 Tr. 26:1-17, 49:19-51:18 (Cobb explaining issues with such surveys).  Malkiewicz's sample population did not match the U.S. app-using population, which he admitted is bad survey science.  5/7 Tr. 226:6-14, 227:15-228:5, 232:1-10, 236:3-18.  His survey found that messaging is a key venue for keeping up with friends and family, *see id.* 200:22-201:6, 212:17-213:1; that most users do not select friends and family as the most important reason to use Instagram, Snapchat, or MeWe, *see id.* 198:11-25, 200:3-21; and that at least some users report friends and family as the most important reason for using every app, including TikTok, YouTube, X, and others, *see id.* 202:11-20.

188.    The other surveys Malkiewicz testified about and that the FTC relies on (e.g., FTC PF 25, 32) are Meta surveys from before Facebook and Instagram launched Reels, *see id.* 237:22-25, and old academic surveys with miniscule sample sizes, *id.* 238:2-20; *see also* 5/1 Tr. 54:2-55:10 (Cobb explaining Meta surveys cannot be used to calculate market share).  Malkiewicz ignored Meta surveys finding TikTok is used for Friend Sharing, *see* 5/7 Tr. 203:2-21, 228:15-230:21, and in the Pew 2024 survey he testified about, 44% of U.S. adults reported a reason they use TikTok is to keep up with friends and family, *see id.* 240:9-13.

## III.    META'S ACQUISITIONS

### A.    Instagram (2012)

71

1.     **Instagram Pre-Acquisition**

189.     Instagram was a startup founded in 2010 by Kevin Systrom and Mike Krieger as a mobile-first app for taking and sharing artistic photos.  *See* 4/22 Tr. 13:5-14, 22:7-13, 149:12-14 (Systrom); 5/12 Tr. 34:25-35:17 (Schultz).  At launch it was a "niche photo app for photographers" that offered users a way to take, filter, and post photos on Instagram.  4/22 Tr. 238:23 (Systrom); *id.* 22:7-20.  It was "not a friends network."  *Id.* 190:9-14 (discussing DX1278); *see also id.* 188:9-17, 192:6-25 (Instagram had an "asymmetric" (i.e., one-way follower) model and interest graph).  Instagram largely facilitated public photo sharing.  *See* DX261 at 3 (in March 2012, Systrom:  "[m]ost of the photos on Instagram are not social photos," and Zuckerberg:  "[m]ost photos on Instagram are public").  By contrast, Facebook had a friend (i.e., reciprocal connection) sharing model, was a desktop experience, and had multiple use cases.  *See* 4/23 Tr. 44:1-45:13 (Stoop); 4/22 Tr. 184:19-185:20 (Systrom); JSF ¶ 65.

190.     Pre-acquisition, Instagram had 13 employees.  *See* 4/22 Tr. 161:24-162:1 (Systrom).  It did not have enough employees to cover its operations, and the founders constantly had to address system breakdowns.  *See id.* 168:21-171:15.  Instagram was so stretched that it did not have time or capacity to hire more engineers fast enough.  *See id.* 171:23-172:16.

191.     Pre-acquisition, Instagram was primarily a "complement" (not a substitute) to Facebook.  4/22 Tr. 193:1-17 (Systrom).  Regardless of how he "pitched" Instagram to investors – *see* FTC PF 201, citing 4/22 Tr. 57:19-58:4 – Systrom did not consider Meta a competitor.  *See* 4/22 Tr. 193:23-194:7.  Zuckerberg shared the view that Instagram at the time "was really complementary."  4/16 Tr. 55:14-17; *see also* 4/14 Tr. 235:23-25 (Zuckerberg:  "a lot of people used Instagram to capture and edit those photos and then share them on places like Facebook or [X].").  So did Sequoia Capital, one of Instagram's financial backers.  *See* Botha Dep. Tr. 20:12-13, 58:10-17 (Instagram "started off as a straight photo service" and had not "achieved"

72

"transform[ation] into something broader").  And so did Dirk Stoop, the product manager who led Facebook's Camera efforts.  4/23 Tr. 44:1-45:13 (describing Instagram's "different use case" as "a place for creative photography," and differentiating its method of distribution, follower model, and its "whole mechanism of content consumption and discovery" from Facebook's).

192.    Although, pre-acquisition, "one of the use cases" for Instagram was Friend Sharing – *compare* 4/22 Tr. 189:13-15, *with* FTC PF 203 – Systrom confirmed that "Instagram is not a friends network; it's an interests network," DX1278 at 3; *see also* 4/22 Tr. 190:9-14, and that users posted photos to Facebook and Instagram for different reasons, 4/22 Tr. 189:6-12.

193.    The FTC claims (at 42) Meta was worried about Instagram as a competitive threat, but prior to the acquisition Meta provided Instagram with free distribution (via posting and promotions on Facebook) that was critical to Instagram's growth – something Meta at the time did not do for apps it considered serious competitors.  *See* 4/22 Tr. 44:3-45:20, 175:18-178:5 (Systrom discussing DDX6.1); 4/16 Tr. 82:1-14 (Zuckerberg); DX356 at 1 (Systrom in 2012:  "the traffic we get from fb [Facebook] links in feed are pretty high quality" and are "what got us to where we are today").  Meta allowed Instagram to distribute content on Facebook because Zuckerberg viewed Instagram as "adjacent to what [Facebook was] doing."  4/16 Tr. 83:2-12.  But, as Systrom acknowledged, Facebook could have ended this free distribution at any time and might have done so but for the acquisition.  *See* 4/22 Tr. 181:25-182:22.

194.    Instagram's survival was far from certain.  As Systrom testified, Instagram "could have gone either way," i.e., succeeded or failed.  4/22 Tr. 206:15-22.  Instagram faced many of the challenges that make startups' survival uncertain.  *See* Botha Dep. Tr. 118:11-120:19 (Instagram's challenges included "infrastructure," "[h]iring," "building out a management team," "getting the right leaders in different functional areas, building a sales organization," "building a

data science team" – "it's everything that goes into building a successful company"). Pre-acquisition, Instagram had no revenues, concrete monetization plan, or growth team. 4/22 Tr. 87:17-23, 168:4-14 (Systrom); 5/12 Tr. 8:11-25 (Schultz). And it had not been able to add certain features, e.g., video, that it wanted to add. 4/22 Tr. 243:20-244:18 (Systrom).

195.    Instagram had surmounted *none* of those challenges pre-acquisition. Instagram suffered multiple outages. *See* 5/20 Tr. 243:15-245:14 (Shortway); 4/22 Tr. 168:21-170:23 (Systrom). As Nicholas Shortway, one of Instagram's early engineers, testified about the pre-acquisition period, "everything was on fire, there were outages, there were slowdowns, databases falling out," and "[a]ll these different problems that we had on a regular basis" were "drastically affecting the user experience." 5/20 Tr. 242:11-14. Systrom and Kreiger had to spend almost 95% of their time keeping Instagram up and running. 4/22 Tr. 169:16-25 (Systrom). That impeded feature development, *see id.* 171:6-22, as well as the ability to hire engineers, *see id.* 171:23-172:16, and scale, *see* 5/20 Tr. 243:23-245:14 (Shortway); Botha Dep. Tr. 118:11-120:19; DX1045. Spam was also a "big problem," and Instagram "had no one who knew much about supporting spam fighting," 5/20 Tr. 244:22-245:2 (Shortway), and had only "manual" systems to address spam, 4/22 Tr. 174:10-17 (Systrom).

### 2.    Meta's Decision To Acquire Instagram

196.    Zuckerberg alone made the decision to acquire Instagram. 4/16 Tr. 70:3-5. At the time, Instagram was one of several apps that Zuckerberg monitored. *Id.* 65:4-23 (Zuckerberg acknowledging a "joke behind my back" that he was and remains worried about "a large number of mobile apps"); *id.* 55:21-56:15 ("only the paranoid survive"); *see also*, *e.g.*, PX2892-001 (Zuckerberg discussing Instagram and Dropbox in February 2011); 4/14 Tr. 233:13-15 (Zuckerberg). Zuckerberg's view was that Instagram was "an interesting mobile photo sharing experience," but not "a broad network." 4/16 Tr. 69:6-23 (discussing PX2965). He did not view

Instagram pre-acquisition as a significant rival for Friend Sharing.  *See* 4/14 Tr. 251:16-24.

