```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     FEDERAL TRADE COMMISSION,
 3                                        Civil Case
                      Plaintiff(s),       No. 20-03590 JEB
 4          v.
                                          Washington, D.C.
 5   META PLATFORMS, INC.,
                                          April 24, 2025
 6                    Defendant(s).       Morning Session

 7   ----------------------------------------------------------

 8                         BENCH TRIAL
              BEFORE THE HONORABLE JAMES E. BOASBERG
 9               UNITED STATES DISTRICT CHIEF JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):   Daniel J. Matheson, Esquire
                             Noel Miller, Esquire
12                           Nathan Brenner, Esquire
                             Federal Trade Commission
13                           Bureau of Competition
                             400 Seventh Street Southwest
14                           Washington, D.C. 20024

15


16   FOR THE DEFENDANT(S):   Mark C. Hansen, Esquire
                             Geoffrey M. Klineberg, Esquire
17                           Ariela Migdal, Esquire
                             Kellogg, Hansen, Todd, Figel
18                            & Frederick, PLLC
                             1615 M Street Northwest
19                           Suite 400
                             Washington, D.C. 20036
20


21


22   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
23                           333 Constitution Avenue Northwest
                             Washington, D.C. 20001
24                           tammy_nestor@dcd.uscourts.gov

25
```

```
1                            I-N-D-E-X

2
     WITNESS                DIRECT   CROSS   REDIRECT   RECROSS
3
4    KEVIN HEARLE

5      BY MS. MILLER          6                72

6      BY MS. MIGDAL                 45

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    The following proceedings began at 9:31 a.m.:

 2            THE COURT:  Good morning, everyone.

 3            Okay.  FTC, any preliminary issues this morning?

 4            MR. MATHESON:  We wanted to call Your Honor's

 5    attention to the fact that we will be playing a video after

 6    the first live witness.  It has 28 minutes of public and 5

 7    minutes of sealed.  It's our hope we can time it so that we

 8    can combine the sealed with the lunch break.  But if Your

 9    Honor would prefer, we can put it to the end of the day or

10    some other time.

11            THE COURT:  Five minutes, I'm not worried.  We can do

12    five minutes whenever it works in your case.

13            MR. MATHESON:  Okay.  Thank you.

14            And the first remote witness will testify today.  She

15    will be available at 1:30 Eastern.  So if we take the normal

16    lunch break, we think that will work out well.

17            Finally, we have a really unfortunate dispute with

18    the other side regarding scheduling.  I really hate to bring

19    this to Your Honor's attention.  We want to call their

20    corporate representative, Alex Schultz.  He has been here

21    every day.  We were never told he had any blackout dates.

22    We were told he would be here every day of trial.

23            We want to call him next Thursday.  We disclosed

24    this, pursuant to the parties' agreement, in a timely

25    fashion.  I can explain the reasons that we need to make
```

1    this change.  We have told Meta the reasons.

2         THE COURT:  As opposed to calling him with the change

3    was from when?

4         MR. MATHESON:  I believe he was called May 7.  We

5    cannot call the witness on May 1.  I would be happy to

6    elaborate under a husher.  It relates to a personal matter.

7         THE COURT:  You want to call him May 1 instead of

8    May 7?

9         MR. MATHESON:  Yes.  We want to push the guy we were

10   going to call May 1 back to May 7.

11        THE COURT:  And May 5 or 6 doesn't work?

12        MR. MATHESON:  There's a complicated waterfall, Your

13   Honor.  If we move Mr. Schultz to May 5, we are going to

14   have to move a bunch of other witnesses.  We would be

15   amenable to that as well if we could move them up to May 1.

16   But just moving Mr. Schultz solves all the problems, and we

17   thought he would be easy to move because he's got no

18   blackout dates, and he's always here.

19        THE COURT:  Mr. Hansen.

20        MR. HANSEN:  Good morning, Your Honor.  I know you

21   want to get to the proof, so I will try and be brief.  We

22   have spent a lot of time and effort trying to lock down

23   schedules with these high-level corporate witnesses, and

24   it's not fair or appropriate to us to suddenly advance

25   Mr. Schultz a week.  We have two witnesses on the 1st, very

1    high-level witnesses, who have to testify then, Mr. Alison

2    and Mr. Hegeman.  They will take pretty much the full day.

3           Mr. Schultz, on the other hand, is out of town until

4    early next week on business matters.  You have ordered that

5    he has to testify in our case as well as in their case.  We

6    won't have time to prepare him.  It will be unfair.  Plus,

7    it's likely, even if he starts on the 1st, he will spill

8    over three or four days, in which case we can't talk to our

9    corporate representative during that period.

10          They have paid witnesses available.  Mr. Hemphill was

11   in court yesterday, Mr. McCoy.  We don't even think there's

12   an issue.  We think the 1st will be totally consumed with --

13   I don't think Mr. Matheson said otherwise.  They are going

14   to call Mr. Alison and Mr. Hegeman.  They are long

15   witnesses, significant witnesses, and they have ten hours of

16   video they have to play.

17          THE COURT:  My answer is you folks have to figure it

18   out.  That's my answer.

19          MR. MATHESON:  Got it, Your Honor.

20          THE COURT:  Other preliminary issues, Mr. Matheson?

21          MR. MATHESON:  Not for us.  Thank you, Your Honor.

22          THE COURT:  Mr. Hansen?

23          MR. HANSEN:  No, Your Honor.

24          THE COURT:  Okay.  FTC may call its next witness.

25          MS. MILLER:  Good morning, Your Honor.  Noel Miller

 1    from the Federal Trade Commission.  At this time the Federal

 2    Trade Commission calls Mr. Kevin Hearle to testify.

 3         THE COURT:  Okay.

 4         Good morning, sir.  Step right on up and raise your

 5    right hand when you arrive, if you would be so kind.

 6                         KEVIN HEARLE

 7    Having been first duly sworn on oath, was examined and

 8    testified as follows:

 9         THE COURTROOM DEPUTY:  Thank you.  You can be seated.

10                      DIRECT EXAMINATION

11    BY MS. MILLER:

12    Q    Good morning, Mr. Hearle.

13    A    Good morning.

14    Q    Would you please state and spell your name for the

15    record.

16    A    Kevin Hearle.  Last name is H-E-A-R-L-E.

17    Q    Mr. Hearle, where do you work?

18    A    I work at the Federal Trade Commission.

19    Q    If I refer to the Federal Trade Commission as the FTC,

20    would you understand me?

21    A    Yes.

22    Q    What is your current position at the FTC?

23    A    Financial analyst.

24    Q    How long have you worked at the FTC as a financial

25    analyst?

1  A   I joined the FTC in March of 2019, so just over six

2  years.

3  Q   Now, stepping back a little bit, Mr. Hearle, can you

4  please describe your education.

5  A   I have a bachelor's degree in economics from Swarthmore

6  College and an MBA from Stanford University.

7  Q   With regard to your MBA program at Stanford University,

8  what did you study?

9  A   Finance, accounting, general management, marketing,

10  manufacturing, operations, tax, economics, ethics, and some

11  other courses.

12  Q   Prior to joining the FTC, what type of work did you do?

13  A   Well, for about 30 years, I worked in economics

14  consulting primarily on antitrust cases working alongside

15  economists.

16  Q   What type of work do you do as a financial analyst at

17  the FTC?

18  A   I review efficiency claims advanced in merger

19  transactions.  I analyze valuations.  I analyze financial

20  terms, deal terms, of proposed transactions.  I analyze the

21  financial viability/profitability of companies.  And I

22  analyze accounting data to try to make that data useful for

23  economic analyses of interest to the commission.

24  Q   You mentioned that you have experience analyzing

25  financial terms of merger transactions.  Around how many

1    merger transaction financial terms have you reviewed as a

2    financial analyst?

3    A    I would say about a dozen.

4    Q    And you also mentioned that you have experience

5    analyzing valuations.  Around how many valuations of

6    companies have you reviewed or analyzed?

7    A    More than -- dozens, a couple dozen at least.

8    Q    And I think you mentioned that you reviewed efficiency

9    claims.  Are those sometimes referred to as cost saving

10   claims?

11   A    Well, cost savings can be a component of efficiencies

12   claims, so they are not synonymous.  Efficiencies claims can

13   be brought into cost savings, but they are related.

14   Q    In your role as a financial analyst, what is your

15   experience reviewing or analyzing cost savings claims?

16   A    Well, I have analyzed efficiencies claims on perhaps a

17   dozen cases.  A recent example is I reviewed efficiencies

18   claims in a trial, Tempur Sealy's acquisition of Mattress

19   Firm.

20   Q    Do you have an understanding of whether the court in

21   that case adopted your testimony?

22   A    My understanding is the judge agreed with my conclusions

23   in that case.

24   Q    And I believe you also mentioned that you have

25   experience assessing profits of companies.  Is that right?

```
 1    A    Yes.
 2    Q    Around how many profitability analyses have you done as
 3    a financial analyst?
 4    A    At least a dozen.
 5         MS. MILLER:  Your Honor, at this time I submit
 6    Mr. Hearle as an expert in financial analysis.
 7         THE COURT:  Any objection?
 8         MS. MIGDAL:  No objection, Your Honor.
 9         THE COURT:  Okay.  He will be so qualified.
10    BY MS. MILLER:
11    Q    Mr. Hearle, did you prepare a slide deck for your
12    testimony today?
13    A    Yes, I did.
14    Q    Is this the slide deck you prepared?
15    A    It looks like it, yes.
16    Q    Can you please describe what you were asked to do in
17    connection with the FTC's analysis in this case?
18    A    Well, as shown on this slide, I had basically five
19    assignments shown here.  I was asked to analyze Meta's
20    profitability.  I was asked to analyze the valuation methods
21    Meta used to value WhatsApp to justify the expected
22    19 billion purchase cost for acquiring the company.  And
23    related to that, I was asked to quantify the size of the
24    transaction premium Meta incurred, or expected to incur,
25    when it acquired WhatsApp.
```

1    Next, I was asked to analyze Meta's revenues and

2    expenses from WhatsApp since its acquisition.

3    And finally, I was asked to analyze the verifiability of

4    Meta's claims of cost savings both from infrastructure,

5    savings for Instagram, and some other cost savings claims.

6    Q    Did you reach any conclusions based on your analyses in

7    this case?

8    A    Yes.  I have a slide that summarizes briefly my

9    findings.

10   Q    What did you conclude with regard to the first topic you

11   mentioned about Meta's profits?

12   A    I found that Meta has been highly profitable since its

13   inception.

14   Q    What about with respect to the valuation method point

15   that you pointed out, what conclusion did you reach on that

16   topic?

17   A    I found that the methods Meta used to value WhatsApp at

18   the time when it was considering the acquisition, that those

19   methods did not constitute standard valuation approaches.

20   Q    And you mentioned -- you referred to a size of a

21   transaction premium.  What conclusions did you reach about

22   that topic?

23   A    I found the transaction premium that Meta expected to be

24   135 percent.

25   Q    And to confirm, was that Meta's expected -- the

1    transaction premium based on Meta's acquisition of WhatsApp?

2    A    Yes.  That was the excess of Meta's expected purchase

3    cost of WhatsApp as compared to the company's standalone

4    valuation prior to the acquisition.

5    Q    What about with respect to WhatsApp's revenues and

6    expenses after being acquired by Meta, what did you conclude

7    on that topic?

8    A    Well, over the time period I was able to analyze Meta's

9    data regarding WhatsApp's revenues and expenses, I found

10   that Meta's expenses exceeded its revenues in every year I

11   was able to analyze.

12   Q    And with respect to Meta's cost savings claims, what

13   conclusions did you reach about the verifiability of Meta's

14   cost savings claims?

15   A    I found that the documentation Meta submitted to support

16   these cost savings claims, the documentation was

17   insufficient to verify them.

18   Q    Did you prepare an expert report in this matter?

19   A    Yes.

20   Q    If you look at the binder in front of you, I believe it

21   has the yellow cover.

22   A    Uh-huh.

23   Q    Is this a copy of your expert report in this case?

24   A    Yes.

25   Q    And did you prepare a rebuttal report in this case?

```
 1    A    I did.

 2    Q    At the next tab in that binder, is this a copy of your

 3    rebuttal report from the case?

 4    A    Yes, it is.

 5         MS. MILLER:  Your Honor, I would like to move

 6    Mr. Hearle's reports into evidence at this time.  I

 7    understand there is briefing happening on this, but I am

 8    also happy to address right now.

 9         MS. MIGDAL:  Your Honor, we maintain the same

10    objection to the expert reports coming in.

11         THE COURT:  Same ruling, which is I will defer until

12    I've read them.

13         MS. MILLER:  Thank you, Your Honor.

14    BY MS. MILLER:

15    Q    Mr. Hearle, I would like to dig into the analyses and

16    conclusions that you reached in this case.  Let's start

17    first with the first topic that you mentioned, which I

18    believe was Meta's profits.

19         As an initial matter, what do you mean by profits in

20    this context?

21    A    I sought to estimate whether Meta has been earning

22    economic profits.

23    Q    What are economic profits?

24    A    Well, a company earns economic profits when it generates

25    a rate of return on its business that exceeds the company's
```

```
1    cost of capital.
2    Q    Now, I would like to come back to those terms you used
3    on rate of return and cost of capital, but first, why do you
4    analyze economic profits?
5    A    Well, my understanding is economic theory predicts that
6    firms in a competitive industry in the long run should earn
7    a rate of return that is equal to the industry's cost of
8    capital and that -- so in light of that prediction and
9    economic theory, I thought it would be helpful to estimate
10   Meta's economic rate of return or support rate of return
11   since its inception and then compare that result with Meta's
12   cost of capital.
13   Q    So now turning to the term rate of return, what does
14   rate of return refer to?
15   A    Well, in general, the rate of return on an investment is
16   a measure of the investment's profitability.  It's basically
17   the investment payoff during some time period divided by the
18   investment amount.
19   Q    Have you heard of the term internal rate of return?
20   A    Yes.
21   Q    What is an internal rate of return?
22   A    Well, internal rate of return is a version of a rate of
23   return calculation that summarizes an investment's rate of
24   return when the investment generates cash flows or income
25   over an extended time period.
```

1    Q    And you mentioned that to measure economic profits, you

2    compare the rate of return to the cost of capital.  What is

3    the cost of capital in this context?

4    A    In general, a company's cost of capital is the minimum

5    rate of return the company needs to provide to its investors

6    to compensate those investors for the risks they are

7    undertaking by investing in the company.

8         But in this context, the cost of capital is also a

9    measure of the rate of return one would expect if a company

10   is earning no more than the competitive profit rate.

11   Q    Do you sometimes, in your experience as a financial

12   analyst, use the cost of capital as a benchmark to compare

13   against?

14   A    Yes.  In the comparison I am making here between Meta's

15   actual average rate of return to its cost of capital, I'm

16   using cost of capital as a benchmark for this competitive

17   profit rate.

18   Q    Have you heard the term weighted average cost of

19   capital?

20   A    Yes.

21   Q    What is the weighted average cost of capital?

22   A    Basically synonymous with the cost of capital.  It's a

23   method of calculating cost of capital that's standard in the

24   literature.

25             (There was an interruption by the court reporter.)

1          THE WITNESS:  Weighted average cost of capital is a

2     standard method of calculating a company's cost of capital.

3     BY MS. MILLER:

4     Q   For this case, did you calculate Meta's internal rate of

5     return using a particular formula?

6     A   I did.  I have a slide that shows the formula.

7     Q   And is this the formula that you used?

8     A   Yes, it is.

9     Q   Did you use any materials or documents to calculate

10    Meta's internal rate of return?

11    A   I did.  In order to calculate the company's rate of

12    return since inception, I estimated -- calculated the

13    company's cash flows year by year since its inception and

14    included additional cash flows beyond historical time period

15    to represent future expected cash flows.

16         In order to estimate those cash flows, I used financial

17    data, financial statements, and a long-range planning

18    document that Meta produced in the case.

19    Q   Did you reflect your calculations of Meta's internal

20    rates of return anywhere?

21    A   I did.  I think I have a slide that shows my

22    calculations and results.

23    Q   Based on your calculations, what was Meta's internal

24    rate of return?

25    A   Well, I calculated two estimates.  The first one

1    included cash flows from the company's inception through

2    2022, which is the last year for which I had historical

3    financial data.  That result was 36.4 percent.  It was an

4    average annual rate of return on the business.

5         The second calculation I did included --

6         THE COURT:  Is that -- sorry.  Never mind.  It's at

7    the bottom.  Got it.  Go ahead.

8         THE WITNESS:  The second calculation I ran included

9    cash flows I derived from a Meta long-range planning

10   document that reflected the base case projection for 2023

11   through 2030.  And including those cash flows, I found a

12   rate of return over the full period of 41.4 percent per

13   year.

14   BY MS. MILLER:

15   Q    Do you have an understanding of whether 36.4 percent or

16   41.4 percent per year is a high internal rate of return?

17   A    Well, in my view, that's not really the right question

18   to ask.  The right question is how the company's average

19   internal rate of return, internal rate of return, compared

20   to the company's cost of capital.

21   Q    Did you calculate Meta's cost of capital in this case?

22   A    Yes, I did.

23   Q    What did you use to calculate Meta's cost of capital?

24   A    I used some standard industry sources to obtain their

25   estimates of Meta's cost of capital year by year over the

1    same time period.  The sources were Ibbotson and its

2    successors, Bloomberg.  And I then averaged their results

3    year by year and constructed an overall average for the

4    whole time period.

5    Q   Did you reflect your calculations of Meta's cost of

6    capital anywhere?

7    A   Yes.  I have a slide that shows the data and the

8    calculations.

9    Q   Based on your calculations of Meta's cost of capital,

10   what did you conclude?

11   A   Well, the overall weighted average I obtained was

12   9.8 percent, roughly 10 percent.

13   Q   So comparing Meta's internal rate of return to its cost

14   of capital, what did you determine about Meta's profits?

15   A   I concluded that Meta has been highly profitable as an

16   enterprise since its inception.

17   Q   Is there any place that you provide an illustration of

18   this so we can maybe understand it a little bit better?

19   A   Yes.  I have a slide shown here, just a rough

20   illustration of what we are talking about.  On this slide,

21   the green line shows the cumulative cash flows that a

22   hypothetical investment would generate if it had a rate of

23   return equal to the weighted average cost of capital.  I

24   calculated 10 percent.  So this is sort of the competitive

25   benchmark.

1          What this shows is after an assumed seven-year

2     investment lifetime, the investment would generate net cash

3     flows cumulatively at $44.  So spend a hundred

4     hypothetically on an investment, the investment would

5     generate $144 in positive cash flow, the net would be 44.

6          The blue line uses just 40 percent as a benchmark, and

7     it runs the same calculation and asks how much would a

8     40 percent per year investment generate in terms of

9     cumulative cash flow.  And the end result was cumulative

10    cash flow at a 40 percent annual return would generate about

11    a little bit less than five times as much total cumulative

12    cash over its life.

13         THE COURT:  Can I ask you, the WACC talks about

14    10 percent, 10 percent of what?  As I understand the rate of

15    return --

16         THE WITNESS:  10 percent is an annual percentage

17    return rate.  It's the cost of capital which --

18         THE COURT:  Are you saying that's what they would

19    need to maintain to return their investors' money?

20         THE WITNESS:  That's the minimum rate of return the

21    investors in the company require, demand --

22         THE COURT:  Right.  That's not the cost of capital;

23    that's the return at an average cost?

24         THE WITNESS:  Well, it is the cost.  It's an economic

25    cost to the company.  They need to generate -- the company

1    is taking investors' money.  The company could just give the

2    investors back that money, or instead, it could invest in

3    its business.  So the investors are losing the opportunity

4    to earn return on the money, and so they require at least a

5    10 percent payback to justify the investment.  That's the

6    idea.

7    BY MS. MILLER:

8    Q    So this does seem a little complicated, Mr. Hearle.

9    Couldn't you just use Meta's recent annual reports to

10   determine Meta's profitability?

11   A    No.

12   Q    Why not?

13   A    Well, my calculation of economic profits here compares

14   internal rate of return for the enterprise over its life

15   with cost of capital.  For one thing, financial statement

16   for a company never tells you -- never reports the cost of

17   capital.  That's a figure one has to estimate.

18       And the internal rate of return requires information on

19   cash flows extending over a long time period including

20   ideally projected future cash flows which you can't see in a

21   current financial statement.

22   Q    Were you able to review Meta's recent annual reports to

23   determine whether they are consistent with your findings

24   from your calculations?

25   A    Yes.

```
 1   Q   And what did you conclude about whether Meta's recent
 2   annual reports are consistent with your findings?
 3   A   When I derived Meta's cash flows year by year, I had
 4   historical financials through 2022.  Since then, Meta has
 5   published financial statements, 10Ks, for 2023 and 2024.  I
 6   looked at those financial statements and calculated the cash
 7   flows Meta had generated in those years using the same
 8   approach I did here and found Meta's cash flows to be larger
 9   than the amounts I used in my calculations.
10   Q   And what does Meta's cash flows being larger than the
11   amounts you used in your calculations mean for your overall
12   assessment?
13   A   Well, had I used that more recent information, I most
14   likely would have found a higher internal rate of return, a
15   higher rate of return for the company.
16   Q   Did you compare Meta's profitability to that of any
17   other company to see whether Meta's profits were unusual?
18   A   No, I did not.
19   Q   Why not?
20   A   That kind of comparison was not necessary for me to
21   appraise Meta's profitability.  Again, comparison is the
22   actual rate of return the company has generated since
23   inception versus the cost of capital competitive benchmark.
24   Those two figures don't depend on my doing the same analysis
25   for any other firm.
```

1      Moreover, had I tried to do that sort of analysis for

2    other companies, it would have been very challenging to do.

3    For one thing, estimating a company's internal rate of

4    return like I have done here is very hard to do.  It

5    requires information that is just generally not available.

6    Q    To confirm, have you measured profits using an internal

7    rate of return compared to a cost of capital previously as

8    part of your work as a financial analyst?

9    A    Yes, I have.

10   Q    Is the approach you took here consistent with the

11   approach you have taken previously?

12   A    Yes.

13   Q    Mr. Hearle, I would like to take a moment to look at

14   what Meta has done with its profits and turn now to focus on

15   Meta's acquisition of WhatsApp and your analysis of the

16   valuation analyses Meta used there.

17       As an initial matter, what is your understanding of the

18   total purchase cost Meta expected to incur to acquire

19   WhatsApp?

20   A    Meta expected a total cost of 19 billion at the time

21   when they decided to acquire WhatsApp.

22   Q    How did you determine that that was the total purchase

23   cost Meta expected to incur to acquire WhatsApp?

24   A    I found that figure in a presentation Meta made to its

25   board of directors a couple of days before it acquired the

```
 1    company.

 2    Q    And is that what we are looking at on the screen in

 3    front of us?

 4    A    Yes.

 5    Q    How did you learn that this was something that Meta had

 6    presented to its board of directors?

 7    A    That was based on testimony of individuals involved and

 8    who worked on the transaction.

 9    Q    I think when you talked about this topic, you mentioned

10    valuation methods.  What are valuation methods?

11    A    They are approaches analysts use to estimate the market

12    value of a company or an asset.

13    Q    In your experience, are there valuation methods that are

14    considered standard when valuing a company?

15    A    Yes.  There are three sort of widely recognized standard

16    methods used in valuation.

17    Q    What are those three standard valuation methods?

18    A    They are commonly known as the income approach.  A

19    version of that is discounted cash flow.  Second is the

20    market approach.  And the third is the asset or cost

21    approach.

22    Q    Now, Mr. Hearle, you mentioned the slide deck.  I would

23    like to show you what has been marked as PX10858.

24            MS. MILLER:  Your Honor, this has been preadmitted by

25    Meta.
```

```
 1              THE COURT:  Okay.
 2    BY MS. MILLER:
 3    Q    Turning to the second page, is this the presentation
 4    that you understand was presented to the Meta board of
 5    directors that contained Meta's valuation analysis for
 6    WhatsApp?
 7    A    Yeah, that's the first page of the presentation.
 8    Q    Do you have an understanding of the date of this board
 9    presentation?
10    A    From the cover here, it's February 17, 2014.
11    Q    And it notes Cobalt transaction.  Do you have an
12    understanding from your analysis in this case as to what
13    Cobalt refers to?
14    A    Yes.  Cobalt was Meta's code name for WhatsApp at the
15    time.
16    Q    Was there any particular information in this
17    presentation that your analysis focused on?
18    A    Well, I looked at the whole thing, but there is one
19    slide in particular that's labeled valuation framework that
20    I focused on.
21    Q    Turning to what has been marked as -012 at the bottom,
22    is this the valuation framework that you understand was
23    presented to Meta's board of directors?
24    A    Yes.
25    Q    What did you conclude from your analysis of the
```

1    valuation framework that was put together in this case?

2    A    Well, if you recall, the expected purchase cost for Meta

3    at the time, purchasing WhatsApp, was 19 billion.  So what

4    this valuation framework was doing was basically assuming

5    WhatsApp was worth 19 billion.  That's the 2014 EV 19 under

6    Cobalt.

7        And then the calculation was estimating some future

8    level of revenue that WhatsApp would need to generate to

9    justify incurring that 19 billion expected cost.

10   Q    You mentioned, I think, a time frame.  Does this slide

11   make any assumptions about a time horizon?

12   A    Yes.  The assumption is the relevant year for

13   determining this required revenue was ten years hence 2024.

14   Q    Do the calculations on this slide reflect a standard

15   valuation method?

16   A    No, they do not.

17   Q    Why not?

18   A    Well, just in general, the valuation methods start with

19   data, input data, make calculations, and run the

20   calculations on the data to calculate a value of a company

21   or an asset as the output of the analysis.  So use data,

22   calculations, formulas.  Here is -- the output is the value.

23       Here, the value is assumed to be 19 billion.  And that's

24   the starting point.  That's the input of this framework.

25   Q    And if you look at the bottom of the slide, there is a

```
 1    box with text that reads, In 2024, assuming Cobalt is worth

 2    12 times revenue and has 2 billion users, it would need to

 3    have $2.05 in ARPU which today is less than LINE's ARPU, and

 4    when adjusted for inflation is $1.53.

 5         Do you see that?

 6    A    Yes.

 7    Q    What does the 12 times revenue refer to?

 8    A    That's a revenue multiple.  It's an assumption that here

 9    in Meta in ten years the financial markets will value the

10    company as being worth 12 times the revenue it's generating.

11    Q    Have you seen anything in your analysis of what the

12    source for that multiple is?

13    A    My understanding, that's just an assumption.  So no, I

14    have not seen a document, any documentation, of a source for

15    that figure.

16    Q    Do you have an understanding of what ARPU refers to?

17    A    Yes.  That's an acronym.  It stands for average revenue

18    per user.

19    Q    Do you have an understanding of what WhatsApp's actual

20    ARPU was at this point in February 2014?

21    A    Well, yes.  In the same presentation, the slide just

22    before shows that the board was told WhatsApp had ARPU at

23    the time of 10 cents.

24    Q    Putting aside whether ARPU is useful as a valuation

25    tool, do you agree that 10 cents was WhatsApp's
```

1    pre-acquisition ARPU?

2    A    Well, actually, no.  I ran my own calculations of what

3    WhatsApp's ARPU, average revenue per user, was at the time.

4    Q    Did you present those calculations anywhere?

5    A    Yes.  I think I have a slide that shows my results.

6    Q    What did you use to calculate WhatsApp's pre-acquisition

7    average revenue per user?

8    A    Well, I used data on WhatsApp's actual revenues and also

9    data on WhatsApp's actual user counts at the time.  The

10   revenues I obtained from financial statements that Meta

11   published just after the deal closed and shown in column B.

12   Those financial statements reported total revenue for

13   WhatsApp for the year 2013 was about $10 million.  And when

14   I divide that by the average users, monthly active users,

15   during that same time period, that's how I estimated ARPUs.

16   Q    Based on your calculation, what did you calculate

17   WhatsApp's pre-acquisition average revenue per user to be?

18   A    I did two calculations for 2013.  I found the company's

19   actual ARPU for the year was about 3.6 cents.  And during

20   the first half of 2014, I calculated an ARPU of 3.2 cents.

21   Q    In your review of the materials in this case, did you

22   see any plan identified by Meta about how it was going to

23   monetize WhatsApp after it acquired the company?

24   A    No, I saw no such plan.  In fact, the board presentation

25   that we were reviewing, the last slide in that entitled

     1    risks mentions that company had no -- apparently had no
     2    plans to monetize WhatsApp.  I think the words were four
     3    years.
     4    Q   Using the information available in this case, have you
     5    been able to calculate WhatsApp's post-acquisition average
     6    revenue per user at all?
     7    A   Yes.  I made calculations of WhatsApp's ARPU, average
     8    revenue per user, since the acquisition.
     9    Q   Do you reflect those calculations anywhere?
    10    A   Yes.  I have a series of tables and summary table that
    11    shows the results.
    12    Q   Now, most of this has been identified by Meta as being
    13    confidential, but is what is in the orange line at the
    14    bottom of the table your calculation of the range of
    15    WhatsApp's average post-acquisition revenue per user?
    16    A   I have a version that is not --
    17    Q   It should be in your white binder in front of you.  My
    18    apologies for not directing you to it earlier.  It should be
    19    slide 14.
    20    A   Yeah, I see that.  Thank you.
    21        Can you ask the question again, please.
    22    Q   Yes.  What is the -- is the orange line at the bottom of
    23    this table your calculation of the range of WhatsApp's
    24    average post-acquisition revenue per user?
    25    A   Yes, these are averages I calculated of ARPUs over the

```
 1    time period I was able to compute the number using different
 2    assumptions about revenue.  So yes, this is the range.
 3    Q    So taking these amounts and comparing them to the
 4    average revenue per user assumed in the valuation framework
 5    slide that we were just looking at that we can turn back to,
 6    do you have an understanding of whether Meta has increased
 7    WhatsApp's average revenue per user to a level comparable to
 8    what was assumed here?
 9    A    Well, my understanding is from the data I analyzed
10    through the first half of 2022, WhatsApp's actual ARPUs have
11    been well below the 2.05 calculated here.
12    Q    To confirm, does the actual or assumed ARPU for WhatsApp
13    change your opinion about whether Meta employed a standard
14    valuation method in presenting the $19 billion expected
15    purchase cost for WhatsApp?
16    A    No.
17    Q    Did you see valuations of WhatsApp using the standard
18    valuation methods anywhere else in the board presentation
19    that we were discussing?
20    A    There's some other slides in the board presentation that
21    present valuation-related information, but in my view, those
22    were also not implementations of standard valuation methods.
23    Q    Why were those other slides also not implementations of
24    standard valuation methods?
25    A    Well, the other slides resemble what's commonly known as
```

1    the market approach or at least implementations of the

2    market approach.  But there again, the slides assume that

3    WhatsApp was worth the 19 billion expected purchase cost

4    rather than, say, taking market benchmarks and deriving as

5    the output what a valuation for WhatsApp would have been.

