IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 1:20-cv-03590-JEB |

**DAVIS POLK & WARDWELL LLP'S NOTICE PURSUANT TO RULE 1.12 OF THE NEW YORK RULES OF PROFESSIONAL CONDUCT**

Pursuant to Rule 1.12 of the New York Rules of Professional Conduct, Davis Polk & Wardwell LLP provides notice that Jonah Ullendorff, a former judicial intern in Chief Judge Boasberg's chambers from May 2021 to July 2021, will join Davis Polk as an associate in our New York office on October 20, 2025. During his internship, we represented Meta Platforms, Inc. in this matter (the "Screened Matter"). We continue to represent Meta and will screen Mr. Ullendorff from our work in this matter.

We have established screening procedures to assure that there is no flow of information between Mr. Ullendorff and the Davis Polk team working on the Screened Matter. All firm attorneys and legal assistants working on the Screened Matter will be instructed in writing that no person working on the Screened Matter should discuss or share with Mr. Ullendorff any information relating to his or her work on the Screened Matter and that they must not seek any information from Mr. Ullendorff. Similarly, Mr. Ullendorff will be instructed in writing that he is not to share any information he may have about the

1

#53048097v1

Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that Mr. Ullendorff will not be able to access them. We will send regular reminders of this screen to all attorneys working on the Screened Matter and to Mr. Ullendorff.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

As an associate, Mr. Ullendorff will be paid a fixed salary and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

Dated: September 29, 2025                                  Respectfully submitted,

 /s/ Michael Scheinkman
Michael Scheinkman (NY0381)
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4754

*Counsel for Defendant Meta Platforms, Inc.*

#53048097v1