IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC.,**<br><br>Defendant. | Case No.: 1:20-cv-03590 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas Mattes hereby withdraws as attorney of record for counsel supporting the complaint in the above-captioned matter.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Thomas Mattes*
Thomas Mattes

*/s/ Krisha Cerilli*
Krisha Cerilli

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

*Counsel Supporting the Complaint*