IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>    Plaintiff,<br><br>  v.<br><br>**META PLATFORMS, INC.,**<br><br>    Defendant. | Civil Action No. 1:20-cv-03590-JEB |

**NOTICE OF FILING PUBLIC VERSIONS OF PLAINTIFF FEDERAL TRADE COMMISSION'S POST-TRIAL FINDINGS OF FACT**

Attached to this Notice are public, redacted versions of the following post-trial filings:

- Plaintiff's Post-Trial Findings of Fact (ECF No. 623) and accompanying exhibits, submitted with Plaintiff's Post-Trial Memorandum on July 2, 2025.

- Plaintiff's Post-Trial Findings of Fact (ECF No. 682) and accompanying exhibit, submitted with Plaintiff's Post-Trial Reply and Opposition Memorandum on August 27, 2025 (with corrections on September 2, 2025).

Dated: September 30, 2025

Respectfully submitted,

*/s/ Krisha Cerilli*
Krisha Cerilli (D.C. Bar 983281)

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3337
Email: kcerilli@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*