# EXHIBIT B

CONFIDENTIAL - REDACTED IN ENTIRETY