# EXHIBIT C

Filed with Findings of Fact
Submitted on August 27, 2025
(Corrected September 2, 2025)

CONFIDENTIAL - REDACTED IN ENTIRETY