UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Civil Action No. 20-3590 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Judgment is ENTERED in favor of Defendant Meta Platforms, Inc., against Plaintiff Federal Trade Commission.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: November 18, 2025