IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03590 (JEB) |

**NOTICE REGARDING REDACTED MEMORANDUM OPINION**

Pursuant the Court's Minute Order entered on November 18, 2025, Plaintiff Federal Trade Commission has not identified any currently redacted portions of the Redacted Memorandum Opinion (ECF No. 693) that may be released to the public at this time.

Dated: November 19, 2025

Respectfully submitted,

*/s/ Daniel Matheson*
Daniel Matheson, Esq. (D.C. Bar 502490)
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue N.W.
Washington, DC 20580
Telephone: (202) 326-2075
Email: dmatheson@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*