UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No.: 1:20-cv-03590-JEB

## [~~JOINT PROPOSED~~] ORDER REGARDING MEMORANDUM OPINION REDACTIONS

To resolve third-party confidentiality claims regarding redactions in the Memorandum Opinion, ECF No. 693, it is hereby **ORDERED** that:

By November 25, 2025, Defendant Meta Platforms, Inc. ("Meta") shall notify outside counsel for Alphabet, Inc., Snap Inc., and TikTok Inc. (each a "Third Party") of the market-share figures currently redacted on pages 85, 87, and 88 of the Memorandum Opinion on an outside-counsel-only basis and provide each Third Party's outside counsel with a copy of this Order. Each Third Party's outside counsel may disclose the market share figures to up to three designated in-house counsel, who may not disclose them further unless they are made public by the Court.

If any Third Party seeks to have the market share figures or any of its material currently redacted in the Memorandum Opinion maintained under seal, the Third Party shall file a notice, by December 1, 2025, explaining which material should remain under seal and why.

**IT IS SO ORDERED.**

1

DATED: 11/25/25

                                          Honorable James E. Boasberg
                                          United States District Court Chief Judge