**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**FEDERAL TRADE COMMISSION,**

                              Plaintiff,

           v.                                                      Civil Action No. 1:20-cv-03590 (JEB)

**META PLATFORMS, INC.**

                              Defendant.

---

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Federal Trade Commission hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on November 18, 2025, in favor of Defendant Meta Platforms, Inc. against said Plaintiff Federal Trade Commission.


Dated:     January 20, 2026                    Respectfully submitted,

                                               _/s/ Daniel Matheson_
                                               Daniel J. Matheson (D.C. Bar 502490)
                                               Krisha Cerilli (D.C. Bar 983281)
                                               Patricia Galvan

                                               Federal Trade Commission
                                               Bureau of Competition
                                               600 Pennsylvania Avenue, NW
                                               Washington, DC 20580
                                               Telephone: (202) 326-2075
                                               Email: dmatheson@ftc.gov

                                               _Attorneys for Plaintiff_
                                               _Federal Trade Commission_