# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIUIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>META PLATFORMS INC.,<br><br>Defendant | Case No.: 1:20-cv-03590-JEB |

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Axinn, Veltrop & Harkrider LLP has changed its name to Axinn LLP.  The firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Axinn, Veltrop & Harkrider LLP to Axinn LLP.

Dated: July 17, 2026

Respectfully submitted,

/s/ Craig M. Reiser

Craig M. Reiser (*pro hac vice)*
Danielle D. Irvine (*pro hac vice*)
Angela M. Farren (*pro hac vice*)
Axinn LLP
630 Fifth Avenue, 33rd Floor
New York, NT 10111
Telephone: (212) 728-2218
creiser@axinn.com
dirvine@axinn.com
afarren@axinn.com

Tiffany Rider Rohrbaugh
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
trider@axinn.com

*Attorney for Non-Party TikTok Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on July 17, 2026, the foregoing Document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

*/s/ Craig M. Reiser*
Craig M. Reiser