**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff,<br>v.<br>**META PLATFORMS, INC.,**<br>Defendant. | **Case No.: 1:20-cv-03590** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Njeri Mugure hereby withdraws as attorney of record for Plaintiff Federal Trade Commission in the above-captioned matter.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Nathan Brenner*
Nathan Brenner

*/s/ Njeri Mugure*
Njeri Mugure

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2314
Email: nbrenner@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*