**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff,<br>v.<br>**META PLATFORMS, INC.,**<br>Defendant. | **Case No.: 1:20-cv-03590** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Elan Weinberger hereby withdraws as attorney of record for Plaintiff Federal Trade Commission in the above-captioned matter.

Dated: November 12, 2026

Respectfully submitted,

*<u>/s/ Elan Weinberger</u>*
Elan Weinberger

*<u>/s/ Nathan Brenner</u>*
Nathan Brenner

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3243
Email: eweinberger@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*