197.    Zuckerberg explained that in the emails the FTC highlights – e.g., PX2888, PX1136, and PX1180 – he and his colleagues were exploring "preliminary" views consistent with his standard practice:  freely batting around ideas before formulating a plan.  4/16 Tr. 66:3-67:15.  The FTC has not claimed that any of this testimony is untruthful.  For example:

a.    Regarding PX2888 – a February 2012 message between Zuckerberg and another Meta executive – Zuckerberg testified this "was maybe the current initial idea that I had of how an integration might work," but "[t]hat's obviously not what we ended up doing."  4/14 Tr. 246:11-20; *see also id.* 247:6-11, 248:11-18, 250:1-2.  He noted that, "in practice, we ended up investing a ton into it after we acquired it."  *Id.* 247:16-17.

b.    Regarding PX1136 – a February 2012 message between Zuckerberg and Meta's then-Chief Financial Officer David Ebersman – Zuckerberg testified that his understanding of Ebersman's message about "neutralize a potential competitor" (Ebersman's words at PX1136-002) is that this would be a bad reason to acquire Instagram because another app would emerge and take its place.  *See* 4/15 Tr. 15:14-17:3.  Zuckerberg testified:  "I read this as talking about incorporating the functionality and basically staying ahead in terms of quality."  *Id.* 20:13-16; *id.* 17:25-18:12 (explaining that "in the build versus buy analysis, buying a company which inherently means taking it off the market and then building it as our version of that, in this case camera app and photo sharing, I think was a reasonable thing to do").  He explained:  "what I articulate here is that the plan would be to keep Instagram running separately and invest in it while also using the technology and innovations they have made to make the Facebook app better."  *Id.* 21:24-22:3.  This was "a pretty early discussion in all this," but "starting to get closer and closer to what we actually did, which is leaving Instagram running as

75

an independent brand, building it out, adding more value to it while also taking some of the innovations and building them into the Facebook app." *Id.* 22:4-11; *see also id.* 25:14-22.

      c.  Regarding PX1180 from September 2011, Zuckerberg explained his point "is that we're saying that right now, Instagram is competing with our Facebook camera effort in the space of being a mobile camera and way to edit mobile photos and share mobile photos and have an app around that, but if they got to be larger, they could do other things as well, which I think is a point that is true but also probably true about almost any app." 4/14 Tr. 232:3-18.

198.    Other documents the FTC cites were not discussed at trial, were not properly admitted in evidence, were often written by persons not called as witnesses, lack context because the FTC did not ask witnesses about them, and do not support the FTC's "intent" argument because they do not contradict the evidence Zuckerberg provided. *See*, *e.g.*, FTC PF 215 (quoting PX1580), 216 (quoting PX3154), 219 (quoting PX15180), 220 (quoting DX1096 & DX1101), 231 (quoting DX1097 & PX2502), 232 & 234 (quoting DX1101, PX2501, PX1208). Others have nothing to do with the Instagram acquisition (e.g., PX10271, cited at FTC PF 314).

199.    Zuckerberg's intent was "making [Instagram] [ ] our bet," 4/15 Tr. 26:13 – i.e., to grow Instagram by placing it on Meta's infrastructure and providing resources for growth and feature development, *see id.* 24:7-11, 25:14-22. He explained: "We were going to keep Instagram as an independent experience. Kevin and Mike were going to keep running it. And they were going to be able to use these different parts of our infrastructure and services that were going to be helpful to them, but we weren't going to impose on them that they had to kind of do anything that was going to slow down their growth or anything." 4/16 Tr. 71:8-72:22.

200.    According to Systrom, Zuckerberg communicated his intent to grow and scale Instagram to Systrom during their negotiations. 4/22 Tr. 196:5-11; *see also* 4/16 Tr. 73:13-74:5

(Zuckerberg).  Zuckerberg told Systrom that "[t]he intention was, at least verbally, to grow Instagram, make it great, but don't actively replace the photo functionality of Facebook with Instagram."  4/22 Tr. 80:19-81:3 (Systrom).

201.    Zuckerberg also communicated that intent in contemporaneous writings:

a.  DX263 is a March 14, 2012 email from Zuckerberg to Systrom that states (at 1):  "I'm really excited about what we can do to grow Instagram as an independent brand and product while also having you take on a major leadership role within Facebook that spans all of our photos products," and discussing "the impact you could have here and the value of using all of the infrastructure that we've built up rather than having to build everything from scratch at a startup."  *See also* 4/16 Tr. 74:17-76:2, 77:1-23 (Zuckerberg discussing DX263).

b.  DX261 is a March 20, 2012 email from Zuckerberg to Systrom stating (at 1) that his plan would be "to keep building out Instagram as a separate product and brand," such that Instagram would "be able to do all the same things . . . plus you'll have more distribution firepower behind you, so there will be a bigger chance anything you do takes off."

202.    Systrom believed Instagram might fail without an acquisition.  *See* 4/22 Tr. 206:15-22.  He was committed to the app and wanted it to succeed and believed the best way to do that was to become part of Meta and gain access to its resources.  *See id.* 211:20-212:9.  Accordingly, he and Krieger agreed to sell Instagram to Meta for $1 billion.  *Id.* 195:10-11.  This was viewed at the time by many, including some at Meta, as too much to pay for an app with uncertain prospects.  *See* PX2522-001 (Sandberg:  purchase price was "way too much").  *But see* 4/16 Tr. 279:13-280:9 (Sandberg:  "I was wrong," "very wrong," because "this might have been one of the more valuable acquisitions" and "I didn't understand what Mark [Zuckerberg] understood" as "the product leader" with a vision to "put Facebook resources behind this

product" so "we could grow it to be as big as it is today.").

### 3.    FTC Review and Clearance

203.    On April 16, 2012, Meta submitted its Hart-Scott-Rodino Act Premerger

Notification Form to the FTC.  JSF ¶ 41.  Meta produced more than 9,000 documents and

Instagram produced more than 10,000 documents in response to a "Second Request" from the

FTC.  *Id.* ¶¶ 43-44.  The FTC reviewed the transaction, including by interviewing executives

from Instagram and Meta – including Zuckerberg – in addition to 49 individuals from 25

nonparties.  *Id.* ¶ 45.  Following that FTC review, the acquisition closed on August 31, 2012.  *Id.*

¶ 59.  From that point on, Instagram was a product offered by Meta.  Meta provided all the

employees and resources for its operation and made all the strategic decisions that led to its

explosive growth.  *See* 4/22 Tr. 218:15-219:15 (Systrom); 5/12 Tr. 7:25-8:10 (Schultz).

### 4.    The Instagram Acquisition Produced Enormous Consumer Benefits

204.    Post-acquisition, Meta did exactly what Zuckerberg told Systrom Meta would do:

it "grew Instagram, and in all sorts of ways," and provided "infrastructure, technology for ads,

safety," "data centers," and "people," and "[l]essons learned" to "avoid" Instagram making the

"same mistakes" as Facebook, as well as promotions from within the Facebook app.  5/8 Tr.

188:18-189:3 (Mosseri); *id.* 183:4-7.  Meta also benefited "greatly" from Instagram and its

"insightful product thinkers," not just by "owning Instagram" but "also through taking some of

those ideas and approaches."  *Id.* 189:4-12.  Meta grew Instagram to "saturat[ion]" in the United

States by 2022.  *See* 5/12 Tr. 173:21-174:7, 176:13-177:10 (Schultz discussing DX522).  Meta

grew Instagram faster than it could have grown on its own.  *See* 4/22 Tr. 219:16-19 (Systrom);

4/15 Tr. 71:14-19 (Zuckerberg); 4/29 Tr. 190:25-191:25 (Olivan); 5/12 Tr. 9:7-11:8 (Schultz).

The FTC offered no evidence that Meta's acquisition of Instagram impeded the growth of any

other app.  *Cf.* 4/21 Tr. 56:13-19 (Rim:  no opinion acquisition made it harder for startups to get

capital).  The FTC offered no evidence that any app grew more or faster over the same period.