6    Q    Now, I think that you said you reviewed the acquisition

7    to determine whether Meta incurred a transaction premium to

8    acquire WhatsApp, and if so, what the size of that

9    transaction premium was.  Is that right?

10   A    Yes.

11   Q    Can you explain what a premium is in the context of an

12   acquisition?

13   A    Yes.  A transaction premium, an acquisition premium, is

14   the extent to which the purchase cost for the company

15   exceeds the value of the target company when that company is

16   looked at as a standalone pre-acquisition entity.

17   Q    What did you do to assess whether Meta incurred a

18   premium to acquire WhatsApp, and if so, the size of the

19   premium?

20   A    Well, calculating a premium requires two pieces of

21   information.  I have a slide that mentions those two.  The

22   first is the expected purchase cost, which as discussed, was

23   19 billion.  And the second is a measure of the standalone

24   value of the company just as of the valuation date just

25   before it was acquired.

1    Q   So as you mentioned, we have talked about the

2    $19 billion expected purchase cost already.  Did you compile

3    your analysis for the second factor you mentioned, the

4    standalone value of WhatsApp anywhere?

5    A   I did.  I think I have a slide that shows my

6    compilation.

7    Q   How did you determine the valuations that you analyzed

8    for your assessment?

9    A   I researched, investigated the record here for every

10   valuation of WhatsApp I could find or that could be found

11   and reviewed those looking for two things.  Did they include

12   a valuation of the company, WhatsApp, before the acquisition

13   date, February 19, 2014, so the valuation date, and

14   secondly, I was looking for valuations that estimated the

15   value of WhatsApp as a standalone enterprise.

16   Q   What does it mean to estimate the value of WhatsApp as a

17   standalone enterprise?

18   A   Well, by standalone, I am looking for a valuation of the

19   company that's not influenced by news that the company has

20   been -- an offer has been made to acquire that company.  So

21   it's looking at its standalone independent value prior to

22   information being released that the company is potentially

23   being acquired.

24   Q   Based on your experience and analysis, did you end up

25   relying on any of these valuations here in the slide in

1    particular?

2    A    I did.  As shown here, row 11 in my table, I relied most

3    on a valuation analysis performed by the firm KPMG.

4    Q    Why did you rely on the valuation of analysis performed

5    by KPMG?

6    A    So KPMG performed a valuation study, and they did that

7    work on behalf of Meta.  So Meta hired KPMG.  And when I

8    reviewed the study, it was clearly a type of study I'm

9    normally used to seeing that describes the company,

10   describes the condition of the industry, describes valuation

11   methods, explains which method or methods made the most

12   sense to use to value the company.  So it employed standard

13   methods.

14       But in addition, KPMG explicitly estimated the value of

15   WhatsApp as a standalone enterprise, which was exactly the

16   type of value estimate I was looking for.

17   Q    What was the standalone value of WhatsApp that KPMG

18   calculated?

19   A    It was approximately $8.1 billion.

20   Q    Based on the standalone valuation done for WhatsApp and

21   the purchase cost you identified Meta incurring, did you

22   calculate the premium Meta expected to incur to acquire

23   WhatsApp?

24   A    I did.

25   Q    What was the premium that you calculated?

1   A    Well, it's shown on this slide comparing the standalone

2   value of 8.1 billion to the purchase cost, 19 billion, I

3   found a dollar premium of about 10.9 billion and the

4   percentage terms 135 percent.

5   Q    Is it fair to say that premiums can sometimes reflect

6   expected synergies in your experience reviewing

7   transactions?

8   A    Yes.

9   Q    To confirm, in your view of the materials in this case,

10  did you identify any synergies analyses for the WhatsApp

11  acquisition performed by Meta?

12  A    No.  I saw no such quantification of synergies.

13  Q    Referring back to the $19 billion expected cost to Meta

14  to acquire WhatsApp, did you perform any calculations of

15  what percentage of Meta's market capitalization that

16  $19 billion reflected?

17  A    I did.  Just to understand the size of the deal, I

18  compared the 19 billion expected purchase cost to the total

19  market capitalization market value of Meta as of the close

20  on the day when Meta agreed to acquire the company.  That

21  total market cap was 173.5 billion.  And so dividing the

22  19 billion expected cost by this market cap total, I found

23  11 percent.

24  Q    Mr. Hearle, earlier you mentioned the revenues and

25  expenses since WhatsApp was acquired by Meta.  I would like

1    to talk to you about those revenues and expenses now.

2        I will flag that some of the information we are about to

3    discuss has been disclosed -- or designated by Meta as

4    confidential.  Keeping that in mind, what did you do to

5    assess WhatsApp's revenues and expenses since its

6    acquisition by Meta?

7    A    Meta produced data in this case regarding different

8    types of revenue that could be relevant to WhatsApp, and

9    Meta also produced data on expenses, direct expenses, that

10   it broke down by app or product.  And I reviewed those data,

11   reviewed the documentation that came with the data, and then

12   compiled total revenues, total expenses year by year based

13   on the data and the documentation.

14   Q    So focusing first on revenue, what was it that Meta

15   provided regarding the different types of revenue that could

16   be relevant to WhatsApp?

17   A    Meta produced three different types of revenue

18   information.  The first was non-advertising revenue, which

19   did include revenue allocated or generated by WhatsApp.  So

20   I included all of that.

21       Next, Meta produced revenue data on advertising revenue,

22   but in providing that data, Meta stated that there were no

23   ads on WhatsApp and so there was no revenue for WhatsApp to

24   be found in that advertising data.  So I basically put that

25   aside.

1          Third, Meta produced revenue data for something they

2     called click to message, and I reviewed that as well.

3     Q    What is your understanding of what click to message

4     revenue is?

5     A    Click to message is a type of advertising revenue that

6     Meta generates through ads that are placed on Facebook Blue

7     or Instagram.  The ads invite users to click a link that

8     then provides an opportunity for the user to communicate

9     with the advertiser, some company, through different message

10    mechanisms offered by Meta.

11    Q    Did you include click to WhatsApp ad revenue in your

12    calculations of WhatsApp's revenues?

13    A    Well, my understanding, Meta basically stated that in

14    the ordinary course, it did not allocate any of this click

15    to message revenue to WhatsApp.  But in an effort to be

16    complete, I did run calculations that included different

17    amounts of the click to WhatsApp portion of the click to

18    message revenue in the numbers.

19    Q    How did you identify the different amounts that you ran

20    your numbers with?

21    A    I searched the record -- or people at my direction

22    searched the record for information about different ways one

23    might attribute a click to message revenue to WhatsApp, and

24    I reviewed the documents that were found and used those to

25    identify percentages of the click to WhatsApp revenue that

1    could be allocated to WhatsApp.

2    Q   What did you find about why certain percentages could be

3    allocated to WhatsApp?

4    A   Well, again, Meta stated that in the ordinary course, it

5    did not allocate -- it allocated zero click to WhatsApp

6    revenue to WhatsApp, but the documents I obtained and

7    reviewed analyzed the extent to which click to WhatsApp

8    revenue generated incremental revenue for the consolidated

9    company.  And I thought those estimates of this percentage

10    incrementality would be a useful way to allocate some of the

11    click to WhatsApp revenue to WhatsApp.

12    Q   What do you mean by incremental to WhatsApp?

13    A   The documents I reviewed made it clear that Meta

14    believes that companies that are advertising with Meta, if

15    they did not have the option of using click to message, they

16    still would have purchased ads somewhere else in Meta's

17    system.

18        And so in a sense, the click to WhatsApp advertising was

19    cannibalizing other potential ads that could be sold.  So

20    that's what I meant by the incremental.  It's how much the,

21    according to these documents, the click to WhatsApp

22    advertising was incrementing the total revenue of a company.

23    Q   Turning to expenses, how did you calculate WhatsApp's

24    expenses after it was acquired by Meta?

25    A   Meta produced data on its direct expenses, certain

1    expenses, over time broken down by product.  In that data

2    they identified expenses for WhatsApp, and I summed up all

3    the expense information year by year that Meta reported

4    there.

5    Q    So once you had identified WhatsApp's post-acquisition

6    revenues and expenses, what did you do with that data?

7    A    Well, I lined up the revenues and expenses year by year

8    and did a subtraction of revenue minus expenses to compute

9    what you might call losses, extent to which an expense has

10   exceeded the revenues.  And I have some tables here that

11   show the calculations I ran which reflected different

12   percentages of the click to WhatsApp revenue being included

13   in the revenue total.

14   Q    So looking at the first slide about WhatsApp revenue and

15   expense table, does this reflect the revenues Meta

16   identified as being attributable to WhatsApp?

17   A    Sorry.  I am trying to find it.

18   Q    It should be slide 22.

19   A    Yep.  Getting there.  Yes, this slide reflects the

20   revenues that Meta allocated in the ordinary course to

21   WhatsApp.

22   Q    And turning to the next slide, does this reflect one of

23   the potential measures of click to WhatsApp's incrementality

24   to WhatsApp that you identified?

25   A    Yes.

1    Q    And turning to the next slide, does this reflect what

2    you found to be the highest level of incrementality

3    potentially attributable to WhatsApp revenue from click to

4    WhatsApp ads based on your independent research?

5    A    Yes.  This reflects the highest percentage I found in

6    the documents I obtained.

7    Q    Were you able to calculate the losses, if any, that

8    WhatsApp has generated since being acquired by Meta?

9    A    Yes.  I calculated losses.  They were reflected on the

10   three slides we just went through.  But I also assembled the

11   results on a separate individual slide.

12   Q    Why do your calculations end at the first half of 2022?

13   A    That was the last time period for which I had complete

14   information.  In other words, at the time, the data I had

15   available included all revenues and expenses only through

16   that point.

17   Q    Meta has designated 2021 and later data on this topic as

18   confidential, but were you able to draw any conclusions

19   about WhatsApp's losses through 2020?

20   A    Yes.  I basically found, shown here, that in every year,

21   I was able to analyze through 2020 Meta's expenses from

22   WhatsApp exceeded revenues.  And in every year and every

23   version, the losses were at least a billion dollars.

24   Q    Does the later data here, which is confidential, change

25   your opinion at all?

1    A    No.  The numbers are qualitatively the same.

2    Q    Let's turn to Meta's claim related to Instagram's

3    infrastructure.  What do you understand Meta's Instagram

4    infrastructure cost savings claims to be?

5    A    Well, Meta acquired Instagram in 2012 and claimed that

6    that acquisition enabled Instagram to move some of its

7    infrastructure needs from purchasing them from Amazon Web

8    Services, AWS, to having those infrastructure services

9    provided by Meta using its own internal technical

10   infrastructure.

11   Q    What steps did you take to analyze Meta's infrastructure

12   cost savings claims for Instagram?

13   A    Well, Meta described these cost savings claims in four

14   or five written submissions, so I reviewed those

15   submissions.

16       Then the submissions also identified a number of

17   documents that they claim supported the cost savings claim

18   here.  And I obtained and reviewed all of those documents

19   and used them to ascertain whether the cost savings claim

20   with respect to infrastructure for Instagram was verifiable.

21   Q    Were there elements that you analyzed in order to

22   determine whether the Instagram infrastructure cost saving

23   claim was verifiable?

24   A    Yes.  I think I have a slide that shows.  So what I did,

25   after reviewing the descriptions in the documents of this

1    infrastructure cost savings claim, I broke the claim into

2    several elements and I asked whether each of those elements

3    was supported by the documentation Meta submitted.

4        The first is what costs Instagram would have incurred

5    had its infrastructure stayed on AWS over time.

6        Then next, what it actually was costing Meta to run

7    Instagram's infrastructure on its internal technical

8    infrastructure over time.

9        Finally, I wanted to understand or know if the

10   documentation included measurements of the costs Meta

11   incurred to move Instagram's infrastructure from AWS to its

12   own internal systems.

13   Q   What did you conclude about Meta's cost savings claims

14   related to Instagram's infrastructure?

15   A   Well, there is support for some numbers in a brief time

16   period.  For example, there's -- I found estimates of the

17   first element, the cost of running Instagram, particular

18   services on AWS during a brief time window, and there was --

19   I think I found one estimate of -- or one figure for the

20   costs Meta expected to run Instagram internally in one --

21   again, in one time period.

22       But in general, I mean, I found there was no backup

23   behind the second figure, no documentation what the numbers

24   meant.  And I had a lot of questions about how to interpret

25   the numbers.  Moreover, all the figures I found were focused

 1    on a very narrow time period.  I wasn't able to verify cost

 2    savings over time.

 3    Q    Turning to Meta's claim that there were cost savings

 4    related to WhatsApp's infrastructure, what conclusions, if

 5    any, did you reach about that claim?

 6    A    So I learned that documentation Meta submitted to

 7    support the claim that WhatsApp saved money on its

 8    infrastructure through the transaction, Meta's documentation

 9    was insufficient to verify that claim.

10    Q    And I believe Meta made a claim that its acquisition

11    generated cost savings for both WhatsApp and Instagram due

12    to more administrative infrastructure savings.  Is that

13    right?

14    A    That was another element Meta claimed, yes.

15    Q    What did you conclude about that?

16    A    Well, in what I reviewed, Meta submitted no

17    documentation to support that claim so I was unable to

18    verify.

19         MS. MILLER:  Your Honor, those are all the questions

20    I have for Mr. Hearle at this time.

21         Thank you, Mr. Hearle.

22         THE COURT:  I just have a couple questions.

23         Can you put up slide 18, please.

24         So why do you end up going with the KPMG valuation on

25    its own as opposed to that bottom-line maximum valuation of

1    12.5 billion?  It seems you have a bunch of different

2    inputs, so why do you end up relying on KPMG?

3         THE WITNESS:  In my report I actually report two

4    premium figures, one that relies on the 12.5 and the

5    other --

6         THE COURT:  So that would be like a 66 percent

7    premium, something like that?

8         THE WITNESS:  It was -- I can look it up.  It's

9    53 percent, something --

10        THE COURT:  Really?

11        THE WITNESS:  Sorry.  I don't have the number in my

12   head.

13        THE COURT:  I mean, just by looking at it, that's

14   two-thirds of 19, right?

15        THE WITNESS:  52 percent.

16        THE COURT:  Okay.

17        THE WITNESS:  I chose to rely on KPMG because that

18   analysis was a complete standard valuation.  It was clearly

19   of the value of WhatsApp as a standalone.  The 12.5 billion

20   came from an internal Meta email that described that value

21   as including some premium.  And I included that in my report

22   just as a lower bound.  But using that figure, I think,

23   produces a premium that's too low.  It's like

24   double-counting a premium.

25        THE COURT:  And then, again, the synergies, are you

1    saying -- why dismiss synergies aside from the CTWA?

2        You write in your calculation of the premium, you say

3    you dismissed synergies.

4        THE WITNESS:  Well, I calculated a premium, and I

5    think I was asked did I see any analysis of or

6    quantification of synergies that might explain the premium

7    here, and I found no such analysis of synergies in what I

8    reviewed.

9        THE COURT:  Does that mean they don't exist, or you

10   didn't look -- you weren't given data to look at?

11       THE WITNESS:  Well, the presentation of the

12   valuation-related questions that was presented to Meta's

13   board did not quantify any synergies, so there was no

14   explanation in that presentation of what synergies might

15   have generated the premium here.

16       THE COURT:  And last, and I'm sorry, I've forgotten

17   the specifics, but I know that Mr. Zuckerberg testified

18   about plans to substantially increase WhatsApp's

19   monetization currently or in the future, which the idea was

20   this ended up being a very long play.  But why shouldn't --

21   and I can't remember the specifics.  It had to do with small

22   businesses.  I have it in my notes.

23       But why shouldn't we -- why should we be looking at

24   where we are frozen now if Meta's position is that the real

25   value is around the corner for WhatsApp?

1          THE WITNESS:  That's not a question I analyzed here.

2          THE COURT:  But were you present for that testimony?

3          THE WITNESS:  No.

4          THE COURT:  And I don't think there was data supplied

5     for it either.

6          THE WITNESS:  No, I wasn't present, but there is

7     something I did in connection with my rebuttal report.  I

8     have a table where I assembled in quotes projections the

9     company made of WhatsApp's future revenue generation when

10    those projects were made at different points in time.  And I

11    lined those up with the actual revenue WhatsApp had

12    generated just to see, you know, to what extent were Meta's

13    projections or targeted revenue, how well did that line up

14    with actuals, and that might be of interest.  There is a

15    wide gap between hoped-for targeted revenue and the actuals.

16         MS. MILLER:  Your Honor, we have a copy of what he's

17    referring to also if that would be helpful to see.

18         THE COURT:  Sure.  I will take a look at that.

19         MS. MILLER:  Permission to approach?

20         THE COURT:  So your bottom line, without using the

21    ARPU actual figures, which are sealed, is that on a purely

22    economic basis, this was a terrible deal for Meta and then

23    that their projections for what ARPU would be now aren't

24    even in the ballpark?

25         THE WITNESS:  My opinions are limited to what I have

```
 1    stated in my report, which is there was a large premium
 2    here.
 3            THE COURT:  But in plain English, a large premium
 4    means a vast overpay.
 5            THE WITNESS:  I'm not trying to interpret the premium
 6    as being bad or good.  It's just what it is.
 7            THE COURT:  But isn't the whole point that, maybe I'm
 8    missing something, that the whole theory is that it was a
 9    vast overpay because it was to -- it didn't make sense
10    economically, it was to squash competition.  I mean, that's
11    the point, that's the ultimate point, of the analysis,
12    right?
13            THE WITNESS:  I was asked to quantify the size of the
14    premium, which I did, and that's the extent of my testimony
15    here.
16            MS. MILLER:  Your Honor, the FTC does have additional
17    experts who will be coming before Your Honor who I believe
18    then take the information that Mr. Hearle took as a
19    financial analyst and make interpretations based on that.
20            THE COURT:  Fair enough.  Okay.
21            MS. MILLER:  And if Your Honor would like to have the
22    KPMG study, we have a copy of that as well.
23            THE COURT:  That's fine.
24            Thank you very much.
25            Cross.
```

```
 1              MS. MIGDAL:  Good morning, Your Honor.  Ariela Migdal
 2       for Meta.
 3              THE COURT:  Do you want to just spell that for the
 4       court reporter.
 5              MS. MIGDAL:  Yes.  A-R-I-E-L-A.  And then last name
 6       is M-I-G-D-A-L.
 7              THE COURT:  Thanks.
 8                          CROSS EXAMINATION
 9       BY MS. MIGDAL:
10       Q    Good morning, Mr. Hearle.
11       A    Good morning.
12       Q    I want to turn first to your opinion about the process
13       that Meta used to assess the purchase price for WhatsApp.
14              I just want to first ask, you did not independently
15       analyze what WhatsApp was worth in 2014, is that right?
16       A    I did not quantify WhatsApp's value myself.  I relied on
17       the documents, valuations I found in the record.
18       Q    And you are unaware of any valuation that the FTC did of
19       WhatsApp in 2014, is that right?
20       A    That's right.
21       Q    Okay.  I want to turn back to Meta's board
22       presentation -- or the presentation that Meta's board
23       reviewed on February 17, 2014 ahead of the merger.  It's,
24       again, PX10858 at 3.  The Cobalt transaction, I think you
25       have it.  There we go.
```

1        And I want to ask you about two of the slides assessing

2   WhatsApp that you didn't focus on in your presentation.  But

3   first, you acknowledged that the market approach is a

4   generally accepted standard method to value companies,

5   right?

6   A    Yes.

7   Q    Okay.  And is it fair to say that the market approach is

8   a way of looking at companies that looks at them compared to

9   similar or comparable companies?

10  A    Well, I would say more generally a market approach

11  requires or involves using market values that are observed

12  from actual transactions of some sort in the marketplace and

13  using those values at which things are transacting to

14  benchmark what the target of your investigation might be

15  worth.

16  Q    Okay.  Can we look at page 9 of that same presentation.

17       Okay.  And you have seen this slide, right, Mr. Hearle?

18  A    Oh, yeah.  I focused on the valuation framework slide

19  that we discussed, but I reviewed these as well and

20  discussed them in my initial report.

21  Q    And this one has, in the top left column, I guess, it

22  says enterprise value, correct?

23  A    Yes, that's what it says.

24  Q    And then it's listing the enterprise values of public

25  companies including Google, Facebook, Tencent, Twitter,

```
 1    LinkedIn, and Yahoo!, would you agree?

 2    A    Yeah.  Plus Neighbor, yeah.

 3    Q    Yes.  I'm sorry.  And then the next column over is

 4    listing the MAU, and you agree that's the monthly active

 5    users shown in millions here, is that right?

 6    A    Yes, that sounds right.

 7    Q    And then the next column over we can focus on EV over

 8    MAU.  Is it your understanding that that column takes the

 9    value of each company, divides it by its number of MAUs?

10    A    Yes.  Mechanically, they are calculations, enterprise

11    value shown in the first column divided by current MAUs in

12    the second.

13    Q    And that bottom line, Cobalt, we agreed, is WhatsApp,

14    right, code name for WhatsApp?

15    A    Yes.

16    Q    Okay.  So is this slide showing that at a $19 billion

17    expected valuation, WhatsApp, if you divided it by the

18    number of monthly users that it had, the 460 million, you

19    would be paying $41 per monthly active user?  Is that how

20    you interpret that bottom row?

21    A    I'm sorry.  Can you repeat that.

22    Q    Sure.  That the bottom row for Cobalt or WhatsApp takes

23    an expected $19 billion price and divides it by 460 million

24    monthly users to come out to say that at that price, you

25    would be paying $41 per user?
```

```
 1    A    Yeah.   41 is, yeah, it's taking the expected purchase
 2    cost, 19 billion, divided by users, and it's 41.
 3    Q    And it does the same thing for all the other companies
 4    on the list, right?  So, for example, just taking LinkedIn,
 5    if LinkedIn is worth $21 billion and it has 187 million
 6    monthly active users, then its sort of enterprise value per
 7    monthly active user is $116.  Do you agree?
 8    A    Yes.
 9    Q    Fair to say that comparing with all of these other
10    companies, $19 billion would give the lowest enterprise
11    value per user for any of the companies except for Yahoo!,
12    right?
13    A    Well, yes.  The calculation of Cobalt's EV WhatsApp's
14    enterprise value per user on this slide is 41.  That number
15    is below the enterprise value per user figures shown for all
16    companies other than Yahoo! on the slide.
17    Q    You don't offer an opinion that there's any other set of
18    companies that would have been more appropriate public
19    company comps for Meta to have used, right?
20    A    No, I'm not offering that opinion.  I do have questions
21    about whether the companies shown here actually are good
22    comparables for WhatsApp in light of the relevant revenue
23    generation shown on the same slide here.
24    Q    But you didn't offer an alternate set, correct, or
25    another type of comparable that would be better in your
```

1    reports?

2    A    No, I do not identify alternative comparables, publicly

3    traded comparables.  I do note, though, that KPMG in its

4    valuation study analyzed using this sort of market approach

5    looking at public comparable companies, and KPMG's

6    conclusion was that WhatsApp at this time had -- there were

7    no good comparables to use.

8    Q    And we will come back to KPMG.  I want to -- you had

9    also mentioned looking at recent transactions.  So can we

10   look at the next slide, which is slide 10.  This one is

11   selected precedent transactions.  And you are also familiar

12   with this slide, correct, Mr. Hearle?

13   A    Yes, I have reviewed it.

14   Q    Okay.  And do you agree that this slide, like the last

15   one, compares Cobalt's enterprise value per monthly active

16   user to that of a bunch of other companies?

17   A    Well, I think this slide is comparing the sort of

18   transaction considerations, the value of the -- the value of

19   the transaction when the company was acquired.  So it's

20   taking a transaction from 2005, 2006, and saying, well,

21   those had implied enterprise values of the numbers here, and

22   it has user counts.  So does that help?

23   Q    Yes.  So it's enterprise value per monthly active user,

24   but the enterprise value it uses is whatever value the

25   company was acquired at at the time, the date noted in the

1    far left.  Is that fair?

2    A    That was my understanding of the slide, yeah.

3    Q    And it says that if you look at the box on the very

4    bottom there, the closest company that was acquired in terms

5    of its size was Skype, right?

6    A    That's what the slide says, yes.

7    Q    And at the time it was acquired, Skype had only fewer

8    than half the monthly users that WhatsApp had at the time of

9    the WhatsApp deal, is that right?

10   A    That's what the slide says, yes.

11   Q    And it looks like, from the slide, am I understanding

12   correctly, Microsoft would have paid $51 for each Skype

13   user, so to speak, $51 per monthly active user at the price

14   they paid?

15   A    In 2011, yes.

16   Q    Even though Skype had a lot fewer users than WhatsApp

17   had in 2014 for the price of $41 per user, is that fair?

18   A    Yeah.  The slide indicates that the enterprise value per

19   user from that transaction was above the $41 that's reported

20   here for WhatsApp.

21   Q    Again, you didn't offer an opinion that Meta should have

22   used a different set of comparable recent transactions, is

23   that right?

24   A    No.  Again, my opinion was that the setup here is not

25   following a standard valuation method, which is take some

1    data and calculate what the target, in this case WhatsApp,

2    was worth.  Instead, it's let's assume WhatsApp is worth the

3    purchase cost.  And I also noted that here again, KPMG in

4    its valuation study that I found to be quite reliable

5    concluded that there were no precedent transactions that

6    were good comparables here.

7    Q    Let's turn back to the slide that you did focus on.  So

8    that one ends in 12, the valuation framework future value

9    slide.

10        So we don't have to go through the ARPU again, but I

11   just wanted to return to one question you were asked when

12   you agreed that Meta here is projecting WhatsApp's potential

13   revenue over a ten-year horizon, right?

14   A    No.  This is not actually a projection.  This is a

15   calculation of some future revenue level ten years hence

16   that is required to justify incurring the 19 billion cost.

17   So I don't view this as actually a projection.  It's a what

18   do we gotta do kind of set up.

19   Q    And the what do you gotta do is what do you gotta do

20   within ten years, correct?  That's the time period?

21   A    Well, it's saying as of ten years out, if WhatsApp is

22   able to grow its user count to 2 billion and if markets,

23   financial markets, value Cobalt, WhatsApp, at 12 times

24   multiple and all the other assumptions shown here and then

25   follow those assumptions, then in ten years, WhatsApp needs

1    to have generated an ARPU -- contributed an ARPU of $10.05

2    in order to justify incurring the 19 billion expected cost.

3    Q   You haven't offered the opinion that it was unreasonable

4    for Meta to use a ten-year horizon for these assumptions,

5    right?

6    A   No, I don't offer an opinion whether ten years was

7    reasonable or not.  I do note, though, that based on

8    deposition testimony of people who were involved, the ten

9    years was just sort of an arbitrary hypothetical assumption.

10   And I do mention that.

11   Q   Do you have any opinion about whether it was

12   unreasonable to assume that WhatsApp could get to 2 billion

13   users by 2024?

14   A   No, I have no opinion in that regard.  In fact, the work

15   I did looking at the actual ARPU WhatsApp has generated

16   since the acquisition relied on WhatsApp's actual monthly

17   active user counts over time, and so I'm aware of what those

18   numbers are.  I understand some of them are sealed, so I

19   don't want to say what they are.

20   Q   That's okay.  And you didn't offer the opinion, or you

21   don't offer the opinion that it was unreasonable to expect

22   WhatsApp to be able to start collecting $2.05 per user by

23   2024, is that fair?

24   A   My only opinion in that area here is that when I --

25   looking at these valuation-related documents, there's no --

1    I see no plans at the time regarding how WhatsApp may be --

2    would be monetized.

3    Q   And regarding your related opinion that this slide

4    doesn't reflect a standard valuation method -- that's one of

5    your opinions, correct?

6    A   Yes, that's correct.

7    Q   But you haven't opined that Meta was required to use

8    what you would consider a standard valuation in assessing

9    whether to buy WhatsApp at a particular price, right?

10   A   That's right.

11   Q   Okay.  And is it fair to say that valuation methods that

12   depend on looking closely at a company's current revenue may

13   not make sense when you are talking about a technology

14   startup that has no or little revenue at the time you are

15   thinking of acquiring it?

16   A   Sorry.  Can you say that again.

17   Q   Yeah.  I'm asking whether the standard valuation methods

18   that look at the target company's current revenues, is it

19   fair to say those don't necessarily work when you are

20   looking at a -- or make sense when you are looking at a

21   company, a tech startup, that doesn't have a lot of revenue

22   at the time you are thinking about buying it?