205.    According to Systrom, Meta made Instagram "better and better and better," 4/22 Tr. 239:7-18, and the acquisition allowed Instagram to skip "several years" – as many as five, six, or seven – in development and growth, *id.* 215:9-14.  "We grew much more quickly because we were part of Facebook than we would have as an independent company."  *Id.* 268:16-19. Instagram's growth exceeded all expectations:  "It's very hard to know how it would have grown or what other issues they would have run into that we just, like, cleared the way for them on.  But I think in general, I think that this has sort of exceeded all of our expectations."  4/16 Tr. 80:2-6 (Zuckerberg).  Meta did not deprive Instagram of resources necessary to its growth.  *See* 5/12 Tr. 9:1-6, 23:23-25:10, 29:23-30:6 (Schultz).  Instagram's MAUs grew steadily and without material interruption from 2012 through 2025.  *See id.* 27:18-29:2 (discussing DDX24.3).

206.    Systrom testified that the $1 billion purchase price was "a screaming deal" because Meta "generated many hundreds of multiples of that price, and then some."  4/22 Tr. 195:12-20.  Carlton testified that the acquisition was – based on price, output, and effects – a "grand slam home run."  5/21 Tr. 165:1-25.  Hemphill agreed that Instagram "turned out to be a big hit" and "certainly turns out to have a really high value."  5/27 Tr. 86:5-7.

207.    Meta achieved Instagram's unparalleled growth by pouring resources and personnel into the app.  *See* 4/29 Tr. 182:16-183:25 (Olivan); DX1063 (October 2012 email between Olivan, Systrom, and Zuckerberg about growing Instagram using Meta's resources). Meta's growth team – the "best growth team in the world," 4/22 Tr. 140:23-24 (Systrom) – infused Instagram with people, tools, data, and promotions from Facebook ("growth bridges"). *See id.* 220:21-226:11, 227:22-24; 5/12 Tr. 20:21-23:4 (Schultz); 4/29 Tr. 179:5-180:23, 187:9-188:5 (Olivan); DX321 at 1 (December 2016 email describing promotions and tools as reasons

Instagram "beat on growth"); DX278 at 11-39 (describing promotions and tools in April 2014).

208.    Among other key strategic decisions, Meta introduced the "connections pivot" on Instagram.  This retooled suggested accounts to build a more robust graph of user connections with friends and family and public accounts – improving Instagram's content ranking and user retention and dramatically increasing its growth.  *See* 5/8 Tr. 247:13-249:3 (Schultz discussing PX11095, explaining this was "getting algorithms behind the public figure connections and blending in more friends and family" because Systrom "was pretty resistant to doing friends and family up until 2016"), 252:14-253:1 (discussing PX11096 and Systrom's resistance to friend content), 258:19-259:3 (explaining this was about "audience building," not just friends and family), 259:4-21 & 5/12 Tr. 19:18-20:14 (Schultz); *see also* 4/29 Tr. 18:8-13, 24:2-5 (Olivan).

209.    The FTC asserts (at FTC PF 345) that in 2018 Meta "altered Instagram's social graph to reduce its emphasis on friend content," but none of the documents it cites (PX3602, PX15129, PX12341, and PX1017) discusses reducing friend content.  The evidence shows Meta gave Facebook data to Instagram and built a tool called "AYSF" – accounts you should follow – so Instagram could add "friends and family connections."  5/12 Tr. 19:22-20:11 (Schultz).

210.    Meta's investments accelerated Instagram's feature development.  *See*, *e.g.*, 5/5 Tr. 72:19-73:24 (Deng).  Meta has added dozens of features to Instagram since the acquisition, including Reels, Stories, Instagram Direct, video sharing, an algorithmic content feed, and more. *See* DX1180 & DX1208 (new Instagram features Meta added post-acquisition).  Meta also built Instagram's content-recommendation system (called "ranked feed"), which allowed Instagram to deliver better content and boosted usage.  4/15 Tr. 73:11-20 (Zuckerberg); 5/12 Tr. 18:8-19:17 (Schultz:  feed ranking contributed to a "material acceleration" in Instagram's growth, despite Systrom's initial resistance); 4/22 Tr. 241:1-243:3 (Systrom); 4/29 Tr. 185:9-186:24 (Olivan).

Meta also implemented cross-app data sharing, which had a "huge impact" on Instagram's growth.  PX15237-002; *see also* 4/29 Tr. 186:25-187:4 (Olivan).  These new features propelled Instagram's growth, and are concededly quality improvements, *see* 5/14 Tr. 42:9-23 (Hemphill).

211.    Systrom testified that he "initially pushed" Instagram to show ads after the acquisition; Meta encouraged him, instead, to "not work on that and to work on growth."  4/22 Tr. 250:1-6.  Meta initially allowed Systrom to introduce his team's vision of advertising: curated brand ads that Systrom approved himself to show to all Instagram users.  *See id.* 253:10-254:6; 4/16 Tr. 172:1-11 (Zuckerberg).  That advertising model failed, as it was not scalable or effective.  4/17 Tr. 35:22-36:22, 37:24-38:6 (Sandberg); 4/22 Tr. 254:7-255:14 (Systrom).

212.    In 2015, Meta plugged Instagram into Facebook's innovative ad business – both its infrastructure and inventory.  *See* 4/22 Tr. 255:23-260:15 (Systrom); 5/5 Tr. 66:1-67:24 (Deng); 5/20 Tr. 38:14-39:20 (C. Tucker).  Meta's technologies, infrastructure, inventory, and know-how made Instagram one of the world's most successful online advertising businesses, which fueled its growth and feature development on the user side.  *See* 4/17 Tr. 35:15-37:9 (Sandberg); 4/22 Tr. 256:20-261:1 (Systrom); 5/20 Tr. 39:21-40:10 (C. Tucker:  "successful monetization" "lead[s] to resources that can be plowed back to further enhance and invest in the user experience"); *id.* 52:21-53:16 (discussing DDX33.20).  Instagram's ad revenue spiked once Meta shifted Instagram to Facebook's advertising model.  *See* DX1132 ("Instagram U.S. Ad Revenue" showing introduction of new ad formats and tools); 5/20 Tr. 41:2-22 (C. Tucker discussing DX1132); *see also* DX1133 (showing how Instagram benefited from Facebook's video ad format); 5/20 Tr. 42:18-43:7 (C. Tucker discussing DX1133).

213.    Even if Instagram could have developed a successful ad business on its own, it would have taken Instagram "a lot longer" to build one without Meta, as Systrom admitted.  4/22

Tr. 260:4-8; *see also* 5/20 Tr. 39:8-20 (C. Tucker:  Meta enabled Instagram's ad business to "speed[ ] up execution" and "leapfrog" using "Meta's expertise with advertising innovation"); *id.* 45:2-46:10 (discussing DDX33.19 and showing how much longer it took Pinterest to build similar ad tech); 5/5 Tr. 67:14-24 (Deng, formerly a Facebook Messenger product manager: building this business "would have been harder and it would have been slower" without Meta).

214.    There is no evidence ad load would be lower on Instagram without the acquisition.  *Cf.* 5/19 Tr. 82:10-16, 155:24-163:6 (List).  The FTC offered no calculation of what ad load would be on Instagram in the "but for" world.  *See* 5/14 Tr. 51:14-52:25 (Hemphill).

215.    Meta placed Instagram onto its hyperscale infrastructure, including customized hardware and software that were superior to what Instagram was using or could obtain, and provided substantial engineering resources (hundreds if not thousands of engineers), making Instagram faster and more reliable and allowing it to scale and add features more quickly.  *See* 5/20 Tr. 246:6-250:4, 262:22-265:1 (Shortway); 4/22 Tr. 262:14-265:17 (Systrom); 4/15 Tr. 72:22-75:24, 81:5-8 (Zuckerberg).  Meta fixed software problems that were causing "scaling issues" – e.g., repairing code that was causing the app to be "too slow or break in different ways."  4/15 Tr. 74:17-21 (Zuckerberg); *see also* 5/20 Tr. 262:22-263:18 (Shortway).  This resulted in performance improvements for users.  *See* DX1144 (showing a drop in latency following Instagram's migration to Meta's infrastructure); DX1145 (showing a much lower failure rate on TAO – Meta's infrastructure – compared to the pre-migration Instagram infrastructure on Postgres); 5/20 Tr. 256:6-262:21 (Shortway discussing DX1144 and DX1145).