23   A   Well, the standard valuation approach is several

24   different types, right?  There's the income approach, the

25   market approach, the cost approach.  And the relevance of

```
 1    each of those can depend on the circumstances.
 2        For example, when KPMG did their valuation of standalone
 3    WhatsApp, it's clear they had access to and communications
 4    with Meta personnel, WhatsApp personnel at the time.  And
 5    KPMG concluded that the income approach, for example, was
 6    not feasible here because projections at the time of future
 7    revenue, future cash flows from the company were just not
 8    available.
 9    Q   And you are familiar with, to use an example from this
10    case, the fact that Meta paid about a billion dollars to buy
11    Instagram, correct?
12    A   That sounds right, yes.
13    Q   And that Instagram had zero or something like zero
14    revenue at the time, right?
15    A   I'm sorry.  I don't have those facts in front of me.
16    I'm not aware of that.
17    Q   I will represent -- let's say a hypothetical company
18    that had an even lower ARPU, revenue per user, than
19    WhatsApp, by the methods depending on revenue, that company
20    would be worth basically zero if it had zero ARPU, is that
21    right?
22    A   I'm sorry.  Can you repeat that.
23    Q   So if there were a company that had essentially zero
24    revenue and zero ARPU, revenue per user, that company would
25    be worth very little?
```

```
 1    A    I don't know that.  I mean, again, the valuation methods

 2    one uses depend on the circumstances.  I don't have an

 3    answer.

 4    Q    Okay.

 5          THE COURT:  Let's take our morning recess.  Ten

 6    minutes, everyone.  Thank you.

 7          (A recess was taken at 10:55 a.m.)

 8          THE COURT:  Okay.  Whenever you're ready.

 9          MS. MIGDAL:  Welcome back, Mr. Hearle.

10          Hello, Your Honor.

11    BY MS. MIGDAL:

12    Q    I just want to return to a couple more questions about

13    the average revenue per user.

14          Accurate to say you don't know what WhatsApp's revenue

15    per user is today, correct?

16    A    That's correct.  The only analysis I was able to do ran

17    through the middle of 2022.

18    Q    Okay.  And you don't know the revenues that they were

19    pulling in as of 2024, correct?

20    A    Yes, that's correct.

21    Q    Okay.  And so would you agree that if WhatsApp had

22    gotten to above 2 billion users by the 2024 time line and

23    was pulling in the $2.05 per user, then that transaction

24    expected price would be justified?

25    A    Well, no.  In that case, the valuation framework numbers
```

```
1    would be confirmed.  However, one feature of that framework
2    is that the cash flows, losses incurred, between 2014 and
3    2023 are just ignored.
4        So stepping back, if I were doing a discounted cash flow
5    type of analysis of the value of the company, I want to
6    include -- reflect the cash generation, cash flow
7    generation, before 2024.  So the question is if WhatsApp
8    actually generated figures consistent with the valuation
9    framework, that's one thing.  But does that mean the company
10   was actually just -- had an actual value of 19 billion?
11   That's a different question.
12   Q   And you haven't done that analysis, is that right?
13   A   No, I have not tried to do a discounted cash flow type
14   valuation of WhatsApp since it was acquired, that's correct.
15   Q   Okay.  I want to turn to your slide of the valuations of
16   WhatsApp that other entities had done that you looked at.  I
17   think it was slide 18 in your valuations.
18       And I want to look at two contemporaneous documents that
19   you did not include in your analysis.
20       First, I want to look at DX739.
21           MS. MIGDAL:  This is a document that's been
22   preadmitted, Your Honor.
23           THE COURT:  Okay.
24   BY MS. MIGDAL:
25   Q   And you did not rely on this document in reaching your
```

1    conclusions, right?

2    A    Yeah, that's correct.  At the time I prepared my

3    reports, I did not have this document available, so I did

4    not see it or rely on it.

5    Q    Okay.  And it's dated February 3, 2014.  So it fits your

6    criteria on corrective being dated as of before Meta

7    acquired WhatsApp, correct?

8    A    I would say my criterion is a little different.  If a

9    valuation study looked at the value of the company had a

10   valuation date preceding the date of the transaction, then

11   it was useful.  So the preparation date, actual preparation

12   of the analysis, could have been later.  But the question is

13   was the analysis valuing the company as of a date before the

14   acquisition was announced.

15   Q    Okay.  But one that was dated February 3 was prepared

16   before the acquisition, right?

17   A    That sounds right, yes.

18   Q    Okay.  And can we turn to the page ending in 13 in this

19   document.  And fair to say, you have seen this document

20   before, correct?

21   A    Yes.  I remember seeing this during my deposition.

22   Q    Okay.

23        THE COURT:  So is this page 13 at the bottom or Bates

24   stamp ending in 013?

25        MS. MIGDAL:  Page 7 out of 29.

```
 1            THE COURT:  Okay.  Thanks.
 2            MS. MIGDAL:  At the top, it says Google and then
 3     market comps for comparison.  Everyone got it?  Okay.
 4     BY MS. MIGDAL:
 5     Q   So here, the column on the left is labeled valuation,
 6     right?
 7     A   Yes.  That's what it says.
 8     Q   I'm sorry.  And under valuation, it lists, this slide
 9     lists, a number of companies, LINE, Kakao, Snapchat,
10     Twitter, and Facebook.  Do you see that?
11     A   Yes.
12     Q   And then do you agree that in the next column on the
13     right, this slide uses the value of each of those comps and
14     divides the value by the number of MAUs where it says MAU at
15     the top?
16     A   That's what the slide seems to be doing, yes.
17     Q   Okay.  And you don't offer any opinion about whether
18     these five companies, LINE, Kakao, Snapchat, Twitter or
19     Facebook, were appropriate comps for WhatsApp, correct?
20     A   That's correct.  I'm not opining about whether one
21     company or another is a comparable in a valuation sense.
22     Q   Okay.  Let's look at the box at the bottom of that page
23     or like rounded box.  So it says WhatsApp implied valuation.
24     Do you see that?
25     A   Yes.
```

1    Q    Okay.  And then it says based on a $25 to $150 per MAU,

2    10 billion to 60 billion.  Do you see that?

3    A    Yes.

4    Q    Okay.  So do you agree in this slide Google is

5    providing -- or WhatsApp implied valuation a range of 10 to

6    60 billion dollars?

7    A    That's what the slide seems to be doing, yes.

8    Q    Okay.  But you didn't include this valuation of WhatsApp

9    in your list of the valuations, right?

10   A    I did not include this, these figures, in my list of

11   valuations of WhatsApp as a standalone pre-acquisition

12   enterprise, that's correct.

13            MS. MIGDAL:  Mr. Roberts, can we take a look.

14            THE WITNESS:  Would you like me to explain why?  I

15   would be happy to.

16            MS. MIGDAL:  Sure.  One second.  Let's just pull up

17   the DDX9.

18   BY MS. MIGDAL:

19   Q    That would be your list, correct?

20   A    Yes.

21   Q    And then if you put in -- I believe the court asked you

22   about that maximum value at the bottom.  If we put in -- add

23   in Google's here, that would change the maximum at the

24   bottom, right?

25   A    It would, but that inclusion would make no sense.

Q    Okay.  You said you didn't include it because you hadn't

seen it, correct?

A    Well, I think I said in my deposition I would have liked

to have seen it to review what assumptions the document was

making and then made a determination of whether the value

figures here were looking at WhatsApp as a standalone

company.  And having looked at the document subsequently, my

conclusion was this analysis was not doing that.  It was not

valuing WhatsApp as a standalone.

Q    Okay.  But you are not saying this was valuing WhatsApp

as a -- because they knew it was merging with another

company, right?

A    No.  What I'm saying is, if you go back to the document,

the Google document, towards the back, there is an appendix

that shows the ARPUs that these so-called comparable

companies were generating at the time.  And those are $3,

something along those lines.  Plus the revenue numbers that

are being used here for WhatsApp as it stood were just way

too high.  This slide says 160 million, I think.  And those

revenue figures are just nothing -- they are much larger

than standalone WhatsApp was generating.

     So in my view, this document was not analyzing

WhatsApp's value as a standalone pre-acquisition enterprise,

which was what I was looking for to inform my calculation of

the premium here.

1    Q    Okay.  It was assessing it for some other purpose?

2    A    That's what it looks like to me, yes.

3    Q    I want to turn to another one, another 2014 document,

4    that you didn't include.  You are familiar with DST,

5    correct?

6    A    I am familiar -- I learned about that company through

7    this case, so yes.

8    Q    DST was a venture capital investor in WhatsApp before

9    the acquisition, right?

10   A    Yes.  DST made a small minority investment in WhatsApp

11   just before Facebook acquired it -- I mean Meta acquired it.

12   Q    Okay.  Do you remember being asked at your deposition

13   about a 2014 DST document concluding that WhatsApp could

14   generate 3 to 5 dollars of ARPU over time?

15   A    I remember being asked about a DST presentation.  I

16   don't remember those particular numbers.

17   Q    Would it refresh your recollection to take a look at the

18   document?

19   A    Sure.

20   Q    Okay.  It's PX10279, and we would go to the -- let's

21   start on the second -- page 2 of it.

22        So it's dated February 14.  Do you see that?

23   A    I see that, yes.

24   Q    Okay.  And does this -- is this what you had looked at

25   at your deposition?

```
 1    A    I think so, yes.
 2    Q    Okay.  And going to the next page of it, I just want to
 3    ask you about the very bottom bullet, so the one -- so
 4    currently not focused on monetization, but going to the
 5    last -- part of the last line we believe can over time
 6    generate 3 to 5 dollars of revenue per monthly user per
 7    year.
 8        Does this refresh your recollection as to what you were
 9    asked about at your deposition?
10    A    I'm sorry to say I don't remember that exact question in
11    my deposition, but what you are reading is shown on the
12    page.
13    Q    Okay.  And you didn't rely on this DST --
14        MS. MIGDAL:  We can take it down.  Thank you,
15    Mr. Roberts.
16    BY MS. MIGDAL:
17    Q    You didn't rely on this DST document in evaluating the
18    WhatsApp acquisition, correct?
19    A    Well, my analysis focused on quantifying the size of the
20    transaction premium here.  That analysis required two pieces
21    of information.  It required knowing Meta's acquisition
22    costs, expected acquisition costs, that's 19 billion, and it
23    required knowing the value of WhatsApp as a standalone
24    pre-acquisition enterprise before the transaction was
25    announced.  And I found that the DST presentation you are
```

1    showing me did not inform either of those two numbers.

2    Q    Okay.  So you didn't account for whether DST thought

3    WhatsApp could over time generate 3 to 5 dollars per user,

4    right?

5    A    I did not rely on this DST presentation to obtain either

6    the value of Meta's acquisition cost, 19 billion, or the

7    value of WhatsApp as a standalone, that is right.

8    Q    Okay.  I want to ask you about two pieces of testimony

9    in relation to your opinions.  One is, you are aware that

10   Meta hired Ian Smith, an investment banker at Allen &

11   Company to advise them on the transaction, correct?

12   A    Yes.

13   Q    And you reviewed Mr. Smith's testimony when you prepared

14   your conclusions, correct?

15   A    Yes, I did.

16   Q    And do you remember Mr. Smith's testimony that Meta's

17   valuation framework, quote, made sense to me?

18   A    Can you direct me to that portion, please --

19   Q    Yeah, sure.

20   A    -- of his testimony?

21   Q    We can -- I'm going to first show it on your deposition.

22   I think you should have your deposition there.  In your

23   deposition, at page 123, lines 6 to 11, so you were asked,

24   Do you agree that in his response, Ian Smith, the investment

25   banker hired by Meta, said, quote, and I think their

```
 1    valuation framework made --

 2              (There was an interruption by the court reporter.)

 3              MS. MILLER:  Your Honor, I would just like to object.

 4    It seems like an improper refresh, and it doesn't ask the

 5    witness to refresh his recollection at all.  She's just

 6    reading it into the record.

 7              THE COURT:  Again, if it's refreshing or impeachment,

 8    she can still refresh by reading it to him because, again,

 9    there's no jury to be prejudiced by hearing it.

10              MS. MILLER:  Thank you, Your Honor.

11              MS. MIGDAL:  Should we take it down?

12              THE COURT:  No.  I overruled the objection.

13    BY MS. MIGDAL:

14    Q   I think their valuation framework made sense to me, and

15    there's your answer.

16        Does this refresh your recollection of reviewing that

17    testimony?

18    A   Yes.  I see that this was a topic during my deposition.

19    Q   Okay.  And your opinion was that the valuation framework

20    used did not make sense, correct?

21    A   No.

22    Q   You agree it made sense?

23    A   Well, my understanding is Mr. Smith testified that

24    valuation and valuation frameworks are distinct things.  The

25    valuation framework here was, my understanding, was it was
```

1    taking the purchase cost, 19 billion, and assuming WhatsApp

2    was worth 19 billion and then calculating what that implied.

3    So 19 billion was the input.

4        As a framework, that -- I mean, it made sense as a

5    framework, but that's distinct from a valuation.  I don't

6    see that the -- I mean, make sense?  It's a calculation of

7    required revenue as set up by them.  I mean, it's fine as

8    far as it goes.  It's not a valuation.

9    Q    Mr. Hearle, you have not, yourself, worked in investment

10   banking, is that right?

11   A    Yes, that's correct.

12   Q    Okay.  And taking a step back, I am going to ask you a

13   couple of questions about your background.

14       As of the time you reached your conclusion in this case,

15   you had never worked on an acquisition involving a

16   technology app that had not yet monetized, is that fair?

17   A    Yes, I think that's right.

18   Q    Okay.  And as of the time you reached your opinions, you

19   had never worked on an acquisition involving software

20   companies, is that right?

21   A    I can't recall one sitting here, so it sounds right.

22   Q    And you haven't worked in venture capital, is that

23   right?

24   A    Yes, that's right.  I've not been employed by a venture

25   capital firm.

```
 1    Q   Okay.  And just to clarify a question that was asked you
 2    at the very beginning, you are not an economist, correct?
 3    A   My job title is financial analyst.
 4    Q   Okay.  And I want to turn to one piece of additional
 5    testimony to ask whether you agree or disagree.
 6        So if we pulled back up your -- or DDX9, I guess.
 7        In your list of contemporaneous valuations of WhatsApp,
 8    you included four that were done by Sequoia Capital, right,
 9    or -- yeah, four?
10    A   I would say I included three, but yes, Sequoia is
11    mentioned in the last one.  I think they were involved in
12    the DST transaction, so call it four.
13    Q   Three and a half?
14    A   Sure.
15    Q   Okay, three and a half.  And did you review the
16    testimony of Mr. Jim Goetz in this case in this trial?
17    A   No.
18    Q   Okay.  Were you present for his testimony?
19    A   No.
20    Q   Okay.  Do you know that Mr. Goetz is a partner at
21    Sequoia Capital?
22    A   That's my recollection, yes.
23    Q   Okay.  And Sequoia invested in WhatsApp, correct?
24    A   Yes.
25    Q   And Mr. Goetz had a board seat at WhatsApp.  Do you know
```

```
 1    that?
 2    A   I don't know that sitting here.
 3    Q   Okay.  Are you familiar -- well, and just one more thing
 4    about Mr. Goetz.  Are you aware of whether Mr. Goetz is a
 5    very experienced venture capitalist?
 6    A   I'm sorry.  I don't know his personal background, no.
 7    Q   Fair enough.  So are you familiar with Mr. Goetz's
 8    testimony that Meta did not overpay for WhatsApp?
 9    A   I have not -- I am not aware of Mr. Goetz's testimony
10    here.
11    Q   Okay.  If he had testified that, you disagree, correct?
12    A   I'm not opining one way or the other about whether Meta
13    overpaid.
14    Q   Okay.
15    A   My testimony is that Meta's acquisition cost, 19 billion
16    expected at the time, included the transaction premium of
17    the magnitude I estimated.
18    Q   Okay.  Is transaction premium different from overpaid?
19    A   Well, transaction premium is a number.  Overpaid is an
20    opinion.  I'm offering a number.
21    Q   Got it.  Thank you.
22        And you have not worked at a company where your general
23    job responsibilities involved acquiring other companies, is
24    that fair?
25    A   Yes, that's right.
```

```
1    Q   Okay.  And I actually don't know the answer to this one.
2    You have never worked at a company where your general job
3    responsibilities involved valuing other companies for
4    potential acquisition, is that also right?
5    A   That sounds right, yes.
6    Q   Okay.  You haven't offered an opinion that Meta could
7    have acquired WhatsApp for less than what they paid, right?
8    A   That's correct, I'm not offering that sort of opinion.
9    Q   Okay.  And for that reason, maybe you haven't analyzed
10   how much WhatsApp's founders were charging for the company?
11   A   Can you tell me what you mean by charging for the
12   company.
13   Q   The asking price.
14   A   I'm familiar with the acquisition costs negotiated
15   between WhatsApp and Meta.  I don't recall sitting here how
16   that related to some asking price if that's different.
17   Q   Okay.  I want to turn to your opinions about WhatsApp's
18   revenues and expenses.  And you had testified that
19   WhatsApp's annual expenses exceeded its revenues from 2015
20   through the first half of 2022, is that right?
21   A   That's right.  That's the time period for which I had
22   data that enabled me to make that comparison.
23   Q   Okay.  And you had agreed that Meta, when it was
24   considering acquiring WhatsApp, valued it over a ten-year
25   period, right, we agree about that, or considered a ten-year
```

```
 1    time frame?
 2    A    Yes.  The valuation framework that we were looking at
 3    previously had one of its assumptions was to look ten years
 4    forward to determine this required revenue consistent with
 5    the purchase cost.
 6    Q    It's possible for a company to make an investment based
 7    on long-term expectations of growth and revenue, rather than
 8    short-term, isn't it?
 9    A    I'm sorry.  Can you repeat that.
10    Q    It's possible for a company to make an investment based
11    on expectations over the long term rather than short term,
12    is that right?
13    A    As a general matter, I mean, one standard valuation
14    approach is, you know, the income approach, discounted cash
15    flow approach, which entails projecting future revenue, cash
16    flow, and discounting that projected stream to the present,
17    so that's a forward-looking setup, sure.
18    Q    Did you review or hear Mr. Zuckerberg's testimony in
19    this case?
20    A    Neither.
21    Q    Neither, okay.  Are you familiar with his testimony that
22    when the company bought Instagram for a billion dollars,
23    people were going to think that was expensive, but he
24    testified we thought we had a reasonable chance of getting
25    to a hundred million people.  Are you familiar with that
```

 1  piece of his testimony here?

 2  A    No, I am not familiar with his testimony.

 3  Q    Okay.  And he went on to testify that this gave him

 4  confidence that making a similar bet on WhatsApp that it

 5  could grow, that gave him that confidence.  Are you aware

 6  that he had confidence that WhatsApp could grow?

 7  A    Same answer, I'm not familiar with his testimony.

 8  Q    You don't offer any opinion about whether it was

 9  unreasonable to bet that WhatsApp could exceed the 2 billion

10  users over time, right?

11  A    No, I make no opinion on that question one way or the

12  other.

13  Q    Mr. Zuckerberg testified that WhatsApp's users is closer

14  to 3 billion.  Are you familiar with the number of users

15  WhatsApp has today?

16  A    Well, I have analyzed WhatsApp's user count through the

17  middle of 2022, so I am familiar with those figures, I think

18  some of which are under seal, but that's as far as my

19  knowledge goes.

20  Q    That's why I was asking about Mr. Zuckerberg, because I

21  believe he said that in open -- openly.

22       So would your -- would learning that WhatsApp has close

23  to 3 billion users today change your opinion about whether

24  the assumptions it could get to $2 billion by last year were

25  reasonable?

1    A    Well, I'm not making an opinion about whether that

2    2 billion figure was reasonable or not.

3    Q    Okay.  And just briefly on your question -- on your

4    opinion about Meta's profits, you, yourself, don't have

5    expertise in interpreting the meaning -- let me ask it a

6    different way, the cause of a firm's profits, correct?

7    A    I was not asked to opine about the reasons why Meta has

8    earned an internal rate of return since inception that is so

9    much greater than its cost of capital.  I was not asked to

10   address that.

11   Q    You have acknowledged that there are explanations for

12   why a company's rate of return could be greater than the

13   cost of capital, a range of reasons why that could be the

14   case, correct?

15   A    Well, I think I mentioned a couple in my deposition.

16   That's just as far as I am prepared to go on that.

17   Q    Okay.  And you haven't analyzed the source of Meta's

18   profits, correct, how they make the profits?

19   A    No, I have not tried to unpack the reasons why Meta's

20   actual rate of return has been so large compared to its cost

21   of capital.

22   Q    And to clarify something that your counsel asked, you

23   didn't do any analysis comparing Meta's level of

24   profitability to industry benchmarks, right?

25   A    That's correct.  I did no comparisons of Meta's economic

```
 1    profits as I calculated them to any other industry

 2    benchmark.

 3    Q    And just one question on your opinion that Meta did not

 4    provide adequate substantiation to verify its infrastructure

 5    cost savings claims related to Instagram and WhatsApp.  You

 6    are not offering the opinion -- any opinion about whether

 7    there were, in fact, cost savings claims, just that you

 8    could not substantiate them -- sorry, that there were cost

 9    savings, just that you could not substantiate them, correct?

10    A    Meta was asked to provide documentation to support these

11    cost savings claims, and my opinion was that the

12    documentation provided was insufficient to verify the

13    claims.

14    Q    Okay.  Not that -- as to whether there were any cost

15    savings or not, you have no opinion about that?

16    A    That's not a question I have investigated.

17    Q    Thank you so much, Mr. Hearle.

18         MS. MIGDAL:  I will pass the witness.

19         THE COURT:  Ms. Miller.

20         MS. MILLER:  Yes, Your Honor.  Some redirect, Your

21    Honor.

22                    REDIRECT EXAMINATION

23    BY MS. MILLER:

24    Q    Mr. Hearle, the judge in this case asked you about the

25    synergies that you discussed.  In your experience reviewing
```

1    transactions where a company is positing synergies, do

2    companies generally present those to you when you are

3    performing your reviews?

4    A    The transaction documents I have seen, the deal

5    documents that analyze transaction premia will frequently

6    include calculations, estimates of synergies, and their

7    value, so yes.

8    Q    And did you see any of those calculations or estimates

9    of synergies or their values in this case with regard to

10   Meta's proposed acquisition of WhatsApp?

11   A    No, I did not.

12   Q    Ms. Migdal asked you about two slides from the Cobalt

13   transaction slide deck that we reviewed today.  Do you

14   remember those questions?

15   A    I think so.

16   Q    Did you analyze the slides that Ms. Migdal was directing

17   you to, the public company and the precedent transaction

18   slides?

19   A    Yes.  I discussed them in my initial report.

20   Q    Do you have any understanding of whether the user values

21   in those slides that she pointed to are reflective of actual

22   enterprise value per user for WhatsApp?

23   A    I'm sorry.  Can you repeat that.

24   Q    Do you have any understanding or did you perform any

25   analysis of whether the user values reflected in those

1    slides are reflective of an actual enterprise value per user

2    for WhatsApp?  And we can look at the slides if that's

3    helpful.

4    A    Well, the public comparable company slide calculated

5    enterprise value per user from some publicly traded

6    companies and compared that to basically the purchase cost

7    of WhatsApp per user.

8        And my observation was that the companies in that --

9    public comparable companies in that analysis had -- at the

10   time were generating revenues, you know, a hundred times,

11   300 times larger than WhatsApp was, just looking at the

12   slide.  WhatsApp's ARPU on the slide was 10 cents.  Google's

13   was $30.  That's a multiple of 300.  So it was apparent to

14   me that there were questions about whether those companies,

15   public comparable companies, were good comparables here.

16   Q    Ms. Migdal also asked you about whether what you

17   reviewed projected future revenue.  Do you remember those

18   questions?

19   A    I think so.  I mean, you have to help me.

20   Q    In the course of your analysis for this case, did you

21   identify any other instances of valuation analyses presented

22   by Meta to its board of directors for consideration of

23   acquisition based on projected future revenues?

24   A    Yes, I did.  In my rebuttal report, I discussed a

25   similar kind of presentation, valuation-related

1    presentation, that Meta made to its board like a month

2    later, March 2014, that related to Meta's acquisition of

3    Oculus.

4    Q   And to confirm, is Oculus another technology company?

5    A   That's my understanding.

6         MS. MILLER:  Your Honor, if I may approach?

7    BY MS. MILLER:

8    Q   Mr. Hearle, is this reflective of the analysis you have

9    seen presented by Meta to the board of directors that shows

10   projecting future revenue for a company that Meta is

11   considering acquiring?

12   A   Yes.  This slide was what I recall seeing showing Meta's

13   discounted cash flow income approach valuation of Oculus,

14   and as shown here, the calculations involved value and

15   projected future results for the company, income cash flow.

16   Q   And how does what's shown on this slide differ from what

17   you understand was presented to Meta's board of directors to

18   evaluate the WhatsApp acquisition?

19   A   Meta's valuation framework in the slide that takes the

20   19 billion purchase cost, looks ahead ten years, and says $2

21   of revenue would be required to justify, that Meta analysis

22   valuation framework assumed the company was worth a certain

23   amount of money, 19 billion, and then calculated other

24   numbers that were implied by that value using various

25   assumptions.

1        What this is doing is a traditional standard income

2   approach valuation which is saying let's take some input

3   data, let's take projection of future revenue, costs, cash

4   flows, let's use a discount rate, and we are not going to

5   presume what the company is worth as the input; we are going

6   to, instead, use some data, run some calculations, compute a

7   present value, and compute that value as the output.

8   Q    So is what we are seeing here on the discounted cash

9   flow analysis, is that similar to how you have seen

10  valuations performed in other transactions you have reviewed

11  as a financial analyst?

12  A    Yes, sir.

13  Q    And to confirm, is your understanding that this slide

14  was presented to Meta's board of directors to analyze a

15  different transaction other than the WhatsApp transaction?

16  A    Yes.  It was the Oculus transaction that apparently --

17  my memory is that it took place like a month later compared

18  to the WhatsApp acquisition.

19  Q    Ms. Migdal also asked you some questions where you

20  explained about information you learned from KPMG.  Is that

21  correct?

22  A    Yeah, I think so.

23          MS. MILLER:  Your Honor, may I approach?

24          THE COURT:  No need to ask.

25

```
 1    BY MS. MILLER:

 2    Q    Mr. Hearle, is this the KPMG analysis that you have been

 3    referring to?

 4    A    Yes, it is.

 5    Q    I note for the record that this is stamped as PX12692.

 6         What is your understanding of why this KPMG analysis was

 7    created?

 8    A    Based on the cover letter, KPMG explains it performed

 9    this valuation analysis for Meta in connection with some

10    tech's issue.

11    Q    What is your understanding of whether this KPMG analysis

12    analyzes standard valuation methods for valuing WhatsApp?

13    A    Well, as KPMG explains, the three standard valuation

14    methods and the considerations they use to determine which

15    methods were most appropriate, so this is a clear use of the

16    standard valuation approaches.

17    Q    And if you turn to what is marked as PX12692-007, is

18    this a company overview?

19    A    Yeah, that's the title of the slide, yes.

20    Q    And do you see whether KPMG presented a time line of the

21    transaction between Meta and WhatsApp?

22    A    Yes, I see that on the right side of the slide.

23    Q    And does the time line of the transaction between Meta

24    and WhatsApp help in any way determine when the right time

25    is to measure a standalone valuation?
```

1    A    Well, I guess it does.  I mean, based on this time line

2    and other discussion in this document, it's clear once news

3    of the transaction became known, you know, WhatsApp's value

4    was affected by that information.

5    Q    Ms. Migdal had asked you about whether you considered

6    whether LINE and Snapchat and Kakao were appropriate

7    comparable to WhatsApp.  Do you remember that?

8    A    Yes.

9    Q    Have you seen anything in the KPMG analysis that

10   assesses whether those companies were appropriate

11   comparables to WhatsApp for purposes of valuation?

12   A    Yes.  As I think I mentioned, KPMG concluded that trying

13   to value WhatsApp using so-called comparable companies was

14   not appropriate here because WhatsApp had no good

15   comparables at the time.

16   Q    And if you turn to what is marked as PX12692-012, is

17   this your understanding -- or does this contain your

18   understanding of the analysis KPMG performed about potential

19   comparables?

20   A    No.

21   Q    Is there another page that does that?

22   A    Yes.  I believe it's -008.

23   Q    My apologies.  And what does that tell you about the

24   comparables that KPMG considered?

25   A    Well, on this page, KPMG discusses its selection of

1  valuation approaches, and it explains that it could not

2  use -- chose not to use the income approach and also

3  explains that -- and I'm sorry.  It's acronyms.  The GMAC

4  and GPCM were considered but not used given a lack of close

5  comparables for either method.  And elsewhere it's explained

6  the GMAC is the public -- comparison to the public

7  companies.  And GPCM is the comparison to -- I believe it's

8  other precedent transactions.

9  Q    You said that KPMG -- that Meta employed KPMG to perform

10  this valuation.  Is that right?

11  A    Yeah.  I'm sorry.  I got those flipped.  GPCM, sorry, is

12  the comparison of the public companies.  GMAC is the prior

13  transactions.  I'm sorry.  Go ahead.

14  Q    Thank you for clarifying.

15       You mentioned that KPMG prepared this valuation at

16  Meta's request.  Is that right?

17  A    Yes.

18  Q    Do you have an understanding of what WhatsApp

19  information was available to KPMG for the purposes of

20  performing this valuation analysis?

21  A    I recall there being descriptions of that information

22  here.  I don't remember exactly what the details were.

23  Q    Just generally, did you have an understanding of whether

24  KPMG had WhatsApp data available to it for the purposes of

25  performing this valuation analysis?

```
 1    A    I recall they state in this report that they had access
 2    to both WhatsApp and Meta personnel.
 3    Q    Can you remind me, what was the conclusion KPMG reached
 4    about the valuation of WhatsApp, the standalone valuation of
 5    WhatsApp?  My apologies.
 6    A    KPMG estimated two values, but in particular, the
 7    standalone value they estimated was 8.1 billion.
 8    Q    And you can put that document aside.
 9         Ms. Migdal asked you about two purported valuations
10    performed, one by Google and one by DST.  Do you recall
11    that?
12    A    Well, yes and no.  I think she asked me about a
13    valuation in Google.  I don't recall her asking me about a
14    valuation in DST, but I do remember both documents.
15    Q    Thank you.  Fair enough.
16         With regard to the Google document, you said you did not
17    rely on any valuation.  Did you review the document at any
18    point?
19    A    Yes, I did.
20    Q    And did you consider whether it provides a valuation of
21    WhatsApp that you would have wanted to rely on?
22    A    Yes.  I studied the document to see whether it shed
23    light on WhatsApp's value as a standalone company prior to
24    the announcement of its acquisition by Meta.
25    Q    And what was your conclusion?
```

1  A   That the Google analysis was not analyzing standalone

2  WhatsApp at the time.

3  Q   And turning to the DST document Ms. Migdal had you look

4  at, I believe it's PX10279 in your binder.

5  A   Okay.  Yes, I have it.

6  Q   Ms. Migdal directed you to the page that was marked

7  PX10279-003.  Do you recall that?

8  A   Yes, uh-huh.

9  Q   And she identified some estimates by DST about over time

10  generating 3 to 5 dollars of revenue per monthly user for

11  WhatsApp.  Do you see that?

12  A   Yes.

13  Q   In the most recent Meta data that was provided to you by

14  Meta to perform the calculations about WhatsApp's revenue

15  per user, was WhatsApp generating this amount of revenue per

16  user?

17  A   No.  It's ARPU, WhatsApp's actual ARPU, was a small

18  fraction of these numbers.

19  Q   Have you seen any indication of how WhatsApp might

20  generate either this amount of ARPU or the amount of ARPU we

21  saw on the Cobalt transaction slide deck?

22  A   I saw no concrete plans of how WhatsApp would generate

23  revenue like this.