216.    Snapchat had difficulty scaling on a public cloud service.  5/15 Tr. 220:16-221:1 (Jain); DX907 at 38 (Snap board document stating that "in 2017, the majority of our backend was running in a single [Google Cloud Platform] application, which posed substantial risks to

scaling our business (due to operational reliability, performance and cost efficiency issues)").

217.    Meta gave Instagram access to integrity expertise and spam-fighting tools (e.g.,

Sigma).  4/22 Tr. 214:9-12, 266:3-24 (Systrom); 4/15 Tr. 72:22-73:10, 82:3-7 (Zuckerberg); 5/6

Tr. 40:1-6, 101:1-15 (Rosen); *see also* 5/6 Tr. 220:1-15 (McCoy).  This improved Instagram for

users.  *See*, *e.g.*, DX465 at 1 (November 2012 email from Kreiger reporting Meta had made

spam fighting "a ton better"); DX1369 at 3 (2013 Krieger interview discussing improvements).

Even if an independent Instagram could have addressed these problems, Meta achieved these

improvements faster.  *See* 5/20 Tr. 246:9-24 (Shortway); 4/22 Tr. 266:11-21 (Systrom); 5/6 Tr.

153:13-25 (Rosen); *see also id.* 103:8-18 (spam is a "very hard" problem to solve).

218.    Meta has invested heavily in the safety and security of its apps ("$30 billion in the

past decade").  5/6 Tr. 96:4-5 (Rosen); *id.* 124:10-126:6 (discussing Meta's proprietary spam-

fighting tools); 5/8 Tr. 47:20-48:8 (Mosseri:  Instagram better leveraged Meta's central integrity

team beginning in 2018).  The FTC's integrity expert did not know what integrity tools

Instagram would have built had it remained independent or how much those tools would have

cost.  *See* 5/6 Tr. 216:22-217:8 (McCoy).  Nor did he challenge, or even assess, the effectiveness

of the integrity tools Meta provided to Instagram.  *See id.* 221:7-19.

219.    Carlton measured the consumer surplus Meta has generated for Instagram

consumers by multiplying the value consumers get from the free service (what they would be

willing to pay for it, as found by multiple academic studies) by the increased number of U.S.

users post-acquisition.  The result is tens of billions of dollars (between $12.9 billion and $78.1

billion) in *annual* benefits to consumers and hundreds of billions of dollars in *total* benefits since

the acquisition.  *See* DX1179; 5/21 Tr. 170:12-172:3 (Carlton discussing this methodology and

DDX36.41).  The FTC offered no evidence refuting these calculations.

220.    The $1 billion purchase price reflects Instagram's value before the acquisition and a likely approximation of its value in the "but for" world without Meta, which is far less than the value that Meta created through the acquisition.  *See* 5/21 Tr. 165:1-25, 239:11-240:16 (Carlton).

### 5.    No Consumer Harm

221.    **No Evidence Consumers Would Have Done as Well or Better Absent the Acquisition.**  Even if Instagram had survived as an independent app, it "would be a fraction of the size."  5/12 Tr. 30:7-16 (Schultz); *see also* 5/21 Tr. 237:8-18 (Carlton).  FTC witnesses conceded there was no evidence Instagram would have grown more, faster, or as much without the acquisition, and could not even speculate as to what would have happened to Instagram in the "but for" world.  *See* 5/13 Tr. 91:5-92:14 (Hemphill:  "[W]e genuinely don't know what would have happened.  It might have been smaller.  It might have been bigger."), 93:6-14 (did not "know for sure" whether "competition and consumers" were "harmed" because "there's a lot going on") & 5/14 Tr. 39:19-40:14 ("I am not offering a bottom-line view that [output] would have been even higher" in the "but for" world); 4/21 Tr. 56:6-57:19 (Rim:  no opinion Instagram would have grown more, better, or faster without Meta); *see also* 5/21 Tr. 80:5-17 (Carlton).

222.    According to Systrom, "startups generally fail."  4/22 Tr. 206:23-207:9; *id.* 211:8-16 (discussing Path's failure despite early growth); *see also* Botha Dep. Tr. 62:13-19 (likening the "challenge[s]" for a company like Instagram "to playing a piece of music where getting 99 percent of the notes correct doesn't produce beautiful music.  And so that often happens with these consumer companies.  They have a lot of the right pieces and then something just is off."); *id.* 106:17-114:02 (discussing PX10080 and analyzing Instagram's challenges and the large number of "photo and video sharing apps" trying "to grab that top spot").

223.    E.g., around the time of the Instagram acquisition, Zuckerberg worried that Path – then a rapidly growing social network – was the "only" app "that goes right to the core of what

we're trying to do." PX15123-001 (February 2012 Zuckerberg post, adding that Meta could

"survive" Instagram, by contrast). But Path did not thrive as an independent app, was acquired

by Kakao in 2015, and was shut down in 2018. *See* 4/22 Tr. 211:4-16 (Systrom); 4/21 Tr. 53:12-

54:22 (Rim). And in 2013 Yahoo! purchased a service called Tumblr, with 100 million users,

for $1 billion, but that app ultimately failed, and Yahoo! sold Tumblr to another company in

2019 for "significantly less" than $10 million. *See* 4/30 Tr. 26:22-28:9 (E. Tucker).

224.    Also around the time of the Instagram acquisition, X acquired Vine – an early

short-form video app. *See* Chen Dep. Tr. 122:13-20. Vine was "very popular" and growing at

the time, but it failed to thrive and X eventually shut it down. *Id.* 124:1-6, 125:15-17, 131:12-22.

X performed a retrospective determining that Vine failed because, among other reasons, X failed

"to innovate" on it after the acquisition. *See* DX944 at 2. X's post-mortem contrasted Vine with

Instagram, *see id.* at 20-22, because it "is wildly [sic] known to have been very successful"

including "based on how much it's grown throughout the years." Chen Dep. Tr. 142:10-143:6,

145:12-146:1. Another popular app, Viddy, "considered the Instagram for video," Aguhob Dep.

Tr.* 249:6-8, early on had "exponential growth," *id.* 81:8-9. It reached "upwards of 70 million

monthly active users" in 2012, *id.* 83:3-4, boosted by distribution on Facebook, *see id.* 80:20-

81:9. Viddy was acquired by Fullscreen in 2014, but Fullscreen "really didn't invest in the

product," *id.* 84:3-5, and it was "sunsetted" within a year, *id.* 115:14-19.

225.    The FTC speculates (at FTC PF 220) about another possible acquirer, but there is

no evidence of any likely acquisition by a firm other than Meta. Systrom explained that

Instagram "[was not] interested in continuing conversations" with X about a possible acquisition,

4/22 Tr. 63:5-10; Google discussions were "very informal" and not about offers, *id.* 63:11-23;

and discussions with Apple were still preliminary, *see id.* 63:24-64:12. The FTC called

witnesses from each of these firms, but did not ask about their interest in acquiring Instagram.

226.    **"Camera" Was Used To Develop Features for Facebook.**  In 2011-2012, Meta undertook a "from-the-ground-up rewrite" of the code for its mobile apps.  4/23 Tr. 49:13-17 (Stoop).  It was more feasible to develop new photo-sharing features by designing and launching a standalone photo-sharing app – "Camera" – and then incorporating the new photo features into the rewritten Facebook mobile apps.  *See id.* 32:16-33:12, 42:9-43:6.  Meta did not intend Camera to remain a separate app – Camera's "primary purpose" was "being a vehicle to massively improve the photo sharing experience on Facebook" by incorporating Camera's features into the Facebook app.  *Id.* 40:17-20, 43:7-18, 56:13-57:3.  That is also why Meta released Camera with "no marketing efforts and very few updates."  PX2947-001.