24  Q   Are you aware of anything else in this slide deck from

25  DST where DST is attempting to compare WhatsApp to the other

1   companies indicated in this bullet?

2   A   Well, there's at least one slide that has -- that shows

3   WhatsApp lined up against these other firms.

4   Q   And what slide is that?

5   A   Let's see.  It's 028.

6   Q   What is your understanding of whether this slide

7   reflects that WhatsApp is comparable to the companies that

8   Ms. Migdal was asking you about?

9   A   I'm sorry.  Can you say that again.

10  Q   What is your understanding of whether this slide does or

11  does not reflect that WhatsApp is comparable to the

12  companies that Ms. Migdal was asking you about in this

13  document?

14  A   Well, I mean, the slide has got all its companies on the

15  same page.  I didn't see any analysis here that indicated

16  WhatsApp was comparable.

17  Q   Do you have any understanding of whether WhatsApp was or

18  is comparable to these companies in terms of value at this

19  time?

20  A   Of value, no.  The chart here has got comparisons of

21  user counts, and that shows some value per user for

22  companies other than WhatsApp.

23  Q   Does it show a value per user for WhatsApp?

24  A   No, it doesn't.

25  Q   Ms. Migdal asked you about whether there are different

1    valuation methods for different types of companies.  Are

2    there different methods used to value startups as opposed to

3    companies that are no longer startups?

4    A    Well, there are three standard valuation methods.

5    Sometimes due to lack of data, people might use shorthands

6    for those, but I think the methods are those three.

7    Q    And did you see those standard methods used to value

8    WhatsApp by Meta?

9    A    Well, the slides entitled public comparable company and

10   precedent transaction sort of resemble a market approach,

11   but the implementation there was not standard.  So looking

12   at the all the information together, no, I didn't see a

13   standard valuation done.

14   Q    Thank you, Mr. Hearle.  I have no further questions.

15            THE COURT:  Thanks so much.

16            Mr. Hearle, you may step down.

17            Government may call its next witness.

18            MS. DiMOSCATO:  Good morning.  Maria DiMoscato for

19   the Federal Trade Commission.  Your Honor, the FTC now calls

20   Blake Chandlee of TikTok by video deposition.

21            THE COURT:  Okay

22            MS. DiMOSCATO:  The first portion of this video will

23   be played in open court.  It is 22 minutes and 48 seconds of

24   run time.  The second portion contains third-party

25   confidential information and will, accordingly, be played in

 1    sealed session.  It is 5 minutes long.

 2         THE COURT:  Okay.  I think we will play the sealed

 3    portion right after lunch then.

 4         MS. DiMOSCATO:  Yes, Your Honor.

 5         Also, Your Honor, two FTC exhibits are discussed in

 6    this video.  They are both preadmitted.

 7         THE COURT:  All right.  I will make note of that.

 8         MS. DiMOSCATO:  Do you need the PX numbers?

 9         THE COURT:  I assume it's one that we should put --

10    11521 and 11525?

11         MS. DiMOSCATO:  That's correct.

12         THE COURT:  So those are admitted.  Thank you so

13    much.

14         Okay.  You can play when ready.

15         (The videotape was played.)

16         THE COURT:  It was a little longer than quoted.

17    Before we break for lunch, because you are talking about

18    witnesses for next week, we are going to have to break early

19    a couple days.

20         Nikki, look at the schedule next week.  I think it's

21    Tuesday and Thursday.

22         Okay.  So Wednesday, we've got to break at 4:15 and

23    Thursday at 4:00.

24         Okay.  So as you folks are thinking about arranging

25    witnesses, keep that in mind.  Okay.

1          Okay.  1:40.  Lunch, 1:40.

2          I'm sorry.  For the public, it will be 1:45 since we

3    will have five minutes of sealed at 1:40.  Thank you.

4          (A recess was taken at 12:26 p.m.)

5                              - - -

6                    C E R T I F I C A T E

7

8          I hereby certify that the foregoing is an accurate

9    transcription of the proceedings in the above-entitled

10    matter.

11

12

13    4/24/25                 s/ Tammy Nestor
                              Tammy Nestor, RMR, CRR
14                            Official Court Reporter
                              333 Constitution Avenue NW
15                            Washington, D.C. 20001
                              tammy_nestor@dcd.uscourts.gov

16

17

18

19

20

21

22

23

24

25

MR. HANSEN: [2]
4/20 5/23
MR. MATHESON: [7]
3/4 3/13 4/4 4/9 4/12
5/19 5/21
MS. DiMOSCATO: [5]
83/18 83/22 84/4 84/8
84/11
MS. MIGDAL: [13] 9/8
12/9 45/1 45/5 55/9
56/21 57/25 58/2
59/13 59/16 62/14
64/11 72/18
MS. MILLER: [15]
5/25 9/5 12/5 12/13
22/24 40/19 43/16
43/19 44/16 44/21
64/3 64/10 72/20 75/6
76/23
THE COURT: [53] 3/2
3/11 4/2 4/7 4/11 4/19
5/17 5/20 5/22 5/24
6/3 9/7 9/9 12/11 11/6
18/13 18/18 18/22
23/1 40/22 41/6 41/10
41/13 41/16 41/25
42/9 42/16 43/2 43/4
43/18 43/20 44/3 44/7
44/20 44/23 45/3 45/7
55/5 55/8 56/23 57/23
58/1 64/7 64/12 72/19
76/24 83/15 83/21
84/2 84/7 84/9 84/12
84/16
THE COURTROOM
DEPUTY: [1] 6/9
THE WITNESS: [19]
15/1 16/8 18/16 18/20
18/24 41/3 41/8 41/11
41/15 41/17 42/4
42/11 43/1 43/3 43/6
43/25 44/5 44/13
59/14

$
$1.53 [1] 25/4
$10 [1] 26/13
$10 million [1] 26/13
$10.05 [1] 52/1
$116 [1] 48/7
$144 [1] 18/5
$150 [1] 59/1
$19 [7] 28/14 30/2
32/13 32/16 47/16
47/23 48/10
$19 billion [6] 28/14
30/2 32/16 47/16
47/23 48/10
$2 [2] 70/24 75/20
$2 billion [1] 70/24
$2.05 [3] 25/3 52/22
55/23
$21 [1] 48/5
$21 billion [1] 48/5
$25 [1] 59/1
$3 [1] 60/16
$30 [1] 74/13
$41 [4] 47/19 47/25

$44 [1] 18/3
$51 [2] 50/12 50/13
$8.1 [1] 31/19
$8.1 billion [1] 31/19

-- of [1] 63/20
-008 [1] 78/22
-012 [1] 23/21

0
003 [1] 81/7
007 [1] 77/17
008 [1] 78/22
012 [2] 23/21 78/16
013 [1] 57/24
028 [1] 82/5
03590 [1] 1/3

1
10 [5] 25/23 25/25
49/10 59/5 74/12
10 billion [1] 59/2
10 percent [6] 17/12
17/24 18/14 18/14
18/16 19/5
10.9 billion [1] 32/3
10:55 [1] 55/7
10Ks [1] 20/5
11 [2] 31/2 63/23
11 percent [1] 32/23
11521 [1] 84/10
11525 [1] 84/10
12 [5] 25/2 25/7 25/10
51/8 51/23
12.5 [1] 41/4
12.5 billion [2] 41/1
41/19
123 [1] 63/23
12:26 [1] 85/4
13 [2] 57/18 57/23
135 percent [2] 10/24
32/4
14 [2] 27/19 61/22
160 million [1] 60/19
1615 [1] 1/18
17 [2] 23/10 45/23
173.5 billion [1] 32/21
18 [2] 40/23 56/17
187 million [1] 48/5
19 [4] 24/5 30/13
41/14 62/22
19 billion [22] 9/22
21/20 24/3 24/5 24/9
24/23 29/3 29/23 32/2
32/18 32/22 48/2
51/16 52/2 56/10 63/6
65/1 65/2 65/3 67/15
75/20 75/23
1:30 [1] 3/15
1:40 [3] 85/1 85/1 85/3
1:45 [1] 85/2
1st [3] 4/25 5/7 5/12

2
2 billion [5] 25/2 51/22
52/12 55/22 71/2
2.05 [1] 28/11
20-03590 [1] 1/3

20024 [1] 1/14
20036 [1] 1/19
2005 [1] 49/20
2006 [1] 49/20
2011 [1] 50/15
2012 [1] 38/5
2013 [2] 26/13 26/18
2014 [14] 23/10 24/5
25/20 26/20 30/13
45/15 45/19 45/23
50/17 56/2 57/5 61/3
61/13 75/2
2015 [1] 68/19
2019 [1] 7/1
2020 [2] 37/19 37/21
2021 [1] 37/17
2022 [7] 16/2 20/4
28/10 37/12 55/17
68/20 70/17
2023 [3] 16/10 20/5
56/3
2024 [8] 20/5 24/13
25/1 52/13 52/23
55/19 55/22 56/7
2025 [1] 1/5
2030 [1] 16/11
22 [2] 36/18 83/23
24 [1] 1/5
25 [1] 85/13
28 [1] 3/6
29 [1] 57/25

3
3 billion [2] 70/14
70/23
3.2 [1] 26/20
3.6 [1] 26/19
30 [1] 7/13
300 [2] 74/11 74/13
333 [2] 1/23 85/14
36.4 percent [2] 16/3
16/15

4
4/24/25 [1] 85/13
40 percent [3] 18/6
18/8 18/10
400 [2] 1/13 1/19
41 [3] 48/1 48/2 48/14
41.4 percent [2] 16/12
16/16
44 [1] 18/5
460 [1] 47/23
460 million [1] 47/18
48 [1] 83/23
4:00 [1] 84/23
4:15 [1] 84/22

5
52 percent [1] 41/15
53 percent [1] 41/9

6
60 billion [2] 59/2 59/6
66 percent [1] 41/6

8
8.1 billion [2] 32/2 80/7

9.8 percent [1] 17/12
9:31 [1] 3/1

A
a.m [2] 3/1 55/7
able [12] 11/8 11/11
19/22 27/5 28/1 37/7
37/18 37/21 40/1
51/22 52/22 55/16
about [81] 7/13 8/3
10/11 10/14 10/21
11/5 11/13 17/14
17/20 18/10 18/13
20/1 22/9 24/11 26/13
26/19 26/22 28/2
28/13 30/1 32/3 33/1
33/2 34/22 35/2 36/14
37/19 39/13 39/24
40/5 40/15 42/18
45/12 46/1 48/21
52/11 53/13 53/22
54/10 55/12 58/17
58/20 59/22 61/6
61/13 61/15 62/3 62/9
63/8 65/13 67/4 67/12
68/17 68/25 70/8
70/20 70/23 71/1 71/4
71/7 72/6 72/15 72/24
73/12 74/14 74/16
76/20 78/5 78/18
78/23 80/4 80/9 80/12
80/13 81/9 81/14 82/8
82/12 82/25 84/17
84/24
above [3] 50/19 55/22
85/9
above-entitled [1] 85/9
accepted [1] 46/4
access [2] 54/3 80/1
according [1] 35/21
accordingly [1] 83/25
account [1] 63/2
accounting [2] 7/9 7/22
accurate [2] 55/14 85/8
acknowledged [2] 46/3
71/11
acquire [9] 21/18 21/21
21/23 29/8 29/18
30/20 31/22 32/14
32/20
acquired [19] 9/25 11/6
21/25 26/23 29/25
30/23 32/25 35/24
37/8 38/5 49/19 49/25
50/4 50/7 56/14 57/7
61/11 61/11 68/7
acquiring [5] 9/22
53/15 67/23 68/24
75/11
acquisition [45] 8/18
10/2 10/18 11/1 11/4
21/15 26/1 26/6 26/17
27/5 27/8 27/15 27/24
29/6 29/12 29/13
29/16 30/12 32/11
33/6 36/5 38/6 40/10
52/16 57/14 57/16
59/11 60/23 61/9

62/1 62/21 62/22
62/24 63/6 65/15
65/19 67/15 68/4
68/14 73/10 74/23
75/2 75/18 76/18
80/24
acronym [1] 25/17
acronyms [1] 79/3
active [9] 26/14 47/4
47/19 48/6 48/7 49/15
49/23 50/13 52/17
actual [19] 14/15 20/22
25/19 26/8 26/9 26/19
28/10 28/12 43/11
43/21 46/12 52/15
52/16 56/10 57/11
71/20 73/21 74/1
81/17
actually [9] 26/2 39/6
41/3 48/21 51/14
51/17 56/8 56/10 68/1
actuals [2] 43/14 43/15
ad [1] 34/11
add [1] 59/22
addition [1] 31/14
additional [3] 15/14
44/16 66/4
address [2] 12/8 71/10
adequate [1] 72/4
adjusted [1] 25/4
administrative [1]
40/12
admitted [1] 84/12
adopted [1] 8/21
ads [6] 33/23 34/6 34/7
35/16 35/19 37/4
advance [1] 4/24
advanced [1] 7/18
advertiser [1] 34/5
advertising [7] 33/18
33/21 33/24 34/5
35/14 35/18 35/22
advise [1] 63/11
affected [1] 78/4
after [8] 3/5 11/6 18/1
26/11 26/23 35/24
38/25 84/3
again [16] 20/21 27/21
29/2 35/4 39/21 41/25
45/24 50/21 50/24
51/3 51/10 53/16 55/1
64/7 64/8 82/9
against [2] 14/13 82/3
agree [12] 25/25 47/1
47/4 48/7 49/14 55/21
58/12 59/4 63/24
64/22 66/5 68/25
agreed [5] 8/22 32/20
47/13 51/12 68/23
agreement [1] 3/24
ahead [4] 16/7 45/23
75/20 79/13
Alex [1] 3/20
Alison [2] 5/1 5/14
all [17] 4/16 27/6 33/20
36/2 37/15 37/25
38/18 39/25 40/19
48/3 48/9 48/15 51/24
64/5 82/14 83/12 84/7

**A**

Allen [1] 63/10
allocate [3] 34/14 35/5 35/10
allocated [5] 33/19 35/1 35/3 35/5 36/20
along [1] 60/17
alongside [1] 7/14
already [1] 30/2
also [19] 8/4 8/24 12/8 14/8 26/8 28/22 28/23 33/9 37/10 38/16 43/17 49/9 49/11 51/3 68/4 74/16 76/19 79/2 84/5
alternate [1] 48/24
alternative [1] 49/2
always [1] 4/18
am [11] 12/7 14/14 30/18 36/17 50/11 61/6 65/12 67/9 70/2 70/17 71/16
Amazon [1] 38/7
amenable [1] 4/15
amount [5] 13/18 75/23 81/15 81/20 81/20
amounts [5] 20/9 20/11 28/3 34/17 34/19
analyses [7] 7/23 9/2 10/6 12/15 21/16 32/10 74/21
analysis [45] 9/6 9/17 20/24 21/1 21/15 23/5 23/12 23/17 23/25 24/21 25/11 30/3 30/24 31/3 31/4 41/18 42/5 42/7 44/11 55/16 56/5 56/12 56/19 57/12 57/13 60/8 62/19 62/20 71/23 73/25 74/9 74/20 75/8 75/21 76/9 77/2 77/6 77/9 77/11 78/9 78/18 79/20 79/25 81/1 82/15
analyst [11] 6/23 6/25 7/16 8/2 8/14 9/3 14/12 21/8 44/19 66/3 76/11
analysts [1] 22/11
analyze [17] 7/19 7/19 7/20 7/22 9/19 9/20 10/1 10/3 11/8 11/11 13/4 37/21 38/11 45/15 73/5 73/16 76/14
analyzed [11] 8/6 8/16 28/9 30/7 35/7 38/21 43/1 49/4 68/9 70/16 71/17
analyzes [1] 77/12
analyzing [5] 7/24 8/5 8/15 60/22 81/1
announced [2] 57/14 62/25
announcement [1] 80/24
annual [7] 16/4 18/10

68/19
another [8] 40/14 48/25 58/21 60/11 61/3 61/3 75/4 78/21
answer [6] 5/17 5/18 55/3 64/15 68/1 70/7
antitrust [1] 7/14
any [42] 3/3 3/21 9/7 10/6 15/9 17/17 20/16 20/25 23/16 24/11 25/14 26/22 30/25 32/10 32/14 34/14 37/7 37/18 40/5 42/5 42/13 45/18 48/11 48/17 52/11 58/17 70/8 71/23 72/1 72/6 72/14 73/8 73/20 73/24 73/24 74/21 77/24 80/17 80/17 81/19 82/15 82/17
anything [3] 25/11 78/9 81/24
anywhere [6] 15/20 17/6 26/4 27/9 28/18 30/4
apologies [3] 27/18 78/23 80/5
app [2] 33/10 65/16
apparent [1] 74/13
apparently [2] 27/1 76/16
APPEARANCES [1] 1/10
appendix [1] 60/14
appraise [1] 20/8
approach [27] 20/8 21/10 21/11 22/18 22/20 22/21 29/1 29/2 43/19 46/3 46/7 46/10 49/4 53/23 53/24 53/25 53/25 54/5 69/14 69/14 69/15 75/6 75/13 76/2 76/23 79/2 83/10
approaches [4] 10/19 22/11 77/16 79/1
appropriate [7] 4/24 48/18 58/19 77/15 78/6 78/10 78/14
approximately [1] 31/19
April [1] 1/5
arbitrary [1] 52/9
are [86] 4/13 5/13 5/14 8/9 8/12 8/13 12/23 14/6 17/20 18/18 19/3 19/23 20/2 22/2 22/10 22/11 22/13 22/13 22/15 22/17 22/18 27/25 33/2 34/6 35/14 38/1 40/19 41/25 42/24 43/21 43/25 45/18 46/11 46/13 47/10 48/21 49/11 52/18 52/18 52/19 53/13 53/14 53/19 53/20 53/22 54/9 56/3 60/10 60/16 60/18

62/11 62/25 63/9 64/24 66/2 67/3 67/4 67/7 69/21 69/25 70/5 70/14 70/18 71/11 72/6 73/2 73/21 74/1 76/4 76/5 76/8 81/24 82/25 83/1 83/3 83/4 83/6 84/5 84/6 84/12 84/17 84/18 84/24
area [1] 52/24
aren't [1] 43/23
Ariela [2] 1/17 45/1
around [4] 7/25 8/5 9/2 42/25
ARPU [27] 25/3 25/3 25/16 25/20 25/22 25/24 26/1 26/3 26/19 26/20 27/7 28/12 43/21 43/23 51/10 52/1 52/1 52/15 54/18 54/20 54/24 61/4 74/12 81/17 81/17 81/20 81/20
ARPUs [4] 26/15 27/25 28/10 60/15
arranging [1] 84/24
arrive [1] 6/5
as [97] 4/2 4/15 5/5 5/5 6/8 6/19 6/24 7/16 8/1 8/9 8/14 9/2 9/6 9/18 11/3 12/19 14/11 14/12 14/16 17/15 18/6 18/11 18/14 21/7 21/8 21/17 22/18 22/23 23/12 23/21 24/21 25/10 25/24 27/12 28/25 29/4 29/16 29/22 29/24 30/1 30/15 30/16 31/2 31/15 32/19 33/3 34/2 36/16 37/17 40/25 41/19 41/21 41/22 44/6 44/18 44/22 46/19 51/17 51/21 59/11 60/6 60/9 60/11 60/18 60/23 62/8 62/23 63/7 65/4 65/4 65/7 65/8 65/14 65/18 69/13 70/18 70/18 71/16 71/16 72/1 72/14 75/14 76/5 76/7 76/11 77/5 77/13 77/17 78/12 78/16 80/23 83/2 84/24
ascertain [1] 38/19
aside [4] 25/24 33/25 42/1 80/8
ask [12] 16/18 18/13 27/21 45/14 46/1 62/3 63/8 64/4 65/12 66/5 71/5 76/24
asked [28] 9/16 9/19 9/20 9/23 10/1 10/3 39/2 42/5 44/13 51/11 59/21 61/12 61/15 62/9 63/23 66/1 71/7 71/9 71/22 72/10

76/19 78/5 80/9 80/12 82/25
asking [7] 53/17 68/13 68/16 70/20 80/13 82/8 82/12
asks [1] 18/7
assembled [2] 37/10 43/8
assess [3] 37/17 33/5 45/13
assesses [1] 78/10
assessing [4] 8/25 46/1 53/8 61/1
assessment [2] 20/12 30/8
asset [3] 22/12 22/20 24/21
assignments [1] 9/19
assume [4] 29/2 51/2 52/12 84/9
assumed [6] 18/1 24/23 28/4 28/8 28/12 75/22
assuming [3] 24/4 25/1 65/1
assumption [4] 24/12 25/8 25/13 52/9
assumptions [9] 24/11 28/2 52/14 51/25 52/4 60/4 69/3 70/24 75/25
attempting [1] 81/25
attention [2] 3/5 3/19
attributable [2] 36/16 37/3
attribute [1] 34/23
available [9] 3/15 5/10 21/5 27/4 37/15 54/8 57/3 79/19 79/24
Avenue [2] 1/23 85/14
average [22] 14/15 14/18 14/21 15/1 16/4 16/18 17/3 17/11 17/23 18/23 25/17 26/3 26/7 26/14 26/17 27/5 27/7 27/15 27/24 28/4 28/7 55/13
averaged [1] 17/2
averages [1] 27/25
aware [7] 52/17 54/16 63/9 67/4 67/9 70/5 81/24
AWS [4] 38/8 39/5 39/11 39/18

**B**

bachelor's [1] 7/5
back [15] 4/10 7/13 13/2 19/2 28/5 32/13 45/21 49/8 51/7 55/9 56/4 60/13 60/14 65/12 66/6
background [2] 65/13 67/6
backup [1] 39/22
bad [1] 44/6
ballpark [1] 43/24
banker [2] 63/10 63/25
banking [1] 65/10
base [1] 16/10

10/6 11/1
15/23 17/9 22/7 26/16 30/24 31/20 33/12 37/4 44/19 52/7 59/1 69/6 69/10 74/23 77/8 78/1
basically [9] 9/18 13/16 14/22 24/4 33/24 34/13 37/20 54/20 74/6
basis [1] 43/22
Bates [1] 57/23
be [63] 3/5 3/15 3/22 4/5 4/14 4/17 4/21 5/6 5/12 6/5 6/9 8/11 8/13 9/9 10/23 13/9 18/5 20/8 24/23 26/17 27/17 27/18 30/10 33/8 33/16 33/24 34/15 35/1 35/2 35/10 35/19 36/18 37/2 38/4 41/6 42/23 43/14 43/17 43/23 44/17 46/14 47/19 47/25 48/25 51/4 52/22 53/1 53/2 54/20 54/25 55/24 56/1 58/16 59/7 59/15 59/19 64/9 71/12 71/13 75/21 83/23 83/25 85/2
became [1] 78/3
because [10] 4/17 41/17 44/9 54/6 60/1 60/11 64/8 70/20 78/14 84/17
been [22] 3/20 6/7 10/12 12/21 17/15 21/2 22/23 22/24 23/21 27/5 27/12 28/11 29/5 30/20 30/20 33/3 48/18 56/21 57/12 65/24 71/20 77/2
before [15] 1/8 21/25 25/22 29/25 30/12 44/17 56/7 57/6 57/13 57/16 57/20 61/8 61/11 62/24 84/17
began [1] 3/1
beginning [1] 66/2
behalf [1] 31/7
behind [1] 39/23
being [16] 11/6 20/10 25/10 27/10 30/22 30/23 36/12 36/16 37/8 42/20 44/6 57/6 60/18 61/12 61/15 79/21
believe [12] 4/4 8/24 11/20 12/18 40/10 44/17 59/21 62/5 70/21 78/22 79/7 81/4
believes [1] 35/14
below [2] 28/11 48/15
BENCH [1] 1/8
benchmark [4] 14/12 14/16 17/25 18/6 20/23 46/14 72/15
benchmarks [2] 29/4

**B**

benchmarks... [1]
71/24
bet [2] 70/4 70/9
better [2] 17/18 48/25
between [6] 14/14
43/15 56/2 68/15
77/21 77/23
beyond [1] 15/14
billion [53] 9/22 21/20
24/3 24/5 24/9 24/23
25/2 28/14 29/3 29/23
30/2 31/19 32/2 32/2
32/3 32/13 32/16
32/18 32/21 32/22
37/23 41/1 41/19
47/16 47/23 48/2 48/5
48/10 51/16 51/22
52/2 52/12 54/10
55/22 56/10 59/2 59/2
59/6 62/22 63/6 65/1
65/2 65/3 67/15 69/22
70/9 70/14 70/23
70/24 71/2 75/20
75/23 80/7
binder [4] 11/20 12/2
27/17 81/4
bit [3] 7/3 17/18 18/11
blackout [2] 3/21 4/18
Blake [1] 83/20
Bloomberg [1] 17/2
blue [2] 18/6 34/6
board [18] 21/25 22/6
23/4 23/8 23/23 25/22
26/24 28/18 28/20
42/13 45/21 45/22
66/25 74/22 75/1 75/9
75/17 76/14
BOASBERG [1] 1/8
both [5] 10/4 40/11
80/2 80/14 84/6
bottom [16] 16/7 23/21
24/25 27/14 27/22
40/25 43/20 47/13
47/20 47/22 50/4
57/23 58/22 59/22
59/24 62/3
bottom-line [1] 40/25
bought [1] 69/22
bound [1] 41/22
box [4] 25/1 50/3 58/22
58/23
break [5] 3/8 3/16
84/17 84/18 84/22
Brenner [1] 1/12
brief [4] 4/21 39/15
39/18
briefing [1] 12/7
briefly [2] 10/8 71/3
bring [1] 3/18
broke [2] 33/10 39/1
broken [1] 36/1
brought [1] 8/13
bullet [2] 62/3 82/1
bunch [3] 4/14 41/1
49/16
Bureau [1] 1/13
business [4] 5/4 12/25
16/4 19/3

**C**

buy [2] 53/9 54/10
buying [1] 53/22

**C**

calculate [13] 15/4
15/9 15/11 16/21
16/23 24/20 26/6
26/16 27/5 31/22
35/23 37/7 51/1
calculated [14] 15/12
15/25 17/24 20/6
26/20 27/25 28/11
31/18 31/25 37/9 42/4
72/1 74/4 75/23
calculating [4] 14/23
15/2 29/20 65/2
calculation [14] 13/23
16/5 16/8 18/7 19/13
24/7 26/16 27/14
27/23 42/2 48/13
51/15 60/24 65/6
calculations [29] 15/19
15/22 15/23 17/5 17/18
17/9 19/24 20/9 20/11
24/14 24/19 24/20
24/22 26/2 26/4 26/18
27/7 27/9 32/14 34/12
34/16 36/11 37/12
47/10 73/6 73/8 75/14
76/6 81/14
call [11] 3/4 3/19 3/23
4/5 4/7 4/10 5/14 5/24
36/9 66/12 83/17
called [4] 4/4 34/2
60/15 78/13
calling [1] 4/2
calls [2] 6/2 83/19
came [2] 33/11 41/20
can [40] 3/7 3/8 3/9
3/11 3/25 6/9 7/3 8/11
8/12 9/16 17/18 18/13
27/21 28/5 29/11 32/5
40/23 41/8 46/16 47/7
47/21 49/9 53/16 54/1
54/22 57/18 59/13
62/5 62/14 63/18
63/21 64/8 68/11 69/9
73/23 74/2 80/3 80/8
82/9 84/14
can't [4] 5/8 19/20
42/21 65/21
cannibalizing [1] 35/19
cannot [1] 4/5
cap [2] 32/21 32/22
capital [39] 13/1 13/3
13/8 13/12 14/2 14/3
14/4 14/8 14/12 14/15
14/16 14/19 14/21
14/22 14/23 15/1 15/2
16/20 16/21 16/23
16/25 17/6 17/9 17/14
17/23 18/17 18/22
19/15 19/17 20/23
21/7 61/8 65/22 65/25
66/8 66/21 71/9 71/13
71/21
capitalist [1] 67/5
capitalization [2] 32/15
32/19

5/5 5/8 8/21 8/23 9/17
10/7 11/23 11/25 12/3
12/16 15/4 15/18
15/10 16/21 23/12
24/1 26/21 27/4 32/9
33/7 51/1 54/10 55/25
61/7 65/14 66/16
69/19 71/14 72/24
73/9 74/20
cases [2] 7/14 8/17
cash [33] 13/24 15/13
15/14 15/15 15/16
16/1 16/9 16/11 17/21
18/2 18/5 18/9 18/10
18/12 19/19 19/20
20/3 20/6 20/8 20/10
22/19 54/7 56/2 56/4
56/6 56/6 56/13 69/14
69/15 75/13 75/15
76/3 76/8
cause [1] 71/6
cents [5] 25/23 25/25
26/19 26/20 74/12
certain [3] 35/2 35/25
75/22
certify [1] 85/8
challenging [1] 21/2
chance [1] 69/24
Chandlee [1] 83/20
change [6] 4/1 4/2
28/13 37/24 59/23
70/23
charging [2] 68/10
68/11
chart [1] 82/20
CHIEF [1] 1/9
chose [2] 41/17 79/2
circumstances [2] 54/1
55/2
Civil [1] 1/3
claim [13] 38/2 38/17
38/17 38/19 38/23
39/1 39/1 40/3 40/5
40/7 40/9 40/10 40/17
claimed [2] 38/5 40/14
claims [21] 7/18 8/9
8/10 8/12 8/12 8/15
8/16 8/18 10/4 10/5
11/12 11/14 11/16
34/8 38/12 38/13
39/13 72/5 72/7 72/11
72/13
clarify [2] 66/1 71/22
clarifying [1] 79/14
clear [4] 35/13 54/3
77/15 78/2
clearly [2] 31/8 41/18
click [19] 34/2 34/3
34/5 34/7 34/11 34/14
34/17 34/17 34/23
34/25 35/5 35/7 35/11
35/15 35/18 35/21
36/12 36/23 37/3
close [3] 32/19 70/22
79/4
closed [1] 26/11
closely [1] 53/12
closer [1] 70/13