227.    As planned, Meta folded Camera's features into Facebook's mobile apps, and "[t]he photo sharing experience from Facebook Camera still in ways and forms exists in both the Facebook for iPhone and Facebook for Android app[s]."  4/23 Tr. 33:15-24 (Stoop).  Those features improved and increased photo sharing on Facebook as intended.  *See id.* 53:16-54:16, 55:23-56:8; *id.* 51:19-56:8 (Stoop discussing PX12409 & PX2947 and the increase in photo sharing on Facebook and other improvements from Camera).

228.    Meta's decision to buy Instagram did not cause Meta to squash Camera.  *See* 4/23 Tr. 54:17-19, 55:3-22, 56:11-57:3 (Stoop).  Meta continued to develop and launched Camera after it announced the acquisition.  *See* 4/23 Tr. 25:1-5, 46:6-18 (Stoop); JSF ¶ 64; PX12410 & PX12416 (announcing Camera launch after Instagram acquisition agreement).  Meta added features to Camera after the acquisition closed.  *See* 4/23 Tr. 34:7-10, 47:10-23 (Stoop); *see also* PX12409-017.  Meta also continued improving photo sharing on Facebook with other new features after the Instagram acquisition closed.  *See* DX1182 (new Facebook photo features:

"Photo Sync" in November 2012, "Scrapbook" in March 2015, "Collages" in December 2015, "360 Photos" in June 2016, "Photo Transfer Tool" in December 2019, and more).

229.    There is no evidence that Meta could have developed Camera into a functioning standalone app with all the features of Instagram, let alone with the success that Meta achieved with Instagram.  *See* 4/15 Tr. 27:1-7 (Zuckerberg:  "I'm sure we could have built an app. Whether it would have succeeded or not, I think, is a matter of speculation.").

230.    PX1115 (cited at FTC PF 311) – an April 2012 message from Zuckerberg discussing "[e]xamples" of projects to "scale back or cancel" – does not reflect what actually happened, as Facebook developed and launched Camera after this email.  *See supra* ¶¶ 226-228. The FTC did not use at trial other documents it cites on this issue.  *See* FTC PF 311 (citing PX1116, PX3371, PX12193, and PX13800, which were not used at trial and lack context).

231.    **Systrom's Departure Did Not Harm Instagram.**  Systrom left Meta in 2018, six years after the acquisition.  *See* 4/22 Tr. 212:22-23 (Systrom).  By that point, "Instagram was very widely adopted in the United States already."  4/16 Tr. 91:4-15 (Zuckerberg).  Recognizing Instagram's (and WhatsApp's) growth, Zuckerberg decided there needed to be closer coordination of all the company's apps.  *See* 4/15 Tr. 140:15-141:15 & 4/16 Tr. 87:3-88:15. Instagram no longer needed the same level of support from the Facebook app, particularly in the United States, so Meta eliminated some (but not all) growth bridges promoting Instagram from Facebook.  *See* 5/12 Tr. 24:10-24 (Schultz:  this was part of "managing our family of apps as a family rather than as a bunch of uncoordinated individual apps"); 4/29 Tr. 188:22-189:7 (Olivan: Meta left some growth measures in place).

232.    Meta implemented this change to prioritize the overall growth of the company and resolve the "strategy tax" that Zuckerberg described in PX3602-004-006 and improve cross-app

synergies.  *See* 4/15 Tr. 141:25-142:17 (Zuckerberg).  It did not hamper Instagram's growth in the United States.  *See* 4/16 Tr. 91:4-15 (Zuckerberg).  At most it caused an almost-imperceptible "blip" in Instagram's growth *rate*, but Instagram continued growing in absolute terms.  *See* 5/12 Tr. 24:25-26:10 (Schultz discussing DDX24.2, showing Instagram's growth rates); 5/8 Tr. 186:1-22 (Mosseri).  But Systrom nevertheless bristled at these changes and left Meta.  *See* 4/16 Tr. 91:16-92:20 (Zuckerberg); 5/12 Tr. 26:16-27:5 (Schultz).  Systrom's departure had no material effect on Instagram, which continued to grow.  *See* PX8128-002-004; 5/12 Tr. 27:6-28:21 (Schultz discussing DDX24.3 showing Instagram's overall growth); *see also id.* 28:22-29:2 (the subsequent growth "tells me Kevin [Systrom] overreacted").

233.    A dispute in 2015 over the best growth tactics did not permanently remove growth resources from Instagram (as the FTC suggests at FTC PF 358) or affect Instagram's growth.  That dispute arose when Schultz pulled two Meta employees from Instagram for "a few weeks" due to Systrom's resistance to the growth team's suggestions.  5/12 Tr. 14:3-7 (Schultz); *id.* 11:9-14:12 (Systrom's management of Instagram had stalled growth rates by 2015, leading to disagreements), 15:2-17 (the resolution of this "skirmish," i.e., Systrom adopting Schultz's ideas, resulted in a doubling of growth); *see also id.* 16:15-23:4 (Schultz discussing DX321).

### B.    WhatsApp (2014)

#### 1.    WhatsApp Pre-Acquisition

234.    Pre-acquisition, WhatsApp was focused on delivering reliable, lightweight text messaging.  5/20 Tr. 105:1-106:8 (Acton); 4/29 Tr. 80:18-81:2 (Olivan).  It charged users in certain developed countries, including the United States, a subscription fee.  5/20 Tr. 106:21-107:17, 140:18-141:16 (Acton).  WhatsApp's emphasis on text messaging and its subscription model helped it amass a following in countries with developing communications infrastructure, and where carriers charged per-text fees.  *See id.* 108:24-110:17; 4/17 Tr. 130:15-23 (Goetz);

4/29 Tr. 81:3-82:2, 109:13-23 (Olivan); 5/7 Tr. 98:4-18 (Cathcart); 5/5 Tr. 56:3-23 (Deng).

235.    WhatsApp's founders were committed to WhatsApp being a "simple, utilitarian and clean" messaging app.  5/20 Tr. 136:13-20, 138:10-13 (Acton).  Their "guiding principle" for WhatsApp was "No Ads! No Games! No Gimmicks!"  *Id.*; DX123.  Brian Acton, a WhatsApp founder, testified that he has "[n]o doubt" that, had WhatsApp remained independent, it would have remained focused on messaging and would not have pivoted to build "feed-like functionality" or other Facebook-like features or to become a direct competitor to Facebook. 5/20 Tr. 137:7-140:12.

236.    Every other witness with knowledge of pre-acquisition WhatsApp's operations agreed that WhatsApp would not have strayed from its mission statement to develop Facebook-like features.  E.g., Neeraj Arora – pre-acquisition WhatsApp Head of Business – testified: "[O]ur goal was very simple, just build a great messaging product for everyone in the world. That's it."  4/21 Tr. 141:25-142:7, 174:22-175:1; *id.* 173:19-22 ("the WhatsApp founders only cared about building a very useful product, messaging product for the users, and they didn't want to add extra things").  Similarly, Jim Goetz of Sequoia Capital, which was a minority investor in WhatsApp, testified that Acton and his co-founder "were laser focused on building a mobile messaging experience that was simple and robust and lightning fast and had massive distaste for any conversation around building social networking or gaming into the product."  4/17 Tr. 128:14-25, 129:11-24.  He explained that the co-founders "were mavericks and contrarians" who were "following their own path," and "gimmicks or games or social networking features were not of interest."  *Id.* 130:4-12.

237.    Contemporaneous documents confirm WhatsApp would not have pivoted.  For example, a 2013 Sequoia Capital memorandum to investors stated:  "WhatsApp has been loath to

turn its messaging user base into a platform for gaming or social networking as Kakao has done successfully in Korea and LINE is pushing in Japan and Taiwan."  PX10232-012.  A January 2014 internal email from DST, another WhatsApp investor, reported that WhatsApp's founders were committed to "messaging only."  DX245 at 1; *see also* Mehta Dep. Tr. 127:9-129:15 (discussing DX245 and agreeing the WhatsApp founders were primarily focused on messaging).