Cobalt [11] 23/11
22/13 23/14 24/6 25/1
45/24 47/13 47/22
51/23 73/12 81/21
Cobalt's [2] 48/13
49/15
code [2] 23/14 47/14
collecting [1] 52/22
College [1] 7/6
COLUMBIA [1] 1/1
column [8] 26/11 46/21
47/3 47/7 47/8 47/11
58/5 58/12
combine [1] 3/8
come [3] 13/2 47/24
49/8
coming [2] 12/10 44/17
commission [8] 1/2
1/12 6/1 6/2 6/18 6/19
7/23 83/19
commonly [2] 22/18
28/25
communicate [1] 34/8
communications [1]
54/3
companies [41] 7/21
8/6 8/25 21/2 35/14
46/4 46/8 46/9 46/25
48/3 48/10 48/11
48/16 48/18 48/21
49/5 49/16 58/9 58/18
60/16 65/20 67/23
68/3 73/2 74/6 74/8
74/9 74/14 74/15
78/10 78/13 79/7
79/12 82/1 82/7 82/12
82/14 82/18 82/22
82/1 83/3
company [74] 9/22
12/24 14/5 14/7 14/9
18/21 18/25 18/25
19/1 19/16 20/15
20/17 20/22 22/1
22/12 22/14 24/20
25/10 26/23 27/1
29/14 29/15 29/15
29/24 30/12 30/19
30/19 30/20 30/22
31/9 31/12 32/20 34/9
35/9 35/22 43/9 47/9
48/19 49/19 49/25
50/4 53/21 54/7 54/17
54/19 54/23 54/24
56/5 56/9 57/9 57/13
58/21 60/7 60/12 61/6
63/11 67/22 68/2
68/10 68/12 69/6
69/10 69/22 73/1
73/17 74/4 75/4 75/10
75/15 75/22 76/5
77/18 80/23 83/9
company's [14] 11/3
12/25 14/4 15/2 15/11
15/13 16/1 16/18
16/20 21/3 26/18
53/12 53/18 71/12
comparable [17] 28/7
46/9 48/25 49/5 50/22

74/15 78/7 78/13 82/7
82/11 82/16 82/18
83/9
comparables [11]
48/22 49/2 49/3 49/7
51/6 74/15 78/11
78/15 78/19 78/24
79/5
compare [5] 13/11
14/2 14/12 20/16
81/25
compared [8] 11/3
16/19 21/7 32/18 46/8
71/20 74/6 76/17
compares [2] 19/13
49/15
comparing [6] 17/13
28/3 32/1 48/9 49/17
71/23
comparison [8] 14/14
20/20 20/21 58/3
68/22 79/6 79/7 79/12
comparisons [2] 71/25
82/20
compensate [1] 14/6
competition [2] 1/13
44/10
competitive [3] 13/6
14/10 14/16 17/24
20/23
compilation [1] 30/6
compile [1] 30/2
compiled [1] 33/12
complete [3] 34/16
37/13 41/18
complicated [2] 4/12
19/8
component [1] 8/11
comps [4] 48/19 58/3
58/13 58/19
compute [4] 28/1 36/8
76/6 76/7
conclude [7] 10/10
11/6 17/10 20/1 23/25
39/13 40/15
concluded [4] 17/15
51/5 54/5 78/12
concluding [1] 61/13
conclusion [6] 10/15
49/6 60/8 65/14 80/3
80/25
conclusions [5] 8/22
10/6 10/21 11/13
12/16 37/18 40/4 57/1
63/14
concrete [1] 81/22
condition [1] 31/10
confidence [3] 70/4
70/5 70/6
confidential [5] 27/13
33/4 37/18 37/24
83/25
confirm [6] 10/25 21/6
28/12 32/9 75/4 76/13
confirmed [1] 56/1
connection [3] 9/17
43/7 77/9
consider [2] 53/8 80/20

# C

consideration [1] 74/22
considerations [2]
49/18 77/14
considered [5] 22/14
68/25 78/5 78/24 79/4
considering [3] 10/18
68/24 75/11
consistent [5] 19/23
20/2 21/10 56/8 69/4
consolidated [1] 35/8
constitute [1] 10/19
Constitution [1] 1/23
85/14
constructed [1] 17/3
consulting [1] 7/14
consumed [1] 5/12
contain [1] 78/17
contained [1] 23/5
contains [1] 83/24
contemporaneous [2]
56/18 66/7
context [4] 12/20 14/3
14/8 29/11
contributed [1] 52/1
copy [4] 11/23 12/2
43/16 44/22
corner [1] 42/25
corporate [3] 3/20 4/23
5/9
correct [37] 46/22
48/24 49/12 51/20
53/5 53/6 54/11 55/15
55/16 55/19 55/20
56/14 57/2 57/7 57/20
58/19 58/20 59/12
59/19 60/2 61/5 62/18
63/11 63/14 64/20
65/11 66/2 66/23
67/11 68/8 71/6 71/14
71/18 71/25 72/9
76/21 84/11
corrective [1] 57/6
correctly [1] 50/12
cost [92] 8/9 8/11 8/13
8/15 9/22 10/4 10/5
11/3 11/12 11/14
11/16 13/1 13/3 13/7
13/12 14/2 14/3 14/4
14/8 14/12 14/15
14/16 14/18 14/21
14/22 14/23 15/1 15/2
16/20 16/21 16/23
16/25 17/5 17/9 17/13
17/23 18/17 18/22
18/23 18/24 18/25
19/15 19/16 20/23
21/7 21/18 21/20
21/23 22/20 24/2 24/9
28/15 29/3 29/14
29/22 30/2 31/21 32/2
32/13 32/18 32/22
38/4 38/12 38/13
38/17 38/19 38/22
39/1 39/13 39/17 40/1
40/3 40/11 48/2 51/3
51/16 52/2 53/25 63/6
65/1 67/15 69/5 71/9
71/13 71/20 72/5 72/7

75/20
costing [1] 39/6
costs [7] 39/4 39/10
39/20 62/22 62/22
68/14 76/3
could [24] 4/15 19/1
19/2 30/10 30/10 33/8
33/15 35/1 35/2 35/19
52/12 57/12 61/13
63/3 68/6 70/5 70/6
70/9 70/24 71/12
71/13 72/8 72/9 79/1
counsel [1] 71/22
count [2] 51/22 70/16
counting [1] 41/24
counts [4] 26/9 49/22
52/17 82/21
couple [1] 8/7 21/25
40/22 55/12 65/13
71/15 84/19
course [4] 34/14 35/4
36/20 74/20
courses [1] 7/11
court [10] 1/1 1/22
5/11 8/20 14/25 45/4
59/21 64/2 83/23
85/14
cover [3] 11/21 23/10
77/8
created [1] 77/7
criteria [1] 57/6
criterion [1] 57/8
CROSS [3] 2/2 44/25
45/8
CRR [2] 1/22 85/13
CTWA [1] 42/1
cumulative [4] 17/21
18/9 18/9 18/11
cumulatively [1] 18/3
current [5] 6/22 19/21
47/11 53/12 53/18
currently [2] 42/19 62/4

# D

D.C [5] 1/4 1/14 1/19
1/23 85/15
Daniel [1] 1/11
data [37] 7/22 7/22
11/9 15/17 16/3 17/7
24/19 24/19 24/20
24/21 26/8 26/9 28/9
33/7 33/9 33/10 33/11
33/13 33/21 33/22
33/24 34/1 35/25 36/1
36/6 37/14 37/17
37/24 42/10 43/4 51/1
68/22 76/3 76/6 79/24
81/13 83/5
date [9] 23/8 29/24
30/13 30/13 49/25
57/10 57/10 57/11
57/13
dated [4] 57/5 57/6
57/15 61/22
dates [2] 3/21 4/18
day [5] 3/9 3/21 3/22
5/2 32/20
days [3] 5/8 21/25

dcd.uscourts.gov [2]
1/24 85/15
DDX9 [2] 59/17 66/6
deal [6] 7/20 26/11
32/17 43/22 50/9 73/4
decided [1] 21/21
deck [6] 9/11 9/14
22/22 73/13 81/21
81/24
Defendant [2] 1/6 1/16
defer [1] 12/11
degree [1] 7/5
demand [1] 18/21
depend [4] 20/24
53/12 54/1 55/2
depending [1] 54/19
deposition [13] 52/8
57/21 60/3 61/12
61/25 62/9 62/11
63/21 63/22 63/23
64/18 71/15 83/20
derived [2] 16/9 20/3
deriving [1] 29/4
describe [7] 7/4 9/16
described [2] 38/13
41/20
describes [1] 31/9
31/10 31/10
descriptions [2] 38/25
79/21
designated [2] 33/3
37/17
details [1] 79/22
determination [1] 60/5
determine [10] 17/14
19/10 19/23 21/22
29/7 30/7 38/22 69/4
77/14 77/24
determining [1] 24/13
did [108] 7/8 7/12 9/11
9/13 10/6 10/10 10/15
10/19 10/21 11/6
11/13 11/18 11/25
12/1 15/4 15/6 15/9
15/11 15/19 15/21
16/5 16/21 16/22
16/23 17/5 17/10
17/14 20/1 20/8 20/16
20/18 21/22 22/5
23/25 26/4 26/6 26/16
26/18 26/21 28/17
29/17 30/2 30/5 30/7
30/11 30/24 31/2 31/4
31/6 31/21 31/24
32/10 32/14 32/17
33/4 33/19 34/11
34/14 34/16 34/19
35/2 35/5 35/15 35/23
36/6 36/8 38/11 38/24
39/13 40/5 40/15 42/5
42/13 43/7 43/13
44/14 45/14 45/16
45/18 51/7 52/15 54/2
56/19 56/25 57/3 57/3
59/10 63/1 63/5 63/15
64/20 66/15 67/8
69/18 71/25 72/3 73/8
73/11 73/16 73/24

80/16 80/17 80/19
80/20 83/7
didn't [15] 42/10 44/9
46/2 48/24 50/21
52/20 59/8 60/1 61/4
62/13 62/17 63/2
71/23 82/15 83/12
differ [1] 75/16
different [22] 28/1 33/7
33/15 33/17 34/9
34/16 34/19 34/22
36/11 41/1 43/10
50/22 53/24 56/11
57/8 67/18 68/16 71/6
76/15 82/25 83/1 83/2
dig [1] 12/15
DiMoscato [1] 83/18
direct [5] 2/2 6/10 33/9
35/25 63/18
directed [1] 81/6
directing [2] 27/18
73/16
direction [1] 34/21
directors [8] 21/25 22/6
23/5 23/23 74/22 75/9
75/17 76/14
disagree [2] 66/5 67/11
disclosed [2] 33/23 33/3
discount [1] 76/4
discounted [6] 22/19
56/4 56/13 69/14
75/13 76/8
discounting [1] 69/16
discuss [1] 33/3
discussed [7] 29/22
46/19 46/20 72/25
73/19 74/24 84/5
discusses [1] 78/25
discussing [1] 28/19
discussion [1] 78/2
dismiss [1] 42/1
dismissed [1] 42/3
dispute [1] 3/17
distinct [2] 64/24 65/5
DISTRICT [3] 1/1 1/1
1/9
divide [1] 26/14
divided [4] 13/17 47/11
47/17 48/2
divides [3] 47/9 47/23
58/14
dividing [1] 32/21
do [76] 3/11 6/17 7/12
7/16 7/16 8/20 9/16
12/19 13/3 14/11
16/15 21/1 21/2 21/4
23/8 23/11 24/14
24/16 25/5 25/16
25/19 25/25 27/9 28/6
29/17 33/4 35/12 36/6
37/12 38/3 40/24 41/2
42/21 45/3 48/7 48/20
49/2 49/3 49/14 51/18
51/18 51/19 51/19
51/19 51/19 52/7
52/10 52/11 55/16
56/13 58/10 58/12
58/24 59/2 59/4 61/12

66/20 66/25 71/23
73/1 73/13 73/20
73/24 74/17 77/20
78/7 79/18 80/10
80/14 81/7 81/11
82/17 84/8
document [24] 15/18
16/10 25/14 56/21
56/25 57/3 57/19
57/19 60/4 60/7 60/13
60/14 60/22 61/3
61/13 61/18 62/17
78/2 80/8 80/16 80/17
80/22 81/3 82/13
documentation [13]
11/15 11/16 25/14
33/11 33/13 33/9
39/10 39/23 40/6 40/8
40/17 72/10 72/12
documents [15] 15/9
34/24 35/6 35/13
35/21 37/6 38/17
38/18 38/25 45/17
52/25 56/18 73/4 73/5
80/14
does [28] 13/13 19/8
20/10 24/10 25/7
28/12 30/16 36/15
36/22 37/1 37/24 42/9
44/16 48/3 49/22 56/9
61/24 62/8 64/16
75/16 77/23 78/1
78/17 78/21 78/23
82/10 82/11 82/23
doesn't [5] 4/11 53/4
53/21 64/4 82/24
doing [7] 20/24 24/4
56/4 58/16 59/7 60/8
76/1
dollar [1] 32/3
dollars [8] 37/23 54/10
59/6 61/14 62/6 63/3
69/22 81/10
don't [30] 5/11 5/13
20/24 41/11 42/9 43/4
48/17 51/10 51/17
52/6 52/19 52/21
53/19 54/15 55/1 55/2
55/14 55/18 58/17
61/16 62/10 65/5 67/2
67/6 68/1 68/15 70/8
71/4 79/22 80/13
done [8] 9/2 21/4
21/14 31/20 56/12
56/16 66/8 83/13
double [1] 41/24
double-counting [1]
41/24
down [6] 4/22 33/10
36/1 62/14 64/11
83/16
dozen [4] 8/3 8/7 8/17
9/4
dozens [1] 8/7
draw [1] 37/18
DST [17] 61/4 61/8
61/10 61/13 61/15
62/13 62/17 62/25

**D**

DST... [9] 63/2 63/5 66/12 80/10 80/14 81/3 81/9 81/25 81/25
due [2] 40/11 83/5
duly [1] 6/7
during [7] 5/9 13/17 26/15 26/19 39/18 57/21 64/18
DX739 [1] 56/20

**E**

each [5] 39/2 47/9 50/12 54/1 58/13
earlier [7] 27/18 32/24
early [2] 5/4 84/18
earn [2] 13/6 19/4
earned [1] 71/8
earning [2] 12/21 14/10
earns [1] 12/24
Eastern [1] 3/15
easy [1] 4/17
economic [13] 7/23 12/22 12/23 12/24 13/4 13/5 13/9 13/10 14/1 18/24 19/13 43/22 71/25
economically [1] 44/10
economics [3] 7/5 7/10 7/13
economist [1] 66/2
economists [1] 7/15
education [1] 7/4
efficiencies [4] 8/11 8/12 8/16 8/17
efficiency [2] 7/18 8/8
effort [2] 4/22 34/15
either [5] 43/5 63/1 63/5 79/5 81/20
elaborate [1] 4/6
element [2] 39/17 40/14
elements [3] 38/21 39/2 39/2
else [3] 28/18 35/16 81/24
elsewhere [1] 79/5
email [1] 41/20
employed [4] 28/13 31/12 65/24 79/9
enabled [2] 38/6 68/22
end [6] 3/9 18/9 30/24 37/12 40/24 41/2
ended [1] 42/20
ending [2] 57/18 57/24
ends [1] 51/8
English [1] 44/3
enough [3] 44/20 67/7 80/15
entails [1] 69/15
enterprise [23] 17/16 19/14 30/15 30/17 31/15 46/22 46/24 47/10 48/6 48/10 48/14 48/15 49/15 49/21 49/23 49/24 50/18 59/12 60/23 62/24 73/22 74/1 74/5

entitled [3] 26/25 83/9 85/9
entity [1] 29/16
equal [2] 13/7 17/23
Esquire [6] 1/11 1/11 1/12 1/16 1/16 1/17
essentially [1] 54/23
estimate [8] 12/21 13/9 15/16 19/17 22/11 30/16 31/16 39/19
estimated [7] 15/12 26/15 30/14 31/14 67/17 80/6 80/7
estimates [7] 15/25 16/25 35/9 39/16 73/6 73/8 81/9
estimating [2] 21/3 24/7
ethics [1] 7/10
EV [3] 24/5 47/7 48/13
evaluate [1] 75/18
evaluating [1] 62/17
even [5] 5/7 5/11 43/24 50/16 54/18
every [7] 3/21 3/22 11/10 30/9 37/20 37/22 37/22
everyone [3] 3/2 55/6 58/3
evidence [1] 12/6
exact [1] 62/10
exactly [2] 31/15 79/22
EXAMINATION [3] 6/10 45/8 72/22
examined [1] 6/7
example [6] 8/17 39/16 48/4 54/2 54/5 54/9
exceed [1] 70/9
exceeded [4] 11/10 36/10 37/22 68/19
exceeds [2] 12/25 29/15
except [1] 48/11
excess [1] 11/2
exhibits [1] 84/5
exist [1] 42/9
expect [2] 14/9 52/21
expectations [2] 69/7 69/11
expected [28] 9/21 9/24 10/23 10/25 11/2 15/15 21/18 21/20 21/23 24/2 24/9 28/14 29/3 29/22 30/2 31/22 32/6 32/13 32/18 32/22 39/20 47/17 47/23 48/1 52/2 55/24 62/22 67/16
expense [2] 36/3 36/9 36/15
expenses [22] 10/2 11/6 11/9 11/10 32/25 33/1 33/5 33/9 33/9 33/12 35/23 35/24 35/25 36/1 36/2 36/6 36/7 36/8 37/15 37/21 68/18 68/19
expensive [1] 69/23

8/15 8/25 14/11 22/13 30/24 32/6 72/25
experienced [1] 67/5
expert [4] 9/6 11/18 11/23 12/10
expertise [1] 71/5
experts [1] 54/23
explain [4] 3/25 29/11 42/6 59/14
explained [2] 76/20 79/5
explains [5] 31/11 77/8 77/13 79/1 79/3
explanation [1] 42/14
explanations [1] 71/11
explicitly [1] 31/14
extended [1] 13/25
extending [1] 19/19
extent [5] 29/14 35/7 36/9 43/12 44/14

**F**

Facebook [5] 34/6 46/25 58/10 58/19 61/11
fact [5] 3/5 26/24 52/14 54/10 72/7
factor [1] 30/3
facts [1] 54/15
fair [15] 4/24 32/5 44/20 46/7 48/9 50/1 50/17 52/23 53/11 57/19 65/16 67/7 67/24 80/15
familiar [13] 49/11 54/9 61/4 61/6 67/3 67/7 68/14 69/21 69/25 70/2 70/7 70/14 70/17
far [4] 50/1 65/8 70/18 71/16
fashion [1] 3/25
feasible [1] 54/6
feature [1] 56/1
February [7] 23/10 25/20 30/13 45/23 57/5 57/15 61/22
February 14 [1] 61/22
February 17 [2] 23/10 45/23
February 19 [1] 30/13
February 2014 [1] 25/20
February 3 [2] 57/5 57/15
FEDERAL [7] 1/2 1/12 6/1 6/1 6/18 6/19 83/19
fewer [2] 50/7 50/16
Figel [1] 1/17
figure [8] 5/17 19/17 21/24 25/15 39/19 39/23 41/22 71/2
figures [10] 20/24 35/1 41/4 43/21 48/15 56/8 59/10 60/6 60/20 70/17
finally [3] 3/17 10/3 39/9
Finance [1] 7/9

7/16 7/19 7/21 7/25 8/1 8/2 8/14 9/3 9/6 14/11 15/16 15/17 16/3 19/15 19/21 20/5 20/6 21/8 25/9 26/10 26/12 44/19 51/23 66/3 76/11
financials [1] 20/4
find [3] 30/10 35/2 36/17
findings [3] 10/9 19/23 20/2
fine [4] 44/23 65/7
firm [4] 8/19 20/25 31/3 65/25
firm's [1] 71/5
firms [2] 13/6 82/3
first [26] 3/6 3/14 6/7 10/10 12/17 12/17 13/3 15/25 23/7 26/20 28/10 29/22 33/14 33/18 36/14 37/12 39/4 39/17 45/12 45/14 46/3 47/11 56/20 63/21 68/20 83/22
fits [1] 57/5
five [7] 3/11 3/12 9/18 18/11 38/14 58/18 85/3
flag [1] 33/2
flipped [1] 79/11
flow [12] 18/5 18/9 18/10 22/19 56/4 56/6 56/13 69/15 69/16 75/13 75/15 76/9
flows [19] 13/24 15/13 15/14 15/15 15/16 16/1 16/9 16/11 17/21 18/3 19/19 19/20 20/3 20/7 20/8 20/10 54/7 56/2 76/4
focus [4] 21/14 46/2 47/7 51/7
focused [6] 23/17 23/20 39/25 46/18 62/4 62/19
focusing [1] 33/14
folks [2] 5/17 84/24
follow [1] 51/25
following [2] 3/1 50/25
follows [1] 6/8
foregoing [1] 85/8
forgotten [1] 42/16
formula [3] 15/5 15/6 15/7
formulas [1] 24/22
forward [6] 69/4 69/17
forward-looking [1] 69/17
found [26] 10/12 10/17 10/23 11/9 11/15 16/11 20/8 20/14 21/24 26/18 30/10 32/3 32/22 33/24 34/24 37/2 37/5 37/20 39/16 39/19 39/22 39/25 42/7 45/17 51/4

founders [1] 68/10
four [6] 5/8 27/2 38/13 66/8 66/9 66/12
fraction [1] 81/18
frame [2] 24/10 69/1
framework [21] 23/19 23/22 24/1 24/4 24/24 28/4 46/18 51/8 55/25 56/1 56/9 63/17 64/1 64/14 64/19 64/25 65/4 65/5 69/2 75/19 75/22
frameworks [1] 64/24
Frederick [1] 1/18
frequently [1] 73/5
front [4] 11/20 22/3 27/17 54/15
frozen [1] 42/24
FTC [12] 3/3 5/24 6/19 6/22 6/24 7/1 7/12 7/17 44/16 45/18 83/19 84/5
FTC's [1] 9/17
full [2] 5/2 16/12
further [1] 83/14
future [15] 15/15 19/20 24/7 42/19 43/9 51/8 51/15 54/6 54/7 69/15 74/17 74/23 75/10 75/15 76/3

**G**

gap [1] 43/15
gave [2] 70/3 70/5
general [8] 7/9 13/15 14/4 24/18 39/22 67/22 68/2 69/13
generally [5] 21/5 46/4 46/10 73/2 79/23
generate [12] 17/22 18/2 18/5 18/8 18/10 18/25 24/8 61/14 62/6 63/3 81/20 81/22
generated [11] 20/7 20/22 33/19 35/8 37/8 40/11 42/15 43/12 52/1 52/15 56/8
generates [3] 12/24 13/24 34/6
generating [6] 25/10 60/16 60/21 74/10 81/10 81/15
generation [4] 43/9 48/23 56/6 56/7
Geoffrey [1] 1/16
get [3] 4/21 52/12 70/24
getting [2] 36/19 69/24
give [2] 19/1 48/10
given [2] 42/10 79/4
GMAC [3] 79/3 79/6 79/12
go [7] 16/7 45/25 51/10 60/13 61/20 71/16 79/13
goes [2] 63/8 70/19
Goetz [5] 66/16 66/20 66/25 67/4 67/4
Goetz's [2] 67/7 67/9

**G**

going [13]  4/10 4/13
5/13 26/22 40/24 62/2
62/4 63/21 65/12
69/23 76/4 76/5 84/18
good [16]  3/2 4/20
5/25 6/4 6/12 6/13
44/6 45/1 45/10 45/11
48/21 49/7 51/6 74/15
78/14 83/18
Google [8]  46/25 58/2
59/4 60/14 80/10
80/13 80/16 81/1
Google's [2]  59/23
74/12
got [9]  4/17 5/19 16/7
58/3 67/21 79/11
82/14 82/20 84/22
51/19
gotta [3]  51/18 51/19
51/19
gotten [1]  55/22
Government [1]  83/17
GPCM [3]  79/4 79/7
79/11
greater [2]  71/9 71/12
green [1]  17/21
grow [3]  51/22 70/5
70/6
growth [1]  69/7
guess [3]  46/21 66/6
78/1
guy [1]  4/9

**H**

H-E-A-R-L-E [1]  6/16
had [54]  3/21 9/18
16/2 17/22 20/3 20/7
20/13 21/1 22/5 25/22
27/1 27/1 36/5 37/13
37/14 39/5 39/24
42/21 43/11 47/18
49/6 49/8 49/21 50/7
50/8 50/16 50/17 54/3
54/13 54/18 54/20
54/23 55/21 56/10
56/16 57/9 61/24
65/15 65/16 65/19
66/25 67/11 68/18
68/21 68/23 69/3
69/24 70/6 74/9 78/5
78/14 79/24 80/1 81/3
hadn't [1]  60/1
half [7]  26/20 28/10
37/12 50/8 66/13
66/15 68/20
hand [3]  5/3 6/5
Hansen [4]  1/16 1/17
4/19 5/22
happening [1]  12/7
happy [3]  4/5 12/8
59/15
hard [1]  21/4
has [35]  3/6 3/20 5/5
10/12 11/21 12/21
17/15 19/17 20/4
20/22 21/14 22/23
22/24 23/21 25/2
27/12 28/6 30/19
30/20 33/3 36/9 37/8

49/22 52/15 53/14
70/15 70/22 71/7
71/20 82/2 82/14
82/20
hate [1]  3/18
have [121]  3/17 4/1
4/14 4/22 4/25 5/1 5/4
5/6 5/10 5/15 5/16
5/17 6/24 7/5 7/24 8/1
8/4 8/6 8/16 8/20 8/24
9/2 10/8 13/19 14/18
15/6 15/21 16/15 17/7
17/19 20/14 21/2 21/4
21/6 21/9 21/11 23/8
23/11 25/3 25/11
25/14 25/16 25/19
26/5 27/4 27/10 27/16
28/6 28/10 29/5 29/21
30/1 30/5 35/15 35/16
36/10 38/24 39/4
40/20 40/22 41/1
41/11 42/15 42/22
43/8 43/16 43/25
44/16 44/21 44/22
44/25 46/17 48/18
48/19 48/20 49/13
50/12 50/21 51/10
52/1 52/11 52/14
53/21 54/15 55/2
56/13 57/3 57/12
57/19 60/3 60/4 63/22
65/9 67/9 67/22 68/2
68/7 70/16 71/4 71/11
71/19 72/15 72/16
73/4 73/20 73/24
74/19 75/8 76/9 76/10
77/2 78/9 79/18 79/23
80/21 81/5 81/19
82/17 83/14 84/18
85/3
haven't [7]  52/3 53/7
56/12 65/22 68/6 68/9
71/17
having [3]  6/7 38/8
60/7
he [14]  3/20 3/21 3/22
4/4 4/17 5/5 5/7 5/7
9/9 67/11 69/23 70/3
70/6 70/21
he's [3]  4/17 4/18
43/16
head [1]  41/12
hear [1]  69/18
heard [2]  13/19 14/18
hearing [1]  64/9
HEARLE [28]  2/4 6/2
6/6 6/12 6/16 6/17 7/3
9/6 9/11 12/15 19/8
21/13 22/22 32/24
40/20 40/21 44/18
45/10 46/17 49/12
55/9 65/9 72/17 72/24
75/8 77/2 83/14 83/16
Hearle's [1]  12/6
Hegeman [2]  5/2 5/14
Hello [1]  55/10
help [3]  49/22 74/19
77/24

74/3
Hemphill [1]  5/10
hence [2]  24/13 51/15
her [1]  80/13
here [59]  3/20 3/22
4/18 9/19 14/14 17/19
19/13 20/8 21/4 21/10
23/10 24/22 24/23
25/8 28/8 28/11 30/9
30/25 31/2 36/10
37/20 37/24 38/18
42/7 42/15 43/1 44/2
44/15 47/5 48/21
48/23 49/21 50/20
50/24 51/3 51/6 51/12
51/24 52/24 54/6 58/5
59/23 60/6 60/18
60/25 62/20 64/25
62/1 67/10 67/10
68/15 70/1 74/15
75/14 76/8 78/14
79/22 82/15 82/20
hereby [1]  85/8
high [4]  4/23 5/1 16/16
60/19
high-level [2]  4/23 5/1
higher [2]  20/14 20/15
highest [2]  37/2 37/5
highly [2]  10/12 17/15
him [7]  3/23 4/2 4/7 5/6
64/8 70/3 70/5
hired [3]  31/7 63/10
63/25
his [9]  63/20 63/24
64/5 66/18 67/6 69/21
70/1 70/2 70/7
historical [3]  15/14
16/2 20/4
Honor [30]  3/9 4/13
4/20 5/19 5/21 5/23
5/25 9/5 9/8 12/5 12/9
12/13 22/24 40/19
43/16 44/16 44/17
44/21 45/1 55/10
56/22 64/3 64/10
72/20 72/21 75/6
76/23 83/19 84/4 84/5
Honor's [2]  3/4 3/19
HONORABLE [1]  1/8
hope [1]  3/7
hoped [1]  43/15
hoped-for [1]  43/15
horizon [3]  24/11 51/13
52/4
hours [1]  5/15
how [25]  6/24 7/25 8/5
9/2 16/18 18/7 21/22
22/5 26/15 26/22 30/7
34/19 35/20 35/23
39/24 43/13 47/19
53/1 68/10 68/15
71/18 75/16 76/9
81/19 81/22
However [1]  56/1
huh [2]  11/22 81/8
hundred [3]  18/3 69/25
74/10
husher [1]  4/6