238.    No evidence supports the FTC's speculation that WhatsApp's founders would have created a second, Facebook-like app.  Goetz testified that there was never any consideration given to WhatsApp "launching a new app through the same company that would add social features," and when Sequoia suggested it, they were "quickly shot down and dismissed."  4/17 Tr. 130:24-131:8.  The FTC's own expert disclaimed any opinion that WhatsApp would have launched a second, Facebook-like app.  4/21 Tr. 83:9-10 (Rim).

239.    Before the acquisition, WhatsApp had a "fairly small" U.S. presence with less than 20 million MAUs, notwithstanding its global success.  DX244 at 1; Mehta Dep. Tr. 109:6-111:16 (discussing DX244); 4/17 Tr. 135:24-136:1 (Goetz:  WhatsApp's U.S. presence in early 2014 was "[n]ascent" and "de minimis"); PX8151 (WhatsApp had around 8% "[p]enetration" in the United States as of May 2013).  What limited U.S. usage it had was largely "diaspora" communicating with friends and family overseas.  *See* 4/17 Tr. 136:3-8 (Goetz); 4/29 Tr. 98:21-24 (Olivan); 5/20 Tr. 111:19-24 (Acton).  Contrary to FTC PF 268, DST did not characterize WhatsApp's U.S. growth rate as "very strong."  In the passage the FTC cites, Mehta was referring to the growth rate of BeReal, another social app DST invested in.  Mehta Dep. Tr. 76:7-15.

240.    The United States was a challenging market for WhatsApp.  Because "people felt like text messaging was free" in the United States, they were less willing to pay WhatsApp's $1 subscription fee.  5/20 Tr. 106:21-107:17, 111:4-18 (Acton); *see also* 4/16 Tr. 94:11-12

(Zuckerberg). There were also "other competitive forces" in the United States, including the built-in messaging service on iPhones – iMessage – that users perceived as free. 5/20 Tr. 111:4-18 (Acton); *see also* 4/15 Tr. 60:16-24 (Zuckerberg); 4/29 Tr. 71:2-11 (Olivan); 5/7 Tr. 93:24-94:22, 97:18-98:14 (Cathcart); 4/21 Tr. 33:11-15 (Rim). The United States thus was not a "priority country" or "core market" for WhatsApp. 5/20 Tr. 111:1-3, 112:15-17 (Acton); *see also id.* 109:1-3. And WhatsApp had no intention of "wast[ing] money" on marketing in the United States, which Acton likened to "flushing money down the toilet." *Id.* 111:25-112:8.

241.    There is no evidence WhatsApp would have dropped its subscription fee and monetized through ad sales in the "but for" world. Per Acton, WhatsApp was never going to do that: "Q. Did you ever have a plan to replace your subscription model with an ad-supported model? A. No. Absolutely not. Q. Was that ever on your roadmap? A. No." 5/20 Tr. 140:13-17; *see also* 4/21 Tr. 174:9-21 (Arora: not "aware of any plan at all for WhatsApp to add ads"; "was not even a discussion point"; and "was very clear [the founders were] not going to do it").

242.    Goetz dismissed the notion that Sequoia Capital could change WhatsApp on this issue as "laughable." 4/17 Tr. 141:3-10 ("there's just no chance they were ever going to embrace advertising"). The founders were in control. *See id.* ("We had two founders that were mavericks and had majority control of the company."); *see also* Mehta Dep. Tr. 129:22-130:14 (founders had the final say on key WhatsApp decisions); 4/21 Tr. 171:21:172:1 (Arora). WhatsApp's investors could not have forced WhatsApp to add advertising. *See* 5/20 Tr. 141:10-12, 144:23-145:13 (Acton); *see also* PX10227-057 (cited at FTC PF 286) (January 2014 analysis from Morgan Stanley, the investment banker for the WhatsApp acquisition, modeling WhatsApp as relying exclusively on "Subscription" and "Premium Content Revenue," not selling advertising).

243.    WhatsApp was cashflow positive pre-acquisition. *See* 5/20 Tr. 107:18-19

(Acton). The losses shown in accounting statements did not reflect the business's cash position and were driven by cost line items such as the value of unvested stock distributed as compensation. *See id.* 179:21-180:23; *cf.* PX3828-008, -010 (listing "Share-based compensation expense" as a loss). WhatsApp and its investors contemplated that WhatsApp might increase its revenue not only through growth, but also through increases to its subscription price or higher-paid tiers. *See* 5/20 Tr. 146:8-13 (Acton: "We also knew that over time we would establish pricing power and that in year one we might be charging $1 per year, but in year ten we might be charging 5 or $10 per year."); 4/17 Tr. 139:2-14 (Goetz: "Q. And you talked earlier about adding some features like the ability to send pictures or for video calling. Would there be an impact on the user fee if those kinds of features were added? A. Of course."); *see also id.* 140:9-21 (discussing possibility of charging more for a "premium tier"); PX10216-002 (February 2011 memo from Sequoia Capital discussing an increase in subscription fees); PX10232-003 (June 2013 memo discussing WhatsApp "iterating" on new paid "virtual goods" product).

## 2.    Meta's Decision To Acquire WhatsApp

244.   Zuckerberg, as the decisionmaker at Meta, decided to acquire WhatsApp. *See* 4/16 Tr. 106:13-16 (Zuckerberg); 4/29 Tr. 166:20-23 (Olivan). He understood that WhatsApp's founders were focused on messaging and had no intention to pivot by rolling out Facebook-like features. *See* 4/16 Tr. 106:17-21 (Zuckerberg); *see also* 4/29 Tr. 56:17-20 (Olivan) ("we had no evidence that WhatsApp was morphing into a social network"). After meeting with WhatsApp's founders in July 2012, Zuckerberg emailed colleagues explaining that the founders "[l]ook[ed] down on features in Asian clones" and were "unambitious" about expanding their app's feature set. DX1102 at 1-2; 4/16 Tr. 95:9-15, 98:7-99:20 (Zuckerberg). Zuckerberg testified: "It's hard to really express the disdain that they had for a lot of the things that the other social messaging apps – that it added different features, how kind of negatively they viewed some of that." 4/16

Tr. 95:1-19; *see also* Zoufonoun Dep. Tr. 296:9-19 (Meta's Vice President of Corporate

Development at the time: Zuckerberg never expressed concern that WhatsApp would pivot).

The FTC cites (at FTC PF 244) Zuckerberg's testimony that ***before*** getting to know WhatsApp's

founders, he thought WhatsApp might add Facebook-like features. But the FTC omits Zuckerberg's

testimony that, once he "really got to know Jan and Brian," "it became completely clear that they

would never do that because they sort of looked down on those types of additional features and

really took pride in keeping the WhatsApp experience very simple." 4/16 Tr. 95:1-15.

245.    Zuckerberg's view of WhatsApp was broadly shared throughout Meta and is

reflected in contemporaneous documents. E.g., a June 2012 presentation indicated that

WhatsApp was exceptional for its singular focus on messaging, stating: "***Except WhatsApp***,

[mobile messengers] are following the strategy: Growth -> Service Expansion -> Monetization."

PX12105-007 (emphasis added); *see also id.* at -018 (stating that WhatsApp is "[b]ig everywhere

except US, CA, and JP, KR, CN"); 4/29 Tr. 173:3-21 (Olivan discussing PX12105). Multiple

Meta executives confirmed they had "no evidence that WhatsApp was morphing into a social

network or adding a lot of features other than pure SMS replacement." 4/29 Tr. 56:14-20

(Olivan); *id.* 42:8-17, 80:18-82:2, 108:12-17, 175:22-176:18; 5/5 Tr. 57:25-58:9 (Deng had

"absolutely" no concern about WhatsApp pivoting; "[t]here was no signs of them wanting to

expand beyond text"); Zoufonoun Dep. Tr. 285:22-286:5 (dismissing this concern).