52/9 54/17
hypothetically [1]  18/4

**I**

I'm [33]  3/11 14/15
31/8 42/16 44/5 44/7
47/3 47/21 48/20
52/17 53/17 54/15
54/16 54/22 58/8
58/20 60/13 62/10
63/21 67/6 67/12
67/20 68/8 68/14 69/9
70/7 71/1 73/23 79/3
79/11 79/13 82/9 85/2
I've [3]  12/12 42/16
65/24
I-N-D-E-X [1]  1/25
Ian [2]  63/10 63/24
Ibbotson [1]  17/1
idea [2]  19/6 42/19
ideally [1]  19/20
identified [9]  26/22
27/12 31/21 36/2 36/5
36/16 36/24 38/16
81/9
identify [5]  32/10 34/19
34/25 49/2 74/21
ignored [1]  56/3
illustration [2]  17/17
17/20
impeachment [1]  64/7
implementation [1]
83/11
implementations [3]
28/22 28/23 29/1
implied [5]  49/21 58/23
59/5 65/2 75/24
improper [1]  64/4
INC [1]  1/5
inception [8]  10/13
13/11 15/12 15/13
16/1 17/16 20/23 71/8
include [10]  30/11
33/19 34/11 56/6
56/19 59/8 59/10 60/1
61/4 73/6
included [13]  15/14
16/1 16/5 16/8 33/20
34/16 36/12 37/15
39/10 41/21 66/8
66/10 67/16
including [4]  16/11
19/19 41/21 46/25
inclusion [1]  59/25
income [9]  13/24 22/18
53/24 54/5 69/14
75/13 75/15 76/1 79/2
increase [1]  42/18
increased [1]  28/6
incremental [1]  35/8
35/12 35/20
incrementality [1]
35/10 36/23 37/2
incrementing [1]  35/22
incur [4]  9/24 21/18
21/23 31/22
incurred [6]  9/24 29/7
29/17 39/4 39/11 56/2
incurring [4]  24/9 31/21

independent [2]  30/21
37/4
independently [1]
45/14
indicated [2]  82/1
82/15
indicates [1]  50/18
indication [1]  81/19
individual [3]  37/11
individuals [1]  22/7
industry [5]  13/6 16/24
31/10 71/24 72/1
industry's [1]  13/7
inflation [1]  25/4
influenced [1]  30/19
inform [2]  60/24 63/1
information [21]  19/18
20/13 21/5 23/16 27/4
28/21 29/21 30/22
33/2 33/18 34/22 36/3
37/14 44/18 62/21
76/20 78/4 79/9
79/21 83/12 83/25
infrastructure [19]  10/4
38/3 38/4 38/7 38/8
38/10 38/11 38/20
38/22 39/1 39/5 39/7
39/8 39/11 39/14 40/4
40/8 40/12 72/4
initial [4]  12/19 21/17
46/20 73/19
input [5]  24/19 24/24
65/3 76/2 76/5
inputs [1]  41/2
Instagram [16]  10/5
34/7 38/3 38/5 38/6
38/12 38/20 38/22
39/4 39/17 39/20
40/11 54/11 54/13
69/22 72/5
Instagram's [4]  38/2
39/7 39/11 39/14
instances [1]  74/21
instead [4]  4/7 19/2
51/2 76/6
insufficient [3]  11/17
40/9 72/12
interest [2]  7/23 43/14
internal [21]  13/19
13/21 13/22 15/4
15/10 15/19 15/23
16/16 16/19 16/19
17/13 19/14 19/18
20/14 21/3 21/6 38/9
39/7 39/12 41/20 71/8
internally [1]  39/20
interpret [3]  39/24 44/5
47/20
interpretations [1]
44/19
interpreting [1]  71/5
interruption [2]  14/25
64/2
invest [1]  19/2
invested [1]  66/23
investigated [2]  30/9
72/16
investigation [1]  46/14

**I**

investing [1]  14/7
investment [17]  13/15
13/17 13/18 13/24
17/22 18/2 18/2 18/4
18/4 18/8 19/5 61/10
63/10 63/24 65/9 69/6
69/10
investment's [2]  13/16
13/23
investor [1]  61/8
investors [5]  14/5 14/6
18/21 19/2 19/3
investors' [2]  18/19
19/1
invite [1]  34/7
involved [6]  22/7 52/8
66/11 67/23 68/3
75/14
involves [1]  46/11
involving [2]  65/15
65/19
is [207]  5/3 5/17 6/16
6/22 8/14 8/17 8/22
8/25 9/14 11/23 12/2
12/4 12/7 12/11 13/5
13/7 13/15 13/21
13/22 14/2 14/4 14/8
14/10 14/21 15/1 15/7
15/8 16/2 16/6 16/16
16/18 17/17 17/24
18/1 18/16 18/24 19/1
20/21 21/4 21/5 21/10
21/17 22/2 22/19
22/19 22/20 22/3
23/18 23/22 24/12
24/22 24/22 24/23
24/25 25/1 25/3 25/4
25/12 25/24 27/13
27/13 27/16 27/22
27/22 28/2 28/9 29/9
29/11 29/13 29/15
29/22 29/23 30/22
32/5 34/3 34/4 34/5
37/24 39/4 39/15
40/12 42/24 42/25
43/6 43/14 43/21 44/1
44/6 44/8 45/6 45/15
45/19 46/3 46/7 46/7
47/3 47/5 47/8 47/13
47/16 47/19 48/1 48/5
48/7 48/14 48/15
49/10 49/10 49/17
49/24 50/1 50/9 50/17
50/22 50/24 50/25
51/2 51/12 51/14
51/14 51/16 51/19
51/21 52/23 52/24
53/11 53/18 53/23
54/20 55/15 56/2 56/7
56/12 56/21 57/8
57/12 57/23 58/5
58/21 59/4 60/13
60/14 61/24 62/11
63/7 63/9 64/23 65/10
65/16 65/20 65/22
66/3 66/10 66/20 67/4
67/15 67/18 67/19
67/19 67/23 68/4

70/13 71/8 73/1 75/4
75/8 75/10 76/1 76/1
76/2 76/5 76/8 76/9
76/13 76/17 76/20
77/2 77/4 77/5 77/6
77/17 77/15 77/17
77/17 77/25 78/16
78/16 78/21 79/6 79/7
79/10 79/11 79/12
79/16 81/25 82/4 82/6
82/7 82/10 82/11
82/18 83/23 84/1 85/8
isn't [2]  44/7 69/8
issue [2]  5/12 77/10
issues [2]  3/3 5/20
it [159]  3/6 3/7 3/9 3/12
4/6 5/6 5/17 5/19 9/15
9/15 9/25 10/18 11/20
12/4 12/24 13/9 15/8
16/3 16/7 17/18 17/22
18/7 18/24 19/2 21/2
21/4 21/25 23/11 25/2
25/17 26/22 26/23
27/17 27/18 27/18
29/25 30/16 31/8
31/12 31/19 32/5
33/10 33/14 34/14
35/4 35/5 35/13 35/24
36/17 36/18 39/6 41/1
41/8 41/8 41/13 41/18
42/21 42/22 43/5 44/6
44/8 44/9 44/9 44/10
45/25 46/7 46/21
46/23 47/8 47/9 47/17
47/18 47/23 48/3 48/5
49/13 49/22 49/24
50/3 50/7 50/11 52/3
52/11 52/21 53/11
53/15 53/18 53/22
54/20 56/14 56/17
57/4 57/4 57/5 57/11
58/2 58/3 58/7 58/8
58/14 58/23 59/1
59/25 60/1 60/2 60/4
60/8 60/11 60/18 61/1
61/1 61/2 61/11 61/11
61/17 61/21 62/22
62/14 62/21 62/22
62/21 64/4 64/4 64/6
64/8 64/9 64/11 64/22
64/25 65/4 65/8 65/21
66/12 67/21 68/23
68/24 69/8 70/4 70/8
70/24 71/5 74/13
76/16 76/17 77/4 77/8
78/1 79/1 79/1 79/24
80/20 80/22 81/5
82/23 82/24 83/23
84/1 84/16 85/2
it's [46]  3/7 4/24 5/7
13/16 14/22 16/6
18/17 18/24 23/10
25/8 25/10 30/21 32/1
35/20 41/8 41/23 44/6
45/23 46/24 48/1 48/2
49/19 49/23 51/2
51/17 51/21 54/3 57/5
61/20 61/22 64/7 65/6

78/2 78/22 79/3 79/5
79/7 81/4 81/17 82/5
84/9 84/20
its [46]  5/24 10/2 10/12
11/10 12/25 13/11
14/5 14/15 15/13 17/1
17/13 17/16 18/12
19/3 19/14 21/14
21/24 22/6 23/1 33/5
35/25 38/6 38/9 39/5
39/7 39/11 40/7 40/10
40/25 47/9 48/6 49/3
50/5 51/4 51/22 68/19
69/3 71/9 71/20 72/4
74/22 75/1 78/25
80/24 82/14 83/17

**J**

JAMES [1]  1/8
JEB [1]  1/3
Jim [1]  66/16
job [3]  66/3 67/23 68/2
joined [1]  7/1
joining [1]  7/12
judge [3]  1/9 8/22
72/24
jury [1]  64/9
just [46]  4/16 7/1 17/19
18/6 19/1 19/9 21/5
24/18 25/13 25/21
26/11 28/5 29/24
29/24 32/17 37/10
40/22 41/13 41/22
43/12 44/6 45/3 45/14
48/4 51/11 52/9 54/7
55/12 56/3 56/10
59/16 60/18 60/20
61/11 62/2 64/3 64/5
66/1 67/3 71/3 71/16
72/3 72/7 72/9 74/11
79/23
justified [1]  54/18
justify [6]  9/21 19/5
24/9 51/16 52/2 75/21

**K**

Kakao [3]  58/9 58/18
78/6
keep [1]  84/25
Keeping [1]  33/4
Kellogg [1]  1/17
KEVIN [4]  2/4 6/2 6/6
6/16
kind [4]  6/5 20/20
51/18 74/25
Klineberg [1]  1/16
knew [1]  60/11
know [15]  4/20 39/9
42/17 43/12 55/1
55/14 55/18 66/20
66/25 67/2 67/6 68/1
69/14 74/10 78/3
knowing [2]  62/21
62/23
knowledge [1]  70/19
known [3]  22/18 28/25
78/3
KPMG [34]  31/3 31/5
31/6 31/7 31/14 31/17

44/22 49/3 49/8 51/3
54/2 54/5 76/20 77/2
77/6 77/8 77/11 77/13
77/20 78/9 78/12
78/18 78/24 78/25
79/9 79/9 79/15 79/19
79/24 80/3 80/6
KPMG's [1]  49/5

**L**

labeled [2]  23/19 58/5
lack [2]  79/4 83/5
large [3]  44/1 44/3
71/20
larger [4]  20/8 20/10
60/20 74/11
last [11]  6/16 16/2
26/25 37/13 42/16
45/5 49/14 62/5 62/5
66/11 70/24
later [5]  37/17 37/24
57/12 75/2 76/17
learn [1]  22/5
learned [3]  40/6 61/6
76/20
learning [1]  70/22
least [6]  8/7 9/4 19/4
29/1 37/23 82/2
left [3]  46/21 50/1 58/5
less [3]  18/11 25/3
68/7
let [1]  71/5
let's [13]  12/16 38/2
51/2 51/7 54/17 55/5
58/22 59/16 61/20
76/2 76/3 76/4 82/5
letter [1]  77/8
level [7]  4/23 5/1 24/8
28/7 37/2 51/15 71/23
life [2]  18/12 19/14
lifetime [1]  18/2
light [3]  13/8 48/22
80/23
like [23]  9/15 12/5
12/15 13/2 21/4 21/13
22/23 32/25 41/6 41/7
41/23 44/21 49/14
50/11 54/13 58/23
59/14 61/2 64/3 64/4
75/1 76/17 81/23
liked [1]  60/3
likely [2]  5/7 20/14
limited [1]  43/25
line [16]  17/21 18/6
27/13 27/22 40/25
43/13 43/20 47/13
55/22 58/9 58/18 62/5
77/20 77/23 78/1 78/6
LINE's [1]  25/3
lined [3]  36/7 43/11
82/3
lines [2]  60/17 63/23
link [1]  34/7
LinkedIn [3]  47/1 48/4
48/5
list [5]  48/4 59/9 59/10
59/19 66/7
listing [2]  46/24 47/4
lists [2]  58/8 58/9

little [8]  7/3 17/18
18/11 19/8 53/14
54/25 57/8 84/16
live [1]  3/6
lock [1]  4/22
long [10]  5/14 6/24
13/6 15/17 16/9 19/19
42/20 69/7 69/11 84/1
long-range [2]  15/17
16/9
long-term [1]  69/7
longer [2]  83/3 84/16
look [20]  11/20 21/13
24/25 41/8 42/10
42/10 43/18 46/16
49/10 50/3 53/18
56/18 56/20 58/22
59/13 61/17 69/3 74/2
81/3 84/20
looked [7]  20/6 23/18
29/16 56/16 57/9 60/7
61/24
looking [24]  22/2 28/5
30/11 30/14 30/18
30/21 31/16 36/14
41/13 42/23 46/8 49/5
49/9 52/15 52/25
53/12 53/20 53/20
60/6 60/24 69/2 69/17
74/11 83/11
looks [5]  9/15 46/8
50/11 61/2 75/20
losing [1]  19/3
losses [6]  36/9 37/7
37/9 37/19 37/23 56/2
lot [4]  4/22 39/24 50/16
53/21
low [1]  41/23
lower [2]  41/22 54/18
lowest [1]  48/10
lunch [5]  3/8 3/16 84/3
84/17 85/1

**M**

made [16]  21/24 27/7
30/20 31/11 35/13
40/10 43/9 43/10 60/5
61/10 63/17 64/1
64/14 64/22 65/4 75/1
magnitude [1]  67/17
maintain [2]  12/9 18/19
make [17]  3/25 7/22
24/11 24/19 44/9
44/19 53/13 53/20
59/25 64/20 65/6
68/22 69/6 69/10
70/11 71/18 84/7
making [4]  14/14 60/5
70/4 71/1
management [1]  7/9
manufacturing [1]  7/10
many [3]  7/25 8/5 9/2
March [2]  7/1 75/2
March 2014 [1]  75/2
Maria [1]  83/18
Mark [1]  1/16
marked [5]  22/23
23/21 77/17 78/16
81/6

## M

market [18] 22/11
22/20 29/1 29/2 29/4
32/15 32/19 32/19
32/21 32/22 46/3 46/7
46/10 46/11 49/4
53/25 58/3 83/10
marketing [1] 7/9
marketplace [1] 46/12
markets [3] 25/9 51/22
51/23
materials [3] 15/9
26/21 32/9
Matheson [3] 1/11 5/13
5/20
matter [6] 4/6 11/18
12/19 21/17 69/13
85/10
matters [1] 5/4
Mattress [1] 8/18
MAU [4] 47/4 47/8
58/14 59/1
MAUs [3] 47/9 47/11
58/14
maximum [3] 40/25
59/22 59/23
may [16] 4/4 4/5 4/7
4/8 4/10 4/10 4/11
4/13 4/15 5/24 53/1
53/12 75/6 76/23
83/16 83/17
May 1 [2] 4/5 4/7
May 5 [2] 4/11 4/13
May 7 [3] 4/4 4/8 4/10
maybe [3] 17/18 44/7
68/9
MBA [2] 7/6 7/7
McCoy [1] 5/11
me [17] 6/20 20/20
54/15 59/14 61/2 63/1
63/17 63/18 64/14
68/11 68/22 71/5
74/14 74/19 80/3
80/12 80/13
mean [19] 12/19 20/11
30/16 35/12 39/22
41/13 42/9 44/10 55/1
56/9 61/11 65/4 65/6
65/7 68/11 69/13
74/19 78/1 82/14
meaning [1] 71/5
means [1] 44/4
meant [2] 35/20 39/24
measure [5] 13/16
14/1 14/9 29/23 77/25
measured [1] 21/6
measurements [1]
39/10
measures [1] 36/23
Mechanically [1] 47/10
mechanisms [1] 34/10
memory [1] 76/17
mention [1] 52/10
mentioned [19] 7/24
8/4 8/8 8/24 10/11
10/20 12/17 14/1 22/9
22/22 24/10 30/1 30/3
32/24 49/9 66/11
71/15 78/12 79/15

## M...

29/21
merger [4] 7/18 7/25
8/1 45/23
merging [1] 60/11
message [8] 34/2 34/3
34/5 34/9 34/15 34/18
34/23 35/15
META [112] 1/5 4/1
9/21 9/24 10/12 10/17
10/23 11/6 11/15
12/21 15/18 16/9
17/15 20/4 20/7 21/14
21/16 21/18 21/20
21/23 21/24 22/5
22/25 23/4 24/2 25/9
26/10 26/22 27/12
28/6 28/13 29/7 29/17
31/7 31/7 31/21 31/22
32/11 32/13 32/19
32/20 32/25 33/3 33/6
33/7 33/9 33/14 33/17
33/21 33/22 34/1 34/6
34/10 34/13 35/4
35/13 35/14 35/24
35/25 36/3 36/15
36/20 37/8 37/17 38/5
38/9 38/13 39/3 39/6
39/10 39/20 40/6
40/10 40/14 40/16
41/20 43/22 45/2
45/13 48/19 50/21
51/12 52/4 53/7 54/4
54/10 57/6 61/11
63/10 63/25 67/8
67/12 68/6 68/15
68/23 71/7 72/3 72/10
74/22 75/1 75/9 75/10
75/21 77/9 77/21
77/23 79/9 80/2 80/24
81/13 81/14 83/8
Meta's [70] 9/19 10/1
10/4 10/11 10/25 11/1
11/2 11/8 11/10 11/12
11/13 12/18 13/10
13/11 14/14 15/4
15/10 15/19 15/23
16/21 16/23 16/25
17/5 17/9 17/13 17/14
19/9 19/10 19/22 20/1
20/3 20/8 20/10 20/16
20/17 20/21 21/15
23/5 23/14 23/23
32/15 35/16 37/21
38/2 38/3 38/11 39/13
40/3 40/8 42/12 42/24
43/12 45/21 45/22
62/21 63/6 63/16
67/15 71/4 71/17
71/19 71/23 71/25
73/10 75/2 75/12
75/17 75/19 76/14
79/16
method [10] 10/14
14/23 15/2 24/15
28/14 31/11 46/4
50/25 53/4 79/5
methods [27] 9/20
10/17 10/19 22/10

## M...

22/17 24/18 28/18
28/22 28/24 31/11
31/11 31/13 53/11
53/17 54/19 55/1
77/12 77/14 77/15
83/1 83/2 83/4 83/6
34/23 35/15
Microsoft [1] 50/12
middle [2] 55/17 70/17
Migdal [14] 1/17 2/6
45/1 73/12 73/16
74/16 76/19 78/5 80/9
81/3 81/6 82/8 82/12
82/25
might [8] 34/23 36/9
42/6 42/14 43/14
46/14 81/19 83/5
Miller [4] 1/11 2/5 5/25
72/19
million [6] 26/13 47/18
47/23 48/5 60/19
69/25
millions [1] 47/5
mind [3] 16/6 33/4
84/25
minimum [2] 14/4
18/20
minority [1] 61/10
minus [1] 36/8
minutes [8] 3/6 3/7
3/11 3/12 55/6 83/23
84/1 85/3
missing [1] 44/8
moment [1] 21/13
monetization [2] 42/19
62/4
monetize [2] 26/23
27/2
monetized [2] 53/2
65/16
money [6] 18/19 19/1
19/2 19/4 40/7 75/23
month [2] 75/1 76/17
monthly [14] 26/14
47/4 47/18 47/19
47/24 48/6 48/7 49/15
49/23 50/8 50/13
52/16 62/6 81/10
more [8] 8/7 14/10
20/13 40/12 46/10
48/18 55/12 67/3
Moreover [2] 21/1
39/25
morning [13] 1/6 3/2
3/3 4/20 5/25 6/4 6/12
6/13 45/1 45/10 45/11
55/5 83/18
most [6] 20/13 27/12
31/2 31/11 77/15
81/13
move [7] 4/13 4/14
4/15 4/17 12/5 38/6
39/11
moving [1] 4/16
Mr. [56] 4/13 4/16 4/19
4/25 5/1 5/2 5/3 5/10
5/11 5/13 5/14 5/14
5/20 5/22 6/2 6/12

## M...

12/15 19/8 21/13
22/22 32/24 40/20
40/21 42/17 44/18
45/10 46/17 49/12
55/9 59/13 62/15
63/13 63/16 64/23
65/9 66/16 66/20
66/25 67/4 67/7 67/7
67/9 69/18 70/13
70/20 72/17 72/24
75/8 77/2 83/14 83/16
Mr. Alison [2] 5/1 5/14
Mr. Goetz [4] 66/20
66/25 67/4 67/4
Mr. Goetz's [2] 67/7
67/9
Mr. Hansen [2] 4/19
5/22
Mr. Hearle [24] 6/12
6/17 7/3 9/6 9/11
12/15 19/8 21/13
22/22 32/24 40/20
40/21 44/18 45/10
46/17 49/12 55/9 65/9
72/17 72/24 75/8 77/2
83/14 83/16
Mr. Hearle's [1] 12/6
Mr. Hegeman [2] 5/2
5/14
Mr. Hemphill [1] 5/10
Mr. Jim [1] 66/16
Mr. Kevin [1] 6/2
Mr. Matheson [2] 5/13
5/20
Mr. McCoy [1] 5/11
Mr. Roberts [2] 59/13
62/15
Mr. Schultz [4] 4/13
4/16 4/25 5/3
Mr. Smith [1] 64/23
Mr. Smith's [2] 63/13
63/16
Mr. Zuckerberg [3]
42/17 70/13 70/20
Mr. Zuckerberg's [1]
69/18
MS [2] 2/5 2/6
Ms. [12] 72/19 73/12
73/16 74/16 76/19
78/5 80/9 81/3 81/6
82/8 82/12 82/25
Ms. Migdal [11] 73/12
73/16 74/16 76/19
78/5 80/9 81/3 81/6
82/8 82/12 82/25
Ms. Miller [1] 72/19
much [11] 5/2 18/7
18/11 35/20 44/24
60/20 68/10 71/9
72/17 83/15 84/13
multiple [4] 25/8 25/12
51/24 74/13
my [59] 5/17 5/18 8/22
8/22 10/8 13/5 15/21
16/17 19/13 20/9
20/24 25/13 26/2 26/5
27/17 28/9 28/21 30/5
31/2 34/13 34/21 41/3

## M...

43/7 43/25 44/1 44/14
46/20 50/2 50/24
52/24 57/2 57/8 57/21
59/10 60/3 60/7 60/22
60/24 62/11 62/19
64/18 64/23 64/25
66/3 66/22 67/15
70/18 71/15 72/11
73/19 74/8 74/24 75/5
76/17 78/23 80/5
myself [1] 45/16

## N

name [5] 6/14 6/16
23/14 45/5 47/14
narrow [1] 40/1
Nathan [1] 1/12
necessarily [1] 53/19
necessary [1] 20/20
need [7] 3/25 18/19
18/25 24/8 25/2 76/24
84/8
needs [3] 14/5 38/7
51/25
negotiated [1] 68/14
Neighbor [1] 47/2
Neither [2] 69/20 69/21
nestor [5] 1/22 1/24
85/13 85/13 85/15
net [2] 18/2 18/5
never [7] 3/21 16/6
19/16 19/16 65/15
65/19 68/2
news [2] 30/19 78/2
next [17] 3/23 5/4 5/24
10/1 12/2 33/21 36/22
37/1 39/6 47/3 47/7
49/10 58/12 62/2
83/17 84/18 84/20
Nikki [1] 84/20
no [67] 1/3 4/17 5/23
9/8 14/10 19/11 20/18
24/16 25/13 26/2
26/24 26/24 27/1 27/1
28/16 32/12 32/12
33/22 33/23 38/1
39/22 39/23 40/16
42/7 42/13 43/3 43/6
48/20 49/2 49/7 50/24
51/5 51/14 52/6 52/14
52/14 52/25 53/1
53/14 55/25 56/13
59/25 60/13 64/9
64/12 64/21 66/17
66/19 67/6 70/2 70/11
70/11 71/19 71/25
72/15 73/11 76/24
78/14 78/20 80/12
81/7 81/22 82/20
82/24 83/3 83/12
83/14
Noel [2] 1/11 5/25
non [1] 33/18
non-advertising [1]
33/18
normal [1] 3/15
normally [1] 31/9
Northwest [2] 1/18
1/23

**N**

not [87] 3/11 4/24 5/21
8/12 10/19 16/17
18/22 19/12 20/18
20/19 20/20 21/5
24/16 24/17 25/14
27/16 27/18 28/22
28/23 30/19 34/14
35/5 35/15 42/13 43/1
44/5 45/14 45/16
48/20 49/2 50/24
51/14 52/7 53/13 54/6
54/7 54/16 56/13
56/19 56/25 57/3 57/4
58/20 59/10 60/8 60/8
60/10 60/22 62/4 63/1
63/5 64/20 65/8 65/9
65/16 65/24 66/2 67/8
67/9 67/9 67/12 67/22
68/8 70/2 70/7 71/1
71/2 71/7 71/9 71/19
72/3 72/6 72/8 72/9
72/14 72/15 72/16
73/11 76/4 78/14 79/1
79/2 79/4 80/16 81/1
82/11 83/11
note [4] 49/3 52/7 77/5
84/7
noted [2] 49/25 51/3
notes [2] 23/11 42/22
nothing [1] 60/20
now [12] 7/3 12/8 13/2
13/13 21/14 22/22
27/12 29/6 33/1 42/24
43/23 83/19
number [11] 28/1
38/16 41/11 47/9
47/18 48/14 58/9
58/14 67/19 67/20
70/14
numbers [15] 34/18
34/20 38/1 39/15
39/23 39/25 49/21
52/18 55/25 60/17
61/16 63/1 75/24
81/18 84/8
NW [1] 85/14

**O**

oath [1] 6/7
object [1] 64/3
objection [4] 9/7 9/8
12/10 64/12
observation [1] 74/8
observed [1] 46/11
obtain [2] 16/24 63/5
obtained [5] 17/11
26/10 35/6 37/6 38/18
Oculus [4] 75/3 75/4
75/13 76/16
offer [9] 30/20 48/17
48/24 50/21 52/6
52/20 52/21 58/17
70/8
offered [3] 34/10 52/3
68/6
offering [4] 48/20
67/20 68/8 72/6
Official [2] 1/22 85/14

okay [74] 3/3 3/13 5/24
6/3 9/9 23/1 41/16
44/20 45/21 46/7
46/16 46/17 47/16
49/14 52/20 53/11
55/4 55/8 55/18 55/21
56/15 56/23 57/5
57/15 57/18 57/22
58/1 58/3 58/17 58/22
59/1 59/4 59/8 60/1
60/10 61/1 61/12
61/20 61/24 62/2
62/13 63/2 63/8 64/19
65/12 65/18 66/1 66/4
66/15 66/18 66/20
66/23 67/3 67/11
67/14 67/18 68/1 68/6
68/9 68/17 68/23
69/21 70/3 71/3 71/17
72/14 81/5 83/21 84/2
84/14 84/22 84/24
84/25 85/1
once [2] 36/5 78/2
one [42] 14/9 15/25
19/15 19/17 21/3
23/18 34/22 36/22
39/19 39/19 39/20
39/21 41/4 46/21
49/10 49/15 51/8
51/11 53/4 55/2 56/1
56/9 57/15 58/20
59/16 61/3 62/3 63/9
65/21 66/4 66/11 67/3
67/12 68/1 69/3 69/13
70/11 72/3 80/10
80/10 82/2 84/9
only [4] 37/15 50/7
52/24 55/16
open [2] 70/21 83/23
openly [1] 70/21
operations [1] 7/10
opine [1] 71/7
opined [1] 53/7
opining [2] 58/20 67/12
opinion [30] 28/13
37/25 45/12 48/17
48/20 50/21 50/24
52/3 52/6 52/11 52/14
53/3 58/17 64/19
67/20 68/6 68/8 70/8
70/11 70/23 71/1 71/4
72/3 72/6 72/6 72/11
72/15
opinions [5] 43/25 53/5
63/9 65/18 68/17
opportunity [2] 19/3
34/8
opposed [3] 4/2 40/25
83/2
option [1] 35/15
orange [2] 27/13 27/22
order [4] 15/11 15/16
38/21 52/2
ordered [1] 5/4
ordinary [3] 34/14 35/4
36/20
other [38] 3/10 3/18

10/5 20/17 20/25 21/2
28/20 28/23 28/25
35/19 37/14 41/5 48/3
48/9 48/16 48/17
49/16 51/24 56/16
61/1 67/12 67/23 68/3
70/12 72/1 74/21
75/23 76/10 76/15
78/2 79/8 81/25 82/3
82/22
ourselves [1] 5/13
our [4] 3/7 5/5 5/8 55/5
out [7] 3/16 5/3 5/18
10/15 47/24 51/21
57/25
output [4] 24/21 24/22
29/5 76/7
over [26] 5/8 7/11 11/8
13/25 16/12 16/25
18/12 19/14 19/19
27/25 36/1 39/5 39/8
40/2 47/3 47/7 47/7
51/13 52/17 61/14
62/5 63/3 68/24 69/11
70/10 81/9
overall [3] 17/3 17/11
20/11
overpaid [3] 67/13
67/18 67/19
overpay [3] 44/4 44/9
67/8
overruled [1] 64/12
overview [1] 77/18
own [4] 26/2 38/9
39/12 40/25

**P**

p.m [1] 85/4
page [15] 23/3 23/7
46/16 57/18 57/23
57/25 58/22 61/21
62/2 62/12 63/23
78/21 78/25 81/6
82/15
paid [5] 5/10 50/12
50/14 54/10 68/7
part [2] 21/8 62/5
particular [8] 15/5
23/16 23/19 31/1
39/17 53/9 61/16 80/6
parties' [1] 3/24
partner [1] 66/20
party [1] 83/24
pass [1] 72/18
payback [1] 19/5
paying [2] 47/19 47/25
payoff [1] 13/17
people [5] 34/21 52/8
69/23 69/25 83/5
per [43] 16/12 16/16
18/8 25/18 26/3 26/7
26/17 27/6 27/8 27/15
27/24 28/4 28/7 47/19
47/25 48/6 48/11
48/14 48/15 49/15
49/23 50/13 50/17
50/18 52/22 54/18
54/24 55/13 55/15
55/23 59/1 62/6 62/6

74/7 81/10 81/15
81/15 82/21 82/23
percent [20] 10/24
16/3 16/12 16/15
16/16 17/12 17/12
17/24 18/6 18/8 18/10
18/14 18/14 18/16
19/5 32/4 32/23 41/6
41/9 41/15
percentage [5] 18/16
32/4 32/15 35/9 37/5
percentages [3] 34/25
35/2 36/12
perform [4] 32/14
73/24 79/9 81/14
performed [8] 31/3
31/4 31/6 32/11 76/10
77/8 78/18 80/10
performing [1] 73/3
79/20 79/25
perhaps [1] 8/16
period [18] 5/9 11/8
13/17 13/25 15/14
16/12 17/1 17/4 19/19
26/15 28/1 37/13
39/16 39/21 40/1
51/20 68/21 68/25
Permission [1] 43/19
personal [2] 4/6 67/6
personnel [3] 54/4 54/4
80/2
piece [2] 66/4 70/1
pieces [5] 29/20 62/20
63/8
place [2] 17/17 76/17
placed [1] 34/6
plain [1] 44/3
Plaintiff [2] 1/3 1/11
plan [2] 26/22 26/24
planning [2] 15/17 16/9
plans [4] 27/2 42/18
53/1 81/22
PLATFORMS [1] 1/5
play [4] 5/16 42/20
84/2 84/14
played [3] 83/23 83/25
84/15
playing [1] 3/5
please [6] 6/14 7/4
9/16 27/21 40/23
63/18
PLLC [1] 1/18
Plus [5] 5/6 47/2 60/17
point [8] 10/14 24/24
25/20 37/16 44/7
44/11 44/11 80/18
pointed [2] 10/15 73/21
points [1] 43/10
portion [5] 34/17 63/18
83/22 83/24 84/3
positing [1] 73/1
position [2] 6/22 42/24
positive [1] 18/5
possible [2] 69/6 69/10
post [4] 27/5 27/15
27/24 36/5
post-acquisition [4]
27/5 27/15 27/24 36/5