246.    None of the emails the FTC cites suggest that any Meta executive – much less

Zuckerberg – was concerned about WhatsApp pivoting into the United States as a "PSNS":

a.  PX10594 – a May 2012 email to Zuckerberg and others at Meta – identified

WeChat, Kakao, and LINE, not WhatsApp, as messengers that might become "full-fledged

social networking" apps. *See id.* at -008, -010, -011, -012, -013; 4/15 Tr. 46:2-47:11

(Zuckerberg).  Likewise, PX12108 and PX10271 – early 2013 documents from Zuckerberg – mention only those three apps (WeChat, Kakao, and Line), not WhatsApp, as apps pursuing a strategy of "trying to build social networks."  *See* PX12108-001; PX10271-002; 4/15 Tr. 42:3-23, 54:1-11 (Zuckerberg).

        b.    Regarding PX10452-004, Deng testified that the July 2012 deck identified "only . . . three [messengers], LINE, Kakao, and WeChat" as "posing a threat beyond messaging."  5/5 Tr. 31:13-23 (discussing PX10452); *see also id.* 32:5-8 ("WhatsApp is not mentioned."); PX10452-005 (WhatsApp different from other apps and not "Social").  Similarly, PX10449 – an April 2012 email discussing WeChat (only) adding features and tabs – is "a great example of primarily the Asian messaging products were the ones that were doing that."  5/5 Tr. 26:13-20 (Deng).  Deng testified similarly about PX10454.  *See id.* 35:7-23.

        c.    PX10626, from April 2012, was Meta's observation "that especially these Asian applications, KakaoTalk, LINE, WeChat, were evolving from pure messaging services into more fleshed social networks with profiles, feeds, now, we did not see that of WhatsApp," which "was the opposite."  4/29 Tr. 42:4-20 (Olivan) (WhatsApp was "really, really focused on the pure SMS replacement use case").

        d.    PX1103, from February 2013, describes WhatsApp (at -017) as a "[f]ast, functional interface," versus Kakao (at -025), a "[s]ocial [n]etwork," and WeChat (at -022), which was "[e]xpanding into social networking."  *See also* 5/5 Tr. 59:20-60:6 (Deng:  "How we viewed the other competitors was that they were expanding, and how we viewed WhatsApp was it was very much limited to text messaging.").

        e.    Other documents the FTC cites were never discussed at trial and lack context.  *See*, *e.g.*, FTC PF 236 (citing PX1116).

247.    Zuckerberg's plan was to scale WhatsApp with Meta's resources and make Meta a global leader in messaging.  *See* 4/16 Tr. 101:4-102:4.  Meta's success with Instagram gave Zuckerberg confidence that his team could do it again with WhatsApp.  *Id.*; *see also id.* 72:3-22.  The actual plan for WhatsApp is detailed in contemporaneous documents.  *See*, *e.g.*, DX1005 at 1 (February 2014 email in which Olivan and Zuckerberg discuss the plan to "[m]eaningfully improve WhatsApp's experience" with Meta's resources); PX2518-002 (February 2014 document sent to Sandberg stating Meta's plan to "help WhatsApp scale," including "by utilizing our technical, policy and marketing infrastructure"); PX14810-001 (February 2014 email stating Zuckerberg's plan was that "WhatsApp would remain independent").  Meta told its board that the "[r]ationale" for the WhatsApp acquisition was that Meta "can help [WhatsApp] grow" using Meta's "distribution" and "infrastructure."  PX10858-005.  Another "[r]ationale" for the acquisition was to "improve[] our strategic positioning in mobile."  *Id.*  This reflected Meta's plan to make WhatsApp strong, reducing the risk of Apple or Google removing Meta's apps from the Apple App Store or Google Play Store.  4/16 Tr. 107:15-109:5 (Zuckerberg).

248.    WhatsApp's founders negotiated a purchase price of $19 billion.  *See* 4/16 Tr. 109:6-11 (Zuckerberg); PX14810-001.  Meta believed that price reflected Meta's ability to grow WhatsApp into a global service with billions of users.  PX10858-012 (valuation framework in Meta board presentation projecting WhatsApp could reach 2 billion users by 2024); *see also* 4/15 Tr. 65:16-66:5 (Zuckerberg thought WhatsApp could "reach a billion people" and "be very valuable").  Specifically, Meta compared this price on a value-per-user basis with comparable public companies (e.g., X) and precedent transactions.  PX10858-009, -010.  The FTC's financial analysis expert confirmed this "made sense as a framework."  4/24 Tr. 63:8-65:5 (Hearle); *see also id.* 48:17-20 (no opinion that another set of comparable companies would have

been more appropriate); 4/21 Tr. 87:2-24 (Rim: this is "how a startup" or "a person in the startup industry" would value a startup).  The board presentation showed Meta would pay a lower enterprise value per user for WhatsApp than all but one of the other comparable public companies.  4/24 Tr. 48:9-13 (Hearle discussing PX10858-009).

249.    There is no evidence Meta overpaid for WhatsApp.  *See* 5/20 Tr. 143:15-21 (Acton: "we felt it was a fair valuation"); 4/17 Tr. 133:7-18 (Goetz: the purchase price was "a discount to its long-term value"); 4/24 Tr. 67:7-13; 43:20-44:15 (Hearle).  Sequoia Capital "would have happily remained independent as investors" rather than WhatsApp being sold for $19 billion, reflecting the firm's assessment at the time that WhatsApp was worth even more. 4/17 Tr. 133:7-18 (Goetz).  The FTC's various critiques of the purchase price ignore relevant facts.  E.g., a pre-acquisition February 2014 Google document valued WhatsApp at up to $60 billion.  DX739 at 7.  The FTC's expert did not consider this valuation, or other contemporaneous valuations, in his analysis of the purchase price.  4/24 Tr. 40:24-41:24, 56:20-59:12, 61:3-63:7 (Hearle).  He also ignored deal synergies and Meta's plans for WhatsApp, was not aware of the revenue WhatsApp has generated since the acquisition, and did not do a discounted cash flow analysis.  *Id.* 41:25-43:1, 55:14-20, 56:12-14.

### 3.    FTC Review and Clearance

250.    Meta announced its agreement to acquire WhatsApp on February 19, 2014.  JSF ¶ 60.  Meta submitted the WhatsApp acquisition to the FTC for premerger review on March 13, 2014.  *Id.* ¶ 46.  Meta and WhatsApp produced more than 1,000 pages of documents and data to the FTC, which interviewed 16 people from 9 nonparties.  *Id.* ¶¶ 47-48.  The FTC closed its investigation in April 2014, *see id.* ¶ 49, and the acquisition closed on October 6, 2014, *id.* ¶ 61.

### 4.    The WhatsApp Acquisition Produced Enormous Consumer Benefits

251.    Meta made WhatsApp free to U.S. (and global) users after the acquisition.  5/20

Tr. 147:22-148:7 (Acton); 5/7 Tr. 89:5-11 (Cathcart); 5/21 Tr. 77:10-17 (Carlton).

252.    Meta provided WhatsApp with substantial resources that allowed it to "grow faster" than it would have on its own.  *See* 4/21 Tr. 180:2-16 (Arora); PX8054 (showing WhatsApp's global MAUs grew from 549 million in 2014 to 2.6 billion by 2022); 5/20 Tr. 147:12-13 (Acton).  WhatsApp now has more than 3 billion global users, with more than 100 million U.S. MAUs.  5/7 Tr. 93:22-23, 96:8-11 (Cathcart); 4/16 Tr. 112:16-22 (Zuckerberg); *see also* 5/21 Tr. 80:2-10 (Carlton discussing DDX36.5).  It continues to grow today.  *See* 5/7 Tr. 96:10-20 (Cathcart discussing DDX25.14).  There is no evidence that WhatsApp would have achieved this growth, or grown as quickly, absent the acquisition.

253.    Meta has invested heavily in marketing WhatsApp.  5/7 Tr. 96:23-97:16, 107:5-8 (Cathcart).  It also gave WhatsApp engineering and other resources.  *Id.* 89:12-18, 111:19-20 (Meta increased WhatsApp from 50 employees to more than 1,400); 5/20 Tr. 149:10-19 (Acton); 4/21 Tr. 178:2-18 (Arora).  Meta put WhatsApp on its proprietary hyperscale infrastructure, which improved WhatsApp's performance, including in rural areas around the globe.  *See* 5/20 Tr. 149:24-150:21, 151:5-18 (Acton); 4/15 Tr. 85:14-20 (Zuckerberg); 5/7 Tr. 81:23-82:3 (Cathcart); *see also* 5/6 Tr. 109:3-110:3 (Rosen).  This made WhatsApp more reliable.  5/20 Tr. 150:12-21, 213:5-14 (Acton).  It also reduced latency.  4/15 Tr. 77:22-25, 85:14-20 (Zuckerberg); 5/20 Tr. 149:24-150:11 (Acton).  These improvements allowed WhatsApp to leapfrog work it would have otherwise had to do.  5/20 Tr. 151:13-18, 213:5-14 (Acton).