36/23 51/12 68/4
78/18
potentially [2] 30/22
37/3
pre [7] 26/1 26/6 26/17
29/16 59/11 60/23
62/24
pre-acquisition [7] 26/1
26/6 26/17 29/16
59/11 60/23 62/24
preadmitted [3] 22/24
56/22 84/6
precedent [5] 49/11
51/5 73/17 79/8 83/10
preceding [1] 57/10
prediction [1] 13/8
predicts [1] 13/5
prefer [1] 3/9
prejudiced [1] 64/9
preliminary [2] 3/3 5/20
premia [1] 73/5
premium [33] 9/24
10/21 10/23 11/1 29/7
29/9 29/11 29/13
29/13 29/18 29/19
29/20 31/22 31/25
32/3 41/4 41/7 41/21
41/23 41/24 42/2 42/4
42/6 42/15 44/1 44/3
44/5 44/14 60/25
62/20 67/16 67/18
67/19
premiums [1] 32/5
preparation [2] 57/11
57/11
prepare [4] 5/6 9/11
11/18 11/25
prepared [6] 9/14 57/2
57/15 63/13 71/16
79/15
present [8] 26/4 28/21
43/2 43/6 66/18 69/16
73/2 76/7
presentation [20] 21/24
23/3 23/7 23/9 23/17
25/21 26/24 28/18
28/20 42/11 42/14
45/22 45/22 46/2
46/16 61/15 62/25
63/5 74/25 75/1
presented [9] 22/6
23/4 23/23 42/12
74/21 75/9 75/17
76/14 77/20
presenting [1] 28/14
presume [1] 76/5
pretty [1] 5/2
previously [1] 21/7
21/11 69/3
price [9] 45/13 47/23
47/24 50/13 50/17
53/9 55/24 68/13
68/16
primarily [1] 7/14
prior [5] 7/12 11/4
30/21 79/12 80/23
problems [1] 4/16
proceedings [1] 3/1

**P**

proceedings... [1] 85/9
process [1] 45/12
produced [7] 15/18
33/7 33/9 33/17 33/21
34/1 35/25
produces [1] 41/23
product [2] 33/10 36/1
profit [2] 14/10 14/17
profitability [8] 7/21 9/2
9/20 13/16 19/10
20/16 20/21 71/24
profitable [2] 10/12
17/15
profits [19] 8/25 10/11
12/18 12/19 12/22
12/23 12/24 13/4 14/1
17/14 19/13 20/17
21/6 21/14 71/4 71/6
71/18 71/18 72/1
program [1] 7/7
projected [5] 19/20
69/16 74/17 74/23
75/15
projecting [3] 51/12
69/15 75/10
projection [4] 16/10
51/14 51/17 76/3
projections [4] 43/8
43/13 43/23 54/6
projects [1] 43/10
proof [1] 4/21
proposed [2] 7/20
73/10
provide [4] 14/5 17/17
72/4 72/10
provided [4] 33/15 38/9
72/12 81/13
provides [2] 34/8 80/20
providing [2] 33/22
59/5
public [13] 3/6 46/24
48/18 49/5 73/17 74/4
74/9 74/15 79/6 79/6
79/12 83/9 85/2
publicly [2] 49/2 74/5
published [2] 20/5
26/11
pull [1] 59/16
pulled [1] 66/6
pulling [2] 55/19 55/23
purchase [20] 9/22
11/2 21/18 21/22 24/2
28/15 29/3 29/14
29/22 30/2 31/21 32/2
32/18 45/13 48/1 51/3
65/1 69/5 74/6 75/20
purchased [1] 35/16
purchasing [2] 24/3
38/7
purely [1] 43/21
purported [1] 80/9
purpose [1] 61/1
purposes [3] 78/11
79/19 79/24
pursuant [1] 3/24
push [1] 4/9
put [8] 3/9 24/1 33/24
40/23 59/21 59/22

Putting [1] 25/24
PX [1] 84/8
PX10279 [3] 61/20
81/4 81/7
PX10279-003 [1] 81/7
PX10858 [2] 22/23
45/24
PX12692 [3] 77/5
77/17 78/16
PX12692-007 [1]
77/17
PX12692-012 [1]
78/16

**Q**

qualified [1] 9/9
qualitatively [1] 38/1
quantification [2] 32/12
42/6
quantify [4] 9/23 42/13
44/13 45/16
quantifying [1] 62/19
question [14] 16/17
16/18 27/21 43/1
51/11 56/7 56/11
57/12 62/10 66/1
70/11 71/3 72/3 72/16
questions [12] 39/24
40/19 40/22 42/12
48/20 55/12 65/13
73/14 74/14 74/18
76/19 83/14
quite [1] 51/4
quote [2] 63/17 63/25
quoted [1] 84/16
quotes [1] 43/8

**R**

raise [1] 6/4
ran [5] 16/8 26/2 34/19
36/11 55/16
range [7] 15/17 16/9
27/14 27/23 28/2 59/5
71/13
rate [44] 12/25 13/3
13/7 13/10 13/10
13/13 13/14 13/15
13/19 13/21 13/22
13/22 13/23 14/2 14/5
14/9 14/10 14/15
14/17 15/4 15/10
15/11 15/24 16/4
16/12 16/16 16/19
16/19 17/13 17/22
18/14 18/17 18/20
19/14 19/18 20/14
20/15 20/22 21/3 21/7
71/8 71/12 71/20 76/4
rates [1] 15/20
rather [3] 29/4 69/7
69/11
reach [5] 10/6 10/15
10/21 11/13 40/5
reached [2] 12/16
65/14 65/18 80/3
reaching [1] 56/25
read [1] 12/12
reading [3] 62/11 64/6
64/8

reads... [1] 24/1
ready [2] 55/8 84/14
real [1] 42/24
really [4] 3/17 3/18
16/17 41/10
reason [1] 68/9
reasonable [4] 52/7
69/24 70/25 71/23
reasons [5] 3/25 4/1
71/7 71/13 71/19
rebuttal [4] 11/25 12/3
43/7 74/24
recall [9] 24/2 65/21
68/15 75/12 79/21
80/1 80/10 80/13 81/7
recent [8] 8/17 19/9
19/22 20/1 20/13 49/9
50/22 81/13
recess [3] 55/5 55/7
85/4
recognized [1] 22/15
recollection [5] 61/17
62/8 64/5 64/16 66/22
record [7] 6/15 30/9
34/21 34/22 45/17
64/6 77/5
RECROSS [1] 2/2
redirect [3] 2/2 72/20
72/22
refer [3] 6/19 13/14
25/7
referred [2] 8/9 10/20
referring [3] 32/13
43/17 77/3
refers [2] 23/13 25/16
reflect [11] 15/19 17/5
24/14 27/9 32/5 36/15
36/22 37/1 53/4 56/6
82/11
reflected [5] 16/10
32/16 36/11 37/9
73/25
reflective [1] 73/21
74/1 75/8
reflects [3] 36/19 37/5
82/7
refresh [6] 61/17 62/8
64/4 64/5 64/8 64/16
refreshing [1] 64/7
regard [5] 7/7 10/10
52/14 73/9 80/16
regarding [6] 3/18 11/9
33/7 33/15 53/1 53/3
related [13] 8/13 9/23
28/21 38/2 39/14 40/4
42/12 52/25 53/3
68/16 72/5 74/25 75/2
relates [1] 4/10
relation [1] 63/9
released [1] 30/22
relevance [1] 53/25
relevant [4] 24/12 33/8
33/16 48/22
reliable [1] 51/4
relied [3] 31/2 45/16
52/16
relies [1] 41/4
rely [9] 31/4 41/17
56/25 57/4 62/13

80/21
relying [2] 30/25 41/2
remember [12] 42/21
57/21 61/12 61/15
61/16 62/10 63/16
73/14 74/17 78/7
79/22 80/14
remind [1] 80/3
remote [1] 3/14
repeat [4] 47/21 54/22
69/9 73/23
report [13] 11/18 11/23
11/25 12/3 41/3 41/3
41/21 43/7 44/1 46/20
73/19 74/24 80/1
reported [4] 1/22 26/12
36/3 50/19
reporter [5] 1/22 14/25
45/4 64/25 84/14
reports [8] 12/6 12/10
19/9 19/16 19/22 20/2
49/1 57/3
represent [2] 15/15
54/17
representative [2] 3/20
5/9
request [1] 79/16
require [2] 18/21 19/4
required [9] 24/13
51/16 53/7 62/20
62/21 62/23 65/7 69/4
75/21
requires [4] 19/18 21/5
29/20 46/11
research [1] 37/4
researched [1] 30/9
resemble [2] 28/25
83/10
respect [4] 10/14 11/5
11/12 38/20
response [1] 63/24
responsibilities [2]
67/23 68/3
result [3] 13/11 16/3
18/9
results [6] 15/22 17/2
26/5 27/11 37/11
75/15
return [48] 12/25 13/3
13/7 13/10 13/10
13/13 13/14 13/15
13/19 13/21 13/22
13/23 13/24 14/2 14/5
14/9 14/15 15/5 15/10
15/12 15/20 15/24
16/4 16/12 16/16
16/19 16/19 17/13
17/23 18/10 18/15
18/17 18/19 18/20
18/23 19/4 19/14
19/18 20/14 20/15
20/22 21/4 21/7 51/11
55/12 71/8 71/12
71/20
revenue [78] 24/8
24/13 25/2 25/7 25/8
25/10 25/17 26/3 26/7
26/12 26/17 27/6 27/8

80/21
28/7 33/8 33/14 33/15
33/17 33/18 33/19
33/21 33/21 33/23
34/1 34/4 34/5 34/11
34/15 34/18 34/23
34/25 35/6 35/8 35/8
35/11 35/22 36/8
36/12 36/13 36/14
37/3 43/9 43/11 43/13
43/15 48/22 51/13
51/15 53/12 53/14
53/21 54/7 54/14
54/18 54/19 54/24
60/17 60/20 62/6 65/7
69/4 69/7 69/15 74/17
75/10 75/21 76/3
81/10 81/14 81/15
81/23
revenues [24] 10/1
11/5 11/9 11/10 26/8
26/10 32/24 33/1 33/5
33/12 34/12 36/6 36/7
36/10 36/15 36/20
37/15 37/22 53/18
55/18 68/18 68/19
74/10 74/23
review [7] 7/18 19/22
26/21 60/4 66/15
69/18 80/17
reviewed [24] 8/1 8/6
8/8 8/17 29/6 30/11
31/8 33/10 33/11 34/2
34/24 35/7 35/13
38/14 38/18 40/16
42/8 45/23 46/19
49/13 63/13 73/13
74/17 76/10
reviewing [6] 8/15
26/25 32/6 38/25
64/16 72/25
reviews [1] 73/3
right [66] 6/4 6/5 8/25
12/8 16/17 16/18
18/22 29/9 40/13
41/14 44/12 45/15
45/19 45/20 46/5
46/17 47/5 47/6 47/14
48/4 48/12 48/19 50/5
50/9 50/23 51/13 52/5
53/9 53/10 53/24
54/12 54/14 54/21
56/12 57/1 57/16
57/17 58/6 58/13 59/9
59/24 60/12 61/9 63/4
63/7 65/10 65/17
65/20 65/21 65/23
65/24 66/8 67/25 68/4
68/5 68/7 68/20 68/21
68/25 69/12 70/10
71/24 77/22 77/24
79/10 79/16 84/3 84/7
risks [2] 14/6 27/1
RMR [2] 1/22 85/13
Roberts [2] 59/13
62/15
role [1] 8/14
rough [1] 17/19

**R**

roughly [1] 17/12
rounded [1] 58/23
row [3] 31/2 47/20
47/22
ruling [1] 12/11
run [7] 13/6 24/19
34/16 39/6 39/20 76/6
83/24
running [1] 39/17
runs [1] 18/7

**S**

said [8] 5/13 29/6 60/1
60/3 63/25 70/21 79/9
80/16
same [14] 12/9 12/11
17/1 18/7 20/7 20/24
25/21 26/15 38/1
46/16 48/3 48/23 70/7
82/15
saved [1] 40/7
saving [2] 8/9 38/22
savings [25] 8/11 8/13
8/15 10/4 10/5 10/5
11/12 11/14 11/16
38/4 38/12 38/13
38/17 38/19 39/1
39/13 40/2 40/3 40/11
40/12 72/5 72/7 72/9
72/11 72/15
saw [4] 26/24 32/12
81/21 81/22
say [19] 8/3 29/4 32/5
42/2 46/7 46/10 47/24
48/9 52/19 53/11
53/16 53/19 54/17
55/14 57/8 57/19
62/10 66/10 82/9
saying [7] 18/18 42/1
49/20 51/21 60/10
60/13 76/2
says [12] 46/22 46/23
50/3 50/6 50/10 58/2
58/7 58/14 58/23 59/1
60/19 75/20
schedule [1] 84/20
schedules [1] 4/23
scheduling [1] 3/18
Schultz [5] 3/20 4/13
4/16 4/25 5/3
screen [1] 22/2
seal [1] 70/18
sealed [7] 3/7 3/8
43/21 52/18 84/1 84/2
85/3
Sealy's [1] 8/18
searched [2] 34/21
34/22
seat [1] 66/25
seated [1] 6/9
second [11] 16/5 16/8
22/19 23/3 29/23 30/3
39/23 47/12 59/16
61/21 83/24
secondly [1] 30/14
seconds [1] 83/23
see [27] 19/20 20/17
25/5 26/22 27/20

43/11 53/1 57/4 58/10
58/24 59/2 61/22
61/23 64/18 65/6 73/8
77/20 77/22 80/22
81/11 82/5 82/15 83/7
83/12
seeing [4] 31/9 57/21
75/12 76/8
seem [1] 19/8
seems [4] 41/1 58/16
59/7 64/4
seen [11] 25/11 25/14
46/17 57/19 60/2 60/4
73/4 75/9 76/9 78/9
81/19
selected [1] 49/11
selection [1] 78/25
sense [13] 31/12 35/18
44/9 53/13 53/20
58/21 59/25 63/17
64/14 64/20 64/22
65/4 65/6
separate [1] 37/11
Sequoia [4] 66/8 66/10
66/21 66/23
series [1] 27/10
services [3] 38/8 38/8
39/18
session [2] 1/6 84/1
set [5] 48/17 48/24
50/22 51/18 65/7
setup [2] 50/24 69/17
seven [1] 18/1
seven-year [1] 18/1
Seventh [1] 1/13
several [2] 39/2 53/23
she [5] 3/14 64/8 73/21
80/12 81/9
She's [1] 64/5
shed [1] 80/22
short [2] 69/8 69/11
short-term [1] 69/8
shorthands [1] 83/5
should [9] 13/6 27/17
27/18 36/18 42/23
50/21 63/22 64/11
84/9
shouldn't [2] 42/20
42/23
show [4] 22/23 36/11
63/21 82/23
showing [3] 47/16 63/1
75/12
shown [16] 9/18 19/9
17/19 26/11 31/2 32/1
37/20 47/5 47/11
48/15 48/21 48/23
51/24 62/11 75/14
75/16
shows [14] 15/6 15/21
17/7 17/21 18/1 25/22
26/5 27/11 30/5 38/24
60/15 75/9 82/2 82/21
side [2] 3/18 77/22
significant [1] 5/15
similar [4] 46/9 70/4
74/25 76/9
since [16] 10/2 10/12

17/16 20/4 20/22 27/8
32/25 33/5 37/8 52/16
56/14 71/8 85/2
sir [2] 6/4 76/12
sitting [3] 65/21 67/2
68/15
six [1] 7/1
size [8] 9/23 10/20
29/8 29/18 32/17
44/13 50/5 62/19
Skype [4] 50/5 50/7
50/12 50/16
slide [75] 9/11 9/14
9/18 10/8 15/6 15/21
17/7 17/19 17/20
22/22 23/19 24/10
24/14 24/25 25/21
26/5 26/25 27/19 28/5
29/21 30/5 30/25 32/1
36/14 36/18 36/19
36/22 37/1 37/11
38/24 40/23 46/17
46/18 47/16 48/14
48/16 48/23 49/10
49/10 49/12 49/14
49/17 50/2 50/6 50/10
50/11 50/18 51/7 51/9
53/3 56/15 56/17 58/8
58/13 58/16 59/4 59/7
60/19 73/13 74/4
74/12 74/12 75/12
75/16 75/19 76/13
77/19 77/22 81/21
81/24 82/2 82/4 82/6
82/10 82/14
slides [13] 28/20 28/23
28/25 29/2 37/10 46/1
73/12 73/16 73/18
73/21 74/1 74/2 83/9
small [3] 42/21 61/10
81/17
Smith [3] 63/10 63/24
64/23
Smith's [2] 63/13 63/16
Snapchat [3] 58/9
58/18 78/6
so [104] 3/7 3/15 4/21
6/5 7/1 8/12 9/9 13/8
13/13 17/13 17/18
17/24 18/3 19/3 19/4
19/8 24/3 24/21 25/13
28/2 28/3 29/8 29/18
30/1 30/13 30/20 31/6
31/7 31/12 32/21
33/14 33/19 33/23
33/24 35/18 35/19
36/5 36/14 38/14
38/24 40/6 40/17
40/24 41/2 41/6 42/13
43/20 47/16 48/4 49/9
49/19 49/22 49/23
50/13 51/7 51/10
51/17 52/17 52/18
54/23 55/21 56/6 56/7
57/3 57/5 57/11 57/23
58/5 58/23 59/4 60/15
60/22 61/7 61/22 62/1
62/3 62/3 63/2 63/23

67/7 69/17 70/17
70/22 71/8 71/20
72/17 73/7 73/15
74/13 74/19 76/8
76/22 77/15 78/13
83/11 83/15 84/12
84/12 84/22 84/24
so-called [2] 60/15
78/13
software [1] 65/19
sold [1] 35/19
solves [1] 4/16
some [30] 3/10 7/10
10/5 13/17 16/24 24/7
28/20 33/2 34/9 35/10
36/10 38/6 39/15
41/21 46/12 50/25
51/15 52/18 61/1
68/16 70/18 72/20
74/5 76/2 76/6 76/6
76/19 77/9 81/9 82/21
something [9] 22/5
34/1 41/7 41/9 43/7
44/8 54/13 60/17
71/22
sometimes [4] 8/9
14/11 32/5 83/5
somewhere [1] 35/16
sorry [21] 16/6 36/17
41/11 42/16 47/3
47/21 53/16 54/15
54/22 58/8 62/10 67/6
69/9 72/8 73/23 79/3
79/11 79/11 79/13
82/9 85/2
sort [10] 17/24 21/1
22/15 46/12 48/6 49/4
49/17 52/9 68/8 83/10
sought [1] 12/21
sounds [5] 47/6 54/12
57/17 65/21 68/5
source [3] 25/12 25/14
73/19
sources [2] 16/24 17/1
Southwest [1] 1/13
speak [1] 50/13
specifics [2] 42/17
42/21
spell [2] 6/14 45/3
spend [1] 18/3
spent [1] 4/22
spill [1] 5/7
squash [1] 44/10
stamp [1] 57/24
stamped [1] 77/5
standalone [26] 11/3
29/16 29/23 30/4
30/15 30/17 30/18
30/21 31/15 31/17
31/20 32/1 41/19 54/2
59/11 60/6 60/9 60/21
60/23 62/23 63/7
77/25 80/4 80/7 80/23
81/1
standard [29] 10/19
14/23 15/2 16/24
22/14 22/15 22/17
24/14 28/13 28/17

41/18 46/4 50/25 53/4
53/8 53/17 53/23
69/13 76/1 77/12
77/13 77/16 83/4 83/7
83/11 83/13
stands [1] 25/17
Stanford [2] 7/6 7/7
start [4] 12/16 24/18
52/22 61/21
starting [1] 24/24
starts [1] 5/7
startup [2] 53/14 53/21
startups [2] 83/2 83/3
state [2] 6/14 80/1
stated [4] 33/22 34/13
35/4 44/1
statement [2] 19/15
19/21
statements [5] 15/17
20/5 20/6 26/10 26/12
STATES [2] 1/1 1/9
stayed [1] 39/5
step [3] 6/4 65/12
83/16
stepping [2] 7/3 56/4
steps [1] 38/11
still [2] 35/16 64/8
stood [1] 60/18
stream [1] 69/16
Street [2] 1/13 1/18
studied [1] 80/22
study [8] 7/8 31/6 31/8
31/8 44/22 49/4 51/4
57/9
submissions [3] 38/14
38/15 38/16
submit [1] 9/5
submitted [4] 11/15
39/3 40/6 40/16
subsequently [1] 60/7
substantially [1] 42/18
substantiate [2] 72/8
72/9
substantiation [1] 72/4
subtraction [1] 36/8
successors [1] 17/2
such [3] 26/24 32/12
42/7
suddenly [1] 4/24
Suite [1] 1/19
summarizes [2] 10/8
13/23
summary [1] 27/10
summed [1] 36/2
supplied [1] 43/4
support [6] 11/15
13/10 39/15 40/7
40/17 72/10
supported [2] 38/17
39/3
sure [7] 43/18 47/22
59/16 61/19 63/19
66/14 69/17
Swarthmore [1] 7/5
sworn [1] 6/7
synergies [14] 32/6
32/10 32/12 41/25
42/1 42/3 42/6 42/7

synergies... [6] 42/13
42/14 72/25 73/1 73/6
73/9
synonymous [2] 8/12
14/22
system [1] 35/17
systems [1] 39/12

**T**

tab [1] 12/2
table [6] 27/10 27/14
27/23 31/2 36/15 43/8
tables [2] 27/10 36/10
take [14] 3/15 5/2
21/13 38/11 43/18
44/18 50/25 55/5
59/13 61/17 62/14
64/11 76/2 76/3
taken [1] 21/11 55/7
85/4
takes [3] 47/8 47/22
75/19
taking [8] 19/1 28/3
29/4 48/1 48/14 49/20
65/1 65/12
talk [2] 5/8 33/1
talked [2] 22/9 30/1
talking [3] 17/20 53/13
84/17
talks [1] 18/13
tammy [5] 1/22 1/24
85/13 85/13 85/15
target [4] 29/15 46/14
51/1 53/18
targeted [2] 43/13
43/15
tax [1] 7/10
tech [1] 53/21
tech's [1] 77/10
technical [2] 38/9 39/7
technology [1] 53/13
65/16 75/4
tell [2] 68/11 78/23
tells [1] 19/16
Tempur [1] 8/18
ten [16] 5/15 24/13
25/9 51/13 51/15
51/20 51/21 51/25
52/4 52/6 52/8 55/5
68/24 68/25 69/3
75/20
ten-year [4] 51/13 52/4
68/24 68/25
Tencent [1] 46/25
term [7] 13/13 13/19
14/18 69/7 69/8 69/11
69/11
terms [9] 7/20 7/20
7/25 8/1 13/2 18/8
32/4 50/4 82/18
terrible [1] 43/22
testified [7] 6/8 42/17
64/23 67/11 68/18
69/24 70/13
testify [5] 3/14 5/1 5/5
6/2 70/3
testimony [22] 8/21
9/12 22/7 43/2 44/14

63/20 64/17 66/5
66/16 66/18 67/8 67/9
67/15 69/18 69/21
70/1 70/2 70/7
text [1] 25/1
than [21] 8/7 14/10
18/11 20/9 20/10 25/3
29/4 48/16 50/8 50/16
54/18 60/21 68/7 69/7
69/11 71/9 71/12
74/11 76/15 82/22
84/16
Thank [17] 3/13 5/21
6/9 12/13 27/20 40/21
44/24 55/6 62/14
64/10 67/21 72/17
79/14 80/15 83/14
84/12 85/3
Thanks [3] 45/7 58/1
83/15
that [454] 3/5 3/7 3/16
3/25 4/15 5/4 5/9 7/22
7/24 8/4 8/8 8/21 8/23
8/24 8/25 9/23 10/8
10/12 10/15 10/15
10/17 10/18 10/22
10/23 10/25 11/2 11/7
11/10 11/15 12/2
12/16 12/17 12/25
13/5 13/7 13/8 13/8
13/11 13/23 14/1 15/6
15/7 15/18 15/21 16/3
16/6 16/10 17/7 17/15
17/17 17/21 19/2
20/13 20/16 20/20
21/1 21/5 21/22 21/22
21/24 22/2 22/5 22/5
22/7 22/13 22/19 23/4
23/5 23/17 23/19
23/22 24/1 24/8 24/9
25/1 25/5 25/8 25/12
25/15 25/22 25/25
26/5 26/10 26/14
26/15 26/25 26/25
27/1 27/10 27/16
27/20 28/5 28/5 28/19
28/20 29/2 29/6 29/8
29/9 29/15 29/21 30/5
30/7 30/10 30/14
30/19 30/20 30/22
31/6 31/9 31/17 31/25
32/5 32/15 32/20 33/2
33/4 33/8 33/9 33/11
33/14 33/15 33/20
33/22 33/22 33/24
33/24 34/2 34/5 34/6
34/7 34/13 34/16
34/19 34/24 34/25
35/4 35/13 35/14
35/14 35/19 36/1 36/3
36/6 36/10 36/20
36/24 37/7 37/13
37/16 37/20 38/5 38/6
38/17 38/21 38/24
40/3 40/5 40/6 40/7
40/9 40/10 40/12
40/14 40/15 40/17
40/25 41/4 41/6 41/7

41/21 41/22 42/6 42/9
42/12 42/14 42/17
42/24 43/2 43/13
43/14 43/17 43/18
43/21 43/23 44/7 44/8
44/8 44/18 44/19
44/22 45/3 45/13
45/15 45/18 45/19
45/22 46/2 46/3 46/7
46/8 46/11 46/16
46/19 47/5 47/6 47/8
47/8 47/13 47/16
47/18 47/19 47/20
47/21 47/22 47/24
47/24 48/9 48/14
48/25 49/3 49/6 49/14
49/16 49/22 50/1 50/2
50/3 50/4 50/8 50/9
50/17 50/18 50/19
50/21 50/23 50/24
51/3 51/4 51/5 51/5
51/7 51/8 51/12 51/16
52/3 52/7 52/10 52/12
52/14 52/21 52/23
52/24 52/24 53/3 53/7
53/11 53/11 53/14
53/16 53/18 53/21
54/5 54/10 54/12
54/13 54/16 54/18
54/19 54/20 54/22
54/23 54/24 55/1
55/18 55/21 55/23
55/25 56/1 56/2 56/9
56/12 56/12 56/16
56/16 56/18 57/15
57/17 58/10 58/12
58/22 58/24 59/2
59/19 59/22 59/23
59/25 60/8 60/15
60/15 60/17 61/4 61/6
61/13 61/22 61/23
62/10 62/20 62/25
63/7 63/9 63/16 63/18
63/24 64/16 64/18
64/19 64/23 65/2 65/4
65/6 65/10 65/16
65/16 65/20 65/22
66/1 66/8 66/20 67/1
67/2 67/8 67/11 67/15
67/24 68/4 68/5 68/6
68/8 68/9 68/16 68/18
68/20 68/22 68/22
68/23 68/25 69/2 69/9
69/12 69/16 69/21
69/23 69/25 70/3 70/4
70/4 70/5 70/6 70/6
70/6 70/9 70/11 70/13
70/21 70/22 71/1 71/8
71/10 71/11 71/13
71/16 71/22 72/3 72/7
72/8 72/9 72/11 72/14
72/15 72/25 73/5
73/13 73/16 73/23
73/23 74/6 74/8 74/8
74/9 74/14 75/1 75/2
75/9 75/10 75/19
75/21 75/24 75/24

76/17 76/20 77/2 77/5
77/22 78/4 78/7 78/9
78/12 78/21 78/21
78/23 78/24 79/1 79/3
79/9 79/9 79/10 79/15
79/16 79/21 80/1 80/8
80/11 80/21 81/1 81/6
81/7 81/11 81/13 82/2
82/2 82/4 82/7 82/7
82/9 82/11 82/12
82/15 82/21 83/3 84/7
84/9 84/25 85/8
that's [73] 5/18 14/23
16/17 18/18 18/20
18/22 18/23 19/5
19/17 23/7 23/19 24/5
24/23 24/24 25/8
25/13 25/17 26/15
30/19 35/20 41/13
41/23 43/1 44/10
44/11 44/14 44/23
45/20 46/23 47/4 50/6
50/10 50/19 51/20
52/20 53/4 53/6 53/10
55/16 55/20 56/9
56/11 56/14 56/21
57/2 58/7 58/16 58/20
59/7 59/12 61/2 62/22
65/5 65/11 65/17
65/24 66/22 67/25
68/8 68/16 68/21
68/21 69/17 70/18
70/20 71/16 71/25
72/16 74/2 74/13 75/5
77/19 84/11
their [11] 3/19 5/5
16/24 17/2 18/19
43/23 54/2 63/25
64/14 73/6 73/9
them [15] 4/15 11/17
12/12 28/3 38/7 38/19
46/8 46/20 52/18
63/11 65/7 72/1 72/8
72/9 73/19
then [29] 5/1 13/11
17/2 20/4 24/7 33/11
34/8 38/16 39/6 41/25
43/22 44/18 45/5
46/24 47/3 47/7 48/6
51/24 51/25 55/23
57/10 58/2 58/12 59/1
59/21 60/5 65/2 75/23
84/3
theory [3] 13/5 13/9
44/8
there [43] 12/7 14/25
17/17 21/16 22/13
22/15 23/16 23/18
24/25 29/2 33/22
33/23 36/4 36/19
38/21 39/15 39/18
39/22 40/3 42/13 43/4
43/6 43/14 44/1 45/25
49/6 50/4 51/5 54/23
60/14 63/22 64/2
71/11 72/7 72/8 72/14
74/14 78/21 79/21
82/25 83/2 83/4 83/11