254.    Meta has released many new features for WhatsApp, including VoIP calling, video calling and sharing, group messaging (with 1,000+ members), a Communities tab, and end-to-end encryption.  4/15 Tr. 173:2-24 (Zuckerberg); 5/7 Tr. 75:3-77:23, 84:15-88:8, 89:19-93:18 (Cathcart); 5/20 Tr. 148:16-149:10 (Acton); 4/29 Tr. 203:14-16 (Olivan); DX1181 &

DX1209 (WhatsApp features Meta added).  For example, Meta recently launched a tool for chatting and searching with AI on WhatsApp.  5/7 Tr. 92:24-93:18 (Cathcart).  Meta also pushed WhatsApp to develop more social features, including Channels (a content feed) and Status, which is one of the biggest stories services worldwide.  4/16 Tr. 106:17-107:14 (Zuckerberg); 5/7 Tr. 66:20-67:1, 67:12-22, 84:15-88:8 (Cathcart); 5/12 Tr. 92:20-93:2 (Schultz).

255.    Meta's monetization strategy – reflected in the February 2014 board deck regarding approval of the transaction, *see* PX10858-015 – was to take the long view by prioritizing WhatsApp's growth over monetization.  *See* 4/15 Tr. 68:2-10 (Zuckerberg); PX2518-003, -004 (February 2014 document stating Meta's intent to remain "focused on [WhatsApp's] growth" before monetization:  "[t]hat is the plan here – we will focus on scaling WhatsApp's service to connect the (entire) world" and "we're not in a hurry" to monetize); Zoufonoun Dep. Tr. 279:11-280:7; 4/29 Tr. 104:19-105:4 (Olivan).  This is Meta's "standard operating procedure."  5/12 Tr. 76:17-77:14 (Schultz); *see also* 4/15 Tr. 232:3-19 & 4/16 Tr. 113:15-114:3 (Zuckerberg); 5/7 Tr. 65:18-66:19 (Cathcart); 5/15 Tr. 24:13-25:3 (Alison).

256.    Meta ultimately monetized WhatsApp through business-messaging tools, including a product called "Click-to-WhatsApp" that allows a user to click on an ad in Facebook or Instagram to start a WhatsApp conversation with the advertiser.  *See* 4/15 Tr. 238:24-239:8 (Zuckerberg); 5/7 Tr. 62:5-63:9, 104:17-106:9 (Cathcart discussing DX571 at 11-12); 5/20 Tr. 16:14-17:19 (C. Tucker discussing DDX33.7), 46:11-19. ███████████████████████

█████.  5/7 Tr. 64:10-17 (Cathcart: ██████████████████); 5/1 Tr. 148:18-23 (Hegeman, similar).  ███████████████████████████████████████

███████████████████.  5/7 Tr. 64:18-65:14 (Cathcart); *see also* 4/16 Tr. 111:13-112:3 (Zuckerberg explaining how AI will boost click-to-messaging revenue).  Click-to-WhatsApp

revenue is incremental to Meta's overall revenue, in addition to giving Meta more ad inventory and formats so it can show users relevant ads.  *See* 5/7 Tr. 113:7-20, 119:15-121:12 (Cathcart).

257.    WhatsApp generates between $25.6 and $31.5 billion in annual consumer surplus for U.S. users.  DX1179; 5/21 Tr. 170:12-172:3 (Carlton discussing the methodology in DX1179).  The value of WhatsApp for the additional U.S. consumers – who were attracted to the app after Meta made it free and improved it – is consumer surplus that the FTC did not dispute.  *See* 5/13 Tr. 138:15-23 (Hemphill acknowledging he disregarded benefits of Meta making WhatsApp free), 138:24-139:6 ("we need to think about a but-for world and what would happen in an alternative world with respect to messaging users," but "I've not done that analysis").  The acquisition was "a really, really good win, win, win for the users of WhatsApp," including because Meta made it "free" and "faster."  4/21 Tr. 177:15-21 (Arora); *see also id.* 178:8-179:2.

### 5.    The FTC's Speculative and Unsupported Arguments

258.    **No "Other Acquirer" Theory.**  WhatsApp had no other concrete offers in 2014. 5/20 Tr. 143:22-144:18 (Acton); 4/17 Tr. 133:19-134:6 (Goetz).  Non-Meta inquiries around the time were not "serious" or "real" offers.  4/21 Tr. 142:19-143:22 (Arora).  Regarding a rumored Tencent offer in 2012, the WhatsApp founders told Zuckerberg there was none.  PX1365-001 (cited at FTC PF 254); 5/20 Tr. 143:22-23 (Acton).  Google made a non-binding, unwritten offer in the 2010-to-2011 timeframe to acquire WhatsApp for $100 million – which went nowhere. *See* 5/20 Tr. 144:1-15 (Acton); 4/21 Tr. 135:5-18 (Arora); 4/17 Tr. 133:23-134:6 (Goetz). Regarding a rumored Google offer in April 2013, a WhatsApp co-founder wrote Zuckerberg: "this is not true."  PX1002-001 (cited at FTC PF 255); PX10229-001 (cited at FTC PF 287).

259.    WhatsApp was not interested in being acquired when Meta approached it in 2014. *See* 5/20 Tr. 141:13-16, 146:17-25 (Acton).  It was persuaded to sell to Meta, in significant part, because Meta proposed to let WhatsApp continue as an independent app under the direction of

its co-founders. *See id.* 141:23-142:24. Any acquirer would have had to agree to the founders' stipulations, including to keep the app lightweight and not add other social features or advertising. *See id.*; *see also id.* 137:21-139:6, 144:19-22. PX1297 – an October 2012 chat between Olivan and two Meta employees, Ben Davenport (then a Facebook Messenger engineer) and Peter Deng, neither of whom were involved in the WhatsApp acquisition, Davenport Dep. Tr. 211:19-21; 5/5 Tr. 61:12-17 (Deng) – discussing a potential Google acquisition of WhatsApp, was mere speculation about what "Google could have done" outside the United States by acquiring WhatsApp, 4/29 Tr. 106:12-108:11 (Olivan). Olivan's view, "having met the founders of WhatsApp," was that feature expansion beyond messaging "would be a tough, tough thing to convince them" to do. 4/29 Tr. 106:12-108:17. Nothing ever came of this 2012 chat. Davenport Dep. Tr. 211:1-8.

260. **No Reduced Meta Investment in Messenger.** Post-acquisition, Meta continued to innovate and invest in Messenger, including by releasing new features such as Status. 4/29 Tr. 176:19-25 (Olivan); 5/5 Tr. 51:12-19 (Deng); 5/12 Tr. 94:10-95:10 & 5/8 Tr. 239:11-240:8 (Schultz); DX585 at 18. Meta has grown both WhatsApp and Messenger, ███████████ █████████████████████, *see* 5/12 Tr. 95:3-10 (Schultz); 4/16 Tr. 105:14-21 (Zuckerberg); 4/29 Tr. 176:24-177:4 (Olivan), as Meta intended at the time of the acquisition, DX1005 at 1 (February 8, 2014 email from Olivan to Zuckerberg explaining plan to grow WhatsApp while "continue investing in Facebook Messenger since there are meaningful complimentary [sic] differences"); 4/29 Tr. 112:18-23, 167:21-168:16 (Olivan discussing DX1005 and plan to grow both apps). Meta has continued to release other messaging tools and services for its other apps – e.g., Meta launched "Broadcast Channels, a public, one-to-many messaging tool for Pages on Facebook" and Messenger in October 2023. DX1207 at 1, 2; *see also* 5/7 Tr. 258:12-13 (Schultz).