28/20 39/16 48/17
52/25 53/24 64/9
64/15 82/2
these [18] 4/23 11/16
27/25 28/3 30/25
35/21 38/13 46/19
48/9 52/4 52/25 58/18
59/10 60/15 72/10
81/18 82/3 82/18
they [41] 5/2 5/10 5/13
5/14 5/15 5/16 8/12
8/13 14/6 18/18 18/25
19/4 19/23 21/21
22/11 22/18 24/16
30/11 31/6 34/1 35/15
35/15 36/2 37/9 38/17
42/9 47/10 50/14
52/19 54/3 55/18
60/11 60/20 66/11
68/7 71/18 77/14 80/1
80/1 80/7 84/6
thing [6] 19/15 21/3
23/18 48/3 56/9 67/3
things [3] 30/11 46/13
64/24
think [39] 3/16 5/11
5/12 5/13 8/8 15/21
22/9 24/10 26/5 27/2
29/6 30/5 38/24 39/19
41/22 42/5 43/4 45/24
47/17 56/17 60/3
60/19 62/1 63/22
63/25 64/14 65/17
66/11 69/23 70/17
71/15 73/15 74/19
76/22 78/12 80/12
83/6 84/2 84/20
thinking [3] 53/15
53/22 84/24
third [3] 22/20 34/1
83/24
third-party [1] 83/24
thirds [1] 41/14
this [150] 3/3 3/19 3/24
4/1 6/1 9/5 9/14 9/17
9/18 10/7 11/18 11/23
11/23 11/25 12/2 12/6
12/7 12/16 12/20 14/3
14/8 14/16 15/4 15/7
16/21 17/18 17/20
17/24 18/11 19/8 22/5
22/9 22/24 23/3 23/8
23/12 23/16 23/22
24/1 24/4 24/10 24/13
24/14 24/24 25/20
26/21 27/4 27/12
27/23 28/2 32/1 32/9
32/22 33/7 34/14 35/9
36/15 36/19 36/22
37/1 37/5 37/17 38/25
40/20 42/20 43/22
46/17 46/21 47/16
48/14 49/4 49/6 49/10
49/12 49/14 49/17
51/1 51/14 51/14
51/17 53/3 54/9 56/21
56/25 57/3 57/18
57/19 57/21 57/23

**T**

this... [61] 58/8 58/13
59/4 59/8 59/10 60/8
60/10 60/19 60/22
61/7 61/24 61/24 62/8
62/13 62/17 63/5
64/16 64/18 65/14
66/16 66/16 68/1 69/4
69/19 70/3 72/24 73/9
74/20 75/8 75/12
75/16 76/1 76/13 77/2
77/5 77/6 77/9 77/11
77/15 77/18 78/1 78/2
78/17 78/17 78/25
79/10 79/15 79/20
79/25 80/1 81/15
81/20 81/23 81/24
82/1 82/6 82/10 82/12
82/18 83/22 84/6
those [55] 8/9 10/18
13/2 14/6 15/16 16/11
20/6 20/7 20/24 22/17
26/4 26/12 27/9 28/21
28/23 29/21 30/11
33/1 33/10 34/24 35/9
38/8 38/14 38/18 39/2
40/19 43/10 43/11
46/13 49/21 51/25
52/17 53/19 54/1
54/15 58/13 60/16
60/17 60/19 61/16
63/1 70/17 73/2 73/8
73/14 73/21 73/25
74/14 74/17 78/10
79/11 83/6 83/6 83/7
84/12
though [3] 49/3 50/16
52/7
thought [5] 4/17 13/9
35/9 63/2 69/24
three [11] 5/8 22/15
22/17 33/17 37/10
66/10 66/13 66/15
77/13 83/4 83/6
through [16] 16/1
16/11 20/4 28/10 34/6
34/9 37/10 37/15
37/19 37/21 40/8
51/10 55/17 61/6
68/20 70/16
Thursday [3] 3/23
84/21 84/23
TikTok [1] 83/20
time [71] 3/7 3/10 4/22
5/6 6/1 9/5 10/18 11/8
12/6 13/17 13/25
15/14 17/1 17/4 19/19
21/20 23/15 24/3
24/10 24/11 25/23
26/3 26/9 26/15 28/1
36/1 37/13 37/14 39/5
39/8 39/15 39/18
39/21 40/1 40/2 40/20
43/10 49/6 49/25 50/7
50/8 51/20 52/17 53/1
53/14 53/22 54/4 54/6
54/14 55/22 57/2
60/16 61/14 62/5 63/3
65/14 65/18 67/16

74/11 77/20 77/23
77/24 78/1 78/15 81/2
81/9 82/19 83/24
timely [1] 3/24
times [7] 18/11 25/2
25/7 25/10 51/23
74/10 74/11
title [2] 66/3 77/19
today [7] 3/14 9/12
25/3 55/15 70/15
70/23 73/13
Todd [1] 1/17
together [2] 24/1 83/12
told [4] 3/21 3/22 4/1
25/22
too [2] 41/23 60/19
took [3] 21/10 44/18
76/17
tool [1] 25/25
top [3] 46/21 58/2
58/15
topic [8] 10/10 10/16
10/22 11/7 12/17 22/9
37/17 64/18
total [12] 18/11 21/18
21/20 21/22 26/12
32/18 32/21 32/22
33/12 33/12 35/22
36/13
totally [1] 5/12
towards [1] 60/14
town [1] 5/3
TRADE [7] 1/2 1/12
6/1 6/2 6/18 6/19
83/19
traded [2] 49/3 74/5
traditional [1] 76/1
transacting [1] 46/13
transaction [37] 8/1
9/24 10/21 10/23 11/1
22/8 23/11 29/7 29/9
29/13 40/8 45/24
49/18 49/19 49/20
50/19 55/23 57/10
62/20 62/24 63/11
66/12 67/16 67/18
67/19 73/4 73/5 73/13
73/17 76/15 76/15
76/16 77/21 77/23
78/3 81/21 83/10
transactions [13] 7/19
7/20 7/25 32/7 46/12
49/9 49/11 50/22 51/5
53/1 76/10 79/8 79/13
transcription [1] 85/9
trial [4] 1/8 3/22 8/18
66/16
tried [3] 21/1 56/13
71/19
try [2] 4/21 7/22
trying [4] 4/22 36/17
44/5 78/12
Tuesday [1] 84/21
turn [13] 21/14 28/5
38/2 45/12 45/21 51/7
56/15 57/18 61/3 66/4
68/17 77/17 78/16
turning [8] 13/13 23/3

37/1 40/3 81/3
Twitter [3] 46/25 58/10
58/18
two [18] 4/25 15/25
20/24 26/18 29/20
29/21 30/11 41/3
41/14 46/1 56/18
62/20 63/1 63/8 73/12
80/6 80/9 84/5
two-thirds [1] 41/14
type [8] 7/12 7/16 31/8
31/16 34/5 48/25 56/5
56/13
types [5] 33/8 33/15
33/17 53/24 83/1

**U**

uh [2] 11/22 81/8
uh-huh [2] 11/22 81/8
ultimate [1] 44/11
unable [1] 40/17
unaware [1] 45/18
under [4] 4/6 24/5 58/8
70/18
understand [11] 6/20
12/7 17/18 18/14 23/4
23/22 32/17 38/3 39/9
52/18 75/17
understanding [32]
8/20 8/22 13/5 16/15
21/17 23/8 23/12
25/13 25/16 25/19
28/6 28/9 34/3 34/13
47/8 50/2 50/11 64/23
64/25 73/20 73/24
75/5 76/13 77/6 77/11
78/17 78/18 79/18
79/23 82/6 82/10
82/17
undertaking [1] 14/7
unfair [1] 5/6
unfortunate [1] 3/17
UNITED [1] 1/1 1/9
University [2] 7/6 7/7
unpack [1] 71/19
unreasonable [4] 52/3
52/12 52/21 70/9
until [2] 5/3 12/11
unusual [1] 20/17
up [17] 4/15 6/4 30/24
36/2 36/7 40/23 40/24
41/2 41/8 42/20 43/11
43/13 51/18 59/16
65/7 66/6 82/3
us [3] 4/24 5/21 22/3
use [19] 14/12 15/9
16/23 19/9 22/11
24/21 26/6 31/12 49/7
52/4 53/7 54/9 76/4
76/6 77/14 77/15 79/2
79/2 83/5
used [23] 9/21 10/17
13/2 15/7 15/16 16/24
20/9 20/11 20/13
21/16 22/16 26/8 31/9
34/24 38/19 45/13
48/19 50/22 60/18
64/20 79/4 83/2 83/7
useful [1] 7/22 25/24

user [48] 25/18 26/3
26/9 26/17 27/6
27/8 27/15 27/24 28/4
28/7 34/8 47/19 47/25
48/7 48/11 48/14
48/15 49/16 49/22
49/23 50/13 50/13
50/17 50/19 51/22
52/17 52/22 54/18
54/24 55/13 55/15
55/23 62/6 63/3 70/16
73/20 73/22 73/25
74/1 74/5 74/7 81/10
81/15 81/16 82/21
82/21 82/23
users [17] 25/2 26/14
26/14 34/7 47/5 47/18
47/24 48/2 48/6 50/8
50/16 52/13 55/22
70/10 70/10 70/14
70/23
uses [4] 18/6 49/24
55/2 58/13
using [16] 14/16 15/5
20/7 21/6 27/4 28/1
28/17 35/15 38/9
41/22 43/20 46/11
46/13 49/4 75/24
78/13

**V**

valuation [102] 9/20
10/14 10/19 11/4
21/16 22/10 22/10
22/13 22/16 22/17
23/5 23/19 23/22 24/1
24/4 24/15 24/18
25/24 28/4 28/14
28/18 28/21 28/22
28/24 29/5 29/24
30/10 30/12 30/13
30/18 31/3 31/4 31/6
31/10 31/20 40/24
40/25 41/18 42/12
42/18 46/18 47/17
49/4 50/25 51/4 51/8
52/25 53/4 53/8 53/11
53/17 53/23 54/2 55/1
55/25 56/8 56/14 57/9
57/10 58/5 58/8 58/21
58/23 59/5 59/8 63/17
64/1 64/14 64/19
64/24 64/24 64/25
65/5 65/8 69/2 69/13
74/21 74/25 75/13
75/19 75/22 76/2 77/9
77/12 77/13 77/16
77/25 78/11 79/1
79/10 79/15 79/20
79/25 80/4 80/4 80/13
80/14 80/17 80/20
83/1 83/4 83/13
valuation-related [4]
28/21 42/12 52/25
74/25
valuations [15] 7/19
8/5 8/5 28/17 30/7
30/14 30/25 45/17
56/15 56/17 59/9

value [69] 9/21 10/17
22/12 24/20 24/22
24/23 25/9 29/15
29/24 30/4 30/15
30/16 30/21 31/12
31/14 31/16 31/17
32/2 32/19 41/19
41/20 42/25 45/16
46/4 46/22 47/9 47/11
48/6 48/11 48/14
48/15 49/15 49/18
49/18 49/23 49/24
49/24 50/18 51/8
51/23 56/5 56/10 57/9
58/13 58/14 59/22
60/5 60/23 62/23 63/6
63/7 73/7 73/22 74/1
74/5 75/14 75/24 76/7
76/7 78/3 78/13 80/7
80/23 82/18 82/20
82/21 82/23 83/2 83/7
valued [1] 68/24
values [8] 46/11 46/13
46/24 49/21 73/9
73/20 73/25 80/6
valuing [6] 22/14 57/13
60/9 60/10 68/3 77/12
various [1] 75/24
vast [2] 44/4 44/9
venture [4] 61/8 65/22
65/24 67/5
verifiability [2] 10/3
11/13
verifiable [2] 38/20
38/23
verify [6] 11/17 40/1
40/9 40/18 72/4 72/12
version [4] 13/22 22/19
27/16 37/23
versus [1] 20/23
very [11] 4/25 21/2
21/4 40/1 42/20 44/24
50/3 54/25 62/3 66/2
67/5
viability [1] 7/21
viability/profitability [1]
7/21
video [5] 3/5 5/16
83/20 83/22 84/6
videotape [1] 84/15
view [5] 16/17 28/21
32/9 51/17 60/22

**W**

WACC [1] 18/13
want [22] 3/19 3/23 4/7
4/9 4/21 45/3 45/12
45/14 45/21 46/1 49/8
52/19 55/12 56/5
56/15 56/18 56/20
61/3 62/2 63/8 66/4
68/17
wanted [4] 3/4 39/9
51/11 80/21
was [183] 4/3 4/4 5/10
6/7 9/19 9/20 9/23
10/1 10/3 10/18 10/25
11/2 11/8 11/11 11/16
12/18 14/25 15/23

**W**

was... [165]  16/3 16/3
17/11 18/9 20/20
21/22 22/5 22/7 23/4
23/14 23/16 23/22
24/1 24/3 24/4 24/4
24/5 24/7 24/13 25/20
25/22 25/25 26/3
26/13 26/19 26/22
28/1 28/8 29/3 29/9
29/22 29/25 30/14
31/8 31/15 31/16
31/17 31/19 31/25
32/21 32/25 33/14
33/18 33/23 35/18
35/22 35/24 37/13
37/21 38/20 38/23
39/3 39/6 39/18 39/22
40/9 40/14 40/17 41/8
41/18 41/18 42/5
42/12 42/13 42/19
43/4 43/22 44/1 44/8
44/9 44/10 44/13
45/15 49/6 49/19
49/25 50/2 50/4 50/5
50/7 50/19 50/24 51/2
52/3 52/6 52/9 52/11
52/21 53/7 54/5 55/7
55/16 55/23 56/10
56/14 56/17 57/11
57/13 57/14 57/15
57/15 60/4 60/8 60/8
60/8 60/10 60/11
60/21 60/22 60/24
60/24 61/1 61/8 62/24
64/2 64/18 64/19
64/25 64/25 64/25
65/2 65/3 66/1 68/23
69/3 69/23 70/8 70/20
71/2 71/7 71/9 72/10
72/11 72/12 73/16
74/8 74/11 74/12
74/13 74/13 75/12
75/17 75/22 76/14
76/16 77/6 78/4 78/13
79/19 80/3 80/7 80/25
81/1 81/6 81/13 81/15
81/17 82/8 82/12
82/16 82/17 83/11
84/15 84/16 85/4
Washington [5]  1/4
1/14 1/19 1/23 85/15
wasn't [2]  40/1 43/6
waterfall [1]  4/12
way [7]  35/10 46/8
60/18 67/12 70/11
71/6 77/24
ways [1]  34/22
we [79]  3/4 3/5 3/7 3/7
3/9 3/11 3/15 3/16
3/17 3/19 3/21 3/22
3/23 3/23 3/25 4/1 4/4
4/9 4/9 4/13 4/13 4/14
4/15 4/16 4/21 4/25
5/5 5/8 5/11 5/12 12/9
17/18 17/20 22/22
26/25 28/5 28/5 28/19
30/1 33/2 37/10 42/23
42/23 42/24 43/16

46/19 47/7 47/13 49/8
49/9 51/10 51/18
57/18 59/13 59/22
61/20 62/5 62/14
63/21 64/11 66/6
68/25 69/2 69/24
69/24 73/13 74/2 76/4
76/5 76/8 81/20 84/2
84/9 84/17 84/18 85/2
we've [1]  84/22
Web [1]  38/7
Wednesday [1]  84/22
week [4]  4/25 5/4
84/18 84/20
weighted [5]  14/18
14/21 15/1 17/11
17/23
Welcome [1]  55/9
well [67]  3/16 4/15 5/5
7/13 8/11 8/16 9/18
11/8 12/24 13/5 13/15
13/22 15/25 16/17
17/11 18/24 19/13
20/13 23/18 24/2
24/18 25/21 26/2 26/8
28/9 28/11 28/25
29/20 30/18 32/1 34/2
34/13 35/4 36/7 38/5
38/13 39/15 40/16
42/4 42/11 43/13
44/22 46/10 46/19
48/13 49/17 49/20
51/21 53/23 55/25
60/3 62/19 64/23 67/3
67/19 70/16 71/1
71/15 74/4 77/13 78/1
78/25 80/12 82/2
82/14 83/4 83/9
went [2]  37/10 70/3
were [59]  3/21 3/22 4/9
9/16 17/1 19/22 20/17
26/25 27/2 28/5 28/19
28/22 28/23 33/22
34/24 37/7 37/9 37/18
37/23 38/21 39/25
40/3 43/2 43/10 43/12
49/6 51/5 51/6 51/11
52/8 54/7 54/23 55/18
56/4 58/19 60/6 60/16
60/18 62/8 63/23 66/8
66/11 66/18 68/10
69/2 69/23 70/24 72/7
72/8 72/14 74/10
74/14 74/15 75/24
77/15 78/6 78/10 79/4
79/22
weren't [1]  42/10
what [128]  6/22 7/8
7/12 7/16 8/14 9/16
10/10 10/14 10/15
10/21 11/5 11/6 11/12
12/19 12/23 13/13
13/21 14/2 14/21
15/23 16/23 17/10
17/14 17/20 18/1
18/14 18/18 20/1
20/10 21/14 21/17
22/2 22/10 22/17

23/25 24/3 25/7 25/11
25/16 25/19 26/2 26/6
26/16 27/13 27/22
28/8 29/5 29/8 29/11
29/17 30/16 31/17
31/25 32/15 33/4
33/14 34/3 34/3 35/2
35/12 35/20 36/6 36/9
37/1 38/3 38/11 38/22
39/4 39/6 39/13 39/23
40/4 40/15 40/16 42/7
42/14 43/12 43/16
43/23 43/25 44/6
45/15 46/14 46/23
50/6 50/10 51/1 51/17
52/19 53/8 55/14 58/7
58/16 59/7 60/4 60/13
60/24 61/2 61/24 62/8
62/11 65/2 68/7 68/11
74/16 75/12 75/16
76/1 76/5 76/8 77/6
77/11 77/17 78/16
78/23 79/18 79/22
80/3 80/25 82/4 82/6
82/10
what's [2]  28/25 75/16
whatever [1]  49/24
WhatsApp [171]  9/21
9/25 10/2 10/17 11/1
11/3 21/15 21/19
21/21 21/23 23/6
23/14 24/3 24/5 24/8
25/22 26/13 26/23
27/2 28/12 28/15
28/17 29/3 29/5 29/8
29/18 30/4 30/10
30/12 30/15 30/16
31/15 31/17 31/20
31/23 32/10 32/14
32/25 33/8 33/16
33/19 33/23 33/23
34/11 34/15 34/17
34/23 34/25 35/1 35/3
35/5 35/6 35/7 35/11
35/11 35/12 35/18
35/21 36/2 36/12
36/14 36/16 36/21
36/24 37/3 37/4 37/8
37/22 40/7 40/11
41/19 42/25 43/11
45/13 45/15 45/19
46/2 47/13 47/14
47/17 47/22 48/22
49/6 50/8 50/9 50/16
50/20 51/1 51/2 51/21
52/15 52/22 53/1 53/9
54/3 54/4 54/19 55/21
56/7 56/14 56/16 57/7
58/19 58/23 59/5 59/8
59/11 60/6 60/9 60/10
60/18 60/21 61/8
61/10 61/13 62/18
62/23 63/3 63/7 65/1
66/7 66/23 66/25 67/8
67/18 68/15 68/24 70/4
70/6 70/9 70/15 70/22

74/7 74/11 75/18
76/15 76/18 77/12
77/21 77/24 78/7
78/11 78/13 78/14
79/18 79/24 80/2 80/4
80/5 80/21 81/2 81/11
81/15 81/19 81/22
81/25 82/3 82/7 82/11
82/16 82/17 82/22
82/23 83/8
WhatsApp's [40]  11/5
11/9 25/19 25/25 26/3
26/6 26/8 26/9 26/17
27/5 27/7 27/15 27/23
28/7 28/10 33/5 34/12
35/23 36/5 36/23
37/19 40/4 42/18 43/9
45/16 48/13 51/12
52/16 55/14 60/23
68/10 68/17 68/19
70/13 70/16 74/12
78/3 80/23 81/14
81/17
when [29]  4/3 6/5 9/25
10/18 12/24 13/24
20/3 21/21 22/9 22/14
25/4 26/13 29/15 31/7
32/20 43/9 49/19
51/11 52/24 53/13
53/19 53/20 54/2
63/13 68/23 69/22
73/2 77/24 84/14
whenever [2]  3/12 55/8
where [9]  6/17 42/24
43/8 58/14 67/22 68/2
73/1 76/19 81/25
whether [47]  8/20
12/21 16/15 19/23
20/1 20/17 25/24 28/6
28/13 29/7 29/17
38/19 38/22 39/2
48/21 52/6 52/11 53/9
53/17 58/17 58/20
60/5 63/2 66/5 67/4
67/12 70/8 70/23 71/1
72/6 72/14 73/20
73/25 74/14 74/16
77/11 77/20 78/5 78/6
78/10 79/23 80/20
80/22 82/6 82/10
82/17 82/25
which [31]  5/8 12/11
12/17 16/2 16/2 18/17
19/20 25/3 29/14
29/22 31/11 31/15
33/18 35/7 36/9 36/11
37/13 37/24 42/19
43/21 44/1 44/14
46/13 49/10 50/25
60/24 68/21 69/15
70/18 76/2 77/14
white [1]  27/17
who [5]  5/1 22/8 44/17
44/17 52/8
whole [4]  17/4 23/18
44/7 44/8
why [21]  13/3 19/12
20/19 24/17 28/23

74/7 74/11 75/18
76/15 76/18 77/12
77/21 77/24 78/7
78/11 78/13 78/14
79/18 79/24 80/2 80/4
80/5 80/21 81/2 81/11
81/15 81/19 81/22
81/25 82/3 82/7 82/11
82/16 82/17 82/22
82/23 83/8
wide [1]  43/15
widely [1]  22/15
will [25]  3/5 3/14 3/15
3/16 4/21 5/2 5/6 5/7
5/12 9/9 12/11 25/9
33/2 43/18 44/17 49/8
54/17 72/18 73/5
83/22 83/25 84/2 84/7
85/2 85/3
window [1]  39/18
within [1]  51/20
without [1]  43/20
witness [8]  2/2 3/6
3/14 4/5 5/24 64/5
72/18 83/17
witnesses [9]  4/14 4/23
4/25 5/1 5/10 5/15
5/15 84/18 84/25
won't [1]  5/6
words [2]  27/2 37/14
work [10]  3/16 4/11
6/17 6/18 7/12 7/16
21/8 31/7 52/14 53/19
worked [9]  6/24 7/13
22/8 65/9 65/15 65/19
65/22 67/22 68/2
working [1]  7/14
works [1]  3/12
worried [1]  3/11
worth [14]  24/5 25/1
25/10 29/3 45/15
46/15 48/5 51/2 51/2
54/20 54/25 65/2
75/22 76/5
would [68]  3/9 3/22 4/5
4/14 4/17 6/5 6/14
6/20 8/3 12/5 12/15
13/2 13/9 14/9 17/22
18/2 18/4 18/5 18/7
18/10 18/18 20/14
21/2 21/13 22/22 24/8
25/2 29/5 32/25 35/10
35/16 39/4 41/6 43/17
43/23 44/21 46/10
47/1 47/19 47/25
48/10 48/18 48/25
50/12 53/2 53/8 54/20
54/24 55/21 55/24
56/1 57/8 59/14 59/15
59/19 59/23 59/25
59/25 60/3 61/17
61/20 64/3 66/10
70/22 70/22 75/21
80/21 81/22
write [1]  42/2
written [1]  38/14

**Y**

Yahoo [3]  47/1 48/11
48/16
yeah [16]  23/7 27/20
46/18 47/2 47/2 48/1
48/1 50/2 50/18 53/17
57/2 63/19 66/9 76/22
77/19 79/11

**Y**

year [31]  11/10 15/13
15/13 16/2 16/13
16/16 16/25 16/25
17/3 17/3 18/1 18/8
20/3 20/3 24/12 26/13
26/19 33/12 33/12
36/3 36/3 36/7 36/7
37/20 37/22 51/13
52/4 62/7 68/24 68/25
70/24
years [14]  7/2 7/13
20/7 24/13 25/9 27/3
51/15 51/20 51/21
51/25 52/6 52/9 69/3
75/20
yellow [1]  11/21
Yep [1]  36/19
yes [108]  4/9 6/21 9/1
9/13 9/15 10/8 11/2
11/19 11/24 12/4
13/20 14/14 14/20
15/8 16/22 17/7 17/19
19/25 21/9 21/12 22/4
22/15 23/14 23/24
24/12 25/6 25/17
25/21 26/5 27/7 27/10
27/22 27/25 28/2
29/10 29/13 32/8
36/19 36/25 37/5 37/9
37/20 38/24 40/14
45/5 46/6 46/23 47/3
47/6 47/10 47/15 48/8
48/13 49/13 49/23
50/6 50/10 50/15 53/6
54/12 55/20 57/17
57/21 58/7 58/11
58/16 58/25 59/3 59/7
59/20 61/2 61/7 61/10
61/23 62/1 63/12
63/15 64/18 65/11
65/17 65/24 66/10
66/22 66/24 67/25
68/5 69/2 72/20 73/7
73/19 74/24 75/12
76/12 76/16 77/4
77/19 77/22 78/8
78/12 78/22 79/17
80/12 80/19 80/22
81/5 81/8 81/12 84/4
yesterday [1]  5/11
yet [1]  65/16
you [372]  3/13 4/7 4/20
5/4 5/17 5/21 6/5 6/5
6/9 6/9 6/14 6/17 6/20
6/24 7/3 7/8 7/12 7/16
7/24 7/24 8/1 8/4 8/4
8/6 8/8 8/8 8/20 8/24
8/24 9/2 9/11 9/14
9/16 9/16 10/6 10/10
10/10 10/15 10/15
10/20 10/20 10/21
11/6 11/13 11/18
11/20 11/20 11/25
12/13 12/16 12/17
12/19 13/2 13/3 13/19
14/1 14/1 14/11 14/18
15/4 15/7 15/9 15/19
16/15 16/21 16/23

17/17 18/13 18/18
19/9 19/16 19/20
19/22 20/1 20/11
20/16 21/6 21/10
21/11 21/22 22/5 22/9
22/9 22/22 22/23 23/4
23/8 23/11 23/22
23/25 24/2 24/10
24/25 25/5 25/11
25/16 25/19 25/25
26/4 26/6 26/16 26/21
27/4 27/9 27/17 27/18
27/20 27/21 28/6
28/17 29/6 29/6 29/11
29/17 30/1 30/2 30/3
30/7 30/7 30/24 31/4
31/21 31/21 31/25
32/10 32/14 32/24
33/1 33/4 34/11 34/19
34/19 35/2 35/12
35/23 36/5 36/6 36/9
36/24 37/2 37/7 37/18
38/3 38/11 38/21
39/13 40/5 40/15
40/21 40/23 40/24
41/1 41/2 41/25 42/2
42/2 42/3 42/9 42/10
43/2 43/12 44/24 45/3
45/14 45/18 45/24
46/1 46/2 46/3 46/17
47/1 47/4 47/17 47/18
47/20 47/21 47/24
48/7 48/17 48/24 49/8
49/11 49/14 50/3
50/21 51/7 51/11
51/12 51/19 51/19
52/3 52/11 52/20
52/20 53/7 53/8 53/13
53/14 53/16 53/19
53/20 53/22 54/9
54/22 55/6 55/14
55/18 55/21 56/12
56/16 56/19 56/25
57/19 58/10 58/12
58/17 58/24 59/2 59/4
59/8 59/14 59/21
59/21 60/1 60/1 60/1
60/10 60/13 61/4 61/4
61/12 61/22 61/24
62/3 62/8 62/11 62/13
62/14 62/17 62/25
63/2 63/8 63/9 63/13
63/13 63/16 63/18
63/22 63/23 63/24
64/10 64/22 65/9
65/12 65/14 65/15
65/18 65/18 65/22
66/1 66/2 66/5 66/8
66/15 66/18 66/20
66/25 67/3 67/4 67/7
67/11 67/21 67/22
68/2 68/6 68/9 68/11
68/11 68/18 68/23
69/9 69/14 69/18
69/21 69/25 70/5 70/8
70/14 71/4 71/11
71/17 71/22 72/5 72/7
72/9 72/15 72/17

73/8 73/12 73/13
73/16 73/17 73/20
73/23 73/24 73/24
74/10 74/16 74/16
74/17 74/19 74/20
75/8 75/17 76/9 76/10
76/19 76/19 76/20
77/2 77/17 77/20 78/3
78/5 78/5 78/7 78/9
78/16 78/23 79/9
79/14 79/15 79/18
79/23 80/3 80/8 80/9
80/10 80/15 80/16
80/16 80/17 80/20
80/21 81/3 81/6 81/7
81/11 81/13 81/19
81/24 82/8 82/9 82/12
82/17 82/25 83/7
83/14 83/16 84/8
84/12 84/14 84/17
84/24 85/3
you're [1]  55/8
your [135]  3/4 3/8 3/12
3/19 4/12 4/20 5/19
5/21 5/23 5/25 6/4
6/14 6/22 7/4 7/7 8/14
8/14 8/21 9/5 9/8 9/11
10/6 11/23 12/2 12/5
12/9 12/13 14/11
15/19 15/23 17/5 17/9
19/23 19/24 20/2
20/11 20/11 21/8
21/15 21/17 22/13
22/24 23/12 23/17
23/25 25/11 26/16
26/21 27/14 27/17
27/23 28/13 30/3 30/8
30/24 32/6 32/9 34/3
34/11 34/20 37/4
37/12 37/25 40/19
42/2 43/16 43/20
44/16 44/17 44/21
45/1 45/12 46/2 46/14
47/8 48/25 53/3 53/5
55/10 56/15 56/17
56/19 56/22 56/25
57/5 59/9 59/19 61/12
61/17 61/25 62/8 62/9
63/9 63/14 63/21
63/22 63/22 64/3
64/10 64/15 64/16
64/19 65/13 65/14
65/18 66/6 66/7 67/22
68/2 68/17 70/22
70/23 71/3 71/3 71/22
72/3 72/20 72/20
72/25 73/3 74/20 75/6
76/13 76/23 77/6
77/11 78/17 78/17
80/25 81/4 82/6 82/10
83/19 84/4 84/5
yourself [2]  65/9 71/4

**Z**

zero [7]  35/5 54/13
54/13 54/20 54/20
54/23 54/24
Zuckerberg [3]  42/17
70/13 70/20